# EXHIBIT 2

https://products.office.com/en-us/exchange/advance-threat-protection

**Microsoft** | Office   Exchange   Plans & pricing ⌄   Solutions ⌄   Customer stories   [Buy Office 365]

# Office 365 Advanced Threat Protection

Protect your organization against sophisticated threats such as phishing and zero-day malware and automatically investigate and remediate attacks.

[SEE PLANS AND PRICING]

WATCH VIDEO >