# EXHIBIT 8

- Welcome to Office Essentials.
The next few minutes, we'll look at
Advanced Threat Protection
capabilities in Office 365

that help you catch threats
before they disrupt your business,
keeping your data, intellectual
property, and users safe
from email phishing attacks
and zero day malware.
Now, we all use emails,
one of the most pervasive

and powerful forms of
communication and collaboration.
But it's also the most
prolific attack vector
that we see today.
Now, that can serve as a
Trojan Horse for attackers
to target and compromise your users
by phishing their credentials
or weaponizing content
in order to penetrate your organization.
Now sometimes these attacks are blatant,
such as in the case of ransomware.
Other times, the danger is
that they remain undetected,
allowing assailants to,
once in, silently move
laterally inside of your
network to breach your data
and potentially steal
intellectual property.
Additionally, the
increasing sophistication
of these attacks can quickly
outdate the protections
that you may have put in
place, leaving you unprotected

from rapidly evolving
new and unknown threats.
Our approach with Advanced
Threat Protection in Office 365
is to give you built-in,
proactive protections

that even extend to your
collaboration services and email
to mitigate malicious content,
as well as intelligent

and continuous evolving
threat detection so
that you can stay ahead

of new and emerging threats,
and the ability to review activities
gathered in real time to
remediate and respond to threats
along with controls that you
set to harden your environment
and educate your users
on phishing campaigns.
So let me break this down by starting with
the core of all prevention: detection.
Now, we invest at least a billion dollars
in this area annually
and our security teams
span thousands of
cybersecurity experts globally
to serve as a virtual extension
of your internal security teams.
They operate under assumed breach
to determine known and
unknown attack vectors,
utilizing signal intelligence
from the Microsoft
Intelligent Security Graph
and machine learning for
detection and response.
To put this into perspective,
the security graph collects
and analyzes an estimated
6.5 trillion signals per day
from user logins across services,
device endpoints, email
messages and documents,
Microsoft and non-Microsoft Cloud apps,
in addition to our Azure
public cloud infrastructure.
There are big advantages to this scale.
It gives us greater depth and breadth
into the threat landscape
ahead of other email protection solutions.
Now, exploits detected
at any point in the chain
are made known across
Microsoft services universally.
Including, in this case, email to enhance
our vulnerability detection
and protection capabilities
really across the stack.
And with such a huge volume of signal,

our email threat detection engines

also reduce false positives by continually determining the unique signals of new threats and training our machine learning algorithms. Our average malware catch rate for Office 365 email today is the highest in the industry and we have the lowest missed rate of phish emails for Office 365. Of course, detection goes hand-in-hand with protection to be able to both catch attacks and stop them in their tracks. We take a pragmatic, layered defense in-depth approach, analyzing and protecting against threats from the point at which the email is received by Office 365 to when it's delivered and beyond. Now, this starts first by determining where the email is coming from, or the source. Then who the mail sender is, what's inside that could be compromising, and once delivered, what post-delivery protections need to be put in place. And at any point, we help you to review in real time what's going on and respond to threats. Around 25% of all malicious messages received are blocked at the edge. Now, if the email is on our known list of bad domains, we'll block it. Equally, we look at the reputation of IP addresses. Microsoft keeps a constantly updated block list of millions of IPs, and if the source is a known perpetrator of malicious messages, we'll block that, as well. Additionally, we run machine learning models that further analyze the connection for suspicious patterns, blocking email traffic as necessary. The next area of scrutiny is to check that the sender really is who they appear to be by checking the authenticity of the source to prevent against spoofing,

another common phishing technique.
Now, while there are many
standards with frameworks
like SPF, DKIM, and DMARC
to help with domain authentication,
not everyone sets this up.
In the case of internal domain spoofing,
where emails are sent between domains
that your organization owns,
our anti-spoof technology
will validate the origin
of a message to make sure
that the message truly
originated in your organization.
And in the case of external domains
within or outside of the
Office 365 ecosystem,
our spoof intelligence
again first checks to see
if the domain has been set
up according to standards,
and if it doesn't, we'll observe and learn
message-sending patterns from the domain
to be able to identify when
a message has been spoofed.
As an admin, you can
access spoof intelligence
under the anti-spam policy report
to monitor suspected spoofing activity
and influence the filter
by forming an approved list
of legitimate internal
and external domains
for your organization.
Now, understanding who really
is the sender also prevents
targeted spear phishing
attacks using impersonation.
These emails look like
they come from someone
or something that you know or trust.
Now, the premise is
that you're more likely
to trust an email from
someone of importance
or a brand entity that you know.
Anti-phishing policies in Office 365
detect these types of
impersonation attacks
and allow administrators
to take appropriate actions on messages.
Also, mailbox intelligence in Office 365
uses a machine learning
model around your users,

forming a contact graph of whom
they're normally in contact with,
and this provides us a strong signal
to decipher against
anomalous and good behavior.
It can also detect impersonation attempts
of specific brands.
And to prevent false positives,
you're also able to allow
legitimate impersonation
where, for example, an exec might have
an admin responding on their behalf.
Next, to determine if
what's inside the message
is good or bad, we utilize a
number of standard anti-virus
and anti-malware engines to
detect malicious content.
And we combine that with our
advanced Safe Attachments
and Safe Links capabilities.
Now, these capabilities
open the attachment or link
in a sandbox environment,
where the content
is meticulously analyzed by
our machine learning models
that check for malicious signals
and apply deep link inspection.
This allows for zero day
malicious attachments
and links to be detected.
Each month, we detonate
around one billion items
in our sandbox and the
telemetry feeds back
into the Microsoft
Intelligent Security Graph
to help our machine learning stay current
with new and emerging techniques.
Even if the message
passes through detonation,
the content is further analyzed
by multiple machine learning models
that examine the full message,
looking for suspicious
elements, and we take actions
based on what you've configured as policy.
Now, once an email is
delivered, threats can continue.
Sophisticated attackers
will plan to ensure
links passed through the first
round of security filters

by making the links benign,
only to weaponize them
once the message is delivered.
Meaning that the destination of that link
is altered later to point
to a malicious site.
Time is important when
thwarting this type of attack.
20% of all clicks happen
within just five minutes
of when an email is received,
and with Safe Links,
we're able to protect users
right at the point of click
by checking the link for reputation
and triggering detonation if necessary.
Now, this protection also
extends to internal-only emails,
where unlike other solutions,
we're able to scan and isolate threats
without routing these emails
outside of Office 365.
Also, with native link
rendering, users are made aware
of the site that they're
gonna be directed to
as they hover over the link.
Beyond that, the service
will continue to scan

email content for multiple days,
leveraging new intelligence to
move newly-discovered malware
or phish by design to the junk folder
through a capability
called Zero-Hour Auto Purge
that zaps malicious content even after
it's landed into a user's inbox.
Also, if malicious files or links
are uploaded to SharePoint
or OneDrive and shared,
even by Microsoft Teams,
our protection layers
will detect it and block
it, containing the threat
by preventing the file from being opened
or shared in the future.
And by enabling the
Report Message capability
in your tenant, users
can self-report any email
that appears suspicious for validation
by Microsoft and your security teams.
Now, as a security team, we'll

give you real-time reports
to allow you to see emails
within your organization
and how they were handled by Office 365.
This includes messages flagged by users
as potential threats.
Office 365 will additionally
proactively surface
insights and recommendations,
which you can then use
to determine what additional
policies and protections
you need to consider
within your environment.
As you determine your response,
all policies are located
in the Security Center.
Here, for example, you can
set your phishing policy
and impersonation settings,
and you can also dive deeper in
to investigate or determine patterns.
For example, under Threat Management,
you can drill in to see
the top malware types
and the top targeted users.
Now, files get quarantined,
you can go in and review those
and see those messages and
see how often they were sent.
You can also look at detonations,
set a date range, and get details
on the nature of the threat
and why it was detected.
In Threat Explorer, malicious emails

can be quickly identified with
options to filter on sender,
recipient, subject, or other
metadata in the message.
Filtering on sender helps you see
all the mails that were sent
from a unique sender address
used for a phishing campaign.
You can then investigate
these emails further
and take actions, for example,
purging a malicious
email campaign entirely
from all mailboxes in
your organization at once.
Investigation into an incident
can also be separately delegated
to your security investigation team,

leaving it to your security
admins to take final actions.
Also, because we know that
there are common security issues
that you'll want to check over time,
whether that's reviewing your events,
giving alerts, or
determining threat trends,
the treat tracker on our
threat intelligence service
enables ongoing supervision
of your security tasks.
So that was a quick
overview of how Office 365
Advanced Threat Protection
prevents and helps you
to respond to advanced threats
from email phishing attacks
and zero day malware
before they disrupt your business.
We also help you to
broadly educate your users
and augment your internal
penetration testing capabilities
by simulating phishing attacks
in your organization to raise awareness
on what to look for in
a phishing campaign.
And of course, there
are also other measures
that you can put in place to
protect your user identities.
82% of all security breaches
occur due to stolen passwords,
and we estimate that just by enabling
multi-factor authentication
in your organization,
you can reduce the risk of
attacks by up to 99.99%.
To learn more and to try out Office 365
Advanced Threat Protection
capabilities for yourself,
please visit the link shown,
and thanks for watching.

(soft music)