# EXHIBIT 9

September 24, 2018

🖨 Print

# Telit

Headquartered in London, Telit enables customers all over the world to design and implement Internet of Things solutions, while the company's IT team works hard to safeguard data and integrate acquired businesses. Telit recently upgraded to Microsoft 365 E5, adding Enterprise Mobility + Security to its existing Office 365 and Windows 10 deployments. Now, employees stay productive on the move, and the security team has a set of integrated tools to help protect more than 1,000 users efficiently.

Customer
Telit

Products and Services
Azure Active Directory
Azure Advanced Threat Protection
Cloud App Security
Microsoft 365 Enterprise
Office 365 Advanced Threat Protection
Office 365 Threat Intelligence
Windows 10
Windows Defender Advanced Threat Protection

Industry
Professional Services

Organization Size
Large (1,000 - 9,999 employees)

> "We no longer have to worry about what security product we'll use. With Microsoft 365, we're covered."
>
> —Itzik Menashe: VP IT and Information Security
> Telit