# EXHIBIT 10

Security solutions    **Microsoft Privacy approach**    Customer story    Products    Additional resources



## "We no longer have to worry about what security product we'll use. With Microsoft 365, we're covered."

– Itzik Menashe, VP IT and Information Security

Read their story >

## Secure Products

### Microsoft Azure
Microsoft Azure strengthens the security of your hybrid cloud workloads.

Learn more >

### Microsoft 365
Microsoft 365 helps protect your identities, data, apps, and endpoints from cyber threats.

Learn more >