# EXHIBIT 11

Protects your assets    Threat protection services    In-depth webcasts    Latest news    Additional threat protection resources



## "We no longer have to worry about what security product we'll use. With Microsoft 365, we're covered."

- Itzik Menashe, VP IT and Information Security, Telit

Read the story >

### In-depth webcasts



**Automated incident response**

Learn about the sophisticated and intelligent automated incident response provided by Microsoft Threat Protection.

▷ Watch video



**Security for your entire ecosystem**

Learn how Microsoft Azure Sentinel cloud-native SIEM provides intelligent security analytics at cloud scale for your entire enterprise.

▷ Watch video



**Innovative threat protection**

Learn about the power of human expertise, AI, and natively integrated threat and vulnerability management for endpoints.

▷ Watch video