# **EXHIBIT 17**



Mikail Tunç <mikail@emtunc.org>

# RE: Re: Re: Re: Re: Exchange Online Advanced Threat Protection TRK:0901003101

**Microsoft Security Response Center** <secure@microsoft.com>  15 March 2017 at 21:10
To: Microsoft Security Response Center <secure@microsoft.com>, "mikail@emtunc.org" <mikail@emtunc.org>

We have completed our investigation and found that this issue doesn't meet security servicing bug bar.

As a result, we have opened a next-version candidate bug for the crash and it will be evaluated for upcoming releases. Thanks, again, for sharing this report with us.
We anticipate no further action on this item from MSRC and will be closing out this case.

Thanks,
Will
MSRC

[Quoted text hidden]