# EXHIBIT 21

The Bearded Man LTD - Mikail Tunç

1

# PhishViewer: Phase 1 Report

## Introduction

The purpose of this report is to present my findings with regards to the Microsoft Advanced Threat Protection: Safe Links feature. Specifically around:

- The determination of whether the Office 365 / Outlook.com *Safe Links* feature remains susceptible to *Bypass Method 2* listed in the following article: https://emtunc.org/blog/03/2017/bypassing-safe-links-exchange-online-advanced-threat-protection/

I will go through the testing set-up and approach used to perform the tests; finally I will summarise the findings from the tests.

## Test Set-up

The e-mail account *safe-links-test@outlook.com* was registered on Outlook.com. In order to get access and test the advanced security features (such as *Safe Links*), a premium subscription was purchased.

For the avoidance of doubt, the *Safe Links* feature in Outlook.com and Office 365 are the same. Office 365 allows for granular customisation of *Safe Links* policies however the policies are not in scope of this test nor are they relevant to determine whether *Safe Links* is susceptible to bypass.

During the tests, I used two subdomains: *safe-links.emtunc.org (tests with no bypass techniques were run here)* and *safe-links-2.emtunc.org (tests **with** bypass techniques were run here)*. Both subdomains pointed to a server that I had full control over. This server was running a vanilla install of Ubuntu 19.04 and Apache web server version 2.4.38.

I performed 4 distinct tests for the purpose of producing the report. The tests were run under two different scenarios - one with no bypass techniques implemented and the second *with* bypass techniques implemented - this made for 8 tests in total (4 tests * 2 scenarios)

The bypass technique used was from an open source code repository which can be found here: https://github.com/violentlydave/mkhtaccess_red

In a nutshell, the bypass technique grabs a list of known sandbox/malware-detonation IP addresses and adds them to a special file (.htaccess) which the web server uses to redirect said IP addresses to a fake 'good' page whilst leaving the victim to go to the original, 'bad'

The Bearded Man LTD - Mikail Tunç

2

page. For complete transparency, the contents of the .htaccess file used in these tests can be found here: https://pastebin.com/gWAazFqB

# How does the Safe Links feature work?

To better understand the testing performed and the results obtained, it would be useful to have a brief understanding of the *Safe Links* feature and how it works.

*Safe Links* is a feature designed to protect users falling victim of phishing scams and other malicious activity such as being infected by malware served from malicious web pages. This is how it works:

1.  A bad actor sends an email containing a malicious URL in the email body. For argument's sake, let's say the URL in the email is http://*safe-links.emtunc.org/facebook-1*

2.  When Outlook/Office 365 processes the email, it rewrites *all* URLs so that although the victim visually sees http://safe-links.emtunc.org/facebook-1, they actually get redirected to a Microsoft owned domain which looks something like this: https://eur01.safelinks.protection.outlook.com/?url=http://safe-links.emtunc.org/facebook-1

    The email will look identical to the below - notice how even though the user visually sees the original URL, it has actually been rewritten to go to a *.safelinks.protection.outlook.com page (look at the highlighted section at the bottom of the screenshot)



The Bearded Man LTD - Mikail Tunç

4

3. When the victim clicks on the URL, they are taken to the Microsoft owned domain which will do one of two things:

    a. If the website has not been scanned yet or is otherwise not marked as 'unsafe': the victim will be redirected from the Microsoft owned domain to http://safe-links.emtunc.org/facebook-1

    b. If the website has been classified as 'unsafe' by *Safe Links* then the victim will remain on the Microsoft owned domain and see a page that looks like this:



Visiting this website might not be safe.

Outlook has blocked the link http://safe-links.emtunc.org/facebook... . This website might harm your computer or cause your personal information to be stolen. We recommend that you do not continue.



Continue anyway (not recommended) ›

The Bearded Man LTD - Mikail Tunç

5

# Summary of Findings

The tests showed that the *Microsoft Advanced Threat Protection Safe Links* feature remains susceptible to trivial bypass techniques. The *Safe Links* feature is highly ineffective against the most basic forms of phishing and malware delivery and should not be solely relied upon to detect and prevent phishing/malware attacks against users.

My findings from the tests are summarised below:

- The *Safe Links* feature is trivially bypassed by using the IP Cloaking technique whereby the security scanner is redirected to a fake 'safe' page but the victim(s) are sent to the original 'bad' page

- When a URL is not marked as 'unsafe', *Safe Links* forwards the victim's browser directly to the original URL that was in the email

- *Safe Links* does *not* have the ability to see the malicious destination if the IP Cloaking technique is used - i.e., if we have tricked the security scanners to go a good page, *Safe Links* will always forward the user on to the original URL- even if the final destination ends up being a URL that is on a *Safe Link* blacklist/unsafe list.

- The Safe Links feature did not scan links before clicking on them - even after leaving sufficient time (5 minutes in one test and upwards of 10 minutes in another) between sending an email with a malicious link and actually clicking on it

- The Safe Links feature scans the page anywhere from 10-21 seconds after the user has already clicked through to the page

To conclude, it is disappointing that a trivial attack against *Safe Links* that was described and reported to Microsoft in January 2017[1], still works in 2019; even after the publication of further and more sophisticated bypasses on the internet.

For transparency, I have included two .PDF files which include my interactions with the Microsoft Security Response Center where they conclude that the IP Cloaking/bypass method (along with other bypass techniquesI communicated with them) *"doesn't meet security servicing bug bar"*

https://drive.google.com/file/d/1jORRuuZxZASwo1vnixSuEv1CB7Puucjh and
https://drive.google.com/file/d/1tExh06fY7k4YLsM2Ru3RmVE8Ssa-0ByV

# Tests - No Bypass Techniques Implemented

*Note: The IP address **88.98.209.138** found in the web server access logs is my IP address. IP addresses other than the above belong to Microsoft Corporation; confirmed by querying publicly available whois data*

## Test 1: Google Phishing Page

- Original URL: http://safe-links.emtunc.org/google-1/
- Rewritten URL:
  https://eur01.safelinks.protection.outlook.com/?url=http%3A%2F%2Fsafe-links.emtunc.org%2Fgoogle-1%2F&data=02%7C01%7C%7C4c59f71bec5c44d0384508d725afba1a%7C84df9e7fe9f640afb435aaaaaaaaaaaa%7C1%7C0%7C63701930897522282 5&sdata=xqvGAv322JXk8bp7T%2Bjh4tg75ICT2ZGM7VskH3fZMtw%3D&reserved=0
- I was taken directly to the phishing page - evidence of this can be seen in the web server access logs
- The web server logs also show that the Microsoft Online Protection scanner connected to the web server 10 seconds after I had already been redirected to the original URL

88.98.209.138 - - [20/Aug/2019:20:49:24 +0000] "GET /google-1/ HTTP/1.1" 200 2266 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [20/Aug/2019:20:49:24 +0000] "GET /google-1/static/css/bootstrap.min.css HTTP/1.1" 200 20084 "http://safe-links.emtunc.org/google-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [20/Aug/2019:20:49:24 +0000] "GET /google-1/static/js/jquery.min.js HTTP/1.1" 200 29885 "http://safe-links.emtunc.org/google-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [20/Aug/2019:20:49:24 +0000] "GET /google-1/static/css/style.css HTTP/1.1" 200 1180 "http://safe-links.emtunc.org/google-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [20/Aug/2019:20:49:24 +0000] "GET /google-1/static/img/dtnk16mcjo.png HTTP/1.1" 304 182 "http://safe-links.emtunc.org/google-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [20/Aug/2019:20:49:24 +0000] "GET /google-1/static/img/yqczrisvt2.png HTTP/1.1" 304 181 "http://safe-links.emtunc.org/google-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [20/Aug/2019:20:49:24 +0000] "GET /google-1/static/img/tmjjgvk28i.png HTTP/1.1" 304 181 "http://safe-links.emtunc.org/google-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
40.107.204.77 - - [20/Aug/2019:20:49:34 +0000] "GET /google-1/ HTTP/1.1" 200 2266 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.107.204.77 - - [20/Aug/2019:20:49:34 +0000] "GET /google-1/static/js/jquery.min.js HTTP/1.1" 200 29885 "http://safe-links.emtunc.org/google-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.107.204.40 - - [20/Aug/2019:20:49:34 +0000] "GET /google-1/static/css/bootstrap.min.css HTTP/1.1" 200 1180 "http://safe-links.emtunc.org/google-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.107.204.16 - - [20/Aug/2019:20:49:34 +0000] "GET /google-1/static/css/style.css HTTP/1.1" 304 181 "http://safe-links.emtunc.org/google-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.107.204.77 - - [20/Aug/2019:20:49:35 +0000] "GET /google-1/static/img/dtnk16mcjo.png HTTP/1.1" 200 5560 "http://safe-links.emtunc.org/google-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.107.204.77 - - [20/Aug/2019:20:49:35 +0000] "GET /google-1/static/img/yqczrisvt2.png HTTP/1.1" 200 910 "http://safe-links.emtunc.org/google-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.107.204.77 - - [20/Aug/2019:20:49:35 +0000] "GET /google-1/static/img/tmjjgvk28i.png HTTP/1.1" 200 4571 "http://safe-links.emtunc.org/google-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.107.204.77 - - [20/Aug/2019:20:49:37 +0000] "GET /google-1/static/img/oc3czvmbvf.png HTTP/1.1" 200 1616 "http://safe-links.emtunc.org/google-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"

## Test 2: Facebook Phishing Page

- Original URL: http://safe-links.emtunc.org/facebook-1
- Rewritten URL:
  https://nam02.safelinks.protection.outlook.com/?url=http%3A%2F%2Fsafe-links.emtunc.org%2Ffacebook-1%2F&data=02%7C01%7C%7C507f0397e76d464c208908d725b21b9d%7C84df9e7fe9f640afb435aaaaaaaaaaaa%7C1%7C0%7C637019319201813606&sdata=SDmBS06IZnAIWis3guPRvu5oJdDokeNJGJlAmKc%2BTG4%3D&reserved=0

The Bearded Man LTD - Mikail Tunç

7

- I was taken directly to the phishing page - evidence of this can be seen in the web server access logs
- The web server logs also show that the Microsoft Online Protection scanner connected to the web server 17 seconds after I had already been redirected to the original URL

```
88.98.209.138 - - [20/Aug/2019:21:16:07 +0000] "GET /facebook-1/ HTTP/1.1" 200 2628 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100
Safari/537.36"
88.98.209.138 - - [20/Aug/2019:21:16:08 +0000] "GET /facebook-1/static/css/normalize.min.css HTTP/1.1" 200 1302 "http://safe-links.emtunc.org/facebook-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [20/Aug/2019:21:16:08 +0000] "GET /facebook-1/static/css/fonts.css HTTP/1.1" 200 558 "http://safe-links.emtunc.org/facebook-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [20/Aug/2019:21:16:07 +0000] "GET /facebook-1/static/js/jquery.min.js HTTP/1.1" 200 29885 "http://safe-links.emtunc.org/facebook-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [20/Aug/2019:21:16:08 +0000] "GET /facebook-1/static/fonts/Lato-700.woff2 HTTP/1.1" 200 16654 "http://safe-links.emtunc.org/facebook-1/static/css/fonts.css" "Mozilla/5.0 (Windows NT
10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [20/Aug/2019:21:16:08 +0000] "GET /facebook-1/static/fonts/Lato-regular.woff2 HTTP/1.1" 200 16698 "http://safe-links.emtunc.org/facebook-1/static/css/fonts.css" "Mozilla/5.0 (Windows
NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [20/Aug/2019:21:16:08 +0000] "GET /facebook-1/static/img/fm5arwc28y.png HTTP/1.1" 200 867 "http://safe-links.emtunc.org/facebook-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
13.86.32.181 - - [20/Aug/2019:21:16:25 +0000] "GET /facebook-1/ HTTP/1.1" 200 2628 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133
Safari/537.36"
13.86.32.181 - - [20/Aug/2019:21:16:25 +0000] "GET /facebook-1/static/js/jquery.js HTTP/1.1" 200 29885 "http://safe-links.emtunc.org/facebook-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
13.86.32.181 - - [20/Aug/2019:21:16:25 +0000] "GET /facebook-1/static/css/fonts.css HTTP/1.1" 200 558 "http://safe-links.emtunc.org/facebook-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
13.86.32.181 - - [20/Aug/2019:21:16:25 +0000] "GET /facebook-1/static/css/normalize.min.css HTTP/1.1" 200 1302 "http://safe-links.emtunc.org/facebook-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
13.86.32.181 - - [20/Aug/2019:21:16:25 +0000] "GET /facebook-1/static/fonts/Lato-700.woff2 HTTP/1.1" 200 16654 "http://safe-links.emtunc.org/facebook-1/static/css/fonts.css" "Mozilla/5.0 (Windows NT
10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
13.86.32.181 - - [20/Aug/2019:21:16:28 +0000] "GET /facebook-1/static/img/fm5arwc28y.png HTTP/1.1" 200 867 "http://safe-links.emtunc.org/facebook-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
```

## Test 3: Eicar Anti-Malware Test File

- Original URL: http://safe-links.emtunc.org/eicar-2/eicar.com.txt
- Rewritten URL:
  https://eur01.safelinks.protection.outlook.com/?url=http%3A%2F%2Fsafe-links.emtunc.org%2Feicar-2%2Feicar.com.txt&data=02%7C01%7C%7C3a7491d3a09846a6b4d208d725b50f13%7C84df9e7fe9f640afb435aaaaaaaaaaaa%7C1%7C0%7C637019331874023346&sdata=tHzOf%2Fl4DH2aXfRq8vhmlJsS%2FQoNx56zJL0lBFjAB6E%3D&reserved=0
- I was taken directly to the malware test file/page - evidence of this can be seen in the web server access logs
- The web server logs also show that the Microsoft Online Protection scanner connected to the web server 14 seconds after I had already been redirected to the original URL

```
88.98.209.138 - - [20/Aug/2019:21:27:41 +0000] "GET /eicar-2/eicar.com.txt HTTP/1.1" 200 352 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko)
Chrome/76.0.3809.100 Safari/537.36"
40.94.94.3 - - [20/Aug/2019:21:27:55 +0000] "GET /eicar-2/eicar.com.txt HTTP/1.1" 200 352 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko)
Chrome/57.0.2987.133 Safari/537.36"
40.94.94.3 - - [20/Aug/2019:21:27:58 +0000] "GET /favicon.ico HTTP/1.1" 404 512 "http://safe-links.emtunc.org/eicar-2/eicar.com.txt" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36
(KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
```

## Test 4: A different Facebook Phishing Page

- Original URL: http://safe-links.emtunc.org/facebook-2
- Rewritten URL:
  https://eur03.safelinks.protection.outlook.com/?url=http%3A%2F%2Fsafe-links.emtunc.org%2Ffacebook-2%2F&data=02%7C01%7C%7C94bc54a1cde5446abe4608d725bbb808%7C84df9e7fe9f640afb435aaaaaaaaaaaa%7C1%7C0%7C63701936047795

The Bearded Man LTD - Mikail Tunç

8

5997&sdata=oe4fO0U22zxXQ7OOKFozvPladnc%2BskLaNPmmrvVJKlo%3D&reserved=0
- Initially, the URL was marked as safe and I was taken directly to the phishing page - evidence of this can be seen in the web server access logs
- The web server logs also show that the Microsoft Online Protection scanner connected to the web server 10 seconds after I had already been redirected to the original URL

```
88.98.209.138 - - [20/Aug/2019:22:14:39 +0000] "GET /facebook-2/ HTTP/1.1" 200 2191 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [20/Aug/2019:22:14:39 +0000] "GET /facebook-2/grid.css HTTP/1.1" 200 1341 "http://safe-links.emtunc.org/facebook-2/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [20/Aug/2019:22:14:50 +0000] "GET /facebook-2/main.css HTTP/1.1" 200 1724 "http://safe-links.emtunc.org/facebook-2/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [20/Aug/2019:22:14:40 +0000] "GET /facebook-2/gasd34sad3.png HTTP/1.1" 304 180 "http://safe-links.emtunc.org/facebook-2/main.css" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [20/Aug/2019:22:14:40 +0000] "GET /facebook-2/O7nsdhjdsXSI.png HTTP/1.1" 304 179 "http://safe-links.emtunc.org/facebook-2/main.css" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
40.107.199.89 - - [20/Aug/2019:22:14:50 +0000] "GET /facebook-2/ HTTP/1.1" 200 2191 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.107.199.89 - - [20/Aug/2019:22:14:50 +0000] "GET /facebook-2/grid.css HTTP/1.1" 200 1341 "http://safe-links.emtunc.org/facebook-2/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.107.199.27 - - [20/Aug/2019:22:14:50 +0000] "GET /facebook-2/main.css HTTP/1.1" 200 1724 "http://safe-links.emtunc.org/facebook-2/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.107.199.27 - - [20/Aug/2019:22:14:50 +0000] "GET /facebook-2/gasd34sad3.png HTTP/1.1" 200 3136 "http://safe-links.emtunc.org/facebook-2/main.css" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.107.199.89 - - [20/Aug/2019:22:14:50 +0000] "GET /facebook-2/O7nsdhjdsXSI.png HTTP/1.1" 200 377 "http://safe-links.emtunc.org/facebook-2/main.css" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.107.199.89 - - [20/Aug/2019:22:14:53 +0000] "GET /facebook-2/favicon.png HTTP/1.1" 200 667 "http://safe-links.emtunc.org/facebook-2/main.css" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
```

- However, when I tried to click on the URL within my Outlook.com email again (approximately 13 minutes later), I was shown the warning page below which indicates that the Safe Links feature was finally able to detect that this sub-domain (safe-links.emtunc.org) was serving unsafe content



Visiting this website might not be safe.

Outlook has blocked the link http://safe-links.emtunc.org/facebook... . This website might harm your computer or cause your personal information to be stolen. We recommend that you do not continue.



Continue anyway (not recommended) ›

- Upon clicking on a URL that Microsoft had marked as 'unsafe' - I noticed that I was still receiving connection requests from IP addresses belonging to Microsoft;

The Bearded Man LTD - Mikail Tunç

presumably to re-scan the page and determine whether the content was still unsafe or not

```
40.94.95.11 - - [20/Aug/2019:22:27:16 +0000] "GET /facebook-2/ HTTP/1.1" 200 2191 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133
Safari/537.36"
40.94.95.50 - - [20/Aug/2019:22:27:17 +0000] "GET /facebook-2/main.css HTTP/1.1" 200 1724 "http://safe-links.emtunc.org/facebook-2/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36
(KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.94.95.11 - - [20/Aug/2019:22:27:17 +0000] "GET /facebook-2/grid.css HTTP/1.1" 200 1341 "http://safe-links.emtunc.org/facebook-2/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36
(KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.94.95.50 - - [20/Aug/2019:22:27:17 +0000] "GET /facebook-2/O7nsdhjdsXSl.png HTTP/1.1" 200 377 "http://safe-links.emtunc.org/facebook-2/main.css" "Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.94.95.11 - - [20/Aug/2019:22:27:17 +0000] "GET /facebook-2/gasd34sad3.png HTTP/1.1" 200 3136 "http://safe-links.emtunc.org/facebook-2/main.css" "Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.94.95.24 - - [20/Aug/2019:22:27:20 +0000] "GET /facebook-2/favicon.png HTTP/1.1" 200 668 "http://safe-links.emtunc.org/facebook-2/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36
(KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
```

The Bearded Man LTD - Mikail Tunç

# Tests - Bypass Techniques Implemented

*Note: The IP address **88.98.209.138** found in the web server access logs is my IP address. IP addresses other than the above belong to Microsoft Corporation; confirmed by querying publicly available whois data*

## Test 1: Google Phishing Page

- Original URL: http://safe-links-2.emtunc.org/google-1/
- Rewritten URL:
  https://eur03.safelinks.protection.outlook.com/?url=http%3A%2F%2Fsafe-links-2.emt
  unc.org%2Fgoogle-1%2F&data=02%7C01%7C%7C29604180b0524fd863c608d726
  74150e%7C84df9e7fe9f640afb435aaaaaaaaaaaa%7C1%7C0%7C63702015231155
  5057&sdata=oabn661bhIKu5wXyrAbnitKu93wEr4uGRrhNJ59YseY%3D&reserved=0
- I was taken directly to the phishing page - evidence of this can be seen in the web server access logs
- The web server logs show that the Microsoft Online Protection scanner connected to the web server 10 seconds after I had already been redirected to the original URL
- The web server logs also show the bypass technique working. You can see me (the victim of the phishing page) being sent to **/google-1** but the Microsoft scanner being redirected to **/totally-legitimate-domain/index.html**

```
88.98.209.138 - - [21/Aug/2019:20:14:16 +0000] "GET /google-1/ HTTP/1.1" 200 2266 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [21/Aug/2019:20:14:16 +0000] "GET /google-1/static/js/jquery.min.js HTTP/1.1" 200 29885 "http://safe-links-2.emtunc.org/google-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [21/Aug/2019:20:14:16 +0000] "GET /google-1/static/img/dtmk16mcjo.png HTTP/1.1" 200 5561 "http://safe-links-2.emtunc.org/google-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [21/Aug/2019:20:14:16 +0000] "GET /google-1/static/img/yqczrisvt2.png HTTP/1.1" 200 911 "http://safe-links-2.emtunc.org/google-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [21/Aug/2019:20:14:16 +0000] "GET /google-1/static/css/style.css HTTP/1.1" 200 1180 "http://safe-links-2.emtunc.org/google-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [21/Aug/2019:20:14:16 +0000] "GET /google-1/static/css/bootstrap.min.css HTTP/1.1" 200 20084 "http://safe-links-2.emtunc.org/google-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [21/Aug/2019:20:14:17 +0000] "GET /google-1/static/img/tmjjgvk28i.png HTTP/1.1" 200 4571 "http://safe-links-2.emtunc.org/google-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [21/Aug/2019:20:14:17 +0000] "GET /google-1/static/img/oc3czvmbvf.png HTTP/1.1" 200 1616 "http://safe-links-2.emtunc.org/google-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
40.107.204.96 - - [21/Aug/2019:20:14:27 +0000] "GET /google-1/ HTTP/1.1" 302 632 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.107.204.96 - - [21/Aug/2019:20:14:27 +0000] "GET /totally-legitimate-domain/index.html HTTP/1.1" 302 631 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
```

## Test 2: Facebook Phishing Page

- Original URL: http://safe-links-2.emtunc.org/facebook-1
- Rewritten URL:
  https://nam11.safelinks.protection.outlook.com/?url=http%3A%2F%2Fsafe-links-2.em
  tunc.org%2Ffacebook-1&data=02%7C01%7C%7Ce9aff61362064f9d304608d72674
  e5ad%7C84df9e7fe9f640afb435aaaaaaaaaaaa%7C1%7C0%7C6370201558198424
  80&sdata=FGkKYpenuiuDmXeQqOn1xdeMublLdKAU4w8tTHlXg28%3D&reserved=
  0
- I was taken directly to the phishing page - evidence of this can be seen in the web server access logs

- The web server logs show that the Microsoft Online Protection scanner connected to the web server 11 seconds after I had already been redirected to the original URL
- The web server logs also show the bypass technique working. You can see me (the victim of the phishing page) being sent to **/facebook-1** but the Microsoft scanner being redirected to **/totally-legitimate-domain/index.html**

```
88.98.209.138 - - [21/Aug/2019:20:19:47 +0000] "GET /facebook-1 HTTP/1.1" 301 618 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100
Safari/537.36"
88.98.209.138 - - [21/Aug/2019:20:19:47 +0000] "GET /facebook-1/ HTTP/1.1" 200 2627 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100
Safari/537.36"
88.98.209.138 - - [21/Aug/2019:20:19:47 +0000] "GET /facebook-1/static/css/normalize.min.css HTTP/1.1" 200 1302 "http://safe-links-2.emtunc.org/facebook-1/" "Mozilla/5.0 (Windows NT 10.0; Win64;
x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [21/Aug/2019:20:19:47 +0000] "GET /facebook-1/static/js/jquery.min.js HTTP/1.1" 200 29885 "http://safe-links-2.emtunc.org/facebook-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [21/Aug/2019:20:19:47 +0000] "GET /facebook-1/static/css/fonts.css HTTP/1.1" 200 558 "http://safe-links-2.emtunc.org/facebook-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [21/Aug/2019:20:19:47 +0000] "GET /facebook-1/static/fonts/Labo-700.woff2 HTTP/1.1" 200 16654 "http://safe-links-2.emtunc.org/facebook-1/static/css/fonts.css" "Mozilla/5.0 (Windows
NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [21/Aug/2019:20:19:47 +0000] "GET /facebook-1/static/fonts/Labo-regular.woff2 HTTP/1.1" 200 16698 "http://safe-links-2.emtunc.org/facebook-1/static/css/fonts.css" "Mozilla/5.0
(Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [21/Aug/2019:20:19:47 +0000] "GET /facebook-1/static/img/fm5arwc28y.png HTTP/1.1" 200 867 "http://safe-links-2.emtunc.org/facebook-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
40.107.246.98 - - [21/Aug/2019:20:19:58 +0000] "GET /facebook-1 HTTP/1.1" 301 618 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133
Safari/537.36"
40.107.246.98 - - [21/Aug/2019:20:19:59 +0000] "GET /facebook-1/ HTTP/1.1" 302 631 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133
Safari/537.36"
40.107.246.98 - - [21/Aug/2019:20:19:59 +0000] "GET /totally-legitimate-domain/index.html HTTP/1.1" 200 442 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko)
Chrome/57.0.2987.133 Safari/537.36"
40.107.246.98 - - [21/Aug/2019:20:20:02 +0000] "GET /favicon.ico HTTP/1.1" 404 514 "http://safe-links-2.emtunc.org/totally-legitimate-domain/index.html" "Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
```

## Test 3 (no bypass techniques implemented): Eicar Anti-Malware Test File

- Original URL: http://safe-links-2.emtunc.org/eicar-2/eicar.com.txt
- Rewritten URL: https://nam02.safelinks.protection.outlook.com/?url=http%3A%2F%2Fsafe-links-2.emtunc.org%2Feicar-2%2Feicar.com.txt&data=02%7C01%7C%7C15d265e860e24c47f4b508d726752f3b%7C84df9e7fe9f640afb435aaaaaaaaaaaa%7C1%7C0%7C637020157050172837&sdata=RbCkAiPy3w1azEwSEtbOHmk%2FdvTTSi8rScmGgxgBJ0Q%3D&reserved=0
- I was taken directly to the malware test file/page - evidence of this can be seen in the web server access logs
- The web server logs show that the Microsoft Online Protection scanner connected to the web server 21 seconds after I had already been redirected to the original URL
- The web server logs also show the bypass technique working. You can see me (the victim of the malware page) being sent to **/eicar-2/eicar.com.txt** but the Microsoft scanner being redirected to **/totally-legitimate-domain/index.html**

```
88.98.209.138 - - [21/Aug/2019:20:23:15 +0000] "GET /eicar-2/eicar.com.txt HTTP/1.1" 200 352 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko)
Chrome/76.0.3809.100 Safari/537.36"
40.90.216.147 - - [21/Aug/2019:20:23:36 +0000] "GET /eicar-2/eicar.com.txt HTTP/1.1" 302 632 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko)
Chrome/57.0.2987.133 Safari/537.36"
40.90.216.147 - - [21/Aug/2019:20:23:36 +0000] "GET /totally-legitimate-domain/index.html HTTP/1.1" 200 442 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko)
Chrome/57.0.2987.133 Safari/537.36"
40.90.216.147 - - [21/Aug/2019:20:23:40 +0000] "GET /favicon.ico HTTP/1.1" 404 514 "http://safe-links-2.emtunc.org/totally-legitimate-domain/index.html" "Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
```

## Test 4 (no bypass techniques implemented): A different Facebook Phishing Page

- Original URL: http://safe-links-2.emtunc.org/facebook-2
- Rewritten URL: https://nam03.safelinks.protection.outlook.com/?url=http%3A%2F%2Fsafe-links-2.em

The Bearded Man LTD - Mikail Tunç

tunc.org%2Ffacebook-2&data=02%7C01%7C%7C001ebcf272134507479808d72675
e566%7C84df9e7fe9f640afb435aaaaaaaaaaaa%7C1%7C0%7C6370201601084011
50&sdata=BWvbPmPVCsw%2Fs8q%2FaAdWR%2BmEo2alBYtW79f1J2VLbmg%3
D&reserved=0

- I was taken directly to the Facebook phishing page - evidence of this can be seen in the web server access logs
- The web server logs show that the Microsoft Online Protection scanner connected to the web server 11 seconds after I had already been redirected to the original URL
- The web server logs also show the bypass technique working. You can see me (the victim of the phishing page) being sent to **/facebook-2** but the Microsoft scanner being redirected to **/totally-legitimate-domain/index.html**

```
88.98.209.138 - - [21/Aug/2019:20:27:39 +0000] "GET /facebook-2 HTTP/1.1" 301 618 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [21/Aug/2019:20:27:39 +0000] "GET /facebook-2/ HTTP/1.1" 200 2190 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [21/Aug/2019:20:27:40 +0000] "GET /facebook-2/grid.css HTTP/1.1" 200 1341 "http://safe-links-2.emtunc.org/facebook-2/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [21/Aug/2019:20:27:40 +0000] "GET /facebook-2/main.css HTTP/1.1" 200 1724 "http://safe-links-2.emtunc.org/facebook-2/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [21/Aug/2019:20:27:40 +0000] "GET /facebook-2/O7nsdhjdsXSI.png HTTP/1.1" 200 377 "http://safe-links-2.emtunc.org/facebook-2/main.css" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [21/Aug/2019:20:27:40 +0000] "GET /facebook-2/gasd34sad3.png HTTP/1.1" 200 3136 "http://safe-links-2.emtunc.org/facebook-2/main.css" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [21/Aug/2019:20:27:40 +0000] "GET /facebook-2/favicon.png HTTP/1.1" 200 667 "http://safe-links-2.emtunc.org/facebook-2/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
13.66.202.166 - - [21/Aug/2019:20:27:50 +0000] "GET /facebook-2 HTTP/1.1" 301 618 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:64.0) Gecko/20100101 Firefox/64.0"
13.66.202.166 - - [21/Aug/2019:20:27:51 +0000] "GET /facebook-2/ HTTP/1.1" 302 631 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:64.0) Gecko/20100101 Firefox/64.0"
13.66.202.166 - - [21/Aug/2019:20:27:51 +0000] "GET /totally-legitimate-domain/index.html HTTP/1.1" 200 423 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:64.0) Gecko/20100101 Firefox/64.0"
40.94.227.27 - - [21/Aug/2019:20:27:52 +0000] "GET /facebook-2 HTTP/1.1" 301 618 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.94.227.27 - - [21/Aug/2019:20:27:53 +0000] "GET /facebook-2/ HTTP/1.1" 302 631 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.94.227.27 - - [21/Aug/2019:20:27:53 +0000] "GET /totally-legitimate-domain/index.html HTTP/1.1" 200 442 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.94.227.27 - - [21/Aug/2019:20:27:56 +0000] "GET /favicon.ico HTTP/1.1" 404 514 "http://safe-links-2.emtunc.org/totally-legitimate-domain/index.html" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
```

- Interestingly, you can see two Microsoft IPs/scanners connecting to the webpage (13.66.202.166 and 40.94.227.27) - both with different user-agent headers. I could not find an explanation for this but this could potentially be a technique employed by Microsoft to send multiple scanners that *look different* in order to evade bypass techniques.
- The below is me trying 10 minutes later - the URL was still marked 'safe'

```
88.98.209.138 - - [21/Aug/2019:20:37:14 +0000] "GET /facebook-2/ HTTP/1.1" 200 2191 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
```

- This below is me trying 27 minutes later - the URL was still marked 'safe' - notice the two Microsoft scanners again

```
88.98.209.138 - - [21/Aug/2019:20:54:16 +0000] "GET /facebook-2/ HTTP/1.1" 200 2191 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
13.66.202.166 - - [21/Aug/2019:20:54:26 +0000] "GET /facebook-2 HTTP/1.1" 301 618 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:64.0) Gecko/20100101 Firefox/64.0"
13.66.202.166 - - [21/Aug/2019:20:54:26 +0000] "GET /facebook-2/ HTTP/1.1" 302 631 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:64.0) Gecko/20100101 Firefox/64.0"
13.66.202.166 - - [21/Aug/2019:20:54:26 +0000] "GET /totally-legitimate-domain/index.html HTTP/1.1" 200 423 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:64.0) Gecko/20100101 Firefox/64.0"
40.94.227.80 - - [21/Aug/2019:20:54:29 +0000] "GET /facebook-2 HTTP/1.1" 301 618 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.94.227.80 - - [21/Aug/2019:20:54:29 +0000] "GET /facebook-2/ HTTP/1.1" 302 631 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.94.227.80 - - [21/Aug/2019:20:54:30 +0000] "GET /totally-legitimate-domain/index.html HTTP/1.1" 200 442 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.94.227.80 - - [21/Aug/2019:20:54:33 +0000] "GET /favicon.ico HTTP/1.1" 404 514 "http://safe-links-2.emtunc.org/totally-legitimate-domain/index.html" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
```

- Finally, me trying the next day to confirm that the directory and sub-domain is still marked 'safe', therefore confirming that the bypass technique was successful

```
88.98.209.138 - - [22/Aug/2019:19:38:51 +0000] "GET /facebook-2/ HTTP/1.1" 200 2191 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [22/Aug/2019:19:38:51 +0000] "GET /facebook-2/grid.css HTTP/1.1" 200 1341 "http://safe-links-2.emtunc.org/facebook-2/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [22/Aug/2019:19:38:51 +0000] "GET /facebook-2/main.css HTTP/1.1" 200 1724 "http://safe-links-2.emtunc.org/facebook-2/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [22/Aug/2019:19:38:51 +0000] "GET /facebook-2/O7nsdhjdsXSI.png HTTP/1.1" 304 179 "http://safe-links-2.emtunc.org/facebook-2/main.css" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [22/Aug/2019:19:38:51 +0000] "GET /facebook-2/gasd34sad3.png HTTP/1.1" 304 180 "http://safe-links-2.emtunc.org/facebook-2/main.css" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
40.94.226.69 - - [22/Aug/2019:19:39:05 +0000] "GET /facebook-2 HTTP/1.1" 301 618 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.94.226.69 - - [22/Aug/2019:19:39:06 +0000] "GET /facebook-2/ HTTP/1.1" 302 631 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.94.226.69 - - [22/Aug/2019:19:39:06 +0000] "GET /totally-legitimate-domain/index.html HTTP/1.1" 200 442 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.94.226.69 - - [22/Aug/2019:19:39:09 +0000] "GET /favicon.ico HTTP/1.1" 404 514 "http://safe-links-2.emtunc.org/totally-legitimate-domain/index.html" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
```

Testing carried out between:

August 20 - 22, 2019

Report created on:

August 23, 2019

Testing performed by:

Mikail Tunç of The Bearded Man LTD; a London-based Cyber Security Consultancy

*Certified ISO/IEC 27001 Lead Auditor*

*GIAC Web Application Penetration Tester (GWAPT)*

*GIAC Certified Enterprise Defender (GCED)*

*MCSA: Windows Server 2012*

*650-153 - Cisco IronPort Security Associate - Email Security (ESFE)*