# EXHIBIT 23

**Backlink profile for https://products.office.com/en-us/exchange/advance-threat-protection**
Exact URL

| URL rating | Domain rating | Backlinks | Referring domains |
|---|---|---|---|
| 41 | 92 | 1,045 | 229 |
| | | 80% dofollow | 83% dofollow |

**Top 100 backlinks** | Top 5 anchors | Top 5 pages | One link per domain

| Referring page | DR | UR | Domains | Traffic | Anchor and backlink |
|---|---|---|---|---|---|
| Stopping ransomware where it counts: Protecting your data with Controlled folder access - Microsoft Security<br>🔒 www.microsoft.com/security/blog/2017/10/23/stopping-ransomware-where-it-counts-protecting-your-data-with-controlled-folder-access/<br>EN  WORDPRESS | 96 | 32 | 81 | 0.02 | customers. https://products.office.com/en-us/exchange/online-email-threat-protection?ocid=cx-blog-mmpc helps secure mailboxes against email attacks by blocking emails with<br>🔒 products.office.com/en-us/exchange/online-email-threat-protection?ocid=cx-blog-mmpc<br>↳ 301  🔒 products.office.com/en-us/exchange/advance-threat-protection<br>CONTENT |
| Microsoft Office 365 Customers Get Protection Against Malicious Macros<br>🔒 www.bleepingcomputer.com/news/security/microsoft-office-365-customers-get-protection-against-malicious-macros/<br>EN | 85 | 24 | 23 | 0.83 | Defender shares its detections of documents with malicious macros with https://products.office.com/en-us/exchange/online-email-threat-protection email security service, which prevents the files from reaching customers'<br>🔒 products.office.com/en-us/exchange/online-email-threat-protection<br>↳ 301  🔒 products.office.com/en-us/exchange/advance-threat-protection |
| How To Spot a Phishing Email [2019 Update] - Copeland Technology Solutions<br>🔒 www.copelanddata.com/blog/how-to-spot-phishing-emails/<br>EN  WORDPRESS | 28 | 21 | 24 | 5 | Use the Tools Available: https://products.office.com/en-us/exchange/online-email-threat-protection: use tools like these to stay as secure as<br>🔒 products.office.com/en-us/exchange/online-email-threat-protection<br>↳ 301  🔒 products.office.com/en-us/exchange/advance-threat-protection<br>CONTENT |
| Office 365 Advanced Threat Protectioni Safe Links - Link Decoder<br>www.o365atp.com/ | 7 | 20 | 29 | 100 | Click https://products.office.com/en-us/exchange/online-email-threat-protection to learn more about Office 365 Advanced Threat Protection.<br>🔒 products.office.com/en-us/exchange/online-email-threat-protection<br>↳ 301  🔒 products.office.com/en-us/exchange/advance-threat-protection<br>CONTENT |
| Microsoft announces new Windows Defender Advanced Threat Protection (but there's a catch) - TechRepublic<br>🔒 www.techrepublic.com/article/microsoft-announces-new-windows-defender-advanced-threat-protection-but-theres-a-catch/<br>EN | 88 | 20 | 13 | 0.00 | will complement and support other security systems from Microsoft, including https://products.office.com/en-us/exchange/online-email-threat-protection and Microsoft Advanced Threat Analytics .<br>🔒 products.office.com/en-us/exchange/online-email-threat-protection<br>↳ 301  🔒 products.office.com/en-us/exchange/advance-threat-protection<br>CONTENT |
| How to Choose Office 365 Business vs Enterprise Licensing<br>🔒 www.knowledgewave.com/blog/office-365-business-vs-enterprise<br>EN | 41 | 19 | 12 | 347 | https://products.office.com/en-us/exchange/online-email-threat-protection: $2.00 user/month (BE, BP, E1, E3)<br>🔒 products.office.com/en-us/exchange/online-email-threat-protection<br>↳ 301  🔒 products.office.com/en-us/exchange/advance-threat-protection |
| Office 365 - Providing Your Users Visual Cues About Email Safety - Perficient Blogs<br>🔒 blogs.perficient.com/2016/04/04/office-365-providing-your-users-visual-cues-about-email-safety/<br>EN  WORDPRESS | 73 | 18 | 12 | 4.3 | Another feature, related to HTML links and attachments, is " https://products.office.com/en-us/exchange/online-email-threat-protection " which is part of the E5 license or avai<br>🔒 products.office.com/en-us/exchange/online-email-threat-protection<br>↳ 301  🔒 products.office.com/en-us/exchange/advance-threat-protection<br>CONTENT |
| Microsoft Turns on Its Advanced Threat Protection Service for E-Mail -- Redmondmag.com<br>🔒 redmondmag.com/articles/2015/06/05/microsoft-advanced-threat-protection.aspx | 75 | 16 | 6 | 0.00 | Microsoft's https://products.office.com/en-us/exchange/online-email-threat-protection (ATP) solution, an Exchange Online e-mail security feature, went live<br>🔒 products.office.com/en-us/exchange/online-email-threat-protection<br>↳ 301  🔒 products.office.com/en-us/exchange/advance-threat-protection |
| Don't be a victim: How to stop ransomware attacks before they start<br>techgenix.com/stop-ransomware-attacks/<br>EN  WORDPRESS | 76 | 15 | 3 | 91 | https://products.office.com/en-us/exchange/online-email-threat-protection, formerly called Exchange Online Advanced Threat Protection, is another<br>🔒 products.office.com/en-us/exchange/online-email-threat-protection<br>↳ 301  🔒 products.office.com/en-us/exchange/advance-threat-protection |
| Windows Admins -<br>🔒 windowsadmins.com/ | 18 | 15 | 3 | 0.00 | attacks is expected to increase. To help mitigate this trend, https://products.office.com/en-us/exchange/advance-threat-protection has a cloud-based email filtering service wi capabilities.<br>🔒 products.office.com/en-us/exchange/advance-threat-protection |