# EXHIBIT 24



purchase microsoft advanced threat protection                    Search

Q All      Shopping      News      Images      Videos      ⋮ More            Settings   Tools

About 21,800,000 results (0.37 seconds)

### Advanced Threat Protection | Protect Your Business
[Ad] go.crowdstrike.com/free-trial ▼
Start Your Free Trial and See How CrowdStrike Outperforms Traditional **Threat** Detection. Cloud Native Security. Get Started for Free. For Business & Enterprise. Stop Malware & Breaches.

### Advanced Threat Protection | Redefine Your Suite Security | avanan.com
[Ad] www.avanan.com/Enterprise/Security ▼
**Protect** against phishing scams, malware & more for cloud email, messaging & file sharing. Avanan deploys with one click and automates your ongoing security. Get started today! No Configuration. Cloud Infrastructure. One License. Malware Sandboxing. Antivirus. Regulatory Compliance.

### IRONSCALES | Human & Machine Solution
[Ad] www.ironscales.com/ ▼
It only takes 82 seconds on average before a phishing attack can impact your organization. Feedback loops between humans & machines are essential for a rapid phishing response. Phishing Detection. BEC **Protection**. Anti-Phishing **Protection**. Peer2Peer Intelligence. Rapid Incident Response.

### Advanced email threat protection – Microsoft 365 - Microsoft Office
https://products.office.com/en-us/exchange/advance-threat-protection ▼
With **Advanced Threat Protection**, you can secure your email service against sophisticated ... comprehensive protection by leveraging trillions of signals from the **Microsoft** Intelligent ..... How to **buy** Office 365 **Advanced Threat Protection** Plan 1:.

---

**People also ask**

| What is Microsoft advanced threat protection? | ⌄ |
| --- | --- |
| How do I turn off advanced threat protection? | ⌄ |
| Does Office 365 e3 include advanced threat protection? | ⌄ |
| What is Advanced Threat Protection Sophos? | ⌄ |

*Feedback*

---

### Office 365 Advanced Threat Protection Service Description | Microsoft ...
https://docs.microsoft.com/.../office-365-advanced-threat-protection-service-descriptio... ▼
Aug 2, 2019 - Office 365 ATP can be enabled to protect **Exchange Online** cloud-hosted ... To **buy** Office 365 **Advanced Threat Protection**, see Office 365 ...
Threat Trackers · Exchange Online Protection · Attack Simulator in Office 365

### Office 365 Advanced Threat Protection | Microsoft Docs
https://docs.microsoft.com/en-us/office365/securitycompliance/office-365-atp ▼
Mar 27, 2019 - Office 365 **Advanced Threat Protection** includes safe attachments, safe ... you can **purchase** ATP Plan 1 or ATP Plan 2 as an add-on to certain ...
Office 365 Advanced Threat ... · Office 365 ATP Safe Links · ATP Safe Attachments

### Exchange Online Advanced Threat Protection is now available ...
https://www.microsoft.com/.../microsoft.../exchange-online-advanced-threat-protectio... ▼
Jun 1, 2015 - **Exchange Online Advanced Threat Protection** is now available ... You can also **purchase** ATP through Volume Licensing and Cloud Solution ...