# EXHIBIT 25

This site uses cookies for analytics, personalized content and ads. By continuing to browse this site, you agree to this use.    Learn more

Customer Stories    Search



**IoT company streamlines security to help it navigate dynamic business environment**

September 24, 2018    Print

Headquartered in London, Telit enables customers all over the world to design and implement Internet of Things solutions, while the company's IT team works hard to safeguard data and integrate acquired businesses. Telit recently upgraded to Microsoft 365 E5, adding Enterprise Mobility + Security to its existing Office 365 and Windows 10 deployments. Now, employees stay productive on the move, and the security team has a set of integrated tools to help protect more than 1,000 users efficiently.

**Customer**
Telit

**Products and Services**
Azure Active Directory
Azure Advanced Threat Protection
Cloud App Security
Microsoft 365 Enterprise
Microsoft Defender Advanced Threat Protection
Office 365 Advanced Threat Protection P1
Windows 10

**Industry**
Professional Services

**Organization Size**
Large (1,000 - 9,999 employees)

**Country**
United Kingdom

**Downloads**
Telit Summary Slide

**Share this story**
 

" **We no longer have to worry about what security product we'll use. With Microsoft 365, we're covered.** "

—Itzik Menashe: VP IT and Information Security
Telit

In the past 10 years, the Internet of Things (IoT) has emerged as a way for companies to improve customer experience through connected devices. But for Telit, IoT is nothing new. It has been connecting machines to each other and devices to the internet for more than 20 years—before the term IoT even existed—and today its 1,030 employees support over 7,000 customers with IoT products, software, and services.

Connecting IoT devices, infrastructure, and sensors to the internet increases the number of entry points for cybercriminals. And with prominent attacks to IoT networks making headlines, customers expect Telit to take its own corporate security as seriously as it takes connectivity. Itzik Menashe, the VP of IT and Information Security at Telit, says, "It's about trust. When we take on a large automotive or industrial customer, they audit our internal systems to check that we have the appropriate protection—and it's my job to ensure that we do."

## Business growth through acquisition

In a fast-moving industry, Telit can't afford to stand still. The company has acquired 10 businesses in the past seven years, meaning that the 30-person IT team has had to integrate new employees, devices, and datacenters. "Telit is a dynamic business, and we have to be ready for anything," says Menashe. "Our management team expects companies to be integrated as soon as contracts are signed. And we need security products that help us achieve this."

But Menashe and his team don't have infinite resources. New additions to the company's business portfolio don't always come with a corresponding increase in IT budgets and personnel, meaning the team has to work in more efficient ways to integrate new companies and keep them safe.

## One vendor, simpler coverage

Until recently, Telit used products from different vendors to handle specific security threats. But this approach led to escalating costs, complexity in managing vendor relationships, and lack of integration between products. "We worked with some of the best vendors and software in the industry," says Menashe, "but they sometimes had a high total cost of ownership, and their effectiveness is limited when they don't talk to each other. We couldn't see clearly how our solutions were performing together." And, because security purchases needed signing off by the company's budget-holders, Menashe often had to strategically choose which to deploy and which could be left until the next fiscal year, leading to what he calls "gray areas" of coverage.

Menashe had been monitoring the development of the Microsoft security portfolio, which included the acquisition of several Israeli cybersecurity startup companies that Telit had already worked with. He and his security specialists were looking for a cost-effective solution but also one that was flexible and could seamlessly interoperate with their on-premises workloads. By upgrading to Microsoft 365 Enterprise E5, the team would benefit from adding Enterprise Mobility + Security to its existing Microsoft deployments, which included Microsoft Azure, Windows 10, and Microsoft Office 365. Menashe says, "The choice was relatively simple. Through the E5 license, we found that we could meet our key security requirements at a lower cost and with better incorporation into our existing infrastructure."

## Threat protection, end to end

With Microsoft 365 E5, Telit adds features including Microsoft Cloud App Security (MCAS), Azure Advanced Threat Protection (ATP), and Azure Active Directory (Azure AD) to its existing security portfolio. It uses them in combination with Office 365 Advanced Threat Protection (ATP), Windows Defender Advanced Threat Protection (ATP), and Office 365 Threat Intelligence to provide robust coverage across its services and simplify the way its security teams manage environments.

"We use all the features in Office 365 ATP to minimize risks for end users," says Menashe. "Using the anti-phishing capabilities, for example, we can block emails that use the spoofed display name technique, which some of our management team members have been targeted with."

"Through Office 365 Threat Intelligence, our security team reveals insights and identifies actions based on what is happening in our Office 365 environment. It helps us to protect our organization by making it easy to identify, monitor and understand attacks, and we quickly get insights about risks and how they relate to our organization, so we can adjust our safeguards accordingly."

And Telit uses Windows Defender ATP to monitor and detect threats on end-user devices and gain full visibility of the effect of a malicious file. Azure ATP works alongside to visualize the attack timeline. "The biggest advantage of Windows Defender ATP over any other endpoint protection software is that it's already part of the operating system and not a third-party add-in," says Menashe. "We can see where an attachment originated and how it then progressed through a machine and network."

## Smoother for admins and users

The fact that security products in Microsoft 365 integrate with each other helps the information security team at Telit save time, provide a more seamless user experience, and improve protection. Menashe cites the integration between Office 365 ATP and end-user applications like Microsoft Outlook as an example. "When an email is being scanned for malware, Outlook will either update the user to notify them that the email is being scanned or let them read the email while it scans the attachment. This way, users understand how security works behind the scenes and they can get on with their work."

Another example is conditional access according to the risk level associated with a sign-in attempt. "Some of our executives don't want to be asked to provide multi-factor authentication every time they sign in," says Menashe. "So now we can automate when that happens, like when they are not using a managed device or while they are out of office in unsecure areas. Overall, these features of Microsoft 365 reduce barriers to productivity without compromising on security."

## Ready for the future

The information security team at Telit can now better support more than 1,000 global users and several datacenters. And it's ready for whatever comes next. "We no longer have to worry about what security product we'll use. With Microsoft 365, we're covered," says Menashe. And the new features are quick for Telit to deploy, too. Azure ATP took less than a day to go into production, for example.

The team can easily develop a security strategy going forward by using Microsoft Secure Score, which analyzes environments, assigns a score, and outlines security measures to take in priority order. "I can take numbers and actions from Secure Score to management to explain what we're going to do next and how that will improve our level of protection," says Menashe. "It helps us keep on top of security."

Find out more about Telit on Twitter, Facebook, and LinkedIn.

" **The choice was relatively simple. Through the E5 license, we found that we could meet our key security requirements at a lower cost and with better incorporation into our existing infrastructure.** "

—Itzik Menashe: VP IT and Information Security
Telit

  1 of 2

## Similar Stories


TD Bank Group supports a culture of inclusion with assistive technologies


Ellevo automatiza atendimentos com chatbot integrado aos aplicativos de mensagem mais usados do


Abrona accelerates GDPR compliance and increases productivity with Microsoft 365


Northampton Primary Academy Trust empowers staff and students with Office 365

Follow Microsoft



**What's new**
Surface Pro X
Surface Laptop 3
Surface Pro 7
Windows 10 apps
Office apps

**Microsoft Store**
Account profile
Download Center
Microsoft Store support
Returns
Order tracking
Store locations
Buy online, pick up in store
In-store events

**Education**
Microsoft in education
Office for students
Office 365 for schools
Deals for students & parents
Microsoft Azure in education

**Enterprise**
Azure
AppSource
Automotive
Government
Healthcare
Manufacturing
Financial services
Retail

**Developer**
Microsoft Visual Studio
Windows Dev Center
Developer Network
TechNet
Microsoft developer program
Channel 9
Office Dev Center
Microsoft Garage

**Company**
Careers
About Microsoft
Company news
Privacy at Microsoft
Investors
Diversity and inclusion
Accessibility
Security

English (United States)    Sitemap    Contact Microsoft    Privacy & cookies    Terms of use    Trademarks    Safety & eco    About our ads    © Microsoft 2019