# EXHIBIT 26

Google

| Q All | 🖼 Images | 🏷 Shopping | 📰 News | ▶ Videos | ⋮ More | Settings | Tools |

2 results (0.58 seconds)

[DOC] Speaker Notes
https://o365pp.blob.core.windows.net/.../Office%20365%20ProPlus%20for%20Mac%... ▼
Ensure hyperlinks in documents are harmless with ATP Safe Links*:. Protect your organization from harmful hyperlinks through ATP Safe Links policies; Create a ...

[DOC] Office 365 ProPlus Overview for Decision Makers Speaker Notes
https://o365pp.blob.core.windows.net/.../Office%20365%20ProPlus%20Overview%2... ▼
Ensure hyperlinks in documents are harmless with ATP Safe Links*:. Protect your organization from harmful hyperlinks through ATP Safe Links policies; Create a ...