# EXHIBIT 27

60416-RS  Document 1-29  Entered on FLSD Docket 02/26/2020



"Ensure hyperlinks in documents are harmless with ATP Safe Links" filetype:ppt

Q All   Images   Shopping   News   Videos   More    Settings   Tools

Your search - **"Ensure hyperlinks in documents are harmless with ATP Safe Links" filetype:ppt** - did not match any documents.

Suggestions:

- Make sure all words are spelled correctly.
- Try different keywords.
- Try more general keywords.
- Try fewer keywords.

### Advanced Email Protection | Try SpamStopsHere Free
[Ad] www.greenviewdata.com/ ▼   (800) 458-3348
99.5% Spam Blocking, Zero-Hour AntiVirus, Downtime Protection, 24/7 Live Support. Free 30-Day Trial. No Xtra Hardware/Software. Highlights: In Service Since 1980, 24/7 Live Support Available.
Get A Free Trial · Email Hosting · Email Encryption · Pricing Plans

### How to Fix Insert Hyperlink | For Windows 10, 8, 7 & Vista
[Ad] www.windowstechies.com/ ▼
Follow These Easy Steps Now. Takes Only 2 Minutes. (Recommended) Fix Your PC with WindowsTechies®. Fully Safe. Free Diagnosis. Verified And Fully Safe. Highlights: We Make Microsoft Windows Easy For You, We Help You Improve Your Windows Experience.
About Us · Contact Us · Fix Errors · Blog Center · Products Available · FAQs

### Advanced Threat Protection | Search Advanced Threat Protection
[Ad] www.izito.com/Find/Quality_Results ▼
Get Advanced Threat Protection. Discover Millions Of Results Here. Discover Quality Results. Find Related Results Now. 100+ Qualitative Results. Powerful and Easy to Use. Get More Related Info. Explore the Best Info Now. Types: News, Video, Images, Web, Wiki.
Find Fast · Search Efficiently · Better Results · Search Smarter