# EXHIBIT 29

idg.com

# Cloud Computing Survey 2015 • IDG

2-3 minutes

Tech Research |



Today, 72% of organizations have at least one application in the cloud or a portion of their computing infrastructure in the cloud, and they are not stopping there. As 56% of technology decision-makers are still investigating where cloud use can be leveraged, it is important to understand usage plans across various cloud service models, investments and business drivers. The 2015 IDG Enterprise Cloud Computing study deeply measures all of these areas and ultimately explains the impact cloud computing has on business strategy.

Key Findings include:

- Cloud investments continue to rise and enterprise organizations are investing significantly more than SMBs.
- Cloud computing investments continue to be driven by lower total cost of ownership, enablement of business continuity and speed of deployment.
- Traditional "as-a-service" models remain significant, and there's movement towards Storage-as-a-Service, Monitoring-as-a-Service and Disaster-Recovery as-a-Service.
- Sensitivity of data and importance to business determine which applications are migrating to the cloud.
- Security remains the top adoption challenge, with over half of organizations saying that vendors must ensure security measures can meet their compliance requirements.
- Organizations have strong relationships with cloud vendors, but vendor support is still needed to fully embrace cloud solutions.

IDG Enterprise's 2015 Cloud Computing Survey was conducted online among the audiences of IDG Enterprise brands (CIO, Computerworld, CSO, InfoWorld, ITworld and Network World). Results are based on 962 qualified respondents.

Want to know more about cloud computing? View our infographic.

For more information on this study, view the excerpt below. To request a meeting with an IDG Enterprise sales executive to walk through the full study, please complete the form below.