# EXHIBIT 32



The growing popularity of the cloud has given rise to a host of different cloud-based tools. Messaging apps like *Slack* enable rapid communication, file sync and share apps like *Box* enable instant collaboration, while *single sign-on* providers like Okta can authenticate users across all applications.

To learn about the rate at which companies are adopting cloud services, Bitglass performed an automated analysis of over 135,000 corporate email domains. In so doing, the Next-Gen CASB uncovered adoption rates for popular cloud apps, *AWS*, and single sign-on (SSO)—read on for more information.

# SECURITY TRAILS CLOUD

Since Bitglass conducted its first cloud adoption study in 2014, organizations everywhere have continued their rapid migration to the cloud. In 2018, global cloud adoption reached an all-time high of 81%, as measured by enterprise use of major cloud productivity platforms. However, only one third of those organizations are deploying single sign-on. This discrepancy between cloud adoption and cloud security suggests that breaches will continue to plague two thirds of organizations making use of the cloud.

## CLOUD ADOPTION



| | 2014 | 2016 | 2018 |
|---|---|---|---|
| | 24% | 59% | 81% |

# OFFICE 365 DEPLOYED IN MAJORITY OF ENTERPRISES WORLDWIDE

Despite G Suite's early advantage, Microsoft Office 365 has continued its ascension as the cloud app suite of choice. Over half of organizations have now deployed Office 365, while G Suite adoption seems to have slowed to a halt.

## Office 365 & G Suite



| | 2014 Adoption | 2016 Adoption | 2018 Adoption |
|---|---|---|---|
| Office 365 | 7.7% | 34.3% | 56.3% |
| G Suite | 16.3% | 24.9% | 24.8% |

To secure their growing collections of cloud apps, an estimated 25% of organizations are now using single sign-on (SSO) solutions to authenticate users.

| Office 365 | G Suite | Slack | Box |
|---|---|---|---|
| 56.3% | 24.8% | 42.9% | 16.6% |

| Salesforce | AWS | SSO in Use |
|---|---|---|
| 11.0% | 13.8% | 25.0% |



# AWS ADOPTION REVEALED

Infrastructure as a service (IaaS) solutions offer user-friendly, scalable IT infrastructure and reduce the need for costly, on-premises hardware. Many organizations use these platforms to store their data in the cloud and build custom applications. Despite the growth of competitors like Microsoft Azure and Google Cloud Platform, Amazon Web Services (AWS) has quickly emerged as the go-to choice for IaaS in every analyzed industry.

**On average, 13.8% of companies worldwide are using AWS.**

**At 21.5% adoption, technology firms are making the most use of AWS.**

| Industry | AWS |
|---|---|
| Technology | 21.5% |
| Education | 19.7% |
| Media | 15.3% |
| Agriculture | 13.3% |
| Finance | 11.6% |
| Healthcare | 11.5% |
| Retail | 9.0% |



# INDUSTRY BREAKDOWN

*Education has top adoption in multiple apps* (44.1% for G Suite and 25% for Box). This is consistent with prior years and is likely due to the discounts vendors offer the industry.

*Less than half of retailers have deployed Office 365* and fewer than 1 in 10 use AWS. Due to large investments in existing IT infrastructure, these organizations are less likely to use cloud than others.

In addition to leading in AWS adoption (21.5%), *technology has high rates of adoption across all SaaS apps* analyzed.

In regulated industries, *use of Office 365 has nearly doubled since 2016*—from 31.5% to 57.3% in finance, and from 30.9% to 57.3% in healthcare.

## Office 365 adoption



| | FINANCE | | HEALTHCARE | |
|---|---|---|---|---|
| | 2016 | 2018 | 2016 | 2018 |
| | 31.5% | 57.3% | 30.9% | 57.3% |



# SECURE SECTORS

**Education is the leading adopter of single sign-on (40.3%).** SSO can be helpful for provisioning and deprovisioning students and faculty.

Like with cloud apps, **engineering (11.2%) and retail (15.9%) have the lowest SSO adoption rates.**

**The finance industry is a top adopter of single sign-on (29.3%).** Authentication is critical when protecting personally identifiable information (PII).



**EDUCATION**
**40.3%**



**RETAIL**
**15.9%**



**FINANCE**
**29.3%**



# CLOUD ADOPTION BY ORGANIZATION SIZE



All analyzed cloud apps are adopted the most by large enterprises (over 1,000 employees), the second most by medium-sized organizations (500-1,000 employees), and the least by small businesses (under 500 employees). As companies grow, they are more likely to adopt a breadth of cloud applications in order to increase productivity and collaboration across all of their departments.

More than twice as many large enterprises (44.1%) use SSO as small businesses (17.9%).

| Size | AWS Customer | Overall SSO |
|---|---|---|
| Under 500 | 10.8% | 17.9% |
| 500-1000 | 15.8% | 35.1% |
| Over 1000 | 22.1% | 44.1% |

| Size | Office 365 Customer | G Suite Customer | Slack Customer | Box Customer | Salesforce Customer |
|---|---|---|---|---|---|
| Under 500 | 49.6% | 24.1% | 37.8% | 12.7% | 8.8% |
| 500-1000 | 73.4% | 24.3% | 50.1% | 21.8% | 14.2% |
| Over 1000 | 73.7% | 25.8% | 57.7% | 28.0% | 18.3% |

# WRAP-UP

Across all industries, adoption of cloud apps, SSO, and AWS is continuing to grow. With these new tools come new challenges and a need for new security solutions. Fortunately, cloud access security brokers (CASBs) are built for the cloud and can provide comprehensive visibility and control wherever data goes. To learn more, download the *Definitive Guide to CASBs*.



# ABOUT BITGLASS

Phone: (408) 337-0190
Email: info@bitglass.com

www.bitglass.com

Bitglass, the Next-Gen CASB company, is based in Silicon Valley with offices worldwide. The company's cloud security solutions deliver zero-day, agentless, data and threat protection for any app, any device, anywhere. Bitglass is backed by Tier 1 investors and was founded in 2013 by a team of industry veterans with a proven track record of innovation and execution.

## 2018 ADOPTION

| Industry | Office 365 | G Suite | Slack | Box | Salesforce | AWS | SSO in Use |
|---|---|---|---|---|---|---|---|
| Agriculture | 64.1% | 23.1% | 42.6% | 17.4% | 8.0% | 13.3% | 28.1% |
| Biotechnology | 62.2% | 21.9% | 35.8% | 20.3% | 8.7% | 14.6% | 27.5% |
| Construction | 60.2% | 19.9% | 38.7% | 15.9% | 9.8% | 10.9% | 23.8% |
| Consulting | 51.6% | 29.1% | 40.5% | 13.3% | 7.2% | 12.9% | 17.4% |
| Education | 71.1% | 44.1% | 57.6% | 25.7% | 16.7% | 19.7% | 40.3% |
| Energy | 73.5% | 19.4% | 44.8% | 24.4% | 13.7% | 15.3% | 37.7% |
| Engineering | 50.2% | 18.7% | 28.6% | 7.8% | 3.2% | 6.6% | 11.2% |
| Finance | 58.0% | 17.3% | 39.2% | 17.6% | 12.5% | 11.6% | 29.3% |
| Government | 61.5% | 21.3% | 45.7% | 19.2% | 13.4% | 18.8% | 31.8% |
| Healthcare | 57.2% | 19.2% | 35.6% | 13.2% | 8.9% | 11.5% | 23.3% |
| Hospitality | 61.4% | 23.7% | 40.8% | 14.6% | 6.9% | 11.9% | 22.3% |
| Media | 48.1% | 33.8% | 46.8% | 16.4% | 9.2% | 15.3% | 21.6% |
| Not for Profit | 61.6% | 28.8% | 45.6% | 16.1% | 9.9% | 15.6% | 22.6% |
| Other | 51.9% | 23.0% | 43.3% | 17.0% | 12.7% | 13.0% | 25.9% |
| Retail | 47.8% | 24.2% | 34.2% | 11.7% | 5.8% | 9.0% | 15.9% |
| Technology | 56.6% | 30.8% | 54.7% | 18.7% | 14.5% | 21.5% | 26.8% |
| Transportation | 63.6% | 21.7% | 44.7% | 17.3% | 12.6% | 13.2% | 28.7% |
| Utilities | 58.9% | 20.0% | 34.1% | 14.0% | 6.6% | 9.4% | 19.2% |