# EXHIBIT 38

# SOPHOS
Security made simple.

# Sophos Email

## Protect and manage your email with Sophos Central

Sophos Email is a secure email gateway engineered to keep businesses safe from all email threats. It simply stops spam, phishing, malware and data loss and keeps your people productive. And if want to consolidate protection it lets you control email security alongside endpoint, mobile, web, and wireless protection from Sophos Central's single interface.

### Highlights

‣ Support for all major platforms

‣ Uses advanced multi-layer spam detection

‣ Blocks targeted spear phishing attacks

‣ Protects users from new zero-day threats

‣ Provides SPF anti-spoofing

‣ Automatic Active Directory Synchronization

‣ Self-Service Portal allows end users to manage their protection

‣ Ensures email continuity with spooling and emergency inbox

### Instant proven protection

Sophos Email works right out of the box with our default settings, giving you instant protection for your mailboxes by intercepting all email containing suspicious content, attachments or URLs. Sophos Email uses the latest anti-malware and phishing-detection technology that constantly updates to detect the latest threats. You get phishing and impostor email detection with support for SPF anti-spoofing.

### Simply secure Microsoft Exchange, Office 365, and Google Apps

Shifting your email to the cloud doesn't mean you have to reduce your security. Securing your email server or service with Sophos Email ensures you get trusted email security powered by the SophosLabs global network. And, you get the reassurance of continuity in the event of disruption to Microsoft services.

### Say goodbye to spam and unwanted mail

Our reputation filtering blocks over 99% of spam at the gateway, and our anti-spam engine catches the rest, including the latest phishing attacks. Sophos Email filters incoming email by using a variety of advanced detection methods, across many languages.

### Ensure your email is always on

When your email server experiences an outage or there's a disruption to a cloud-based service, Sophos Email automatically queues all incoming mail until the server comes back online. When the service comes back online, all queued mail is delivered, safe and sound. You get automatic alerts, spooling to ensure no mail is ever lost, and an emergency inbox to keep your people productive.

### Empower end users with the self-service portal

Our self-service user portal lets users access and manage their email quarantine, allowing them to release messages inadvertently marked as spam. They can also create and manage email-sender allow/block lists to manage their own security.



## Getting started is easy

Deployment requires a simple MX record change to route email through Sophos Central. It works with any local email server, and you can simply bring in users and their mailboxes with our handy Active Directory synchronization.

## Sophos Email is part of Sophos Central

Simplify your life with a single pane-of-glass for all your security. Sophos Central lets you manage email alongside endpoint, web, wireless, and more all through a single, unified console. You get a single up-to-date, Sophos-hosted platform that's simple and intuitive. Find out more at sophos.com/central.

### Simple, effective management

We've optimized all the daily workflow routines, not only making them intuitive, but also by streamlining the whole process. A simple slide bar lets you set the content filtering threshold. You are never more than a few clicks away from adjusting a policy or running a report.

## Technical Specifications

Sophos Email protects and manages your email in the cloud through Sophos Central.

### Browser requirements for Sophos Central management interface

- Microsoft Internet Explorer 11
- Microsoft Edge
- Chrome
- Firefox
- Safari

Check for all supported browsers

### Technical specifications and email server compatibility for Sophos Email services

- Microsoft Exchange 2003 or later
- Exchange Online/Office 365
- Google Apps for Work

Support is not limited to just these platforms. If your service is not listed, please check with Sophos to see if your platform can be supported.

## How to buy

Sophos Email offers enterprise-grade email protection integrated into Sophos Central. Licenses are priced per user with annual subscriptions.

We have two license offerings:

- Sophos Email Standard delivers proven protection at a great price-point
- Sophos Email Advanced** provides our best protection with advanced features

## Sophos Licenses

| | Sophos Email Standard | Sophos Email Advanced** |
|---|---|---|
| Exchange 2003+, Office 365, and Google Apps and more | ✓ | ✓ |
| Advanced multilayer spam filtering | ✓ | ✓ |
| Allow/block list for enterprise | ✓ | ✓ |
| Self-service portal for end users | ✓ | ✓ |
| Email quarantine for end users | ✓ | ✓ |
| Spooling (ensures no mail is ever lost) | ✓ | ✓ |
| User access to a 24/7 emergency inbox * | ✓ | ✓ |
| Allow/block list for end users * | ✓ | ✓ |
| Phishing URL protection | ✓ | ✓ |
| Provides SPF* and DKIM** anti-spoofing | ✓ | ✓ |
| Email attachment filtering policy ** | | ✓ |
| Time-of-click URL protection ** | | ✓ |
| Sophos Sandstorm cloud-based sandboxing ** | | ✓ |

*Available in October 2016
**Available in early 2017

### Try it now for free
Register for a free 30-day evaluation at sophos.com/sophosemail

United Kingdom and Worldwide Sales
Tel: +44 (0)8447 671131
Email: sales@sophos.com

North American Sales
Toll Free: 1-866-866-2802
Email: nasales@sophos.com

Australia and New Zealand Sales
Tel: +61 2 9409 9100
Email: sales@sophos.com.au

Asia Sales
Tel: +65 62244168
Email: salesasia@sophos.com

Oxford, UK
© Copyright 2016. Sophos Ltd. All rights reserved.
Registered in England and Wales No. 2096520, The Pentagon, Abingdon Science Park, Abingdon, OX14 3YP, UK
Sophos is the registered trademark of Sophos Ltd. All other product and company names mentioned are
trademarks or registered trademarks of their respective owners.

16-06-03 DSNA (DD-2356)

