# EXHIBIT 39



# Sophos Email

## Cloud Email security powered by artificial intelligence

Sophos Email is cloud email security simply delivered through Sophos Central's easy-to-use single management console. Protecting your people from unwanted and malicious email threats today, and tomorrow, with the latest artificial intelligence.

## Highlights

- Predictive email security able to block known and unknow threats
- Stop ransomware, spam, and phishing attacks
- Support for all major platforms
- Automatic Active Directory Synchronization
- Self-Service Portal with end-user and admin controls

## Smarter Email Security

Today's email threats move fast, and malicious files look more and more like benign files. Growing businesses need predictive email security - defeating today's threats with an eye on tomorrow.

## See the Future

Using the same technology as our award-winning Intercept X, the artificial intelligence built into Sophos Email's Sandstorm sandboxing technology is a deep learning neural network, able to detect suspicious payloads containing threats, malware and unwanted applications, as well as high-level threats embedded in documents, including ransomware.

Sophos Sandstorm detonates these files in series of virtual machines, simulating a real end user environment where behavior can be monitored. Delivering safe documents – not just PDFs.

## Block Stealth Attacks

Protecting employees from malicious website links, our advanced URL protection is out-smarting attackers who slip phishing URLs past traditional gateways - delaying the upload of malware to websites until after the email is delivered. Sophos Time-of-Click checks website reputation before delivery and at the time you click – blocking stealthy, delayed attacks.

## Trust Your Inbox

Attackers relentlessly target organizations with spam, phishing, and advanced socially engineered attacks. Automate phishing imposter defense with Sophos Email authentication. Protecting your employees from phishing attacks using fraudulent email addresses that impersonate trusted contacts and domains, before they reach the inbox.

Using a combination of SPF, DKIM and DMARC authentication techniques and email header analysis, Sophos Email allows you to identify and allow legitimate emails from trusted partners, and block the imposter – allowing you to trust your inbox again.

Sophos Email

## Flexible Deployment

Sophos Email was born to be flexible. Creating unique security policies for individuals, groups or the whole domain can be done in minutes – saving you valuable time.

While seamless integration with Microsoft Office 365, Google G Suite, on-premises Exchange 2003+, and many more email providers, allows you to protect any email service where you control the domain and DNS records. Best of all - activation is completely in your control, with administrator controls and end-user self-service for common day-to-day tasks.

## Secure Office 365

The answer for business-grade email. Email, Office, Collaboration – Microsoft Office 365 is a great tool for businesses to stay productive. But as customers move to O365, the security features often don't live up to expectations. Great collaboration needs great security, and Sophos Email provides a simple solution:

‣ One Advanced license secures Office 365 from the latest spam, phishing and advanced threats

‣ Ensure compliance with a choice of location for email scanning and sandbox analysis

‣ Single easy-to-use management console

## Getting Started is Easy

Deployment requires a simple MX record change to route email through Sophos Central, and you can simply bring in users and their mailboxes with our handy Azure and on premise Active Directory synchronization tools.

## How to Buy

Priced per user with bands from 5 to 5000+, Sophos Email keeps things simple so you can focus on protecting your business, data and employees.

## Sophos Email Features

| Protection and Management | Email Advanced |
|---|---|
| Inbound Message Scanning | ✓ |
| Outbound Message Scanning | ✓ |
| Domain / Group / User Policies | ✓ |
| Admin and User Quarantine | ✓ |
| Admin Allow / Block Lists | ✓ |
| AD Sync or Azure AD Sync | ✓ |
| 24/7 Emergency Inbox | ✓ |
| Message Processing Locations (Dublin, Frankfurt, USA) | ✓ |
| Anti Spam Filters | ✓ |
| Delay Queue | ✓ |
| Inbound SPF, DKIM and DMARC | ✓ |
| Anti Virus Filters | ✓ |
| Time-of-Click URL Protection | ✓ |
| Sophos Sandstorm | ✓ |
| Sophos Sandstorm Locations (Dublin, Japan, USA) | ✓ |

## Try it now for free

Register for a free 30-day evaluation at sophos.com/email.

United Kingdom and Worldwide Sales
Tel: +44 (0)8447 671131
Email: sales@sophos.com

North American Sales
Toll Free: 1-866-866-2802
Email: nasales@sophos.com

Australia and New Zealand Sales
Tel: +61 2 9409 9100
Email: sales@sophos.com.au

Asia Sales
Tel: +65 62244168
Email: salesasia@sophos.com

© Copyright 2018. Sophos Ltd. All rights reserved.
Registered in England and Wales No. 2096520, The Pentagon, Abingdon Science Park, Abingdon, OX14 3YP, UK
Sophos is the registered trademark of Sophos Ltd. All other product and company names mentioned are trademarks or registered trademarks of their respective owners.

2018-06-08 DSNA (PC)

