# EXHIBIT 41

**mimecast**®

DATASHEET

# Mimecast Broad Spectrum Email Security for Office 365

A cloud-based email security layer for Office 365 that reduces risk and combats targeted threats in email

The Mimecast Broad Spectrum Email Security for Office 365 service is a multifaceted Secure Email Gateway that overlays Microsoft® Office 365™ and Exchange™ Online Protection with a blended cloud security solution. As email remains the primary attack vector for enterprises, many have deployed a multi-layered, defense-in-depth approach to security on the network. Moving to Office 365 often means these layers are compressed into a single vendor. With Mimecast working alongside Office 365 this multi-layered approach remains intact, so dealing with advanced threats in email, like spear-phishing, are easily managed in the cloud.

### FEATURES:

- Always-on, cloud-based email security service overlaying Office 365
- Helps stop spam and malware in the cloud and protects users from spear-phishing URLs in email
- Targeted Threat Protection for spear-phishing protection is fully integrated with Mimecast Secure Email Gateway, Mimecast ZHARA™ (Zero Hour Adaptive Risk Assessor) and ARMed SMTP™ (Advanced Reputation Management SMTP) security technologies
- On-click, every-click, real-time URL scanning provides constant protection on all devices and clients
- Real-time logging with granular filters, auditing and reporting to allow administrator oversight
- No client software required

### BENEFITS AT A GLANCE:

- Comprehensive protection against spear-phishing and targeted attacks for Office 365 customers
- Real-time, on-click, every click URL protection against clean websites subsequently becoming compromised, or delayed exploits
- Instant protection across all devices - desktop and mobile, corporate and personally-owned – with no disruption to users
- Rapid deployment centrally managed with simple routing controls for Office 365 integrations
- Single administration console and controls for easy, holistic security monitoring and reporting



DATASHEET

## Mimecast Broad Spectrum Email Security for Office 365

Mimecast Broad Spectrum Email Security for Office 365 brings enterprise multi-layered defense-in-depth email security to Office 365. Organizations have built significant email security infrastructures on their networks, but when it comes time to migrate email to the cloud or Office 365, much of this protection can be lost, and security is forced into a single vendor delivery model.

Adding Mimecast's security technologies as an overlay to Office 365 provides a solution to this multi-layered security problem by delivering advanced protections for today's most common forms of attack beyond routine spam and virus. Mimecast's Targeted Threat Protection is an advanced cloud solution for protection against spear-phishing and targeted attacks.

## Targeted Threat Protection

Targeted Threat Protection is an advanced email security technology that is an additional component of the Mimecast Secure Email Gateway. As emails are delivered through the Mimecast Secure Email Gateway in the cloud, Targeted Threat Protection, when enabled, rewrites all URLs and links to websites in every email. URL rewriting of every single link removes uncertainty about whether or not end users are protected from spear-phishing. It also removes additional gateway processing overhead or latency that is often introduced.

## Every Click, Every Device

Because Mimecast Targeted Threat protection rewrites all URLs and links in all emails, end users are protected on every device and client; whether they use Microsoft Outlook, their corporate smartphone or their own personally-owned device or computer.

## Increased Protection

Mimecast's massively scalable MTA becomes your email bridgehead in the cloud. Email related threats such as malware, spam, phishing attacks, denial of service and directory harvest attacks are all stopped before they reach Office 365.

## Enhanced Visibility and Control

Organization-wide email security policies are managed from a single interface and can be applied immediately, enabling you to respond rapidly to evolving situations. Advanced monitoring functionality gives you real-time views of your SMTP traffic and offers online queue management and advanced routing capability, to ensure that you stay in control of your cloud based email infrastructure.

**Microsoft Partner**
Gold  Application Development
Gold  Messaging

www.mimecast.com | © 2015 Mimecast
ALL RIGHTS RESERVED | SEC-DS-171-002

# DATASHEET

## How it works

### Simple to Deploy, Simple to Manage

- Switch corporate MX records to point to the Mimecast platform
- Route all inbound traffic through the Mimecast platform then onto Office 365
- Simple routing controls allow for diverse, backup and multiple email routing policies, supporting cloud and hybrid configurations
- Suspicious, non-MTA compliant, and botnet-based connections are dropped in protocol
- Zero-hour threat analysis performed to identify emerging threats
- Messages found to contain malware are automatically rejected prior to receipt
- Targeted Threat Protection automatically re-writes URLs in emails to protect users from spear-phishing
- Secure delivery methods invoked based on message content, sender, or recipient rules
- Online traffic analysis available for managing live messages





**DATASHEET**

**Mimecast Broad Spectrum
Email Security for Office 365 - Features**

| **Mimecast service platform** |
|---|
| Centrally administered via single, web-based administration console |
| Mimecast Webmail portal for user access to held messages |
| Backed by 100% service availability SLA |
| Automated synchronization with company directory |
| Monitoring dashboard for email queues and synchronisation services |
| Customizable SMS and email alerting of potential email service problems |
| Assignment of administrators to pre-defined or customizable roles with associated permissions |
| **Advanced MTA capability** |
| Advanced routing capability |
| Real-time view of all SMTP connections and rejections |
| Online queue management |
| Detailed transmission data for every email that is processed by Mimecast |
| Reports of email usage patterns |
| Protection from email-based attacks e.g. denial of service (DoS), directory harvest attacks (DHA) |
| **Email Threat Protection** |
| Multi-layered malware protection against known and zero-day threats |
| Comprehensive connection-based and content-based spam and phishing protection |
| Personal permit and block lists to fine tune spam preferences |
| End user email digests for personal quarantine management |
| SLAs: 100% virus protection; 99% spam protection; 0.0001% spam false positives |

Mimecast makes business email and data safer for more than 13,000 customers and millions of employees worldwide. Founded in 2003, the Company's cloud-based security, archiving and continuity services protect email, and deliver comprehensive email risk management in a single, fully-integrated subscription service. Mimecast reduces email risk and the complexity and cost of managing the array of point solutions traditionally used to protect email and its data. For customers that have migrated to cloud services like Microsoft Office 365, Mimecast mitigates single vendor exposure by strengthening security coverage, combating downtime and improving archiving.

Mimecast Email Security protects against malware, spam, advanced phishing and other emerging attacks, while preventing data leaks. Mimecast Mailbox Continuity enables employees to continue using email during planned and unplanned outages. Mimecast Information Archiving unifies email, file and Instant Messaging data to support e-discovery and give employees fast access to their personal archive via PC, Mac and mobile apps.



**SCHEDULE A MEETING ›**
Let us demonstrate how to make email safer in your organization.
www.mimecast.com/request-demo



**CHAT WITH SALES ›**
Got a question? Get it answered by a Mimecast expert.
www.mimecast.com/contact-sales



**GET A QUOTE ›**
Tell us what you need and we'll craft a customized quote.
www.mimecast.com/quote