# EXHIBIT 44

**Symantec.**

December 2018

## Product Updates
## Symantec Email Security.cloud



**Latest Release Highlights**



# New Sender Detection Features

The latest Symantec Email Security.cloud release introduces enhancements to the Anti-Spam Spoofed Sender Detection settings. These detection settings help you to protect your organization against fraudulent and phishing emails. The Anti-Spam service now lets you apply custom actions to emails that fail SPF or DMARC validation, just as you can for other anti-spam detection types. These new actions allow you to evaluate the impact of enabling SPF and DMARC validation before deciding to trust a sender's policies.



Learn More



# Click-time URL Protection

The Click-time URL Protection service is available to organizations that use Symantec Advanced Threat Protection: Email. The Click-time URL Protection service "rewrites" and performs checks on URLs in emails that are delivered to your organization's end users. The process of rewriting allows the service to manage access to the URL to ensure the destination is innocuous. Any URL that is rewritten by Click-time URL Protection is checked every time an end-user clicks on it, to ensure the URL destination is not hosting malware, phishing, or spam threats. Recipient URL Protection has been added to the Click-time URL Protection service. All of your users are protected by Click-time URL Protection by default, but you can now choose to protect only certain users and exclude others from processing.





**Improve Your Email Security Posture**
**Revisit These Useful Best Practices Webinars (On-Demand)**



# Policy Based Encryption Best Practices

In this webinar, we'll explore the Symantec Policy Based Encryptions service – highlighting how it works, how to trigger a policy, and the user experience. We'll also cover advanced features and industry best practices to equip you with the tools needed to protect your organization.



Watch Webinar



# Securing Office 365 from Threats

Adoption of cloud services like Office 365 adds simplicity to business services. However, it has also added significant complexity to the traditional security infrastructure. This technical webinar will teach you how to utilize the Symantec Email Security.cloud service to protect against advanced threats.



Watch Webinar



# How to Optimally Configure Email Security.cloud

Take full advantage of the industry's most complete email security solution by properly configuring your Symantec Email Security.cloud solution. In this webinar we will take you through the Email Security.cloud administration console and highlight key protection features that every organization should enable to protect themselves against malware, phishing and spam emails.



Watch Webinar



# How Can Your Organization Safeguard Against Phishing Emails?

Spear-phishing emails emerged as by far the most widely used infection

vector in 2017, employed by 71 percent of targeted attack groups according to findings in our latest Email Security Threat Report. In this webinar we will demonstrate how to optimize the configurations of your Symantec Email Security.cloud service to protect your organization.





FOLLOW US:   

© 2018 Symantec Corporation. All rights reserved. Symantec, the Symantec Logo, and the Checkmark Logo are trademarks or registered trademarks of Symantec Corporation or its affiliates in the U.S. and other countries. Other names may be trademarks of their respective owners.

Symantec Corporation, 350 Ellis Street, Mountain View, CA 94043 United States of America

PRIVACY POLICY