# EXHIBIT 47

![proofpoint]

# Microsoft Office 365 and Proofpoint
## Securing Your Investment in Cloud Collaboration

If your organization is like most, migrating to Microsoft Office 365 is on your 12- or 24-month roadmap. Outside of questions around core functionality, the most common inquiries about the service are around data protection and service availability, including topics such as access control, data at rest encryption, disaster recovery and compliance readiness to name a few.

As a prospective customer of Office 365, exhaustive due diligence in three key areas is required, including:

» **Data center security & compliance:** physical, logical and data security precautions taken by Microsoft

» **Secure and compliant data flow:** protection against advanced threats and targeted attacks—both of which are primary sources of data loss and breach

» **Email service availability:** an insurance policy against outages that ensures around-the-clock access to business critical email



## Data Center & Infrastructure Protection and Procedures

Microsoft has taken exhaustive precautions to ensure that data center security and compliance requirements are met. As discussed in its Office 365 Trust Center, its datacenters are purpose-built to earn your trust and assure you that security, privacy, compliance and operations are top of mind.

## How Proofpoint Extends Office 365 for Advanced Protection & Guaranteed Email Availability

Proofpoint extends Office 365's secure data centers with its industry-leading suite of products including Proofpoint Enterprise Protection, Targeted Attack Protection and Email Continuity.

**Proofpoint Provides Complete Protection for your Office 365 Deployment**

» Provides complete protection against advanced threats with URL Defense Service and Attachment Defense Service

» Ensures around-the-clock availability of mission critical email with Enterprise Continuity

» Ensures complete control and visibility into message flow

Here's how Proofpoint can help:

| | |
|---|---|
| Advanced threat protection | Proofpoint Targeted Attack Protection provides exhaustive protection against zero-day and polymorphic threats attempting to penetrate your perimeter through email. Microsoft ensures that its datacenters are kept secure, and Proofpoint ensures that the data flowing through the service and into your environment is kept free of breach-causing sophisticated malware that often goes undetected.<br><br>It extends Office 365 with:<br>» URL re-writing<br>» Static and dynamic analysis for URLs and attachments<br>» Granular visibility into who clicked what, and where the click happened |
| Email continuity | Proofpoint Enterprise Continuity ensures around-the-clock availability of email flowing into your Office 365 environment. In the event of any sort of outage—be it on Microsoft's side or an authentication issue on yours—email can be readily accessed directly within Microsoft Outlook.<br><br>It extends Office 365 with:<br>» 30-day rolling inbox<br>» Always-on email continuity<br>» Automated system restoration flushes messages back into Office 365 upon recovery<br>» Simple Outlook integration |
| Granular administrative control | Proofpoint Enterprise Protection provides a rich set of policy options to enable fine-tuning of routing, handling and security rules. From administrator-level customization of policies based on users, groups, or domains to end-user self-service to adjust receiving preferences, Proofpoint enables security and flexibility.<br><br>It extends Office 365 with:<br>» SmartSearch technology enables rapid message tracing and tracking for remediation<br>» Administrator filter customization ensures that all filter policies can be customized at a global, group, or user level—with full integration with Office 365's directory services<br>» Powerful message routing built on top of the commercial version of Sendmail, the world's most widely used MTA |

The Proofpoint Security and Compliance Suite helps organizations to accelerate adoption of Office 365, stop phishing attacks and comply with global regulations. Our solutions provide the additional layer of advanced threat protection, compliance and eDiscovery functionality to enable organizations of all sizes to take full advantage of the benefits of Office 365.

### About Proofpoint

Proofpoint Inc. (NASDAQ:PFPT) is a leading security-as-a-service provider that focuses on cloud-based solutions for threat protection, compliance, archiving & governance, and secure communications. Organizations around the world depend on Proofpoint's expertise, patented technologies and on-demand delivery system to protect against phishing, malware and spam, safeguard privacy, encrypt sensitive information, and archive and govern messages and critical enterprise information.

©Proofpoint, Inc. Proofpoint is a trademark of Proofpoint, Inc. in the United States and other countries. All other trademarks contained herein are property of their respective owners.

892 Ross Drive            1.408.517.4710
Sunnyvale, CA 94089       www.proofpoint.com