# EXHIBIT 48

Barracuda. Your journey, secured.

DATASHEET

# Barracuda Essentials for Email Security

Comprehensive security and data protection for email

In today's complex cyber-threat environment, you need an email security and compliance solution that delivers comprehensive security against sophisticated attacks while also being easy to deploy, configure, and manage. Barracuda Essentials for Email Security provides complete, cloud-based protection against advanced targeted attacks, helps ensure email continuity, scans outgoing email to prevent data loss, and creates unalterable email archives—all without the need to install any additional hardware or software.

## Comprehensive email threat protection

Barracuda Email Security Service protects against phishing, malware, ransomware, and other sophisticated, email-borne threats. Its multi-layered, cloud-hosted scanning engines include Barracuda Advanced Threat Protection, which combines behavioral, heuristic, and sandboxing technologies.

This lets it protect your infrastructure against zero-hour, targeted attacks and ransomware variants like Locky and CryptoLocker. It automatically scans email attachments in real time; suspicious attachments are detonated in a sandbox environment to observe behavior. Link protection redirects suspicious and typosquatted URLs to protect email recipients against inadvertent malware downloads.

## Archiving for compliance

Barracuda Cloud Email Archiving Service integrates with Exchange and other cloud-based email services like G Suite to create a cloud-based, indexed archive. It allows granular retention policies, extensive search, role-based auditing/permissions, legal hold, and export. It makes it easy to comply with e-discovery requests and regulatory or policy retention requirements.

Litigation hold ensures that email cannot be altered or deleted until the litigation hold expires or is removed. Native and mobile apps provide intuitive interfaces that simplify search to ensure messages are found easily, even when email services are unavailable. An Outlook Add-in lets users transparently search across both mailboxes and archives, enabling greater productivity.

## Ensuring business continuity

Barracuda Email Continuity ensures that email can still be delivered during email outages or loss of connectivity. Email operations continue by failing over to a cloud-based email service in the event primary email services become unavailable.

## Key Features

**Email Security**

- Cloud-based protection against:
  - Spam
  - Email-borne viruses (inbound and outbound)
  - Email-based malware
  - Phishing emails
  - Undelivered emails
  - Unsecured emails
  - Denial-of-Service attacks
- Advanced Threat Protection using full-system emulation sandbox
- Agentless email encryption
- Link and URL protection against typosquatting
- Integrated end-user training and exercises to help identify advanced threats

**Continuity**

- Failover to cloud-based email service to continue operations
- Provides email continuity for up to 96 hours
- Emergency mailbox allows users to send, receive, read, and respond to email

**Archiving**

- Archive directly from Exchange and cloud-based email services like G Suite to cloud-based archive
- PST management for legacy email
- Granular retention policies
- Native and mobile apps for easy access
- Full text search with multiple operators
- Legal hold

**PST Management**

- Locates PST files wherever they exist
- Determines ownership intelligently based on content
- Discovers all PST files regardless of location and state
- Zero footprint client minimizes impact on end users
- Parallel processing avoids throttling and improves performance
- Minimizes network impact by migration directly to archive
- Selective processing migrates only data that is needed

**Web-Based Management**

- Managed via Barracuda Cloud Control
- Convenient configuration and management
- Web-based management portal
- LDAP and multi-factor authentication
- Centrally manage security policies
- Access reports from any location
- Mobile applications
- Mixed-mode for managing existing Barracuda products

**Secure Cloud Data Centers**

- AES 256-bit encryption at rest and in transit
- Public key cryptography (RSA 1024)
- Isolated customer metadata databases
- Redundant storage (geographic or within colo)
- Data stored in-country (based on colo)
- Tier 3 & 4 data centers
- SSAE 16 or SOC audited data centers

| EMAIL SECURITY | ADVANCED EMAIL SECURITY AND COMPLIANCE |
|---|---|
| Email Security Service | Email Security Service |
| Data Loss Prevention | Data Loss Prevention |
| Encryption | Encryption |
| Advanced Threat Protection | Advanced Threat Protection |
|  | Cloud Archiving Service |
|  | PST Management* |

*90 day version only.*



DATASHEET • US 2.0 • Copyright 2019 Barracuda Networks, Inc. • 3175 S. Winchester Blvd., Campbell, CA 95008 • 408-342-5400/888-268-4772 (US & Canada) • barracuda.com
Barracuda Networks and the Barracuda Networks logo are registered trademarks of Barracuda Networks, Inc. in the United States. All other names are the property of their respective owners.