# EXHIBIT 49

**Vade Secure**
Predictive Email Defense

# Anti-Phishing Solution:
# The Real Time Protection

Phishing is the preferred technique to compromise corporate IT.
According to Verizon, at least 91% of IT breaches involved phishing in year 2015.

Users are unable to differentiate legitimate emails from fraudulent ones, phishing has become a trend.

Vade Secure's Anti-Phishing solution **combines an individual behavioral email analysis with a real time links exploration at the Time-Of-Click** to ensure an overall safety of the messaging system.

## SECURITY BEFORE, DURING, AND AFTER THE ATTACK



### Eliminate the threat **before** it arrives

**This technology identifies threats from the first email in zero-day.** The filter operates a behavioral analysis of each email, including the header, attached files, links and structure. This step recognizes most phishing patterns and quickly eliminate the threat even on low volume waves.

### Explore links **during** the wave

**Links are explored during the filtering process to determinate the harmlessness of the webpage.** Vade Secure's exploration engine is based on heuristic technology coupled with machine learning that detects fake pages aimed at deceiving users.

### Double check **after** the email is received

**Links are explored during the filtering process to determinate the harmlessness of the webpage.** Vade Secure's exploration engine is based on heuristic technology coupled with machine learning that detects fake pages aimed at deceiving users.

## REAL TIME PHISHING PROTECTION

**The most comprehensive Anti-Phishing solution on the market.** With the rise in phishing attacks in both volume and sophistication, users are unable to recognize most advanced phishing emails.

With Vade Secure's Anti-Phishing solution, **your users are protected at the most critical step:** at the time-of-click.



From 2013 to 2015

**+186%**

of recieved and reported phishing campaigns

APWG 2015

## BRAND & HOST ALERT: A TEAMWORK

**Being a global email security company,** Vade Secure shares data with organizations involved in phishing. Our community is composed of financial institution, ISPs, worldwide brands, hosting companies and web browsers

## SOLUTION AVAILABLE AS A PLUGIN,  GATEWAY OR CLOUD SERVICE

Vade Secure's Anti-phishing is available as a Plugin to complement your Anti-Spam solution, in a Gateway or as a Cloud Service in our email filtering kit  which includes Anti-Phishing and Spear-Phishing, Anti-Malware and Anti-Spam.

As an On-Premise Solution


**Vade Secure** Gateway

As a Cloud Service

**Vade Secure** Cloud



**76** countries

**400M** protected mailboxes

more than **4000** customers

**95%** renewal rate

**USA - CANADA - FRANCE - HONG KONG - JAPAN**
Language-independent technology

**Vade Secure**
180 Sansome Street, Floor 2, 94104, San Francisco, CA - USA

Contact: sales@vadesecure.com - www.vadesecure.com


**Vade Secure**
Predictive Email Defense