# EXHIBIT 50

Hi,

The main difference about "Time Of Click" for Vade Secure and Safe link is that we are using our own databases of malicious URLs. These databases are updated every minute. So you you don't have to create some rules and enter manually some urls to be protected.
You can have a look at our website : https://www.vadesecure.com/en/solutions/anti-phishing-2/
And also you can check our antiphishing dedicated website : http://www.isitphishing.org

Regards
Olivier Saoletti
Support team | support@vadesecure.com

Redacted

Jun 14, 00:34 CEST

What is the advantage of your 'time of click' phishing security vs Microsoft's 'time of click' safe links? This will help in assessing your product offering. Thank you.

------------------
Submitted from: https://www.vadesecure.com/en/support/