## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 0:20-CV-60416

**PRIORITY**

Plaintiff:
**TOCMAIL INC,**
vs.
Defendant:
**MICROSOFT CORPORATION,**

For: Joshua D. Martin, Esq.
JOHNSON AND MARTIN, P.A.

Received by Professional Process Servers on the 27th day of February, 2020 at 12:35 pm to be served on **MICROSOFT CORPORATION, C/O CORPORATION SERVICE COMPANY, AS REGISTERED AGENT, 1201 HAYS ST., TALLAHASSEE, FL 32301**. I, Michael C. Nolan, being duly sworn, depose and say that on the 28th day of February, 2020 at 1:45 P.m., executed service by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT WITH EXHIBITS** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____

(X) CORPORATE SERVICE: By serving  Leah France  as Authorized Representative.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

Description: Age 25+ Sex M(F) Race W Height 5'6 Weight 150 Hair Black Glasses (Y) N

**COMMENTS:** _____

2745

## AFFIDAVIT OF SERVICE For 0:20-CV-60416

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 28th day of Feb, 20 by the affiant who is personally known to me.

NOTARY PUBLIC

DEBORAH BROWN
MY COMMISSION EXPIRES
AUGUST 17, 2021
#GG 135832
Bonded thru Notary Public Underwriters
NOTARY PUBLIC, STATE OF FLORIDA

PROCESS SERVER # 111
Appointed in accordance with State Statutes

**Professional Process Servers
& Investigators, Inc.**
1749 N.E. 26th Street, Suite A
Wilton Manors, FL 33305
(954) 566-2523

Our Job Serial Number: 2020002745
Ref: 10506-0002

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c

AO 440 (Rev. 06/12) Summons in a Civil Action

**OBTAIN DESCRIPTION**

**PRIORITY**

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

Authorized SERVED: *Leah France*
Rep. DATE: 2/28/20 TIME: 1:45 PM

INITIALS: MN ID# 111

25t, F, W, 5'6", 150, Blonde, Y

| | )
|---|---|
| TOCMAIL INC | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 0:20-cv-60416 |
| MICROSOFT CORPORATION | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MICROSOFT CORPORATION
c/o Corporation Service Company, as Registered Agent
1201 Hays Street
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joshua D. Martin
Email: josh.martin@johnsonmartinlaw.com
JOHNSON & MARTIN, PA
500 West Cypress Road, Suite 430
Fort Lauderdale, Florida 33309
Telephone: (954) 790-6699

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Feb 26, 2020

Angela E. Noble
Clerk of Court

s/ Juan Ulacia
Deputy Clerk
U.S. District Courts

2745

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 0:20-cv-60416

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: