UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:20-cv-60416-RS

TOCMAIL, INC.,

      Plaintiff,

v.

MICROSOFT CORPORATION,

      Defendant.

## NOTICE OF APPEARANCE

Notice is hereby given that Francisco O. Sanchez, Esq. of the law firm of Greenberg Traurig, P.A., hereby enters his appearance on behalf of Defendant, Microsoft Corporation. All pleadings and other papers in this case should be served upon undersigned counsel.

    Respectfully submitted,
    **GREENBERG TRAURIG, P.A.**
    333 S. E. 2nd Avenue
    Miami, FL 33131
    Telephone: (305) 579-0500
    Facsimile: (305) 579-0717
    By: */s/ Francisco O. Sanchez*
    FRANCISCO O. SANCHEZ
    Florida Bar No. 598445
    sanchezfo@gtlaw.com

    *Counsel for Defendant Microsoft, Inc.*

Case No. 0:20-cv-60416-RS

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of March, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Francisco O. Sanchez*
FRANCISCO O. SANCHEZ
