UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:20-cv-60416-RS

TOCMAIL, INC.,

      Plaintiff,

v.

MICROSOFT CORPORATION,

      Defendant.

**DEFENDANT'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Defendant, Microsoft Corporation ("Microsoft"), pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby moves to enlarge the time to respond to the Complaint filed by Plaintiff, TocMail, Inc. ("TocMail" or "Plaintiff"), through and including Tuesday, May 19, 2020, in light of extenuating circumstances including the COVID-19 pandemic. In support of this motion, Defendant states as follows:

    1.    On February 26, 2020, Plaintiff filed its 214-paragraph, 726-page Complaint (the "Complaint") with exhibits against Microsoft for alleged false advertising of its Safe Links program, and asserting two claims for violations of the Lanham Act. [D.E. 1]. According to the Return of Service Plaintiff filed in this matter [D.E. 5], Plaintiff served Microsoft with the Complaint on February 28, 2020, making Microsoft's deadline to respond to the Complaint March 30, 2020.

2. Undersigned counsel was recently retained by Microsoft to represent it in this action and is the process of finalizing the engagement.  As a result, Microsoft requires additional time to finalize its engagement, confer with counsel, and prepare an appropriate response to the lengthy Complaint, which concerns complex factual and legal issues and includes hundreds of pages of exhibits.

3. Additionally, given the COVID-19 pandemic, businesses have closed or are in the process of closing, and offices, including the undersigned's and Microsoft's, are implementing policies to encourage social distancing, as required and recommended by local, state, and national officials and healthcare organizations.  These changes include transitioning to facilitate employees working from home and implementing travel restrictions.  The closure of local schools has also created the need for increased childcare, affecting working parents' ability to work from home.  These limitations will significantly impair communications between Microsoft and its counsel and delay their exchange of information and documents.  Consequently, this will delay Microsoft's preparation of a response to Plaintiff's Complaint.

4. Accordingly, undersigned counsel requests that Microsoft's response to the Complaint be due on May 19, 2020, providing a sixty (60) day extension of time for Microsoft to complete engagement, confer with counsel, and prepare an adequate response to the lengthy and complex Complaint, amidst the aforementioned working limitations in these uncertain times.

5. Counsel for Microsoft has conferred with Plaintiff's counsel regarding the requested extension, and Plaintiff does not object to this extension of time.

6. There are no prior motions for extension of time filed by Microsoft in this matter.

7.  This motion is made in good faith and is not intended to hamper or delay the prosecution of this cause. Microsoft has good cause for this motion. Neither the parties nor the Court will be prejudiced by the relief requested.

8.  For the foregoing reasons, Microsoft requests that the Court enter an Order in the form proposed and attached hereto.

### CERTIFICATION REGARDING PRE-FILING CONFERENCE

Pursuant to Local Rule 7.1(a)(3), undersigned counsel for Microsoft certifies that Microsoft's counsel has conferred with counsel for Plaintiff in a good faith effort to resolve the issues raised in this motion and can state that Plaintiff does not oppose the relief requested herein.

Dated: March 18, 2020                                   Respectfully submitted,

> GREENBERG TRAURIG, P.A.
> 333 S. E. 2nd Avenue
> Miami, FL  33131
> Telephone: (305) 579-0500
> Facsimile: (305) 579-0717
> By: /s/ Evelyn Cobos
> FRANCISCO O. SANCHEZ
> Florida Bar No. 598445
> sanchezfo@gtlaw.com
> EVELYN A. COBOS
> Florida Bar No. 092310
> cobose@gtlaw.com
>
> *Counsel for Defendant Microsoft Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of March, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ <i>Evelyn Cobos</i><br>
EVELYN A. COBOS