**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 0:20-cv-60416-RS**

TOCMAIL, INC.,

      Plaintiff,

v.

MICROSOFT CORPORATION,

      Defendant.

**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION**
**FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

THIS MATTER came before the Court on Defendant, Microsoft Corporation's ("Defendant"), Unopposed Motion for Extension of Time to Respond to Plaintiff, TocMail, Inc.'s ("Plaintiff"), Complaint (the "Complaint"), seeking an extension of time through and including May 19, 2020, within which to respond to Plaintiff's Complaint. The Court having reviewed the Motion, and being otherwise duly advised in the premises, it is

ORDERED AND ADJUDGED that Defendant's Motion is GRANTED.  Defendant shall respond to Plaintiff's Complaint by May 19, 2020.

DONE AND ORDERED in Chambers in Fort Lauderdale, Florida this _____ day of March, 2020.

 

_____
U.S. DISTRICT JUDGE

cc:    All counsel of record