**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 0:20-cv-60416-RS**

TOCMAIL, INC.,

        Plaintiff,

v.

MICROSOFT CORPORATION,

        Defendant.

**MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Mary-Olga Lovett of the law firm of Greenberg Traurig, LLP, 1000 Louisiana Street, Suite 1700, Houston, Texas 77002, (713) 374-3541, for purposes of appearance as co-counsel on behalf of Microsoft Corporation in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Mary-Olga Lovett to receive electronic filings in this case, and in support thereof states as follows:

1.      Mary-Olga Lovett is not admitted to practice in the Southern District of Florida and is a member in good standing of the State Bar of Texas and the United States District Court for the Southern District of Texas, and of the State Bar of New York.

2.      Movant, Evelyn A. Cobos, of the law firm of Greenberg Traurig P.A., 333 S.E. 2nd Avenue, Suite 4400, Miami, Florida 33131, (305) 579-0726, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be

required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3.       In accordance with the local rules of this Court, Mary-Olga Lovett has made payment of this Court $200 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4.       Mary-Olga Lovett, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Mary-Olga Lovett at email address: lovettm@gtlaw.com.

WHEREFORE, Evelyn A. Cobos, moves this Court to enter an Order for Mary-Olga Lovett to appear before this Court on behalf of Microsoft Corporation, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Mary-Olga Lovett.

Dated: March 19, 2020                                         Respectfully submitted,


**GREENBERG TRAURIG, P.A.**
333 S. E. 2nd Avenue
Miami, FL  33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

By: */s/ Evelyn Cobos*
EVELYN A. COBOS
Florida Bar No. 092310
cobose@gtlaw.com
FRANCISCO O. SANCHEZ
Florida Bar No. 598445
sanchezfo@gtlaw.com


*Counsel for Defendant Microsoft Corporation*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of March, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Evelyn Cobos*
EVELYN A. COBOS

3