UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:20-cv-60416-RS

TOCMAIL, INC.,

       Plaintiff,

v.

MICROSOFT CORPORATION,

       Defendant.

## CERTIFICATION OF MARY-OLGA LOVETT

Mary-Olga Lovett, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that:

(1) I have studied the Local Rules of the United States District Court for the Southern District of Florida;

(2) I am a member in good standing in the following courts:

| **State Court** | **Admission Date** |
| --- | --- |
| State Bar of Texas (Bar No. 00789289) | 05/1994 |
| State Bar of New York (Bar No. 5344825) | 04/2015 |

| **Federal Court** | **Admission Date** |
| --- | --- |
| U.S. Court of Appeals for the Fifth Circuit | 03/2011 |
| U.S. Court of Appeals for the Ninth Circuit | 08/2015 |
| U.S. Court of Appeals for the Tenth Circuit | 09/2014 |
| U.S. Court of Appeals for the Federal Circuit | 08/2013 |
| U.S. District Court for the Eastern District of Texas | 09/1994 |
| U.S. District Court for the Northern District of Texas | 08/2004 |
| U.S. District Court for the Southern District of Texas | 09/1994 |

| U.S. District Court for the Western District of Texas | 10/1994 |
|---|---|
| US Supreme Court | 02/2006 |

(3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

*/s/ Mary-Olga Lovett*

_____

Mary-Olga Lovett