UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 0:20-cv-60416-RS

TOCMAIL INC., a Florida corporation,

    Plaintiff,

v.

MICROSOFT CORPORATION, a Washington corporation,

    Defendant.

**MICROSOFT CORPORATION'S UNOPPOSED MOTION TO EXCEED PAGE LIMITATION ON ITS MOTION TO DISMISS COMPLAINT, OR ALTERNATIVELY, TO TRANSFER THIS ACTION TO THE WESTERN DISTRICT OF WASHINGTON, AND SUPPORTING MEMORANDUM OF LAW**

Defendant, Microsoft Corporation ("Microsoft") respectfully moves this Court, pursuant to Southern District of Florida Local Rule 7.1(c)(2), for leave to exceed the twenty-page limitation on its Motion to Dismiss Complaint, or Alternatively, to Transfer this Action to the Western District of Washington and Supporting Memorandum of Law (the "Motion") by five pages, and in support thereof states as follows:

1. Plaintiff, TocMail, Inc. ("TocMail"), filed its Complaint on or around February 26, 2020, asserting causes of action against Microsoft for false and misleading advertising and contributory false and misleading advertising under the Lanham Act. [ECF No. 1].

2. The Complaint is comprised of 214 paragraphs contained in 51 pages and with its exhibits, is a total of 726 pages long. *Id.*

3. In its Motion, Microsoft seeks dismissal of the entire Complaint for lack of standing under the Lanham Act and dismissal of both causes of action for failure to state a claim. Each of

Microsoft's dismissal arguments involves application and analysis of legal standards involving multiple factors.

4.     In the alternative, Microsoft's Motion requests that the Court transfer this action to the Western District of Washington, an analysis that requires Microsoft to address seven private factors and three public interest factors.

5.     The page extension requested herein will enable Microsoft to properly and adequately address its arguments in support of dismissal of the Complaint and in support of its alternative arguments in support of transferring the case to the Western District of Washington. These additional pages will be of material benefit to the Court and will assist in clarifying the issues to be decided.

6.     Microsoft, therefore, respectfully requests the Court's permission for its Motion to exceed the page limitations of Local Rule 7.1(c)(2) by five pages.

7.     This motion is filed in good faith and on an unopposed basis, and no party will be unfairly prejudiced by the granting of the relief requested herein.

8.     WHEREFORE, Microsoft respectfully requests that the Court enter the Order in the form attached hereto as "**Exhibit 1**" granting the relief requested herein and any other or additional relief the Court deems just and proper.

## CERTIFICATION REGARDING PRE-FILING CONFERENCE

In accordance with Local Rule 7.1(a)(3), the undersigned certifies having conferred with counsel for TocMail in an effort to resolve the issues raised in this motion, and TocMail does not oppose Microsoft exceeding the page limitation in Local Rule 7.1(c)(2) by five pages, as requested herein.

*/s/ Evelyn Cobos*
EVELYN COBOS

Dated: April 29, 2020                      Respectfully submitted,

*/s/ Mary-Olga Lovett*
MARY-OLGA LOVETT (admitted *pro hac vice*)

**GREENBERG TRAURIG LLC**
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 374-3541
Facsimile:  (713) 374-3505
Email: lovettm@gtlaw.com

**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile:  (305) 579-0717

FRANCISCO O. SANCHEZ
Florida Bar No. 598445
Email: sanchezo@gtlaw.com
       orizondol@gtlaw.com
EVELYN A. COBOS
Florida Bar No. 106937
Email: cobose@gtlaw.com
       FLService@gtlaw.com

*Attorneys for Defendant*
MICROSOFT CORPORATION

3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of April, 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Evelyn Cobos*
EVELYN COBOS

## **SERVICE LIST**

JOHNSON & MARTIN, P.A.
Joshua D. Martin
500 W. Cypress Creek Rd., Suite 430
Ft. Lauderdale, FL 33602
Tel: (954) 790-6699
Fax: (954) 206-0017
Email: josh.martin@johnsonmartinlaw.com

*Attorneys for Plaintiff*