UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 0:20-cv-60416-RS

TOCMAIL INC., a Florida corporation,

    Plaintiff,

v.

MICROSOFT CORPORATION, a Washington corporation,

    Defendant.

**[PROPOSED] ORDER GRANTING MICROSOFT CORPORATION'S UNOPPOSED MOTION TO EXCEED PAGE LIMITATION ON MOTION TO DISMISS COMPLAINT, OR ALTERNATIVELY, TO TRANSFER THIS ACTION TO THE WESTERN DISTRICT OF WASHINGTON AND SUPPORTING MEMORANDUM OF LAW**

**THIS CAUSE** came before the Court on Defendant's Unopposed Motion to Exceed Page Limitation on Motion to Dismiss Plaintiff's Complaint, or Alternatively, to Transfer This Action to the Western District of Washington and Supporting Memorandum of Law. The Court, having considered the motion, Plaintiff's consent to the relief requested, and otherwise being advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the motion is **GRANTED**. Defendant may file a response to the Complaint up to twenty-five pages in length.

**DONE AND ORDERED** in Chambers at Miami, Miami-Dade County, Florida, this ___ day of April, 2020.

                                                                  _____
                                                                  RODNEY SMITH
                                                                  UNITED STATES DISTRICT JUDGE

cc: Counsel of record via CM/ECF