UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 0:20-cv-60416-RS

TOCMAIL INC., a Florida corporation,

    Plaintiff,

v.

MICROSOFT CORPORATION, a Washington corporation,

    Defendant.

## DECLARATION OF JASON ROGERS

1. My name is Jason Rogers. I make this declaration on behalf of Defendant, Microsoft Corporation ("Microsoft"). I am over the age of eighteen and have personal knowledge of the facts herein. I am competent to testify to all of the facts herein.

2. I am the Principal Program Manager Lead for Threat Protection at Microsoft and have been employed at Microsoft for over 9 years. In my current role, I oversee Microsoft's Office 365 Advanced Threat Protection ("ATP") cybersecurity program. My team is responsible for the design, development, operation, and support of ATP, which is comprised of various features, such as Safe Links and Safe Attachments, that contribute to the overall security features offered in Microsoft Office 356 and Microsoft Office E5 software packages.

3. Microsoft is a corporation organized under the laws of the State of Washington, and maintains its corporate headquarters in Redmond, Washington. *See* Microsoft Corporation, *Facts About Microsoft*, MICROSOFT, https://news.microsoft.com/facts-about-microsoft/ (last visited Apr. 28, 2020) (containing background information about Microsoft).

ACTIVE 50227435v4

4. Microsoft does not maintain a corporate headquarters in the Southern District of Florida. *See id.*

5. Microsoft currently employs nearly 54,000 employees in the Puget Sound (Seattle) area and is one of the region's largest employers. *See id.*

6. Microsoft maintains a business campus, consisting of approximately 15 million square feet of space in King County, Washington that is used for engineering, sales, marketing, and operations, among other general and administrative purposes. These facilities include approximately 10 million square feet of owned space situated on approximately 520 acres of owned land in the corporate headquarters, and approximately five million square feet of space leased. *See* Microsoft Corporation. (2019). 2029 10-K form. Retrieved from https://www.microsoft.com/en-us/Investor/sec-filings.aspx. (also accessible from the "Facts About Microsoft" page referenced above).

7. Microsoft also owns and leases office space in nearby locations in Washington. *See id.* Microsoft's main research and development facilities, however, are located on its main campus in Redmond, Washington. *See id.*

8. It is my understanding that Plaintiff, TocMail, Inc. ("TocMail") has asserted claims against Microsoft for false advertising under the Lanham Act, alleging that Safe Links, one feature of Microsoft's larger ATP cybersecurity protection offered as part of certain Office 365 software packages, does not, as advertised, protect consumers against cyber-attacks, specifically from dynamic links that appear as benign links to security software but are malicious when accessed by consumers. TocMail claims that Microsoft's false and/or misleading advertising of Safe Links has misled consumers to purchase Safe Links.

9. Most of the individuals at Microsoft responsible for, among other things, the creation, design, technology, development, operation and support of Safe Links and ATP, work at the Redmond, Washington campus and reside in the Puget Sound area.

10. Most of the individuals who work in the group responsible for, among other things, the advertising and marketing of Safe Links and ATP work at the Redmond, Washington campus and reside in the Puget Sound area.

11. Individuals who have knowledge of the finances and revenues concerning Safe Links, ATP, and Office 365, are also located in Redmond, Washington.

12. As a part of this lawsuit, Microsoft has identified the following individuals with knowledge regarding the creation, design, technology, development, operation and support of Safe Links and ATP:

   a. Krishnan Rangarajan, Principal Software Engineer. Mr. Rangarajan works in Microsoft's Redmond, Washington campus and resides in the Puget Sound area.

   b. William Su, Senior Program Manager for Microsoft Threat Protection. Mr. Su works in Microsoft's Redmond, Washington campus and resides in the Puget Sound area.

   c. Ross Adams, Principal Program Manager for Microsoft Threat Protection. Mr. Adams works in Microsoft's Redmond, Washington campus and resides in the Puget Sound area.

13. Microsoft identified the following individuals with knowledge of the advertising and marketing of Safe Links and ATP:

   a. Pragya Pandey, Senior Product Marketing Manager. Ms. Pandey works in Microsoft's Redmond, Washington campus and resides in the Puget Sound area.

b. Debraj Ghosh, Senior Product Marketing Manager. Mr. Ghosh works in Microsoft's Redmond, Washington campus and resides in the Puget Sound area.

c. Shobhit Sahay, Principal Group Program Manager. Mr. Sahay works in Microsoft's Redmond, Washington campus and resides in the Puget Sound area.

14. It is my understanding that Microsoft also works with consultants, including Kathryn Griffith of Pricewaterhouse Coopers LLP ("PwC"), who have knowledge of the financial information, including revenues generated by sales, concerning ATP and Office 365. Ms. Griffith and a team from PwC are dedicated to and exclusively work on Microsoft accounts. Ms. Griffith and her team are located in Redmond, Washington.

15. Microsoft has not identified any Microsoft witnesses relevant to this litigation who reside in the Southern District of Florida.

16. Microsoft has determined that relevant documents and other electronic files concerning the creation, design, development, technology, support, advertising, marketing, and finances related to Safe Links and ATP are maintained in and/or are accessible from Microsoft's facilities located in Washington. Additionally, many of these documents were originally created in or from Washington.

17. Microsoft has not identified any documents relevant to this litigation that are located in the Southern District of Florida.

18. To my knowledge, none of the advertising and marketing content for Safe Links and ATP were created in Florida, and in fact, were created in Washington. These materials were widely disseminated throughout the United Sates and were not targeted exclusively towards Florida consumers. I am not aware that any of the individuals involved in the creation of these materials reside in Florida.

4

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 30th day of April, 2020, in Redmond, Washington.

JASON ROGERS

5