UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60416-CIV- SMITH/VALLE

TOCMAIL INC., a Florida corporation,

       Plaintiff,

v.

MICROSOFT CORPORATION, a Washington corporation,

       Defendant.
_____/

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES AND RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Plaintiff, TOCMAIL INC. ("Plaintiff" or "TocMail"), by and through undersigned counsel, hereby files its Certificate of Interested Parties and Corporate Disclosure Statement as required by the Court's Order Requiring Joint Scheduling Report, Certificates of Interested Parties and Corporate Disclosure Statement dated April 27, 2020 [D.E. 11] and Federal Rule of Civil Procedure 7.1 and certifies and discloses the following:

1.    To the best of TocMail's knowledge, the following persons, associated persons, firms, partnerships, or corporations, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party, have a financial interest in the outcome of this case:

- Plaintiff: TocMail Inc.
- Defendant: Microsoft Corporation

2. TocMail is unaware of any other persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, but will amend, correct and update this Certificate if necessary throughout the pendency of this action.

3. TocMail is a non-governmental corporate party in this action.

4. TocMail does not have a parent corporation.

5. No publicly held corporation owns 10% or more of TocMail's stock.

Dated: May 5, 2020

Respectfully submitted,

By: /s/Joshua D. Martin
Joshua D. Martin
Florida Bar No. 028100
josh.martin@johnsonmartinlaw.com
JOHNSON & MARTIN, P.A.
500 W. Cypress Creek Rd., Suite 430
Fort Lauderdale, Florida  33309
Telephone:  (954) 790-6699
Facsimile:  (954) 206-0017

*Attorneys for Plaintiff, TocMail Inc.*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 5th day of May 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the attached service list via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Joshua D. Martin
Joshua D. Martin

## SERVICE LIST

*TOCMAIL INC. v. MICROSOFT CORPORATION*
**20-60416-CIV- SMITH/VALLE**

**Joshua D. Martin**
E-Mail: josh.martin@johnsonmartinlaw.com
JOHNSON & MARTIN, P.A.
500 W. Cypress Creek Rd.
Suite 430
Fort Lauderdale, Florida 33309
Telephone: (954) 790-6699
Facsimile: (954) 206-0017

**Francisco O. Sanchez**
E-Mail: sanchezo@gtlaw.com
　　　　orizondol@gtlaw.com
**Evelyn A. Cobos**
E-Mail: cobose@gtlaw.com
　　　　FLService@gtlaw.com
GREENBERG TRAURIG, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

**Mary-Olga Lovett** *(admitted pro hac vice)*
E-Mail: lovettm@gtlaw.com
GREENBERG TRAURIG LLC
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 374-3541
Facsimile: (713) 374-3505