UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60416-CIV- SMITH/VALLE

TOCMAIL INC., a Florida corporation,

    Plaintiff,

v.

MICROSOFT CORPORATION, a
Washington corporation,

    Defendant.

_____/

## ELECTION TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE FOR FINAL DISPOSITION OF MOTIONS

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned parties to the above-captioned civil matter, Plaintiff, TOCMAIL INC., and Defendant, MICROSOFT CORPORATION, hereby voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

| # | Motion | Yes | No |
|---|---|---|---|
| 1. | **Motion to Dismiss** | Yes____ | No __X__ |
| 2. | **Motions for Summary Judgment** | Yes____ | No __X__ |
| 3. | **Motions for Attorneys' Fee** | Yes____ | No __X__ |
| 4. | **Motions for Costs** | Yes____ | No __X__ |
| 5. | **Motions for Sanctions** | Yes____ | No __X__ |
| 6. | **All Pretrial Motions** | Yes____ | No __X__ |
| 7. | **Discovery** | Yes__X__ | No____ |
| 8. | **Other (explain below)** | Yes____ | No __X__ |

Dated: May 12, 2020

By: /s/ Joshua D. Martin

**Joshua D. Martin**
Florida Bar No. 028100
E-Mail: josh.martin@johnsonmartinlaw.com
JOHNSON & MARTIN, P.A.
500 W. Cypress Creek Rd.
Suite 430
Fort Lauderdale, Florida 33309
Telephone: (954) 790-6699
Facsimile: (954) 206-0017
*Counsel for Plaintiff*

Respectfully submitted,

By: /s/ Francisco O. Sanchez

**Francisco O. Sanchez**
Florida Bar No. 598445
E-Mail: sanchezo@gtlaw.com
    orizondol@gtlaw.com
**Evelyn A. Cobos**
Florida Bar No. 106937
E-Mail: cobose@gtlaw.com
    FLService@gtlaw.com
GREENBERG TRAURIG, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

**Mary-Olga Lovett** *(admitted pro hac vice)*
E-Mail: lovettm@gtlaw.com
GREENBERG TRAURIG LLC
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 374-3541
Facsimile: (713) 374-3505
*Counsel for Defendant*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 12th day of May 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the attached service list via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Joshua D. Martin
    Joshua D. Martin

## **SERVICE LIST**

### *TOCMAIL INC. v. MICROSOFT CORPORATION*
### 20-60416-CIV- SMITH/VALLE

**Joshua D. Martin**
E-Mail: josh.martin@johnsonmartinlaw.com
JOHNSON & MARTIN, P.A.
500 W. Cypress Creek Rd.
Suite 430
Fort Lauderdale, Florida 33309
Telephone: (954) 790-6699
Facsimile: (954) 206-0017

**Francisco O. Sanchez**
E-Mail: sanchezo@gtlaw.com
orizondol@gtlaw.com
**Evelyn A. Cobos**
E-Mail: cobose@gtlaw.com
FLService@gtlaw.com
GREENBERG TRAURIG, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

**Mary-Olga Lovett** *(admitted pro hac vice)*
E-Mail: lovettm@gtlaw.com
GREENBERG TRAURIG LLC
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 374-3541
Facsimile: (713) 374-3505