UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 0:20-cv-60416-RS

TOCMAIL INC., a Florida corporation,

    Plaintiff,

v.

MICROSOFT CORPORATION, a Washington corporation,

    Defendant.

## DEFENDANT MICROSOFT CORPORATION'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant Microsoft Corporation in accordance with this Court's Order Requiring Joint Scheduling Report, Certificates of Interested Parties and Corporate Disclosure Statement [ECF No. 11] (the "Order") and pursuant to Federal Rule of Civil Procedure 7.1, hereby files its Certificate of Interested Persons and Corporate Disclosure Statement and states as follows:

1. Microsoft Corporation hereby discloses that it has no parent company and no publicly held corporation owns 10% or more of its stock.

2. Persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:

    a.    Microsoft Corporation, Defendant.

    b.    TocMail, Inc., Plaintiff.

Dated: May 12, 2020

Respectfully submitted,

/s/ *Mary-Olga Lovett*
MARY-OLGA LOVETT (admitted *pro hac vice*)

**GREENBERG TRAURIG LLC**
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 374-3541
Facsimile: (713) 374-3505
Email: lovettm@gtlaw.com

**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
FRANCISCO O. SANCHEZ
Florida Bar No. 598445
Email: sanchezo@gtlaw.com
         orizondol@gtlaw.com
EVELYN A. COBOS
Florida Bar No. 092310
Email: cobose@gtlaw.com
         FLService@gtlaw.com

*Attorneys for Defendant*
MICROSOFT CORPORATION

2

**CERTIFICATE OF SERVICE**

I HEREBY certify that on this 12th day of May, 2020, I electronically filed the foregoing document with the Court using CM/ECF.  I also certify that the foregoing is being served this day on all counsel of record identified on the attached Service List.

/s/ *Francisco O. Sanchez*
FRANCISCO O. SANCHEZ

**SERVICE LIST**

JOHNSON & MARTIN, P.A.
Joshua D. Martin
500 W. Cypress Creek Rd., Suite 430
Ft. Lauderdale, FL 33602
Tel: (954) 790-6699
Fax: (954) 206-0017
Email: josh.martin@johnsonmartinlaw.com

*Attorneys for Plaintiff*