UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60416-CIV- SMITH/VALLE

TOCMAIL INC., a Florida corporation,

        Plaintiff,

v.

MICROSOFT CORPORATION, a Washington corporation,

        Defendant.
_____/

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO TRANSFER AND FOR CLARIFICATION ON SPACING OF LONG QUOTATIONS

    Plaintiff, TOCMAIL INC. ("Plaintiff" or "TocMail"), by and through undersigned counsel, hereby respectfully moves the Court to extend the deadline for Plaintiff to file its Response Memorandum of Law in Opposition to Defendant, MICROSOFT CORPORATION's ("Defendant" or "Microsoft"), Motion to Transfer this Action to the Western District of Washington and Incorporated Memorandum of Law ("Motion to Transfer") [D.E. 15] by seven (7) days until May 21, 2020 and to provide clarification that quoted materials of over 50 words can be singe-spaced, and in support thereof states:

    1.    On April 30, 2020, Defendant filed a Motion to Dismiss and Incorporated Memorandum of Law ("Motion to Dismiss") [D.E. 14], as well as a separate Motion to Transfer [D.E. 15]. Accordingly, Plaintiff's responses to both the Motion to Dismiss and Motion to Transfer are currently due on May 14, 2020.

2. Plaintiff intends to file its Response to the Motion to Dismiss by May 14, 2020. However, due to the number of issues that must be addressed between the two Motions, Plaintiff needs additional time to complete its Response to the Motion to Transfer. Thus, Plaintiff respectfully requests a seven (7) day extension of time until May 21, 2020 for Plaintiff to file its Response Memorandum of Law in Opposition to Defendant's Motion to Transfer.

3. Plaintiff does not believe the extension will prejudice any party or the anticipated case schedule. Moreover, the undersigned counsel has consulted with counsel for Defendant, and Defendant does not oppose the extension request.

4. Moreover, Local Rule 5.1(a)(4) provides that quoted material of fifty words or more may be single-spaced. L.R. 5.1(a)(4).

5. On April, 29, 2020, this Honorable Court entered an Order [D.E. 13] requiring that "Every motion, response, and reply filed in this case shall be in Times New Roman 12-point typeface and shall be double-spaced. Footnotes shall be single-spaced…" While the Court did not address quoted material of fifty words or more and while Plaintiff believes Local Rule 5.1(a)(4) still applies with respect to quoted materials, due to the specificity contained in the Court's Order with respect to spacing and to ensure compliance, Plaintiff seeks clarification from the Court that the parties are permitted to single-space quoted materials of fifty (50) words or more.

6. The undersigned counsel has consulted with counsel for Defendant regarding the request for clarification, and Defendant does not take a position. Defendant understands that, pursuant to Local Rule 5.1(a)(4), block quotes over 50 words can be single-spaced, as the Court's prior Order did not deviate from this part of the Local Rule.

7. This Motion is brought in good faith and not for the purpose of undue delay.

WHEREFORE, Plaintiff, TOCMAIL INC., respectfully requests a seven (7) day extension of time, up to and including May 21, 2020, for Plaintiff to file its Response Memorandum of Law in Opposition to Defendant, MICROSOFT CORPORATION's, Motion to Transfer this Action to the Western District of Washington and Incorporated Memorandum of Law, and clarification from the Court that the parties be permitted to single-space quoted materials of fifty (50) words or more, and for such other and further relief this Court deems just and proper.

**CERTIFICATE OF GOOD FAITH CONFERENCE**

Pursuant to Local Rule 7.1(a)(3), I hereby certify that counsel for the movant has conferred with all parties who may be affected by the relief sought in this motion, including counsel for the Defendant, and Defendant does not oppose Plaintiff's request for extension but does not take a position on the request for clarification.

/s/ Joshua D. Martin
Joshua D. Martin

Dated: May 12, 2020

Respectfully submitted,

By: /s/Joshua D. Martin
Joshua D. Martin
Florida Bar No. 028100
josh.martin@johnsonmartinlaw.com
JOHNSON & MARTIN, P.A.
500 W. Cypress Creek Rd., Suite 430
Fort Lauderdale, Florida 33309
Telephone:  (954) 790-6699
Facsimile:  (954) 206-0017

*Attorneys for Plaintiff, TocMail Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 12th day of May 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached service list via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:    /s/ Joshua D. Martin
        Joshua D. Martin

## SERVICE LIST

### *TOCMAIL INC. v. MICROSOFT CORPORATION*
### 20-60416-CIV- SMITH/VALLE

**Joshua D. Martin**
E-Mail: josh.martin@johnsonmartinlaw.com
JOHNSON & MARTIN, P.A.
500 W. Cypress Creek Rd.
Suite 430
Fort Lauderdale, Florida 33309
Telephone: (954) 790-6699
Facsimile: (954) 206-0017

**Francisco O. Sanchez**
E-Mail: sanchezo@gtlaw.com
       orizondol@gtlaw.com
**Evelyn A. Cobos**
E-Mail: cobose@gtlaw.com
       FLService@gtlaw.com
GREENBERG TRAURIG, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

**Mary-Olga Lovett** *(admitted pro hac vice)*
E-Mail: lovettm@gtlaw.com
GREENBERG TRAURIG LLC
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 374-3541
Facsimile: (713) 374-3505