**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-60416-CIV- SMITH/VALLE**

TOCMAIL INC., a Florida corporation,

       Plaintiff,

v.

MICROSOFT CORPORATION, a Washington
corporation,

       Defendant.

_____/

**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE ITS RESPONSE TO DEFENDANT'S MOTION TO
TRANSFER AND FOR CLARIFICATION ON SPACING OF LONG QUOTATIONS**

      THIS CAUSE is before this Court on Plaintiff's Unopposed Motion for Extension of Time

to File Its Response to Defendant's Motion to Transfer and for Clarification on Spacing ("the

Motion") [D.E. __], filed herein on May 12, 2020. The Court has considered the Motion and is

otherwise fully advised in the premises.

      It is ORDERED AND ADJUDGED that the Motion is **GRANTED**.  Plaintiff shall file its

Response Memorandum of Law in Opposition to Defendant, MICROSOFT CORPORATION's,

Motion to Transfer this Action to the Western District of Washington on or before May 21, 2020.

Moreover, the parties are permitted to single-space any quoted materials of fifty (50) words or

more in any Motion, Response or Reply filed in this case.

      DONE AND ORDERED in Chambers at Fort Lauderdale, Florida, this _____ day of

_____.

                             _____
                             Rodney Smith
                             United States District Judge

Copies furnished to:   All Counsel of Record