UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60416-CIV- SMITH/VALLE

TOCMAIL INC., a Florida corporation,

    Plaintiff,

v.

MICROSOFT CORPORATION, a
Washington corporation,

    Defendant.

_____/

## JOINT SCHEDULING REPORT

Plaintiff, TOCMAIL INC. ("Plaintiff" or "TocMail"), and Defendant, MICROSOFT CORPORATION ("Defendant" or "Microsoft") (Plaintiff and Defendant each referred to as a "Party" and collectively referred to as the "Parties"), pursuant to this Court's Order Requiring Joint Scheduling Report, Certificates of Interested Parties and Corporate Disclosure Statement [D.E. 11] and pursuant to Federal Rule of Civil Procedure 26(f) and Southern District of Florida Local Rule 16.1, held a telephonic conference on May 8, 2020 and respectfully submit their Joint Scheduling Report as follows:

    **A.**    **Likelihood of Settlement (L.R. 16.1(b)(2)(A))**

The Parties will explore the possibility of settlement and will advise the Court if a settlement is reached.

    **B.**    **The Likelihood of Appearance in the Action of Additional Parties (L.R. 16.1(b)(2)(B))**

At this time, the Parties do not anticipate that other Parties will be joined in the litigation but reserve the right to amend their respective pleadings as the action progresses.

  C. **Proposed Time Limits (L.R. 16.1(b)(2)(C))**

*See* proposed dates included in Exhibit A, attached hereto.

  D. **Proposals for Formulation and Simplification of Issues, Including the Elimination of Frivolous Claims or Defenses, and the Number and Timing of Motions for Summary Judgment or Partial Summary Judgment (L.R. 16.1(b)(2)(D))**

The Parties agree to cooperate in the formulation and simplification of issues, but do not have any proposals for the formulation or simplification of issues at this time.

  E. **The Necessity or Desirability of Amendments to the Pleadings (L.R. 16.1(b)(2)(E))**

The Parties propose that any amendments to the pleadings be made by the date set forth in Exhibit A, attached hereto.

  F. **The Possibility of Obtaining Admissions of Facts and Documents, Electronically Stored Information or Things which will Avoid Unnecessary Proof, Stipulations Regarding Authenticity of Documents, Electronically Stored Information or Things, and the Need for Advance Rulings from the Court on Admissibility of Evidence (L.R. 16.1(b)(2)(F))**

None known at this time. However, the Parties will work in good faith to agree on stipulations of uncontested facts and evidence and will timely seek the Court's guidance, as necessary.

  G. **Suggestions for the Avoidance of Unnecessary Proof and Cumulative Evidence (L.R. 16.1(b)(2)(G))**

The Parties agree to cooperate in the avoidance of unnecessary proof and cumulative evidence, but have no joint suggestions at this time.

**H.     Suggestions on the Advisability of Referring Matters to Magistrate Judge (L.R. 16.1(b)(2)(H))**

At the present time, the Parties have no objection to discovery disputes being referred to the Magistrate Judge for resolution, but do not jointly elect to have this case tried before a Magistrate Judge.

**I.     Preliminary Estimate of Time Required for Trial (L.R. 16.1(b)(2)(I))**

At this time, the Parties anticipate that a trial of this matter will take 10-14 trial days.

**J.     Requested Date or Dates for Conferences Before Trial, a Final Pretrial Conference, and Trial (L.R. 16.1(b)(2)(J))**

At this time, the parties believe that a pretrial conference prior to trial may be helpful to address pretrial matters.

**K.     Any Issues about: (i) Disclosure, Discovery, or Preservation of Electronically Stored Information, Including the Form or Forms in which it Should be Produced; (ii) Claims of Privilege or of Protection as Trial-Preparation Materials, Including- if the Parties Agree on a Procedure to Assert Those Claims after Production—Whether to Ask the Court to Include their Agreement in an Order under Federal Rule of Evidence 502; and (iii) when the Parties have Agreed to Use the EDI Checklist Available on the Court's Website (www.flsd.uscourts.gov), matters enumerated on the ESI Checklist (L.R. 16.1(b)(2)(K)**

At this time, the Parties are working together in good faith to agree on a discovery, electronically-stored information, and confidentiality protocol and will seek the Court's guidance, as necessary.

**L.     Any Other Information that Might be Helpful to the Court in Setting the Case for Status or Pretrial Conference (LR 16(b)(2)(L))**

None at this time.

Dated: May 12, 2020

By: /s/ Joshua D. Martin

**Joshua D. Martin**
Florida Bar No. 028100
E-Mail: josh.martin@johnsonmartinlaw.com
JOHNSON & MARTIN, P.A.
500 W. Cypress Creek Rd.
Suite 430
Fort Lauderdale, Florida 33309
Telephone: (954) 790-6699
Facsimile: (954) 206-0017
*Counsel for Plaintiff*

Respectfully submitted,

By: /s/ Mary-Olga Lovett

**Mary-Olga Lovett** *(admitted pro hac vice)*
E-Mail: lovettm@gtlaw.com
GREENBERG TRAURIG LLC
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 374-3541
Facsimile: (713) 374-3505

And

**Francisco O. Sanchez**
Florida Bar No. 598445
E-Mail: sanchezfo@gtlaw.com
          orizondol@gtlaw.com
**Evelyn A. Cobos**
Florida Bar No. 092310
E-Mail: cobose@gtlaw.com
          FLService@gtlaw.com
GREENBERG TRAURIG, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 12th day of May 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached service list via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   /s/ Joshua D. Martin
        Joshua D. Martin

## SERVICE LIST

*TOCMAIL INC. v. MICROSOFT CORPORATION*
**20-60416-CIV- SMITH/VALLE**

**Joshua D. Martin**
E-Mail: josh.martin@johnsonmartinlaw.com
JOHNSON & MARTIN, P.A.
500 W. Cypress Creek Rd.
Suite 430
Fort Lauderdale, Florida 33309
Telephone: (954) 790-6699
Facsimile: (954) 206-0017

**Mary-Olga Lovett** *(admitted pro hac vice)*
E-Mail: lovettm@gtlaw.com
GREENBERG TRAURIG LLC
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 374-3541
Facsimile: (713) 374-3505

**Francisco O. Sanchez**
E-Mail: sanchezfo@gtlaw.com
       orizondol@gtlaw.com
**Evelyn A. Cobos**
E-Mail: cobose@gtlaw.com
       FLService@gtlaw.com
GREENBERG TRAURIG, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717