# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 20-60416-CIV- SMITH/VALLE

TOCMAIL INC., a Florida corporation,

        Plaintiff,

v.

MICROSOFT CORPORATION, a Washington corporation,

        Defendant.

_____/

## [PROPOSED] SCHEDULING ORDER SETTING CIVIL TRIAL DATE AND PRETRIAL SCHEDULE

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **November 8, 2021**. If the case cannot be tried during the two-week period, it will be re-set for each successive trial calendar until it is tried or resolved. The Calendar Call will be held at **9:00 am** on **Tuesday, November 2, 2021**. The parties shall adhere to the following schedule:

| | |
|---|---|
| 1. Joinder of any additional parties and filing of motion to amend the complaint by | **August 31, 2020** |
| 2. Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by | **August 25, 2020** |
| 3. The Parties shall disclose experts, expert witness summaries and reports on their respective claims and counterclaims as required by Fed. R. Civ. P. 26(a)(2) by | **January 26, 2021** |
| 4. The Parties shall disclose any other non-rebuttal experts, expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | **March 2, 2021** |

| | |
|---|---|
| 5.   Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | **April 6, 2021** |
| 6.   Written lists containing the names and addresses of all fact witnesses intended to be called at trial by | **March 30, 2021** |
| 7.   Fact Discovery shall be completed by | **May 11, 2021** |
| 8.   Expert Discovery shall be completed. | **June 15, 2021** |
| 9.   Mediation shall be completed by | **September 24, 2021** |
| 10.  Dispositive motions, including summary judgment and *Daubert*, shall be filed by | **July 6, 2021** |
| 11.  All pretrial motions and memoranda of law, including *motions in limine*, shall be filed by | **August 31, 2021** |
| 12.  Joint pretrial stipulation, deposition designations[1] and counter-designations, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by | **October 12, 2021** |

The parties shall meet and confer prior to submitting the deposition designations and counter-designations in a good faith effort to resolve objections. Failure to comply with deadline and the meet and confer may result in objections being stricken or other appropriate sanctions.

When the parties cannot agree on specific jury instructions, the submitted instructions shall clearly indicate which party has proposed the specific instruction. The parties shall meet and confer prior to submitting the deposition designations and counter-designations in a good faith effort to resolve objections.

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida, this _____ day of _____.

_____
Rodney Smith
United States District Judge

Copies furnished to:   All Counsel of Record

---

[1] The Parties have removed number 11 of the Court's form Scheduling Order Setting Civil Trial Date and Pretrial Schedule, which contemplates designations and counter-designations, as it is accounted for in number 13 of the form.