# EXHIBIT 2

Microsoft reaches Latin America and the Caribbean from Fort Lauderdale base | Miami Herald 5/18/20, 4:50 PM

 

 
BUSINESS MONDAY

# Microsoft reaches Latin America and the Caribbean from Fort Lauderdale base

BY JOSEPH A. MANN JR.

*SPECIAL TO THE MIAMI HERALD*

DECEMBER 21, 2014 09:13 PM , UPDATED DECEMBER 21, 2014 10:42 PM

ORDER REPRINT →



AT THE HELM: Hernán Rincón is president of Microsoft Latin America, which includes the Caribbean. BILL ZIADY



▶ **Listen to this article now**
05:17  Powered by Trinity Audio

Microsoft, the iconic software and technology giant, oversees business in 46 countries and territories in Latin America and the Caribbean from its regional headquarters in Fort Lauderdale.



VIDEOS

The pandemic closed a small Miami bike shop. Now a spike in bike sales may save it.

"For Microsoft, Latin America is a highly relevant region where we focus on supporting economic growth and improving the quality of life in our communities," said Colombian-born Hernán Rincón, president of Microsoft Latin America.

"We have experienced a significant expansion in the region," said Rincón, an engineer who began working for Microsoft 12 years ago and took over as head of Latin America and the Caribbean in 2007.

**TOP ARTICLES**



**In Miami's record heat, she sheltered at home with no A.C. Then, a doctor decided to help**

"Our customers are looking for solutions and services that can help them with their biggest problems. We are reinventing productivity to empower every person and every organization on the planet to do more and achieve more," by providing products and services like the cloud-based Office 365, Windows 10, the Azure Cloud Platform, OneDrive and many others, he added.

## Local news has never been more important

Subscribe for unlimited digital access to the news that matters to your community.

**#READLOCAL**

For example, the Mexican government's Tax Administration System (SAT) chose Microsoft's Azure cloud computing services to help it securely and efficiently manage tens of millions of tax returns.

After implementing Microsoft's cloud system, the government said it could efficiently handle peak traffic of up to 34 million electronic documents per day, and that the number of tax returns processed in 2013 was up 8.24 percent over 2012. In addition to faster processing of returns, the Microsoft system provided secure management of sensitive and confidential tax information on its cloud.

Microsoft develops, licenses and sells a wide range of computer software products, personal computers, cloud-based services, consumer electronics and other services to individuals, companies, government entities and other organizations.

The company, whose world headquarters is in Redmond, Washington, set up its regional office in South Florida 1994 with about 20 employees. In charge of all sales, marketing and services



**Paraiso Miami Beach showcases sustainable swimwear fashion**

VIEW MORE VIDEO →

**TRENDING STORIES**

**No information. No way off. 100,000 crew members remain in cruise ship limbo for months**
UPDATED 2 HOURS 20 MINUTES AGO

**Miami-Dade and Broward see 285 new coronavirus cases as counties reopen for business**
UPDATED 5 HOURS 28 MINUTES AGO

**Miami-Dade and Broward see 285 new coronavirus cases as counties reopen for business**
UPDATED 5 HOURS 28 MINUTES AGO

**SPONSORED CONTENT**

**FDA-Approved Keto Pill That Melts 17LBS Belly Fat Each Week!** 

BY **HEALTH NEWS HOME**

**Florida Keys to reopen to visitors June 1, leaders say. Hotels will reopen, checkpoints to end**
UPDATED 6 HOURS 26 MINUTES AGO

**Miami theme park goes retro with new drive-in as COVID-19 keeps movie theaters closed**
UPDATED 1 HOUR 15 MINUTES AGO

Case 0:20-cv-60416-RS Document 24-2 Entered on FLSD Docket 05/21/2020 Page 4 of 5
Microsoft reaches Latin America out of its Caribbean HQ in Fort Lauderdale | Miami Herald
5/18/20, 4:50 PM

operations in Latin America and the Caribbean, Microsoft's Fort Lauderdale headquarters today has 400 employees. The company has another 3,600 throughout the region. The Fort Lauderdale office also has a sales staff that covers the southeast United States.

The regional headcount will grow even larger. Microsoft took over Nokia's mobile device business and is incorporating former Nokia employees into its ranks.

Microsoft operates through 39 regional offices in 21 countries and has manufacturing facilities in Brazil and Mexico, its two largest markets in the region.

It runs 20 innovation centers throughout the region, which provide students, start-up companies, government organizations and local communities access to technology and tools for job creation.

Microsoft also partners with the Inter-American Development Bank and the Organization of American States to help provide technology and technology training to students, communities and government agencies, improve education and create jobs.

"We have been doing business in Latin America and the Caribbean for almost 30 years," reaching individual consumers and businesses, said Rincón, who received a bachelor's degree in mathematics and computer science from the State University of New York (SUNY), a master's degree in industrial engineering from the University of the Andes in Colombia and a master's degree from Harvard University's John F. Kennedy School of Government.

Aside from the direct jobs Microsoft has created in the region, Rincón noted that "a huge part of our business" is carried out by the company's 80,000 business partners, local and regional firms that represent Microsoft, sell its products and services and provide support to customers. These partners and their "ecosystem of over 846,000 developers" have generated more than 1 million jobs in the region, Rincón noted.

To provide direct assistance to communities, help educate young people and expand the use of its products, Microsoft also has donated over $395 million in software and cash in the region through programs providing Office 365 to non-profit organizations and for students.

Microsoft competes with a host of other hi-tech companies, like Google, Apple, IBM, Sony, Samsung, Nintendo and many others. It had worldwide revenues of $86.8 billion in fiscal year 2014, which ended June 30, and does not break out regional figures on revenue or investment.

Despite this, Microsoft has seen substantial growth in Latin America, and Rincón sees three areas where his company and regional firms can develop new opportunities: computing, big data and mobility.

"Many companies are looking for the smoothest path to reimagining their business models, processes and teams," Rincón said. Microsoft has invested $15 billion to build its cloud infrastructure, which offers businesses great flexibility, mobility and costs based on use, not capital investments. In addition, technological tools — like Office 365, business intelligence systems for managing big data and software and services that effectively link companies, employee and customers via mobile devices — will provide companies with significant new benefits.

"A total of 50,000 companies are using Office 365 in the region, and we have seen triple-digit growth since the launch of Office 365 and Azure," he said.

"The digital age is changing how we do business."

The writer can be reached at josephmannjr@gmail.com

Microsoft Latin America

Business: Microsoft's headquarters for Latin America and the Caribbean provides sales, marketing and support to the 46 countries and territories in the region where the company has a presence. It

also has personnel covering finance, human resources and legal affairs. In addition, <mark>the office is the base for a separate sales group dedicated to the Southeast U.S.</mark> Microsoft Corp. develops, licenses and sells a wide range of computer software, personal computers, cloud-based services, consumer electronics and other services to individuals, companies, government entities and other organizations.

World headquarters: Redmond, Wash.

Regional headquarters for Latin America and the Caribbean: 6750 North Andrews Ave., Fort Lauderdale

Regional president: Hernán Rincón

Founded: Microsoft Corp. was founded in 1975; the Latin America and Caribbean regional office was set up in 1994.

Employees: 400 in Fort Lauderdale, about 3,600 more in Latin America and the Caribbean and more than 128,000 worldwide. The company is adding employees as a result of its acquisition of Nokia's mobile device business.

Ownership: publicly traded

Competition: Apple, Google, Android, Blackberry, Sony, Nintendo, Samsung, Hewlett-Packard, IBM and others.

Revenues: Microsoft Corp. had net revenues of $86.8 billion worldwide in fiscal year 2014, which ended June 30, 2014. Revenues for the Latin America and Caribbean region were not available.

Website: www.microsoft.com

Source: Microsoft Latin America

COMMENTS ▾