# EXHIBIT 3

LENSA                                                              Blog   Sign up   Log in

🔍 Cloud Solution Architect in Fort Lauderdale, FL

SPONSORED SEARCHES

| full time jobs hiring 🔍 | jobs paying $25 hr 🔍 |
| open job positions near me 🔍 | jobs hiring without experience 🔍 |

# Cloud Solution Architect - Identity CSG job

🏢 **MICROSOFT CORPORATION**    📍 **FORT LAUDERDALE, FL**

| 127 | CLOUD SOLUTION ARCHITECT - IDENTITY CSG JOBS | > |
| 159 | JOBS IN FORT LAUDERDALE, FL | > |
| 22 | JOBS AT MICROSOFT CORPORATION | > |

| Job | Company |
| Description | Salary |

## COMPANY DESCRIPTION

Microsoft Corporation is an American multinational technology company with headquarters in Redmond, WA. It develops, manufactures, licenses, supports, and sells computer software, consumer electronics, personal computers, and related services. Its best known software products are the Microsoft Windows line of operating systems, the Microsoft Office suite, and the Internet Explorer and Edge web browsers. Its flagship hardware products are the Xbox video game consoles and the Microsoft Surface lineup of touchscreen personal computers. Microsoft offers career choices across a wealth of disciplines, with a presence in over 100 countries. The company has a growth mindset culture, believing in the importance of teamwork and diversity. Giving and philanthropy are also part of the company's identity. As an employee, Microsoft will reward you

LENSA

Blog    Sign up    Log in

🔍 Cloud Solution Architect in Fort Lauderdale, FL

## JOB DESCRIPTION

The Cybersecurity Solutions Group (CSG) empowers enterprises to confidently move to the cloud and modernize their platforms by delivering the security and identity solutions, expertise and services needed to keep their data and users safe. CSG is looking for passionate, experienced, and credible identity architects to help our customers envision, architect, and deploy our digital identity solutions and maximize the value from our customers ownership of Azure Active Directory.

The role involves working as part of a global team, and although ==regionally based==, the person hired will also support colleagues in other geographies. Successful candidates will be self-motivated, customer obsessed and have strong technical and consultative skills.

**Responsibilities**

## Responsibilities:

- Leverage your skills and technical knowledge to help customers realize business value and increase their security posture as they enable a zero trust model of being able to access any app and service from anywhere in a secure and governed way.

- Use technical knowledge and understanding of customer IT and business priorities to create an identity and access roadmap that meets the customer's needs and requirements, including, but not limited to, Zero Trust, secure and enable hybrid cloud deployment, access and SSO to SaaS applications, adaptive and risk based authentication, identity governance and reporting, and privilege access management.

- Drive workshops, document and communicate complex architecture diagrams and sequenced, deployment plans for:

- Enterprise Directory Services

- Integration across on premises and cloud

- Workforce and External Identities

- Access Management

- Adaptive Authentication and Credential Management

- Authorization and Access Policy Management

- Application Management

LENSA                                                      Blog   Sign up   Log in

🔍 Cloud Solution Architect in Fort Lauderdale, FL

- Entitlement Management

- Access Reviews and Attestation Management

- Privileged Access

- Logs and Reporting

- Threat Protection

- Risk Based Access Through AI and Machine Learning

- Assess customers' knowledge of Azure Active Directory and overall modern identity and access management readiness to support customers through a structured learning plan and ensue its delivery.

- Ensure all solutions and architectures exhibit high levels of performance, security, scalability, maintainability, and appropriate reusability and reliability upon deployment.

- Create technical content to support customers use of Azure Active Directory and capture and share best practices.

- Lead technical presentations, demonstrations, workshops, architecture design sessions, and communicate successfully across business and IT decision makers.

- Be the voice of the customer. Partner with product management and engineering to uncover and prioritize improvements and enhancements to Azure Active Directory and complimentary Microsoft solutions.

- Help identify and remove technical, architecture, and competitive blockers.

- Act as a Subject Matter Expert for Azure Active Directory and evangelize its capabilities and value with customers, partners, and external communities.

**Qualifications**

**Minimum**

- Bachelor's degree or equivalent practical experience, training, and certifications

- 5+ years of enterprise-scale, technical experience with cloud and hybrid identity infrastructures, architecture designs, migrations, and technology management

**Preferred**

LENSA                                                                Blog   Sign up   Log in

🔍 Cloud Solution Architect in Fort Lauderdale, FL

Platform and understanding and experience with the IAM lifecycle.

- Experience with modern authentication, authorization, and provisioning protocols/standards like OIDC, SAML, OAuth2, FIDO, SCIM and familiarity with LDAP, Kerberos RADIUS, XACML.

- Significant, hands-on experience architecting and/or deploying identity solutions for enterprise-class customers

- Experience and/or knowledge working with Azure services and workloads, or other public cloud ecosystems

- Experience developing strategies and architectures for securing cloud workloads, including productivity SaaS applications and IaaS and PaaS workloads

- Experience and direct responsibility for developing security architectures for companies and/or governments and for overseeing the implementation and execution of said strategies

- Well-developed ability to influence without authority to drive change

- Strong oral & written communication skills, strong influencing skills, experience in public speaking to large and small audiences.

- Able to meet the travel requirements of the role

- Certification in one or more identity and access management technologies

- Background and experience in application architecture and development is a plus

Ability to meet Microsoft, customer and/or government security screening requirements are required for this role.

Microsoft is an equal opportunity employer. All qualified applicants will receive consideration for employment without regard to age, ancestry, color, family or medical care leave, gender identity or expression, genetic information, marital status, medical condition, national origin, physical or mental disability, political affiliation, protected veteran status, race, religion, sex (including pregnancy), sexual orientation, or any other characteristic protected by applicable laws, regulations and ordinances. We also consider qualified applicants regardless of criminal histories, consistent with legal requirements. If you need assistance and/or a reasonable accommodation due to a disability during the application or the recruiting process, please send a request via the Accommodation request form at https://careers.microsoft.com/us/en/accommodationrequest .

Benefits/perks listed below may vary depending on the nature of your employment with Microsoft and the country where you work.

**LENSA**  Blog  Sign up  Log in

🔍 Cloud Solution Architect in Fort Lauderdale, FL

**Application currently closed**

**Sign up**
new jobs posted daily

This job was posted on Thu Feb 13 2020 and expired on Thu Feb 20 2020.

## Similar jobs in the area

### Cloud Solutions Architect
🏢 TEKPARTNERS, A P2P COMPANY   📍 MIAMI LAKES, FL

Cloud Solutions Architect Location: Miami, FL Compensation: $125,000-150,000 Work Requirements: US Citizen, GC Holders or Authorized to Work in the US Overview: TekPartners has some of t**Read more**

### Virtual Cloud Solutions Architect
🏢 VIRTUALVOCATIONS   📍 DAVIE, FLORIDA

An IT consulting firm has a current position open for a Virtual Cloud Solutions Architect. Candidates will be responsible for the following: Advising client and assist them with cloud and digital transformation**Read more**

### Remote Solution Architect
🏢 VIRTUALVOCATIONS   📍 DAVIE, FLORIDA

A non-profit organization is seeking a Remote Solution Architect. Core Responsibilities of this position include: Leading technical requirements gathering sessions Overseeing creation and maintenance of applicatio**Read more**

### Remote Azure Cloud Solutions Architect
🏢 VIRTUALVOCATIONS   📍 DAVIE, FLORIDA

# LENSA

Blog  Sign up  Log in

🔍 Cloud Solution Architect in Fort Lauderdale, FL

---

🕐 **FLEXJOBS**

## Postmate / Delivery driver

🏢 POSTMATES  📍 MIAMI, FL

Drive across Miami, FL and deliver food orders with Postmates. To get started you only need to download the Postmates app in order to arrange all your orders from here. Within the app you will also schedule the **Read more**

---

## Cloud Architect

🏢 **ROBERT HALF**  📍 FORT LAUDERDALE, FL

Ref ID: 01000-0011057101 Classification: Data/Information Architect Compensation: $77.00 to $86.00 hourly Robert Half Technology is seeking a Cloud Architect that is a certified AWS Solutions A **Read more**

---

🕐 **FLEXJOBS**

## Local Delivery Driver

🏢 TASKRABBIT DELIVERY  📍 MIAMI, FL

To ensure everyone's safety during the COVID-19 pandemic, TaskRabbit now includes the option for tasks in any category to be contactless. TaskRabbit is an app-based platform that connects specialists with c **Read more**

LENSA                                           Blog   Sign up   Log in

🔍 Cloud Solution Architect in Fort Lauderdale, FL

great benefits Job Type Full-Time About Company This is a full-time opening with our direct client a leader in Technolo   **Read more**

## CLOUD ARCHITECT

🏢 **ULTIMATE SOFTWARE GROUP**   📍 **FT. LAUDERDALE, FL**

As a Cloud Architect, you will utilize your strategic, technical and operational experience to drive Cloud Strategy, Governance and Architecture. You will take an active role in the evaluation, operations, de   **Read more**

## Cloud Architect

🏢 **ORACLE**   📍 **FORT LAUDERDALE, FL**

As a member of the Support organization, your focus is to deliver post-sales support and solutions to the Oracle customer base while serving as an advocate for customer needs. This involves resolving post-sal   **Read more**

## Remote B2B Cloud Solution Architect

🏢 **VIRTUALVOCATIONS**   📍 **HIALEAH, FLORIDA**

A software development and deployment firm is seeking a Remote B2B Cloud Solution Architect. Core Responsibilities of this position include: Assisting with the design of new products, features, enhanc   **Read more**

## Telecommute Senior Amplify Framework Solutions Architect

🏢 **VIRTUALVOCATIONS**   📍 **DAVIE, FLORIDA**

An online retailer is in need of a Telecommute Senior Amplify Framework Solutions Architect. Core Responsibilities Include: Debugging and delivering solutions Influencing technical strategy and roadmap bas   **Read more**

SHOW MORE JOBS



Blog      Sign up      Log in

🔍 Cloud Solution Architect in Fort Lauderdale, FL

Affiliate Program      Terms and Conditions      Jobseeker's Agreement      Privacy Policy

Notice of personal information collected      Do not sell my personal information

Lensa, Inc. - Lensa is a job search engine. We are not an agent or representative of any employer.