# EXHIBIT 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60416-CIV- SMITH/VALLE

TOCMAIL INC., a Florida corporation,

        Plaintiff,

v.

MICROSOFT CORPORATION, a
Washington corporation,

        Defendant.
_____/

**DECLARATION OF MICHAEL WOOD**

I, Michael Wood, hereby declare and state:

1. I am over the age of 21 and am otherwise sui juris.

2. I have personal knowledge of the matters set forth herein.

3. I am the CEO of TocMail Inc. which sells the TocMail (time-of-click mail) cybersecurity service, which is offered for sale at https://tocmail.net.

4. I am the sole inventor of the TocMail cybersecurity service.

5. I am a founder of TocMail Inc., along with three other shareholders.

6. TocMail is a small business located in South Florida. TocMail's principal place of business and only office is in South Florida. TocMail has no connection to Washington, and litigating across the country in Washington state would be very inconvenient for TocMail.

7. TocMail has identified two key cybersecurity witnesses who are Microsoft employees in South Florida: Michael Marrochello (Security & Compliance Technical Specialist) and MariaTeresa Zancanelli Ghiorzoe (Regional Cybersecurity Program Manager). Both individuals possess technical product knowledge in addition to requisite cybersecurity expertise. According to Mr. Marrochello's Facebook page, Mr. Marrochello's sole job function is technical support of sales of Microsoft's Advanced Threat Protection (ATP) suite (which would include ATP Safe Links). Additionally, according to Mr. Marrochello's LinkedIn profile, he is a Certified Ethical Hacker. According to Ms. Ghiorzoe's LinkedIn profile, Ms. Ghiorzoe is a Certified Information Systems Security Specialist.

8. Additionally, TocMail has identified a key third-party witness - John Perez from Epica in Miami, Florida. According to Mr. Perez's LinkedIn profile, Mr. Perez previously worked for Microsoft for 13 years where he was responsible for Microsoft 365 product marketing accounting for $3.5 billion in revenue. He has requisite knowledge regarding the material qualities that affect $3.5 billion in annual revenue specifically related to the product containing ATP Safe Links' security service. TocMail expects that Mr. Perez will testify about how perception of Microsoft's email security affects purchase decisions of Microsoft 365 (Office 365).

9. Moreover, I am another key witness for TocMail. I expect to testify regarding TocMail's cybersecurity service and how the company is damaged and will be damaged by Microsoft's false advertising. I reside and work in South Florida.

10. I have a personal relationship with Johnson & Martin, P.A., the law firm representing TocMail Inc. in this present case, as the law firm has represented me for years in the acquisition of eight cybersecurity patents with others still pending.

11. Johnson & Martin, P.A. has offered fee saving options if this case does indeed proceed to a local trial due to our long relationship history.

12. Moreover, Johnson & Martin, P.A. has acquired years of knowledge regarding the cybersecurity at issue in this case.

13. If TocMail were forced to hire another law firm in Washington, TocMail would either have to retain new counsel or local counsel, both of which would add significant fees to this case, especially considering that such new firm does not have in-depth knowledge regarding the cybersecurity at issue here.

14. TocMail Inc. does not currently have sufficient funds to litigate a trial in Washington State, nor does TocMail Inc. currently have access to such funds.

15. In regards to any potential references by Microsoft to my prior business success, all of the funds acquired by those ventures have been spent on other projects, and on five years of prototype/product development to confirm that my patented methodologies solve their respective issues without interfering or impeding network communication.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: May 21, 2020.

By: _____
Michael Wood