# EXHIBIT 5



Certification Number
ECC8132976450

# Certified Ethical Hacker

This is to acknowledge that

## Michael Marrochello

has successfully completed all requirements and criteria for

Certified Ethical Hacker

certification through examination administered by EC-Council

Issue Date: 20 January, 2020

Expiry Date: 19 January, 2023



EC-Council

Sanjay Bavisi, President