# EXHIBIT 6





Connect  Message  More...

### John Perez

Artificial Intelligence - Senior Business Development

Miami/Fort Lauderdale Area · 500+ connections · Contact info

 EPICA

 Universidad Argentina de la Empresa

## About

Innovative, results-oriented global sales and marketing executive with record of achievement in technology and consulting arenas, with 20 years of experience. Artificial Intelligence. Adept at marketing,
strategy development, marketing campaign design and implementation, partnership developme ... see more

## Activity
2,731 followers

See all

**Inc. Real Talk Business Reboot - Doing Work That Matters and Finding Your...**
John shared this

**Microsoft is acquiring Metaswitch Networks to expand its Azure 5G...**
John shared this
3 Reactions

John Perez
Artificial Intelligence - Senior Business Development

Home | My Network | Jobs | Messaging
Search

## Experience



**Director Strategic Alliances - Microsoft**
EPICA
Jan 2020 – Present · 5 mos
Miami/Fort Lauderdale Area

Strategic alliances, new business and channel development within the Microsoft ecosystem,
for SOPHIA AI, real time PaaS predictive service of EPICA.AI, Americas territory. www.epica.ai

**Senior Product Marketing Manager**
Microsoft
Oct 2006 – Oct 2019 · 13 yrs 1 mo
Ft Lauderdale, FL

Latin America Modern Workplace/Microsoft 365 Regional product marketing at worldwide
leader in software, cloud services, devices and solutions with $3.5B in regional revenues. Lead
and direct marketing for products, cross segments, and subsidiaries across Latin America.
Responsible for design, development and execution of strategies and tactics. Channel Partner
development, territory channel management (3 products) analytics, accountable for region's
product and branding positioning, market share, and sales volumes. Managed, coached, and
mentored 8 dotted-line reports.

• Managed marketing strategy in Teams Voice, Visio and Project resulting in 2-year seat growth
of:
o Project Online, +80%; Visio, +117% and Teams Voice, +515%;
• Developed strategies for partner growth in PPM competency, growing from 39 to 56
partners, +49% growth. Increased number of Gold partners from 15 to 35, +135% growth, from
FY17 to current.

see less