# EXHIBIT 7

```
[Michaels-MacBook-Pro:~ michaelwood$ ping www.microsoft.com
PING e13678.dspb.akamaiedge.net (23.40.57.251): 56 data bytes
64 bytes from 23.40.57.251: icmp_seq=0 ttl=57 time=19.359 ms
64 bytes from 23.40.57.251: icmp_seq=1 ttl=57 time=13.893 ms
64 bytes from 23.40.57.251: icmp_seq=2 ttl=57 time=19.210 ms
64 bytes from 23.40.57.251: icmp_seq=3 ttl=57 time=14.392 ms
64 bytes from 23.40.57.251: icmp_seq=4 ttl=57 time=19.173 ms
64 bytes from 23.40.57.251: icmp_seq=5 ttl=57 time=18.687 ms
64 bytes from 23.40.57.251: icmp_seq=6 ttl=57 time=19.876 ms
^C
--- e13678.dspb.akamaiedge.net ping statistics ---
7 packets transmitted, 7 packets received, 0.0% packet loss
round-trip min/avg/max/stddev = 13.893/17.799/19.876/2.338 ms
Michaels-MacBook-Pro:~ michaelwood$
```