# EXHIBIT 8

# IP Location Finder

**LOOKUP IP ADDRESS OR HOSTNAME**

IP address or hostname

23.40.57.251     [Find]

**LOCATION**

| | |
|---|---|
| **Country** | United States (US) |
| **Continent** | North America (NA) |
| **Coordinates** | 37.751 (lat) / -97.822 (long) |
| **Time** | 2020-05-20 12:33:19 (America/Chicago) |

**NETWORK**

| | |
|---|---|
| **IP address** | 23.40.57.251 |
| **Hostname** | a23-40-57-251.deploy.static.akamaitechnologies.com |
| **Provider** | AKAMAI-AS |
| **ASN** | 16625 |