# EXHIBIT 9

Learn more about remote working, online schooling and community support during the COVID-19 outbreak 

  

Stories

# Microsoft and Akamai Form Strategic Relationship To Enhance Internet Content Delivery

September 27, 1999 |

**REDMOND, Wash., and CAMBRIDGE, Mass., Sept. 27, 1999 —** Microsoft Corp. and Akamai Technologies, which operates a global Internet content delivery service that accelerates Web performance, today announced a broad relationship to integrate Microsoft software technologies into Akamai's network. The companies also announced that Microsoft made an approximately $15 million investment in Akamai. The goal of this strategic relationship is to help further the rapid growth of the digital media market.

To extend its streaming media strategy, Akamai will incorporate Microsoft® Windows Media TM Technologies into the company's FreeFlow SM content delivery service, extending the benefits of higher performance, reliability and scalability to Akamai customers selecting the Windows Media format for streaming media content. As part of the companies' strategic relationship, Akamai will also broaden support for Akamai's proprietary software by porting FreeFlow to the Microsoft Windows® Server operating systems.

Microsoft's Streaming Media Division also agreed to purchase Internet content delivery services from Akamai. These services will enable Microsoft to provide Internet users with an improved customer experience when delivering rich and event-based content. ==By becoming an Akamai customer, Microsoft joins the list of leading Web companies that rely on Akamai for high-performance, reliable delivery of content to their users.==

"Akamai's strategic partnership with Microsoft enables us to join forces in improving content delivery for Web site owners and their customers,"
said George Conrades, chairman and CEO of Akamai.
"Through this relationship, Akamai expands the strength of our Internet content delivery services to include leading Internet software technologies from Microsoft."

"Akamai's support for Microsoft Windows Media Technologies and Windows Server makes Windows Media an even stronger choice for content owners,"
said Will Poole, general manager, marketing and business development, Streaming Media Division at Microsoft.
"Akamai's unique content delivery technology will significantly improve the performance, reliability and scalability of media streamed in our format, ultimately enabling content providers to offer consumers a faster and higher-quality experience on the Web."

In porting FreeFlow to Windows NT® , Akamai will offer Windows-based servers to its network partners that participate in Akamai's FreeFlow ISP program. Akamai's network partners include ISPs and other carriers that have deployed Akamai's servers in their networks to lower bandwidth expenses and improve subscriber satisfaction.

**About Akamai**

Akamai Technologies is headquartered in Cambridge, Mass. Akamai provides a global Internet content delivery service that improves Web site speed and reliability and enables richer, more engaging Web site content. Currently, Akamai has over 900 servers deployed in 15 countries across 25 different telecommunications networks. Akamai (pronounced AH kuh my) is Hawaiian for intelligent, clever and cool.

**About Microsoft**

Founded in 1975, Microsoft (Nasdaq
"MSFT"
) is the worldwide leader in software for personal computers. The company offers a wide range of products and services for business and personal use, each designed with the mission of making it easier and more enjoyable for people to take advantage of the full power of personal computing every day.

Microsoft, Windows Media, Windows and Windows NT are either registered trademarks or trademarks of Microsoft Corp. in the United States and/or other countries.

FreeFlow is a service mark of Akamai Technologies.

Other product and company names herein may be trademarks of their respective owners.

*Note to editors:* If you are interested in viewing additional information on Microsoft, please visit the Microsoft Web page at http://www.microsoft.com/presspass/ on Microsoft's corporate information pages.

## Related Posts

Sony Semiconductor Solutions and Microsoft partner to create smart camera solutions for enterprise customers >

UnitedHealth Group and Microsoft collaborate to launch ProtectWell™ protocol and app to support return-to-workplace planning and COVID-19 symptom screening >

Adaptive Biotechnologies and Microsoft launch virtual ImmuneRACE study to inform novel COVID-19 diagnostics to address unmet needs in testing >

FedEx and Microsoft join forces to transform commerce >

Join us at 8 a.m. PT on Tuesday for Microsoft Build to learn how we're helping developers create, innovate and achieve more >

Follow us:

Share this page:

### What's new
- Surface Go 2
- Surface Book 3
- Microsoft 365
- Surface Pro X
- Windows 10 apps

### Microsoft Store
- Account profile
- Download Center
- Microsoft Store support
- Returns
- Order tracking
- Store locations
- Buy online, pick up in store
- In-store events

### Education
- Microsoft in education
- Office for students
- Office 365 for schools
- Deals for students & parents
- Microsoft Azure in education

### Enterprise
- Azure
- AppSource
- Automotive
- Government
- Healthcare
- Manufacturing
- Financial services
- Retail

### Developer
- Microsoft Visual Studio
- Windows Dev Center
- Developer Network
- TechNet
- Microsoft developer program
- Channel 9
- Office Dev Center
- Microsoft Garage

### Company
- Careers
- About Microsoft
- Company news
- Privacy at Microsoft
- Investors
- Diversity and inclusion
- Accessibility
- Security

Sitemap   Contact Microsoft   Privacy & cookies   Terms of use   Trademarks   Safety & eco   About our ads   © Microsoft 2020