# EXHIBIT 10

<a>
</a>



### Cloud Solution Architect-Identity #CSG



**Microsoft** • Washington, D.C., DC, US

ⓘ No longer accepting applications

The Cybersecurity Solutions Group (CSG) empowers enterprises to confidently move to the cloud and modernize their platforms by delivering the security and identity solutions, expertise and services needed to keep their data and users safe. CSG is looking for passionate, experienced, and credible identity architects to help our customers envision, architect, and deploy our digital identity solutions and maximize the value from our customers ownership of Azure Active Directory.

The role involves working as part of a global team, and although regionally based, the person hired will also support colleagues in other geographies. Successful candidates will be self-motivated, customer obsessed and have strong technical and consultative skills.

**You Will**

Responsibilities

- Leverage your skills and technical knowledge to help customers realize business value and increase their security posture as they enable a zero trust model of being able to access any app and service from anywhere in a secure and governed way.
- Use technical knowledge and understanding of customer IT and business priorities to create an identity and access roadmap that meets the customer's needs and requirements, including, but not limited to, Zero Trust, secure and enable hybrid cloud deployment, access and SSO to SaaS applications, adaptive and risk based authentication, identity governance and reporting, and privilege access management.
- Drive workshops, document and communicate complex architecture diagrams and sequenced, deployment plans for:
  - Enterprise Directory Services
  - Integration across on premises and cloud
  - Workforce and External Identities
- Access Management
  - Adaptive Authentication and Credential Management
  - Authorization and Access Policy Management
  - Application Management

**Industry**
Computer Hardware ,
Computer Software ,
Information Technology & Services

**Employment Type**
Full-time

**Job Functions**
Engineering ,
Information Technology