# EXHIBIT 11





## Senior Technical Specialist - Advanced Security Analytics (GBB) #CSG

**Microsoft** • United, LA, US

ⓘ No longer accepting applications

The Cybersecurity Solutions Group (CSG) empowers enterprises to confidently move to the cloud and modernize their platforms by delivering the security solutions, expertise and services needed to keep their data safe. Azure Sentinel (https://azure.microsoft.com/en-us/services/azure-sentinel/) is Microsoft's new, cloud-native SIEM with built-in AI that provides our customers with limitless speed and scale to detect, investigate, and respond to cyber attacks and other threats.

CSG is looking for a passionate, experienced and credible security detection and response professional to join our growing team of Global Black Belts (GBBs). Your main goal in this role will be to win the technical decision of customers to purchase and use Azure Sentinel and effectively leverage Microsoft's supporting end-to-end, advanced threat detection and response solutions. In this role, you will be expected to both own and win the customer's technical decision, as well as find new opportunities to pursue in partnership with the broader CSG sales team.

The role involves working as part of a global team, and although regionally based, the person hired will also support colleagues in other geographies. Successful candidates will be self-motivated, customer obsessed and will work closely with the CSG Enterprise Security Executives, the CSG Detection & Response Team, local sales & services account teams, product engineering, and applicable partners to pursue corporate priorities and business opportunities.

**Responsibilities**

- Lead technical presentations, demonstrations, workshops, architecture design sessions, proof of concepts, and pilots to explain, demonstrate, and prove to our strategic customers the capabilities of Azure Sentinel, including how it leverages and amplifies the capabilities of our end-to-end advanced threat detection and response solutions like Microsoft Defender Advanced Threat Protection, Microsoft Office Advanced Threat Protection, Azure Advanced Threat Protection, Microsoft Threat

**Industry**
Computer Hardware ,
Computer Software ,
Information Technology & Services

**Employment Type**
Full-time

**Job Functions**
Other