# EXHIBIT 12



Contact Us



# Advanced Security Analytics Global Black belt

Home » Advanced Security Analytics Global Black belt

Seek Jobs Indeed, Your Next Career Job Site

Jobs System, October 13, 2019, 0

**Full-time**    Alton HAM, United Kingdom    Posted 7 months ago

Login to bookmark this Job

**Microsoft**

The Cybersecurity Solutions Group (CSG) empowers enterprises to confidently move to the cloud and modernize their platforms by delivering the security solutions, expertise and services needed to keep their data safe. Azure Sentinel (https://azure.microsoft.com/en-us/services/azure-sentinel/) is Microsoft's new, cloud-native SIEM with built-in AI that provides our customers with limitless speed and scale to detect, investigate, and respond to cyber attacks and other threats.

CSG is looking for a passionate, experienced and credible security detection and response professional to join our growing team of Global Black Belts (GBBs). Your main goal in this role will be to win the technical decision of customers to purchase and use Azure Sentinel and effectively leverage Microsoft's supporting end-to-end, advanced threat detection and response solutions. In this role, you will be expected to both own and win the customer's technical decision, as well as find new opportunities to pursue in partnership with the broader CSG sales team.



Create A Weebly Online Store

Weebly

Subscribe Today for a 1 Year Free Domain!

LEARN MORE

The role involves working as part of a global team, and although regionally based, the person hired will also support colleagues in

  

## Responsibilities

You will:

- Lead technical presentations, demonstrations, workshops, architecture design sessions, proof of concepts, and pilots to explain, demonstrate, and prove to our strategic customers the capabilities of Azure Sentinel, including how it leverages and amplifies the capabilities of our end-to-end advanced threat detection and response solutions like Microsoft Defender Advanced Threat Protection, Microsoft Office Advanced Threat Protection, Azure Advanced Threat Protection, Microsoft Threat Experts, and future threat detection and related solutions.
- Own winning the technical decision at customers for sales opportunities and usage scenarios, through tailoring your message, bringing ideas to the customers, engaging with them to show our technology differentiation, and guiding them in decision making.
- Partner with product management and engineering to uncover and prioritize improvements and enhancements to Azure Sentinel and other enabling technologies (Microsoft's Advanced Threat Protection Solutions).
- Support partner and field sales training and enablement.
- Be a thought leader in the cloud-powered SIEM and security analytics/AI space by participating in internal Microsoft technical communities and in broader industry events and by publishing blogs, whitepapers, and reference architectures.
- Help identify and remove technical, architecture, and competitive blockers for your respective solutions.
- Influence Microsoft's security solutions go-to-market strategies by providing feedback to sales, marketing, and engineering on current and future product requirements and sales blockers you encounter.

## Qualifications

Microsoft is an equal opportunity employer. All qualified applicants will receive consideration for employment without regard to age, ancestry, color, family or medical care leave, gender identity or expression, genetic information, marital status, medical condition, national origin, physical or mental disability, political affiliation, protected veteran status, race, religion, sex (including pregnancy), sexual orientation, or any other characteristic protected by applicable laws, regulations and ordinances.

Benefits/perks listed below may vary depending on the nature of your employment with Microsoft and the country where you work.

Minimum

- Bachelor's degree or equivalent practical experience, training, and certifications
- Knowledge and hands-on experience with Security Incident and Event Management (SIEM) and Security Orchestration and Automation (SOAR) solutions and supporting security event providers such as IDS/IPS, firewalls, DNS, and EDR/EPP solutions
- Ability to travel up to 40% to customer and partner meetings

Preferred

- Bachelor's degree in computer science, information technology, cybersecurity, or related field
- 5+ years of related experience in a technical sales and/or technical consulting role supporting security threat and detection solutions
- High technical aptitude and hands-on experience working with enterprise security solutions and programs, especially Microsoft's cybersecurity solutions
- Significant, hands-on experience architecting and/or deploying threat detection and response solutions for enterprise-class customers

- Able to meet the travel requirements of the role
- Scripting experience using Kusto Query Language, PowerShell, Perl, regex, or Python
- Certification in one or the following: GCDA, GCIH, CISSP, CEH, OCSP, GSE

Ability to meet Microsoft, customer and/or government security screening requirements are required for this role. These requirements include, but are not limited to the following specialized security screenings:

- Microsoft Cloud Background Check: This position will be required to pass the Microsoft Cloud background check upon hire/transfer and every two years thereafter.

Apply for job



Please share this job to someone who might be interested via following channels!

UNLTD.careers - Seek Jobs Indeed, Your Next Career Job Site

---

SHARE THIS

0 likes

---

0 COMMENTS

You must log in to post a comment.

## Full Jobs List – All Countries

Keyword Search

Username

☐ Remember Me

Log In    Register



Page QRcode

## Jobs By Countries

- Australia

- New Zealand

- United States



- Hong Kong

- Taiwan

- Japan

- Belgium

- South Africa

- Nigeria

- Philippines

- Thailand

- India

- Germany

- Brazil

- South Korea

- Greece

- Spain

- Austria

- Denmark

- France

- Italy

- Netherlands jobs

- Vietnam

- Mexico

- Pakistan

- Singapore

- Malaysia

- Indonesia

- Ireland jobs

- Czechia jobs

- Russia

- Ukraine

- Turkey

- Israel



Job Tags

advertising | appointment makers | appointment setter | baker | bakery | call centre | canada | chef | cook | farm | free | Media | telesales

About UNLTD.careers – Seek Jobs Indeed

UNLTD.careers – Seek Jobs Indeed

careers is a Free Global Job Site to make easy for job seekers to find career one click application, create sharable online res

**Job seekers:** Seek no more, find desired jobs globally all here, create sharable online CV and let career opportunities come to you. Indeed, you can find jobs from a list of top recruitment agencies and employers and blue chip companies, government jobs, etc.

**Employers:** Fast track to access job seeker resume bank for urgent recruitment needs. Post job ads listings are free. Management tools for organizing job listings and job applications easily.

## Your career starts here.

UNLTD.careers - Seek Jobs Indeed, Your next career job site SEO by [SEOservices.cc](SEOservices.cc)

### Vacancies by Country

Vacancies in Australia

Vacancies in United States

Vacancies in United Kingdom

Vacancies in Canada

Vacancies in South Africa

Vacancies in Philippines

Vacancies in Thailand

Vacancies in Belgium

Vacancies in China

### Seek Jobs by Country

Seek Jobs in Germany

Seek Jobs in India

Seek Jobs in Japan

Seek Jobs in France

Seek Jobs in Netherlands

Seek Jobs in Hong Kong

Seek Jobs in Nigeria

Seek Jobs in Brazil

Melbourne jobs

Brisbane jobs

Canberra jobs

Adelaide jobs

Perth jobs

Hobart jobs

Darwin jobs

### Seek Jobs by Category

Advertising, Marketing & Sales Positions

Information Technology (IT) Positions

Legal & Finance Positions

Management & Consulting Positions

Administration & Office Support Positions

Government Jobs

Medical & Health Positions

Accounting Positions

Construction, Trades & Services Positions

©2020 UNLTD.careers - Multilingual Global Jobs Portal |   *powered by* UNLTD PTY LTD  |   *SEO by* SEOservices.cc  |  Privacy Policy