**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-60416-CIV-SMITH**

TOCMAIL INC.,

     Plaintiff,

v.

MICROSOFT CORPORATION,

     Defendant.

_____/

**ORDER SETTING CIVIL TRIAL DATE,**
**PRETRIAL DEADLINES, AND REFERRAL TO MAGISTRATE JUDGE**

This cause is set for trial during the Court's two-week trial calendar beginning on **August 16, 2021**. If the case cannot be tried during the two-week period, it will be re-set for each successive trial calendar until it is tried or resolved. The **Calendar Call** will be held at **9:00 a.m. on August 10, 2021**. The parties shall adhere to the following schedule:

| | | |
|---|---|---|
| 1. | Joinder of any additional parties and filing of motion to amend the complaint by | **07/01/2020** |
| 2. | Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by | **07/01/2020** |
| 3. | Plaintiffs shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **10/01/2020** |
| 4. | Defendant shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **11/02/2020** |
| 5. | Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | **11/23/2020** |
| 6. | Written lists containing the names and addresses of all fact witnesses intended to be called at trial by | **11/30/2020** |
| 7. | Fact discovery shall be completed by | **02/22/2021** |
| 8. | Expert discovery shall be completed by | **02/22/2021** |

9.  Mediation shall be completed by     **03/08/2021**

10. Dispositive motions, including summary judgment and *Daubert*, shall be filed by     **03/22/2021**

11. Deposition designations and counter designations shall be filed by     **05/10/2021**

The parties shall meet and confer prior to submitting the deposition designations and counter-designations in a good faith effort to resolve objections.  Failure to comply with the deadline and the meet and confer may result in objections being stricken or other appropriate sanctions.

12. All pretrial motions and memoranda of law, including motions *in limine*, shall be filed by     **05/10/2021**

All motions *in limine* and the responses shall be limited to one page per issue.

13. Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by     **07/22/2021**

When the parties cannot agree on specific jury instructions, the submitted instructions shall clearly indicate which party has proposed the specific instruction.

## REFERRAL TO MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 1 of the Magistrate Rules of the Southern District of Florida, **ALL NON-DISPOSITIVE PRETRIAL MOTIONS,** including all discovery and all motions for attorney's fees, costs, and sanctions, are **REFERRED (PTN)** to Magistrate Judge Valle for appropriate resolution.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 22nd day of May, 2020.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE