UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:20-cv-60416-RS/VALLE

TOCMAIL, INC.,

       Plaintiff,

v.

MICROSOFT CORPORATION,

       Defendant.

**MICROSOFT CORPORATION'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO TRANSFER**

Defendant, Microsoft Corporation ("Microsoft"), respectfully requests a brief seven-day extension of time, through and including June 4, 2020, to file its reply to Plaintiff, TocMail, Inc.'s ("TocMail") Memorandum of Law in Opposition to Defendant's Motion to Transfer to the Western District of Washington ("Opposition") [D.E. 24].  In support of this motion, Microsoft states as follows:

    1.    On April 30, 2020, Microsoft filed its Motion to Transfer this Action to the Western District of Washington and Incorporated Memorandum of Law [D.E. 15].

    2.    On May 12, 2020, TocMail filed its Unopposed Motion for Extension of Time to File Response to Defendant's Motion to Transfer and for Clarification on Spacing of Long Quotations [D.E. 19], requesting a week-long extension of time to respond to the Motion to Transfer.

3. The Court entered an Order granting TocMail's unopposed motion for extension of time on May 13, 2020, requiring that TocMail respond to Microsoft's motion to transfer by May 21, 2020 [D.E. 21].

4. On May 21, 2020, TocMail filed its Opposition, consisting of 106 total pages (including the 16 attached exhibits) and raising a number of factual issues that TocMail asserts warrant not transferring this case to the Western District of Washington.

5. Microsoft's reply to TocMail's Opposition is currently due on May 28, 2020. However, Microsoft needs a seven-day extension of time to investigate the factual allegations made in the Opposition and prepare its reply to same.

6. Accordingly, undersigned counsel requests that Microsoft's reply to the Opposition be due on June 4, 2020, to provide sufficient time to adequately address the facts and arguments raised in the Opposition.

7. The undersigned contacted TocMail's counsel regarding the requested extension the morning of May 23, 2020, and on May 25, 2020, TocMail's counsel confirmed that TocMail has no objection to it.

8. Microsoft has good cause for this motion, which is made in good faith and is not intended to hamper or delay the prosecution of this cause, and neither the parties nor the Court will be prejudiced by the granting of the relief requested.

9. For the foregoing reasons, Microsoft requests that the Court enter an Order in the form proposed and attached hereto.

**CERTIFICATION REGARDING PRE-FILING CONFERENCE**

Pursuant to Local Rule 7.1(a)(3), the undersigned certifies having conferred with TocMail's counsel in a good faith effort to resolve the issues raised in this motion, and confirms that TocMail does not oppose the relief requested herein.

Dated: May 25, 2020

Respectfully submitted,

*/s/ Evelyn A. Cobos*
EVELYN A. COBOS

**GREENBERG TRAURIG LLC**
MARY-OLGA LOVETT (*admitted pro hac vice*)
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 374-3541
Facsimile: (713) 374-3505
Email: lovettm@gtlaw.com

**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
FRANCISCO O. SANCHEZ
Florida Bar No. 598445
Email: sanchezo@gtlaw.com
         orizondol@gtlaw.com
EVELYN A. COBOS
Florida Bar No. 092310
Email: cobose@gtlaw.com
         FLService@gtlaw.com

*Attorneys for Defendant*,
MICROSOFT CORPORATION

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of May, 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Evelyn A. Cobos*
EVELYN A. COBOS

**SERVICE LIST**

JOHNSON & MARTIN, P.A.
Joshua D. Martin
500 W. Cypress Creek Rd., Suite 430
Ft. Lauderdale, FL 33602
Tel: (954) 790-6699
Fax: (954) 206-0017
Email: josh.martin@johnsonmartinlaw.com

*Attorneys for Plaintiff*