UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:20-cv-60416-RS/VALLE

TOCMAIL, INC.,

       Plaintiff,

v.

MICROSOFT CORPORATION,

       Defendant.

**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO TRANSFER**

THIS MATTER came before the Court on the Unopposed Motion for Extension of Time to File Reply in Support of Motion to Transfer (the "Motion") filed by Defendant, Microsoft Corporation ("Microsoft"), seeking an extension of time through and including June 4, 2020, within which to respond to Plaintiff, TocMail, Inc.'s, Memorandum of Law in Opposition to Defendant's Motion to Transfer to the Western District of Washington (the "Opposition") [D.E. 24]. The Court having reviewed the Motion, and being otherwise duly advised in the premises, it is

ORDERED AND ADJUDGED that Microsoft's Motion is GRANTED. Microsoft shall file its reply to TocMail's Opposition by June 4, 2020.

DONE AND ORDERED in Chambers in Fort Lauderdale, Florida this _____ day of May, 2020.

                                                                                   _____
                                                                                   U.S. DISTRICT JUDGE

cc:    All counsel of record