UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 0:20-cv-60416-RS/VALLE

TOCMAIL INC., a Florida corporation,

    Plaintiff,

v.

MICROSOFT CORPORATION, a Washington corporation,

    Defendant.

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Plaintiff TocMail Inc. and Defendant Microsoft Corporation (collectively, the "Parties") respectfully request that the Court enter the Protective Order agreed to by the Parties, a copy of which is attached hereto as Exhibit 1, and in support thereof state as follows:

1. The Parties have conferred regarding the necessity of e-discovery procedures and a protective order to facilitate discovery, which requires the exchange of certain information that is confidential, proprietary, protected from disclosure by law or regulation, or is otherwise of a highly sensitive and valuable nature, such that it should be protected.

2. The Parties desire to establish a process whereby certain documents and information may be protected. Accordingly, to address these concerns, the Parties have agreed to the attached Protective Order.

3. The Parties are still in discussions regarding e-discovery procedures and are in the process of finalizing an e-discovery protocol, which will be presented to the Court at such later time.

CASE NO. 0:20-cv-60416-RS

WHEREFORE, Plaintiff and Defendant respectfully request that the Court enter the Protective Order attached hereto as Exhibit 1.

Respectfully submitted,

| **JOHNSON & MARTIN, P.A.** | **GREENBERG TRAURIG, LLC** |
|---|---|
| 500 W. Cypress Creek Rd., Suite 430 | 1000 Louisiana Street, Suite 1700 |
| Fort Lauderdale, FL 33309 | Houston, Texas 77002 |
| Tel: (954) 790-6699 | Telephone: (713) 374-3541 |
| Fax: (954) 206-0017 | Facsimile: (713) 374-3505 |

By: /s/ *Joshua D. Martin*
JOSHUA D. MARTIN
*Florida Bar No*. 028100
Email: josh.martin@johnsonmartinlaw.com

*Attorneys for Plaintiff*

And

**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4400
Miami, FL  33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

By: /s/ *Evelyn A. Cobos*
MARY-OLGA LOVETT (*admitted pro hac vice*)
Email: lovettm@gtlaw.com
FRANCISCO O. SANCHEZ
Florida Bar No. 598445
Email: sanchezo@gtlaw.com
EVELYN A. COBOS
Florida Bar No. 106937
Email: cobose@gtlaw.com
        orizondol@gtlaw.com
        FLService@gtlaw.com

*Attorneys for Defendant*

CASE NO. 0:20-cv-60416-RS

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 25th day of August, 2020, I electronically served the foregoing document upon counsel of record identified on the below Service List in the manner specified.

*/s/ Evelyn Cobos*
**EVELYN A. COBOS**

## SERVICE LIST

JOHNSON & MARTIN, P.A.
Joshua D. Martin
500 W. Cypress Creek Rd., Suite 430
Ft. Lauderdale, FL 33602
Tel: (954) 790-6699
Fax: (954) 206-0017
Email: josh.martin@johnsonmartinlaw.com

*Attorneys for Plaintiff*