UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(FORT LAUDERDALE)

Case No.: 0:20-cv-60416-RS

TOCMAIL INC., a Florida corporation,

    Plaintiff,

v.

MICROSOFT CORPORATION, a Washington corporation,

    Defendant.

## NOTICE OF NINETY DAYS EXPIRING

Defendant Microsoft Corporation ("Microsoft"), pursuant to the requirements of Local Rule 7.1(b), respectfully notifies the Court of the following:

1. On April 30, 2020, Microsoft served and filed its Motion to Dismiss Complaint and Incorporated Memorandum of Law ("Motion to Dismiss") [D.E. 14].

2. On the same day, Microsoft also served and filed its Motion to Transfer this Action to the Western District of Washington and Incorporated Memorandum of Law ("Motion to Transfer") [D.E. 15].

3. On May 14, 2020, Plaintiff TocMail, Inc. ("TocMail") served and filed its Memorandum of Law in Opposition to Defendant's Motion to Dismiss Complaint [D.E. 22].

4. On May 21, 2020, Microsoft served and filed its Reply in Further Support of its Motion to Dismiss Complaint [D.E. 23].

5. On May 21, 2020, Plaintiff TocMail served and filed its Memorandum of Law in Opposition to Defendant's Motion to Transfer to the Western District of Washington [D.E. 24].

6. On June 4, 2020, Microsoft served and filed its Reply in Further Support of its Motion to Transfer [D.E. 33].

7. Microsoft's Motion to Dismiss and Motion to Transfer have been pending and fully briefed with no hearing set thereon for a period of ninety (90) days.

Dated: September 2, 2020

Respectfully submitted,

/s/ Evelyn A. Cobos
Evelyn A. Cobos

**GREENBERG TRAURIG, LLC**
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 374-3541
Facsimile: (713) 374-3505
MARY-OLGA LOVETT (*admitted pro hac vice*)
Email: lovettm@gtlaw.com

**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
FRANCISCO O. SANCHEZ
Florida Bar No. 598445
Email: sanchezo@gtlaw.com
       orizondol@gtlaw.com
EVELYN A. COBOS
Florida Bar No. 106937
Email: cobose@gtlaw.com
       FLService@gtlaw.com

*Attorneys for Defendant*,
MICROSOFT CORPORATION

Case No: 0:20-cv-60416-RS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of September, 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Evelyn A. Cobos*
EVELYN A. COBOS

## SERVICE LIST

JOHNSON & MARTIN, P.A.
Joshua D. Martin
500 W. Cypress Creek Rd., Suite 430
Ft. Lauderdale, FL 33602
Tel: (954) 790-6699
Fax: (954) 206-0017
Email: josh.martin@johnsonmartinlaw.com

*Attorneys for Plaintiff*

ACTIVE 52329562v2