UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60416-CIV- SMITH/VALLE

TOCMAIL INC., a Florida corporation,

    Plaintiff,

v.

MICROSOFT CORPORATION, a
Washington corporation,

    Defendant.
_____/

## JOINT MOTION FOR ENTRY OF ORDER REGARDING E-DISCOVERY PRODUCTION

Plaintiff, TOCMAIL INC. ("Plaintiff" or "TocMail"), and Defendant, MICROSOFT CORPORATION ("Defendant" or "Microsoft") (collectively the "Parties"), by and through their respective undersigned counsel, hereby respectfully move for entry of the stipulated Order regarding E-Discovery Production attached as Exhibit "A" hereto, and in support thereof state as follows:

1. The Parties expect to produce E-Discovery (ESI) in this action. Accordingly, the parties have agreed to the entry of a stipulated Order regarding E-Discovery Production in the form attached hereto as **Exhibit "A"** in order to streamline the production of ESI and to promote a "just, speedy, and inexpensive determination" of this action.

2. Thus, the parties respectfully request that the Court enter the stipulated Order regarding E-Discovery Production attached hereto as Exhibit A to govern ESI production in this action.

WHEREFORE, Plaintiff, TOCMAIL INC., and Defendant, MICROSOFT CORPORATION, jointly and respectfully request that the Court enter the stipulated Order regarding E-Discovery Production attached hereto as Exhibit A.

Dated: September 30, 2020                                          Respectfully submitted,

By: /s/ Joshua D. Martin
**Joshua D. Martin**
Florida Bar No. 028100
E-Mail: josh.martin@johnsonmartinlaw.com
JOHNSON & MARTIN, P.A.
500 W. Cypress Creek Rd.
Suite 430
Fort Lauderdale, Florida 33309
Telephone: (954) 790-6699
Facsimile: (954) 206-0017
*Counsel for Plaintiff*

By: /s/ Evelyn A. Cobos
**Mary-Olga Lovett** *(admitted pro hac vice)*
E-Mail: lovettm@gtlaw.com
GREENBERG TRAURIG LLC
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 374-3541
Facsimile: (713) 374-3505

And

**Francisco O. Sanchez**
Florida Bar No. 598445
E-Mail: sanchezfo@gtlaw.com
          orizondol@gtlaw.com
**Evelyn A. Cobos**
Florida Bar No. 092310
E-Mail: cobose@gtlaw.com
          FLService@gtlaw.com
GREENBERG TRAURIG, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 30th day of September 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached service list via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   /s/ Joshua D. Martin
      Joshua D. Martin

## SERVICE LIST

*TOCMAIL INC. v. MICROSOFT CORPORATION*
**20-60416-CIV- SMITH/VALLE**

**Joshua D. Martin**
E-Mail: josh.martin@johnsonmartinlaw.com
JOHNSON & MARTIN, P.A.
500 W. Cypress Creek Rd.
Suite 430
Fort Lauderdale, Florida 33309
Telephone: (954) 790-6699
Facsimile: (954) 206-0017

**Mary-Olga Lovett** *(admitted pro hac vice)*
E-Mail: lovettm@gtlaw.com
GREENBERG TRAURIG LLC
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 374-3541
Facsimile: (713) 374-3505

**Francisco O. Sanchez**
E-Mail: sanchezfo@gtlaw.com
      orizondol@gtlaw.com
**Evelyn A. Cobos**
E-Mail: cobose@gtlaw.com
      FLService@gtlaw.com
GREENBERG TRAURIG, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717