# EXHIBIT 10



Microsoft

# Exchange Online
## Business Class Email System

Managed IT experts

# Why Email?
## Email is on the rise and the preferred platform for millennials

### Email
### the backbone of business communications



Work colleague communication preferences±

**Millennials "obsessed" with work email±**

- 81% check when on vacation and before work
  - more than any other age group
- 68% strive for a zero-inbox vs 55% overall.

### Email
### core to the modern workplace & Office 365

**#1** — In businesses, email continues to hold the top spot among workplace communication tools with 99% usage*

**3.8B** — More than half the world's population uses email today**

**99%** — Of us check email every day[1]

**98% of Fortune 500 companies** have Office 365.

Data as of October 2018

\* Source: Spiceworks study of 900 IT Professions
\*\* Source: Lifewire, December 2018
± Source: Adobe blog, Aug 2018 and Forbes, Aug 2017
[1] Source: DMA Insights Tracker

# Microsoft Exchange Online
## Built on 23 Years of Market Leading Innovation

| Exchange Online |  Most secure |  Most productive |  Lowest TCO |
|---|---|---|---|
| | 99.9% uptime guarantee, unparalleled compliance standards, advanced data, threat and identity protection | Enables full collaboration experience with SharePoint, Teams, and Outlook, faster search, seamless mobile experience, intelligent calendaring, 100GB mailboxes and unlimited archives | No more migrations, no more patching, lower cost per user, FastTrack migration services, reduced IT overhead, seamless hybrid means cloud at your pace |

Outlook Anywhere   PowerShell   Clustering   Hybrid Deployment   Database Availability Groups   ActiveSync

**Exchange 2013**   Outlook Web Access (OWA)   **Exchange 2016**   Data Loss Prevention   Hybrid Modern Auth   **Exchange 2003**

Mobile email   Archive mailboxes   **Exchange 4.0**   Outlook mobile iOS/Android   **Exchange 5.5**   MetaCache Database

Unified Messaging   Continuous Replication   Preferred Architecture   SMTP   **Exchange 2019**   **Exchange 2000**   Large mailboxes

Active Directory   **Exchange 2007**   **Exchange 2010**   eDiscovery   Modern Attachments   **Exchange 5.0**

*Office 365 Service Level Agreement   **Exchange Online Storage

# We protect: data access, server data, sensitive data

| Service | Server | End User |
|---|---|---|
|  Lockbox system / Privileged Access |  | |
| **We protect data access** Access to your data independently audited | **We protect server data** Multiple copies multiple datacenters encrypted data deleted item protection | **We protect sensitive data** Configure data-loss prevention policies warn users of policy violation internal and external |

Some features in this deck are premium features and may require additional licensing. Click here for the latest information.

# Detect issues before they happen

| Safe Attachments | Safe Links | URL Detonation & Dynamic Delivery |
|---|---|---|
|  |  |  |
| **Defend against malicious documents** with ATP Safe Attachments | **Ensure document hyperlinks are harmless** with ATP Safe Links | **Neutralize spear-phishing tactics** with ATP URL Detonation and Dynamic Delivery |

Some features in this deck are premium features and may require additional licensing. Click here for the latest information.

# Productivity in Microsoft 365

### Inner Loop

People you work with regularly on core projects

Examples:
Team meetings & communication
Event planning
Sales Team planning

Content collaboration
SharePoint

Video & live events
Stream

Email and Calendar
Exchange

Teams

Yammer

Outlook

### Outer Loop

People you connect with openly across the organization

Examples:
Corporate communications
CEO Town Hall Meetings
Employee Interest Groups

### Email
Pervasive availability. Targeted communications.





# Focused Inbox

**Stay on top of incoming email** without having to visit another folder

**Prioritize your actions** based on email from the people you interact with often, and the content of the email itself

Focus on the emails that **matter most to you**



# Search

**Search email up to 66% faster** than with prior versions of Outlook

Find the right person fast with **fuzzy name matching**

**Put a face to a name** with pictures from the company directory



# Top 10 reasons to deploy Exchange Online today!

### Get work done faster
Users can do their best work using intelligent features to get work done smarter and faster

### 99.9% uptime guarantee
With a 99.9% financially backed uptime guarantee, your business can rely on us

### Meet compliance obligations
Meet regulatory, data privacy, and compliance requirements

### Protect your data
Data loss prevention, data and server redundancy, secure operational processes and encryption

### Protect identities
Control access to valuable resources using cloud-based intelligence

### Manage where data is stored
Control where each employee's Exchange data is stored at-rest

### Save time and money
No need for patches, updates, and maintenance with Microsoft delivered security updates

### Protect against threats
The most trusted and secure way to protect against cyber threats

Some features in this deck are premium features and may require additional licensing. Click here for the latest information.

*Office 365 Service Level Agreement