UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

In the matter of: Civil Case Transfers to
**District Judge Aileen M. Cannon**

| Case | Case No. |
|---|---|
| Phelan v. 3M Company et al., | Case No: 20-cv-62235 |
| McKinzey et al v. Geovera Specialty Insurance, | Case No: 20-cv-81859 |
| Baer's Furniture Co., Inc. v. Comcast Cable, | Case No: 20-cv-61815 |
| Centre De Recherche v. Digital Smile Design, | Case No: 20-cv-61596 |
| TocMail Inc v. Microsoft Corporation, | Case No: 20-cv-60416 |
| H Holdings v. Unknown Claimant(s), | Case No: :20-cv-61784 |
| Shelly Milgram v. Chase Bank, USA, N.A., | Case No: 19-cv-60929 |
| Swintelski et al. v. Am. Medial Systems, Inc., | Case No: 20-cv-60410 |
| Royal Palm Optical, Inc. v. State Farm Mutual, | Case No: 20-cv-80749 |
| Gayle v. Navient Solutions, LLC, et al., | Case No: 20-cv-60187 |
| Caplan v. Modern Auto Sales, et al., | Case No: 19-cv-63009 |
| The Geo Group, Inc., et al. v. Netflix, Inc, | Case No: 20-cv-80847 |
| Ventron Mgmt. v. Tokio Marine | Case No: 20-cv-80262 |
| Just Play v. Fitzmark | Case No: 20-cv-80663 |
| Staten v. The GEO Group | Case No: 20-cv-80721 |
| Limage v. American Security Inc, | Case No: 20-cv-81213 |
| Humana Pharmacy Solutions v Michelin | Case No: 20-cv-81361 |

**ORDER OF REASSIGNMENT**

The above-styled cases have been selected by the Clerk of Court utilizing a random selection procedure to insure the fair and impartial reassignment of cases from the undersigned District Judge to the newly appointed **District Judge Aileen M. Cannon.**

Prior to executing this Order, the undersigned has reviewed the files and has ruled upon all pending ripe motions that have not been referred to the paired Magistrate Judge, and which are fully briefed, in accordance with the policy established by the Judges of the Southern District of Florida (See Internal Operating Procedures, Section 2.05.03 -2.05.04). It is hereby

ORDERED that the above-styled actions are hereby REASSIGNED to the calendar of the **Honorable Aileen M. Cannon** as of November 23, 2020 for all further proceedings. It is further

ORDERED that all currently pending hearings set before the undersigned Judge are hereby TERMINATED and are to be rescheduled by **District Judge Aileen M. Cannon**. It is further

ORDERED all deadlines will REMAIN IN EFFECT unless altered by **District Judge Aileen M. Cannon**. It is further

ORDERED that all papers hereafter filed shall bear the assigned case number followed by the initials **AMC** in lieu of the present initials.

DONE and ORDERED at Fort Lauderdale, Florida, in chambers this 23rd day of November, 2020.

_____
United States District Judge

c: All counsel of record/pro se parties