UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| TocMail Inc v. Microsoft Corporation | Case No. 20-CV-60416 |
| Centre De Recherche Medico Dentaire AM Inc. v. Digital Smile Design by Coachman et al | Case No. 20-CV-61596 |
| GLH Holdings v. Unknown Claimant(s) | Case No. 20-CV-61784 |
| Baer's Furniture Co., Inc. v. Comcast Cable Communications, LLC | Case No. 20-CV-61815 |
| Phelan v. 3M Company, et al | Case No. 20-CV-62235 |
| Shelly Milgram v. Chase Bank USA, N.A., et al | Case No. 19-CV-60929 |
| Swintelski et al v. American Medical Systems, Inc. | Case No. 20-CV-60410 |

**CERTIFICATION AND ORDER FOR TRANSFER TO MAGISTRATE JUDGE**

**THIS CAUSE** is before the Court upon the Order of Reassignment from United States District Judge Rodney Smith to United States District Judge Aileen M. Cannon. The undersigned has reviewed the files and hereby certifies that there are no pending referred motions in these cases.

**THEREFORE,** the Clerk of Court shall transfer the Magistrate Judge assignment for these cases to United States District Judge Aileen M. Cannon's paired Magistrate Judge.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 30th day of November 2020.

_____
ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

cc: Copies furnished via CM/ECF to all counsel
    of record and/or pro se parties