UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60416-CIV- CANNON/HUNT

TOCMAIL INC., a Florida corporation,

        Plaintiff,

v.

MICROSOFT CORPORATION, a
Washington corporation,

        Defendant.
_____/

**JOINT MOTION FOR EXTENSION OF DISCOVERY AND PRETRIAL DEADLINES**

Plaintiff, TOCMAIL INC. ("Plaintiff" or "TocMail"), and Defendant, MICROSOFT CORPORATION ("Defendant" or "Microsoft") (collectively the "Parties"), by and through their respective undersigned counsel, hereby jointly and respectfully move for an extension of the discovery and other pretrial deadlines set forth in the Court's Amended Scheduling Order dated December 18, 2020 (ECF No. 48) ("Scheduling Order"), and in support thereof state as follows:

1. This action is currently set for trial beginning August 16, 2021, with calendar call set for August 10, 2021.

2. Pursuant to the Court's Scheduling Order, the deadline for completion of all discovery, including expert discovery, is currently February 22, 2021. The deadline for all pre-trial motions, including *Daubert* motions and dispositive motions, is currently March 22, 2021.

3. This case involves false advertising claims brought by Plaintiff against Microsoft under the Lanham Act. The parties have already engaged in and completed a substantial amount of discovery, including exchanging of written discovery and discovery responses, producing multiple batches of tens of thousands of pages of documents including multiple productions of

substantial ESI. The parties have worked in good faith regarding multiple document, ESI and discovery issues to date and have avoided Court intervention thus far. The parties have also been conferring on topics and dates for 30(b)(6) corporate representative depositions that will likely necessitate deposing multiple witnesses in themselves. The parties have been working diligently to produce documents on a rolling basis prior to commencing depositions, which the parties believe will make for fruitful depositions. Moreover, the parties have already produced expert reports from financial experts and cybersecurity experts. Mediation is currently scheduled for January 20, 2021.

4. Despite the parties working continuously and diligently toward the completion of discovery over the past several months and despite substantial discovery already conducted to date, the parties agree that they will need additional time to complete all necessary discovery, including expert discovery, past the current February 22, 2021 deadline. The amount of production in this case alone is substantial. Moreover, Microsoft's Motion to Dismiss the Amended Complaint is still pending, and, should the case proceed, discovery will likely be closed before the pleadings are closed, preventing the parties from conducting discovery on those pleadings.

5. Due to the amount of discovery that still needs to be completed, including continued production of documents and depositions, as well as potentially needing discovery on the pleadings after the Court rules on the Motion to Dismiss Amended Complaint if the Amended Complaint is not dismissed, the parties respectfully request that Court extend the deadline to complete all fact and expert discovery by 8 weeks until April 19, 2021. Moreover, the parties respectfully request that the Court also extend the deadline for all pre-trial motions, including summary judgment and *Daubert* motions, that will be based on discovery, by 8 weeks until May 17, 2021.

6.      The requested extensions should not impact the currently scheduled trial date or impact the other pretrial deadlines, including the deadline for mediation.  The parties still intend to mediate on January 20, 2021 as scheduled.

WHEREFORE, Plaintiff, TOCMAIL INC., and Defendant, MICROSOFT CORPORATION, jointly and respectfully request that the Court extend the discovery and other pretrial deadlines as set forth herein, and for such other and further relief the Court deems just and proper.

Dated: January 5, 2021                                                   Respectfully submitted,

By: /s/ Joshua D. Martin
**Joshua D. Martin**
Florida Bar No. 028100
E-Mail: josh.martin@johnsonmartinlaw.com
JOHNSON & MARTIN, P.A.
500 W. Cypress Creek Rd.
Suite 430
Fort Lauderdale, Florida 33309
Telephone: (954) 790-6699
Facsimile: (954) 206-0017
*Counsel for Plaintiff*

By: /s/ Evelyn A. Cobos
**Mary-Olga Lovett** *(admitted pro hac vice)*
E-Mail: lovettm@gtlaw.com
GREENBERG TRAURIG LLC
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 374-3541
Facsimile: (713) 374-3505

And

**Francisco O. Sanchez**
Florida Bar No. 598445
E-Mail: sanchezfo@gtlaw.com
          orizondol@gtlaw.com
**Evelyn A. Cobos**
Florida Bar No. 092310
E-Mail: cobose@gtlaw.com
          FLService@gtlaw.com
GREENBERG TRAURIG, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 5th day of January 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached service list via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:    /s/ Joshua D. Martin
       Joshua D. Martin

## SERVICE LIST

*TOCMAIL INC. v. MICROSOFT CORPORATION*
*20-60416-CIV- CANNON/HUNT*

**Joshua D. Martin**
E-Mail: josh.martin@johnsonmartinlaw.com
JOHNSON & MARTIN, P.A.
500 W. Cypress Creek Rd.
Suite 430
Fort Lauderdale, Florida 33309
Telephone: (954) 790-6699
Facsimile: (954) 206-0017

**Mary-Olga Lovett** *(admitted pro hac vice)*
E-Mail: lovettm@gtlaw.com
GREENBERG TRAURIG LLC
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 374-3541
Facsimile: (713) 374-3505

**Francisco O. Sanchez**
E-Mail: sanchezfo@gtlaw.com
       orizondol@gtlaw.com
**Evelyn A. Cobos**
E-Mail: cobose@gtlaw.com
       FLService@gtlaw.com
GREENBERG TRAURIG, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717