**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-60416-CIV- CANNON/HUNT**

TOCMAIL INC., a Florida corporation,

      Plaintiff,

v.

MICROSOFT CORPORATION, a
Washington corporation,

      Defendant.
_____/

## [PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF DISCOVERY AND PRETRIAL DEADLINES

This matter having come before the Court upon the Parties' Joint Motion for Extension of Discovery and Pretrial Deadlines ("Joint Motion") (ECF No. __), and the Court having reviewed the Joint Motion and being otherwise fully advised in the premises, it is:

ORDERED AND ADJUDGED that the Parties' Joint Motion is **GRANTED.** The parties shall adhere to the following revised deadlines:

1. All discovery, including expert discovery, shall be completed by April 19, 2021.

2. All pre-trial motions including *Daubert* motions and dispositive motions shall be filed on or before May 17, 2021.

3. All other deadlines remain unchanged.

DONE AND ORDERED in Chambers at Fort Pierce, Florida, this ___ day of _____ 2021.

                                                                        _____
                                                                         Aileen M. Cannon
                                                                         United States District Judge

Copies furnished to:
All Counsel of Record