UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA (Ft Lauderdale Division)
Case No.: 0:20-cv-60416-AMC

TOCMAIL INC., a Florida corporation,

    Plaintiff,

v.

MICROSOFT CORPORATION, a Washington corporation,

    Defendant.

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Rene Trevino of the law firm of Greenberg Traurig, LLP, 1000 Louisiana Street, Suite 1700, Houston, Texas 77002, (713) 374-3551, for purposes of appearance as co-counsel on behalf of Defendant Microsoft Corporation in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Rene Trevino to receive electronic filings in this case, and in support thereof states as follows:

    1.    Rene Trevino is not admitted to practice in the Southern District of Florida and is a member in good standing of the State Bar of Texas, United States District Court for the Southern District of Texas, United States District Court for the Eastern District of Texas, United States District Court for the Western District of Texas, United States District Court for the Northern District of Texas, Supreme Court of Texas, Supreme Court of the U.S., U.S. Court of Appeals Fifth and Federal Circuit.

    2.    Movant, Evelyn A. Cobos, of the law firm of Greenberg Traurig P.A., 333 S.E. 2nd Avenue, Suite 4400, Miami, Florida 33131, (305) 579-0726, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated

as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Rene Trevino has made payment of this Court $200 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Rene Trevino, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Rene Trevino at email address: TrevinoR@gtlaw.com.

WHEREFORE, Evelyn A. Cobos, moves this Court to enter an Order for Rene Trevino, to appear before this Court on behalf of Defendant Microsoft Corporation, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Rene Trevino.

Dated: February 1, 2021

Respectfully submitted,

/s/ Evelyn A. Cobos
Evelyn A. Cobos

**GREENBERG TRAURIG, LLC**
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 374-3541
Facsimile: (713) 374-3505
MARY-OLGA LOVETT
Email: lovettm@gtlaw.com

**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
FRANCISCO O. SANCHEZ
Florida Bar No. 598445
Email: sanchezo@gtlaw.com
          orizondol@gtlaw.com

EVELYN A. COBOS
Florida Bar No. 106937
Email: cobose@gtlaw.com
FLService@gtlaw.com

***Attorneys for Microsoft Corporation***

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA (Ft Lauderdale Division)
Case No.: 0:20-cv-60416-AMC

TOCMAIL INC., a Florida corporation,

    Plaintiff,

v.

MICROSOFT CORPORATION, a Washington corporation,

    Defendant.

## CERTIFICATION OF RENE TREVINO

RENE TREVINO Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that:

(1) I have studied the Local Rules of the United States District Court for the Southern District of Florida;

(2) I am a member in good standing of:

| Federal Court Admissions | Status | Date Admitted |
| --- | --- | --- |
| State Bar of Texas | Active, 24051447 | 11/04/2005 |
| Supreme Court of Texas | Active | 11/04/2005 |
| Supreme Court of the United States | Active | 09/02/2011 |
| U.S. Court of Appeals – Fifth Circuit | Active | 02/01/2011 |
| U.S. Court of Appeals – Federal Circuit | Active | 07/03/2012 |
| U.S. District Court – Eastern District of Texas | Active | 11/27/2007 |
| U.S. District Court – Southern District of Texas | Active, 680377 | 11/30/2006 |
| U.S. District Court – Western District of Texas | Active | 03/16/2009 |
| U.S. District Court – Northern District of Texas | Active | 08/17/2016 |

(3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

_____
RENE TREVINO