UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA (Ft Lauderdale Division)
Case No.: 0:20-cv-60416-AMC

TOCMAIL INC., a Florida corporation,

    Plaintiff,

v.

MICROSOFT CORPORATION, a Washington corporation,

    Defendant.

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

    THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Rene Trevino, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the motion and all other relevant factors, it is hereby

    ORDERED AND ADJUDGED that:

    The Motion is GRANTED.   Rene Trevino may appear and participate in this action on behalf of Defendant Microsoft Corporation.  The Clerk shall provide electronic notification of all electronic filings to Rene Trevino, at TrevinoR@gtlaw.com.

    DONE AND ORDERED in Chambers at _____, Florida, this ____ day of _____.

                                                             _____
                                                              United States District Judge

Copies furnished to: All Counsel of Record