UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60416-CIV- CANNON/HUNT

TOCMAIL INC., a Florida corporation,

        Plaintiff,

v.

MICROSOFT CORPORATION, a
Washington corporation,

        Defendant.
_____/

### UNOPPOSED MOTION FOR BRIEF EXTENSION OF DISCOVERY AND PRETRIAL DEADLINES DUE TO SEVERE WEATHER EVENT

Plaintiff, TOCMAIL INC. ("Plaintiff" or "TocMail"), by and through undersigned counsel, and without opposition from Defendant, MICROSOFT CORPORATION ("Defendant" or "Microsoft"), hereby respectfully moves for a brief, eight (8) day extension of the discovery and other pretrial deadlines set forth in the Court's Amended Scheduling Order dated December 18, 2020 (ECF No. 48) and Court's Order dated January 5, 2021 (ECF No. 50) ("Scheduling Orders"), and in support thereof state as follows:

    1.    This action is currently set for trial beginning August 16, 2021, with calendar call set for August 10, 2021.

    2.    Pursuant to the Court's Scheduling Orders, the deadline for completion of all discovery, including expert discovery, is currently March 22, 2021. The deadline for all pre-trial motions, including *Daubert* motions and dispositive motions, is currently April 23, 2021.

    3.    The parties have been diligently working to complete all discovery by the March 22, 2021 deadline. In addition to already exchanging multiple rounds of written discovery and

producing multiple batches of tens of thousands of pages of documents, including ESI, the parties had also scheduled a full slate of depositions prior to the discovery deadline including fact and expert depositions on February 23, 2021, February 24, 2021, March 2, 2021, March 5, 2021, March 9, 2021, March 11, 2021, March 15, 2021, March 16, 2021, March 17, 2021, March 18, 2021, March 19, 2021 and March 22, 2021.

4.  As the Court is likely aware, Texas has experienced a severe weather event that has left many people in the state without power and water. Several of Microsoft's counsel of record in this case, including Microsoft's lead trial counsel, are located in Houston, Texas and were directly impacted by the weather event in the form of loss of power and water. As a result, Microsoft requested to postpone the depositions scheduled this week, which included one of the primary designees for the Microsoft's 30(b)(6) corporate and Microsoft employee, until the second week of March. Microsoft's counsel needed additional time to adequately prepare the deponents for deposition, especially the 30(b)(6) designee. Plaintiff agreed to postpone the depositions, which has resulted in the parties agreeing to reshuffle the deposition schedule, including at least the depositions scheduled for February 23, 2021, February 24, 2021 March 2, 2021, and March 5, 2021. A true and correct copy of an email chain between counsel regarding the postponement is attached hereto as **Exhibit "A."**

5.  Due to the fact that the parties already have a full slate of depositions through the current March 22, 2021 deadline, attempting to reschedule the depositions within the deadline is very difficult, and certain depositions will need to be rescheduled after March 22, 2021. However, based on discussions with Microsoft, Plaintiff anticipates that the parties can complete all depositions by March 30, 2021. Therefore, Plaintiff respectfully requests a brief, eight (8) day

extension to complete discovery in light of Plaintiff's agreement to postpone depositions due to the weather event.

6.  Additionally, while Plaintiff was more than willing to accommodate Defendant on rescheduling certain depositions due to weather event, Plaintiff also does not want to be prejudiced on the time for preparing and filing all pre-trial motions, including summary judgment and *Daubert* motions, following the close of discovery. As a result, Plaintiff respectfully requests that the Court also extend the deadline to file all pre-trial motions, including summary judgment and *Daubert* motions, by eight (8) days, or until May 3, 2021.

7.  Plaintiff's counsel has conferred with Defendant's counsel regarding the relief sought in this Motion, and Defendant does not oppose the relief sought in this Motion.

8.  The requested extensions should not impact the currently scheduled trial date or impact the other pretrial deadlines.

WHEREFORE, Plaintiff, TOCMAIL INC., respectfully requests that the Court briefly extend the discovery and other pretrial deadlines by eight (8) days, and for such other and further relief the Court deems just and proper.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), I hereby certify that counsel for the movant has conferred with all parties who may be affected by the relief sought in this motion, including counsel for the Defendants, and Defendants do not oppose the relief sought in this motion.

/s/ Joshua D. Martin
Joshua D. Martin

Dated: February 25, 2021

Respectfully submitted,

By: /s/Joshua D. Martin
Joshua D. Martin
Florida Bar No. 028100
josh.martin@johnsonmartinlaw.com
JOHNSON & MARTIN, P.A.
500 W. Cypress Creek Rd., Suite 430
Fort Lauderdale, Florida 33309
Telephone: (954) 790-6699
Facsimile: (954) 206-0017

*Attorney for Plaintiff, TocMail Inc*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 25th day of February 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached service list via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Joshua D. Martin
Joshua D. Martin

## **SERVICE LIST**

### *TOCMAIL INC. v. MICROSOFT CORPORATION*
### 20-60416-CIV- CANNON/HUNT

**Joshua D. Martin**
E-Mail: josh.martin@johnsonmartinlaw.com
JOHNSON & MARTIN, P.A.
500 W. Cypress Creek Rd.
Suite 430
Fort Lauderdale, Florida 33309
Telephone: (954) 790-6699
Facsimile: (954) 206-0017

**Mary-Olga Lovett** *(admitted pro hac vice)*
E-Mail: lovettm@gtlaw.com
**Rene Trevino** *(admitted pro hac vice)*
E-Mail: trevinor@gtlaw.com
GREENBERG TRAURIG LLC
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 374-3541
Facsimile: (713) 374-3505

**Francisco O. Sanchez**
E-Mail: sanchezo@gtlaw.com
           orizondol@gtlaw.com
**Evelyn A. Cobos**
E-Mail: cobose@gtlaw.com
           MiaLitDock@gtlaw.com
GREENBERG TRAURIG, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717