# EXHIBIT A

**Aaron Wolke**

| | |
|---|---|
| **From:** | trevinor@gtlaw.com |
| **Sent:** | Sunday, February 21, 2021 6:34 PM |
| **To:** | Josh Martin; Aaron Wolke |
| **Cc:** | LovettM@gtlaw.com; cobose@gtlaw.com; sanchezfo@gtlaw.com; bacae@gtlaw.com; zookb@gtlaw.com |
| **Subject:** | RE: TocMail v. Microsoft: Deposition of Amar Patel |

Thank you, Josh.

Unfortunately, we will need to reschedule Mr. Patel's deposition days to the second week of March.  (We are still not fully out of this winter storm.)  We will get back to you with new dates for Mr. Patel during the second week of March, but you should inform your deposition vendors that this week's depositions are not moving forward and will be rescheduled.  We should talk later this week to discuss accommodating the order of witnesses, if possible.

Shortly after this email, you will receive another email with Microsoft's document production from custodian Amar Patel.  Thank you, and have a good evening.

Respectfully,

**Rene Trevino**
Tel 713.374.3551 | Mobile 832.686.3618 | TrevinoR@gtlaw.com

---

**From:** Josh Martin <josh.martin@johnsonmartinlaw.com>
**Sent:** Sunday, February 21, 2021 11:16 AM
**To:** Trevino, Rene (Shld-Hou-LT) <trevinor@gtlaw.com>; Aaron Wolke <aaron.wolke@johnsonmartinlaw.com>
**Cc:** Lovett, Mary-Olga (Senior Vice President) <LovettM@gtlaw.com>; Cobos, Evelyn (Shld-Mia-LT) <cobose@gtlaw.com>; Sanchez, Francisco O. (Shld-Mia-LT) <sanchezfo@gtlaw.com>; Baca, Elisa H. (Assoc-MIA-LT) <bacae@gtlaw.com>; Zook, Brianna L. (Assoc-HOU-LT) <zookb@gtlaw.com>
**Subject:** RE: TocMail v. Microsoft: Deposition of Amar Patel

**\*EXTERNAL TO GT\***

Rene:

We are very sorry to hear about the situation in Texas and how it is impacting the state, including your firm.  We hope that you are able to recover quickly and that everything gets working as soon as possible.  Of course we can work with you on the depositions in light of the event.  We do strongly prefer to depose Mr. Patel in his 30(b)(6) capacity first, so here are a few options (in order of our preference):

1. You mentioned that this Wednesday may still be available.  Could we start the 30(b)(6) deposition with Mr. Patel on Wednesday and move his personal deposition to March?  Considering he is one of three designees, it would not be a full day.
2. Could we do the Patel depos on March 2 and 3 and then move Brian Wilcox until the second week in March?  Alternatively, we could use March 2 to start Mr. Patel 30(b)(6)'s depo, conduct Mr. Patel individually the second week in March and then move Brian Wilcox to either March 3 or the second week of March.  We also have the option of working with the date of Ross Adams on March 5.  Essentially, that whole week other than March 1 can be shifted and we are available and flexible, with a goal of starting the 30(b)(6) deposition first.

1

3. If neither of those options work, we could move both of Mr. Patel's depositions days to the second week of the March. However, we would strongly prefer to get the 30(b)(6) deposition started prior to starting any other depositions (including Wilcox and Adams).

Thanks,
Josh



**Joshua D. Martin, Esq.**
**Direct Dial (954) 790-6699**

---

**From:** trevinor@gtlaw.com [mailto:trevinor@gtlaw.com]
**Sent:** Sunday, February 21, 2021 10:56 AM
**To:** Josh Martin <josh.martin@johnsonmartinlaw.com>; Aaron Wolke <aaron.wolke@johnsonmartinlaw.com>
**Cc:** LovettM@gtlaw.com; cobose@gtlaw.com; sanchezfo@gtlaw.com; bacae@gtlaw.com; zookb@gtlaw.com
**Subject:** RE: TocMail v. Microsoft: Deposition of Amar Patel

Good morning, Josh.

Any update on the below? Thank you for your prompt attention.

Respectfully,

**Rene Trevino**
Tel 713.374.3551 | Mobile 832.686.3618 | TrevinoR@gtlaw.com

---

**From:** Trevino, Rene (Shld-Hou-LT)
**Sent:** Saturday, February 20, 2021 5:55 PM
**To:** 'Josh Martin' <josh.martin@johnsonmartinlaw.com>; Aaron Wolke <aaron.wolke@johnsonmartinlaw.com>
**Cc:** Lovett, Mary-Olga (Senior Vice President) <LovettM@gtlaw.com>; Cobos, Evelyn (Shld-Mia-LT) <cobose@gtlaw.com>; Sanchez, Francisco O. (Shld-Mia-LT) <sanchezfo@gtlaw.com>; Baca, Elisa H. (Assoc-MIA-LT) <bacae@gtlaw.com>; Zook, Brianna L. (Assoc-HOU-LT) <zookb@gtlaw.com>
**Subject:** TocMail v. Microsoft: Deposition of Amar Patel
**Importance:** High

Josh,

Unfortunately, due to the severe weather event in Texas, we need to reschedule the deposition of Mr. Patel. (Some of us in Houston, Texas have been without power for days and are still without running water.) Based on the current deposition schedule, it appears we have availability during the second week of March. Please let us know if that is agreeable with TocMail.

As an additional option, if TocMail does not mind breaking up Mr. Patel's deposition days, then we can proceed with his personal deposition on Wednesday, Feb. 24th (cancel it for Tuesday, Feb. 23rd), and move forward with his corporate topics during the second week of March.

2

Please let us know how you would like to proceed.  Thank you for your understanding.

Respectfully,

**Rene Trevino**
Shareholder
Greenberg Traurig, LLP | 1000 Louisiana Street | Suite 1700 | Houston, Texas 77002
Tel 713.374.3551 | Fax 713.374.3505 | Mobile 832.686.3618
TrevinoR@gtlaw.com | www.gtlaw.com

GT GreenbergTraurig

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.