**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-60416-CIV- CANNON/HUNT**

TOCMAIL INC., a Florida corporation,

        Plaintiff,

v.

MICROSOFT CORPORATION, a
Washington corporation,

        Defendant.
_____/

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR BRIEF EXTENSION OF DISCOVERY AND PRETRIAL DEADLINES DUE TO SEVERE WEATHER EVENT**

      This matter having come before the Court upon Plaintiff's Unopposed Motion for Brief Extension of Discovery and Pretrial Deadlines due to Severe Weather Event ("Motion") (ECF No. __), and the Court having reviewed the Motion and being otherwise fully advised in the premises, it is:

      ORDERED AND ADJUDGED that the Motion is **GRANTED.** The parties shall adhere to the following revised deadlines:

1. All discovery, including expert discovery, shall be completed by March 30, 2021.

2. All pre-trial motions including *Daubert* motions and dispositive motions shall be filed on or before May 3, 2021.

3. All other deadlines remain unchanged.

      DONE AND ORDERED in Chambers at Fort Pierce, Florida, this __ day of _____ 2021.

                                                                           _____
                                                                          Aileen M. Cannon
                                                                          United States District Judge

Copies furnished to:  All Counsel of Record