IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 0:20-cv-60416-AMC**

TOCMAIL, INC.,

    Plaintiff,

v.

MICROSOFT CORPORATION,

    Defendant.
_____/

**<u>MEDIATOR'S REPORT</u>**

On January 20, 2021, the undersigned mediated this case. The parties and their respective counsel were present. The parties did not reach an agreement at the mediation. As a result, the mediation was adjourned.

Dated: March 16, 2021            Respectfully submitted,

                                       /s/ Harry R. Schafer
                                       Harry R. Schafer
                                       Florida Bar No. 508667
                                       Email: harryrschafer@gmail.com
                                       ESQUIBEL COMMUNICATIONS CO.
                                       2775 NW 49th Ave.
                                       Unit 205 # 413
                                       Ocala, FL 34482
                                       Telephone: (305) 439-4285

                                       ***Mediator***

## CERTIFICATE OF SERVICE

**I hereby certify** that on the 16th day of March, 2021, I furnished this Mediator's Report to counsel for the parties for their electronic filing of the foregoing with the Clerk of the Court.

/s/ Harry R. Schafer
Harry R. Schafer