UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 0:20-cv-60416-CANNON/HUNT

TOCMAIL INC., a Florida corporation,

    Plaintiff,

v.

MICROSOFT CORPORATION, a Washington corporation,

    Defendant.

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO FILE UNDER SEAL EXHIBITS TO DEFENDANT'S *DAUBERT* MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF PLAINTIFF'S EXPERTS MICHAEL WOOD AND MARCIE D. BOUR**

**THIS CAUSE** is before the Court upon Defendant Microsoft Corporation's ("Microsoft") Unopposed Motion to File Under Seal Exhibits to Defendant's *Daubert* Motion to Exclude the Opinions and Testimony of Plaintiff's Experts Michael Wood and Marcie D. Bour (the "Motion"). The Court has carefully considered the Motion, and is otherwise advised in the premises.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1.     Defendant's Motion is hereby **GRANTED**.

2.     Defendant shall file unredacted copies of Exhibits 4, 5, 6, 8, 9, 10, 12, 13 to its *Daubert* Motion, under seal.

**DONE** and **ORDERED** in Chambers, in Broward County, Florida this _____ day of May 2021.

                                                                UNITED STATES DISTRICT JUDGE

cc: Counsel of Record