UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 20-60416-CIV-CANNON/Hunt

**TOCMAIL INC**,

    Plaintiff,

v.

**MICROSOFT CORPORATION**,

    Defendant.

_____/

### ORDER GRANTING MOTION TO SEAL EXHIBITS

THIS CAUSE is before the Court upon Defendant's Unopposed Motion to Seal Exhibits (the "Motion") [ECF No. 63], filed on May 18, 2021. The Court has considered the Motion, the record, and is otherwise fully advised.

It is hereby **ORDERED AND ADJUDGED** that:

1. Defendant's Motion to Seal Exhibits [ECF No. 63] is hereby **GRANTED**.

2. Defendant is permitted to file under seal the unredacted copies of the Confidential Filings as laid out in the Motion, including exhibits 4, 5, 6, 8, 9, 10, 12, 13 to Defendant's *Daubert* Motion.

3. The unredacted copies are to be kept under **SEAL** for the duration of the case and **DESTROYED** upon the conclusion of the action.

**DONE AND ORDERED** in Fort Pierce, Florida this 19th day of May 2021.

                                                            AILEEN M. CANNON
                                                            UNITED STATES DISTRICT JUDGE

cc:    counsel of record