UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 0:20-cv-60416-CANNON/HUNT

TOCMAIL INC., a Florida corporation,

    Plaintiff,

v.

MICROSOFT CORPORATION, a Washington corporation,

    Defendant.

**JOINT MOTION FOR 1.5 SPACING, OR IN THE ALTERNATIVE, TO EXCEED PAGE LIMITATION IN THE PARTIES' SUMMARY JUDGMENT AND *DAUBERT* BRIEFINGS AND STATEMENTS OF FACT**

Plaintiff TocMail, Inc. ("TocMail") and Defendant, Microsoft Corporation ("Microsoft," and together with TocMail, the "Parties") respectfully move this Court, pursuant to Southern District of Florida Local Rule 7.1(c)(2), for leave to file the Parties' Summary Judgment and *Daubert* Motions, and incorporated memoranda of law, the Parties' responses in Opposition to the respective motions, supporting Reply memoranda, and the Parties' Statements of Material Facts in support of their Motions for Summary Judgment, with 1.5 spacing between lines, or in the alternative, with additional pages using double spacing between lines, and in support thereof states as follows:

1.    On April 30, 2021, the Court entered a Second Amended Scheduling Order (the "Order"). [ECF No. 61].

2.    The Order states: "**Form of Filings**. All filings should be prepared using 12-point Times New Roman typeface that is double-spaced and fully justified. This Notice does not supplant the requirements and provisions of Local Rule 7.1(c)." Order at 5.

3. The Order also set a July 9, 2021 deadline for the Parties' Summary Judgment Motions and *Daubert* Motions. Order at 2.

4. This case involves a claim for false advertising under the Lanham Act regarding Microsoft's Safe Links, which is a feature within Microsoft's Advanced Threat Protection ("ATP") that purportedly protects users when they click links in emails and documents.

5. Specifically, the Amended Complaint alleges that TocMail and Microsoft are competitors and that Microsoft's advertising of Safe Links is false or misleading because, among other things, Microsoft promotes that Safe Links provides protection against a hacking attack called IP cloaking, and TocMail contends it does not. The Amended Complaint further alleges that TocMail has developed the only cloud-based, time-of-click service that can provide such protection.

6. Thus, the issues in this case necessarily involve an understanding of the technology, function, product offering, marketing, and sales of Safe Links, ATP, Office 365 with ATP, and TocMail over the course of many years.

7. To that end, during the discovery period, the Parties have exchanged hundreds of thousands of pages of documents and deposed 10 witnesses, some over the course of two days.

8. TocMail has also engaged its CEO, Michael Wood, as a designated technical expert and as a lay technical expert on cybersecurity issues and has engaged a damages expert to provide an opinion on TocMail's purported disgorgement of profits and lost profits.

9. Microsoft has designated two of its Safe Links engineers as lay expert witnesses to explain the technology behind Safe Links and its function. It has also designated a rebuttal damages expert.

10. Accordingly, there is a significant amount of evidence in this case that will be

referred to in the Parties' Summary Judgment and *Daubert* motions in support of the substantive arguments therein. These motions will also discuss highly technical topics, which require detailed explanations.

11. Given the complexity and technicality of the issues, the Parties respectfully move the Court to allow for 1.5 spacing between lines in their respective Summary Judgment and *Daubert* Motions, and incorporated memoranda of law, the Parties' responses in Opposition to the respective motions, supporting Reply memoranda, and the Parties' Statements of Material Facts in support of their Motions for Summary Judgment, as set forth in Local Rule 5.1, or, in the alternative, for 30 pages with double spacing between lines in their respective Summary Judgment and *Daubert* Motions, and incorporated memoranda of law, the Parties' responses in Opposition to the respective motions, and 15 pages for the Parties' Statements of Material Facts in support of their Motions for Summary Judgment and Reply memoranda to summary judgment and *Daubert* motions, to aid in the Court's inquiry.

12. This motion is filed in good faith and on an unopposed basis, and no party will be unfairly prejudiced by the granting of the relief requested herein.

WHEREFORE, the Parties respectfully request that the Court enter the Order in the form attached hereto as "**Exhibit 1**" granting the relief requested herein and any other or additional relief the Court deems just and proper.

## CERTIFICATION REGARDING PRE-FILING CONFERENCE

In accordance with Local Rule 7.1(a)(3), counsel for TocMail has conferred with counsel for Microsoft and neither party opposes the relief requested herein.

Dated: May 21, 2021				Respectfully submitted,

/s/ *Joshua D. Martin*
JOHNSON & MARTIN, P.A.
Joshua D. Martin
500 W. Cypress Creek Rd., Suite 430
Ft. Lauderdale, FL 33602
Tel: (954) 790-6699
Fax: (954) 206-0017
Email: josh.martin@johnsonmartinlaw.com

***Counsel for Plaintiff TocMail, Inc.***

Dated: May 21, 2021				Respectfully submitted,

/s/ *Evelyn A. Cobos*
Evelyn A. Cobos

**GREENBERG TRAURIG, LLC**
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 374-3541
Facsimile: (713) 374-3505
MARY-OLGA LOVETT
Email: lovettm@gtlaw.com

**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
FRANCISCO O. SANCHEZ
Florida Bar No. 598445
Email: sanchezo@gtlaw.com
		orizondol@gtlaw.com
EVELYN A. COBOS
Florida Bar No. 092310
Email: cobose@gtlaw.com
		FLService@gtlaw.com

***Attorneys for Microsoft Corporation***

4

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of May, 2021, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Evelyn Cobos*
EVELYN COBOS

## **SERVICE LIST**

JOHNSON & MARTIN, P.A.
Joshua D. Martin
500 W. Cypress Creek Rd., Suite 430
Ft. Lauderdale, FL 33602
Tel: (954) 790-6699
Fax: (954) 206-0017
Email: josh.martin@johnsonmartinlaw.com

*Attorneys for Plaintiff*