UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 0:20-cv-60416-CANNON/HUNT

TOCMAIL INC., a Florida corporation,

    Plaintiff,

v.

MICROSOFT CORPORATION, a Washington corporation,

    Defendant.

**[PROPOSED] ORDER GRANTING J JOINT MOTION FOR 1.5 SPACING, OR IN THE ALTERNATIVE, TO EXCEED PAGE LIMITATION IN THE PARTIES' SUMMARY JUDGMENT AND *DAUBERT* BRIEFINGS AND STATEMENTS OF FACT**

**THIS CAUSE** came before the Court on the Parties' Joint Motion for 1.5 Spacing, Or in the Alternative, to Exceed Page Limitation in the Parties' Summary Judgment and *Daubert* Briefings and Statements of Facts [ECF No. 63]. The Court, having considered the joint motion, and otherwise being advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the motion is **GRANTED**.

The Parties may file 20-page summary judgment and *Daubert* motions with incorporated memoranda of law, with 1.5 spacing between lines;

The Parties may file 20-page Opposing memoranda to a summary judgment or *Daubert* motion, with 1.5 spacing between lines;

The Parties may file 20-page summary judgment and *Daubert* motions with incorporated memoranda of law, with 1.5 spacing between lines;

The Parties may file 10-page Statement of Material Fact in support of summary judgment, with 1.5 spacing between lines;

The Parties may file 10-page Reply memoranda to a summary judgment or *Daubert* motion, with 1.5 spacing between lines.

**DONE AND ORDERED** in Chambers at Miami, Miami-Dade County, Florida, this ___ day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE

cc: Counsel of record via CM/ECF