# APPENDIX
# 12





**Safety Center**

LinkedIn Corporation © 2020

Yury Golgen...
Yury: Thank you, Michael

# APPENDIX
# 13



# APPENDIX 14

https://www.linkedin.com/in/itsreallynick/                                                    09/20/2020

in  Search        Home  My Network  Jobs  Messaging  Notifications  Me ▾    Work ▾  Reactivate Premium

**Help Power the Polls** - Become a poll worker to help protect our democracy. Sign up now.   Ad ···



Ad ···
Michael, explore jobs at Microsoft that match your skills
See jobs



### Nick Carr

Cloud Security R&D at Microsoft

Washington D.C. Metro Area · 500+ connections · Contact info

Naval Postgraduate School

Connect   🔒 Message   More...

**People Also Viewed**

 **Christopher Glyer** · 3rd
Principal Software Engineer, Cloud Security...

 **Ann Barron-DiCamillo** · 3rd
Vice President, Cyber Threat Intelligence and...

 **Lesley Carhart** · 3rd
Principal Industrial Incident Responder

 **Steve Stone** · 3rd+
Director, Advanced Practices

 **Adam Zabrocki** · 3rd
Principle System Software Engineer...

### Highlights

 **Vasu Jakkal** · 3rd
CVP Microsoft Security, Compliance & Identity...

Reach out to Nick for...
Advising companies, Joining a nonprofit board.

Message Nick

 **Nalani F.** · 3rd+
Director, Mandiant Threat Intelligence

 **Sandra Joyce** · 3rd+
Executive Vice President, Head of...

### About

Nick Carr is a security person at Microsoft.
Previously, he was the Director of FireEye's Advanced Practices team focused on researching & reverse engineering attacker tradecraft. Nick has a decade of front-line experience, including leading cyber es ... see more

**Van T.** · 3rd
Senior Threat Analyst, FLARE Advanced...

 **Willi Ballenthin** · 3rd+
Reverse Engineer at FireEye, Inc.

### Featured



**Nick's Research: Published Blogs**
FireEye
Technical articles that Nick has authored for FireEye's threat research blog covering a wide ran...

**Nick's Podcast: State of the Hack**
FireEye
Nick co-hosts a monthly podcast and video series that discusses the latest in information security,...

🎓 **LEARNING**

Add new skills with these courses

 Implementing a Vulnerability Management Program

 CompTIA CySA+ (CS0-002) Cert Prep: 1 Threat...
2,457 viewers

 CompTIA Security+ (SY0-601) Cert Prep: 1 Threats, Attack...
1,213 viewers

See more courses

### Activity

1,397 followers                          See all

Congrats on all the success Paul! I think it goes to show that when you have a l...
Nick commented

Come work with us. This new position has a lot of potential for th...
Nick shared this
20 Reactions

Vasu I know our teammates in Security, Compliance, & Identity are going to...
Nick commented

Congrats Olaf! Great to see this
Nick commented

Promoted ···

 Open to working remotely?
Vettery specializes in tech roles and is completely free for job-seekers.
Learn more

 Help Power the Polls
Become a poll worker to help protect our democracy. Sign up now.
Learn more

### Experience

 **Principal Software Engineer**
Microsoft · Full-time
Apr 2020 – Present · 6 mos
Reston, Virginia, United States

🔍 Microsoft Threat Intelligence Center (MSTIC) R&D team:
✍️⚙️ hunting & investigations in the cloud (Azure Sentinel, Office 365)
✍️⚙️ authoring detections for several platforms
🔍🛡️ community-based research & sharing
🗳️🛡️ protecting those who need it most #DefendingDemocracy

 **Mandiant**
5 yrs 9 mos

**Director (FireEye)**
Full-time
Jul 2019 – Apr 2020 · 10 mos
Washington D.C. Metro Area

• Leads the Adversary Methods team: the front-line security researchers applying knowledge of attacker tradecraft to capture actionable signals and discover intrusions that matter
• Delivers cutting-edge analysis capabilities to FireEye's products and services
• Engages with the community as a frequent technical blogger, security conference ...see more

**Senior Manager (FireEye), Adversary Methods**
Jun 2017 – Jun 2019 · 2 yrs 1 mo
Washington D.C. Metro Area

• Prototyping and testing analysis tools; conducting security R&D
• Researching innovative evasions
• Identifying, tracking, and analyzing attacker techniques
• Developing new analytical methods derived from holistic attacker lifecycles review ...see more

Show 2 more roles ⌄

**Chief of Technical Analysis & IR Team Lead**
US Department of Homeland Security
Jun 2010 – Jul 2014 · 4 yrs 2 mos



• Chief of Technical Analysis, ICS-CERT: prepared for, researched, and responded to targeting and compromises of critical infrastructure and industrial control systems.
• Incident Response Team Lead: senior response and analysis lead for targeted intrusions into U.S. government agency networks.
...see more

**Special Projects, INFOSEC**
HP
Jan 2009 – Jun 2010 · 1 yr 6 mos
Washington D.C. Metro Area
Full-time on-site, U.S. Intelligence Community clients

**Senior Consultant, INFOSEC**
Booz Allen Hamilton
Jan 2007 – Dec 2008 · 2 yrs
Washington D.C. Metro Area
Full-time on-site, U.S. Intelligence Community clients

Show 5 more experiences ⌄

## Education

**Naval Postgraduate School**
Master's Degree, Cybersecurity Systems & Operations
2012 – 2014

Thesis: "Development of a Tailored Methodology and Forensic Toolkit for Industrial Control Systems Incident Response"

**Lehigh University**
B.S., Computer Engineering
Activities and Societies: Chi Phi

**Lehigh University - College of Business and Economics**
B.S., Integrated Business & Engineering
Activities and Societies: Chi Phi

Show 1 more education ⌄

## Licenses & Certifications

**Military Cyber Wargaming Certificate**
Naval Postgraduate School
Issued 2014 · No Expiration Date

**Security+**
CompTIA
Issued Dec 2007 · No Expiration Date



Computer Forensics · 33

Endorsed by **Tyler Oliver** and 3 others who are highly skilled at this

Endorsed by **12 of Nick's colleagues at Mandiant**

Show more ⌄

## Accomplishments

**11  Publications**                                                         ⌄

Mahalo FIN7: Responding to the Criminal Operators' New Tools and Techniques • OVERRULED: Containing a Potentially Destructive Adversary • Not So Cozy: An Uncomfortable Examination of a Suspected APT29 Phishing Campaign • On the Hunt for FIN7: Pursuing an Enigmatic and Evasive Global Criminal Operation • BACKSWING: Coordinated Strategic Web Compromises • Obfuscation in the Wild: Targeted Attackers Lead the Way in Evasion Techniques • EternalPetya Destructive Malware Variant Spreading via Stolen Credentials and EternalBlue Exploit • Cyber Espionage is Alive and Well: APT32 and the Threat to Global Corporations • FIN7 Evolution and the Phishing LNK • A prototype forensic toolkit for industrial control systems incident response • Development of a tailored methodology and forensic toolkit for industrial control systems incident response

**1  Project**                                                                ⌄

No Easy Breach: Challenges and Lessons from an Epic Investigation

## Interests

**U.S. Racquetball Association**
810 members

**Microsoft**
12,527,829 followers

**Chi Phi Fraternity Network**
4,587 members

**Satya Nadella** in
CEO at Microsoft
8,243,455 followers

**Lehigh University**

**DEFCON ICS Village**

Messaging

# APPENDIX
# 15



Advertisement



NEWS  Home  >  Security

# Big data is 'giving us an edge over hackers' for the first time, says Microsoft CISO

Massive amounts of network, endpoint, application and identity signals are being used to train machine learning models and improve detection

by: **Keumars Afifi-Sabet**  17 Sep 2020



Access to an ever-swelling pool of data, fuelled by the explosion of cloud service adoption, is giving


ADVERTISEMENT


Microsoft an edge over cyber criminals for the first time, CISO Bret Arsenault has declared.

The sheer scale and diversity of signal data that Microsoft's security teams have at hand has radically enhanced the company's response to cyber security threats in recent years, according to Arsenault. This has given his team a relative edge over cyber criminals because they simply don't have access to the same amount of information.

"This is one of the things where I feel we are, for the first time, advantaged over the bad actors, who don't generally have the same access to the scale that we are talking about here, and the ability to go do this," he said during a press briefing.

generally have the same access to the scale that we are talking about here, and the ability to go do this," he said during a press briefing.

- Benefits of AI and machine learning for cloud security
- The IT Pro Podcast: The DARQ side of security
- Hackers 'are no longer winning', says KPMG cyber chief

"And that is one of the important changes that's happened as a result of cloud transition and is a key part of Microsoft's approach to protecting both our own company and our customers writ large."

### Get the IT Pro newsletter

Get the free daily newsletter from IT Pro, delivering the latest news, reviews, insights and case studies

Your email address      SIGN UP


Advertisement

QuickBooks integration, only with Sherweb

Streamline your billing

Learn more

intuit quickbooks

Quickbooks Desktop & Online

The information Microsoft can access has expanded from just network signals to also include endpoint, application, email and identity signals, among other data points. Once amassed, the company then applies internal analysis, including the use of machine learning models, to further enhance overall threat detection and prevention.

Advertisement - Article continues below





The data is gathered from half a trillion email messages, half a trillion forms of authentication, 18 million URLs and telemetry from more than one billion devices⧉ Microsoft provides software updates to each month, among other soures. From this data, Arsenault's team can see which malware strains may be slipping through the cracks, and conduct analysis from a global perspective, as well as a sector-by-sector basis.

"The thing that I think advantages us over bad actors is the access to signal," he continued, "because what you're basically doing is you're using and training models on this massive set of signals that allow us to have better detection capabilities⧉."

"That signal isn't available to everyone, because you have to have access to massive data centres, you have to have access to massive networking, you have to have access to massive mail telemetry, massive application usage telemetry. The cloud providers have that, and the customers who use them have that, but writ large the bad actors don't have access to that."

Arsenault also highlighted an example of how the expanded use of data and analytics⧉ has resulted in an improvement to threat detection over time.

Were a customer to receive a suspicious email, his team may have once had to first understand the nature of the email, whether or not it was a phishing attempt, and then manually remove the message if declared unsafe. This was conducted on a customer-by-customer basis.

Now, as soon as such a message is detected in one place, and it's determined to be nefarious, his team can remove it from every instance across the entire customer⧉ base.

He added that while some malicious organisations may have access to elements of the broad signal data, or pieces of the underlying infrastructure required to harness such information, it's currently incredibly difficult to amass in full as his company has done over time.

Security  |  Microsoft  |  Network Security  |  Cloud Security  |  Enterprise Security

Advertisement





FEATURED RESOURCES

**Five lessons learned from the pivot to a distributed workforce**

Delivering continuity and scale with a remote work strategy

DOWNLOAD NOW

**Connected experiences in a digital transformation**

Enable businesses to meet the demands of the future

DOWNLOAD NOW

**Simplify to secure**

Reduce complexity by integrating your security ecosystem

DOWNLOAD NOW

**Enhance the safety and security of your people, assets and operations**

Enable a true vision of security with an engineered solution based on hyperconverged and storage platforms

DOWNLOAD NOW

Advertisement



### RECOMMENDED



**BUSINESS COMMUNICATIONS**

Nokia simplifies Microsoft Azure integration

18 Sep 2020



**CLOUD SECURITY**

MFA bypass allows hackers to infiltrate Microsoft 365

15 Sep 2020



**HACKING**

'Largest ever' Magecart hack compromises 2,000 online stores

15 Sep 2020



**DATA CENTRES**

Microsoft retrieves underwater data centre after two years

15 Sep 2020

### MOST POPULAR

APPENDIX
16

**COMPUTERWORLD**   UNITED STATES ▾        IDG TECH(TALK) COMMUNITY    WINDOWS    MOBILE    OFFICE SOFTWARE    APPLE    SHARK TANK    EVENTS        INSIDER 👤 🔍 ☰

Home > Security

INSIDER FEATURE

# Why email is safer in Office 365 than on your Exchange server

Beyond blocking spam and virus-laden messages, cloud services can determine whether links are safe to visit and whether you're protecting the right information.

🔗 📘 🐦 💼 🟠 ✉️ 🖨️



**By Mary Branscombe**
CIO | MAR 9, 2017 4:11 AM PST

Interoperability, scalability, and speed problems. Solved.     InterSystems® Creative data technology     Gartner     GET A COMPLIMENTARY REPORT



Digital Vision



Now make it flexible.     Explore IBM Storage     IBM Let's put smart to work.

Running your own email servers doesn't do anything to differentiate your business from the competition (except in a bad way, if you get hacked). But avoiding the effort of managing and monitoring your own mail server isn't the only advantage of a cloud service. The scale of a cloud mail provider like Office 365 means that malware and phishing attacks are easier to spot — and the protections extend beyond your inbox.

Email protection isn't just about blocking spam anymore. It's about blocking malicious messages aimed at infecting computers and stealing credentials. Traditional antivirus scanning isn't the solution either, because attachments aren't just executable files you can recognize with a signature. Often, scammers use JavaScript and macros (including PowerShell) to trigger a secondary download with the malicious payload. And embedded links often go to legitimate but compromised sites, so you also can't rely on site reputation.

Even as malicious messaging is evolving, attacks are increasing. According to security firm Proofpoint, the largest malicious email campaign in Q4 of 2016 was almost seven times larger than the largest campaign from Q3 of that year. And corporate email continues to bear the brunt of the attacks (Google recently noted that attackers send four times more malware and six times more phishing attacks to corporate inboxes than to personal email addresses.) Of the 80 billion messages sent to Office 365 inboxes in a month; 55 billion are spam and bulk emails and over 20 million contain malware or phishing messages that could cause a data breach.

[ Free security tools to support cybersecurity efforts ]

Even with training, relying on users to spot phishing emails is problematic. In a Microsoft Ignite presentation, Jason Rogers and Phil Newman, both Office 365 program managers, noted that targeted messages in particular are often so plausible that users report spearphishing messages that have been correctly blocked by Office 365 as false positives.

Can cloud email give you better protection? Yes, says Rudra Mitra, partner director for information protection on the Office 365 team. "On premise, you're one enterprise battling these security issues by yourself; your

### WHITE PAPERS

Embedded Cloud Native Security with Cisco & AWS

3 Steps to Streamline IT Operations and Connect Strategy to Execution

Accelerate outcomes with IBM Cloud Paks and AIOps

SEE ALL WHITE PAPERS

network is a perimeter and you try to see what comes in." That might be difficult with the scarcity of security talent, Mitra notes. But the real advantage of cloud email is just how much information Microsoft can gather to detect attacks, using the scale of Office 365 and other Microsoft services.

"We bring millions of organizations into the cloud so the view we get into attacks is aggregated over those millions of organizations," says Mitra. "You start with the patterns, the newest ways of attacking that show up, whether that's generally or just for the U.S. or the U.K., or specifically in the financial sector…. The malware one organization may be receiving is clear to us, as is whether they are the only organization getting it or it's showing up across the service in different geographies and sectors. The view you have of the threat landscape dramatically increases, and that intelligence and inference flows back into our security products."

> **"** "We bring millions of organizations into the cloud so the view we get into attacks is aggregated over those millions of organizations"
>
> — *Rudra Mitra*

That information powers new security features in Office 365 aimed at helping you see exactly what threats you're facing, as well as offering you more tools to protect yourself.

**RECOMMENDED WHITEPAPERS**



Embedded Cloud Native Security with Cisco & AWS

3 Steps to Streamline IT Operations and Connect Strategy to Execution

Accelerate outcomes with IBM Cloud Paks and AIOps

Some of those protections are only in the Office 365 Advanced Threat Protection (ATP) service (which is included in the E5 tenant and available as an add-on subscription for other Office 365 tenants and — for some features — is even available for on-premises Exchange servers, for $2 per user per month).



*BrandPost* Sponsored by Forcepoint
5 Ways to Secure Data on Video Conferencing Platforms in a Remote Work Environment
Remote work has spurred rapid adoption of cloud-based video conferencing—and securing such tools comes down to understanding how employees use them.

## Attachments and links

Email sent to Office 365 inboxes already goes through several stages of detection and protection. Messages from IP addresses with a poor reputation or that match known delivery patterns for malicious messages will be blocked before they ever get into Office 365, and antivirus scanning (using three different antivirus engines) removes what Microsoft calculates is around 80 percent of malware in emails, although fast-changing malware variants can get through that stage.

In addition, Office 365 lets admins block specific executables and script files they know hackers are using to target their organization, and reputation blocking looks for those problematic files across the service. Microsoft also picks messages with a suspicious pattern of delivery and executes their attachments in a 'detonation chamber,' a sandbox with a set of hypervisors, each with a slightly different configuration, all instrumented to detect the behavior of the attachment.

[ Office 365 could give Microsoft Teams an advantage over Slack ]

It doesn't matter if the file is marked as being a document, says Mitra. "If it's .TXT but it has a macro, it's going to execute in the detonation chamber." The detonation chamber can also cope with nested files. "We do recursive checks. If you have an email with an attachment that has an attachment that has an attachment that has a payload — we catch that."

If the file writes to the registry when it runs, tries to encrypt the hard drive, pulls down information from the network, reaches out to a botnet command and control server or performs tests to see if it's running in a sandbox (like checking whether the IP address of the machine it's running on is one allocated to a Microsoft data center), it's likely to be malware.



**Sponsored Post** Sponsored by VMware

Node4: Where Exceptional Service Is More than a Motto

With its extensive portfolio, Node4 has emerged as one of the U.K.'s top IT services and solutions providers.

Because those patterns of behavior change, Microsoft uses a machine learning system to determine whether a file is just suspicious or is malicious. That machine learning system can even factor in details about your specific tenant (without sharing that information with anyone else). For example, if you're an engineering firm and you start to get messages that don't seem to be malicious but are otherwise similar to malicious emails sent to other engineering businesses, they might contain malware that hasn't yet been identified.

## Zero day or zero hour

ATP adds more protections. It already includes Safe Links for URL checking and Safe Attachments, which, as of January 2017 puts every attachment (of any file type) on every email message you receive through the same detonation chamber.

The aim is to catch zero-day attacks with brand new malware, even in mail that doesn't look suspicious.

Safe Links looks at the reputation of any URL in an email when you click on it, rather than when the mail first arrives. That's important because attackers can change where the URL takes you after the message has been delivered; it might redirect to an innocent site when the mail system first receives it, but to an infected site by the time you get around to reading the message.

[ How A.I. is stopping criminal hacking in real time ]

The reputation of a newly infected site also takes time to change, so Safe Links also looks at the reputation of the sender and whether the message matches the 'fingerprints' of known malicious emails. And if the link goes to a document or executable file rather than a web page, that gets downloaded to the sandbox and executed in the detonation chamber. "We follow nested links, we crawl the destination," says Mitra

If a message isn't immediately detected as being malicious but the mail delivery pattern or the attachment behavior is later found to be malicious, Office 365 can retroactively 'undeliver' that message. "That's something the cloud can do that's almost impossible on premise," Mitra points out. "If something is missed, we'll pick it up a few minutes later and we can do a Zero-hour Auto-Purge (ZAP) — internally, we call it time travel. You can only do that if you have the combination of the intelligence you've picked up, the integration with the mailbox to pluck it out and the customer breadth to see small blips at the global scale." (ZAP is one of the options that only works for inboxes on Office 365.)

[ Smackdown: Office 365 vs. G Suite productivity ]

If you don't have ATP (perhaps because you don't feel your business is the target of enough attacks to need it), you'll still get extra protection in Office 365 thanks to the customers who do subscribe to that service. "We don't reserve that understanding that this is malware to ATP; as soon as those detonations are happening and we understand that a particular piece of content  or mail is starting to look like malware, we turn that into protection for all our customers right away. If we stop targeted malware, we don't leave it at that; we push that through our cloud so that any customer, whether you have ATP or they're just a traditional mailflow customer, is getting the benefit of our targeted understanding of malware. We can find things happening at very small scale through the cloud and use that to feed the flywheel so all our customers are getting intelligent protection."

## Now in real time

Safe Links and Safe Attachments are both admin options you can turn on in Office 365, because they do change the email experience for users. Detonating attachments takes time (it can delay an email by about five minutes) and Safe Links wraps all URLs in a link that redirects them through Microsoft's Safe Link server, users you to look carefully at the URL that is displayed when you hover over the link to see where it actually goes — something many IT departments have tried to train users to do before they click.

In practice, you will rarely see the Safe Links server in action, but if the reputation check takes longer than usual they'll see an interstitial page notifying them the link is being scanned. If the site's reputation says it's malicious, they see a page telling them it's blocked. You can choose whether users can load the page anyway, or track which users are clicking through.

To avoid delays while attachments are being scanned, Dynamic Delivery (currently in public preview for Office 365 customers) lets you read and reply to a mail before the scan is finished — instead of the attachment you get a placeholder telling you it's being scanned, which is then replaced by the real file once it passes the scan.

These protections are also being extended beyond email; SharePoint does the same Safe Attachment scanning for uploads, and Word, Excel and PowerPoint will soon be getting Safe Links protection for links you include in documents (without the URL looking any different). And the upcoming Threat Intelligence service will let you 'close the loop' with other areas of IT, says Mitra. "With Threat Intelligence, you can see the IPs that are zero-day originators. You can take that IP list and plug it into filtering solutions that you have for other services, or into your *cloud access security broker* (CASB) or use it for filtering some on-premise infrastructure. Once you know these IPs, you can update your gateways for other systems so you don't let content in from that IP address. Or you can plug them into your security investigation and forensics tools and ask did anyone get in?"

**❚❚** 'We're giving you visibility of what's happening to your mailbox, what's happening at a tenant level and what's happening as a result of the security settings you've chosen, and providing that as intelligence back to the IT admin."

— *Rudra Mitra*

Threat Intelligence gives you 'a more holistic view' suggests Mitra. "It used to be that what was happening in email didn't connect to what was happening in your browser or your proxy server." Office 365 draws on Microsoft's Intelligent Security Graph, which combines information from Windows Defender with attacks on Azure and consumer services like Xbox Live, and many other sources of information.

"We're giving you visibility of what's happening to your mailbox, what's happening at a tenant level and what's happening as a result of the security settings you've chosen, and providing that as intelligence back to the IT admin."

Threat Intelligence also gives you a broader view of the threat landscape outside your organization. "You can see over time the IP addresses that are targeting your tenant. You can also see the IP addresses targeting your sector in general.  At the same time, you can see what's going on in malware in your organization and generally, for the whole month, so you can see whether it's on the increase or decrease. You get the close-up view, but you can step back and see the trends." (If you haven't noted your industry sector in your tenant profile, Office 365 will use clues like what Data Leak Protection rules you've set up to check information isn't being leaked through email.)

"We can enrich that over time, so the IT admin or security professional who is used to looking at the security landscape on premises can move up the stack, up the food chain and get smarter about the type of attacks going on generally. That means you can think about 'what user education should I do? do I need more protection?' If you're a financial business and you know that attacks on financial organizations come from these regions of the world, you can educate folks that if you're travelling there, you should be careful."

Related: Security SaaS

**1** 2 NEXT ›

## YOU MAY ALSO LIKE

Recommended by outbrain



Windows 10 upgrades are rarely useful, say IT admins





Friday Fry Up: IT election concerns, IT election silence, Mobile matters, Spark goes all-in on mobile, What you do in a recession



How to create a complete Microsoft experience on Android



Windows 10 Insider Previews: A guide to the builds



How IBM's Watson could boost productivity during the New Normal



Work-from-home drives up PC sales in Australia



Android versions: A living history from 1.0 to 11



Exploit in plugin zorgt voor kwetsbaarheid in meer dan 350.000 WordPress sites



Nvidia's $40B deal for Arm could affect Apple



Why you need Apple support to secure the C-suite



Please hold for Nice Barney



Tech event calendar 2020: Upcoming shows, conferences and IT expos





How much will Macs with Apple Silicon cost?

Memory-Lane Monday: The glass kind



Edge computing and 5G give business apps a boost



Foldable smartphones are important, even if you never get one



How Jamf plans to let Microsoft Endpoint manage enterprise iPhones



14 ways to speed up Windows 10



Q&A: CBT Architects CIO sees a 'hybrid' remote-work plan as harder than WFH



Indigenous data sovereignty and how Māori are leading the way



Google's Chrome OS pivot matters more than you think



Memory-Lane Monday: Sneakynet





**COMPUTERWORLD**    UNITED STATES ▾         IDG TECH(TALK) COMMUNITY    WINDOWS    MOBILE    OFFICE SOFTWARE    APPLE    SHARK TANK    EVENTS        INSIDER 👤 🔍 ☰

Home > Security

INSIDER FEATURE

# Why email is safer in Office 365 than on your Exchange server

Beyond blocking spam and virus-laden messages, cloud services can determine whether links are safe to visit and whether you're protecting the right information.



**By Mary Branscombe**
CIO  |  MAR 9, 2017 4:11 AM PST


We make software that solves critical interoperability, scalability, and speed problems.    InterSystems® Creative data technology

‹ PREVIOUS    1   **2**

Admins can also look at the specifics of user behavior. "You can get a 30-day view for just one person. Are you as a person more susceptible to malware than the rest of your colleagues? Maybe that means more education or enrolling that mailbox for ATP, because if you're getting more malware, you should get more protection."

## Security you can live with

In the future, Office 365 will move towards more personalized security, although Mitra notes that it's important to balance security with productivity. "More personalized security, more intelligent security around content and documents is the only way to maintain security control but not give up productivity."

"There's so much content in Office 365 that if we use the intelligence that powers Threat Intelligence, things become very interesting …. [I]f there's a mail flow that's classified by data loss prevention (DLP) as having high business impact because it has high security risks — if there are credit card numbers going out of my company or requests for credit card numbers coming in — then I want security alerts. If one person is getting lots of different emails with credit card numbers in or asking for credit card numbers or for signoff on credit card numbers, maybe I'll decided to turn on multifactor authentication (MFA), or maybe I'll think about making sure the finance team has more locked down devices for their endpoints."

Those patterns could look at behavior beyond email. "Imagine a user has been getting more targeted attacks … and then they log into a SharePoint site that's classified as high business impact and they look at a document that they haven't accessed before that has interesting content … that's a great signal," says Mitra.

> **"**"The first order value of cloud services is that they can give quick and tangible savings; the second order benefit is the intelligence, understanding and knowledge that comes from it. — Mitre"
>
> — *Rudra Mitra*

The data classification tools in Azure Information Protection can do some of that document labeling for you automatically by policy, and Mitra says "very soon you'll see that model being natively part of the Office clients." Over time, Office 365 might also suggest content to protect. "We might say 'other organizations are seeing this type of content as having high business impact.' If you haven't classified it or set it as sensitive content to be encrypted on download, we'll suggest doing that."

Another new service currently in preview, Office 365 Advanced Data


Now make it flexible.
Explore IBM Storage
IBM Let's put smart to work™

___ **WHITE PAPERS** ___



Embedded Cloud Native Security with Cisco & AWS

3 Steps to Streamline IT Operations and Connect Strategy to Execution

Accelerate outcomes with IBM Cloud Paks and AIOps

SEE ALL WHITE PAPERS



Governance, could help you find the important data while winnowing out redundant and obsolete information. "These signals could broadly inform what content you should keep in the cloud or maybe not keep over time at all, as part of a policy to manage your overall data security surface and your overall surface area of risk."

Using that intelligence could decrease the cost of data management, Mitra suggests, but it also makes your data more valuable. "The first order value of cloud services is that they can give quick and tangible savings; the second order benefit is the intelligence, understanding and knowledge that comes from it."

*This story, "Why email is safer in Office 365 than on your Exchange server" was originally published by [CIO](#).*



Related: | Security | SaaS

*Mary Branscombe is a freelance journalist who has been covering technology for over two decades and has written about everything from programming languages, early versions of Windows and Office and the arrival of the web to consumer gadgets and home entertainment.*

Follow 👤 ✗ ☐ 🔊

Copyright © 2017 IDG Communications, Inc.

‹ PREVIOUS   **1**   2

## YOU MAY ALSO LIKE

Recommended by Outbrain


How to replace Edge as the default browser in Windows 10 — and why you shouldn't


iPhone to Android: The ultimate switching guide


The NVIDIA-Arm merger could change how we work


Fusie Felton en Lantech creëert grote nieuwe speler in Nederlandse IT-markt


Mozilla tightens belt, folds two Firefox services


Microsoft's new Edge browser: Third time's the charm?


How IBM's Watson could boost productivity during the New Normal


De 5G-standaard zetten


At this point, 5G is a bad joke


Microsoft will bundle updates to streamline patching


How Jamf plans to let Microsoft Endpoint manage enterprise iPhones





ASX commercialises its financial data science platform



Foldable smartphones are important, even if you never get one



Apple and the future of work





APPENDIX
17

https://www.google.com/search?q=%22Why+email+is+safer+in+Office+365+than+on+your+Exchange+server%22&ei=Zw1FX6SHOYyYwbkP75KyoAw&start=10&sa=N&filter=0&ved=2ahUKEwjk1ry-trbrAhUMTDABHW-JDMQQsNMDegQIDBA7&biw=1920&bih=952



Google | "Why email is safer in Office 365 than on your Exchange server"        🎤 🔍                          ⊞  **Sign in**

All      ▶ Videos    🖼 Images    📰 News    🛒 Shopping    ⋮ More          Settings    Tools

Page 2 of about 216 results (0.26 seconds)

www.cio.com › category › saas ▾
### SaaS news, analysis, how-to, opinion and video. | CIO
**Why email is safer in Office 365 than on your Exchange server**. Beyond blocking spam and
virus-laden messages, cloud services can determine whether links ...

garimavoyagetravel.com › how-to-check-if-an-email-is-bl...
### How to check if an email is blocked in office 365
On the main page of OWA, select the gear icon at the top right of the page and select Options:
**Why email is safer in Office 365 than on your Exchange server** ...

www.secureauth.com › 190227-solution-brief-o365 ▾   📄 PDF
### adaptive access management for office 365 - SecureAuth
Source=Website&LSource=Website. 3 https://www.cio.com/article/3177718/email/**why-email-
is-safer-in-office-365-than-on-your-exchange-server**.html.

www.computerworld.com › category › saas ▾
### SaaS | Computerworld
**Why email is safer in Office 365 than on your Exchange server**. Beyond blocking spam and
virus-laden messages, cloud services can determine whether links ...

www.computerworld.com › insiders_arent_always_a_risk ▾
### Premium Insider Content | Computerworld
**Why email is safer in Office 365 than on your Exchange server**. Beyond blocking spam and
virus-laden messages, cloud services can determine whether links ...

www.computerworld.com › author › Mary-Branscombe ▾
### Articles by Mary Branscombe | Computerworld
**Why email is safer in Office 365 than on your Exchange server**. Beyond blocking spam and
virus-laden messages, cloud services can determine whether links ...

www.computerworld.com › category › saas ▾
### SaaS | Computerworld
**Why email is safer in Office 365 than on your Exchange server**. Beyond blocking spam and
virus-laden messages, cloud services can determine whether links ...

www.computerworld.com › feature ▾
### Features | Computerworld
**Why email is safer in Office 365 than on your Exchange server**. Beyond blocking spam and
virus-laden messages, cloud services can determine whether links ...

test.quisicilia.eu › cunopsnt › office-365-on-premise-ex... ▾
### Office 365 on premise exchange - quisicilia.eu – QUISICILIA
**Why email is safer in Office 365 than on your Exchange server** Beyond blocking spam and virus-
laden messages, cloud services can determine whether links ...

www.infoworld.com › category › saas ▾
### SaaS information, news, and how-to advice | InfoWorld
**Why email is safer in Office 365 than on your Exchange server**. Beyond blocking spam and
virus-laden messages, cloud services can determine whether links ...

< **G**ooooooo**gle** >

Previous   1  2  3  4  5  6  7  8      Next

Help   Send feedback   Privacy   Terms