# APPENDIX
18

https://www.google.com/search?q=%22Why+email+is+safer+in+Office+365+than+on+your+Exchange+server%22&ei=fQ1FX6S9FK-WwbkP_fqSqAw&start=20&sa=N&filter=0&ved=2ahUKEwjk79bItrbrAhUvSzABHX29BMU4ChUw0wN6BAgLEDs&biw=1920&bih=952

 Google

"Why email is safer in Office 365 than on your Exchange server"                    ✕   🎤   🔍                                          ⠿  Sign in

🔍 All    ▶ Videos    🖼 Images    📰 News    🛒 Shopping    ⋮ More          Settings    Tools

Page 2 of about 216 results (0.37 seconds)

www.computerworld.com › feature
**Features - Computerworld**
**Why email is safer in Office 365 than on your Exchange server.** Beyond blocking spam and
virus-laden messages, cloud services can determine whether links ...

www.computerworld.com › tinyurl.com › yaggrwus  ▾
**Premium Insider Content | Computerworld**
**Why email is safer in Office 365 than on your Exchange server.** Beyond blocking spam and
virus-laden messages, cloud services can determine whether links ...

www.infoworld.com › category › channels › cloud-comp...
**Cloud Computing information, news, and how-to advice ...**
**Why email is safer in Office 365 than on your Exchange server.** Beyond blocking spam and
virus-laden messages, cloud services can determine whether links ...

www.networkworld.com › insider
**Premium Insider Content | Network World - Network World.com**
**Why email is safer in Office 365 than on your Exchange server.** Beyond blocking spam and
virus-laden messages, cloud services can determine whether links ...

www.networkworld.com › insider › cod › assets › detail  ▾
**Premium Insider Content | Network World - Network World.com**
**Why email is safer in Office 365 than on your Exchange server.** Beyond blocking spam and
virus-laden messages, cloud services can determine whether links ...

www.networkworld.com › insider › cod › assets › detail
**Premium Insider Content | Network World - Network World.com**
**Why email is safer in Office 365 than on your Exchange server.** Beyond blocking spam and
virus-laden messages, cloud services can determine whether links ...

www.networkworld.com › insider  ▾
**Premium Insider Content | Network World - Network World.com**
**Why email is safer in Office 365 than on your Exchange server.** Beyond blocking spam and
virus-laden messages, cloud services can determine whether links ...

www.networkworld.com › feature  ▾
**Features | Network World**
**Why email is safer in Office 365 than on your Exchange server.** Beyond blocking spam and
virus-laden messages, cloud services can determine whether links ...

www.computerworld.com › category › security  ▾
**Security news, information, and how-to advice | Computerworld**
**Why email is safer in Office 365 than on your Exchange server.** Beyond blocking spam and
virus-laden messages, cloud services can determine whether links ...

www.computerworld.com › tinyurl.com › yaggrwus  ▾
**Premium Insider Content | Computerworld**
**Why email is safer in Office 365 than on your Exchange server.** Beyond blocking spam and
virus-laden messages, cloud services can determine whether links ...

⦿ **Miami-Dade County, Florida** - From your Internet address - Use precise location - Learn more

Help    Send feedback    Privacy    Terms

# APPENDIX
# 19

https://web.archive.org/web/20130224210329/http://www.microsoft.com/en-us/office365/faqs.aspx                                    09/20/2020



# Office 365 FAQ

- Top questions
- Getting started
- Compatibility and system requirements
- Website questions

- Support and pricing
- Education and non-business customers
- International availability

## Top questions

Show all answers

Q. What is the difference between Office and Office 365?

**Q. What is the cloud?**

A. The cloud is a friendly way of describing web-based computing services. Information storage, computation, and software are located and managed remotely on servers owned by Microsoft. Because this infrastructure is located online, you can access it virtually anywhere from a desktop, laptop, or mobile phone. Learn more

Q. How many users does Office 365 support?

Q. Will Office 365 work with my copy of Office?

Q. Where's my country? I do not see it in the dropdown list on the signup page.

## Getting started

Show all answers

Q. Where can I get Office 365 plan details?

Q. What do I need to install when I sign up for Office 365?

Q. Are there any minimum purchase requirements?

Q. What if I already own a domain name?

Q. Will my trial information be transferred to my Office 365 subscription?

## Compatibility and system requirements

Show all answers

Q. What are the Office 365 system requirements?

Q. Will Office 365 work with my copy of Office?

Q. Which licenses of Outlook enable support for Personal Archive and retention policies?

Q. Does Office 365 work on a Blackberry?

## Website questions

Show all answers

Q. What do I need to do to add a domain name?

## Support and pricing

Show all answers

Q. Where can I see and compare prices?

Q. How do I switch between plans?

Q. How do I cancel my subscription?

Q. How do I change my password?

Q. I will need extra help setting up Office 365? Who can help?

## Education and non-business customers

Show all answers

Q. What is happening to Live@edu?

Q. Is there a home/family option for Office 365?

## International availability

Q. Where and in what languages is Office 365 available?

Q. Will Microsoft be offering international pricing on Office 365?

Connect with us on:

Sitemap | Careers

Contact Us | Terms of Use | Trademarks | Privacy Statement

Microsoft
© 2013 Microsoft

# APPENDIX
# 20

# Michael Wood

 Michael.wood@tocmail.net           754-246-9651

 linkedin.com/in/michael-wood-7662141a8

## Summary

My passion is problem solving through programming. Pursuit of this passion has led to ground-breaking software development in cryptography, automatic root-cause identification of network issues in world-wide data communication infrastructures, real-time monitoring of the human autonomic nervous system, PTSD rehabilitation, and cybersecurity. The uniqueness of the problem solving is shown in the 10 patents that I have been granted. These projects required a combination of assembler, C, PHP, JAVA, React, Node.js, Javascript, HTML and CSS along with Linux networking and kernel development, Android programming, and REST consumption and development as well.

I've been writing fast, efficient, optimized code to solve a wide variety of problems for over 30 years. Problem solving through programming is a passion I continue to pursue every single day.

## Experience

 **Chief Executive Officer**
TocMail Inc.
Oct 2019 - Present (1 year +)
Developed TocChat and TocMail.

TocChat is an Android messaging app that integrates patented anti-phishing on shared links and unique privacy modes as well. It was written in Java using Google Firebase for authentication, Google's Firestore realtime database, and SendBird's messaging infrastructure.

TocMail's backend involves a combination of Linux C networking services (including custom IMAP/SMTP services) as well as PHP/MySQL with new services being written in JAVA/MySQL. The front-end is written in JavaScript, HTML, and CSS.

 **Software Engineer**
Freelance
Feb 2014 - Oct 2019 (5 years 9 months)
Developed eight patented cybersecurity methodologies and implemented them in Linux C, Node.js, Java, PHP/MySQL, React, Javascript, HTML, and CSS.

 **Software Engineer**
Freelance
Mar 2007 - Jan 2014 (6 years 11 months)
Developed Android (Java) and iOS (Objective C) software driven brain exercise to interrupt PTSD episodes and lessen their severity over time with continued practice (based on EMDR and Bessel van der Kolk's brain imaging studies).

**Senior Software Engineer**
Helicor, Inc.

Jun 2004 - Feb 2007 (2 years 9 months)

Helicor produced a medical biofeedback device that incorporated my patented methodology for monitoring real-time vagus nerve activity. I assisted with the assembler, direct to chip programming.

This device was the winner of Frost & Sullivan's 2006 Technology Innovation Award. It was the best-in-class medical biofeedback device, outperforming its competitors in multiple clinical studies. The technology was acquired by Respironics, Inc.

### Independent Medical Biofeedback Researcher
Freelance

Oct 2001 - May 2004 (2 years 8 months)

Designed a patented methodology for detecting subtle changes in heart rythm to non invasively measure absolute autonomic system balance (between the parasympathetic and sympathetic branches).

### Senior Network Engineer
Freelance

Jan 2001 - Sep 2001 (9 months)

Designed various solutions to a variety of TCP/IP networking issues. Primarily involved Linux network programming in C with some kernel development.

### Senior Vice President Software Development
Micromuse

Jan 2000 - Dec 2000 (1 year)

I managed the development team, and served as lead developer, to integrate Calvin Alexander Networking's root-cause analysis technology I invented into Micromuse's NetCool Suite. The integration was successfully completed in less than a year's time.

### Chief Executive Officer
Calvin Alexander Networking

Oct 1998 - Dec 1999 (1 year 3 months)

Calvin Alexander Networking was established to develop and market the automated network management invention that I created while at Scudder Stevens and Clark. In addition to company management, I also served as the lead developer responsible for the Linux C network programming components. Calvin Alexander Networking was acquired by Micromuse Inc.

### Data Communications Consultant for Scudder Stevens and Clark
Scudder Stevens & Clark

Jun 1991 - Oct 1998 (7 years 5 months)

Designed the entire network infrastructure for Scudder Stevens and Clark's Manhattan Office Building. Managed data communication operations.

I invented and patented an automated method for discovering all the devices that exist in a world-wide network along with accurately deducing how they were physically cabled together (e.g. Switch A slot 4 has

a 100 Mb ethernet cable connecting to Switch B slot 2 port 3). The invention was expanded to automatically pinpoint the root cause of network congestion or failure.

**Chief Executive Officer**
Cryptech Inc.
Feb 1990 - Jun 1991 (1 year 5 months)
Cryptech developed products based on the REDOC-II encryption system I developed while attending college. The cryptographers who broke the US encryption standard (DES) published a paper attesting that my encryption could not be broken by their methods. This cryptography remains unbroken, and is studied in the textbook Advanced Cryptography by Bruce Schneir. The encryption patent and technology was acquired by Libera Inc.

## Education

**Jamestown Community College**
Mathematics

## Skills

C (Programming Language) • Linux • JavaScript • PHP • HTML • Cryptography • Java • MySQL • Assembler • Cascading Style Sheets (CSS)

## Honors & Awards

**Patent #US5003596: Method of cryptographically transforming electronic digital data from one form to another** - US Patent Office
Mar 1991

**Patent #US7691049: Method and apparatus for determining accurate topology features of a network** - US Patent Office
Aug 2000

**Patent #US7691049: Methods and Devices for Relieving Stress** - US Patent Office
Apr 2010

**Patent #US9467324: Firewall security for computers with internet access and method** - US Patent Office
Oct 2016

**Patent #US9742734: Firewall security for computers with internet access and method** - US Patent Office
Aug 2017

**Patent #US9882877: Transparent traffic control device and method for securing internet-connected devices** - US Patent Office

Jan 2018

**Patent #US9992233: Enhanced firewall and method for securing internet communications**
- US Patent Office
Jun 2018

**Patent #US10320746: Computer security system and method based on user-intended final destination** - US Patent Office
Jun 2019

**Patent #US10348682: Transparent traffic control device and method** - US Patent Office
Jul 2019

**Patent #US10574628: Computer security system and method based on user-intended final destination** - US Patent Office
Feb 2020

# APPENDIX
21

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Sat Aug 8 03:28:22 EDT 2020*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | IP DELIVERY |
| **Goods and Services** | (ABANDONED) IC 009. US 021 023 026 036 038. G & S: Computer programs to facilitate transmission of files over a global computer information network and other networks. FIRST USE: 19980101. FIRST USE IN COMMERCE: 19980101 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75636228 |
| **Filing Date** | February 11, 1999 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Beyond Engineering DBA DBA John Heard INDIVIDUAL UNITED STATES 404 S. Jefferson La Harpe KANSAS 66751 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE No claim is made to the exclusive right to use "IP" apart from the mark as shown." APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | DEAD |
| **Abandonment Date** | February 7, 2000 |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | Top | HELP |

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |

APPENDIX
22

Case 0:20-cv-60416-AMC   Document 69-4   Entered on FLSD Docket 05/26/2021   Page 14 of 33




**IP DELIVERY**™

When you're serious about search engines

Welcome 206.132.186.131!

## Food Script™ Version 4.0
Now Available for UNIX and NT Servers!

The IP Delivery line of products from Beyond Engineering (known by many as the "Food Script" or "Cloaking") allows web site owners a method of presenting different web pages depending on who or what is requesting the page over the web. Most often these systems are used to send a search engine "friendly" version of a web page, while presenting a "consumer" version of the page to your human visitors. This is very useful system if you...

- Need to optimize pages for search engines without compromising the "look" of your web site.

- Want to change the text on your web page, but have been afraid to because you're not sure if changing it is going to sacrifice your top 10 position in a search engine -- now you can!

- Are tired of "**Code-Jackers**" who practice what the U.S. FTC calls "Pagejacking." IP Delivery can prevent your competitors from ripping off the source code of your search engine pages. Only the sites designated in the systems tables may read the actual code, everyone else gets the consumer version. This system is **100% guaranteed to protect your source code** from software designed to study your pages like **Webposition Gold**™, **Web Bandit** or other similar html analysis, doorway maker, and page grabbing tools.

- Need a way to feed a different page for each major search engine (works great with Excite's latest changes) now the same URL can score at each major engine.

- Don't want your prospects to see sparse doorway "pointer" pages and "click here" links before they get to your main site. Quit loosing traffic and sales this way!

- Have tried to use a "half-baked" solution from another company and it doesn't work. Our systems work and numerous companies from Fortune 500 companies to kitchen table startups that are currently engaged in the "Search Engine Wars" use it for a tremendous "Unfair" advantage.

- You're currently using JavaScript or meta refresh tags to redirect people to your "consumer" page. Those methods are viewable by someone that is quick on their browser's "stop" button or have Java Script turned off.

### Search Engines Supported

| | | |
|---|---|---|
| Excite | Inktomi | Lycos |
| AOL/Inktomi | HotBot (Inktomi eng) | Infoseek |
| WebCrawler | HotBot (Direct Hit eng) | WebTV |
| Magellan | Snap (Inktomi eng) | Northern Light |
| AltaVista | Yahoo (Inktomi eng) | |
| MSN | Direct Hit | |

Our system is guaranteed non-stopable and quick to serve the consumers the target page. This system when used properly is **virtually undetectable**.

### New features for the 4.0 version include...

- A new, **6-Stage** browser detection system which speeds response time and adds security.

- Fully reviewed, detailed IP address selection presents a unique page of your choice for each core search engine robot listed in the chart above.

### If you don't know how to install a script...

We will help you get your system up and running... during the first month we will provide up to 30 minutes phone and unlimited email support if you have questions on installing the scripts or how to use them in special situations.

At your option, we can also install an example setup on your server to help you speed up your learning curve. If you're a do-it-yourselfer... we have very detailed, step-by-step instructions on how to install the script on both the UNIX and Microsoft Servers - complete with screen shots and instructions.

### How many domains can I run it on?

As many domains as your company owns. The scripts are licensed to your company not your domain.

### We'll help you keep your system up-to-date

Included is a FREE first year subscription to our Search Engine "IP Alert"™ email notification service. Engines add addresses occasionally, don't be caught off guard!

We actively monitor the spider activities on over 300 different web sites indexed on major engines around the world. When we detect a new spider, you are notified right away so you can update your IP Delivery™ system. FTP Server access for automated updates is available by request. We do **NOT** use a fully automated system for updating your IP addresses, that would make the system too easy to trick. Each IP address is human reviewed prior to adding to your list.

This investment is $995 USD, which includes the one full year of IP Alert™ service. We accept Visa, MasterCard, American Express, Discover and Company Checks (allow 7 days for checks to clear).

The Food Script™ System is designed for UNIX web servers that have access to run Perl scripts and Server Side Includes (SSI). Check with your web host to make sure these services are available prior to purchase. If your web host doesn't allow these services, we can refer you to hosts that will.

If you run a NT based server, we have an Active Server Page (.asp) version as well. Our .asp scripts work on NT Server 4.0 version. Check with your web host or system administrator to see if you have permission to run .asp.

For more information, call us at 1-316-496-2682 or email sales@ip-delivery.com

Do you run a **VERY** high traffic site? Call us to discuss our new dedicated content server solutions.

Note: This system is **not** to be used for presenting irrelevant, misleading or stolen

Beyond the Search Engines! Beyond Engineering reserves the right to discontinue
product support and future updates without any monetary refund if you violate our
terms of service or license.

[ License and Guarantee Information ][ Clients ][ Purchase ][ Support Site ]

**Beyond Engineering**
1007 US Highway 54 West, La Harpe, Kansas 66751
Voice (316)496-2682, Fax (316)496-2020

Copyright 1998, 1999 Beyond Engineering – All rights reserved
Webposition Gold™ is a trademark of First Place Software

# APPENDIX
# 23

https://web.archive.org/web/20000617184754/http://www.searchenginewatch.com/sereport/98/02-bridge.html                    09/20/2020

95 captures
2 Apr 2000 – 3 Aug 2001



## How do I create MP3 files?

# A Bridge Page Too Far?

*From The Search Engine Report*
*Feb. 3, 1998*

One of the more popular bits of advice that have been going around in the past few months is the idea of submitting "bridge" pages or "entry" pages to search engines.

These are pages that have been created to do well for particular phrases. They are also known as portal pages, jump pages and by other names. Regardless of the name, they are easy to identify in that they have been designed primarily for search engines, not for human beings.

Bridge pages are not a new technique. Spammers have used them for ages, setting up hundreds of pages to draw in traffic. However, they've now become much more widespread. I knew they'd hit a new benchmark when I recently discovered State Farm Insurance employing them in a highly sophisticated manner.

State Farm is the largest home and auto insurance company in the United States. Most large companies of its stature are loath to do anything related to spamming. But if State Farm is using bridge pages, does that mean they are spamming the search engines? And if a big company can do it, does that mean bridge pages are legitimate?

A survey of the search engines finds that they do not consider bridge pages necessarily to be spam. It all comes down to how exactly those pages are used.

In order to provide guidance, it's important to understand the various ways bridge pages are employed, both technically and in terms of the content they deliver. I can't cover the technical aspects in this article, because it would make the newsletter too long. However, a new page within Search Engine Watch does provide this information. A link to it is below.

In this article, I'll cover how bridge pages are used and abused, to help you avoid trouble if you go this route.

## Example In Action: State Farm

State Farm makes a good case study. Technically, State Farm is delivering pages to the search engines based on their IP addresses. This means each search engine sees something tailored for them, while everyone else gets a generic page.

State Farm has a domain used just for its search engine submissions: statefaromins.com, as distinct from the statefarm.com domain. About 50 tailored pages were submitted from that domain to both AltaVista and HotBot, and 18 were submitted to Infoseek. Each page was designed for different topics, such as "auto insurance," "boat insurance," and "find an agent for auto insurance." Multiple pages were submitted in hopes of hitting the right combination. Anyone following a submitted page is automatically rerouted to the site's home page.

State Farm wouldn't confirm any of this for "proprietary" reasons, though they were happy for me to speculate. There's nothing really proprietary going on -- a URL search easily reveals the fingerprints of multiple submissions, and testing showed pages were being IP delivered.

State Farm did well for what are no doubt its top terms. They were page one or two ranked for "auto insurance" with Excite, Infoseek, HotBot and Lycos. They were also page one ranked with Infoseek for "life insurance," "home insurance," "car insurance," and "boat insurance." They had page one or two positions for several of these terms with HotBot and Lycos.

## Are Bridge Pages Spam?

At this point, you might think, isn't this spamming? Can you submit all these pages, push the ranking mechanism and tailor pages just for the spiders without grief?

The answer was mixed. Generally, the search engines don't have a problem with what State Farm was doing, because people were not being deceived in the end.

Consider someone searching for "auto insurance." They see the State Farm link and click through. There's no doubt the site is relevant to the topic. The user isn't going to complain, and so the search engines don't have a problem.

"They're not having what some would consider a negative impact on our web results," said David Pritchard, HotBot's marketing director. "I don't think anyone would doubt they are relevant."

HotBot's main concern in this situation is when someone submits so many pages that they crowd other relevant results out of the top listings. Others reflected a similar view, and Infoseek's "More Results" clustering system is meant to help ensure that one site does not dominate the top results.

## Relevancy Is Key

But what happens when you get away from relevancy? Imagine you are an insurance agent, and you know people are searching the web for information about Monica Lewinsky. So, you create a page optimized for her name, put a misleading description on it and submit it using your sophisticated IP detection system.

You're going to have problems. Why? It will become clearly obvious to visitors that your site has nothing to do with Monica Lewinsky. They'll complain to the search engines, which take a very, very dim view of this type of behavior.

"The main issue for me is whether or not the site is deceiving my users. I have a responsibility to deliver good data to my users. If there's a situation where my spider sees one thing and my user sees something else, I have a problem with that, because it makes me look bad," said Steve Schneider, who oversees AltaVista's spidering process.

It's similar with Excite: "Where we are most concerned is when a company is using it in the wrong way. The consumer walks away thinking, 'Oh, Hotbot or Excite had the wrong information.' We have to be concerned with how that reflects on the brand," said Excite search product

Now let's muddy the water. What if you create a page of links about Monica Lewinsky and post that as a service within your site. Now you have legitimate content, so the search engines shouldn't complain, right?

Or, imagine you have a big web site that's completely database driven. The search engines can't crawl your site because of how the database implements URLs. To make up for this, you create lots of pages for different topics, all relevant to your site. You shouldn't have a problem, should you?

Those are just two of the many situations that are impossible to assess generally. If your pages are relevant, people may not complain, and the search engines may not bother with them. However, if you go to excess, submitting many pages, your behavior may be seen as suspect.

## What's Being Hidden?

I haven't dealt with the issue of using traditional spamming techniques on bridge pages. That's a no-no, all the search engines agree. They do not want you stuffing keywords, using invisible text (depending on the search engine), or doing a number of other things they consider hostile.

Unfortunately (depending on your view), IP delivery makes it harder to spot spam. People who wonder why their own sites don't appear for a particular term are often the best spam police. They investigate top ranked sites and discover any irregularities. IP delivery is a crippling blow to this discovery process.

Imagine you wanted to come up well for auto insurance. You saw that State Farm was doing well, but because of IP delivery, you'd have no way to check their source code and see if they were spamming. The most you could do would be to message the search engine.

The search engine support techs are busy people. They get messages like this all the time. Chances are, they'll look at the page and see exactly what you saw, the "real" page and not the page that was delivered to the spider.

This is exactly what happened with Infoseek, when it examined the State Farm pages in response to this story. At first glance, the pages seemed fine. But then they went back and looked at what the spider actually saw, they unhesitantly called the pages spam and removed them from the index.

"It looked OK on the surface," said Sue LaChance Porter, Infoseek's Director of Technology Products. "When I actually saw the page we had spidered, you could see that they were spamming."

(NOTE: Infoseek has later said they do not like any form of redirection altogether, regardless if the page content is spam free).

Spamming may have been done to the other search engines. Some did not check the pages at all, and of those that did, I suspect they may not have retrieved the actual IP delivered page.

As for State Farm, it readily admits to experimenting with submissions to get the best results, though it said it did not intend to spam anyone.

"Competitively speaking, it just behooves us to do the best we can," said Bob Reiner, Manager of Interactive Marketing. "We're certainly not trying to do spam," he added. "Spamming to us is a bad term. We don't want to get involved in that."

## Detecting IP Delivery

As an individual, you can't tell if someone is getting past the spam filters, if they use IP delivery. But you can look for clues that may help you guide the search engines to follow up and perhaps keep the playing field more level.

Start with Infoseek. Do the page title and description match what's on the page? If not, you can do what spam vigilantes do and resubmit the page. Wait a few minutes (sometimes up to a day), then do a URL search and see what's now listed. Are the page title and description still different? If so, then spider-specific delivery is occurring.

Take a look at some of the other search engines. Are you seeing the same URL being listed, but with a different title on each search engine? That's more evidence of specific delivery. Also do a search for all URLs from that site. This will quickly show you if someone has submitted multiple pages to test the ranking mechanism.

By now, you have a good idea that someone is being very sophisticated. That doesn't mean that they are spamming, but it does help you better advise the search engines. Tell them that you are seeing spider-specific pages being delivered and explain that you want to ensure they check that spamming techniques are not being used.

If you do this, you may help improve the odds that those hiding spam behind IP delivery may be caught. But don't waste their time. Be certain that this is happening and that it is worth them following up.

## Should You Do It?

At this point, you may also be thinking that bridge pages are a way to go. They are certainly attractive for some reasons. Some search engines have different rules about what they allow, so tailoring content may be helpful. Some sites depend on CGI or other mechanisms that keep their content invisible, so having these bridge pages may be the only way to be represented.

Why not do it, or why keep it to a minimum? There are some good reasons:

First, it takes a lot of time. Imagine you create a topic-specific page for each search engine. That's six pages. Now imagine you want to cover five different topics. Now you are balancing 30 pages. Now imagine you are doing this for very popular topics. You may have to change your pages on a daily basis, to keep up with others aggressively attacking these terms.

Some people decide its worth this incredible time investment, but the vast majority would benefit more from developing their site with real content, building links and performing other types of Internet publicity.

Second, bridge pages tend to be focused around specific phrases. However, people search for information in many, many ways. You can't anticipate all the ways, but sites with good content can tap into a lot of it. This is because their pages are naturally loaded with relevant terms. With the right tuning of a page title and reinforcement with meta tags, these pages can capture those other terms.

That's a key lesson to keep in mind. You don't necessarily have to create entry pages. Every page in a web site is a possible entry point. Optimize

bridge pages make sure they are properly eliminated, else you may be very pleased with the results.

A further reason is that you could inadvertently misstep. To avoid this entirely, follow up with the search engines before starting, if you feel you have a site that needs to have bridge pages because of particular problems.

Some final notes. All of the search engines are looking at ways to apply relevancy not just to a page, but to a site. That means if someone searches for "Hawaiian Vacations," they'd like to determine which sites have substantial (and legitimate) content related to this topic.

Lycos search manager Rajive Mathur said that some this type of move is "inevitable," for Lycos and for the *other* search engines. As they transition to this, those finding bridge pages to be effective (and not everyone does) may be looking at lost traffic.

"I'm sure they're looking at [bridge pages] and saying, 'But I've having such good success,'" said Excite's Kris Carpenter. "In three to six months, it may have the opposite effect."

### What Is A Bridge Page?

Article within Search Engine Watch that provides more details about different types of bridge pages, and how they are used.

### Bridging The Gap

Response to this article from the company that manages State Farm's listings:

Choose Another Page [ Go ]
or use the site map if you can't run JavaScript.
You may also search the site.

**Free Newsletter!**
Enter your email address below to get a
monthly newsletter about search engines

[                    ]
[ Subscribe ]
Learn more about the newsletter



Like This Site? Click Here To Tell A Friend!

By Danny Sullivan
*Search Engine Watch*
http://searchenginewatch.com/
Copyright © 1996-2000 internet.com Corp.
http://www.internet.com

APPENDIX
24



## FutureQuest

Home | Services | Support | Our Data Center | Community | About | Contact | Acct Mgmt

FutureQuest Community > General Site Owner Support (All may read/respond) > Site Promotion
**Cloaking for SEs...**

| User Name | User Name | ☑ Remember Me? |
| Password | | Log in | Lost PW |

Home | Guidelines | Register | Search ▾ | Today's Posts | Posts In ▾ | Options | Calendar

🔲 post reply

Page 1 of 3  1 2 3 > »

Thread Tools ▾ | Search this Thread ▾ | Display Modes ▾

---

**02-25-1999, 11:06 AM**

Post#: 3(4:1)

**auteur**
Registered User
Forum Notability:
0 pts:
[Post Feedback]

Join Date: Nov 1998
Location: Jupiter, FL USA
Posts: 208

**Cloaking for SEs...**

Well, I've been searching and researching this topic for myself and for work...so I thought I'd share a bit of my findings with FQ. 🙂

It has been determined that doorway pages are definitely the way to go to optimize your visibility on the search engines. But there are a few cons to doorway pages and listing high on the internet to consider. Doorway pages cons means your visitors have another click to get to your site and the con for listing high [yes, I did say there's a con for listing high] is that everyone wants your position and are willing to copy your code and use it to get there. This then boots your site out of the engine's database 100% because of the identical page creates an appearance of intentional spamming, so the engine gets rid of one page.

What to do?

Well, cloaking solves both problems. You create the doorway pages and when the search engine visits your site, it sees the doorway page created specifically for it. When visitors click on your link in the search engine they go directly to your main page not your doorway. AND possible thieves will only see the code for your main page and therefore have not access to the code that gets you on top.

Downside to cloaking...cost, I've found the range to be $800 – $1,000.00.

I don't own this software, due to cost right now. I don't resell any cloaking programs. I've just been researching it and because I have been finding more and more information on it, I thought I'd share the info. with you. I realize the places I hang out to get information isn't always where everyone else goes. 🙂 but...I'm positive you will be hearing about this sooner or later.

--------------------
Elizabeth M. Miller
Getting You the Attention You Deserve!
www.123marketing.com

---

**02-25-1999, 11:34 AM**

Post#: 35837

**Justin**
Registered User
Forum Notability:
0 pts:
[Post Feedback]

Join Date: Jan 1999
Location: Kissimmee, FL
Posts: 3,672

Isn't that basically a page / script that redirects you right to the index page? If so, that wouldn't be hard to create. But there is one thing: Altavista (and others), I think, don't like being redirected. However, a script could easily just include the index page...

I was thinking (again). What if you had a large number of *.shtml pages, with only one line:

<!--#include file="index.html" -->

So basically they're replica's, with less work, and there's no redirecting. To make them each different, put meta tags with different keywords and descriptions in each one.

Then submit them each to the engines. They'd never know, plus you'd have that many more links to the rest of your site to spider. Noone can copy and paste an SSI from your page, either.

Ok, it's just an idea. I know these things are considered spamming, but if done carefully enough (I'm sure the $800 script is slick) it could be quite effective.

Justin

---

**02-25-1999, 11:37 AM**

Post#: 35833

**Justin**
Registered User
Forum Notability:
0 pts:
[Post Feedback]

Join Date: Jan 1999
Location: Kissimmee, FL
Posts: 3,672

Just to add, a while back when I was on Geocities, I used a redirect service. http://vdjstudio.cjb.net redirected to http://www.geocities.com/SiliconValley/Station/6751 – a lot easier to remember (not to mention type).

However, when I would submit it to AV, it instantly indexes the page, and it said that it indexed the geocities one, not the redirect. I think it knew...

---

**02-25-1999, 11:45 AM**

Post#: 35834

**auteur**
Registered User
Forum Notability:
0 pts:
[Post Feedback]

Join Date: Nov 1998
Location: Jupiter, FL USA
Posts: 208

Justin... NOPE! not a redirect at all. It's all behind the scenes. The visitors are never redirected, they go directly to the main page right from the search engine. It's an IP or Agent watch for when the search engines hit your server/logs ... the robot will see the doorway created for that specific engine and will then be indexed. I have a meeting to shoot to right now. When I get back I'll scrimage up some urls for you to check out. 🙂

--------------------
Elizabeth M. Miller
Getting You the Attention You Deserve!
www.123marketing.com

---

**02-25-1999, 01:12 PM**

Post#: 35837

**auteur**
Registered User
Forum Notability:
0 pts:
[Post Feedback]

Join Date: Nov 1998
Location: Jupiter, FL USA
Posts: 208

Okay, I'm outta the meeting and at home for lunch...busy day...it's one of those what can go wrong does but what can go right does too...---eeewwww--- 😜

Here's some urls to check out more info:
Beyond Engineering CGI Food Script System
www.bev.com/indelivery/

Search Engine Cloak
www.position-it.com/secloak/
***this one has a trial download.

Swrac Feeder www.make-it-online.com/products.htm

Stealth Meta Tag Script www.outrank.com/stealth.shtml

I've been searching for a cheaper way to do this. But haven't found anything. I even tried a barter offer of promotion for product...no can do. It's not priced for smaller sites to purchase. But of course if you become a reseller, then you can sell at a discount after purchasing the initial product. Frustrating, but that's what happens when big business takes over the net. 😜

--------------------
Elizabeth M. Miller
Getting You the Attention You Deserve!
www.123marketing.com

---

**02-26-1999, 12:35 AM**

Post#: 35835

**Justin**
Registered User

Forum Notability:

Ok, in other words, it's a special made page just for them - I think. Sort of like protecting your images by requiring a certain client domain and / or referer - and I suppose you could tailor one for each engine. I like that, but it is way too expensive. Isn't there a more affordable alternative that's almost as good? 😉

Justin

0 pts:
[Post Feedback]

Join Date: Jan 1999
Location: Kissimmee, FL
Posts: 3,672

---

● 02-26-1999, 12:42 AM

**Jacob Stetser**
Registered User

Forum Notability:
0 pts:
[Post Feedback]

Join Date: Dec 1998
Location: Decatur, GA 30032
Posts: 447

Posts: 35636

Downside is right!

I've researched a few of these programs and the least expensive, but also least feature-laden, costs $99.

I wish there were a powerful freeware/shareware Cloaking program. Anyone want to help program one?

Ditto on a powerful advertising server. Those get real expensive too when you get up to the extended features.

Sigh 

---

● 03-06-1999, 04:16 PM

**auteur**
Registered User

Forum Notability:
0 pts:
[Post Feedback]

Join Date: Nov 1998
Location: Sumter, FL USA
Posts: 208

Posts: 35643

There is two ways to do this, Agent name or IP. I don't think the index has to be a cgi, though. I've not gone further than what I had before. If you're a member of searchenginewatch.com then head here for some insight: www.searchenginewatch.com/subscribers/delivery.html

If not, here's an exerpt:

> Quote:
> The drawback to agent name delivery for many people is the fact that it is
> possible for someone to trick your server into believing they are a search engine
> spider. This means that your code is not 100 percent safe from prying eyes. However, agent name delivery is a simple and easy way for many people to get closer to the goal of code security.
>
> IP delivery is much harder than agent delivery. It will likely involve some custom
> programming to rig your computer to deliver pages based on an IP address. Moreover, IP addresses can often change. You can expect to be monitoring search engines on a regular basis to find any
> changes, if you decide to use IP delivery.

Hope this helps.  I'd love to have a group effort on this. Oh, and the IP is the way to hide the code. With the amount of code stealing going on, I'd want to have a way to hide the source from visitors. 

------------------------
Elizabeth M. Miller
Getting You the Attention You Deserve!
www.123marketing.com

---

● 03-06-1999, 11:14 PM

**Justin**
Registered User

[image icon]

Forum Notability:
0 pts:
[Post Feedback]

Join Date: Jan 1999
Location: Kissimmee, FL
Posts: 3,672

Posts: 35642

I have to wonder how much of a difference it can really make to have agent specific pages. I'm not sure it would really generate that many more hits, considering the amount of work involved... am I just that new??  It just seems like that is a lot of work to trick the search engines.

I would imagine, if I had $800 - $1000 to spend on promotion for my site, I'd think that would be better spent on getting ads put up or site design - not a cgi. This is only my opinion, of course, and I'm not knocking the idea. I like the idea of building your own cgi to accomplish this, I just don't see spending that much money on something like that...

A lot of people would consider that spamming - I'm not sure where I stand on that right now, but it's certainly not the most honest way to generate traffic. I don't mean this to be against anyone, again, just my opinion, but if I had a thousand bucks to spend just to generate more traffic, I'd use it to buy a lot of coffee and just work on the site itself, and spend more time submitting to the search engines manually 

I haven't gotten into Yahoo yet, but otherwise I've been satisfied with the SE's. AltaVista brings me quite a few hits, and the others have me listed. I guess I'm just not too worried about generating a million hits a day - with this particular site anyway. I make my money from downloads of my program, not hits to my site, and most of my downloads come from Download.com, etc, which has done me better than any SE could. My ad banners are just an extra buck or two every now and then  I guess if that was my main reason for having a site, I'd be more interested in the SE's (and I would hope I'd do a better job designing the site, too )

On a side note, Windows keeps changing the registry back. I keep altering it and it puts it back  It has a mind of it's own...

------------------------
**Justin Nelson, SFE Software**
**www.vdj.net**

[This message has been edited by Justin (edited 03-06-99).]

---

● 03-07-1999, 12:06 AM

**jenili**
Site Owner

Forum Notability:
10 pts: User-friendly
[Post Feedback]

Join Date: Feb 1999
Location: Tempe, AZ, USA
Posts: 132

Posts: 35638

> Quote:
> The visitors are never redirected, they go directly to the main page right from the search engine. It's a IP or Agent watch for when the search engines hit yourserver/logs ... the robot will see the
> doorway created for that specific engine and will then be indexed.

A good idea. Folks, in its base form this is [b]very[/i] simple to do. Just make your home page a CGI application (name it index.cgi and add a line to your .htaccess file to use index.cgi as a home page name, oh, and another line to enable CGI as a file type in that directory -- caution, this has some implications.) The CGI application, in a really simple form, would be something like this.

$ua = $ENV{'HTTP_USER_AGENT'};

if ($ua eq Yahoo user-agent string)
{$file = "yahoopage.html";}

(repeat above for each user-agent)

if ($file eq "")
{$file = "index.html";}

open (UAPAGE, "<$file");
@page = <UAPAGE>;
close (UAPAGE);
print @page;

---

So what are the user-agent strings for Yahoo and all the rest? See
http://info.webcrawler.com/mak/proje...ts/active.html

'Course, if you want to do this for a *lot* of user-agents, you're going to get sick of all those if statements. You'll want to create a hash table instead, with the user-agent string and the customized page to deliver.

Then you'll get tired of editing the hash table directly, so you'll write yourself a little Web interface to edit it for you.

Then you'll get tired of typing in all those user-agent strings by hand, so you'll create a table from WebCrawler with *all* the user-agent strings (see robot.name, robot.user-agent, and robot.status in their machine-readable text file), and rewrite your Web interface so that you'll just pick from their names when you indicate the page for 'em. You might even want to write a little weekly cron job (can we cron on FQ?) that goes out and adds new entries from WebCrawler's file to your table.

Then you'll want to do it for more than one index page, so you'll add another field to your hash table for file or directory names, modify your CGI to check the URL requested, and either include the CGI in all those pages with SSI or just change each one of those pages to a copy of the CGI (I vote for the former, which would be much cleaner, but you may not have privs to do that on your Web host).

Then you'll want to play around with a Web interface for creating the customized pages for each engine. It might take keywords and description and put them into the appropriate format for each page. Maybe you'll want to run a cron job that touches all those pages too, even moving stuff around in them to keep them fresh. This would be the trickiest part, figuring out how to generate a desirable page for each engine you're interested in, and it would probably be less effective than creating your own highly tweaked pages for the biggies. But it might save you some time, so you might do it. I know there are lots of URLs on this topic; here's one I know of:
http://www.searchenginewatch.com/

Then you'll want to combine your two Web interfaces so you can just enter the keywords/descriptions/text and check off the search engines you want to cater to, and it'll do all the rest for you (creating the custom pages and editing the hash table).

By this time, you'll have some other ideas about what else you want to do, especially if you've dowloaded trials of any of the commercial cloaking products and wished for some of their features.

And then you'll have one of those $800-1000 packages (or better), and you'll write yourself a little Web interface to edit it for you.

If any FQ-using folks are interested in collaborating on a tool like this, I am too. My time's really limited right now but should free up a bit in May or June. My biggest concern about releasing it would be people using it to dishonest ends. I like Cloakbot's license agreement that says your license ends immediately if you use it to spamdex, but really, how do they enforce something like that?



OBTW, the claim that nobody else can steal your position-grabbing code when you use this technique is total BS if you're using user-agent strings. All they have to do is change their user-agent string and hit your site. On Windows, that means editing the registry. It's easy, though I grant fewer people will be able to do it than would otherwise be able to snarf your code. If you're using IPs instead of user-agent strings, you have a better chance of not getting snarfed. Not impossible to snarf you, but much more difficult and probably not worth the effort for someone who can pull it off.

*jeni*

FutureQuest

Home | Services | Support | Our Data Center | Community | About | Contact | Acct Mgmt

FutureQuest Community > General Site Owner Support (All may read/respond) > Site Promotion
**Cloaking for SEs...**

Home        Guidelines        Register        Search ▾        Today's Posts        Posts In ▾        Options        Calendar

User Name [ User Name ]  ☑ Remember Me?
Password [          ]  [Log in]  Lost PW

[ post reply ]                                                                            Page 2 of 3 ◄ 1 2 3 ▶ ►

Thread Tools ▾   Search this Thread ▾   Display Modes ▾

---

**gwlubin**
Registered User
Forum Notability:
0 pts:
[Post Feedback]
Join Date: Feb 1999
Location: london, england
Posts: 182

☐ 03-07-1999, 12:39 AM                                                                                   Post#: 35839

dear elizabeth,

thanks for raising this subject and for the valuable info.

It's too much for me to take in right now, but i have a feeling it'll come in very handy in the future.

g

---

**Justin**
Registered User

Forum Notability:
0 pts:
[Post Feedback]
Join Date: Jan 1999
Location: Kissimmee, FL
Posts: 3,672

☐ 03-07-1999, 12:44 AM                                                                                   Post#: 35840

Wow - impressive! But I want to add that I've heard some search engines stop on the word CGI - and they have many triggers to find whether a page is static or dynamic. So you'd have to call the page something like .chtml or something, setting up an AddHandler or whatever...

I'm not sure if all engines do this, but I have heard that somewhere before - or does the page come up to the user with a different name? Or can you make that happen?

PS - thanks for the User Agent History trip 😊 I'm now surfing as:

**Godzilla/4.0 (compatible; M$IE 4.01; Windoze 98)**

hehe - too cool 😎

---------------
**Justin Nelson, SFE Software**
**www.vdj.net**

---

**Jacob Stetser**
Registered User

Forum Notability:
0 pts:
[Post Feedback]
Join Date: Dec 1998
Location: Decatur, GA 30032
Posts: 447

☐ 03-07-1999, 02:09 PM                                                                                   Post#: 35843

I'd be interested in helping out in any way I can.. I have a membership at Searchenginewatch.com so I can get the IPs and user-agent stuff, I believe.

Justin, this sort of thing is really only spamming if you use it to hide the regular old spamdexing techniques, which the search engines get you for anyhow. The reason some people consider it spamming is because they can't see your meta tags (and copy them 😊) so they automatically assume you're doing something unfair, especially if you're high in the rankings.

As for blocking cgi, using the .htaccess to make index.cgi your default page goes around that.. because the search engine only sees http://www.yourdomain.com/ instead of http://www.yourdomain.com/index.cgi.

There are other ways of working around that limitation- why not write a PHP based cloaking script? It would use far less of the system resources, isn't blocked by search engines (as long as things like ? don't appear in the URL), and would probably be easier to integrate into FQ 😊

A final thought, I think the best way to go about this is to keep the script separate from pages and call via SSI or PHP includes.

I'd love to be a part of this.. oh, Auteur, btw, about that Links script, I've actually done a bit of work on it, but I didn't hear back from you last week. If no-one else has already finished it for you, let me know and I'll show you what I've done.

Jake

---

**Justin**
Registered User

Forum Notability:
0 pts:
[Post Feedback]
Join Date: Jan 1999
Location: Kissimmee, FL
Posts: 3,672

☐ 03-07-1999, 02:39 PM                                                                                   Post#: 35844

Well, I'm not saying that it's necessarily wrong. I am thinking of a less elaborate method myself. I never thought of php though - how simple. Just a simple if-else statement, outputing the proper HTML / meta tags, etc.

I was only thinking that it sounds a lot like when a food critic is on his way to your restaurant, you make sure the place is clean, and that his/her favorite dish is being served tonight.... you know? Not wrong, really, just a tad misleading.

But I also realize that all of the other restaurants are doing the same and more, like making sure his/her favorite table is available, his/her favorite music is playing on the jukebox, etc, and if my restaurant doesn't measure up, I won't get a good review 😊

All in all, the more I think about it, the more I like it 😊

---------------
**Justin Nelson, SFE Software**
**www.vdj.net**

---

**auteur**
Registered User

Forum Notability:
0 pts:
[Post Feedback]
Join Date: Nov 1998
Location: Jupiter, FL USA
Posts: 208

☐ 03-07-1999, 02:42 PM                                                                                   Post#: 35845

I still don't think the index page has to necessarily be a cgi. But, since I'm not an expert I'm not going to pour these words in a concrete sign 😊.

It is not spamming if the same rules to doorway pages are used...must pertain to content, don't keyword stuff hidden text, etc..oh and no stealing someone else's code. 😊

Jake,
I was going to give it the college try yesterday but there was a thread in the server forum on troubles that Benson was having with the script. So, he said the owner of the script was going to update it and it'd be no good to install the script until the update is in place. He also said he'd do it for me too. Thanks for your help. I thought I'd emailed you and I hadn't heard back so I figured you must have been busy. Which I completely understand. 😊

So it's on hold for now.

As for the cloaking, if instead of guessing one of the places from one of my above posts has a trial download. It does me no good being new to cgi to figure it out. But I'm sure the program itself will give more information about how it works. 😊

---------------
Elizabeth M. Miller
Getting You the Attention You Deserve!
www.123marketing.com

---

**auteur**
Registered User

Forum Notability:
0 pts:
[Post Feedback]
Join Date: Nov 1998
Location: Jupiter, FL USA
Posts: 208

☐ 03-07-1999, 02:48 PM                                                                                   Post#: 35846

Hey Justin, we're posting at the same time. I meant to respond to something you've said earlier...

As to the search engine game and it's relevancy. I guess I'm a little bias since I am paid to be specialized in the visibility of the CBS SportsLine site on the engines. But>>>

Research shows that 53% of internet searchers polled will find a website via search engines over any other vehicle, such as other sites, banners, etc...

It's extremely important to anyone who has a low to no budget for internet marketing to get as high as possible, since they can't make the big deals that we do at work with the big websites for impressions, partnership programs and backend bartering.

And if you have a free content only site with banner ads that support the site, it's extremely important to keep the unique visitor count up to get quality advertisers paying to be located on your site.

BUT ... like I said, I am a little bias on the subject. ;-) I live for internet promotion.. heehheehee

--------------------
Elizabeth M. Miller
Getting You the Attention You Deserve!
www.123marketing.com

---

● 03-07-1999, 04:23 PM

**jenili**
Site Owner

Forum Notability:
10 pts: User-friendly
[Post Feedback]

Join Date: Feb 1999
Location: Tempe, AZ, USA
Posts: 133

> Quote:
> So you'd have to call the page something like .chtml or something, setting up an AddHandler or whatever...
> I still don't think the index page has to necessarily be a cgi.

No, in our FQ environment, it certainly doesn't. First line of my .htaccess file:
AddHandler server-parsed .html

which means, treat *all* HTML documents as if they were .shtml. I just tested, and on FQ you can SSI a CGI no problem. So you're home free as far as that goes. The search engine would think it was dealing with a flat HTML file. If that didn't work for you, and if you were going full-out with this stuff, you might do something nutty in .htaccess like
Action search-spoofer secloak.cgi
AddHandler search-spoofer .html

which would make secloak.cgi handle all .html documents in your space (well, I haven't tested that, but that's what the Apache dox seem to say).

Elizabeth, I don't see anyone here guessing about how it's done -- just some discussion about what would be the best way for us to do it in our environment. There's always more than one way to do stuff in Web applications, and "how" is the most fun to think about.... 😊

WRT IP address vs. user-agent, yeah, that would be a lot harder to fake (I didn't say impossible, but it's not something *I* can do without some extensive research 😐 ). Unfortunately, I imagine biggies like Yahoo could have a *lot* of totally distinct IP addresses, and I also imagine they could change for load-balancing or other purposes. If we could find a good, exhaustive, oft-refreshed list of SE IPs out there, IP filtering would be easy enough -- just check REMOTE_ADDR instead of HTTP_USER_AGENT.

I think there are some other good reasons to do something like this, besides search engine positioning. One example: On our latest redesign project, my team was actually sweating to shave 100ths of a K (as in, yes, 10s of bytes) off of image sizes to scrounge download time. At that point, the savings of not including metadata in the document itself, but including it in a search-engine-specific page, could become very real (to the tune of 1/2 K or more). Not to mention that our local copy of Ultraseek is tuned differently from Infoseek itself, and we might want to include some special metadata for *our* SE that we don't want other SEs to see (e.g., titles that don't list our organization's name). We may handle content differently once you're *there* than we would want to handle it to an external SE.

And some SEs seem to consider very legitimate design techniques (e.g., small fonts) spamdexing. It'd be nice to be able to deliver a page optimized for a particular SE's algorithm without compromising the for-people design of the page, assuming of course that you do so honestly and ethically and all that jazz.

I think this would be fun. I can bring CGI background to the table, and the algorithm is pretty clear to me. If anyone moves past talking and into doing over the next couple of months... count me in, as long as it's an altruistic type of project (read: no conflicts over marketing and intellectual property, and we give the results gratis to our tireless hosts). :p

Justin, on your UA getting rewritten (I assume every time you run IE), it does that to me too. If you want to change it permanently I think you have to edit the IE executable with a hex editor (a bit scary) -- used to have a URL on doing this -- will look for it next week.

jeni

---

● 03-08-1999, 07:49 AM

**auteur**
Registered User

Forum Notability:
0 pts:
[Post Feedback]

Join Date: Nov 1998
Location: Jupiter, FL USA
Posts: 208

Jenili, welcome to the discussion.. 😊

I'm not a the techie so my confusion on cgi may get in the way every now and then. I'd love to get beyond the discussion and put into action this program.

I'll add my search engine knowledge for the doorway pages that have to be created.

I'm already in the process of finding the right template for work for each engine.

BTW, this technique --as with the doorway pages--shouldn't be used for Yahoo! as it is not an engine but a directory. This wouldn't help in any way with them since humans visit the sites and manually add it to their directory. A site's visibility on Yahoo! is completely based on the verbage used in the initial submission process.

--------------------
Elizabeth M. Miller
Getting You the Attention You Deserve!
www.123marketing.com

---

● 07-03-1999, 04:41 PM

**mopacfan**
Registered User

Forum Notability:
0 pts:
[Post Feedback]

Join Date: Jul 1999
Posts: 1

Between IPush and Cloakbot, which one do you think is the better product? They are both $150. The cloakbot website is much less professionally designed, but the features are better represented. IPush has a nice, but spartan website. The user interface is unattractive. I'd like to get everyone's thoughts.

Sincerely,

Michael

---

● 07-03-1999, 06:20 PM

**Rich**
Merchant Rep

Forum Notability:
153 pts: Ambassador of Goodwill
[Post Feedback]

Join Date: Nov 1998
Location: Indiana, USA
Posts: 1,658

Just a word of caution:

Search engines recognize doorway pages as an ethical way to index your site IF the doorway pages are relevant and are not just copies of other pages. One appropriate use example would be to create a doorway page for different products or services, etc.

Cloaking is NOT reconized by search engines as an ethical tool to index your sites. Use cloaking tools and other redirect methods with caution. Many search engines prohibit their use and will ban sites that they find using them.

[The above information was reported in a recent newsletter from First Place Software and was based on discussions with search engine personnel.]

Regarding cgi or other dynamically generated pages: you will find that these are extremely difficult to get indexed. My timezoneconverter.com site uses almost all dynamically generated pages due to the nature of the Converter utilities. I have found it very difficult to get anything indexed other than the home page, which is static. Doorway pages are an effective way to advertise and index dynamic sites.

Rich

---

🗨 post reply                                                                              Page 2 of 2  ◄ 1 **2** ► »

« Previous Thread | New Threads | Next Thread »

Currently Active Users Viewing This Thread: 2 (0 members and 2 visitors)

**Posting Rules**
You **may not** post new threads
You **may not** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

Forum Jump
Site Promotion

All times are GMT -4. The time now is 03:26 PM.

Running on vBulletin®
Copyright © 2000 - 2010, Jelsoft Enterprises Ltd.

Hosted & Administered by FutureQuest, Inc.
Images & content copyright © 1999-2010 FutureQuest, Inc.
 Follow @FutureQuest



**FutureQuest**

Home | Services | Support | Our Data Center | Community | About | Contact | Acct Mgmt

FutureQuest Community > General Site Owner Support (All may read/respond) > Site Promotion
**Cloaking for SEs...**

| User Name | User Name | ☑ Remember Me? |
| Password | | Log in | Lost PW |

Home | Guidelines | Register | Search ▾ | Today's Posts | Posts In ▾ | Options | Calendar

Page 3 of 3 ◄ 1 2 3 ►

Thread Tools ▾ | Search this Thread ▾ | Display Modes ▾

---

● 07-04-1999, 12:35 AM                                                                 Post#: 35451

**Justin**
Registered User

Forum Notability:
0 pts
[Post Feedback]

Join Date: Jan 1999
Location: Kissimmee, FL
Posts: 3,672

Or you could use PHP or embeded Perl to make dynamic pages that appear to be static pages 😊 www.HostFacts.com is nearly 100% dynamic, but doesn't look much different until you get into searching and other stuff like that 😊

------------------
Justin Nelson
FutureQuest Support

---

● 07-04-1999, 01:29 PM                                                                 Post#: 35652

**auteur**
Registered User

Forum Notability:
0 pts
[Post Feedback]

Join Date: Jan 1998
Location: Jupiter, FL USA
Posts: 208

Actually that is not totally correct.  Cloaking is acceptable, but has the same implications that doorway pages have...must be relevant, must not be a copy of anothers pages and must not use spamdexing techniques.

Not all search engines like doorway pages, i.e. Infoseek. So, it depends on who you ask.

As for dynamic pages, I agree. Static pages get indexed much faster and have a better chance of getting a high ranking.

I don't know much on the subject of PHP, so I don't know how well that would or would not work.

My P.O.V.

------------------
Elizabeth M. Miller
Getting You the Attention You Deserve!
www.123marketing.com

---

● 07-04-1999, 02:53 PM                                                                 Post#: 35653

**Justin**
Registered User

Forum Notability:
0 pts
[Post Feedback]

Join Date: Jan 1999
Location: Kissimmee, FL
Posts: 3,672

I know most search engines will stop on any of the following in a URL:

/cgi-bin/
.cgi
?
=
&amp;

These are all tell tale signs that it's going to be dynamic content - so even PHP would have the same problems if the file is followed by a query. Which is why I am considering making my site split arguments via a slash instead of ? - so, for example, viewing a hosting package:

Now: http://www.hostfacts.com/hosts/show.php3?ID=1

Better: http://www.hostfacts.com/hosts/show/1

Or even better (Amazon does this): http://www.hostfacts.com/hosts/000001.html

Where it would convert 000001.html to show.php3?ID=1 😊 Then I could create a static page (one that looks static anyway) listing all hosting plans, along with a URL to the plan's listing, allowing an SE to index it 😊

I'll post to let you know how it works - BTW, Jake gave me this idea a while back and I forgot about it until reading this thread again. Thanks, Jake 😊

------------------
Justin Nelson
FutureQuest Support

---

● 07-04-1999, 04:47 PM                                                                 Post#: 35654

**Justin**
Registered User

Forum Notability:
0 pts
[Post Feedback]

Join Date: Jan 1999
Location: Kissimmee, FL
Posts: 3,672

Ok, I have created a page of links to a bunch of innocent looking, static like plain jane HTML pages. What these do is take a URL like **/hosts/66.html** and show the contents of **/hosts/show.php3?ID=66.** Normally show.php3 sends no cache headers, stating basically that it is expired, was modified today, etc - but if the REQUEST_URI contains &quot;html&quot;, it doesn't send those headers, in order for the search engines to believe it is static content.

I also removed the no cach headers from the links page. This page contains links to each hosting plan in the database, links to the search engine, showing all pacakges by any particular host (and the search outputs html links too), and links to all of my news items, also rewritten to html.

http://www.hostfacts.com/hosts/SE/

This looks static enough, it's small and has no banners etc - it's a search engine only page. All of the links are .html, rewritten to the proper script when clicked. So far it works awesome 😊 Now the engines will hopefully eventually spider that page and index all of my &quot;static&quot; content 😊

We'll see how it works out. Thanks again, Jake, for the great idea - I don't think I would have thought this scheme up on my own (although I admit I did it a little differently than you showed me because I deleted the message by accident hehe 😊)

------------------
Justin Nelson
FutureQuest Support

---

● 05-21-2000, 12:39 AM                                                                 Post#: 35655

**infinitevoid**
Registered User

Forum Notability:
0 pts
[Post Feedback]

Join Date: May 2000
Posts: 1

gone
[This message has been edited by infinitevoid (edited 04-03-01@2:30 pm)]

---

Page 3 of 3 ◄ 1 2 3 ►

« Previous Thread | New Threads | Next Thread »

**Currently Active Users Viewing This Thread: 2** (0 members and 2 visitors)

Posting Rules



APPENDIX
25

https://www.clickz.com/to-cloak-or-not-to-cloak/81785/                                                                                09/20/2020



This site uses cookies to improve your user experience. Read More    Accept

Articles   Resources   Events   Tech Talks (New)   Advisory Board   Digital Marketing   Marketing Technology   Emerging Technology   More

Digital Marketing > Search Marketing > To Cloak or Not to Cloak

# To Cloak or Not to Cloak

In the field of search engine optimization, cloaking has come under fire regarding whether or not it is a legitimate, ethical, online marketing strategy. What is cloaking? It's a search engine optimization strategy in which a web page is created for each of the major search engines for top positioning, but only the search engine spiders see the optimized pages while end users view a different page. Detlev and Shari give you the pros and cons.

**Author**
Detlev Johnson and Shari Thurow

**Date published**
July 21, 2000

**Categories**
Search
Search Marketing

  

In the field of search engine optimization, cloaking has come under fire regarding whether or not it is a legitimate, ethical, online marketing strategy.

Cloaking is a search engine optimization strategy in which a web page is created for each of the major search engines for top positioning, and only the search engine spiders see the optimized pages. The optimized web pages are never seen by end users. The end users view a different page, hence the term "cloaking."

### How Cloaking Works

Cloaking is a program (installed on your web server) that detects visitors to your web site. The cloaking system works by detecting search engine spiders via spider name or IP address. By comparing the IP address of the site visitor to a database of IP addresses of search engine spiders, the cloaking program determines whether or not a visitor is a search engine spider. The server will cloaking system works by detecting search engine spiders via spider name or IP address. By comparing the IP address of the site visitor to a database of IP addresses of search engine spiders, the cloaking program determines whether or not a visitor is a search engine spider. The server will send a display page to all other machines requesting that URL bearing a generic IP.

Thus, if the program detects the AltaVista spider, the spider is sent a web page optimized for AltaVista. If the program detects the Inktomi spider, the program sends a web page that is optimized for Inktomi. If the program does not detect a search engine spider, then a web site's viewable page is displayed.

The IP numbering system is an addressing protocol vital for connection and delivery of data across the Internet and cannot be legally falsified. Lists of spider IP numbers are widely available, and new spider IP numbers can be spotted reasonably easily and quickly.

Cloaked web pages can be well suited for the top search engine positions because these pages do not have to be visually appealing. They would be simple in design and contain nothing but keyword-filled content because a real person (an end user) will never see this page.

### Pros

One of the advantages of cloaking is that you can tailor web pages for each individual search engine spider and score top positions in multiple search engines. It is very difficult for a single page to do well in all of the search engines because each search engine uses a different algorithm to rank web pages.

Another advantage of cloaking is that a site will not be limited to a search-engine-friendly design and layout. There are many web sites that have good content and design that the search engines have a difficult time indexing. The cloaked pages will allow for optimal search engine indexing. The visually appealing web pages are purely for end users.

The main reason people use cloaking is to hide HTML code from prying eyes. When you achieve top search engine positions, your top-ranked web pages will probably be analyzed by your competitors. Cloaking these web pages will keep important optimization strategies (keyword frequency, keyword placement, word count, etc.) from your competitors.

### Cons

Though cloaking can keep your competitors from some of your search engine optimization strategies, it can also be used to hide other things. People can steal your site's content (HTML tags and text) and hide it behind a stealth script. Other spam techniques, such as redirected pages, can also be hidden from end users.

Writing effective meta-tags and having optimal keyword placement are both good search engine

### Explore Tech Talks (New!)



**Blueshift**
Blueshift's SmartHub Customer Data Platform (CDP) ... View Tech Talk

Blueshift's SmartHub Customer Data Platform (CDP) ... View Tech Talk



**Litmus**
Litmus provides the leading email workflow and col... View Tech Talk

**Mopinion**
Mopinion is an all-in-one user feedback platform t... View Tech Talk

### Whitepapers



**US Mobile Streaming Behavior**
Streaming has become a staple of US media-viewing ... Download Now

**Winning the Data Game: Digital Analytics Tactics for Media Groups**



algorithms. For example, all of the major search engines measure popularity (link popularity and/or click-through popularity) in some manner. If cloaked pages are never visited by end users, then the cloaked pages cannot attain good popularity.

The major downside to cloaking may have you thinking twice about using it. The search services do not approve of cloaking. In a recent post to I-Search Discussion List, Marshall Simmonds, Manager of Search Engine Relations at About.com, posted the recent conversations he had with representatives from AltaVista, Inktomi, and Northern Light. The sentiments expressed were simple and to the point: Web sites that cloak will be permanently banned from their search engine databases. Sounds like deterrent language to us.

Also, many people have reported to I-Search that they do better with positioning if they simply optimize normally and use techniques that are not possible with cloaked pages.

ALSO ON CLICKZ

| Five ways brands can win in the new ... | The most effective marketers use ... | The 12Ps of marketing technology (martech) | Get human in your marketing now to ... |
|---|---|---|---|
| 11 days ago • 1 comment | 6 days ago • 2 comments | 4 days ago • 1 comment | 20 days ago • 1 comment |
| Catalyst's Paula Hunsche shares five ways that marketers can succeed ... | Ceros surveyed more than 1,000 marketing and design professionals for their ... | Based on her experience, Colleen Scollans developed a 12-step process for ... | To remain competitive, B2B companies must adopt human-centric marketing ... |

**0 Comments**  ClickZ  🔒 Disqus' Privacy Policy  🔴 Login ▾

♡ Recommend  🐦 Tweet  f Share  Sort by Best ▾

Start the discussion...

LOG IN WITH  OR SIGN UP WITH DISQUS ⑦

Name

Be the first to comment.

✉ Subscribe  ✚ Add Disqus to your site  ⚠ Do Not Sell My Data  **DISQUS**

• Read the next article •

# Tech talk with OnCrawl: The role of SEO in the greater digital marketing sphere

In our latest Tech Talk, Laura Bony, OnCrawl's Head of Sales, North America discusses their SEO tool's offerings, challenges it helps businesses overcome, and more.

Author
Abhishek Shah

**Date published**
September 11, 2020

**Categories**
Digital Marketing
Search Marketing
Tech Talks

**30-second summary:**

- SEO in your marketing strategy can significantly improve your online visibility.
- In our latest Tech Talk, Laura Bony, OnCrawl's Head of Sales, North America discusses their SEO tool's offerings, challenges it helps businesses overcome, and more.
- Technical SEO is a combination of content, internal links, log files, and search data.
- Improving your traffic and rankings can lead to an increase in profits.
- Subscription-based SEO services with SEO professionals in the support team make analyzing data, and setting KPIs easier than ever before.

Search engines have become a ubiquitous part of our online experience. An increasing amount of marketing budget is being spent on getting websites to the first page of Google.

If you're struggling to get your website in front of your prospective customers, and aren't generating the sort of revenue you know you should be, maybe it's time for your business to revisit SEO.

In our latest Tech Talk, Laura Bony, OnCrawl's Head of Sales, North America discusses their SEO tool's offerings, challenges it helps businesses overcome, and more.

## Make smarter, more dependable solutions with technical SEO

SEO platforms can help you make smarter, more strategic SEO decisions. Using this type of technology will give you a more accurate view of what pages Google's bots are frequently visiting and which sections of your website seem to be valuable for Google.

The advantage of this is you can determine exactly which areas of your website to work on to increase visibility and revenue.

### Two examples to highlight the importance of technical SEO

SEO is a vital part of any successful digital marketing strategy. And when done properly it has huge benefits to any business. Here are two convincing statistics to show how important SEO software is for marketers to use:

1. eMarketer said that 57.4% of marketing specialists say SEO makes the biggest impact on their lead generation goals.
2. According to a Conductor survey, 66% of digital marketers say that organic search was their top-performing online channel in 2019.

SEO is often compared to gardening or cooking even – it takes careful strategizing, planning, and time. It also requires the right equipment being used properly for success.

## How OnCrawl helps with your SEO

OnCrawl combines your content, internal links, log files, and search data at scale so you can open Google's black box and so you can confidently build an SEO strategy.

As an SEO crawler, log files analyzer, and third-party integrations platform, OnCrawl generates actionable dashboards to support your entire search engine optimization process. It also helps you improve your rankings, traffic, and online revenues.

To quickly discover OnCrawl's offerings, you can also view their Tech Talk below:



## About OnCrawl and how it helps marketers

At the very beginning, OnCrawl was meant to be a one-time data project.

In 2013, François Goube and Tanguy Moal developed a crawler technology specifically for the needs of the largest French ecommerce website, called Cdiscount, who has been using OnCrawl since then.

When François and Tanguy got the first results out of their own platform, they realized they wanted to make these advanced search technologies accessible to the greatest number of SEO professionals.

Created for ecommerce, online publishers, and SEO agencies who need a deeper site crawling and daily monitoring, OnCrawl currently works with over 1,000 companies in 66 countries. With offices in France and Canada, OnCrawl has grown up to 50 employees and won 10 international awards.

**Whitepapers**



**US Mobile Streaming Behavior**
Streaming has become a staple of US media-viewing ... Download Now

**Winning the Data Game: Digital Analytics Tactics for Media Groups**
Data is the lifeblood of so many companies today. ... Download Now

**Giving a Voice to Your Brand**
Voice commerce, or conversational commerce, is a m... Download Now

**Mobile Messaging Masters**
Every year the mobile market continues to grow and... Download Now

**Popular Posts**



**What the holiday shopping season will look like in 2020**
As the 2020 holiday shopping season approaches, we've gathered some trends from the first half the year to help retailers align themselves with shopper expectations during the age of COVID-19 ... Read more

**Why marketing will improve thanks to the death of third-party cookies**
Alex Yoder, EVP of Analytics at Merkle, details why the death of third-party cookies will actually be a good thing for marketers... Read more

**The 12Ps of marketing technology (martech)**
Based on her experience, our Advisory Board member Colleen Scollans developed a 12-step process for implementing martech (12Ps of Marketing Technology©) that she uses with her consulting clients... Read more

OnCrawl helps SEO professionals solve their SEO issues by improving their organic traffic, rankings, and revenues. Driven by a strong tech spirit, OnCrawl gives search marketers easy access to the data they need by providing actionable and reliable dashboards and reports that marketers can leverage.

## Why more and more customers are using OnCrawl

OnCrawl is currently the fastest growing SEO software on the market.

They have created the next generation of technical SEO platforms by integrating data and providing insights across the whole search engine optimization process.

Innovation is definitely in their DNA, and it's why they have released the first R&D platform exploring the cross-path between technical SEO, data science, and machine learning.

Another of their core values is customer support. OnCrawl has a whole team of SEO experts to assist their customers and help them to go further and deeper into their SEO challenges.

On top of that, they have been recognized three years in a row as the best SEO tool in Europe and, last year, as Best Search Tool at the US Search Awards.

### How OnCrawl has helped customers

An example of how OnCrawl has helped customers is: Murat Yatagan, VP of Growth at Brainly. Murat is not only an OnCrawl user but also one of its brand ambassadors. When he first started at Brainly, he conducted a full audit of the website using OnCrawl.

OnCrawl allowed him to see that the number of internal links pointing to legacy pages was actually decreasing Brainly's website signals from the most valuable pages according to the company SEO strategy.

Murat knew he would have to explain the ROI of SEO for key pages and show the value of his SEO project. Using OnCrawl, he was able to earn the support of decision-makers and engineers in order to carry out the project successfully.

What made OnCrawl so valuable in this project was the ability to cross-analyze all of the available data in one place. This allowed Murat to go beyond data insight generation and regular monitoring. OnCrawl gave him easy access to the numbers and charts he needed to tell the right story to the people he's working with.

## Is there anything OnCrawl can't do?

According to OnCrawl, their technology is only limited by its clients' server limits. For example, the technology used by OnCrawl allows you to crawl at an infinite speed. Of course, this means that the actual speed used is determined by their client's IT infrastructure.

They currently collect up to 25 million URLs per day, or approximately 1 billion web pages and 150 billion links per month.

## OnCrawl's price point

Like many SEO platforms, the pricing for OnCrawl is based on the number of pages you want to crawl and the number of log lines you want to analyze. In other words, it's the size of your website and the amount of traffic it receives that determines OnCrawl's monthly cost.

A subscription-based service, OnCrawl starts from 59USD per month. From there you can get a customized subscription plan for large websites. One key advantage of using OnCrawl is their support staff are SEO experts, so you know any troubleshooting you need will be reliable.

Their team is able to help you define your crawling strategy based on a wealth of industry knowledge. Whether you need your data analyzed, an optimized SEO roadmap, or suggestions for which KPIs to track in different reports, their team is there to help you every step of the way.

With this SEO technology, you can reliably improve your website's overall Google presence, and start to see an increase in revenue from your SEO efforts.

*Abhishek Shah is the co-founder of Ally Digital Media, a leading voice in digital media and marketing. He advocates for evidence-based marketing strategies to fuel the businesses. He can be found on Twitter @abhishek*

▾ Read the next article ▾

# How to be successful with Google Shopping Ads

Inflow's new eBook reveals to eCommerce vendors how to better leverage Google Shopping Ads by avoiding three

common mistakes and drive value with one of three winning campaign structures.

**Author**
Jacqueline Dooley

**Date published**
August 12, 2020

**Categories**
Digital Advertising
Digital Marketing
Ecommerce
Search Marketing
Sponsored

### 30-second summary:

- Inflow is a Denver-based digital marketing agency that specializes in creating and managing Google Shopping campaigns for their eCommerce clients
- Inflow's eBook, How to Identify and Execute a Winning Google Shopping Campaign, provides an overview of how Google Shopping operates within the context of a Google Ads strategy.
- The eBook explains three common vendor mistakes within Google Shopping that contribute to wasted spend and poor results.
- Inflow also provides three proven campaign structures that are designed to mitigate waste and maximize return.
- Inflow's eBook, How to Identify and Execute a Winning Google Shopping Campaign, is available for download from ClickZ.

Denver-based digital marketing agency, Inflow, is a premier Google Partner that specializes in growing results specifically for eCommerce clients. Inflow recently published a comprehensive eBook, How to Identify and Execute a Winning Google Shopping Campaign, aimed at helping advertisers get the most out of their Google Shopping ads.

*Content produced in partnership with Inflow.*

## A brief history of Google Shopping

Google Shopping was initially launched by Google in 2003 under the name Froogle.

While initially free for vendors, in 2012, Google rebranded the service as Google Shopping and pivoted to a pay-to-play model where merchants paid to list their products using the Google Ads (formerly "AdWords") interface.

Today Google Shopping exists as two platforms—Google Ads and Google Merchant Center. Merchants update their product information in Merchant Center, and create their paid shopping campaigns via Google Ads.

**Related Content**

**Digital Advertising**
How ecommerce brands can optimize advertising in a recession

**Digital Marketing**
14 ecommerce platform features that retailers can leverage to improve sales

**Data-Driven Marketing** As Google issues death penalty for third-party cookies, publishers and advertisers wonder

Google then displays your ad based on user search queries it deems most relevant. Unlike Google Search, Google Shopping campaigns operate without keywords.

Shopping ads, also known as product-listing ads or PLAs, differ from standard text ads because the content of the ad is pulled directly from the Merchant Center feed. Ecommerce-specific data, such as product images, price, rating, description and more, is displayed to users in place of ad copy.

The following screenshot illustrates the difference between text ads in a Search campaign, PLAs, and organic listings in Google's search results for the query "levis jeans."




**Whitepapers**



**US Mobile Streaming Behavior**
Streaming has become a staple of US media-viewing ... Download Now

**Winning the Data Game: Digital Analytics Tactics for Media Groups**
Data is the lifeblood of so many companies today. ... Download Now

**Giving a Voice to Your Brand**
Voice commerce, or conversational commerce, is a m... Download Now



**Mobile Messaging Masters**
Every year the mobile market continues to grow and... Download Now!

**Popular Posts**

**What the holiday shopping season will look like in 2020**
As the 2020 holiday shopping season approaches, we've gathered some trends from the first half the year to help retailers align themselves with shopper expectations during the age of COVID-19... Read more