# APPENDIX
# 26

http://www.dmoz.org/Computers/Internet/Web_Design_and_Development/Promotion/Cloaki   [Go]

JAN **FEB 01 2003** APR   2002   2004

**289 captures**
1 Feb 2003 - 10 Mar 2017

About this capture

**dmoz** open directory project

**about dmoz** | **add URL** | **update URL** | **become an editor** | **help**

[                    ]  [Search]  [the entire directory ▾]

**Top**: **Computers**: **Internet**: **Web Design and Development**: **Promotion**: Cloaking  *(20)*          **Description**

---

- **ACloakIt** - Offers cloaking software for all Linux systems running Apache web server software.
- **Affiliate Link Cloaker** - Software to prevent bypassing and hijacking of affiliate links.
- **Affordable Cloaking Scripts** - Cloaking scripts for the webmaster who is on a budget. A lesser known way to protect your work.
- **Amazing Search Engine Secrets** - Learn how to cloak your website for higher rankings on the search engines.
- **Cloaking Forum at WebmasterWorld** - Professional discussion of cloaking usage, design, and implementation of cloaking.
- **Cloaking Overview** - A cloaking primer. A review of the issues involved in cloaking web pages for search engine optimization.
- **CloakMaster** - A cloaking script that uses a different approach to protect your keywords and HTML code.
- **fantomas shadowSniper(TM) Cloaking** - cgi based cloaking program for unlimited number of gateway, stealth, or phantom pages for search engine optimization and page code protection.
- **Improved Ranking** - Cloaking technology that guarantees improved search engine rankings, more traffic, and prevents code-jacking.
- **Inexpensive Cloaking Script** - Protects your HTML code from theft, and delivers your optimized pages to search engines.
- **IP Delivery** - Search engine personalization software designed to prevent web pages from being copied by cloaking actual source code.
- **Kloakit** - Offers cloaking to protect your pages from theft, and to deliver optimized pages to search engines.
- **Position-It.com** - Protects your pages by giving one page to search engine robots and a different page to every one else.
- **Search Engine Cloaker** - A search engine cloaking and optimization script.
- **Search Engines Commander** - Offers cloaking, page submission, page generation, and automated modification of last changed file dates.
- **SpiderGenius** - Offers cloaking, optimized page generator, and pay per click trial.
- **SpiderHunter** - Teaches you to write cloaking scripts and track spiders from search engines.
- **TopSpot Cloaking Technology** - Offers cloaking and protection of keyword and phrase optimized doorway pages on Windows NT/2000 or XP hosted sites.
- **Traffic Delivery** - Offers cloaking software which protects your webpages from theft and delivers optimized pages to specific search engines.
- **Undercover IP Cloaking** - Free software which enables web masters to provide different pages to individual search engines.

---

- **"Cloaking"** search on:    **All the Web** - **AltaVista** - **Google USENET** - **Google** - **HotBot** - **Lycos** - **Northern Light** - **Yahoo**   

---

This category needs an editor

Become an Editor   Help build the largest human-edited directory of the web

Copyright © 1998-2002 Netscape                                                **Terms of Use**

Last update: 12:00 PT, Saturday, September 28, 2002 - **edit**

# APPENDIX
# 27

https://web.archive.org/web/20000818143214/http://www.spiderhunter.com/tutorial/    09/21/2020

http://www.spiderhunter.com/tutorial/    Go

**106 captures**
7 Apr 2000 – 13 Oct 2016

JUN **AUG** OCT
◄ **18** ►
1999 **2000** 2001

# Spider Hunter.com

Compare Scripts
Ethics
Forums
Free Scripts New!
Links
Non-Spiders
Pseudocode
Spider Scope
Spiders
Spider List
Spider Trap
Tools
Tutorial

Help Support
this site

Search at
Interrogative

## Basic tutorial

To truly understand how and why spiders work, you must understand your place in the chaotic system known as the Internet. Most importantly, how they relate to your target audience. For people to find your web site they typically use directory services (like Yahoo!) or the Open Directory Project, search engines (like Altavista or Excite), or they may find out about your site from a friend or promotional materials. This tutorial will explain how search engines find your site and how they use the information to help your target audience find you. (This tutorial does not explain how to improve your ranking on search engine, for information on improving your ranking please go to the Search Engine Forums.)

- Anatomy of a search engine
  - Gathering information (spidering)
  - Analyzing Information (indexing)
  - Displaying information (reporting)
- Basics of cloaking
  - Why cloak?
  - User Agent Cloak
  - IP Cloaking
- Advanced features
  - IP Cloak with User Agent checker
  - Database driven Cloaking script

This is a very short overview of how search engines work, for more information on search engines and how to rank well on them, check out VirtualPROMOTE and the Search Engine Forums.

Please direct any inquiries or corrections to sjackson@simpleenigma.com.

Copyright 1998 Simple Enigma, Inc. All Rights Reserved. This is best viewed at 800x600 or greater with internet explorer 4.0 or greater. Look at our privacy policy. Check out our advertising rates page for our current rates. Please direct all comments and inquiries to sjackson@simpleenigma.com. SpiderHunter.com and its mail servers are located in California. You are hereby forbidden to send unsolicited commercial e-mail or unsolicited bulk mail of any kind to spiderhunter.com addresses or any other addresses and domain names maintained by simpleenigma.com email servers. See the search that this site has been given.

Spiders

APPENDIX
28

**Webmaster World.com**

Forum Index    Supporters Forums    Tools ▾    Pro Membership    Recent Posts    Open Posts    Resources ▾    Hire    Register    Login

Search ▢    Search ▾

Welcome to WebmasterWorld Guest from 73.125.146.231

Home | Forums Index | Marketing and Biz Dev | Cloaking

Forum Moderators: seen

*Message Too Old, No Replies*

# The Truth About Cloaking

**Brett_Tabke**
Administrator from US 
ADMIN 10+ TOP
WW YEARS POSTS
joined:Sept 21, 1999
posts:38274
votes: 131

Msg#:677503 ▾                                                                              7:50 pm on Jul 3, 2001 (pmt G)  ⊕

There has been yet, another round of cloak bashing in the last month by those carrying water for the search engines. So, without the hype, what is cloaking?

There are 5 types of cloaking:

- User Agent Cloaking (UA Cloaking.)
- IP Agent Cloaking (IP Cloaking)
- IP and User Agent Cloaking (IPUA Cloaking).
- Referral based cloaking.
- Session based cloaking.

All five have unique applications and purposes, yet all 5 can fit nicely within one program.

- **User Agent cloaking** is good for taking care of specific agents.
  Wap, Wml pages for the cell phone crowd.
  Active X for the IE crowd.
  Quality css from the Moz and Opera crowd.
  Nice black screen for the web tv'ers.
  Specialty content for agents (eg: NoSmartTags, GoogleBot Noarchive)
  No sense in sending out stuff with js, java, or flash than a user can't actually run.

- **IP Address** cloaking is good for taking care of demographic groups.
  Language file generation for various countries.
  Advertising delivery based on geo data.
  Pages built for bread band users.
  Low impact pages for overseas users.
  User-time-of-day determination and custom content based on tod geo data (news, sports weather, etc)
  Specifically targeting demo groups such as AOL, Mindspring etal.

- **IP and Agent cloaking** is good for a combo of the above.
  Custom content for AOL'ers using Wap phones.
  Ads based upon geo data and user agent support.
  The possibilities for targeting are almost endless. You'll run out of ways to reroll it before you run out of ips and agents to serve.
  Indexability. Just getting your site fully indexed can be a challenge in some environments (flash, shock).

- **Referrer based cloaking** is basing delivery on specific referral strings.
  It is good for content generation such as overriding frames (about.com, ask jeeves, and the google image cache).
  Preventing unwanted Hotlinking to your graphics.

- **Session based cloaking.**
  Sites that use session tracking (either from ip, or cookies), can do incredible things with content. We've all seen session cloaking in action on dynamic sites were custom content was generated for us.
  The internet has just scratched the surface here.

Cloaking is the gate keeper that serves your site in it's best light, and protects your custom code from prying eyes.

Search engine cloaking is just one aspect of a much bigger picture. This is why search engines can't even consider banning cloaking. It is so widespread and pervasive, they'd have to delete 1/4th of the domains in their indexes - those would be the best sites they have listed.

Any time you have a search engine talking about banning cloaking, listen to them very closely -- and remember. If they'd bold face lie about something so pervasive, what are they doing with the really important stuff? They can't be trusted - nor can those that are out here carrying their water.

With the assault of rogue spiders most sites are under, the growing trend of framing, agents that threaten your hrefs (smarttags), I think cloaking has a very bright future. The majority of the top 2000 sites on the net use some form of the above styles of cloaking (including ALL major search engines).

*If it is good enough for them, it is good enough for us.*

---

**tigger**
Senior Member
MEMBER
joined:July 16, 2000
posts:3560
votes: 0

Msg#:677504 ▾                                                                              8:44 pm on July 3, 2001 (pmt G)  ⊕

Great thanks brett.
Like most people I'm still thinking should I Try or Not. but maybe it's time to start hitting Air's forum more often to try and understand cloaking some more

---

**Air**
Senior Member
MEMBER 10+
YEARS
joined:Feb 10, 2000
posts:1253
votes: 0

Msg#:677505 ▾                                                                              11:06 pm on July 3, 2001 (pmt G)  ⊕

Nice post Brett, so often cloaking is only presented as "present this page to search engines, and that page to regular visitors", your summary is a nice recap of some of the other uses and the pervasiveness of these forms of cloaking.
Really we need a new word to describe customized content serving, I actually don't like the word cloaking, it makes it sound sinister from the get go.
Tigger you know I'd love to have you visit this forum more often:)

---

**ciml**
Senior Member
SENIOR 10+
MEMBER YEARS
joined:June 22, 2001
posts:3805
votes: 2

Msg#:677506 ▾                                                                              3:35 pm on July 5, 2001 (pmt G)  ⊕

(Sorry, this became rather long. I've been dying to ask this for _ages_.)

Please note: none of this is meant as "cloak bashing", at least not when the term "cloaking" is used loosely (as in this thread). To me, the word cloak (when not referring to a garment) means "covering or concealing"; I believe that much of the confusion around this topic comes from the fact that some people mean different things by it from others. This is often a problem on Usenet and in discussion forums.

Trying to conceal the real content of a Web site (often unseemly or irrelevant subject matter) by cloaking techniques is what Air describes as [webmasterworld.com] "The Bad" in an interesting his interesting WebmasterWorld post. I'm an Air on that.

I don't consider that delivering the same content in WML and HTML based in HTTP_USERAGENT is concealing, nor is delivering a different stylesheet (assuming it doesn't conceal content by setting words or links to background colour).

There's a grey area around (for example) language and geography based delivery. HTTP headers convey language preference better than IP guessing in my opinion, as country of residence (or Web cache) is no guarantee to preferred language. Geography based delivery could lead to potential spider blocking, which some people invest considerable time in avoiding (Fantomaster comes to mind). While the level of attention given is impressive, I'd rather spend my time to produce quality links. Anyway, many of us in the UK find it irritating to be redirected to UK versions of search engines and would rather just have the choice.

Session based tracking can be a SE nightmare for some people, but I find that letting spiders _and_ human visitors crawl the flat structure, while allowing people to get into a session based area when needed (personalisation, shopping cart, etc.) to be a useful approach. robots.txt helps to avoid duplicate listings and visitors with duplicate Carbits.

HTML has its own mechanisms for providing client scripting, Java or Flash, so I wouldn't feel the need to use UA or IP cloaking there. NOSCRIPT, NOFRAMES and OBJECT contents are just more flexible versions of image alt text. There's a view (one that I share) that we'd all have been better off had something like OBJECT been used for images and frames, but Netscape (used to think that they knew best on such matters. For CSS, @import certainly has advantages, but trying to predict every useragent combination is the road to madness. The same goes for Javascript, where document.all is generally far more effective than a bunch of "if"s.

Judging from Brett's Knowledge base excerpt [webmasterworld.com] and Air's the good, the bad, and the ugly [webmasterworld.com] from May, many of us think that cloaking (ie spider cloaking as opposed to techniques) are to do with poor use of HTML concerning browser compatibility, Flash, client side scripting, "design an appealing page" and inaccessible use of tables.

Unless I'm still missing the point, anyone who aims to produce accessible [w3.org] complaint [htmlhelp.com] HTML that's spider-friendly doesn't have much use. For such an author, the only reasons left seem to be to hide the HTML source from competitors, and that converting IMG alt text to plain text can get slightly better ranking in some engines.

Maybe those of us who like HTML and ordinary text (quick loading without accessibility problems). This isn't meant to disparage cloaking experts



...and some grey hat people know that SEs cannot do accurate comparisons between a cloaked page vs standard page and therefore access the same accessible, search friendly content as the spiders.

**ggrot**
Senior Member
SENIOR MEMBER 10+ YEARS
joined:July 4, 2001
posts:997
votes:0

Msg#:677507 ▾        3:45 pm on July 5, 2001 *(gmt 0)*

Slightly off topic here, but I have a site where most all pages are presented as static html. In reality they are php scripts that deliver a dynamic session cookie, followed by a static html page. The cookie is used solely for tracking purposes...not for adjusting the content in any way. Am I risking ranking losses by delivering the cookie? Should I cloak the pages so that I don't deliver cookies to spiders?

**ciml**
Senior Member
SENIOR MEMBER 10+ YEARS
joined:June 22, 2001
posts:3805
votes:2

Msg#:677508 ▾        7:37 pm on July 5, 2001 *(gmt 0)*

ggrot: I wouldn't worry about the cookies themselves. Just make sure that you don't send people and spiders to a "you must enable cookies to use this site" page. That would affect a decent proportion of humans, as well as robots.

**ggrot**
Senior Member
SENIOR MEMBER 10+ YEARS
joined:July 4, 2001
posts:997
votes:0

Msg#:677509 ▾        7:50 pm on July 5, 2001 *(gmt 0)*

That's comforting to hear. The cookies are completely transparent to a user unless they have cookie notification on.

**startup**
Senior Member
SENIOR MEMBER 10+ YEARS
joined:Feb 8, 2000
posts:700
votes:0

Msg#:677510 ▾        11:03 pm on July 6, 2001 *(gmt 0)*

Cloaking protects code from theft
-SEs don't protect your hard work so you must
-SEs must list and rank websites
Cloaking reduces spam
-Cloaking the top 30 results should be a requirement of any SE, imposed by the SE.
-Spammers rely on code theft to build their sites and pages.
-Cloaking reduces spam by not allowing anyone but the SE to see the top ranking code.

Cloaking reduces the need for SEs to keep tweaking their algos
-Once an algo has become "known" is must be tweaked or changed. This costs the SEs huge amounts of money and time.
-SEs do not let you know their algos so, I see no reason why I should.

IF you use an SE to search and find a site that delivers content relevent to your search. You have no right to the code that gained the site ranking. You do have access to the source that produced the page you are viewing.

I find the only people, group or organisation that complain about not having access to the original code are:
-thieves
-spammers
-reverse engineers

The above is what I have learned the hard way from competeing in a highly commercial category.

**toolman**
Senior Member
SENIOR MEMBER 10+ YEARS
joined:Nov 25, 2000
posts:1786
votes:0

Msg#:677511 ▾        11:22 pm on July 6, 2001 *(gmt 0)*

>>>I find the only people, group or organisation that complain about not having access to the original code are:
-thieves
-spammers
-reverse engineers
Don't forget "His Majesty the Baby"...the perpetual sore loser that whines when someone else beats him in the rankings.

**startup**
Senior Member
SENIOR MEMBER 10+ YEARS
joined:Feb 8, 2000
posts:700
votes:0

Msg#:677512 ▾        12:48 am on July 7, 2001 *(gmt 0)*

The sore losers make up the largest group of whiners.
Let's take a look at the whiners, they fall into 2 distinct groups.
Group 1, the perpetual whiner that nobody ever listens to for any length of time.
Group 2 has two parts, they are professionals.
Part1:
The whiner with a vested interest in a certain topic.
- This whiner relies on their ability to sway the ignorant and/or the gullible.
- This whiner doesn't represent anyone but themselves.

Part2:
- This whiner will use their voice to prop up any idea or concept, as long as someone is signing the check.

**ggrot**
Senior Member
SENIOR MEMBER 10+ YEARS
joined:July 4, 2001
posts:997
votes:0

Msg#:677513 ▾        5:45 am on July 7, 2001 *(gmt 0)*

You do have to realize that there is also the person who cloaks great SE content and delivers a redirection to some affiliate program for the visitor. Those are the people which make search engines a little disturbed about cloaking.

**startup**
Senior Member
SENIOR MEMBER 10+ YEARS
joined:Feb 8, 2000
posts:700
votes:0

Msg#:677514 ▾        4:02 pm on July 7, 2001 *(gmt 0)*

Whenever I encounter a redirect, the first thing I try to do it get around it. 99% of the time these sites or pages turn out to be the work of spammers or thieves. There are rare sites that do redirect that are not any of the above but, redirecting is not cloaking. Redirecting is a separate "sin".

**ciml**
Senior Member
SENIOR MEMBER 10+ YEARS
joined:June 22, 2001
posts:3805
votes:2

Msg#:677515 ▾        4:19 pm on July 7, 2001 *(gmt 0)*

startup: I understand how cloaking can help with the "theft" issue, but for those of us who aren't overly worried about keeping our source code "secret" it's, non-issue. IP spoofing may well be illegal in many places, but are thieves really worried about breaking the law?
I'd rather steer clear of talking about rights, and whether cloaking reduces spam. I'm more interested in the **reasons** for cloaking than the ethics. For me, the ethics were covered nicely in Air's earlier post [webmasterworld.com].

toolman: I'm not convinced that non-cloakers spend their working lives getting beaten by cloakers. The number of revenue earning search phrases to work at seems endless (at least for the click 'n mortar businesses). Even some highly competitive pure-play fields seem hardly to be dominated by cloakers.

Google's top ten sites for this month under (online casino) don't show considerably different content when accessed via the cache. "Adult" sites may well different, but that's not an area I'm involved with anyway.

Again, please don't see this as 'cloak bashing', I'm keen to elicit peoples' **reasons** for cloaking. I'm left reeling more reassured that most sites don't need to cloak, most of the time. As for what % I mean by most... ;-)

**toolman**
Senior Member
SENIOR MEMBER 10+ YEARS
joined:Nov 25, 2000
posts:1786
votes:0

Msg#:677516 ▾        5:01 pm on July 7, 2001 *(gmt 0)*

>>>toolman: I'm not convinced that non-cloakers spend their working lives getting beaten by cloakers.
Me either. But there are those that believe that cloaking is "bad" no matter what. In some cases ( and some keyword categories) it is used to gain an edge over the competition. You'll never know if cloaking the scripts they use most likely will never let you into the cloaked pages. It would take a great effort to defeat most of the better cloaking scripts and it is certainly beyond the grasp or interest of the average webmaster.

I find one of the better uses for cloaking to be for linking to external sites without giving the visitor the opportunity to leave by placing these links in front of them. Why must I have external links? Because that's what the se's want...so I give it to them. Does that make my site any less relevent to the topic/keyword at hand? I think not.

Actually I'm using talent gained from many hours of study and experience to present my site as many people as possible....that's my job...cloaking is a tool.

How many webmasters have read all those stupid whitepapers all these se guys wrote in college? Should I call them ignorant idiots if they haven't.
Gimme a break. Nobody wants to read that boring stuff...unless your goal is to "be all that you can be". Once you understand some of the deeper
points of seo, you'll understand the neccesity of cloaking in various forms.

It's one of the best tools in toolmans toolbox :)

---

**ihelpyou** 
Full Member

**10 ⊞**
YEARS

joined:July 12, 2000
posts:265
votes: 0

Msg#:677517 ▾                                                   5:47 pm on July 7, 2001 (gmt 0) ⊙

> I find one of the better uses for cloaking to be for linking to external sites without giving the visitor the opportunity to leave by placing these links
> in front of them. Why must I have external links? Because that's what the se's want...so I give it to them. Does that make my site any less
> relevent to the topic/keyword at hand? I think not.

This is why cloaking has a bad conoctation to it.(spelling?)

You are giving the browser entirely different content than the spider, you to manipulate search engine results. This is also one reason the engines
talk the way they do about "cloaking".

Mind you, I completely understand ALL the reasons givin above and ALL the reasons a site might HAVE to cloak. I just do not feel that hiding
exterior links to other sites is good enough.

If the links are good enough for the spiders, they should be visible on the browser also.

To me, none of this really matters, as I tend to go for highly targeted keyword phrases that are most likely going to be a good, potential customer.
This cuts out much of the sites that use this type of cloaking for results.

---

**Brett_Tabke**
Administrator from US 🇺🇸

**ADMIN 10+ TOP**
**WW       CHARTS**

joined:Sept 21, 1999
posts:38274
votes: 131

Msg#:677518 ▾                                                   6:02 pm on July 7, 2001 (gmt 0) ⊙

>anyone who aims to produce
>accessible, complaint HTML
>that's spider-friendly doesn't have much use.

We aren't just delivering HTML - there is XML/RSS Feeds, WML, Various Entity (Character Sets),
Page Languages, Microsoft wants SmartTag exceptions, and Google wants MetaTag exceptions. Most pages don't report what language
they are looking for and you have to guess and redirect based on Agent and IP.
As you said, producing html4 code is nifty, but even so, you eliminate up to 20% of your users who aren't HTML 4 compliant.

>I don't consider that delivering the same content in WML and HTML based in
>HTTP_USERAGENT is concealing

Can't deliver the same content. I am generating content here that is available in certain formats for particular agents.
You can't see that without the right key to the lock. Part of that is specific generation for search engine agents and ip's.

As far as I'm concerned, cloaking equal *custom or personalized content generation* based on any and all available variables.
Search engine spider content generation is just one more aspect to the much bigger picture.

>Cloaking reduces spam

That is a very interesting angle Startup. Sure made me stop and think about. *Required cloaking.*

>SEs do not let you know their algos so, I see no reason why I should.

That is the *perfect argument* for cloaking.

>I'm not convinced that non-cloakers spend
>their working lines getting beaten by cloakers.

Case A: One simple page put online 3 years ago:
The page included some techniques I've never read about anywhere else that were learned the hard way (I'm still milking that *97 Infoseek*
*"advanced degree in seo" education* for all it's worth).
The page has been pulling in 300-3k referrals a day for the better part of 3 years. That code is the basis for the majority of my seo strategy. If that
page 'leaked', it would removing the finger from the damn that unraveled my entire system.
That page walked through several engines due to se partnerships.
Other engines spidered the first engine and also ranked it high.
That lead to a hand full of quality (free I might add) directory listings.
Those in turn led to topic specific directory listings.
Other engines that base listings on links started ranking the page high.
Before the start of this year the whole site was 'running with the big dogs' under some envious kw's.
That I've used some techniques I've never heard anyone talk about before - little micro gems that work. If I'd not cloaked, and kept the page
cloaked, I know this site would not be here today.
The overall success of one high quality page where the code doesn't get stolen shouldn't be overlooked.
Take that same scenario times 1 core client and 80 sub-clients and you can see why I believe in cloaking so much.

Case B: An uncloaked site.
Put the site online 3 years ago. In late 99, it was doing 100k views a day off 20k unique at $5-16cpm. The site attained remarkable rankings across 3
engines under top ten kw's.
Within 3 months time, the site had been stolen and replicated 3 to 4 dozen times. The big se's dropped the site completely because they couldn't
figure out which was the core site and which was the stolen sites - all they knew is they had dozens of duplicate - *baby with the bath water*
syndrome. One large site even replicated content and then claimed to the search engines that the content was originally theirs and got the se's to
drop my site and keep there.
Today that site is lucky to generate 30k a day and scraps for every ranking it has.
Had I cloaked that site completely three years ago, I have no doubt the site would be in the top 100 traffic sites on the net today. As it stands, I am
to the point of not caring what happens with it, and have virtually forgotten about it.
Cloaking techniques could have prevented all of that.

I've always felt those SEO's that bash cloaking are those that can't produce rankings in the first place and are jealous of those who still can.

---

**ciml**
Senior Member

**ADMIN 10+**
**MEMBER CHARTS**

joined:June 22, 2001
posts:3805
votes: 2

Msg#:677519 ▾                                                   6:08 pm on July 7, 2001 (gmt 0) ⊙

> toolman: there are those that believe that cloaking is "bad" no matter what.

That's not my view (some of Brett's motives above couldn't be considered bad, IMO), but some of us do believe that cloaking can be dangerous.
Especially if the site gets ranked well. I would not want to have to start again with a new domain.

> toolman: Why must I have external links? Because that's what the se's want...so I give it to them.

I'd have absolutely no problem with that whatsoever. I love links...how could we have a "Web" without them. If we believe in "themes" (and to some
extent we do), then those links will be relevant to the human visitors. Great!

> ihelpyou: If the links are good enough for the spiders, they should be visible on the browser also.

That's my feeling, too. Part of Brett's reason for starting this was my nagging (elsewhere) for people to come up with reasons to cloak. Taken on
face value, people around here don't want to use it for the **bad** reasons (eg. adult sites listed under family entertainment related searches, etc.). So if
I'm not against you cloaking, what am I going on about?

My lingering doubt as to whether I'd ever be converted is due to my feeling that much of the time I'd rather see peoples' quick loading, link rich,
accessible and browser friendly SE optimsed pages than their Flash/Java/text-as-image laiden, browser incompatible, vision-impaired inaccessible,
slow loading, confusing to navigate public pages. Maybe that says more about Web design than SEO, though. :)

As you can guess, I never have to to take the WWW unfriendly junk produced by graphic designers and 'mutimedia authors' and make it SE
friendly. That could be listed as another reason to cloak, I guess.

---

**ihelpyou** 
Full Member

**10 ⊞**
YEARS

joined:July 12, 2000
posts:265
votes: 0

Msg#:677520 ▾                                                   6:24 pm on July 7, 2001 (gmt 0) ⊙

YES! I agree with Brett's reasons for cloaking also.
What I just do not agree with is giving the browsers different links than the spiders.

OR, giving the spiders a bunch of scrambled content taken from other sites with good link pop. I see this ALL the time also.

That site is only doing this to use my sites good LP or ranking for the sole purpose of influencing his/hers own rank. I cannot agree with. I have
seen my Url hidden in code too many times without it being a real link.

This is what gets me about cloaking.

Again, I definitely see all the good reasons there are for cloaking. But, along with the good, there is the bad.

---

**toolman**
Senior Member

Msg#:677521 ▾                                                   6:38 pm on July 7, 2001 (gmt 0) ⊙

Not to be obnoxious IHY...did you see this code in a cloaked page?

---

**ihelpyou**
Full Member

**10+**
YEARS
joined:July 12, 2000
posts:265
votes: 0

Msg#:677522 ▾      6:56 pm on July 7, 2001 (gmt 0) ⊕ ▾

hehe,

I guess it would not matter to me where the hidden link was. If the pages were not cloaked, you can bet that many cloaked pages out there have it also.

Please understand this is the perception that is sometimes given to sites that cloak. This is also why the search engines are very vague when commenting about the art of cloaking.

---

**toolman**
Senior Member

SENIOR **10+**
MEMBER YEARS
joined:Nov 25, 2000
posts:1786
votes: 0

Msg#:677523 ▾      7:43 pm on July 7, 2001 (gmt 0) ⊕ ▾

IHY, I'm not picking on you...you just brought up a point that dawned on me as I reread this thread.
>>>You are giving the browser entirely different content than the spider, only to manipulate search engine results.

Why do people hire seo firms? To manipulate search engine results. Mind you this can be done with or without cloaking....so the only difference being whether an individual feels that cloaking is ethical.

Granted the spammer people who cloak, we all loathe them...that's a given in this discussion. I'm concerned with the professional seo's who use cloaking as a tool to achieve the goal of producing the highest ranking possible for their paying clients while protecting their strategies from the competition (It's not just a job, it's an adventure).

1. What is the difference between manipulating serps by tweaking the code on a "normal" page and tweaking the code on a cloaked page....don't they both in head for the same goal line? Manipulating the ranking in the serps.
2. If I told you where Bretts site was (I don't know) would you go and study his techniques...perhaps incorporating some of them into your own pages? I would. You'd be lying if you said you wouldn't jump at the chance.

---

**ciml**
Senior Member

SENIOR **10+**
MEMBER YEARS
joined:June 22, 2001
posts:3805
votes: 2

Msg#:677524 ▾      8:06 pm on July 7, 2001 (gmt 0) ⊕ ▾

toolman: *Why do people hire seo firms? To manipulate search engine results.*
Manipulate? Perhaps, but often people just want to *optimise* a site to do well with it core themes and subject matter (the 'O').

Beyond that, search engines want to send people to the content they've indexed. Cloaking (of several forms) has the potential to get the engines to send people to content they've not indexed. The word "cloak" makes people think you've something to hide. It's highly a optimised page that you don't want stolen then but could. but I'd be willing to throw a few SEO cloaked-success babies out with the spamdex-fodder bathwater.

Brett:
**Non-SEO alternate versions:** There is no need for XML/RSS to share a URI with an HTML page, unless I've been completely asleep since March 1999 when Netscape brought out 0.9. I consider Smart Tags to be dead ducks for the forseeable future, but still more to say why the META tag would bother non-XP UAs or engines. Would the Google nocache META tag have effect anything but Google? I can't see it. I would want to base characterset/encoding/language on IP, but I understand that the accepted methods are UA cloaking by your definitions above so I'll happily give you the option. It's a game. :)

**Hidden algo's:** My lack of belief in the *perfect argument for cloaking* is probably just due to a stubborn view of what client-server interractions are all about. My background makes me biased, anyway I'm trying really hard to stay clear of moral issues...after all I've only been posting on WebmasterWorld for a week or two.

**Case A:** I almost always go for word spread rather than trying to find a popular phrase to target. If I was trying to sell a top10 keyword related product or service, I might need to wake up to cloaking, but at present I'm happy to slumber on without. Case A is an impressive tale; I'm sure I've never had a single page do anything like that well, but it can also take effort to make a whole site come close to that level of (relevant) referers when you're targeting subjects on nowhere-near top-ten-search-word subjects.

**Case B** is a real eye-opener, thanks. A nice variation of the "if I submit my competitors sites a zillion times a day will I get them banned?" scenario, and probably with much greater chance of success.

I'm not quite sure how a feeling that "most sites don't need to cloak" translates to "cloak bashing". A person doesn't need to be an F1 basher to feel that most car engines don't need again to 18krpm. I rather like the fact that my 6k limited engine doesn't stall as often as McLaren Merc's do - for the purpose I use it it's better for the job.

I guess I'm getting rather defensive. Time to go home to a chilled bottle of gin. :)

Thanks to everyone here. I know that cloaking can be contentious, this thread has ironed out quite a few loose ends for me (a cloak ignoramus who somehow managed to fret over frequent 'holy grail' style comments and felt left out).

---

**msgraph**
Senior Member

SENIOR **10+**
MEMBER YEARS
joined:Nov 29, 2000
posts:1425
votes: 0

Msg#:677525 ▾      10:58 pm on July 7, 2001 (gmt 0) ⊕ ▾

Case A: One simple page put online 3 years ago:
The page included some techniques I've never read about anywhere else that were learned the hard way (I'm still milking that 97 Infoseek "advanced degree in seo" education for all it's worth).
The page has been pulling in 300-3k referrals a day for the better part of 3 years. That code is the basis for the majority of my seo strategy.

Yes! The original secret recipe pages. They are the best and for some reason those pages never fail! Except with some of the newer engines or re-vamped engines that changed their algos for links and click-thrus. Though, some of them can still beat that out. If you had the chance to have a top ranking site years ago, you can still use those pages as a foundation to build on. And for that reason I will cloak them.

---

**ihelpyou**
Full Member

**10+**
YEARS
joined:July 12, 2000
posts:265
votes: 0

Msg#:677526 ▾      11:18 pm on July 7, 2001 (gmt 0) ⊕ ▾

The big difference I can see is that hiding links ANYwhere, whether it be on cloaked pages or pages not, is the exact same thing. Just do not go for it.
When I optimize, I do not USE other's content or link pop to manipulate the search results. I do not hide anything I do from anyone or anything. To me, that is the difference.

If I add another site's somewhere on the site, the link is read and viewed by all spiders, all visitors, all browsers.

You may find this unbelievable and not true, but No, I would not try to figure out anyone else's code to use as my own. No. Brett's? NO. I do my own thing based on trial and error, tweaking as need be.

My way has worked for me for a couple years now. Being opinionated, do you really think I might steal code? oh yes, I have copied some javascript from time to time, but nothing to do with optimizing for search engines.

And no toolman, I am not picking on you either. :)

The hidden link thing just always kind of gets me going......also 1x1 pix or 5x5 as links only.

---

**startup**
Senior Member

SENIOR **10+**
MEMBER YEARS
joined:Feb 8, 2000
posts:700
votes: 0

Msg#:677527 ▾      11:26 pm on July 7, 2001 (gmt 0) ⊕ ▾

ciml, I know you said that you are going home and I am personally looking forward to you coming back. One question if you don't mind. Are there any locks installed on the doors of your residence. I know the locks are there and I also know that you use them.
A successful commercial website has a value, do you know of any reason why it should not be protected?
I am not advocating the changing of content. The SEs are given the same content as the visitors.

You are not cloak bashing, your questions and view points are more than welcome.

Now where did I put my car keys.

Added:
Smart tags are going to be used. Do you think MSN is going to list or rank a site that is disabling these tags.

---

**ciml**
Senior Member

SENIOR **10+**
MEMBER YEARS
joined:June 22, 2001
posts:3805
votes: 2

Msg#:677528 ▾      6:34 pm on July 10, 2001 (gmt 0) ⊕ ▾

startup: Thanks for that, it's the nicest thing anyone's said for ages. :)
I do tend to lock my door, but right now the car is almost certainly unlocked. I may be only 40 miles from the nearest city, but the Scottish Borders is a long way in terms of crime.

Although I don't lock the car here (only 2 neighbours within a couple of miles), I do at home (just outside a medium sized town).

If my sites lived in "real estate", "casino" or "adult" fields then I might be more inclined to lock them. Problematic industries seem to be the biggest



learn to code. I've not swerved much at Google on reporting with those kinds of things, but I do hear about such quick start.

I don't carry a firearm, but if I was a Moscow debt collector I probably would.

I do check for stupid passwords on our server, and I like to know that Linux patches are applied speedily. It's a matter of concentrating on getting maximum return. The danger of sendmail getting compromised is considered high; the danger of getting crucified by people stealing our HTML is considered low.



I am not advocating the changing of content. The SEs are given the same content as the visitors.

That's nice to know. I'd like to think that a robot would compare the contents of the two versions (something similar to the 'lynx -dump' output would do), but they won't because it would be computationally expensive. An alternative would be to get a human to check each 'varying' page. Again, too expensive. If they do anything, it will be to ban or penalise cloaking.

Maybe they won't, maybe they will. Not being in the business of disposable Web sites I daren't gamble.

SmartTags will be with us soon, but M$ have backed down and they're not going to alter our Web pages in the foreseeable (apart from the betas).

Home  /  Forums Index  /  Marketing and Biz Dev  /  Cloaking

| Popular Forum Categories ▾ | Hire an Employee ▾ | Hire A Services Company ▾ | Hire A Programmer ▾ |
|---|---|---|---|
| **SEO Tools** | **Social Tools** | **Webmaster Tools** | **More Free Tools** |
| All SEO Tools | All Social Tools | All Webmaster Tools | All Free Tools |
| Website Crawler | Author Crawler | HTTP Response Headers | Schema Tools |
| SE Comparison Tool | Social Activity Tracker | Find My IP | PPC Tools |
| On-Page SEO Tool | Edit Social Images | Whois Domain Look Up | Web Design Tools |
| Keyword Suggest Tool | Social Media Tool + Authorship | Whats My Browser Size | Other Tools |
| Image and Link Analysis | Youtube Reputation Search | Block Image Hot Linking in .htaccess | Disavow Backlinks Tool |
| Page Comparison | | | In-depth schema code |
| **Resources** | **Settings** | **WebmasterWorld** | Follow us! |
| Home | Login | About | |
| Report Problem | Control Panel | Newsletter Archives | |
| Library | Send Message | Signup for our Newsletter | |
| Hire Experts | My Profile | | |

© Webmaster World 1996-2020 all rights reserved. *Terms of Service* and *Privacy Policy* . All trademarks and copyrights held by respective owners.

WebmasterWorld is owned by *Pubcon Inc.* and is a *Developer Shed Community* .

Thanks to *Jim Boykin* for taking care of our community for the last five years!



# APPENDIX
# 29



# SEO
# Certification

## Study Guide                    2010

**Training and preparation for the
Search Engine Optimization Certification Exam**

www.SEOcertification.org

# Search Engine Optimization
# Course Objectives

## Introduction

The Search Engine Optimization study guide is intended to prepare students to pass the SEO Certification Exam administered by www.SEOcertification.org. Upon completion, students will have obtained a thorough knowledge of Search Engine Optimization practices, procedures, tools, and techniques.

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

# <u>Table of Contents</u>

Chapter 1 (page 6)
Search Engines

1.1 **Search Engine Basics**
• Introduction to Search Engines
• Search Engine Market Share
• Major search engines and directories
• Search provider relationships

1.2 **Components of Search Engine**
• How search engines rank pages
• Search engine spam

1.3 **Test Questions**

Chapter 2 (page 28)
Search Engine Optimization

2.1 **On Page Optimization Factors**
• Keywords
• Keyword Finalization
• Use of HTML Meta Tags
• Anchor Text Optimization
• Comment Tag Optimization
• Content
• Content Optimization
• Keyword Density

2.2 **Off Page Optimization Factors**
• Building Link Popularity
• Anchor Text Optimization
• Measuring Link Popularity
• Google Page rank

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

3

www.SEOcertification.org

## 2.3   Test Questions

# Chapter 3 (page 71)
# Site Readiness

## 3.1   Google Toolbar
- Types of links
- Dynamic Page Optimization
- What are Doorway Pages /Cloaking
- Frames

## 3.2   Test Questions

# Chapter 4 (page 91)
# Pay Per Click

## 4.1   Pay Per Click Campaigns

## 4.2   Setting up a PPC Campaign
- Keyword Selection
- Bidding Strategies
- Advertising Text
- Develop proper landing page
- Tracking

## 4.3   Major PPC Search Engines
- Google AdWords
- Yahoo PPC Ads
- Other PPC Advertising Resources

## 4.4   Test Questions

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

## Chapter 5 (page 113)
## SEO Monitoring

5.1   **SEO Reporting and Conversion**

5.2   **Visitor Traffic Analysis**

5.3   **How to choose an SEO Consultant**

5.4   **Test Questions**

## Chapter 6 (page 123)
## Latest Concepts

6.1   **Emerging Trends in SEO**
- Blog Optimization
- Content Duplication in SEO
- CraigsList
- How to do Branding with SEO
- Podcasting
- RSS Feed Optimization
- SEO & PPC Tools for Google
- SEO & ROI
- SEO - Present and its future
- Wiki Article Inclusion
- The New Buzz in Video Optimization – YouTube
- Digg.com
- Web Analytics

6.2   **Affiliate Marketing**

6.3   **Google Dance and its Impact on Rankings**

6.4   **Test Questions**

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

# Chapter 7 (page 150)
## Marketing Strategies

**7.1  Local Search Marketing**
- On Page Optimization factors

**7.2  Link Baiting**

**7.3  Google Webmaster Central**
- Google Webmaster Tools

**7.4  Test Questions**

# Chapter 8 (page 158)
## Advanced SEO Techniques

**8.1  Top pointers for High Ranki   ngs on Local Search Engines**

**8.2  Use of Lens and Hub   pages to promote sites**

**8.3  Auto-pinging a Blog and its RSS**

**8.4  Test Questions**

# Chapter 9 (page 164)
## Latest SEO Tactics & Strategies

**9.1  The need for Sitelinks in your Website**

**9.2  Website Speed Optimization**

**9.3  Increasing traffic by using Social Bookmarking**

**9.4  Facebook Ad Tactics**

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

6

www.SEOcertification.org

# Chapter 1
# Search Engines

## *1.1   Search Engine Basics*

## Introduction to search engines

As the Internet started to grow and became an integral part of day-to-day work, it became almost impossible for a user to fetch the exact or relevant information from such a huge web. This is the main reason why 'Search Engines' were developed. Search engines became so popular that now more than 80% of web-site visitors come from them. What exactly is a Search Engine? According to webopedia, a "Search Engine" is a program that searches documents for specified keywords and returns a list of the documents where the keywords were found".

For Example, if you want to know about the Automobile market in Canada, you will type keywords like automotive market, automobiles in Canada, automobile manufacturers in Canada etc... Once you click on the search button, you'll get the best relevant data related to those keywords.

On the eve of Google's initial public offering, new surveys and traffic data confirm that search engines have become an essential and popular way for people to find information online. A nationwide phone survey of 1,399 Internet users between May 14 and June 17 by the Pew Internet & American Life Project shows:

- 84% of internet users have used search engines. On any given day online, more than half of those using the Internet use search engines. More than two-thirds of Internet users say they use search engines at least a couple of times per week.
- The use of search engines usually ranks only second to email use as the most popular activity online. During periods when major news stories are breaking, the act of getting news online usually surpasses the use of search engines.
- There is a substantial payoff as search engines improve and people become more adept at using them. Some 87% of search engine users say they find the information they want most of the time when they use search engines.

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

- The convenience and effectiveness of the search experience solidifies its appeal. Some 44% say that most times they search they are looking for vital information they absolutely need.

COM Score Networks tracking of Internet use shows that among the top 25 search engines:

- Americans conducted 6.7 billion total searches in December.
- 44% of those searches were done from home computers, 49% were done from work computers, and 7% were done at university-based computers.
- The average Internet user performed 33 searches in June.
- The average visit to a search engine resulted in 4.4 searches.
- The average visitor scrolled through 1.8 result pages during a typical search.
- In June, the average user spent 41 minutes at search engine sites.
- COM Score estimates that 40-45 percent of searches include 1sponsored results.
- Approximately 7 percent of searches in March included a local modifier, such as city and state names, phone numbers or the words "map" or "directions."
- The percentage of searches that occurred through browser toolbars in June was 7%

## Search engine market share:

Four times voted as Most Outstanding Search Engine, Google is an undisputed market leader of the search engine industry. Google is a crawler based search engine, which is known for providing both comprehensive coverage of web pages and most relevant information. It attracts the largest number of searches and the number goes up to 250 million searches everyday.

Yahoo! is the second largest player in the industry with 28% of market share. Yahoo! started as a human based directory but turned into a Crawler based search engine in 2002. Till early 2004, it was powered by Google but after that they started to use their own technology.

Yahoo stands next to Google in terms of number of searches per day. It is owned by Yahoo and attracts more than 167 million searches a day. Yahoo was the first search engine to come up with a PPC program. AskJeeves initially gained fame in 1998 and 1999 as being the "natural language" search engine that let you search by asking questions and responded with what seemed to be the right answer to everything. When launched, it was run by around 100 editors who monitored search logs. Today, however, AskJeeves depends on crawler-based technology to provide results to its users.

8

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

# Major Search Engines and Directories

**Google:** Right from the establishment in 1999, until today, Google is still the most popular search engine on the internet. Since its beta release, it has had phrase searching for NOT, it did not add an OR operation until Oct. 2000. In Dec. 2000, it added title searching. In June 2000 it announced a database of over 560 million pages, which grew to 4 billion by February 2004. Its biggest strength is its size and scope. Google includes PDF, DOC, PS, Image and many other file type indexing. It also has additional databases in the form of Google Groups, News, Directory, etc.

**Yahoo!:** Yahoo! is one of the best known and most popular internet portals. Originally just a subject directory, now Yahoo! is a search engine, directory and portal. It includes cached copies of pages and also includes links to the Yahoo! directory. It supports full Boolean searching, but it lacks in providing some advanced search features such as truncation. It indexes the first 500KB of a web page and link searches require inclusion of http://

**Bing:** Bing Search by Microsoft is the search engine for the MSN portal site. For years it had used databases from other vendors including Inktomi, LookSmart, and Direct Hit. As of February 1, 2005, it began using its own, unique database including separate News, Images, and Local databases along with links into Microsoft's Encarta Encyclopedia content. Its large and unique database, query building Search Builder and Boolean searching, cached copies of web pages including date cached and automatic local search options are its strengths. However, limited advanced features, inconsistent availability of truncation are its weaknesses.

**Ask:** Debuting in spring 2001 and re-launching in April 2002, this new search engine has built its own database and offers some unique search features. It lacks full Boolean and other advanced search features, but it has more recently expanded and improved its search capabilities and added an advanced search. While Teoma results can show up in three separate sections, there is only the one single database of indexed Web pages. It may also include paid ad results (from Google's AdWords database) under the heading of 'Sponsored Links.' No additional databases or portal features are directly available. AskJeeves switched to Teoma instead of Direct Hit in January 2002 for the search engine results after its question and answer matches. Identifying Metasites and Refine feature to focus on web communities are the strengths while a smaller database, no direct URL submissions and no cached copies of pages are its weaknesses.

# Directories

9

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

A Web Directory is a web search tool compiled manually by human editors. Once websites are submitted with information such as a title and description, they are assessed by an editor and, if deemed suitable for addition, will be listed under one or more subject categories. Users can search across a directory using keywords or phrases, or browse through the subject hierarchy. Best examples of a directory are Yahoo and the Open Directory Project.

The major difference between search engine and directory is the human factor. A web site search directory indexes a web site based on an independent description of a site. While directories perform many of the same functions of a web page search engine, although their indexing format is different. The main difference is that directories do not spider your site to gather information about it. Instead they rely on a few text entries, typically a site title, domain name, and description to determine which keywords describe your site. While sites in the search engines are scanned and resulted by program (crawler), they are edited manually in directories. Directories contain groups of websites according to theme or industry i.e. automobile related sites are placed in one sub-directory, sports sites are placed into the other sub-directory and so on. Directories do effectively help organize thousands of web sites together. A directory contained inside another directory is called a subdirectory of that directory. Together, the directories form a hierarchy, or tree structure.

There are 5 types of directories namely Human Edited, User Categorized, User Classified, Independently Classified and Pay Per Click (PPC). DMOZ and Yahoo! are the largest directories in the world today.

## Search Provider Relationship

There are thousands of search engines available on the internet. Since it's not possible for all of them to create, maintain and update their own database, most display results from major search engines on their SERP (search engine results page).

It is not necessary that all primary and secondary results be provided by a single search engine. Different search engines can provide different results to other engines. Directories can also be used by a third party. The supplier and receiver relationship is demonstrated between many different search engines. These relationships are very important to understand if you want top rankings for your site.

Now let's check out the relationship between the top 10 search engines and top 2 directories i.e. which search engine is a supplier and which is the receiver.

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

**Search Engines:**

**1. Google:**

- Google's main search results are provided solely from Google's search technology, offering results from no other engine or source.
- The Google Directory is comprised of listings from The Open Directory Project (ODP, DMOZ).

**2. Yahoo!:**

- Paid and free submissions.
- Provides sponsored results from paid advertising sources.

**3. Bing:**

- Bing provides sponsored results from paid advertising sources.
- Paid and free submissions.

**4. AOL:**

- AOL results for "Recommended Sites" are listings that have been hand picked by AOL editors.
- AOL "Matching Sites" are supplied by Google results. The results in AOL may not always match the results in Google as Google often updates their database more frequently.
- AOL directory listings are provided by the ODP.

**5. Alta Vista:**

- Alta Vista receives sponsored listings from their own advertisers.
- Alta Vista will use results from their own database for the main search results.
- Alta Vista obtains its directory results from LookSmart.

**6. HotBot:**

- HotBot results contain three categories: Top 10 Results, Directory Results & General Web Results.

11

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

- Top 10 results include popular sites and searches.
- Directory results are hand-picked by human editors.
- Web Results are provided by Inktomi.

## 7. IWon:

- IWon Spotlight results are comprised of web pages found within IWon or web sites that IWon has a direct business partnership with.
- IWon Sponsored Listings are provided by a variety of paid advertisements through third party pay for performance listings including Google, AdWords and Yahoo.

## 8. Lycos:

- Lycos provides directory results from The Open Directory Project.
- Lycos provides sponsored listings from Yahoo.
- Lycos provides Web Results from Fast and from the Lycos network.

## 9. Netscape:

- Netscape's sponsored links are provided by Google AdWords.
- Netscape's matching results include sites that are handpicked by ODP editors mixed with results powered by Google.

## 10. AllTheWeb:

- AllTheWeb crawls and index ODP results.
- AllTheWeb powers the main search results in Lycos.
- AllTheWeb provides results from Lycos.
- AllTheWeb also powers the Lycos advanced search feature, the FTP search feature and their MP3 specialty engine.

## Directories:

**1. Dmoz:** Directory listings are provided to AOL, Google, Lycos and Netscape and many other web sites, directories & portals.

**2. Yahoo!:** Yahoo! Directory listings are supplied by Yahoo! editors and require a fee for commercial sites. Yahoo directory results are provided to Alta Vista.

12

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.**SEO**certification.org



Copyright **www.SEOcertification.org** 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

## 1.2   Components of Search Engine

## How Search Engines Rank Pages

Broadly search engines are divided into 2 main categories:

> **a. Crawler based search engines**
> **b. Human powered directories**

Web crawler is a program, developed to scan the web page. The Crawler scans the entire page, indexes it and lists it on the search engine. It evaluates any particular web page based on several different factors such as keywords, table, page titles, body copy etc. Since listings are done automatically, it can change if you change some content of the website.

Manual listing is done in case of 'Human Powered Directories'. Human editors are responsible for listing any site in the directory. Webmasters need to submit a short description to the directory for the entire site and a search looks for matches only in the description submitted. Listings are not affected if you change some content in your web site. Listing in directories and search engines are totally different and hence parameters for listing are different in both cases. With either listing, it's still necessary to create an informative and content rich site to attract more visitors.

Any crawler based search engine is made up of 3 basic components.

> **a. Crawler or Spider**
> **b. Index**
> **c. Search engine software**

All these components work one after one and list the page on search engines. Search engines find websites in 2 ways:
1. By accepting listings sent by webmasters
2. By crawlers that roam the internet storing links and information about each page they visit. Once the site is found by the search engine, crawlers scan the entire site. While scanning, the crawler visits the web page, reads it and then follows link to other pages within the site. Major search engines like Google, Yahoo and MSN use multiple search engines simultaneously.

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

Google uses 4 spiders which crawl over 100 pages per second and generating around 600KBs of data each second.

Then index program starts after the crawler. Once a webpage is crawled, it is necessary to transfer them to the database. The index contains a copy of each web pages scanned by the crawler. If the webpage is changed, the index is updated with the new information. It is very important that your pages are added to the index. Until and unless it is indexed, it is not available to those searching with the search engines.

The search engine software performs a task of relevant listings. It searches the entire database i.e. indexed pages and matches it with the search. It then ranks and lists the most relevant matches. These listings are done on how the search engine software is programmed. It delivers listings according to what it believes the most relevant content is!

There are many more factors on which search engines rank a page but we will look at them in detail later.

Broadly, it depends on **On-page factors** and **Off-page factors** .
On-page factors include keyword targeting, HTML tags, Content, Anchor Text and URL while Off-page factors include Link Building, Link Popularity and Anchor Text.

Though these terms are explained later, right now let's see the strategies in which search engines opt to list a page. Crawler based search engines list the sites without any human interference. This means it ranks a page based on what it thinks the most relevant page is! There are few parameters on which crawlers check whether the site is relevant to the search query or not. This program is called Search Engine Algorithm. No one knows the exact algorithm of any search engine but studies and research has proven that there are few factors, which are common in most search engine algorithms.

**Location of keywords:** Once keywords are finalized the   main task is 'placement of keywords'. The search engine algorithm mainly revolves around the location of keywords. The keywords can be placed in HTML tags, content, headline or in the first few paragraphs. The importance varies according to location. Keywords placed in the headline or first few paragraphs are more important than other locations in web site. If keywords are placed from the beginning, search engines assume that the page is more relevant to that particular theme.

**Frequency:**   Though it's very important to place keywords in the most visible parts of the web page, it is important to limit the number of keywords. This is called frequency. Search engines also measure frequency of keywords while ranking a page. Search engine analyses how often

15

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

keywords appear in relation to other words in a web page therefore websites with a larger number of keywords are considered to be more relevant than others.

**Added features in Location and Frequency:**     Location and frequency are just the basics of search engine algorithm. Once search engines discovered that anyone can play around it and can successfully rank their pages, they increased the algorithm complexity. Different search engines now index different number of web pages. Some index more and some less. Since some index more pages than others, no search engine has the exact same collection of web pages to search through.

Once webmasters came to know about the frequency, they cracked the algorithm by using too many keywords in a page, just to get higher rankings. Hence, search engines started to penalize such sites with too many of the same keywords. Search engines termed it as 'spamming'. It became very necessary for SEO companies to keep the frequency more than others but less than spamming. Search engines watch for common spamming methods in a variety of ways, including following up on complaints from their users.

**Off-page factors:**   Above mentioned are some on-page factors. Now let's look at some common off page factors. Crawler-based search engines have plenty of experience now with webmasters who constantly rewrite their web pages in an attempt to gain better rankings. Some sophisticated webmasters may even go to great lengths to "reverse engineer" the location/frequency systems used by a particular search engine. Because of this, all major search engines now make use of "off the page" ranking criteria.

Off the page factors are those that a webmasters cannot easily influence. Chief among these is link analysis. By analyzing how pages link to each other, a search engine can both determine what a page is about and whether that page is deemed to be "important" and thus deserving of a ranking boost. In addition, sophisticated techniques are used to screen out attempts by webmasters to build "artificial" links designed to boost their rankings.

• **Link analysis:** Web-based search engines have introduced  one dramatically different feature for weighing and ranking pages. Link analysis works somewhat like bibliographic citation practices, such as those used by Science Citation Index. Link analysis is based on how well-connected each page is, as defined by Hubs and Authorities, where Hub documents link to large numbers of other pages (out-links), and Authority documents are those referred to by many other pages, or have a high number of "in-links"

• **Link Popularity:**   Link popularity is a major parameter Google is using. There is simple logic behind it. If other websites are linking to your site then there has to be more relevancy in

16

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

your website. Popularity utilizes data on the frequency with which a page is chosen by all users as a means of predicting relevance. While popularity is a good indicator at times, it assumes that the underlying information need remains the same.

There are few more factors such as:

• **Date of article published:**   The more recent the content the importance is more! Search engines always believe that if the content is recent then it will be more valuable for visitor than others. The engines therefore present results beginning with the most recent to the less current.

• **Length:**  While length per se does not necessarily predict relevance, it is a factor when used to compute the relative merit of similar pages. So, in a choice between two documents both containing the same query terms, the document that contains a proportionately higher occurrence of the term relative to the length of the document is assumed more likely to be relevant.

• **Proximity of query terms:**   When the terms in a query occur near to each other within a document; it is more likely that the document is relevant to the query than if the terms occur at greater distance. While some search engines do not recognize phrases per se in queries, some search engines clearly rank documents in results higher if the query terms occur adjacent to one another or in closer proximity, as compared to documents in which the terms occur at a distance.

• **Proper nouns**   sometimes have higher weights, since so many searches are performed on people, places, or things. While this may be useful, if the search engine assumes that you are searching for a name instead of the same word as a normal everyday term, then the search results may be noticeably slanted.

## Search Engine Spam

Search engine spamming is the unethical practice for optimizing the site to rank it high on SERP. Spamming is used to trick search engines for higher rankings with the use of some tactics such as repetitive keywords, hidden text and links etc. All search engines penalize websites that use spam. Since time immemorial --or at least since the Internet first began-- webmasters have been using these stratagems to dupe search engines into giving irrelevant pages high search engine placement.

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

Each search engine's objective is to produce the most relevant results to its visitors. Producing the most relevant results for any particular search query is the determining factor of being a popular search engine. Every search engine measures relevancy according to its own algorithm, thereby producing a different set of results. Search engine spam occurs if anybody tries to artificially influence a search engine's basis of calculating relevancy.

Each of the major search engines provide specific guidelines describing what webmasters should and should not do to their web pages in order to achieve a better search engine ranking, though that has not always been the case.

There are overall sixteen tactics that are considered search engine spam. These techniques are:

- Keywords unrelated to site
- Redirects
- Keyword stuffing
- Mirror/duplicate content
- Tiny Text
- Doorway pages
- Link Farms
- Cloaking
- Keyword stacking
- Gibberish
- Hidden text
- Domain Spam
- Hidden links
- Mini/micro-sites
- Page Swapping (bait &switch)
- Typo spam and cyber squatting

Not to be confused with the canned, processed meat, spam is the use of redundant or unethical techniques to improve search engine placement. Fortunately or unfortunately --depending on your point of view-- search engines are quickly catching on. Some won't index pages believed to contain spam; others will still index, but will rank the pages lower, while others still will ban a site altogether. Of course, not all search engines take a hard-line on spam. Tricks that are perfectly acceptable on one search engine may be considered spam by another.

18

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

## Spamming Techniques

**Invisible Text:**  Hiding keywords by using the same color font and background is one of the oldest tricks in the spammers' book. These days, it's also one of the most easily detected by search engines

**Keyword Stuffing:**   Repeating keywords over and over again, usually at the bottom of the page (tailing) in tiny font or within Meta tags or other hidden tags.

**Unrelated Keywords:** Never use popular keywords that do not   apply to your site's content. You might be able to trick a few people searching for such words into clicking at your link, but they will quickly leave your site when they see you have no info on the topic they were originally searching for. If you have a site about Medical Science and your keywords include "Shahrukh Khan" and "Britney Spears", that would be considered unrelated keywords.

**Hidden Tags:** The use of keywords in hidden HTML ta gs like comment tags, style tags, http-equiv tags, hidden value tags, alt tags, font tags, author tags, option tags, no-frames tags (on sites not using frames).

**Duplicate Sites:**  Content duplication is considered to be search engine spamming also. Sometimes what people do is, they copy the content and name the site differently. But search engines can find it easily and they mark it as a spam. Don't duplicate a web page or doorway page, give them different names, and submit them all. Mirror pages are regarded as spam by all search engines and directories.

**Link Farms:**   Link farm is a network of pages on one or more Web sites heavily cross-linked with each other, with the sole intention of improving the search engine ranking of those pages and sites.

Many search engines consider the use of link farms or reciprocal link generators as spam. Several search engines are known to kick out sites that participate in any link exchange program that artificially boosts link popularity.

Links can be used to deliver both types of search engine spam, i.e. both content spam and Meta spam.

**Link content spam:**   When a link exists on a page A to page B only to affect the hub component of page A or the authority component of page B, that is an example of content

19

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

WWW.SEOcertification.org

spam on page A. Page B is not spamming at all. Page A should receive a spam penalty. Without further evidence, page B should not receive a penalty.

**Link Meta spam:**   When the anchor text or title text of a link either mis-describes the link target, or describes the link target using incoherent language, that is an example of link Meta spam.

**Repetitive Submitting:**   Each search engine has its own limits on how many pages can be submitted and how often. Do not submit the same page more than once a month to the same search engine and don't submit too many pages each day. Never submit doorways to directories.

**Redirects:**  Do not list sites using URL redirects. These include welcome.to, i.am, go.to, and others. The complete site should be hosted on the same domain as the entry page. An exception may be made for sites that include a remotely hosted chat or message board as long as the bulk of the site is hosted on its own domain. Actually redirecting of page was not developed for spam, but it is becoming popular technique for spamming.

There are many means of redirecting from one Web page to another. Examples of redirection methods are HTTP 300 series redirect response codes, HTTP 400 series error vectors, META REFRESH tags and JavaScript redirects. As studied earlier these are used to move visitor from one page to another without giving them a single second. In this case the page made for search engine is a spam. Everything on it is an example of either content spam or Meta spam.

**Alt Text Spamming:** Tiny text consists of placing keywords and phrases in the tiniest text imaginable all over your site. Most people can't see them, but spiders can. Alt text spamming is stuffing the alt text tags (for images) with unrelated keywords or phrases.

**Doorway Pages:**  Doorways are pages optimized only for search engine spiders in order to attract more spiders, thus more users. Usually optimized for just one word or phrase and only meant for spiders, not users.

**Content Spam:** It is possible when different URLs   delivers same content i.e. content duplication and same URL can deliver different content as well. Both HTML and HTTP supports it and hence spamming is possible. For example, IMG support and ALT text within HTML means that image-enabled visitors to a URL will see different content to those visitors that, for various reasons, cannot view images. Whether the ability to deliver spam results in the delivery of spam is largely a matter of knowledge and ethics.

20

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

**Agent based Spam:** Agent based delivery is certainly not   spam. But it is spam when the use of agent based delivery to identify search engine robots by user agent and deliver unique content to those robots. Since the content is only created for search engines and it is not visible for users, it is always spam.

**IP Spam:**  Identification of search engine robots by IP name or address and delivery of unique content to those robots is considered to be spamming. As in agent based spam, though this technique is also spam when you deliver unique content only to search engines and not the users or visitors.

**No Content:**  If sites do not contain any unique and relevant content to offer visitors, search engines can consider this spam. On that note, illegal content, duplicate content and sites consisting of large affiliate links are also considered to be of low value to search engine relevancy.

**Meta Spam:**  Meta data is data that describes a resource. Meta spam is data that mis-describes a resource or describes a resource incoherently in order to manipulate a search engine's relevancy calculations.

Think again about the ALT tag. Not only does it provide content for a HTML resource, it also provides a description of an image resource. In this description capacity, to mis-describe an image or to describe it incoherently is Meta-spam. Perhaps the best examples of Meta spam at present can be found in the <head> section of HTML pages. Remember though, it's only spam if it is done purely for search engine relevancy gain.

Meta spam is more abstract than content spam. Rather than discuss it in abstract terms, we will take some examples from HTML and XML/RDF in order to illustrate Meta spam and where it differs from and crosses with content spam. Generally, anything within the section of an HTML document, or anything within the section that describes another resource, can be subverted to deliver Meta spam.

To make sure you are not spamming, you need to check a few things. First and foremost you should know whether your content is really valuable for your customers and visitors or not. Try and make websites according to user's tests and preferences. Always remember that, Internet users are information seekers and they want the latest content all the time. Think and build a site as if there are no search engines and avoid automated pages. Google and many other search engines do not index auto generated pages.

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

Inktomi does accept information pages into their free index and into their paid inclusion programs. For example, if a site contains PDF documents, and you create an information page in HTML with an abstract of each PDF document, that HTML page is acceptable to Inktomi.

### How to report Search Engine Spam

Since spamming practices are constantly evolving, it is important to know what the major search engines specifically say about spam and what practices are definitely not allowed if you would like to rank in top-tier search engines. Plus, every ethical SEO should know how to properly report any spam that they see so the search engines can correct their algorithm accordingly.

### How Google Defines Spam

As part of their Webmaster Guidelines, Google outlines techniques to use to help Google locate, index and rank your website. They also specifically state that the following techniques may lead them to remove your site from the Google index:

- Hidden text or hidden links.
- Cloaking or sneaky redirects.
- Automated queries to Google.
- Pages loaded with irrelevant keywords.
- Multiple pages, subdomains, or domains with substantially duplicate content.
- "Doorway" pages created just for search engines, or other "cookie cutter" approaches such as affiliate programs with little or no original content.

However you should keep in mind that these aren't the only practices that Google disapproves of. Generally, Google doesn't like their results manipulated by deceptive practices. Their recommendations for webmasters are:

Webmasters who spend their energies upholding the spirit of the basic principles listed above will provide a much better user experience and subsequently enjoy better ranking than those who spend their time looking for loopholes they can exploit.

To combat common search engine spam practices employed by rogue SEOs, Google has also posted a list of practices that should raise a red flag when you are looking for a search engine optimizer. According to Google, feel free to walk away from an SEO who:

22

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

• Owns shadow domains.
• Puts links to their other clients on doorway pages.
• Offers to sell keywords in the address bar.
• Doesn't distinguish between actual search results and ads that appear in search results.
• Guarantees ranking, but only on obscure, long keyword phrases you would get anyway.
• Operates with multiple aliases or falsified WHOIS info.
• Gets traffic from "fake" search engines, spyware, or scumware.
• Has had domains removed from Google's index or is not itself listed in Google.

## How to Report Spam to Google

Google has a form that allows you to report spam to Google or you can e-mail Google at spamreport@google.com. Note: Google rarely manually removes websites from the engine. Instead, it tweaks the search engine algorithm and spam detection software to try and eliminate the spam technique that is clogging up the engines.

## How Yahoo! Defines Spam

**NOTE:** AltaVista, All the Web and Inktomi are all owned by Yahoo!, so the Yahoo! Spam policies and Webmaster guidelines also apply to these search engines. According to Yahoo!, search engine spam is webpages "that are considered unwanted and appear in search results with the intent to deceive or attract clicks, with little regard for relevance or overall quality of the user experience." Officially, Yahoo! does not want to index sites with:

• Text that is hidden from the user.
• Misuse of competitor names/products.
• Pages that have substantially the same content as other pages.
• Multiple sites offering the same content.
• Pages in great quantity, which are automatically generated or of little value.
• Pages dedicated to redirecting the user to another page.
• Pages that give the search engine different content than what the end-user sees.
• Pages built primarily for search engines.
• Pages that use excessive pop-ups, interfering with user navigation.
• Pages that use methods to artificially inflate search engine ranking.
• Sites with numerous, unnecessary virtual hostnames.
• Excessive cross-linking with sites to inflate a site's apparent popularity.
• Pages that harm the accuracy, diversity, or relevance of search results.
• Pages that seem deceptive, fraudulent, or provide a poor user experience.

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

## How to Report Spam to Yahoo!

If you find a site that is spamming in Yahoo!, you can report the spam through a form on their website.
**NOTE:** In addition to reporting spam, you can also report copyright violations to Yahoo! To request that they remove any content published in violation of copyright protection, e-mail them at copyright@yahoo-inc.com.

## How Teoma / Ask Jeeves Defines Spam

One of the most definitive sources of the Teoma / Ask Jeeves spam policy is on their Site Submission Terms page. Among the techniques that will keep you from being ranked are:

- Having deceptive text.
- Having duplicate content.
- Having Metadata that does not accurately describe the content of a web page.
- Including off-topic or excessive keywords.
- Fabricating pages to lead users to other web pages.
- Showing different content than the spidered pages to users.
- Using intentionally misleading links.
- Using self linking referencing patterns.
- Misusing affiliate or referral programs.

## How to Report Spam to   Teoma / Ask Jeeves

To report search engine spam to Ask Jeeves or Teoma, e-mail them at jeeves@askjeeves.com.

## How MSN Defines Spam

MSN Search has recently added content guidelines to their website, explicitly stating that the MSNBot will see the following techniques as search engine spam:

- Stuffing pages with irrelevant keywords in order to increase a page's keyword density, including ALT tag stuffing.
- Using hidden text or links.
- Using techniques such as creating link farms to artificially increase the number of links to your page.

24

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

Also, in an e–mail announcing the second preview release of the new MSN search, Microsoft mentioned cloaking and having duplicate content on multiple domains as things that will lead your site to being penalized or removed from the MSN Search index.

**How to Report Spam to MSN**

To report search engine spam to MSN, use the [form](#) on their website.
**Have you seen any search engine spam lately?**     Instead of submitting spam reports to each engine, you can also simply [submit a spam report](#) through SEOToolSet™.

Even those who are spamming right now and think they are getting away with it, should keep one thing in mind, when competitors check out your site (and they do), they will see it is spam and they may choose to report you. Once you have been reported to a search engine, you are likely to be penalized in search engine results for using your spam technique.

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

# 1.3 _Test Questions_

**1) State True or False** .

a) Yahoo is powered by Google
b) Dmoz is a Crawler based search engine
c) AOL displays search results from Yahoo!
d) Yahoo! displays paid results from Overture (now part of Yahoo!)
e) MSN is the biggest directory project
f) Crawlers help to index pages in the search engines
g) Yahoo! and Google display the same results for the same keyword
h) Google was the first search engine ever introduced

**2) Which of the following are parts of a search engine.**

a) Crawler, Index, Search engine software
b) Spider, Content, Link Building
c) Search engine Algorithm, Spider, Index
d) Keyword, Keyword Generator, Scanner

**3) Divide the following factors in On-page and Off-page** .

a) Keyword research
b) Link popularity
c) Meta tags
d) Link building
e) Anchor text optimization
f) Content optimization

**4) Search engine optimization consists of**

a) On-page optimization
b) Off-page optimization
c) Link building
d) All of the above

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

**5) Dmoz is another name for**

    a) Open Directory Project
    b) Open Directory proposal
    c) Open Project of directories
    d) Free Directory Access

**6)** …………… is the best search engine in terms of number of pages indexed.

**7)** …………. And ……………… are the two types of search engines.

**8)** SEO is the process of improving ……………………. So that it ranks ……………..in search engines for targeted …………………………

**9)** Crawlers can scan each and every element present in the page including flash, animations and graphics - State True or False.

**10) Two main ways to optimi  ze for search engines are**

    a) On-page and Off-page optimization
    b) On-page and Link Building optimization
    c) On page and content writing optimization
    d) On page and flash optimization

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

# Chapter 2
# Search Engine Optimization

## 2.1 *On-Page Optimization Factors*

Search Engine Optimization consists of some factors which can be changed and modified by webmaster and some which can't. The first is called On-page factors and the last is Off-page factors.

In this chapter we are going to study 'On Page Factors'.

On page factors include:

- Keywords
- HTML tags
- Content
- CSS
- URL rewrites

As we know, on page factors are related directly to the content and structure of the web site. This normally consists of pages written in HTML but also applies to other document formats that are indexed by search engine such as .pdf or .doc. Along with all the aspects mentioned above, it may also include reducing redundant HTML codes produced by web page authoring tools and restructuring the site to produce better linked and focused page content.

## Keywords

Keyword list is a list of significant and descriptive words that will be used to render the content to users in searches. The words should be similar to the theme of a web site and should be easily integrated in the web site content. Keywords are mental images linked to what lies in the heart of your customer. Keyword selection is based on consumer persuasive research.

The first step of any SEO campaign is 'Keyword Research' i.e. determining and short-listing the most relevant keywords to the product/service. To generate maximum ROI from online marketing campaign, careful selection and focused efforts on specific keywords is very

28

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

important. Keyword selection mainly depends on the theme of website, your target audience, which search engine they are likely to use and finally what keywords they might use to find your product or service.

There are many tools available to generate keywords, known as keyword suggestion tools. The most commonly used keyword suggestion tools are Wordtracker, Yahoo and Google suggest. The keyword suggestion tool helps to choose relevant and popular terms related to your selected key terms.

Let's study them one by one.

**1. Wordtracker:**   Wordtracker is the first and considered to be the best keyword suggestion tool in the world. Wordtracker was introduced in 1999 by Andy and Mike Mindel with a motive to assist SEO's finding multiple keywords with the help of a single keyword. Wordtracker helps web site owners and search engine marketers identify keywords and phrases that are relevant to their or their client's business and are most likely to be used as queries by search engine visitors.

Wordtracker offers a database of over 300 million search queries from which you can choose to build keyword lists for use in SEO and PPC. All search terms are compiled from the major Meta crawlers, Dogpile and Metacrawler. Wordtracker offers simple, precise, compressed, comprehensive, misspelling, lateral and thesaurus search. It gives a list of similar keywords that bear any relation with the search query with the search count. Also its competition search feature finds keywords that have few competing web pages in major search engines.

The most important advantage of using Wordtracker is that it gives you a list of the most popular terms used by visitors while searching for your products or services. This is invaluable insight to help you target your customers in your search engine optimization efforts and pay per click search engine advertising. It also offers competition analysis. It also helps you find keywords that have few competing web pages in major search engines. And the fewer pages you have to compete with, the easier it should be to get top rankings. Wordtracker even offers a misspelling search to help you find misspelled keywords. Sprinkle these into a web page to ensure your page comes up in search results.
**URL:** www.wordtracker.com

**2. Yahoo:**  Yahoo's keyword research tool is basically for Pay-per-Click advertisement where bidding takes place for top rankings in SERP of major search engines and websites including Yahoo!, MSN, AltaVista, AllTheWeb, Dogpile, CNN and ESPN. Yahoo can make you reach over 80% of the active net population. It only charges if someone clicks on the text advert.

29

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

This way marketers can get a guaranteed top rankings in search results of major search engines and websites. At present, Yahoo is delivering more than 215 million targeted leads each month.

The biggest benefit it offers is not only guaranteed top ranking but you only have to pay if a visitor clicks on the listing. Since the advertisements are placed contextually, marketer can receive a lot of targeted customers within days of advertising. Also its huge network is an added advantage. It's partnered with some big names like Yahoo, MSN, AltaVista, CNN etc. If the objective is lead generation in quick time then Yahoo could be the best way to achieve that.

It offers self service and paid service options. In self service, the marketer has to do all the work like selecting keywords, bidding and optimizing etc. Whereas in paid service Yahoo looks after the entire campaign to assure maximum ROI.
**URL:** http://advertising.yahoo.com/smallbusiness/ysm

**3. Google Suggest:** Google suggest is another tool for keyword research introduced by Google Inc. Though it is promoted by Google, this tool is not so popular among marketers. As you type in the search box, Google suggest guesses what you are typing and offers suggestions in real time. This is similar to Google's "Did you mean" feature that offers alternative spellings for your query after you search. The only difference is Google Suggest offers it in real time and can make your searches more convenient and efficient by keeping you from having to reformulate your queries. It also gives the precise traffic on the particular keyword by means of which marketers can get to know the popularity of the keyword/phrase.
**URL:** www.google.com/webhp?complete=1&hl=en

**4. Digital Point Tool:** This is a handy little tool will show you the results of your query from both Wordtracker and Yahoo for determining which phrases are searched most often. Enter a search phrase to see how often it's searched for, as well as get suggestions for alternate (but similar) keywords.

Once you know the keywords you want to target, you can use their keyword position tracking tool to monitor your keyword placement progress on major search engines.
**URL:** www.digitalpoint.com/tools/suggestion

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

# Keyword Finalization:

Keyword finalizing strategy includes

- Keyword Phrase Popularity
- Keyword Competition Analysis
- Marketing Relevance

## Keyword Phrase Popularity:

Visitors who are searching for information use many different keywords to fetch the information. Therefore it is important for SEO to select the most popular keywords amongst users. For example if some one wants to search for automobile industry, he/she will perform multiple searches with multiple keywords like automobile Germany, automobile industry, four wheelers, two wheelers etc.

But all these keywords do not attract huge traffic. That means all these keywords are not equally popular among the target audience. Only few of them are very popular and frequently used while searching for that particular content. Wrong search phrases may get you better search engine ranking but have no search request.

To research and shortlist these keywords is the primary task of an SEO and the first step is to come up with keywords about your web site and their popularity.

## Keyword Competition Analysis:

Competition analysis is necessary at every stage in SEO campaigns right from keyword research stage. It gives insight to what strategies your competitor is adopting and why he is ranking high on those keywords. You can review the HTML code by selecting 'view source' option in the menu bar. This code includes the keywords, the title and the descriptions tags. The key onsite factors that must be considered in competition analysis are Title and Meta tags, Keyword density, content, special formats and positioning.

## Marketing Relevance:

Providing the most beneficial information is the primary purpose behind creating a web site. But the ultimate goal is final sales! While selecting keywords for SEO campaigns, the basic criterion is to choose the most relevant keywords to the site. The belief behind doing it is to

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

drive lots of traffic, which will ultimately convert into sales, although it's not as simple as it looks. Let's look at this example: For a site selling broadband services, 'telecom' is a relevant keyword. It gets quite a lot of searches, and you can drive huge amounts of visitors to your site but finally there is no way you will get any customer who have visited your site because of this keyword. People who type this keyword may be looking for telecom operators, telecom policies and things related to telecom and they are least interested in your broadband services. Hence selection of keywords from a marketing perspective is also very important.

# USE OF HTML Tags:

## HTML Tags:

As we know, spiders or crawlers can only read text. When spiders scan a website it actually scans the HTML code of that particular website. There are several HTML tags such as Title tag, Meta tags, Alt tags etc. which should be integrates with the keywords, in terms of greater optimization of the website.

## Title Tags:

The Title tag plays a very crucial role in optimizing any web site. Title tag is an HTML code that shows the words that appear in the title bar at the top of the browser. The Title tag is generally the first element of the web site. After that come the Meta tags and Header tags. Title tags contain the theme of the website and hence search engines give substantial importance to this tag. Title tags are the first impression of the web site for crawlers and all the major search engines evaluate the relevance of the website on the basis of the keywords present in the Title tag. This tag is also displayed on the SERP and results contain the text included in Title tag.

Title Tag holds significant weight and must be created carefully to ensure that they hold maximum SEO effectiveness and they appeal to the searchers. Since the Title tag plays a vital role in determining your site's ranking in the SERP, you need to pay a lot of attention to the words and the order in which they appear. You need to develop a crisply worded Title tag that includes your most relevant keyword phrases and performs the function of announcing the summary of your web page's content.

The words encoded in the Title tag do not appear anywhere else on the web page. For example if the web site is about SEO, then the appropriate Title tag would be "Search engine

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

optimization: HTML tags optimization" etc. Title tag - first element of the website is generally followed by the Meta Description tag and Meta Keyword tag. A Title tag code is described as bellow: (in HTML)

<Head>
<Title> Search Engine Optimization: HTML tags optimization </Title>
</Head>

Search Engine crawlers consider this tag as the most important element. Since the Title tag communicates the theme of the webpage to the human visitors, search engines believe that the information entered must be true. Though Title tag is not a Meta tag, it's the most important tag amongst all HTML tags and a well described tag increases the relevance significantly. All major search engines use the title tag to evaluate the relevance of a website.



As stated earlier, the Title tag is also displayed on the SERP which is the same text that explains the website in brief. The Title tag is also used as the text when you 'bookmark' a page or add a certain web page to your 'favorites' list in your browser.

Though there are many views and opinions about on-page factors and its importance in SEO, most experts agree that the Title tag is significant in any SEO campaign. Perfect placement of keywords or key phrases can make a significant change in rankings and keywords in a Title tag are given highest weight.

Using the same keywords throughout the web page is very important for SEO. The keyword placement in Title tag should be done in such a way that the keyword or key phrases should appear in the entire content of the site. You should use the same keywords not just in your Title tag, but also in your page content and the Meta Description tag of your web page. If keywords in Title tag are different than that of a web page, they have no use at all. If the keywords are not matching then the weight of the keywords in the title tag gets diluted.

Not just placement but the sequence of placement is also very important from an SEO point of view. The most important keyword should appear at the beginning of the tag, then the secondary keywords and then least important keywords. If you follow this kind of placement, it will certainly create greater impact in ranking.

33

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

Generally search engines read about 80-90 characters, therefore the Title tag should not be longer then this. In addition keyword density should be kept in mind while working on the Title tag because it has to be relevant to the 'webpage' rather than 'website'.

Since each page contains different information, try to vary the keywords in the Title tag accordingly. There is no algorithm for considering plural form and singular form and search engines like Google think in two different terms i.e. according to Google 'apple' and 'apples' are two different terms and it's advisable to use both plural and singular forms of keywords but they are not case sensitive; hence we can use any appropriate case (Upper case or Lower case).

Ideally it should read like a phrase that makes some grammatical sense, not just a collection of keywords. This is all the more important as the Title tag usually appears as the text when you 'bookmark' or add a page to your 'favorites' list and it should make sense when a person reads it later. For instance, if you want to include the keywords Home Loans, Fast clearance, No credit check in your Title tag, you could write:

**Home Loans: fast cleara   nce with no credit check**

Since internet visitors are looking for information, it's advisable to put some informative summary rather than a company/product name. If it's necessary to include the company name then place it at the end.

The Title tag consists of a summary of the webpage content, it should read like a crisply worded sales pitch that is enticing enough to make the users click on your link when it is displayed in SERP. This is the reason it should include your most important keyword phrases or search terms, the sequencing of the keywords should make logical sense and each page of your website should have different and customized Title tag relevant to the context of that page.



Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

## Meta Description Tags:

The Meta Description Tag is part of the HTML code that allows you to give a short and concise summary of your web page content. The words placed in this Meta tag, are often used in the Search Engines result pages, just below the Title tag as a brief description of your page.

Some Search Engines prefer to ignore your Meta Description tag and build the description summary on the basis of the search term for the SERP on the fly. They usually pick up parts of the text on your page wherever the search terms appear. The only exceptions are the Flash, Frame or All Image sites that have no content, and some high importance websites, where the search term is not found in the text. In such case, Google picks up your entire Meta Description Tag and displays it.



This is the way the Meta Description tag appears in your site's HTML code:

<Head>
<Meta name="description" content="Meta Tag Optimization: Title Tag Optimization and Meta Description Tag Optimization. Tips on how to optimize your most important Tags.">
</Head>

## Importance of the Meta Description Tags

Search Engines don't give very high prominence to the Meta Description tag and may generate a description on the fly while listing your web page in SERP. However, in some Search Engines, a good Meta Description tag might help a page to rank higher for your targeted search terms. This holds true for Flash, Frame or All Image sites that have no content as well as some high importance websites, where the search term is not found in the text. In such cases, some search engines pick up the exact Meta Description tag and display it in its SERP, just below the Title tag. Hence, it is important to write a crisp and enticing Description tag that includes your important keyword phrases and manages to interest your user.

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

## Working with Meta Description Tags

Keyword Phrases and Meta Description Tags:

Include your most relevant and important keyword phrases in your page's Meta Description tag. As in the case of a Title tag, focus on the same keyword phrases as you used in your page's Title tag and body text. Fewer and highly targeted search phrases can boost your web page's relevance in the Search Engines results.

The Meta Description tag of your web page should not read like a collection of keywords, but should be as an informative and interesting summary of your web page.

### Dos and Don'ts of good Meta Description Tags:

1. Excessive keyword repetition should be avoided. Instead, pay attention to the sequence in which your keywords appear. The most important terms should be placed in the beginning.

2. Make sure each page on your web site has a different and a unique Meta Description Tag using the keyword phrases that are relevant to that web page.

3. A Meta Description Tag of 25-30 words should do fine.

4. The most important keyword phrases should ideally be placed at the beginning of your Meta Description Tag, which increases your chances of better Search Engine Rankings.

### The Meta Keywords Tag:

Meta keyword tags are comparatively less important than other Meta tags. SEO's add up some extra information in Meta Keyword tags to make the site more search engine friendly but most crawlers do not consider this tag.

Meta Keyword tag is useful in a sense of providing support to the keywords and content; in a nutshell, they are support tags to other HTML tags as well as content of the page. For example, if the site is about SEO, and search engine optimization is your keyword, then mentioning 'internet marketing' in Keyword tag might help boost the page a bit higher for those words.

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

Remember, if you don't use the words 'internet marketing' on the page at all, then just adding them to the Meta keywords tag is extremely unlikely to help the page do well for this term. The text in the Meta Keywords tag, for the few crawlers that support it, works in conjunction with the text in your body copy.

The Meta Keyword tag is also sometimes useful as a way to help your page come up for synonyms or unusual words that don't appear on the page itself. For instance, let's say you had a page all about 'Google Features' and you never actually mention the word "algorithm" on this page. By having the word in your Meta Keywords tag, you may help increase the odds of coming up if someone searched for 'Google features and algorithm'. Of course you would increase the odds if you just used the word 'algorithm' in the body copy of the page itself.

Another example would be if say you have a page about horseback riding, and you've written your page using "horseback" as a single word. You realize that some people may instead search for "horse back riding" with "horse back" in their searches being two separate words. If you listed these words separately in your Meta Keywords tag, then for the few crawlers that support it, your page might rank better for "horse back" riding. Sadly, the best way to ensure this would be to write your pages using both "horseback riding" and "horse back riding" in the text -- or perhaps on some of your pages, use the single word version and on others, the two word version.

Far too many people, new to search engine optimization, obsess with the Meta Keywords tag. Remember few crawlers support it. For those who do, it MIGHT help improve the ranking of your page. It may also very well do nothing for your page at all. In fact, repeat a particular word too often in a Meta Keywords tag and you could actually harm your page's chances of ranking well. Because of this, it is strongly advisable that those new to search engine optimization not even worry about the tag at all.

Even those who are experienced in search engine optimization may decide it is no longer worth using the tags. Search Engine Watch doesn't. Any Meta Keywords tags you find in the site were written in the past, when the Keywords tag was more important. There's no harm in leaving up existing tags you may have written, but going forward, writing new tags probably isn't worth your trouble.

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

```
<HEAD>
<TITLE>Stamp Collecting World</TITLE>
<META name="description" content="Everything you wanted to know
about stamps, from prices to history.">
<META name="keywords" content="stamps, stamp collecting,
stamp history, prices, stamps for sale">
</HEAD>
```

## Meta Robots Tag:

One other Meta tag worth mentioning is the robots tag. This lets you specify if a particular page should NOT be indexed by a search engine. To keep spiders out, simply add this text between your head tags on each page you don't want indexed. The format is shown below.

```
<HEAD>
<TITLE>Page I Don't Want In Search Engines</TITLE>
<META NAME="ROBOTS" CONTENT="NOINDEX">
</HEAD>
```

You do NOT need to use variations of the Meta robots tag to help your pages get indexed as they are unnecessary. By default, a crawler will try to index all your web pages and will try to follow links from one page to another.

Most major search engines support the Meta robots tag. However, the robots.txt convention of blocking indexing is more efficient, as you don't need to add tags to each and every page. If you use a robots.txt file to block indexing, there is no need in using Meta robots tags. For more information please visit:
**URL:** www.robotstxt.org/wc/robots.html

## Other Meta Tags:

There are many other Meta tags that exist beyond those explored in this article. For example "author", "channel", "date" etc. These mean nothing to web-wide crawlers such as Google. They are specifically for an internal search engine used by a particular website to index its own content.

There are also "Dublin Core" Meta tags. The intent is that these can be used for both "internal" search engines and web-wide ones. However, no major web-wide search engine supports these tags.

38

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

WWW.SEOcertification.org

How about the Meta revisit tag? This tag is not recognized by the major search engines as a method of telling them how often to automatically return. They have never supported it.

**In Conclusion:**

Overall, just remember this. Of all the Meta tags you may see out there:

**Meta Robots:**  This tag enjoys full support, but you only need it if you DO NOT want your pages indexed.

**Meta Description:** This tag enjoys much support, and it is well worth using.

**Meta Keywords:**  This tag is only supported by some major crawlers and probably isn't worth the time to implement.

**Meta Everything Else:**   Any other Meta tag you see is ignored by the major crawlers, though they may be used by specialized search engines.

**Alt Tags:**

"Alt Tag" is defined as the alternative text that the browser displays when the surfer does not want to or cannot see the pictures present in a web page.

For years, search engine optimizers have included their important keyword phrases in ALT text for images, feeling confident that many of the search engines considered the contents of ALT text when determining relevancy.

But some researches have found out that none of the major search engines now considers Alt Text when determining relevancy. According to research by expert SEO researcher Jerry West of Web Marketing Now, using ALT text for SEO purposes has not only diminished, but adversely affects the rankings in the SERPs [when used incorrectly].

According to a Google engineer, what you should do is create an ALT [text] that is relevant to the picture, so it gives the user a good experience, including the visually impaired. The ALT text is indexed, but it is down graded in the algorithm.

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

That means Search engine optimizers no longer need to use keyword phrases in the ALT text of images on their Web pages. However Alt Text can be used to describe the image. Who knows it might give you an advantage over others.

## Anchor Text Optimization

As discussed earlier, anchor text is the visible hyperlinked text on the webpage. Anchor text links to a page where the same topic is discussed or it is related to that topic. That means anchor text takes visitor to another site or page where he/she can get some more insights about the topic he/she is reviewing. For example let's take the four lines written above.

As discussed earlier, **anchor text**  is the visible hyperlinked text on the webpage. Anchor text links to a page where the same topic is discussed or it is related to that topic. That means anchor text takes visitor to another site or page where he/she can get some more insights about the topic he/she is reviewing.

Here in the above paragraph, 'anchor text' and 'webpage' are anchor texts. These words are hyperlinked to the pages which are related to anchor text and webpage respectively. Therefore these words are 'anchor text' in that paragraph.

Anchor texts are very important from SEO point of view. The page, which is linked to anchor text, is believed to be highly relevant for search engines. But not only the linked page but also the page containing anchor text gains some importance while ranking on SERP, provided it is using keywords.

The website containing different information on different pages can be optimized very easily by using anchor text. We will call it as 'anchor text optimization within the site'. Generally we use 'About Us', 'Click Here', 'More..' and such kind of words to link the desired page within the site. Instead of that, if we use the keywords there, it will certainly help the site to rank higher in SERP. So the game is all about linking appropriate keywords to right pages.

Anchor text optimization can be done while link building campaign also. Since presence of keywords in the links pointing to your site also has greater importance, we need optimize that text as well. So it is advisable to write keywords in the title and vary the description accordingly.

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

It is observed that anchor text is the deciding factor in ranking pages. The site will rank fair if you don't optimize anchor text. But it will rank much more higher, if we do anchor text optimization. Take the example of 'miserable failure' case. Biography of George Bush is linked with 'miserable failure' and still it is ranking number one for that keyword. It's all done without any on-page optimization but only on Anchor text optimization.

## Comment Tag optimization

Comment tag is an html code that describes or documents content. The code is written in between <! -- -->. Comment tag is invisible to the user and can only be seen in the code itself. Browser doesn't display any code within comment tag. However search engine indexes all text within comment tag. You can use comments to explain your code, which can help you when you edit the source code at a later date.
Generally comment tag is written as,

*<!—this is comment tag -->*

Since search engines indexes the text in comment tag, we can use keywords and key phrases in comment tag. This will increase the keyword density and ultimately page can rank higher than others.

Comment tag can be used anywhere in the document right from title, description and head tag. It is generally used when it is not possible to place keywords in these tags. For example is the site is about HTML and keywords are HTML, comment tag, SEO, and Web Designing. The page is about 'Comment tag' and title is 'HTML tags'. In this case we can use comment tag <! -- It is about Comment tag -->. Here this text will not be displayed to the use but search engines can read this text and certainly believe that the content is more relative. We can also use it before the starting of important content like before flash content, programming in JavaScript, ASP or Applet, images and for those sections we need to identify for easy access.

But using comment tag to optimize the website is becoming outdated practice. Many of the search engines have changed their algorithms and they are not ranking pages based on use of keywords in comment tags. Inktomi is the only search engine that still considers comment tags to boost search engine rankings of the web site. The main reason behind changing algorithm is its misuse. Often inserting a comment tag inside a font tag will not make it a comment tag anymore. It will get treated as any other text in the document.

41

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

# Content

## The Importance of Content

Content is what makes the website good or bad and content is the major factor which attracts more and more visitors to the site. Search engines also give very high importance to the sites, which are full of relative content. Considering the main reason behind the website i.e. information, search engines emphasis more on content than anything else.

But just writing some simple text is not enough to rank the page in the search engine. There are several factors on which a search engine evaluates the content and ranks the site. The main aspect any search engine looks in the content is its benefit to the visitor. Also original and well written content is highly appreciated by the search engine. This is because, search engines believes that users are always looking for new and original content. Submitting articles is also becoming popular because of its ability to get linked o other sites. The quality of the content also plays a vital role in search engine rankings.

Lets look what advantage the well written and original content provide! Before writing any content, one thing should be kept in mind that content is the backbone of the site. The main purpose of creating a website is to provide all the possible information as deeply as possible. Therefore before writing the content you should know what exactly your target audience is and what their interests are.

## Original & Well-Written Content:

1. What does your audience want to find?
2. Will you have to do additional research?
3. Are you an expert writer or do you have one on staff?

## What Does Your Audience Want To Find?

Assessing your potential visitors' want does not require a crystal ball. If you have completed and spent quality hours on Step One of this series, fully researching your keywords, you are already well on your way. Delving into those keywords you will often find hints that will push you in the right direction.

If you have a site that provides information on skin problems such as "acne" and you found a number of people searching for "acne treatment" and "natural acne treatment" and have thus

42

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

chosen these as your targeted keyword phrases you already understand your visitors current situation and more importantly, their needs. Similarly, if you are a Real Estate Agent and have chosen "Los Angeles real estate" as your phrase you know more than simply characters strung together and dropped into a search box. You know that you are dealing with people wishing to purchase or sell a home in Los Angeles. In both scenarios you know what your visitors want and, assuming you are already successful in your industry, you know what you have to do to convert that desire into a client.

What has to be done is to create solid, compelling content that will both grab your visitor's attention and at the same time, make them want what you have to offer. This is not the same as selling to them when you have the opportunity to speak face-to-face. You are working without the benefit of watching their expressions, speaking to them about their objections or even understanding whether they are looking for information for a friend or if it is they themselves who require your services.

This leaves you with a lot of room for content. In the online environment you have to deal with every question before they ask it, and make every person feel that you can help them even though you've never met.

What does your audience want to find? They want to find a solution to their problem. How do you provide that? You do that by supplying them answers to the questions they don't have the opportunity to ask and may not want to give you their email address to find out. FAQ pages are good but often used as sales pages, which is fine as long as you are still providing good content which your visitor is not reading as "sales" but rather "solutions". Perhaps create pages of replies to emails you have received. Perhaps place a related "fact of the day" on your homepage with a link to an archive of facts related to your industry, product and/or business. You might even want to add a blog to your site.

Regardless, give your visitor the answers they're looking for and keep this information updated as you get new information and you will stand a much better chance of keeping that person surfing through your website. The longer you can keep them on your site, the greater the chance that you will build trust, and once you've got that you can help them with a solution to their problem.

**Do you need to do  additional research?**

No matter how much you know there is always more out there and your visitors are probably well aware of that. If you fail to address all their questions, your visitors may very well leave

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

your site in search of the answer. Once they've left your site it is the other webmasters who now have the opportunity to present the benefits of their products or services.

Find all the information that you can and make sure that you include as much as possible on your site. The additional benefit in doing this is that constant new information on your website will not only keep visitors coming back to find new information but the search engines spiders too. If your site changes often the spiders will pick up on this and will visit you more often. While this by itself will not improve your rankings it does give you an advantage. The more often search engine spiders visit your website the faster changes you make will be picked up. The faster these changes are picked up the quicker you will be able to react to drops in rankings. If you know the spiders visit your site every second day and you drop from #8 to #12 you know that with proper tweaking to your content you may be able to recover that loss in as little as two days.

**Use professional writers:**

When you need a doctor do you read a book entitled "Heart Surgery For Dummies" and buy yourself a very sharp knife. Of course you don't and while your website may not be quite as important as your heart, it is how your company is being perceived online. This perception can be the make-or-break of all your online marketing efforts.

If you are committed to attaining high rankings, to making money online and/or promoting your business through your website, shouldn't you also be committed to insuring that your conversions are maximized. High search engine positioning is important but so too is converting those visitors once they get to your site. You may be an expert in your field but if that expertise isn't getting communicated effectively, and you don't have a writer on staff, be certain to at least consider hiring one to make sure that your website is conveying the message you want in verbiage that your visitors will understand. Assuming you choose your writer well, you will not only have a well-written site but you will also gain the advantage of having an outsider, who is more likely to write for people who aren't experts, creating your content.

If you feel that you are qualified to write your own content then be sure to have it proofread by someone from the outside. Find someone from within your target market and demographic, and have them go through your content giving suggestions and criticism. Every change they recommend is earning you extra money. Whether you implement the changes or not you are learning something new about what people will want and expect to see on your site.

44

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

## With Articles Come Links

Writing content is not just an exercise for your own website. We all know that inbound links to your site help rankings. Additionally, if those links can be ones that provide genuine targeted traffic you're doing very well.

There are a number of methods for driving traffic to your site with paid advertising, PPC, etc. however one of the most cost-effective methods is to publish articles. Article writing is no simple task however the rewards can be enormous. Articles serve two great purposes:

1. **Increased Link Popularity** – When you write an article and submit it to other websites to post, they will generally link to your website from the page the article is on. Here's a completely legitimate, relevant, and quality link to your site.
2. **Exposure & Credibility** – The added credibility that article writing lends to your business coupled with the added benefit of the visitors who come to your site directly from your article are invaluable.

When it comes to article writing there is little in the way of more effective advertising. You will have to find sources to publish those articles on, but once you've done this time-consuming task you can reuse the same list for future articles. Get those articles on a number of quality resource sites and enjoy watching your stats and your rankings improve.

## With Quality Content Comes Even More Links

Yet another benefit that derives from having a website with great content and writing articles is that, with time, your website itself will become a resource. If you provide great information that other people will find useful people will link to it naturally. With so much emphasis in recent times on reciprocal linking some might think this is the only way to get links at all. Believe it or not there are still webmasters out there who will link to sites for no other reason than they feel their visitors will be interested in its content.

Build a good site with quality content, keep it easily navigated and create sections for specific areas (articles for example) and you will find that people will link to your site and may even link to specific articles or your articles index. Perhaps then your articles index is a good page to target an additional keyword phrase.

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

# Content Optimization

There are aspects of the optimization process that gain and lose importance. Content optimization is no exception to this. Through the many algorithm changes that take place each year, the weight given to the content on your pages rises and falls. Currently incoming links appear to supply greater advantage than well-written and optimized content.

While currently having a bunch of incoming links from high Page Rank sites will do well for you on Google you must consider what will happen to your rankings when the weight given to incoming links drops, or how your website fares on search engines other than Google that don't place the same emphasis on incoming links.

While there are many characteristics of your content that are in the algorithmic calculations, there are a few that consistently hold relatively high priority. These are:

1. Heading Tags
2. Special Text (bold, colored, etc.)
3. Inline Text Links or Anchor text
4. Keyword Density

## Heading Tags

The heading tag is code used to specify to the visitor and to the search engines what the topic is of your page and/or subsections of it. You have 6 predefined heading tags to work with ranging from <H1> to <H6>.

By default these tags appear larger than standard text in a browser and are bold. These aspects can be adjusted using the font tags or by using Cascading Style Sheets (CSS).

Due to their abuse by unethical webmasters and SEO's, the weight given to heading tags is not what it could be however the content between these tags is given increased weight over standard text. There are rules to follow with the use of heading tags that must be adhered to. If you use heading tags irresponsibly you run the risk of having your website penalized for spam even though the abuse may be unintentional.

When using your heading tags, try to follow these rules:

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

• Never use the same tag twice on a single page
• Try to be concise with your wording
• Use heading tags only when appropriate. If bold text will do then go that route
• Don't use CSS to mask heading tags

Never use the same tag twice on a single page. While the <H1> tags holds the greatest weight of the entire heading tags, its purpose is to act as the primary heading of the page. If you use it twice you are obviously not using it to define the main topic of the page. If you need to use another heading tag use the <H2> tag. After that the <H3> tag and so on. Generally try never to use more than 2 heading tags on a page.

Try to be concise with your wording. If you have a 2 keyword phrase that you are trying to target and you make a heading that is10 words long then your keyword phrase only makes up about 20% of the total verbiage. If you have a 4-word heading on the other hand you would then have a 50% density and increased priority given to the keyword phrase you are targeting.

Use heading tags only when appropriate. If bold text will do then go that route. If overused the weight of the tags themselves are reduced with decreasing content and "priority" being given to different phrases at various points in the content. If you have so much great content that you feel you need to use many heading tags you should consider dividing the content up into multiple pages, each with its own tag and keyword target possibilities. For the most part, rather than using additional heading tags, bolding the content will suffice. The sizing will be kept the same as your usual text and it will stand out to the reader as part of the text but with added importance.

Don't use CSS to mask heading tags. Cascading Style Sheets (CSS) serve many great functions. They can be used to define how a site functions, looks and feels however they can also be used to mislead search engines and visitors alike. Each tag has a default look and feel. It is fine to use CSS to adjust this somewhat to fit how you want your site to look. However one should not adjust the look and feel to mislead search engines. It is a simple enough task to define in CSS that your heading should appear as regular text. Some unethical SEO's will also then place their style sheet in a folder that is hidden from the search engine spiders. This is secure enough until your competitors look at the cached copy of your page (and they undoubtedly will at some point) see that you have hidden heading tags and report you to the search engines as spamming. It's an unnecessary risk that you need not take. Use your headings properly and you'll do just fine.

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

## Special Text (Optimization using Bold, Italics, Underlines etc.)

When a search engine is scanning page its looking for several factors to determine what is important and what is not. In particular, it looks for text tags such as bold, underline, italics etc to help rank the page.

The reason behind it is quite simple! As the text is formatted specially, search engines think that it is important for users. And hence it is important for Search Engines as well.

"Special text" is any content on your page that is set to stand out from the rest. This includes bold, underlined, colored, highlighted, sizing and italic. This text is given weight higher than standard content and rightfully so. Bold text, for example, is generally used to define sub-headings or to pull content out on a page to insure the visitor reads it. The same can be said for the other "special text" definitions.

Search engines have thus been programmed to read this as more important than the rest of the content and will give it increased weight. For example, on the homepage we begin the content in the bold text. This serves two purposes. The first is to draw the eye to these words and further reinforce the "brand". The second purpose is to add weight to the "Search Engine Positioning" portion of the name. It effectively does both.

Reread your content and, if appropriate for both visitors and search engines, use special text when it will help draw the eye to important information and also add weight to your keywords. This does not mean that you should bold every instance of your targeted keywords nor does it mean that you should avoid using special text when it does not involve your keywords. Common sense and a reasonable grasp of sales and marketing techniques should be your guide in establishing what should and should not be drawn out with "special text".

## Inline Text Links (Anchor Text)

Inline text links are links added right into text in the verbiage of your content. For example I can link some text of this article to other articles for reference.

Like special text this serves two purposes. The first is to give the reader a quick and easy way to find the information you are referring to. The second purpose of this technique is to give added weight to this phrase for the page on which the link is located and also to give weight to the target page.

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

While this point is debatable, there is a relatively commonly held belief that inline text links are given more weight than a text link which stands alone. If we were to think like a search engine this makes sense. If the link occurs within the content area then chances are it is highly relevant to the content itself and the link should be counted with more strength than a link placed in a footer simply to get a spider through the site.

Like "special text" this should only be employed if it helps the visitor navigate your site. An additional benefit to inline text links is that you can help direct your visitors to the pages you want them on. Rather than simply relying on visitors to use your navigation bar as you are hoping they will, with inline text links you can link to the internal pages you are hoping they will get to such as your services page, or product details.


## Keyword Density

"Keyword density" is the percentage of your total content that is made up of your targeted keywords. There is much debate in forums, SEO chat rooms and the like as to what the "optimal" keyword density might be. Estimates seem to range from 3% to 10%.

Knowing that search engines operate on mathematical formulas implies that this aspect of your website must have some certain number associated with it that will give your content the greatest chance of success.
With this in mind there are three points that you should consider:

1. Since the algorithm is very complex and hard to explore, you will never know 100% what this certain number is.
2. The optimal keyword density algorithm change regularly. Therefore even if you know the stats today, there is no guarantee that the same number will give the same ranking after some time. Therefore rather than running after optimal keyword density its better to keep it in between 3% to 7%.
3. The optimal keyword density for one search engine is not the same as it is for another. Chasing the density of one may very well ruin your efforts on another.

So what can you do? Your best bet is to simply place your targeted keyword phrase in your content as often as possible while keeping the content easily readable by a live visitor. Your goal here is not to sell to search engines; it is to sell to people. If you are simply aware of the phrase that you are targeting while you write your content then chances are you will attain a keyword density somewhere between 3 and 5%. Stay in this range and, provided that the other

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

aspects of the optimization process are in place, you will rank well across many of the search engines.

Also remember when you're looking over your page that when you're reading it the targeted phrase may seem to stand out as it's used more than any other phrase on the page and may even seem like it's a bit too much. Unless you've obviously overdone it (approached the 10% rather than 5% end of the spectrum) it's alright for this phrase to stand out.

This is the phrase that the searcher was searching for. When they see it on the page it will be a reminder to them what they are looking for and seeing it a few times will reinforce that you can help them find the information they need to make the right decision.

In the search engine marketing literature, keyword density is defined as

$$KD = \frac{tf_{i,j}}{l_i}$$

Where $tf_{i,j}$ is the number of times term $i$ appears in document $j$ and $l$ is the total number of terms in the document. Equation 1 is a legacy idea found intermingled in the old literature on readability theory, where word frequency ratios are calculated for passages and text windows - phrases, sentences, paragraphs or entire documents - and combined with other readability tests.

## *2.2   Off-page Optimization factors*

Off-page optimization is the term used for the actions taken off the actual web page that positively affect the performance of the page and the site. This includes everything from links from other sites, exchanges of links and the actions taken offline that affect performance of the web site.

Due to the ease with which on-page factors can be manipulated search engines now place more weight on so called off-page factors. Google made this form of ranking famous with its patented PageRank algorithm but researchers discussed using ideas such as link anchor text as far back as 1994. Off-page criteria are obtained from sources other than the website.

50

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

Probably the most important of these criteria are the quantity of inbound-links using anchor text containing your target keywords. These should come from pages covering similar topics, preferably from large, long established authority sites. Link popularity is a score that adds up the total number of links you have pointed to your site over various search engines. Search engines heavily weigh how many links there are pointing to your site. Search engines believes that more the links more useful the site for visitors. The inbound links are like recommendation to view your site. However, all links aren't equal in terms of quality. The more links you have the better. Evaluating a links importance is quite complex and is determined on various factors. Some of them include content relation, page rank and page traffic.

**Content Relation:**   Any link from content rich site is most valuable in terms of quality. Of course the content should be related to the topic of your page/site. Any website that operates the same target audience is very valuable. For example if you are 'SEO' company, then the links from SEO related sites will certainly create more value for your rankings.

**Page Rank:**  Google assigns to every web page in its index a number somewhere between 0 to 10. In the case of Google the higher the PageRank the better! All other things being equal, a link from a PR6 site is worth around eight to ten times that of a PR5 site. But determining a links value solely on page rank is unwise as there are lots of PR0 pages that might have lots of targeted traffic. Remember that Google uses all inbound-links in its ranking process, not just those shown by the 'back links' option of the Google toolbar. If the page has the luxury of many inbound-links then mixing target keywords to cover different queries is a good idea. Since Yahoo! acquired Overture and dumped the Google index it has published an index called WebRank. This is based on the number of incoming links to a site. It would seem likely that this is also a factor in their ranking process.

**Page Traffic:**  Page traffic refers to how many potential buyers may come across a page on the web that you want to target.

Some search engines also rank sites based on usage information. This is called Click Density and was pioneered by the DirectHit engine. The search engine monitors the results pages to see which links users actually follow. This is a kind of quality control although is affected by on-page factors such as the Description META tag and other summary information the search engine uses to describe the page.

Off page factors have evolved to form complex parts of search engines' algorithms, but some of the most important factors include:

51

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

1. Building link popularity
2. Google Page Rank
3. Measuring link popularity
4. Anchor text optimization.

Let's study all these factors one by one.

# Building link popularity

Link popularity is the number of external links that links to your site. Here quantity is the only concern and not quality. We will look into the quality later.

Link building requires dedication and consistent effort. It is the most difficult, time-consuming and important task an SEO performs to get a website ranked well. Certain strategies are well known to SEO's, while others are in the realm of the experts or forward-thinkers who puzzle them out. We have attempted to list here many of the link building tactics used by the SEO community.

**Content Development:**   The best way to build long term link popularity is to offer good content and features that provide real value to your audience. As people discover your web site and realize its benefit the likelihood of them linking to your web site naturally increases. Link importance helps filter out the spammers who set up dozens of free sites and then link their bogus sites to the main Web site. Spamming is such a problem that some search engines don't count free Web sites at all in their link popularity scores.

**Directories:**  There are several critical targets if you want to build up your link popularity without appearing to be a spammer. The most important is good links for Yahoo! and Dmoz directory. These are human compiled and very well reputed online directories. The listing in these directories is very important provided that they are listed in correct category with a good description. Links from these two websites are seen as validating you are the real thing.

There are several other directories than Yahoo! and Dmoz. Many directories are industry specific or topic specific. So to have a link from such topic specific directory also matters a lot. For example, if you have a news and entertainment site then linked to the site focused on news and entertainment is important.

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

Many times other people are not aware about your site. Hence it becomes very difficult to get linked to niche sites. The best solution for this problem is to send a request to link to your site. You must explain what your site is all about and the benefit their users will get from your site. Also make sure that the message is personalized. Another part of the web that helps build your link popularity is resource sites. Resource sites are lists of links that people put up on their own. Though it sounds like directories there are many differences between directories and resource pages. Resource pages are for a specific topic while directories contain many sub-topics. These pages are often spread amongst friends and readers who find good information available from the resource. The visitors to these pages are highly targeted and are always in search for better information. In order to reach this audience, a good PR campaign and press releases can ensure that these individuals know you exist and have a link to your website that they can easily include.

One more way to get links is from your partners. They could be your suppliers or vendors for your business. Since you already have established a relationship with these people, there are more chances that you will receive link from them. These websites help validate your place online and also establish you within a community of websites online. The major advantage of this linking is increase in reliability. If you are linked within your community search engines believe that you are more reliable and community trusts you. Hence more the visibility among your community, more the chances that you will rank better.

Internal link building is as important as external one. Search engines scan the site following your links. Hence your link structure should be solid and easily followed by search engines. The easier you make it on your audience to find good information, the more likely they are to link to it.

**Forum participation:**   The final way you can work to increase your link popularity is to participate in newsletters and online forums that relate to your website. Generating links through forums is often considered spam, but forums are valuable tools for link builders as long as the proper methods are employed. You don't want to just jump in and give a plug for your URL. You must participate in the discussion as an expert or authority who gives good advice. When you sign your name at the bottom of your posting, be sure to include a signature that includes a link to your website. If these forums and newsletters are archived and remain online, search engines continue to see them and the links they contain. The forum signature of a member is certainly a fair place to promote your site, and while doing so may not provide a worthy backlink in the search engines' eyes, it does offer visitors on the forum a chance to see your site. In SEO forums, people constantly plug their new directories, tools, articles, etc. These are all appropriate as long as they are subtle, relevant and not overdone.

53

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

**Blogging and Comments:**   Web log is another very effective way of getting backlinks. Create a personal blog on your site and you can more easily make notes or comments at other sites that link back to you. But remember that this is not for your product promotion or advertisement. If you do so it will be considered as spamming. Try to put as much information as possible on the blog. It will certainly push up your reputation in the market. The well researched and well written blog is always appreciated. And these kinds of blogs can only generate links for the site. A well thought-out response to a relevant blog or article can bring not only search engines, but more importantly other readers of the blog to your site through the link. If your content proves interesting, you could build much more than just a single link through your comments.

Another important thing to remember is that your link in blog comments may not count at all in the search engines. Many blogs prevent access to these comments or don't provide direct, spiderable links for blog visitors. This, combined with the fact that these comments are buried at least 2-3 links deep from the main page means that you should keep your focus on the visitors you might generate, rather than the search engine optimization you might get.

However, you should still be as SE friendly as possible. If the subject matter deals directly with your keyword phrases, you're in fine shape, but if they are on related subjects, it can't hurt to use your keyword phrases once or twice in a longer comment/entry. You should also try to make your 'name' - which is typically the anchor text for your link contain at least one of your keyword phrases, but remember to keep it varied and never let it overtake the importance of getting visitors.

**Unique Tools and Services:**   By offering specific, relevant free Internet tools/services at your site, you can generate naturally built links. It is recommended to find a tool or service that isn't currently offered or that you believe you can improve upon. For some industries, this will be much harder than others, but creativity is your best tool. Imagine what automated web service, list of resources or submission-type tool would best benefit you and then build it and offer it on your site.

The possibilities are endless, and there is little doubt that the web can automate and make easier hundreds of tasks in any industry. The key, after you have built your tool, is to promote it with industry leaders - send it to bloggers who discuss your subject matter, ask people to use and evaluate it on forums, etc. You can even try to promote it by writing an article about your findings, development or the simple existence of the tool and submitting it across the newswires.

54

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

WWW.SEOcertification.org

**Automated link building program:**     This is very risky way to go for link popularity. It is found that search engines penalize for automated link building. But it follows the principle of risk and return. If you are willing to take the risk, the returns could be highly substantial. Well-built and well hidden link networks often bring higher rankings in a short amount of time. The key is to select a provider who will offer the following:

1. A vastly distributed network that is not interlinked and doesn't share any C-Block IP addresses.
2. Linking pages that contain some relevant content that has been well-linked through a sitemap system.
3. Pages that are as close to naturally-designed and built as possible.
4. A company that can speak at an expert level about SEO and the tactics they use to avoid detection - call them and talk to them first; their knowledge and competence should be instantly apparent.
5. Someone you trust and have researched thoroughly - I DO NOT recommend posting on forums about these companies, as you could damage your chances for success. Just ask for recommendations from trusted members of the SEO community.
6. Pages that link not only to your site(s) but to other relevant, related sites as well - even if they are your composition. That way, if you get penalized, at least your competition is suffering as well.

This is one of the riskiest strategies that can be pursued in link building and I recommend it only with extreme caution. You are breaking the search engine's printed rules by "intentionally manipulating the search results" and you should have a contingency plan in the event of disaster.

**Natural link building:**   Although undoubtedly a difficult and time consuming method, as well as one of the more unreliable ones, natural link building is what powers most of the top sites on the Internet. This method involves developing the most useful, relevant content that provides the best resources, tools, services, prices, etc. in the industry. By offering the web community the best possible site, you can gain natural links through the power of having others on the web link to you.

Sadly, this tactic is somewhat usurped by the search engines, as newer sites often fair exceptionally poor in the search results, especially for popular terms. In order to have natural links, people must be exposed to your site. At one time natural link building was the very best method to get traffic and links, but in the current state of search and traffic, it is more of a boost that you use to help convert some of the webmasters & bloggers who might visit your site into link builders.

55

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

Building valuable content is no easy task, and building an industry-leading resource is even more challenging. However, the long-term benefits can be spectacular, assuming you have the money and time to maintain your resource without proportional income. Remember to ask yourself what someone who comes to your site might want and try to provide the absolute best service/information in your industry in the cleanest, most usable site possible.

**Press releases:**  Press releases are a very effective and popular tactic to get links to the site provided that it is a professionally written and keyword rich article. Generally articles consist of well placed keywords and a link to the sites that are the subject of the article. It grabs lots of attention and hence results with highly targeted traffic.

The article must be relative and should provide good value to visitor. It is generally recommended to hire content writer or journalist to write the article. Distribution sites are the only way to release these articles. There are many popular sites such as 'Prleap.com', 'Prweb.com', 'Free-press-release.com', 'pressworld.com' in which you can submit the article. These sites offer links, serve to a large variety of sites and provide enough flexibility to allow an SEO to perform well.

The distribution that is achieved will determine the value of the links and the article. It's also important to keep in mind that duplicate content penalties may hurt you - DO NOT re-publish the press release on your own site.

**Article writing and Submission:**    Article writing and content development is considered to be the major on-page factor for SEO. But this is one of the various ways to get links to your sites as well. Many websites are designed around hosting the content of others and providing links back to them. These sites are known as 'third party article hosting' sites. These sites cover a wide range of coverage and accept articles on variety of topics.

Some of the major 3rd party sites are IdeaMarketers.com, Buzzle.com, ebooksnbytes.com, thewhir.com, amazines.com etc. There are many topic specific sites are also available on the Internet. You can get a high visibility and exposure on Internet after submitting articles to these sites. There are many more such sites available for article submission.

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

# Anchor Text Optimization

Successful search engine optimization employs many factors. However, one of the most important factors is the anchor text of inbound links. Because Google, among other search engines, puts a significant amount of weight on the anchor text of inbound links, anchor text can be a decisive factor when going after top ranking on extremely competitive search terms.

Precisely how powerful is anchor text of inbound links? It is entirely possible to achieve top ranking for extremely competitive keywords without any hint of on-page-elements SEO.

Monster.com currently sits in the #1 spot for the search term Jobs. The word "jobs" does not even appear on that page in text form; the only occurrence is once in the form of ALT text.

Search Google for Computers. At this time, six of the top ten pages do not contain the word Computers in the page copy. They are there due solely to anchor text of inbound links.

Search Google for Profit. At this time, 7 of the top ten pages do not contain the word Profit in the page copy. They are there due solely to anchor text of inbound links.

Search Google for Promote. At this time, 5 of the top ten pages do not contain the word Promote in the page copy. They are there due solely to anchor text of inbound links.

Search Google for Advertise. At this time, 6 of the top ten pages do not contain the word Advertise in the page copy. They are there solely due to anchor text of inbound links.

Search Google for Click. At this time, 9 of the top ten pages do not contain the word Click in the page copy. They are there due solely to anchor text of inbound links.

Search Google for webhosting. At this time, four of the top ten pages do not contain the word webhosting in the page copy. They are there due solely to anchor text of inbound links.

Search Google for hits. At this time, the top three pages do not contain the word hits in the page copy. They are there due solely to anchor text of inbound links.

Do a search for exit. All of the sites on the first page are there due solely to anchor text of inbound links.

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

Same thing applies when you do a search for leave, for which Yahoo! is listed in the #1 spot. Yahoo is also #1 for the search term exit, due solely to the anchor text of hundreds of mature content sites.

**Use:** So how do you, as an SEO, utilize the power of anchor text? The easiest - most cost effective - way is to choose a descriptive name for your site, and by descriptively naming your folders and files.

**Domains:** We are currently analyzing data from market research into consumer behavior in regard to domain names. The completed analysis will be published in an article entitled Descriptive Domains for SEO. As a preview of things to come, let me say that preliminary data shows descriptive domains - keyword domains, that is - to benefit from a much higher CTR than non-descriptive domains.

**File Naming:** Looking through the traffic logs of websites we maintain, is a daily chore. Early detection of shifts in search engine ranking is a must in this business. One thing I've often noticed is search strings containing words that appear neither on the page, nor in anchor text of inbound links - except where the URL of the page has been used as anchor text. This is where we see the benefit of descriptive file naming.

# Measuring link popularity

If you want to measure the "link popularity" of your Web site against similar ones in the same "industry" there is nothing better than the online Link Popularity Check tools by various companies. This free online facility allows you to input the URL of your Web site while providing you back with a precise report of the total number of inbound links as measured across all of the major search engines. You can compare your site with lots of personally selected competitors in addition to pre-selected list of the popular destinations on the Web.

Measuring link popularity is important to know before attempting to submit to search engines. Track down your referral links from by using search engines. This method will give you an idea of how "popular" a search engine believes your web site is to them. That's important for those search engines that rank sites in part by the site's link popularity. Some sites are Google, AOL Search, HotBot, IWon, MSN Search, LookSmart, Inktomi, Alta Vista, and Northern Light.

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

1. **AltaVista:**  In order to find out the number of sites linking to the domain mysite.com in AltaVista, you would type in link: mysite.com in AltaVista's search box. If you wish to exclude links from pages within the mysite.com domain, you would type in link: mysite.com - URL: mysite.com.

If you want to find out how many sites are linking to a particular page (say mypage.html) in the mysite.com domain, you would type in link:mysite.com/mypage.html. Again, in order to exclude links from pages within the mysite.com domain, you would type in link:mysite.com/mypage.html - URL: mysite.com. Note that you should not type in the "www" or the "http://" prefixes.

2. **AOL:**  AOL is a directory based engine. It takes its results from the Open Directory. Hence, the concept of link popularity is not very meaningful in AOL.

3. **Direct Hit:**  There is no way you can find out the link popularity of your site in Direct Hit. This is because Direct Hit does not return the number of sites which match the search criterion.

4. **Excite:** There is no way you can find out the link popularity of your site in Excite. This is because Excite does not have a special command to measure the link popularity of your site.

5. **Fast**  (www.alltheweb.com): In order to find out the number of web sites linking to the domain mysite.com in Fast, click on the Advanced Search link. In the "Word Filters" section of the Advanced Search page, select "Must Include" from the first combo box. In the text box besides the first combo box, type in mysite.com. In the combo box to the right of the text box, select "in the link name". If you want to exclude links from pages within the mysite.com domain, type in mysite.com in the "Exclude" text box in the "Domain Filters" section. Then, click on the "FAST Search" button.

In order to find the number of links to mypage.html in the mysite.com domain, you would type in mysite.com/mypage.html in the text box besides the first combo box. Again, in order to exclude links from within the mysite.com domain, type in mysite.com in the "Exclude" text box. Note that you should not type in the "www" or the "http://" prefixes.

6. **Google:** In order to find out the number of sites linking to mysite.com in Google, you would type in link: mysite.com.

If you want to find out how many sites are linking to the page mypage.html in the mysite.com domain, you would type in link:mysite.com/mypage.html.

59

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

However, there is no way you can exclude links from pages within the mysite.com domain from being counted.

Google considers www.mysite.com to be different from mysite.com. This means that typing in link: mysite.com will not include the links to www.mysite.com. If you want to find out the number of links to www.mysite.com, you have to type in link: www.mysite.com. And typing in link: www.mysite.com will not include the links to mysite.com either.

This is in contrast to AltaVista which includes links to the www.mysite.com domain when you try to find the number of links to mysite.com.

7. **HotBot:** There are two methods of measuring link popularity in Hotbot.

In the first case, in order to find out the number of sites linking to mysite.com, you can type in linkdomain: mysite.com. In order to exclude links from pages within the mysite.com domain, you can use linkdomain: mysite.com - domain: mysite.com.

Make sure that you do not use the "www" or "http://" prefixes when you use this method.

However, this method cannot be used to find out the number of links to specific pages in your site, i.e. you cannot use this method to find out the links to the page mypage.html in the domain mysite.com.

In order to find out the number of links to specific pages, choose "links to this URL" from the "Look for:" drop-down combo box and then type in the complete URL (i.e. http://www.mysite.com/mypage.html) in the search box. In order to exclude links from within the mysite.com domain, type http://www.mysite.com/mypage.html -domain: mysite.com in the search box after choosing "links to this URL" from the combo box. Note that for the second method, you need to use the "http://" prefix.

Lastly, you should note that in the second method, typing http://www.mysite.com will only find links to the home page of the www.mysite.com domain. If there are some sites which have linked to some of the internal pages in your site rather than your home page, this will not be included in the link popularity count.

8. **IWon:** The method of measuring link popularity in IWon is the same as the first method in HotBot. However, unlike HotBot, IWon does not have an alternative method which can be used to measure the number of links to specific pages in a domain.

60

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

9. **Lycos:** In order to measure link popularity in Lycos, first click on the Advanced Search link to the right of the search box. To find out the number of sites linking to mysite.com in Lycos, you would type in ml: mysite.com in the search box. If you wish to exclude links from pages within the mysite.com domain, you would type in ml: mysite.com -h: mysite.com. If you want to find out how many sites are linking to a particular page (say mypage.html) in the mysite.com domain, you would type in ml:mysite.com/mypage.html. Again, in order to exclude links from pages within the mysite.com domain, you would type in ml:mysite.com/mypage.html -h: mysite.com.

Note that you should not type in the "www" or the "http://" prefixes.

10. **MSN:**  The method of measuring link popularity in MSN is almost the same as that in Hotbot. The first method is exactly the same. For the second method, click on the More Options tab, type in the complete URL in the "Search the web for:" text box and choose "links to URL" from the "Find:" drop-down combo box. However, unlike Hotbot, you cannot eliminate links from pages within the same domain using the second method.

Note that the More Options tab is displayed only after you search for something in MSN. It is not displayed in MSN's home page.

11. **Netscape:**  Netscape is a directory based engine. It takes its results from the Open Directory. If no results are found in the Open Directory, it takes its results from Google. Since it is a directory based engine, the concept of measuring link popularity is not all that meaningful. You can type in link: mysite.com to measure the number of links to the domain mysite.com. In this case, Netscape will simply take its results from Google.

12. **Northern Light:**   There is no special command for measuring link popularity in Northern Light. To get a very approximate idea of the number of sites linking to the domain mysite.com, you can type in mysite.com. In order to eliminate the references to the mysite.com domain from within the domain, you can type in mysite.com - URL: mysite.com.

To get an approximate measure of the number of links to the page mypage.html in the domain mysite.com, you can type in mysite.com/mypage.html in the search box. Again, to eliminate the references to the page from within the mysite.com domain, you would type mysite.com/mypage.html - URL: mysite.com doesn't type in the "http://" or "www" prefixes.

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

**13. WebCrawler:**   There is no way you can find out the link popularity of your site in WebCrawler. This is because, like Excite, WebCrawler has no special command for measuring link popularity.

Other than search engines, there are numerous tools available in the market for measuring link popularity. But there are flaws in link popularity measurement.

- To appear in link popularity results, the site upon which the link sits must have been indexed by search engines. But search engines still index only a fraction of all the web pages available. If your link sits on this 'invisible web', it won't be returned.
- Even if the site on which your link sits has been indexed, there are still problems. First, if the link was added since the site was last indexed then it won't show up. And second, if your link is buried deep within the site, it may not appear.
- Sites with restricted access or membership only areas - often sources of rich information and links - will not be accessible to search engines.
- Many link popularity tests return internal links - links from within the site itself. This shows that the content has been well-structured and optimized for search engines, but it does distort the scores on link popularity. AltaVista, for one overcomes this with the command - link: www.yoursite.com -URL: www.yoursite.com.
- Search results can be inconsistent. This is because different searches may be carried out on different indexes. As Craig Silverstein of Google writes, "There are many reasons why one might see a difference in the estimated number of pages returned for the same query. It's most likely the queries ... were sent to different Google datacenters. Depending on which datacenter finishes a query, the estimated number of results may vary."

Link popularity checkers are very useful as a guide and for research purposes they can be tremendous. However, using them as a metric to judge the effectiveness of your linking work should be treated with caution.

By all means use them to give you a rough idea, but build some solid metrics into each linking project you undertake.

Here are some things you should think about:

- Analyze the type and quality of the links that currently exist. Look for any information you can use to measure effectiveness.
- Identify the top 20, the top 50 or the top 100 sites that you would like to link to you. How many of these currently link to your site? Use that as a benchmark - so if 20 of the top 100 sites currently link to you, set yourself a target of 40.

62

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

• Check your referrer logs frequently and keep a note of referring URLs. Note: URLs drive most traffic to your site.

Measuring return on investment is a key business discipline that we all have to address. Putting some thought into what you should measure for each individual linking project will not only prove your worth, but will give you valuable insights into how you can sharpen and improve your linking strategy.

## Google Page Rank

Page rank is one of the methods Google uses to determine a page's relevance or importance. It works by counting links and text of the links pointing at a page and/or domain. PageRank is a vote, by all the other pages on the Web, about how important a page is. A link to a page counts as a vote of support. If there's no link there's no support.

Google uses software called "PageRank" for ranking pages. The founders of Google, Larry Page and Sergey Brin, had developed it. Though it is very advanced now, the basic logic remained as it is.

Quoting from the original Google paper, PageRank is defined like this:

We assume page A has pages T1...Tn, which point to it (i.e., are citations). The parameter d is a damping factor, which can be set between 0 and 1. We usually set d to 0.85.

Also C(A) is defined as the number of links going out of page A. The PageRank of a page A is given as follows:
PR (A) = (1-d) + d (PR (T1)/C (T1) + ... + PR (Tn)/C (Tn))

Note that the PageRanks form a probability distribution over web pages, so the sum of all web pages' PageRanks will be one.

PageRank or PR (A) can be calculated using a simple iterative algorithm, and corresponds to the principal eigenvector of the normalized link matrix of the web.

PageRank relies on the uniquely democratic nature of the web by using its vast link structure as an indicator of an individual page's value. In essence, Google interprets a link from page A

63

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

to page B as a vote, by page A, for page B. But, Google looks at more than the sheer volume of votes, or links a page receives; it also analyzes the page that casts the vote. Votes cast by pages that are themselves "important" weigh more heavily and help to make other pages "important."

Important, high-quality sites receive a higher PageRank, which Google remembers each time it conducts a search. Of course, important pages mean nothing to you if they don't match your query. So, Google combines PageRank with sophisticated text-matching techniques to find pages that are both important and relevant to your search. Google goes far beyond the number of times a term appears on a page and examines all aspects of the page's content (and the content of the pages linking to it) to determine if it's a good match for your query.

Google's complex, automated methods make human tampering with the results extremely difficult. And though we do run relevant ads above and next to our results, Google does not sell placement within the results themselves (i.e., no one can buy a higher PageRank). A Google search is an easy, honest and objective way to find high-quality websites with information relevant to your search.

There are two types of PageRank numbers that Google currently will give for a specific page. One is the toolbar PageRank shown on the Google toolbar. This number varies from 0 - 10. The other type of PageRank is in the Google directory. There is no number for it, but by using the chart below - you will be able to figure it out. In the Google directory, if a site is ranked high enough, it has a green bar listed to the left of it. The Google directory is a copy of the Dmoz. If you are in the Dmoz, then you will be added to the Google directory automatically.

If your site is not listed in the directory and you cannot run the Google toolbar, you can get a rough estimate by simply looking at Google search results. Find the largest keyword that your site is listed under and compare it to other pages that are listed in the Google directory. Google displays a link to the directory if a page has a directory listing. By comparing your page to pages listed above and below you, you can get a very good idea about the PR value.

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

## *2.3   Test Questions*

**Select the right Option:**

**1) The optimal keyword density should be**

    a) 10-12%
    b) 3-7%
    c) There is no defined optimal keyword density
    d) None of the above

**2) It helps an SEO to add many keywords to**

    a) Anchor tag
    b) Meta Keyword and description tag
    c) Bold tag
    d) All of the above

**3) One of the first step s in the SEO process is**

    a) Keyword Research
    b) Keyword Selection
    c) Keyword Placement
    d) Keyword density check

**4) Which of the following is most  important with regards to SEO.**

    a) Doorway Pages
    b) Flash and Pictures
    c) Grammar, Spelling
    d) Spamming

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

**5) The site summary you see on the SERP, is derived from**

    a) Text written specifically for Google crawlers
    b) Text in the Title tag
    c) Text in top banner
    d) Search engine code

**6) Site submission can be done**

    a) Manually
    b) Automatically
    c) All of the above
    d) None of the above

**7) If your site is ranking first, when you    type your company name in the search engine, then your site is optimized.**

    a) True
    b) False
    c) Can't say
    d) None of the above

**8) If you want to rank your site high in the search engines, your best option is to**

    a) Submit to search engines
    b) Use Flash
    c) Use 'No Frame'
    d) Sell advertisement

**9) Keyword competition anal   ysis means determining the**

    a) Competitive analysis of the website
    b) Competitive ability of the finalized keywords
    c) Competitive analysis on different search engines
    d) All of the above

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

**10) One of the on-page factors is**

    a) CSS
    b) UPS
    c) CMS
    d) PDF


**Fill in the blanks:**

**1)** There are many tools available to generate keywords. The primary is known as the keyword ……………. Tool.

**2)** Theme pyramid consists of 5 levels according to the ……………. of the page.

**3)** ……………………… is a part of HTML code that allows you to give a short and concise summary of your web page content.

**4)** ……………………. lets you specify that a particular page should NOT be indexed by a search engine.

**5)** "Alt Tag" is defined as the …………………… that the browser displays when the surfer does not want to or cannot see the …………………….present in a web page.

**6)** Anchor text is the ………………………. on the webpage.

**7)** While there are many characteristics of your content that are in the algorithmic calculations, there are a few that consistently hold relatively high priority. They are ……………………………, ………………………………., ………………………………….., …………………….

**State whether the following stat   ements are True or False:**

**1.** Allintitle is an HTML Meta tag
**2.** We can search the keywords present in the URL by using AllinURL
**3.** Allinanchor is a text present in the anchor tag
**4.** 301 is a permanent error page
**5.** 404 is the 'not found' page
**6.** Keyword density is defined as

67

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

i. $KD = \dfrac{tf_{i,j}}{l_i}$

Where $tf_i, j$ is the number of times term $i$ appears in document $j$ and $l$ is the total number of terms in the document.

**Select from the options bellow:**

**1) Given the importance of inbound links, what    is the best way to boost the number of sites who link to yours?**

a) Participate in FFA
b) E-mail a link request to like minded sites
c) Seek out appropriate link farms
d) Look for guest books to sign
e) Set up 'link to us' page from your site

**2) Find the most important factor accordin    g to search engines while ranking a site.**

a) Meta description tag
b) Alt tag
c) Incoming links
d) Outgoing links

**3) Which is the best?**

a) Getting 10 sites that are related to your site to link to you
b) Getting your selected keywords on your page
c) Putting links on your site to 10 related sites
d) Link farming

**4) One of the key ways to ge  nerate links for a website is**

a) Content donation
b) Content description
c) Content writing
d) All of the above

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

**5) Link Popularity is**

    a) The number of links pointing to your site
    b) The number of links pointing to other sites from your site
    c) The number of links on your page
    d) The page rank of your page

**6) When you put a link on other site without     exchanging another link, this is called**

    a) One way linking
    b) Reciprocal linking
    c) Triangular linking
    d) Square linking

**7) Reciprocal linking is also known as**

    a) Link swaps
    b) Link co-operation
    c) One way linking
    d) All of the above

**8) Good quality links consist of**

    a) Relevant themes and good page rank
    b) Competitive sites
    c) All of the above
    d) None of the above

**9) Triangular links manipulate**

    a) One way into reciprocal
    b) Reciprocal into one way
    c) One way and reciprocal into link popularity
    d) Square into one way

**10) Press releases are a very e   ffective and popular tactic to**

69

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

a) Establish relations
b) Increase page rank
c) Get links to your site
d) Get banned from search engines

**Fill in the blanks:**

**1)** The ………………. describes only the recent phenomenon of a site ranking highly for the all in searches at Google and searches at the other major engines (Yahoo!, MSN, Ask) while ranking exceptionally poorly in Google's normal results.

**2)** Global …………………. simply measures how popular a website is based on all the links it receives throughout the World Wide Web.

**3)** Google made the off page optimization form of ranking famous with its patented ………………..algorithm.

**4)** Page rank is one of the methods Google uses to determine a page's …………… or ……………..

**5)** PageRank software was developed by …………. And ……………

**6)** Yahoo! acquired Overture and dumped the Google index. Now they publish an index called …………………..

**7)** If you are not in the position to exchange links then you can simply ………………..them.

**8)** Link popularity is the number of ……………………. that link to your site.

**9)** …………………………. is a very risky way to build link popularity.

**10)** The biggest advantage of one way linking is you are automatically protected from……………….

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

# Chapter 3
# Site Readiness

## 3.1   *Google Toolbar*

## Types of Links:

The link building campaign can be done in three ways:

    a. One way linking
    b. Reciprocal Linking
    c. Triangular Linking

**One way linking:**

When we say one way links, it is all about putting your link on the site without exchanging any other link i.e. one way links are links to your sites from sites which do not receive a link from your site. Since no one will place any link like that, it is considered to be the toughest job in link building campaign. But one way linking is the best way to improve the ranking in search engines. Since other web sites are recommending your site without linking back, search engines believe that your site is very important and can provide excellent value to customers.

The biggest advantage of one way linking is you are automatically protected from bad back links. If the back linked site is not good enough then you can actually lose out your page rank as well as rankings in the search engine. Some sites are very generic and have links to various irrelative sites. Hence with lots of irrelative sites search engines think that this is just link popularity exercise and it is simply useless for visitors. Since there is no value added for the search engine's users, they in turn give no value to these links.

Long term output is another advantage that one way linking offer! Since one way linked sites offer tremendous value it is more likely to be stay there for a longer period of time unlike reciprocal links. Website owners add these links because they think that it is a value add to the user experience. Reciprocal links could be dropped when it no longer suits to the website's linking strategy.

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

To gain the most benefit from your links, the link back to your web page should be one that can be followed by the search engine robots. Plain old text links and image links usually can be followed by the search engine robots. More exotic types of links, like JavaScript links, cannot typically be followed by the search engine robots. When you provide suggested linking code, the simpler the better. Don't be afraid to suggest linking formats to owners of sites that link to you. The types of links that serve your purposes best will generally provide their visitors with the best experience as well.

Check to see if the page where the link will be located can be found in the search engine results. You can search via the entire website or by individual page. Different search engines use different syntax in looking for individual pages and links; refer to the advanced search function for each search engine for details.

Google Search Example:
Shows indexing of all pages listed in website
Site: www.websitedomainname.com

Shows indexing of a specific web page in website
Info: www.websitedomainname.com/pagename.html.
If the page is listed in the search engine results, this means the page has been indexed by the search engine robots. This means the web page is valid for indexing and that your link will be picked up as well.

One-way link building means hard work and long term determination to achieve good link popularity. By improving the quality of your website, you improve the chance to obtain good quality natural links. Spend a set amount of time each week to seek out quality one-way links to achieve your goal. By using this long-term game plan you will be able to safely build links for optimum link popularity success.

**Reciprocal Linking:**

This is the most popular practice in linking building campaign today. Reciprocal linking means two web sites that agree to link to each other. It is also known as 'link swaps', 'link exchanges' and 'link partners'.

A reciprocal link is an assurance about your site. This link basically explains that the site at the other end of this link feels that my site is important enough to link to, and I feel that their site is important enough that I am willing to let visitors leave my site via this link. It involves an element of trust! Few Webmasters have the time or patience to constantly monitor the sites

72

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

that link back to them, so you trust the other site to maintain the link on their site, and not bury it under other information or delete it during a site upgrade.

A reciprocal link is not a quick fix to bring more traffic. There are many sites with over 100 banner and text links on a single page - now how much traffic do you think the sites featured on that page were getting from those links? Many of theses linked sites offer the same scenario: a cobbled together mishmash of links and graphics, many of them broken or out of date, none benefiting the relevant sites.

Getting quality links is the very important in reciprocal linking. Since it's like a barter system, reciprocal links are comparatively easier to build. Reciprocal links help in driving traffic to the web site as well as boosting rankings in the search engines. In case reciprocal links search engines emphasis more on quality of the links.

The good quality links consists of relevant theme, good page rank and good value add to customer. Rather than competitive, complementary sites should be considered.

Before entering into reciprocal linking there is basic groundwork to do. As any other campaign competitive analysis is very important. Study your competitor's site, complementary sites and examine their link pages; this will give you valuable input regarding potential link partners.

While setting up reciprocal linking the first step is to find good quality and complementary sites. After you have placed a link to their site, e-mail the site owner and let them know you have linked to them. Once this is done you can ask for a link back to your site, suggesting a page where a link would be appropriate. If the other party is interested, they will revert back and place the link to you.

To boost the Page Rank of a web site, some webmasters concentrate on getting links only from sites that have a high Page Rank. If you want to try this approach, PR search is a free and useful tool to use. It gives you Google search results PLUS Page Rank.

**Triangular Linking:**

Once one way linking became almost impossible for webmasters, triangular linking was introduced. This is great technique, which can manipulate reciprocal linking into one way linking. Triangular link trading is an attempt to fool the search engines into thinking that you haven't really engineered a reciprocal link trade. The way this trick is played is that you use two websites. You have your cohort link to your website A and you link back to him from

73

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

your website B. This way the search engine will not see the trade, and will instead think that you "earned" the link.

In triangular linking, we place a link on a website but put the other's link on different web site, i.e. I'll put my link on your web site and in exchange of that, will put your link on some other site but not mine.

With the help of this technique webmasters pretend it's a one way link. Soon after, search engines found out about this technique and are now developing algorithms to combat this problem.

## Dynamic page optimization:

Unlike a normal HTML website, where the content of static pages doesn't change unless you code the changes into your HTML file: open the file, edit the content, save the file, and upload back the server. A dynamic web page is a template that displays specific information in response to queries. The database is connected to the web site and the response is generated through the connected database. These sites are easy to update for webmaster since they're directly connected to a database where one change reflects all pages. The problem with dynamic sites started when content rich sites failed to rank higher in search engines. The problem lies in its advantage itself. As studied earlier, dynamic pages execute on query.

Users send queries through search engines or they are already coded into a link on the page. But a search engine spider doesn't know how to use your search function - or what questions to ask. Dynamic scripts often need certain information before they can return the page content: cookie data, session id, or a query string being some of the common requirements. Spiders usually stop indexing a dynamic site because they can't answer the question.

Search engines only believe in content and not flashy elements in your web site. Search engine crawlers are programmed in such a way that they can read only the text. Crawlers strictly ignore elements such as pictures, frames, video etc, and read it as an empty space, then move on. Some search engines may not even be able to locate the dynamic page very easily. But even if we make web sites only search engine friendly and not user friendly then most likely we end up losing out visitor. This presents a big problem for marketers who have done very well with their rankings in search engines using static pages but who wish to switch to a dynamic site. This is the reason SEO's came up with advanced SEO techniques to optimize dynamic pages.

74

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

Here are few methods you can use to optimize dynamic pages:

**1. Use of software**  - There are various software available on the market, which will remove the "?" in the Query String and replace it with "/", thereby allowing the search engine spiders to index dynamic content.
Example:
http://www.my-online-store.com/books.asp?id=1190 will change to
http://www.my-online-store.com/books/1190.

The latter being a static URL, it can easily be indexed by search engine spiders.

**2. Use of CGI/Perl scripts**   - One of the easiest ways to get your dynamic sites indexed by search engines is using CGI/Perl scripts. Path_Info or Script_Name is a variable in a dynamic application that contains the complete URL address (including the query string information). In order to fix this problem, you'll need to write a script that will pull all the information before the query string and set the rest of the information equal to a variable. You can then use this variable in your URL address.
Example:
http://www.my-online-store.com/books.asp?id=1190
When you are using CGI/Perl scripts, the query part of the dynamic URL is assigned a variable.

In the above example "?id=1190" is assigned a variable, say "A". The dynamic URL http://www.my-online-store.com/coolpage.asp?id=1190
will change to http://www.my-online-store.com/books/A through CGI/Perl scripts which can easily be indexed by the search engines.

**3. Re-configuring your web servers**   -
(i) Apache Server - Apache has a rewrite module (mod_rewrite) that enables you to turn URLs containing query strings into URLs that search engines can index. This module however, isn't installed with the Apache software by default; therefore you need to check with your web hosting company if this can be installed.
(ii) ColdFusion - You'll need to reconfigure ColdFusion on your server so that the "?" in a query string is replaced with a '/' and pass the value to the URL.

**4. Creation of a Static Page linked to an array of dynamic Pages**       - This approach is very effective, especially if you are the owner of a small online store selling products online. Just create a static page linking to all your dynamic pages. Optimize this static page for search engine rankings. Include a link title for all the product categories, place appropriate "alt" tag

75

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

for the product images along with product description containing highly popular keywords relevant to your business (You can conduct keyword research for your site through http://www.wordtracker.com). Submit this static page along with all dynamic pages in various search engines, conforming to the search engine submission guidelines.

**Technical methods:**

There are a few technical aspects that need to be considered for optimizing dynamic websites.

Let's start with .htacess & mod-rewrite. These are the two concepts you will have to master in order to understand how to cloak search engine unfriendly URLs. Also keep in mind that these two components are implemented on the Apache server. However for IIS server, we have the equivalent available, as you will see later in this article.

Starting from the basics…

**1. .htaccess File -**  An .htaccess file is just a plain text file. It has one directive per line like: RewriteEngine on

The "RewriteEngine" portion is the directive and "on" is a parameter that describes what "RewriteEngine" should do.

The .htaccess file usually lives in the root directory of a site and allows each site to uniquely configure how Apache delivers its content. Its directives apply to the entire site, but subdirectories can contain their own .htaccess, down through your entire sub subdirectories structure. You could have a different .htaccess in every subdirectory and make each sub behave a little different.

**2. Mod_rewrite -**  Mod-rewrite is a redirect directive to the requesting object on an Apache server. Its typical format looks like:

Options + FollowSymLinks
Rewrite Engine on
Rewrite Rule ^url1\.html html$ url2.html [R=301,L]

The first directive instructs Apache to follow symbolic links within the site. Symbolic links are "abbreviated nicknames" for things within the site and are usually disabled by default. Since Mod_rewrite relies on them, we must turn them on.

76

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

The "RewriteEngine on" directive does exactly what it says. Mod_rewrite is normally disabled by default and this directive enables the processing of subsequent Mod_rewrite directive.

In this example, we have a caret at the beginning of the pattern, and a dollar sign at the end. These are regex (regular expressions in *nix) special characters called anchors. The caret tells regex to begin looking for a match with the character that immediately follows it, in this case a "u". The dollar sign anchor tells regex that this is the end of the string we want to match.

In this simple examples, "url1\.html" and "^url1\.html$" are interchangeable expressions and match the same string, however, "url1\.html" matches any string containing "url1.html" (aurl1.html for example) anywhere in the URL, but "^url1\.html$" matches only a string which is exactly equal to "url1.html".
In a more complex redirect, anchors (and other special regex characters) are often essential.

Once the page is matched it directs it to replace the 'url2.html'.

In our example, we also have an "[R=301,L]". These are called flags in Mod_rewrite and they're optional parameters. "R=301" instructs Apache to return a 301 status code with the delivered page and, when not included as in [R, L], defaults to 302. Unlike Mod_alias, Mod_rewrite can return any status code that is specified in the 300-400 range and it REQUIRES the square brackets surrounding the flag, as in this example.

The "L" flag tells Apache that this is the last rule that it needs to process. It's not required in this simple example but, as the rules grow in complexity, it will become very useful. The Apache docs for mod_rewrite are at http://httpd.apache.org/docs/mod/mod_rewrite.html & some examples can be found at http://httpd.apache.org/docs/misc/rewriteguide.html.

Now if we rename or delete url1.html, then request it again. Mod_rewrite can redirect from non-existent URLs (url1.html) to existing ones. This is how essentially we cloak the dynamic pages. The first URL can be the dynamic page that we want to be replaced by the static looking 'url 2'. This then is how cloaking works on the apache server. Though there are other methods available however this remains the most popular & reliable.

**3. IIS Server Redirects -**   As long as one uses one of the mod_rewrite cousins for IIS (iis_rewrite, isapi rewrite), the method will be mostly the same for IIS as it will for Apache. However the place and which rules are inserted will depend on the software being used (not obviously into httpd.conf or .htacess) but the rule generation pretty much remains the same either way.

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

WWW.SEOcertification.org

The most used framework for this genre is ISAPI rewrite. For more information on this consult www.isapirewrite.com. The site has a free download version of their code & a paid version for 69 USD. For IIS Rewrite functionality, Qwerksoft remains the most popular alternative (www.qwerksoft.com/products/iisrewrite). Again a basic free downloadable or a 99 USD purchase option exists with them.

However user experience suggests that the ISAPI_Rewrite product outperforms all others due to its ease of configuration. One of the biggest benefits with ISAPI_Rewrite is that you don't have to restart IIS each time you make a change to the .ini file. In other words, once ISAPI_Rewrite is installed, one can have the .ini file within the root folder so that changes can be made, as one goes along if necessary, without.

Also these products support shared hosting. So the hosting provider can be convinced to buy & install them. Some other products in this category can be found at:
www.pstruh.cz/help/urlrepl/library.htm (free isapi)
www.motobit.com/help/url-replacer-rewriter/iis-mod-rewrite.asp.

Also if you are using .NET platform, this works for free:
http://msdn.microsoft.com/msdnmag/issues/02/08/HTTPFilters

**4. Dynamic URLs rewrites -**   Dynamic pages are roadblocks to high search engine positioning. Especially those that end in "?" or "&". In a dynamic site, variables are passed to the URL and the page is generated dynamically, often from information stored in a database as is the case with many e-commerce sites. Normal .html pages are static - they are hard-coded, their information does not change, and there are no "?" or "&" characters in the URL.

URL rewrites are programming techniques that allow the returned URL to be more search engine friendly by removing the question mark (?) and ampersand (&) from the returned URL found in the location or address bar. This enables the search engines to index the page without having variables or session id's interlaced into the URL.

Pages with dynamic URLs are present in several engines, notably Google and AltaVista, even though publicly AltaVista claims their spider does not crawl dynamic URLs. To a spider a "?" represents a sea of endless possibilities - some pages can automatically generate a potentially massive number of URLs, trapping the spider in a virtually infinite loop.

As a general rule, search engines might have a more difficult time indexing pages with a query string in the URL:

78

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

- contain a "?" or "&"
- File types like: .cfm, .asp, .shtml, .php, .stm, .jsp, .cgi, .pl
- Could potentially generate a large number of URLs.

In these cases, where page should be dynamic it is possible to clean up their query strings. URL rewriting generally clean up '?', '&', '+' symbols in URLs to more user friendly characters.

Check out the following URL:

www.yourdomain.com/shop.php?cat_id=1&item_id=2

This dynamic URL can be converted into:

www.yourdomain.com/shoppinglist/apparels/shirts

This makes the page look static but is actually dynamic. URL rewriting needs some serious strategy and planning. There are a few tools available for URL rewriting like rule-based tools and the most famous tools are 'More Rewrite' for Apache and ISAPI rewrite for IIS. Mode Rewrite can be used to solve all sorts of URL based problems. It provides all the functions you need to manipulate URLs. But because of its complex rule based matching engine, it's difficult to learn. However once you understand the basic idea you can master all of its features. ISAPI Rewrite is a powerful URL manipulation engine based on regular expressions. It acts mostly like Apache's mod_Rewrite, but it is designed specifically for Microsoft Internet Information Server (IIS). ISAPI Rewrite is an ISAPI filter written in pure C/C++ so it is extremely fast. ISAPI Rewrite gives you the freedom to go beyond standard URL schemes and develop your own scheme.

There are two types of URL rewrites. Both are there to make a search engine friendly but the advanced URL rewrites is search engine friendly.

## Non-URL Rewrite URL

www.yourdomain.com/shop.php?cat_id=1&item_id=2 The above URL indicates to the database that the returned information should be from the category with id equal to 1 and the item id equal to 2. This works fine for the system because it understands the variables. Many search engines however do not understand this form of URL.

## Simple URL Rewrite

www.yourdomain.com/shop/1/2.html. The simple URL rewrite will take the URL and modify it so it appears without the question mark (?) and ampersand (&). This enables all search engines to index your all of your pages, but still lacks in some important areas.

79

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

## Advanced URL Rewrite

www.yourdomain.com/oranges/mandarin_oranges.html The advanced URL rewrite enables your URLs to include your keywords. This is another location search engines look for important information about your pages. Being able to include keywords in your URL helps elevate your page to the top of the search engine result pages.

URLs can be cleaned server-side using a web server extension that implements content negotiation, such as mod_negotiation for Apache or PageXchanger for IIS. However, getting a filter that can do the content negotiation is only half of the job. The underlying URLs present in HTML or other files must have their file extensions removed in order to realize the abstraction and security benefits of content negotiation. Removing the file extensions in source code is easy enough using search and replace in a web editor like Dream weaver MX or Home Site. Some tools like w3compiler also are being developed to improve page preparation for negotiation and transmission. One word of assurance: don't jump to the conclusion that your files won't be named page.html anymore. Remember that, on your server, the precious extensions are safe and sound. Content negotiation only means that the extensions disappear from source code, markup, and typed URLs.

To avoid complications, consider creating static pages whenever possible, perhaps using the database to update the pages, not to generate them on the fly.

# Cloaking and Doorway Pages

### Cloaking:

When search engine optimization started evolving and search engines became more and more intelligent, webmasters came up with many techniques to rank their sites higher on search engines. Cloaking is one of those techniques. It is very difficult and time consuming to make a web site both user friendly and search engine friendly. In cloaking webmasters deliver one page to search engines for indexing while serving an entirely different page to everyone else. Cloaking is the process of serving different versions of a page based upon identifiable information about the user. Often, pages are based upon Agent name and/or IP address (ISP host).

There is no clear view whether cloaking is ethical or unethical but misleading spiders and search engines is considered to be spam. Hence cloaking techniques are not regularly

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

practiced. A simple way to see if a web page is using a cloaking technique is to look at the cache. Google has a link called Cached next to almost every search result. Therefore if a web page differs from a cached version, the possibility that the website is using cloaking technique is evident.

A few reasons why webmasters use cloaking techniques would be:

**Use of Flash/Splash/ Videos:**

HTML days are gone and Flash days are in! Many sites are built using Flash, which is totally no-no for search engines. But does this mean you can't have Flash on the site??? Not exactly, the solution is to create simple HTML text documents for search engines and Flash pages for visitors. Google is currently the only search engine indexing flash pages.

**Websites containing Images:**

There are many sites that are full of pictures and images. These are image-oriented sites where the percentage of images is more than that of text. Obviously there is no way these sites will rank high on SERP. Hence cloaking comes first in the mind for optimizing these pages.

**HTML Coding:**

Many times there is more HTML code as compared to text. This again does not suit for search engine optimization. There has to be a substantial amount of text and lesser HTML coding. In this case rather than recoding the entire websites, cloaking is the best option.

Now that you know why cloaking is done, it's time to find out how it is done. A cloaking is done by modifying a file called .htaccess. Apache server has a module called "mod_rewrite". With the help of this module in .htaccess file you can apply a cloaking technique for your web pages.

Webmasters gather search engines' IP addresses (231.258.476.13) or User-Agents (Googlebot). If mod_rewrite module detects that an IP address or user-agent belongs to a search engine, it delivers a web page that is especially designed for search engines. If the IP doesn't belong to any spider, then it considers it as regular visitor and delivers a normal web page.

There are 5 types of cloaking:

• User Agent Cloaking (UA Cloaking)

81

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

- IP Agent Cloaking (IP Cloaking)
- IP and User Agent Cloaking (IPUA Cloaking).
- Referral based cloaking.
- Session based cloaking.

All five have unique applications and purposes, yet all 5 can fit nicely within one program.

- **User Agent cloaking**  is good for taking care of specific agents. Wap, Wml pages for the cell phone crowd.
  ActiveX for the IE crowd.
  Quality CSS from the Mozilla and Opera crowd.
  Nice black screen for the web tv'ers.
  Specialty content for agents (eg: NoSmartTags, Googlebot Noarchive).
  No sense sending js, java, or flash that a user can't actually run.
- **IP Address**  Cloaking is good for taking care of demographic groups. Language files generation for various countries.
  Advertising delivery based on Geo data.
  Pages built for broadband users.
  Low impact pages for overseas users.
  User-time-of-day determination and custom content based on the Geo data (news, sports, weather etc…)
  Specifically targeting demo groups such as AOL, Mindspring etc….
- **IP and Agent cloaking**   is good for a combo of the above. Custom content for AOL'ers using Wap phones.
  Ads based upon Geo data and user agent support.
  The possibilities are endless. You'll run out of ways to re-roll before you run out of IP's and agents to serve.
  Indexability. Just getting your site fully indexed can be a challenge in some environments (flash, shock).
- **Referrer based cloaking**   is basing delivery on specific referral strings. It is good for content generation such as overriding frames (about.com, ask Jeeves, and the Google image cache).
  Prevent unwanted Hotlinking to your graphics.
- **Session based cloaking**  are sites that use session tracking (either from IP, or cookies); can do incredible things with content. We have all seen session cloaking in action on dynamic sites were custom content was generated for us.

Cloaking is the gate keeper that serves your site in its best light, and protects your custom code from prying eyes.

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

Search engine cloaking is just one aspect of a much bigger picture. This is why search engines can't even consider banning cloaking. It is so widespread and pervasive, they would have to delete 1/4th of the domains in their index - those would be the best sites they have listed.

Any time you hear a search engine talking about banning cloaking, listen to them very closely -- and remember. If they would bold face lie about something so pervasive, what are they doing with the really important stuff? They can't be trusted - nor can those that are out here carrying their water.

With the assault of rogue spiders most sites are under the growing trend of framing, agents that threaten your hrefs (smarttags). The majority of the top 2000 sites on the net use some form of the above styles of cloaking (including ALL major search engines).


## Doorway Pages

Just like cloaking these pages are also specially created for search engines, the only difference is, these are 'gateway' or 'bridge' pages. They are created to do well for particular phrases. They are programmed to be visible only by specific search engine spiders. They are also known as portal pages, jump pages, gateway pages and entry pages.

Doorway pages are built specifically to draw search engine visitors to your web site. They are standalone pages designed only to act as doorways to your site. Doorway pages are a very bad idea for several reasons, though many SEO firms use them routinely. Doorway pages have acquired something of a bad reputation due to the frequent use (and abuse) in spamming search engines. The most flagrant abuses include mass production of machine-generated pages with only minor variations, sometimes using re-direction or cloaking so the visitor does not see the actual page requested. Doorways used in this manner add to the clutter that search engines and Web searchers must contend with.

The purpose behind building Doorway pages is just to trick search engines for higher rankings therefore doorway pages is considered to be unethical SEO practice. The fact is that doorway pages don't do a very good job of generating traffic, even when they are done by "experts." Many users simply hit the back buttons when presented with a doorway page. Still, many SEO firms count those first visits and report them to their clients as successes. But these very few visitors go ahead and visit their product's page.

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

There are various ways to deliver Doorway pages. Let's analyze them one by one.

**Low Tech Delivery:**

When webmasters create and submit a page targeted toward a particular phrase, it is called Low Tech Delivery. Here sometimes webmasters create pages for special search engines as well but the problem is users don't arrive at the desired page. And it is most likely that if any visitor lands on non-informative page, he won't navigate any further.

In such case 'Meta Refresh Tag' plays a vital role. It is an HTML tag which automatically refreshes the page in defined time. The Meta refresh tag they use here is of zero second delay. Therefore you most likely won't be able to see the optimized content before being sent elsewhere. These META tags are also a red flag to search engines that something may be wrong with the page. Because jump pages manipulate results and clutter indexes with redundant text they are banned by search engines. Now a days search engines don't accept Meta refresh tags. To get around that, some webmasters submit a page, and then swap it on the server with the "real" page once a position has been achieved.

This is "code-swapping," which is also sometimes done to keep others from learning exactly how the page ranked well. It's also called "bait-and-switch." The downside is that a search engine may revisit at any time, and if it indexes the "real" page, the position may drop. But there is another problem with these pages. As they are targeted to key phases, they could be very generic in nature and pages can be easily copied and used on other sites and since they are copied the fear of banning is always there.

**Agent Delivery:**

The next step up is to deliver a doorway page that only the search engine sees. Each search engine reports an "agent" name, just as each browser reports a name. An agent is a browser, or any other piece of software that can approach web servers and browse their content. Example: Microsoft Internet Explorer, Netscape, Search Engine Spiders.

The advantage to agent name delivery is that you can send the search engine to a tailored page while they direct users to the actual content you want them to see. This eliminates the entire "bridge" problem altogether. It has also the added benefit of "cloaking" your code from prying eyes.

But still the problem is there. Someone can telnet to your web server and report their agent name as being from a particular search engine and they will see exactly what you are

84

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

delivering. Additionally, some search engines may not always report the exact same agent name, specifically to help keep people honest.

**IP Delivery / Page Cloaking:**

Time for another step up. Instead of delivering by agent name, you can also deliver pages to search engines by IP address, assuming you've compiled a list of them and maintain it. IP delivery is a technique to present different contents depending on the IP address of the client.

Everyone and everything that accesses a site reports an IP address, which is often resolved into a host name. For example, I might come into a site while connected to AOL, which in turn reports an IP of 199.204.222.123. The web server may resolve the IP address into an address: ww-tb03.proxy.aol.com, for example.

**Frames:**

HTML frames allow authors to present documents in multiple views, which may be independent windows or subwindows. Multiple views offer designers a way to keep certain information visible, while other views are scrolled or replaced. For example, within the same window, one frame might display a static banner, a second a navigation menu, and a third the main document that can be scrolled through or replaced by navigating in the second frame.

The layout of frames could be: Frame



A framed page like the example shown is actually made up of 4 separate pages, a frameset page and three content pages. The frameset page tells the browser how big each frame should be where they should be placed and what pages should be loaded into frame. If the browser or

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

search engine can't display frames or is configured not to, it will render the contents of the NOFRAMES element.

The homepage or index page of a framed site is the document which contains the frameset and as you can see from the HTML above there is very little in the way of content for the search engines to read and index. What is needed is for more information to be added to the NOFRAMES element.

The best way of achieving this is to add a complete web page within the NOFRAMES tag including appropriate keyword rich headings and text. A navigation menu should also be included to provide links to all internal areas of your website. This will not allow the search engines to index all areas of your website and improve accessibility for those using a browser or alternate device that does not support frames nor has frames support disabled.

Placing nothing but a long list of keywords will not help your search engine position and may even be harmful.

Every web page has a unique makeup and location, which is easily definable, except frames. Frames are multiple pages listing on the same page, and why they can make site navigation simple, they do not show the pages current address. If you have an interesting article deep within your site using frames makes it hard for me to link to it. If you force me to link to your home page then I am probably not going to link to you.

You can get around frames by having a site map from the home page that links to all the framed pages, but even if these pages list high they will probably lack good navigation since the framework that contained it is not located with it in the search results.

There is an HTML tag called the NOFRAMES tag, which, when used properly, gives the search engine spiders the information they need to index your page correctly. I believe it was designed to give frames-incapable browsers - early versions of browsers that cannot read or interpret the FRAMESET tags - the ability to "see" the information on a framed site.

Unfortunately, too many sites that utilize this NOFRAMES tag put the following words into it: "You are using a browser that does not support frames. Update your browser now to view this page." It might as well say, "We are putting the kiss of death on our Web site and have no interest in being found in the search engines for relevant keywords regarding our site! Thanks for not visiting our site because you couldn't find it!"

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

What happens when you do the above is that the engines will read your TITLE and META tags (if you even included them) and the above information that the browser is frames-incapable, and that is what they will index for your site.

Try a search at AltaVista for the following: "does not support frames" and guess what? Nearly all of them are framed sites that used those words in their NOFRAMES tag. I bet that the circular-saw maker whose site is ranked number 1 for those keywords doesn't have a clue that he has put the kiss of death on his Web site! I also bet his site is nowhere to be found under the keyword "circular saws."

If you want to have a framed site for whatever reason, then for goodness' sake, use your NOFRAMES tag properly! The proper usage of this tag is to take the complete HTML code from your inner page and copy it into the NOFRAMES tag.

The above information takes care of your front page. However, there are other issues having to do with getting the rest of your pages indexed properly when you use a framed site.

Most Web designers use frames for ease of navigation. That is, they have a left-hand frame with a static navigational bar or buttons that never change. When someone clicks on a button on the left, the frame to the right brings up the new page accordingly. Because of this type of design, there are usually **no** navigational links on any of the inner, framed pages.

Why is this bad? It's bad because you could (and should) optimize these inner pages to rank high in the search engines. But if you do, and someone searching in the engines finds them, they will be what I would call orphaned pages.

I'm sure you've come across these at one time or another in your searches: a page that has a bit of information about what you were searching for but offers no way to get to the rest of the site!

Savvy Internet users might look at the URL and try finding the root directory, but most users don't have a clue about doing that. It's too bad for the site owner, who just lost some potential eyeballs - or worse, a potential customer.

If you use a framed design, it is absolutely imperative to place navigational links on all your inner pages. At the very least, include a button that links back to your home page. However, I would recommend that you have links to all your major category pages, as this will help the search engine spiders visit all the pages, index them all, and rank them high!

87

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

## 3.2   *Test Questions*

**Select the right option:**

**1) Dynamic web pages are templates that**

    a) Displays results without execution of queries
    b) Convert HTML files into PHP
    c) Display specific information in response to queries
    d) None of the above

**2) If my actual URL is http://www.yourdom    ain.com/shop.php?cat_id=1&item_id=2 and I convert it into http://www.yourdomain.    com/shop/1/2.html, this is a form of**

    a) Display URL
    b) Attractive URL
    c) Simple URL
    d) Advanced URL

**3) The two types of URL rewrites are**

    a) Simple and Advanced
    b) Advanced and display
    c) Simple and Attractive
    d) Simple and display

**4) If a webmaster delivers one page to sea    rch engines for indexing while serving an entirely different page to everyone else, this is an example of**

    a) Cloaking
    b) Doorway pages
    c) Splash pages
    d) URL redirecting

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

**5) Which of the following is a type of cloaking**

    a) HTML page cloaking
    b) Dynamic page cloaking
    c) IP agent cloaking
    d) Active X cloaking

**6) The purpose behind building Doorway pages is**

    a) To get more visitors to your site
    b) To make website more attractive
    c) To trick search engines for higher rankings
    d) None of the above

**7) Which of the following is considered spam**

    a) Invisible text
    b) Original text
    c) Anchor text
    d) Text in URL

**8) If I use a link farm for a link building campaign then it is**

    a) Completely ok and will increase by page rank
    b) Spamming
    c) Cloaking
    d) Measuring link popularity

**9) Invisible text is**

    a) Hiding keywords by using same color font and background
    b) Comment tag in HTML
    c) Hiding keywords in Meta Description tag
    d) Hiding keywords in Meta Keywords tag

**10) Duplicate sites contain**

    a) Duplicate content
    b) Duplicate URL

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

c) Duplicate session ids
d) Duplicate webmaster

**Fill in the blank:**

**1)** HTML frames allow authors to present documents in multiple views, which may be independent ………………… or …………………

**2)** There is an HTML tag called the …………….. tag, which, when used properly, gives the search engine spiders the information they need to index your page correctly.

**3)** A cookie is a file in which web server place the information and this stays there in the……………………..

**4)** A ………………………… is a unique identifier that is usually placed in a cookie or in a URL as a parameter that will help you collect data about a particular visitor as they go along through your website.

**5)** Session Ids are commonly stored in………………, …………………… and …………………

**6)** You can ………….the size of the page by using CSS.

**7)** CSS is an abbreviation of ……………. ……………… ……………

**8)** The major concern for any SEO is to maintain a good ratio between HTML code and content. The code should be …………… and content should be…………………….

**9)** Cookies can be blocked completely via the browser, or selectively via a cookie manager. – True or False

**10)** URL rewriting through php/asp programming can also be used in the removal of session ids. – True or False

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

# Chapter 4
# Pay Per Click

## 4.1   *Pay Per Click Campaigns*

Pay per Click (PPC) campaigns are advertising campaigns that run on search engines results pages. These are also known as search engine advertising in which payment is based on the number of times the ad is 'clicked' from the results list. You bid the amount of money you are willing to pay per click for each. The one with a greater bidding amount receives the top position in the list. It allows you to choose keywords you would like your ad to appear for when a search is performed.

PPC campaigns are positioned at the top and right hand side of the SERPs. They are two-three lines of keyword rich text advertising campaigns that are linked to any page on a website where advertiser want visitors to land. PPC is another mode of online advertising where the media is sold only on clicks not on impressions or actions taken.

Famous of all these is Paid Placements. Your site appears based on search results generated from selected keywords that refer to your product or service. For each keyword you determine how much you are willing to spend on a per-click basis.

Many search engines run PPC campaigns, but the major players are Google, Yahoo, MSN and AltaVista. Today, the major pay per click advertising programs are offered by Google and Yahoo. Google's program called AdWords delivers targeted pay per click ads via its own search engine and a host of partner sites. Yahoo owns Overture which has a selection of specialized PPC advertising programs. These PPC advertising, programs offer the best quality traffic for most website marketing campaigns.

Small search engines like FindWhat and Sprinks offer direct paid placements. The link position is directly proportional to your bidding amount. The logic is simple - the more you bid the better position you will get and effectively will receive maximum click through. Google AdWords is different. They allow user opinion on how relevant and well-targeted ads for each keyword are by counting the CTR (Click through Rate) as a percentage and multiplying that by your CPC (Cost-Per-Click) to determine the rank of the results. Popular portals and search engines usually combine PPC listings with unpaid listings to ensure any given search produces sufficient paid and non-paid results. Typically, non-paid listings are provided by algorithmic search engines such as Inktomi, Google, FAST, AltaVista or Teoma.

91

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

PPC is a quick and cost effective advertising method if you know how to use it to your advantage. With a small investment you can get targeted traffic to your website right away. Generally it takes 5-6 months for search engine optimization of any site, while PPC campaigns can be set up in 5 minutes and you get your ad at the top of SERP. PPC campaigns can also be executed during the SEO process for greater traffic generation.

While setting up any PPC campaign, bidding on the right keywords is the most important consideration. The ad must be attractive, persuasive and the linked page must be informative enough. The bidding price varies from keyword to keywords. Bids on some keywords might touch sky high whereas some might be very low. So biding on the particular keyword depends on your perception and experience.

## *4.2   Setting up a PPC Campaign*

It's not easy to set up effective PPC campaigns. There are certain things that you need to consider while setting one up. The first and major aspect is keyword selection.

## Keyword Selection

Before going any further, the basic task is to perform - market analysis. Market analysis includes a competition analysis. Figure out what your competitors are doing, what keywords they are targeting and what their strategy is! It is very confusing to determine whether the campaign is successful or not if the objective is not clear. Decide whether you want more exposure, traffic, clicks or conversion.

Just like SEO planning, keyword selection is the first step while setting up a PPC campaign. The main thing to keep in mind is you can select out keywords that directly relate to your product or service unlike SEO where you tend to use a semantic approach. While selecting keywords try to use qualifiers for more precise targeting. Though there are many keyword-generation tools available, you should be clear in your mind about the nature of keywords.

Selecting persuasive and specific words is the key to effective keyword selection. One should deliberate upon the kind of keywords customers could use to search your or your clients product or service. Google, Yahoo, Wordtracker are the most famous tools for keyword generation. The campaign tracking is also done on keywords. It is considered the basic tracking system in any PPC campaign.

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

To make the PPC campaign successful you must know your pay per click results. You should know the performance of each and every keyword i.e. you must know on which keywords your ad receive the maximum number of clicks and conversions. This is important because only a small number of keywords might be generating maximum results.

Unlike SEO where similar keywords help you in greater rankings, in PPC you can actually face a big loss if keywords are not specific enough. For example, if you select 'mobile phones', you may get a number of unqualified clicks.

Therefore use terms like 'mobile phone manufacturer' or 'mobile phone retailers USA' etc. to get targeted and useful traffic. Understanding the product or service you are offering is the most important aspect. List out all the product or services you are offering and prepare a list rather than depending on the client.

Also look at your core competencies and the differentiating points between you and your competitor. Keyword stemming involves the interchanging of singular and plural forms of a keyword or the derivation of a verb from the gerund form (the "-ing" word).

For example, if "educate" was part of a keyword phrase, "educated", "educates", "education" and "educating" should also be considered. Location qualifiers are highly effective in PPC campaigns. Location keywords are less expensive and produce tremendous results as they attract highly targeted traffic.

## Bidding Strategies:

After keyword selection, bidding on those keywords becomes highly important. The crux of a PPC campaign lies in bidding strategies. Though we will go into details later, this paragraph will give you an overall idea of bidding. The placement of your ad depends on the amount you offer to search engines on those particular keywords. The higher the bid the higher your position will be.

There are many bidding tools available on the market such as Atlas One Point, BidRank or PPC Pro. These tools monitor the campaign through out and adjust your bids although they are more helpful in big campaigns and can be less effective for smaller campaigns. Constant monitoring and campaign testing is also very important. Ideally the PPC campaign should be monitored 4 times a day. The process of monitoring and optimizing should go for a month at least. The targeting is also important. It includes site, Geo and duration targeting. Check

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

WWW.SEOcertification.org

where you want to display your ads, whether its region specific, audience specific or time specific. This means if your target audience is professionals, then display ads only in office hours and don't publish it on weekends, holidays and nights.

Rather than struggling for the top position, figure out keyword performance. Even if the top position advert is attracting more click through-s, it is not necessary that it's conversion rate is also higher. Lower position might be attracting less traffic but its conversion rate can be high. Therefore keyword performance tracking and lead conversion metrics study can increase your ROI.

## Advertising Text:

Writing advertisement is immensely important as only after reading the ad text, visitors are going to click on it. Never rely on one advert. Make at least 3-4 adverts and use them at different times on different search engines and observe their effectiveness. The advertising copy is divided into two parts. The first is 'Title' and second 'Ad Text'. The title should be keyword rich. If the title is keyword rich it is more likely visitors will click your ad.

Ad copy should be created in such a way that your ad will stand out among the competitors. If they are looking for Holiday packages then write something, which states both Hotels and Transportation. Similarly if they want to know about jewelry then include buying information to help them. This will certainly differentiate you from your competitors.

General tendency of writing ad copy is offering discounts, cheap deals, free gifts etc. but remember the function of Internet - Information. Try to include informative keywords to attract more click-through-s. As mentioned earlier, trying different permutations and combinations of keywords helps in receiving greater click-through-s. Interchanging words in the title and text can make a huge difference.

For Google Adwords, try split-testing two different titles and descriptions and add a unique tracking code to each one so you can identify which one performs better. Even a single word change on your ad can create a significant jump to your sales or lead conversion rate. Mention clearly what you want from the visitors after he clicks on the ad. This will give you immensely targeted traffic. If you want them to play a game on the website then mention that clearly. By means of this you can actually filter the traffic and can avoid those who don't want to play games. Also if there is a need of registration then mention that too.

94

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

# Develop proper landing page:

The PPC advert is linked with the web page of the product or service it is promoting. It could be any page according to the campaign. Once a visitor clicks on it they will land to the linked page and point of purchase. Hence a landing page is more important than anything.

Landing pages are simply web pages designed specifically for a keyword or related group of keywords. They are highly relevant to the keyword searched and consistent with the ad's claim. They immediately focus a visitor's attention to a primary call-to-action (most wanted response). In essence – landing pages ask your visitors to take an action.

Still many campaigns are linked to the home pages, which is strictly avoidable. Home pages are meant for a wider audience and not the highly targeted audience you are trying to capture. When a visitor clicks the PPC ad, he expects to land on a particular page. He relates the keywords in the ad to his needs and feels that you might be providing the solution. But when he lands on the home page, it's very unlikely that they will navigate further or check out the entire site. Hence the page liked to the ad must be relevant to the ad. Relevancy and consistency are essential for an effective pay-per-click marketing program. If you are able to engage customers and give them as promised in the advert then you will convert the clicks into your customers.

To motivate visitors, the landing page should be attractive, easy to navigate and contain relevant information. You don't need flash and animation to coax your visitor into buying your product, instead focus on simple clean navigation that will allow your visitor to find what they want in the shortest time possible.

You may need to use trial and error methods in landing pages as well. Link the advert to 3-4 different landing pages and evaluate each page's performance. Check out which page is producing more conversions and why.

# Tracking:

The success of a PPC campaign also depends on optimization. For optimizing any campaign you need all the data regarding campaign performance. You can use free Google and Yahoo tracking tools that allow you to track from click to conversion. But there are many more tools, which give much more detailed data and analysis.

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

There are few client side-tracking tools such as Webside Story's Hitbox Professional or Hitbox Enterprise. With Hitbox, you can accurately track all of your marketing campaigns with one system - PPC, SEO organic, email campaigns, affiliate marketing campaigns, banner ad media buys, direct mail, etc.

The success of a PPC campaign depends on all these elements. Keyword selection, bidding, landing page, ad copy and optimizing, all these elements should go hand in hand and the balance is very important. If you missed on any one of these, your conversion rate will fall.

## 4.3   *Major PPC search engines*

There are several search engines that offer PPC advertising programs. Google and Yahoo are undoubtedly the market leaders. They offer the best PPC program in the industry because they return with sufficient results for most of the campaigns. Also there are product or service specific search engines that can deliver better value for your campaign. In both search engines the maximum bidding amount is $100. Basically you create a small text ad using their tools and bid on a series of keywords that will trigger your ad to be displayed.

If you chose Google your ad will be shown in the search engine result pages of google.com. If you go to google.com and run a search, you can see the AdWord ads along the top and right column.

## Google AdWords

Google's PPC program known as 'Google AdWords' is currently considered the best in the industry. What differentiates it from others is its ad positioning strategy. Unlike other search engines it is not just the bidding amount that decides the ad placement but also the quality which plays a crucial part. Google offers discounts to those with a higher click-through rate.

As we know keywords can be generic and targeted. Generic keywords or general phrases are less targeted but more popular and hence their bidding amount is much higher. Google's broad matching system means wide varieties of buyers are competing for the same phrases, even though they are selling completely different products or services.

Ultimately hundreds of thousands of advertisers bid on similar keywords and try to bid higher from others. This is why you need to use a systematic testing approach which is necessary for AdWords to perform well for you. If you don't have a system for discovering the best quality

96

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

keyword phrases, you'll be spending a lot more money. On a large campaign it is essential to quickly discover what makes people click. Another reason is click fraud. There are estimates that 20% of all click-throughs are fraudulent, so expect 20% of your budget disappearing.

Google's PPC program is complicated, even troublesome at times. However, it does have an automated feature called AdWords Discounter that allows you to let them manage the bid price at a competitive level. Some of the more general and well-used keyword phrases have a set minimum bid which makes some phrases very unattractive. That's why you won't see ads on Google for certain keyword phrases. It's just too expensive given the type of sales transaction that results from clicks on that phrase. The word 'free' can sometimes be very expensive on Google AdWords.

## The Google AdWords System

AdWord's bid prices and click through costs are not synonymous. That's because your bid could be on a variety of phrases and because their discounting system attempts to keep bid spreads from getting too large. Your specified maximum bid of $3.99 per click may actually result an average of only $2.65 per click instead. Ads can contain 25 characters for the title, 70 characters for the ad text, and 35 characters for a display URI. America Online shows the title and ad text all on one line.

The most important fact is, decide on objective and target audience. It's very important to communicate the message clearly to customers. For more detailed Google AdWords guidelines go to:

https://adwords.google.com/select/guidelines.html

To receive the maximum ROI from advertising on Google, you must know and learn the system. Proper keyword selection, writing text copy and linking the right page will give added advantage once you learn the system. You must calculate the visitor value of your site. This will certainly help you in drafting the budget and biding amount. It could be calculated by sells made by your site divided by number of visitors to your site.

Google AdWords is just about everything you could want in an advertising system. It is quick, responsive, offers free tracking, cheap to start, offers geo-targeting, syndication of ads is optional.

Do not get in bidding wars for generic terms. Opt to bid on more specific terms. Send people to targeted landing pages when possible.

97

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

GoogEdit is a free downloadable tool, which helps format your Google AdWords ads. It has many useful features such as number and phrase stripper. GoogEdit also wraps your AdWords ads in the various matching levels so that you can better track your traffic and conversions.

## Why Google AdWords

Within a very short period of time Google has become popular among searchers community. Their user base is huge and more importantly they are loyal. Also the average time spent on google.com by a user is much higher that that of other search engines. There is no doubt that Google is the best search engine at this point of time. They are so popular that whenever you think of search, Google comes first in mind.

Google is popular because of its most relevant results. It is the best value for time and hence attracts serious visitors. Though Google is a global search engine they offer many features to attract local advertiser. They also offer Geo-targeting i.e. targeting the ad to specific geographical location such as country, state etc. With all these features, Google certainly give more than 60-70% relevant traffic to your site.

Google AdWords is also integrated with their AdSense program. Therefore if you need more exposure you can chose that option as well. Google AdWord ads are also displayed on AOL, Ask Jeeves, Earthlink and business.com.

Google has stated that their click-through rate is 5 times higher than their competitors. Your bids have to be among the top four in order to get listed on AOL. Up to ten ads may be shown on Google with ad placement at the top of the screen and downward along the upper right of the page in pink or green text boxes.

AdWords default to broad match ad listings. Using broad match search terms do not need to exactly match the keyword you are bidding on for your ad to show up. However if you want to bid for the exact keyword you can do that too. Google also offers free ROI tracking tool.

Google AdWords have a negative keyword tool that prevents you from paying for clickthroughs on irrelevant terms. Good terms to cancel out are usually: cheap, free, download, cracks, mp3s and wallpapers etc. The type of terms where it is obvious the searcher would not likely convert to a sale or performs the desired action.

Google has automatic approval of all ads - and will list them as long as they follow the guidelines. Although Google has partnered with many sites and search engines, the ad is

98

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

displayed only on the sites selected by the advertiser. Google allow syndication to be on or off. Their web reach is very high and there is no minimum spend on bidding amount and they don't demand a minimum monthly budget. You can bid as low as you want and can assign any amount of budget.

## Key points in Google AdWords:

- Always remember that advertisement is a group of keywords. Therefore write custom ads for each keyword phrase you bid on and create landing pages accordingly.
- Target your ad using qualifiers and you can avoid unwanted clicks. Use brand names, locations etc to get more relative traffic. Try to fill the gap between existing solution and desired needs.
- It's advisable for new advertisers to start up with higher bids. Initially you need to know where the clicks are coming from. If you start with lower bids, the CTR will reduce.
- If the performance of your ad is poor i.e. you are not receiving any clicks, try to better you position by increasing the bidding amount. Lower position means less click-throughs and may be cancelled by Google.
- ROI is more important than CTR, meaning actual sale is more important than clicks.
- Tracking user behavior is essential in online advertising. Users can react in many ways such as just navigating a site, subscribing to a newsletter, downloading etc. AdWords provide all this data, which can be used in further research.

# Yahoo PPC Ads

Overture introduced Pay Per click advertising to the world. Overture is now acquired by Yahoo! and working as a search marketing solution arm of Yahoo! With the first ever PPC program, Overture showed the way of making money for search engines.

## Yahoo PPC Ads System:

Unlike Google, Yahoo has defined its minimum level for every single aspect of advertising. Their minimum cost per click is .10 cents.

Ad positioning in Yahoo is purely based on bidding the amount. Yahoo does not consider the click through rate while positioning your ad on SERP and doesn't consider click volume when determining an ad's position in search results.

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

In recent developments, Yahoo started deactivating ads with poor click through rate. However their critical click through volume is lower than Google.

## Why should one go for Yahoo PPC program:

A PPC campaign is all about words and keywords. It is the only tool by which you can attract your customer. The more you explain in the ad the more conversion rates you can expect.

And this is where Yahoo has an edge over Google. Yahoo allows title tags up to 40 characters and description up to 190 characters, while Google allows 25 characters in title and 70 characters in description. Longer copy in the Yahoo ad allows advertisers to more carefully qualify their clicks. This can eventually improve conversion rates from Yahoo clicks.

Yahoo's network consists of Yahoo, MSN, CNN, AltaVista and Infospace, which means you, might reach up to 80% of all Internet users. But since Yahoo offers a monthly budget system, it can create a negative impression among advertisers as Google is offering daily budgets. Therefore, on Yahoo if your monthly budget expires before 10th of the month, your ad won't appear for the remaining days or until you refill your account.

You can place exact bids and know right away what your rank will be. If you want to appear in Yahoo! top three results, you must have one of the top three bid positions. There is an auto bidding feature that allows Yahoo to handle your bids automatically.

Yahoo also offers a keyword search volume reporting tool that helps find keywords that are actually used. Jimtools.com offers a combined volume/price comparison service that is very handy.

## Yahoo PPC System and Tips:

In Google AdWords, ads are added automatically whereas in Yahoo human editors review your keywords and your site. You may bid on a search term only if the web site has substantial content that is clearly reflective of the search term. Also Yahoo asks their advertiser to rewrite the ad if they are not receiving proper click through and the landing page for visitors must be according to the query phrase.

They may or may not allow you to bid on misspelled words either and tend to reject three or four word phrases that don't have sufficient search volume from searchers. Although they don't have minimum click through requirements, you could end up spending money repeatedly

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

on losing phrases. On the other hand, some phrases may have a very low click through rate, yet still produce some good sales. That's in contrast to Google AdWords where you may have some good sales from a .04% click through rate.

Yahoo will reject superlatives in your titles or descriptions that tend to make the listing appear matter of fact. There is no keyword exclusion option which means your site will come up in irrelevant searches.

While advertising on Yahoo you must make sure that the site is not framed, as you can't directly connect to the inner pages. If you bid several related phrases then your ad might appear multiple times on the same page. Also make your landing page according to the promise you made in the advert. If you are offering free white papers then don't ask your visitors to subscribe to your site or else mention it in the ad. If you don't offer detailed information and easy navigation your conversion rate will go down.

## Other PPC Advertising Resources

With the growth PPC advertising has seen in the last few years, additional services have appeared to help advertisers simplify the management of different PPC ad programs.

There are other PPC advertising programs available such as Enhance Interactive, e-Pilot, Kanoodle, e-spotting, ePilot and Search123.

### Shopping Search Engines:

Shopping search engines have become popular destinations for consumers.
To list some:

- Froogle which charges a price per click-through from their search function offers a great place for selling products online.
- Yahoo's Product Submit charges from 20 cents to 50 cents per click. You'll have to create and upload a list of your products, called a product feed. If you sell products, this is one of the most valuable locations to sell.
- Shopping.com has a merchant program where it charges anywhere from 15 cents to 1 dollar per click. This site also offers good exposure to product shoppers.
- Bizrate offers a variation on the fixed bidding scheme of the other shopping search engines by allowing merchants to bid on top rankings.

101

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

- MySimon is the winner of "Forbes Favorite" and "Best Internet Shopping Service" Eppy awards, is a prime Net shopping engine.
- Kelkoo comparison shopping search engine has a strong market share in Europe, which is why it was purchased by Yahoo. You can bid on top placement for your products and appear across the European market.

## PPC Bid Management

If you use all of the available pay per click advertising programs, it can become a headache to manage your bids without spending all of your time. There are services that can add greater functionality for your AdWords and Yahoo campaigns, allowing you to do things they don't offer.

Two companies lead the way in, PPC bid management programs. Atlas One Point provides an all-in-one interface for managing PPC bids. Formerly called Go Toast, they offer a free 14 day trial of their service which includes bid management and campaign optimization.

BidRank is another useful automate pay-per-click search engine management tool that takes the pain out of PPC bid management. BidRank will check and change your PPC bids according to your preferred ranking. You can set target ranks and bid maximums based on time of day and/or day of week. Basically the primary settings are used when inside the times that you have specified and the secondary settings take effect when outside of those times.

## Other Useful PPC Advertising Resources

Clicktracks offers a PPC tracking and reporting feature for any PPC campaign. It can even help you calculate important e-metrics such as return on cost, return on keyword phrase for each search engine. You can compare your returns on paid versus organic search engine listings.

## Bidding Strategies

As of now we know that bidding is what decides fate of your PPC campaign. Now let's see what aspects should be considered while bidding for keyword or key phrase. There are several

102

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

WWW.SEOcertification.org

PPC bidding strategies to apply. Each has its merit, and in some cases, may be more effective with one PPC search engine or with a set of terms. This is just not enough. There are different bidding strategies for Google and Yahoo! Their PPC programs are quite different and hence the bidding strategies also have to be different.

For example, let's suppose you're bidding on the keyword phrase "search marketing" but do not know your max CPC. One way to estimate a max CPC involves taking the top 5 bids on Yahoo and computing the average. The current bids are: $0.51, $0.50, $0.33, $0.32, $0.31. The average is 39 cents. Use that as your max CPC to begin with.

The reverse calculation is very effective to determine how much we can spend per click. Reverse calculation means; calculate the amount to be invested on the basis of revenue you are generating from clicks. Past experience, market understanding and proper research will certainly help to calculate you CPC. Let's suppose you sell SEO package for Rs.100k and your profit margin is 20%. That leaves Rs.20k of profit for each package. Also, assume that your conversion rate will be 1%. For every 100 visitors from a PPC ad, you expect 1 sale. If you have Rs.5k of ad spend to spread over 100 visitors, you have Rs.50 to spend per click.

Also you can decide on it by calculating overall online marketing budgets. If you are willing to spend 10% of revenue on website then your total ad spend is Rs.10k. The conversion rate we have calculated is 1%. Therefore with 100 clicks in mind we can spend Rs.100 per click.

As your campaign progresses and you determine your actual conversion rate, adjust the CPC accordingly.

You need to use different bidding strategies for Yahoo and Google as their programs are different. Google considers past performance and click through rate of the campaign, whereas Yahoo only considers your bidding amount. For Google, use the Yahoo bids as your starting point in the short term and reduce the bids for the long term if your CTR is high enough.

Biding for a position gives you more CTR and not the number one position. By this you can get higher ROI since top positions are very expensive. Just think of searcher's behavior. They don't have any specific query in their mind but they use different combinations of keywords they can think of. Bidding has a phenomenon that there are always some big gaps in between the bidding amounts. This is again because of race to reach to the top position. Consider a bidding scenario where biding started at the price of Rs.10. Someone else will bid Rs.11 again someone will bid Rs.12. But the point will certainly come when some aggressive bidder will bid on Rs.30 to obtain the top position without any fear of competition. This gap between Rs.12 and Rs.30 will be beneficial for us.

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

If you are concern about the first position only then initially bid higher and achieve it, which is very easy to do in Yahoo. And then by constant monitoring the biding you can maintain the top position. On generic keywords it is very difficult to monitor the campaign constantly as they are popular and high traffic terms. But you can do it on specific keywords, which are comparatively less competitive with higher conversion rate.

If you are biding on very specific keywords, which have less competition and low traffic, then one option is, position the advert and rely on the visitors. This strategy can be considered because, anyone who will search into such a specific query, is keenly looking for that particular information.

Sometimes you bid relative to your direct competitor's offerings and listings. If you find your direct competitor at position 3 and you have a better offering for this particular search query, bid just above your competitor, but not necessarily at the top position, thus engaging the searcher's attention with a compelling ad. Terms in this category fall into Quadrants 1 and 2 depending on how compelling the offer is once the searcher have landed on your web site. The bidding strategy works well for price and feature competitive offerings.

## Google AdWords Bid Management Strategy

The most important step before bidding for any PPC program is, understanding the market value of your keywords. And best way to know it is Yahoo. But there are several bids going around for a keyword. So you can take an average of some top biding amount and can determine the market value of your keywords. If you can afford the market value you derive, use it. Otherwise, use your max CPC. That max CPC could be set for an entire ad group or for a specific keyword phrase.

Track the ad carefully for a few days. Assuming the bid is high enough and generates sufficient traffic, you should have a good idea of the CTR within a few days. If the CTR is good (at least 2%), lower the CPC and see where your ad falls in the search results. If the CTR is sufficient, lowering the CPC should not result in your ad dropping many positions. Then use trial and error method with different combinations. Run a query and observe the position. Drop the bid by some amount and check the position again. Again drop it and check it.

Follow the procedure until you remain in the top 3-4 or whatever desired position you want to be. If your ad's CTR is very good (better than 7%) you will likely be able to drop your CPC in half without a noticeable drop in ranking.

104

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

If your ad group has many keyword phrases and there's a divergence in CTR, consider creating multiple ad groups. The more tightly focused your ad group is, the lower your CPC will ultimately become as you weed out poorly performing keyword phrases. Adding negative keywords to each Google ad group will also help increase the CTR and thereby allow you to reduce your CPC.

**Performance matrix:**

The main aspect of PPC advertising is not exposure, but clicks and sales conversions. The click-through rate is defined as the percentage of times a paid search ad is clicked on out of the total number of paid search ad views within a given period of time.

**Click-through Rate**   (CTR) = Click-through-s (i.e. Total Visitors) / Impressions.

Website conversion is defined as the percentage of users who visit your website and complete your primary objective (i.e. purchased a product) out of the total number of users who visit your website in a given period of time.

**Website Conversion**   (Sales conversion) = Sales / Click-through-s (i.e. Total Visitors).

So what role does each play in understanding the effectiveness of a paid search campaign?

Standard practice among advertisers is to concentrate on writing ads that achieve a high click-through rate to send more visitor traffic to their website. Unfortunately this general assumption, "more traffic equals greater positive results", is flawed. Consider this.

Which of the click-through rate is better?

• A 20% click-through rate for a paid search ad that achieves zero sales (0% website conversion).

<div align="center">OR</div>

• A 0.2% click-through rate for a paid search ad that achieves 10 sales (10% website conversion).

The answer is obvious. The click-through rate, especially for newly setup PPC campaigns, is relative - it is the website conversion rate resulting from visitors clicking through a particular paid search ad that defines success or failure.

105

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

Successful paid search advertisers take a different approach. They start with the end in mind by asking, "what primary objective do I want a visitor to complete on my website?" and then they work backwards. They identify the type of visitor and buying behavior that will most likely result in a completed action (i.e. sale, registration, etc.)

In addition, they perceive their ads as automated salespeople who "qualify" visitors. Regardless of high or low click-through rates, the focus is on generating a positive return from the advertising dollars spent.

For instance, let's review two different ads. Ask yourself, which ad best qualifies visitors?

A. <u>Pride Scooters</u>
Low prices and huge selection of
scooters and other mobility equipment.

B. <u>Pride Scooters</u>
From $1850 while stock lasts.
Houston, Texas, USA.

If you selected B. you are correct.

Ad B. qualifies visitors based on their buying behaviors and customer type most likely to purchase a Pride Scooter from the business' website.

First, the ad states a price point (i.e. from $1850) to attract visitors seeking the website's premium product while disqualifying ones seeking discounted or lower-priced scooters. A user researching scooters does not have to click-through the ad to find out a general price range.

Second, the ad targets a geographic region since the majority of people who buy scooters demand an actual test ride. If the company is located in Houston, Texas then users from other locations will not feel compelled to click-through the ad. (Ideally a geographically-targeted PPC campaign, like using Google Adwords Regional-targeting, works best in this situation).

In essence, ad B's goal is to pay "per click" for only visitors most likely to purchase their product. This ad attempts to "filter" unqualified visitors thereby increasing the return on investment per click-through.

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

WWW.SEOcertification.org

Ad A. instead spends money on attracting and generating click-through-s from all visitors and relies on the website to filter qualified versus unqualified ones. This is not a wise economical approach especially if no "visitor exit strategies" are pursued.

Last, successful paid search advertisers rely on testing different ads to determine which appeal generates the best website conversion for a particular keyword. They rely on actual visitor feedback to help them determine which appeals are most effective. Once a positive return is achieved then focus is shifted to increasing the click-through rate for the best converting keywords so more sales can be realized.

So "Are you spending money to bring just anybody to your website or visitors ready to buy from you?" Think about it. Is your Paid Search Advertising Generating Positive Financial Results for your website?

**Targeting Usage Demographics to In   crease Paid Search Conversions**

Targeting the campaign to the proper target audience is very important in terms of conversion rate. Website conversion is when a visitor takes action on your website after clicking through your ad. It is important because it leads to financial results for your web business and generates a return on your advertising spend (ROI).

On internet and for PPC ads, to be very precise, we can target the audience geographically and demographically. Targeting through ads is another part. First we should study the demographic profile of search engine's users.

User demographic profile study means why visitor chose one search engine over other. It could be because of the functionality, relevance and many other factors that user can perceive and prefer one search engine over other. If you can research into user demographics of Google and Yahoo then you can create message accordingly and increase your ROI.

To study that, you must know what Google AdWords or Yahoo consists of! Though there are many sites and search engines in these networks, but very few of them are famous and most popular.

Below are the primary search engine usage demographics to consider when developing your PPC strategy:

**1. Gender: Male versus Female**

107

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

In the search engine world it is very often said that 'Men are from Google and women are from Yahoo! and MSN'. And it seems to be very true.

A May 2004 study by Hitwise showed that "55% of women prefer MSN Search while a majority of men favor Google Search". Yahoo! Search was split even on gender with a greater focus on people 18-34 in age.

A 2004 MarketingSherpa study indicated that MSN's user profile consisted of time-limited, married females who searched less frequently yet performed greater e-commerce searches. While Google Search was favored by professional males who performed greater news, media, entertainment and education searches with a lesser intent to purchase.

For AOL and Ask Jeeves, AOL is favored by women with less buying intent than MSN Search while Ask Jeeves is preferred by children.

Furthermore, an April 2004 iProspect study uncovered that, "women found paid ads to be more relevant than men did when searching across Google, Yahoo!, MSN and AOL." These statistics are startling when considering their influence on your PPC strategy since women represent roughly 75% of major household purchases and as stated in a Women.com study, control 80% of all purchasing decisions.

## 2. Relevancy: Paid versus Organic Listings

Another usage demographic to consider for your PPC strategy is "perceived relevancy" of paid versus organic listings. Ads perceived as having greater relevancy lead to higher website conversions.

The iProspect study referenced earlier also discovered that "Internet users are more likely to click on an organic search link on Google, and a paid search result on MSN." Organic listings on Yahoo! were considered 61% more relevant than paid listings while AOL was split 50/50.

## 3. Age: Young versus Adult versus Seniors

A third usage demographic to review is age. Preferences among the top five search engines are fairly mixed among age groups; Yahoo! is a strong favorite with 18-34 year olds; while MSN and AOL have a stronger preference among the 35-55+ age group. As stated earlier, AskJeeves is favored by teens and adolescents which is growing in their buying power within American households as stated in a recent Business Week research study.

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

**Conclusion:**

- Google and Yahoo offers the best PPC programs and always prefer them.
- Google has the greatest reach but conversion rate on Yahoo is high.
- Go for both programs simultaneously.
- Ad copy, keywords and landing page all are equally important.
- Consider customer demographics and psychographics while writing copy.
- Use relevant qualifiers to get mote targeted traffic.
- Usage data generated from your website is the best market research.
- Use keyword-level tracking systems to determine which PPC search engine generates the most cost effective and best converting visitors.

109

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

## 4.4   *Test Questions*

**Select the right option:**

**1) In PPC programs, advertisers     are paid on the basis of**

    a) Number of times visitors land on the page
    b) Number of times visitors view your ad
    c) Number of times visitors click the ad
    d) Number of times visitors make a transaction on the site

**2) Two major PPC programs are**

    a) Google AdWords and Yahoo PPC program
    b) MSN and DMOZ PPC program
    c) MSN and Yahoo PPC program
    d) Both options (a) and (c)

**3) Which of the following are important while setting up a PPC campaign**

    a) Keyword selection
    b) Landing page development
    c) Ad copy
    d) All the above

**4) If I want to run PPC ads, the     search engines fees are based on**

    a) Per keyword lump sum
    b) Per line lump sum
    c) Bidding
    d) Any of the above

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

**5) The position of a PPC ad is first decided on the basis of**

a) Relevancy of the ad copy
b) Keyword density
c) Age of site
d) Content of the site

**6) Which of the following is a PPC bidding tool**

a) Atlas One Point
b) Atlas Eight Point
c) BidPoint Atlas
d) Atlas Google

**7) The best thing about Google 's PPC or AdWords program is**

a) You can get lots of extra traffic
b) You can get cheap bids
c) You can quickly test keywords headlines, etc
d) You can get extra exposure for your site

**8) The advantage of PPC advertising is**

a) Maximum exposure
b) Budget control
c) Search engine positioning
d) All the above

**9) If I want to advertise on Google AdWords then**

a) I can invest any amount
b) I need to invest minimum of $100
c) I need to invest minimum of $1 a click
d) I need to invest at least $50 CPM

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

**10) The maximum bidding amount in the Yahoo PPC program is**

    a) $10
    b) $50
    c) $0.5
    d) $100

## Fill in the Blanks:

**1)** Minimum cost per click in Yahoo is …………..

**2)** Click through rate=……………………

**3)** In Google AdWords, ads are added ……………………….. Whereas in Yahoo human editors review your keywords and your site.

**4)** In Yahoo titles cannot exceed ……………… characters and descriptions cannot exceed …………………….characters.

**5)** BidRank is another useful automated …………………… tool that takes the pain out of PPC bid management.

**6)** Clicktracks offers a ……………… and ………………… feature for any PPC campaign.

**7)** Yahoo purchased Kelkoo search engine because of its big market share in Europe. –True or False

**8)** Website conversion = Sales / Click throughs – True or False

**9)** Conversion rate is directly proportional to click through rate. – True or False

**10)** PPC ad campaigns should be constantly tested and monitored. – True or False

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

# Chapter 5
# SEO Monitoring

## 5.1   *SEO Reporting and Conversion*

SEO campaigns offer an advantage over traditional internet advertising methods, such as email campaigns, banner advertising or pay-per-click services. Search Engine marketing offers a unique promotional advantage when it comes to overall return on investment.

A well optimized page can typically deliver thousands of targeted visitors to your website every month. Unlike purchasing mailing lists or other expensive website marketing methods for higher search engine rankings, SEO allows you to deliver long term success and a better ROI.

Most of the time confusion occurs because the success of the campaign is not clearly defined. At the end of the campaign you should know that the performance would be measured on. Number of visitors or the total number of conversion i.e. actual sales made on the web site.

First thing to keep in mind is that ranking is not the only parameter to measure the success of a campaign. The success of a campaign needs to be measure on rankings, percentage of traffic from different search engines, traffic from different keywords. All of this should be considered while tracking ROI.

By measuring non-branded search traffic, we learn more about how your audience looks for you, and can further refine your campaign. There are many search engines through which you attract traffic. But most of the visitors come through big search engines like Google, Yahoo, MSN and AOL. Therefore it is very important to know which search engine is generating the kind of results you are looking for. The more traffic search engines are generating the more the ROI. Let's see how to calculate ROI for an e-commerce site.

Determining ROI for an e-commerce site is very easy as the aim of e-commerce is to make actual transactions or sell. Generally e-commerce sites sell a variety of products, hence calculate the average price of the sale, then calculate the total sales the web site is making before optimization. After the search engine optimization calculate the number of items sold. Again multiply it with the average price and you will know the actual sales figure. After calculating the difference between sales pre optimization and post optimization, you can calculate the increase in sales. Now look at the money you have invested in the SEO

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

campaign. If your sales figures can recover the investment in a short period of time, you are generating a very good ROI, else not. I.e. Pre-optimization -- Average price is $100 and 100 units sold per month, the total sales are $100 x 100 = $10,000 per month. Post-SEO campaign, if sales went up to 300 units, you are earning $100 x 300= $30,000 per month.

After the SEO campaign, you are able to increase sales by 20,000 and you have invested 50,000 for the SEO campaign, then you can recover it within 2.5 months. Many companies develop different websites simply for lead generation. Not far behind from e-commerce websites with regards to the simplicity of ROI calculations are websites developed to generate leads. If the value of the generated lead is known then the ROI can be easily determined. If the lead value is not directly linked to a dollar value, a dollar value will need to be determined. Let's assume a website generates 25 leads per month pre-optimization, and each lead is valued at 50. The website was generating $1,250 per month before the search engine optimization campaign launched. Now, the website increases its leads generated to 100 per month post-optimization launch. We can then see that the search engine optimization campaign is responsible for an additional $3,750 in leads per month. If the optimization campaign cost $25,000, we can then estimate the ROI to be seen within 7 months.

Now let's see how we calculate ROI for the corporate or information sites. These are sites essentially created for information and not for generating leads or sale. Hence the conversion parameters for these sites have to be defined. Here we consider value of a customer not the money he is going to spend on our product/service.

Let's assume the website had unique 2,500 visitor sessions per month before the search engine optimization campaign was launched, and the website was converting 4% of its users. Before the SEO campaign was launched, the website was converting 100 users per month. After the campaign is launched, the website experienced increased visitor sessions up to 15,000 per month, with conversion rates increasing to 6% as a result of more targeted visitors (a very conservative increase). We can then determine that the search engine optimization campaign is directly responsible for converting an additional 800 users per month.

If we were able to determine a dollar value for each converted user, we could easily determine the campaign ROI. Let's assume that we have determined that each converted user is worth approximately $10. Using this as a base, we see that the website was generating $1,000 per month before optimization, and $9,000 post-optimization launch. The search engine optimization campaign is responsible for generating an additional $8,000 per month through converting website users. If the SEO campaign cost $25,000 for the year, we estimate that a ROI will be seen within 4 months.

114

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

There are many tracking tools available to track the performance of the campaign. If a site owner was determined to track all traffic and measure ROI, the solution would be quite costly. First of all, you're looking at a high end web analytics program such as Hitbox Enterprise or Webtrends Live. These typically cost anywhere from a few thousand to several thousand dollars a month.

## 5.2    *Visitor Traffic Analysis*

Often it is said that objective of SEO campaign is ranking the website in the top ten on the major search engines. But that's just one of the goals of a SEO campaign. The real objective of a SEO campaign is getting qualified traffic to your site and converting as much as possible into leads or sales.

Suppose you are an automobile company and your SEO consultant ranks you top on keywords like Auto Toys, Auto magazines and Buses, then certainly you are not going to get the desired audience or traffic. Also sometimes your site ranks top on the desired keywords but fails to deliver results in terms of sales. There could be many reasons for that.

Traffic Analysis is the evaluation of referrals from search engines based on conversion of traffic for keyword choices. The data is found in the logs using log analysis software or a customized application to cull referrer data for the site. Visitor traffic analysis helps to optimize the campaign in greater details to increase ROI. There are a number of software's available in the market that provides data in respect to the above.
The visitor traffic analysis can be done on the following parameters.

- Traffic on keywords
- Keywords and landing page
- Whether the call to action was followed for conversion
- Qualified Traffic
- Converted traffic

**Traffic on Keywords:**

Knowing the details about which keywords are working well and which are not is important. Keywords can attract targeted as well as untargeted or generic traffic. Targeted traffic means people are interested in your product or the information on your site. They are looking for the information related to your industry. It may be for research or purchase. They generally use

115

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

WWW.SEOcertification.org

keywords to find the information related to your site. I.e. if they are interested in photography then they will use keywords such as wildlife photography, photographs etc. And if you are also into the same industry and use these keywords in your website, they will visit your site which is a targeted traffic. But if you are a camera manufacturer, these keywords will certainly get you irrelevant traffic.

Therefore it is necessary to select right keywords for the campaign. Also you must know the performance of every keyword. Which keyword attracted the most traffic and which has failed to attract the traffic should be known to search engine optimization consultant. Only then can we see and optimize the site further. Try to replace the non-performing keywords.

### Keywords and Landing Pages:

Which keywords are directing the visitors to which pages? Try to figure out which pages are attracting more traffic and why. Include more content if it's saturated and create different pages for different products and services. This will again attract targeted traffic. Then keyword research should be planned according to pages.

### Whether the call to action wa    s followed for conversion:

Marketers expect certain activities to be done by visitors on the web site. These can be downloading stuff, registration, writing views or asking more information about the product. As an SEO consultant we must know whether the visitors are performing that activity or not. If not then try to find out the reasons behind it. There might be wrong selection of keywords or content might be not up to the mark. If we can figure out what makes the consumer leave the site, we can work on that.

### Qualified Traffic:

Qualified traffic means targeted traffic. You must know the demographics and psychographics of the traffic you are getting for the client. The conversion rate will high only if you attract qualified traffic. There are several ways to get qualified traffic such as more precise and targeted keywords, well defined keywords etc.

You must be able to find out which keywords are getting qualified visitors and which are getting general visitors. The more the qualified visitors it is more beneficial for your site.

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

**Converted traffic:**

Conversion in terms of sales is undoubtedly the final aim of a marketer. You must track how many sales you are generating for the client. Even if you are getting huge traffic but no conversions then it's no use to the client. So track the actual sales and find out the way they are making sales.

Calculate the percentage of traffic converting into actual sales. As an SEO consultant our aim must be to increase the conversion rate for our clients and help him hit the optimal ROI mark via his search engine marketing efforts. Create value for the customer in terms of traffic, leads or customers.

## 5.3   *How to choose an SEO consultant*

Search engine optimization consultants provide search engine optimization services to clients who own websites and would like to achieve a beneficial ranking in search engines. Search engine optimization services include many factors such as on page optimization, off page optimization, PPC campaigns, link building, site restructuring and lots more.

SEO consultants use different approaches and strategies to optimize the site. Different strategies need to be used for different search engines. The ultimate aim of search engine consultants is to achieve higher rankings for the client's web site.

You should know what the job liabilities of an SEO consultant are. An SEO consultant's job starts with website research. They then research keywords and finalize a list of certain keywords of which they think will generate maximum and relevant traffic to the client's site. Content building is another aspect of the search engine optimizer. Clients either provide the content or consultants write it and place keywords in the content. Placement of the right keywords with good density is a very important part of the SEO consultant's job. Making changes in the site's HTML coding is very important as well. These changes are done in Meta tags, anchor tags, Meta keyword and description tags etc. Site submission to directories and search engines are another job of the SEO. The theme specific sites and search engines needs to be researched. Submitting the site to specific as well as popular search engines is very important. Finally tracking the performance of the site is also the responsibility of the SEO consultant.

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

Choosing the right Search Engine Optimization consultant can decide the success or failure of your online marketing activity. The results of this activity determine who actually finds your site, and in what context.

The ethical SEO consultants are always preferable. Those with proven track records have an added advantage because they have results to show and prove them right. But it is not necessary that if they have succeeded in the past, they will produce same kind of results for your site. The industry is so volatile that no one can guarantee you success. You must weed out the sharks and unethical consultants from the reputable ones. A good idea is to hire a consultant who is "SEO Certified". To search for an "SEO Certified Professional" or SEO Certified Company", visit www.SEOcertification.org

While a lot of companies/individuals offer SEO as a service, very few people understand what's really involved (and the position of the search engine engineer requires no set credentials), so it's very hard to choose the right contractor. There are also many businesses or organizations that cannot afford the professional level of service and guidance they require.

The first thing to consider is the importance of hiring an ethical SEO specialist. SEO ethics is not just about being nice little boy scouts. An ethical SEO specialist will make sure your website is not penalized or even banned from the search engines.

Beware of guarantees promising top rankings. A reputable freelance SEO specialist or SEO firm will not provide a guarantee, because much is out of his control. Nobody knows the search engine algorithms. SEO is simply an educated guess based on what's worked in the past for others. A lawyer cannot guarantee you will win your case. The star witness could die or leave town, the judge might be in a really bad mood, and the other lawyer might be a whiz. Some so-called consultants may get you a top placement in the short term, but ultimately get your site banned forever. Find out exactly what on-page and off-page SEO strategies they use.

Lookout for search engine spam, steer clear of anyone using these tactics. Ask around on popular SEO forums if the person is known. See if they contribute to the community through posts, newsletters, etc. It shouldn't take much time at all to see who's real and who's a scam artist. To make sure you are hiring an ethical SEO specialist, always check that he has a physical address posted on his website. Do ask that instead of paying for a guaranteed ranking, you can pay some up front and the rest when you achieve the rankings. Most reputable SEO specialists will ask for only 1/3 to ½ of the payment up front. Some will bill in arrears. This is a fair strategy. SEO is a risk so it's fair to pay some non-refundable money up-front just for the labor. That is a sign that he is less likely to disappear.

118

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

It is important to ask an SEO specialist about his methods before hiring him. Combine quality content and a performance based agreement with a solid, reputable SEO company and you'll probably get the results you're looking for. Using dirty tricks, called "black hat SEO", your website will rank high initially, but after some time it is more likely to be banned by the search engine.

Another scam is to guarantee placement within a short period of time, and to buy pay-per-click ad space. Pay-per-click ads appear as "sponsored" listings in the search engines. While they will attract some targeted traffic, only 40% of Internet searchers click on the sponsored listings. Worse, they are temporary listings that end when the account is depleted.

A similar scam that some SEO specialists get into is to place temporary links on their own sites or buy paid advertising links on other sites. Once the money is paid, they remove the links on their own sites, and once the ads expire on other sites, your site loses those links and rankings also fall.

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

# 5.4   *Test Questions*

**Select the right Option:**

**1) The success of an SEO ca mpaign can be measured in**

   a) Rankings
   b) Number of visitors to the site
   c) Actual sales on the site
   d) Number of incoming links
   e) All of the above

**2) The visitor traffic analysis    is done on the following**

   a) Traffic on keywords
   b) Traffic on website
   c) Traffic in the network
   d) Traffic on search engine

**3) Qualified traffic means**

   a) Educated traffic
   b) Targeted traffic
   c) Permitted traffic
   d) None of the above

**4) Conversion equals**

   a) Sales
   b) Inquiries
   c) Registrations
   d) All of the above

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

**5) The SEO's who guarantee the number     one ranking in search engines are**

    a) Unethical
    b) Ethical
    c) Over Confident
    d) Highly trustworthy

**6) Before selecting an SEO   consultant you must ask for**

    a) The structure of payment
    b) Ranking guarantee
    c) The status of current algorithm
    d) Past experience

**7) The final aim of any marketer is**

    a) Increase brand loyalty
    b) Increase number of clicks on the PPC ads
    c) Sales conversions
    d) Attract traffic to the website

**8) Landing page means**

    a) Home page
    b) Index page
    c) The linked page where customer arrives after clicking on the ad or listing
    d) None of the above

**9)** You need to use ……………. to attract qualified traffic

**10)** Traffic Analysis is the evaluation of referrals from search engines based on traffic for keyword choices.

**11)** Using dirty tricks, called ……………., your website will rank high initially, but after some time it is more likely banned by the search engine.

121

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

# Chapter 6
# Latest Concepts

## 6.1   *Emerging Trends in SEO*

## Blog Optimization

*Blog is a user-generated website with journal style entries that are displayed in reverse chronological order.* Generally, blogs offer information about a particular subject and in some cases they are like personal diaries. A blog consists of text, images and links to other web pages, blogs and media related to its topic. Most blogs are textual while some other focus on picture and are part of a wider network of social media. Blog optimization helps in for better search engine results.

Blog optimization can be done in a variety of ways.

**Simple content:** One of the best ways to optimize a blog is to keep the content simple. You can start by making one good quality content and use variations of the topic to sustain interest in the topic.

**Search engine submission:** Have as much content on the blog as possible. Search engines always prefer bigger sites over small ones; this will also help with generating more visitors and back links to your content. Like any website, a blog's URL has to be submitted to search engines for indexing.

**Keywords:** Identify popular keywords and target them as this offers the blog owner an edge over other competitors. A thorough keyword research helps you identify what people are looking for. Some blog software have plug-ins that suggest keywords for you, or use Google Suggest, Digital Point and Google AdWords Keyword tool to help you in this process.

Remember, prudence has to be maintained while deciding the frequency of the keyword usage; all keywords should make sense wherever they are used.

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

**Optimize your Blog template:** Check that the post titles appear in the title tag and you append the title tag (hard code) with an important phrase of your blog. The blog post title should be used as a permalink.

**Regular Updates:** Regular updates help in regular indexing of the website. The blog should be fresh and new information should be added regularly. The quality of the content should be good and maintained consistently. Remember that a creative, well meaning content is always preferred over useless clutter by any web surfer. Offer value to the reader if you want your blog to be taken seriously.

**Advantages of Blog Optimization:**

- Blog optimization helps to increase rankings of the blog on regular and blog/RSS search engines. This facilitates the SEO optimization process.
- Helps increase traffic to the blog from different sources that include social search (Yahoo, MyWeb, Google, Personalized Search) and social bookmarking sites (del.icio.us, Furl, Digg, Blogmarks). Once the blog is created, submit it to RSS and Blog directories. You can also submit the blog to regular directories that have categories for blogs such as DMOZ, JoeAnt, MSN Business Central, Go Guides etc.

# Content Duplication in SEO

With the arrival of the Internet, organizations have a new medium for promoting their business and products. This led to the emergence of search engine optimization which is now leading the internet world. If you have just finished building your website then the next task on hands is its optimization. Search engine optimization is the best way to promote your business worldwide and attract visitors and customers. Unfortunately some people suffer huge losses during this process as they get penalized on various search engines because of content duplication.

Content duplication is something which is very common nowadays and has raised many questions. In general, content duplication is nothing but the presence of the same content on two different websites. These sites are known as mirror websites. In order to curb content duplication various search engines have started penalizing websites for having the same content. This is the reason why many websites and web pages don't show up in search engine results.

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

With duplicate content there is no guarantee as to which page will show in search results and which won't. Moreover, duplication of content also means that some sites and some pages are not indexed by search engines at all. Websites carrying duplicate content never get indexed and will vanish from the search engines index.

**Search Engines checking for Content Duplication**

There are various places where search engines see duplicate content. Few of the popular ones are:

**1.** *Product descriptions and manuals* : The first and foremost place is the product descriptions from various manufacturers, publishers and producers. This usually occurs on large ecommerce sites. When one or more website offers the same products, they tend to use the same descriptions. This is nothing but content duplication.

**2.** *Alternative print pages* : This is something which is unknown to many website owners. There are various websites offering the same content on different pages that may be formatted for printers.

**3.** *Pages that use duplicate syndicated RSS feeds* : When RSS feeds from various websites are reproduced on other pages in addition to the original source website. This appears to be duplicate content as the text which is being displayed using server side includes is presented as html on the pages.

**4.** *Canonicalization reasons* : This is a new term to the world of content duplication. Herein a search engine may locate the same page as different pages with different URLs. This is why it is also known as a "canonical URL".

**5.** *Article submission or syndication* : For optimizing reasons, many site owners create articles and for popularizing offer them others for linking and attribution to the original source is made. This is at times tagged as content duplication by various search engines.

**6.** *Mirrored websites* : In content duplication this is the most widely used method. It has been seen that when a website becomes popular and busy people tend to look for an alternative. This is when they create a mirror website and the mirrored website carries the same data or content.

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

Many popular websites have used mirror sites in the past and for this they often use multiple servers and load balancing techniques. Unfortunately search engines can easily detect duplicated URL structures of mirrored websites.

## Ill effects of Duplicity

If you are facing difficulties with the web pages of your site showing up in search engines, if they are shown as *supplemental results* or even if they seem to be *disappearing from the index* of a search engine, then content duplication is the issue that is harming the pages of your website.

# CraigsList

*Craigslist is a centralized network of urban co mmunities on the internet that features free classified advertisements. These advertisements include housing, jobs, personals, for sale/wanted services, resumes and forums etc. The ads are in a sorted format under various topics.*

Craig Newmark founded Craigslist in 1995 for the San Francisco Bay Area. In 1999, Craigslist expanded in nine more cities in 2000. Until November 2006 Craigslist was established in 450 cities all over the world, with a staff of 22 people. Revenue is generated with the help of paid jobs in different cities. Craigslist allows you to search and post advertisements free of charge except job listings in New York, Los Angeles and San Francisco. Unlike ebay or other classified sites that charge fees, advertisers can place free listings that target a specific region or city.

## Craigslist Statistics

As per Craigslist facts sheet on craigslist.org, Craigslist serves over 5 billion page views every month. It has roughly around 15 million unique visitors and over 12 million new classified ads each month.

## Benefits offered by Craigslist:

- Craigslist is an affordable advertising option for marketers. Most postings on the website are free except when you are posting a job listing in Los Angeles, San Francisco and New York.

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

- Craigslist allow marketers to reach a wide array of people. As Craigslist is a popular site, by advertising here traffic to a particular website greatly increases thus allowing for large audience reach.
- Advertising on Craigslist is a good option as compared to other traditional advertising sources, as it allows people to look for specific items and services in a specific category.

## How to post Your Ad on Craigslist

Posting your ad on Craigslist is very easy but while doing this keep in mind that a simple design is more suitable as it is more in align to the Craigslist community will be most effective. For best results the ads should be posted in the most relevant category. The ad should be concise, accurate, without any grammatical and punctuation errors and legitimate. Studying the terms and conditions of Craigslist immensely contributes in creating good ads. Answering ads seeking the desired products or services increases interactivity and is also a good way to generate business.

It is a convenient place to shop at and has a user friendly interface that offers easy navigation. Local listings help in obtaining information about various products and services available in the area.

## Craigslist facts as per Craigsli   st factsheet on craigslist.org

Q: What is Craigslist?
A: Craigslist is a local community classifieds and forums.  A place where you can find jobs, housing, community information, goods & services, social activities, advice, etc. all for free, and in a relatively non-commercial environment.

Q: How was Craigslist started?
A: Craig Newmark started it in San Francisco, California.

Q: How much traffic does Craigslist receive?
A: It receives more than 5 billion page views per month.

Q: How many people are using Craigslist?
A: More than 15 million people are using Craigslist each month.

Q: How many classified ads does Craigslist receive?
A: More than 12 million new classified ads each month.

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

WWW.SEOcertification.org

Q: How many Craigslist discussion forums are there?
A: There are about 50 million user postings in more than 100 topical forums.

Q: Who is the CEO of Craigslist?
A: Jim Buckmaster has been craigslist's president & CEO since late 2000.

# How to do Branding with SEO

Branding is one of the foremost objectives of marketers all over the world. Most of the mega companies spend millions of dollars on branding and advertising campaigns. This huge spending on advertising budgets has changed since the arrival of Internet and its use as an advertising and promotional medium. Since the realization that search engine listings drive large volumes of traffic to various websites, Search Engine Optimization became an integral online marketing strategy.

As compared to advertising that is known to interrupt consumer behavior, search engine users actively seek information and are therefore driven towards its source. The SERP (Search engine results page) listings add function as a text ad and are non-intrusive.

### Why branding is important?

Proper branding helps the customer identify a particular business. Good branding helps the brand as the business is able to bring in loyal customers and maintain existing customer relationships. The main aim of search engine optimization is to drive targeted traffic to the marketer's website which results to lead generation as well as online and offline conversions. Branding is also an important function of SEO and should be conveniently utilized for building a brand.

### The working mechanism of Search Branding

When you index a website, search engine uses the website's Title and Description to create the text link, which appears in the SERP's. The title and description actually work as an advertisement for your website, when the users view your search engine listing. Every time the user views the listing in the SERPs, it results in branding.

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

**Branding in SEO**

Search Engine optimization aims at increasing website traffic by better Search Engine listings. This is done with the help of keywords that are strategically placed in the website content. The selection of the keywords holds the key as most searched keywords or keyword phrases are instrumental in driving traffic to the client website. If keywords are selected that have the brand name, then they can help in the branding process too. Therefore promotion of the brand will depend on the selection of relevant keywords and its proper usage.

## Podcasting

If you belong to the techie crowd then you must have heard the latest buzz surrounding podcasting. *Podcasting is an online audio content or file which is easily delivered through a RSS feed. Podcasting is something which is usually used for informational content, promotional clips and interviews of music bands, talk shows for providing investor news, sportscasts, news coverage, commentaries and even story telling for children or the visually-impaired.*

Generally podcasting works on the same ground as a standard RSS feed reader or news aggregator. The only difference is that the feed you subscribe to contains an audio file instead.

Currently, many people prefer podcasting to radio on demand but podcasting gives far more options in terms of content and programming in comparison to radio. Furthermore, podcasting listeners can decide what programming they want to receive and also when they want to listen to it. In short, listeners can save audio archives to listen to at their leisure.

Recently blogs have now turned many bloggers into journalists and podcasting carries the same potential as it can turn podcasters into radio personalities. According experts, podcasting is nothing but the simple syndication of audio files using RSS. Instead of reading the content you can simplify the contents of your feed using a reader or aggregator that supports podcasting. Nowadays, podcasts are flaunted on websites with simple clickable links to audio files.

**Benefits of podcasting to the subscriber:**

   • User can easily receive the information they like, and listen to it whenever they want.

128

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

- You can download the material which can be listened or even viewed on wireless handhelds, allowing subscribers to utilize time on the road.
- This fresh and new technology has opened various avenues for entrepreneurs as users find more creative audio content for delivery.
- Podcasting is highly beneficial in terms of education as the listener can hear educational tutorials and foreign language instructions during a work commute.

This innovative technology is getting popular among users as finally it's the subscriber that maintains control and determines what podcasts are deemed successful. Moreover, this inherently builds a quality control level which ensures that only the most modern, instructional and interesting podcast feeds will survive.

**Podcasting Software:**

There are software to create, edit and publish podcasts to a website. Few of the popular ones are as follows:

- **FeedForAll:** This software easily creates edits,  manages and publishes podcasts and RSS feeds. FeedForAll Mac also supports namespace extensions for iTune attuned podcasts.
- **AudioBlogger:**  Through AudioBlogger you can easily post any audio to your blog from your phone. All you need to do is just dial a number and speak and your audio will automatically be posted for you.
- **Replay Radio:**  Replay Radio helps you record hundreds of radio broadcasts from all over the world. Herein you can listen on your PC, CD Player or MP3 Player, and even skip over the ruffle.
- **MixCraft:**  MixCraft allows you to record and mix music for podcasts. In short, you can produce podcasts editing the audio for just a fraction of the cost.
- **TextAloud:** TextAloud is an instant podcast with easy  text to speech software. Just type or paste in text, and save as an MP3 for instant podcasting.

Podcasts are gaining momentum and are here to stay for the long run. Owning a podcast keeps you ahead of the competition and by making it as unique as possible you will definitively stand out from the crowd.

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

# RSS Feed Optimization

RSS (Really Simple Syndication) is a list of a website's with new or updated content. It was developed to allow different news services for syndication of content by displaying links, articles summaries and headlines on other web sites.

**Technological Insight of RSS:**

Dedicated software called news aggregators is used to create RSS feeds. The simplest way to create an RSS feed is to use a software such as FeedForAll.

RSS is a lightweight XML format designed to share headlines and other web content with other web sites. It was started by UserLand in 1997 and was later used by Netscape to fill channels for Netcenter. RSS feed was evolved to share content between sites that included BBC, CNN, Disney, CNET, Forbes, Motley Fool, Red Herring, Salon, ZDNet and many more. RSS helps solve some of the major problems faced by webmasters today such as increasing traffic, gathering and distributing news.

**RSS Syntax:**

To create an RSS document, you have to save it in the .xml extension. Once this is done, upload the file to your website. The next step is to register with an RSS aggregator. The function of the aggregator is to search the registered websites for RSS documents. It also verifies the link and displays the information about the RSS feed so that customers are able to link to documents that interests them.
RSS documents use a self-describing and simple syntax. Document example:

```
<?xml version="1.0" encoding="ISO-8859-1" ?>
<rss version="2.0">
<channel>
<title>XYZSchools Home Page</title>
<link>http://www.xyzschools.com</link>
<description>Free web building tutorials</description>
<item>
<title>RSS Tutorial</title>
<link>http://www.xyzschools.com/rss</link>
<description>New RSS tutorial on W3Schools</description>
</item>
<item>
<title>XML Tutorial</title>
```

130

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

```
<link>http://www.xyzschools.com/xml</link>
<description>New XML tutorial on xyzSchools</description>
</item>
</channel>
</rss>
```

The first line is the XML declaration which defines the XML version along with the character encoding used in the document. The next line is the RSS declaration that identifies that this document is an RSS document. The following line contains the <channel> element. This element describes the RSS feed. It has three required child elements:

<title> - It defines the title of the channel.
<link> - It defines the link to the channel.
<description> - It describes the channel.

The <channel> element has one or more <item> elements.
Each <item> element defines a 'story' or an article in the RSS feed.
The <item> element has three required child elements title, link and description.
<title> - It defines the title of the item.
<link> - It defines the link of the item.
<description> - It describes the item.
The last two lines close the <channel> as well as <rss> elements.

Once the RSS text file is created and validated, register the site at various aggregators and your RSS feed is now available. When updating the file, all sites subscribing to your feed will automatically get updated.

**Benefits of RSS for your website:**

• Helps in improving search engine rank and increasing traffic from search engine
• It is one of the fastest ways to invite spiders to your website
• It is an innovative way to attract customers to your website
• You get fresh, keyword rich content for your website and as a result your website is regularly updated

RSS feeds are read by people who want to keep themselves updated with their favorite websites. The feeds help compare prices and availability of various products. It is also a good way to subscribe to a newsletter without worrying about spamming of their web addresses.

131

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

# SEO & PPC Tools for Google

Amongst all search engines the most popular and sought after is Google. Hence the present article is written for exploring the subject - SEO and PPC tools for Google. Nowadays SEO and PPC go hand in hand and even complement each other. This is the reason why according to various SEO experts, no SEO campaign is complete without the actual use of PPC campaigns. The best keyword generation tools are:

**1. Google Keyword Tool:** The first and foremost tool is Google's Keyword Tool. This famous tool is not only free but very popular.

**Benefits:**
- It shows 12 months of historical search trends.
- It can analyze a page or website and automatically recommend keywords.
- Google's keyword tool has the largest search user base, and thus offers great keyword depth.
- It gives an estimated cost, competition level, and suggests potential negative keywords.
- The biggest benefit is that it is easy to export your list as an XLS spreadsheet.

**Negatives:**
- Google's keyword tool is well integrated into the AdWords system. Hence your competitors could bid on those same keywords as you do.
- It has been seen that search engines may desire to show you terms which offer the highest prices, instead of the highest search volumes.
- Estimates are exceptionally irregular.

**2. Google Suggest:** Next to follow is Google Suggest which is also gaining popularity.

**Benefits:**
- Google Suggest is not free but quick and easy to use.
- Google's huge database of search activity to grab this data from.
- Google's Toolbar generally auto updates and they added Google Suggest as a function directly to the toolbar in Google Toolbar 4 beta. Moreover, they also have created a FireFox Google Suggest extension.

**Negatives:**
- Google Suggest normally only shows up to 10 terms for any search term and do not give any sort of search volume estimates.

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

- It only shows terms that specifically starts with the letter sequence you type, thus it will not help you find related searches that have modifiers before the core term.
- Similar to other Google products it never shows a clear result and how data is organized.

**3. Google Keyword Sandbox:**   Another service offered by Goggle.

**Benefits:**
- Google Keyword Sandbox is free, quick and easy to use.
- In addition to showing exact search terms, it also presents many related search terms and potential modifiers.
- Google has access to more search data than any other company.

**Negatives:**
- Since Google is the largest search engine many people may use Google Keyword Sandbox and bid up these terms.
- Google Keyword Sandbox does not share specifics on how it gathers this data or what it means to you.

Whatever one says, Google has a highly useful keyword research tool within their AdWords interface ones you log in. This AdWords interface automates keyword research based on entering a URL or site. Moreover, it allows you to find related keywords based on words you enter or words that are already in your account. By using all of the mentioned tools I believe you can surely boost your business.

# SEO & ROI

The Internet has made online commerce more pervasive and this is the reason why it has become the most popular channel for increasing business. Nowadays people focus more on getting better ROI from technology investments. People in the field of search engine marketing are feeling the peer pressure on how to justify their products by claiming they can improve ROI. The bottom-line in any web based business is the ROI and that's the reason many discussions on Internet ROI are only focused around a single sub-topic.

Getting ROI can be the toughest deal to crack and sometimes gives painful lessons to SEO's who are trying to understand the real ROI impact of their decisions. Many SEO's attempt to demystify ROI by presenting a clear framework for decision making.

133

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

In SEO calculating the ROI of a move to online selling and promotion requires a lot of analysis and comparison on how your total technology and promotion cost per sale stacks up against customer calculations. For instance the payback period of your technology investment is approximately one year. To make your ROI calculation easier now you can find various tools and ROI calculators to determine the exact return on investment.

For calculating ROI all you need are seven data and core points which are as follows:

- The exact lifetime value of your customer.
- Your actual search engine optimization campaign budget.
- Total length of your SEO campaign.
- Calculating the aggregated monthly estimated including search volume of all your keywords.
- The expected click through rate you expect based on rankings you obtain.
- Conversion rate of visitors that click through to your website.
- The rough percentage of leads that you usually convert to sales.

However, if you are thinking of doing this on your own, there is a very good process which can easily determine your ROI and you can decide whether Search Engine Optimization is going to provide your business with value in return for your efforts.

Firs calculate the sum of all "Searches" to get the Total Monthly numbers for your most "relevant" search terms. Once you have this data simply multiply the Monthly Searches by 2. After the multiplication you get a rough estimate of total Monthly Searches for the terms that represent potential leads for your business. This rough estimate of factoring can be either done outside the Yahoo network on search engines like Google and countless other search engines.

After this multiply the Total Monthly Searches Number by 5%. This will give you the Estimated Number of Clicks/Visitors your search engine listing will receive if your website is in a top ten position. (Always remember that 5% is the standard industry metric for estimating clicks from a top search engine position). Now multiply the Estimated Number of Clicks by Your Visitor to Lead Ratio. That ratio can be 2.5%. And finally you have your estimated Leads. Once knowing you estimated leads multiply them by your current Lead to Sale ratio and you will get Actual Sales.

After knowing your actual sales, multiply that number by the Average Sale Price. If your business model includes repeat buying then the average life of the client is directly into the Average Sale Price equation.

134

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

**The mathematics formula is:**

Monthly Yahoo Searches x (2) = Monthly Searches
x (5% Click Through Rate CTR) = Visitors
x (2.5% Visitor to Sales Ratio) = Contacts / Leads
x (5% Lead to Sale Ratio) = Sales Units
x ($20,000 Average Sale) = $??.?? Monthly Sales
x 3 Years = $ ROI

In other words, it is amazing how many different ways people search for essentially the same thing. However, targeting one or two particular phrases will only let you tap a fraction of the potential audience. Search engine optimization is nothing but all about being listed in the top results when a potential customer is looking for answers. And for that you want to be one of those answers!

# SEO - Present and its future

Search Engine Optimization is considered a subset of search engine marketing and is used to improve the number or quality of visitors to a website from "organic" search results. SEO programs are based on certain amounts of market research, consumer profiling and competitive analysis.

### Present SEO scenario

In the past Search engine optimization dealt with adjusting meta tags, headers, titles & page text etc. for prominent search engine ranking. In the present scenario they involve SEO techniques that deliver semantically correct as well as logically marketed and well written website content. This type of content is preferred by Search Engine and is readily retrieved by them.

- Every web page is created in HTML (Hypertext Markup Language) as it helps define page structure and contain the essential page elements. We are witnessing a trend where the shift towards the use of XHTML ('X' standing for eXtensible).
- A neatly constructed page utilizes specific tags that have a considerable part in the visibility of the page within the SERPs and express the relevancy to Search Engine algorithms.

135

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

- Title and description as well as headings are used to summarize the web content and have strategically placed keywords and keyword phrases. While using keywords care should be taken that they are used carefully and overuse is avoided at all cost. Generally 3% to 7% keyword density is the usually followed norm depending on the type of the market.

**Limitations of the present system**

At times well optimized page content may not be indexed properly, especially dynamic pages. These pages are configured and delivered instantly dependent on the user selection parameters. The pages are programmed with the help of ASP, PHP, Cold Fusion, Perl etc.

**Future of SEO**

In the near future SEO will witness some important changes and innovative technologies will follow.

- Decrease in the importance of algorithm based search.
- Wikipedia has launched its own search engine 'wikiasari', the people powered search engine. The characteristic feature of this search engine will be that search is based on human editorial judgments. This is a revolutionary development as it will lead to prominence to "white hat" SEO techniques.
- The Search Engine will work on open source software.
- Link Exchange will receive lesser importance.
- Local search will gain more significance.
- Vertical search engines will emerge on the SEO horizon.
  *In this type of search the Search Engine will focus entirely on a particular domain .*
- The credibility of PPC (Pay per Click) advertisement will decrease.
- LSI will gain importance.

Search engines are trying to optimize themselves for the comfort of the end user and these proposed changes will go a long way in improvements towards SEO tools and Search Engine Optimization results.

# Wiki Article Inclusion

Wiki article inclusion has gained a lot of popularity and importance. Nowadays, the majority of SEO's make sure that they incorporate Wiki article inclusion in their SEO campaign. This method is highly responsive and also fetches high search engine ranking.

136

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

All you have to do is submit the information you think needs to be propagated. Ones this information is submitted it can be edited updated and even refurnished. The main aim of any change is that search engine crawlers treat any change as refurnish of the page and thus, indexing occurs. In the SEO world continuous indexing means high ranking on search engines. This is the main reason many SEO's make sure they don't miss Wiki article inclusion at any cost.

**Benefits of Wiki article Inclusion:**

There are various benefits attached with Wiki article inclusion but few prominent ones are as follows:

- You can easily propagate any message or information to people instantly without much hassles and barriers.
- In Wikipedia the name of an article is embedded in the hyperlink which ultimately boosts the ranking of the linked website.
- Wiki article inclusion provides maximum audience exposure and fetches instant audience reaction.
- Any editing and additions are treated as fresh information which attracts search engine crawlers.
- Writing keyword rich content when going for Wiki article inclusion will ultimately help you in getting good search engine ranking.
- Writing in different languages you can target and capture audiences and viewers from different countries.
- If you update the published information regularly it will automatically help your targeted website or targeted business.

**Disadvantages of Wiki article Inclusion:**

Despite having so many benefits and advantages it also carries a few disadvantages such as:

- This method is highly vulnerable as anyone at any point of time can change or edit the information.
- Any irrelevant information at times can ruin the whole purpose of the exact information. Being easily accessible and highly vulnerable, people at times don't rely on this mode of information and the information provided.
- People play with the information by adding content which does not match with the information provided.

137

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

- Many readers purposely delete the important information so that the targeted message never reaches the audience.

Whatever may be the situation the majority of SEO's will still bank upon Wiki article inclusion and treat it as an important SEO technique.

## The New Buzz in Video Optimization - YouTube

The latest addition made in search engine optimization techniques is YouTube optimization. Yes, you read right; YouTube optimization has emerged as one of the latest SEO techniques which has taken the SEO world with a stride. But instead of YouTube optimization it is known *video search optimization*. Earlier this technique was discarded by many SEO's as they thought it wasn't too effective and not catchy with the audience. However, they are now proved wrong as the majority of SEO's use YouTube optimization techniques for getting top ranking.

Just a few years go, optimizing any website wasn't a tough task and with little yet precise Meta information anyone was capable enough to get top ranking. But now this scenario has changed and if you are going for optimizing your videos, you ought to have a concrete strategy to have an advantage over your competition.

Everyone knows that video is the best and coolest medium. It scores well over any other medium whether it is print, audio or at times web. However, you need to be smart and intelligent enough when going video optimizing as only then it will put you at a significant advantage over those that aren't. It takes some time if you are going to do video or YouTube optimization and prior to that you need to have a plan to solve your purpose. For that you need to know the answer to the following questions:

1. What kind of video you want to make?
2. What will be the purpose of that video?
3. Where will you submit that video?
4. What exact information do you need and want to convey?

If you are able to answer these questions then your success is guaranteed and you can save time and money. Ones you get the answers to these questions the next task is to create an accurate *Meta toolkit*. A Meta toolkit is very important in video optimization and it this gives you a picture stating out on how big your video will be by identifying the exact keywords and

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

also the format used. All these points play an important role in video search engine optimization. Video Meta information carries targeted keywords and phrases. Makes sure the keywords you choose will be eloquent of the content in the video.

Apart from that, the drafted Meta information should also be included during the video encoding. Moreover, don't forget to incorporate the video's genre, copyright information, description, keywords and title in the Meta information. Ones the video is shot, your next task in hands is deciding what price tag to attach with the video and how publishers should charge? There are various websites offering video submission but some of the more popular ones are:

**Singing Fish:** First in the list is Singing Fish which  allows publishers to submit their site URL and video directly. They also provide you the option of keeping all site media elements in a single directory of your website.

**Google Video:**  Next to lead is Google Video. Google video has gained popularity in a very short time. Herein users can easily upload their videos via website submission form or through a downloadable desktop tool. Ones this is done the publisher can add or update Meta and content information for each video. For your convenience there is a Google dashboard which includes a tab for reporting what people are interested in and what video they're not watching.

**YouTube:**  Last but not the least is YouTube. YouTube is one of the most popular websites offering video submissions. YouTube generally converts video to a set format which is why it's advisable to shoot videos at good quality. Apart from that, it allows users to include a series of basic Meta information like title, description, tags, language and video category.

With the increased popularity of video many websites are popping up to offer video submission and this directly boosting the video optimization technique. Hence this is the time to jump into this fledgling market and stay ahead of your competitors.


# Digg.com

Digg is a community based and user driven social content website launched in November 2004. Initially, Digg was started as an experiment but soon became a rage among people as they got a new way to promote their website. *Digg is a completely user driven website wherein users have full right to approve or reject the content right away* .

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

User popularly uses the term digg and bury while browsing the content. Digg means the content is very good and is appreciated by the user. However, if the content isn't good then it will be tagged with the term bury. Which means it isn't compelling and should be removed. Moreover, you can even Digg and bury comments you like or dislike. Digg also allows you to track your friends' or colleagues' activity throughout the website and herein you can even share a video or news story with a friend or user.

If your story or content rocks or is appreciated it is bound to receive many Diggs. More diggs means you will be promoted to the front page for the millions of visitors to see. Digg.com primarily lays more emphasis on technology and science articles and it also combines democratic editorial control, and syndication with a form of non-hierarchical, social bookmarking and blogging.

**Advantages of Digg.com:**

Digg.com provides various benefits to a website and few of the important ones are as followed:

- All the articles, news stories and write ups carry the links to websites. This means more diggs will give you good and quality back links. And these back links will finally boost your search engine ranking.
- Comments given by users help you in understanding the needs and requirements of users and you can adjust your future content and articles according to that.
- Anyone appreciating your article, news story or write up is bound to visit your website and if you are providing what that user is looking for then it will automatically increase your website's popularity.
- The biggest advantage attached with Digg is that all the content posted on the website is free to access. But you are ought to get yourself registered to the website for certain elements, such as promoting or "digging" stories, submitting stories and commenting on stories.

**Disadvantages of Digg.com**

Lately Digg was under criticism in the media and in the blogosphere, for various valid reasons. Few of those reasons are as follow:

- Many complaints were filed which usually centered on the website's form of user-moderation.

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

- Many users felt that few users have too much control over content and this allows sensationalism and misinformation to thrive.
- Former and current users expressed their indignation that the website's operators exercise too much control over which articles appear on the front page.
- According to experts, Digg often uses to incite many Internet users into vigilantism. This vigilantism has resulted in action both online and offline. Recently many members have apparently in acts of vigilante justice and flooded Internet websites and businesses with DDoS attacks in response to stories posted by single users.

**Categories available in Digg.com**

Prior to submitting any content to Digg.com make sure it's original and complies with the set rules and regulations. Herein author can submit original articles, news stories in sixteen different categories such as:

Deals, Gaming, Links, Mods, Music, Robots, Security, Technology, Apple, Design,

Hardware, Linux/Unix, Movies, Programming, Science, Software.

Being a user driven and user friendly website, Digg.com also allows users to remove posts which are duplicates in nature, spam, wrong topic, inaccurate and even offensive story submissions. Recently, on June 26, 2006 Digg.com released Digg 3.0 in which categories were divided into 6 containers such as Technology, Science, World & Business, Video, Entertainment, Gaming, with many sub-categories.

Despite being under the criticism, Digg is still one of the favorites for reading and browsing articles and news stories.

# Web analytics

*Web Analytics is a process that involves the measurement of visitor behavior to a particular website. It entails measuring the aspects of the website that involves working towards specific business objectives.*

141

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

## Market Potential of Web Analytics

As per the Aberdeen Group the current market size is of $425 million and shows a growth rate of 200%. The Web Analytics market has witnessed two stages in growth and is currently in the third. The first stage till 2000 showed rapid market growth while from 2001 to 2003 it witnessed a period of market consolidation as well as product standardization. Since 2004 the Web Analytics market has become part of the process ecosystem. According to webanalyticsassociation.org, UK shares roughly about 18.44% of the total Web Analytics market.

## Importance of Web Analytics

- Web Analytics helps in the decision making process. It helps to find the ideal STP or Segmenting, Targeting or Positioning of the company.
- Predictive modeling, forecasting as well as optimization helps to identify the best target customers, price structure and also to optimize inventory.
- More and more businesses now are demanding expert insight in customer behavior along with revenue paths and click throughs and page views.

A thorough analysis along with the maturing of the market and price competition increases the possibility of business consolidation.  It is therefore a means to establish a business in the market and consolidate one's position in its domain.

## Objectives of Web Analytics

The main objectives of Web Analytics are to provide the right solution to specific business challenges and problems. They include examining your site's audience as well as traffic. It helps the customer to reach target traffic, customize search, benchmark the site and optimize online advertising strategy.

## What are the Data Collection me    thods used for Web Analytics?

The data collection methods include different sources.

- The Browser data is collected with the help of IP address, cookies, Page tagging. The latter two are more reliable as they are more accurate.
- The Server data is done with the help of Log file analysis.

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

- The Network data collection offers access to technical data that is used to determine server response times to requests. It also provides network related issues that may be responsible for interfering user experience.

**Web Analytics software**

While selecting the software consider the price, ease of usage, features, functionality, vendor viability and training available for web staff.

The Web Analytics software includes the following software:

For server side data tracking:
- Log file analysis: Analog, One stat, Metasun, Webalizer, Clicktrack etc.

For Browser side data tracking:
- New version of WebTrends® 7, (estimates first party cookies info)

Software to track cookies:
- Escalation Tracking Software (Arclabs)

Software to track page tagging:
- Live-Stats from DeepMetrix

For both browser and sever side data:
- Data Sherpa solo online data tracking

## 6.2   *Affiliate Marketing*

*Affiliate marketing is a method of promoting web businesses in which an affiliate is rewarded for every visitor, subscriber, customer, and/or sale provided through his/her efforts.*

Affiliate marketing is the best and trusted way to promote any business. In this innovative and modern variation every visitor or subscriber or even the customer is rewarded for its efforts. Affiliate marketing is also known as pay for performance model as the merchant doesn't incur any marketing expense unless the results are finally realized. Herein the compensation is usually based on the following values:

143

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

• Pay-per-impression or Cost-per-thousand (CPM): The first and foremost one is pay per impression or cost per thousand. In this the publisher of the advertisement gets the fixed amount for every 1000 impressions of the ad. In this the carried advertisement can be banner image or rich media.

• Pay-per-click (PPC) / Cost-per-click (CPC): Next to follow is pay per click. This is the most popular and widely used method. In this the advertiser has to pay a certain amount of money every time a potential customer clicks on the advertiser's Ad. However, few treat it as irrelevant as people generally generate commission by fraud clicks.

• Pay-per-lead (PPL) or Cost-per-lead CPL: Another famous mode is pay per lead. Herein the advertiser has to pay commission to the publisher for every visitor that was referred. If that referred visitor performs the desired action then the publisher is paid a commission. The desired action can be creating a new account, subscribing for the newsletter or even filling an online form. This type of model is very popular amongst online service providers such as internet service providers, cell phone providers, banks offering loans and mortgages, credit card companies and subscription services.

• Pay-per-sale (PPS) or Cost-per-sale (CPS): Pay per sale is another popular term in affiliate marketing. In this model a publisher refers any visitor to the advertiser and that visitor generates a sale or buys something. A percentage of that order amount is given to the publisher. This model is popular amongst online retailers and is also known as revenue sharing.

• Pay-per-call: Last but not least is pay per call. This recently developed compensation model in which an advertiser pays a fixed commission to the publisher for the phone calls received from the specific published Ad. This new pay per call model generally acts as a bridge between online and offline advertising.

It has been proven that revenue generated via affiliate marketing is faster. There are various types of affiliate management solutions such as standalone software, hosted services, shopping carts with affiliate features, and third party affiliate networks. Affiliate marketing acts as a benefit for the small sized and upcoming businesses as growth rates are higher in this type of marketing.

**Benefits of Affiliate marketing:**

Affiliate marketing is highly beneficial for merchants because of reasons like:

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

- Affiliate marketing gives a broader market to merchants and can easily generate more sales.
- Having a successful affiliate marketing campaign requires some healthy research to ensure that there's a good fit for that particular website.
- Via affiliate marketing merchants get easy access to the market and customers who are willing to drive and enhance sales.
- Affiliate marketing brings consumers and visitors of different genres to the website giving a fair picture of the consumer trends, needs and requirements.
- It also generates easy and fast sales as repeated customers and recommendations generally work in the merchants favor.

**Software for Affiliate marketing:**

In making affiliate marketing a success there are various software available on the market, and the most popular one is *Affiliate Wiz* Affiliate Wiz (ASP.NET) tracking and marketing software is used for managing an affiliate marketing program. This affiliate software displays your link on their site and you just have to sit back and watch visitors coming to your website.

**Affiliate Wiz - Technology**

Via Affiliate Wiz, an affiliate is used to fill in the sign-up page in order to become the affiliate. In order to link to your website you need to obtain the code for banners, text links, product images, etc. however these links identify the affiliate site with an Affiliate ID. The software places a cookie on a visitor's computer and tracks them as they browse your website. After a sale is made the administrator is notified by email, accept the sale and the affiliate is automatically notified of their sale.

## 6.3   *Google Dance and its Impact on Rankings*



Google is a widely used all over the world by web surfers but over the years it has been noted that once a month, without any prior notice it makes major shifts in rankings. This is the time when Google "tweaks" its algorithm and the Page Rank and Back links of the sites are updated.

*Generally there is a minor change in rank ings known as 'Everflux'. The Google dance happens once every month, which lasts about 3-5 days. During this period Google Results*

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

*show large amounts of variation*. The Google spider "Googlebot" visits most of the sites during this 'Google dance' period.

## How does Googlebot work?

When Googlebot finds your site for the first time it visits your site for every few days to look whether the site content has changed or not. When it returns to find that the site content has not changed, your site will be put on the monthly dance schedule. The problem we all face is that Google does not announce its dancing days and you have to look out for these days yourself. The Google dance tool helps you find when this phenomenon is occurring. Once the dance is over each website is adjusted as per PageRank and Back Links.

## What is Deepbot?

Once the Google dance is over, roughly after 5 to 10 days another set of spiders are sent by Google that are known as 'Deepbot' with an IP address starting with 216. The link structure and PageRank are used by Google to determine how many of your website pages will be recorded or how deep your site will be indexed.

## Impact of Google Dance on rankings

Google uses a large number of patented algorithms to determine the ranking an indexed website. To index webpages thousands of different hosts as well as data centers are being used. Updating every site at the same time is an enormous task which leads to skewed data during this updating process.

When Google dance is being performed server all over the world located in various data centers are updating and upgrading themselves. This is the reason why some sites show false results while other are benefited from this unique dance. There is nothing you can do about this phenomenon so just relax and wait until the "music" is over.

146

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

## 6.4   *Test Questions*

**Select the right Option:**

**1) What are Blogs?**

    a) A blog is a regularly updated website
    b) A blog is a static website
    c) A blog is a website which cannot be edited
    d) A blog doesn't facilitate interactivity

**2) What is content duplication?**

    a) When a website contains no content
    b) When website contains huge content
    c) The presence of same content on two websites
    d) When website contains unique content

**3) What are mirrored websites?**

    a) Websites carrying different content
    b) Websites carrying the same content
    c) Supplement website
    d) Related website

**4) What is URL Canonicalization?**

    a) The process where search engines select the best URL
    b) The process where search engines select the worst URL
    c) The process where search engines delete the URL
    d) The process where search engines add the URL

**5) What is branding in SEO?**

    a) Decreasing the traffic to a website
    b) Increasing the traffic to a website
    c) No Effect on traffic to a website

147

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

d) It is not related to traffic

## 6) What is Podcasting?

a) Audio or video content delivered via e-mail
b) A computer program
c) Audio or video content delivered via RSS
d) Best way to cast pods

## 7) What does RSS mean?

a) Really Simple Syndication
b) Really Slow Syndication
c) Really Sloppy Syndication
d) Really Smart Syndication

## 8) What is Digg.com?

a) Website teaching best ways to spam
b) Owner driven website
c) User driven website
d) Best tool to find keywords

## 9) Benefit of Google keyword tool?

a) Decrease traffic
b) Offers great keyword depth
c) Offers unused keywords
d) Offers poor keyword depth

148

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

# Chapter 7
# Marketing Strategies

## 7.1  *Local Search Marketing*

The use of search engines to search for local resources has been increasing over the years. As per a study conducted by Webvisible and Nielson on 2000 adults in the U.S in October, 2007, around 74% mentioned that they used search engines as the primary source for obtaining local information.

Local search marketing refers to search marketing in a limited geographical area. Let us take the example of a restaurant situated in Buffalo, New York and understand how Local search Marketing would differ from regular Search Engine Optimization (SEO).

**Keyword research:**   As the focus is local, so also would be the keywords. This implies that local qualifiers such as zip codes, city names, county names, state names, and streets need to be included with the regular keywords. In the example cited above, one of our keywords could be Restaurant Buffalo NY.

In addition, research can also be done on local terms that are more popularly used for a particular keyword. For instance, a restaurant could also be known as a bistro elsewhere.

## On Page Optimization factors

It is advisable to have the local phone number and the physical address across all the pages. Include a toll free number but give prominence to the local number as it helps search engines identify the area of the business establishment.

Use Geographical qualifiers such as city names, county names, state names, and streets in the title tag, the h1 and h2 tags as well as the body. This gives your location more prominence in the search engines.

It is also recommended to have a location/directions page, with a map embedded from Yahoo or Google maps, with the directions explicitly written out.

149

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

WWW.SEOcertification.org

**Offsite optimization factors:**   It is advisable to have the anchor text for incoming links to hold local qualifiers.

**Submission in major search engines:**   All the major search engines namely Google, Yahoo, Ask and MSN have a local business center where the local business should be submitted. Enter your business information details such as County, Street address, zip code, phone number, and business hours along with a brief description of your business; also select the category and sub category that most aptly describes your business. The category in the example we have cited above would be restaurants and the sub category would be the cuisine the restaurant is serving.

Once you're done, your business listing shows up in the local section of the search engine. The local section of most search engines is integrated with maps, and hence the listing will appear on the map.

A search with the selected keywords on Google Maps will list the text results on the left panel of the page and a map display on the right.

With the search engines integrating results across all categories, the prominence of local results has increased manifold. The local search results box is the first to be displayed in the search engine result pages. If you happen to search for 'Restaurant Buffalo NY' the first result you get on Google is a set of 10 local results.

What is interesting, however, is that the listing of results differs from that on local.google.com. It is understood that Google uses different algorithms to rank the results in both the sections.

For search marketers, the listings on the Universal search window become more important as it is the primary source of traffic from a search engine.
There are certain studies that see a correlation between the ratings, the number of reviews and the rankings of a local search result. It is, therefore, advisable to promote and gain good reviews for your product.

**Other search engines, ye  llow pages and directories:**   There are other specific local search engines which are capable of diverting huge amounts of traffic to your site or establishment. There are directories which are also used as information sources by major search engines. Some of these are listed as follows:

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

- Yelp.com
- Local.com
- Infousa.com
- yellowpages.com
- superpages.com
- Citysearch.com

As a company looking to harness the potential of Local SEO, it is imperative that all the above provided details are studied and analyzed to maximize traffic and visibility.

## 7.2   *Link Baiting*

Link baiting is the process in which you use a bait or a hook to attract back links. It refers to something unique or interesting on your website that would want others to link to it. A hook or bait generally refers to link worthy content written for websites, blog posts and online articles and then submitted on popular sites. It could also refer to tools, widgets and other useful online applications. When content is written it is also important to ensure that the title also serves as attractive bait to the audience. The bait or the hook could take one of the following forms:

• **Resource Hook:**   These are hooks that generally provide useful resources to the audience. A useful tool such as a stock exchange ticker or a compilation of resources useful to a particular niche or domain is a good example of the same. People are always on the lookout for resources that would be meaningful and useful to them. As such, a resource hook acts as a strong bait to gain incoming links.
Example: Must read search marketing blogs

• **News Hook:** This hook banks on providing the latest news first. It could also be a compilation of stories following a particular news item. This type of hook works best over a period of time. One needs to regularly post interesting news articles which slowly establish credibility as an expert.
Example: Jakob Nielsen Not Optimistic about Personalized Search

• **Contrary Hook:**   A contrary hook looks at views contrary to an established or perceived school of thought. It usually takes up a contradictory or controversial view of what someone has said or written.
Example: 10 reasons why SEO is of no use to marketers.

151

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

WWW.SEOcertification.org

• **Attack Hook:**  This is quite similar to the contrary hook but seeks to be more provocative, direct and upfront in nature. The advantage of an attack hook is that the hook could attract the most number of links if your content is perceived to be credible and authentic.
Example: Aaron Wall gets sued for blogging

For both the contrary hook and the attack hook it is advised to make sure that the facts are properly checked and corroborated before the post/article is published. A seemingly non credible post can get a lot of negative reviews which could affect all future posts as well.

• **Humor Hook:**  This type of hook seeks to bring in some aspect of humor into the daily mundane lives of people. As a hook it can turn out to be very effective as people like to see something bizarre or funny in the midst of their daily routines. The humor hook stands out and is thus able to gain quite a few links.
Example: Top 21 signs you need a break from SEO

## 7.3   *Google Webmaster Central*

Google being the most widely used search engine in the world offers many services that help webmasters and Online Marketing professionals promote their website better. Among other services Google provides tools to:

- • Diagnose, analyze and solve crawling, and indexing issues so as to enable Google to easily crawl and index your site.

- • Get help for potential issues in crawling and indexing through the Google Help center or the discussion group.

- • Submit content to various Google services such as the Google search Index, Google Book search, Google Video and Google Base.

- • Enhance site functionality through the use of Google Gadgets, Google Developer Tools and Google site search.

- • Analyze traffic to the site through Google Analytics and understand where your visitors are coming from.

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

Google provides a single window to access these services. This central repository is known as Google Webmaster Central.

## Google Webmaster Tools

Form the central and the most important component of Webmaster Central. Google provides a plethora of tools that permits a webmaster to make the site more Google friendly. The dashboard gives you a view of the sites you have added on Webmaster Central. Before your site can be added and tracked it is important to have the site verified. This is done by adding a Google specified Meta tag or uploading a Google specified html file on your site.

On selecting your site from the dashboard, an overview of the indexing and crawling is provided which includes the number of pages in Google's Index, the last time the Google bot successfully crawled your site and crawling errors experienced during the BOT's visit.

The diagnostics tab of Google Webmaster Tools gives you a view of the web crawl errors, the mobile crawl errors and content analysis of your site which also includes meta tag information.

The statistics tab of Google Webmaster tools provides you with the top search queries to your site, the external links on your site, the crawl stats which provide you with the distribution of Page Rank across the site, the index stats which provide you with simple commands that can be used to understand how your site has been indexed and subscriber stats which provide you with stats on users subscribed to RSS feeds on your site

The Links tab of Google Webmaster tools provides you with detailed information on internal and external links to your website. This includes the list of pages with external links, pages with internal links and the pages on your site which have been identified to show up in Google search results

The sitemaps tab allows you to add a web, mobile, video or a code search sitemap. A code search sitemap is for accessibility to publicly available source code.

The tools section holds many useful tools that allow you to define how your website should be crawled, indexed and shown in the Google Search Engine Result Pages. These tools allow you to:

153

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

- Analyze your robots.txt file
- Set a geographic target for your website
- Enable enhanced Image search
- Remove a URL from Google's index
- Set the preferred Domain: whether you would like the www version or the non www version of your site to be shown up in search results.
- Set the crawl rate
- Re-verify your site with Google webmaster central

Google Webmaster Central also provides access to avenues to increase business opportunities for your site.

These include promoting your website through Adwords, Earning money through Adsense and optimizing content on your website using Google Web Optimizer.

Google Webmaster Central gives you a one stop health check of your website and allows you to constantly monitor the growth of your website and traffic.

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

# 7.4   _Test Questions_

**Select the right Option:**

**1) Local search marketing ref   ers to search marketing for**

    a) People of different ethnicities in different parts of the world
    b) A limited Geographical area
    c) All of the above
    d) None of the above

**2) Keyword research for Local search involves**

    a) Adding geographical qualifiers
    b) Adding local language qualifiers
    c) Adding the business name
    d) Both a) and b)

**3) Which of the following is   a web 2.0 local search engine?**

    a) Superpages.com
    b) Yellow.com
    c) Yelp.com
    d) Infousa.com

**4) Which of these is not a hook used in Link Baiting?**

    a) Resource Hook
    b) Humor Hook
    c) Friendly Hook
    d) Attack Hook

**5) Link Baiting is the same as Link buying?**

    a) True
    b) False

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

**6) Good link bait helps you in gaining**

a) Thematic reciprocal links
b) Thematic natural one way links
c) Three way links
d) All of the above

**7) You can enhance your si te's functionality using**

a) Google Analytics
b) Google Gadgets
c) Google custom search (or site search)
d) Both b) and c)

**8) Adsense allows you to**

a) Post your site's ads on other websites
b) Monetize your site through Google published ads on your site
c) Link with other websites on the Google network
d) None of the above

**9) The crawling rate of your   website can be checked using**

a) Diagnostics → Web Crawl
b) Tools → Set Crawl Rate
c) Statistics → Crawl Stats
d) None of the above

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

# Chapter 8
# Advanced SEO Techniques

## 8.1  *Top pointers for High Rankings on Local Search Engines*

With globalization, businesses want to reach every corner of the world. However, there is a contrasting situation as well. While for some products, customers may love to know about the international companies catering in that field, in majority of the cases, they prefer to give business to local merchants. Hence, it becomes imperative to give equal importance to localized searches. If you neglect the efforts needed to obtain high rankings on local search engines, you might lose some of your potential customers who are just round the corner. This is because if they can't find your client's website on the local listings that they use, they might never come to them for business. The result: lost business opportunity.

While devising strategies for SEO Local, you should consider the following points:

**1. Include your clients' websit   es to local search engines:** It is very important that your site is included in relevant local search engines. Some directories that you should always consider while aiming at high rankings on local search engines are the following:

- **Google Local Business Center:**   You can use the Google Local Business Center to create a free listing for your client. Such a free listing will allow the potential customers to find your client's business and other related information: address, hours of operation, pictures of the storefront or even products, whenever they will search Google Maps for local information.

- **Yahoo! Local Merchant:**   This site allows three types of listing: *Basic Listing*, which includes displaying your client's address, website, phone number, store hours, and information about products and services; *Advanced Listing*, which includes basic listing plus company logo and tagline, up to 10 photos, and detailed business description; and *Featured Listing*, which includes advanced listing in   addition to premium placement, guaranteed placement, and more exposure.

- **Ask Business Search:**  It is a part of the website city.ask.com which allows the potential customers to view the map of the local area and find about the local businesses.

157

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

**2. Submit your client's website listings to po    pular directories and    Internet Yellow Pages:**
There are many top directories that offer detailed information about the local businesses dealing in different products and services. The few directories which you can always consider are yelp.com, citysquares.com, mojopages.com, and insiderpages.com. You can also increase the visibility of your client's websites by submitting them to Internet Yellow Pages, such as SuperPages.com, Switchboard.com, and yellowbook.com. For that matter, you can also get your client's website listed in CitySearch, which is a major provider of local information for sites, including MSN, Ask.com, Expedia.com, Ticketmaster.com, and many others.

**3. Set your geographic location    in Google's Webmaster Tools:**    To help your clients' websites rank higher on local search engines, it is important to find detailed reports about your pages' visibility on Google. For this, you can use Google Webmaster Tools which can tell you how your clients' sites are performing in their search results, devise strategies for removing potential problems, and build Google friendly sites. You can submit your client's sitemap to Google and its Webmaster Tools will help you see the site the way Google sees it. See how Google crawls and indexes your client's site. This will help you know about the specific problems Google faces in accessing it. Google's new link reporting tools will also allow you to get comprehensive data on internal and external links to your client's site. You can also get a clearer picture on the Google search queries that drive traffic to your client's site. Once you submit your sitemap to Google, you can also share information regarding the pages that are most important to you and how often they change.

**4. Add Contact information to your site:**    Adding a physical address and phone number within an Address Tag on the homepage or some other contact page will help in increasing the credibility of your site in the eyes of local search engines. They, in turn, will assign a higher rank to your client's site. It is advisable to include the address on all pages of the site for the best results.

Apart from the above points, you can also make use of free press releases and Yahoo 360 social networks with local listings to get your clients' business noticed in the local areas.

## 8.2    _Use of Lens and Hub pages to promote sites_

Every SEO specialist needs to master the strategies required in using the Squidoo lens and hub pages to promote the sites of their clients. The concept of using lens and hub pages for online marketing and improving the search rankings of different websites is quite new.

158

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

An Internet community, HubPages.com, came into existence in January 2006. It was established with the aim to allow users to publish content and gain information about a specific topic or both. It is a site that allows users to submit content via one-page websites referred to as hubs. Another such content sharing site is Squidoo.com where you can submit articles known as "lenses".

Of late, these hubs and lenses have been largely used to promote businesses, websites or links to other content sites. Being SEO specialists, you can use hub pages and Squidoo lenses to bring traffic to your clients' websites. These sites are fast gaining popularity as a resource for information and as a source of backlinks for webmasters. To use Squidoo or hub pages, you simply need to sign up for a free account.

A Squidoo lens or a hub page can increase traffic in two ways. First, the lens or a hub page will allow you to give a backlink to your website. Every new backlink will help your website gain high search rankings. Second, you can attract readers to your lens or hub by constantly updating them.

Once you create an account with Squidoo, you can submit as many lenses as you want on any topic. Each lens is made of different modules, wherein the main modules serve as the main textual content, rich in relevant keywords. The text modules allow you to create a big chunk of text on a webpage without having to know anything about HTML. However, there are other modules as well such as:

- Link List: Here you put some key links to outside sites. This helps in getting backlinks to your clients' websites.
- Polls: You can use polls to interact with your readers and attract people who want to express their opinions.
- RSS: Here you can create your own RSS feed.
- Amazon: It allows you to post books and other resources on Amazon.com.
- YouTube: Here you can share audiovisual information with your readers by uploading YouTube videos.

As a usual practice, hubs are essentially broken down into smaller sections known as capsules. You can submit articles, other forms of text, photos, links, or RSS feeds into these capsules. Anyone can create a hub at HubPages.com. Like any other content sharing site or social networking site, here too, you will find some recognizable members who have popular hubs with high scores. In this context, let us talk about the rewarding system or scoring pattern followed at HubPages.com. At the publication of each new hub, a score of 50 is given. From there, it can fluctuate up or down. Then, hub scores and total number of hubs created are

159

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

collectively taken into account to give each hubber a ranking. On the basis of the scores given, hubbers can be assigned the following ranks:

- • Average: In this case, the hubbers have a few hubs with average scores.

- • Prodigy: It is a hubber with only a few hubs, but each having high scores.

- • Stop: A hubber is assigned a stop status, if he has very low scores on a large amount of hubs.

The status of a hubber can change any time. It is always advisable to stay active, add new hubs, update hubs, etc. Visitors are attracted to the high scoring hubs.


## 8.3   _Auto-pinging a Blog and its RSS_

If you are an SEO specialist, you are well aware of the fact that your site can gain higher rankings in the search engines if Google comes to your site more often. However, it is also a known fact that Google comes back to your site only when it wants to. If this be the case, how can you compel Google to come back to your site more frequently? The answer is pinging.

Pinging is basically a mechanism in blogging by which you tell Google that you have made some changes to your site or pages, and that it should come back to your site to have a look. So, by pinging Google, you may induce its Spiderbot to come back to your site and see the changes that you have made.

In more technical terms, ping is an XML-RPC based push mechanism by which a weblog notifies a server that its content has been updated. This signal is usually sent to one or more "ping servers" who then generate a list of blogs that have some new or updated material. VeriSign's [Weblogs.com](Weblogs.com) is an open ping server that let other web services subscribe to a list of blogs that have recently pinged them. Blog search engines can provide fresh results quickly by polling only the newly updated blogs.

Major Blog search engines operate proprietary ping servers that gather information only for their own applications and do not share their received ping data directly with other servers. As a result, a blogger needs to ping many individual servers to get the desired publicity. The best services that you can avail of in such a scenario are those provided by Ping-o-matic, which pings multiple proprietary ping servers. But, there is an issue. While pinging at

160

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

Ping-o-matic can help broadcast your blogs; it would require you to ping manually your blogs every time. Does this sound great? Of course not. Another fact worth mentioning is that although Ping-o-matic offers XML-RPC interface, it is more useful to "ping-friendly" software like Wordpress or Movable Types, as they have a built-in XML-RPC support. So, can we have some automated system for pinging?

Autopinging is the answer to the question. Autopinger is a free and convenient service for all bloggers and podcasters. It is a tool that has been designed for your convenience. Now, you can concentrate more on developing your favorite blogs and podcasts without being worried about whether your updated content has been relayed to the world.

Autopinging is a mechanism wherein you can take advantage of the XML-RPC platform and consolidate all the ping jobs into one common location that is totally disconnected from your blogs. You can then use RSS feeds that include full or summarized text, plus metadata, such as publishing dates and authorship. The RSS feeds will allow the publishers to syndicate the content automatically. Through RSS feeds, they can crawl and check to see if you have updated your content and relay your updates to the world. Also known as Web Feeds, they will benefit the readers who want to subscribe to timely updates from favored websites or to aggregate feeds from many sites into one place. Thus, the autopinger automatically pings one or more servers each time the blogger creates a new post or updates an old one.

With autopinging, not only is your basic purpose of pinging served, but also the dependency of blogging softwares to provide the ping mechanism is done away with. Now, you can continue to use your favorite blogging software and have an autopinger to ping for you. There are many online software companies that offer free autopinging tools.

161

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

## 8.4   *Test Questions*

**Select the right Option:**

**1) You should make a Hub to**

   a) Improve your search engine rankings
   b) Get more traffic to another website or blog
   c) Increase its Page Rank which will make your linked websites rise in rankings as well
   d) Promote specific affiliate links, if you choose
   e) All of the above

**2) Squidoo lens is**

   a) Each article that you submit in Squidoo.com
   b) Is a website that allows you to post articles only on limited topics
   c) A keyword or key-phrase that helps in directing traffic to your website

**3) Textual content serves as the   only module in a Squidoo lens**

   a) True
   b) False

**4) State "True" or "False"**

   a) AutoPinger is a free and convenient service for all bloggers and podcasters
   b) With autopinger, you manually need to ping one or more servers each time you post a new blog or update an old blog
   c) Ping-o-matic does not offer XML-RPC interface
   d) Blog search engines can provide fresh results quickly by polling only the newly updated blogs

**5) The two types of ping server are**

   a) Closed ping server and Proprietary ping server
   b) Open ping server and Proprietary ping server
   c) Free ping server and Closed ping server

162

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

# Chapter 9
# Latest SEO Tactics & Strategies

## 9.1   *The need for Sitelinks in your Website*

Sitelinks are a new addition to Google Search. What exactly are these Sitelinks? When you want to navigate a certain site, you use Sitelinks. When you have Sitelinks in your website, people can use them to navigate through the website without wasting much time. You can use single line Sitelinks as well as double column Sitelinks. Example of this:



The two column Sitelinks appear when a result for a certain query is the most authoritative, however, single line Sitelinks appear when a result is more relevant than authoritative for a certain query.

What should you do to get better Sitelinks? One of the first things is to create a website that is easy to navigate. Your page titles should make sense, you should use relevant and interesting anchor text for the whole site. Don't repeat points in your text, make use of headers and any other content that will improve your pages. Basically make sure your titles, anchor text and navigation tools are consistent if you want to get better Sitelinks.

**Turning Off Sitelinks**

When you want to turn off Sitelinks, you can use Google's Webmaster tools to block them. The Webmaster tools normally work for 90 days. You will not have Sitelinks on your website if you unblock less than three of them.

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

## Breadcrumbs

Breadcrumbs are used in websites and they are related to Sitelinks. These breadcrumbs are site hierarchies which can be used in the place of URLs to show where in the site a particular result fits best. There are different levels in the breadcrumb hierarchy which can be accessed through a simple mouse click. If you want your breadcrumbs to show, they must be linked and visible.

## Ad Sitelinks

Ad Sitelinks are normally used to attract more traffic to a website, thus enabling more people to find your website. Ad Sitelinks have additional links for the content that is found deeper in your website and these Sitelinks are used to help users navigate through your site with ease.

When choosing Ad Sitelinks, you should consider user segmentation. You should make use of those ad Sitelinks that will segment your user even before they have had the chance of going to your website. Your Ad Sitelinks should help you to highlight and segment your brand and choose those Ad Links which will enable you to direct as much traffic as possible to a specific page you want to target. All text should have a clear and concise call to action and be brief - to the point.

In Google, Ad Sitelinks are normally managed at a campaign level rather than a group level setting. The search engine does not have a mechanism through which you can see your Sitelink performance. This means that most website owners do not know how often their Sitelinks actually get triggered. Google also assigns Click costs to keywords, which can generate misleading results but by implementing and using an "adcopyid", to gather performance metrics the information is linked back to the group of origin. Statistics collected for different groups between the first and last Sitelink can then be interpreted correctly.

Most results analyses show that clicks made on Sitelinks do not represent the number of people who visit a website. This means than an increase in CTR does not necessarily mean that Sitelinks increase traffic. It is more likely that the increase in CTR is due to the general visibility of the Ad.  Sitelinks do affect the overall behavior of online shoppers and a website with Sitelinks will definitely generate more traffic and sales than one without Sitelinks.

164

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

WWW.SEOcertification.org

## 9.2    *Website Speed Optimization*

Google is about to inject a new ranking factor into the algorithm – site speed and we can anticipate all other search engines will follow. Basically what this means is that Google will be pushing faster sites higher in the search results, whereas slower sites will find it harder to rank. This is huge news for anyone with a website so let's take a closer look.

The internet has become a jack of all trades and today almost everyone opts to go online for all their needs. As a result, the internet has become jammed from so many people using it and there is nothing as annoying as a page taking for ever to load. The need for speed has therefore become an issue that's being tackled today and Google together with its allies have sort to resolve this problem.

### Hurry, or Loose Your Rank

Obviously, website speed can't be treated as an absolute metric. The average site load time will largely depend on the niche. For example photo stocks and video sites will generally take more time to load then, say, news blogs and text-oriented websites. Therefore site speed is a relative metric that can only be applied to competing sites in one niche. You shouldn't really bother to become the fastest site on the planet. What you really should care about is whether your site's loading speed catches up with the competition.

It is without a doubt that a faster website is indeed beneficial to both the customer who will get information more quickly and the website owners who will generate more traffic. It has been found that a faster website will generate high conversions and volume per average conversion. This was achieved after comparing an optimized and the original version site. For instance, AdWords advertisers should consider site speed a crucial part of optimization.

### Available Webmaster Tools

Using the Firebug plug-in is a sure way to check a website and facilitate this generated metrics to speed up your website. You should also consider installing Google's Page Speed and check the Webmaster tools for a performance evaluation.

### What can be done to Improve Loading Speed?

With Google moving forward and including speed as a ranking factor, it is really important for websites to look at the following issues:

165

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

WWW.SEOcertification.org

- **Script Language** – websites running Flash are an obvious cause for concern because those aesthetic graphics and visuals, which take time to load and run, may need to be scaled back or sacrificed to maintain commercial viability.

- **Hosting Server Speed** – many websites find that their hosting service is creating bottlenecks, especially on shared hosting platforms or in the allocation of bandwidth to a virtual server environment. Revise your hosting provider's SLA's to determine the speed and bandwidth allocation.

- **Coding Quality** – Google has a neat set of resources which can take your Java website script and pare it down to the minimum required. This speeds up website loading and operation as well as providing you with a test bed to measure how well your site is performing. For more information: http://code.google.com/speed/page-speed.

- **Picture Resolution** – high resolution pictures and graphics are not always required for a website and many images can be rendered without the user noticing a difference at lower resolution. Higher resolution means a larger download time which means a slower loading speed.

- **Bulky Applications** – Adobe applications are notorious for slowing loading speeds down, and these seem to be the subject of concern amongst SEO practitioners but it is likely that slow-loading applications are going to create some problems and this will need to be addressed.

## *9.3   Increasing traffic by using Social Bookmarking*

One effective way of increasing traffic to your site is by utilizing social bookmarking. High traffic to your site will usually translate into more sales and hence higher revenue. In that regard, many online businesses prefer social bookmarking since it has fast ROI. Among the most popular social bookmarking sites is Twitter and StumbleUpon.

Business owners are able to bookmark some of their favorite sites on these social sites thereby sharing these links with others and in turn the use of back links increases page ranking of websites with popular search engines like Google and Yahoo.

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

WWW.SEOcertification.org

At this point online users get to vote on the links they like thus becoming more popular and increasing your changes of appearing on other websites. This is a fantastic marketing and promotional tool. It's also important to note that keywords are of great significance here since everyone uses keywords to get the information they're looking for. By putting the most relevant keywords in the title, body and additionally description tag you will quickly reap the intended benefits.

There has been a significant impact by social media on internet promotion and growth, and by the way things look, it will not slow down any time soon. It is very easy to find a site on the internet with people that share the same interests and debate on numerous topics and the interaction by guests usually takes place in various forms like sharing, commentating, messaging and tagging.

Despite the fact that social media is still a relatively new concept many more sites are still being placed under this category. In that regard more online markets are utilizing social sites to target their niche and redirect traffic back to their intended sites.

Utilizing social bookmarking you get to add additional traffic, site ranking, brand development and awareness and the benefit of additional indexing from all major search engines. But remember in order for this to work you need to apply the right content in bookmarking. Content should be of high quality, unique and accurate. It's important to use content that is interesting, so people are attracted to it and are willing to spread it around.

**Twitter Social Media Monitoring & Analytics tools:**

TweetStats – It's designed to graph your Twitter stats including Tweets per hour, per month and Tweet timeline. It's not the most beautiful of sites but the functionality is great.

TwitterGrader – This is a well put together tool which looks at your profile and gives it a ranking; it also has an API which could be useful for developers.

Twitterholic – This tool looks at all of the local twitter users in your area and gives you a ranking.

**Other Social Media Monitoring & Analytics tools:**

Radian6 (Social Media Monitoring Tool) – Ridian6 is a popular tool that helps you track quite a lot of signals and get insights into your brands performance on various social media channels. They cover almost all the social media channels like blogs, twitter and facebook.

167

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

[Alterian Social Media Monitoring](#) – Used for advanced user behavior statistics, measures and daily volume, demographics, location, positive or negative content tone, themes, and trending topics for your brand/product.

[ScoutLabs Web based Social Media Monitoring Tool](#) – Web based, with an interface like Google Analytics it tracks almost all the online social media channels. It measures all the negative/positive signals and gives you reports based on the overall performances.

## 9.4   *Facebook Ad Tactics* 

One of the best things about Facebook advertising is the ability select who sees your ad using a number of variables, including keywords. You can target by geography, age, gender, education, relationship status, workplace and keywords.

Your campaigns should target specific audiences if you want it to be effective and your ads have to be changed on a regular basis because they can lose interest quiet fast. Focusing on your target and changing your ads around is the best way to take advantage of the enormous opportunity provided by Facebook.

To start your campaign you must determine a bid per click and daily budget. You can set both of these numbers very low, but don't expect much. Initially you are just testing so you will want to set your click bid somewhere around the Facebook suggested amount and a daily budget you can live with, something like $50 or more to start. You can always adjust these later. Read more about the [Facebook Ads Manager here](#).

Since you don't get much space in these ads, use it wisely. Your headline (25 characters) should grab attention immediately. You will get another 135 characters for a description in the body of the ad. You also have the option to upload an image.
Using an image may be the most important aspect of your ad so choose it wisely. Facebook users are very image driven and the visual graphic you choose can make or break an ad.

168

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

It is always difficult at the beginning but if you focus on your target, you can't go wrong. Targeting allows you to make use of the well known CTRs.

**Ensuring your Ads are Approved:**

1. Follow all ad guidelines provided on www.facebook.com/ad_guidelines.php. Your ad should be approved if you follow these guidelines. Call a Facebook representative if it does not work.

2. The approval team is located in the (PST) time zone and this is requests are processed between the hours of 8am - 8pm. This process can take anywhere from 1-6 hours.

3. Ads that promote international products and services cannot get approved if traffic is going to be redirected to a different campaign. Avoid using affiliate links and link them directly to the offer that you are marketing.

**Impressions/Clicks/CTR/CPC:**

1. The initial hours of a new campaign are very critical when it comes to determining how effective your ad will be. It's recommended to use the best suitable time when the majority of your target audience is online.

2. CTR is essential to determine the CPC that Facebook will set for you. In most cases, the CPC is directly proportional to the CTR. Facebook pays more attention to the Title that you use but the image is just as important.

3. Your target is also crucial. According to Facebook, the smaller your target audience, the more CPC you are required to pay. This means that if you are targeting a lower volume, you will have to pay more because smaller audiences normally increase the CTR.

4. The way you structure your ad group is also important because it helps you determine who is interested on these ads and who exactly is converting. A most effective way of doing this is by dividing the ads into various groups and determining each group by a target audience. This smaller audience will increase your targeting ability.

5. When you get more than two ads that are effective, you need to push impressions until you notice a decrease in CTR before changing to a new ad. You can do this several times to ensure CTR is steady.

169

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

**Quick Points  to Remember:**

- Carefully select your target audience.

- Keep testing your market and improve ads.

- Use Facebook reports.

- Use your creativity with both text and images.

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

# *Answer Key*

**Chapter 1**
**Search Engines and Se arch Engine Basics**

**1.** State True or False

    a) False
    b) False
    c) False
    d) True
    e) False
    f) True
    g) False
    h) False

**2.** a) Crawler, Index, Search Engine Software

**3.** a) On page Factor
    b) Off page Factor
    c) On page Factor
    d) Off page Factor
    e) Off page Factor
    f) On page Factor

**4.** a) All of the above
**5.** a) Open Directory Project
**6.** Google
**7.** Crawler and Directory
**8.** rankings …well ……Keywords
**9.** False
**10.** a) On-page and Off-page optimization

171

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

**Chapter 2**
# Search Engine Optimization

Select the right Option:

**1.** c) There is no defined optimal keyword density
**2.** a) All of the above
**3.** a) Keyword Research
**4.** c) Grammar / spelling
**5.** b) Text in the Title tag
**6.** c) All of the above
**7.** c) Can't say
**8.** a) Submit to search engines
**9.** d) All of the above
**10.** a) CSS

**Fill in the blanks:**

**1.** Suggestion
**2.** Importance
**3.** The Meta Description Tag
**4.** Meta Robot Tag
**5.** Alternative text, Pictures
**6.** Visible hyperlinked text
**7.** Heading Tags, Special Text, Anchor text, Keyword Density

State the following statements are True or False:

**1.** False
**2.** True
**3.** False
**4.** True
**5.** True
**6.** True

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

Select from the options bellow:

**1.** b) E-mail link request to like minded sites
**2.** c) Incoming Links
**3.** a) Getting 10 sites that are related to your site to link to you.
**4.** c) Content Writing
**5.** a) The number of links pointing to your site
**6.** a) One way linking
**7.** a) Link Swaps
**8.** a) Relevant themes and good page rank
**9.** a) Reciprocal into one way
**10.** c) Get link to the site

**Fill in the blanks:**

**1.** Sandbox
**2.** Link Popularity
**3.** PageRank
**4.** Relevance or importance
**5.** Larry Page and Sergey Brin
**6.** WebRank.
**7.** Purchase
**8.** External Links
**9.** Automated link building program
**10.** Bad back links.

173

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

**Chapter 3**
# Site Readiness

Select the right option:

**1.** c)
**2.** a)
**3.** b)
**4.** a)
**5.** c)
**6.** c)
**7.** a)
**8.** b)
**9.** a)
**10.** a)

Fill in the blank:

**1.** Windows or subwindows.
**2.** NOFRAMES
**3.** Visitor's computer.
**4.** Session Ids
**5.** Cookies, URLs and hidden fields of web pages.
**6.** Change
**7.** Cascading Style Sheet
**8.** Minimum and Maximum
**9.** True
**10.** True

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

## Chapter 4
## Pay per Click

Select the right option:

**1.** c) Number of times visitor clicks the ad
**2.** a) Google AdWords and Yahoo PPC program
**3.** d) All the above
**4.** c) Bidding
**5.** a) Relevancy of the ad copy
**6.** a) Atlas One Point
**7.** d) You can get extra exposure for your site
**8.** d) All the above
**9.** a) I can invest any amount
**10.** d) $100

Fill in the Blanks:

**1.** 0.10 cents
**2.** Click through-s/impressions
**3.** Automatically
**4.** 40 and 190
**5.** pay-per-click search engine management
**6.** PPC tracking and reporting
**7.** True
**8.** True
**9.** True
**10.** True

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

**Chapter 5**
## SEO Monitoring

Select the right Option:

**1.** e) All of the above
**2.** a) Traffic on keywords
**3.** b) Targeted traffic
**4.** d) All of the above
**5.** a) Unethical
**6.** b) Ranking guarantee
**7.** d) Attract traffic to the website
**8.** c) The linked page where customer arrives after clicking on the ad or listing
**9.** Qualifier
**10.** Conversion
**11.** "Black hat SEO"

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

**Chapter 6**
## Latest Concepts

Select the right Option:

**1.** a) A blog is a regularly updated website
**2.** c) The presence of same content on two websites
**3.** b) Websites carrying the same content
**4.** a) The process where search engines select the best URL
**5.** b) Increasing the traffic to a website
**6.** c) Audio or video content delivered via RSS
**7.** a) Really Simple Syndication
**8.** c) User driven website
**9.** b) Offers great keyword depth

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

**Chapter 7**
**Marketing Strategies**

Select the right Option:

**1.** b) A limited Geographical area
**2.** d) Both a) and b)
**3.** c) Yelp.com
**4.** c) Friendly Hook
**5.** b) False
**6.** b) Thematic natural one way links
**7.** d) Both b) and c)
**8.** b) Monetize your site through Google published ads on your site
**9.** b) Tools → Set Crawl Rate

178

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

www.SEOcertification.org

**Chapter 8**
# Advanced SEO Techniques & Strategies

Select the right Option:

**1.** e) All of the above
**2.** a) Each article that you submit in Squidoo.com
**3.** b) False
**4.** a) True
   b) False
   c) False
   d) True
**5.** b) Open ping server and Proprietary ping server

Copyright www.SEOcertification.org 2010, all rights reserved.
Reproduction of this publication is not permitted.
For assistance, please contact: service@SEOcertification.org

# APPENDIX
# 30

WebHosting TALK
User Name Password Log in Register
Remember Me?
POWERED BY: Liquid Web
FULLY MANAGED DEDICATED HOSTING
Forum Memberships Web Hosting News Find A Host Advertise Newsletter Tag Cloud
Join Now Featured New Posts FAQ Rules Forum Actions Quick Links Helpdesk Advanced Search
Forum Advertising Forums Community Reviews Web Site Reviews Design assessment requested
INSTANT DEPLOY 20TB BARE METAL SERVERS IN SYDNEY UPGRADE TO 10G UNMETERED TRAFFIC FOR $600 /MONTH LOW LATENCY DDOS PROTECTED NETWORK maxihost GET STARTED

Results 1 to 15 of 15

Thread: **Design assessment requested**

Twitter Facebook LinkedIn Thread Tools Search Thread Display

07-03-2001, 07:44 PM #1

**siwatts**
Newbie
Join Date: Jul 2001
Location: Rotherham UK
Posts: 8

**Design assessment requested**

Throwing caution to the wind!

First post to this forum, but I need an external view of a design I have created for a client. He loves it, I like it but that doesn't preclude others liking it;

http://www.nimble-wheels.co.uk/index.shtml

Any comments/suggestions would be welcome.

Basic criteria for the design was;
clean
search engine friendly and more importantly optimized
simple to use

Have I matched the criteria given or is this a ripening lemon?

Reply With Quote 0

07-03-2001, 09:24 PM #2

**bigdaddycool**
Newbie
Join Date: May 2001
Posts: 14

well if ur going for very simple stuff
you met ur criteria.
but there was nothing eye capturing or marvelous about the site which wuld bring me back...unless you were not planning to make a flashy site at first place, ignore my comment.

but over all its simple and easy to use...
but boring...maybe cause i didnt like the bike stuff? lol

Reply With Quote 0

07-04-2001, 02:29 PM #3

**edude**
Web Hosting Master
Join Date: Mar 2001
Location: Downunder..
Posts: 2,612

**Re: Design assessment requested**

Looks great! i like the simple sites, especially yours, its very clean and easy to navigate, i think you met your critera well!

> *Originally posted by siwatts*
> ***Throwing caution to the wind!***
>
> ***First post to this forum, but I need an external view of a design I have created for a client. He loves it, I like it but that doesn't preclude others liking it;***
>
> ***http://www.nimble-wheels.co.uk/index.shtml***
>
> ***Any comments/suggestions would be welcome.***
>
> ***Basic criteria for the design was;***
> ***clean***
> ***search engine friendly and more importantly optimized***
> ***simple to use***
>
> ***Have I matched the criteria given or is this a ripening lemon?***

Reply With Quote 0

07-04-2001, 03:12 PM #4

**siwatts**
Newbie
Join Date: Jul 2001
Location: Rotherham UK
Posts: 8

**cheers**

Thanks for taking the time to reply, I guess simplicity is a matter of taste!

If you ask me, I also prefer simple sites. I went through my "flashy" phase a while ago (some of the sites are still floating about) but I judge sites on user feedback. WHen I do a "simple" site without all the knobs and whistles I get positive feedback, very rarely negative, but use nav systems that take a degree in psychology to work out, flashy javascripts and classes, dhtml etc I get negative feedback, and never any positive.

This particular site is very targetted in it's appeal. We're not bothered about thousands of visitors, we just want to make sure that anyone arriving from a search engine (which shouldn't be too big a problem as the site is optimised for it's listings), that those visitors become customers.

Flashiness does not a repeat visitor make, quality and relevance of content does!

Reply With Quote 0

07-04-2001, 04:09 PM #5

**JayC**
Web Hosting Master
Join Date: Aug 2000
Location: NYC
Posts: 6,623

**Re: cheers**

> *Originally posted by siwatts*
> ***We're not bothered about thousands of visitors, we just want to make sure that anyone arriving from a search engine (which shouldn't be too big a problem as the site is optimised for it's listings***

Well, not really; at least if your intent is to submit this page to all the major search engines (as opposed to focusing only on selected engines). Remember that some are case sensitive. Most people use only lowercase when using search engines, and you've capitalized many terms that aren't even capitalized in normal usage. A few examples: "Track Racing," "Road events," "Criterium and Circuit Road Racing..."

Not only does it lessen the effectiveness of your attempt at optimization, it also looks pretty strange!

Further, I can't find any key phrase for which the page is likely to score well for either density or placement. What search terms are you optimizing for?

As for design, I agree that it is clean, and easy to use. I think you could make a couple of improvements in the look though: I'd increase the separation of the text within the main box from the table border. Also, getting a pleasing layout using centered text is pretty difficult. You'll notice it's pretty rarely used in professional design, both in print and on the web. Using essentially two side-by-side centered columns -- the menu and the body text -- creates an unbalanced look.

*Last edited by JayC; 07-04-2001 at 04:17 PM.*

*Specializing in SEO and PPC management.*

Advertisement
HETZNER from €89 a month Price excl. VAT Setup € 89 NEW MANAGED SERVERS DESIGNED FOR YOUR NEEDS

Connect With Us

Login
Log in with your username and password
User Name
Password Log in
Remember Me?
Forgot your password?

Advertisement
HETZNER DNS CONSOLE API ACCESSIBLE incl. AUTO-SCANNING COMPLETELY FREE

Register for Free!
Registration at Web Hosting Talk is completely free and takes only a few seconds. By registering you'll gain:
- Full Posting Privileges.
- Access to Private Messaging.
- Optional Email Notification.
- Ability to Fully Participate.
- And Much More.
Register Now, or check out the Site Tour and find out everything Web Hosting Talk has to offer.

Advertisement
IT'S IN ITS CPU. Server Born With a Scalability Instinct Vertically scale 2nd Gen Intel® Xeon® Scalable processors with FlexServer. ORDER NOW phoenixNAP

Web Hosting News
Want to keep up with the hottest industry headlines?
Our weekly Insider newsletter is for you.
Sign up here

Web Hosting Talk Team
A Division Of: Informa Tech
Community Leaders: anon-e-mouse, bear, Postbox

WHT Membership
WebHosting TALK Stand out from the crowd with a WHT Membership Sign Up Now!



**07-04-2001, 05:15 PM** #6

**siwatts**
Newbie

Join Date: Jul 2001
Location: Rotherham UK
Posts: 8

**Re: Re: cheers**

> *Originally posted by JayC*
> *some are case sensitive. Most people use only lowercase when using search engines, and you've capitalized many terms that aren't even capitalized in normal usage. ...*
>
> *I'd increase the separation of the text within the main box from the table border. Also, getting a pleasing layout using centered text is pretty difficult*

Thanks for the spotter about the centre aligned text, spend all day staring at it and you get used to it!

I have also now reset some of the capitalisation, although much of it has been left in situe;

as for Case Sensitive searching ......well, As Far As I Am Concerned, there are 8 engines "worth" chasing;
Google, Excite, Lycos (T-Rex uk engine) Fast (alltheweb) Direct Hit, Alta Vista, Inktomi and DMOZ. Yahoo doesn't feature in my list because an entry in Google or DMOZ puts your site into Yahoo a lot faster than trying to submit it direct.

Of those eight engines, are searches case sensitive?;
Google; NO
Excite; NO
Lycos UK; NO
Fast; NO
Direct Hit; YES
Alta Vista; YES
Inktomi; NO
DMOZ; NO

Of those eight, does Sad=sad
Google; YES
Excite; YES
Lycos UK; YES
Fast; YES
Direct Hit; NO
Alta Vista; NO
Inktomi; YES
DMOZ; YES

Of the two where Sad is not = sad, meta keywords and description tags ARE supported so inaccuracies can be corrected, dependent upon closeness of score against any other close match site.

As for our chosen phrases, well that is a secret, suffice to say, we have researched our competition before following the route employed.

**07-05-2001, 12:13 AM** #7

**Dogma**
Web Hosting Master

Join Date: May 2001
Posts: 781

i like the site a lot. It is very simple, but not ugly as a lot of simple sites are. Maybe some more graphics would be nice......(the buttons??)

Colin

**07-05-2001, 03:46 AM** #8

**edude**
Web Hosting Master

Join Date: Mar 2001
Location: Downunder.
Posts: 2,612

Definitely agreed, most simple sites don't appeal to the visitor but yours is simple and attractive!

> *Originally posted by Dogma*
> *i like the site a lot. It is very simple, but not ugly as a lot of simple sites are. Maybe some more graphics would be nice......(the buttons??)*

**07-06-2001, 04:26 AM** #9

**Honu**
Web Hosting Master

Join Date: May 2001
Location: Maui, HI
Posts: 1,239

Aloha

as a former long time a go roady cat2 for those that know road
the site does its job just fine but would be more stoked to buy the wheels if there was some life in it and action etc... some blending of images etc...
color and more

Aloha, Chad
www.happyfish.com
To do a move in such a way that no one suspects let alone detects !!!

**07-06-2001, 06:31 AM** #10

**Scott**
Web Hosting Evangelist

Join Date: Dec 2000
Location: Casey Key, FL
Posts: 518

Simple and easy to navigate. Personally I don't like the nav roll-overs and the gold nested table seem's a bit lost with the rest of the page(s). Otherwise it's a no nonsense, here it is web site.

**07-15-2001, 11:13 AM** #11

**nik**
New Member

Join Date: Jul 2001
Posts: 0

Nice straight forward site. The only thing I would say is move the picture of that fully tricked out racing bike to "above the fold" in the text.

**07-15-2001, 11:47 AM** #12

**siwatts**
Newbie

Join Date: Jul 2001
Location: Rotherham UK
Posts: 8

> *Originally posted by nik*
> *Nice straight forward site. The only thing I would say is move the picture of that fully tricked out racing bike to "above the fold" in the text.*

Good idea, action taken! many thanks. thought this thread was dead! Site is actualy now live so no need for index.shtml!

Cheers

**07-15-2001, 04:47 PM** #13

**Sinema**
Newbie

Join Date: Jul 2001
Posts: 6

**Basic and complete**

Going by what your specs were I think you made a very simple and user friendly business site.

It's easy to use, surf, and find information which I take it was the point of the site.



Reply With Quote 0

07-21-2001, 07:58 PM #14

**siwatts**
Newbie

Join Date: Jul 2001
Location: Rotherham UK
Posts: 8

**Re: Re: cheers**

> *Originally posted by JayC*
> ***Not only does it lessen the effectiveness of your attempt at optimization, it also looks pretty strange!***
>
> ***Further, I can't find any key phrase for which the page is likely to score well for either density or placement. What search terms are you optimizing for?***

Just thought I'd come back and revisit this one, specifically re search engines.

I stated that one of the key criteria when I put this site together was to score well in Search engines (within our chosen keyword phrases)

Well it is now 10 days since the site was manually submitted to the 8 major engines I listed in a previous post. It is relatively early to be looking for results and as yet the site has to make it into 6 of the 8, but early indications are favourable.

alltheweb.com;

nimble >13
nimble wheels >2 (outranked only by the US manufacturer!)
nimble bike wheels >1
nimble bicycle wheels >2 (outranked only by the US manufacturer!)
bike wheels >17
bicycle wheels >not in top 100
road racing wheels >10
road racing bike wheels >8
racing bike wheels >30
racing bicycle wheels >not in top 100
triathlon wheels >5
tri spoke wheels >5
carbon fibre wheels >1
carbon fibre racing wheels >1
carbon fibre bike wheels >1
carbon fibre bicycle wheels >not in top 100
time trialling wheels >1
aero wheels >5
aerodynamic bicycle wheels >1
aerodynamic bike wheels >1
lightweight wheels >2
lightweight bike wheels >1
lightweight bicycle wheels >not in top 100
time trialling >18

lycos.co.uk (bearing in mind this is a UK site!!! oh and as I'm in the UK it auto defaults to .co.uk)

nimble >1
nimble wheels >1
nimble bike wheels >1
nimble bicycle wheels >1
bike wheels >3
bicycle wheels >not in top 100
road racing wheels >1
road racing bike wheels >1
racing bike wheels >1
racing bicycle wheels >not in top 100
triathlon wheels >1
tri spoke wheels >1
carbon fibre wheels >1
carbon fibre racing wheels >1
carbon fibre bike wheels >1
carbon fibre bicycle wheels >not in top 100
time trialling wheels >1
aero wheels >1
aerodynamic bicycle wheels >not in top 100
aerodynamic bike wheels >1
lightweight wheels >1
lightweight bike wheels >1
lightweight bicycle wheels >not in top 100
time trialling >9

Now, forgive me if I'm wrong JayC, but these results might just be passable don't you think, bearing in mind the content of the site? I'd hardly want search scores high for "porn" and "sex" now would I.

For anyone interested, the site employs NO stealth tactics, no keyword stuffing or spamming, IP cloaking or any other such cheats methods. It is purely good search engine design and compliance with the basics. I'm confidently going to say that this site is likely to dominate results in virtually all of the major 8 as soon as it is indexed. The above results have however highlighted one lacking area, that of provision for the word bicycle, but that shouldn't take much fixing.

I'll stop waffling now, and I'm just proud to say that it can be done, and I can do it!

Reply With Quote 0

07-22-2001, 01:41 AM #15

**JayC**
Web Hosting Master

Join Date: Aug 2000
Location: NYC
Posts: 6,623

**Re: Re: Re: cheers**

> *Originally posted by siwatts*
> ***Now, forgive me if I'm wrong JayC, but these results might just be passable don't you think, bearing in mind the content of the site? I'd hardly want search scores high for "porn" and "sex" now would I.***

I wither in the face of your sarcasm.

These are the phrases I tested for when I said it didn't appear to be optimized for any key phrase I could find:

bicycle wheels
racing wheels
racing bike wheels
aero wheels

I didn't try many phrases, as you can see, because I was wasting my time responding to someone's request for a site critique instead of doing something I'd be paid for. But I'd guess that those are more likely to be popular searches than is "nimble wheels," and I'd still say that you could probably increase your ranking in those categories with some attention to placement and density of such phrases.

Of course what matters since it's your own site is that you are happy with the results.

*Specializing in SEO and PPC management.*

Reply With Quote 0

Quick Navigation | Web Site Reviews | Top

« Previous Thread | Next Thread »

**User Tag List**

**Posting Permissions**

You **may not** post new threads
You **may not** post replies
You **may not** post attachments
You **may not** edit your posts

**BB code** is **On**
**Smilies** are **On**
**[IMG]** code is **Off**
**[VIDEO]** code is **Off**
HTML code is **Off**

**Forum Rules**

advertisement

MANAGED VPS HOSTING
Backed 24/7/365 by the Most Helpful Humans in Hosting®
Learn more



All times are GMT -4. The time now is 10:48 AM.

© WebHostingTalk, 1998-2020. All Rights Reserved.

REGISTER    NEW POSTS    CONTACT US    ADVERTISE    SITEMAP    TOP

**Technology Sites**
Web Hosting Talk
Channel Futures
ChannelPartnersOnline
Data Center Knowledge
ITPro Today
InformationWeek
IoTWorldToday
DarkReading

**Where to next?**
Industry News
Web Hosting
Colo and Data Center
Cloud Hosting
Virtual Servers
Dedicated Servers
Security and Technology
Web Design

**Useful Links**
Newsletter Subscription
Upgrade your membership
New member registration
Forum Rules
Posting and Features FAQ
Join the team

**Events**
Channel Partners Conference & Expo
Channel Partners Evolution
Channel Evolution Europe

**Social Media**
WHT on Twitter
WHT on Facebook

**Working with us**
Cookie Policy
CCPA: Do not sell my personal info
Privacy Policy
Terms and Conditions

Hosting By:

Copyright © 2020 Informa PLC. Informa PLC is registered in England and Wales with company number 8860726 whose registered and head office is 5 Howick Place, London, SW1P 1WG

# APPENDIX
# 31

http://ip-cloaking.de/   Go

31 captures
19 Oct 2001 - 27 Aug 2007

2000   2001   2003



**AHRENS & BEHRENT**
Agentur für Kommunikation GmbH

**A**d Impression -
Digitale Kommunikation
**D**irect Mailing -
Infomercial
**I**nner Relations -
Kommunikationsinstrumente
**K**ommunikationskonzept -
Krisen-PR
**K**undenbindung -
Mitarbeiterzeitung
**M**ultiplattformstrategie -
Paid Inclusion
**P**eergroup-Kommunikation -
Pressemappe
**PR**-Kampagne -
Rankingstrategie
**S**atellitenseite -
Teilöffentlichkeit
**T**heme Based Ranking -
Visits
**W**ahlkampf -
Zielgruppensegmentierung



## IP-Cloaking

*IP-Cloaking* bezeichnet das Identifizieren und Umleiten von
Suchmaschinen-Robots bei deren Indizierung einer Website.
Ein Skript auf der besuchten Seite erkennt den Robot anhand
seiner IP-Adresse und leitet diesen dann auf eine speziell für
die Suchmaschine konzipierte Seite um, deren Inhalte darauf
ausgelegt sind ein möglichst hohes **Ranking** zu erreichen.

**Glossar A - Z:**

Bitte Wählen ▼

Wenn Sie weitere Fragen zu
diesem Thema haben, setzen
Sie sich mit **A&Bface2net**, der
Online-Kommunikationsagentur
im A&B-Netzwerk in
Verbindung:

A&Bface2net
Agentur für Online
Kommunikation GmbH
Rosenthaler Strasse 51
10178 Berlin
fon: +49 30 48 49 32 0
fax: +49 30 48 49 32 32
mail: **info@face2net.de**
web: **www.face2net.de**

**Die Ahrens & Behrent-
Gruppe**

**Ahrens & Behrent
Agentur für Kommunikation
GmbH**

**Ahrens & Behrent, Mentner
Public Campaigning GmbH**

**Ahrens & Behrent, Financial
Dynamics
Agentur für Business- und
Kapitalmarktkommunikation**

**Public Mind
Akademie für
Kommunikation und
Management GmbH**

# APPENDIX
# 32

https://web.archive.org/web/20070121202213/http://www.wiley.com/WileyCDA/Section/id-102191.html/ 09/21/2020

http://www.wiley.com/WileyCDA/Section/id-102191.html/    Go

17 captures
8 Sep 2003 – 10 Aug 2017

FEB    OCT
21
2005  2007  2010

WILEY    → wiley.com



**businesses at a glance**

- Professional/Trade
- Scientific, Technical and Medical
- Higher Education

CONTINUE BROWSING

JUMP AHEAD TO...
The Message
To Our Shareholders
The Wiley Vision
  Businesses at a Glance
Financial Highlights
Detailed Financials  PDF
Leadership Team
Corporate Information

## Professional/Trade

| | |
|---|---|
| Products | Books and subscription products in all media, with a focus on technology, travel, psychology, architecture, professional culinary, cooking, business, consumer reference, education, and general interest |
| Customers | Professionals, consumers, and students worldwide |
| Distribution | Multiple channels including major chains and online booksellers globally, independent bookstores, libraries, colleges and universities, warehouse clubs, corporations, direct marketing, and Web sites |
| Key Brands/Franchises | *For Dummies, Jossey-Bass, Frommer's, Betty Crocker, CliffsNotes, Webster's New World, Visual, Howell Book House, JK Lasser, Bible, Unofficial Guide, Pfeiffer, Wrox, Architectural Graphic Standards, Red Hat, Capstone, Audel* |
| Fiscal Year 2003 Highlights | ▸ Global revenues advanced 26%, including acquisitions, to $369 million<br>▸ Gained market share in all our key categories<br>▸ Became the number one publisher in both technology and travel in the United States<br>▸ Successfully integrated Hungry Minds, the largest acquisition in Wiley's history<br>▸ Published 1,450 new titles worldwide<br>▸ Launched *graphicstandards.com*, a major step in the evolution of the *Architectural Graphic Standards* franchise<br>▸ Formed a strategic alliance with MindLeaders to extend the *For Dummies* brand into an online product for the corporate market<br>▸ Signed a licensing agreement with Gemini Industries USA to take the *For Dummies* brand into a range of computer, home electronics, telephone, and gaming consumer electronics products<br>▸ Acquired approximately 250 teacher education titles, representing an important step toward becoming the leading publisher of high-quality resources and ready-to-use tools for school leaders and classroom instructors<br>▸ Acquired 34 best-selling titles from Wrox Press, specializing in computer books for programmers |
| Growth Strategies | ▸ Continue to build our core publishing programs<br>▸ Optimize results from recent acquisitions<br>▸ Seek niche acquisitions of high-quality lists<br>▸ Expand our branded-program alliances and partnership relationships<br>▸ Leverage our global distribution to optimize sales |

## Scientific, Technical and Medical

| | |
|---|---|
| Products | Journals, encyclopedias, books, and online products and services in the life and medical sciences, chemistry, statistics and mathematics, electrical and electronics engineering, and telecommunications |
| Customers | Academic and corporate librarians, serving scientists, researchers, clinicians, students, and professors worldwide |
| Distribution | Multiple channels including library consortia, subscription agents, bookstores, online booksellers, and direct sales to customers |
| Key Brands/Franchises | *Wiley, Wiley InterScience, Wiley-VCH, Wiley-Liss* |
| Fiscal Year 2003 Highlights | ▸ Global revenues increased 12% to $309 million<br>▸ Continued to add content and functionality to our *Wiley InterScience* online service to meet customer needs and drive revenue growth<br>▸ Experienced ongoing growth in *Wiley InterScience*, as the number of journal articles viewed increased by 70%<br>▸ More than 60% of our journal subscription revenues are now under *Wiley InterScience* licenses<br>▸ Continued to build our society journal program, winning publishing contracts for European Transactions in Telecommunications; *Hepatology; Liver Transplantation; Pharmaceutical Statistics;* and *Ultrasound in Obstetrics and Gynecology,* among others<br>▸ Renewed or extended our publishing agreements for Cancer, the journal of the American Cancer Society; *Cancer Cytopathology; American Journal of Human Biology; Annals of Neurology; Environmental and Molecular Mutagenesis; Muscle & Nerve;* and *Teratology* (renamed *Birth Defects Research*)<br>▸ Published the 40-volume *Ullman's Encyclopedia of Industrial Chemistry,* sixth edition, as well as other major reference works, online or in print, including *Burger's Medicinal Chemistry and Drug Discovery,* sixth edition<br>▸ Became publishing partner of The Cochrane Collaboration, delivering *The Cochrane Library* — covering a range of medical specialties — through *Wiley InterScience*; The Cochrane Collaboration encompasses 50 research groups that constantly update content to assist health care professionals in making well-informed, evidence-based decisions<br>▸ Began a collaboration with Accelrys on chemistry and bioinformatics database products |
| Growth Strategies | ▸ Accelerate the market penetration of *Wiley InterScience*<br>▸ Expand our society journal publishing programs<br>▸ Augment organic growth by acquiring more content<br>▸ Include more book content in *Wiley InterScience* |

## Higher Education

| | |
|---|---|
| Products | Educational materials in all media, focused on courses in the sciences, geography, mathematics, engineering, and accounting, with growing positions in business, economics, computer science, psychology, education, and modern languages |
| Customers | Undergraduate, graduate, and advanced placement students, educators, and lifelong learners worldwide |
| Distribution | Multiple channels including college bookstores and online booksellers |
| Key Brands/Franchises | *Wiley; Wiley/Jossey-Bass* |
| Fiscal Year 2003 Highlights | ▸ Global revenues rose 6% to $176 million<br>▸ Launched our biggest frontlist ever, publishing more than 230 new and revised titles worldwide<br>▸ Expanded to select U.S. titles for global markets, such as the new Canadian edition of *Kimmel: Financial Accounting: Tools for Business Decision-Making*<br>▸ Experienced significantly higher traffic on the Wiley Higher Education Web site, which offers online learning materials on more than 2,300 subsites to support and supplement textbooks<br>▸ Generated revenue from the *eGrade* and *Interactive Homework Edition* initiatives<br>▸ Acquired market-leading software Edugen, supporting our ability to develop e-learning platform<br>▸ Signed an agreement with XanEdu, a division of ProQuest, to develop *Wiley Business Extra Select,* an online custom courseware program that will enable professors to create customized business course materials<br>▸ Acquired Fitzgerald Science Press titles in the life sciences<br>▸ Continued to grow our Faculty Resource Network, a peer-to-peer network of faculty supporting the use of online course material tools and discipline-specific software in the classroom |
| Growth Strategies | ▸ Continue to build our core publishing programs<br>▸ Increase sales into non-college markets<br>▸ Successfully execute our e-learning strategies<br>▸ Expand the Wiley Custom Publishing program<br>▸ Augment organic growth by acquiring more Higher Education content |

Copyright © 2000-2005  John Wiley & Sons, Inc. or related companies. All rights reserved. Please read our  Privacy Policy.

# APPENDIX
33

# FINDING AND FIGHTING

# SEARCH ENGINE SPAM

by

Baoning Wu

A Dissertation

Presented to the Graduate and Research Committee

of Lehigh University

in Candidacy for the Degree of

Doctor of Philosophy

in

Computer Science

**Lehigh University**

**2007**

This dissertation is accepted in partial

fulfillment of the requirements for the degree of

Doctor of Philosophy.

_____
(Date)

_____
Brian D. Davison

_____
Donald J. Hillman

_____
Daniel P. Lopresti

_____
Lin Lin
(Management, College of Business & Economics)

_____
Marc Najork
(Microsoft Research)

ii

# Acknowledgments

Great thanks to my advisor, Prof. Brian D. Davison, for his insightful guidance, discussion, patience and suggestions throughout my Ph.D progress. Without his guidance, I could not have finished this dissertation.

I am also thankful to my committee members, professors Donald J. Hillman, Daniel P. Lopresti and Lin Lin from Lehigh University; and Dr. Marc Najork from Microsoft Research for their excellent guidance and suggestions.

I greatly appreciate the encouragement from my wife, Jie Song, and my parents for supporting me in pursuing this degree.

Many thanks to my lab mates, Wei Zhang, Lan Nie, Xiaoguang Qi and Vinay Goel. I appreciate their help in providing discussions and doing experiments with me on large real data sets to test approaches proposed in this dissertation.

Many thanks to Dr. Russell Quong from Google Inc. and Dr. Kumar Chellapilla from Microsoft Live Labs for providing me with the opportunity to intern with these two IT giants respectively. These internships gave me the opportunity to work with experts in my research area, to know the state-of-the-art spam-fighting techniques and to use large-scale

iii

data sets from the entire world wide web.

My work has been financially supported by different organizations for the past five years while I prepared this dissertation. The sources include an IT scholarship from Lehigh University, the National Science Foundation under awards ANI-9903052, IIS-0328825 and IIS-0545875, and Microsoft Live Labs ("Accelerating Search").

All the experiments were done with real web data sets. Great thanks to Urban Müller from the search.ch search engine for helpful discussions and for providing access to the search.ch dataset. Great thanks to Stanford WebBase Project for providing its web crawl. Great thanks to the Laboratory of Web Algorithmics, Università degli Studi di Milano and Yahoo Research Barcelona for making the UK-2006 dataset and labels available.

Without any of the above support, I would not have had a chance to finish this dissertation.

iv

# Contents

**Acknowledgments**                                                                                iii

**Abstract**                                                                                         1

**1  Introduction**                                                                                  2

**2  Background**                                                                                    9

    2.1   Traditional vector space model and TF-IDF ranking . . . . . . . . . . . . .   10

    2.2   Eigenvector and eigenvalue of a matrix . . . . . . . . . . . . . . . . . . . .   11

    2.3   Link based ranking algorithms  . . . . . . . . . . . . . . . . . . . . . . . .   12

**3  Spamming techniques**                                                                          14

    3.1   Related work . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   14

    3.2   Content spam . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   16

    3.3   Link spam . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   18

    3.4   Page-hiding spam . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   20

    3.5   Other spam . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   21

3.6     Search engine optimization or marketing . . . . . . . . . . . . . . . . . . . . . 22

**4    Survey of existing anti-spam techniques        24**

4.1     Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

4.2     Techniques used against different kinds of spam . . . . . . . . . . . . . . . . 26

     4.2.1    Techniques to combat content based spam . . . . . . . . . . . . . . 27

     4.2.2    Techniques to combat link based spam . . . . . . . . . . . . . . . . 29

     4.2.3    Techniques to combat page-hiding based spam . . . . . . . . . . . 41

4.3     Looking at anti-spam techniques from different angles . . . . . . . . . . . . 42

     4.3.1    Common methods . . . . . . . . . . . . . . . . . . . . . . . . . . . 42

     4.3.2    Evaluation metrics . . . . . . . . . . . . . . . . . . . . . . . . . . . 44

     4.3.3    Automatic vs. semi-automatic . . . . . . . . . . . . . . . . . . . . 45

     4.3.4    Online vs. offline calculation . . . . . . . . . . . . . . . . . . . . . 47

4.4     Summary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49

**5    Detecting link farms        52**

5.1     Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53

5.2     Background . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 55

5.3     Related work . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 56

     5.3.1    TKC effect and link farm spam . . . . . . . . . . . . . . . . . . . 57

     5.3.2    Web communities or clusters . . . . . . . . . . . . . . . . . . . . . 61

     5.3.3    Duplicate and near-duplicate web pages . . . . . . . . . . . . . . . 62

vi

5.4   Impact of link farms . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   63

    5.4.1   Link farm effect on HITS . . . . . . . . . . . . . . . . . . . . . . .   64

    5.4.2   Existence of link farm spam . . . . . . . . . . . . . . . . . . . . . .   64

5.5   Complete hyperlinks algorithm . . . . . . . . . . . . . . . . . . . . . . . .   67

    5.5.1   Complete hyperlinks . . . . . . . . . . . . . . . . . . . . . . . . . .   68

    5.5.2   Finding bipartite components . . . . . . . . . . . . . . . . . . . . .   69

    5.5.3   Computational complexity . . . . . . . . . . . . . . . . . . . . . . .   70

    5.5.4   Down-weighting the adjacency matrix . . . . . . . . . . . . . . . . .   71

    5.5.5   Ranking with the revised graph . . . . . . . . . . . . . . . . . . . .   72

5.6   Expansion algorithm . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   72

    5.6.1   Initial step: IN-OUT common set . . . . . . . . . . . . . . . . . . .   74

    5.6.2   Expansion step . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   76

    5.6.3   Ranking with the revised graph . . . . . . . . . . . . . . . . . . . .   78

    5.6.4   Comparison of ParentPenalty and BadRank . . . . . . . . . . . . .   78

    5.6.5   Computational complexity . . . . . . . . . . . . . . . . . . . . . . .   79

5.7   Experiments and evaluation . . . . . . . . . . . . . . . . . . . . . . . . . .   81

    5.7.1   Data set . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   81

    5.7.2   Anecdotal results . . . . . . . . . . . . . . . . . . . . . . . . . . . .   82

    5.7.3   Evaluation of rankings . . . . . . . . . . . . . . . . . . . . . . . . .   89

    5.7.4   Precision vs. recall . . . . . . . . . . . . . . . . . . . . . . . . . . .   91

    5.7.5   Global ranking results . . . . . . . . . . . . . . . . . . . . . . . . .   93

5.8   Discussion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   96

   5.8.1   Discussion for the complete hyperlinks algorithm . . . . . . . . .   96

   5.8.2   Discussion for the expansion algorithm . . . . . . . . . . . . . .   99

5.9   Summary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   102

**6   Detecting cloaking**                                                    **104**

6.1   Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   104

6.2   Detecting syntactic cloaking . . . . . . . . . . . . . . . . . . . . .   107

   6.2.1   Algorithm details . . . . . . . . . . . . . . . . . . . . . . . .   108

   6.2.2   Data set . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   110

   6.2.3   Experimental results for our 3-copy method . . . . . . . . . . .   111

   6.2.4   Experimental results for out 4-copy method . . . . . . . . . . .   117

   6.2.5   Distribution of syntactic cloaking within top rankings . . . . . .   118

6.3   Detecting semantic cloaking . . . . . . . . . . . . . . . . . . . . .   119

   6.3.1   Motivation . . . . . . . . . . . . . . . . . . . . . . . . . . . .   119

   6.3.2   Algorithm . . . . . . . . . . . . . . . . . . . . . . . . . . . .   122

   6.3.3   Training the classifier . . . . . . . . . . . . . . . . . . . . . .   130

   6.3.4   Experiments . . . . . . . . . . . . . . . . . . . . . . . . . . .   137

6.4   Summary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   141

**7   Topical TrustRank**                                                     **144**

7.1   Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   146

viii

7.2   Background . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   148

7.3   Related Work . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   149

7.4   Motivation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   151

7.5   Topical TrustRank . . . . . . . . . . . . . . . . . . . . . . . . . . . .   153

    7.5.1   Seed set partitioning . . . . . . . . . . . . . . . . . . . . . . .   154

    7.5.2   Combination of different topic scores . . . . . . . . . . . . . .   154

    7.5.3   Improvements . . . . . . . . . . . . . . . . . . . . . . . . . . .   156

7.6   Experiments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   158

    7.6.1   Data set . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   158

    7.6.2   Bias of TrustRank . . . . . . . . . . . . . . . . . . . . . . . . .   160

    7.6.3   Results for search.ch data . . . . . . . . . . . . . . . . . . . .   161

    7.6.4   Results for WebBase data . . . . . . . . . . . . . . . . . . . .   171

7.7   Discussion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   176

7.8   Summary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   178

**8   Incorporating trust into authority**                                      **179**

8.1   Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   179

8.2   Background and related work . . . . . . . . . . . . . . . . . . . . . . .   182

8.3   Trust and distrust propagation . . . . . . . . . . . . . . . . . . . . . .   185

8.4   Evaluating trust and distrust propagation . . . . . . . . . . . . . . . .   188

    8.4.1   Data set . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   188

    8.4.2   Experimental procedure . . . . . . . . . . . . . . . . . . . . .   189

ix

8.4.3   Measurement . . . . . . . . . . . . . . . . . . . . . . . . . . . 191

8.4.4   Different choices of propagation . . . . . . . . . . . . . . . . 192

8.4.5   Combination of trust and distrust . . . . . . . . . . . . . . . 194

8.4.6   Size of seed sets . . . . . . . . . . . . . . . . . . . . . . . . . 195

8.5   Incorporating trust into web authority calculations . . . . . . . . . . 196

8.5.1   The flaw in a trust-based ranking . . . . . . . . . . . . . . . 196

8.5.2   The Cautious Surfer . . . . . . . . . . . . . . . . . . . . . . . 197

8.6   Experimental Framework . . . . . . . . . . . . . . . . . . . . . . . . 201

8.6.1   Data set . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 201

8.6.2   Selection of queries . . . . . . . . . . . . . . . . . . . . . . . 202

8.6.3   Performance evaluation . . . . . . . . . . . . . . . . . . . . . 203

8.6.4   Combining relevance and authority . . . . . . . . . . . . . . 205

8.7   Experimental Results . . . . . . . . . . . . . . . . . . . . . . . . . . 206

8.7.1   Baseline results . . . . . . . . . . . . . . . . . . . . . . . . . . 206

8.7.2   Cautious surfer configuration . . . . . . . . . . . . . . . . . 207

8.7.3   Comparing trust sources . . . . . . . . . . . . . . . . . . . . 208

8.7.4   Experimental results on UK-2006 dataset . . . . . . . . . . . 209

8.7.5   Experimental results on WebBase . . . . . . . . . . . . . . . 212

8.8   Summary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 214

**9   Discussion and conclusion**                                            **216**

9.1   Future spam . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 217

x

9.1.1   Targeted factors in web search . . . . . . . . . . . . . . . . . . . . 217

9.1.2   Spam for sponsored search . . . . . . . . . . . . . . . . . . . . . . 218

9.1.3   Spam for new search services . . . . . . . . . . . . . . . . . . . . 218

9.2   Hints for future spam fighting . . . . . . . . . . . . . . . . . . . . . . . 219

9.2.1   Focusing on components that spammers care about . . . . . . . . . 219

9.2.2   Utilizing statistical methods . . . . . . . . . . . . . . . . . . . . . 219

9.2.3   Utilizing machine learning methods . . . . . . . . . . . . . . . . . 220

9.3   Conclusion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 220

**Bibliography**                                                                                          **222**

**A   Different types of cloaking**                                                                       **241**

A.1   Types of term cloaking . . . . . . . . . . . . . . . . . . . . . . . . . . . 241

A.2   Types of link cloaking . . . . . . . . . . . . . . . . . . . . . . . . . . . 243

**Vita**                                                                                                  **245**

# List of Tables

4.1   Utilizing link based algorithms or revised link based algorithms to combat link farms. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

4.2   Summaries of different anti-spam algorithms. . . . . . . . . . . . . . . . . . . 50

5.1   Example of top 10 lists dominated by link farms. . . . . . . . . . . . . . . . 65

5.2   HITS results dominated by link farms. . . . . . . . . . . . . . . . . . . . . . 66

5.3   HITS and BH-HITS results for IBM research center. . . . . . . . . . . . . 83

5.4   Our results for IBM research center. . . . . . . . . . . . . . . . . . . . . . . 84

5.5   Results for query *translation online*. . . . . . . . . . . . . . . . . . . . . . 86

5.6   HITS and BH-HITS results for query *rental car*. . . . . . . . . . . . . . 87

5.7   Results for query *rental car*. . . . . . . . . . . . . . . . . . . . . . . . . . 88

5.8   Evaluation results. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 90

5.9   T-test results. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 90

5.10  Evaluation results for using links alone. . . . . . . . . . . . . . . . . . . . . 97

5.11  Evaluation results for using bag of words. . . . . . . . . . . . . . . . . . . . 99

5.12  User evaluation for spam sites we marked.   . . . . . . . . . . . . . . . . .   99

5.13  Users evaluation for results calculated with only seed set.   . . . . . . . . . .   100

6.1  Details and statistics of buckets of term difference.   . . . . . . . . . . . . . .   113

6.2  Buckets of link difference.   . . . . . . . . . . . . . . . . . . . . . . . . . . . .   116

6.3  Buckets of unique terms in area A and G.   . . . . . . . . . . . . . . . . . . . .   117

6.4  Confusion matrix for the sample of 1,000 pages.   . . . . . . . . . . . . . . . .   140

6.5  Accuracy, precision and recall with margins of error.   . . . . . . . . . . . . .   140

7.1  Result of trust scores for a small graph.   . . . . . . . . . . . . . . . . . . . .   155

7.2  Results for search.ch data set.   . . . . . . . . . . . . . . . . . . . . . . . . . .   164

7.3  Results of random partitioning of search.ch data.   . . . . . . . . . . . . . . .   165

8.1  Overall performance for the combination of different methods of propagat-
ing trust and distrust.   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   193

8.2  Change of the number of spam and normal pages within the top 10 buckets.   194

8.3  Set of thirty queries used for relevance evaluation in UK-2006.   . . . . . . .   204

8.4  Set of fifteen queries used for relevance evaluation in WebBase.   . . . . . . .   204

8.5  Ranking performance for different cautious surfer configurations on the UK-
2006 dataset.   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   208

8.6  Ranking performance on UK-2006 dataset.   . . . . . . . . . . . . . . . . . . .   209

8.7  P-values for the Wilcoxon signed-rank test for matched pairs showing sig-
nificance of CS(ATP) versus other approaches.   . . . . . . . . . . . . . . . .   211

# List of Figures

4.1 Techniques against different categories of search engine spam. . . . . . . . 27

4.2 Distribution of anti-spam techniques for different search engine spam. . . . 51

5.1 A complete bipartite graph with size 2*3. . . . . . . . . . . . . . . . . . . 62

5.2 Percentage of queries containing spam pages within top-$n$ results. . . . . . 67

5.3 Document-hyperlink matrix views. . . . . . . . . . . . . . . . . . . . . . 70

5.4 Algorithm for finding seed set. . . . . . . . . . . . . . . . . . . . . . . . 75

5.5 A simple example of 6 pages. . . . . . . . . . . . . . . . . . . . . . . . . 76

5.6 Algorithm of *ParentPenalty*. . . . . . . . . . . . . . . . . . . . . . . . 77

5.7 The NDCG@10 scores for different approaches. . . . . . . . . . . . . . . 91

5.8 The distribution of relevant pages for five methods applied on the query-specific data set. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 93

5.9 Distribution of sites marked by our algorithm. . . . . . . . . . . . . . . . 95

5.10 Distribution of sites on the company's blacklist. . . . . . . . . . . . . . . 96

5.11 Performance as thresholds vary. . . . . . . . . . . . . . . . . . . . . . 101

xiv

6.1   Intersection of the four copies for a web page.  . . . . . . . . . . . . . . . . 109

6.2   Distribution of $N_{BC}$-$N_{CC}$.  . . . . . . . . . . . . . . . . . . . . . . . . . 112

6.3   The ratio of syntactic cloaking in each bucket based on term difference.  . . 113

6.4   Distribution of the difference of $L_{BC}$-$L_{BC}$.  . . . . . . . . . . . . . . . . . 115

6.5   The ratio of syntactic cloaking in each bucket based on link difference.  . . 116

6.6   Minimum percentage of recognized syntactic cloaking pages within Google's
      top responses.  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 118

6.7   Category-specific cloaking, as found by the 4-copy terms algorithm.  . . . . 119

6.8   Data flow of the two steps for detecting semantic cloaking.  . . . . . . . . 123

6.9   Sample of a meta-keyword tag sent in both HTTP response header and
      HTML content only to the crawler.  . . . . . . . . . . . . . . . . . . . . . 124

6.10  Content based features from each copy. . . . . . . . . . . . . . . . . . . . . 127

6.11  Link based features from each copy.  . . . . . . . . . . . . . . . . . . . . . 128

6.12  Features for two corresponding copies. . . . . . . . . . . . . . . . . . . . . 130

6.13  Top 10 features with positive weights. . . . . . . . . . . . . . . . . . . . . 132

6.14  Top 10 features with negative weights. . . . . . . . . . . . . . . . . . . . . 133

6.15  Tree generated by the C4.5 algorithm. . . . . . . . . . . . . . . . . . . . . 135

6.16  Features selected by the C4.5 algorithm. . . . . . . . . . . . . . . . . . . . 136

6.17  Percentage of pages remaining for different thresholds.  . . . . . . . . . . . 138

6.18  Percentage of semantic cloaking pages within each topic.  . . . . . . . . . . 138

7.1   A web made up of 8 nodes. . . . . . . . . . . . . . . . . . . . . . . . . . . . 154

7.2   Decomposition of TrustRank score by topical trust scores. . . . . . . . . 160

7.3   Decomposition of Topical TrustRank score by topical trust scores. . . . . 161

7.4   Spam distribution within the top 10 buckets out of 20 buckets for the search.ch data set. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 163

7.5   Simple summation vs. quality bias for the search.ch data. . . . . . . . . . 167

7.6   Topical contribution in TrustRank for spam sites. . . . . . . . . . . . . . 172

7.7   Topical contribution in Topical TrustRank for spam sites. . . . . . . . . . 173

7.8   Spam distribution for WebBase data set. . . . . . . . . . . . . . . . . . . 175

7.9   Distribution of scores on the WebBase data for the three ranking algorithms. 176

8.1   Distribution of UK-2006 hosts within the twenty equally-weighted PageRank buckets. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 190

8.2   Incorporation of distrust with trust. . . . . . . . . . . . . . . . . . . . . . 194

8.3   ATP's performance with different size of seed sets. . . . . . . . . . . . . . 195

8.4   Distribution of labels in the top 10 results across 157 queries in the UK-2006 dataset. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 210

8.5   Overall retrieval performance on UK-2006 dataset. . . . . . . . . . . . . . 213

8.6   Comparative performance on WebBase dataset. . . . . . . . . . . . . . . . 214

A.1   Sample of keyword content sent only to the crawler. . . . . . . . . . . . . 242

# Abstract

Web surfers rely on search engines to find information from the web. Search engine spam is the attempt to deceive search engine ranking algorithms and is considered by experts from well-known search engine companies to be one of the major challenges to search engines today. Without taking action, results from search engines will be greatly harmed.

This dissertation explores in detail effective solutions to some search engine spam techniques, such as link farms and cloaking. Our approaches can effectively nullify the link farm effect and our precision outperforms the standard link based ranking algorithm, HITS, by more than 200%. Our approach in detecting cloaking behavior can achieve an accuracy of 90.5% and a recall of 86.8%. In addition, this dissertation studies the idea of combining topicality with trust to demote spam. Experimental results show that we can demote up to 43% more spam than TrustRank. We also investigate the method of combining trust and authority to improve search quality.

Experimental results indicate that the approaches in this dissertation can significantly improve search quality and demote spam.

# Chapter 1

# Introduction

The search engine is the door to today's web. People are using search engines to find authoritative information from the billions of pages on the web. Experts at search engine companies are working hard to develop algorithms and build systems to help people locate the most authoritative and relevant pages. Usually, people are only interested in the first several pages returned from the search engines [110, 73, 20].

Higher ranking in search engine results is very likely to produce more profit to web site owners. For example,

- Higher ranking can bring more traffic to web sites and this increased traffic may translate into more transactions or purchases for the site owners, especially for commercial site owners.

- Higher ranking can boost a web site's reputation, which in turn can make more web sites point to it, thus generating even higher ranking, which in turn attracts other

companies to place advertisements.

Hence, almost all content providers, especially commercial web site owners, want their pages to be ranked as high as possible by popular search engines.

One direct way to achieve better rankings is to improve the quality of web pages, but this may cost much money, time and other resources. Instead, some content providers want to find a shortcut to achieve their goal. They seek to manipulate search engine ranking results by utilizing unethical methods when building web sites or designing web pages. This attempt to deceive a search engine's relevancy algorithm is called search engine spam [100, 63].

One general definition of search engine spam is "the use of some purposely designed mechanisms to raise the ranking of web sites or pages in the search engine results" [18, 42, 46, 69, 100]. To achieve their objectives, spammers study the ranking algorithms of search engines carefully to find ways to take advantage of them. Typically, spammers target the factors used by search engines' ranking systems. In the same way that hackers want to enter computers by playing with computers' or network's security mechanism, spammers want to get higher rankings by playing with the ranking algorithms of search engines. We can consider spam as a security aspect of search engines. Henzinger et al. [69] have pointed out that search engine spam is one of the major challenges for web search engines. Without taking action, search engines' results will be seriously affected, which may cause people not to trust search engines anymore.

Many kinds of the spamming techniques have been detected [100, 63, 40]. Usually

spamming techniques can be divided into three categories: content based spam, link based spam and page-hiding based spam.

- Content based spam changes the textual content of web pages to be ranked higher. Some popular content based spam techniques include repeating keywords, using unrelated keywords and adding an entire dictionary at the bottom of a web page.

- link based spam changes the link structure of web pages to attack search engines using link based ranking algorithms, such as PageRank [22] and HITS [79]. The most well-known link based spamming techniques include building link farms, link exchanges, link bombs and adding comment spam in blogs and wiki systems (such as Wikipedia [1]).

- Page-hiding based spam hides the whole or part of a web page to search engines to achieve better ranking for the page. Cloaking and deliberate use of redirect are well-known examples of page-hiding based spamming techniques.

In addition to these three major categories, some other spamming techniques include repeated submission, duplication spam and several new spamming techniques. Also, there are several recently developed spamming techniques. Details of each spamming technique is discussed in Chapter 3.

Three factors of search engine spam make combating them very hard.

---

[1] http://en.wikipedia.org/

**Web spam evolves.** The war between search engines and search spam started soon after search engines came into being and this war continues today. Initial search engine spam included keyword stuffing when traditional information retrieval methods, such as TF-IDF [107] were used. When experts invented link based ranking algorithm, keyword stuffing became less effective. But soon spammers created link based spam, such as link bombing or link farms. Thus, the war between search engines and search engine spammers is like a arms race.

**Spamming techniques are diverse.** Spammers have created many different spamming techniques that make it difficult for search engines to find one unified method to detect all of them. For example, search engines may employ statistical methods to detect keyword stuffing, but these statistical methods may not be effective in detecting cloaking behavior. In addition, it is difficult for search engines to know in advance what kind of spam is going to appear. This is similar to having a fight with an invisible opponent.

**The web is enormous and continuously growing.** This makes it impossible for people to fight spam by manually checking each individual web page. All the fighting methods should be automatic. In addition, the algorithms against spam should be tested on a large-scale data set because some algorithms work well for a small sample of the web, but fail to fight spam for data from the whole web. The fact that some algorithms work for today's web, but might not give good results in the future is another reason for testing

5

on a large-scale data set.

Spam is harmful not only because it can impact search engine results, but also because it can breed more spam. We can imagine that if some spammers are successful at fooling search engines and no actions are taken by search engines, then other people will follow to generate spam too. In addition, some site owners may abandon their efforts to create high quality web pages and instead, may join the spammers' army. If that happened, the web would be designed only for search engines, not for users any more. Obviously, this would be a disaster for the web.

The goal of my research is to find effective methods for identifying serious search engine spam and for helping to design new ranking algorithms to nullify the effect of search engine spam and to improve search quality. This dissertation also examines approaches to detect link farms and cloaking behavior. In addition, combining topicality with trust and combining trust with authority are proposed to improve search quality and demote web spam.

The following list summarizes my major contribution of my Ph.D. work.

- First and one of the most referenced publications for detecting link farms.

- First publications for detecting cloaking behavior on the web.

- First publications for bringing topicality to fighting spam and improving search quality.

6

All the above factors make this first dissertation on fighting search engine spam unique in the research area of information retrieval and the web.

I am the lead author for six peer-reviewed papers on the topic of fighting spam. Three of these papers [119, 120, 123] were published in the World Wide Web conference (2005, 2006), which is the top conference for topics related to the web. One more paper [121] has been published in the proceedings of the 21st Annual ACM Symposium on Applied Computing conference (2006). One paper [118] was published in the proceedings of the First International Adversarial Information Retrieval on the Web workshop (2005). One paper [122] was published in the proceedings of the Model of Trust workshop (2006). I also worked as the second author for one paper [97] that is under review.

The dissertation is organized as follows. The background will be introduced in Chapter 2. Different categories of spam will be introduced in Chapter 3. A survey of existing techniques against search engine spam, which is based on an unpublished work, is given in Chapter 4.

In Chapter 5 to Chapter 8, methods are proposed to detect or fight different well-known spamming techniques. Methods for detecting link farms are introduced in Chapter 5, which is based on papers [121, 119] in cooperation with Brian D. Davison. Methods for detecting cloaking are introduced in Chapter 6, which is based on papers [118, 120] in cooperation with Brian D. Davison. A method of using trust to demote spam are proposed in Chapter 7, which is based on a paper [123] in cooperation with Vinay Goal and Brian D. Davison. Methods for incorporating trust and authority to improve ranking are discussed

7

in Chapter 8, which is based on a paper [97] in cooperation with Lan Nie and Brian D.

Davison. The dissertation ends with a discussion and conclusion in Chapter 9.

# Chapter 2

# Background

In this chapter, we discuss some known algorithms used in search engines' ranking systems.

In the early days, search engines employed traditional text-based ranking algorithms, such as vector space model and TF-IDF [107]. Since the late 90s, with the invention of link based ranking algorithms (based on the eigenvector of matrix theory), such as PageRank [22] and HITS [79], more search engines are now using a combination of traditional text based ranking algorithms and link based ranking algorithms for their ranking system.

This chapter provides a brief introduction of the concepts of vector space model and TF-IDF algorithms, the concepts of eigenvector and eigenvalue of matrix theory, and link based ranking algorithms.

9

## 2.1   Traditional vector space model and TF-IDF ranking

Initially search engines employed the vector space model and the TF-IDF based algorithms to generate results. In the vector space model, both queries and documents are represented as vectors in a multidimensional space, typically with one dimension per term in the lexicon of the corpus.

The relation of a document $d$ and a term $t$ can be characterized by two quantities: one is term frequency (TF), the number of times term $t$ appears in document $d$; the other is inverse document frequency (IDF), the ratio of the total number of documents to the number of documents that contain term $t$. There are several possible formulas to calculate TF-IDF. We quote the formula used in SMART system [107].

If we use $n(d,t)$ to represent the number of times term $t$ occurs in document $d$, then

$$TF(d,t) = \begin{cases} 0 & \text{if n(d, t) =0} \\ 1 + log(1 + log(n(d,t))) & \text{otherwise} \end{cases} \qquad (2.1)$$

For $IDF$, the formula is:

$$IDF(t) = log\frac{1 + |D|}{|D_t|} \qquad (2.2)$$

where $|D|$ is the number of documents in the corpus and $|D_t|$ is the number of documents that contain term $t$ in the corpus.

With the concept of TF and IDF, the coordinate of document $d$ in axis $t$ is calculated by

$$d_t = TF(d, t) * IDF(t) \tag{2.3}$$

If there are $m$ different terms in the corpus, each document is represented by a vector with $m$ dimensions. The query is also represented by a vector with $m$ dimensions. By using the representation of query and documents in the same vector space, the proximity between them can be calculated. The proximity of the two vectors is typically defined as the angle between these two vectors or the Euclidean distance between the points represented by these two vectors. Hence, the order of documents for the query is decided by this proximity value. A higher proximity value indicates the document is more relevant to a given query.

## 2.2   Eigenvector and eigenvalue of a matrix

In matrix theory, for a square matrix $A$, if the following equation holds

$$Ax = \lambda x \tag{2.4}$$

where $x$ is a vector and $\lambda$ is a scalar, then $\lambda$ is called an *eigenvalue* of $A$ and the vector $x$ is called the *eigenvector* of $A$ corresponding to $\lambda$.

It is quite possible that there exist several eigenvalues for a matrix $A$. If we use $|\lambda|$ to

11

*2.3.  LINK BASED RANKING ALGORITHMS*

represent the absolute value of $\lambda$, and have the following sequence,

$$|\lambda_1| > |\lambda_2| > ... > |\lambda_i| \qquad (2.5)$$

then $\lambda_1$ is called the principal eigenvalue of $A$, and the corresponding eigenvector is called the principal eigenvector.

## 2.3   Link based ranking algorithms

If we consider the web as a graph [22], with the pages to be nodes and the links in the pages to be edges connecting nodes, we can use an adjacency matrix $M$ to represent the web, i.e. $M[i, j]$ is 1 if there is a link from page $i$ to page $j$, otherwise it is 0.

Based on this adjacency matrix, many link based ranking algorithms have been proposed since the late 90s. Some of them showed quite good performance when initially being proposed. The HITS and PageRank are two well-known link based algorithms.

**HITS:** The set of pages in HITS are only a small subset of the whole Web and closely related to a given query [79]. The collection process is that for a given query, firstly only top responses are fetched from a text-based search engines to form a root set. Then all the pages pointing to any page within the root set and all the pages pointed by any page within the root set are collected to form a core set. The HITS algorithm is applied to the

## 2.3. *LINK BASED RANKING ALGORITHMS*

adjacency matrix for the core set. One thing to note is that only a limited number of internal links are allowed when generating the matrix. Each page has two measures: one is the hub score h[u] and the other is the authority score a[u]. The higher the authority score for a page, the higher indication that the page is a good authority for this query. The higher the hub score for a page, the higher possibility that the page points to many good authority pages. Suppose $E$ is the adjacency matrix for this subset, we have the following equations:

$$\vec{a} = E^T \vec{h} \tag{2.6}$$

$$\vec{h} = E\vec{a} \tag{2.7}$$

After iteration of the above two matrices, $\vec{a}$ will converge to the principal eigenvector of $E^T E$, and $\vec{h}$ will converge to the principal eigenvector of $EE^T$.

**PageRank:** Suppose there are $N$ pages on the web and a page $A$ has incoming links from pages $T_1, T_2, ..., T_n$, while $C(A)$ is the number of links going out of page $A$ and $d$ is a constant value in the range between 0 and 1. Then the PageRank $PR(A)$ is given as follows:

$$PR(A) = \frac{(1-d)}{n} + d \sum_{i=1}^{n} \frac{PR(T_i)}{C(T_i)} \tag{2.8}$$

For the whole web matrix $M$, the above equation will converge after some iterations [22]. After generating the PageRank score for each page on the web, the page will be ranked high if it has a high PageRank score.

13

# Chapter 3

# Spamming techniques

Researchers have discovered several kinds of search engine spam. Generally speaking, these spamming techniques can be placed into three categories: content spam, link spam and page-hiding spam [21, 63, 40, 69, 100].

In this chapter, related work introducing known spamming techniques are first discussed, followed by details of the three categories of spam are given. In addition to discussing spamming techniques, this chapter discusses a new industry (SEO) that is related to search engine spamming techniques.

## 3.1   Related work

This section discusses earlier surveys about search engine spam.

While a few surveys of search engine spamming techniques have been presented, few surveys of techniques of *fighting* search engine spam have been published. most of the

*3.1. RELATED WORK*

survey of search engine spam are online HTML documents.

Perkins wrote a white paper [100] discussing different kinds of search engine spam. He thought that only two categories of search engine spam exist: content spam and meta spam. He also mentioned link-related spam, but he thought link-related spam could also be classified into two above categories. Some other techniques, such as redirects, cloaking, are also introduced in this document. But Perkins does not think they can be purely identified as spamming techniques because these techniques can be used for legitimate reasons.

Collins [40] presented several current common search engine spamming techniques. Besides considering link farm as spam, he thought the behavior in which, a single business entity interlinks all its own websites is also a type of search engine spam. He named this behavior **Publishing Empires**. He thought that the spam links added in the wiki sites or blog sites by spammers are headaches for current search engine companies. Some other spamming techniques including **Links inside No Script Tags**, **DHTML layering**, **Hidden text under layers** and **Javascript Redirects** are also discussed in his article.

Gyöngyi and Garcia-Molina [63] are the first academics to provide a taxonomy of various techniques by spammers to manipulate search engines results. According to their taxonomy, two big categories of spamming techniques exist: one is the **boosting spamming** techniques and the other is the **hiding spamming** techniques. Within the boosting spamming category, two sub categories are presented: one is term spamming and the other is link spamming. Term spamming refers to the methods of changing the content to make the

*3.2. CONTENT SPAM*

spam pages relevant to some queries. Link spamming refers to creating special link structures for the purpose of manipulating link based ranking algorithms. Within the hiding category, three sub categories are introduced: content hiding, cloaking and redirection.

## 3.2   Content spam

Content spam changes the content of the page deliberately to rank it higher. Most content spamming techniques target TF-IDF based ranking algorithms [63].

**Repeated keywords:** The keywords are repeated many times in the document. This technique is quite effective if the ranking algorithms of the search engines give more weight to the frequency of the query word.

**More query words:** To add a dictionary at the bottom of the web page. The words can also be set as invisible or tiny. The advantage that the spammers can take from this technique is that the page will be hit for many query words because the dictionary is now part of the page. A variant of this technique is page synthesis, in which spammers generate billions of pages each with one popular query term or phrase.

**Alt text spam:** To stuff the Alt text with lists of keywords. The Alt tag was initially invented to describe the content of pictures in the HTML page. Users may not see them except when holding the mouse on the picture, but search engines can extract them. So,

*3.2. CONTENT SPAM*

some spammers may add a lot of unrelated keywords inside the Alt tag in order to make the page to be hit for more queries.

**Title tag:** To add more words or spam keywords repeatedly to the title tag part. The title tag is used to describe the title of this page so as to give a general view for the page, hence some search engines will give higher weight to the text within the title tag. The spammers may stuff this tag with many unrelated words. So if the search engine gives high weight to the words in the title tag, the page will be ranked higher for these spammed words.

**Meta description tag:** This is the same spam technique as title tag. The meta description tag allows the page designer to give a short description about the page. If unrelated words are put here and the search engine algorithm also indexes the page based on the description, the page will be hit for these unrelated words.

**Meta keywords tag:** The meta keywords tag is invented to show the keywords for this page, just as the keywords section for an academic paper. Some search engines may give high weight to the words appearing here. So the spammers want to take advantage of this by stuffing many unrelated words into this tag.

*3.3. LINK SPAM*

## 3.3 Link spam

Link spam is the manipulation of the link structure or anchor text among pages to get a higher rank.

**Link farms:** Each page has a collection of links that point to almost every other page. Some ranking algorithms may give pages a higher rank if there are many other pages linking to them. So, by building the link farm, each page will have a higher rank and a new targeted page pointed to by some pages from the link farms will get a higher value too.

**Link exchange:** Web site owners promise to add a link to your site as long as you put a link to their sites, regardless of whether these sites are on a similar topic. Usually the owners will explicitly show this intention on their web pages, or they may send emails to other site owners requesting a link exchange.

**Link purchase:** Some web sites will purchase links to them from other sites that provide this service.

**Expired domains:** Spammers buy the expired domains and put useless content on them. Because some expired domains may have been good ones in the past, they still have some good PageRank values.

18

### 3.3. LINK SPAM

**Doorway pages:** Web pages that consist entirely of links. Usually the links within this doorway page point to pages inside this website, like an index page. Some spammers may build a lot of doorway pages with the intention of getting a higher rank.

**Link bombing spam:** The anchor text of a link misdescribes the target page. Some search engine will judge the content of a page by the anchor text of the links that point to the page. So because of link bombing spam, the target page will be ranked high to some unrelated query words that just appear on the anchor text of links pointing to it. This link bombing spam is often called Google bombing [89].

**Comment or blog spam:** Spammers add trash links in blogs or wiki systems. Because some blogs or wiki web sites have good reputation, spammers want to get benefit from generating this comment spam.

**Hots synthesis:** Spammers make up host names within an owned domain.

**Affiliate link spam:** Several well-known online stores provide affiliate program [1] i.e., if one site's referral translates into a transaction, then the site owner can get some money from this referral. Spammers began to build sites with the only goal being to get the benefit of these affiliate programs. For example, the spammers will copy all pages

---

[1] http://affiliates.ebay.com/

*3.4. PAGE-HIDING SPAM*

from amazon.com or ebay.com and add affiliate links on the page. These pages are only duplicated pages without any added information to web surfers.

## 3.4 Page-hiding spam

The page-hiding based spam presents different and typically more content to search engines to get better ranking for this page.

**IP Cloaking:** To serve different content to a search engine rather than to web users according to different IP addresses of clients. Usually the web server can identify the robots of search engine companies by IP address and send them content other than the page served to normal users.

**User-Agent based cloaking:** User-agent is used in the request to show which client sends out this request. Examples of values assigned to user-agent field include browser and search engine robot. Similar to IP cloaking, a web server can deliver different pages based on different user-agents.

**Redirects:** The origin page is designed with a lot of spamming techniques to be seen by the search engine, while the redirection to a new target page is used when a real browser asks for the page.

*3.5. OTHER SPAM*

**Layer based spam:** CSS (Cascading Style Sheets) layers are new concepts in web page design [2]. Layers can be seen as HTML page segments and CSS can be used to show different layers within a page. Some spammers set the layer to be invisible while in fact the spam content is in the layer. The normal user cannot see the spam content, but search engine robot can. This spam technique is similar to the invisible words spam.

## 3.5   Other spam

Besides the above three categories of spam techniques, there are also several other special kinds of spam.

**Duplication spam:** Spammers will copy good content from well-known web sites to make their own pages to fool web users that they are authorities in this area, but actually they have their own purpose. For example, spammers copy content from dmoz [3] or Wikipedia [4] into their own sites, and then they will put links to spam sites within these pages or just put advertisement, such as Google's AdSense [5], within the pages.

---

[2] http://www.w3.org/Style/CSS/

[3] http://dmoz.org/

[4] http://en.wikipedia.org/

[5] https://www.google.com/adsense/

*3.6.  SEARCH ENGINE OPTIMIZATION OR MARKETING*

**Partial duplication spam:** Spammers will copy paragraphs from different well-known web sites and stitch them randomly to make their own web pages.

**General page synthesis:** Spammers make up lots of synthetic documents.

**Query spam:** Spammers submit robot-queries to search engines to pollute their query logs.

**Toolbar spam:** Spammers submit bogus toolbar data to search engines to pollute their toolbar logs.

## 3.6   Search engine optimization or marketing

An industry has emerged in recent years called search engine optimization (SEO) or search engine marketing (SEM) [113]. The goal of this industry is to help websites achieve better ranking in different search engines. Some examples of legitimate techniques include using significant titles for web pages and giving descriptive words in the META tag.

However, instead of helping web sites owners build higher quality web pages, some SEO companies employ search engine spam techniques to boost their clients' pages. For example, some SEO companies may build a sophisticated link farm and put a link from the farm to their clients' websites. Hence, we still consider some SEO companies to be

22

### 3.6. SEARCH ENGINE OPTIMIZATION OR MARKETING

spammers as long as they practice spamming techniques. One thing to note is that some

SEO techniques may be considered spam by some search engines, but not by others.

# Chapter 4

# Survey of existing anti-spam techniques

## 4.1   Introduction

Some work for fighting search engine spam has been published in both academic and industrial worlds, using different methods to address some of the spam techniques. This chapter provides a general survey of existing anti-spam techniques.

Because of the enormous size of the web and its ever-increasing speed, more and more users rely on search engines to find information on the web. Better ranking within search engines' results may bring a lot of traffic to web sites and more traffic may mean more profit to commercial web site, so every web master wants his web site to rank as high as possible in the search engines result lists.

24

*4.1. INTRODUCTION*

Search engine spam is the use of unethical methods to manipulate search engines' ranking results [100, 40, 63] and bring pages to a higher ranking position than they should be. Some experts have listed search engine spam as one of the biggest challenges for web search engines [69]. Researchers have published papers mentioning spam or addressing some kind of spam [24, 88, 126, 67, 116, 119, 121, 64, 47, 51, 6, 46, 18]. Surveys introducing different types of spam have been published and we have discussed them in Section 3.1. In contrast, few surveys of anti-spam techniques are available.

Various spamming techniques have been detected. Most of them can be placed into three major categories:

- Content based spam

- Link based spam

- Page-hiding based spam

Details of these spam techniques have been introduced in Chapter 3.

Initially search engine used traditional information retrieval algorithms, such as TF-IDF, to rank web pages for a given query. During this period, content based spam appeared. For example, spammers repeated keywords many times within a page or inserted unrelated keywords for the page to match more queries.

To improve search quality, people proposed link based ranking algorithms, such as PageRank [22] and HITS [79]. The basic philosophy of these link based ranking algorithms is that links on the web are a kind of votes on the target web pages. More or better-quality

*4.2.  TECHNIQUES USED AGAINST DIFFERENT KINDS OF SPAM*

votes are good signals showing the target pages are of high authority.  The link based ranking algorithms were good at combating content based spam.  But soon the link based spam evolved.  Spammers began to create link farms or artificial link structures to boost certain pages' link popularity.  More and more comments with useless links also appear on reader-editing systems, such as blogs and wiki system.  In response, researchers proposed several methods to combat link spam and this topic remains still important today.

The page-hiding based spam is not necessary for the functioning of content based spam or link based spam, but it is still a difficult problem for search engines.  For example, cloaking is a kind of page-hiding based spam and several popular search engines consider cloaking as spam [58].

The main contribution of this chapter is that we present a general survey of different techniques used against search engine spam.

The remainder of this chapter is organized as follows.  Based on the different categories of spam, the main categorization of different spamming fighting techniques is discussed in Section 4.2.  Then, in Section 4.3, we discuss classifications of anti-spamming techniques from several additional angles.  The chapter presents a conclusion in Section 4.4.

## 4.2   Techniques used against different kinds of spam

As we discussed in the previous chapter, many kinds of spamming techniques have been created.  Usually three major categories are content based spam, link based spam and hiding based spam.  So far, there has been no one method that could overcome all these

*4.2.  TECHNIQUES USED AGAINST DIFFERENT KINDS OF SPAM*



Figure 4.1: Techniques against different categories of search engine spam.

spamming techniques. Researchers have proposed or applied different methods to fight different spamming techniques. These different approaches for fighting spam are shown in Figure 4.1.

## 4.2.1   Techniques to combat content based spam

As described in Section 3.2, content based spam intends to change web pages' content for spamming purposes. Usually the goal of content based spamming techniques is to manipulate TF-IDF based ranking algorithms.

Some well-known spam techniques include repeated keywords, an unrelated page title and adding a dictionary to the bottom of the page. Search engine experts have fought these content based spam techniques for years. Unfortunately, not much has been published

27

## 4.2. TECHNIQUES USED AGAINST DIFFERENT KINDS OF SPAM

about fighting the content based spam.

Researchers have presented several approaches to combat content based spam.

An natural language processing (NLP) approach has been proposed to combat content based spam. Westbrook and Greene [116] uses semantic analysis of textual content to detect spam. They built a spam page analyzer based on some features, including average sentence length, frequency of stop-word occurrence and analysis of parts of speech. According to their report, more work is still necessary for this NLP approach to generate useful results.

Statistical approaches may be used to combat content based spam. Cafarella and Cutting [24] present some clues in this direction. For example, they propose that search engine eliminates repeated terms if these terms appear consecutively more than a certain number of times. In addition, a search engine can check the statistical distribution of the words in web pages to combat the spamming techniques like adding irrelevant or repeated words with good-looking text.

Link based ranking algorithms, such as PageRank and HITS, can be used to combat content based spam. These link based ranking algorithms, which are proposed mainly for improve ranking performance, might be the most prominent solution to ameliorate the effect of content based spam. The link based ranking algorithms give each page an authority value to show relatively how important this page is when comparing with other pages. Higher-authority value means a higher importance. With the invention of this link based authority score, search engines are using the combination of the TF-IDF score

*4.2.   TECHNIQUES USED AGAINST DIFFERENT KINDS OF SPAM*

and the authority score for their ranking systems. Hence, pages using only content based spamming techniques can no longer be ranked high.

Machine learning methods have been explored to combat content based spam. Ntoulas et al. [99] describe the method of detecting spam pages as based on the features generated from pages' content. They extract heuristic features, such as number of words in the page title or the fraction of globally popular words, and train a classifier to differentiate spam pages and non-spam pages. The good results they generate indicate that machine learning is a promising direction for combating content based spam.

### 4.2.2   Techniques to combat link based spam

Link based ranking algorithms, performed well when first introduced. The great success of Google [1] is a good example. With the publication of PageRank [22] and HITS [79] and the great success of search engines adopting link based ranking algorithms, spammers spend more and more efforts to manipulate link structure to boost their rankings.

Several known popular link spam techniques include link farms, comment spam and link bombing. The rest of this section will discuss approaches used against link spam.

**Techniques against link farms**

A link farm is a set of pages or sites that are densely connected with each other. Because link farms are believed to be harmful [19, 85] to link based ranking algorithms, researchers have studied the characteristics of link farms and proposed different techniques have to

---

[1]http://www.google.com/

## 4.2.  TECHNIQUES USED AGAINST DIFFERENT KINDS OF SPAM

address this problem.

Researchers have explored the characteristics of link farms. Wu and Davison [121] show that link farms can form bipartite subgraphs in the document-link matrix when considering anchor texts as part of the link, the details can be found in Section 5.5. Gyöngyi and Garcia-Molina [62] discovered the optimal link structure to boost a certain target page when building a link farm. Baeza-Yates et al. [8] also investigated the gain of PageRank value for different link collusion. Adali et al. [4] studied the optimal structure for link bombs.

The following approaches have been proposed to combat link farms.

A graph theory-based approach can be used to detect link farms. Wu and Davison used bipartite graph for finding spam in [121]. The details of this approach are given in Section 5.5.

Some researchers have proposed utilizing statistical approaches to detect link farms. Cafarella and Cutting [24], for example, mentioned that a search engine can look for statistically unusual link structures to combat link farm spam. Fetterly et al. described utilizing statistical analysis to find spam [51] and in their paper contains several distribution graphs, such as the distribution of the number of different host-names mapping to the same IP address, or the distribution of out-degrees. Most of these distributions are modeled well by formulas such as a power law. The outliers of these curves are marked as spam candidates. The manual evaluation shows the statistical approach has a very good

## 4.2.   TECHNIQUES USED AGAINST DIFFERENT KINDS OF SPAM

| Authors | Based on | Approach |
|---|---|---|
| Haveliwala and Kamvar [67] | PageRank | Use non-principal eigenvectors |
| Zhang et al. [126] | PageRank | Use different damping factors |
| Langville and Meyer [84] | PageRank | Use personalization vector |
| Li et al. [86] | HITS | Adjust weights for special pages |
| Davison et al. [44] | HITS | Calculate more eigenvectors |
| Eiron et al. [47] | PageRank | Use Hostrank instead of PageRank |
| Bharat and Henzinger's[17] | HITS | Handling "mutual reinforcement" |
| Lempel and Moran [85] | HITS | Use SALSA algorithm |
| Chakrabarti et al. [31] | HITS | Use DOM tree |
| Ng et al. [96] | HITS | Use revised HITS |
| Roberts and Rosenthal [105] | HITS | Downweight some clusters |

Table 4.1: Utilizing link based algorithms or revised link based algorithms to combat link farms.

accuracy in detecting link farms.

The machine learning approach can be used to detect link farms. Amitay et al. [6] proposed using categorization algorithms to detect a web site's functionality. Although their work was not aimed at detecting web spam, they identified 31 clusters, each of which appears to be a spam ring. Recently, Becchetti et al. [11] proposed building classifiers to detect link farms. In addition to using some typical features, they added new features in building the classifier, including TrustRank value, Truncated PageRank value and estimated supporters.

The link based ranking algorithms themselves or their revised versions can be used for combating link farms ( see Table 4.1 ).

Haveliwala and Kamvar [67] mentioned that analysis of the non-principal PageRank eigenvectors may lead to new ways to fight spam.

Zhang et al. [126] proposed using different damping factors to calculate PageRank

## 4.2.   TECHNIQUES USED AGAINST DIFFERENT KINDS OF SPAM

values for the purpose of detecting collusion among web pages.

Langville and Meyer [84] claimed that Google may have used the personalized vector to control link farm spam.

The methods, Li et al. proposed to improve HITS in [86] was based on the belief that pages with a small number of incoming links but a large number of outgoing links will deteriorate HITS results. Their solution to this problem was to adjust the weight of such pages in the adjacency matrix.

Davison et al. [44] mentioned that the DiscoWeb search engine calculates up to the top 1/4 eigenvalues and eigenvectors for the HITS related web graph. They consider the pages not only related to the principal eigenvector but also related to higher order eigenvectors. More detail can be found in a recent patent [55].

Eiron et al. suggest that hostrank is more resistant to link spam than PageRank [47]. Caverlee et al. [71] propose a source based ranking algorithm, which can demote web spam. In stead of using hosts, they suggest generating a graph with each node representing pages from the same source.

Bharat and Henzinger's *imp* algorithm [17] can be considered a first generation extension of HITS to solve the problem of mutual reinforcement, which can be considered the simplest spam between two web sites. The idea of imp is quite simple: give an authority weight of $1/k$ if there are $k$ edges on a first site to a single document on a second host. Similarly, give a hub weight of $1/l$ if there are $l$ edges from a single document on the first host to a set of pages on a second host.

## 4.2. TECHNIQUES USED AGAINST DIFFERENT KINDS OF SPAM

The "TKC effect" was first mentioned by Lempel and Moran [85]. Pages within a tightly knit community will get high rank value for iterative processes like HITS. A link farm exploits the TKC effect to improve the position in search engine rankings. The authors proposed the SALSA algorithm which is more resistant to the TKC effect than HITS.

Chakrabarti proposed using DOM trees to enhance topic distillation [31, 28]. He built the Document Object Model (DOM) tree for each page and identified the subtree that is more relevant to the query than other parts. Then, such subtrees get special treatment in the mutual reinforcement process.

Ng et al. analyzed the stability of PageRank and HITS algorithm [95, 96]. After proving the instability of HITS, they proposed two revised HITS algorithms: randomized HITS and subspace HITS. The randomized HITS will follow an incoming link or an outgoing link in turn for each step. The subspace HITS takes multiple eigenvectors into account and gives different weights to the multiple eigenvectors when generating authority scores. This is similar to DiscoWeb [44].

Roberts and Rosenthal [105] proposed a simple algorithm to find clusters of web pages based on their out-link sets and the authority value of a page is proportional to the number of clusters that tend to link to it rather than the number of individual pages that link to it.

Gibson et al. [56] proposed utilizing shingles to detect large dense subgraphs from web graph. They first calculate shingles of outgoing links for each node, then group together

*4.2. TECHNIQUES USED AGAINST DIFFERENT KINDS OF SPAM*

shingles that tend to occur on the same nodes. They finally used small-size fingerprints as an indication of dense subgraphs. By manual evaluation, they found that many big dense subgraphs are actually link farms.

**Techniques against general link spam**

In addition to link farms, many other formats of link manipulation exist. We name them as "general link spam" in this dissertation regardless of the special format of each individual technique. Some well-known general link spam techniques include the following:

- Link exchange.

- Comment spam: link in blog or wiki web sites.

- Link purchase.

A unified solution for these techniques is to judge the usefulness of a link in order to decide whether to keep it or downweight it. Several techniques from different angles have been published to address general link spam.

The notion of trust can be used to fight link spam. Gyöngyi et al. propose an algorithm, TrustRank, to combat web spam [64]. TrustRank is based on the concept of trust in social networks with the assumption that good pages usually point to good pages and seldom generate links to spam pages. Hence, they first select a group of trusted seed pages and assign trust scores to them, while the remaining web pages are given zero trust scores.

34

*4.2. TECHNIQUES USED AGAINST DIFFERENT KINDS OF SPAM*

Then they follow the similar PageRank propagation scheme whereby the trust score is propagated from the seed set to all other reachable pages on the web. Finally, after convergence, the pages with high trust scores are usually good pages and spam pages typically have poor scores. The formula for TrustRank is:

$$t = \alpha * T * t + (1 - \alpha) * d \qquad (4.1)$$

where $t$ is the trustrank score vector, $\alpha$ is the decay factor, $T$ is the transition matrix and $d$ is the normalized trust score vector for the seed set. We will propose a topic-based version of TrustRank in Chapter 7. Recently, Gyöngyi et al. [61] describe the continuous work based on TrustRank. They propose using the difference of PageRank value and TrustRank value to pinpoint link spam pages. Intuitively, pages with good PageRank score but with poor TrustRank score are link spam pages.

Acharya et al. [3] suggested that if some documents have been determined as authoritative, these documents may escape from some future spam-filtering process even if they show some similar pattern as real spam pages.

Taking the opposite track, people have proposed that badness can also be propagated along links. BadRank [1] is the algorithm that follows this direction and is believed to be used by some search engines. An initial bad page set is selected and each page within the bad pages set is assigned a badness value. The formula for BadRank is essentially that of PageRank:

$$BR(A) = E(A)(1 - d) + d \sum_{i=1}^{n} \frac{BR(T_i)}{C(T_i)} \qquad (4.2)$$

## 4.2. TECHNIQUES USED AGAINST DIFFERENT KINDS OF SPAM

where $BR(A)$ is the BadRank of Page $A$. $BR(T_i)$ is the BadRank of page $T_i$, which is the outbound link of page $A$. $C(T_i)$ is the number of inbound links of page $T_i$ and $d$ is the damping factor. $E(A)$ is the initial BadRank value for page $A$. Similar to PageRank, the badness value can be propagated through the reversed web graph iteratively. Any page pointing to bad pages is assigned some portion of badness value in each iteration. Finally, spam pages will have high badness scores.

In Section 5.6, we argue that BadRank may punish ancestors too much and we propose a more limited propagation method. In a similar way, Carvalho et al. [41] first detect abnormal link patterns such as site level mutual reinforcement, site level abnormal support and site level link alliances, then all the links from these abnormal link patterns were either dropped from the link graph or downweighted. Then the general link based ranking algorithms are applied to the modified link graph.

Caverlee et al. [71] suggested using a selective random walk model. In their model, they proposed adding a self-edge for each node in the graph and giving more weight to follow this self-edge when standing at spam pages. In doing so, the vote from spam page is mostly given to itself, hence, nullifying the effect of link spam. We will propose a cautious surfer in Chapter 8 based on the idea of using different weights to follow different outgoing links.

Guha et al. proposed an algorithm [60] of propagating trust and distrust value at the same time in a recommendation system. A similar algorithm can be applied to web pages. Both we [122] and Krishnan and Raj [82] proposed propagating distrust to combat web

36

## 4.2. TECHNIQUES USED AGAINST DIFFERENT KINDS OF SPAM

spam. Both their results showed that using distrust is more helpful in demoting spam than using trust alone. In addition, we also proposed different trust-propagation mechanisms other than the one used in TrustRank [64] and also utilizing the combination of trust and distrust to combat spam. Experimental results showed that some choices of propagating trust can help demote more spam sites from top ranking list. Benczúr et al. [13] propose calculating link based similarity to known spam pages or white list pages to demote other spam pages.

Bharat and Mihaila presented the Hilltop algorithm [18] to identify expert pages on the web. This algorithm proposes to generate good ranking results but also has the effect of fighting spam. First they only indexed expert web pages which are created with the only purpose of directing people to useful resources. Then for each query, only the outgoing links from the most relevant expert pages are selected as candidates. For each of these candidates, a target score is computed based on the query and the anchor text of these candidate links. Finally a list of links with the order of such target score is returned as the response.

"Nepotistic links" are the links between pages that are present for reasons other than merit. They are harmful to link based ranking algorithms, so it is necessary to get rid of them. Davison [42] uses machine learning methods to detect nepotistic links. The features he used include page title, page description, initial IP address octets, common outgoing links, etc.

## 4.2.  TECHNIQUES USED AGAINST DIFFERENT KINDS OF SPAM

Benczur et al. proposed SpamRank [14] based on the assumption that the PageRank values of incoming links for normal pages should follow a power law distribution. For each page, they check the PageRank distribution of all its incoming links. If the distribution does not follow a normal pattern, the page will be penalized. Finally the personalized PageRank will be calculated based on these penalties.

Acharya et al. [3] were first to propose using historical data to identify link spam pages. They argued that a spiky rate of growth in the number of back links may be a signal of spam. In this paper, several other hints for identifying spam were also mentioned. For example, a page is probably a spam page if it is hit for a discordant set of queries. The page that jumps in the ranking across many queries after some time interval may be spam. A sudden jump in the ranking for a query may also be a sign of spam. Shen et al. [108] also proposed utilizing temporal features to detect link spam. The features, which are extracted from different snapshots of the website graph, include in-link growth rate and in-link death rate.

Spam pages may use similar anchor text when pointing to the same page and we recognized this and incorporated this idea in an algorithm to be presented in Section 5.5.

Becchetti et al. [12] proposed a revised PageRank– Truncated PageRank algorithm to combat link based spam. The basic assumption is that for link farm spam pages, they may have lots of supporters within a few steps in the web graph, but little or no support at higher distances. Based on this assumption, they proposed Truncated PageRank, which ignores the contribution from the first level of links and only count the contribution from

*4.2.   TECHNIQUES USED AGAINST DIFFERENT KINDS OF SPAM*

the nodes several steps away.

Webb et al. [112] proposed an novel idea of employing spam email to detect web spam. Their approach is based on the observation that a majority of URLs appearing in email spam are pointing to web spam pages.

Zhang et al. [127] explore the possibility of utilizing both content quality and link quality to combat web spam. They initially manually evaluate both content and link quality for a seed set, then adopt an iteration process to propagate content quality and link quality to other pages on the web. The idea of combining content and link to detect link spam is reasonable, but their approach is still a trust-based propagation method in spirit. Castillo et al. [27] also propose a similar idea of considering both content features and link features to detect web spam.

Researchers also presented approaches targeting at some specific link spam techniques.

**Techniques against comment spam**

Blog or comment spam is the technique in which spammers add spam links to a freely revised blog or wiki system.

In 2005, search engine companies, such as Google, Yahoo! and MSN, [2] proposed to use a new "no-follow" attribute to combat comment spam. They suggested that the owners of the blog websites put a "no-follow" attribute for the comment links appearing on blogs or forums, then a search engines' parser would ignore the links with such "no-follow"

39

*4.2. TECHNIQUES USED AGAINST DIFFERENT KINDS OF SPAM*

attributes. Hence, the effect of the comment spam would be nullified.

Language models can be used to detect comment spam. Mishne et al. [92] believe that the language model of the comment spam is different from the language model of the blog or wiki space. They propose identifying spam comment by detecting the discrepancy of the model used for a comment and the model for the whole blog.

Machine learning techniques can be used to detect comment spam. Kolari et al. [80, 81] proposed using machine learning methods, such as SVM, to detect spam blogs among blog pages.

**Research about link bombing**

Link bombing (a.k.a. Google bombing) [89] is also a link spam technique. Many pages point to a certain page with the same specific anchor text with the goal of inflating this page's ranking in search engines for the query same as the anchor text. Adali et al. analyzed this kind of link bomb in [4] and proved that every node directly pointing to the victim page and no one else is the best organization for the attacking group. In addition, they also discussed the optimal pattern if the attacking group wants to hide itself. Even though they say link bomb, they are really talking about a link farm.

Moulton and Carattini [93] mentioned that they found an algorithm to combat Google bombing spam for most known terms. Unfortunately, no clue to the algorithm was given in the article.

*4.2.   TECHNIQUES USED AGAINST DIFFERENT KINDS OF SPAM*

### 4.2.3   Techniques to combat page-hiding based spam

In addition to content-spam and link spam, another big category of spamming techniques is the page-hiding spam. Some known techniques within this category include cloaking and page redirection.

Cararella and Cutting [24] mentioned that search engines will penalize sites that employ cloaking.

We propose approaches to detect syntactic cloaking and semantic cloaking in Chapter 6.

Najork filed a patent [94] for detecting cloaked pages. He proposed an idea of detecting cloaked pages from users' browsers by installing a toolbar and letting the toolbar send the signature of user visited pages to search engines. It is not clear whether his method can distinguish rapidly changed or dynamically generated web pages from real cloaking pages, which is a major concern for our algorithms in Chapter 6.

Chellapilla and Chickering [33] studied the degree of cloaking among search results for two query categories: popularity and monetizability. They generate candidate queries from search engine query logs and online advertising click-through logs. In addition, they proposed using normalized term frequency difference in computing the cloaking score. The results showed that about 73% of the cloaked URLs for popular queries are spam, while over 98% of the cloaked monetizable search URLs are spam.

Strider [91] is a system to identify spammers by analyzing redirections on web pages. A confirmed spam URL list is used as the starting point. This list is then expanded by

*4.3. LOOKING AT ANTI-SPAM TECHNIQUES FROM DIFFERENT ANGLES*

adding more URLs that co-occur with any URL from this list on guest books or forum web sites. This process iterates until the list converges. To filter false positives from the list, a browser is launched to visit all the URLs within the list. Redirection is recorded and the most popular destination domains after redirection will be marked as spam sites. All the sites associated with the marked spam sites will then also be marked as spam sites.

## 4.3   Looking at anti-spam techniques from different angles

In previous sections, we described each anti-spam technique based on the spamming technique it targets.

In this section, we discuss these anti-spam techniques from several angles. These angles are useful in either (1) telling how well each anti-spam technique can be applied to the workflow of current search engines or, (2) providing insightful hints for fighting future spam.

### 4.3.1   Common methods

Regardless of different formats of spamming techniques, several common anti-spam techniques exist in fighting different types of spam. From Figure 4.1 and discussions in previous sections, we find that machine learning approaches and mathematical (statistical) approaches are used for fighting different types of spam.

### 4.3.  LOOKING AT ANTI-SPAM TECHNIQUES FROM DIFFERENT ANGLES

**Machine learning approach**

Spamming pages are targeted at search engines, while normal web pages are designed for real readers. Because they have different goals, there should be different features for spamming pages and normal pages respectively. Machine learning is already a well-studied research area in computer science with the effect of placing instances into different classes based on their features. Hence, it makes sense that machine learning algorithms have been used for fighting different kinds of search engine spam.

For content spam, Ntoulas et al. [99] extracted features from web pages' content to detect spam pages. Westbrook and Greene [116] proposed finding special semantic patterns to recognize spam pages.

For link based spam, Davison [42] generated a decision tree to detect **nepotistic links**. Amitay et al. [6] studied 16 features from hosts to find patterns for spam hosts. Acharya et al. [3] proposed utilizing patterns within the historical data to identify link spam pages. Becchetti et al. [12] also used machine learning approach in detecting link farms.

For page-hiding spam, we used SVM to classify semantic cloaking pages from normal web pages.

**Mathematical approach**

As found in many other areas in computer science, math has been proved to be an important tool in detecting search engine spam. Approaches from different mathematical areas, such as graph theory and statistical methods, have already been explored in different

43

*4.3.  LOOKING AT ANTI-SPAM TECHNIQUES FROM DIFFERENT ANGLES*

papers.

For content spam, Cararella and Cutting [24] mentioned that search engine can check the statistical distribution of the words in web pages to combat content spam.

For link spam, we [121] proposed using bipartite graph to detect link farms in Chapter 5. Fetterly et al.  proposed measuring outdegree or indegree distribution to find spam [51].  Benczur et al. proposed SpamRank [14], which is based on the assumption that the PageRank values of incoming links for normal pages should follow the power law distribution.

### 4.3.2   Evaluation metrics

To test the performance, different evaluation metrics have been proposed by researchers for their anti-spam approaches.

Usually two metrics are used to judge the performance of anti-spam approaches.

- Use precision and/or recall when pinpointing spam to demonstrate the performance.

- Use the improvement in search quality to demonstrate the performance.

For the first evaluation metric, researchers typically give the precision value when pinpointing spam pages, such as [64, 61, 126, 51].  Recall is harder than precision in the sense that it is not easy to know how many spam pages exist on the web.  For machine learning based anti-spam techniques, researchers usually generate both precision and recall at least for their training and testing data sets, such as [118, 120, 99, 42, 12, 116].

44

*4.3.  LOOKING AT ANTI-SPAM TECHNIQUES FROM DIFFERENT ANGLES*

Because the ultimate goal of fighting spam is to improve search quality, some researchers choose to use the improvement in search quality to demonstrate the effectiveness of their anti-spam approaches [121, 119, 41, 18, 17, 31, 28, 95, 96, 105].

### 4.3.3   Automatic vs. semi-automatic

Because of the enormous size of the web, the spam detection cannot be accomplished by manual processing. Usually these methods need to detect spam automatically, but some methods may still need human experts' intervention, which we called semi-automatic approaches.

In this section, we put known anti-spam techniques into automatic or semi-automatic categories.

**Automatic approach**

Usually the revisions of PageRank or HITS are automatic approaches. Bharat and Henzinger's improvement to HITS [17] is automatic. Chakrabarti's enhanced topics distillation using DOM tree [31, 28] can be calculated automatically. Ng et al.'s randomized HITS and subspace HITS [95, 96] are both automatic algorithms. SALSA is [85] an automated ranking algorithm. Li et al.'s improvement to HITS [86] based on either link structure or content is automatic. Zhang et al.'s heuristic [126] to make PageRank robust to link collusions can be calculated automatically. Wu and Davison [121, 119] proposed two automatic algorithms for combating link farms. HostRank [47] can be calculated without

45

*4.3.  LOOKING AT ANTI-SPAM TECHNIQUES FROM DIFFERENT ANGLES*

human intervention. The HillTop [18] algorithm is a pure automated algorithm.

**Automatic approach plus training**

Generally speaking, the machine learning approaches can be considered as automatic approaches. But typically a training data set must be generated by human experts with manual labeling. In addition, the training process also needs human experts' involvement. After that, these classifiers can be used automatically. Davison's [42] utilized a decision tree to recognize nepotistic links. We [120] built an SVM to detect semantic cloaking pages on the web. Kolari et al. [80, 81] proposed using machine learning methods, such as SVM, to detect spam blogs among blog pages. Ntoulas et al. [99] described the method of detecting spam pages based on the features generated from pages' content. Becchetti et al. [11] proposed building classifiers to detect link farms.

**Semi-automatic methods**

For some algorithms, an initial seed set is needed. Usually, generating this seed set may involve human judgment, thus make these algorithms semi-automatic.

TrustRank [64] needs a good seed set generated by experts. Both We [122] and Krishnan et al. [82] proposed utilizing distrust to combat web spam. They may need human involvement to generate a distrust seed set.

**Algorithms that are not clear**

There are some algorithms that are not clear for us to tell whether they are automatic.

46

*4.3. LOOKING AT ANTI-SPAM TECHNIQUES FROM DIFFERENT ANGLES*

Fetterly et al. [51] used statistical methods to detect spam. Their process of calculating statistics is automatic, but whether and how human experts are necessary to find abnormal distribution from statistics distribution graph remains unclear from their paper.

Langville and Meyer [84] mentioned that Google may have used the personalization vector to control link farm spam. Because no detail is given in the paper, it is unclear whether human intervention is necessary in this process.

### 4.3.4   Online vs. offline calculation

Spam-fighting approaches can be put into different phrases in product lines. Typically, we can differentiate anti-spam approaches based on whether they can be calculated online or offline.

Here "online" means the algorithm is calculated when receiving queries from real users, hence, the results are generated on-the-fly. "Offline" means the algorithm is applied beforehand and no calculation is necessary when receiving queries. Thus, for anti-spam approaches, "online" means that a candidate data set is generated according to users queries, then the spam within the candidate data set is either deleted or the spam's effect being ameliorated before the final response list is sent back to users. "Offline" means the spam has already been detected or the spam's effect has already been ameliorated before the users send queries to the system. It is possible that some spam fighting methods may need both the online and the offline calculation processes.

In this section, we discuss anti-spam algorithms from the view of whether they can be

*4.3.  LOOKING AT ANTI-SPAM TECHNIQUES FROM DIFFERENT ANGLES*

applied online or offline.

**Online calculation**

Usually the algorithms based on HITS need online calculation, because all of these algorithms need their candidate data sets generated by the HITS algorithm, which is an online-calculation process. Hence, previously discussed algorithms that make improvement to HITS, such as those discussed in numerous papers [17, 86, 31, 28, 44, 121, 119, 95, 96], all need online calculation. In addition, SALSA [85] needs online calculation because it needs to find hub and authority pages according to a user's query.

**Offline calculation**

Usually methods related to PageRank have to be calculated offline because the calculation typically involves the whole web graph.

HostRank [47] is similar to PageRank, so it can be calculated offline. Both Wu and Davison's paper [121, 119] and Roberts and Rosenthal's paper [105] presented the idea of downweighting the adjacency matrix. Their algorithms can be also used to the whole web graph for weighted PageRank calculation. TrustRank [64] is calculated offline to find good or bad web sites. Becchetti et al.'s Truncated PageRank [12] also needs offline calculation. The pagerank-inflation calculation [126] is same.

Machine learning approaches or statistical approaches can be utilized offline. Machine learning approaches include Amitay et al.'s [6] site pattern recognition, Davison's nepotistic links [42] detection, ours [120] semantic cloaking detection and Ntoulas et al's [99]

*4.4. SUMMARY*

spam-page detection through content analysis. Fetterly et al. [51] uses statistical methods to detect spam, which is also calculated offline.

**Combined or not sure**

Some approaches need both offline and online calculation.

The HillTop algorithm [18] can be used to build a search engine system, so it needs both offline and online calculation. The process of finding and indexing experts pages is an offline process, but the process of generating response list from these expert pages according to users' queries obviously needs online calculation.

## 4.4   Summary

Combating search engine spam is a fast evolving research area. The fast evolution feature is caused by the fast evolution of spamming techniques. We summary most anti-spam techniques based on the angles in the previous sections in Table 4.2.

Generally speaking, few papers in this area have been published and researchers have not found a perfect solution to search engine spam because spammers invent more complex spamming techniques once anti-spam methods are published. Hence, most results of anti-spam methods never get published.

This survey gives a general view of published spam-fighting techniques. Based on the published anti-spam techniques introduced in Section 4.2.1, 4.2.2 and 4.2.3, we use a chart ( Figure 4.2 ) to show the distribution of publications against different spam techniques.

*4.4. SUMMARY*

| Approach | Automatic | Calculation |
|---|---|---|
| Second eigenvector [67] | Automatic | Offline |
| Use different damping factors [126] | Automatic | Offline |
| Use personalization vector [84] | Automatic | Combined |
| Adjust weights for special pages [86] | Automatic | Online |
| Use more eigenvectors [44, 55] | Automatic | Online |
| HostRank [47] | Automatic | Offline |
| Souce-centric rank [71] | Automatic | Offline |
| imp algorithm [17] | Automatic | Online |
| SALSA [85] | Automatic | Online |
| Dom tree [31] | Automatic | Online |
| Revised HITS [96] | Automatic | Online |
| Downweight links [105, 119, 121] | Automatic | Combined |
| Content classifier [99] | Automatic+training | Offline |
| Detect semantic cloaking [120] | Automatic+training | Offline |
| Detect nepotistic links [42] | Automatic+training | Offline |
| History signal [3] | Automatic | Offline |
| Detect link farms [12] | Automatic+training | Offline |
| Statistical methods [51, 24] | Automatic | Offline |
| SpamRank [14] | Automatic | Offline |
| NLP analysis [116] | Automatic | Offline |
| Strider [91] | Semi-automatic | Offline |
| Detect cloaking [33] | Automatic | Offline |
| Toolbar [94] | Automatic | Offline |
| Detect comment spam [92] | Automatic | Offline |
| "No-follow" flag [2] | Automatic | N.A. |
| Hilltop [18] | Automatic | Offline |
| Trust based methods [64, 123] | Semi-automatic | Offline |
| Distrust propagation [122, 82] | Semi-automatic | Offline |
| Abnormal site link patterns [41] | Automatic | Offline |
| Use temporal feature to detect link spam [108] | Automatic+training | Offline |
| Combine content and link quality [127] | Semi-automatic | Offline |
| Selective random walker model [71] | Semi-automatic | Offline |
| Cautious surfer model [97] | Semi-automatic | Offline |
| Use shingles to detect dense subgraphs [56] | Semi-automatic | Offline |
| Use email spam to detect web spam [112] | Automatic | Offline |
| Detect spam blogs [80, 81] | Automatic+training | Offline |
| Use content and link features [27] | Automatic+training | Offline |

Table 4.2: Summaries of different anti-spam algorithms.

*4.4. SUMMARY*



Figure 4.2: Distribution of anti-spam techniques for different search engine spam.

We estimate that about two-thirds of the published work are for fighting link based spam.

Various good anti-spam techniques have been proposed, while solutions are still pending for some spam techniques. At the same time, new spam techniques will appear and new solutions will be necessary to combat them.

Our hope is that this survey can help researchers to know the state-of-art published techniques against spam and give hints for future directions in fighting spam.

# Chapter 2

# Background

In this chapter, we discuss some known algorithms used in search engines' ranking systems.

In the early days, search engines employed traditional text-based ranking algorithms, such as vector space model and TF-IDF [107]. Since the late 90s, with the invention of link based ranking algorithms (based on the eigenvector of matrix theory), such as PageRank [22] and HITS [79], more search engines are now using a combination of traditional text based ranking algorithms and link based ranking algorithms for their ranking system.

This chapter provides a brief introduction of the concepts of vector space model and TF-IDF algorithms, the concepts of eigenvector and eigenvalue of matrix theory, and link based ranking algorithms.

## 2.1 Traditional vector space model and TF-IDF ranking

Initially search engines employed the vector space model and the TF-IDF based algorithms to generate results. In the vector space model, both queries and documents are represented as vectors in a multidimensional space, typically with one dimension per term in the lexicon of the corpus.

The relation of a document $d$ and a term $t$ can be characterized by two quantities: one is term frequency (TF), the number of times term $t$ appears in document $d$; the other is inverse document frequency (IDF), the ratio of the total number of documents to the number of documents that contain term $t$. There are several possible formulas to calculate TF-IDF. We quote the formula used in SMART system [107].

If we use $n(d,t)$ to represent the number of times term $t$ occurs in document $d$, then

$$TF(d,t) = \begin{cases} 0 & \text{if n(d, t) =0} \\ 1 + log(1 + log(n(d,t))) & \text{otherwise} \end{cases} \tag{2.1}$$

For $IDF$, the formula is:

$$IDF(t) = log\frac{1 + |D|}{|D_t|} \tag{2.2}$$

where $|D|$ is the number of documents in the corpus and $|D_t|$ is the number of documents that contain term $t$ in the corpus.

With the concept of TF and IDF, the coordinate of document $d$ in axis $t$ is calculated by

10

$$d_t = TF(d, t) * IDF(t) \tag{2.3}$$

If there are $m$ different terms in the corpus, each document is represented by a vector with $m$ dimensions. The query is also represented by a vector with $m$ dimensions. By using the representation of query and documents in the same vector space, the proximity between them can be calculated. The proximity of the two vectors is typically defined as the angle between these two vectors or the Euclidean distance between the points represented by these two vectors. Hence, the order of documents for the query is decided by this proximity value. A higher proximity value indicates the document is more relevant to a given query.

## 2.2   Eigenvector and eigenvalue of a matrix

In matrix theory, for a square matrix $A$, if the following equation holds

$$Ax = \lambda x \tag{2.4}$$

where $x$ is a vector and $\lambda$ is a scalar, then $\lambda$ is called an *eigenvalue* of $A$ and the vector $x$ is called the *eigenvector* of $A$ corresponding to $\lambda$.

It is quite possible that there exist several eigenvalues for a matrix $A$. If we use $|\lambda|$ to

*2.3.  LINK BASED RANKING ALGORITHMS*

represent the absolute value of $\lambda$, and have the following sequence,

$$|\lambda_1| > |\lambda_2| > ... > |\lambda_i| \tag{2.5}$$

then $\lambda_1$ is called the principal eigenvalue of $A$, and the corresponding eigenvector is called the principal eigenvector.

## 2.3   Link based ranking algorithms

If we consider the web as a graph [22], with the pages to be nodes and the links in the pages to be edges connecting nodes, we can use an adjacency matrix $M$ to represent the web, i.e. $M[i, j]$ is 1 if there is a link from page $i$ to page $j$, otherwise it is 0.

Based on this adjacency matrix, many link based ranking algorithms have been proposed since the late 90s.  Some of them showed quite good performance when initially being proposed.  The HITS and PageRank are two well-known link based algorithms.

**HITS:** The set of pages in HITS are only a small subset of the whole Web and closely related to a given query [79].  The collection process is that for a given query, firstly only top responses are fetched from a text-based search engines to form a root set.  Then all the pages pointing to any page within the root set and all the pages pointed by any page within the root set are collected to form a core set.  The HITS algorithm is applied to the

### 2.3.  LINK BASED RANKING ALGORITHMS

adjacency matrix for the core set. One thing to note is that only a limited number of internal links are allowed when generating the matrix. Each page has two measures: one is the hub score h[u] and the other is the authority score a[u]. The higher the authority score for a page, the higher indication that the page is a good authority for this query. The higher the hub score for a page, the higher possibility that the page points to many good authority pages. Suppose $E$ is the adjacency matrix for this subset, we have the following equations:

$$\vec{a} = E^T \vec{h} \tag{2.6}$$

$$\vec{h} = E \vec{a} \tag{2.7}$$

After iteration of the above two matrices, $\vec{a}$ will converge to the principal eigenvector of $E^T E$, and $\vec{h}$ will converge to the principal eigenvector of $E E^T$.

**PageRank:** Suppose there are $N$ pages on the web and a page $A$ has incoming links from pages $T_1, T_2, ..., T_n$, while $C(A)$ is the number of links going out of page $A$ and $d$ is a constant value in the range between 0 and 1. Then the PageRank $PR(A)$ is given as follows:

$$PR(A) = \frac{(1-d)}{n} + d \sum_{i=1}^{n} \frac{PR(T_i)}{C(T_i)} \tag{2.8}$$

For the whole web matrix $M$, the above equation will converge after some iterations [22]. After generating the PageRank score for each page on the web, the page will be ranked high if it has a high PageRank score.

# Chapter 3

# Spamming techniques

Researchers have discovered several kinds of search engine spam. Generally speaking, these spamming techniques can be placed into three categories: content spam, link spam and page-hiding spam [21, 63, 40, 69, 100].

In this chapter, related work introducing known spamming techniques are first discussed, followed by details of the three categories of spam are given. In addition to discussing spamming techniques, this chapter discusses a new industry (SEO) that is related to search engine spamming techniques.

## 3.1   Related work

This section discusses earlier surveys about search engine spam.

While a few surveys of search engine spamming techniques have been presented, few surveys of techniques of *fighting* search engine spam have been published. most of the

## 3.1. RELATED WORK

survey of search engine spam are online HTML documents.

Perkins wrote a white paper [100] discussing different kinds of search engine spam. He thought that only two categories of search engine spam exist: content spam and meta spam. He also mentioned link-related spam, but he thought link-related spam could also be classified into two above categories. Some other techniques, such as redirects, cloaking, are also introduced in this document. But Perkins does not think they can be purely identified as spamming techniques because these techniques can be used for legitimate reasons.

Collins [40] presented several current common search engine spamming techniques. Besides considering link farm as spam, he thought the behavior in which, a single business entity interlinks all its own websites is also a type of search engine spam. He named this behavior Publishing Empires. He thought that the spam links added in the wiki sites or blog sites by spammers are headaches for current search engine companies. Some other spamming techniques including Links inside No Script Tags, DHTML layering, Hidden text under layers and Javascript Redirects are also discussed in his article.

Gyöngyi and Garcia-Molina [63] are the first academics to provide a taxonomy of various techniques by spammers to manipulate search engines results. According to their taxonomy, two big categories of spamming techniques exist: one is the boosting spamming techniques and the other is the hiding spamming techniques. Within the boosting spamming category, two sub categories are presented: one is term spamming and the other is link spamming. Term spamming refers to the methods of changing the content to make the

*3.2.  CONTENT SPAM*

spam pages relevant to some queries. Link spamming refers to creating special link structures for the purpose of manipulating link based ranking algorithms. Within the hiding category, three sub categories are introduced: content hiding, cloaking and redirection.

## 3.2   Content spam

Content spam changes the content of the page deliberately to rank it higher. Most content spamming techniques target TF-IDF based ranking algorithms [63].

**Repeated keywords:** The keywords are repeated many times in the document. This technique is quite effective if the ranking algorithms of the search engines give more weight to the frequency of the query word.

**More query words:** To add a dictionary at the bottom of the web page. The words can also be set as invisible or tiny. The advantage that the spammers can take from this technique is that the page will be hit for many query words because the dictionary is now part of the page. A variant of this technique is page synthesis, in which spammers generate billions of pages each with one popular query term or phrase.

**Alt text spam:** To stuff the Alt text with lists of keywords. The Alt tag was initially invented to describe the content of pictures in the HTML page. Users may not see them except when holding the mouse on the picture, but search engines can extract them. So,

16

*3.2. CONTENT SPAM*

some spammers may add a lot of unrelated keywords inside the Alt tag in order to make the page to be hit for more queries.

**Title tag:** To add more words or spam keywords repeatedly to the title tag part. The title tag is used to describe the title of this page so as to give a general view for the page, hence some search engines will give higher weight to the text within the title tag. The spammers may stuff this tag with many unrelated words. So if the search engine gives high weight to the words in the title tag, the page will be ranked higher for these spammed words.

**Meta description tag:** This is the same spam technique as title tag. The meta description tag allows the page designer to give a short description about the page. If unrelated words are put here and the search engine algorithm also indexes the page based on the description, the page will be hit for these unrelated words.

**Meta keywords tag:** The meta keywords tag is invented to show the keywords for this page, just as the keywords section for an academic paper. Some search engines may give high weight to the words appearing here. So the spammers want to take advantage of this by stuffing many unrelated words into this tag.

*3.3.  LINK SPAM*

## 3.3   Link spam

Link spam is the manipulation of the link structure or anchor text among pages to get a higher rank.

**Link farms:** Each page has a collection of links that point to almost every other page. Some ranking algorithms may give pages a higher rank if there are many other pages linking to them. So, by building the link farm, each page will have a higher rank and a new targeted page pointed to by some pages from the link farms will get a higher value too.

**Link exchange:** Web site owners promise to add a link to your site as long as you put a link to their sites, regardless of whether these sites are on a similar topic. Usually the owners will explicitly show this intention on their web pages, or they may send emails to other site owners requesting a link exchange.

**Link purchase:** Some web sites will purchase links to them from other sites that provide this service.

**Expired domains:** Spammers buy the expired domains and put useless content on them. Because some expired domains may have been good ones in the past, they still have some good PageRank values.

18

*3.3. LINK SPAM*

**Doorway pages:** Web pages that consist entirely of links. Usually the links within this doorway page point to pages inside this website, like an index page. Some spammers may build a lot of doorway pages with the intention of getting a higher rank.

**Link bombing spam:** The anchor text of a link misdescribes the target page. Some search engine will judge the content of a page by the anchor text of the links that point to the page. So because of link bombing spam, the target page will be ranked high to some unrelated query words that just appear on the anchor text of links pointing to it. This link bombing spam is often called Google bombing [89].

**Comment or blog spam:** Spammers add trash links in blogs or wiki systems. Because some blogs or wiki web sites have good reputation, spammers want to get benefit from generating this comment spam.

**Hots synthesis:** Spammers make up host names within an owned domain.

**Affiliate link spam:** Several well-known online stores provide affiliate program [1] i.e., if one site's referral translates into a transaction, then the site owner can get some money from this referral. Spammers began to build sites with the only goal being to get the benefit of these affiliate programs. For example, the spammers will copy all pages

---

[1] http://affiliates.ebay.com/

*3.4. PAGE-HIDING SPAM*

from amazon.com or ebay.com and add affiliate links on the page. These pages are only duplicated pages without any added information to web surfers.

## 3.4  Page-hiding spam

The page-hiding based spam presents different and typically more content to search engines to get better ranking for this page.

**IP Cloaking:** To serve different content to a search engine rather than to web users according to different IP addresses of clients. Usually the web server can identify the robots of search engine companies by IP address and send them content other than the page served to normal users.

**User-Agent based cloaking:** User-agent is used in the request to show which client sends out this request. Examples of values assigned to user-agent field include browser and search engine robot. Similar to IP cloaking, a web server can deliver different pages based on different user-agents.

**Redirects:** The origin page is designed with a lot of spamming techniques to be seen by the search engine, while the redirection to a new target page is used when a real browser asks for the page.

20

*3.5. OTHER SPAM*

**Layer based spam:** CSS (Cascading Style Sheets) layers are new concepts in web page design [2]. Layers can be seen as HTML page segments and CSS can be used to show different layers within a page. Some spammers set the layer to be invisible while in fact the spam content is in the layer. The normal user cannot see the spam content, but search engine robot can. This spam technique is similar to the invisible words spam.

## 3.5   Other spam

Besides the above three categories of spam techniques, there are also several other special kinds of spam.

**Duplication spam:** Spammers will copy good content from well-known web sites to make their own pages to fool web users that they are authorities in this area, but actually they have their own purpose. For example, spammers copy content from dmoz [3] or Wikipedia [4] into their own sites, and then they will put links to spam sites within these pages or just put advertisement, such as Google's AdSense [5], within the pages.

---

[2] http://www.w3.org/Style/CSS/

[3] http://dmoz.org/

[4] http://en.wikipedia.org/

[5] https://www.google.com/adsense/

*3.6.  SEARCH ENGINE OPTIMIZATION OR MARKETING*

**Partial duplication spam:** Spammers will copy paragraphs from different well-known web sites and stitch them randomly to make their own web pages.

**General page synthesis:** Spammers make up lots of synthetic documents.

**Query spam:**   Spammers submit robot-queries to search engines to pollute their query logs.

**Toolbar spam:** Spammers submit bogus toolbar data to search engines to pollute their toolbar logs.

## 3.6   Search engine optimization or marketing

An industry has emerged in recent years called search engine optimization (SEO) or search engine marketing (SEM) [113]. The goal of this industry is to help websites achieve better ranking in different search engines. Some examples of legitimate techniques include using significant titles for web pages and giving descriptive words in the META tag.

However, instead of helping web sites owners build higher quality web pages, some SEO companies employ search engine spam techniques to boost their clients' pages. For example, some SEO companies may build a sophisticated link farm and put a link from the farm to their clients' websites. Hence, we still consider some SEO companies to be

*3.6. SEARCH ENGINE OPTIMIZATION OR MARKETING*

spammers as long as they practice spamming techniques. One thing to note is that some

SEO techniques may be considered spam by some search engines, but not by others.

# Chapter 4

# Survey of existing anti-spam techniques

## 4.1   Introduction

Some work for fighting search engine spam has been published in both academic and industrial worlds, using different methods to address some of the spam techniques. This chapter provides a general survey of existing anti-spam techniques.

Because of the enormous size of the web and its ever-increasing speed, more and more users rely on search engines to find information on the web. Better ranking within search engines' results may bring a lot of traffic to web sites and more traffic may mean more profit to commercial web site, so every web master wants his web site to rank as high as possible in the search engines result lists.

24

*4.1. INTRODUCTION*

Search engine spam is the use of unethical methods to manipulate search engines' ranking results [100, 40, 63] and bring pages to a higher ranking position than they should be. Some experts have listed search engine spam as one of the biggest challenges for web search engines [69]. Researchers have published papers mentioning spam or addressing some kind of spam [24, 88, 126, 67, 116, 119, 121, 64, 47, 51, 6, 46, 18]. Surveys introducing different types of spam have been published and we have discussed them in Section 3.1. In contrast, few surveys of anti-spam techniques are available.

Various spamming techniques have been detected. Most of them can be placed into three major categories:

- Content based spam

- Link based spam

- Page-hiding based spam

Details of these spam techniques have been introduced in Chapter 3.

Initially search engine used traditional information retrieval algorithms, such as TF-IDF, to rank web pages for a given query. During this period, content based spam appeared. For example, spammers repeated keywords many times within a page or inserted unrelated keywords for the page to match more queries.

To improve search quality, people proposed link based ranking algorithms, such as PageRank [22] and HITS [79]. The basic philosophy of these link based ranking algorithms is that links on the web are a kind of votes on the target web pages. More or better-quality

*4.2. TECHNIQUES USED AGAINST DIFFERENT KINDS OF SPAM*

votes are good signals showing the target pages are of high authority. The link based ranking algorithms were good at combating content based spam. But soon the link based spam evolved. Spammers began to create link farms or artificial link structures to boost certain pages' link popularity. More and more comments with useless links also appear on reader-editing systems, such as blogs and wiki system. In response, researchers proposed several methods to combat link spam and this topic remains still important today.

The page-hiding based spam is not necessary for the functioning of content based spam or link based spam, but it is still a difficult problem for search engines. For example, cloaking is a kind of page-hiding based spam and several popular search engines consider cloaking as spam [58].

The main contribution of this chapter is that we present a general survey of different techniques used against search engine spam.

The remainder of this chapter is organized as follows. Based on the different categories of spam, the main categorization of different spamming fighting techniques is discussed in Section 4.2. Then, in Section 4.3, we discuss classifications of anti-spamming techniques from several additional angles. The chapter presents a conclusion in Section 4.4.

## 4.2   Techniques used against different kinds of spam

As we discussed in the previous chapter, many kinds of spamming techniques have been created. Usually three major categories are content based spam, link based spam and hiding based spam. So far, there has been no one method that could overcome all these

26

*4.2.  TECHNIQUES USED AGAINST DIFFERENT KINDS OF SPAM*



Figure 4.1: Techniques against different categories of search engine spam.

spamming techniques. Researchers have proposed or applied different methods to fight different spamming techniques. These different approaches for fighting spam are shown in Figure 4.1.

## 4.2.1   Techniques to combat content based spam

As described in Section 3.2, content based spam intends to change web pages' content for spamming purposes. Usually the goal of content based spamming techniques is to manipulate TF-IDF based ranking algorithms.

Some well-known spam techniques include repeated keywords, an unrelated page title and adding a dictionary to the bottom of the page. Search engine experts have fought these content based spam techniques for years. Unfortunately, not much has been published

27

## 4.2.  TECHNIQUES USED AGAINST DIFFERENT KINDS OF SPAM

about fighting the content based spam.

Researchers have presented several approaches to combat content based spam.

An natural language processing (NLP) approach has been proposed to combat content based spam. Westbrook and Greene [116] uses semantic analysis of textual content to detect spam. They built a spam page analyzer based on some features, including average sentence length, frequency of stop-word occurrence and analysis of parts of speech. According to their report, more work is still necessary for this NLP approach to generate useful results.

Statistical approaches may be used to combat content based spam. Cafarella and Cutting [24] present some clues in this direction. For example, they propose that search engine eliminates repeated terms if these terms appear consecutively more than a certain number of times. In addition, a search engine can check the statistical distribution of the words in web pages to combat the spamming techniques like adding irrelevant or repeated words with good-looking text.

Link based ranking algorithms, such as PageRank and HITS, can be used to combat content based spam. These link based ranking algorithms, which are proposed mainly for improve ranking performance, might be the most prominent solution to ameliorate the effect of content based spam. The link based ranking algorithms give each page an authority value to show relatively how important this page is when comparing with other pages. Higher-authority value means a higher importance. With the invention of this link based authority score, search engines are using the combination of the TF-IDF score

*4.2.   TECHNIQUES USED AGAINST DIFFERENT KINDS OF SPAM*

and the authority score for their ranking systems. Hence, pages using only content based spamming techniques can no longer be ranked high.

Machine learning methods have been explored to combat content based spam. Ntoulas et al. [99] describe the method of detecting spam pages as based on the features generated from pages' content. They extract heuristic features, such as number of words in the page title or the fraction of globally popular words, and train a classifier to differentiate spam pages and non-spam pages. The good results they generate indicate that machine learning is a promising direction for combating content based spam.

## 4.2.2   Techniques to combat link based spam

Link based ranking algorithms, performed well when first introduced. The great success of Google [1] is a good example. With the publication of PageRank [22] and HITS [79] and the great success of search engines adopting link based ranking algorithms, spammers spend more and more efforts to manipulate link structure to boost their rankings.

Several known popular link spam techniques include link farms, comment spam and link bombing. The rest of this section will discuss approaches used against link spam.

**Techniques against link farms**

A link farm is a set of pages or sites that are densely connected with each other. Because link farms are believed to be harmful [19, 85] to link based ranking algorithms, researchers have studied the characteristics of link farms and proposed different techniques have to

---

[1]http://www.google.com/

## 4.2.  TECHNIQUES USED AGAINST DIFFERENT KINDS OF SPAM

address this problem.

Researchers have explored the characteristics of link farms. Wu and Davison [121] show that link farms can form bipartite subgraphs in the document-link matrix when considering anchor texts as part of the link, the details can be found in Section 5.5. Gyöngyi and Garcia-Molina [62] discovered the optimal link structure to boost a certain target page when building a link farm. Baeza-Yates et al. [8] also investigated the gain of PageRank value for different link collusion. Adali et al. [4] studied the optimal structure for link bombs.

The following approaches have been proposed to combat link farms.

A graph theory-based approach can be used to detect link farms. Wu and Davison used bipartite graph for finding spam in [121]. The details of this approach are given in Section 5.5.

Some researchers have proposed utilizing statistical approaches to detect link farms. Cafarella and Cutting [24], for example, mentioned that a search engine can look for statistically unusual link structures to combat link farm spam. Fetterly et al. described utilizing statistical analysis to find spam [51] and in their paper contains several distribution graphs, such as the distribution of the number of different host-names mapping to the same IP address, or the distribution of out-degrees. Most of these distributions are modeled well by formulas such as a power law. The outliers of these curves are marked as spam candidates. The manual evaluation shows the statistical approach has a very good

*4.2.  TECHNIQUES USED AGAINST DIFFERENT KINDS OF SPAM*

| Authors | Based on | Approach |
|---------|----------|----------|
| Haveliwala and Kamvar [67] | PageRank | Use non-principal eigenvectors |
| Zhang et al. [126] | PageRank | Use different damping factors |
| Langville and Meyer [84] | PageRank | Use personalization vector |
| Li et al. [86] | HITS | Adjust weights for special pages |
| Davison et al. [44] | HITS | Calculate more eigenvectors |
| Eiron et al. [47] | PageRank | Use Hostrank instead of PageRank |
| Bharat and Henzinger's[17] | HITS | Handling "mutual reinforcement" |
| Lempel and Moran [85] | HITS | Use SALSA algorithm |
| Chakrabarti et al. [31] | HITS | Use DOM tree |
| Ng et al. [96] | HITS | Use revised HITS |
| Roberts and Rosenthal [105] | HITS | Downweight some clusters |

Table 4.1: Utilizing link based algorithms or revised link based algorithms to combat link farms.

accuracy in detecting link farms.

The machine learning approach can be used to detect link farms. Amitay et al. [6] proposed using categorization algorithms to detect a web site's functionality. Although their work was not aimed at detecting web spam, they identified 31 clusters, each of which appears to be a spam ring. Recently, Becchetti et al. [11] proposed building classifiers to detect link farms. In addition to using some typical features, they added new features in building the classifier, including TrustRank value, Truncated PageRank value and estimated supporters.

The link based ranking algorithms themselves or their revised versions can be used for combating link farms ( see Table 4.1 ).

Haveliwala and Kamvar [67] mentioned that analysis of the non-principal PageRank eigenvectors may lead to new ways to fight spam.

Zhang et al. [126] proposed using different damping factors to calculate PageRank

## 4.2. TECHNIQUES USED AGAINST DIFFERENT KINDS OF SPAM

values for the purpose of detecting collusion among web pages.

Langville and Meyer [84] claimed that Google may have used the personalized vector to control link farm spam.

The methods, Li et al. proposed to improve HITS in [86] was based on the belief that pages with a small number of incoming links but a large number of outgoing links will deteriorate HITS results. Their solution to this problem was to adjust the weight of such pages in the adjacency matrix.

Davison et al. [44] mentioned that the DiscoWeb search engine calculates up to the top 1/4 eigenvalues and eigenvectors for the HITS related web graph. They consider the pages not only related to the principal eigenvector but also related to higher order eigenvectors. More detail can be found in a recent patent [55].

Eiron et al. suggest that hostrank is more resistant to link spam than PageRank [47]. Caverlee et al. [71] propose a source based ranking algorithm, which can demote web spam. In stead of using hosts, they suggest generating a graph with each node representing pages from the same source.

Bharat and Henzinger's *imp* algorithm [17] can be considered a first generation extension of HITS to solve the problem of mutual reinforcement, which can be considered the simplest spam between two web sites. The idea of imp is quite simple: give an authority weight of $1/k$ if there are $k$ edges on a first site to a single document on a second host. Similarly, give a hub weight of $1/l$ if there are $l$ edges from a single document on the first host to a set of pages on a second host.

### 4.2.   TECHNIQUES USED AGAINST DIFFERENT KINDS OF SPAM

The "TKC effect" was first mentioned by Lempel and Moran [85].  Pages within a tightly knit community will get high rank value for iterative processes like HITS. A link farm exploits the TKC effect to improve the position in search engine rankings.  The authors proposed the SALSA algorithm which is more resistant to the TKC effect than HITS.

Chakrabarti proposed using DOM trees to enhance topic distillation [31, 28]. He built the Document Object Model (DOM) tree for each page and identified the subtree that is more relevant to the query than other parts.  Then, such subtrees get special treatment in the mutual reinforcement process.

Ng et al. analyzed the stability of PageRank and HITS algorithm [95, 96].  After proving the instability of HITS, they proposed two revised HITS algorithms: randomized HITS and subspace HITS. The randomized HITS will follow an incoming link or an outgoing link in turn for each step.  The subspace HITS takes multiple eigenvectors into account and gives different weights to the multiple eigenvectors when generating authority scores. This is similar to DiscoWeb [44].

Roberts and Rosenthal [105] proposed a simple algorithm to find clusters of web pages based on their out-link sets and the authority value of a page is proportional to the number of clusters that tend to link to it rather than the number of individual pages that link to it.

Gibson et al. [56] proposed utilizing shingles to detect large dense subgraphs from web graph.  They first calculate shingles of outgoing links for each node, then group together

4.2. *TECHNIQUES USED AGAINST DIFFERENT KINDS OF SPAM*

shingles that tend to occur on the same nodes. They finally used small-size fingerprints as an indication of dense subgraphs. By manual evaluation, they found that many big dense subgraphs are actually link farms.

**Techniques against general link spam**

In addition to link farms, many other formats of link manipulation exist. We name them as "general link spam" in this dissertation regardless of the special format of each individual technique. Some well-known general link spam techniques include the following:

- Link exchange.

- Comment spam: link in blog or wiki web sites.

- Link purchase.

A unified solution for these techniques is to judge the usefulness of a link in order to decide whether to keep it or downweight it. Several techniques from different angles have been published to address general link spam.

The notion of trust can be used to fight link spam. Gyöngyi et al. propose an algorithm, TrustRank, to combat web spam [64]. TrustRank is based on the concept of trust in social networks with the assumption that good pages usually point to good pages and seldom generate links to spam pages. Hence, they first select a group of trusted seed pages and assign trust scores to them, while the remaining web pages are given zero trust scores.

34

*4.2. TECHNIQUES USED AGAINST DIFFERENT KINDS OF SPAM*

Then they follow the similar PageRank propagation scheme whereby the trust score is propagated from the seed set to all other reachable pages on the web. Finally, after convergence, the pages with high trust scores are usually good pages and spam pages typically have poor scores. The formula for TrustRank is:

$$t = \alpha * T * t + (1 - \alpha) * d \tag{4.1}$$

where $t$ is the trustrank score vector, $\alpha$ is the decay factor, $T$ is the transition matrix and $d$ is the normalized trust score vector for the seed set. We will propose a topic-based version of TrustRank in Chapter 7. Recently, Gyöngyi et al. [61] describe the continuous work based on TrustRank. They propose using the difference of PageRank value and TrustRank value to pinpoint link spam pages. Intuitively, pages with good PageRank score but with poor TrustRank score are link spam pages.

Acharya et al. [3] suggested that if some documents have been determined as authoritative, these documents may escape from some future spam-filtering process even if they show some similar pattern as real spam pages.

Taking the opposite track, people have proposed that badness can also be propagated along links. BadRank [1] is the algorithm that follows this direction and is believed to be used by some search engines. An initial bad page set is selected and each page within the bad pages set is assigned a badness value. The formula for BadRank is essentially that of PageRank:

$$BR(A) = E(A)(1 - d) + d \sum_{i=1}^{n} \frac{BR(T_i)}{C(T_i)} \tag{4.2}$$

35

## 4.2. TECHNIQUES USED AGAINST DIFFERENT KINDS OF SPAM

where $BR(A)$ is the BadRank of Page $A$. $BR(T_i)$ is the BadRank of page $T_i$, which is the outbound link of page $A$. $C(T_i)$ is the number of inbound links of page $T_i$ and $d$ is the damping factor. $E(A)$ is the initial BadRank value for page $A$. Similar to PageRank, the badness value can be propagated through the reversed web graph iteratively. Any page pointing to bad pages is assigned some portion of badness value in each iteration. Finally, spam pages will have high badness scores.

In Section 5.6, we argue that BadRank may punish ancestors too much and we propose a more limited propagation method. In a similar way, Carvalho et al. [41] first detect abnormal link patterns such as site level mutual reinforcement, site level abnormal support and site level link alliances, then all the links from these abnormal link patterns were either dropped from the link graph or downweighted. Then the general link based ranking algorithms are applied to the modified link graph.

Caverlee et al. [71] suggested using a selective random walk model. In their model, they proposed adding a self-edge for each node in the graph and giving more weight to follow this self-edge when standing at spam pages. In doing so, the vote from spam page is mostly given to itself, hence, nullifying the effect of link spam. We will propose a cautious surfer in Chapter 8 based on the idea of using different weights to follow different outgoing links.

Guha et al. proposed an algorithm [60] of propagating trust and distrust value at the same time in a recommendation system. A similar algorithm can be applied to web pages. Both we [122] and Krishnan and Raj [82] proposed propagating distrust to combat web

36

## 4.2.  TECHNIQUES USED AGAINST DIFFERENT KINDS OF SPAM

spam. Both their results showed that using distrust is more helpful in demoting spam than using trust alone. In addition, we also proposed different trust-propagation mechanisms other than the one used in TrustRank [64] and also utilizing the combination of trust and distrust to combat spam. Experimental results showed that some choices of propagating trust can help demote more spam sites from top ranking list. Benczúr et al. [13] propose calculating link based similarity to known spam pages or white list pages to demote other spam pages.

Bharat and Mihaila presented the Hilltop algorithm [18] to identify expert pages on the web. This algorithm proposes to generate good ranking results but also has the effect of fighting spam. First they only indexed expert web pages which are created with the only purpose of directing people to useful resources. Then for each query, only the outgoing links from the most relevant expert pages are selected as candidates. For each of these candidates, a target score is computed based on the query and the anchor text of these candidate links. Finally a list of links with the order of such target score is returned as the response.

"Nepotistic links" are the links between pages that are present for reasons other than merit. They are harmful to link based ranking algorithms, so it is necessary to get rid of them. Davison [42] uses machine learning methods to detect nepotistic links. The features he used include page title, page description, initial IP address octets, common outgoing links, etc.

## 4.2. TECHNIQUES USED AGAINST DIFFERENT KINDS OF SPAM

Benczur et al. proposed SpamRank [14] based on the assumption that the PageRank values of incoming links for normal pages should follow a power law distribution. For each page, they check the PageRank distribution of all its incoming links. If the distribution does not follow a normal pattern, the page will be penalized. Finally the personalized PageRank will be calculated based on these penalties.

Acharya et al. [3] were first to propose using historical data to identify link spam pages. They argued that a spiky rate of growth in the number of back links may be a signal of spam. In this paper, several other hints for identifying spam were also mentioned. For example, a page is probably a spam page if it is hit for a discordant set of queries. The page that jumps in the ranking across many queries after some time interval may be spam. A sudden jump in the ranking for a query may also be a sign of spam. Shen et al. [108] also proposed utilizing temporal features to detect link spam. The features, which are extracted from different snapshots of the website graph, include in-link growth rate and in-link death rate.

Spam pages may use similar anchor text when pointing to the same page and we recognized this and incorporated this idea in an algorithm to be presented in Section 5.5.

Becchetti et al. [12] proposed a revised PageRank– Truncated PageRank algorithm to combat link based spam. The basic assumption is that for link farm spam pages, they may have lots of supporters within a few steps in the web graph, but little or no support at higher distances. Based on this assumption, they proposed Truncated PageRank, which ignores the contribution from the first level of links and only count the contribution from

*4.2.   TECHNIQUES USED AGAINST DIFFERENT KINDS OF SPAM*

the nodes several steps away.

Webb et al. [112] proposed an novel idea of employing spam email to detect web spam. Their approach is based on the observation that a majority of URLs appearing in email spam are pointing to web spam pages.

Zhang et al. [127] explore the possibility of utilizing both content quality and link quality to combat web spam. They initially manually evaluate both content and link quality for a seed set, then adopt an iteration process to propagate content quality and link quality to other pages on the web. The idea of combining content and link to detect link spam is reasonable, but their approach is still a trust-based propagation method in spirit. Castillo et al. [27] also propose a similar idea of considering both content features and link features to detect web spam.

Researchers also presented approaches targeting at some specific link spam techniques.

**Techniques against comment spam**

Blog or comment spam is the technique in which spammers add spam links to a freely revised blog or wiki system.

In 2005, search engine companies, such as Google, Yahoo! and MSN, [2] proposed to use a new "no-follow" attribute to combat comment spam. They suggested that the owners of the blog websites put a "no-follow" attribute for the comment links appearing on blogs or forums, then a search engines' parser would ignore the links with such "no-follow"

39

*4.2.   TECHNIQUES USED AGAINST DIFFERENT KINDS OF SPAM*

attributes. Hence, the effect of the comment spam would be nullified.

Language models can be used to detect comment spam. Mishne et al. [92] believe that the language model of the comment spam is different from the language model of the blog or wiki space. They propose identifying spam comment by detecting the discrepancy of the model used for a comment and the model for the whole blog.

Machine learning techniques can be used to detect comment spam. Kolari et al. [80, 81] proposed using machine learning methods, such as SVM, to detect spam blogs among blog pages.

**Research about link bombing**

Link bombing (a.k.a. Google bombing) [89] is also a link spam technique. Many pages point to a certain page with the same specific anchor text with the goal of inflating this page's ranking in search engines for the query same as the anchor text. Adali et al. analyzed this kind of link bomb in [4] and proved that every node directly pointing to the victim page and no one else is the best organization for the attacking group. In addition, they also discussed the optimal pattern if the attacking group wants to hide itself. Even though they say link bomb, they are really talking about a link farm.

Moulton and Carattini [93] mentioned that they found an algorithm to combat Google bombing spam for most known terms. Unfortunately, no clue to the algorithm was given in the article.

*4.2.   TECHNIQUES USED AGAINST DIFFERENT KINDS OF SPAM*

### 4.2.3   Techniques to combat page-hiding based spam

In addition to content-spam and link spam, another big category of spamming techniques is the page-hiding spam. Some known techniques within this category include cloaking and page redirection.

Cararella and Cutting [24] mentioned that search engines will penalize sites that employ cloaking.

We propose approaches to detect syntactic cloaking and semantic cloaking in Chapter 6.

Najork filed a patent [94] for detecting cloaked pages. He proposed an idea of detecting cloaked pages from users' browsers by installing a toolbar and letting the toolbar send the signature of user visited pages to search engines. It is not clear whether his method can distinguish rapidly changed or dynamically generated web pages from real cloaking pages, which is a major concern for our algorithms in Chapter 6.

Chellapilla and Chickering [33] studied the degree of cloaking among search results for two query categories: popularity and monetizability. They generate candidate queries from search engine query logs and online advertising click-through logs. In addition, they proposed using normalized term frequency difference in computing the cloaking score. The results showed that about 73% of the cloaked URLs for popular queries are spam, while over 98% of the cloaked monetizable search URLs are spam.

Strider [91] is a system to identify spammers by analyzing redirections on web pages. A confirmed spam URL list is used as the starting point. This list is then expanded by

*4.3.  LOOKING AT ANTI-SPAM TECHNIQUES FROM DIFFERENT ANGLES*

adding more URLs that co-occur with any URL from this list on guest books or forum web sites. This process iterates until the list converges. To filter false positives from the list, a browser is launched to visit all the URLs within the list. Redirection is recorded and the most popular destination domains after redirection will be marked as spam sites. All the sites associated with the marked spam sites will then also be marked as spam sites.

## 4.3   Looking at anti-spam techniques from different angles

In previous sections, we described each anti-spam technique based on the spamming technique it targets.

In this section, we discuss these anti-spam techniques from several angles. These angles are useful in either (1) telling how well each anti-spam technique can be applied to the workflow of current search engines or, (2) providing insightful hints for fighting future spam.

### 4.3.1   Common methods

Regardless of different formats of spamming techniques, several common anti-spam techniques exist in fighting different types of spam. From Figure 4.1 and discussions in previous sections, we find that machine learning approaches and mathematical (statistical) approaches are used for fighting different types of spam.

### 4.3.  LOOKING AT ANTI-SPAM TECHNIQUES FROM DIFFERENT ANGLES

**Machine learning approach**

Spamming pages are targeted at search engines, while normal web pages are designed for real readers. Because they have different goals, there should be different features for spamming pages and normal pages respectively. Machine learning is already a well-studied research area in computer science with the effect of placing instances into different classes based on their features. Hence, it makes sense that machine learning algorithms have been used for fighting different kinds of search engine spam.

For content spam, Ntoulas et al. [99] extracted features from web pages' content to detect spam pages. Westbrook and Greene [116] proposed finding special semantic patterns to recognize spam pages.

For link based spam, Davison [42] generated a decision tree to detect **nepotistic links**. Amitay et al. [6] studied 16 features from hosts to find patterns for spam hosts. Acharya et al. [3] proposed utilizing patterns within the historical data to identify link spam pages. Becchetti et al. [12] also used machine learning approach in detecting link farms.

For page-hiding spam, we used SVM to classify semantic cloaking pages from normal web pages.

**Mathematical approach**

As found in many other areas in computer science, math has been proved to be an important tool in detecting search engine spam. Approaches from different mathematical areas, such as graph theory and statistical methods, have already been explored in different

43

*4.3.   LOOKING AT ANTI-SPAM TECHNIQUES FROM DIFFERENT ANGLES*

papers.

For content spam, Cararella and Cutting [24] mentioned that search engine can check the statistical distribution of the words in web pages to combat content spam.

For link spam, we [121] proposed using bipartite graph to detect link farms in Chapter 5. Fetterly et al. proposed measuring outdegree or indegree distribution to find spam [51]. Benczur et al. proposed SpamRank [14], which is based on the assumption that the PageRank values of incoming links for normal pages should follow the power law distribution.

### 4.3.2   Evaluation metrics

To test the performance, different evaluation metrics have been proposed by researchers for their anti-spam approaches.

Usually two metrics are used to judge the performance of anti-spam approaches.

- Use precision and/or recall when pinpointing spam to demonstrate the performance.

- Use the improvement in search quality to demonstrate the performance.

For the first evaluation metric, researchers typically give the precision value when pinpointing spam pages, such as [64, 61, 126, 51]. Recall is harder than precision in the sense that it is not easy to know how many spam pages exist on the web. For machine learning based anti-spam techniques, researchers usually generate both precision and recall at least for their training and testing data sets, such as [118, 120, 99, 42, 12, 116].

44

*4.3. LOOKING AT ANTI-SPAM TECHNIQUES FROM DIFFERENT ANGLES*

Because the ultimate goal of fighting spam is to improve search quality, some researchers choose to use the improvement in search quality to demonstrate the effectiveness of their anti-spam approaches [121, 119, 41, 18, 17, 31, 28, 95, 96, 105].

### 4.3.3   Automatic vs. semi-automatic

Because of the enormous size of the web, the spam detection cannot be accomplished by manual processing. Usually these methods need to detect spam automatically, but some methods may still need human experts' intervention, which we called semi-automatic approaches.

In this section, we put known anti-spam techniques into automatic or semi-automatic categories.

**Automatic approach**

Usually the revisions of PageRank or HITS are automatic approaches. Bharat and Henzinger's improvement to HITS [17] is automatic. Chakrabarti's enhanced topics distillation using DOM tree [31, 28] can be calculated automatically. Ng et al.'s randomized HITS and subspace HITS [95, 96] are both automatic algorithms. SALSA is [85] an automated ranking algorithm. Li et al.'s improvement to HITS [86] based on either link structure or content is automatic. Zhang et al.'s heuristic [126] to make PageRank robust to link collusions can be calculated automatically. Wu and Davison [121, 119] proposed two automatic algorithms for combating link farms. HostRank [47] can be calculated without

45

*4.3.  LOOKING AT ANTI-SPAM TECHNIQUES FROM DIFFERENT ANGLES*

human intervention. The HillTop [18] algorithm is a pure automated algorithm.

**Automatic approach plus training**

Generally speaking, the machine learning approaches can be considered as automatic approaches. But typically a training data set must be generated by human experts with manual labeling. In addition, the training process also needs human experts' involvement. After that, these classifiers can be used automatically. Davison's [42] utilized a decision tree to recognize nepotistic links. We [120] built an SVM to detect semantic cloaking pages on the web. Kolari et al. [80, 81] proposed using machine learning methods, such as SVM, to detect spam blogs among blog pages. Ntoulas et al. [99] described the method of detecting spam pages based on the features generated from pages' content. Becchetti et al. [11] proposed building classifiers to detect link farms.

**Semi-automatic methods**

For some algorithms, an initial seed set is needed. Usually, generating this seed set may involve human judgment, thus make these algorithms semi-automatic.

TrustRank [64] needs a good seed set generated by experts. Both We [122] and Krishnan et al. [82] proposed utilizing distrust to combat web spam. They may need human involvement to generate a distrust seed set.

**Algorithms that are not clear**

There are some algorithms that are not clear for us to tell whether they are automatic.

46

*4.3. LOOKING AT ANTI-SPAM TECHNIQUES FROM DIFFERENT ANGLES*

Fetterly et al. [51] used statistical methods to detect spam. Their process of calculating statistics is automatic, but whether and how human experts are necessary to find abnormal distribution from statistics distribution graph remains unclear from their paper.

Langville and Meyer [84] mentioned that Google may have used the personalization vector to control link farm spam. Because no detail is given in the paper, it is unclear whether human intervention is necessary in this process.

## 4.3.4   Online vs. offline calculation

Spam-fighting approaches can be put into different phrases in product lines. Typically, we can differentiate anti-spam approaches based on whether they can be calculated online or offline.

Here "online" means the algorithm is calculated when receiving queries from real users, hence, the results are generated on-the-fly. "Offline" means the algorithm is applied beforehand and no calculation is necessary when receiving queries. Thus, for anti-spam approaches, "online" means that a candidate data set is generated according to users queries, then the spam within the candidate data set is either deleted or the spam's effect being ameliorated before the final response list is sent back to users. "Offline" means the spam has already been detected or the spam's effect has already been ameliorated before the users send queries to the system. It is possible that some spam fighting methods may need both the online and the offline calculation processes.

In this section, we discuss anti-spam algorithms from the view of whether they can be

*4.3.  LOOKING AT ANTI-SPAM TECHNIQUES FROM DIFFERENT ANGLES*

applied online or offline.

**Online calculation**

Usually the algorithms based on HITS need online calculation, because all of these algorithms need their candidate data sets generated by the HITS algorithm, which is an online-calculation process. Hence, previously discussed algorithms that make improvement to HITS, such as those discussed in numerous papers [17, 86, 31, 28, 44, 121, 119, 95, 96], all need online calculation. In addition, SALSA [85] needs online calculation because it needs to find hub and authority pages according to a user's query.

**Offline calculation**

Usually methods related to PageRank have to be calculated offline because the calculation typically involves the whole web graph.

HostRank [47] is similar to PageRank, so it can be calculated offline. Both Wu and Davison's paper [121, 119] and Roberts and Rosenthal's paper [105] presented the idea of downweighting the adjacency matrix. Their algorithms can be also used to the whole web graph for weighted PageRank calculation. TrustRank [64] is calculated offline to find good or bad web sites. Becchetti et al.'s Truncated PageRank [12] also needs offline calculation. The pagerank-inflation calculation [126] is same.

Machine learning approaches or statistical approaches can be utilized offline. Machine learning approaches include Amitay et al.'s [6] site pattern recognition, Davison's nepotistic links [42] detection, ours [120] semantic cloaking detection and Ntoulas et al's [99]

*4.4. SUMMARY*

spam-page detection through content analysis. Fetterly et al. [51] uses statistical methods to detect spam, which is also calculated offline.

**Combined or not sure**

Some approaches need both offline and online calculation.

The HillTop algorithm [18] can be used to build a search engine system, so it needs both offline and online calculation. The process of finding and indexing experts pages is an offline process, but the process of generating response list from these expert pages according to users' queries obviously needs online calculation.

## 4.4   Summary

Combating search engine spam is a fast evolving research area. The fast evolution feature is caused by the fast evolution of spamming techniques. We summary most anti-spam techniques based on the angles in the previous sections in Table 4.2.

Generally speaking, few papers in this area have been published and researchers have not found a perfect solution to search engine spam because spammers invent more complex spamming techniques once anti-spam methods are published. Hence, most results of anti-spam methods never get published.

This survey gives a general view of published spam-fighting techniques. Based on the published anti-spam techniques introduced in Section 4.2.1, 4.2.2 and 4.2.3, we use a chart ( Figure 4.2 ) to show the distribution of publications against different spam techniques.

49

*4.4.  SUMMARY*

| Approach | Automatic | Calculation |
|---|---|---|
| Second eigenvector [67] | Automatic | Offline |
| Use different damping factors [126] | Automatic | Offline |
| Use personalization vector [84] | Automatic | Combined |
| Adjust weights for special pages [86] | Automatic | Online |
| Use more eigenvectors [44, 55] | Automatic | Online |
| HostRank [47] | Automatic | Offline |
| Souce-centric rank [71] | Automatic | Offline |
| imp algorithm [17] | Automatic | Online |
| SALSA [85] | Automatic | Online |
| Dom tree [31] | Automatic | Online |
| Revised HITS [96] | Automatic | Online |
| Downweight links [105, 119, 121] | Automatic | Combined |
| Content classifier [99] | Automatic+training | Offline |
| Detect semantic cloaking [120] | Automatic+training | Offline |
| Detect nepotistic links [42] | Automatic+training | Offline |
| History signal [3] | Automatic | Offline |
| Detect link farms [12] | Automatic+training | Offline |
| Statistical methods [51, 24] | Automatic | Offline |
| SpamRank [14] | Automatic | Offline |
| NLP analysis [116] | Automatic | Offline |
| Strider [91] | Semi-automatic | Offline |
| Detect cloaking [33] | Automatic | Offline |
| Toolbar [94] | Automatic | Offline |
| Detect comment spam [92] | Automatic | Offline |
| "No-follow" flag [2] | Automatic | N.A. |
| Hilltop [18] | Automatic | Offline |
| Trust based methods [64, 123] | Semi-automatic | Offline |
| Distrust propagation [122, 82] | Semi-automatic | Offline |
| Abnormal site link patterns [41] | Automatic | Offline |
| Use temporal feature to detect link spam [108] | Automatic+training | Offline |
| Combine content and link quality [127] | Semi-automatic | Offline |
| Selective random walker model [71] | Semi-automatic | Offline |
| Cautious surfer model [97] | Semi-automatic | Offline |
| Use shingles to detect dense subgraphs [56] | Semi-automatic | Offline |
| Use email spam to detect web spam [112] | Automatic | Offline |
| Detect spam blogs [80, 81] | Automatic+training | Offline |
| Use content and link features [27] | Automatic+training | Offline |

Table 4.2: Summaries of different anti-spam algorithms.

*4.4. SUMMARY*



Figure 4.2: Distribution of anti-spam techniques for different search engine spam.

We estimate that about two-thirds of the published work are for fighting link based spam.

Various good anti-spam techniques have been proposed, while solutions are still pending for some spam techniques. At the same time, new spam techniques will appear and new solutions will be necessary to combat them.

Our hope is that this survey can help researchers to know the state-of-art published techniques against spam and give hints for future directions in fighting spam.

51

# Chapter 5

# Detecting link farms

Beginning with this chapter, and continuing through Chapter 8, we propose different algorithms to fight different search engine spam techniques. This chapter explores algorithms for detecting link farm spam. Chapter 6 explores algorithms for detecting cloaking. In Chapter 7 and 8, methods related to topicality and trust are investigated to demote spam and to improve ranking performance.

A link farm is a network of web sites that are densely connected with one another. When the link based algorithms, such as HITS and PageRank first appeared, they worked quite well and were able to generate results quite relevant to given queries. But link farms can affect these algorithms greatly. In this chapter, we first show the impact of link farms to the well-known link based ranking algorithms; then we propose two methods to address link farms.

The main contribution of our work on detecting link farms is that we were the first to

*5.1.  INTRODUCTION*

publicly propose methods [119, 121] to fight link farms.  The paper [119] describing the method in Section 5.6 has been cited more than 15 times within one year after publication, including in Monika Henzinger's keynote speech [68] in the sixteenth ACM conference on Hypertext and Hypermedia in 2005.

## 5.1   Introduction

A link farm usually has the structure of a complete or nearly complete subgraph.  Hence, the link farm is one example of the tightly knit community ("TKC") effect [85].  Because TKCs can have significant impacts [85, 19, 105] on eigenvector-based ranking algorithms, such as HITS or PageRank, it is necessary to detect link farms and ameliorate their effect on the ranking process.

When first introduced, algorithms like HITS (variant of which is found in search engine Teoma which powers Ask.com) did quite well for fighting content spam and gave quite relevant results.  However with the appearance of link spam, HITS is no longer robust [17, 85, 86, 28].  To demonstrate this, we gathered web pages for hundreds of queries and applied HITS to them in 2004.  A manual review of those results indicated that more than 80% of the tested queries were distorted by spamming communities.  Some examples are shown in Section 5.4.

In this chapter, two efficient approaches are proposed to combat link farms.  Experiments show that both of these ideas can effectively detect link farms and improve ranking performance greatly.

## 5.1. INTRODUCTION

The outline of our first approach is as follows. We propose to use the concept of a **complete hyperlink**, i.e., the link target together with its anchor text as a basic unit for each link. To make duplicate pages or build link farms, many links are intentionally created and duplicated. If we can identify these copied links, duplicate pages and link farms can be detected. Our intuition here is that duplication of a **complete link** is a much stronger sign of this copying behavior than just a duplicate link target. Based on this concept, we extract one or more **complete links** from each HTML document and build a document-hyperlink matrix for these pages. The bipartite subgraph within this matrix is a good indicator of link farms.

The second approach is to first generate a seed set of likely spam pages and then do a limited spamness propagation along the incoming links of the pages from the seed set. Initially, we use a simple but effective method based on the common link sets within the incoming and outgoing links of web pages for selecting the seed set. Then we expand the seed set to include more pages within certain link farms. Finally, the expanded page set is used together with ranking algorithms such as HITS or PageRank to generate new ranking results.

It is important to note that in both of our approaches, we propose the idea of dropping or down-weighting the links instead of dropping the pages containing these links when penalizing link farm behavior. We believe this is a more appropriate method because some pages with good content may utilize spamming techniques, such as joining a link farm. By penalizing links and without dropping these pages, we still make good content

*5.2. BACKGROUND*

available to users but ameliorate their benefit from joining link farms.

The rest of this chapter is organized as follows: the background and related work is introduced in Section 5.2 and Section 5.3. The impact of link farms on one link based ranking algorithm is demonstrated in Section 5.4. Then the details of our two algorithms for detecting link farms are discussed in Section 5.5 and 5.6 respectively. The experiments and results for our approaches are shown in Section 5.7. We conclude with a discussion and future work in Section 5.8 and Section 5.9.

## 5.2   Background

If we consider the web as a graph, with the pages represented by nodes and the links between pages to be edges that connect nodes, we can use an adjacency matrix M to represent the web, i.e., $M[i, j]$ is 1 if there is a link from page $i$ to page $j$, otherwise it is 0.

Different link based authority ranking algorithms based on this adjacency matrix have been proposed and several showed quite good performance initially. PageRank and HITS are the most famous of these algorithms, the formulas of which have been introduced in Chapter 2.

Currently there are three major factors that may degrade link based ranking algorithms, such as HITS and PageRank:

- "Mutually reinforcing relationships" [17] in which a page is the target of many links from multiple pages of the same web site, or alternatively, one page that points to

*5.3. RELATED WORK*

many pages of another web site. The generic phrase would otherwise include link farms and good relationships too.

- The existence of many duplicate pages, making links cited within them rank highly.

- Link farms [100, 63] in which a set of web pages is densely interconnected.

With the great success of link based ranking algorithms in commercial search engines, a new industry has emerged – search engine optimization (SEO) [113, 63]. The goal of this industry is to use techniques to help websites to achieve better rankings in different search engines. Examples of legitimate techniques include using significant titles for web pages and generating descriptive words in the META tag.

Unfortunately, often no clear boundary exists between legitimate SEO practices and "black-hat" spamming techniques. It may even be the case that some activities permitted at one search engine are against the rules at another. We are concerned with the efforts of some SEO practitioners that build link farms to help their web pages rank highly.

## 5.3 Related work

Related work to our approaches can be divided into three categories: techniques to fight link farm spam, generating clusters or using bipartite cores to find web communities, and duplicate web-page detection technologies.

56

*5.3. RELATED WORK*

## 5.3.1   TKC effect and link farm spam

The problem of "mutually reinforcing relationships" was first introduced by Bharat and Henzinger [17]. A simple but effective algorithm is also given there, i.e., to assign the edge an authority weight of $1/k$ if there are $k$ pages from the same host pointing to a single document on a second host and assign the edge a hub weight of $1/l$ if a single document on the first site has $l$ links to a set of documents on a second host. Unfortunately, while this method neutralizes mutually reinforcing relationships, it cannot handle larger groups acting in cohort. Compared to them, our approaches are more resistant to link farms.

The "TKC effect" was described by Lempel and Moran [85]. Pages within a tightly knit community will get high rank value for iterative processes like HITS. A link farm exploits the TKC effect to improve their position in search engine rankings. The authors propose the SALSA algorithm which is more resistant to the TKC effect than HITS. Unfortunately, SALSA does not incorporate the long-range reinforcement that HITS has (rather it acts more like a popularity ranking method [29, 19]), and is still vulnerable to a form of the TKC effect when many pages all point to one another [105].

Chakrabarti proposed using Document Object Models together with hyperlinks to beat nepotistic clique attacks [28]. Compared to his idea, our method only takes the link and simple page content (i.e., anchor text) into account and does not need any other content analysis.

Li et al. [86] found that HITS is vulnerable to the small-in-large-out situation. The small-in-large-out is the web page that has few in-links but a large number of out-links.

*5.3. RELATED WORK*

Usually the community associated with these web pages will dominate the HITS results. They used a revised HITS algorithm that will give these small-in-large-out web pages different weights to ameliorate their effects. Because their approach is not aimed at link farm spam, it is quite possible that they may still fail under the attack of link farms.

In many SEO discussion boards, participants discuss the latest ranking and spam-finding techniques employed by commercial search engines. One approach, called Bad-Rank[1], is believed by some to be used by a commercial engine to combat link farms.[2] This idea is similar to one of our approaches. BadRank is based on propagating negative value among pages. The philosophy of BadRank is that a page will get high BadRank value if it points to some pages with high BadRank value. So it is an inversion of the PageRank algorithm which believes that good pages will transfer their PageRank value to their outgoing links. The formula of BadRank is given as:

$$BR(A) = E(A)(1-d) + d \sum_{i=1}^{n} \frac{BR(T_i)}{C(T_i)} \tag{5.1}$$

where $BR(A)$ is the BadRank of Page $A$. $BR(T_i)$ is the BadRank of page $T_i$, which is the outbound link of page $A$. $C(T_i)$ is the number of inbound links of page $T_i$ and $d$ is the damping factor. $E(A)$ is the initial BadRank value for page $A$ and can be assigned by some spam filters. Our approach has similar philosophy, but it is a more strict spam marking method based on a threshold, rather than a spreading activation.

In contrast, Gyöngyi et al. [64] propagated trust in the forward direction. They first

---

[1] White not formally published, one description of BadRank can be found at [1].

[2] See, for example http://www.webmasterworld.com/forum3/20281-22-15.htm.

*5.3.   RELATED WORK*

selected a bunch of known good seed pages and assigned high trust scores to them. They then followed an approach similar to PageRank: the trust score is propagated via out-links to other web pages. Finally, after convergence, the pages with high trust scores are believed to be good pages. In their following work [61], they proposed the idea of using the difference between TrustRank and PageRank to pinpoint web spam pages. Although they used a great amount of data (several billion web pages) in the experiment and claim that TrustRank can demote more spam pages than PageRank, there are still some problems with their algorithm. Their algorithm ranks poorly pages that do not have a path from the seed pages; In contrast, we do not attempt to recognize good sites, but instead our technique uses a syntactic definition of link spamming behavior that can be automatically detected. In addition, we are able to prevent such behavior from affecting ranking, even when the behavior is found on otherwise known "good" sites.

Motivated by TrustRank and BadRank, researchers proposed approaches [122, 82] based on propagating distrust to demote spam. Initially spam pages are selected as seed pages, and then distrust is propagated backward from these seed pages to their ancestor pages. After convergence, spam pages typically have higher distrust scores than non-spam pages.

Zhang et al. [126] proposed a revised PageRank algorithm that uses different damping factors for different pages to ameliorate the effect of collusion of web pages. The basis of their algorithm is that colluding pages will have a high correlation with the damping factor in the original PageRank. Although they simulated different kinds of collusion, it

*5.3.   RELATED WORK*

is not apparent as to whether their algorithm can find spam that is not so sensitive to the damping factor. In addition, they need to calculate the PageRank values several times, which may be infeasible for large datasets.

Fetterly et al. [51] used statistical analysis to find spam. Several distribution graphs, such as the distribution of the number of different host-names mapping to the same IP address, or the distribution of out-degrees, are drawn. Most of these distributions are modeled well by some form of power law. The outliers of such datasets are marked as spam candidates. By manually checking these candidates, a majority of them are found to be spam. While this may reliably recognize very significant spam, many less significant spam pages or sites will survive.

Amitay et al. [6] propose categorization algorithms to detect website functionality. They recognized that the sites with similar roles exhibit similar structural patterns. After finding one special pattern for a certain kind of website, they can predict a new website to be in the same class if the site shows a similar pattern. Their experiments indicate that this approach can also be used to detect spam clusters.

Benczur et al. [14] proposed SpamRank to find spam pages by finding pages whose incoming link pages formed deviant distributions of PageRank, marking them as likely spam, and then propagating the spam weight using PageRank on the inverted web graph. Thus, at the end, each page in the graph has a SpamRank correlated to how close it is to believed spam pages.

Finally, in prior work [42] we examined the viability of recognizing whether a hyperlink

60

*5.3.  RELATED WORK*

would be considered nepotistic. Using a variety of page characteristics, initial experimental results on a small dataset showed significant promise, achieving classification accuracies of over 90%.

## 5.3.2   Web communities or clusters

Kumar et al. [83] used bipartite subgraphs and cores to find web communities. Figure 5.1 is an example of a complete bipartite graph. They use the Apriori algorithm to find all bipartite cores and then expand the core to communities by using HITS-like methods. In order to prevent duplicate hubs from identifying cores as spurious communities, they filter hubs that contain duplicate link shingles — defined as the hashes of a sequence of five links.

Eppstein [48] showed a linear time algorithm to list all the maximal complete bipartite subgraphs. The work is interesting but it requires that the graph satisfies bounded arboricity and requires implementation in a parallel processing environment. In addition, Zaki and Ogihara [125] mentioned that Eppstein's algorithm is not practical for large data sets because of the big constant within the time complexity formula.

Gibson et al. [56] proposed using shingles to detect large dense subgraphs from a web graph. They first calculate shingles of outgoing links for each node, then group together shingles that tend to occur on the same nodes. The finally small size fingerprints are a good indication of dense subgraphs. Their approach, while inexact, is designed to be scalable for the immense web graph.

61

*5.3. RELATED WORK*



Figure 5.1: A complete bipartite graph with size 2*3.

Flake et al. [54] defined a web community as "a set of sites that have more links (in either direction) to members of the community than to non-members." They proposed using a maximum flow and minimum cut method to identify these communities. They only take the link graph into account, while our method utilize anchor text together with links.

Reddy and Kitsuregawa also used bipartite graphs to find web communities [102]. Unlike Kumar et al., they are not limited to complete bipartite graphs, but instead propose a method to find densely connected bipartite graphs to identify larger web communities.

Roberts and Rosenthal [105] proposed a simple algorithm to find clusters of web pages based on their outgoing link sets, and the authority value of a page is proportional to the number of clusters that tend to link to it rather than the number of pages that link to it.

### 5.3.3   Duplicate and near-duplicate web pages

A number of significant research papers about detecting duplicates of web pages have been published [23, 15, 109, 38, 16, 49]. These papers are based on the idea of first cutting the documents into chunks or shingles with a sequence of terms. They then either use these

*5.4. IMPACT OF LINK FARMS*

chunks directly or calculate a digest of the chunks as the fingerprint of each document. Two documents are considered duplicates if they have significant overlap of the chunks or fingerprints. In our approach, only links and anchor texts are extracted from a page and two pages are considered to contain duplicate material if they have common links with common anchor texts without requiring them to be in sequence. We will give details in Section 5.6.

Some researchers have also examined the use of templates in web pages. Bar-Yossef and Rajagopalan [10] used DOM trees to extract pagelets, which can be used to form templates from web pages. Then they ran a pagelet/template-based system to find that precision is increased significantly. Gibson et al. [57] also used both DOM-based and text-based algorithms to detect templates, and demonstrated an increasing trend of template use on the web. Recently, Urvoy et al. [114] propose to employ template detection to find search engine spam, because some spam page may share same templates. While our approach is somewhat similar to duplicate detection and template recognition, our matching is less brittle to content and link variations created by spammers.

## 5.4   Impact of link farms

In this section, we show the effect of link farms on HITS results and the existence of link farm spam in current popular search engine results.

*5.4. IMPACT OF LINK FARMS*

### 5.4.1   Link farm effect on HITS

Applying the same data-collecting process as in Kleinberg's HITS algorithm [79], we collected data set for 412 queries. We used Google and Yahoo to retrieve the top 200 URLs as root sets and also used these search engines to retrieve the incoming links to expand the root set to generate the base set. We then applied HITS on them and found typically that HITS authority results are dominated by one or more link farms.

For example, for the query *wireless phone company*, the top 10 authorities are listed in Table 5.0(a). These 10 sites are strongly connected with each other and they dominate the HITS results.

Another example is for the query *credit card application*. The top 10 authorities are listed in Table 5.0(b). A casino-related community dominates this query simply because it is densely connected.

Two more examples: for the query *web proxy*, the top 10 authorities are listed in Table 5.1(a). For the query *weather*, the top 10 authorities are in Table 5.1(b). Obviously all of these results have little to do with the two queries.

### 5.4.2   Existence of link farm spam

To demonstrate the existence of link farm spam pages in the current search engine top results, we did a simple experiment on a data set of 140 queries from our 412 queries. We used our approach described in Section 5.6 to detect link farms within the top responses of these queries.

*5.4. IMPACT OF LINK FARMS*

(a) Top 10 HITS authorities for *wireless phone company* from Yahoo.

| Rank | URL |
|------|-----|
| 1 | http://www.lowcostwireless4u.com/ |
| 2 | http://www.cellularratesonline.com/ |
| 3 | http://www.lowcostwirelessrates.com/ |
| 4 | http://www.cellphoneonlinerates.com/ |
| 5 | http://www.cheapwireless4u.com/ |
| 6 | http://www.newpurple2.com/ |
| 7 | http://www.red4dir.com/ |
| 8 | http://www.affordablecellphonerates.com/ |
| 9 | http://www.affordablecellphonerates.com/ cellular-phone-company.html |
| 10 | http://www.lowcostwirelessrates.com/ cell-phone-company.html |

(b) Top 10 HITS authorities for *credit card application* from Yahoo.

| Rank | URL |
|------|-----|
| 1 | http://www.1001casino.com/ |
| 2 | http://www.yournetcasino.com/ |
| 3 | http://www.casino-gambling-online.biz/ |
| 4 | http://www.internet-gambling-online.biz/ |
| 5 | http://www.on-line-casino.biz/ |
| 6 | http://www.the-online-casino.biz/ |
| 7 | http://www.gaming-zone.biz/ |
| 8 | http://www.lucky-nugget-casino.com/ |
| 9 | http://www.casino-game.biz/ |
| 10 | http://www.luckynugget-online-casino.com/ |

Table 5.1: Example of top 10 lists dominated by link farms.

When showing the results in Figure 5.2, we used six levels to describe the existence of spam pages in the search engine results. The x-axis represents the minimum number of spam pages that are found in the top-$n$ list, and the y-axis represents what percentage of the queries had results that included pages marked as spam. Six curves are drawn and each curve represents the top 10, 20, 30, 50, 100 and 200 results from the search engine respectively. The curve at the top is for the top 200. As we can see from the figure, about 68% of all queries have at least one page employing a link spam technique within

65

*5.4.  IMPACT OF LINK FARMS*

(a) Top HITS authorities for *web proxy* from Yahoo.

| Rank | URL |
|------|-----|
| 1 | http://linux.com/ |
| 2 | http://newsforge.com/ |
| 3 | http://itmj.com/ |
| 4 | http://thinkgeek.com/ |
| 5 | http://newsletters.osdn.com/ |
| 6 | http://freshmeat.net/ |
| 7 | http://slashdot.org/ |
| 8 | http://www.ostg.com/ |
| 9 | http://ads.osdn.com/?ad_id=2560&alloc_id=6182&op=click |
| 10 | http://ads.osdn.com/?ad_id=2435&alloc_id=5907&op=click |

(b) Top HITS authorities for *weather* from Google.

| Rank | URL |
|------|-----|
| 1 | http://www.tripadvisor.com/ |
| 2 | http://www.virtualtourist.com/ |
| 3 | http://www.abed.com/memoryfoam.html |
| 4 | http://www.abed.com/furniture.html |
| 5 | http://www.rental-car.us/ |
| 6 | http://www.accommodation-specials.com/ |
| 7 | http://www.lasikeyesurgery.com/ |
| 8 | http://www.lasikeyesurgery.com/lasik-surgery.asp |
| 9 | http://mortgage-rate-refinancing.com/ |
| 10 | http://mortgage-rate-refinancing.com/mortgage-calculator.html |

Table 5.2: HITS results dominated by link farms.

the top 200 response list from the search engine. About 2% of queries have seven or more such pages. The curve at the bottom represents the statistics for the top 10 result from the search engine, which usually has the highest likelihood to be visited by search engine users. As we can tell from the figure, about 9% queries have at least one spam page within the top 10 list.

*5.5. COMPLETE HYPERLINKS ALGORITHM*



Figure 5.2: Percentage of queries containing spam pages within top-$n$ results.

## 5.5  Complete hyperlinks algorithm

In this section, we give details of our first algorithm for addressing link farm and duplicate page issues. It can be summarized as follows:

1. Collect pages for a given query by using the HITS collection process.

2. Parse all pages to get **complete hyperlinks** for each page and generate a document-hyperlink matrix. Filter out hyperlinks to pages within the same domain.

3. Find densely connected bipartite components within the matrix generated in step 2, by identifying the union of all satisfying complete bipartite graphs.

4. Change the adjacency matrix with weighted values according to the components found in step 3.

5. Apply Bharat and Henzinger's *imp* improvement to HITS [17]).

6. Calculate final ranking using re-weighted link graph.

67

*5.5.  COMPLETE HYPERLINKS ALGORITHM*

In the rest of this section, details are given for each of the above steps.

## 5.5.1  Complete hyperlinks

First, we propose to use **complete hyperlinks**, i.e., to consider one hyperlink together with its anchor text as a single unit. The **complete link** is used instead of just the link target as in previous link analysis work by others. If two pages have multiple common links with identical anchor texts, it is a stronger signal than using links alone that these two pages are either duplicates, or are made by the same person or machine on purpose, which is an obvious behavior of link farm spammers.

Because a **complete link** is the combination of a link and its anchor text, it is quite possible that two different complete links will have the same URL but different anchor texts. For example, the following tuples are two different complete links:

(`http://wume.cse.lehigh.edu/`, "WUME lab")

(`http://wume.cse.lehigh.edu/`, "Our lab's homepage")

In the parsing process, for each page we get all outgoing links together with their anchor texts. Suppose we have a data set of $n$ pages for a query and after parsing we get together $m$ different complete hyperlinks. Then for this data set, an $n*m$ size "document-hyperlink" matrix $A$ can be built. If the document $i$ contains complete link $j$, then $A[i, j]$ will be set to 1, otherwise 0.

*5.5.   COMPLETE HYPERLINKS ALGORITHM*

## 5.5.2   Finding bipartite components

A bipartite graph has two disjoint sets X and Y. In a complete bipartite graph, each element in X will point to each element in Y and each element in Y is pointed to by each element in X. If there are $k$ elements in set X and $l$ elements in set Y, the bipartite graph has size $k * l$.

For the "document-hyperlink" matrix $A_{n*m}$ generated above, we can find bipartite components with the set X filled with documents and set Y filled with complete links. If the bipartite component size is sufficiently large, we will consider it to represent a problematic community, because there are two possibilities that pages form a large bipartite component within the document-hyperlink matrix: one is a link farm and the other is duplicate pages.

In general, to list all bipartite cores with size $k * l$ is expensive [125]. Because of the large number of web pages and online calculation for some link based algorithms, faster methods are necessary.

We propose to fix $k$ to be 2 and choose a reasonable threshold for $l$ when detecting bipartite components. By fixing $k$, as long as more than $l$ common complete links exist in two documents, these links will be marked as link farm links. The threshold for $l$ should be big enough so that only link farms will be penalized. For example, if two documents share 2 or 3 common complete links, these two documents may not be a problem. But if two documents share many common complete links, it is highly likely that these links are within a link farm.

In order to make this algorithm clear, we use a simple example to illustrate it. Suppose

*5.5. COMPLETE HYPERLINKS ALGORITHM*

|     | **L1** | **L2** | **L3** | **L4** |
|-----|--------|--------|--------|--------|
| P1  | 1      | 1      | 0      | 0      |
| P2  | 1      | 1      | 0      | 0      |
| P3  | 0      | 1      | 0      | 0      |
| P4  | 1      | 0      | 1      | 1      |
| P5  | 0      | 0      | 1      | 1      |

(a) Initial document-hyperlink matrix.

|     | **L1** | **L2** | **L3** | **L4** |
|-----|--------|--------|--------|--------|
| P1  | 1      | 1      | 0      | 0      |
| P2  | 1      | 1      | 0      | 0      |
| P4  | 0      | 0      | 1      | 1      |
| P5  | 0      | 0      | 1      | 1      |

(b) Bipartite subgraph.

|     | **L1** | **L2** | **L3** | **L4** |
|-----|--------|--------|--------|--------|
| P1  | 1/2    | 1/2    | 0      | 0      |
| P2  | 1/2    | 1/2    | 0      | 0      |
| P3  | 0      | 1      | 0      | 0      |
| P4  | 1      | 0      | 1/2    | 1/2    |
| P5  | 0      | 0      | 1/2    | 1/2    |

(c) Revised web matrix.

Figure 5.3: Document-hyperlink matrix views.

we have five pages and they contain four different complete links as shown in Figure 5.3(a). If we choose 2 as the threshold, that means as long as two documents contain 2 identical complete links, we will mark these links. The result bipartite components are shown in Figure 5.3(b).

### 5.5.3 Computational complexity

Because we fix $k$ to be two, we need to compare each document with all the others. Hence, the complexity will be $O(n^2)$ for this simple implementation.

70

## 5.5.4   Down-weighting the adjacency matrix

The goal of the previous steps is to find spam pages within a given data set. After finding these spam pages, we need a way to incorporate this information into a ranking algorithm. One obvious mechanism is to change the adjacency matrix of the web graph for this data set.

Because we have pages marked as participants in link farms, one way is to penalize these pages strictly, i.e., to remove them from the graph. But in reality, this may be too much. For a simple example, consider a business that owns several different web sites for its products or subsidiaries. Often, these web sites will point to each other to form a link farm.

So, instead of penalizing these pages, we only penalize the *links* among these web sites by either down-weighting them or dropping them. The reason is that these web pages themselves may still be good candidates for some real world queries. By penalizing these links, the pages can only get votes from other fair authors and (ideally) no longer get too many votes from link farm collaborators.

For the algorithm in this section, we choose to down-weight these spam links. We will show that for the algorithm in Section 5.6.3, we choose to drop these spam links.

We applied the following rules for down-weighting the adjacency matrix: for each unique complete link $L$, we counted the total number of appearances ($N$) of $L$ in the bipartite matrix. Then for each appearance of $L$ in the final document-hyperlink matrix, we assigned $1/N$ in the adjacency matrix instead of 1, which is the default value. For the

*5.6.  EXPANSION ALGORITHM*

simple example shown in Figure 5.3(a), the revised adjacency matrix is shown in Figure 5.3(c).

### 5.5.5   Ranking with the revised graph

Now, the final step is to utilize the down-weighted adjacency matrix generated above for ranking. Several methods can be used in this step, and we tried both Kleinberg's HITS and ranking by popularity.

First we used original HITS on this new weighted adjacency matrix and found that the authority results are not good for some queries. By inspection, we found that the main reason was that "mutually reinforcing relationships" exist. So, we applied Bharat and Henzinger's *imp* version of HITS [17] to address this problem. In this chapter, we name this ranking algorithm as CL-HITS.

The second choice is just ranking by weighted popularity. Here "weighted popularity" of a page means the sum of all weighted values for the incoming links to the page. This algorithm is fast because no iterative process is involved and usually it can also generate good ranking results. For the same reason as the first choice, we employed Bharat and Henzinger's *imp* to address the "mutually reinforcing relationships" issue. In this chapter, we name this ranking algorithm as CL-POP.

## 5.6   Expansion algorithm

In this section, the details of our second algorithm for detecting link farm is given.

*5.6. EXPANSION ALGORITHM*

The motivation of this algorithm is that by observation, we found that pages within link farms are densely connected with each other and many common pages will exist both in the incoming and the outgoing link sets for pages in a link farm. We can use this feature to generate seed set initially. Then for each the rest page, it is quite possible for the page to be part of the same link farms if it has several outgoing links to the seed set. After this observation, we can expand the seed set by adding the new page into it. This process can be iterated, so more and more pages within the link farm will be found and added.

In fact, this mechanism works for a big data set containing many link farms. The only difference is that we need to find several pages within each of these link farms to form the seed set, then to expand them iteratively to find additional pages within link farms. So the two key aspects of our algorithm are how to generate the seed set and how to expand the seed set.

This algorithm has the following outline:

- Generate a seed set from the whole data set.

- Expand the seed set by adding more pages iteratively.

- Revise the web matrix by the information from the expanded set and rerank using normal link based ranking algorithm, such as ranking by popularity, HITS, or PageRank.

In the rest of this section, details are given for each of the above steps.

73

*5.6. EXPANSION ALGORITHM*

## 5.6.1   Initial step: IN-OUT common set

Like BadRank, described earlier in Section 5.3.1, a seed set is needed.

How should one decide which pages should belong to the seed set? We used a simple method. A page usually has several incoming links that point to this page and outgoing links to which this page points. By observation, the pages within link farms usually have several common nodes between the incoming links set and outgoing links set. If only one or two common nodes exist, we will not mark this page as a problem page. But, if many such common nodes exist, it is quite likely that the page is part of a link farm.

A threshold $T_{IO}$ is used here so that whenever the number of common links of the incoming links set and the outgoing links set is equal to or above this $T_{IO}$, we will mark the page as a spam page and put it into the seed set. In our experiments, we use 3 as the threshold so that we are able to find link farms with as few as 4 elements.

When matching incoming and outgoing links, we do not restrict ourselves to an exact match. That is, instead of requiring that two pages point to each other, we might wish to generalize this to allow a page to point to a site or domain, and vice versa. We use the granularity of domain-matching when generating the common set, i.e., if the number of distinct domains in the intersection of the domains of the incoming links and the domains within the outgoing links is equal to or above the threshold for a page, we will mark the page as a problem page and put it into the seed set.

One advantage of using domain name matching instead of URL matching is to catch the common web design technique in which a separate links page is created on which links

*5.6. EXPANSION ALGORITHM*

---

Let $p$ denote the URL for a web page and $d(p)$ represent the domain name of $p$. Suppose we are given $N$ pages initially. $IN(p)$ and $OUT(p)$ represent the sets of incoming and outgoing links of $p$, respectively.

1. For a URL $p$, initialize the sets $INdomain(p)$ and $OUTdomain(p)$ to be empty.

2. For each URL $i$ in $IN(p)$, if $d(i) \neq d(p)$ and $d(i)$ is not in $INdomain(p)$, then add $d(i)$ to the set $INdomain(p)$.

3. For each URL $k$ in $OUT(p)$, if $d(k) \neq d(p)$ and $d(k)$ is not in $OUTdomain(p)$, then add $d(k)$ to the set $OUTdomain(p)$.

4. Calculate the intersection of $INdomain(p)$ and $OUTdomain(p)$. If the number of elements in the intersection set is equal to or bigger than the threshold $T_{IO}$, mark $p$ as the spam page.

5. Do steps 1 to 4 for every page in the data set.

6. For all pages that have been marked as spam, place a 1 in the initial value array $A[N]$. Return $A$.

---

Figure 5.4: Algorithm for finding seed set.

from amateur or professional link exchanges are placed. Incoming links are mostly to the root page of the site, while links from the home page are typically internal links. Thus, the only way for an external site to recognize the situation is to permit the link target to be a different page within the domain than for the return link. The complete algorithm is provided in Figure 5.4.

To make above steps clear, take a look at the simple example in Figure 5.5. Six pages form a network and we assume that they are all from different domains. For this simple example, we use 2 as the threshold. The incoming link set for node $A$ is [C,D,E] and outgoing link set is [B,C,D]. The common set for node $A$ is [C,D], which has 2 elements

*5.6. EXPANSION ALGORITHM*



Figure 5.5: A simple example of 6 pages.

and is equal to the threshold, so we put *A* into the seed set. Similarly, node *C* and *D* will

also be put into the seed set. Finally the seed set is [A,C,D].

## 5.6.2   Expansion step

Given a seed set, an expansion step is needed to find more spam pages within the data

set. The intuition for this expansion step is that the structure of real link farms varies

and some spam pages may survive the seed set detection. But to make a link farm work,

usually pages within a link farm need to point to other pages within the same link farm.

If a page only points to one spam page, we will not punish it. But if a page has many

outgoing links to spam pages, it is likely that the page itself is part of the same link farm.

Because we have a seed set, we may enlarge it little by little by adding more pages that

have too many outgoing links to these spam pages. Thresholds are used again for judging

whether the page will be marked spam.

We use the *ParentPenalty* algorithm for the expansion step. The basic assumption is

that if one page points to some spam pages, it is likely that this page itself is also spam.

Thus, like PageRank, the value of interest spreads from page to linked page, although here

76

*5.6. EXPANSION ALGORITHM*

---

**ParentPenalty:** Suppose we already have an array $A[N]$ from the initial step in which spam pages have value 1 in it and other pages have value 0, and a threshold $T_{PP}$,

1. For each member $p$ s.t. $A[p] = 0$, fetch its outgoing links set $OUT(p)$.

2. Set $num = 0$.

3. For each element $k$ in $OUT(p)$, if $A[k]$ is 1, then increase $num$ by 1.

4. If $num \geq T_{PP}$, set $A[p] = 1$.

5. Repeat 1 to 4 until the values of $A$ do not change.

---

Figure 5.6: Algorithm of *ParentPenalty*.

we are following incoming links rather than outgoing links. We will use another threshold ($T_{PP}$) to judge a page: if the number of outgoing links to spam pages meets or exceeds the threshold, the page will be also marked spam. Whenever a new page is marked as spam, the pages that link to it might now meet the threshold. Thus, an iterative process can be used until no more pages are marked spam. We again use an arbitrary threshold of 3 links for our experiments.

For this method, we permit the target URL to be in the same domain as the source, and that the targets may all be within the same domain (even the same as the source domain). This enables us to expand the spam set to include other pages from the same site. The *ParentPenalty* algorithm is summarized in Figure 5.6.

For the simple example in Figure 5.5, the seed set is [A,C,D]. If we use 2 as the threshold, i.e., the page will be marked spam if it has 2 or more outgoing links pointing to the pages within the seed set. Node $B$ only has one, node $E$ has two, node $F$ has zero.

*5.6. EXPANSION ALGORITHM*

So node $E$ will be marked spam and be assigned an initial value 1. Because no other page will be marked, the *ParentPenalty* algorithm ends up with the spam set as [A,C,D,E].

### 5.6.3   Ranking with the revised graph

Similarly as discussed in Section 5.5.5, we revise the web graph based on the spam pages detected by the second algorithm and then rank them.

For this algorithm, we choose to drop the links among the spam pages we detect. Also, we again adopt Bharat and Henzinger's imp to solve the "mutual reinforcement" problem.

Now the adjacency matrix is ready for ranking. We apply the "weighted popularity," which is described earlier in Section 5.5.5, for the new ranking. We name this ranking algorithm exp-POP in this chapter. Note that `exp` is for the first three letters of the word `expansion`.

### 5.6.4   Comparison of ParentPenalty and BadRank

As we mentioned before, BadRank uses the following philosophy: a page should be penalized for pointing to spam pages. There is one problem of this philosophy: how far should it go? If page $A$ points to page $B$, and $B$ points to some known spam pages, it is intuitive to consider $B$ to be spam, but should $A$ be penalized just for pointing to $B$? For example, a computer science department's homepage points to a student's homepage and the student may join some link exchange program by adding some links within his

*5.6.  EXPANSION ALGORITHM*

homepage. It makes sense that the student's homepage should be penalized, but the department's homepage is innocent. In the BadRank algorithm, the department's homepage will also realize some non-zero spamness value by propagation upward from one or more other pages with non-zero spamness values.

Our *ParentPenalty* idea is more resistant to this issue. A threshold is used to decide whether the badness of the child pages should be propagated to a parent. If the number of spam children is equal to or larger than the threshold, then the parent should be penalized. Further, if the number of parents that should be penalized meets or exceeds the threshold, then the grandparents should be penalized. This also makes sense in real life. So the threshold plays an important role in preventing the badness value from propagating upward to too many generations.

### 5.6.5   Computational complexity

If we assume that the average number of incoming links and outgoing links are constants, then for each page we can compare the incoming link set and the outgoing link set in a constant number of steps. Thus, the time complexity for seed set selection over all $n$ pages in the collection is just $\Theta(n)$.

For the expansion step, although iterations are necessary, we argue that on average we can still finish this step with $\Theta(m)$ time complexity, where $m$ is the number of edges within the graph. We can use the following implementation for our expansion step.

1. Put all the nodes within the seed set into a queue.

79

*5.6.  EXPANSION ALGORITHM*

2. For each of the remaining nodes, generate a counter with an initial value 0.

3. Pop the head node $p$ from the queue. Get all the parents nodes of $p$ and increment each of their counters by 1.

4. Push all the parents nodes into the tail of the queue as long as their counters are larger than the threshold.

5. Repeat Step 3 until the queue is empty.

The above implementation at worst scans all the edges in the graph once. Thus the complexity of the expansion step is bounded to be linear for $m$. Hence, the overall complexity of this approach is $\Theta(m)$, given that $m$ is typically larger than $n$. This suggests that our approach is quite scalable.

Actually, we can reduce the cost of seed set selection further through a simple filter. For example, if we use the threshold 3, then all the pages that have in-degree or out-degree less than 3 cannot be selected for the seed set, so we can mark only the pages with a bigger in-degree and out-degree than 3 as seed set candidates. By using this pre-cleaning method, we can decrease greatly the number of the candidates for the seed set. In our experiments, this pre-cleaning method typically filtered nearly half of the nodes. For the expansion step, we can similarly use a pre-cleaning method to get rid of pages that have fewer outgoing links than the threshold.

80

## 5.7 Experiments and evaluation

In this section, we describe the data sets that are used in our experiments, the ranking results of our two algorithms discussed in the previous sections, and finally a user study to evaluate our results.

### 5.7.1 Data set

To test our two algorithms, we used two data sets.

The first one is a set of query-specific web graphs in which we adopted the similar data collecting process as HITS to collect our experiment data. Initially we send a query to `search.yahoo.com` to get top 200 URLs for this query, then for each URL, we get the top 50 incoming links to this URL by querying Yahoo again. We also download all pages referenced by these top 200 URLs. The expanded data set is then used as the base data set for this query. For this work, we utilized 412 queries and downloaded more than 2.1 million unique web pages. These queries included queries used by previous researchers [79, 105, 28, 39, 85, 86], the names of the categories from dmoz, and popular queries from Lycos [3] and Google [4] for 2004.

The second data set is courtesy of a search engine company in Switzerland [5]. This data set contains approximately 20 million pages from 317,640 unique domains. We build a domain graph for this data set and applied our link farm detection algorithm on it. The

---

[3] http://50.lycos.com/121504.asp

[4] http://www.google.com/press/zeitgeist/zeitgeist-jan05.html

[5] http://www.search.ch/

*5.7. EXPERIMENTS AND EVALUATION*

domain graph is generated by using domain as nodes, and a link between two domains means there exists at least one page from the source domain that contains a link to pages in the target domain.

## 5.7.2   Anecdotal results

For each query, we compare the rankings generated by five methods. The first is simply HITS on the original graph. The second is BH-HITS which is the implementation of Bharat and Henzinger's *imp*. The third and fourth methods come from our algorithm described in Section 5.5. The third is CL-HITS, which is HITS applied to the BH-HITS weighted graph but also incorporates re-weightings based on bipartite components found, and the fourth is CL-POP, which applies weighted popularity to rank pages on the same graph as CL-HITS. The fifth method comes from our algorithm described in Section 5.6. We call it exp-POP.

In most cases HITS generates poor results and sometimes BH-HITS is also dominated by link farms. In contrast, CL-HITS, CL-POP and exp-POP usually give good results. In the following, we provide experimental results for some sample queries.

**a.   Query:  IBM research center** The top 10 authority URLS for this query by HITS are in Table 5.2(a) and the top 10 authority URLS for this query by BH-HITS are in Table 5.2(b). Most of them have little to do with IBM research center.

The results generated by our algorithms, CL-HITS, CL-POP and exp-POP are shown

*5.7. EXPERIMENTS AND EVALUATION*

(a) HITS results

| Rank | URL |
|------|-----|
| 1 | http://www.cio.com/ |
| 2 | http://www.csoonline.com/ |
| 3 | http://www.darwinmag.com/ |
| 4 | http://www.cio.com/list/ |
| 5 | http://www.cio.com/info/ |
| 6 | http://www.cio.com/conferences/ |
| 7 | http://www.cio.com/marketing/ |
| 8 | http://www.cio.com/copyright.html |
| 9 | http://www.theciostore.com/ |
| 10 | http://www.cio.com/marketing/salesoffices.html |

(b) BH-HITS results

| Rank | URL |
|------|-----|
| 1 | http://www.clickz.com/ |
| 2 | http://www.jupitermedia.com/ |
| 3 | http://www.earthweb.com/ |
| 4 | http://www.jupiterresearch.com/ |
| 5 | http://www.jupiterimages.com/ |
| 6 | http://www.linuxplanet.com/ |
| 7 | http://bsdcentral.com/ |
| 8 | http://apachetoday.com/ |
| 9 | http://eltoday.com/ |
| 10 | http://linuxcentral.com/ |

Table 5.3: HITS and BH-HITS results for IBM research center.

in Table 5.3(a), Table 5.3(b) and Table 5.3(c) respectively.

83

*5.7. EXPERIMENTS AND EVALUATION*

(a) CL-HITS results

| Rank | URL |
|------|-----|
| 1 | http://www.watson.ibm.com/ |
| 2 | http://www.almaden.ibm.com/ |
| 3 | http://www.zurich.ibm.com/ |
| 4 | http://www.ibm.com/ |
| 5 | http://www.research.ibm.com/ |
| 6 | http://www.research.ibm.com/nanoscience/ |
| 7 | http://www.clickz.com/ |
| 8 | http://www.jupitermedia.com/ |
| 9 | http://www.earthweb.com/ |
| 10 | http://dimacs.rutgers.edu/ |

(b) CL-POP results

| Rank | URL |
|------|-----|
| 1 | http://www.watson.ibm.com/ |
| 2 | http://www.zurich.ibm.com/ |
| 3 | http://www.almaden.ibm.com/ |
| 4 | http://www.ibm.com/ |
| 5 | http://www.research.ibm.com/ |
| 6 | http://www.research.ibm.com/nanoscience/ |
| 7 | http://dimacs.rutgers.edu/ |
| 8 | http://www.symantec.com/ |
| 9 | http://www.infoworld.com/ |
| 10 | http://www.amazon.com/ |

(c) exp-POP results

| Rank | URL |
|------|-----|
| 1 | http://www.watson.ibm.com/ |
| 2 | http://www.almaden.ibm.com/ |
| 3 | http://www.zurich.ibm.com/ |
| 4 | http://www.ibm.com/ |
| 5 | http://www.research.ibm.com/ |
| 6 | http://www.research.ibm.com/nanoscience/ |
| 7 | http://dimacs.rutgers.edu/ |
| 8 | http://www.amazon.com/ |
| 9 | http://www.symantec.com/ |
| 10 | http://www.infoworld.com/ |

Table 5.4: Our results for IBM research center.

*5.7. EXPERIMENTS AND EVALUATION*

From these tables, we can see that HITS is dominated by pages from cio.com, where many nepotistic links [83, 42] exist. BH-HITS is dominated by `http://www.jupitermedia.com/`, `http://www.earthweb.com/`, etc, in fact these pages from different domains are densely connected to each other. From Table 5.3(a), we can see that the top 6 URLs are quite relevant to this query and they beat the densely connected component at Rank 7, 8 and 9. The CL-POP and exp-POP also does quite a good job with an almost identical top 6 list with CL-HITS but using much less calculation time.

**b. Query: translation online.**

The top 10 authority URLs for this query by HITS are in Table 5.4(a). The top 10 authority URLs for this query by BH-HITS are in Table 5.4(b). The top 10 authority URLs for this query by CL-HITS and CL-POP are identical, and are shown in Table 5.4(c). The top 10 authority URLs by exp-POP are listed in Table 5.4(d).

From these tables, we can see that HITS is dominated by pages from `http://www.teleactivities.com/`, where many nepotistic links [83, 42] exist. BH-HITS solves this problem, but unfortunately, is still dominated by several strongly connected pages that have nothing to do with the query *translation online*. In contrast, CL-HITS, CL-POP and exp-POP do quite well with same top lists.

*5.7. EXPERIMENTS AND EVALUATION*

(a) HITS results.

| Rank | URL |
|------|-----|
| 1 | http://www.teleactivities.org/ |
| 2 | http://www.no-gambling.com/ |
| 3 | http://www.danubecasino.com/ |
| 4 | http://www.teleorg.org/ |
| 5 | http://www.teleactivities.com/ |
| 6 | http://www.teleactivities.net/ |
| 7 | http://www.teleactivities.net/ resources/ezines.htm |
| 8 | http://www.teleactivities.net/ resources/sites.htm |
| 9 | http://www.teleactivities.net/ resources/forums.htm |
| 10 | http://www.teleactivities.net/ resources/awards.htm |

(b) BH-HITS results.

| Rank | URL |
|------|-----|
| 1 | http://www.no-gambling.com/ |
| 2 | http://www.teleorg.org/ |
| 3 | http://ong.altervista.org/ |
| 4 | http://bx.b0x.com/ |
| 5 | http://video-poker.batcave.net/ |
| 6 | http://www.websamba.com/ marketing-campaigns |
| 7 | http://online-casino.o-f.com/ |
| 8 | http://caribbean-poker.webxis.com/ |
| 9 | http://roulette.zomi.net/ |
| 10 | http://teleservices.netfirms.com/ |

(c) CL-HITS and CL-POP results.

| Rank | URL |
|------|-----|
| 1 | http://www.freetranslation.com/ |
| 2 | http://www.systransoft.com/ |
| 3 | http://babelfish.altavista.com/ |
| 4 | http://www.yourdictionary.com/ |
| 5 | http://dictionaries.travlang.com/ |
| 6 | http://www.google.com/ |
| 7 | http://www.foreignword.com/ |
| 8 | http://www.babylon.com/ |
| 9 | http://www.worldlingo.com/ products_services/worldlingo _translator.html |
| 10 | http://www.allwords.com/ |

(d) exp-POP results.

| Rank | URL |
|------|-----|
| 1 | http://www.altavista.com/ |
| 2 | http://www.systransoft.com/ |
| 3 | http://babelfish.altavista.com/ |
| 4 | http://www.allwords.com/ |
| 5 | http://www.yourdictionary.com/ |
| 6 | http://www.refdesk.com/ |
| 7 | http://www.foreignword.com/ |
| 8 | http://www.freetranslation.com/ |
| 9 | http://www.google.com/ |
| 10 | http://dictionaries.travlang.com/ |

Table 5.5: Results for query *translation online.*

*5.7.  EXPERIMENTS AND EVALUATION*

(a) HITS results.

| Rank | URL |
|------|-----|
| 1 | http://www.discountcars.net/ |
| 2 | http://www.motel-discounts.com/ |
| 3 | http://www.stlouishoteldeals.com/ |
| 4 | http://www.richmondhoteldeals.com/ |
| 5 | http://www.jacksonvillehoteldeals.com/ |
| 6 | http://www.jacksonhoteldeals.com/ |
| 7 | http://www.keywesthoteldeals.com/ |
| 8 | http://www.austinhoteldeals.com/ |
| 9 | http://www.gatlinburghoteldeals.com/ |
| 10 | http://www.ashevillehoteldeals.com/ |

(b) BH-HITS results.

| Rank | URL |
|------|-----|
| 1 | http://www.rentadeal.com/ |
| 2 | http://www.allaboutstlouis.com/ |
| 3 | http://www.allaboutboston.com/ |
| 4 | https://travel2.securesites.com/about_travelguides/addlisting.html |
| 5 | http://www.allaboutsanfranciscoca.com/ |
| 6 | http://www.allaboutwashingtondc.com/ |
| 7 | http://www.allaboutalbuquerque.com/ |
| 8 | http://www.allabout-losangeles.com/ |
| 9 | http://www.allabout-denver.com/ |
| 10 | http://www.allabout-chicago.com/ |

Table 5.6: HITS and BH-HITS results for query *rental car*.

*5.7. EXPERIMENTS AND EVALUATION*

(a) CL-HITS results.

| Rank | URL |
|------|-----|
| 1 | http://www.hertz.com/ |
| 2 | http://www.avis.com/ |
| 3 | http://www.nationalcar.com/ |
| 4 | http://www.thrifty.com/ |
| 5 | http://www.dollar.com/ |
| 6 | http://www.alamo.com/ |
| 7 | http://www.budget.com/ |
| 8 | http://www.enterprise.com/ |
| 9 | http://www.budgetrentacar.com/ |
| 10 | http://www.europcar.com/ |

(b) CL-POP results.

| Rank | URL |
|------|-----|
| 1 | http://www.hertz.com/ |
| 2 | http://www.avis.com/ |
| 3 | http://www.thrifty.com/ |
| 4 | http://www.nationalcar.com/ |
| 5 | http://www.google.com/ |
| 6 | http://www.alamo.com/ |
| 7 | http://www.dollar.com/ |
| 8 | http://www.budget.com/ |
| 9 | http://www.bnm.com/ |
| 10 | http://www.enterprise.com/ |

(c) exp-POP results.

| Rank | URL |
|------|-----|
| 1 | http://www.avis.com/ |
| 2 | http://www.hertz.com/ |
| 3 | http://www.thrifty.com/ |
| 4 | http://www.natioalcar.com/ |
| 5 | http://www.dollar.com/ |
| 6 | http://www.alamo.com/ |
| 7 | http://www.enterprise.com/ |
| 8 | http://www.google.com/ |
| 9 | http://www.budgetrentacar.com/ |
| 10 | http://www.budget.com/ |

Table 5.7: Results for query *rental car*.

88

*5.7. EXPERIMENTS AND EVALUATION*

**c. Query: rental car.**

The top results for the different algorithms for query `rental car` are in Tables 5.5(a)-5.6(c). HITS and BH-HITS are both overwhelmed with link farms. CL-HITS, CL-POP and exp-POP all give quite relevant results, with the exception of `google.com` in position 5 for CL-POP and in position 8 for exp-POP. Google shows up in position 15 for CL-HITS.

### 5.7.3   Evaluation of rankings

To compare the relevance of results generated by our algorithms with the results generated by HITS and BH-HITS, an evaluation web interface was built.

For this evaluation, 20 queries were selected. For each query, the top 10 URLs generated from the five algorithms HITS, BH-HITS, CL-HITS, CL-POP and exp-POP were mixed for a blind evaluation. Users were presented with a randomly chosen query and a randomly selected set of ten results (in random order). For each URL presented with a query, study participants had five choices of relevance: 1. `quite relevant`, 2. `relevant`, 3. `not sure`, 4. `not relevant`, and 5. `totally irrelevant` for each URL. Only one choice was permitted for each URL (although a user could refrain from making a choice). After completion of each set of evaluations, a participant could optionally choose to evaluate another set of results for another randomly selected query. The study included twenty-eight participants, recording a total of 1,688 preferences.

The distribution of preference scores is shown in Table 5.8. Both HITS and BH-HITS have bigger percentages in `not relevant` and `totally irrelevant`, while CL-HITS, CL-POP

89

## 5.7. EXPERIMENTS AND EVALUATION

|   | HITS | BH-HITS | CL-HITS | CL-POP | exp-POP |
|---|------|---------|---------|--------|---------|
| 1 | 12.9% | 24.5% | 45.9% | 46.1% | 47.1% |
| 2 | 10.7% | 18.3% | 29.6% | 26.6% | 25.5% |
| 3 | 6.6% | 10.4% | 5.8% | 5.9% | 7.3% |
| 4 | 26.8% | 14.7% | 11.4% | 12.7% | 12.0% |
| 5 | 42.8% | 31.9% | 6.9% | 8.4% | 7.8% |

Table 5.8: Evaluation results.

|  | HITS | BH-HITS |
|--|------|---------|
| CL-HITS | 0.00001 | 0.004 |
| exp-POP | 0.00004 | 0.038 |

Table 5.9: T-test results.

and exp-POP have bigger percentages in **quite relevant** and **relevant**. The major reason of this big difference is that we have much less spam results by using CL-HITS, CL-POP or exp-POP.

We can also use this data to calculate precision@10, if we allow either a **quite relevant** or **relevant** choice to count. Under that assumption, HITS achieved a precision@10 of 23.6%, BH-HITS 42.8%, CL-HITS 75.7%, CL-POP 73.1% and exp-POP 72.6%. In addition, we calculate the Normalized Discounted Cumulative Gain (NDCG) score [74] for the top 10 results. The results shown in Figure 5.7 also demonstrate that all our approaches are generating much better performances than HITS and BH-HITS. In order to show that our results are statistically significant, we calculate t-tests for our approaches and HITS or BH-HITS each. The results (p-value) are listed in Table 5.9. Because all the values are less than 0.05, we can tell that our results are statistically significant from both HITS and BH-HITS.

90

*5.7. EXPERIMENTS AND EVALUATION*



Figure 5.7: The NDCG@10 scores for different approaches.

### 5.7.4   Precision vs. recall

In general, precision is more important than recall in web information retrieval. One concern about our link-drop or link-downweighting method is that they may harm a few good sites. The reason is that the links among some good sites will also be dropped or downweighted as long as these good sites form a densely connected graph. In other words, we are concerned whether recall will be harmed by our algorithm.

In order to perfectly calculate recall, all the relevant documents for a given query should be found. Obviously this is not practical for the whole web. But because we used the HITS algorithm to form the candidate set for each query, we get a chance to investigate the recall value for these data sets. Usually HITS algorithm generates a set of several thousand of web pages for a given query. A typical number is about 4,000 pages and these are still too much work to manually detect all the relevant pages for the above 20 queries.

Hence, we need a sample of good pages and the distribution of the rankings of the

91

*5.7. EXPERIMENTS AND EVALUATION*

pages within this sample can be used to measure recall. Intuitively, the algorithm that gives more pages from the sample good rankings is having better recall.

How to get such a sample? Because we collect the top 200 responses from a popular search engine for each query, we first manually labeled these top responses for the some queries. The pages labeled as relevant will be used as the sample. Then, for each query and each ranking algorithm, we cut all the pages into 20 buckets of the same size based on their authority value calculated by the ranking algorithm. Bucket one has pages with the highest authority value while bucket twenty has pages with the lowest authority value.

Finally the distribution of the relevant sample pages is used to show which algorithm generates better recall.

We applied the above method to the 20 queries used in Section 5.7.3 and in total we marked 745 pages that are either **quite relevant** or **relevant** to these queries. The distribution of these pages for different algorithms is shown in Figure 5.8. All of our algorithms, CL-HITS, CL-POP and exp-POP have more pages in the first several buckets the HITS and BH-HITS. For example, HITS has 33 pages in the top bucket and BH-HITS has 92 pages, in contrast, our CL-HITS, CL-POP and exp-POP have 180, 248 and 178 pages respectively. This suggests that our algorithms tend to have better recall than HITS and BH-HITS.

*5.7. EXPERIMENTS AND EVALUATION*



Figure 5.8: The distribution of relevant pages for five methods applied on the query-specific data set.

### 5.7.5   Global ranking results

In order to show that our algorithm is also useful for global ranking algorithms, such as PageRank, we applied our exp-POP algorithm to the search.ch data set.

If we set the threshold both to be 3 for the initial seed set selection step and the expansion step, 27,568 sites are identified in seed set selection and an additional 42,833 sites were marked during the expansion step.

We calculated PageRank for both the original domain matrix and the domain matrix after dropping the links between the nodes that have been marked by our algorithm.

First, we show the distribution of 70,401 spam sites for the two domain matrices. We put the nodes into 10 buckets according to their PageRank value, and the sum of the nodes PageRank value of each bucket equal to 10% the total PageRank value for the whole graph. We organize this with a decreasing order, i.e., the nodes in bucket 1 have the highest PageRank value and the nodes in bucket 10 have the lowest PageRank value.

93

*5.7. EXPERIMENTS AND EVALUATION*

Figure 5.9 shows the distribution of the number of nodes within each bucket. The light bar represents the distribution for the original domain graph; the dark bar represents the distribution for the domain matrix after dropping links among the spam sites marked by our algorithm.

The philosophy of our algorithm is to find densely connected components of the web graph and drop links among them because we believe that the links from these densely connected components are not objective enough to be good votes. If the web site is truly good, the links from other sites out of the community will still make the site ranked high. From Figure 5.9, there are nodes, though marked spam by our algorithm, in each bucket that do not move for the two domain matrix calculation. Ideally, these sites should be the ones that do not rely on the densely connected components to get rank. To verify this, we manually checked the 52 nodes that remain in the first bucket. Almost all of them are good sites. For example, the domain `http://www.admin.ch/` is the Authorities of the Swiss Confederation web site and should be ranked very high. Our algorithm marked it spam because it points to the sites like `http://www.snl.ch/` (Swiss National Library), `http://www.zivil-dienst.ch/` (Civilian service) and `http://www.swiss-energy.ch/` (Federal Office for Energy) and all these sites point back to `admin.ch`. Obviously all these sites are government sites and they link to each other for political and administrative reasons, not necessarily for authority vote. Even though our algorithm dropped these links, the admin.ch is still ranked in the top one bucket for the whole data set.

We also obtained a list of spamming domains from the search.ch company. They listed

94

*5.7. EXPERIMENTS AND EVALUATION*



Figure 5.9: Distribution of sites marked by our algorithm.

732 sites as spam sites. Among them, 728 are found during the seed set selection step and two more are identified in the expansion step. We also draw a distribution of these 732 sites for the domain matrix before using our algorithm and after using our algorithm. Figure 5.10 has similar buckets as Figure 5.9, but we use percentage instead of absolute number. Here percentage means the percentage of the spam sites within each bucket bucket to the total number of spam sites. The light color bars, which represents the percentage of these spam sites for the original domain matrix, have a more even distribution among the buckets 5 to 8, while the dark color bars, which represents the percentage after using our algorithm, have much higher value in the last two buckets. This shows most of the spam sites are moved to the lowest levels after using our algorithm.

*5.8.   DISCUSSION*



Figure 5.10: Distribution of sites on the company's blacklist.

## 5.8   Discussion

### 5.8.1   Discussion for the complete hyperlinks algorithm

In this section, we discuss some issues related to the CL-HITS or CL-POP algorithms.

**Complete link vs. link target**

Intuitively, more link farms may be found by using link targets than complete links, because more targets will match and thus more easily exceed the bipartite component threshold than complete links; it is therefore possible that we may miss some link farms by requiring complete links.

On the other hand, the use of link targets alone can be too aggressive. Good links will

96

*5.8.  DISCUSSION*

| Type | Results |
|---:|---:|
| quite relevant | 44.3% |
| relevant | 22.1% |
| not sure | 5.4% |
| irrelevant | 14.3% |
| totally irrelevant | 13.6% |

Table 5.10: Evaluation results for using links alone.

end up down-weighted if these links are above the threshold for detecting bipartite components. For example, for the query *amusement parks*, the top result is `http://www.pki.com/` for the complete links method. This web site is a good one for this query, but we cannot find it within top 30 list by using link targets alone because it is marked in one of the bipartite components and thus many incoming links get down-weighted.

To compare the performance of using the links alone with the performance of using complete links, we selected the same 20 queries, and for each query we applied the same algorithm but using links without anchor texts. Users evaluated the top 10 authorities for these queries. The performance is shown in Table 5.10. As we can tell, the sum of the **quite relevant** and **relevant** is 66.4%, which is about 10% lower than the results of using complete links, showing that using complete links is better than using links alone.

**Exact match vs. bag of words**

One obvious question people may raise is that what if the spammers deliberately use different anchor texts for the same link. Because our algorithm counts duplicate link with different anchor texts as different complete links, deliberately generated anchor texts for the same link may escape our bipartite graph detection and more spam links may survive.

*5.8. DISCUSSION*

In order to show the robustness of our algorithm to this issue, we perform an arbitrary experiment to find the impact of the different anchor texts. In this experiment, instead of using the exact match of the anchor text, we used the "bag of words" approach for handling anchor texts, i.e., for each anchor text, we removed stop words and stemmed each word and put them in alphabetical order. Then, this bag of words is used as the anchor text and forms the complete link together with the corresponding link. Same algorithms are used for this new complete link and 20 queries are calculated for the users' evaluation. The results are shown in Table 5.11.

The sum of **quite relevant** and **relevant** from Table 5.11 is 76.2%, which is quite close to the results of using exact anchor text matching. This suggests that either exact anchor text matching or "bag of words" matching could be used.

Although one may think that spammers can use randomly generated anchor texts for the same link target in order to bypass our proposed method, we argue that in reality this will not work as they expect. The reason is that usually the spammers not only want to boost the link popularity to a page but also want to boost the page ranking for certain queries. To do this, they effectively combine link farms with link bombing techniques [89], i.e., they usually use common anchor texts to the links within a link farm.

As a result, our approach (especially the "bag of words" version) is expected to be an effective deterrent when its use is public knowledge. Spammers will have to expend more effort (generating different anchor texts to escape detection) and will have a less effective boost in rank (Because the link bombing effect will be reduced by the use of different

*5.8.   DISCUSSION*

| Type | Results |
|---:|---:|
| quite relevant | 47.3% |
| relevant | 28.9% |
| not sure | 7.7% |
| irrelevant | 11.4% |
| totally irrelevant | 4.5% |

Table 5.11: Evaluation results for using bag of words.

| Opinion | Percentage |
|---:|---:|
| quite relevant | 5.4% |
| relevant | 4.8% |
| not sure | 4.1% |
| not relevant | 23.7% |
| totally irrelevant | 61.7% |

Table 5.12: User evaluation for spam sites we marked.

anchor texts).

Finally, we note that some of the occasional obvious errors in retrieval are the result of ranking without any additional textual analysis. Highly authoritative sites such as `google.com` will sometimes be listed in the top results, even when the query is unrelated. This problem may be corrected using techniques such as pruning of outliers [17].

### 5.8.2   Discussion for the expansion algorithm

**Accuracy of spam detecting algorithm**

For our algorithm exp-POP, we generate a spam sites list before ranking. To test the correctness of this process, we need to check how users think of the sites that our algorithm marked as spam. The method for this checking is that from the results of user evaluation, we select URLs that have been marked spam by our algorithm. The distribution of users' opinions in five levelers is in Table 5.12.

99

*5.8.  DISCUSSION*

| Opinion | Percentage |
|---:|:---:|
| quite relevant | 45.9% |
| relevant | 24.8% |
| not sure | 7.8% |
| not relevant | 13% |
| totally irrelevant | 8.3% |

Table 5.13: Users evaluation for results calculated with only seed set.

**Whether the expansion step is necessary**

Because we have a seed selection step and expansion step, to show that the expansion step is necessary, we calculated the statistics for the data without using the expansion step. The results are in Table 5.13. The sum of **quite relevant** and **relevant** is only 70.7%, which is lower than 72.6%, generated with the expansion step.

**Alternative for the expansion step**

Some people may argue that the pages pointing to spam pages are not necessarily spam themselves. In order to test this argument, we also tried a different expansion step — in order to be marked spam, a node not only needs to point to at least the number of spam sites, but also should be pointed back to by some of these spam sites. We did tests that require the node to be referenced by at least one spam site besides pointing to three spam sites for us to mark it spam in the expansion step. Intuitively, fewer sites will be marked spam this time because stronger conditions must be met for a node to be marked spam this time. But we found that this new step does not generate better results and even generates slightly worse results (when the top 30 results are considered).

100

*5.8.   DISCUSSION*



Figure 5.11: Performance as thresholds vary.

**Selection of the threshold**

The selection of threshold is also a problem in our algorithms. In order to show the effect of different thresholds, we used different thresholds for the seed selection step and expansion step. Ranging from 2 to 7, we tried 36 different combinations of thresholds in total. The evaluation of the accuracy of using different thresholds is shown in Figure 5.11. It is obvious that with a larger threshold, fewer sites will be marked and so more spam sites may occupy the top ranked positions. As we can tell, accuracy is decreasing with larger threshold values.

## 5.9   Summary

In this chapter, we propose two approaches to address link farm technique for the purpose of generating better results by link based ranking algorithms. Both approaches show substantial improvements when comparing with HITS algorithm. In addition, our experiments show that exp-POP has the potential to improve upon PageRank.

One final issue to raise is that for both of our algorithms, we propose to punish links instead of punishing web pages. We believe it is appropriate to punish links among link farms, but not good to punish particular web pages. For example, most of the URLs in Table 5.2(a) and 5.2(b) are well-known companies. They are not good for the query *IBM research center*, but they are quite good for a query like *jupiter media*. So, we should not remove these web sites from the index just because they link with each other, but it makes sense to delete links among the pages in Table 5.2(a) or 5.2(b) to prevent them from getting authority value from collaborators. These pages should only get votes from pages outside their business in the ranking system. If many other pages point to them, they will still be ranked high and be hit for queries like *jupiter media*.

While we cannot claim that our approaches completely address the problem of link farm spam, we found that they can identify highly authoritative and relevant results, showed significant improvements over the original HITS performance on current, spam-dominated datasets, and argued for its effectiveness as a deterrent even if its use became public knowledge. We also found that after graph re-weighting, ranking by popularity often provides similar quality to HITS at a much lower computational cost.

*5.9.  SUMMARY*

Search engines can utilize our algorithms directly. They can follow the same procedures, i.e., detecting link farm spam pages, revising the adjacency matrix and then ranking.

Some may question whether our approaches will still work after the spammers know them. Because our approaches are targeted at finding complete subgraphs or near complete subgraphs, it can still work as long as the spammers keep building complete subgraphs. Spammers can only bypass our approach by building subgraphs with less density, which is less effective for them.

After our algorithms were published, researchers proposed some other methods for detecting link spam. Gyöngyi et al. [61] proposed using the difference of PageRank and TrustRank to pinpoint link spam pages. Compared with our algorithms, their algorithm may not detect less ambitious link farm pages. Becchetti et al. [12] proposed a new algorithm, Truncated PageRank, to detect link farms. Their algorithm is based on the assumption that link farms only have incoming links from partners and seldom have incoming links from third party web sites. This algorithm makes sense, but may suffer from the fact that some link farm communities may not follow their base assumption.

103

# Chapter 6

# Detecting cloaking

## 6.1   Introduction

Cloaking is the spamming technique in which content providers send different content to search engines and to actual web users.

Many popular search engines use the combination of traditional textual relevancy based ranking methods and the link analysis based ranking methods to calculate the relevancy of web documents to a given query. All of these ranking algorithms are based on the assumption that the pages seen by the search engines are identical to the ones seen by real users. These algorithms will be harmed when the assumption is no longer applicable. It has been obvious that cloaking is one of the techniques that can break the above assumption.

Google [58] describes cloaking as the situation in which "the web server is programmed to return different content to Google than it returns to regular users, usually in an attempt

*6.1. INTRODUCTION*

to distort search engine rankings." The definition is not complicated and provides a direct solution to detect cloaking: for each page, calculate whether there is a difference between a copy from a search engine's perspective and a copy from a web browser's perspective.

In reality, this is non-trivial. Even when it is discovered that corresponding copies of a page differ, we still cannot tell whether the page is a cloaking page. The reason for this is that web pages may be updated frequently, such as in a news web site or a blog web site. It may also simply be due to the fact that the web site may place a different time stamp on every page it serves. Usually search engines use a program called robot or crawler [37] to download web pages automatically from the web. Even if two crawlers were synchronized to visit the same web page at nearly the same moment, some dynamically generated pages may still have different content, such as a banner advertisement that is rotated on each access.

In addition to the difficulty of identifying cloaking, it is also hard to tell whether a particular instance of cloaking is considered acceptable or not. As introduced by Gyöngyi and Garcia-Molina [63], some cloaking behavior is acceptable to some search engines. For example, some web owners may send pages without advertisements to search engines, but will send pages containing these advertisements to web users. This behavior may be acceptable to some search engines.

Based on the above discussion, we define two different cloaking behaviors.

- Syntactic cloaking. As long as the content providers send different content consistently to search engines and web users, we will name this behavior as syntactic

*6.1. INTRODUCTION*

cloaking.

- Semantic cloaking, which is the type of syntactic cloaking with the effect of deceiving search engine's ranking algorithm.

Hence, the act of sending pages without advertisements to search engines while at the same time sending pages with advertisements to users may only be syntactic cloaking, and not semantic cloaking.

In this chapter, we address the issue of cloaking on the web. First we propose two methods to automatically detect syntactic cloaking in Section 6.2. Based on the results of the syntactic cloaking detection, we then go on propose a method to detect semantic cloaking in Section 6.3. We conclude this chapter in Section 6.4.

The main contribution of our work in this area involves being the first to publicly propose algorithms to be used to detect cloaking and semantic cloaking [118, 120].

After we published our work, Chellepilla and Chickering [33] also proposed a two-phase method to detect cloaking. This is the only paper [33] that addresses cloaking issue besides us. It should be noted that their paper uses an idea based on our approaches. In their paper, based on the query logs and online advertisement click-through logs, they identified cloaking behavior for hot queries and monetizable queries. During their experiments, top responses for these queries are first retrieved. Then for each top response URL, two copies are downloaded from both crawlers' and browsers' perspectives, respectively. A measurement based on the normalized term frequency difference between the four copies is then utilized to decide whether the page is employing cloaking. Chellepilla and Chickering

106

*6.2. DETECTING SYNTACTIC CLOAKING*

showed that top responses for monetizable queries have more cloaking instances than those for popular queries.

One thing to mention regards to generating cloaking is that typically the spammers can judge whether the request is from search engines through two mechanisms: one is based on the IP address of the request and the other is based on the User-Agent field within the HTTP response header. Because we do not own a search engine's IP address, we only investigate the User-Agent based cloaking behavior in this dissertation.

## 6.2   Detecting syntactic cloaking

As we mentioned earlier, calculating the difference between pages from the browser's and crawler's viewpoints is not sufficient to tell whether the page performs cloaking. Here we introduce our two approaches for detecting syntactic cloaking automatically. The approaches have been published in [118].

The first approach requires three copies, among which two are from the search engine's perspective and the last is from the web browser's perspective. The second approach needs all four copies. Intuitively, the first method is easier in the situation of a real search engine: they only need to get one copy by pretending to be a web browser and the remaining two from their repositories, which are collected by their own robots. The second method will provide us with better accuracy, because more copies are used, providing a stronger sign of cloaking behavior.

*6.2.  DETECTING SYNTACTIC CLOAKING*

Suppose for each page, we have four copies, two of which are from a crawler's perspective while the other two are from a browser's perspective. For convenience, we named these four copies $C_1$, $B_1$, $C_2$ and $B_2$ respectively, $C_1$ and $C_2$ are two copies from a crawler's perspective, while $B_1$ and $B_2$ are two copies from a browser's perspective. The order of $C_1$, $B_1$, $C_2$ and $B_2$ also arranges them in terms of their time of download. Here, $C_1$ and $B_1$ were downloaded within a few hours on the first day, while $C_2$ and $B_2$ were downloaded within a few hours on the second day.

### 6.2.1   Algorithm details

**First approach: three copies needed**

Our first proposed method is to use three copies of a page $C_1$, $C_2$ and $B_1$ to determine whether it is a cloaking page. The idea is that for each URL, we first calculate the difference( The various choices for "difference" will be explored later) between $C_1$ and $C_2$ (for convenience, we use $N_{CC}$ to represent this number). Then we calculate the difference between $B_1$ and $C_1$ (for convenience, we use $N_{BC}$ to represent this number). Finally if $N_{BC}$ is greater than $N_{CC}$, we know that we can mark it as a cloaking candidate. The intuition is that the page may change frequently, but if the difference between the browser's copy and the crawler's copy is bigger than the difference between two crawler copies, the evidence may be enough to prove that the page is employing cloaking.

There are various choices to calculate the difference between two pages. Intuitively, the goal of cloaking is to give different content to a search engine than to normal web

*6.2.  DETECTING SYNTACTIC CLOAKING*



Figure 6.1: Intersection of the four copies for a web page.

browsers. This can be different text or links. Two methods used by us to calculate the difference between pages are **the difference in terms** and **the difference in links**. We describe each in Section 6.2.3, along with the results obtained.

**Second approach: four copies needed**

The second approach requires all four copies of each page.

Our assumption about syntactic cloaking is that the web site will send something consistent to the crawler while sending something different, yet still consistent, to the browser. So, if there exists such terms that only appear in both of the copies sent to the crawler but never appear in any of the copies sent to the browser or vice versa, it is quite possible that the page is employing syntactic cloaking. Here when getting the terms out of each copy, we still use the "bag of words" approach, meaning we replace all the non-word characters within an HTML file with blanks and then get all the words out of it.

An intersection operation is applied to the bag of words generated above. To easily describe this step, the intersection of four copies are shown as a Venn diagram in Figure

109

*6.2. DETECTING SYNTACTIC CLOAKING*

6.1. We use capital letters from A to M to represent each potential intersection of the four copies. For example, the area L contains content that only appears in $C_1$, but never appears in $C_2$, $B_1$ and $B_2$. Area F is the intersection of four copies. The most interesting components to us are portrayed in areas A and G. Area A represents terms that appear on both browsers' copies but never appear on either of the crawlers' copies, while area G represents terms that appear on both crawlers' copies but never appear on either of the browsers' copies.

Based on the above discussion, the outline of our algorithm of detecting syntactic cloaking automatically is:

- For each web page, we calculate the number of terms in area A and the number of terms in area G.

- If the sum of these two numbers is above a threshold, we mark this page as a cloaking page.

We will show the results for this 4-copy method in Section 6.2.4.

## 6.2.2   Data set

We collected our experimental data set based on the top response lists for hot queries under the intuition that more spamming pages will be made for hot queries.

The first step is to collect hot queries from popular search engines. To do this, we collected 10 popular queries of Jan. 2005 from Google Zeitgeist, the top 100 search terms of 2004 from Lycos, the top 10 searches for the week ending Mar. 11, 2005 from Ask Jeeves

*6.2.  DETECTING SYNTACTIC CLOAKING*

[7], and 10 hot searches in each of 16 categories ending Mar. 11, 2005 from AOL [5]. This resulted in 257 unique queries from these web sites.

The second step is to collect top response lists for these hot queries from real search engines. For each of these 257 queries, we retrieved the top 200 responses from the Google search engine. The number of unique URLs was 47,170. In each case we recorded the entire response that includes the HTTP headers and the body of the response. We also recorded, and follow, HTTP redirection responses.

The User-agent HTTP request header [53] describes the client who initiates a request. In order to disguise our request as either a search engine robot or a normal web browser, we changed the $UserAgent$ header when we sent out requests. To pretend to be a search engine robot, we set the $UserAgent$ to be

`Googlebot/2.1 (+http://www.googlebot.com/bot.html)`. To disguise ourselves as a web browser, we set the $UserAgent$ to be `Mozilla/4.0 (compatible; MSIE 5.5; Windows 98)`. We then downloaded four copies for each of the 47,170 URLs, two from a browser's perspective and two from a crawler's perspective. Note that all of these copies were downloaded from machines with a university IP address.

### 6.2.3   Experimental results for our 3-copy method

In this section, we show the results of applying our algorithms and estimate the performance for each algorithm. We also compare our proposed cloak detection algorithms.

*6.2.  DETECTING SYNTACTIC CLOAKING*



Figure 6.2: Distribution of $N_{BC}$-$N_{CC}$.

**Term difference**

The first method for detecting cloaking is to use term difference among different copies. Instead of using all the terms in the HTML files, we used the "bag of words" method to analyze the web pages, i.e., we parse the HTML file into terms and only count each unique term once no matter how many times this term appears. Thus, each page is marked by a set of words after parsing.

For each page, we first calculated the number of different terms (the terms that appear only in one copy) between the copies $C_1$ and $C_2$ (designated $N_{CC}$, as described above). We then calculated the number of different terms between the copies $C_1$ and $B_1$, (designated $NBC$). Next we selected pages that have a bigger $N_{BC}$ than $N_{CC}$ as candidates of cloaking. For this data set, we marked 9,742 candidates of the original 47,170 data set.

The distribution of the difference of these 9,742 pages forms a power-law-like distribution, shown in Figure 6.2.

112

## 6.2.  DETECTING SYNTACTIC CLOAKING

| Bus-ket | Thre-shold | Range | Num. Pages | Prec-sion | Recall | Est. Acc. | F-value |
|---|---|---|---|---|---|---|---|
| 1 | 0 | $x <= 1$ | 1059 | 0.400 | 1.000 | 20.0% | 0.571 |
| 2 | 1 | $1 < x <= 2$ | 802 | 0.424 | 0.945 | 13.3% | 0.586 |
| 3 | 2 | $2 < x <= 4$ | 827 | 0.454 | 0.918 | 16.7% | 0.607 |
| 4 | 4 | $4 < x <= 8$ | 1144 | 0.487 | 0.882 | 33.3% | 0.628 |
| 5 | 8 | $8 < x <= 16$ | 1163 | 0.517 | 0.785 | 16.7% | 0.624 |
| 6 | 16 | $16 < x <= 32$ | 1329 | 0.603 | 0.735 | 40.0% | 0.663 |
| 7 | 32 | $32 < x <= 64$ | 1162 | 0.683 | 0.599 | 50.0% | 0.638 |
| 8 | 64 | $64 < x <= 128$ | 824 | 0.777 | 0.449 | 70.0% | 0.570 |
| 9 | 128 | $128 < x <= 256$ | 556 | 0.822 | 0.302 | 70.0% | 0.441 |
| 10 | 256 | $256 < x$ | 876 | 0.900 | 0.202 | 90.0% | 0.330 |

Table 6.1: Details and statistics of buckets of term difference.



Figure 6.3: The ratio of syntactic cloaking in each bucket based on term difference.

To check which threshold for $N_{BC}$-$N_{CC}$ is a good indication for real cloaking, we put the 9,742 URLs into ten different buckets based on their difference value. The range for each bucket and the number of pages within each bucket are shown in Table 6.1. Then, from each bucket we randomly selected thirty pages and checked them manually to see how many from these thirty pages were really syntactic cloaking pages. The results are shown in Figure 6.3. Some cloaking examples discovered during the manual evaluation are given in Appendix A.

113

*6.2. DETECTING SYNTACTIC CLOAKING*

Obviously in Figure 6.3, the greater the difference, the higher proportion of cloaking contained in the bucket, which means a higher accuracy when detecting syntactic cloaking. In order to determine which is the optimal threshold to choose, we calculated the precision, recall and F-measure based on the range of these buckets. For these three measures, we follow the definitions provdided in [87] and select $\alpha$ to be 0.5 in the F-measure formula to give equal weight to recall and precision. Precision is the proportion of selected items that the system correctly measured. Recall is the proportion of the target items that the system select. F-measure is the measure that combines precision and recall. The results of these three measures are also shown in Table 6.1. If we choose F-measure as the criteria, bucket 6 has the highest value. Because the lower bound of bucket 6 is 16, as shown in Table 6.1, we can set the threshold at 16 and declare that all pages with a difference above 16 can be categorized as cloaking pages. In this case, the precision and recall are 0.603 and 0.735 respectively.

From Figure 6.3, we can make an estimation of the percentage of our 47,170 page set that are cloaking pages. Because we know the total number of pages within each bucket and the number of cloaking pages within the 30 manually checked pages from each bucket, the estimation of the total number of cloaking pages is the sum of the product of the number of pages within each bucket and the ratio of cloaking pages within the 30 pages. After calculation, we found that there are 3,898 cloaking pages (about 8.2%) within the 47,170 pages.

*6.2. DETECTING SYNTACTIC CLOAKING*



Figure 6.4: Distribution of the difference of $L_{BC}$-$L_{BC}$.

**Link Difference**

Similar to term difference, we also analyzed this data set on the basis of link difference. Here link difference means the number of different links between two corresponding pages.

First we calculated the link difference between the copy of $C_1$ and $C_2$ (termed $L_{CC}$).We then calculated the link difference between the copy of $C_1$ and $B_1$ (termed $L_{BC}$). Finally we marked the page that has a higher $L_{BC}$ than $L_{CC}$ to distinguish them as cloaking candidates. In this way, we marked 5,637 candidates. The frequency of these candidates also approximates a power-law distribution like term cloaking. It is shown in Figure 6.4.

As with term difference, we also put these 5,637 candidates into 10 buckets. The range and number of pages within each bucket is shown in Table 6.2.

From each bucket, we randomly selected 30 pages and checked manually to see how many of them are actual cloaking pages. The result is shown in Figure 6.5. Some cloaking examples discovered during the manual evaluation are given in Appendix A.

115

## 6.2.  DETECTING SYNTACTIC CLOAKING

| Bus-ket | Thre-shold | Range | Num. Pages | Prec-sion | Recall | Est. Acc. | F-value |
|---|---|---|---|---|---|---|---|
| 1 | 0 | $x <= 1$ | 1671 | 0.529 | 1.000 | 36.7% | 0.692 |
| 2 | 1 | $1 < x <= 2$ | 680 | 0.598 | 0.794 | 23.3% | 0.682 |
| 3 | 2 | $2 < x <= 4$ | 548 | 0.673 | 0.741 | 53.5% | 0.705 |
| 4 | 4 | $4 < x <= 10$ | 841 | 0.701 | 0.643 | 50.0% | 0.671 |
| 5 | 10 | $10 < x <= 20$ | 493 | 0.791 | 0.502 | 73.3% | 0.614 |
| 6 | 20 | $20 < x <= 35$ | 449 | 0.811 | 0.381 | 66.7% | 0.519 |
| 7 | 35 | $35 < x <= 50$ | 243 | 0.879 | 0.281 | 76.7% | 0.426 |
| 8 | 50 | $50 < x <= 70$ | 167 | 0.917 | 0.218 | 90.0% | 0.353 |
| 9 | 70 | $70 < x <= 100$ | 166 | 0.923 | 0.168 | 90.0% | 0.285 |
| 10 | 100 | $100 < x$ | 379 | 0.933 | 0.118 | 93.3% | 0.210 |

Table 6.2: Buckets of link difference.



Figure 6.5: The ratio of syntactic cloaking in each bucket based on link difference.

We also calculated the F values for these thresholds corresponding to the range of each bucket. The result is shown in Table 6.2. We can tell that 2 is an optimal threshold with the best F value being 0.705. In this case, the precision and recall are 0.673 and 0.741 respectively.

In our data set, we found that the number of pages having link difference is smaller than those having term difference. Thus, fewer cloaking pages can be found by using link difference alone, and with better accuracy.

116

*6.2. DETECTING SYNTACTIC CLOAKING*

| Bus-ket | Thre-shold | Range | Num. Pages | Prec-sion | Recall | Est. Acc. | F-value |
|---|---|---|---|---|---|---|---|
| 1 | 0 | $x <= 1$ | 725 | 0.656 | 1.000 | 30.0% | 0.792 |
| 2 | 1 | $1 < x <= 2$ | 540 | 0.701 | 0.948 | 30.0% | 0.806 |
| 3 | 2 | $2 < x <= 4$ | 495 | 0.743 | 0.910 | 36.7% | 0.818 |
| 4 | 4 | $4 < x <= 8$ | 623 | 0.782 | 0.867 | 40.0% | 0.823 |
| 5 | 8 | $8 < x <= 16$ | 650 | 0.841 | 0.809 | 66.7% | 0.824 |
| 6 | 16 | $16 < x <= 32$ | 822 | 0.874 | 0.706 | 60.0% | 0.781 |
| 7 | 32 | $32 < x <= 64$ | 600 | 0.960 | 0.590 | 90.0% | 0.731 |
| 8 | 64 | $64 < x <= 128$ | 471 | 0.978 | 0.463 | 96.7% | 0.629 |
| 9 | 128 | $128 < x <= 256$ | 420 | 0.981 | 0.356 | 93.3% | 0.522 |
| 10 | 256 | $256 < x$ | 1120 | 1.000 | 0.263 | 100.0% | 0.417 |

Table 6.3: Buckets of unique terms in area A and G.

### 6.2.4   Experimental results for out 4-copy method

For the 47,170 unique URLs, we found 6,466 pages that have a non-zero number of terms in area A and G. Again, we put them into 10 buckets, as shown in Table 6.3. The third column represents the number of pages within this bucket.

From each bucket, we again randomly selected 30 pages and manually checked to see whether there existed syntactic cloaking. The accuracy is shown in the fourth column in Table 6.3. We also calculated recall and F-measure, and show the results in Table 6.3.

Because the 4th and 5th bucket have the highest F value in Table 6.3, we chose the threshold to be the range between bucket 4 and bucket 5, i.e., 8. So, our automated cloaking algorithm will only mark pages with the sum of area A and G greater than 8 as cloaking pages. Hence, all pages in bucket 5 through bucket 10 are marked as cloaking pages, corresponding to 4,083 out of the 47,170 pages, about 9% of pages that rank high on popular queries were found to be employed syntactic cloaking.

Both of our approaches can identify cloaking pages automatically. The approach using

117

*6.2. DETECTING SYNTACTIC CLOAKING*



Figure 6.6: Minimum percentage of recognized syntactic cloaking pages within Google's top responses.

four copies can identify more cloaking pages (9%) than the approach using only three copies (8.2%). However, the approach using three copies needs fewer resources than the approach using four copies, potentially making it more appealing to search engines.

### 6.2.5   Distribution of syntactic cloaking within top rankings

Because we have identified 4,083 pages that utilize cloaking, we can now draw the distribution of these cloaking pages within different top rankings. Figure 6.6 shows the percentages of cloaked pages for the top-10 to top-200 results returned by Google. It can be seen that the top-10 through top-60 results include more than 10% syntactically cloaked pages and the overall likelihood of a top-200 result being cloaked was 8.6%. This may suggest that cloaking has helped these pages ranked higher for these hot queries.

Because we retrieved the results of the top-10 hot queries from each one of AOL 16

*6.3. DETECTING SEMANTIC CLOAKING*



Figure 6.7: Category-specific cloaking, as found by the 4-copy terms algorithm.

categories, we can consider the topic of the cloaking pages. Intuitively some popular categories, such as **Sports** and **Computers**, may contain more cloaking pages in the top ranking list. Therefore we also calculated the fraction of cloaking pages within each category. The results are shown in Figure 6.7. Apparently, some categories, such as *Shopping* and *Sports*, are more likely to have cloaked results than other categories.

## 6.3 Detecting semantic cloaking

### 6.3.1 Motivation

As we have described earlier, cloaking occurs when different content for the same URL is sent to browsers and to search engine crawlers. The assumption made by search engines is that anyone utilizing cloaking has the potential to fool search engines into generating a

*6.3.  DETECTING SEMANTIC CLOAKING*

higher ranking for their pages. However, based on our experience, this is not always the case.

In Section 6.2, we determined that about 9% of pages within a hot query data set utilized cloaking. The ratio is high enough to show that cloaking is not scarce on the web. After manually checking approximately 1,000 examples of cloaking, we found that some of them will affect search engine results while others are not likely to be harmful to search engines.

For example, we found that many web servers that use PHP or ASP to generate dynamic content will have session identifiers within URLs for copies sent to browsers, but no such session identifiers are sent to crawlers. This makes sense that the web servers need this kind of session identifier to differentiate different users, but these identifiers are not useful to search engines. If these identifiers were sent to search engines, they might think that the page has changed on every visit while actually the page has not. Even worse if a search engine stores a page with a certain session identifier and many users ask for this cached version, then the search engine would provide results with all identical session identifiers, which may cause totally unexpected consequences for the web sites.

Another example occurs because some pages contain advertising links when being viewed from a browser, when no such links are present in the copy sent to crawlers. In fact, this behavior is helpful for search engines utilizing link based ranking algorithms. The reason for this is that, based on link based ranking algorithms, a link on the web implicitly represents an authority vote [22, 79] or a kind of trust [64]. Obviously, advertising links

*6.3.  DETECTING SEMANTIC CLOAKING*

do not match this assumption. This is how this kind of cloaking can help search engines collect fewer advertising links, thus generating a better ranking.

According to the above observations, we find that it is not enough to only detect syntactic cloaking behavior. If search engines penalize all instances of cloaking, it is obviously not fair to the above examples. However, given the enormous size of the web, it is not possible for human experts to check each page manually to determine which one to penalize. Therefore, it is necessary to find a method to detect the kind of cloaking behavior that has the effect of manipulating search engine ranking results. We refer to this cloaking behavior as semantic cloaking.

In order to determine whether a web page is employing cloaking or not, copies from both a browser's perspective and a crawler's perspective are needed [69]. A single copy in the search engine's cache is not enough. The reason for this is that spammers may send high quality content (e.g., copied from Yahoo!, CNN or Wikipedia) to the search engine's crawler; therefore, flagging content based features of the crawled version alone is insufficient.

Also, the comparison of only one copy of a page from both a browser's perspective and a crawler's perspective is still insufficient for detecting cloaking [118, 69]. Take for example, if a college's homepage highlights a different faculty member's biographical information every time the page is served. It will not be easy to discover this behavior by only looking at one copy from both a browser's perspective and a crawler's perspective. So, two copies from each side, which makes 4 copies in total, are necessary for detecting semantic cloaking.

*6.3. DETECTING SEMANTIC CLOAKING*

The problem with this 4-copy method is that it is expensive for search engines. With billions of pages on the web today, crawling and storing four copies and calculating the differences among them requires significant resources. Thus, we propose a two-step process to detect semantic cloaking, which will require significantly fewer resources.

## 6.3.2   Algorithm

In this section, the details of our two-step process are discussed.

The first step implements a filter. By comparing only one copy from the browser's perspective and one from the crawler's perspective, heuristics can be used to eliminate web pages that cannot demonstrate cloaking. The goal of this step is to generate a candidate list with reasonable precision but perfect recall for semantic cloaking pages. All the pages that are not eliminated in the first step move on to the second step for further inspection.

In the second step, two more copies are downloaded for each candidate, one of which being from a browser's perspective and the other from a crawler's perspective, . Hence, we have four copies for each URL. Then features are extracted from across these four copies and a classifier is used to determine whether the page is employing semantic cloaking or not. The overall process is depicted in Figure 6.8.

**Filtering Step**

The purpose of this step is to eliminate pages that do not employ semantic cloaking.

*6.3.  DETECTING SEMANTIC CLOAKING*



Figure 6.8: Data flow of the two steps for detecting semantic cloaking.

The motivation for this step is simple: if we can determine that the page is not utilizing cloaking at all with a smaller cost, then there is no need to download four copies of this page for further inspection. For example, if a copy from a browser's perspective is identical to the one from a crawler's perspective are, the chance is very small that the page is employing semantic cloaking.

One possible direct rule with regards to the filtering step is to eliminate all pages for which the browser and crawler perspectives are identical, and to send all the pages that are different in the two copies to the next step, the classification step. Although this is a safe rule for the first step, we find this rule is still insufficient. The reason for this is that the web changes very fast. Cho and Garcia-Molina [35] showed that about 20% of web pages change every time they are visited and about 40% of web pages are changed within a week. Other researchers [50, 98] also show that web pages are changing fast. This shows that by applying the above **identical rule**, we may still get many candidates for the classification step.

123

*6.3. DETECTING SEMANTIC CLOAKING*

---

game info, reviews, game reviews, previews, game previews, interviews, features, articles, feature articles, game developers, developers, developer diaries, strategy guides, game strategy, screenshots, screen shots, game screenshots, game screen shots, screens, forums, message boards, game forums, cheats, game cheats, cheat codes, playstation, playstation, dreamcast, Xbox, GameCube, game cube, gba, game, advance, software, game software, gaming software, files, game files, demos, game demos, play games, play games online, game release dates, Fargo, Daily Victim, Dork Tower, classics games, rpg, role playing games, strategy games, real time strategy, action games, FPS, shooter, first person shooters, sports games, handheld games, pda, pda games, half-life, half life, quake, quake, counter strike, counter strike, rogue spear, rainbow six, medal of honor, allied assault, unreal tournament, return to castle Wolfenstein, soldier of fortune, tribes, starsiege tribes, command and conquer, renegade, halo, grand theft auto, tony hawk, the sims, sims

---

Figure 6.9: Sample of a meta-keyword tag sent in both HTTP response header and HTML content only to the crawler.

As discussed before, even if the copy from the browser's perspective differs from the copy from a crawler's perspective, it still does not necessarily mean that the page is utilizing semantic cloaking. For example, some servers will send JavaScript to the browser but not to the crawler. Hence, a better heuristic for eliminating pages that are not likely to perform semantic cloaking is needed.

In order to determine a better heuristic rule, we carefully studied the manually detected cloaking examples. One common characteristic found among these examples is that spammers are quite ambitious. They will often list more keywords or links in the copy sent to the crawler than the copy sent to the browser when they utilize cloaking. Typically these keywords have proved to be real words for popular queries, e.g., names of hot games, pop stars and digital cameras. An example of a portion of a semantic cloaking page with many keywords is shown in Figure 6.9.

124

*6.3.   DETECTING SEMANTIC CLOAKING*

Thus, the ideal situation would be for a complete enough dictionary be developed to contain all the keywords that may be used for spamming purposes. This means that the heuristic rule can be that if the copy sent to the crawler contains a certain number of dictionary terms that do not exist in the copy sent to the browser, then this page will be marked as a candidate and sent to the classification step.

Pages with more than a certain number of words in only one copy, sent to either the crawler or the browser, will be marked as candidates. We refer to this heuristic rule as the **term rule** in this body of work. Different threshold specifications will generate different lists of candidates. Obviously, one value will be optimal in the sense that no semantic cloaking page will be screened out during the filtering step.

As described above, spammers may also put different links in the copy sent to the crawler then the one sent to the browser. Similarly, we can develop a rule for links. First all of the links should be extracted. Then if a page has more than a certain number of unique links that do not occur in the copy sent to either the browser or the crawler, it can be distinguished as a candidate and sent to the classification step. We refer to this rule as the **link rule**. Again, an optimal threshold will exist for this link rule. Any page that matches either the term rule or the link rule will be marked and sent to the second step.

**Classification Step**

The filtering step above will admit candidate pages. In this classification step, for each candidate, we download another copy from the perspectives of both the browser and the

125

*6.3. DETECTING SEMANTIC CLOAKING*

crawler. For consistency, we download these two copies in the same order as that of the initial two copies. Again, we use $B_1$, $B_2$, and $C_1$, $C_2$ to represent the copies downloaded by a browser and a crawler respectively. The downloading sequence should be either $B_1 - C_1 - B_2 - C_2$ or $C_1 - B_1 - C_2 - B_2$.

From the four copies of a single page, a set of features can be generated. We use a set of labeled pages to train a classifier how to determine whether or not the page is employing semantic cloaking.

A major concern is how to generate a set of useful features. As in most machine learning tasks, this is best performed using domain expertise. Based on our examination of many cloaking and non-cloaking pages, and with raw data in the form of four parsed versions of a page in mind, we have created a number of potentially useful features.

One goal for our classifier concerns widespread applicability to unseen pages — as a result, we choose features that are independent of the actual content found on the pages, where possible. Most features represent information about the content, rather than the content directly. Given that we are examining hypertext, we can extract features based both on the content (text, markup, etc.) as well as links to other pages. Note that although **title**, **keyword** and **description** fields are not a part of the standard HTTP response header, we observe that many spammers include these fields in the HTTP response header. Therefore, we take this observation into account in our feature selection process. We show content and link based features of one instance of a page in Figures 6.10 and 6.11, respectively.

126

*6.3.  DETECTING SEMANTIC CLOAKING*

---

**Content based features from each copy**
Response code.

Number of

- terms from all fields

- terms in the title field of HTTP response header

- terms in the keyword field of HTTP response header

- terms in the description field of HTTP response header

- lines in HTTP response header

Whether

- "method=post" exists

- "input type=hidden" exists

- Google AdSense exists

- checkbox exists

- radiobox exists

- "type=submit" exists

- JavaScript exists

- frame tag exists

- "onmouseover" function exists

- stylesheet exists

- a reference to a flash file exists

- copyright information exists

- a reference to a JavaScript file exists

---

Figure 6.10: Content based features from each copy.

127

*6.3. DETECTING SEMANTIC CLOAKING*

---

**Link based features from each copy**

Number of

- total links

- unique links

- links to the same site

- links to a different site

- relative links

- absolute links

- unique sites that this page points to

Ratio of number of

- links to the same site to the number of total links

- links to a different site to the number of total links

- absolute links to the number of total links

- relative links to the number of total links

- links to the same site to the number of links to a different site

- absolute links to the number of relative links

---

Figure 6.11: Link based features from each copy.

Because at this point we have four copies of each page, we can also consider the differences across and within user-agents. Intuitively, such differences are important as they can distinguish between time-changing content versus static differences between versions sent to the two user-agents. We generate features for both kinds of differences.

Therefore, given two instances, we compare the values for many features (e.g., whether the number of links contained in each is the same or not), and we compare aspects of the

128

*6.3. DETECTING SEMANTIC CLOAKING*

content (e.g., how many terms appear in only one instance, but not another). These features are calculated by way of comparing instances sent to the same client (e.g., from $B_1$ to $B_2$), as well as from the comparison of instances retrieved from different perspectives (e.g., from $C_1$ to $B_1$). Some examples of these features are shown in Figure 6.12.

By combining the various features described above, we finally determine 162 features for each candidate page to use in training the classifier.

## Our Implementation

In reality, the ideal approach described in Section 6.3.2 cannot be implemented easily. For example, it is quite difficult to find a powerful dictionary to contain all of the valid words and names (although a search engine might be able to construct something close). Hence we employ a sub-optimal heuristic rule in our implementation. For the term rule, we break down the pages into terms by replacing all the non-alphanumeric characters with blanks. We then drop all the terms containing digits. For the remaining terms, if the copy sent to the crawler contains more than that specified by a determined threshold of terms that do not exist in the copy sent to the browser, we mark it as a candidate and send it to the second step.

For the link rule, we extract all the links within "HREF" tags. If the copy sent to the crawler contains more than a certain amount of links that do not exist in the copy sent to the browser, we mark it as a candidate and send it to the second step.

For the second step, we employ a support vector machine as our classifier model. The

*6.3. DETECTING SEMANTIC CLOAKING*

---

**Features for two corresponding copies**

Whether

- the number of terms in the keyword field of the HTTP response header for $C_1$ is bigger than the one for $B_1$.

- the number of terms in the keyword field of the HTTP response header for $C_2$ is bigger than the one for $B_2$.

- the total number of links in $B_1$ is the same as the total number of links in $B_2$.

- the total number of links in $C_1$ is the same as the total number of links in $C_2$.

Number of

- common terms in $B_1$ and $C_1$

- common links in $B_1$ and $C_1$

- terms appearing only in $B_1$, not in $C_1$

- links appearing only in $B_1$, not in $C_1$

---

Figure 6.12: Features for two corresponding copies.

software SVM$^{light}$ [76] is used to train the SVM classifier.

### 6.3.3   Training the classifier

In this section, we first show how to build an SVM classifier. We then demonstrate its performance based on a small data set. The small data set used for training the classifier is the same one described in Section 6.2.2 when doing syntactic cloaking experiments.

**Labeled data set**

In order to train a classifier, we need a labeled data set containing both positive and negative examples of semantic cloaking from the hot query data set. We used the following

130

*6.3. DETECTING SEMANTIC CLOAKING*

procedure to obtain such a list.

1. For the 4,083 pages identified as syntactic cloaking in Section 6.2.4, select one URL for each unique site.

2. For the list generated from the above step, manually check whether the URL is doing semantic cloaking.

3. For each of the URLs that are marked as semantic cloaking in step 2, extract the site and select all the pages from this site within the hot query data set.

4. For the list generated from step 3, manually check whether the URL is doing semantic cloaking.

5. Combine the list from step 2 and step 4 to form the labeled list.

Following the above procedure, a labeled list of 1,285 URLs is generated. Among them, 539 are positive examples and 746 are negative examples. Here positive means the page is employing semantic cloaking while negative means it is not.

**Training the classifier**

We partitioned the labeled list into a training list and a test list. The training list contains randomly selected 60% of both positive and negative examples; the remaining 40% of both positive and negative examples are placed into the test list. This ends up producing a training set of 767 examples and a test set of 518 examples.

131

6.3.  *DETECTING SEMANTIC CLOAKING*

---

**Top positive features for detecting semantic cloaking**

1. Whether the number of terms in the keyword field of the HTTP response header for $C_1$ is bigger than the one for $B_1$.

2. Whether the number of terms in the keyword field of the HTTP response header for $C_2$ is bigger than the one for $B_2$.

3. Whether the number of terms in the description field of the HTTP response header for $C_1$ is bigger than the one for $B_1$.

4. Whether the number of terms in the description field of the HTTP response header for $C_2$ is bigger than the one for $B_2$.

5. Whether the number of lines in the HTTP response header for $C_1$ is bigger than the one for $B_1$.

6. Whether the number of terms in the title field of the HTTP response header for $C_1$ is bigger than the one for $B_1$.

7. Whether the number of terms in the title field of the HTTP response header for $C_2$ is bigger than the one for $B_2$.

8. Whether the number of unique terms in $C_1$ is bigger than the one in $B_1$.

9. Whether $C_1$ has the same number of relative links as $B_1$.

10. Whether the number of common terms between $C_1$ and $B_1$ is same as the number of common terms between $C_2$ and $B_2$.

---

Figure 6.13: Top 10 features with positive weights.

For these 1,285 pages, we extracted 162 features from the four copies and used SVM$^{light}$ [76] to build a classifier. In order to prevent features with large values (such as the number of tokens within one copy) from dominating the classifier, we scaled down all of the features to the range [0,1]. After this scaling, we trained the classifier and used precision and recall as the metrics. Here precision means what percentage of the pages predicted by the classifier as semantic cloaking pages are actually utilizing semantic cloaking. Recall refers

132

*6.3. DETECTING SEMANTIC CLOAKING*

---

**Top negative features for detecting semantic cloaking**

1. Whether $C_1$ uses the same stylesheet file as $B_1$.

2. Whether $C_2$ uses the same stylesheet file as $B_2$.

3. Whether both $C_2$ and $B_2$ contain copyright information.

4. Whether both $C_2$ and $B_2$ contain JavaScript.

5. Whether both $C_2$ and $B_2$ contain "METHOD POST".

6. Whether both $C_1$ and $B_1$ contain JavaScript.

7. Whether $C_1$ has the same copyright information as $B_1$.

8. Whether both $C_1$ and $B_1$ contain "METHOD POST".

9. Whether both $C_2$ and $B_2$ contain checkbox.

10. Whether $B_1$ and $B_2$ have same number of terms in the META DESCRIPTION field.

---

Figure 6.14: Top 10 features with negative weights.

to the fraction of all semantic cloaking pages that are detected by the classifier. A model with 278 representative feature vectors was built by $SVM^{light}$ after the training process.

In order to avoid overfitting, we repeated the training set and test set selection process five times. The average precision of these five runs was 93% and recall was 85%. This demonstrates that using the classifier to detect semantic cloaking is promising.

**Discriminative features**

Having 162 features in total, not all of them are quite as significant to the classifier as others. In order to determine which features are most distinguishing, we use two methods.

*6.3.   DETECTING SEMANTIC CLOAKING*

First, like Drost et al. [45], we calculated the weight for each feature and output the features with highest weights as the most discriminative features. To do this, we used the model file generated by SVM$^{light}$ to calculate the weight for each feature. The top ten positive features are shown in Figure 6.13. These features can be considered the most discriminative features to indicate a page that is utilizing semantic cloaking.

Many features in Figure 6.13 are related to the HTTP response header. The reason is that we detected many semantic cloaking instances using HTTP response headers to deliver spam. Many keywords are added to the HTTP header sent to the crawler.

Similarly, the top ten features with negative weights are shown in Figure 6.14. These features are important to indicate a page that is not employing semantic cloaking.

The second method to discover important features is to generate a decision tree. We used the WEKA [117] implementation of C4.5 [101] to generate a decision tree for our training data set, which is shown in Figure 6.15. The corresponding features for this tree are listed in Figure 6.16.

Listed in Figure 6.16 are discriminative features for both positive and negative examples. Most of them are similar to the combination of features listed in Figure 6.13 and Figure 6.14. This demonstrates that the above are discriminative features in determining whether the page is utilizing semantic cloaking or not.

134

*6.3.  DETECTING SEMANTIC CLOAKING*

```
A <= 0
|   B <= 0.008406
|   |   C <= 0
|   |   |   D <= 0.000446: -1 (11.0/1.0)
|   |   |   D > 0.000446
|   |   |   |   E <= 0.000179: 1 (15.0)
|   |   |   |   E > 0.000179
|   |   |   |   |   F <= 0.007218: -1 (2.0)
|   |   |   |   |   F > 0.007218: 1 (2.0)
|   |   C > 0
|   |   |   G <= 0
|   |   |   |   H <= 0: 1 (10.0)
|   |   |   |   H > 0
|   |   |   |   |   I <= 0.005792
|   |   |   |   |   |   J <= 0: 1 (5.0/1.0)
|   |   |   |   |   |   J > 0: -1 (11.0)
|   |   |   |   |   I > 0.005792: 1 (2.0)
|   |   |   G > 0
|   |   |   |   K <= 0
|   |   |   |   |   L <= 0.9753: -1 (380.0/17.0)
|   |   |   |   |   L > 0.9753
|   |   |   |   |   |   M <= 0
|   |   |   |   |   |   |   N <= 0: -1 (4.0)
|   |   |   |   |   |   |   N > 0: 1 (8.0/1.0)
|   |   |   |   |   |   M > 0: -1 (11.0/1.0)
|   |   |   |   K > 0
|   |   |   |   |   O <= 0: 1 (4.0)
|   |   |   |   |   O > 0
|   |   |   |   |   |   P <= 0: 1 (3.0)
|   |   |   |   |   |   P > 0
|   |   |   |   |   |   |   Q <= 0.000141: 1 (2.0)
|   |   |   |   |   |   |   Q > 0.000141: -1 (37.0/3.0)
|   B > 0.008406
|   |   R <= 0
|   |   |   U <= 0: 1 (2.0)
|   |   |   U > 0: -1 (9.0/1.0)
|   |   R > 0
|   |   |   T <= 0
|   |   |   |   S <= 0: 1 (8.0)
|   |   |   |   S > 0
|   |   |   |   |   G <= 0: 1 (2.0)
|   |   |   |   |   G > 0: -1 (3.0)
|   |   |   T > 0: 1 (97.0/1.0)
A > 0: 1 (139.0)
```

Figure 6.15: Tree generated by the C4.5 algorithm.

135

*6.3. DETECTING SEMANTIC CLOAKING*

---

**Features selected by C4.5 for detecting semantic cloaking**

- **A** Whether the number of terms in the description field of the HTTP response header for $C_1$ is bigger than the one for $B_1$.

- **B** The number of terms appearing only in $C_2$, not in $B_2$.

- **C** Whether $C_1$ uses the same stylesheet file as $B_1$.

- **D** The number of terms appearing only in $C_1$, not in $B_1$.

- **E** The ratio of the number of absolute links in $C_1$ to the number of relative links in $C_1$.

- **F** The number of unique terms in $C_1$.

- **G** Whether both $C_2$ and $B_2$ contain "METHOD POST".

- **H** Whether both $C_1$ and $B_1$ contain "input hidden".

- **I** The number of different terms between the title field of the HTTP response header for $C_1$ and the title field of the HTTP response header for $B_1$.

- **J** Whether both $C_1$ and $B_1$ contain a flash file.

- **K** Whether the number of relative links in $C_1$ is bigger than the number of relative links in $B_1$.

- **L** The ratio of the number of absolute links to total links in $C_2$.

- **M** Whether the total number of links in $B_1$ is the same as the total number of links in $B_2$.

- **N** Whether the number of different sites that $C_1$ points to is bigger than the number of different sites that $C_2$ points to.

- **O** Whether both $C_2$ and $B_2$ contain JavaScript.

- **P** Whether $C_1$ has the same copyright information as $B_1$.

- **Q** The number of terms appearing only in $B_1$, not in $C_1$.

- **R** Whether the total number of links in $C_2$ is bigger than the total number of links in $B_2$.

- **S** Whether both $C_2$ and $B_2$ contain checkbox.

- **T** Whether the number of terms appearing only in $B_1$ but not $C_1$ is the same as the number of terms appearing only in $B_2$ but not $C_2$.

- **U** Whether both $C_1$ and $B_1$ contain "METHOD POST".

---

Figure 6.16: Features selected by the C4.5 algorithm.

*6.3.   DETECTING SEMANTIC CLOAKING*

### 6.3.4   Experiments

**ODP data set**

In order to demonstrate the value and validate performance of our two-step process of detecting semantic cloaking, we used a much larger data set.

Because the pages within dmoz are regularly used by web search, crawling and classification research (e.g., [65, 30, 34]), it is interesting to see how many pages listed in the ODP utilize semantic cloaking.

We used the 2004 ODP RDF [1] file and extracted 4,378,870 URLs from it. We then downloaded two copies for each of these URLs, one emulating a crawler and the other a browser, for each of these URLs for our experiment.

**Filtering step**

As introduced in Section 6.3.2, the purpose of the first step is to filter out the pages that may not employ semantic cloaking. As before, we first break all the pages down into terms by replacing all the non-alphanumeric letters with blanks. We collected the remaining terms and dropped the terms containing digits, for example, a123.

In order to investigate which threshold to choose for the term and link rules described in Section 6.3.2, we tried different thresholds, from 1 to 10, for the term rule. The percentage of pages remaining for these different thresholds are shown in Figure 6.17. We arbitrarily chose 3 as our threshold for the term rule. The reason is that intuitively, less than 3

---

[1] http://rdf.dmoz.org/

*6.3.   DETECTING SEMANTIC CLOAKING*



Figure 6.17: Percentage of pages remaining for different thresholds.



| A. Arts | E. Home | | |
|---------|---------|--------|----------|
| B. Games | F. Society | I. Health | M. Shopping |
| C.       Recreation | G. KidsTeens | J. Science | N. Reference |
| | H.   Computers | K. Regional | O. Business |
| D. Sports | | L. World | P. News |

Figure 6.18: Percentage of semantic cloaking pages within each topic.

different terms will not be a useful cloaking instance for spammers.

Because the candidate set generated by the link rule with a threshold of 3 is a subset of the set generated by the term rule, we used the candidate set generated by the term rule for the next step.

The filtering step marked 364,993 pages as cloaking candidates, which corresponds to 8.34% of the original set of pages. While a higher threshold could also be used, we believe that with better heuristic rules, it may be possible to filter out more candidates without dropping real semantic cloaking pages.

138

*6.3.  DETECTING SEMANTIC CLOAKING*

**Classification step**

For each of these 364,993 pages, two more copies, i.e., one from a crawler's perspective and one from a browser's perspective, are downloaded. Then features were able to be extracted from the four copies. Again, we used the same scale from training the model to scale down these features. Thus, it is possible that absolute values of some features may not be within the range [0,1]. After classification, 46,806 pages were marked as utilizing semantic cloaking.

Because the classifier was trained on a different data set, we randomly selected 1,000 pages from the set of 364,993 pages to estimate the performance of the classifier for this ODP data set. After manual checking, 121 semantic cloaking pages were detected.

Then the classifier was applied to the above labeled 1,000 pages. Based on the 121 manually identified semantic cloaking pages, we build the confusion matrix of "True Negatives" (TN), "False Positives" (FP), "False Negatives" (FN) and "True Positives" (TP) in Table 6.3(b). According to the table, metrics are still good with accuracy being 97.3%, the precision being 90.5% and recall being 86.7%. In addition, we also calculated margins of error (see Equation 6.1 for a definition of the margin of error for value $M$, with 95% confidence level and $N$ members in total) for accuracy, precision and recall. The results are shown in Table 6.5.

$$MarginOfError = 1.96 * \sqrt{\frac{M * (1 - M)}{N}} \qquad (6.1)$$

Hence, this demonstrates that the classifier works well for the ODP data set.

139

*6.3.  DETECTING SEMANTIC CLOAKING*

(a) Table fields.

| TN | FP |
|----|----|
| FN | TP |

(b) Values for the fields.

| 868 | 11 |
|-----|-----|
| 16 | 105 |

Table 6.4: Confusion matrix for the sample of 1,000 pages.

| **Name** | **Value** |
|----------|-----------|
| Accuracy | $97.3\% \pm 0.88\%$ |
| Precision | $90.5\% \pm 1.75\%$ |
| Recall | $86.8\% \pm 2.05\%$ |

Table 6.5: Accuracy, precision and recall with margins of error.

Because the precision is 90.5% for the ODP data set and 46,806 pages are classified as semantic cloaking, roughly speaking we have 46,806 * .905 = 42,359 true positive semantic cloaking instances in the ODP. If we also consider the cloaking in the false negatives, we get 42,359 / .868 = 48,801 cloaked pages in total in the ODP. Compared to the overall size of the ODP data set, i.e., about 4.3M pages, we see that more than 1% of all pages within the ODP are expected to utilize semantic cloaking. Importantly, because our estimates do not account for IP-based cloaking, actual cloaking rates in the ODP will be even higher.

To see whether cloaking is equally distributed across ODP topics, we calculate the distribution of the 46,806 marked pages within each of the 16 top level topics in the ODP. The results are shown in Figure 6.18. It does make some sense that popular topics such as **Games**, **Recreation** and **Sports**, contain the highest fractions of semantic cloaking pages among all the topics. It is interesting to observe that the topic **Arts** also contains many semantic cloaking pages.

140

## 6.4   Summary

In this chapter, approaches for detecting syntactic cloaking and semantic cloaking are discussed.

The study of syntactic cloaking is based on a sample containing top responses from a popular search engine to hot queries on the web. We identified different kinds of cloaking and gave an estimate of the percentage of pages that are cloaked in the sample. We also propose two different methods to automatically identify syntactic cloaking based on three or four copies of a certain page. Both of these two methods have their own advantages.

We have proposed a two-step process to address the problem of detecting semantic cloaking on the web. The filtering step generates a candidate set with reasonable precision but high recall for detecting semantic cloaking. The classification step identifies semantic cloaking pages based on a pre-trained classifier and features from four occurrences of a page. When tested with a large scale data set, precision and recall for the classifier provide good performance. We also show that many semantic cloaking pages exist in the ODP.

For the filtering step, we use a simple heuristic rule, i.e., if more than three non-digit-containing terms are present in the crawler's copy but not in the browser's copy, we will put the page into the candidate list. In fact, more work are expected for this step in the future. Different heuristic rules or different thresholds can be used to filter out more pages without employing semantic cloaking.

For the classifier, it is believed that more features may be added to improve performance. For example, we focus on the terms in the title, description, keyword fields and

*6.4. SUMMARY*

the number of terms when training the classifier. We observe that in the ODP data set, a labeled page uses the `ALT tag` to apply semantic cloaking, which our classifier fails to recognize it. Hence, more features may be necessary to make the classifier more robust. For example, we may consider features related to the images within web pages.

We also discover a new type of cloaking in our experiment. The basic idea is that the site may return pages redirecting to different locations in case different user agents or the site sends pages without redirection to search engines but with redirection to browsers. Because what users see is different from what search engines see, we still consider this as cloaking. A proper name for this behavior is `redirection cloaking`.

Also, during manual labeling, we found some pages to be difficult to classify as utilizing semantic cloaking or not. Therefore, it may be beneficial to incorporate a separate class for such borderline pages, and thus could consider ordinal classification techniques [77, 124].

There are several issues that we still require attention in future work.

The first is that of a bias in the dataset used. Our data sets (pages in or near the top results for hot queries or pages listed in dmoz) do not nearly reflect the web as a whole. However, it can be argued that it reflects the web that is considered important (at least for the purposes of finding pages that might affect search engine rankings through cloaking).

The second is that we detect cloaking by means of forging different `UserAgent`s and do not address IP-based cloaking. So, it is likely that there do exist pages that provide cloaked content to the major engines when they recognize the crawling IP. Thus, we will miss cloaking instances utilizing IP-based cloaking. Hence, our collection is a lower

*6.4. SUMMARY*

bound of semantic cloaking instances. We fully expect search engines to observe a higher fraction of cloaking pages when retrieving web pages from IP addresses that are known to be used for search engine crawlers. We would welcome the partnership of a search engine to collaborate on future crawls.

Finally, what are the consequences of publicizing our approach to spammers? We argue that our methods are robust as long as the spammers are ambitious.

For syntactic cloaking, spammers can only bypass our approaches by providing similar content to both crawlers and browsers.

For semantic cloaking, spammers can only bypass the filtering step of our algorithm by listing very few additional keywords in the copy sent to the search engines. Sophisticated spammers might also tune their pages to reduce their profile within the strong features that we have identified for the classifier presented in this paper. However, with many features, it will be difficult (and unlikely) for a spammer to avoid all such features. Regardless, periodic retraining of the classifier is likely to be necessary to maintain peak performance, which will make the identification of any particular features here moot.

In conclusion, we believe our approaches are robust, and make undetected cloaking more difficult and/or less effective.

143

# Chapter 7

# Topical TrustRank

In previous chapters, methods derived from natural science, such as those regarding graph theory, mathematics and machine learning, are used to fight spam. In fact, the web is also a social network in the sense that a link may convey social relationship between the owners of the source and target pages. Thus, some concepts or ideas from a social perspective can be used together with link analysis algorithms for fighting web spam or improve the ranking performance of search engines.

In this chapter and the following chapter, we propose some algorithms based on the concept of trust to combat web spam and improve search engines' ranking performance.

A link on the web can convey trust from the owner of the source page to the owner of the target page. In general, good pages only point to other good pages and seldom to spam pages. TrustRank [64] is one algorithm that first incorporates the concept of trust into demoting web spam. The basic idea of TrustRank is that a list of good sites

144

are selected as seeds. The seeds will initially have non-zero trust scores while all other sites have initial values of 0. Then the trust scores will be propagated through a biased PageRank formula.

$$t = \alpha * T * t + (1 - \alpha) * d \tag{7.1}$$

where $t$ is the TrustRank score vector, $\alpha$ is the decay factor, $T$ is the transition matrix and $d$ is the normalized trust score vector for the seed set. And $t$ is initialized with the value of $d$ before the calculation. Usually the above equation will be calculated iteratively 20 times, which was found to be enough for the results to converge, with $\alpha$ set to be 0.85. After the calculation has been made, good sites will still have good trust scores, while spam sites will have poor trust scores.

There are two problems with TrustRank.

- The broadness of seed coverage

- Bias towards bigger communities

In order to address the above issues, we propose Topical TrustRank, in this chapter.

Also, unanswered with TrustRank, is how exactly to apply trust scores into current search engines. We will address this by building a model which combines trust and authority (PageRank) in Section 8. In addition, different mechanisms for propagating trust are also discussed.

The main contribution of our work on this topic is that we are the first to propose

145

*7.1. INTRODUCTION*

bringing topicality into trust calculation to fight search engine spam [123]. Also, we investigate how to combine ranking algorithms with spam fighting algorithms in [97].

## 7.1   Introduction

Gyöngyi et al. [64] present the TrustRank algorithm to combat web spam. The basic idea of this algorithm is that a link between two pages on the web signifies trust between them; i.e., a link from page A to page B is a conveyance of trust from page A to page B. Initially, human experts select a list of seed sites that are well-known and trustworthy on the web. Each of these seed sites is assigned an initial trust score. A biased PageRank algorithm is then used to propagate these trust scores to their descendants. After convergence, good sites will have relatively high trust scores, while spam sites will have poor trust scores.

TrustRank may suffer from the fact that the coverage of the seed set used may not be broad enough. Many different topics exist on the web and there are good pages within each topic. The seed selection process used in the TrustRank algorithm cannot guarantee that most of these topics are covered. So, it is possible that in using TrustRank to detect spam, we may get good precision but suffer from unsatisfactory recall.

We will show that TrustRank has a bias towards communities that are heavily represented in the seed set. For example, if more **sports** pages exist in the seed set than pages related to **image processing**, then pages related to **sports** have a better chance of gaining higher trust scores than the pages related to **image processing**. So, if a spam page successfully fools some pages in the **sports** community to link to it, it is possible that it may be

*7.1. INTRODUCTION*

ranked higher than some good pages in the **image processing** community.

In order to address the above issues, we propose to introduce topical information into the trust propagation system. As for the coverage issue, we propose the usage of the pages listed in well-maintained topic directories, such as the dmoz. For the issues relating to bias, we propose that the trustworthiness of a page be differentiated by various topics; i.e., the page should be more trusted in the topics that it is relevant to. This relies on the fact that a link between two pages is usually created in a topic-specific context [32].

Our approach, called Topical TrustRank, partitions the set of trusted seed pages into topically coherent groups and then calculates TrustRank for each topic. The final ranking is based on a balanced combination of these individual topic-specific trust scores.

Bigger communities on the web are generally better represented in topic directories. Because TrustRank has a bias towards heavily represented communities and intuitively bigger communities usually attract more spam pages, we want to show that on average, Topical TrustRank can demote spam pages more so than TrustRank. So, we will focus on the performance of spam page demotion in this chapter.

In this chapter we make a number of contributions. First, we show that TrustRank has a bias toward larger communities. Second, we demonstrate that the combination of multiple trust scores based on random partitions can produce highly variable results. Third, we propose the use of topicality to determine appropriate partitions. Finally, we show that Topical TrustRank performs significantly better in demoting spam sites, especially highly ranked spam sites, than TrustRank. Compared to TrustRank, our best

*7.2. BACKGROUND*

technique can decrease spam by 43.1% from the top ranked sites by PageRank. Our algorithm uses only the link graph and seed sets from different topics; there is no need for the content of pages or the use of a text classifier. This makes the whole process viable for more than just commercial search engines.

The rest of this chapter is organized as follows: the background and related work are introduced in Section 7.2 and 7.3, respectively. The motivation of this work is introduced in Section 7.4. The details of Topical TrustRank are given in Section 7.5. The experiments and results are shown in Section 7.6. We finish with a discussion and conclusions in Section 7.7 and 7.8.

## 7.2   Background

Gyöngyi et al. [64] introduced TrustRank. It is based on the idea that good sites seldom point to spam sites and people trust these good sites. This trust can be propagated through the link structure on the web. So, a list of highly trustworthy sites are selected to form the seed set and each of these sites is assigned a non-zero initial trust score, while all the other sites on the web have initial values of 0. Then a biased PageRank algorithm is used to propagate these initial trust scores to their outgoing sites. After convergence, good sites will get a decent trust score, while spam sites are likely to get lower trust scores. The formula for TrustRank is:

$$t = \alpha \times T \times t + (1 - \alpha) \times d \qquad (7.2)$$

*7.3. RELATED WORK*

where $t$ is the TrustRank score vector, $\alpha$ is the decay factor, $T$ is the transition matrix (in which $T(i,j)$ is the probability of following the link from page $j$ to page $i$) and $d$ is the normalized trust score vector for the seed set. Before calculation, $t$ is initialized with the value of $d$. Gyöngyi et al. iterated the above equation 20 times with $\alpha$ set to 0.85.

As Gyöngyi et al. have pointed out, seed set selection is crucial to the success of the TrustRank algorithm. This is why they employed an extremely rigorous process to select 178 sites from a crawl of 31M sites as the final seed set. For each site, they calculated its PageRank and TrustRank values based on the site graph. They first put all the sites into 20 buckets based on the PageRank value and then made the buckets for TrustRank with equal size as the corresponding PageRank bucket. A random sample of 50 sites was selected from each bucket and manually checked for spam usage. The results showed that TrustRank improved upon PageRank by keeping good sites in the top buckets, while most spam sites were moved to lower buckets.

## 7.3   Related Work

Henzinger et al. [69] mentioned that search engine spam is quite prevalent and search engine results would suffer greatly without measures to combat it. A number of researchers have worked to combat different kinds of web spam, we list just a few of them here. Fetterly et al. proposed the usage of statistical analysis to detect spam [51]. Benczur et al. proposed SpamRank [14], by which, the PageRank distribution of all the incoming links would be checked for each page. If the distribution does not follow a typical pattern, the page will

## 7.3.  RELATED WORK

be penalized.  Acharya et al. [3] first publicly proposed using historical data to identify link spam pages.  Wu and Davison [119] used the intersection of the incoming and outgoing link sets plus a propagation step to detect link farms.  Mishne et al. [92] employed a language model to detect comment spam.  Drost and Scheffer [45] proposed using a machine learning method to detect link spam.  Fetterly et al. [52] described methods to detect a special kind of spam that provides pages by stitching together sentences from a repository.

While the idea of a focused or custom PageRank vector has always existed [22], Haveli-wala [65] was the first to propose the idea of bringing topical information into PageRank calculation.  In his technique, pages listed in the dmoz were used to calculate the biased PageRank values for each of the top categories.  Then a similarity value of a query to each of these categories was calculated.  A unified score was then calculated for each page containing the given query term(s).  Finally, pages were ranked by this unified score.  Experiments show that Topic-sensitive PageRank performs better than PageRank in generating good response lists to a given query.

Jeh and Widom [75] specialize the global notion of importance that PageRank provides to create personalized views of importance by introducing the idea of preference sets.  The rankings of results can then be biased according to this personalized notion.  For this, they used the biased PageRank formula.

Chakrabarti et al. [30] characterized linking behaviors on the web using topical classification.  Using a classifier trained on ODP topics, they generated a topic-topic citation matrix of links between pages that showed a clear dominant diagonal, which meant that

*7.4. MOTIVATION*

pages were more likely to point to pages sharing the same topic.

Recently, Chirita et al. [34] described the method of combining ODP data with search engine results to generate a personalized search result. Based on a predefined user profile, the distance of this file to each URL received from a search engine's response list was calculated, the URLs were then resorted to generate a new output for the user. Our approach makes similar use of human-edited directories, with the specific goal to demote spam.

Guha et al. [60] studied the propagation of trust scores among a connected network of people. Different propagation schemes for both trust score and distrust score are studied based on a network from a real social community website.

## 7.4   Motivation

Seed set selection is the most important component of the TrustRank algorithm. Different seed selections lead to different results.

The seed selection process employed by the authors of TrustRank may not guarantee broad coverage of the web. An effective way to provide broader coverage is by the use of topical information. Human-generated topic directories like the Yahoo! directory and the dmoz are valuable resources for providing broader seed sets.

Instead of using a single TrustRank score for a site, we propose to calculate TrustRank scores for different topics, with each score representing the trustworthiness of the site within that particular topic. We believe a combination of these scores will present a

151

*7.4. MOTIVATION*

better measure of the trustworthiness of a certain site.

To achieve this, we can partition the seed set on the basis of topic.

Suppose we have a seed set $T$, which can be partitioned into $n$ subsets, $T_1$, $T_2$, ..., $T_n$, each containing $m_i$ $(1 \leq i \leq n)$ seeds. We use $t$ to represent the TrustRank scores calculated by using $T$ as the seed set and use $t_i$ $(1 \leq i \leq n)$ to represent the TrustRank scores calculated by using $T_i$ as the seed set. The following equation is a version of the Linearity theorem proved by Jeh and Widom [75]:

$$(\sum_{i=1}^{n} m_i) \times t = \sum_{i=1}^{n} (m_i \times t_i) \qquad (7.3)$$

The above equation shows that the product of TrustRank score and the total number of seeds equals the sum of products of the individual partition-specific scores and the number of seeds in that particular partition.

A transformation of this equation is:

$$t = \frac{m_1}{\sum_{i=1}^{n} m_i} t_1 + \frac{m_2}{\sum_{i=1}^{n} m_i} t_2 + ... + \frac{m_n}{\sum_{i=1}^{n} m_i} t_n \qquad (7.4)$$

From the above equation, we observe that larger partitions contribute more to the TrustRank values.

If the seed set used by TrustRank has a heavily represented topic community, clearly, TrustRank will present a bias towards pages in this community.

Usually bigger communities are also the communities with popular topics. Spammers also have greater interest to spam popular topic pages. Today, spammers are becoming more and more sophisticated and are easily able to fool some good pages to point to

*7.5.   TOPICAL TRUSTRANK*

the spam pages. For example, spammers could copy good content from various well-maintained sites but put invisible spam content and/or attach advertisements to the pages. Sometimes it is not easy for a non-expert to identify these spam pages. So, it is quite possible that bigger communities will contain more spam pages. For instance, Wu and Davison [118] found that pages within a response data set for popular queries utilized cloaking behavior more than twice as often as pages within a response data set for normal queries.

Hence, the TrustRank bias may inadvertently help spammers that manage to fool pages from a larger community to link to them. This is why we investigate techniques to balance out this bias.

## 7.5   Topical TrustRank

As mentioned in Section 7.1, topical coverage of the seed set may be insufficient for the web with so many topics in existence. Also, we have shown in Section 7.4 that TrustRank has a bias towards heavily represented communities in the seed set. In order to address these issues, we propose the introduction of topical information into the trust propagation system. Regarding the issue of coverage, we suggest the use of the pages listed in well-maintained topic directories, such as the dmoz. For the issues relating to bias, we propose that the trustworthiness of a page be differentiated by various topics, relying on the fact that two linked pages are typically related to the same topics [32, 43].

Our Topical TrustRank approach divides the set of trusted seed pages into topically

*7.5. TOPICAL TRUSTRANK*



Figure 7.1: A web made up of 8 nodes.

coherent groups and then calculates TrustRank for each topic. The final ranking is based on a balanced combination of these individual topic-specific trust scores.

### 7.5.1 Seed set partitioning

For a given seed set, we cut it into different partitions to correspond with different topics.

Using each of these partitions as a seed set, we calculate the trust scores for every node in the web graph using the TrustRank algorithm.

For a simple example, Figure 7.1 shows a small network that contains 8 nodes. Among these 8 nodes, 1,2, and 8 are seed nodes. Suppose node 1 is related to one topic, $t_1$, while node 2 and 8 are related to another topic, $t_2$. It is apparent that $t_2$ is better represented in the seed set. We partitioned the seed set by topic. The result of the trust scores generated using the two seed sets are shown in columns $t_1$ and $t_2$ of Table 7.1 respectively.

### 7.5.2 Combination of different topic scores

In order to present a single measure of trust for a page (Topical TrustRank score) using this approach, we explore two techniques used to combine the generated topical trust

154

*7.5.  TOPICAL TRUSTRANK*

scores, namely, simple summation and quality bias.

## Simple summation

In this technique, individual topical trust scores are added up to generate the Topical TrustRank score.

For the example presented in Figure 7.1, the simple summation of the topics are shown in the $t_1 + t_2$ column in Table 7.1. We will refer to these scores as the Topical TrustRank scores of the pages. Also, the scores generated by running TrustRank on the whole seed set are shown in the $t$ column.

It can be seen that for both algorithms, seed nodes 1, 2, and 8 have high scores. In Topical TrustRank, seed 1 from the smaller community has a higher Topical TrustRank score than seeds 2 and 8 from the bigger community, while in TrustRank, all of them have equal values. This is because a simple summation of scores implies equal treatment of communities. Because seed node 1 belongs to a smaller community, it ends up with a higher trust score than seed nodes 2 and 8. For the same reason, the difference between the scores of nodes 6 and 7 from node 5 is reduced by Topical TrustRank.

| Node | $t_1$ | $t_2$ | $t_1 + t_2$ | $t$ |
|------|-------|-------|-------------|-----|
| 1 | 0.408 | 0.000 | 0.408 | 0.140 |
| 2 | 0.000 | 0.214 | 0.214 | 0.140 |
| 3 | 0.173 | 0.000 | 0.173 | 0.060 |
| 4 | 0.173 | 0.364 | 0.538 | 0.299 |
| 5 | 0.147 | 0.000 | 0.147 | 0.051 |
| 6 | 0.049 | 0.103 | 0.152 | 0.085 |
| 7 | 0.049 | 0.103 | 0.152 | 0.085 |
| 8 | 0.000 | 0.214 | 0.214 | 0.140 |

Table 7.1: Result of trust scores for a small graph.

155

*7.5. TOPICAL TRUSTRANK*

Let us consider an example in which node 6 is a spam page. TrustRank ranks node 6 higher than node 3, which is only one step away from the seed node 1. It is believed that node 3, which is only one step away from the seed set, has a lower probability of being a spam site than node 6, which is two steps away from the seed set, i.e., the confidence in the nature of a page decreases as the number of the steps from the seed set increases.

**Quality bias**

In this technique, we introduce a "quality" bias in the combination of individual topical trust scores. We propose to weight each of the individual topical trust scores by a bias factor $w_i$ for topic $i$, thus placing greater importance on topical trust scores obtained for some communities than others. A possible bias is the average PageRank value obtained by averaging over the PageRank values of the seed pages of the particular community. Hence, the higher the PageRank values of the seed pages of a particular community, the more we trust the score assigned by the algorithm for that community.

### 7.5.3   Improvements

We propose the following improvements for the basic Topical TrustRank algorithm. These improvements are related to seed selection.

**Seed weighting**

In the TrustRank algorithm, each seed node is assigned an equal value in the initial $d$ vector in Equation 7.2. For each seed page, this value represents how likely it is that a surfer will

*7.5.   TOPICAL TRUSTRANK*

jump to that particular seed page if the surfer decides not to follow any outgoing links. We study the behavior of the TrustRank and Topical TrustRank algorithms by varying this initial value. Instead of assigning a constant value for each seed node, we assign to each node a value proportional to its importance or quality. In effect we are saying that the trustworthiness of some seed pages is more important than that of some other seed pages. This indicates that a surfer may be more likely to jump to a more trustworht seed page. We make use of the normalized PageRank value of each seed node within the seed set as the seed node's initial value.

**Seed filtering**

Low quality pages may exist within the pool of seed pages obtained from topic directories (open topic directories, to be specific). Spam pages may even exist within this pool.

In the latter case, the human editors may not be experts at detecting spam or may still include the page despite its spam nature for its content value. In addition, an expired domain present in the seed set may have been taken by a spammer.

To alleviate such situations, we employ some techniques of seed filtering. By filtering out low quality pages from the seed set, we expect to improve the performance of the Topical TrustRank algorithm. To measure the quality of seed pages, we may use their PageRank or their Topical TrustRank scores.

157

*7.6.   EXPERIMENTS*

**Finer topics hierarchy**

Topic directories usually provide a tree structure for each topic. Most existing papers use only the top level topics because calculation is expensive when finer topics are involved.

Intuitively, a hierarchy of finer topics may be more accurate in categorizing pages on the web.

For Topical TrustRank, the benefit of introducing finer topics is to produce better partitions. For example, a page may be good for sports, but because there are many different kinds of sporting activities, it may not cover all of them. It may make more sense to say that this page is trustworthy in terms covering one sport, say tennis, but not some others such as skiing or football.

Because we have a decently sized data set (the search.ch data set) with finer topics available, which will be introduced below in Section 8.6.1, we also test the use of finer topics and measure the performance.

## 7.6   Experiments

### 7.6.1   Data set

We used two data sets to evaluate our proposed Topical TrustRank algorithm.

The first data set is a general web crawl from Stanford's WebBase project [70]. We used the data set for January, 2001 as this data set has been used by several other researchers (e.g., [65, 66, 75]). We downloaded the link graph, and made use of the Internet Archive

*7.6. EXPERIMENTS*

[1] to check page content when necessary. The link graph contained about 65M pages that had a viable URL string. We also downloaded the ODP RDF file of January 22, 2001 from dmoz [2] for seed page selection.

The second data set is a country-specific web crawl courtesy of search.ch, a Swiss search engine [3]. Because the company also provided us with a list of labeled sites and domains employing various spam behavior, we used the site graph for analysis. There are approximately 20M pages within this data set and around 350K sites with the country code of Switzerland(.ch). The company also provided us with a list of sites or domains that applied various spamming techniques (3,589 sites). We used these sites as the labeled data set for our testing.

We also used an existing topic directory [4] with 20 different topics, similar to the ODP but which only listed pages primarily within the Switzerland domain. Because we used the site graph in our calculation and the topic directory listed only pages, we used a simple transfer policy: if a site had a page listed in a certain topic directory, we marked the site as having the same topic. In doing so, we marked 22,000 sites as seeds partitioned by the 20 topics. We found the number of unique sites to be 20,005, as a number of sites were included within several different topics.

---

[1] http://www.archive.org/

[2] http://rdf.dmoz.org/

[3] http://www.search.ch/

[4] http://dir.search.ch/

*7.6. EXPERIMENTS*



Figure 7.2: Decomposition of TrustRank score by topical trust scores.

## 7.6.2   Bias of TrustRank

As shown earlier, TrustRank has a bias towards communities with more seeds in the seed set. In our experiment, we verify this behavior of TrustRank. We applied TrustRank and Topical TrustRank algorithms on the WebBase data.

First, we selected the top 50 pages based on TrustRank scores, then we decomposed their TrustRank scores into component topical trust scores according to Equation 7.4 as illustrated in Figure 7.2. It can be seen that topics, such as Reference, Regional and Games dominate the top 50 rankings. These topics are also the most heavily represented ones in the seed set, verifying the bias of TrustRank towards heavily represented communities.

Similarly, we selected the top 50 pages based on the Topical TrustRank score (simple

160

*7.6. EXPERIMENTS*



Figure 7.3: Decomposition of Topical TrustRank score by topical trust scores.

summation) and illustrate the decomposition of these scores into the component topical

trust scores in Figure 7.3. It can be seen that the dominance of topics such as **Reference**,

**Regional** and **Games** is reduced with other topics contributing more to the total topical

trust score of the page, presenting a more balanced version in the combination of the

individual topical trust scores.

### 7.6.3   Results for **search.ch** data

This section describes the results generated from the Swiss data set provided by search.ch.

*7.6.   EXPERIMENTS*

**Basic results**

Following the same methods described in the TrustRank paper [64], we first calculated the PageRank value based on the search.ch site graph. Then, we put the sites into 20 buckets, with each bucket containing the sites with the sum of PageRank values equal to $1/20th$ of the sum of all PageRank values.

Then we used the 20,005 seed sites from the search.ch topic directory as the single seed list to calculate the TrustRank score for each site. After that, we again put each site into one of the 20 buckets. The criteria for this placement was for each TrustRank bucket to have an identical number of sites as the corresponding PageRank bucket.

For Topical TrustRank, we used a seed set for each of the 20 topics to calculate topical trust scores for each site. Each site had a vector of 20 topical trust scores, each of which represented how trustworthy the site was within the topic community. To generate the Topical TrustRank score, we applied the simple summation technique. The sites were then ranked by their Topical TrustRank scores. As in the case of TrustRank, we placed the sites in one of the 20 buckets. Again, the criteria is that each Topical TrustRank bucket have an identical number of sites as the corresponding PageRank bucket.

We measured the performance of each ranking algorithm by using two metrics. Considering spam sites within top buckets to be more harmful, we used the number of spam sites within the top 10 buckets as our first metric. Our second metric was the overall movement of these spam sites, which is defined as the sum of the differences in the bucket positions of labeled spam sites between the tested ranking algorithm and the PageRank algorithm.

162

*7.6.  EXPERIMENTS*



Figure 7.4: Spam distribution within the top 10 buckets out of 20 buckets for the search.ch data set.

Thus, the bigger this number, the better the performance of the ranking algorithm in demoting spam sites.

The results obtained for the algorithms are summarized in Table 7.1(a). There were 90 spam sites in the top ten buckets by PageRank. TrustRank moved 32 of these spam sites out of the top ten buckets, leaving 58. Topical TrustRank moved 48 spam sites out of the top ten buckets, retaining only 42. The distribution of the spam sites within the top ten buckets for these three algorithms is shown in Figure 7.4.

In terms of overall movement, TrustRank had an overall movement of 4,537 while Topical TrustRank produced 4,620. The results shown in the Table 7.1(a) will be used as the baseline for further comparisons.

163

*7.6. EXPERIMENTS*

(a) Basic results on search.ch data.

| Algorithm | No. within top 10 buckets | Overall movement |
|---|---|---|
| PageRank | 90 | NA |
| TrustRank | 58 | 4,537 |
| Topical TrustRank | 42 | 4,620 |

(b) Performance of algorithms using seed weighting on search.ch data.

| Seed weighting | No. within top 10 buckets | Overall movement |
|---|---|---|
| TrustRank | 63 | 4,357 |
| Topical TrustRank | 37 | 4,548 |

(c) Performance of Topical TrustRank using seed filtering on search.ch data.

| Seed filtering method | No. within top 10 buckets | Overall movement |
|---|---|---|
| PageRank | 54 | 4,536 |
| Topical TrustRank | 42 | 4,671 |

(d) Performance of Topical TrustRank using finer topics on search.ch data.

| Algorithm | No. within top 10 buckets | Overall movement |
|---|---|---|
| With top layer | 37 | 4,604 |
| Without top layer | 38 | 4,594 |

Table 7.2: Results for search.ch data set.

*7.6. EXPERIMENTS*

| Partitioning instance | No. within top 10 buckets | No. of movement |
|---|---|---|
| 1 | 47 | 4575 |
| 2 | 69 | 4482 |
| 3 | 48 | 4581 |
| 4 | 52 | 4593 |
| 5 | 48 | 4539 |
| 6 | 74 | 4556 |
| 7 | 50 | 4521 |
| 8 | 46 | 4569 |
| 9 | 61 | 4568 |
| 10 | 54 | 4525 |
| Average | 54.9 | 4551 |

Table 7.3: Results of random partitioning of search.ch data.

**Results for random partitioning of seed set**

In order to validate the idea of using topical information to partition the seed set, we performed a random partition test. Equation 7.3 tells us that if each partition contains an equal number of seeds, then the summation of the partition-specific trust scores of a page will yield its TrustRank score. For a fair comparison, we generated random seed sets with identical sizes to that of the topic-based partitions.

For the search.ch data set, we performed this random partitioning ten times. Each time, we calculated the trust score of a site within each partition and generated a sum of these scores. We then calculated the rank distribution of the 3,589 labeled spam sites. The number of spam sites within top 10 buckets and the overall movement of spam sites are shown in Table 7.3.

The results from Table 7.3 show that the performance of random partitioning is quite unstable when compared to the baseline results shown in Table 7.1(a). All ten partitions generated worse results when compared to partitioning based on topic. Some random

165

*7.6. EXPERIMENTS*

partitions generated better results than TrustRank (1, 3, 4, 5, 7, 8, 10), while some others were worse (2, 6, 9).

The presence of trials with improved performance (as well an improved mean performance) re-enforces the idea that an appropriate partitioning may be useful. Perhaps more importantly, it demonstrates that even our initial topical partitioning generated noticeably better performance than that of randomly generated partition's.

**Results for quality bias**

We investigated the quality bias improvement described in Section 7.5.2. For this, we weighted each topical trust score by the average PageRank score of the seeds within each topic prior to summation. We observed 40 spam sites within the top ten buckets, a slight improvement over the baseline result. The overall movement is 4,620, which is identical to our baseline results. The distribution of the spam sites within the top ten buckets is shown in Figure 7.5.

**Results for seed weighting**

In the TrustRank paper [64], each seed node is given an equal initial value of 1 over the total number of seed nodes.

In order to see whether giving different jumping probabilities to seed pages can help to improve the performance, we assigned each node an initial value proportional to its Page-Rank value. For a given seed list, we first calculated the sum of these nodes' PageRank values. Then for each node, the initial value was given by the ratio of this node's PageRank

166

*7.6. EXPERIMENTS*



Figure 7.5: Simple summation vs. quality bias for the search.ch data.

value to the sum. By applying this seed weighting technique, we calculated the TrustRank score and the Topical TrustRank score for each site. The results are shown in Table 7.1(b).

From Table 7.1(b), it is apparent that the numbers of spam sites within the top ten buckets differ from those in the baseline results. For TrustRank, this number increased, while for Topical TrustRank, this number decreased.

This weighting method is useful in decreasing the number of spam sites within the top buckets. Although there were more spam sites in the top ten buckets for TrustRank algorithm when compared to the baseline results, we found less spam sites within the top five buckets. However, the overall movement for both of the algorithms were worse when compared to the baseline results.

167

*7.6. EXPERIMENTS*

**Results for seed filtering**

As mentioned in Section 7.5.3, spam sites may exist within the seed list, particularly when these pages are taken from open directories. For example, we found 95 labeled spam sites listed under different topics in the search.ch data set.

This is clearly undesirable because the spam seed sites will receive unfair topical trust scores. Also, if the spam sites point to other spam sites, the children spam sites may likewise inherit unfair topical trust scores too. Therefore, it is desirable to filter out low quality seeds before calculating Topical TrustRank scores. One option is to check these seeds manually to get rid of the low quality seeds. This option is viable in the case of TrustRank because only a few hundred seeds were selected. But we have many more seeds in our case. For example, we have 20,005 seed sites for search.ch data and about 2.1M seed pages for ODP. Also, these numbers increase with time (there are about 4M pages listed in the ODP today). Hence, seed filtering by manual checking is not a viable option.

As described in Section 7.5.3, we tried two different methods for automatically filtering out some low quality seeds. One method is to use PageRank scores to select good seeds, i.e., we only keep the seed pages within the top ten PageRank buckets. The second method is to use TrustRank values with topic-filtered seed sets. For each topic, we only keep the top 50% of seeds based on the trust score ranking for this topic.

After filtering, we ran the Topical TrustRank algorithm again. The results are shown in Table 7.1(c). It becomes obvious that using PageRank for seed filtering does not improve the performance, while using Topical TrustRank for seed filtering does improve

*7.6.   EXPERIMENTS*

the performance, in comparison to the baseline results.

## Results for two-layer topic hierarchy

We study whether a finer granularity of topics can help improve performance.

For search.ch data set, we used the top two layer topics. We noticed that there were some leaf pages that belong only to the top layer topic. In such cases, we treated the top layer topic as being separate, under which the pages were then pooled. In doing so, we generated 326 different topics. Among them, 312 were second layer topics and the rest were the top layer topics. We then calculated topical trust scores for each site under these 326 topics. We also calculated the summation of the 326 topical trust scores for each site. In addition, we calculated the summation of the 312 second layer topical trust scores for each site. The results are shown in Table 7.1(d).

From Table 7.1(d), one can see that both these choices generate quite similar results. Compared to the baseline results in Table 7.1(a), the number of spam sites within the top 10 buckets decreases by almost 12%, but the overall movement is worse. This suggests that using a finer granularity of topics may help reduce spam in the top buckets.

## Results for the aggregation of ideas

Because some of the above ideas can improve the performance of Topical TrustRank, a natural idea is to combine them.

We observe that four of our above ideas, i.e, using two layer topics, seed filtering, seed weighting and quality bias are orthogonal; it is possible for us to combine them.

*7.6. EXPERIMENTS*

First, we used the 326 seed sets from the two layer topics. For each topic, we then applied seed filtering by only keeping the top 50% of seeds based on their Topical TrustRank scores. Next, we applied seed weighting, i.e., we gave each seed an initial value based on its PageRank score. After calculating topical trust scores, we used the same quality bias described in Section 7.5.2 to combine these topical trust scores. Finally we calculated the distribution of spam pages based on the ranking generated by the combined solution.

We found only 33 spam sites in the top ten buckets, a reduction of 43.1% in spam sites from the top ten buckets when compared to TrustRank in Table 7.1(a). This is the best result produced by our technique thus far. The overall movement is 4,617, which is very similar to the one generated by Topical TrustRank in Table 7.1(a).

**Nature of demoted spam sites**

To provide insight into the reason Topical TrustRank demotes spam more than TrustRank, we select a sample from the labeled spam sites that has a lower bucket ranking in Topical TrustRank than in TrustRank. Figures 7.6 and 7.7 show the contribution of the individual topical trust scores to the trust score assigned by TrustRank and Topical TrustRank respectively.

In the case of TrustRank, we observe a large number of sites with dominant topical trust score contributors. But in Topical TrustRank, the dominance of these contributors is reduced, producing a more balanced total topical trust score.

We believe that in combining topical trust scores in a more balanced way, Topical

170

*7.6. EXPERIMENTS*

TrustRank is able to demote spam sites that take advantage of trust scores propagated from bigger communities.

### 7.6.4  Results for WebBase data

This section describes the results for the WebBase data set. The ODP topic directory data was used as the seed set. Here, we used the page level link graph for calculation.

Similar to search.ch data, we calculated the PageRank value for each page and then put these pages into one of the 20 buckets based on their ranking by PageRank value. Again the sum of all the pages' PageRank scores within each bucket is 5% of the sum of all PageRank values.

The ODP content is archived over time [5]. We used the record for January, 2001 to generate seed pages that matched the WebBase data set. We extracted 194K pages listed for the 17 top-level topics. We used the combination of these pages as the seed set. We then calculated the TrustRank score and Topical TrustRank score for each page.

We would like to calculate the distribution of spam pages for the different algorithms. However, due to a lack of labeled spam pages, we cannot easily generate this distribution. One option is to use an approach similar to the one used in the TrustRank paper, i.e., extracting a sample from each of the 20 buckets and manually checking them for spam sites. We followed this same approach, but were only able to detect 16 pages after manually checking 500 pages. This spam ratio was too small for us to elicit convincing conclusions;

---

[5]http://rdf.dmoz.org/

171

*7.6.  EXPERIMENTS*



Figure 7.6: Topical contribution in TrustRank for spam sites.

therefore, we did not proceed with this approach.

Another method of characterizing spam in the ranking generated by different algorithms is to determine which algorithm presents a larger number of spam pages within the set of pages it demotes. The larger this number, the better the algorithm is in demoting spam pages.

**Spam ratio comparison**

In order to find the spam ratio for TrustRank and Topical TrustRank, we first generated a list of pages that had a better PageRank bucket ranking than TrustRank bucket ranking. Then we generated another list of pages that had a better PageRank bucket ranking than Topical TrustRank bucket ranking. Both lists contained about 8M pages.

172

*7.6.  EXPERIMENTS*



Figure 7.7: Topical contribution in Topical TrustRank for spam sites.

From the list of pages that had a better PageRank bucket ranking than TrustRank bucket ranking, we randomly selected 148 pages and found 30 spam pages after manual checking, hence the percentage of spam was 20.2%, with a margin of error 6.44% (See Eqation 6.1 for the definition) From the list of pages that have a better PageRank bucket ranking than Topical TrustRank bucket ranking, we randomly selected 164 pages and found 50 spam pages, hence the percentage of spam was 30.4%, with a margin of error 7.04%. By these numbers, it can be seen that the accuracy of Topical TrustRank is about 10% higher than that of TrustRank (an improvement of approximately 50%).

173

*7.6.   EXPERIMENTS*

**Results for the aggregation of ideas**

As shown in Section 7.6.3, the combination of the ideas of seed filtering, seed weighting, quality bias, etc. can improve performance. We tried a similar experiment for WebBase data. First seed filtering was applied, i.e., we only kept the top 50% seeds for each topic based on each page's topical trust score. Then seed weighting was used, i.e., each seed node was assigned an initial value proportional to its PageRank value. After calculating topical trust scores under each topic, we used the quality bias introduced in Section 7.5.2 to generate a weighted sum of these scores. To test the result of this combined method, we randomly selected a list of 161 pages from the pages that are demoted by this combined method. Among them, we found 53 pages that utilized spamming techniques. The spam ratio is 32.9% (with a margin of error 7.25%), which is higher than in the unaggregated version. This again demonstrates that the combination of these ideas can help improve performance.

**Distribution of spam pages**

From the above manual checking processes, we identified 133 spam pages in total. These spam pages were then used to generate a distribution for the three ranking algorithms, i.e., PageRank, TrustRank and Topical TrustRank. The distribution is shown in Figure 7.8. We observe that in the case of Topical TrustRank, fewer spam pages exist in the top ranking buckets when compared to TrustRank. There are 21 spam pages within the top 10 buckets by TrustRank, while there are 17 spam pages within the top 10 buckets

174

*7.6. EXPERIMENTS*



Figure 7.8: Spam distribution for WebBase data set.

by Topical TrustRank. We also calculated the overall movement of these spam pages. The overall movement of spam pages by TrustRank and Topical TrustRank are 604 and 628 respectively. These numbers confirm that Topical TrustRank performs better than TrustRank in demoting spam pages.

**Distribution of scores for the WebBase data**

For the sake of curiosity, we plotted the distribution of scores for PageRank, TrustRank and Topical TrustRank for the WebBase data. We aggregated the 65M pages in the data set into 1,000 super pages. Each super page contains an equal number of pages, with the first super page containing the top ranked 65K pages, the second super page containing the next 65K pages and so on and so forth. The value of a super page is determined by the sum of the scores of the pages in the super page. In the case of Topical TrustRank, we divided the value of each super page by the number of topics (17) to bring all the three

175

*7.7. DISCUSSION*



Figure 7.9: Distribution of scores on the WebBase data for the three ranking algorithms.

algorithms to the same scale.

Figure 7.9 shows the distribution of scores for the three algorithms in a log-log plot. TrustRank and Topical TrustRank provide similar curves and are different from the curve of PageRank. We observe that the curves of both TrustRank and Topical TrustRank drop to zero at the point on the X-axis that represents nearly 20% of the pages in the dataset. Hence, about 80% of pages are not reached from the seed set.

## 7.7   Discussion

In an attempt to reduce the bias towards heavily represented communities in the seed set, we proposed an approach of combining topical trust scores by a simple summation. Although this has the desirable effect of reducing the ranking of spam pages in bigger communities, it also has the effect of boosting the rankings of spam pages within smaller communities. Thus, there is a trade off involved in this simple combination technique. We saw in Section 7.6.3 that performance of Topical TrustRank may be improved by

*7.7. DISCUSSION*

introducing a quality bias like the Average PageRank of the seed nodes. The introduction of quality biases like the one used offer a promising direction towards providing a better combination of topical trust scores.

It is possible that there may exist partitioning methods superior to those by topic. For example, by exploiting knowledge of the global link structure, people may find better partitions. We intend to explore this in the future.

Another issue that we are confronted with is that a page in a topic directory may be listed in several different topics. Because we use the pages listed under each topic as a seed set, these multi-topic pages will be counted multiple times. In TrustRank, these multi-topic pages are counted only once. Dealing with these pages is also an area of future work.

Chakrabarti et al. [30] have pointed out that the topic drifts with increasing steps away from the starting seed page. Therefore, a possible improvement for Topical TrustRank may involve a classifier to determine the topic of children pages of a page. Then instead of sharing the same portion of a parent's topical trust score, each child page will receive a fraction of the parent's topical trust score proportional to its topical similarity with the parent. More sophisticated models can be built for this task.

One thing to note is that in our search.ch data set, the labeled 3,589 spam sites only occupy about 1% of the total sites (364,993) in the data set. This ratio is lower than the spam ratio (over 7%) reported by other researchers for other data sets [63, 99]. A partial reason for this is that our search.ch data set was generated earlier than the other

*7.8. SUMMARY*

data sets; therefore it may contain less spam. Another reason for this is that the spam sites lists from search.ch were not generated from a controled sample as this was not their goal, unlike other reported spam ratios. Because we used another data set in the experiments and the results on both data sets consistently indicated that our Topical TrustRank generated better performance, we are confident that our approach is better than TrustRank in demoting spam.

## 7.8   Summary

Topical TrustRank combines topical information with the notion of trust on the web based solely on link analysis techniques. We point out that TrustRank has a bias towards bigger communities. We also demonstrate that partitioning by topic can beat TrustRank, as well as random partitions in demoting top ranking spam pages. We also investigate different ideas that may improve the performance of Topical TrustRank. We demonstrate experimentally that our technique can decrease spam by 19%-43.1% from the top ranked sites when compared with TrustRank.

# Chapter 8

# Incorporating trust into authority

## 8.1   Introduction

In the previous chapter, we addressed the issue of bias with regards to TrustRank by dividing the seed set into topical subsets as well as combined trust scores generated for each topical subset. In this chapter, we answer the following two questions.

- How to propagate trust among pages.

- How to utilize trust-based algorithms from search engines perspective.

The traditional PageRank [22] approach to calculating authority generally states that the importance of a page is dependent upon the number of pages that link to it as well as the quality of those pages. Similarly, under HITS [79], a page is considered important if its link is generated from a hub that also links to other important pages. Both of these models, however, assume that the content and links of a page can be trusted. Some

*8.1.  INTRODUCTION*

suggestions have been made, e.g., to discount or eliminate intra-site links [79], to re-weight

extra links from one site to another [17], to identify nepotistic links [42], and to weight

based on the placement of a link in a page [25].

However, given the adversarial nature of today's web, it would be advantageous to be

able to determine which pages contain content and links that are trustworthy. We would

then be able to emphasize such pages in authority calculations.

TrustRank [64] was one of the first mechanisms used to calculate a measure of trust for

web pages. It utilizes a human-selected seed set of trustworthy nodes, and then calculates

a personalized PageRank in which all jump probability is distributed only to the seed set.

Thus, those pages that are able to be reached via the directed graph from a seed node

accumulate some trust. The better linked a page is to the seed set, the higher the trust

score calculated. TrustRank demotes untrustworthy pages (e.g., spam pages).

In the previous chapter, we have expanded TrustRank by taking into consideration the

representativeness of the members of the seed set across a collection of topics and then

re-weighting them to form a better performing Topical TrustRank [123]. TrustRank and

Topical TrustRank essentially utilize the same mechanism to calculate trust as PageRank

to calculate authority.

However, intuition suggests that estimates of trust (such as TrustRank and the other

methods we will explore in Section 8.3) cannot be used directly for authority rankings.

The main reason for this is that algorithms based on propagation of trust depend critically

on large, representative starting seed sets to propagate trust (and possibly distrust) across

180

*8.1. INTRODUCTION*

the remaining pages. In practice, optimally selecting (and labeling) such a set is not likely to be feasible, thus labeled seed sets are expected to only make up a tiny portion of the whole web. As a result, many pages may not have any trust or distrust value simply because there exists no path from the seed pages.

Thus, we argue that estimates of trust are better used as hints to guide the calculation of authority, rather than replace such calculations.

The appropriate integration of trust into the calculation of authority has remained an unanswered question: recent work regarding trust-based approaches has mostly focused on the application of spam identification, while the issue of how to use them for current search engines remains unstudied.

In this chapter we first explore different mechanisms other than TrustRank to propagate trust. Then we propose a cautious surfer model to combine authority calculation with trust information so that spam pages can be penalized while the pages of good quality remain unharmed. More importantly, we explore approaches that may affect the quality of the rankings generated.

The contributions of our work in this chapter include:

- The creation and use of an improved trust evaluation metric that incorporates spam and non-spam page measures;

- The development and comparison of novel propagation mechanisms for trust and distrust, and their combination in a unified model;

*8.2. BACKGROUND AND RELATED WORK*

- The study of the various ways to utilize trust hints to convert PageRank's random surfer into a cautious surfer; and,

- The demonstration of significantly improved performance on multiple real-world datasets based on the incorporation of trust estimates into PageRank.

Notably, we also provide the first evaluation of TrustRank as a direct ranking method, and prove how it and Gyöngyi et al.'s spam mass [61] perform as a source of trust hints.

The remainder of the chapter proceeds as follows: the background and related work are introduced in Section 8.2. Different choices for trust and distrust propagation are proposed in Section 8.3 with the experimental results shown in Section 8.4. Models that incorporate trust into authority calculation are detailed in Section 8.5; Experimental results about their performance on both spam demotion and query-specific retrieval are presented in Section 8.6 and 8.7. Finally, we conclude with a discussion and future work in Section 8.8.

## 8.2   Background and related work

Related work and background will be introduced in several categories. First, we briefly introduce the most popular authority based algorithm–PageRank. Then we introduce the work that use trust in web system to demote search engine spam. Thirdly, we introduce the work that use trust in other systems. Finally, we introduce the work that proposes different random models for a surfer.

As we have introduced, PageRank is a well-known random surfer model [22]. The

*8.2. BACKGROUND AND RELATED WORK*

formulation of PageRank is as follows:

$$PR(i) = d \sum_{j:j \to i} \frac{PR(j)}{O(j)} + (1-d)\frac{1}{N} \qquad (8.1)$$

PageRank is a topic-independent measure of the importance of a web page, and must be combined with one or more measures of query relevance to rank the results of a search.

In order to combat web spam, Gyöngyi et al. [64] introduced TrustRank, which we have discussed in Chapter 7.

Following TrustRank, Gyöngyi et al. [61] introduce the concept of "spam mass" to estimate a page's likelihood of being spam. The relative spam mass of a given page $i$ can be calculated in the form of

$$SP(i) = \frac{PR(i) - TR(i)}{PR(i)} \qquad (8.2)$$

which indicates the fraction of $i$'s PageRank that is due to the contribution of link spam. Pages benefiting significantly from link spamming are expected to have a high spam mass value. In contrast, authoritative non-spam pages, whose high PageRank values have accumulated from the votes from other reputable pages, will have a small relative spam mass.

Krishnan and Raj [82] also propagated distrust from a seed set of spam pages along incoming links. Compared to them, we provide more choices in the propagation of distrust in this chapter. In addition, we show the results of combining trust and distrust for the demotion of spam.

All of the above focus is on demoting search engine spam. In contrast, another goal

183

*8.2.  BACKGROUND AND RELATED WORK*

for this chapter is to improve search engines' ranking performance by utilizing trust information.

Bar-Yossef et al. [9] described a random surfer model to calculate a page's decay score, which indicates that a page has been maintained well or that it has decayed. This model fundamentally utilizes the same idea of propagating some type of badness value backwards.

Actually, before trust was introduced in the effort of fighting web spam, it was used in other system, such as reputation systems and peer-to-peer systems.

Kamvar et al. [78] proposed a trust-based method to determine reputation in peer-to-peer systems. Similar to PageRank, this model utilizes eigenvector calculations to generate a global trust score for each node in the system.

Guha et al. [60] studied how to propagate trust scores among a connected network of people. Different propagation schemes for both trust and distrust were studied based on a network from a real social community website.

Richardson et al. [90] proposed a model to build trust for the semantic web. This trust can tell the credence of each information source in the semantic web.

With the increasing popularity of reputation systems, especially online transaction systems, different models [111, 103] have been proposed to incorporate trust into reputation systems.

Compared to the research summarized above, our focus is on improving search engine ranking performance by estimating trust scores and using them as hints for authority calculation.

184

*8.3.   TRUST AND DISTRUST PROPAGATION*

PageRank uses a fixed damping factor and equal probability when choosing a link to follow or jump, some researchers have modified different aspects of this in order to get better ranking performance.

Richardson and Domingos [104] proposed using different probabilities for different outgoing links for a term-specific PageRank. The probability is based on the relevance of the child page and a given term.

Caverlee et al. [71] also suggested a selective random walk model. In their model, they propose adding a self-edge for each node in the graph and giving more weight to follow this self-edge when standing at spam pages. In contrast, our proposed model utilizes the trust value of each child page to differentiate the probability of jumping to different child pages.

Wang et al. [115] introduced Dirichlet PageRank, in which the dynamic setting of an interpolation parameter is better able to model the PageRank Markov matrix rather than a fixed jump probability. In Dirichlet PageRank, a surfer is more likely to follow an outgoing link if the page is equipped with many outgoing links, and when tested, performs 4-5% better than traditional PageRank. In contrast, we utilize the trust score of the current page to change the parameter.

## 8.3   Trust and distrust propagation

TrustRank propagates trust among web pages in the same manner as the PageRank algorithm propagates authority among web pages. The basic idea is that during each iteration,

185

## 8.3.   TRUST AND DISTRUST PROPAGATION

pages propagate their trust to the children with probability $d$, or retreat back to the seed sets with probability $1 - d$. We agree with the idea of biasing good pages in a seed set; however, in the part of propagating trust to the downstream pages, it is not clear whether or not trust should flow in the same way as authority.

Two key steps in trust propagation may be explored. One is the "splitting" step, which will determine how each parent divides its score amongst its children. The other step is, for each child, how to calculate the overall scores given the shares from all its parents; we name this the "accumulation" step. In the case of TrustRank, a parent's trust score is equally distributed amongst its children, and a child's overall trust score equals the sum of the shares from all its parents.

With respect to trust splitting, we raise a question: given two equally trusted friends, why should the recommendations made by one friend be weighted less than the other, simply because the first provided more recommendations? A similar argument has been made by Guha [59]. A straightforward solution here is to grant each of its children the whole amount of trust it has rather than equally splitting it. A compromise between them can also be considered. In this chapter, we will explore three choices:

- **Equal Splitting:** a node $i$ with $O(i)$ outgoing links and trust score $Trust(i)$ will give $\frac{Trust(i)}{O(i)}$ to each child.

- **Constant Splitting:** a node $i$ with trust score $Trust(i)$ will give $Trust(i)$ to each child;

186

## 8.3. TRUST AND DISTRUST PROPAGATION

- **Logarithmic Splitting:** a node $i$ with $O(i)$ outgoing links and trust score $Trust(i)$ will give $\frac{Trust(i)}{log(1+O(i))}$ to each child.

In any case, a child's trust may not just be the sum of the parent's trust. An alternative would be to use the maximum trust sent by any one parent. We will investigate both of them for the accumulation step:

- **Simple Summation:** Sum the trust values from each parent.

- **Maximum Share:** Use the maximum of the trust values sent by the parents.

Each of these propagation policies is applicable to both trust and distrust. The only difference is that distrust is propagated in the reversed web graph from spam seed sets. By using the above options, the equation for calculating trust (or distrust) will incorporate modifications to the Equation 7.2. For example, if using "Constant Splitting" and "Simple Summation" for trust propagation, the equation will become:

$$Trust(i) = d \sum_{j:j \to i} Trust(j) + \begin{cases} (1-d)\frac{1}{|\tau|} & \text{if } i \in \tau \\ 0 & \text{if } i \notin \tau \end{cases} \qquad (8.3)$$

On propagating trust and distrust to the pages on the web, each page becomes associated with two scores, a trust score and a distrust score. Because a trust score indicates how likely it is that a page is truly a good page while a distrust score indicates how likely it to be a spam page, an overall trust score can be generated by subtracting the distrust score from the trust score, in the form of

$$Total(i) = Trust(i) - \alpha \times Distrust(i) \qquad (8.4)$$

187

*8.4. EVALUATING TRUST AND DISTRUST PROPAGATION*

where $Total(i)$ represents the overall trustworthiness for page $i$, $Distrust(i)$ is the calculated distrust for page $i$, and $\alpha$ is the weighting factor.

As a result, pages with trust scores near the value of one are highly trustworthy, while pages with trust scores near the value of negative one are highly distrusted, and pages with scores close to zero are of unknown status.

## 8.4   Evaluating trust and distrust propagation

In this section, we show the results of using different mechanisms discussed in the previous section.

### 8.4.1   Data set

The data set used for the experiments is UK-2006, a crawl of the .uk top-level domain [26] downloaded in May 2006 by the Laboratory of web Algorithmics, Università degli Studi di Milano. There are 77M pages in this crawl. These pages are from 11,392 different hosts. The page level graph contains around 3B links, while the host graph contains more than 732K links.

A labeled host list is also provided with the above data set. The combined dataset (crawl and host labels), called WEBSPAM-UK2006, is publicly available for research usage from Yahoo! Research Barcelona [26] Within the list, there are 767 hosts marked as spam, 7,472 hosts as normal and 176 hosts marked as undecided. The remaining 2977 hosts are unknown.

*8.4. EVALUATING TRUST AND DISTRUST PROPAGATION*

The details of the above four different categories are:

- spam: the site is deemed to be a spam site.

- normal: the site is a good site.

- undecided: the site is along the borderline between spam and normal sites.

- unknown: the site has not been labeled.

We test our proposed mechanisms in the labeled UK-2006 host graph.

## 8.4.2   Experimental procedure

We used PageRank (actually HostRank because it was calculated within the host graph) as our baseline reference system. According to the TrustRank paper's description, we generated a list of sites in decreasing order according to their PageRank values and divided them into 20 buckets, with each bucket containing hosts whose PageRank values equate to 1/20th of the total. For each proposed approach $P$, we can also calculated a corresponding ranking list $list_P$. The list was then divided into 20 buckets so that each bucket had an identical number of elements as the corresponding PageRank bucket. The distribution of hosts within these 20 buckets is shown in Figure 8.1. The first 10 buckets contained close to 10% of all hosts.

We find this method useful as it tends to place many low performing pages in the same bottom bucket(s), while allowing the top buckets to be dominated by many fewer

*8.4.  EVALUATING TRUST AND DISTRUST PROPAGATION*



Figure 8.1: Distribution of UK-2006 hosts within the twenty equally-weighted PageRank buckets.

high-scoring pages, which are intuitively the ones more likely to be ranked among the top-10 results for a particular query.

We performed ten-fold cross-validation to compare the performance of different propagating mechanisms. We first equally partitioned the 7,472 labeled normal hosts and 767 spam hosts into 10 folds so that each fold contains 10% of the total good hosts and 10% of the total bad hosts. For each trial, 9 out of the 10 folds were selected and merged as the seed sets (with normal hosts in the trust seed set and spam hosts in the distrust seed set), leaving the remaining one fold together with all unknown and undecided hosts to form the test set. We then applied different trust propagation methods based on the seed sets and checked their performances on the test set. This cross-validation process was repeated ten times. We present the average result of the ten trials as the final result.

### 8.4.3  Measurement

Our goal is to simultaneously demote spam sites and boost normal sites. This means that when evaluating performance, we need to track the movements of both normal and spam sites. The further they move away from each other, the better the overall performance.

Assume that $S$ and $N$ represent the normal hosts and spam hosts in the test set, by using $POS_p(S)$ and $POS_p(N)$ to denote the average bucket position of $S$ and $N$ within the rank list generated by approach $p$, we can measure the movement of $S$ and $N$ compared to the reference system PageRank as follows:

$$MV_p(S) = POS_p(S) - POS_{PageRank}(S)$$

$$MV_p(N) = POS_p(N) - POS_{PageRank}(N)$$

$$D_p = MV_p(S) - MV_p(N) \tag{8.5}$$

On one hand, $MV_p(S)$ is proportional the degree of demotion of the spam hosts $S$; on the other hand, if the normal hosts are promoted, $MV_P(N)$ should be a negative value, making its absolute value proportional to the degree of promotion of the normal hosts. As we have already discovered, with the existence of undecided pages and unknown pages, these two values are not exactly supplementary (consider the case where both good pages and spam pages are demoted because borderline pages are promoted), making it necessary to take both metrics into consideration. Overall performance for a choice can thus be generated by taking the difference between the two metrics. The resulting score $D_p$ actually reflects the change of the gap between normal hosts and spam hosts, between

*8.4.  EVALUATING TRUST AND DISTRUST PROPAGATION*

the ranking list of PageRank and the list generated by $p$.

Besides the overall score $D_p$, it is reasonable to pay more attention to those high ranking hosts. To achieve this, we recorded the number of spam hosts $TOP_p(S)$ and good hosts $TOP_p(N)$ within the top 10 buckets.

### 8.4.4   Different choices of propagation

As introduced in Section 8.3, we explored three options in the splitting step: "Constant Splitting", "Logarithmic Splitting" and "Equal Splitting", while in the accumulation step we have two options: "Simple Summation" and "Maximum Share". Thus, there were six different choices for either trust or distrust propagation, and the total combination options for combining trust and distrust would prove to be 36. For each possible combination, we tuned the weighting factor $\alpha$ from 0 to 1 and output the best result. The results are shown in Table 8.1 and 8.2. We used the first letter of "Constant", "Logarithmic" or "Equal" as the abbreviation when showing these algorithms in these two tables.

It can be seen that by using "Logarithmic Splitting" with "Simple Summation" for trust propagation and "Equal Splitting" with "Maximum Share" for distrust propagation achieves the best performance, by which the normal buckets and spam buckets move 4.21 buckets further away compared to PageRank. We denote this optimal alternative trust propagation mechanism as ATP in the following sections in this chapter. From this table, it is apparent that the use of "Simple Summation" rather than "Maximum Share" for accumulating trust will greatly improve the performance; in addition, using

## 8.4. EVALUATING TRUST AND DISTRUST PROPAGATION

| Distrust Algorithm | Trust Algorithm | | | | | |
|---|---|---|---|---|---|---|
| | C_Sum | L_Sum | E_Sum | C_Max | L_Max | E_Max |
| C_Max | 4.00 | 4.17 | 2.90 | -0.34 | 0.59 | 0.12 |
| C_Sum | 4.00 | 4.17 | 2.84 | -0.54 | 0.55 | 0.12 |
| L_Max | 4.00 | 4.19 | 2.94 | -0.28 | 0.62 | 0.22 |
| L_Sum | 4.10 | 4.17 | 2.83 | -0.54 | 0.55 | 0.12 |
| E_Max | 4.13 | **4.21** | 2.93 | -0.34 | 0.64 | 0.27 |
| E_Sum | 4.12 | 4.20 | 2.94 | -0.38 | 0.63 | 0.26 |

Table 8.1: Overall performance for the combination of different methods of propagating trust and distrust.

either "Constant splitting" and "Logarithmic Splitting" to propagate trust outperforms the default "Equal Splitting", which verifies our intuition to reduce the influence that out-degree has on the value of Trust to a child. This is contradictory to the greedy manner of propagating trust, distrust flows in a much more cautious way. The reason for this may be that spam is often found in tightly connected clusters with short diameters, while good pages can form a long chain of recommendations. Based on these characteristics, distrust is not as transitive as trust and decays more quickly.

Table 8.2 provides more details of the distribution's change in the top 10 buckets compared to PageRank. By applying ATP, 23.3 more normal hosts are included in the top 10 buckets while 5.7 spam hosts are moved out (originally 5.7 spam, which suggests that all spam are moved out). In contrast, the worst approach will push 109.8 normal hosts and 5.7 spam hosts out of the top buckets, which means that although this approach demotes some spam, it also hurts many normal hosts.

*8.4.   EVALUATING TRUST AND DISTRUST PROPAGATION*

| Distrust Algorithm | Trust Algorithm | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | C_Sum | | L_Sum | | E_Sum | | C_Max | | L_Max | | E_Max | |
| | Norm | Spam | Norm | Spam | Norm | Spam | Norm | Spam | Norm | Spam | Norm | Spam |
| C_Max | 23.3 | -5.7 | 22.9 | -5.7 | -2.4 | -5.7 | -109.8 | -5.7 | -68.9 | -3.5 | -98.8 | -4.9 |
| C_Sum | 23.3 | -5.7 | 22.9 | -5.7 | -2.0 | -5.7 | -109.8 | -5.7 | -68.5 | -3.4 | -98.8 | -4.9 |
| L_Max | 23.3 | -5.7 | 23.1 | -5.7 | -2.4 | -5.7 | -109.8 | -5.7 | -69.0 | -3.6 | -99.6 | -4.9 |
| L_Sum | 23.4 | -5.7 | 22.9 | -5.7 | -2.2 | -5.7 | -109.8 | -5.7 | -68.5 | -3.4 | -98.8 | -4.9 |
| E_Max | 23.4 | -5.7 | 22.9 | -5.7 | -2.4 | -5.7 | -109.8 | -5.7 | -66.6 | -3.5 | -98.8 | -5.0 |
| E_Sum | 23.4 | -5.7 | 22.9 | -5.7 | -1.9 | -5.7 | -109.8 | -5.7 | -66.7 | -3.5 | -98.9 | -5.0 |

Table 8.2: Change of the number of spam and normal pages within the top 10 buckets.



Figure 8.2: Incorporation of distrust with trust.

## 8.4.5   Combination of trust and distrust

In Figure 8.2, we show how the incorporation of distrust influences performance. We tested two methods of combination here; the left curve corresponds to ATP, while the right curve represents the default combination (based on the definition of TrustRank), where both the trust and distrust propagation will adopt the "Equal Splitting" with "Simple Summation". The $\alpha$ is the linear factor, which incorporates distrust with trust. So if $\alpha$ is set to 0, the default combination will reduce to the original TrustRank, which has the performance of 2.83 buckets of increased separation. From the figure one can see that, for both curves, incorporation of distrust can slightly boosts the overall performance, and peaking when $\alpha$ is set to 0.4. We can also conclude that ATP outperformed TrustRank by nearly 50%.

194

*8.4. EVALUATING TRUST AND DISTRUST PROPAGATION*



Figure 8.3: ATP's performance with different size of seed sets.

## 8.4.6   Size of seed sets

In this section, we tested ATP's sensitivity to the size of the seed set. Given a randomly sampled distrust seed set containing 100 sites, we varied the size of trust seed set from 50 to 2000 and report ATP's performance. To make the results more representative, we repeated the above process by 5 times and output the average. Similar experiments were done to test ATP's sensitivity to distrust seed set's selection, where the size of the distrust seed set varies from 50 to 500 (because we only had  700 spam sites) with a specific trust seed set containing 100 sites. As the result shown in Figure 8.3 demonstrates, performance proves stable for different sizes of seed sets with the range of performance variance within [-0.1,0.1] buckets for both cases.

195

## 8.5   Incorporating trust into web authority calculations

Traditional link analysis approaches, like PageRank, generally assess the importance of a page based on the number and quality of pages linking to it. However, they assume that the content and links of a page are trustworthy. Not only are the pages trusted, but they are trusted equally. Unfortunately, this assumption does not always hold, given the adversarial nature of today's web. Intuitively, votes from highly trusted pages should be more valuable. In addition, pages are more likely to cast votes for trusted targets rather than for untrustworthy ones. By differentiating pages based on their trustworthiness, authority is more likely to flow into good pages while avoiding spam pages.

In this section, we describe a novel approach to direct the web surfer's behavior by utilizing the knowledge regarding trust so that users can stay away from untrustworthy content when browsing and searching on the Web, which may not occur with pure authority-based ranking algorithms.

### 8.5.1   The flaw in a trust-based ranking

One may raise a question like "why not use TrustRank scores directly to represent the authority?" As shown by Gyöngyi et al. [64] and Wu et al. [122], trust-based algorithms can demote spam. Utilizing such approaches for retrieval ranking may sometimes improve search performance, especially for those "spam-specific" queries whose results would otherwise be contaminated by spam.

However, the goal of a search engine is to find good, quality results; "spam-free" is

196

*8.5.  INCORPORATING TRUST INTO WEB AUTHORITY CALCULATIONS*

a necessary but insufficient condition for high quality. If we use a trust-based algorithm alone to simply replace PageRank for ranking purposes, some good quality pages will be unfairly demoted and replaced. For example, some pages be reached by pages within the trusted seed sets, even though they may be much less authoritative. Considered from another angle, such trust-based algorithms propagate trust throughout paths originating from the seed set. As a result, some good quality pages may decrease in value if they are not well-connected to those seeds.

In conclusion, trust cannot be equated to authority. However, trust information can assist us in calculating authority in a more secure way by preventing contamination from spam. Instead of using TrustRank alone to calculate authority, we incorporate it into PageRank so that spam would be penalized while highly authoritative pages (that are not otherwise known to be trustworthy) remain unharmed.

## 8.5.2   The Cautious Surfer

In this section, we describe methods to direct the web surfer's behavior by utilizing trust information. Differing from the random surfer described in PageRank model, we introduce a *cautious surfer* that carefully attempts to stay away from untrustworthy pages.

### Altering the random surfer

By carefully considering PageRank, we found that we can alter two different aspects of the surfer's behavior.

*8.5. INCORPORATING TRUST INTO WEB AUTHORITY CALCULATIONS*

**a. Dynamically set the damping factor.** PageRank uses a constant damping factor $d$ (usually set to be 0.85) for all pages when deciding either to follow a children link or jump to a random page on the web. This damping factor can be altered based on the trustworthiness of the current page. If the current page is trustworthy, we may apply a higher value, meaning the surfer is more likely to follow the outgoing links. If the current page is untrustworthy, its recommendation will also be valueless or suspicious. In this case, we may apply a low value for the damping factor, i.e., making the surfer more likely to leave the current page and jump to a random page on the web.

**b. Bias the selection of a particular page.** When jumping randomly, PageRank selects from all pages with equal probability. Similarly, PageRank treats each link from a given page equally to potentially be the next page for the random surfer; however, links may lead to targets with different trustworthiness. Such random selection need not be performed equal probability. As mentioned in Section 8.2, personalized PageRank[22] (on which TrustRank is based) demonstrated the use of a biased probability distribution for random jumps, and other methods (including Richardson and Domingos' Intelligent Surfer [104]) have used non-uniform probabilities for choosing the next link to follow.

We can similarly bias our cautious surfer to favor more trustworthy pages when selecting a next page e.g., in both the link-following and random jump steps.

### 8.5.  INCORPORATING TRUST INTO WEB AUTHORITY CALCULATIONS

**Representing trust**

We assume that an estimate of a page's trustworthiness has been provided, from TrustRank for instance.  However, this score may not be directly applicable in the cautious surfer model, because we want to bias the otherwise flat probabilities, and the scores provided by some approaches (e.g., those used by Wu et al. [122]) may be negative after incorporating distrust.

We consider two ways to map the trust score into the representation of a probability within [0,1].  One is score-based and the other is rank-based.  In the score-based approach, the probability $t(j)$ can be calculated in the following form:

$$t(j) = \begin{cases} (1 - \beta) \times \text{Trust}(j) + \beta & \text{if Trust}(j) \geq 0 \\ \\ \beta \times \text{Trust}(j) + \beta & \text{otherwise} \end{cases}$$

while for the rank based, the form is as follows:

$$t(j) = 1 - rank(\text{Trust}(j))/N$$

where $\text{Trust}(j)$ represents the provided trustworthiness estimate of page $j$, $\beta$ is the default offset to realign positive and negative trust scores (set to .85 to match the PageRank default), $N$ is the total number of pages and $rank(\text{Trust}(j))$ is the rank of page $j$ among all $N$ pages when ordered by decreasing trust score.

**Calculating authority using the cautious surfer**

We now present the form of the cautious surfer, modeling it after the calculation of PageRank presented in Equation 8.1.  In both, the probability of being on a given page $j$ is equal

199

## 8.5.  INCORPORATING TRUST INTO WEB AUTHORITY CALCULATIONS

to the sum of the likelihoods of following a link to $j$ and jumping randomly to $j$.

Assuming we utilize all mechanisms for modifying PageRank, the probability of following a parent $k$ to child $j$ depends on trust $t(j)$, normalized by dividing by the sum of the trust scores of all other children of $k$, and the likelihood of being at parent $k$ originally (defined as $CS(k)$). It also depends on how likely the parent is to follow a link (which is the trust score of the parent, e.g., $t(k)$). Thus, the probability of arriving on page $j$ as a result of following a link from a parent is

$$\sum_{k:k \to j} \frac{t(j)}{\sum_{i:k \to i} t(i)} CS(k) t(k)$$

The second half of Equation 8.1 is very simple, just $(1-d)/N$, which corresponds to the probability of jumping directly to this page. In our cautious surfer model, the probability of selecting this page out of all pages depends on $t(j)$, normalized by dividing by the sum of the trusts of all pages. However, because the likelihood of jumping varies by node, we have to account for the likelihood of being on a particular page $m$ (again, $CS(m)$) and the likelihood of jumping, which is $(1 - t(m))$, for all pages $m$. Thus we can express the likelihood of arriving at page $j$ via a random jump from all other pages as

$$\frac{t(j)}{\sum_{m \in N} t(m)} \sum_{m \in N} (1 - t(m)) CS(m)$$

Putting these together and rearranging things slightly, a given page $j$'s authority in our cautious surfer model ($CS(j)$) can be calculated as:

$$CS(j) = t(j) \left( \sum_{k:k \to j} \frac{CS(k) t(k)}{\sum_{i:k \to i} t(i)} + \sum_{m \in N} \frac{(1 - t(m)) CS(m)}{t(m)} \right) \tag{8.6}$$

*8.6.  EXPERIMENTAL FRAMEWORK*

Equation 8.6 applies changes to both the jumping and following behaviors, although in practice different choices could be made. In the following section we evaluate the performance of the different combinations.

## 8.6  Experimental Framework

In this section, we describe the experimental method used to evaluate performance of the various ranking approaches, including our Cautious Surfer (CS), PageRank (PR), TrustRank (TR), and ATP (discussed in Section 8.4.4). Experimental results will be presented in Section 8.7.

### 8.6.1  Data set

Two large scale data sets are used for this experiment. The first is UK-2006, a crawl of the .uk top-level domain [1] downloaded in May 2006 by the Laboratory of Web Algorithmics, Università degli Studi di Milano. There are 77M pages in this crawl from 11,392 different hosts. The page level graph contains around 3B links, while the host graph contains more than 732K links.

A labeled host list is also provided with the above data set. The combined dataset (crawl and host labels), called WEBSPAM-UK2006, is publicly available for research usage from Yahoo! Research Barcelona [26]. Within the list, there are 767 hosts marked as spam by human judges, 7,472 hosts as normal, and 176 hosts marked as undecided (not clearly

---

[1] http://www.yr-bcn.es/webspam/

*8.6.   EXPERIMENTAL FRAMEWORK*

spam or normal). The remaining 2977 hosts are marked as unknown (not judged).

Because the labels were provided at the host level, we tested our proposed mechanisms in the labeled UK-2006 host graph. Because page contents are necessary for generating response URLs on which to evaluate query-specific performance, we used a sample of 3.4M web pages with content out of the 77M pages in the full dataset. This 3.4M page set was generated by extracting the first 400 crawled pages for each site (in crawl order).

The second data set is a 2005 crawl from the Stanford WebBase [70, 36]. It contains 58M pages and approximately 900M links, but no labels. To compensate, we label all pages in this dataset that also appear within the list of URLs referenced by the dmoz as good. Note that these labels are page-based, so we can compute authority in the page level graph directly.

### 8.6.2   Selection of queries

In order to determine ranking quality of the various approaches, query-specific search results are necessary. We chose to focus on "hot" queries—those of interest to search engine spammers, e.g., either popular queries or monetizable queries. Thus, in this work we want to show that the ranking performance for hot queries will be improved when trust and authority are combined. In order to generate such a hot query list, we performed the following steps:

- Extract the terms within the meta-keyword field from all pages within the sites that are labeled as spam in the UK-2006 data set. Spammers are likely to use every

*8.6.   EXPERIMENTAL FRAMEWORK*

means possible to promote their sites and thus these keywords should reflect their target terms of interest.

- Calculate the number of occurrences for all the non-stop terms from the above list and select the top 200 most popular terms.

- Get the top 500 most popular queries from a 1999 Excite query log.

- Select any popular query that contains at least one popular term.

- Eliminate nonsensical and sexually explicit queries.

This process resulted in a list of 157 queries. We randomly selected 30 for our relevance evaluation (shown in Table 8.3). Four members of our lab participated in a manual judging process in which each was given queries and URLs without knowing which algorithm generated these URLs. For each query and URL pair, the evaluator decided the relevance using a five level scale: quite relevant, relevant, not sure, irrelevant and totally irrelevant. These five levels were translated into integer values from 2 to -2 for later calculation.

For the WebBase dataset, there is no labeled spam pages list. We chose 15 queries (shown in Table 8.4) from the popular query list for evaluation of web pages in the WebBase dataset.

### 8.6.3   Performance evaluation

We have two methods for measuring quality of results.

*8.6.   EXPERIMENTAL FRAMEWORK*

| | | |
|---|---|---|
| christmas pictures | love poems | chat room |
| driving directions | airline ticket | wine |
| greeting cards | digital camera | software |
| free screensavers | blue book | toys |
| airline tickets | cookie recipes | wedding |
| consumer reports | backstreet boys | disney |
| online games | star wars | weather |
| radio stations | stock quotes | microsoft |
| american airlines | south park | auctions |
| christmas music | electronics | james bond |

Table 8.3: Set of thirty queries used for relevance evaluation in UK-2006.

**Automatic evaluation**

Because the UK-2006 data set provides us a labeled list for spam and non-spam sites, we can use the distribution of these labeled sites as a measurement of ranking algorithm performance. Intuitively, a better algorithm would move more spam sites to lower ranking positions while simultaneously moving non-spam sites to higher positions. Because this is an automatic process without the constraints of human evaluation, we use the results for all 157 hot queries when calculating this measurement.

| | | |
|---|---|---|
| harry potter | college football | diabetes |
| music lyrics | george bush | lexus |
| online dictionary | britney spear | moore |
| olsen twins | super bowl | madonna |
| weight watchers | windshield wiper | brad pitt |

Table 8.4: Set of fifteen queries used for relevance evaluation in WebBase.

*8.6. EXPERIMENTAL FRAMEWORK*

**Manual evaluation**

For each ranking algorithm that is applied for the selected queries, we use two measurement scores to show the performance. One is the Score@10 and the other is Precision@10.

**Score@10:** For the five levels in relevance assessment, we assign integer values 2, 1, 0, -1, -2 to them respectively. Then for a ranking algorithm, we will use the average for all the values from the pairs generated from the ranking algorithm as Score@10.

**Precision@10:** For a given query and URL pair, if the average score for this pair is more than 0.5, we will mark this URL as relevant to this query. The average number of relevant URLs within top 10 URLs for the 30 queries is defined as Precision@10.

## 8.6.4   Combining relevance and authority

We first calculated an authority score for each page by applying the different ranking algorithms. Most approaches tested in our experiments require preselected seed sets. Because labels in UK-2006 dataset are site-based, we computed authority in the host graph instead of using the page level graph. Then we applied the authority score of a host to all the pages within that host. Thus, our application of PageRank is actually the calculation of HostRank (a fairly common experimental simplification [64, 119]). For WebBase, we computed authority in the page graph using the ODP-listed pages as a good seed set. We are interested to see whether rankings on different level web graphs will result in qualitatively different results.

For each query, we ranked all of the documents using the combination of two different

205

*8.7. EXPERIMENTAL RESULTS*

kinds of scores. One is the query-specific relevance score and the other is the authority score calculated as described above. The relevance score was calculated using the OKAPI BM2500 [106] weighting function, and the parameters are set the same as Cai et al. [25]. We then selected the top results from the combined list as the final outputs, with the constraint that no more than two results from the same site would be included. The combination could be score-based, where a page's final score is a weighted summation of its authority score and relevance score. It could alternately be order-based, where ranking positions based on importance score and relevance score are combined together. In our implementation, we chose the order-based option and weighted the relevance rank and authority rank equally.

## 8.7   Experimental Results

In this section, we report the performance of the various methods, as described above. Our findings provide that the cautious surfer approach can greatly improve ranking quality.

### 8.7.1   Baseline results

In order to demonstrate performance for our algorithms, we calculate baseline results on the UK2006 dataset with which to compare (shown in Table 8.5(a)). The Score@10 and Precision@10 for PageRank was .16 and 32.3%, respectively. Use of TrustRank as an authority ranking generated a better Score@10 (.20) but a worse P@10 (30.7%). This suggests that the performance of TrustRank and PageRank are roughly similar.

206

*8.7. EXPERIMENTAL RESULTS*

## 8.7.2   Cautious surfer configuration

The first experiment was designed to test which policy based on the discussion in Section 8.5.2 would be better. We describe the following methods. The trustworthiness estimation used is the ATP approach.

- **CS1**: The damping factor is dynamically changed. When following outgoing links, uniform probabilities are used; while for the random jump step, biased jump probabilities are used.

- **CS2**: The damping factor is dynamically changed. When following outgoing links, uniform probabilities are used; while for the random jump step, uniform jump probabilities are used.

- **CS3**: The damping factor is dynamically changed. When following outgoing links, biased probabilities are used; while for the random jump step, uniform jump probabilities are used.

- **CS4**: The damping factor is dynamically changed. When following outgoing links, biased probabilities are used; while for the random jump step, biased jump probabilities are used.

Table 8.5 presents the results, all of which are better than the baseline results recorded in Table 8.5(a). Thus we conclude that the combination of trust and authority can help to improve ranking performance for hot queries. In addition, these results show that

*8.7.   EXPERIMENTAL RESULTS*

| Method | Damping | Splitting | Jumping | S@10 | P@10 |
|--------|---------|-----------|---------|------|------|
| CS1 | Yes | Equal | Biased | 0.29 | 35.9% |
| CS2 | Yes | Equal | Equal | 0.27 | 34% |
| CS3 | Yes | Biased | Equal | 0.25 | 32.4% |
| CS4 | Yes | Biased | Biased | 0.28 | 34.7% |

Table 8.5: Ranking performance for different cautious surfer configurations on the UK-2006 dataset.

changing the damping factor can improve performance. Also, biased jump probabilities are helpful. Hence, we apply these factors only when implementing our cautious surfer in the following experiments.

### 8.7.3   Comparing trust sources

The cautious surfer needs a trust estimate for each page. While the cautious surfer could integrate trust scores from any source, we consider here just three methods to generate trust scores: scores generated by TrustRank, the inverse of the relative spam mass estimation from Equation 8.2 and the scores generated by the ATP approach discussed in Section 8.4.4. When we tested performance using score-based and rank-based forms as discussed in section 8.5.2, we found that rank-based representation led to better results. Thus, in our experiments that follow, we adopt the rank-based trust representation for our cautious surfer.

In order to investigate which trust score can generate optimal performance, our next experiment is to compare the performances by using TrustRank, SpamMass or ATP as the trust estimates used when operating our cautious surfer. We denote these different combinations by CS(TR), CS(Mass) and CS(ATP).

208

*8.7. EXPERIMENTAL RESULTS*

(a) Baseline results.

| Method | Score@10 | P@10 |
|--------|----------|------|
| PageRank | 0.16 | 32.3% |
| TrustRank | 0.20 | 30.7% |

(b) Cautious surfer with different trust estimates.

| Method | Score@10 | P@10 |
|--------|----------|------|
| CS(TR) | 0.22 | 33% |
| CS(Mass) | 0.21 | 30% |
| CS(ATP) | 0.29 | 35.9% |

Table 8.6: Ranking performance on UK-2006 dataset.

Results in Table 8.5(b) show that using the trust estimates generated by ATP achieves the best performance on the UK-2006 dataset.

### 8.7.4   Experimental results on UK-2006 dataset

In this section, we present experimental results in UK-2006 dataset. Results demonstrate that by introducing trust into authority, we can provide more accurate search results by demoting spam while keeping good quality pages unharmed.

**Distribution of site labels**

Because it is automated, one attractive performance measurement method is to calculate the distribution of labeled spam pages and good pages within the top rankings generated by each algorithm. Here we chose the top 10 pages for each of all 157 queries to form a top response list for a given ranking algorithm. Intuitively, a better algorithm would typically demote spam pages while promoting good (normal) pages at the same time.

The distribution of the four classes of web page labels (introduced above in Section

209

*8.7. EXPERIMENTAL RESULTS*



Figure 8.4: Distribution of labels in the top 10 results across 157 queries in the UK-2006 dataset.

8.6.1) for different ranking algorithms are shown in Figure 8.4. All algorithms generate rankings that noticeably exceed the BM2500 reference ranking, and the trust-based methods all improve upon PageRank (which has 189 spam and only 774 labeled normal pages). ATP and CS(ATP) have the smallest number of spam pages within the top response list (less than 120 spam pages versus PR's 189) while also having the largest number of normal pages within the top response list.

The similar distributions found between a trust ranking and the cautious surfer using that particular trust ranking (e.g., TR:CS(TR) and ATP:CS(ATP)) suggest that the cautious surfer is able to incorporate the spam removal value provided by the trust ranking. However, it does not address whether the rankings are useful for retrieval. We evaluate that aspect next.

210

*8.7.  EXPERIMENTAL RESULTS*

| Metric | ATP | TR | PR | CS(TR) | CS(Mass) |
|--------|-----|-----|------|--------|----------|
| Score@10 | 0.034 | 0.061 | 0.018 | 0.04 | 0.08 |
| P@10 | 0.23 | 0.056 | 0.095 | 0.09 | 0.061 |

Table 8.7: P-values for the Wilcoxon signed-rank test for matched pairs showing significance of CS(ATP) versus other approaches.

**Retrieval performance**

Here we compare the retrieval performances of the various approaches. We compare three of our cautious surfers (integrated with different trust scores as discussed above: CS(ATP), CS(TR) and CS(Mass)) with PR, ATP and TR direct rankings. The overall performance comparisons using precision and score are shown in Figure 8.5(a). CS(ATP) outperforms all other approaches on both precision and average quality for top-10 results. In particular, CS(ATP) improves upon PageRank by 11.14% on P@10 and 81.25% on score@10; and exceeds TrustRank by 16.93% on P@10 and 45% on score@10. Thus, it can be seen that by incorporating estimates of trust, the cautious surfer is able to generate useful rankings for retrieval, and not just rankings with less spam. We also see that using the trust estimates directly for ranking can sometimes be useful, but not as valuable as when combined with PageRank in the cautious surfer.

To determine whether these improvements are statistically significant, we performed a Wilcoxon signed-rank test to compare our top combination, CS(ATP), with all the other approaches. As Table 8.7 shows, CS(ATP) significantly exceeds almost all the other approaches at a 90% confidence level on both metrics, except for the ATP approach on the P@10 metric.

211

*8.7. EXPERIMENTAL RESULTS*

Note that all approaches except PageRank require pre-selected seed sets. In the above experiments, we randomly sampled 10% of the labeled normal sites and spam sites to form the trust seed set and distrust seed set respectively. To neutralize the bias that may be caused by the random selection process, we repeated the above seed selection five times. Then, we used the average results of the 5 trials to represent the final results.

We also conducted one trial using the full set of normal/spam pages in the dataset as our seed sets. The result is shown in Figure 8.5(b). While increasing the seed sets boosts the performance of some approaches slightly, the relative performance ordering of different approaches does not change much compared to the results for small seed sets. This suggests that our earlier use of 10% of the seed sets is sufficient to get most of the gains provided by the full seed sets.

### 8.7.5   Experimental results on WebBase

By testing a second dataset, we get a better understanding of the expected performance of future datasets. The WebBase dataset is of particular interest as it is a more typical graph of web pages (as compared to web hosts), and uses a much smaller seed set of good pages (just .17% of all pages in the dataset).

We compare the retrieval performance of PageRank(PR), TrustRank(TR) and our cautious surfer CS(TR) for 15 queries. The performance for Precision@10 and Score@10 is shown in Figure 8.6. The cautious surfer achieves a P@10 and Score@10 of .387 and .530, respectively, versus PageRank's .307 and .347. Again, the cautious surfer noticeably

*8.7.  EXPERIMENTAL RESULTS*



(a) Performance on small seed sets.



(b) Performance on large seed sets.

Figure 8.5: Overall retrieval performance on UK-2006 dataset.

213

*8.8. SUMMARY*



Figure 8.6: Comparative performance on WebBase dataset.

outperforms both PageRank and TrustRank, demonstrating that the approach retains its level of performance in both page-level and site-level web graphs.

## 8.8   Summary

While the results presented are quite promising, a number of issues remain unresolved, requiring future work:

- Only popular queries are used for performance evaluation. It is also possible that the combination of trust and authority can help to improve performance for general queries.

- We tested several methods to combine PageRank and TrustRank in this chapter. It is possible that better methods of incorporating trust into authority calculation may exist.

214

*8.8. SUMMARY*

- In the UK-2006 data set, there are some unknown sites. When calculating the performance, we generally ignore these unknown sites and only focus on spam and normal sites. How to handle these unknown sites more precisely is an unanswered question.

- In this chapter, we only incorporate trust into PageRank. HITS is another well-known algorithm for generating authority scores for web pages, and is an obvious potential extension to this work.

- We proposed a few different algorithms in addition to TrustRank to calculate trust scores. All of these algorithms are based on the initial seed sets. There are other sources of trust scores including domain knowledge such as that expressed by Castillo et al. [26] in marking hosts ending in .gov.uk and .police.uk as non-spam, and by Gyöngyi et al. [61] in adding government and educational sites to the seed set. Such information is valuable because human labeling is expensive and a larger seed set will improve performance.

In addition, Bar-Yossef et al. [9] described a random surfer model to calculate a page's decay score, which is an indication that the page has been maintained well or that it has decayed. This decay score can be an excellent hint of how trustworthy each page is. The reason is that the content within a well-maintained page is more trustworthy than one from a decayed page. Use of this technique requires extensive crawl information as it builds on errors from crawling attempts.

# Chapter 9

# Discussion and conclusion

In this dissertation, we first introduced various search engine spamming techniques. Then taking different angles into consideration, we provided a survey of anti-spam techniques. Following that, we explored approaches for fighting link farms and cloaking. We also studied the method of combining topicality with trust to demote spam, as well as the method of combining trust with authority to improve search engine ranking performance. All of these approaches show significant results either in demoting search engine spam or improving search engine ranking performance.

Because the war against search engine spam evolves quickly, new spam techniques will be developed, which means new anti-spam approaches will be proposed accordingly. Hence, the battle will continue on.

In this chapter, we first talk about the trend of future search engine spam, and then discuss several hints that are useful for fighting future search engine spam.

## 9.1   Future spam

Most published works only discuss how to combat spamming techniques that already exist and are known about, but seldom do they discuss future spam. Because the web information retrieval is a fast developing field with more and more search services appearing, it is useful to predict some spamming techniques that may appear in the near future.

### 9.1.1   Targeted factors in web search

Spammers will always target factors that are utilized in the search engines' ranking algorithms.

The TF-IDF score and link analysis score are likely to be used by search engines in their ranking systems. Hence, spammers will keep expending their effort on manipulating these scores. Spammers will utilize increasingly more complex methods to boost these scores for spam pages. For example, in order to get better link analysis scores, they may build more complicated link structures, which are harder to detect. Or they may design better hiding techniques, such as more sophisticated JavaScripts, to manipulate these scores.

If search engines publicly announce new components that are part of their current ranking algorithms, spammers will definitely target them. As a result, new spamming techniques with inevitably appear.

*9.1. FUTURE SPAM*

## 9.1.2   Spam for sponsored search

By providing sponsored search, search engines have realized great financial success. Most search engines have built their own sponsored search systems. Take for example, Google's adwords [1] and adsense [2], Yahoo!'s search marketing [3] and Microsoft's adcenter [4].

Because these systems are directly related to making money, spammers will put more effort into manipulating these systems. In fact, some spam techniques targeting these systems have already been discovered. For example, click-through fraud [72] is one well-known challenging spamming technique designed for the sponsored search systems. More spamming techniques are likely to appear for this sponsored search system in the near future.

## 9.1.3   Spam for new search services

Search engines are providing more and more services related to information search. These services are likely to be targeted by spammers as long as they can benefit from spamming these new services.

For example, spammers may target "Video Search" [5] as these services become more and more popular. Spammers may pay more attention to "Local Search" or "Map Search" [6] if more users depend on these services to find local destinations or shops. If "Personalized

---

[1] https://adwords.google.com/select/Login3

[2] https://www.google.com/adsense/

[3] http://www.overture.com/

[4] http://adcenter.microsoft.com/

[5] http://video.google.com/

[6] http://local.google.com

*9.2. HINTS FOR FUTURE SPAM FIGHTING*

Search" [7] becomes popular, more spamming techniques related to it will be designed.

## 9.2 Hints for future spam fighting

Although future spamming techniques may take different forms and appearances, we can still fight them by either focusing on their characteristics that have remained relatively unchanged or utilizing some mature anti-spam methodologies.

### 9.2.1 Focusing on components that spammers care about

No matter how complex the spamming techniques might be, almost all of them are designed to have the effect of manipulating the factors that are used, or believed to be used, by popular search engines in their ranking algorithms. For example, because spammers believe that link analysis algorithms will keep being used by most search engines, spammers will continue to spend their time, trying to manipulate link structures on the web. Hence, if we focus on exploring approaches to judge whether a link between two pages is a quality link, then no matter how the link is generated (link farms, RSS feed, or cloaking), we can nullify the effect of these spamming techniques.

### 9.2.2 Utilizing statistical methods

In order to get better rankings for target pages, spammers need to boost some scores, which will make the manipulated pages have some special features when compared to

---

[7]http://www.google.com/psearch/

*9.3. CONCLUSION*

normal web pages. Therefore, pages with special features are always good candidates for finding spam pages. For example, hosts with too many identical incoming and outgoing links are very likely to be a member of link farms. Likewise, pages with so many terms in the meta keyword field are also quite likely to be the results of keyword stuffing. Following this direction, we need to pay more attention to finding more features and the pages with special features. For instance, if one site's majority of outgoing links are landing on sites that provide affiliate programs, then this site is probably utilizing an affiliate spam technique.

### 9.2.3   Utilizing machine learning methods

In order to get better rankings for target pages, spammers need to boost some factors, which will make the manipulated pages have features different from normal web pages. Machine learning approaches learn different features for different classes. Thus, the experience from utilizing machine learning methods can be applied to fighting future spam. For example, a classifier may be built to tell whether a click is a click fraud in the sponsored search system. On the other hand, we may utilize a classifier to tell whether a link is a spam link or not.

## 9.3   Conclusion

The war between search engines and spammers has been going on for years. After search engines notice one kind of spam and design an anti-spam algorithm to detect it, spammers

*9.3. CONCLUSION*

will soon find a way to get around it. In addition, totally new spam techniques will also appear. It seems that this war will continue for a while, just as the battle between hackers and computer network security personnel.

After more attention is paid to search engine spam from both the industrial and academic worlds, more sophisticated anti-spam algorithms will be invented. When the spammers notice the following factors:

- It costs more to build effective spam pages than build high quality pages, or

- It costs more to build effective spam pages than the income gained from doing so,

spammers will stop their practice. Then, we will be the victors of the war.

221

# Bibliography

[1] Pr0 - google's pagerank 0, 2002. http://pr.efactory.de/e-pr0.shtml.

[2] Google blog, Jan. 2005. Online at http://googleblog.blogspot.com/2005/01/preventing-comment-spam.html.

[3] A. Acharya, M. Cutts, J. Dean, P. Haahr, M. Henzinger, U. Hoelzle, S. Lawrence, K. Pfleger, O. Sercinoglu, and S. Tong. Information retrieval based on historical data, Mar. 2005. US Patent Application number 20050071741.

[4] S. Adali, T. Liu, and M. Magdon-Ismail. Optimal link bombs are uncoordinated. In *Proceedings of the 1st International Workshop on Adversarial Information Retrieval on the Web (AIRWeb)*, Chiba, Japan, May 2005.

[5] America Online, Inc. AOL Search: Hot searches, Mar. 2005. http://hot.aol.com/hot/hot.

[6] E. Amitay, D. Carmel, A. Darlow, R. Lempel, and A. Soffer. The connectivity sonar: Detecting site functionality by structural patterns. In *Proceedings of the 14th ACM*

*BIBLIOGRAPHY*

*Conference on Hypertext and Hypermedia*, pages 38–47, Nottingham, UK, Aug. 2003.

[7] Ask Jeeves, Inc. Ask Jeeves About, Mar. 2005. http://sp.ask.com/docs/about/jeevesiq.html.

[8] R. Baeza-Yates, C. Castillo, and V. López. Pagerank increase under different collusion topologies. In *Proceedings of the 1st International Workshop on Adversarial Information Retrieval on the Web (AIRWeb)*, May 2005.

[9] Z. Bar-Yossef, A. Z. Broder, R. Kumar, and A. Tomkins. Sic transit gloria telae: Towards an understading of the web's decay. In *Proceedings of the 13th International World Wide Web Conference*, pages 328–337, New York City, USA, May 2004.

[10] Z. Bar-Yossef and S. RajagopalanZiv. Template detection via data mining and its applications. In *Proceedings of the 11th International World Wide Web Conference*.

[11] L. Becchetti, C. Castillo, D. Donato, S. Leonardi, and R. Baeza-Yates. Link-based characterization and detection of Web Spam. In *Proceedings of the 2nd International Workshop on Adversarial Information Retrieval on the Web (AIRWeb)*, Seattle, USA, Aug. 2006.

[12] L. Becchetti, C. Castillo, D. Donato, S. Leonardi, and R. Baeza-Yates. Using rank propagation and probabilistic counting for link-based spam detection. In *Proceedings of WebKDD 2006 workshop*, Aug. 2006.

BIBLIOGRAPHY

[13] A. A. Benczúr, K. Csalogány, and T. Sarlós. Link-based similarity search to fight web spam. In *Proceedings of the 2nd International Workshop on Adversarial Information Retrieval on the Web (AIRWeb)*, Seattle, USA, Aug. 2006.

[14] A. A. Benczur, K. Csalogany, T. Sarlos, and M. Uher. SpamRank - fully automatic link spam detection. In *Proceedings of the 1st International Workshop on Adversarial Information Retrieval on the Web (AIRWeb)*, Chiba, Japan, May 2005.

[15] K. Bharat and A. Broder. Mirror, mirror on the web: a study of host pairs with replicated content. In *Proceedings of the 8th International World Wide Web Conference*, pages 1579–1590, Toronto, Canada, May 1999.

[16] K. Bharat, A. Z. Broder, J. Dean, and M. R. Henzinger. A comparison of techniques to find mirrored hosts on the WWW. *Journal of the American Society of Information Science*, 51(12):1114–1122, 2000.

[17] K. Bharat and M. R. Henzinger. Improved algorithms for topic distillation in a hyperlinked environment. In *Proceedings of the 21st Annual International ACM SIGIR Conference on Research and Development in Information Retrieval*, pages 104–111, Melbourne, AU, 1998.

[18] K. Bharat and G. A. Mihaila. When experts agree: using non-affiliated experts to rank popular topics. In *Proceedings of the 10th International World Wide Web Conference*, pages 597–602, Hong Kong, China, May 2001.

*BIBLIOGRAPHY*

[19] A. Borodin, G. O. Roberts, J. S. Rosenthal, and P. Tsaparas. Finding authorities and hubs from link structures on the world wide web. In *Proceedings of the 10th International World Wide Web Conference*, pages 415–429, Hong Kong, China, May 2001.

[20] A. Borodin, G. O. Roberts, J. S. Rosenthal, and P. Tsaparas. Link analysis ranking: algorithms, theory, and experiments. *ACM Trans. Inter. Tech.*, 5(1):231–297, 2005.

[21] J. K. Bowman. Search engine themes. Online at http://spider-food.net/search-engine-themes.html.

[22] S. Brin and L. Page. The anatomy of a large-scale hypertextual Web search engine. In *Proceedings of the 7th International World Wide Web Conference*, pages 107–117, Brisbane, Australia, Apr. 1998.

[23] A. Broder, S. Glassman, M. Manasse, and G. Zweig. Syntactic clustering of the web. In *Proceedings of the 6th International World Wide Web Conference*, pages 1157–1166, Santa Clara, CA, USA, Apr. 1997.

[24] M. Cafarella and D. Cutting. Building Nutch: Open source. *Queue*, 2(2):54–61, Apr. 2004.

[25] D. Cai, X. He, J.-R. Wen, and W.-Y. Ma. Block-level link analysis. In *Proceedings of the 27th ACM SIGIR International Conference on Research and Development in Information Retrieval*, pages 440–447, Sheffield, UK, 2004.

*BIBLIOGRAPHY*

[26] C. Castillo, D. Donato, L. Becchetti, P. Boldi, M. Santini, and S. Vigna. A reference collection for web spam detection. *SIGIR Forum*, 40(2):11–24, December 2006.

[27] C. Castillo, D. Donato, A. Gionis, V. Murdock, and F.Silvestri. Know your neighbors: Web spam detection using the web topology. Technical report, DELIS – Dynamically Evolving, Large-Scale Information Systems, 2006.

[28] S. Chakrabarti. Integrating the document object model with hyperlinks for enhanced topic distillation and information extraction. In *Proceedings of the 10th International World Wide Web conference*, pages 211–220, Hong Kong, China, May 2001.

[29] S. Chakrabarti. *Mining the Web: Discovering Knowledge from Hypertext Data*. Morgan Kaufmann, San Francisco, CA, 2003.

[30] S. Chakrabarti, M. Joshi, K. Punera, and D. Pennock. The structure of broad topics on the web. In *Proceedings of the 11th International World Wide Web Conference*, pages 251–262, Honolulu, USA, May 2002. ACM Press.

[31] S. Chakrabarti, M. Joshi, and V. Tawde. Enhanced topic distillation using text, markup tags, and hyperlinks. In *Proceedings of the 24th Annual International ACM SIGIR Conference on Research and Development in Information Retrieval*, pages 208–216, New Orleans, USA, Sept. 2001.

[32] S. Chakrabarti, M. van den Berg, and B. Dom. Focused crawling: a new approach to topic-specific Web resource discovery. *Computer Networks*, 31(11-16):1623–1640, 1999.

*BIBLIOGRAPHY*

[33] K. Chellapilla and D. M. Chickering.  Improving cloaking detection using search query popularity and monetizability. In *Proceedings of the 2nd International Workshop on Adversarial Information Retrieval on the Web (AIRWeb)*, Seattle, USA, Aug. 2006.

[34] P. Chirita, W. Nejdl, R. Paiu, and C. Kohlschutter.  Using ODP metadata to personalize search.  In *Proceedings of the 28th Annual International ACM SIGIR Conference on Research and Development in Information Retrieval*, pages 178–185, Salvador, Brazil, Aug. 2005.

[35] J. Cho and H. Garcia-Molina.  The evolution of the web and implications for an incremental crawler.  In *Proceedings of the 26th International Conference on Very Large Databases (VLDB)*, pages 200–209, Cairo, Egypt, 2000.

[36] J. Cho, H. Garcia-Molina, T. Haveliwala, W. Lam, A. Paepcke, S. Raghavan, and G. Wesley. Stanford WebBase components and applications. *ACM Transactions on Internet Technology*, 6(2):153–186, 2006.

[37] J. Cho, H. Garcia-Molina, and L. Page.  Efficient crawling through URL ordering. *Computer Networks and ISDN Systems*, 30(1–7):161–172, 1998.

[38] J. Cho, N. Shivakumar, and H. Garcia-Molina. Finding replicated Web collections. In *Proceedings of the International Conference on Management of Data and Symposium on Principles of Database Systems (SIGMOD)*, pages 355–366. ACM, 2000.

*BIBLIOGRAPHY*

[39] D. Cohn and H. Chang. Learning to probabilistically identify authoritative documents. In *Proceedings of the 17th International Conference on Machine Learning*, pages 167–174. Morgan Kaufmann, San Francisco, CA, 2000.

[40] G. Collins. Latest search engine spam techniques, Aug. 2004. Online at http://www.sitepoint.com/article/search-engine-spam-techniques.

[41] A. L. da Costa Carvalho, P.-A. Chirita, E. S. de Moura, P. Calado, and W. Nejdl. Site level noise removal for search engines. In *Proceedings of the 15th International World Wide Web Conference*, pages 73–82, Edinburgh, Scotland, May 2006.

[42] B. D. Davison. Recognizing nepotistic links on the Web. In *Artificial Intelligence for Web Search*, pages 23–28, Austin, USA, July 2000. AAAI Press.

[43] B. D. Davison. Topical locality in the web. In *Proceedings of the 23rd Annual International ACM SIGIR Conference on Research and Development in Information Retrieval*, pages 272–279, Athens, Greece, July 2000.

[44] B. D. Davison, A. Gerasoulis, K. Kleisouris, Y. Lu, H. Seo, W. Wang, and B. Wu. DiscoWeb: Applying link analysis to web search. In *Proceedings of the 8th International World Wide Web Conference*, pages 148–149, Toronto, Canada, 1999.

[45] I. Drost and T. Scheffer. Thwarting the nigritude ultramarine: Learning to identify link spam. In *Proceedings of the 16th European Conference on Machine Learning*, pages 96–107, Porto, Portugal, Oct. 2005.

*BIBLIOGRAPHY*

[46] C. Dwork, S. R. Kumar, M. Naor, and D. Sivakumar. Rank aggregation methods for the web. In *Proceedings of the 10th International World Wide Web Conference*, pages 613–622, Hong Kong, China, 2001.

[47] N. Eiron, K. McCurley, and J. Tomlin. Ranking the web frontier. In *Proceedings of the 13th International World Wide Web Conference*, pages 309–318, New York City, USA, 2004.

[48] D. Eppstein. Arboricity and bipartite subgraph listing algorithms. *Information Processing Letters*, 51(4):207–211, 1994.

[49] D. Fetterly, M. Manasse, and M. Najork. The evolution of clusters of near-duplicate web pages. In *Proceedings of the 1st Latin American Web Congress*, Sanitago, Chile, Nov. 2003.

[50] D. Fetterly, M. Manasse, and M. Najork. A large-scale study of the evolution of web pages. In *Proceedings of the 12th International World Wide Web Conference*, pages 669–678, Budapest, Hungary, May 2003.

[51] D. Fetterly, M. Manasse, and M. Najork. Spam, damn spam, and statistics: Using statistical analysis to locate spam web pages. In *Proceedings of the 7th International Workshop on the Web and Databases (WebDB)*, pages 1–6, Paris, France, June 2004.

[52] D. Fetterly, M. Manasse, and M. Najork. Detecting phrase-level duplication on the world wide web. In *Proceedings of the 28th Annual International ACM SIGIR*

*BIBLIOGRAPHY*

*Conference on Research and Development in Information Retrieval*, pages 170–177, Salvador, Brazil, Aug. 2005.

[53] R. T. Fielding, J. Gettys, J. C. Mogul, H. Frystyk, L. Masinter, P. Leach, and T. Berners-Lee. Hypertext Transfer Protocol — HTTP/1.1. RFC 2616, 1999.

[54] G. Flake, S. Lawrence, and C. L. Giles. Efficient identification of web communities. In *Proceedings of the 6th ACM SIGKDD International Conference on Knowledge Discovery and Data Mining*, pages 150–160, Boston, MA, Aug. 2000.

[55] A. Gerasoulis, W. Wang, and H.-J. Seo. Retrieval and display of data objects using a cross-group ranking metric, Apr. 2006. U.S. Patent number 7,024,404.

[56] D. Gibson, R. Kumar, and A. Tomkins. Discovering large dense subgraphs in massive graphs. In *Proceedings of the 31st International Conference on Very Large Data Bases (VLDB)*, pages 721–732, Trondheim, Norway, Aug. 2005.

[57] D. Gibson, K. Punera, and A. Tomkins. The volume and evolution of web page templates. In *Proceedings of the 14th International World Wide Web Conference*, pages 830–839, Chiba, Japan, May 2005.

[58] Google, Inc. Google information for webmasters, 2007. Online at http://www.google.com/webmasters/faq.html.

[59] R. Guha. Open rating systems. Technical report, Stanford University, 2003.

*BIBLIOGRAPHY*

[60] R. Guha, R. Kumar, P. Raghavan, and A. Tomkins. Propagation of trust and distrust. In *Proceedings of the 13th International World Wide Web Conference*, pages 403–412, New York City, USA, May 2004.

[61] Z. Gyöngyi, P. Berkhin, H. Garcia-Molina, and J. Pedersen. Link spam detection based on mass estimation. In *Proceedings of the 32nd International Conference on Very Large Data Bases (VLDB)*. ACM, 2006.

[62] Z. Gyöngyi and H. Garcia-Molina. Link spam alliances. In *Proceedings of the 31st International Conference on Very Large Data Bases (VLDB)*, pages 517–528, Trondheim, Norway, Aug. 2005.

[63] Z. Gyöngyi and H. Garcia-Molina. Web spam taxonomy. In *Proceedings of 1st International Workshop on Adversarial Information Retrieval on the Web (AIRWeb)*, Chiba, Japan, May 2005.

[64] Z. Gyöngyi, H. Garcia-Molina, and J. Pedersen. Combating web spam with TrustRank. In *Proceedings of the 30th International Conference on Very Large Data Bases (VLDB)*, pages 271–279, Toronto, Canada, Sept. 2004.

[65] T. Haveliwala. Topic-sensitive PageRank. In *Proceedings of the 11th International World Wide Web Conference*, pages 517–526, Honolulu, Hawaii, USA, May 2002.

[66] T. Haveliwala, A. Gionis, D. Klein, and P. Indyk. Evaluating strategies for similarity search on the web. In *Proceedings of the 11th International World Wide Web Conference*, pages 432–442, Honolulu, Hawaii, USA, May 2002.

*BIBLIOGRAPHY*

[67] T. Haveliwala and S. Kamvar. The second eigenvalue of the google matrix. Technical report, Stanford University, 2003.

[68] M. Henzinger. Hyperlink analysis on the world wide web. In *Proceedings of the 16th ACM conference on Hypertext and hypermedia*, pages 1–3, Salzburg, Austria, 2005.

[69] M. R. Henzinger, R. Motwani, and C. Silverstein. Challenges in web search engines. *SIGIR Forum*, 37(2):11–22, 2002.

[70] J. Hirai, S. Raghavan, H. Garcia-Molina, and A. Paepcke. WebBase: a repository of Web pages. *Computer Networks*, 33(1–6):277–293, 2000.

[71] S. W. J. Caverlee and L. Liu. Spam-resilient web rankings via influence throttling. In *Proceedings of the 21st IEEE International Parallel & Distributed Processing Symposium (IPDPS 2007)*, Long Beach, CA, Mar. 2007.

[72] B. J. Jansen. Adversarial information retrieval aspects of sponsored search. In *Proceedings of the 2nd International Workshop on Adversarial Information Retrieval on the Web (AIRWeb)*, Seattle, USA, Aug. 2006.

[73] B. J. Jansen, A. Spink, and T. Saracevic. Real life, real users and real needs: A study and analysis of users queries on the web. *Information Processing and Management*, 36:207–227, 2000.

*BIBLIOGRAPHY*

[74] K. Jarvelin and J. Kekalainen. Ir evaluation methods for retrieving highly relevant documents. In *Proceedings of the 9th Annual International ACM SIGIR Conference on Research and Development in Information Retrieval*, Athens, Greece, July 2000.

[75] G. Jeh and J. Widom. Scaling personalized web search. In *Proceedings of the 12th International World Wide Web Conference*, pages 271–279, Budapest, Hungary, May 2003.

[76] T. Joachims. Making large-scale support vector machine learning practical. In B. Schölkopf, C. Burges, and A. Smola, editors, *Advances in Kernel Methods: Support Vector Machines*. MIT Press, Cambridge, MA, 1998.

[77] T. Joachims. Optimizing search engines using clickthrough data. In *Proceedings of the 8th ACM SIGKDD International Conference on Knowledge Discovery and Data Mining*, pages 133–142, Edmonton, Canada, 2002.

[78] S. D. Kamvar, M. T. Schlosser, and H. Garcia-Molina. The eigentrust algorithm for reputation management in p2p networks. In *Proceedings of the 12th International World Wide Web Conference*, pages 640–651, Budapest, Hungary, May 2003.

[79] J. M. Kleinberg. Authoritative sources in a hyperlinked environment. *Journal of the ACM*, 46(5):604–632, 1999.

[80] P. Kolari, T. Finin, and A. Joshi. Svms for the blogosphere: Blog identification and splog detection. In *AAAI Spring Symposium on Computational Approaches to Analysing Weblogs*, Mar. 2006.

*BIBLIOGRAPHY*

[81] P. Kolari, A. Java, T. Finin, T. Oates, and A. Joshi. Detecting spam blogs: A machine learning approach. In *Proceedings of the 12st National Conference on Artificial Intelligence*, Boston, USA, July 2006.

[82] V. Krishnan and R. Raj. Web spam detection with anti-trust rank. In *Proceedings of the 2nd International Workshop on Adversarial Information Retrieval on the Web (AIRWeb)*, Seattle, USA, Aug. 2006.

[83] R. Kumar, P. Raghavan, S. Rajagopalan, and A. Tomkins. Trawling the Web for emerging cyber-communities. *Computer Networks*, 31(11–16):1481–1493, 1999.

[84] A. Langville and C. Meyer. Deeper inside pagerank. *Internet Mathematics*, 3(1):335–380, 2003.

[85] R. Lempel and S. Moran. The stochastic approach for link-structure analysis (SALSA) and the TKC effect. *Computer Networks*, 33(1–6):387–401, 2000.

[86] L. Li, Y. Shang, and W. Zhang. Improvement of HITS-based algorithms on web documents. In *Proceedings of the 11th International World Wide Web Conference*, pages 527–535, Honolulu, Hawaii, USA, May 2002. ACM Press.

[87] C. D. Manning and H. Schutze. *Foundations of statistical natural language processing*, chapter 8, pages 268–269. MIT press, 2001.

*BIBLIOGRAPHY*

[88] P. Marendy. A review of world wide web searching techniques, focusing on hits and related algorithms that utilise the link topology of the world wide web to provide the basis for a structure based search technology.

[89] A. Mathes. Filler friday: Google bombing, Apr. 2001. Online at http://uber.nu/2001/04/06/.

[90] R. Matthew, R. Agrawal, and P. Domingos. Trust management for the semantic web. In *Proceedings of the 2nd International Semantic Web Conference*, Sanibel Island, Florida, 2003.

[91] Microsoft research strider team. Strider search defender, May 2006. http://research.microsoft.com/SearchDefender/.

[92] G. Mishne, D. Carmel, and R. Lempel. Blocking blog spam with language model disagreement. In *Proceedings of the 1st International Workshop on Adversarial Information Retrieval on the Web (AIRWeb)*, Chiba, Japan, May 2005.

[93] R. Moulton and K. Carattini. A quick word about googlebombs, Jan. 2007. Online at "http://googlewebmastercentral.blogspot.com/2007/01/quick-word-about-googlebombs.html".

[94] M. Najork. System and method for identifying cloaked web servers, June 2005. U.S. Patent number 6,910,077.

*BIBLIOGRAPHY*

[95] A. Y. Ng, A. X. Zheng, and M. I. Jordan. Link analysis, eigenvectors and stability. In *Proceedings of the 17th International Joint Conference on Artificial Intelligence*, pages 903–910, Seattle, USA, Aug. 2001.

[96] A. Y. Ng, A. X. Zheng, and M. I. Jordan. Stable algorithms for link analysis. In *Proceedings of 24th Annual International ACM SIGIR Conference on Research and Development in Information Retrieval*, pages 258–266, New Orleans, USA, Sept. 2001.

[97] L. Nie, B. Wu, and B. D. Davison. Incorporating trust into web search. Technical Report LU-CSE-06-034, Lehigh University, Nov. 2006.

[98] A. Ntoulas, J. Cho, and C. Olston. What's new on the web? The evolution of the web from a search engine perspective. In *Proceedings of the 13th International World Wide Web Conference*, pages 1–12, New York City, USA, May 2004.

[99] A. Ntoulas, M. Najork, M. Manasse, and D. Fetterly. Detecting spam web pages through content analysis. In *Proceedings of the 15th International World Wide Web Conference*, pages 83–92, Edinburgh, Scotland, May 2006.

[100] A. Perkins. White paper: The classification of search engine spam, Sept. 2001. Online at http://www.silverdisc.co.uk/articles/spam-classification/.

[101] J. R. Quinlan. *C4.5: Programs for Machine Learning*. Morgan Kauffman, San Mateo, CA, 1993.

*BIBLIOGRAPHY*

[102] P. Reddy and M. Kitsuregawa. Inferring web communities through relaxed cocitation and dense bipartite graphs. In *Proceedings of Data Base Engineering Workshop*, 2001.

[103] P. Resnick, R. Zeckhauser, E. Friedman, and K. Kuwabara. Reputation systems. *Communications of the ACM*, 43(12):45–48, 2000.

[104] M. Richardson and P. Domingos. The Intelligent Surfer: Probabilistic Combination of Link and Content Information in PageRank. In *Advances in Neural Information Processing Systems 14*. MIT Press, 2002.

[105] G. O. Roberts and J. S. Rosenthal. Downweighting tightly knit communities in world wide web rankings. *Advances and Applications in Statistics*, 3(3):199–216, Dec. 2003.

[106] S. E. Robertson. Overview of the OKAPI projects. *Journal of Documentation*, 53:3–7, 1997.

[107] G. Salton and C. Buckley. Term-weighting approaches in automatic text retrieval. *Information Processing & Management*, 24(5):513–523, 1988.

[108] G. Shen, B. Gao, T.-Y. Liu, S. Song, and H. Li. Detecting link spam using temporal information. In *Proceedings of the 2006 IEEE International Conference on Data mining*, pages 403–412, Hong Kong, China, Dec. 2006.

*BIBLIOGRAPHY*

[109] N. Shivakumar and H. Garcia-Molina. Finding near-replicas of documents on the web. In *Proceedings of International Workshop on the World Wide Web and Databases (WebDB)*, 1999.

[110] C. Silverstein, M. Henzinger, J. Marais, and M. Moricz. Analysis of a very large AltaVista query log. *SIGIR Forum*, 33:6–12, 1999.

[111] M. Srivatsa, L. Xiong, and L. Liu. Trustguard: Countering vulnerabilities in reputation management for decentralized overlay networks. In *Proceedings of the 14th International World Wide Web Conference*, pages 422–431, Chiba, Japan, 2005.

[112] J. C. Steve Webb and C. Pu. Introducing the webb spam corpus: Using email spam to identify web spam automatically. In *Proceedings of the Third Conference on Email and Anti-Spam (CEAS 2006)*, Mountain View, CA, July 2006.

[113] D. Sullivan. Search engine optimization, Apr. 2000. Online at http://searchenginewatch.com/resources/article.php/2156511.

[114] T. Urvoy, T. Lavergne, and P. Filoche. Tracking web spam with hidden style similarity. In *Proceedings of the 2nd International Workshop on Adversarial Information Retrieval on the Web (AIRWeb)*, Seattle, USA, Aug. 2006.

[115] X. Wang, A. Shakery, and T. Tao. Dirichlet PageRank. In *Proceedings of the 28th Annual International ACM SIGIR Conference on Research and Development in Information Retrieval*, pages 661–662, Salvador, Brazil, Aug. 2005.

*BIBLIOGRAPHY*

[116] A. Westbrook and R. Greene. Using semantic analysis to classify search engine spam, Dec. 2002. Class project report at http://www.stanford.edu/class/cs276a/projects/reports/.

[117] I. H. Witten and E. Frank. *Data Mining: Practical Machine Learning Tools and Techniques.* Morgan Kaufmann, second edition, 2005.

[118] B. Wu and B. D. Davison. Cloaking and redirection: A preliminary study. In *Proceedings of the 1st International Workshop on Adversarial Information Retrieval on the Web (AIRWeb)*, May 2005.

[119] B. Wu and B. D. Davison. Identifying link farm spam pages. In *Proceedings of the 14th International World Wide Web Conference*, pages 820–829, Chiba, Japan, May 2005.

[120] B. Wu and B. D. Davison. Detecting semantic cloaking on the web. In *Proceedings of the 15th International World Wide Web Conference*, pages 63–72, Edinburgh, Scotland, May 2006.

[121] B. Wu and B. D. Davison. Undue influence: Eliminating the impact of link plagiarism on web search rankings. In *Proceedings of the 21st Annual ACM Symposium on Applied Computing*, pages 1099–1104, Dijon, France, Apr. 2006.

[122] B. Wu, V. Goel, and B. D. Davison. Propagating trust and distrust to demote web spam. In *Proceedings of Models of Trust for the Web workshop at the 15th International World Wide Web Conference*, Edinburgh, Scotland, May 2006.

239

*BIBLIOGRAPHY*

[123] B. Wu, V. Goel, and B. D. Davison. Topical TrustRank: Using topicality to combat web spam. In *Proceedings of the 15th International World Wide Web Conference*, Edinburgh, Scotland, May 2006.

[124] J. Xu, Y. Cao, H. Li, and M. Zhao. Ranking definitions with supervised learning methods. In *Proceedings of the 14th International World Wide Web Conference*, pages 811–819, Chiba, Japan, May 2005.

[125] M. J. Zaki and M. Ogihara. Theoretical foundations of association rules. In *Proceedings of the 3rd SIGMOD'98 Workshop on Research Issues in Data Mining and Knowledge Discovery (DMKD'98)*, Seattle, Washington, 1998.

[126] H. Zhang, A. Goel, R. Govindan, K. Mason, and B. V. Roy. Making eigenvector-based reputation systems robust to collusions. In *Proceedings of the 3rd Workshop on Algorithms and Models for the Web Graph*, Rome, Italy, Oct. 2004.

[127] L. Zhang, Y. Zhang, Y. Zhang, and X. Li. Exploring both content and link quality for anti-spamming. In *Proceedings of the 6th IEEE International Conference on Computer and Information Technology*, pages 403–412, Seoul, Korea, Sept. 2006.

# Appendix A

# Different types of cloaking

In the process of manually checking several hundred pages for the above sections, we found several different types of cloaking.

## A.1   Types of term cloaking

We identified many different methods of sending different term content to crawlers and web browsers. They can be categorized by the magnitude of the difference.

We first consider the case in which the content of the pages sent to the crawler and web browser are quite different.

- The page provided to the crawler is full of detail, but the one to the web browser is empty, or only contains frames or JavaScript.

- The web site sends text page to the crawler, but sends non-text content (such as Macromedia Flash content) to web browser.

## A.1. TYPES OF TERM CLOAKING

---

game computer games PC games console games video games computer action games adventure games role playing games simulation games sports games strategy games contest contests prize prizes game cheats hints strategy computer games PC games computer action games adventure games role playing games Nintendo Playstation simulation games sports games strategy games contest contests prize prizes game computer games PC games computer action games adventure games role playing games simulation games sports games strategy games contest contests prize prizes.

---

Figure A.1: Sample of keyword content sent only to the crawler.

- The page sent to the crawler incorporates content, but the one sent to the web browser contains only a redirect or 404 error response.

The second case is when content differs only partially between the pages sent to the crawler and the browser and the remaining content is identical, or one copy has slightly more content than the other.

- The pages sent to the crawler contain more text content than the ones to web browser. For example, only the page sent to the crawler contains keywords shown in Figure A.1.

- Different redirection target URLs are contained in the pages sent to the crawler and to the web browser.

- The web site sends different titles, meta-description or keywords to the crawler than to web browser. For example, the header to browser uses "Shape of Things movie info at Video Universe" as the meta-description, while the one to the crawler uses "Great prices on Shape of Things VHS movies at Video Universe. Great service, secure ordering and fast shipping at everyday discount prices."

- The page sent to the crawler contains JavaScript, but no such JavaScript is sent to the browser, or the pages have different JavaScripts sent to the crawler than to web browser.

242

*A.2.   TYPES OF LINK CLOAKING*

- Pages to the crawler do not contain some banner advertisements, while the pages to web browser do.

- The *NOSCRIPT* element is used to define an alternate content if a script is not executed. The page sent to web browser has the *NOSCRIPT* tag, while the page sent to the crawler does not.

## A.2   Types of link cloaking

For link cloaking, we again group the situations by the magnitude of the differences between different versions of the same page. In one case, both pages contain similar number of links and the other is that both pages have quite different number of links.

For the first situation, examples found include:

- There are the same number of links within the page sent to the crawler and web browser, but the corresponding link pairs have a different format. For example, the link to web browser may contain a PHP session id while the link to the crawler does not. Another example is that the page to the crawler only contains absolute URLs, while the page to the browser contains relative URLs that are in fact pointing to the same targets as the absolute ones.

- The links in the page to the crawler are direct links, while the corresponding links within the page to web browser are encoded redirections.

- The links to web browser are normal links, but the links to the crawler are around small images instead of texts.

- The website shows links to different style sheets to web browser than to the crawler. For example, the page to the crawler contains `href=/styles/styles_win_ie.css`, while the

243

*A.2.  TYPES OF LINK CLOAKING*

page to the browser contains `href=/styles/styles_win_ns.css`.

In some cases, the number of links within the page to the crawler and the page to the web browser can be quite different.

- More links exist in the page sent to the crawler than the page sent to web browser. For example, these links may point to a link farm.

- The page sent to web browser has more links than the page sent to the crawler. For example, these links may be navigational links.

- The page sent to the browser contains some normal links, but in the same position of the page sent to the crawler, only error messages saying "no permission to include links" exist.

# Vita

## Baoning Wu

**1976**       Born in Nanjing, China.

**1995**       Graduated from Jinling Middle School, Nanjing, China.

**1999**       B.E. in Computer Engineering, Southeast University, Nanjing, China

**2001-2007** Graduate work in Computer Science, Lehigh University. Bethlehem. PA. USA.

**2001-2002** IT scholarship, Dept. of Computer Science & Engineering, Lehigh University.

**2002-2007** Research Assistant, Dept. of Computer Science & Engineering, Lehigh University.

**2003**       M.S. in Computer Science, Lehigh University.

**2005**       Engineering intern, Google, Inc.

**2005**       B. Wu and B.D. Davison.  Cloaking and redirection: A preliminary study. *Proc. of the First International Workshop on Adversarial Information Retrieval on the Web*, 7-16.

**2005**       B. Wu and B.D. Davison. Identifying link farm spam pages. *Proc. of the 14th Int'l WWW Conference*, 820-829.

**2006**       Research intern, Microsoft Corporation.

**2006**       B. Wu and B.D. Davison.  Undue influence: Eliminating the impact of link plagiarism on web search rankings. *Proc. of the 21st Annual ACM Symposium on Applied Computing*, 1099-1104.

**2006**       B. Wu and B.D. Davison. Detecting semantic cloaking on the Web. *Proc. of the 15th Int'l WWW Conf.*, 819-828.

**2006**       B. Wu, V. Goel and B.D. Davison. Propagating trust and distrust to demote web spam. *Proc. of Models of Trust For the Web workshop*.

**2006**       B. Wu, V. Goel and B.D. Davison.  Topical TrustRank: Using topicality to combat web spam. *Proc. of the 15th Int'l WWW Conf.*, 63-72.

# APPENDIX
# 34

## Yan Gao

| | | |
|---|---|---|
| CONTACT | 2145 Sheridan Road | *Voice:* (847)275-8994(C) |
| | Department of EECS | *Fax:* (847) 491-4455 |
| | Northwestern University | *E-mail:* ygao@cs.northwestern.edu |
| | Evanston, IL 60208, USA | *http://www.cs.northwestern.edu/~yga751* |

**INTERESTS**
◇ Network Monitoring and Security
◇ Data Mining for Networking and System Issues
◇ User Study for System Optimization

**EDUCATION**

◇ NORTHWESTERN UNIVERSITY, EVANSTON, ILLINOIS, USA          09/2004 - PRESENT
Ph.D in EECS Department                                                             GPA 4.0/4.0
Advisor: Prof. Alok Choudhary

◇ XI'AN JIAOTONG UNIVERSITY, XI'AN, SHAANXI, CHINA          09/2000 - 05/2003
M.S. in Systems Engineering, ECE Department, May, 2002                  GPA 3.9/4.0
Advisor: Prof. Guoji Sun

◇ XI'AN JIAOTONG UNIVERSITY (XJTU), XI'AN, SHAANXI, CHINA   09/1996 - 07/2000
B.E., Electrical Engineering Department, July, 2000                          GPA 3.7/4.0
Minor in Business Management

**HONORS**
◇ IEEE ICDCS student travel grants award, 2006
◇ *Morrison* Fellowship, Northwestern University, 2006.6-2006.9
◇ IEEE ICNP student travel grants award, 2005
◇ *Walter P. Murphy* Fellowship, Department of EECS, Northwestern University, 2004-2005
◇ Second Prize of advancement in Science and Technology of Xi'an for the project of "Supply Chain Management System based on B/S", Xi'an, Shaanxi, P.R.China, 2002
◇ Outstanding Master Degree Thesis, XJTU, 2003
◇ *Hu Baosheng* Fellowship for academic excellence, XJTU, 2001-2002
◇ Chinese Academy of Science Research Fellowship for academic excellence, XJTU, 2000-2001
◇ University Fellowship for Outstanding Graduate Students, XJTU, 2000-2002.
◇ University Fellowship for Outstanding Undergraduate Students, XJTU, 1996-1999
◇ *Datang* Scholarship for Outstanding Undergraduate Students, XJTU, 1998-1999
◇ *Logic* Scholarship for Outstanding Undergraduate Students, XJTU, 1996-1997
◇ Outstanding Freshman Fellowship, XJTU, 1996-1997

**EXPERIENCE**
◇ ELECTRICAL ENGINEERING AND COMPUTER SCIENCE (EECS) DEPARTMENT, NORTHWESTERN UNIVERSITY                                                  Evanston, IL, USA
RESEARCH ASSISTANT.                                                    09/2004 - PRESENT
  ◇ The High-Performance Network Anomaly/Intrusion Detection and Mitigation (HPNAIDM) Systems:
  Existing intrusion detection systems (IDS) have three shortcomings: 1) are mostly host-based and not scalable to high-speed networks. Thus they cannot prevent the rapid propagation of the latest viruses/worms which can infect most vulnerable machines in the Internet in only ten minutes; 2) are mostly signature-based and unable to recognize unknown anomalies; and 3) are isolated or centralized systems. To address these limitations, we propose HPNAIDM system with the following features: 1) online traffic recording and analysis on high-speed networks, 2) online statistical anomaly detection, 3) integrated approach for false positive reduction, 4) hardware speedup for real-time detection, and 5) scalable anomaly/intrusion alarm fusion from multiple sources.

⋄ Pollution Resilience for Internet Caches:
In this project, we investigate and develop efficient methods to detect a class of pollution attacks that aim to degrade a proxys caching capabilities, either by ruining the cache file locality, or by inducing false file locality.

⋄ Detecting Stealthy Spreaders Using Online Outdegree Histograms:
We consider the problem of detecting the presence of a sufficiently large number of hosts that connect to more than a certain number of unique destinations within a given time window, at high-speed networks. Previous techniques have focused on detecting the sources with an extremely large outdegree. However, such techniques will fail to detect spreaders such as bot scans in which each scanning host will scan only a moderate, fixed number of destinations. In contrast, our scheme maintains a small, fixed size memory usage, and is still able to detect stealthy spreader scenarios by approximating outdegree histograms from continuous traffic.

⋄ Image Spam Hunter:
The newest image-based spam uses simple image processing technologies to vary the content of individual messages. Thus, they pose great challenges to conventional spam filters. In this project, we propose a system using a probabilistic boosting tree to determine whether an incoming image is a spam or not based on global image features. The system identifies spam without the need for OCR and is robust in the face of the kinds of variation found in current spam images.

⋄ Learning Relationship Between Operating System Level Measurements and End User Satisfaction:
In interactive application domain, there exists a variation for user expectations and satisfaction relative to the real operating system performance. In this project, we aim to study the relationship between operating system level features and user satisfaction. By leveraging this variation, we propose an efficient system prototype that can customize dynamic voltage and frequency for different end users in terms of reducing the CPU power consumption.

⋄ User Perception Measurements for Automatic Configuration of BitTorrent Tools:
BitTorrent(BT) tools are widely used in the world, but the configuration is complicated and generally the default configuration can not reach the satisfaction of all end users. In this project, we measure the relationship between user satisfaction and the automatic configuration choices of BT tools, and further propose a prototype to predict the onset of user dissatisfaction without user interaction, and design a customized configuration adjustment scheme by using data mining results to improve the BT performance.

◇ MICROSOFT RESEARCH INTERN                                          REDMOND, USA
CYBERSECURITY AND SYSTEMS MANAGEMENT RESEARCH GROUP          06/2007 - 08/2007
⋄ Project: Downloading Internet Webpage Anonymously and Efficiently
The design of Internet does not evolve with the privacy, thus the protocols that provide the fundamental functions of the Internet are inherently non-anonymous. Due to the intense competition and large profit, some website administrators use IP cloaking and IP blocking schemes to prevent the well-intentioned active measurements, e.g. web crawlers, from accurate information recently. In this project, we propose to deploy the active measurement tools through anonymous proxy servers as a result of defeating these threats.

◇ SCHLUMBERGER LIMITED                                             BEIJING, CHINA
NETWORK AND INFRASTRUCTURE SOLUTION ENGINEER                  09/2003 - 06/2004
⋄ Involved in the project of the Credit Card System for the Bank of China. My main work is related to Data Management.

◇ INSTITUTE OF SYSTEMS ENGINEERING, XJTU                    XI'AN, SHAANXI, CHINA
RESEARCH ASSISTANT                                            07/2000 - 05/2003
ADVISOR: PROF. GUOJI SUN
⋄ Integrated Network Information Security Defense System, funded by the hi-tech research and development program of China(863 plan). As one of the main designer, I build the Host Intrusion Detection System by using statistical and information fusion algorithms.

◇ Supply Chain Management System based on B/S. My main work is the system analysis and design, the database design and the development of the key software modules

◇ Virtual Campus on web. My main work is the system modeling and simulation by using 3Dmax and OpenGL.

PUBLICATIONS  ◇ Journal Articles and Conference Papers

◇ **Yan Gao**, Ming Yang, Xiaonan Zhao, Bryan Pardo, Ying Wu, Thrasos Pappas, Alok Choudhary, "Image Spam Hunter", in Proc. of *the 33th IEEE International Conference on Acoustics, Speech, and Signal Processing (ICASSP)*, 2008.

◇ **Yan Gao**, Yao Zhao, Robert Schweller, Shobha Venkataramany, Yan Chen, Dawn Songy and Ming-Yang Kao, "Detecting Stealthy Spreaders Using Online Outdegree Histograms", in Proc. of *the 15th IEEE International Workshop on Quality of Service (IWQoS)*, 2007.

◇ **Yan Gao**, Leiwen Deng, Aleksandar Kuzmanovic and Yan Chen, "Pollution Resilience for Internet Proxy Caches", in Proc. of *the 14th IEEE International Conference on Network Protocols (ICNP)*, 2006.

◇ **Yan Gao**, Zhichun Li and Yan Chen, "A DoS Resilient Flow-level Intrusion Detection Approach for High-speed network", in Proc. of *The International Conference on Distributed Computing Systems (ICDCS)*, 2006.

◇ Robert Schweller, Zhichun Li, Yan Chen, **Yan Gao**, Ashish Gupta, Elliot Pearson, Ying Zhang, Peter A. Dinda, Ming-Yang Kao, and Gokhan Memik, "Reversible Sketches: Enabling Monitoring and Analysis over High-speed Data Streams", to appear in *ACM/IEEE Transaction on Networking*.

◇ Robert Schweller, Zhichun Li, Yan Chen, **Yan Gao**, Ashish Gupta, Ying Zhang, Peter A. Dinda, Ming-Yang Kao, and Gokhan Memik, "Reverse Hashing for High-speed Network Monitoring: Algorithms, Evaluation, and Applications", in Proc. of *IEEE INFOCOM*, 2006.

◇ Pin Ren, **Yan Gao**, Zhichun Li, Yan Chen and Benjamin Watson, "IDGraphs: Intrusion Detection and Analysis Using Stream Compositing", in *IEEE Computer Graphics & Applications*, special issue on Visualization for Cyber Security, 2006.

◇ Pin Ren, **Yan Gao**, Zhichun Li, Yan Chen and Benjamin Watson, "IDGraphs: Intrusion Detection and Analysis Using Histographs", in Proc. of *IEEE Workshop on Visualization for Computer Security (VizSEC)*, in conjunction with *Visualization'2005* and *InfoVis'2005* conferences, October, 2005.

◇ Li Feng, Xiaohong Guan, Sangang Guo, **Yan Gao** and Peini Liu, "Predicting the Intrusion Intentions by Observing System Call Sequences", *Computers and Security, Elsevier Science*, Volume 23, Issue 3, pp.241-252, May, 2004.

◇ **Yan Gao**, Xiaohong Guan and Guoji Sun, "Host Intrusion Detection System based on Real-Time Keystroke", *Chinese Journal of Computers*, Volume 27, No.3, pp.396-401, March, 2004. (in Chinese)

◇ Li Feng, Xiaohong Guan, Sangang Guo, **Yan Gao** and Peini Liu, "Plan Recognition Based Method for Predicting Intrusion Intention of System Call Sequences", *Chinese Journal of Computers*, Volume 27, No.8, pp.1083-1091, August, 2004. (in Chinese)

◇ **Yan Gao**, Gang Hua and Guoji Sun, "A New Hybrid Method or Fast Vector Quantization", *Microelectronics& Computer*, Vol.20, No.2, pp.56-59, Feb., 2003. (in Chinese)

◇ DISSERTATION AND THESIS

◇ **Yan Gao**, "Online Scalable Intrusion Detection Systems for High-speed Networks", *Master Degree Thesis*, Northwestern University, Press 2007.

◇ **Yan Gao**, "Design and Study of Host-based Anomaly Detection System", *Master Degree Thesis*, XJTU, Press 2003. (in Chinese)

◇ **Yan Gao**, "Development and Realization of Virtual Host Management System based on Web", Bachelor Degree Thesis, XJTU, Press 2000. (in Chinese)

| | | | |
|---|---|---|---|
| COURSES | Advanced data mining | Machine learning | Data structure & management |
| | Operating systems | Introduction to networking | Introduction to computer security |
| | Internet security | Advanced networking | Design and analysis algorithms |
| | Resource visualization | Distributed computing systems | Algorithmic techniques for bioinformatics |
| | Internet measurement | Computer architecture | |

**COMPUTER SKILLS**
◇ Programming with C/C++, Perl, Matlab under various environments.
◇ Skilled in Latex, Microsoft Office and Microsoft Visio etc.
◇ Proficient on database designing, programming and web based programming.
◇ Proficient with TCP/IP communication protocol.

**TEACHING**
◇ ELECTRICAL ENGINEERING & COMPUTER SCIENCE DEPT., NORTHWESTERN UNIVERSITY
TEACHING ASSISTANT.
  ⋄ CS395/495 "Basic Information Security: Technology, Business and Law".    Fall 2005
  ⋄ CS340 "Introduction to Networking".    Winter 2006
  ⋄ CS395/495 "Internet Measurement and its Reverse Engineering".    Spring 2006
  ⋄ CS395/495 "Advanced Networking".    Spring 2006
  ⋄ EECS203 "Introduction to Computer Engineering".    Spring 2007
  ⋄ EECS221 "Fundamentals of Circuits".    Winter 2008
◇ INSTITUTE OF SYSTEMS ENGINEERING, XJTU
TEACHING ASSISTANT.    03/2001 - 07/2002
  ◇ Supervising the final thesis of undergraduate student,
  ◇ Assisting teaching of the course "Modeling and simulation of complex systems"

**ACTIVITIES**
◇ Reviewer, IEEE ICDCS 2008
◇ Reviewer, IEEE ICNP 2007
◇ Reviewer, ACM MobiCom 2007
◇ Reviewer, IEEE INFOCOM 2007
◇ Reviewer, IEEE GlobleCom 2006
◇ Reviewer, IEEE IWQoS 2006
◇ Reviewer Committee, ACSAC 2006
◇ Reviewer, IEEE IM 2006
◇ Reviewer, IEEE INFOCOM 2005
◇ Reviewer, ACM SIGCOMM poster, 2005

# APPENDIX
# 35

# ROBUST SCAREWARE IMAGE DETECTION

*Christian Seifert, Jack W. Stokes*
*Christina Colcernian, John C. Platt*

Microsoft Corp.
Redmond, WA 98052

*Long Lu*

Georgia Institute of Technology
Atlanta, GA 30332

## ABSTRACT

In this paper, we propose an image-based detection method to identify web-based scareware attacks that is robust to evasion techniques. We evaluate the method on a large-scale data set that resulted in an equal error rate of 0.018%. Conceptually, false positives may occur when a visual element, such as a red shield, is embedded in a benign page. We suggest including additional orthogonal features or employing graders to mitigate this risk. A novel visualization technique is presented demonstrating the acquired classifier knowledge on a classified screenshot.

*Index Terms*— security, scareware, social engineering

## 1. INTRODUCTION

Botnets with thousands of bots are controlled by cyber criminals today. These bots primarily reside on the average desktop computer at home, at one's work place, or in Internet Cafes. Client-side attacks are used by these criminals to infect one's machine and join it to the botnet. In the first half of 2011, several primary client-side attack vectors exist: drive-by-download attacks, AutoRun attacks, and social engineering attacks [1]. Web-based social engineering attacks present false information to the user and trick her into downloading and executing malware herself. As Internet threats are heavily touted in the community and media, attackers have adopted a social engineering angle in this space to accomplish their goal: scareware. Scareware attacks typically attempt to trick computer users into believing their computer has been infected and offering them a solution by purchasing a fake anti-virus product that allegedly removes the malware from their computer. There are numerous challenges in detecting scareware attacks: obfuscation and a wide array of technology that can be used to implement such an attack.

In this paper, we present a new, *robust* detection technology that aims to identify the scareware social engineering attack at a layer that the attacker cannot arbitrarily obfuscate: the visual images presented to the end user. The system is designed to be robust to evasion tactics and also independent of the language and underlying technology used to implement the attack.



**Fig. 1**. Scareware Screenshot

Important contributions in this work include: I. a robust, language-independent image recognition algorithm that detects the scareware social engineering attack. II. a classification system that learns potential image obfuscation techniques. III. a large-scale implementation that illustrates the proposed methods are indeed effective. IV. a visualization technique for displaying the acquired classifier knowledge is presented.

## 2. BACKGROUND

*Scareware:* Many computer users have been affected by a scareware attack where the operating system or an antivirus (AV) program apparently runs a scan on their computer and appears to detect multiple instances of malware. In reality, the user's browser renders a web site displays an animation providing the illusion of the AV scan as shown in Figure 1. These animations visually try to match the look and feel of the underlying operating system with the goal of selling the fake product to the user and infect the user's machine [2]. Note that the visualization is entirely implemented using browser rendering techniques (e.g. HTML, Flash, JavaScript).

*Detection Countermeasures:* Operators of scareware attacks want to distribute malware and make money. As a result, they have a vested interest to remain undetected and be resilient against interruption of "service". First, the attacker can influence where the content responsible for the scareware

animation as well as the actual malware is hosted. These – so called scareware servers – could be running on compromised servers or on servers with hosting providers that don't respond to abuse reports. Often, the infrastructure is only utilized for a short duration of time [3] making it hard to detect and maintain a comprehensive list of scareware servers. Second, attackers can change the content itself through polymorphism and content obfuscation. This technique thwarts widely deployed signature-based approaches to detect scareware.

As the user is presented with a scareware animation, image-based detection techniques may be used to identify the scareware attack. However, it appears that scareware authors are aware of such techniques and are taking measures to thwart such detection to a certain extent as well. They may slightly modify individual images that are used to construct the animation. For instance, they may change one pixel on the disk drive icon or split the image into multiples blocks. Visual elements may be rearranged or an attacker could use different icons altogether. However, the attacker needs to walk a fine line between presenting a user with an animation that resembles the operating system and taking measures to evade image-based detection. If the attacker uses different icons altogether, the deception that the operating system or legitimate AV software scans the system for threats may break down. The result could be a decrease of conversion rates and subsequently a smaller return of investment for the attacker.

*Image-Based Detection:* As mentioned in the previous section, image-based detection may be one way to identify scareware. Several approaches can be adopted including exact match, near match, or similar match. In the exact match image matching method, one may apply a cryptographic hash (e.g. Sha256) of visual components. This is a rather fragile. Near image matching addresses the short coming of exact matches. In this case, visual descriptors, e.g. Daisy descriptors [4], are used to match images. Even slight modifications to the image may result in a match. However, a reordering or changing of visual elements may result in a mismatch and, as scareware tends to change the layout of their animation, near image matching would not be suitable to detect scareware attacks. We next describe a similar match algorithm to address this limitation.

## 3. SCAREWARE IMAGE CLASSIFICATION

In this section, we describe the proposed scareware image classification system which operates on screenshots (e.g. .jpg) of web pages. The goals of the classifier are to capture the common visual elements of scareware attacks and to identify screenshots of web pages containing similar elements.

*Classifier Training:* The classifier is trained from a set of web page screenshots, $\mathcal{S}$. Scareware attack images are included in $\mathcal{S}_{\mathcal{A}} \subset \mathcal{S}$. To describe an individual screenshot $s_i$, a set of interest point descriptors $\mathcal{D}$ are extracted by the Daisy detector algorithm [4]. One can assess the similarity of two descriptors through their Euclidian distance. Each descriptor $d_{ij} \in \mathbb{R}^M$ is a histogram of gradients surrounding the region of the interest point $j$ in screenshot $s_i$ while $M$ is the dimension of the descriptor. In Table 1, we denote $d_{i\bullet}$ to be the set of all descriptors for $s_i$, and we use $M = 32$ which is the default setting for the Daisy algorithm. While the Daisy algorithm reliably identifies the interest points, small variations from screenshot to screenshot may result in *similar* descriptors. In order to identify descriptors which are common among the various scareware attack images, we learn clusters of descriptors which are important in scareware attacks. Using screenshots from the scareware attacks, we use a variation of the simple IsoData clustering algorithm [5, 6] to learn the clusters $\mathcal{C}$. The cluster medoid, $\hat{c}_j$, is next determined to be the descriptor closest to the mean of all descriptors contained in the cluster. Once the cluster center descriptor has been determined, the maximum cluster distance, $T_j^C$, from this cluster medoid to all descriptors contained within the cluster is computed. After all clusters have been determined, a labeled dataset containing a row for each labeled image (scareware, benign) is created. Formally, consider the hypothesis space $X \times Y$, where $X \in \mathbb{R}^d$, $Y \in \{-1, 1\}$. Here $d$ is the dimension of the feature vector consisting of the number of selected cluster features. For each observation pair $\langle x_i, y_i \rangle$, $x_i \in \mathbb{R}^d$, $y_i \in \{-1, 1\}$ for $i = 1..|\mathcal{D}|$. The features for the classifier consist of a histogram where each bin represents the number of descriptors that were assigned to the constructed clusters. A descriptor is assigned to cluster $j$ when its Euclidian distance from the center cluster descriptor is less than or equal to the clusters maximum distance, $T_j^C$. The main three steps are explained in detail in this section and the algorithm is summarized in Table 1.

With the feature vector at hand, several different classifiers are trained including logistic regression with stochastic gradient descent (SGD) optimization and early stopping [7], logistic regression with L-BFGS optimization and L1 and L2 regularization [8], boosted decision trees using MART [9], and the averaged perceptron [10].

*Prediction:* The prediction of unknown screenshots has similar steps taken during the training phase. First the descriptors need to be extracted from the unknown screenshots. Its descriptors are assigned to the constructed clusters as described previously. From that assignment, a feature vector is constructed that can be fed into the classifier to generate a score. A score larger than a predefined threshold indicates a scareware page has been identified by the classifier whereas a lower score would indicate the opposite.

The weights from linear classifiers (e.g. logistic regression) have the capability to identify important clusters in determining whether a screenshot shows scareware. A visual representation of the acquired classifier knowledge can therefore be created. A scareware example is shown in Figure 2. Descriptors assigned to a cluster that bares a scareware weight are shown in dark red. With the weights one can identify

Input: Labeled Set of Screenshots $\mathcal{S}$
Initialize: $\mathcal{C} = \phi$
**Extract interest points and interest point**
    **descriptors $d_{ik}$ from screenshot $s_i$ $\forall i, k$**
**Create Clusters:**
**foreach** $s_i$ in $\mathcal{S}_\mathcal{A}$ **do**
    **if** $||d_{ik} - c_{jl}||_2 < T_D$ $\forall j, k, l$
        Assign $d_{ik}$ to $c_j$
    **else**
        Create cluster $c_{\mathcal{C}+1}$ from $d_{ik}$
**end foreach**
**Determine medoid $\hat{c}_j$ and**
    **distance threshold $T_j^C$ $\forall j$**
**Create Feature Vectors:**
**for i = 1 to $\mathcal{S}$ do**
    **for k = 1 to $d_{i\bullet}$ do**
        **for j = 1 to $\mathcal{C}$ do**
            **if** $||d_{ik} - \hat{c}_j||_2 < T_j^C$
                Increment $x_{ij}$
        **end for**
    **end for**
**end for**
**Train Classifier using $(\mathbf{x}, \mathbf{y})$**

**Table 1.** Algorithm for Classifying Scareware Webpages.

which areas of the image the classifier latches onto to determine whether the screenshot shows scareware.

## 4. METHODOLOGY AND RESULTS

A crawler was used to collect screenshots of benign and scareware pages. Benign pages were collected by crawling the most popular URLs from a search engine index. URLs that were likely to harbor scareware pages were also taken from a search engine index. These were identified using a variety of heuristics and AV technology. As only a few unique scareware sites could be identified this way, we proceeded to boost the scareware dataset with manually constructing scareware pages randomizing language, layout, font, color schemes, etc. The collected screenshots were processed as described in section 3. A 5-fold cross validation was performed. Further, the classifier was used to evaluate four additional sets of screenshots to get a sense of false positive/negative rate of the classifier: 12,551 screenshots obtained from a feed of phishing URLs, a large set of screenshots from a search engine, a set of mocked up screenshots that contained visual elements of a scareware attack (e.g. disk icon), but did not represent a scareware attack, and lastly a set of scareware screenshots that had undergone image transformations, such as stretching.

The classifier was trained on a set of 7475 screenshots. In the initial round of training, 518 clusters were created. Screenshot collection and training on a standard desktop PC



**Fig. 2**. Visualization of interest points assigned to a cluster



**Fig. 3**. DET curve for the four spyware classifiers

(Intel Xeon 3.07GHz with 12GB of RAM) took 372 minutes. The majority of time is spent on collecting screenshots and cluster creation. Once the feature vector is constructed, training takes little time. Classification of each screenshot takes approximately 664 milliseconds.

The DET curves for the four algorithms are shown in Figure 3. The equal error rate for logistic regression with SGD is the best at 0.018%. Only a few scareware screenshots are missed by our classifier at this setting. Visual inspection reveals that those screenshots were not rendered completely. Turning to the set of suspected phishing pages shows how well the classifier performs on a completely unknown set. It turns out that the 12,551 suspected phishing pages only had one scareware page which was identified. In addition, 14 false positives from 3 sites were raised. This illustrates the external validity of the classifier. It is capable of identifying new scareware pages from different sources with a false positive rate of 0.1%.

Turning to a larger dataset from a search engine index, we evaluated two days: 157,142 Urls. If a similar scareware

base rate as with the fully labeled phishing set is assumed (1/12,551 or 0.008%), we would expect about 13 scareware pages in the set of 157,142 URLs. We identified 37 URLs in the .in (India) top-level domain that showed an unknown scareware attack (score 0.68-0.88). No false positives were raised. This experiment validates the ability of the proposed algorithm to detect new, similar scareware attacks.

Experimenting with mocked up images reveals a scenario in which the classifier could lead to a false positive. While inclusion of a smaller scareware screenshot did not result in a false positive, inclusion of visual components with a strong weight, such as the shield, did (score 0.81). As such, there is the risk of incorrectly detecting benign pages that share common visual elements as scareware. Image transformation allows us to assess how a determined attacker may evade detection by our classifier. It turned out that the current training set does not yield a classifier that is robust against brightness, saturation, resizing and stretching. However, when retraining the classifier with images that had undergone these image transformation, it resulted in a robust classifier.

## 5. DISCUSSIONS

We have developed an image-based classifier that is capable of identifying scareware attacks. The classifier is robust in that it is capable of identifying common visual elements of scareware attacks and correctly labeling unknown screenshots. Rearranging the layout, and visual elements – an evasion technique that is generally effective against other image matching techniques – are ineffective against our classifier. Further, scareware pages in different languages were detected.

The detection accuracy of the classifier is favorable. However, false positives are possible and mitigation strategies are recommended, such as inclusion of additional URL-based features or validating positive classifications through human graders. A cost-based analysis reveals that the cost of identifying scareware URLs is decreased by orders of magnitude even when human graders are involved.

The proposed classifier is robust against rearranging layout, visual elements, and language. Knowing how the classifier works, an attacker could construct a scareware animation to evade our system. For instance, one visual element or even just one pixel is being displayed at a given time. Our efforts to construct such a page resulted in a flickering animation that would alert most users similar to some of the other image transformation presented. An attacker may be able to use different images altogether, but they must do so while at the same time maintaining the deception; E.g. inclusion of a folder icon that is unfamiliar to the user may destroy the illusion of the scan animation originating from the operating system or legitimate AV software.

Further, it is possible that scareware providers identified our crawler or crawling infrastructure and cloak the scareware attack. In those instances, the crawler is never presented with the scareware animation. This has been illustrated by numerous researchers [11, 12, 13]. Note that our method, however, is not tied to being deployed on a crawler. Conceivably, the method could be implemented on the client itself.

## 6. RELATED WORK

Scareware has only recently received attention in the research community. Rajab et al. performed a large scale study on scareware sites in 2010 [3]. While the researchers do not disclose how scareware sites are detected, they provide information about prevalence, network structure and lifetime of scareware attacks over a period of 13 months. Symantec analyzed a wide range of rogue security software and shown light on distribution channels and economics [14]. Several researchers focused on the economic aspects of rogue AV campaigns to provide a possible answer to their rising popularity [15, 16, 2]. Note that these studies appear to incorporate FakeAV malware binaries that may be distributed through different means other than a web page. Our detection method focuses on web pages that show an animation of a scareware scan.

Utilizing computer vision to identify social engineering attacks is not new. Wang et al. applied near duplicate detection to image spam [17]. Mostly, it has been applied in the phishing context though [18, 19, 20, 21]. Medvet et al. developed a classifier that identifies phishing pages based on visual text, images contained on the web page as well as a rendering of the web page [20]. An alternative approach to identify phishing pages focuses on layout similarity [19].

## 7. CONCLUSIONS

In this work, we show that detecting a web-based social engineering attack, such as scareware, on the final presentation layer is an effective detection method. As our detection technology is based on the final layer presented to the end user, the attacker has little opportunity to evade detection as the deceptive nature of the social engineering attack needs to be upheld. We illustrated some evasion techniques, such as reordering of the icons and changing hue, as possible avenues for evasion, but our classifier remains mostly robust. More importantly, however, our approach is independent of the underlying technology used to render the content. Whether the social engineering attack is rendered in Silverlight within a browser window or HTML5 is of no importance to our classifier. Tackling the detection at the presentation layer abstracts the technology away making our detection strategy robust to new technologies. Of course, detection accuracy is of importance, and we have shown that false alerts are possible with our approach and we touched on a variety of mitigation techniques. Overall, we believe the detection approach that operates on the presentation layer may be a beneficial addition to protecting the user from a wide range of social engineering attacks, such as phishing.

## 8. REFERENCES

[1] "Security intelligence threat report v11," Microsoft Corporation, Available from http://www.microsoft.com/sir/; last accessed 10/25/2011.

[2] Brett Stone-Gross, Ryan Abman, Richard A. Kemmerer, Christopher Kruegel, Douglas G. Steigerwald, and Giovanni Vigna, "The underground economy of fake antivirus software," in *Proceedings of 10th Workshop on Economics of Information Security (WEIS)*, 2011.

[3] Moheeb Abu Rajab, Lucas Ballard, Panayiotis Mavrommatis, Niels Provos, and Xin Zhao, "The nocebo effect on theweb: An analysis of fake anti-virus distribution," in *Proceedings of the 3rd Usenix Workshop on Large-Scale Exploits and Emergent Threats*, 2010.

[4] Simon Winder, Gang Hua, and Matthew Brown, "Picking the best daisy," in *Proceedings of the International Conference on Computer Vision and Pattern Recognition*, 2009.

[5] A. K. Jain and R. C. Dubes, *Algorithms for Clustering Data*, Prentice Hall, 1988.

[6] J. T. Tou and R. C. Gonzalez, *Pattern Recognition Principles*, Addison-Wesley, 1974.

[7] C. Bishop, *Pattern Recognition and Machine Learning*, Springer, 2006.

[8] Galen Andrew and Jianfeng Gao, "Scalable training of l1-regularized log-linear models," in *Proceeding of the International Conference on Machine Learning*, 2007.

[9] J. Friedman, "Greedy function approximation: a gradient boosting machine," in *Annals of Statistics*, 2001, pp. 1189–1232.

[10] Y. Freund and R. Schapire, "Large margin classification using the perceptron algorithm," in *Machine Learning*, 1999, pp. 277–296.

[11] Billy Hoffman, "Circumventing automated javascript analysis," in *Proceedings of BlackHat*, 2008.

[12] Moheeb Abu Rajab, Lucas Ballard, Nav Jagpal, Panayiotis Mavrommatis, Daisuke Nojiri, Niels Provos, and Ludwig Schmidt, "Trends in circumventing web-malware detection," in *Google Technical Report rajab-2011a*, 2011.

[13] Kyle Zeeuwen, Matei Ripeanu, and Konstantin Beznosov, "Improving malicious url re-evaluation scheduling through an empirical study of malware download centers," in *Proceedings of the World Wide Web Conference*, 2011.

[14] Symantec, Inc., "Symantec report on rogue security software," 2009, Available from http://www4.symantec.com/Vrt/wl?tu_id=XuOB125692283892572210; last accessed 10/17/2011.

[15] Sean-Paul Correll and Luis Corrons, "The business of rogueware," 2009, Available from http://www.pandasecurity.com/img/enc/The%20Business%20of%20Rogueware.pdf; last accessed 10/17/2011.

[16] Marco Cova, Corrado Leita, Olivier Thonnard, Angelos D. Keromytis, and Dacier Marc, "An analysis of rogue av campaigns," in *Proceedings of Recent Advances in Intrusion Detection*, 2010, pp. 442–463.

[17] Zhe Wang, William K. Josephson, Lv Qin, Moses Charikar, and Kai Li, "c," in *Conference on Email and Anti-Spam*, 2007.

[18] Teh-Chung Chen, Scott Dick, and James Miller, "Detecting visually similar web pages: Application to phishing detection," *ACM Trans. Internet Technol.*, vol. 10, pp. 5:1–5:38, June 2010.

[19] Ieng-Fat Lam, Wei-Cheng Xiao, Szu-Chi Wang, and Kuan-Ta Chen, "Counteracting phishing page polymorphism: An image layout analysis approach," in *Proceedings of the 3rd International Conference and Workshops on Advances in Information Security and Assurance*, 2009.

[20] Eric Medvet, Engin Kirda, and Christopher Kruegel, "Visual-similarity-based phishing detection," in *Proceedings of SecureComm*, 2008.

[21] Liu Wenyin, Guanglin Huang, Liu Xiaoyue, Zhang Min, and Xiaotie Deng, "Detection of phishing webpages based on visual similarity," in *Special interest tracks and posters of the 14th international conference on World Wide Web*, New York, NY, USA, 2005, WWW '05, pp. 1060–1061, ACM.

# APPENDIX 36

http://www.spiderhunter.com/chart/  [Go]

MAY AUG OCT

◀ **17** ▶

1999 **2000** 2001

115 captures
11 May 2000 - 31 Oct 2013

   

About this capture



# Spider Hunter.com

Compare Scripts
Ethics
Forums
Free Scripts
New!
Links
Non-Spiders
Pseudocode
Spider Scope
Spiders
Spider List
Spider Trap
Tools
Tutorial

Help
Support
this site

Search at
Interrogative




Click Here!

## Cloaking Script Comparison

| | Working Man's Cloak | Inexpensive Cloaking Script | IPush | IP Delivery(TM) | Search Engine Commander | CLOAKbot | Fantomas shadowSniper(TM) |
|---|---|---|---|---|---|---|---|
| **Price Range:** | $25-$50 | $70-$125 | $99-$499 | $995 | $995-$1998 | $197-$497 | $60-$99 |
| **Multiple Domains:** | Yes | Yes | Yes | Yes | Yes | No | No |
| **Max Domains:** | Unlimited | 1/Unlimited | ? | Unlimited | 5/unlimited | 1 | 1 |
| **Page Limits:** | None | None | None | None | None | 50/Unlimited | None |
| **IP List Update:** | $25 per year | Free | Free | 1 year free | Free | 1 year free | 1 year free |
| **Auto Updates:** | No | No | No | No | Yes | No | No |
| **Exclude Non-Spiders:** | ? | Yes | ? | No | ? | ? | Yes |
| **Email Support:** | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| **Phone Support:** | No | No | ? | Yes | ? | ? | Yes |
| **Support Forums:** | No | Yes | No | No | No | No | No |
| **Members Area:** | No | Yes | Yes | Yes | Yes | No | No |
| **User interface:** | Not needed | Yes | Yes | Not needed | Yes | No | Yes |
| **IP Ranges:** | ? | Consecutive Ranges | Yes | Yes | ? | ? | Yes |
| **Detect New Spiders:** | No | Yes | ? | Yes | ? | ? | No |
| **Spider Logging:** | Yes | Yes | Yes | Yes | ? | ? | Yes |
| **Add Search Engines:** | ? | Yes | ? | No | Yes | ? | |
| **Generate Doorways:** | ? | No | ? | No | Yes | ? | No |
| **Submits Pages:** | ? | No | ? | No | Yes | ? | No |
| **Requirements:** | ? | Unix cgi-bin SSI Perl 5 | cgi-bin SSI Perl 5 | Unix: Perl/SSI NT: ASP | Perl5 or Active Perl | cgi-bin Perl 5 | Perl5 cgi-bin Unix/nt Apache |

Spiders
advertising rates Copyright 1998 Simple Enigma, Inc. All Rights Reserved. This is best viewed at 800x600 or greater with internet explorer 4.0 or greater. Look at our privacy policy. Check our page for current rates. Please direct all comments and inquiries to sjackson@simpleenigma.com. SpiderHunter.com and its mail servers are located in California. You are hereby forbidden to send unsolicited commercial e-mail or unsolicited bulk mail of any kind to spiderhunter.com addresses or any other addresses and domain names maintained by simpleenigma.com email servers. See the awards that this site has been given.

PayPal

# APPENDIX 37

**MOZ**   Products   Blog   About          Resources   Moz Pro   Moz Local   Free SEO Tools   Log In

By: Rand Fishkin

June 30th, 2008

## White Hat Cloaking: It Exists. It's Permitted. It's Useful.

Technical SEO

The author's views are entirely his or her own (excluding the unlikely event of hypnosis) and may not always reflect the views of Moz.

👍 65

💬 82

I'll begin with a quote from Google's Guidelines on Cloaking:

> Serving up different results based on user agent may cause your site to be perceived as deceptive and removed from the Google index.

There are two critical pieces in that sentence - "may" and "user agent". Now, it's true that if you cloak in the wrong ways, with the wrong intent, Google (and the other search engines) "may" remove you from their index, and if you do it egregiously, they certainly will. But, in many cases, it's the right thing to do, both from a user experience perspective and from an engine's.

To start, let me list a number of web properties that currently cloak without penalty or retribution.

- **Google** - Search for "google toolbar" or "google translate" or "adwords" or any number of Google properties and note how the URL you see in the search results and the one you land on almost never match. What's more, on many of these pages, whether you're logged in or not, you might see some different content to what's in the cache.

- **NYTimes.com** - The interstitial ads, the request to login/create an account after 5 clicks, and the archive inclusion are all showing different content to engines vs. humans.

- **Forbes.com** - Even the home page can't be reached without first viewing a full page interstitial ad, and comparing Google's "cached text" of most pages to the components that humans see is vastly different.

- **Wine.com** - In addition to some redirection based on your path, there's the state overlay forcing you to select a shipping location prior to seeing any prices (or any pages). That's a form they don't have to fill out.

- **WebmasterWorld.com** - Pioneers of the now permissible and tolerated "first click free," Googlebot (and only GGbot from the right set of IP addresses) is allowed access to thousands of clicks without any registration.

- **Yelp.com** - Geotargeting through cookies based on location; a very, very popular form of local targeting that hundreds, if not thousands of sites use.

- **Amazon.com** - In addition to the cloaking issues that were brought up on the product pages at SMX Advanced, Amazon does lots of fun things with their buybox.amazon.com subdomain and with the navigation paths & suggested products if your browser accepts cookies.

- **iPerceptions.com** - The site itself doesn't cloak, but their pop-up overlay is only seen by cookied humans, and appears on hundreds of sites (not to mention it's a project of one of Google's staffers).

- **InformationWeek.com** - If you surf as Googlebot, you'll get a much more streamlined, less ad-intensive, interstitial free browsing experience.

- **ComputerWorld.com** - Interstitials, pop-ups, and even some strange javascript await the non-bot surfers.

- **ATT.com** - Everyone who hits the URL gets a unique landing page with different links and content.

- **Salon.com** - No need for an ad sponsored "site pass" if you're Googlebot :)

- **CareerBuilder.com** - The URLs you and I see are entirely different than the ones the bots get.

- **CNet.com** - You can't even reach the homepage as a human without seeing the latest digital camera ad overlay.

- **Scribd.com** - The documents we see look pretty different (in format and accessibility) than the HTML text that's there for the search engines.

Facebook - As you just documented, Facebook will happily fly its cloaking wings,
directs on partner pages and their own.

- **Nike.com** - The 1.5 million URLs you see in Google's index don't actually exist if you've got
  Flash enabled.

- **Wall Street Journal** - Simply switching your user-agent to Googlebot gets you past all those
  pesky "pay to access" breaks after the first paragraph of the article.

This list could go on for hundreds more results, but the message should be clear. Cloaking isn't
always evil, it won't always get you banned, and you can do some pretty smart things for it, so long
as you're either:

A) A big brand that Google's not going to get angry with for more than a day or two if you step over
the line, OR
B) Doing the cloaking in a completely white hat way with a positive intent for users and engines.

Here's a visual interpretation of my personal cloaking scale:



Let's run through some examples of each:

**Pearly White** - On SEOmoz, we have PRO content like our Q+A pages, link directory, PRO Guides,
etc. These are available only to PRO members, so we show a snippet to search engines and non-
PRO members, and the full version to folks who are logged in a PRO account. Technically, it's
showing search engines and some users different things, but it's based on the cookie and it's done
in exactly the type of way engines would want. Conceptually, we could participate in Google
News's first-click free program and get all of that content into the engine, but haven't done so to
date.

**Near White** - Craigslist.org does some automatic geo-targeting to help determine where a visitor is
coming from and what city's page they'd want to see. Google reps have said publicly that they're
OK with this so long as Craigslist treats search engine bots the same way. But, of course, they
don't. Bots get redirected to a page that I can only see in Google's cache (or if I switch my user
agent). It makes sense, though - the engines shouldn't be dropped onto a geo-targeted page; they
should be treated like a user coming from everywhere (or nowhere, depending on your
philosophical interpretation of Zen and the art of IP geo-location). Despite going against a
guideline, it's so extremely close to white hat, particularly from an intention and functionality
point-of-view, that there's almost no risk of problems.

**Light Gray** - I don't particularly want to "out" anyone who's doing this now, so let me instead offer
an example of when and where light gray would happen (if you're really diligent, you can see a
couple of the sites above engaging in this type of behavior). Imagine you've got a site with lots of
paginated articles on it. The articles are long - thousands of words, and even from a user
experience point-of-view, the breakup of the pages is valuable. But, each page is getting linked to
separately, there's a "view on one page" URL, a "print version" URL, and an "email a friend" URL
that are all getting indexed. Often, when an article's interesting, folks will pick it up on services like
Reddit and link to the print-only version, or to an interior page of the article in the paginated
version. The engines are dealing with duplicate content out the wazoo, so the site detects for
engines and 301s all the different versions of the article back to the original, view on one page
source, but drops visitors who click that SERP to the article homepage in the paginated version.

Once again, the site is technically violating guidelines (and a little more so than in the near-white
example), but it's still well-intentioned, and it really, really helps engines like MSN & Ask.com, who
don't do a terrific job with duplicate content detection and canonicalization (and, to be fair, even
Yahoo! and Google get stuck on this quite a bit). So - good intentions + positive user experience
that meets expectations + use of a proclaimed shady tactic = light gray. Most of your big brand

**Dark Gray** - Again, I'll give a hypothetical rather than call someone out. There are many folks who participate in affiliate programs, and the vast majority of these send their links through a redirect in Javascript, both to capture the click for their tracking purposers and to stop link juice from passing. Some savvier site owners have realized how valuable that affiliate link juice can be and have set up their own affiliate systems that do pass link juice, often by collecting links to unique pages, then 301'ing those for bots, passing the benefit of the links on to pages on their domain where they need external links to rank. The more crafty ones even sell or divide a share of this link juice to their partners or the highest bidder. This doesn't necessarily affect visitors who come seeking what the affiliate's linked to, but it can create some artificial ranking boosts, as the engines don't want to count affiliate links in the first place, and certainly don't want them helping pages they never intended to receive their traffic.

**Solid Black** - Since I found some pure spam that does this, I thought I'd share. I recently performed a search at Google for inurl:sitemap.xml, hoping to get an estimate of how many sites use sitemaps. In the 9th position, I found the odd URL - www.acta-endo.ro/new/viagra/sitemap.xml.html, which redirects humans to a page on pharmaceuticals. Any time a search result misleadingly takes you to content it not only doesn't show the engine, but isn't relevant to your search query, I consider it solid black.

Now for a bit of honesty - we've recommended pearly white, near white, and yes, even light gray to our clients in the past and we'll continue to do so in the future when and where it makes sense. Search engine reps may decry it publicly, but the engines all permit some forms of cloaking (usually at least up to light gray) and even encourage it from brands/sites where it provides a better, more accessible experience.

The lesson here is don't be scared off a tactic just because you hear it might be black hat or gray hat. Do your own research, form your own opinions, test on non-client sites, and do what makes the most sense for your business and your client. The only thing we have to fear is fear itself (and overzealous banning, but that's pretty rare). :-)

p.s. The takeaway from this post should not be "cloak your site." I'm merely suggesting that inflexible, pure black-and-white positions on cloaking deserve potential re-thinking.

Get fresh SEO data, insights, and tracking

Learn More About Moz Pro

## Popular posts like this



How to Make a Scalable SMS Chatbot Using Twilio, Python, and Google Sheets (with Free Code)

Read this post ⊙



Core Web Vitals: The Next Official Google Ranking Factor - Whiteboard Friday

Read this post ⊙



Page Speed Optimization: Metrics, Tools, and How to Improve — Best of Whiteboard Friday

Read this post ⊙

## Comments 🟢

Please keep your comments TAGFEE by following the community etiquette.

☐ E-mail me when new comments are posted

Sort by: [ Most Popular        ⌄ ]

ⓘ Comments are closed on posts more than 30 days old. Got a burning question? Head to our Q&A section to start a new conversation.



**Mert Sahinoglu**                                    12 years ago

I am so outraged by Matt Cutts' continuous pointing out the "ONE" site they penalized and that cloaking is bad. It will take him probably 5 minutes to penalize the other 16 mentioned here. I have a question to Sarah Byrd, Esq (our beloved online law expert). Let's say Matt does not penalize any of these sites in a week. And let's assume I decide to follow one of these tactics used here, but his spam team penalizes me. Can I sue Google for discrimination? I know it sounds crazy but here is one line that needs to be drawn.  Matt is still using a hit and run tactic to avoid the subject on big business immunity.

My hat is off to Rand for fighting the issue and asking for a clear answer. As a small business consultant myself, I can see many small business owners saying put up or shut up to Matt.

Mert edited 12 years ago

👍 11        👎 2



**Christian Biggins**  12 years ago

Nice question Mert, I'm interested in that answer also.

Thanks for the post rand.

👍 1   👎 1

---

 **Rand Fishkin**  12 years ago

Mert - I think you might unfairly miscategorizing Matt's intent and his comments. He's noting that one of the sites did the cloaking in an egregious manner, and others did not. Clearly, that speaks to the value of considering a gradiated scale (like the one I've proposed). But, it does not mean that there's "discrimination" of any kind. Nearly all of those sites are cloaking in very white hat, legitimate ways.

Matt's position isn't that Google is practicing hypocrisy or that cloaking is even always bad. He's just saying that it's higher risk than I am - and I think he's a bit upset and concerned that this post encourages bad practices or encourages experimenting with them (which is fair criticism, but I have a lot of faith in our readers to be smart about it).

Also - Google's index is theirs to do with as they please. They could throw out all my clients sites because they didn't like the way I brushed my teeth and there would be no recompense. They try to stay fair, stay true to their ethics and do the best they can, but it's out of self-policing, not governmental or legal intervention.

BTW - Sarah's last name is "Bird" :)

randfish edited 12 years ago

👍 2   👎 0

---

 **Mert Sahinoglu**  12 years ago

Sarah,

My truest apologies on the misspell. You should try to spell my last name

(S-a-h-i-n-o-g-l-u)

Rand,

Matt clearly says cloaking is risky behavior and there are ways around fixing it. Here is a example. In this blog post, in the comments section, Phil from Trulia writes a very very long post claiming, "oh we were cloaking to prevent duplicate content" As a professional SEO, does anyone here believe that it is the case. What happened to robots=noindex to take out duplicate content but still retain link juice.

In that Sphinn story you linked to about Trulia, does the Seattle Weekly actually want to give a link to Trulia's Seattle Real Estate optimized page or is Trulia doing this to game the search engines to rank for the keyword "Seattle Real Estate" (currently #3) just like they do in Chicago, New York, and many other major cities around the country? Strictly from Matt's point of view (and I love it when he says this when asked about any SERP situation), "Do they deserve to be ranking?" Does a company who simply publishes duplicate content received from other real estate website owners (creating duplicate content in the process) who cloaks to rank higher for popular keywords by "syndicating" (don't know how else to describe it) already duplicated information to other websites truly deserve to be ranking there? I think Aaron Wall made similar examples before about Google using similar tactics for its own financial gain.

Similar arguments could be made about all the other sites in your list from their competitors. So, I ask again, will Google penalize Trulia (these companies are half sisters as their parent VC company is the same (Sequoia)) or will Matt continue to say it is risky behavior and slip away?

Sorry Rand, Matt insists that the risks are much higher for cloaking. Are you telling me that Trulia took that chance with millions of dollars in stake? Is there a different amount of risk for a mom and pop store than Trulia? If there is, is not this an economic class discrimination??

P.S. I am not trying to attack Matt individually. I just truly believe this debate's opposing side should really be executives way above his pay scale in Google that will probably never read this article.

Mert edited 12 years ago

👍 4   👎 1

---

 **Rand Fishkin**  12 years ago

Mert - on the Trulia example, I'm thinking that's pretty light gray - the Seattle Weekly is clearly giving an editorial endorsement of the quality and value of Trulia's content by hosting it on their site. And Trulia is right to be concerned with duplicate content on other, powerful domains.

The licensing question is a tough one, and if it were up to me, I'd probably just have links pointing to the page on Trulia from the SeattleWeekly, nofollow the links to the Trulia content on SeattleWeekly and noindex those pages - same result, slightly less tactically gray. I think we're getting pretty semantic and picky if we're going to say they deserve to be thrown out of the index.

This whole post is about how cloaking really shouldn't be about tactics, but about intent to manipulate and deceive. Granted, I only read the post (and haven't investigated everything Trulia's doing), but if that's the extent of their issue, I'd say they don't deserve the reprimand. I'd be willing to apply that across the board with similar situations - if Fodors content on the NYTimes travel section 301'd to Fodors.com when engines hit it, I think that would be fine - not my preferred method, but certainly not disingenuous and still providing the same user experience.

👍 2   👎 1

---

 **Mert Sahinoglu**  12 years ago

Rand,

My point was not if what Trulia did is right or wrong or acceptable, etc. from an SEO perspective. My entire point is, Matt is not willing to accept to draw a guideline on acceptability in cloaking. Did Trulia do this to play the search engines? Yes. You asked for more examples. Trulia gives away map widget but Trulia gets back "city real estate" anchor text links back to their city for it at the bottom of the map. I am almost positive it was Matt's hand (since a very large network went down in one hour) when he took down the #1 (city real estate keyword) real estate sites network in many areas of the country because they did something similar with song widgets (getting "city real estate" anchor text links for song videos). Trulia takes the listing content from real estate broker but gives a nofollow tag link to the source of the listing, the broker. I am not even debating the acceptability of these actions from an SEO's perspective or your table on this post. I want to know if a mom and shop enterprise would be hurt doing any of the above cloaking. You call it gray hat, Matt calls it high risk behavior. At the end of the day, will every search result top 5 be Wikipedia, yahoo, cnn, trulia (or similar big site), yelp, or youtube. Will user generated content sites dominate the search engines?? If that will be the case what is the point of

distant future). As long as ... are drawn where the big guys are not afraid of Google
when doing high risk behavior ... dare to ask Google, then what will be the point of
using Google search???

Mert edited 12 years ago

 3     0

---

 **Eric Bramlett**                                            12 years ago

the Seattle Weekly is clearly giving an editorial endorsement of the quality
and value of Trulia's content by hosting it on their site.

No, they're not.  Seattle Weekly is linking out to a subdomain on trulia.com that is branded
as Seattle Weekly.  Trulia then cloaks a 301 redirect to their optimized page.  IMHO, this is
more akin to the "dark grey" example you gave above:

Some savvier site owners have realized how valuable that affiliate link juice
can be and have set up their own affiliate systems that do pass link juice,
often by collecting links to unique pages, then 301'ing those for bots, passing
the benefit of the links on to pages on their domain where they need external
links to rank.

ericbramlett edited 12 years ago

 2      0

---

 **Rand Fishkin**                                            12 years ago

I disagree - by placing Trulia's content on their site (or wanting to license it), SeattleWeekly
is giving a very significant editorial endorsement of that material's value and usefulness; far
more so than any link, actually. So, while the method might not be the best, Trulia is not
paying SeattleWeekly for the link - it's a true, editorial endorsement. Tactics aside, I'd say
intent is more critical in this case, and the intent to me is clean.

And I say this as someone who has friends and clients competing with Trulia, so I'm actually
more likely to be biased against them.

randfish edited 12 years ago

 1      0

---

 **Eric Bramlett**                                            12 years ago

It's an editorial endorsement in that they link out to the subdomain, but they haven't
placed any of Trulia's content on SeattleWeekly.  The "shades of gray" scale is purely
subjective.  I was merely pointing out that the misdirection of PR is very similar to what
you've described in your "dark grey" example.

If the intent is to avoid duplicate content, there are much easier & efficient ways of doing
so.  So why the conditional redirect?  Purely for SEO benefit.  There's nothing wrong w/
using strong SEO tactics - I'm just surprised that Google is allowing it here.

 1      0

---

 **PritamBarhate67**                                         12 years ago

Rand said,

Also - Google's index is theirs to do with as they please.

Right it's Google's Index. But can't this be covered under monopoly malpractices? Isn't it like IE
and Windows Media Player are Microsoft's software and they could do give it all for free and so
what if they don't allow the users (in the previous versions of Windows) to remove IE and Media
Player through "Add and Remove Programs"?

I am not a lawyer but it will really interesting to know a lawyer's take on this. Can a small company
who has been purposefully excluded from Google's index as a penalty can sue Google for
monopoly malpractices if some big company is doing similar behavior and is still included Google's
Index.

Sarah, if you are reading this, your opinion really matters on this topic. It will be great if you did a
post about this.

 1      0

---

 **Sarah Bird**                                             12 years ago

At this point in time, Courts have unequivocably ruled that you do not have a right to
rankings. Thus, you can't sue Google about your rankings.

I don't foresee any legal recourse for site owners ejected from Google's index now or in the
near future. Maybe in the distant future...

There are other interesting debates circulating about ways that Google may be violating
anti-trust laws. For example, several academic-types are arguing for privacy to be a factor
in monopoly/anti-trust analysis. You have a right to privacy, and Peter Swire argues that
consumers are harmed by the conglomeration of so much private information in one place.
After Danny Dover's post on the information collected by Google, Swire's argument is
increasingly appealing to me.

I'm sure this wasn't the answer you were seeking, but I hope it's informative just the same.

Respectfully,

Sarah Bird

 2      0

---

 **PritamBarhate67**                                         12 years ago

*I'm sure this wasn't the answer you were seeking, but I hope it's informative just the
same.*

Thanks for the reply. Yes It's really informative.  And yes before Danny's post I never
thought about Google having my personal data. But After reading the post, I must say I am
a bit concerned.

 1      0



**Jeff Pollard**                                                                12 years ago

I'm not an expert at search marketing or SEO (I just work with a few), but my general philosophy is that you should treat search engines like over-eager dumb users without javascript who will reset their browser every page load. For instance, the NYTimes "5 click rule" isn't so much a cloaking thing as it is tracking users and their ability to delete a cookie. If I delete my NYTimes cookies every 5 clicks I can read the NYTimes all day for free.

So they're not, *really*, serving different content to users who are tenatious cookies vs those that don't.

Fluxx edited 12 years ago

👍 0          👎 0



**Matt Cutts**                                                                 12 years ago

Actually, Rand, this post is incorrect as well. Not only has Google taken action on several of the sites that you mention at various times, every page from the /article/ section of one of the sites you listed is currently removed from Google because it was cloaking.

So my advice remains the same: that cloaking can be very high-risk, and that there are plenty of ways to structure your site (including things like First Click Free, sIFR/SWFObject, etc.) so that you don't need to cloak.

👍 9          👎 3

  **Rand Fishkin**                                                  12 years ago

Hmm... I don't know if that makes this post incorrect, just adds to the stories of the sites I mentioned (and fits in with what I noted about some strategies being dangerous vs. acceptable).

It is good to know that in some cases, Google really will take action, but would you say that the "cloaking" we do on SEOmoz, or what Craigslist does is really going "high risk?"

I'm trying to be more careful after last week. :)

randfish edited 12 years ago

👍 4          👎 0

  **Matt Cutts**                                                    12 years ago

Rand, you stated "let me list a number of web properties that currently cloak without penalty or retribution."

Given that a huge site from your list (and that was mentioned at SMX) currently has all of its story articles removed for cloaking and those articles have been removed from Google for almost a month, I think that it's fair for me to say that your statement was incorrect.

I'll reiterate my point, which is that cloaking is high-risk behavior. Google was willing to take action on one of the sites that you claimed was operating with no penalty, in the same way that we're willing to take action on other sites that cloak. There are many ways to build a great site without taking on the risk of cloaking. I recommend exploring those risk-free options before deciding to cloak.

MattCutts edited 12 years ago

👍 7          👎 6

  **Rand Fishkin**                                                12 years ago

Fair point - I mistakenly pointed to a domain and said it wasn't penalized, when in fact, parts of it are.

I don't think we disagree that cloaking in some ways is harmful - that's what half the post is about. The other half merely notes that it's not ALL bad, and some of it can be quite good if done properly, with good intentions, for the right reasons. I just don't like the absolute of "showing engines and users different things is NEVER a good idea" just as I don't like the concept of "build for users, not for engines." I think both can be misleading.

👍 10          👎 3

  **Matt Cutts**                                                  12 years ago

My point is that you're portraying cloaking as some sort of low-risk behavior when in fact the risks are much higher.