APPENDIX
38

https://www.bing.com/webmaster/help/webmaster-guidelines-30fba23a#:~:text=Cloaking%3A%20Cloaking%20is%20the%20practice,and%20another%20to%20regular%20visitors.&text=Websites%20should%20be%20extremely%20cautious,use%   09/21/2020
20cloaking%20as%20a%20principle.

 

**b** Bing   webmaster help & how-to

Help [?]   Sign In   ⚙

TRANSLATE
› bing

Home
**Getting Started**
 › Getting Started Checklist
 › My Sites
**How to Configure My Site**
 › Sitemaps
 › Submit URLs to Bing
 › Ignore URL Parameters
 › Crawl Control
 › How to Manage Deep Links
 › Block URLs from Bing
 › How to Disavow Links
 › Geo-Targeting Your Website
 › Verify Ownership
 › Connected Pages
 › How to Add Users
**Using Reports & Data**
 › Page Traffic Report
 › Index Explorer
 › Search Keywords Report
 › Using SEO Reports
 › Using the Inbound Links Tool
 › Crawl Information Report
**Using Diagnostics & Tools**
 › Mobile Friendliness Test Tool
 › Keyword Research Tool
 › Fetch as Bingbot
 › Markup Validator
 › SEO Analyzer
 › Verify Bingbot Tool
 › Site Move
**Security**

## Bing Webmaster Guidelines

These guidelines are intended to help you understand how Bing finds, indexes, and ranks websites.

Following these guidelines will help and will help you optimize your site to increase its opportunity to rank for relevant queries in Bing's search results. Please pay special attention to the guidance in the Abuse and Examples of Things to Avoid section to ensure your site plays by the rules and will not be found to be a spam site, which could lead to the demotion or even the delisting of your website from Bing search results.

## How Bing finds and indexes your site

## Help Bing find all your pages

- **Sitemaps:** A sitemap is an important way for Bing to discover URLs and content for your website. It is a file where you provide information about the URLs and other files and content such as images and videos on your website. The sitemap tells the crawler which pages and files you believe are important within your site, and provides additional information, such as when the page was last updated through using a XML sitemap file to help Bing discover all the relevant URLs and content within your website. Please keep sitemap files as up-do-date as possible, refreshing it real-time or at least once a day to remove old URLs and deadlinks once the corresponding content has been removed from your website.

  - Make your sitemap available to Bing by:
    - Submitting it to Bing using the Bing Webmaster Tools Sitemap tool
    - Inserting the following line in the robots.txt file, specifying the path to your sitemap:
      Sitemap: http://example.com/sitemap_location.xml
    Once Bing knows your sitemap, Bing will crawl it regularly - no need to submit it again except in case of a major site change.

  - General sitemap guidelines:
    - Bing supports several sitemap formats including XML, RSS, mRSS, and Atom 1.0, and a simple text file.
    - Use consistent URLs. Bing will only crawl the URLs exactly as listed.
    - Please only list canonical URLs in sitemaps.
    - If your website has multiple versions (http vs https, or mobile vs desktop) we recommend only pointing to a single version in your sitemap. If you decide to have a unique URL experience for mobile vs desktop, please annotate with the rel="alternate" attribute.
    - If you have multiple pages for different languages or regions, please use the hreflang annotation tag in either the sitemap or the HTML tag to identify the alternate URLs.
    - Use the <lastmod> attribute set to the date and time content and URLs were last modified.
    - The maximum sitemap size is 50,000 URLs/50MB uncompressed. If your site is very large, consider breaking up larger sitemaps into smaller sitemaps, then use a sitemap index file to list all individual sitemaps.
    - Refer your sitemap in the robots.txt file.
    - If you have not changed your sitemap since the last time that Bing crawled it there is no need or benefits to resubmitting it.

  - Using a sitemap does not guarantee that all items within a sitemap will be crawled and indexed; however, in most cases you will benefit by having a sitemap as it provides a recommendation and guidance to the crawler.

- **Use the Bing URL or Content Submission API** to instantly index required website content on Bing as soon as new content has been added.

Webmaster Tools or by including them in your sitemap.

Privacy and Cookies   Legal   Advertise   Help   Support                    🗖 Feedback

- **Links:** Links are traditionally regarded as a signal of website popularity, the best way to get other sites to link to you is to create high quality and unique content. Bing's crawler (Bingbot) follows links within your website (internal links) or from other sites (external links) to help Bing discover new content and new pages on your site.

  Bing recommends that all pages on a site are linked to at least one other discoverable and crawlable page.
  - Crawlable links are <a> tags with an href attribute. The referring link should include either a text or an image alt attribute that is relevant to the page.
  - Limit the number of links on a page to a reasonable quantity, no more than a few thousand links per page.
  - Make a reasonable effort to ensure that any paid or advertisement links on your site use rel="nofollow" or rel="sponsored" or rel="ugc" attribute to prevent the links from being followed by a crawler and from potentially impacting search rankings.
  - Bing rewards links that have grown organically; that is, links that have been added over time by content creators on other trusted, relevant websites that drive real users from their site to yours. Plan to build links both internally and externally, in an organic manner.

  Abusive tactics that aim to inflate the number and nature of inbound links as links buying, participating in link schemes (link farms, link spamming and excessive link manipulation) can lead to your site being penalized and delisted from the Bing index.

- **Limit the number of web pages:** Limit the number of pages on your website to a reasonable number. Avoid duplicative content within your site; help us dedupe duplicate content by:
  - Avoiding outputting different URLs with the same content by using the Canonical Tag .
  - Configuring your website and URL parameters to improve crawl efficiency and help reduce multiple variations of the same URL pointing to the same content.
  - Avoid mobile-specific URLs . Prefer using the same URL for desktop and mobile users.

- **Use redirects as appropriate:** If you move content on your website to another location, use a http 301 permanent redirect for at least 3 months. If the move is temporary, i.e. less than one day, use a 302 temporary redirect. Avoid using a rel=canonical tag in place of a proper redirect when site content has moved from one location to another.

- **Let Bing crawl more:** The Webmaster Tools crawl control feature allows you to manage how Bingbot crawls your website, including when, and at what pace. We encourage Webmasters to allow Bingbot to quickly and deeply crawl sites to ensure as much content as possible is discovered and indexed.

- **JavaScript:** Bing is generally able to process JavaScript, however, there are limitations to processing JavaScript at scale while minimizing the number of HTTP requests. Bing recommends Dynamic Rendering to switch between client-side rendered and pre-rendered content for specific user agents such as Bingbot especially for large web sites.

- **Remove content** by returning a 404 "Not Found" HTTP code . Expedite content removal by using the Bing Content Removal and Page Removal tools . Content removal requests may last for a maximum of 90 days and need to be renewed or content may reappear in the search results.

- **robots.txt:** A robots.txt file tells search engine crawlers such as Bingbot, Bing's crawler, which pages and files the crawler can or cannot request to access on your site. Robots.txt is primarily used to instruct and manage crawler traffic, for example you can tell Bingbot not to crawl less helpful content such as search result pages or login pages.
  - Place the robots.txt in your root directory (the topmost directory) of your website. Do not place it in a subdirectory.
  - Blocking Bing from crawling a page is likely to remove the page from the index. However, using Disallow does not guarantee that a page will not appear within the index or search results. If you would like to block a specific page from getting crawled or indexed, you should use the noindex robots meta tag instead of disallowing it in the robots.txt.
  - Review your robots.txt often or review URLs disallowed by robots.txt in Bing Webmaster Tools to ensure it remains accurate.
  - Learn how to create a robots.txt text file

- **Save resources:** Use HTTP Compression and Conditional Get to reduce bandwidth used by the crawlers and your customers while improving page load speed.

## Help Bing understand your pages

Bing seeks information-rich, useful and engaging content that is made for people, not for search engines. By creating clear, unique, high-quality, relevant and easy-to-find content on your website, Bing is more likely to index and show your content in search results.

- **Content** : Websites that are thin on content, showing mostly ads or affiliate links, or that otherwise redirect visitors away to other sites quickly tend to rank well on Bing – in some cases, may not get indexed at all. Your content should be easy to navigate, should be rich and engaging to the website visitor, and provide the information that they want.

  - **Create content for searchers not search engines:** Develop rich content based on keyword research that shows what search users the information they are looking for.

  - **Create enough content** to fully meet the visitor's expectations. There are no hard and fast rules on the number of words per page, but providing more relevant content is usually better.

- **Make it unique.** Do not reuse content from other sources. It is critical that content on your page must be unique in its final form. If you choose to host content from a third party, either use the canonical tag (rel="canonical" to identify the original source or use the alternate tag (rel="alternate").

  - **Images and Videos:** Use unique and original images and videos that are relevant to the topic of the page. Bing can extract information from images, captions, structured data, titles, and related text such as transcripts.

    - Do not embed important text or information within images or videos. Optical Character Recognition is less reliable than html text, and it is not accessible. Alt text improves accessibility for people and devices that cannot see images on pages. When choosing alt text, focus on creating information-rich content that uses keywords appropriately to give context to the image related to the content of the page.
    - Include descriptive titles, filenames, and text for images and video.
    - Videos must be in a supported format to be crawled and the video must not be blocked behind a paywall-protection or logins.
    - Subtitles and captions can be used for videos to help make your content available to a wider audience and to provide Search Engines a textual representation of the content in video and audio files.
    - Choose high-quality photos and videos, they appeal more to users than blurry or out-of-focus images.
    - Optimize images and videos to improve page load times. Images are often the largest contributor to page size, which can make pages slow to load.

  - **SafeSearch** is a setting that specifies whether to show or hide explicit images, video, and websites in search results. Bing uses machine learning to help categorize images, however the strongest signal is self-marked adult pages and content. We recommend you help Bing understand Adult-Only images and content by:

    - Using <meta name ="rating" contents="adult">
    - Grouping adult-only images in a common folder: http://www.example.com/adult/image.png

  - **Make your content discoverable.** Avoid housing content inside Flash or JavaScript – these block crawlers from finding content.

  - **Make content accessible and easy to navigate** for all site visitors: Test the usability for devices such as screen readers. Listening to your content instead of looking at it can be eye-opening and can help you check the accuracy and quality of the alt text for images and videos. Testing for usability can also help identify issues and problems with navigation, reading order, table markup and form elements within your content.

- **HTML Tags:** Ensure your HTML element and alt attributes are descriptive, specific, and accurate.

  - **<TITLE>** tags – Title of the page. Write descriptive and unique titles for each page of your website.

  - **<META name="description">** – Brief summary and description of the webpage. This may appear as the page description in the search results. Write relevant descriptions, and you can use this added space to expand on the <title> tag in a meaningful way.

  - **<META name="robots">** – Used to provide crawlers instructions on how to crawl and index a specific pages content to let Bing knows about your snippet and content preview preferences using robots meta tags .

  - **<a href> tag** – specifies the URL linking to another page. If you want to link to another part in the same page use the #tag.

  - **<img src> tag** –specifies an image file to be displayed

  - **alt** attributes – use this attribute on <img> tags to describe the image. Use descriptive information rich context within alt attributes to provide context to the images.

  - **<H1> tag** – helps users understand the content of a page more clearly when properly used.

  - **<H1>–<H6> Header tags** – Define the structure of your page and helps Bing understand the understand of each paragraph.

  - **<P> tag** – delineates paragraphs.

  - **<TABLE> tag** – Use <TABLE><TH> etc. for data tables. Do not use <TABLE> for layout.

  - **Use HTML5 semantic elements** as they have am intrinsic meaning to browser, developer and search engine, especially use the following HTML5 Semantic Elements: <article>, <aside>, <details>, <figcaption>, <figure>, <footer>, <header>, <main>, <mark>, , <section>, <summary>, <time>.

  - **Verify your HTML** via Bing SEO Analyzer or Markup Validation Service.

- **Microsoft Edge:** Make sure your web page does not appear as broken in the Microsoft Edge browser: Searchable content must be visible when the document is loaded, when the document is loaded - no pop ups on page load"

- **Secondary content (CSS, JavaScript)** Allow crawlers in your robots.txt. to crawl all your CSS Style Sheet and JavaScript files. Limit usage of dynamic loading of resources – i.e. AJAX to limit the number http requests and limit usage of JavaScript on large web sites.

- **Use Semantic Markup** to convey information about the pages in either Schema.org, RDFa, or OpenGraph. Schema.org is preferred, in either JSON-LD or Microdata format. Note that Semantic Markup may enable Bing rich features to be triggered, but it does not guarantee that such features will be triggered. Verify Schema using Markup Validator .

## How Bing ranks your content

Bing search results are generated by using an algorithm to match the search query a user enters into the search engine with content in our index. Bing designs - and continually improves - in algorithms to provide the most comprehensive, relevant and useful collection of search results available.

Please take note that there is an ability for sites to improve their algorithmic ranking by providing renumeration to Bing. Instead, websites can choose to advertise on Bing through Microsoft Advertising . Learn more about how paid search ads are ranked within search results. In the Bing Shopping experience, payment from sellers participating in our Microsoft Shopping campaign program is one of several factors that influences ranking of these results. Sellers provide pricing and product information to Bing through shopping feeds files . Additionally, advertisers can showcase local in store products and local retail store information to nearby shoppers on Bing.com. Learn more about the shopping campaign program .

Bing does not prioritize Microsoft products or services in algorithmic search results. Outside of core algorithmic search results, Bing may on occasion provide a standalone answer box or banner promoting a Microsoft product or service related to the search term provided, such as ensuring users know that Bing works best with the Microsoft Edge browser.

Below is a high-level overview of the main parameters Bing uses to rank content. These are listed in general order of importance, but please note that Bing's complex ranking systems use many criteria to deliver search results, and the relative importance of each of the parameters described below may vary from search to search and may evolve over time.

- **Relevance:** Relevance refers to how closely the content on the landing page matches the intent behind the search query. This includes matching terms directly on the page as well as terms used in links referring to the page. Bing also considers semantic equivalents, including synonyms or abbreviations, which may not be exact matches of the query terms but are understood to have the same meaning.

- **Quality and Credibility:** Determining the quality and credibility of a website includes an evaluation of the page itself, including such factors as the author's or site's reputation, the level of discourse (for example, an article with citations and references to data sources is considered higher quality than one that does not explain cite data sources; Bing may demote content that includes name-calling, offensive statements, or uses derogatory language to make a point), the completeness of the content, and transparency of authorship.

- **User engagement:** Bing also considers how users interact with search results. To determine user engagement, Bing asks questions like: Did users click through to search results for a given query, and if so, which results? Did users spend time on these search results they clicked through to or did they quickly return to Bing? Did the user adjust or reformulate their query? The Bing Webmaster Dashboard will provide insights into how users interact with your webpages.

- **Freshness:** Generally Bing prefers content that is more "fresh" – meaning that the page consistently provides up-to-date information. In many cases, content produced today will still be relevant years from now. In some cases, however, content produced today will go out of date quickly.

- **Location:** In ranking results Bing considers where the user is located (country and city), where the page is hosted, the language of the document, or the location of other visitors to the page.

- **Page load time:** Slow page load times can lead a visitor to leave your website, potentially before the content has even loaded, to seek information elsewhere. Bing may view this as a poor user experience and an unsatisfactory search result. Faster page loads are always better, but webmasters should balance absolute page load speed with a positive, useful user experience.

The characteristics of the goods or services offered on a site do not affect how Bing ranks results, except in cases where the content is potentially offensive or harmful to a user. For example, pages offering adult content are not available when SafeSearch is set to 'Strict' mode. As another example, pages promoting potentially harmful content, such as where a site promotes methods of suicide or purports to sell opioids or other potentially harmful drugs, may be downranked.

Abuse and Examples of Things to Avoid

Search Engine Optimization is a legitimate practice which seeks to improve technical and content aspects of a website, making the content easier to find, relevant, and more accessible to search engine crawlers. The majority of SEO practices render a website that is more appealing to Bing, however, performing SEO-related work does not guarantee rankings will improve or sites will receive an increase in traffic from Bing. Further, taken to extremes, some SEO practices can be abused which result in penalties by search engines.

Sites which engage in abuse such as the practices outlined below are considered to be low quality. As a result, these sites can incur ranking penalties, have site markup ignored, and may not be selected for indexation. These Bing Webmaster Guidelines describe only some of the most widespread forms of inappropriate, manipulative or misleading behaviors. Microsoft may take action against your site for any inappropriate or deceptive practices, even those not described here. If you feel action has been taken against your site, you can use Bing Webmaster Tools to contact our support team. Additionally, users can report abuse of any of these practices using the feedback link in the footer of bing.com after performing a search which reproduces the issue. An example of this can be seen here.



- **Cloaking:** Cloaking is the practice of showing one version of a webpage to a search crawler like Bingbot, and another to regular visitors. Showing users different content than what the crawlers can see may be seen as a spam tactic and could be detrimental to your website's rankings, leading your site to being de-listed from Bing index. Websites should be extremely cautious about responding differently to crawlers as opposed to regular visitors, and should not use cloaking as a principle.

- **Link Schemes, Link Buying, Link Spamming** : While link schemes may succeed in increasing the number of links pointing to your website, they will fail to bring quality links to your site, netting your site no positive gains. Manipulating inbound links to artificially inflate the number of links pointed at a website can lead to your site being delisted from Bing index.

- **Social media schemes:** Social media schemes are similar to link farms in that they seek to artificially exploit a network effect to game Bing's algorithm. The reality is social media schemes are easy to see in action and the value of the website value is deprecated. Auto follows encourage follower growth on social sites such as Twitter, and work by automatically following anyone who follows you. Over time this creates a scenario where the number of followers you have is more or less the same as the number of people following you. This does not indicate you have a strong influence. Following relatively few people while having a high follower count would tend to indicate a stronger influential value.

- **Duplicate content:** Duplicating content across multiple URLs can lead to Bing losing trust in some of those URLs over time. This issue should be managed by fixing the root cause of the problem. The relvcanonical element can also be used but should be seen as a secondary solution to that of fixing the core problem. If excessive parameterization is causing duplicate content issue, we encourage you to use the Ignore URL Parameters tool .

- **Scraped Content:** Scraping or copying content from other more reputable websites may not add value to your users and may be considered copyright infringement. Instead of republishing content from other sites without adding any original content or value, you should create your own content that differentiates your own website. Slightly modifying and republishing content from other sites also constitutes scraping.

- **Keyword Stuffing OR loading pages with irrelevant keywords:** When creating content, make sure to create your content for real users and readers, not to entice search engines to rank your content better. Stuffing your content with specific keywords with the sole intent of artificially inflating the probability of ranking for specific search terms is in violation of our guidelines and can lead to demotion or even the delisting of your website from our search results.

- **Automatically generated content:** Machine-generated content is information that is generated by an automated computer process, application, or other mechanism without the active intervention of a human. Content like this is considered malicious, and normally contains garbage text that was only created to garnish a higher ranking. This type of content will result in penalties.

- **Affiliate programs without adding sufficient value:** Websites that link products from other websites (such as Amazon, eBay, etc.) but pretend that they are an official retailer or a reseller of those sites are called Thin Affiliation sites, and they add little to no incremental value (like extra reviews, search functionality, Editor's Choice, etc.) and are only intended to take credit for their content. It can lead to demotion or even the delisting of your website from our search results.

- **Malicious behavior:** When creating content and managing your site, make sure to not participate in phishing or installing viruses, trojans, or other badware by verifying your content, maintaining your Content Management System, keeping your operating system up to date, and by limiting access to who can publish on your site. Malicious behavior can lead to demotion or even the delisting of your website from our search results.

- **Misleading structured data markup:** Site with markups must be accurate and representative of the page that the tags are on. In particular, sites must not have markup which is inferior to the page it is on or is inaccurate or misleading.

APPENDIX
39



ⓘ This site uses cookies for analytics, personalized content and ads. By continuing to browse this site, you agree to this use.    Learn more

 **Bing** blogs

This is a place devoted to giving you deeper insight into the news, trends, people and technology behind Bing.

⊕ Blogs    ⊕ Regions

Follow us     Subscribe RSS

**JANUARY 13** 2012

## Things you should avoid

As you go about working on your websites, optimizing things and managing your social media programs, it's easy to lose track of information, or overlook something. In this post we'll take a look at some things you want to avoid doing. It may also be worth taking a look through your site and your programs to make sure you're not doing any of these things moving forward.

**Cloaking**

Cloaking is the process where you determine who the visitor is coming to your website, then show content depending on who that visitor is. Typically, the system detects a search engine crawler, and swaps more search-friendly content in place for them. Human visitors would then see a different content page. Taken to the limit, the content is completely different. This is an obvious problem for the engines, as we expect to see the same content as anyone else would. Showing us one piece of content and other visitors a different piece of content is misleading. You want to avoid this.

**Link buying**

It's no secret that inbound links play a role in ranking. It's also no secret that we don't want you buying links. There are a lot of services out there pitching this service, and calling it anything but "link buying" these days. The bottom line is this: you are taking a big risk if you are buying links.

If we discover the link is purchased, at best we'll simply ignore it and not pass any value, which is what happens in most cases. This is still pretty bad for you, though, as you paid money for something that now gives you no value. At worst, if it gets to be problematic for us, we'll take action against the sites involved.

**Link farms**

Links to your content should grow organically. Link farming essentially involves a network of sites which all link to your content. On paper this would seem to create the impression that a bunch of sites now link to your content. In reality, we see link farms and dismiss their value. Again, you've paid money and will receive no value for it. Given "link farms" are typically deemed to be more problematic than random buying of links across websites, you want to avoid associating your domain with these sorts of places. Read more about building links the right way in this article.

**Three-way linking**

Site A links to Site B. Site B links to Site C. Site C links to Site A. This may seem to be preferable to reciprocal linking, but it's not, really. Reciprocal linking can not only introduce us to your newest content or site, but can also deliver direct traffic to your website. True, it doesn't carry the same value as a straight one-way link, but you've got to start somewhere.

Three-way linking is often an attempt to avoid being seen building reciprocal links. Don't sweat reciprocal links and avoid three-way linking.

**Duplicating content**

We recently wrote and in-depth post on article site sourced content. Duplicating content is a pretty simple concept. You're posting content which already appears somewhere online. Using articles from third-party sources, copying and pasting from another source and using standardized product descriptions for items you're selling all fall into this category. Your content should be unique and not appear anywhere else online. Building unique content takes work.

Another form of duplication can happen when you fail to manage permutations of your URLs. When you attach a tracking code to your URL, for example, you create two versions of a URL, both of which will return the same content. You can help guard against this by managing the issue through the use of the rel=canonical attribute.

**Like farms**

Like farms are similar to link farms. In this instance, you're essentially trying to manipulate the "likes" you receive by agreeing with others to like each other's' content. These types of approaches are very obvious to a search engine, and we simply ignore the data we see. It wastes your time and does nothing to help your rankings. Read more here about like farms (and link farms, too).

**Auto-follows**

Using an auto-follow service to help grow the number of followers you have on Twitter is another dead end. You essentially end up following as many people as follow yourself. To Bing this looks non-authoritative. If, however, you have 4,000 followers and follow only 100 people yourself, this reflects a situation that many people want to hear what you have to say; a sign of authority. Learn more about what it takes to be an authority here, and how to grow your social following the correct way, here.

**The thin content approach**

Thin content can describe many approaches to producing content. To help you understand what it is, we'll explain how to produce content which is not "thin" in nature. When producing content, your goal should be to provide deep details. Enough information that anyone who arrives on your website would need no further sources to feel they have everything they need to understand what they were searching for.

We covered how to build quality content in a previous article, so check that out for more information. Just remember to avoid trying to take short cuts when you produce content. The search engines need good quality content to return worthwhile results for searchers. If you fail the quality content test, you simply won't rank and drive traffic.



| Links for Bing | Other Microsoft blogs | Other product blogs |
|---|---|---|
| Explore Bing | Official Microsoft Blog | Bing Ads Blog |
| Bing in the Classroom | Microsoft On The Issues | Skype Blogs |
| Bing Developer Center | Next at Microsoft | OneDrive Blog |
| Bing Rewards | The Firehose | The Windows Blog |
| Bing Help | | Internet Explorer Blog |
| Bing Ads | | Xbox Wire |

Powered by Azure    Legal    Trademarks    Privacy Statement

Microsoft
© 2020 Microsoft Corporation. All Rights Reserved.

APPENDIX
40

ⓘ   This site uses cookies for analytics, personalized content and ads. By continuing to browse this site, you agree to this use.                    Learn more

                                                         This is a place devoted to giving you deeper insight into the news,
trends, people and technology behind Bing.

⊕ Blogs   ⊕ Regions

Follow us  f 𝕏 in 🎙 📷    Subscribe RSS 



**FEBRUARY
11
2010**

## The pernicious perfidy of page-level web spam (SEM 101)

In the exciting world of today's Internet, where the world's information is literally at your fingertips, where you can
endlessly communicate, shop, research, and be entertained, spam is a big downer. The unwanted email spam that fills
our inboxes also consumes huge portions of the available bandwidth of our routers and trunk lines. But email is not the
only spam game in town.

Web spam is the bane (well, one of the banes) of the search engine and web searcher communities. Search engines want
to provide search users with a great experience, helping them find what they want as quickly and as easily as possible.
Search users want to use search engines to get the right information they seek as quickly as possible. And webmasters
want search users to find their websites, but also to get those search user visitors to become conversions instead of
bounces.

Web spam, those unwanted garbage pages that use overtly deceptive search engine optimization (SEO) techniques and
contain no valuable content, is a frustration to search engines and search users alike, and ultimately work against the
best interests of conversion-seeking webmasters (severely annoying a potential customer is rarely a great sales
technique!).

In the previous article that defined web spam and discussed how it is different from junk content, we mentioned that
there are two types of web spam. In this article, we're going to delve into the details of the first type: page-level web
spam.

**Definition of page-level web spam**

Page-level web spam uses on-page SEO trickery (not to be confused with link-level web spam, which we'll discuss in an
upcoming article). Webmasters and optimizers for these sites do this because they believe they can fool the search
engines into giving their webpages a higher-than-deserved ranking based on their content relevancy, often times for
subject areas that are completely unrelated to the site's actual content. This is done in an effort to deceive searchers into
visiting their spammy sites for a multitude of reasons, none of which usually benefit the end user.

The use of the following questionable SEO techniques will cause Bing to examine your site more deeply for page-level
web spam. If your site is determined to be using web techniques, your site could be penalized as a result.

Note that Bing recognizes that the core concepts behind many of these techniques can have valid uses. No one is saying
that their use always and automatically denotes web spam. The issue of intent behind their use is the distinguishing
factor for determining whether or not web spam is present and any site penalties are needed. Please understand that,
from a search engine perspective, the web spam effort consistently provides very little to no value whatsoever to end
users. The entire effort is directed to fraudulently affect search engine rankings. As Martha Stewart might say, that's not a
good thing.

**Keyword URL and link stuffing**

**Definition:** This is the use of heavily repeated keywords and phrases with the goal of attaining a more favorable ranking
for those words in a search engine index.

**Problem:** Keywords can be repeated to excess, so much so that they render any text in which they appear unintelligible
from a natural language point of view. Those excessive repetitions can also be added in places that are not seen by the
end user (meaning outside of displayed page text). Some web spam pages even use repeated keywords that are
unrelated to the theme of the page. If any of these conditions are detected, these techniques will draw the attention of
Bing as likely web spam.

**What we look for:** The purveyors of web spam use a variety of methods for keyword stuffing, including:

- **Excessive repetitions of keywords.** The number of repetitions relative to the amount of content on the page is
  a key indicator of web spam. The practice of repetitive keyword stuffing is often relative to the amount of content
  in a page. For example, a very long page of text dedicated to a single topic may naturally repeat its primary
  theme keyword several times, but a page with less content using the same number of repetitions of the same
  word may be indicative of keyword stuffing.
- **Stuffing words unrelated to the page or site theme.** Stuffing the page with words that are known to be
  heavily searched on the Web when they are irrelevant to the theme of a site can be an indicator of web spam.
  Relevance is an important factor for evaluating whether keywords are indicators of web spam.
- **Stuffing on-page text.** Littering the text of a page with repeated keywords that render the text meaningless and
  unreadable to humans is a clear problem. When such content on the page is not useful to people, the content is
  often suspect as web spam.
- **Stuffing in less visible areas of the page.** Placing repeated keywords in less visible areas of a page, such as at
  the bottom of the page, in links, in Alt text, and in the title tag, can be indicative of web spam.
- **Hiding stuffed keywords in the code of a page.** By putting keywords in the code of a page that the search
  engine crawler (aka a bot) will see but configuring it so that a web browser will not show it to a human reader
  can be highly suspicious. Such methods as formatting text fonts the same color as the background, using
  extremely small fonts, and hiding stuffed keywords using tag attributes such as `style="display: none"` and
  `class="hide"` (both of which prevent the tagged contents from being shown to the user) will draw the
  attention of a search engine for closer scrutiny.

Note that stuffing the keywords <meta> tag alone is not a reason to be judged as web spam. But <meta> tag stuffing
could be an indicator that other web spam techniques may be employed and could draw a search engine to take a
closer look at such a site.

It is important that webmasters not overreact to this information. A small amount of relevant keyword repetition is
considered common and is not considered web spam as long as it is used naturally within the page content language
and the page provides useful, relevant content. They key message is always the same: develop your pages for human
readers, not for search engine bots, for the best results. For more information on creating and using keywords wisely, see
the blog articles The key to picking the right keywords and Put your keywords where the emphasis is.

**Misspelling and computer generated words**

**Definition:** Pages populated with many various spellings of targeted keywords, especially those unrelated to the theme
of the page or the site, can indicate that the keyword lists are computer generated.

**Problem:** Aggressive inclusion of large numbers of misspelled or rare word lists and phrases can be considered web
spam when used to excess. The relevance of those words to the theme of the page or the site is the key distinguishing

**What we look for:** The Bing team commonly sees the following techniques on web spam sites:

- **Excessive use of misspelled keywords.** Huge lists containing all possible iterations of a misspelled word can be so excessive that the page will be worthy of closer inspection for web spam.
- **Large numbers of misspelled words unrelated to the theme of the site.** Long lists of word spelling variations whose core definitions are unrelated to the theme of the page or the site can indicate the site is web spam.
- **Common misspellings of popular site URLs in domain names.** Common misspellings of URLs and other computer-generated content are usually considered web spam sites.

**Redirecting and cloaking**

**Definition:** When a web client visits a website, certain traits can be used to identify the user and redirect them to a different page. These include, but are not limited to, redirects based on the referral code, the user agent (bot or human), and IP address.

**Problem:** Redirecting can be a legitimate technique in some cases such as if a web client is limited in what it can display on a mobile device web browser, or when a web server uses the client's IP address to determine the language in which to present the content (aka geo-targeting). However, problems arise when sites filter their content based on whether the user agent belongs to an end user web browser versus a search engine bot. This type of filtering can run the gamut between showing the bot a keyword-stuffed page to an entirely different set of content, all of which is an attempt to deceive. When used with this intent, this is web spam.

What the webmasters who implement these techniques don't understand is that search engines can detect this attempted deception. We do see when the content presented is user-agent based, and when the differences between the content variations is not done in the same light as that done between mobile and desktop browsers.

**What we look for:** Some webmasters design their websites to use the following deceptive techniques when the detected user agent is a search engine bot:

- **Script-based redirects.** The use of JavaScript or <meta> tag refreshes to automatically change which page is displayed are often suspicious in nature and will get more scrutiny from Bing. This is because some sites use JavaScript to redirect all visiting user agents to a new page, and that page may contain web spam. However, since search engine bots don't execute JavaScript natively, they won't execute the redirect and thus are supposed to index the contents of the original page (although the search engines bots can still detect this behavior).
- **Referral redirects.** Some websites consider the referrer when they show a page. When the referrer is a SERP and the target website shows a different page than the one shown when the user directly navigates to the URL, this behavior is considered web spam.
- **Redirect search engine bot to a target page.** Some sites detect the user agent specified and send search engine bots to alternate, text-based pages modified with other web spam techniques such as keyword stuffing (but the site provides its normal web content pages to end user web browser user agents). When redirects are filtered on search engine user agents for the purpose of deceiving them, this is a web spam version of cloaking. Bots can detect when they are redirected to special pages. So when this is encountered, it is usually indicative of web spam and will be investigated further.
- **Redirect end users to a target page.** Sometimes webmasters use cloaking to work the opposite way than described immediately above. They may serve highly optimized content pages on Topic A to search engine bot user agents, but when a web browser visits the site, the page shown shows content for a completely different subject (typically an illicit one, such as a page promoting porn, casino or online gambling, illicit pharmaceuticals, and the like.). The effort here is to rank well for a commonly searched topic of interest in a search engine results page (SERP). Then supposedly when searchers find that link in their SERPs, they click the blue link in the SERP and are unwittingly redirected to the web spam page.

The problem for webmasters practicing these techniques is that their technical deceptions are not very effective. Search engines use a number of techniques to uncover such fraudulent practices as redirect and cloaking web spam. When they are revealed, the websites of the perpetrators are penalized, sometimes severely. Well-meaning webmasters or online business owners who hire unscrupulous consultants or carelessly take black hat SEO advice from indiscriminate sources on the Web are setting themselves up for trouble. Reviewing the issues identified in this article as well as the official webmaster guidelines for Bing, Yahoo, and Google, will go a long way to keeping a website on the right track for search.

In the next article on web spam, we'll discuss link-level web spam in detail. We'll also include some information on what to do if your site was pegged as web spam and after the problems have been resolved, how to request reinstatement into the Bing index as a normal website. Stay tuned!

If you have any questions, comments, or suggestions, feel free to post them in our Ranking Feedback and Discussion forum. Until next time...

— *Rick DeJarnette, Bing Webmaster Center*

Tags

| Architecture and coding | Content for SEO | Index and crawling | Security and malware | SEM 101 | seo |



Back to Top

**Related Stories**



Accessing Bing Webmaster Tools API using cURL
11/13/2019 — Bing Team

**Links for Bing**
Explore Bing
Bing in the Classroom
Bing Developer Center
Bing Rewards
Bing Help
Bing Ads

**Other Microsoft blogs**
Official Microsoft Blog
Microsoft On The Issues
Next at Microsoft
The Firehose

**Other product blogs**
Bing Ads Blog
Skype Blogs
OneDrive Blog
The Windows Blog
Internet Explorer Blog
Xbox Wire
Outlook Blog

Microsoft

Powered by Azure    Legal    Trademarks    Privacy Statement

© 2020 Microsoft Corporation. All Rights Reserved.

# APPENDIX
# 41

# A Quantitative Study of Forum Spamming Using Context-based Analysis

*A Strider Search Ranger Report*

Yuan Niu
Yi-Min Wang
Hao Chen
Ming Ma
Francis Hsu

December 1, 2006

Technical Report
MSR-TR-2006-173


Microsoft Research
Microsoft Corporation
One Microsoft Way
Redmond, WA 98052

To appear in *Proc. Network & Distributed System Security (NDSS) Symposium*, Feb. 2007.

# A Quantitative Study of Forum Spamming Using Context-based Analysis

Yuan Niu†, Yi-Min Wang‡, Hao Chen†, Ming Ma‡, and Francis Hsu†

†University of California, Davis    {niu,hchen,hsuf}@cs.ucdavis.edu
‡Microsoft Research, Redmond    {ymwang,mingma}@microsoft.com

## Abstract

*Forum spamming has become a major means of search engine spamming. To evaluate the impact of forum spamming on search quality, we have conducted a comprehensive study from three perspectives: that of the search user, the spammer, and the forum hosting site. We examine spam blogs and spam comments in both legitimate and honey forums. Our study shows that forum spamming is a widespread problem. Spammed forums, powered by the most popular software, show up in the top 20 search results for all the 189 popular keywords. On two blog sites, more than half (75% and 54% respectively) of the blogs are spam, and even on a major and reputably well maintained blog site, 8.1% of the blogs are spam [1]. The observation on our honey forums confirms that spammers target abandoned pages and that most comment spam is meant to increase page rank rather than generate immediate traffic. We propose context-based analyses, consisting of redirection and cloaking analysis, to detect spam automatically and to overcome shortcomings of content-based analyses. Our study shows that these analyses are very effective in identifying spam pages.*

## 1  Introduction

*Search engine spamming* (or *search spamming* or *web spamming* [1]) refers to the practice of using questionable search engine optimization techniques to improve the ranking of web pages in search results. When search spamming started, spammers created a large number of web pages with crafted keywords and link structures to promote the ranking of their web sites in search results. As search engines develop more sophisticated techniques to identify spam web pages, spammers are moving towards more fertile playgrounds: *web forums*. We define a *web forum* as a web page where visitors may contribute content. Web forums range from the older message boards and guestbooks to the newer blogs and wikis. Since forums are designed to facilitate collaborative content contribution, they become attractive targets for spammers. For example, spammers have created spam blogs (splogs) and have injected spam comments into legitimate forums (See Table A1 in Appendix for sample spammed forums). Compared to the "propagandist" methods of web spamming through the use of link farms [2] [16], forum spamming poses new challenges to search engines because (1) it is easy and often free to create forums and to post comments in processes that can often be automated, and (2) search engines cannot simply blacklist forums that contain spam comments because these forums may be legitimate and contain valuable information. Anecdotal evidence as well as our own experience indicates that spammers have successfully promoted their web sites in search results through forum spamming. To combat forum spamming and to gain insight on effective defense mechanisms, we need a comprehensive study of the problem, such as its scale and its popular techniques.

This paper reports our quantitative study of forum spamming. We examine the scale of forum spamming from three different perspectives: that of the search user, the spammer, and the forum hosting site. We examine both spam blogs, and spam comments in forums. For such a large-scale study, manual identification of spam would be unscalable, so we need automated approaches. Most existing automatic spam detection approaches are based on content analysis. However, since spammers have discovered many ways to circumvent content-based analysis (such as plagiarized legitimate content, redirection [3], and

---

[1] We detected only redirection spam, so the actual percentage of spam blogs could be much higher.

[2] A link farm consists of a group of sites using specific linking structures to boost rankings of one or more pages in the farm.

[3] Redirection changes the user's final destination or fetches dynamic content from other web sites.

cloaking[4]), we propose context-based analyses of redirection and cloaking.

## 1.1 Three perspectives of forum spamming

First, we examine forum spamming from the search user's perspective: when a user searches forums, how much spam shows up among the top results? To answer this question, we search for 190 top keywords in forums powered by nine most popular forum programs. We will describe our findings in Section 3.1.1.

Second, we examine forum spamming from the spammer's perspective: we try to understand the spammer's modus operandi. To this end, we set up three honey blogs, which should attract no legitimate comments, and have collected 41,100 comments over a year. We will analyze these spam comments in Section 3.1.2.

Finally, we examine forum spamming from the forum hosting site's perspective: how many forums are spam on a hosting site, and what typical techniques do spammers apply to avoid detection? We examine over 20,000 blogs from four blog sites and will describe our findings in Section 3.2 and 3.3.

## 1.2 Context-based analysis

To avoid exposing their spam domains directly and being blacklisted by search engines, many spammers are creating *doorway pages* on free-hosting domains and using their URLs in comment spamming. When a user clicks a doorway-page link in search results, her browser is instructed to either *redirect to* or *fetch ad listings from* the actual spam domain or advertising companies that serve the spammer as a customer. For example, the comment-spammed URL *http://mywebpage.netscape.com/fendiblog/fendi-handbag.html* redirects to the well-known domain *topsearch10.com*.

Many spammers set up doorway pages on free forum hosting websites such as *blogspot.com*, *blogstudio.com*, *forumsity.com*, etc. Such doorway pages are a form of spam blogs. For example, as of this writing, *http://seiko-diver-watch.blogspot.com* appeared as the top Yahoo! search result for "Seiko diver watch", and *http://forumsity.com/mobile/1/free-motorola-ringtone.html* appears as the top MSN search result for "free motorola ringtone". Figure 1 illustrates the end-to-end search spamming activity involving both spam blog creation and spam comment injection.

To overcome the limitations of content-based spam detection, we propose an orthogonal *context-based approach* that uses *URL-redirection* and *cloaking analysis*. Our work was primarily motivated by two key observations:

- Many spam pages use cloaking and redirection techniques [1,4] so that search engines see different content than human users. A common technique is to serve page content that the browser will dynamically rewrite through script executions but the crawler will not. Our approach is to treat each page as a dynamic program, and to use a "monkey program" [6] to visit each page with a full fledged browser (so that the program can be executed in full fidelity) while analyzing the redirection traffic.

- Many successful, large-scale spammers have created a huge number of doorway pages that generate redirection traffic to a single domain that serves the spam content. By identifying those domains that serve content to a large number of doorway pages, we can catch major spammers' domains together with all their doorway pages and doorway domains.

## 1.3 Contributions

We make the following contributions:

- We conduct a comprehensive, quantitative study of forum spamming. We examine this problem from three perspectives: that of the search user, the spammer, and the hosting site.

- To overcome the limitation of content-based spam detection, we propose context-based detection techniques that use URL redirection tracing and cloaking analysis. We show that our context-based detection is effective in identifying spam pages automatically. Particularly, the two domains of a prolific spammer, who created a large percentage of spam on two blog sites, appear in the top results returned by our analysis tool.

- Our study confirmed that forum spamming is a widespread problem. The observation on our honey forums confirms that spammers target abandoned pages and that most comment spam is meant to increase page rank rather than generate immediate traffic.

---

[4] Cloaking serves different content to different web visitors. For example, it may serve browsers a page with spam content while serving crawlers a page optimized for improving ranking.



**Figure 1: Spam Blogs (splogs) and Comment Spamming. #1: The spammer creates splogs. #2: The spammer spams forums with the URLs of his splogs. #3: These splog URLs are ranked high in search results. #4: The search user clicks the splog URLs in the search results. #5: The splogs redirect the user to the spammer domain.**

## 2 Redirection-based spam detection

### 2.1 URL redirection tracing and analysis

Our context-based spam detection process starts with the collection of a list of "URLs of interest". Such URLs can be gathered from spammed forums, website and blog hosting sites, or search results, etc. We then feed the list of URLs to the *Strider URL Tracer* [5]. The tracer provides a key functionality called the *Top Domain view*: given a list of (primary) URLs, the tracer launches an actual browser to visit each URL and records all secondary URLs visited as a result. At the end of the batched scan, the Top Domain view provides the list of third-party domains that received secondary-URL traffic and rank them by the number of primary URLs that generated traffic to them. If the input is a list of highly suspicious spam URLs (such as those collected from a spammed forum), the Top Domain view highlights those behind-the-scenes *spammer domains* that are associated with a large number of doorway URLs.

If the input consists of a mix of spam and non-spam URLs, certain web sites, such as legitimate ads

syndicators and web-analytics servers, may crowd the Top Domain view because they serve a large number of non-spam URLs. To filter out the noise, we scanned the top one million (mostly non-spam) click-through URLs [6] to obtain a "known-good whitelist" of top third-party domains and filtered them out from the Top Domain view. The remaining ranked Top Domain list is then used to prioritize manual investigation. Once a third-party domain is determined to be a spammer domain, it is added to the "known-bad blacklist" and will be excluded from future Top Domain view so that newer but smaller redirection receiver domains are exposed near the top. All doorway URLs associated with a blacklisted domain are labeled as high-potential spam URLs and will be referred to as *redirection spam*. How such information is utilized in a search ranking algorithm depends on each individual search engine. We note that our approach can be viewed as a combination of behavior-based and signature-based spam detection: Top Domain analysis is behavior-based, while third-party domain blacklisting is signature-based.

It is possible that some of the legitimate ads syndicators may have a significant number of spammers among their customers, in which case their domains are removed from the whitelist so that their

redirection traffic remains present in the Top Domain view. For those ads syndicators that embed their client IDs in the redirection URLs (e.g., *googlesyndication.com*), the tracer provides a second-level grouping and ranking of primary URLs by client IDs. Doorway URLs associated with a blacklisted client ID are also referred to as redirection spam in this paper.

## 2.2 Cloaking

To achieve effective search spamming and evade spam detection, spammers are increasingly using sophisticated cloaking techniques, which serve different content to different visitors. *Crawler-browser cloaking* is intended to fool the search engines into giving the spam URLs high ranks, while allowing spammers to serve ad pages that do not deserve the high ranks to the users. The cloaking server either provides different page content based on the User Agent field or known crawler IP addresses, or provide pages that contain scripts that will rewrite the page content (since most crawlers do not execute scripts, they will not see the rewritten content, while most browsers will execute the scripts to render the rewritten content to users).

*Click-through cloaking*, a new and lesser-known technique, attempts to fool human spam investigators and automatic spam-detection tools that directly visit the spam URLs instead of clicking through search results. It is primarily based on browser referrer checking and can be done in two ways: if the spammers own the website that hosts the spam URL, they can perform a server-side check of the Referer field in the HTTP header and serve different pages based on that. If the spam URL resides on a free hosting website, the spammer can serve a page containing a script that performs a client-side check of the browser document.referrer object and displays different pages based on that. For example, this spam URL http://gucci-handbag.bigcityhandbags.com/sondra-roberts-squared/song-titles-with-handbag/ was doing both checks: it used HTTP 302 to redirect to topsearch10.com if the HTTP request came with the right Referer field; otherwise, it served a client-side check script that used document.write() to display a bogus "Account is suspended" page if the check suggested that the visit did not come from a search click-through. (See Figure A1 in Appendix for more details.)

We have incorporated anti-cloaking techniques into the URL Tracer by making every visit from the tracer appear to come from a search click-through for both server-side and client-side *referer* checks. Furthermore, we use a diff-based technique to turn spammers' cloaking activities against themselves: for every suspicious URL that does not redirect to any known-bad domains, we scan it twice with anti-cloaking on and off, respectively, and take a diff of the resulting two URL redirection lists. If there is a significant discrepancy, the URL is highlighted for manual investigation. Once the URL is confirmed to be spam, its associated spam domain(s) are added to the blacklist and used by all future anti-cloaking scans to identify similar URLs associated with the same spammer.

# 3 Analysis of forum spam

## 3.1 Comment spam

### 3.1.1 Top forums and top search keywords.
In this section, we examine forum spamming from the search user's perspective: how likely will the search user encounter spam in the forum search results? Since it is difficult to select a set of *top forums* objectively because forums cover very diverse topics, we selected *top forum software programs* instead. We chose nine of the most popular forum programs: *WWWBoard, Hypernews, Ikonboard, Ezboard, Bravenet, Invision Board, Phpbb, Phorum,* and *VBulletin*.

We created a list of 190 top keywords using popular tags from directories like *http://technorati.com, http://weblogs.com, http://metafilter.com,* and *http://icerocket.com* as well as lists of commonly spammed terms from *http://codex.wordpress.org*. Using both Google and MSN, we collected the top 20 results from searches for all the pairs of top keywords and top forum program names. To identify heavily spammed forums, we looked for sites that appeared in the search results for different keywords as well as sites whose pages appeared multiple times in the results for a single keyword.

#### Table 1: Most Heavily Spammed Forums

| Forum | Pages | Keywords |
|---|---|---|
| http://fs.fed.us/cgi-bin/HyperNews_mm/get/mmforumA.html | 175 | 102 |
| http://www.comm.fsu.edu/interactive/forum/ | 134 | 82 |
| http://www.usra.edu/phorum | 119 | 94 |
| http://classicauthors.net/messageboard/list.php?f=1 | 117 | 97 |
| http://samba.eecs.umich.edu/phorum/list.php?2 | 105 | 79 |
| http://phorum.nettwerk.com/ | 101 | 73 |

Table 1 shows the most heavily spammed forums, identified by the total number of keywords whose search results contain the forum's URL, and by the

total number of unique pages from the forum in the combined Google and MSN search results. Even forums on government sites were not immune from spamming, as shown in Table 2. In both Google and MSN search, we found spammed forums within the top 20 search results for each type of the top forum software for 189 of the 190 keywords (with "palm-texas-holdem-game" being the only exception). This shows that spam has significantly affected forum search users.

**Table 2: Spammed Forums on Government Sites**

| Forum | Software |
|---|---|
| http://giscouncil.oshpd.ca.gov/viewforum.php?f=2&sid=9c8902ab2604e74f29f30eb1abf3d64b | PhpBB |
| http://www.deltastate.gov.ng/wwwboard/wwwboard.html | WWWBoard |
| http://www.hants.gov.uk/forum/ikonboard.cgi?s=8f5b05787d185c281f208403dd9dd79d;act=ST;f=12;t=504;&#top | Ikonboard |
| http://mdk.kinmen.gov.tw/phorum332c/ | Phorum |

**3.1.2 Honey blogs.** We set up three honey blogs powered by Wordpress on September 25, 2005 and posted at irregular intervals. The forum *litlog* contained quotations from literature (final post: December 7,

2005), *ilium* focused on mythology (final post: January 18, 2006), and *yabi* was an online diary which contained no useful information (final post: December 5, 2005). We configured each to be as open for commenting as possible, e.g., no moderation and no keyword blacklist. To attract spammers, we pinged *http://rpc.pingomatic.com* each time when we created a post so that our URL appeared on the list of recently updated blogs at various sites. We also linked the blogs to each other and provided one incoming link from a legitimate blog already indexed by several search engines. To date, the three honey blogs have received only two legitimate comments, among a total of 41,100 comments. We define a "post" as the content that the blog owner adds. "Comments" are any contributions made to the post through use of the comment form, trackbacks, or pingbacks. Trackbacks are pings sent to a user-specified URL when a blog post is published. The trackback appears on the comment page of the user specified URL as a comment that contains the URL of the blog post. Pingbacks are automated pings sent to every URL within a blog post. It too appears on the comment page of the URLs specified, as long as those sites also support pingbacks.

**Temporal analysis.** Figure 2 shows the number of accumulative comments received by each of the three honey forums during the first 339 days, from September 25, 2005 to August 30, 2006. The majority of the comments received by each honey blog arrived after we stopped posting content. For example, yabi,



**Figure 2: Accumulated comments received by each of three honey forums**

the most popular of the three honey blogs, received 33,954 comments in its first 339 days but the majority of comments were received after March 2006 (starting from Day 188). On its busiest day (August 2, 2006, day 311), yabi received 3,142 new comments distributed over 21 posts. By August 30 (day 339), ilium amassed a total of 1,432 comments and litlog 5,714 comments. Ilium and litlog, which we updated less regularly, did not observe a dramatic increase in comments until well after 200 days after their creation. This supports the observation that spammers target abandoned pages and that most comment spam is meant to increase page rank, not to generate immediate traffic.

Figure 2 shows the rapid growth of comment totals for each blog. Yabi's growth was the most prolific, but all three clearly show that the bulk of comments were received at increasingly high rates in the last 30 days. In yabi's case, half of its total comments were received in the last 30 days, and the majority of comments for ilium and litlog came in this time period as well.

It is worth noting that the amount of spam continued to grow faster after the last day in Figure 2. In the 10 days between August 30 and September 9 (day 339 – 349), yabi received 3,449 new comments, almost 10% of the total comments received; ilium gained 305 new comments, 17.3% of its total; and litlog gained 1,081 comments, 16% of its total. The increased spam rate as these blogs got older could be because spamming had increased overall on the web or because spammers had identified these three blogs as "abandoned."

## 3.2 Spam blogs and cloaking analysis

In this section, we analyze sample blogs from three different blog sites --- *blogspot.com*, *blogspoint.com*, and *blogstudio.com* --- to evaluate the prevalence of splog doorways and cloaking. The numbers for spam that we report in the following are lower bounds because we only investigated spammer domains that received secondary traffic from a significant number of primary URLs (see the discussion on Top Domain view in Section 2.1).

**3.2.1 Blogspot analysis.** *Blogspot.com*, or *eBlogger*, is one of the most popular blog hosting sites. We randomly sampled 1% of the 1,749,150 blogspot profile pages created in July of 2006 that contained at least one blog link, and extracted all the blog links from these profile pages. In this way, we collected 19,271 blogspot URLs, of which 5,882 (31%) had been removed. Among the remaining 13,389 active blogs, our redirection analysis identified 1,091 (8.1%) pages as spam. Among the 1,091 spam blogs, 652 (60%) used click-through cloaking, and the top third-party

domain *filldirect.com* was behind 259 (24%) cloaked splogs.

**3.2.2 Blogspoint analysis.** *Blogspoint.com* is a much smaller blog site. On August 23, 2006, we extracted and scanned its entire 4,714 blogs from their "memberlist" page. Our redirection analysis identified 3,535 (75%) pages as spam. Among the 3,535 spam pages, 2,166 redirected to *finance-web-search.com* and 917 redirected to *casino-web-search.com*. These top two third-party domains were registered by the same spammer with a Russian address, who most likely created these 3,083 splogs (65% of the entire 4,714 blogs and 91% of the 3,398 identified splogs). Because this spammer did not use cloaking, the cloaking percentage was much smaller than the blogspot number: only 3.9%, or 131 URLs.

**Table 3: Number of Spam Blogs at Four Blog Hosting Sites**

| Blog Host | Examined URLs | Spam URLs | % of Spam | URLs using Cloaking |
|-----------|--------------|-----------|-----------|---------------------|
| *Blogspot* | 13,389 | 1,091 | 8.1% | 652 |
| *Blogspoint* | 4,714 | 3,535 | 75% | 131 |
| *Blogstudio* | 369 | 198 | 54% | 0 |
| *Blogsharing* | 99 | 82 | 83% | 0 |

**3.2.3 Blogstudio analysis.** *Blogstudio.com* is a lesser-known blog site, but its blog URLs appeared in a large number of spammed forums. Because some of these URLs had appeared among top query results at major search engines, we adopted the following sampling method: we issued a "*site:blogstudio.com*" query to MSN Search, retrieved the top 1000 results, and extracted 369 unique blogs. Our analysis identified 198 (54%) blogs as redirection spam. The same major blogspoint spammer owned 184 of these splogs (50% of all the sampled blogs and 93% of all the redirection spam), with 130 redirecting to *http://finance-web-search.com* and 54 redirecting to *http://casino-web-search.com*. None of these splogs used cloaking.

**3.2.4 Summary.** Table 3 summarizes the number of splogs at the above three blog hosts (the table also shows splogs at *Blogsharing*, which we will discuss in Section 3.3). Although only fewer than 10% of the sampled blogspot URLs were identified as redirection spam, the fact that we could find over a thousand splogs by sampling only 1% of the profiles created in one month suggests that the total number of redirection splogs could be in the millions. The surprisingly high percentage of splogs using cloaking (3 out of every 5) suggests that *blogspot.com* might have been actively identifying and removing less sophisticated spam, but

spammers who used click-through cloaking might have successfully evaded detection. This demonstrates the importance of using anti-cloaking techniques in spam detection and investigation.

Our analysis showed that smaller blog sites were heavily spammed by redirection spammers: in both *blogspoint* and *blogstudio*, more than half (75% and 54% respectively) of the analyzed blogs were redirection spam. A single spammer created an overwhelmingly large percentage (over 90%) of the splogs as doorways. His two spam domains were exposed prominently at the top of our Top Domain view, which convincingly demonstrates the effectiveness of our approach.

### 3.3 Second-level spam blogs

*Blogsharing.com* is another smaller blog site. Its spam blogs started appearing in top-10 search results in August 2006. Between August 23 and September 4, we collected 99 blogs from its "recently registered users" pages and our analysis identified 42 of them as redirection spam. In addition, we observed other tens of blogs that appeared to be created by the same spammer and shared the same format: the blog pages themselves were not doorways, but they contained spam URLs in the midst of junk text that redirected to the same spammer domain. For example, this blog *http://www.blogsharing.com/undangstrtresda/* contained the following three spam URLs: *http://plumbers-plumbing.com*, *http://the-plumber.info*, and *http://smartplumbers.info*, all of which redirected to *http://1rrk.com/plumber*. Essentially, these *"second-level spam blogs"* played the same role as a spammed forum: they provided links to spam URLs to improve their search ranking by exploiting link-counting algorithms that search engines use.

By first extracting links from each of the blogs and then performing redirection scan and analysis on those links, we identified another 40 spam blogs, each containing a few plumber-related links. In total, we found 58 unique plumber-related links, all of which redirected to *http://1rrk.com/plumber*. So the total number of splogs becomes 82, which account for *83%* of the 99 sampled blogs.

## 4  Other observations

### 4.1  Universal redirectors

We use the term *universal redirectors* to refer to legitimate websites' URLs that accept and redirect visiting browsers to arbitrary third-party URLs. A well-known universal redirector is *http://www.google.com/url?q=[any URL]*, which has been used by many phishers to make their phishing URLs look less suspicious; for example, this URL

*http://www.google.com/url?q=http://213.190.10.80/ chase.com/index.html* appeared in an actual phishing email targeting the Chase Manhattan Bank. Another universal redirector *http://rds.yahoo.com/_ylt=/*[any URL]* is also starting to get abused by email spammers.

During our manual investigation of comment spam, we noticed that a few universal redirectors hosted on university and government websites were used by some spammers as (a different form of) doorway URLs to redirect to spammer domains; examples included http://www.usaid.gov/cgi-bin/ goodbye?http://catalog-online.kzn.ru/free/funny-ringtones/ (which appeared as the second result of a Yahoo query for *"funny ringtone"*) and http://www.library.drexel.edu/cgi-bin/r.cgi?url=http:// replica-watches.20six.co.uk. By searching through the forums where these URLs were comment-spammed, we were able to find 23 universal redirectors that were used by spammers, as shown in Table A2 in Appendix. As of August/September 2006, six of them had been disabled but the other 17 remained active.

Although many of these redirectors appear to have legitimate uses, the website owners should weigh the redirectors' benefits against their potential abuse. As hinted by the partially encoded spam URL found in the 9th universal redirector example, the spammer could have encoded the entire non-bold-face part of the URL, thus completely hiding the "spammy part" of the spam URL. (Search spamming could still be achieved through the anchor text not shown here.) Furthermore, as we will discuss in Section 4.2, many of the comment-spammed URLs are malicious, so an innocent universal redirector on a legitimate web site may serve inadvertently as an entry point through which malware spreads to many vulnerable machines.

### 4.2  Malicious spam URLs

A previous study [6] shows that a small percentage (0.071%) of the top one million URLs based on click-through counts at a search engine were malicious; they downloaded javascript code that attempted to exploit unpatched browser vulnerabilities on the visiting machines. A natural question to ask is whether malicious website operators are using comment spamming techniques to boost the ranking of their URLs. To answer this question, we investigated eight malicious URLs that appeared among the top-30 search results at the three major search engines between July and September 2006. For each URL, we used the search engine to try to find a forum that had been spammed with the URL. If we could find such a forum, we then extracted all URLs spammed on the same forum page and scanned them to see if we could identify additional malicious URLs. The results are shown in Table 4.

**Table 4: Malicious URLs in Spammed Forums**

| | Malicious URLs | Spammed at (cached pages) of these forums | # Malicious URLs (%) of # Spam URLs |
|---|---|---|---|
| 1 | http://eclatlantus.yiffyhost.com/fessee-progenco.html | http://members.tripod.com/deportivolapigeon/guestbook.htm | 688 (*47%*) of 1,463 |
| 2 | http://humorrise.sitesled.com/burberry-handbag-supplier-wholesale.html | http://sgtrois.webator.net/?2004/11/02/4-un-cd-gratuit-offert-par-ladisq | 6 (*18%*) of 33 |
| 3 | http://alexandrsultz.sitesled.com/chloe/handbag.html | http://www.no-nation.org/article347.html | 164 (*49%*) of 338 |
| 4 | http://nowodus.tripod.com/new-mexico-lottery.html | http://aose.ift.ulaval.ca/modules.php?op=modload&name=News&file=article&sid=137 | 174 (*14%*) of 1,280 |
| 5 | http://lermon.t35.com | http://68.15.204.73/ngallery/albums/3/1.aspx | 22 (*26%*) of 85 |
| 6 | http://granboggy.xoompages.com/download-porn-movie.html | Not comment-spammed; used link farm | N/A |
| 7 | http://acura.elkam.info | Not comment-spammed; used referrer log spamming | N/A |
| 8 | http://pertest.info/nokia/Nokia-ringtone.html | Not comment-spammed; used link farm | N/A |

We found that, for five of the eight malicious URLs, we were able to locate forums that were spammed with each of these URLs. The remaining three URLs appeared to use different search spamming techniques: URLs #6 and #8 used a farm of malicious URLs linking to each other, while URL #7 used referrer log spamming [25].

For each of the five comment-spammed URLs, we found many other seemingly related URLs spammed on the same forum page. Scan results showed that *14% to 49%* of these related URLs were also malicious. In total, from this small set of five "seed URLs", we were able to find *1,054* unique, comment-spammed malicious URLs, most of which were doorway URLs residing on free-hosting websites. Figure 3 illustrates the distribution of malicious URLs among the top-20 domains according to the number of malicious URLs hosted. Clearly, several of these domains are heavily targeted by exploiters.



**Figure 3: Number of comment-spammed malicious URLs hosted on each top-20 domains**

**Table 5: Distribution of   Malicious Sub-domains**

|  | t35 .com | sitesled .com | tripod .com | porky host .com | 100megs free5 .com | 250free .com | anal loverz .com | php5 .cz | 1access host.com | myopen web.com |
|---|---|---|---|---|---|---|---|---|---|---|
| Kalovalex |  | X | X |  | X | X | X | X |  | X |
| Maripirs | X |  | X |  |  |  | X | X | X |  |
| Sadoviktor |  | X | X | X |  |  | X |  | X | X |
| Vinnerira |  | X | X | X |  |  |  | X | X | X |
| Footman | X |  | X | X | X | X |  |  |  |  |
| ivan0505 |  | X |  | X | X | X |  | X | X | X |
| Krukuduk | X |  | X | X | X | X |  |  |  |  |
| Genianna | X |  | X | X |  | X |  |  |  |  |
| Brandoras | X |  | X | X | X | X |  |  |  |  |
| Dandoras | X |  | X |  |  | X |  |  |  |  |

We also observed that many same-named malicious sub-domains existed on multiple domains. Table 5 illustrates the distribution of the top-10 sub-domains (in rows) across top domains hosting malicious sites (in columns) with "X" indicating that the sub-domain existed on the hosting domain as a malicious site. We suspect that exploiters are using their account names as the sub-domain names so that payment tracking can be portable across different hosting domains: when a browser is redirected from one of these comment-spammed doorway pages to the actual malicious websites, the sub-domain name in the HTTP Referer field indicates which spammer attracted the traffic and should get paid.

In addition, we found a total of 75 behind-the-scenes, malicious URLs that received redirection traffic from these thousands of doorway URLs and were responsible for the actual vulnerability-exploit activities. In particular, the following three URLs were behind all five sets of malicious URLs: *http://zllin.info/n/us14/index.php*, *http://linim.net/fr/?id=us14*, and *http://alllinx.info/fr/?id=us14*. All three domains share the same registrant with an Oklahoma state address, whose owner appears to be a major exploiter involved in search spamming.

## 5  Related work

Search engines detect web spam via several common approaches. One approach analyzes the link structures to yield the metrics for trust. Google and Yahoo measured a site's trust (PageRank and TrustRank) to determine its ranking within the search results [1]. Also using this notion of trust, Benczur et al. presented the idea of SpamRank, which used the power law distribution as an intuitive model for how links should be distributed over the Internet [13]. They used a calculated PageRank for the target site and the PageRanks of that site's "supporters" to identify outliers of the model. A legitimate site would likely fit the model and would have supporters whose PageRanks vary in a great range, whereas a spam site would likely violate the model and would have supporters with mostly very low PageRanks. Metaxas and DeStephano [16] also tried to identify spam sites and their supporters, which they called ring leaders and their trust neighborhoods respectively. They examined the problem of web spam from a propagandist point of view. To identify trust neighborhoods, they applied an anti-propagandistic technique called backwards propagation of distrust using initial nodes of known untrusted sites and examined backlinks. Similar to these trust-based methods, our redirection analysis essentially propagates distrust backwards from known spammer redirection domains to the doorways pages that redirect to them.

Content based approaches often use statistical analysis of page content and link structure in combination with other techniques, such as machine learning, to weed out spam sites. Fetterly, Manasse and Najork [17] used a combination of several techniques to flag spam sites. These techniques included examining the URL properties and page content of the site, forming clusters of pages with similar content, and measuring average amount of change of a given site. Mishne, Carmel, and Lempel generated statistical models using unigrams from sample text [18] to identify comment spam. To determine the probability that a comment was spam, they compared two language models: one of the blog post content, and the other of the comment and the target page pointed to by the comment. Kolari, Finn and Joshi [3] presented a machine-learning approach using features based on the meta tag text, anchor text and tokenized urls for support vector machines. Trained on data from technorati, a popular blog directory and search engine, their classifier identified splogs with 88% accuracy. They later analyze update notifications (pings) from blogs, and determined that 50% of blogs sending notifications to weblogs.com are splogs [21]. Our context-based techniques are complementary to these content-based techniques, and are immune to typical

9

tricks for circumventing content-based analysis, such as plagiarized content, redirection, and cloaking.

Popular plugins to help bloggers protect their sites include Akismet [22], Bad Behavior [23], and Spam Karma [24]. Akismet is a web service that employs a content-based approach. Each comment is sent to a central server for processing. Spam Karma determines a 'Karma' score for each comment based on content factors such as IP addresses, the HTML present, and URLs contained. It also checks whether the poster is a registered user, the target post's age, the time taken to post the comment, and frequency of the posts (first time posters contributing many comments vs. approved regular posters). Spam Karma also relies on a real-time blacklist server for updates to IP and URL information. Bad Behavior targets spambots by examining the HTTP requests and the robot's behavior, particularly its compliance with "robots.txt." These plugins help willing and diligent forum owners to filter out spam in their forums. By contrast, our context-based approach can identify spam without requiring the cooperation from forum owners, and therefore is useful to search engines.

The diff-based cloaking detection method is similar in spirit to the diff-based hidden-resource detection method used in the Strider GhostBuster rootkit detection tool [7]. Both methods turn the adversary's devious activities against themselves by taking a diff of "the truth" and "the lie": in GhostBuster, "the truth" is the actual list of resources and "the lie" is the list provided by the rootkits after they removed the resources they want to hide; in this paper, "the truth" is the actual page displayed to the users and "the lie" is the page displayed to spam investigators who do not click through search results.

Wu and Davison combined content and context based analysis to identify web spam [15]. They built a classifier for web spam by identifying pages using diff-based cloaking detection and using machine-learning to discriminate based on extracted features from the content of the page. Their crawl of over 4 million URLs from dmoz.org made 46,806 web spam pages with 96.8% accuracy. They have also surveyed the use of redirection as a technique for web spam [20], but do not accurately identify pages using JavaScript redirection techniques since they use a standard crawler. In addition to the cloaking techniques investigated by them, our tool also detects click-through cloaking, a technique this is becoming very popular among spammers.

Breuel and Keysers [8] proposed using OCR (Optical Character Recognition) to capture the actual rendered text and use it in place of HTML for deriving index terms in order to combat cloaking. This technique can potentially be incorporated into our diff-based cloaking detection system to detect more sophisticated cloaked spam that generates exactly the same redirection lists but display different text to the users and to the spam investigators.

## 6  Conclusions

Forum spamming is the new battleground between spammers and search engines. Currently, spammers have the upper hand, as they have successfully promoted their web sites through spam blogs and comments. To help search engines defend against forum spamming, we have conducted a comprehensive, quantitative study of the problem. We examined the problem from three different perspectives: that of the search user, the spammer, and the forum hosting site. We have examined spam blogs on several blog hosting sites and spam comments on our three honey blogs. Our study has shown that forum spamming is a widespread problem, as highlighted in the following observations:

Each of the nine most popular types of forums is spammed with all the 189 popular keywords, as evidenced by the fact that the spammed forums show up among the top 20 results from two major search engines.

Our three honey blogs showed consistent behavior of comment spammers. The observation on these blogs confirms that spammers target abandoned pages and that most comment spam is meant to increase page rank rather than generate immediate traffic.

On two blog hosting sites – blogpoint and blogstudio – more than half of the analyzed blogs are spam (75% and 54% respectively). Even on blogspot, a major and reputably well maintained blog site, 8.1% of the blogs are spam.

Among the eight malicious URLs that appeared in top search results, five appeared in forum spam. Additionally, between 14% to 49% of the spam URLs collocated with these five URLs were also malicious.

To overcome the pitfalls of content-based spam detection, we proposed context-based spam detection that looks for redirection and cloaking. Our study has shown that redirection analysis is very effective in identifying forum spammers. For example, the two domains of a prolific spammer, who had created a large percentage of spam on two blog sites, appeared at the top in our analysis tool prominently. Cloaking is another popular technique used by spammers. In addition to the older crawler-browser cloaking, click-through cloaking is a new trick. To the best of our knowledge, we are the first to perform systematic analysis to evaluate the prevalence of click-through cloaking: on blogspot, 3 out of 5 splogs used this cloaking. Our study suggests that as blog sites start to remove splogs more aggressively, spammers will resort to cloaking more frequently to avoid detection.

# 7 References

[1] Zoltan Gyongyi and Hector Garcia-Molina. Web Spam Taxonomy. In the First International Workshop on Adversarial Information Retrieval on the Web (AIRWeb), 2005.

[2] Alexandros Ntoulas, Marc Najork, Mark Manasse, and Dennis Fetterly. Detecting Spam Web Pages through Content Analysis. In Proc. International World Wide Web Conference (WWW), 2006.

[3] Pranam Kolari, Tim Finni, and Anupam Joshi. SVMs for the Blogosphere: Blog Identification and Splog Detection. In AAAI Spring Symposium on Computational Approaches to Analysing Weblogs, March 2006

[4] Baoning Wu and Brian D. Davison. Cloaking and Redirection: A Preliminary Study. In the First International Workshop on Adversarial Information Retrieval on the Web (AIRWeb), May 2005.

[5] Yi-Min Wang, Doug Beck, Jeffrey Wang, Chad Verbowski, and Brad Daniels. Strider Typo-Patrol: Discovery and Analysis of Systematic Typo-Squatting. In Proc. 2nd Workshop on Steps to Reducing Unwanted Traffic on the Internet (SRUTI), July 2006.

[6] Yi-Min Wang, Doug Beck, Xuxian Jiang, Roussi Roussev, Chad Verbowski, Shuo Chen, and Sam King. Automated Web Patrol with Strider HoneyMonkeys: Finding Web Sites That Exploit Browser Vulnerabilities. In Proc. Network and Distributed System Security (NDSS) Symposium, February 2006.

[7] Yi-Min Wang, Doug Beck, Binh Vo, Roussi Roussev, and Chad Verbowski. Detecting Stealth Software with Strider GhostBuster. In Proc. IEEE International Conference on Dependable Systems and Networks (DSN), June 2005.

[8] T. Breuel and D. Keysers. Round-Trip HTML Rendering and Analysis for Testing, Indexing, and Security. Extended abstract. In 7th IAPR Workshop on Document Analysis Systems, February 2006.

[9] Ben Edelman and Hannah Rosenbaum. The Safety of Internet Search Engines. May 12, 2006.

[10] Splog software from Hell. http://ebiquity.umbc.edu/blogger/splog-software-from-hell/.

[11] Z. Gyongyi, H. Garcia-Molina, and J. Pedersen. Combating Web Spam with TrustRank, In Proc. of the 30th VLDB Conference, 2004.

[12] N. Eiron, K. S. McCurley, and J. A. Tomlin. Ranking the Web Frontier. In Proc. International World Wide Web Conference (WWW), New York, 2004

[13] A. Benczur, K. Csalogany, T. Sarlos, and M. Uher. SpamRank – Fully Automatic Link Spam Detection. In the First International Workshop on Adversarial Information Retrieval on the Web (AIRWeb), May 2005.

[14] B. Wu and B. D. Davison. Identifying Link Farm Pages. In Proc. International World Wide Web Conference (WWW), 2005.

[15] B. Wu and B. D. Davison. Detecting Semantic Cloaking on the Web. In Proc. International World Wide Web Conference (WWW), 2006.

[16] Panagiotis Metaxas and Joseph DeStefano. Web Spam, Propaganda and Trust. In AIRWeb 2005. May, 2005.

[17] D. Fetterly, M. Manasse, and M. Najork. Spam, damn spam, and statistics: using statistical analysis to locate spam web. In Proceedings of the 7th International Workshop on the Web and Databases. 2004.

[18] G. Mishne, D. Carmel, and R. Lempel. Blocking Blog Spam with Language Model Disagreement. In Proceedings of the First International Workshop on Adversarial Information Retrieval on the Web (AIRWeb), 2005.

[19] L. Page, S. Brin, R. Motwani, and T. Winograd. The PageRank Citation Ranking: Bringing Order to the Web. Technical Report, Stanford University, 1998.

[20] P. Kolari, A. Java, and T. Finni. Characterizing the Splogosphere. In Workshop on Weblogging Ecosystem: Aggregation, Analysis and Dynamics, WWW. 2006

[21] 75% of new pings are spings (splogs) http://ebiquity.umbc.edu/blogger/?p=429 2005.

[22] Akiskmet. http://akismet.com

[23] Bad Behavior. http://www.homelandstupidity.us/software/bad-behavior/

[24] Spam Karma. http://unknowngenius.com/blog/wordpress/spam-karma/

[25] Referrer Spam. http://en.wikipedia.org/wiki/Referrer_spam

11

**Appendix**



**(a): Advertising page that browser users see wh      en they click through search engine results**



**(b): Fake "Account is suspended" page that spam      investigators see when they    visit the URL directly, without clicking through search results**



**(c): Page full of spammer-targeted keywords that      crawlers see (or browser    users see when they access the cached page with scripting turned off)**

**Figure A1: A Click-Through Cloaking Example**

**Table A1: Sample Spammed Forums**

| Types of Spammed Pages | Sample URLs of Spammed Pages |
|---|---|
| **Spammed Guest Books** | Blogsharing.com URLs spammed at http://cc.msnscache.com/cache.aspx?q=3992631391091&lang=en-US&mkt=en-US&FORM=CVRE3 |
| | Hometown.aol.com doorway URLs spammed at http://cc.msnscache.com/cache.aspx?q=4025292423423&lang=en-US&mkt=en-US&FORM=CVRE19 |
| **Spammed Forums** | Blogstudio.com URLs spammed at http://cc.msnscache.com/cache.aspx?q=3920853991619&lang=en-US&mkt=en-US&FORM=CVRE |
| | Blogspot.com URLs spammed at http://www.stat.ucla.edu/forums/read.php?f=325&i=21&t=15 |
| **Spammed Message Boards** | Store.adobe.com universal redirector URLs spammed at http://cc.msnscache.com/cache.aspx?q=3919768655648&lang=en-US&mkt=en-US&FORM=CVRE |
| **Spammed Journals** | Blogspot.com URLs spammed at http://cc.msnscache.com/cache.aspx?q=3962899993396&lang=en-US&mkt=en-US&FORM=CVRE24 |
| **Spammed Galleries** | Blogspoint.com URLs spammed at http://cc.msnscache.com/cache.aspx?q=4014541360829&lang=en-US&mkt=en-US&FORM=CVRE35 |

**Table A2: Universal Redirectors Used by Comment Spammers**

| | Sample Spam URLs That Used Univers al Redirectors | Redirector status as of September, 2006 |
|---|---|---|
| 1 | www.infosec.co.uk/page.cfm?HyperLink=    http://replica-watches.20six.co.uk | Active |
| 2 | www.library.drexel.edu/cgi-bin/r.cgi?url=    http://replica-watches.20six.co.uk | Active |
| 3 | web.grand-canyon.edu/redirect.php?url=    http://pizdetc.50g.com/gambling33.html | Active |
| 4 | www.rit.edu/~ksa/cgi-bin/sp    links/click.cgi?num=2&url=    http://pizdetc.50g.com/ultram27.html | Active |
| 5 | www.tui.edu/research/Redirect.asp?ID=2572&url=    http://pizdetc.50g.com/holdem17.html | Active |
| 6 | www.ualr.edu/www/404/redirect.asp?id=28634&changeID=&action=3&actionURI=    http://pizdetc.50g.com/refinance13.html | Active |
| 7 | www.3gsmworldcongress.co    m/page.cfm?HyperLink=    http://waypossible.com/dr/cialis | Active |
| 8 | www.ku.dk/default2.asp?src=    http://theylook.com/dr/viagra | Active |
| 9 | www.ny.com/cgibin/frame.cgi?url=    http%3A%2F%2Fyourhandbook.com%2Fgambling%2Fcasino%2F | Active |
| 10 | store.adobe.com/cgi-bin/redirect/n=14630?    http://rme19-funny-ringtones.blogspot.com | Active |
| 11 | mentalhealth.about.com/gi/dynamic/offsite.htm?site=    http://rme18-humour-ringtones.blogspot.com | Active |
| 12 | adoption.about.com/gi/dynamic/offsite.htm?site=    http://alourolvar.proboards92.com | Active |
| 13 | big5.china.com/gate/big5/    acelricmonolo.proboards91.com | Active |
| 14 | www.aerointernational.de/index.php?    http://bocalracta.proboards98.com | Active |
| 15 | actifpub.com/jump.php?sid=489&url=    http://basbooloer.proboards101.com | Active |
| 16 | www.usaid.gov/cgi-bin/goodbye?    http://xanax.anothervision.info | Active (delay before redirection) |
| 17 | www.ihs.gov/PublicInfo/Publications/Kids/safety/IHS_DisclaimerKids_prod.cfm?link_out=    http://waypossible.com/dr/casino | Active |
| 18 | lternet.edu/shared/redirect.php?url=http://pizdetca.white.prohosting.com/tenuate4.html | No longer active |
| 19 | translate.google.com/translate?u=http://viagra.anothervision.info | No longer active |
| 20 | www.buffalo.edu/redirect.cgi?s=eUB%20Home&l=Send%20a%20UB%20Postcard&u=http://pizdetc.50g.com/wager16.html | No longer active |
| 21 | sedac.ciesin.columbia.edu/tg/redirect.jsp?url=http://pizdetc.50g.com/viagra21.html | No longer active |
| 22 | www.plymouth.edu/library/redirect.php?http://pizdetc.50g.com/keno39.html | No longer active |
| 23 | chamber.columbia.mo.us/visitlink.asp?url=http://replica-watches.20six.co.uk | No longer active |

APPENDIX
42

# Detecting Stealth Web Pages That Use Click-Through Cloaking

*Strider Search Ranger Report - Part 4*

Yi-Min Wang
Ming Ma

December 2006

Technical Report
MSR-TR- 2006-178

Microsoft Research
Microsoft Corporation
One Microsoft Way
Redmond, WA 98052

# Detecting Stealth Web Pages That Use Click-Through Cloaking

Yi-Min Wang and Ming Ma

*Cybersecurity & Systems Management Group, Microsoft Research, Redmond, WA*
*{ymwang, mingma}@microsoft.com*

## Abstract

*Search spam is an attack on search engines' ranking algorithms to promote spam links into top search ranking that they do not deserve. Cloaking is a well-known search spam technique in which spammers serve one page to search-engine crawlers to optimize ranking, but serve a different page to browser users to maximize potential profit. In this experience report, we investigate a different and relatively new type of cloaking, called Click-Through Cloaking, in which spammers serve non-spam content to browsers who visit the URL directly without clicking through search results, in an attempt to evade spam detection by human spam investigators and anti-spam scanners.*

*We survey different cloaking techniques actually used in the wild and classify them into three categories: server-side, client-side, and combination. We propose a redirection-diff approach to spam detection by turning spammers' cloaking techniques against themselves. Finally, we present eight case studies in which we used redirection-diff in IP subnet-based spam hunting to defend a major search engine against stealth spam pages that use click-through cloaking.*

## 1. Introduction

*Search spammers* (or *web spammers*) refer to those who use questionable search engine optimization techniques to promote their links into top search results. *Cloaking* [1,2,3] is one such technique in which the spammers *serve one page to search-engine crawlers to optimize ranking, but serve a different page to browser users to maximize profit.* Figure 1 shows such an example where the spammer gives crawlers a keyword-stuffed page to index (see (a)) but redirect browser users to an *ads-portal page* with numerous drug purchase-related links (see (b)). Such *"crawler-browser cloaking"* behavior can be achieved through *"scripting-on/off cloaking"* in which the same page that contains both scripts and static text is provided to the crawlers (which do not execute scripts and so see the text) as well as to the browsers (which normally execute scripts and so see a rewritten or redirected page).



**(a) Keyword-stuffed page indexed by search crawlers**



**(b) Ads-portal page from the spammer domain raph.us** seen by browser users who click through search results



**(c) Bogus page seen by anti-spam scanners and human spam investigators who visit the spam URL directly without clicking through a search result**

**Figure 1**: three different pages shown by the same click-through cloaked spam doorway URL lawweekly.student.virginia.edu/wwwboard/messages/007.html in October 2006

In a recent paper [4], we reported a different and relatively new type of cloaking, called ***Click-Through Cloaking***, and presented a preliminary study showing

that a significant percentage of spam blogs created on a major blog site adopted this new approach. Spammers use click-through cloaking to implement stealth web pages by *serving a non-spam page to browser users who visit the URL directly without clicking through a search result*. It is designed to evade spam detection by anti-spam scanners and human spam investigators. For example, by redirecting non-click-through visitors to a bogus non-existent page such as the one shown in (c), the spammers hope to hide their behind-the-scenes, ads-serving domains from spam investigation.

In this report, we provide an in-depth analysis of different techniques for achieving click-through cloaking, and focus on using cloaked pages that have successfully spammed major search engines as seeds to hunt for more spam URLs and eliminate them to improve the quality of search results. In Section 2, we give a brief overview of various behaviors exhibited by spam pages that use click-through cloaking. In Section 3, we give a comprehensive survey of different cloaking techniques, divide them into three categories, and analyze their strength and weaknesses. In Section 4, we give an example of malicious websites that also use cloaking to evade security investigation. We describe the design of our anti-cloaking scanner and redirection-diff spam detection tool in Section 5, and present eight case studies in Section 6 to demonstrate the tool's effectiveness in identifying spam. Section 7 summarizes the paper. All spam pages investigated in this report were active during all or part of the time period between September and November 2006. Since many of them were "throw-away" pages created on free hosting websites as *doorways* to redirect to spammer-operated domains, some of them might have a short lifetime and are no longer active.

## 2. Behavior of Cloaked Spam Pages

Spammers are in the business to make money. So when users click through search results to reach their pages, they want to show content that has commercial values. Broadly, such content can be divided into three categories: (1) ads-portal pages from which spammers make money by participating in pay-per-click programs; (2) merchant websites which spammers directly own or get paid from through traffic affiliate programs; many casino, pornography, mp3, and travel websites belong to this category; (3) malicious scripts that exploit browser vulnerabilities to install malware programs that steal personal information for illegal purposes. It's not uncommon to see malicious websites simply close the browser window after a successful exploit.

When spam pages encounter non-click-through visitors, the spammers know that they are very likely under investigation; so they want to show non-spam content that minimizes potential damages. We summarize five different cloaking behaviors that we have observed during an extensive, 6-month spam investigation.

**(1) "Page not found" message:** the spam page pretends to be non-existent and sometimes claims that you must have made a typo.

**(2) "Page has been deleted for abuses" (e.g., violations of terms-of-use):** this is trying to convince you that somebody else has reported the spam and the problem has been taken care of.

**(3) Redirecting to known-good sites such as google.com or msn.com:** this attempts to bypass automatic anti-spam scanners that white-list these known-good sites.

**(4) Staying on the current p age (e.g., a blog page or an empty page):** this is to avoid exposing the behind-the-scenes redirection domains.

**(5) Redirecting to fake spam-reporting websites:** for example, spampatrol.org is a commonly seen redirection target for cloaked spam pages. It asks for your name and email address and promises that *"This site will be closed in five days for a comment and e-mail spam"* (see Figure 2). However, as shown in Case #3 in Section 6, spampatrol.org shares the same IP subnet as many other suspicious drugs- and porn-related websites that use cloaking and is most likely a fake spam-reporting site.



**Figure 2**: Bogus spam-reporting website that asks for personal information

## 3. Click-Through Cloaking Techniques

We divide click-through cloaking techniques into three categories: *server-side cloaking*, *client-side cloaking*, and *combination techniques*. We also

distinguish *simple cloaking*, which only tries to differentiate click-through and non-click-through visitors, from *advanced cloaking*, which additionally tries to identify click-through visitors who use unusual search strings and are most likely doing spam investigation.

## 3.1. Server-Side Cloaking

### 3.1.1. Simple Server-Side Cloaking

The simplest way to achieve click-through cloaking is for web servers to check the Referer field in the header of each incoming HTTP request. If the referrer is a search engine URL, the server assumes that the request came from a search-result click-through and serves the spam content; otherwise, the server returns a bogus page. For example, www.intheribbons.com/win440/2077_durwood.html is a spam URL that uses simple server-side cloaking to serve spam content from lotto.gamblingfoo.com to click-through users but serve a bogus "404 Not Found" page to non-click-through visitors.

Simple server-side cloaking can be easily defeated: a spam investigator could perform a query of "*url:www.intheribbons.com/win440/2077_durwood.html*" at live.com or yahoo.com (or an equivalent "*info:*" query at google.com) to obtain a link to the spam page and click through that link to visit the page. The spammers will be fooled into serving the spam content because the Referer field in the HTTP header is indeed a URL from a major search engine.

### 3.1.2. Advanced Server-Side Cloaking

Advanced server-side cloaking addresses the weakness by distinguishing spam investigation-style queries from regular search queries. For example, "*url:*" (or "*info:*"), "*link:*", "*linkdomain:*", and "*site:*" queries are commonly used by spam investigators, but rarely used by regular users. So a spam server can look for these search strings in the HTTP Referer field and serve cloaked pages.

For example, clicking on acp.edu/phentermine.dhtml from a regular search-result page would return a spam ads-portal page full of drugs-related links, but directly visiting the URL would return a bogus "HTTP 403 (Forbidden)" page. Doing a "*site:www.acp.edu phentermine*" query at live.com and then clicking through the link would still return the bogus page because the spam server sees the "*site:*" query. But issuing a query of "*Order by Noon Est Time, get it tomorrow or choose 2nd day FedEx To All US States*" (where the search string was copied from the page's brief summary displayed in the "*site:*" search-result

page) and then clicking on the link would fool the server into serving the spam content.

## 3.2. Client-Side Cloaking

A major weakness of server-side cloaking, simple or advanced, is that the server cannot tell whether the Referer field in the HTTP header is the "authentic" one generated by the browser, or a fabricated one inserted by an anti-cloaking spam detection program. We have implemented such a program and tested it against spam URLs that use server-side cloaking. We were able to fool all of them into serving spam content by directly visiting them with an inserted Referer field, without clicking through any search results.

This weakness of server-side cloaking and the increasing popularity among spammers to set up throw-away doorway pages on free hosting servers that they do not own motivated the use of client-side cloaking.

### 3.2.1. Simple Clien t-Side Cloaking

The basic idea of client-side cloaking is to run a script on the client machine to check the local browser's document.referrer variable. Figure 3 shows an actual script used by the spam URL naha.org/old/tmp/evans-sara-real-fine-place/index.html. It checks if the document.referrer string contains the name of any of the major search engines. If the check succeeds (i.e., the "exit" variable remains true), it redirects the browser to ppcan.info/mp3re.php to continue the redirection chain which eventually leads to spam content; otherwise, it stays on the current doorway page. Since this spam URL does not use advanced cloaking, issuing a query of "*url:http://www.naha.org/old/tmp/evans-sara-real-fine-place/index.html*" at yahoo.com and clicking through the link would reveal the spam content.

More and more spam URLs are using obfuscated scripts to perform client-side cloaking in order to evade content-based detection by crawlers and human spam investigators. Figure 4 shows a sample obfuscated script fragment used by the spam URL buyviagralive.blogspot.com. By replacing document.write() with alert(), we were able to de-obfuscate the script and see the cloaking logic that performs a similar check of document.referrer against major search engines' names as well as their specific URL structures.

```
var url = document.location + ""; exit=true;
ref=escape(document.referrer);
if ((ref.indexOf('search')==-1) && (ref.indexOf('google')==-1)
&& (ref.indexOf('find')==-1) && (ref.indexOf('yahoo')==-1) &&
(ref.indexOf('aol')==-1) && (ref.indexOf('msn')==-1) &&
(ref.indexOf('altavista')==-1) && (ref.indexOf('ask')==-1) &&
(ref.indexOf('alltheweb')==-1) && (ref.indexOf('dogpile')==-1)
&& (ref.indexOf('excite')==-1) && (ref.indexOf('netscape')==-1)
&& (ref.indexOf('fast')==-1) && (ref.indexOf('seek')==-1) &&
```

```
(ref.indexOf('find')==-1) && (ref.indexOf('searchfeed')==-1) &&
(ref.indexOf('about.com')==-1)   &&   (ref.indexOf('dmoz')==-1)
&& (ref.indexOf('accoona')==-1) && (ref.indexOf('crawler')==-
1))   {   exit=false;   }   if   (exit)   {   p=location;
r=escape(document.referrer);
location='http://ppcan.info/mp3re.php?niche=Evans,
Sara&ref='+r }
```

**Figure 3**: A basic client-side cloaking script

```
<script
language="javascript">document.write("\x3c\x73\x63\x72\x69\
x70\x74\x3e\x20\x76\x61\x72\x20\x72\x3d\x64\x6f\x63\x75\x6
d\x65\x6e\x74\x2e\x72\x65\x66\x65\x72\x72\x65\x72\x2c\x7
4
...
x6e\x2e\x70\x68\x70\x3f\x72\x3d"   +   "blogspot"   +
"\x26\x67\x3d" + "pharmacy" + "\x26\x6b\x3d" + "Buy Viagra"
+
"\x22\x3b\x20\x3c\x2f\x73\x63\x72\x69\x70\x74\x3e");</script>
```

**Figure 4**: Obfuscated script (the encoded string in
bold face translates into "document.referrer")

### 3.2.2. Advanced Client-Side Cloaking

Like advanced server-side cloaking described in
Section 3.1.2, many client-side cloaking pages perform
advanced checks, as shown in Figure 5 for
lossovernigh180.blogspot.com. In addition to checking for
*"link:"*, *"linkdomain:"*, and *"site:"*, it also performs a
general check of whether the spam URL's domain
name appears as part of the referrer string, which
covers the cases of *"url:"* and *"info:"* queries. The
result of this check decides the output of the
is_SE_traffic() function, based on which either a spam
page or a bogus non-existent page is served.

```
Function is_se_traffic() {
  if ( document.referrer ) {
    if ( document.referrer.indexOf("google")>0
      || document.referrer.indexOf("yahoo")>0
      || document.referrer.indexOf("msn")>0
      || document.referrer.indexOf("live")>0
      || document.referrer.indexOf("search.blogger.com")>0
      || document.referrer.indexOf("www.ask.com")>0)
    {
      If ( document.referrer.indexOf( document.domain )<0
        && document.referrer.indexOf( "link%3A" )<0
        && document.referrer.indexOf( "linkdomain%3A" )<0
        && document.referrer.indexOf( "site%3A" )<0  )
      { return true; }
    }
  }
  return false;
}
```

**Figure 5**: Script fragment for document.referrer
checking from    zeppele.com/9726_5fcb7_Vp8.js,
which lossovernigh180.blogspot.com redirects to

### 3.3. Combining Clie nt-Side Script with Server-Side Checking

A major weakness of client-side cloaking techniques,
simple or advanced, is that the cloaking logic is
exposed to spam investigators, who can then design the

most effective anti-cloaking tool or procedure
accordingly. To get the best of both worlds (i.e.,
extracting referrer information directly from the client-
side document.referrer variable and hiding the
cloaking logic on the server side), some spammers have
migrated to a combination cloaking solution.

The following spam URL hosted on a university web
site       used      combo      cloaking
lawweekly.student.virginia.edu/wwwboard/messages/007.ht
ml: it uses a client-side script to extract the
document.referrer information and *reports it to the
spam domain 4nrop.com* as part of the URL. If the
referrer information passes the server-side check, the
browser is redirected to a spam page hosted on raph.us;
otherwise,      it      is      redirected      to
lawweekly.student.virginia.edu/404.html, which is a bogus
non-existent page. This spammer has attacked several
other .edu websites and set up cloaked pages with
similar behavior;      pbl.cc.gatech.edu/bmed3200a/10      and
languages.uconn.edu/faculty/CVs/data-10.php are just two
such examples

Figure 6 shows an example of obfuscated combo
cloaking     used     by     the     spam     URL
mywebpage.netscape.com/superphrm2/order-tramadol.htm.
The script feeds an obfuscated string to the obfuscated
function kqqw() to generate another script code to be
executed by eval(). By replacing eval() with alert(),
we were able to see that the script eventually reports
the document.referrer information to the spam server
emaxrdr.com, which then redirects the browser either
to a spam page hosted on pillserch.com or to the
suspicious     website     spampatrol.org     described
previously.

```
<script> var params="f=pharmacy&cat=tramadol";
function kqqw(s){
  var Tqqe=String("qwertyuioplkjhgfdsazxcvbnmQWERTYU
  IOPLKJHGFDSAZXCVBNM_1234567890");
  var tqqr=String(s); var Bqqt=String("");
  var Iqqy,pqqu,Yqqi=tqqr.length;
  for ( Iqqy=0; Iqqy<Yqqi; Iqqy+=2) {
    pqqu=Tqqe.indexOf(tqqr.charAt(Iqqy))*63;
    pqqu+=Tqqe.indexOf(tqqr.charAt(Iqqy+1));
    Bqqt=Bqqt+String.fromCharCode(pqqu);
  }
  return(Bqqt);
}
eval(kqqw('wKwVwLw2wXwJwCw1qXw4wMwDw1wJqGqHq8
qHqSqHw_ ...
Bw1qHqSqHq0qHqFq7'));</script>
```

**Figure 6**: Obfuscated script for combo cloaking

## 4. Cloaked Malicious Web Pages

We previously developed the Strider HoneyMonkey
system for detecting malicious websites that attempt to
exploit     browser     vulnerabilities     [5].     These
HoneyMonkeys, running inside unpatched Virtual

Machines (VMs), mimic human browsing activities by launching an actual browser to visit each suspect website, and later identify malicious ones by detecting drive-by software installation outside browser sandbox. The system has successfully detected thousands of websites that were exploiting known and zero-day vulnerabilities.

In our recent search spam investigation, we have found thousands of spam pages that are malicious. That is, some malicious website operators are using search spamming techniques to push their URLs into top search results in major search engines in order to draw more traffic to exploit. We have also discovered hundreds of malicious spam pages that used click-through cloaking. For example, on October 13, 2006, the malicious URL mandevillechevrolet . com (spaces added for safety) appeared as the #1 Yahoo search result for *"mandeville chevrolet"*, which would install a malware program named "ane.exe" under C:\ if the clicking user's machine is vulnerable. To avoid being detected by systems like HoneyMonkey, the spam page used a client-side script to check document.referrer and only redirected the browser to the malicious porn site hqualityporn . com if the visit came from a search click-through. This demonstrates the importance for exploit detection systems and human security investigators to use anti-cloaking techniques to be discussed next.

## 5. Anti-Cloaking Scanner and Redirection-Diff Spam Detection Tool

To effectively detect all spam pages that use click-through cloaking, we adopt an end-to-end approach of building an anti-cloaking scanner that always visits websites by clicking through search-result pages, instead of trying to exploit the weakness of individual cloaking techniques. Given a suspect URL, the scanner *derives from the URL name the likely keywords that the spammer is targeting*, queries Live Search to obtain a *search-result page that correctly sets the* document.referrer *variable*, *inserts a link to the suspect URL into the page*, and *generate a click on that link*. The scanner also incorporates the Strider URL Tracer [6] to record all *third-party redirection domains* reached as a result of the visit. If a redirection domain belongs to a known spammer, the URL is flagged as spam; otherwise, further investigation to gather evidence of spam activities is required.

We found that the use of click-through cloaking is almost always an indication of spam because good websites do not engage in such deceptive behavior. Therefore, we propose a ***redirection-diff*** approach to turn spammers' cloaking techniques against themselves and use it as a detection mechanism [7]. Specifically,

we *scan each suspect URL twice – one with anti-cloaking and one without, compare the two vectors of redirection domains, and flag those that exhibit a difference in the comparison.*

Table 1 shows that redirection-diff can detect all eight cloaked URLs discussed so far with no false negatives. However, in practice, there are several possibilities for false positives: (1) some websites serve rotating ads from different domains. (2) Some websites rotate final destinations to distribute traffic among multiple downstream sites. (We use the term "***final destination***" to refer to *the URL in the address bar when all redirections have been finished*.) (3) Some web accesses may fail due to transient network or server problems. Although spam judgment is ultimately a subjective matter that requires humans to make the final determination, it is important for the tool to have a low false-positive rate in order to minimize expensive manual effort.

**Table 1** : Redirection-Diff – spam URL: [vector with anti-cloaking] vs. [vector without anti-cloaking] with diff highlighted in bold face

1. lawweekly.student.virginia.edu/wwwboard/messages/007. html: [4nrop.com, **raph.us, 8-d.com** ] vs. [4nrop.com]

2. www.intheribbons.com/win440/2077_durwood.html: [**gamblingfoo.com** ] vs. [none]

3. www.acp.edu/phentermine.dhtml: [**searchfeed.com** ] vs. [none]

4. www.naha.org/old/tmp/evans-sara-real-fine-place/index.html: [ppcan.info, **mp3sugar.com** ] vs. [ppcan.info]

5. buyviagralive.blogspot.com/: [blogger.com, **trafficmanager.info, 4youseurch.com** ] vs. [blogger.com]

6. lossovernigh180.blogspot.com/: [zeppele.com, **worlddatinghere.com, adultfriendfinder.com** ] vs. [zeppele.com, **follar-sexo-conocer.com** ]

7. mywebpage.netscape.com/superphrm2/order-tramadol.htm: [aol.com, atwola.com, doubleclick.net, advertising.com, adsdk.com, emaxrdr.com, **pillserch.com** ] vs. [aol.com, atwola.com, doubleclick.net, advertising.com, adsdk.com, emaxrdr.com, **spampatrol.org, statcounter.com** ]

8. www . mandevillechevrolet . com /: [**hqualityporn.com, dinet.info, frlynx.info, joutweb.net** ] vs. [none]

In practice, we found that the following modifications to the basic redirection-diff approach are effective in reducing false positives: (1) the majority of today's cloaked pages can be detected by comparing only the final destinations from the two scans (i.e., redirection-diff of size-1 vectors). (2) For each suspect URL, we can perform the scans and diff multiple times and exclude those that do not result in a consistent diff result (see Case #1 in Section 6). (3) Given a group of

URLs that are expected to exhibit a similar cloaking behavior, we can perform the scans and diff for each URL just once and exclude those that are not consistent with the rest of the group. For example, given a confirmed cloaked URL, we may construct a group of suspect URLs by examining domains hosted on nearby IP addresses [8] (see Cases #2~#6). We show in the next section that we have used this cloaked-spam hunting technqiue to successfully identify over 10,000 spam pages and hundreds of new spammer redirection domains.

## 6. Case Studies of C lick-Through Cloaking

### Case Study #1: False-positive Evaluation

In one experiment, human experts were given the top-10 results of a search benchmark, consisting of hundreds of keywords, from a major search engine, and they identified 736 URLs as spam. Since our goal was to establish a lower bound on the percentage of cloaked spam URLs, we compared only the final destinations in redirection-diff. The first scan of these 736 URLs flagged 53 of them as suspicious. The second scan excluded two of the 53 that had inconsistent diff results (both due to rotating final destinations). We then manually examined the remaining 51 and found that only one (***2%***) of them was a false positive, again due to rotating final destinations. The lower-bound cloaking percentage among spam URLs was therefore ***50/736=6.8%*** for this benchmark.

### Case Study #2 ~ #6: IP Subnet-based Spam Hunting

Table 2 shows the results from Case Study #2 ~ #6, in which we performed IP address-based spam hunting by starting with a seed URL that was successfully promoted into top search results (shown in the top row of each case). The second column shows the range of suspect IP addresses surrounding the one that hosted the seed URL. The third column shows the number of domains hosted on those IP addresses as well as the number of URLs we obtained for scanning by issuing a *"site:"* query for each domain.

The fourth column shows the number of cloaked URLs detected by our tool based on comparing final destinations only, and the fifth column shows the number of final destinations that were hiding through cloaking. In summary, we found that IP-based spam hunting was very effective, identifying ***33-99%*** of suspicious URLs as cloaked URLs in these five cases. In total, we discovered ***11,973*** unique cloaked URLs associated with ***241*** unique hiding final-destination domains, many of which were previously unknown spammer redirection domains.

**Table 2: IP Subnet-based Spam Hunting Results**

| | Suspicious IP address range | # domains / # scanned URLs | # cloaked URLs | # hiding final destinations |
|---|---|---|---|---|
| **#2** | moped-scooter.ngvjj.info/moped-motor-scooter.html | | | |
| | 217.11.233.224 ~254 | 325 / 8,444 | 6,926 ***(82%)*** | 110 |
| **#3** | spampatrol.org | | | |
| | 67.19.92.170 ~174 | 70 / 375 | 292 ***(78%)*** | 4 |
| **#4** | www.intheribbons.com/win440/2077_durwood.html | | | |
| | 69.59.158.96 ~111 | 17 / 750 | 743 ***(99%)*** | 21 |
| **#5** | mobile.qode.info/arabic-mp3-ringtone.html | | | |
| | 81.0.195.190 ~205 | 233 / 5,306 | 2,459 ***(46%)*** | 125 |
| **#6** | samsung.yourphoneonline.net/movie_fone | | | |
| | 66.29.15.128 ~135 | 94 / 4,649 | 1,553 ***(33%)*** | 2 |

Case #3 is unique in that the seed URL is not a cloaked URL, but rather a suspicious final destination for cloaked pages, as discussed previously. Our scan results show that a large percentage of sampled URLs hosted on its nearby IP addresses are cloaked URLs and they all share spampatrol.org as their bogus final-destination page, which clearly indicates that this is a fake spam-reporting page. (Interestingly, we discovered another similar spam-reporting site abusepost.com in a separate scan of cloaked URLs including hometown.aol.com/ftvgirls55/ftv.html.)

During the investigation of Case #6, we encountered an interesting false-positive issue due to *self-clicking ads-portal pages*. Some of the suspect URLs redirected to allishere.us/in.php?id=404 which was a final-destination, ads-portal page that would non-deterministically and automatically generate a click on one of the ads links if left unattended. That would change the recorded final-destination domain and introduce false diff results. Fortunately, we had thousands of suspect pages that followed the "template" cloaking behavior of the seed URL and generated the two vectors as [<one of two final destinations>] vs. [none]. So it was fairly easy to simply (conservatively) exclude those diff results caused by the random clicks.

### Case Study #7: Redirectio n-diff of Full Vectors

Taking this cloaked URL from Section 3.1.2 as a seed: www.acp.edu/phentermine.dhtml, we issued a *"site:www.acp.edu"* query to retrieve the top-1000 results and extracted 825 .dhtml URLs. Since this set of URLs do not land on a third-party final destination in either scan, they require a diff of the full redirection vectors. In the first pass of the analysis, our tool detected 554 (***67%***) of the 825 URLs as cloaked pages through the diff of [searchfeed.com] vs. [none]; the

remaining 33% did not generate any third-party traffic in either scan. Based on the observation that actual spam pages all fetched images from "www.acp.edu/images/" but none of the cloaked bogus pages did, we extended the redirection vector to include this non-third-party URL prefix and were able to confirm that all 825 URLs used cloaking.

In fact, we later discovered that this site was actually hosting a keyword-based ads engine that could generate an infinite number of clocked URLs. For example, visiting this arbitrarily constructed URL www.acp.edu/garbage-in-garbage-out.dhtml with our anti-cloaking scanner would return a list of ads based on the keywords *"garbage in garbage out"*, while visiting the URL directly would return a bogus page.

**Case Study #8: Malicious URL Spam Hunting**

Taking this malicious URL from Section 4 as a seed: mandevillechevrolet . com, we extracted 118 suspicious domains hosted on its nearby IP addresses. Since the cloaked malicious behavior was exhibited at the domain level, we scanned only the 118 domain-level pages. Our tool detected 90 (**76%**) of the 118 URLs as cloaked URLs that were hiding these three behind-the-scenes malicious domains: dinet.info, frlynx.info, and joutweb.net. When we re-scanned this group of URLs in mid-November 2006, these three domains were replaced by tisall.info, frsets.info, and recdir.org (hosted on the same pair of IP addresses 85.255.115.227 and 66.230.138.194), while the cloaking behavior remained the same.

## 7. Summary

Search engines have become such a dominating web portal that many spammers are willing to sacrifice all non-click-through traffic by using click-through cloaking in order to minimize the risk of getting caught and blacklisted. We have provided an in-depth analysis of stealth spam pages that use referrer-based cloaking to hide spammer-operated redirection domains from spam investigation. We have categorized cloaked pages at three levels: at the first level, we differentiate server-side cloaking, client-side cloaking, and combination techniques; at the second level, we distinguish advanced cloaking, which checks for spam investigation-style queries, from simple cloaking; at the

third level, we distinguish obfuscated scripts from plaintext referrer-checking scripts.

We have implemented an anti-cloaking scanner that always visits websites by clicking through search results in order to defeat all referrer-based cloaking techniques. We have also implemented a redirection-diff tool that turns the cloaking behavior into a spam detection mechanism. Through IP subnet-based spam hunting, we have been able to use the tool to discover over 10,000 cloaked pages that were hiding hundreds of spam-related redirection domains – a level of prevalence that came as a surprise to us. We have also shown that malicious website operators are using cloaking techniques as well, so it is important for automated exploit detection systems and human security investigators to adopt anti-cloaking techniques in their scanning and investigation.

## References

[1] Gyongyi, Z. and Garcia-Molina, H., "Web Spam Taxonomy," in *Proc. International Workshop on Adversarial Information Retrieval on the Web (AIRWeb)*, 2005.

[2] Wu, B. and Davidson, B.D., "Cloaking and Redirection: A Preliminary Study," in *Proc. AIRWeb*, 2005

[3] Chellapilla, K. and Chickering, D.M., "Improving Cloaking Detection Using Search Query Popularity and Monetizability," in *Proc. AIRWeb*, August 2006

[4] Niu, Y., Wang, Y. M., Chen, H., Ma, M., and Hsu, F., "A Quantitative Study of Forum Spamming Using Context-based Analysis," to appear in *Proc. Network and Distributed System Security (NDSS) Symposium*, 2007 (MSR-TR-2006-173)

[5] Wang, Y. M., Beck, D., Jiang, X., Roussev, R., Verbowski, C., Chen, S., and King, S., "Automated Web Patrol with Strider HoneyMonkeys: Finding Web Sites That Exploit Browser Vulnerabilities," in *Proc. NDSS*, February 2006.

[6] Wang, Y. M., Beck, D., Wang, J., Verbowski, C., and Daniels, B., "Strider Typo-Patrol: Discovery and Analysis of Systematic Typo-Squatting," in *Proc. 2nd Workshop on Steps to Reducing Unwanted Traffic on the Internet (SRUTI)*, July 2006

[7] Wang, Y. M., Beck, D., Vo, B., Roussev, R., and Verbowski, C., "Detecting Stealth Software with Strider GhostBuster," in *Proc. IEEE International Conference on Dependable Systems and Networks (DSN)*, June 2005.

[8] Reverse IP lookup, http://www.domaintools.com/reverse-ip/.

APPENDIX
43

# Improving Cloaking Detection Using Search Query Popularity and Monetizability

Kumar Chellapilla
Microsoft Live Labs
One Microsoft Way
Redmond, WA, USA 98052
+1 (425) 707-7575
kumarc@microsoft.com

David Maxwell Chickering
Microsoft Live Labs
One Microsoft Way
Redmond, WA, USA 98052
+1 (425) 703-5426
dmax@microsoft.com

## ABSTRACT

Cloaking is a search engine spamming technique used by some
Web sites to deliver one page to a search engine for indexing
while serving an entirely different page to users browsing the site.
In this paper, we show that the degree of cloaking among search
results depends on query properties such as popularity and
monetizability. We propose estimating query popularity and
monetizability by analyzing search engine query logs and online
advertising click-through logs, respectively. We also present a
new measure for detecting cloaked URLs that uses a normalized
term frequency ratio between multiple downloaded copies of Web
pages. Experiments are conducted using 10,000 search queries
and 3 million associated search result URLs. Experimental results
indicate that while only 73.1% of the cloaked popular search
URLs are spam, over 98.5% of the cloaked monetizable search
URLs are spam. Further, on average, the search results for top 2%
most cloaked queries are 10x more likely to be cloaking than
those for the bottom 98% of the queries.

## 1. INTRODUCTION

Cloaking is a hiding technique [11] used by some Web servers to
deliver one page to a search engine for indexing while serving an
entirely different page to users browsing the site. In short,
cloaking is the classic "bait and switch" technique applied to the
Web. The motivation behind cloaking is to distort search engine
rankings in favor of the cloaked page. Cloaking is commonly used
in conjunction with other Web spamming techniques. Spammers
can present the ultimately intended content to the Web users
(without traces of spam on the page), and, at the same time, send
a spammed document to the search engine for indexing.

In order for cloaking to be effective, the Web server must be able
to detect Web crawler clients reliably. This is typically achieved
by examining the client's: (a) user-agent string, and (b) IP
address. A Web server can identify the Web client using the user-
agent header in the HTTP request message. A few examples of
user-agent strings are:

Internet Explorer:
```
Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1)
```

Copyright is held by the author/owner(s).
*AIRWeb'06*, August 10, 2006, Seattle, Washington, USA.

MSNBot:
```
msnbot/1.0 (+http://search.msn.com/msnbot.htm)
```

GoogleBot:
```
Mozilla/5.0 (compatible; Googlebot/2.1;
+http://www.google.com/bot.html)
```

However, the user-agent strings are not strictly standardized and it
is really up to the requesting application what to include in the
corresponding message field. For example, it is common for less
popular Web browsers to mimic the user-agent strings of the
dominant browser to ensure a consistent browsing experience.
Nevertheless, search engine crawlers do identify themselves by a
name distinct from the ones used by traditional Web browser
applications.

A very reliable way of identifying the client requesting a Web
page is through its IP address. Some spammers maintain lists of
IP addresses used by search engines and identify Web crawlers
based on their matching IPs. These IP lists are easily available
online and are frequently updated.

The differences between the Web pages served to the search
engine crawler vs the user typically include: (a) making some text
on the page invisible (e.g. white-on-white, very small font size),
(b) using style-sheets to hide text, (c) using javascript to alter
page content when loaded in the Web browser, and (d) use of
javascript or "meta-refresh" to redirect the user to another page.

Since anyone can be an author on the Web, cloaking practices
naturally create a question of information reliability. Users
accustomed to trusting print media (newspapers and books) may
not be able, prepared or willing to think critically about the
information obtained from the Web [10]. As a result, most Web
search engines do not approve of cloaking and will permanently
ban such sites from their databases.

In this paper, we investigate the distribution of cloaking based
Web spam over two different query categories, namely popularity
and monetizability. Popularity of a query is proportional to the
frequency of occurrence in the search query logs. Monetizability
can be defined to be proportional to the number of user clicks and
the amount of revenue generated by user clicks on sponsored ads
(paid advertisements) served alongside search results. Most major
search engines serve online ads and keep track of their usage
statistics. We mine these logs to obtain popularity and
monetizability scores for search queries. In this paper, these

scores are used only to extract the top N queries from search and ad logs.

Section 2 presents some background on Web spam, online advertising, and cloaking. We argue that attracting online users to commercial Web sites for the purposes of increasing their monetization is a significant source of Web spam. Query popularity and monetizability are introduced in Section 3 along with strategies for combating Web spam. Sections 4 and 5 present cloaking detection experiments and their results. Section 6 concludes with a brief discussion of the experimental results presented in this paper and potential future work.

## 2.  BACKGROUND AND RELATED WORK

### 2.1  Adversarial Aspects of Web Spam

One common definition of Web spam [9,11] is: "A Web page created for the sole purpose of attracting search engine referrals (to this page or some other "target" page)." Owing to such a broad definition, classifying a Web page as spam is inherently ambiguous. In many cases, determining whether a Web page is spam (or not) is ultimately a judgment call. For example, some Web pages have very little useful content, are badly formatted, and are borderline useless, but are not spam. Some other pages look fine in isolation, but in context are clearly spam.

Several approaches based on statistical analysis and machine learning have been proposed for detecting spam pages [4,9,12, 14,19-20]. However, none of them are guaranteed to succeed against all spammers. When search engines counteract Web spam using these approaches, they simply escalate the arms race: the approaches work for a short period of time while the spammers move to more successful and newer strategies.

Detecting Web spam is inherently an adversarial problem. Static machine learning based approaches do not do well against such adversarial problems. Spam classifiers need to be updated often or should be capable of learning online. Online learning requires a constant source of labeled data which can be expensive. Web spam is similar to other common adversarial problems such as e-mail spam and computer viruses that are contained but are not likely to be solved in the near future. The best systems continuously monitor performance and frequently update themselves.

### 2.2  Motivation behind Web Spam

Search engine optimization (SEO) is a legitimate way to improve traffic to commercial sites. The preferred approach is to ensure that the search engine spider can find and index the site and to improve overall site quality by offering added value to online users. Online advertising can be used to further improve traffic, but requires extra capital investment.

Most major search engines sell advertising keywords. Vendors can bid directly on these advertising keywords and have their commercial links served alongside search results. When search engines serve sponsored ads, they are clearly marked so that users can tell them apart from search results easily. Web spammers on the other hand act as intermediaries and sell search ranks for specific queries to businesses [12]. These ranks are achieved through various spamming techniques. Since these commercial sites are ranked inline with the other genuine search engine results, online users cannot tell them apart.

The overall motivation for most Web spamming approaches is monetizability. Simple conversion ratios such as impression-to-click and click-to-sale numbers determine how profitable an online business is. Many businesses can increase business revenue simply by increasing traffic to their site (all else being the same). The difference between white hat and black hat SEOs is mostly a difference of means rather than the ends. However, exceptions do exist. For example, Google bombers[1] [6] may not be completely motivated by money. However, we believe that non-monetary motivations for Web spam are secondary and as a result not as wide spread.

Similar monetizability arguments have been a rich source of robust approaches for fighting e-mail spam [3,7]. Understanding the monetization strategies of common Web spammers and designing approaches that increase their operating costs is a promising approach to combating Web spam.

### 2.3  Internet Advertising and the Generalized Second Price Auction

The search engine is not only a tool for searching the Web, but also an advertising platform for ones business and services of companies. Search engines sell online advertising through an auction process where advertisers bid for specific keywords and phrases. A brief description of the Generalized Second Price (GSP) auction [8] is presented below:

When a Web user enters a search query into a search engine, he gets back a page with results, containing both the links most relevant to the query and the sponsored links, i.e., paid advertisements. The presentation ensures that ads are clearly distinguishable from the actual search results. Different searches yield different sponsored links. Advertisers target their ads based on query keywords and/or phrases. For instance, if a travel agent buys the word "Hawaii," then each time a user performs a search on this word, a link to the travel agent will appear on the search results page. When a user clicks on the sponsored link, he is sent to the advertiser's Web page. The user click constitutes a referral to the advertiser from the search engine. The advertiser then pays the search engine for referring the user, hence the name—"pay-per-click" pricing.

The number of ads that the search engine can show to a user is limited, and different positions on the search results page have different desirabilities for advertisers. Preliminary eye tracking studies indicate a triangular region (Golden Triangle) of maximum visibility on the search results page [21]. The golden triangle is a right angled triangle aligned along the top of the first search result and the left side of the results page. It extends from the left top of the results page over to the top of the first result, then down to a point on the left side about three quarters of the way down the page. Generally, this area includes top sponsored links, top organic results and alternative results, including shopping, news or local suggestions. An ad shown at the top of a page is more likely to be clicked than an ad shown at the bottom.

---

[1] Search engines associate the anchor text that is used to link to a page with that page. By referring to target pages with anchor terms that have a negative connotation, malicious sites can cause these targets to become search results for negative query terms [6].

Hence, search engines need a system for allocating the positions to advertisers, and auctions are a natural choice. Currently, the mechanisms most widely used by search engines are based on GSP.

In the simplest GSP auction, for a specific keyword, advertisers submit bids indicating the maximum price they are willing to pay. When a user enters a keyword, he receives search results along with sponsored links, the latter shown in decreasing order of bids. In particular, the ad with the highest bid is displayed at the top, the ad with the next highest bid is displayed in the second position, and so on. If a user subsequently clicks on an ad in position $k$, that advertiser is charged by the search engine an amount equal to the next highest bid, i.e., the bid of an advertiser in position $k + 1$. If a search engine offered only one advertisement per result page, this mechanism would be equivalent to the standard second price, or Vickrey-Clarke-Groves (VCG), auction [13]. With multiple positions available, the GSP generalizes the second price auction (hence the name). Here, a winner pays the next highest bidder's bid. Modified versions of GSP are used by Google AdWords[2], Yahoo Search Marketing (SM)[3] and MSN AdCenter[4]. For example, one common modification is to combine the advertisers bid price with the expected click-through-rate (CTR) to compute an expected monetization score. Sponsored links are presented in decreasing order of expected monetization.

## 2.4  Semantic and Syntactic Cloaking

Cloaking behavior that is aimed at manipulating the search engine is defined as semantic cloaking [19]. The exact definition of semantic cloaking varies from search engine to search engine. On the other hand, syntactic cloaking is a simpler and more basic variant of cloaking. Syntactic cloaking implies that different content is served to automated crawlers vs Web browsers, but not different content to every visitor. Dynamic Web pages that serve different pages to every visitor would not be syntactically cloaking, but could be semantically cloaking. In this paper, our operating definition for cloaking is more than just syntactic cloaking. Syntactic cloaking is definitely cloaking, but dynamic Web pages are also addressed to some extent (see Section 6).

## 3.  POPULARITY AND MONETIZABILITY

Monitoring, evaluating, and understanding user behavior and preferences is crucial for search engine development, deployment, and maintenance. Search engines model and interpret user behavior to improve ranking, click spam detection, Web search personalization, and other tasks [1,2,17]. Further, for billing and reporting purposes every impression, user click, and referral relating to each sponsored link are also logged. We propose mining these logs to determine query popularity and monetizability. Such query categorization has been valuable for improving collaborative Web search [15-17].

## 3.1  Query Popularity

We define the popularity of a query to be proportional to the number of times it occurs in the query logs during a specific time period. Using this definition one can compute query lists such as the top 10 popular search queries for a day, a month, or even a year. Most major search engines publish these results online at different granularities. Table 1 presents a list of common sources of popular queries. The list of top 5000 most popular queries was computed from MSN Search query logs. In this paper, we examine the cloaking properties of search results from these top 5000 popular queries from Google[5], MSN Search[6], and Ask.com[7].

**Table 1. Common sources of popular queries**

| Engine | URL |
|---|---|
| Google Zeitgeist | http://www.google.com/press/zeitgeist.html |
| Yahoo Buzz Index | http://buzz.yahoo.com/ |
| MSN Search Insider | http://www.imagine-msn.com/insider/ |
| Ask.com IQ | http://sp.ask.com/en/docs/iq/iq.shtml |
| AOL Hot Searches | http://hotsearches.aol.com/search/hotsearch.jsp |
| Dogpile Search Spy | http://www.dogpile.com/info.dogpl/searchspy/ |
| Lycos 50 | http://50.lycos.com/ |

## 3.2  Query Monetizability

Computing the monetizability of a query is not as straight forward as computing its popularity. Advertisers can bid for a single keyword, a keyword and additional search terms, or a phrase. The bidding process can be blind or open, i.e., each bidder's bid price and identity may or may not be disclosed to other bidders[8]. Three different types of matches are typically possible: broad match, phrase match, and exact match. Some providers support negative or excluded keywords also. The advertiser also picks the type of matching done between the user search query and the bids. A broad match occurs when the user query contains all of the keywords (in any order). Bid keywords may be expanded to include plurals and relevant variations. Phrase match occurs when all bid keywords occur in the prescribed order in the search query. Both broad and phrase matches allow extraneous query words. Exact matching occurs only when the search query matches the bid phrase exactly. No extraneous terms are allowed. The occurrence of negative or excluded keywords in the search query suppresses any matching. The matching sponsored links are ranked based on relevance, monetizability (combination of bid price and CTR), and other factors.

In this paper, we define the monetizabilty of a specific query to be proportional to the total revenue generated by sponsored ads

---

[2] http://adwords.google.com/select/

[3] http://searchmarketing.yahoo.com/

[4] http://adcenter.msn.com/

[5] http://www.google.com

[6] http://search.msn.com

[7] http://www.ask.com

[8] For example, Yahoo SM auctions are not blind while Google's AdWords and MSN's AdCenter's auctions are blind. Further, not only the bid-price but the bidding advertiser might be disclosed during these auctions.

served along side the search results (for that query) during a specific time period. The list of top 5000 most monetization queries over a single day were computed from MSN Search's advertisement logs. Note that the ad logs are used only to obtain the top 5000 monetizable queries and their ranks. For simplicity, we do not use their monetization scores. For each of these top 5000 monetizable queries, we examine the cloaking properties of the resulting top 200 search results from Google, MSN Search, and Ask.com.

## 4. DATA SETS

### 4.1 Query Data Sets

We use two lists of 5000 queries each in the experiments. The first list is the set of the top 5000 most popular search queries computed over one month. The second list is the set of the top 5000 most monetizable search queries over one day. The former was obtained by processing search query logs, while the latter was obtained by processing ad logs. Both logs were obtained from the MSN search engine. 826 queries (17%) were the same between the two lists.

### 4.2 URL Data Sets

For each query, the top 200 search results were obtained from three search engines: Google, MSN Search, and Ask.com. On every search engine, each unique query was looked up only once. Each query produced 600 search result URLs which typically contain several duplicates. Each set of 5000 queries generated 3 million URLs. Overall, the 5000 popular queries generated 1.49 million unique URLs (popular set), and the top 5000 monetizable queries generated 1.28 million unique URLs (monetizable set). Each unique URL was processed only once.

Current search engines already employ numerous but unknown anti-spam mechanisms. In our analysis, we assume that such Web spam filtering/removal techniques are uniformly applied to the 200 search results and the 5000 queries. This is likely the case for automated filtering that is applied to the whole index, for example during the crawling phase. Manual Web spam removal is one special case where this assumption may not be invalid. Given its expense, manual filtering is likely to be limited to the top few (top 10 or top 20) search results for the most popular queries. Since we are looking at the top 200 results for the top 5000 queries, we conjecture that the impact of filtering on the overall results reported in this paper is small.

## 5. CLOAKING DETECTION RESULTS

We use a modified version of the syntactic cloaking detection algorithm from [19]. For each URL, up to four copies of the Web page, denoted by $C_1$, $B_1$, $C_2$, and $B_2$, are downloaded and compared. There are several stages where an early out is possible making the modified procedure more efficient. During the download process, many of the non-cloaked pages are detected through simple HTML string comparisons, HTML to text conversion, and text string comparisons. Normalized term frequency difference (NTFD) is subsequently used to compute a cloaking score and used to further reduce the set of possibly cloaked URLs. Finally, using labeled data, a threshold for the cloaking score is chosen to classify remaining URLs. A flow chart depicting the different stages is presented in Figure 1.

### 5.1.1 Downloading Web Pages

The first copy of the URL ($C_1$) was obtained by mimicking a popular Web crawler (MSNBot) and the second ($B_1$) was obtained using a common Web browser's (Internet Explorer) agent string. The *user-agent* strings for MSNBot and Internet Explorer were set to those given in Section 1. These first and second copies were checked for identical HTML content (simple string comparison). If they were identical, the URL was marked as not cloaked. About 70–75% of the URLs fell under this category. The HTML content for the remaining 25–30% was converted to plain text and directly compared (simple string comparison). At this stage, about 13.5% of the URLs produce identical text streams and are marked as not-cloaked. The text streams are tokenized (using white space) and their term frequencies are computed. About 0.5% of the URLs produce identical term frequencies. The remaining URLs (about 12%) with differing text content were downloaded two more times to obtain a third (MSNBot, $C_2$) and a fourth (Internet Explorer, $B_2$) copy. These were then converted to text and their term frequencies calculated. Note that at the end of the download process those URLs with only ($C_1$, $B_1$) pair of pages are not-cloaked (by definition). The remaining URLs have four copies ($C_1$, $B_1$, $C_2$, and $B_2$) and need further processing.

Each of the copies ($C_1$, $B_1$, $C_2$, and $B_2$) was asynchronously crawled using different crawler threads. For example, all $C_1$ copies were crawled by the first crawler thread. Similarly, all $B_1$, $C_2$, and $B_2$ copies were crawled by the first browser thread, the second crawler thread, and the second browser thread, respectively. The ordering of initiating URLs downloads was the same for all four threads (with the exception of early out scenarios where URLs were skipped by the $C_2$, and $B_2$ threads).

In the event of a download failure, the download was reattempted once. URLs that failed download twice were dropped from analysis. For both the popular and monetizable query URL sets, less than 3% of the URLs failed to download. Overall, on average of about 2.1 downloads are done per unique URL.

### 5.1.2 Normalized Term Frequency Difference

A simple normalized term frequency difference (NTFD) between the four copies was used in computing a cloaking score. Let $T_1$ and $T_2$ be sets of terms from two Web pages after conversion and tokenization. Note that $T_1$ and $T_2$ may contain repeats. The normalized term frequency difference is computed as

$$D(T_1, T_2) = \frac{\left| (T_1 \setminus T_2) \cup (T_2 \setminus T_1) \right|}{\left| (T_1 \cup T_2) \right|} = 1 - 2 \frac{\left| (T_1 \cap T_2) \right|}{\left| (T_1 \cup T_2) \right|}$$

Where |.| is the set cardinality operator and all set operations are extended to work with sets with repeated terms. $(T_1 \setminus T_2)$ is the set of terms in the first page but not in the second page, $(T_2 \setminus T_1)$ is the set of terms in the second page but not in the first page, and $(T_1 \cup T_2)$ is the aggregation of terms in both pages. The normalization by the $(T_1 \cup T_2)$ term reduces any bias that stems from the size of the Web page. The NTFD score for any pair of Web pages lies in [0,1]. In essence, for the same $D(T_1, T_2)$, value, larger Web pages are allowed to have more terms that are different between the two pages. We note that the normalized term frequency difference is symmetric, i.e.,

$$D(T_1, T_2) = D(T_2, T_1)$$

The above term-based page-difference score is quite simple and disregards the semantic and layout structure of page content. Further, all sections of the Web page (navigation, header, footer, advertisements, etc) are treated equally[9].

We note that this score differs significantly from that proposed in [19]. Instead of using the cardinality of all the terms in the web pages, a "bag of words" method is used in [19] for analyzing the Web pages. They parse the HTML into terms and only count each unique term once no matter how many times this term appears. Further, they do not normalize the term set difference which could potentially bias the score against large Web pages.

### 5.1.3  Cloaking Test

As described in Section 5.1.1, many of the URLs are marked as non-cloaking during the download process itself. The remaining URLs end up with four downloaded versions ($C_1$, $B_1$, $C_2$, and $B_2$). The NTFD score for these four Web page versions is used to obtain a cloaking score, $S$, given by

$$S = \frac{\Delta_D}{\Delta_S}$$

Where $\Delta_D$ is the smaller of the NTFD values for the two cross-pairs of Web pages ($C_1, B_1$) and ($C_2, B_2$), and $\Delta_S$ is the larger of the NTFD values for the two similar-pairs of Web pages ($C_1, C_2$) and ($B_1, B_2$). Mathematically,

$$\Delta_D = \min(D(C_1, B_1), D(C_2, B_2))$$

$$\Delta_S = \max(D(C_1, C_2), D(B_1, B_2))$$

The simple divide-by-zero cases are resolved as follows: (a) If $\Delta_S$ = 0 and $\Delta_D$ = 0, the URL is marked as non-cloaked ($S = 0$), (b) If $\Delta_S$ = 0 and $\Delta_D > 0$, the URL is marked as cloaked ($S = \infty$). At this stage all of the dynamic Web pages are identified using:

$$0 < S < \infty \Rightarrow \text{ dynamic URLs}$$

A subsequent threshold test is used to find cloaked pages:

$$0 < t < S \Rightarrow \text{ cloaking spam}$$

For each of the URL sets (popular and monetizable) 2000 URLs were randomly sampled from the set of dynamic URLs and manually labeled as spam or no-spam.



Figure 1. Cloaking detection procedure. The pair of percentages indicate number of classified / unclassified URLs at each stage for the popular and monetizable URLs, respectively.

---

[9] We plan to explore more advanced methods for computing page difference scores based on page and link content in future work.



**Figure 2. Precision-Recall curve for popular and monetizable URL sets as a function of the cloaking score threshold, $t$.**

Figure 2 shows the precision-recall curve for various values of the threshold $t$. The precision and recall values and their associated thresholds are also presented in Table 2. As the value of $t$ increases, recall gradually decreases. Precision starts out high at low values of recall and quickly reaches a final value around 75% for popular URLs and a value of 98.5% for monetizable URLs.

All three commonly used F−measures: $F_1$, $F_{0.5}$, and $F_2$, reach the highest value at a threshold of 0.0. where the recall is 100% and the precision is 73.12% and 98.54% for popular and monetizable URLs, respectively. This clearly indicates that the cloaking score is a very good indicator of cloaking spam. A threshold of 0 implies that all pages marked as dynamic using

$$0 < S < \infty \Rightarrow \text{dynamic URLs}$$

can be classified as cloaking spam. Overall, we estimate that 5.99% (=8.2*0.731) of popular query results and 9.66% (=9.8*0.985) of all monetizable queries employ cloaking spam.

**Table 2. Precision, Recall, and Thresholds for classifying URLs as cloaking spam using their cloaking score**

| Recall | Precision (threshold, $t$) | |
|---|---|---|
| | Popular URLs | Monetizable URLs |
| 10 | 85.74 (19.93) | 100.00 (15.11) |
| 20 | 81.72 (1.98) | 99.91 (1.28) |
| 30 | 75.33 (1.10) | 98.77 (0.97) |
| 40 | 76.65 (0.94) | 98.56 (0.87) |
| 50 | 77.39 (0.78) | 98.79 (0.77) |
| 60 | 77.81 (0.53) | 98.72 (0.56) |
| 70 | 77.88 (0.27) | 98.59 (0.32) |
| 80 | 75.86 (0.11) | 98.34 (0.07) |
| 90 | 73.26 (0.02) | 98.46 (0.004) |
| 100 | 73.12 (0.00) | 98.54 (0.000) |

Note that the above percentages are mean values over all 5000 queries. Figure 3 shows the distribution of cloaking spam URLs over different queries. Both popular and monetizable queries were *independently* sorted such that the percentage curves are monotonically decreasing with increasing sorted query rank. Note that these two query sets are not the same. They have only 17% of the queries in common. We note that, on average, the top 100 (2%) most cloaked queries have 10x as many cloaking URLs in their search results than the bottom 4900 queries (98%). This skewed distribution gives an effective way of monitoring and detecting cloaked URLs. By starting with the most cloaked queries once can efficiently and quickly identify cloaked URLs.



**Figure 3. The distribution of cloaking spam URLs over different queries. Both popular and monetizable queries were independently sorted such that the percentage curves are monotonically decreasing with increasing sorted query rank.**

## 6. DISCUSSION AND FUTURE WORK

Cloaking is a search engine spamming technique that reduces the reliability of Web page information that is widely accessible through the search engine. Web sites that deliver one page to a search engine for indexing while serving an entirely different page to users browsing the site inherently hurt the search engine's credibility and waste internet users' time.

In this paper, we showed that the degree of cloaking among search results depends on query properties such as popularity and monetizability. Query popularity and monetizability were estimated based on whether a given query belonged to the popular set of URLs or monetizable set of URLs (or both). We also presented a new cloaking detection algorithm based on normalized term frequency difference scores and demonstrated its effectiveness in identifying cloaking spam pages on a dataset of 3 million URLs obtained using 10,000 search queries.

The proposed cloaking detection algorithm has a very high accuracy in detecting cloaked spam pages in monetizable query results. Moderate accuracy is also achieved for popular queries. By combining a matching model (query ⇔ bid keywords) similar to that used in for serving online advertisements with search

query and advertising logs, one can estimate the popularity and monetizability of arbitrary queries. Such estimates may be valuable in prioritizing URLs to be tested for cloaking spam. We hope to pursue these ideas in our future work.

## 7.  ACKNOWLEDGMENTS

We would like to thank Ahmad Abdulkader and Chris Meek for very useful and productive discussions on Cloaking detection. We would also like to thank Chau Luu for help with our spam labeling efforts.

## 8.  REFERENCES

[1]  E. Agichtein, E. Brill, S. Dumais, R. Ragno (2006), "Learning User Interaction Models for Predicting Web Search Result Preferences," To appear in SIGIR'2006: 29th Annual International ACM SIGIR Conference on Research & Development on Information Retrieval, Seattle.

[2]  E. Agichtein, E. Brill, S. Dumais (2006), "Improving Web Search Ranking by Incorporating User Behavior," To appear in SIGIR'2006: 29th Annual International ACM SIGIR Conference on Research & Development on Information Retrieval, Seattle.

[3]  A. Back (2002), "Hash cash - a denial of service counter-measure," Technical. Report. Available at: http://citeseer.ist.psu.edu/back02hashcash.html

[4]  A. Benczúr, K. Csalogány, T. Sarlós and M. Uher (2005), "SpamRank – Fully Automatic Link Spam Detection," In 1st International Workshop on Adversarial Information Retrieval on the Web, May 2005.

[5]  B. Davison (2000), "Recognizing Nepotistic Links on the Web," In AAAI-2000 Workshop on Artificial Intelligence for Web Search, July 2000.

[6]  I. Drost and T. Scheffer (2005), "Thwarting the negritude ultramarine: Learning to identify link spam." In Proceedings of European Conference on Machine Learning, pages 96-107, Oct. 2005.

[7]  C. Dwork, A. Goldberg, and M. Naor (2003), "On Memory-Bound Functions for Fighting Spam," Proceedings of the 23rd Annual International Cryptology Conference (CRYPTO 2003), pp. 426-444, Santa Barbara, CA, August 2003.

[8]  B. Edelman, M. Ostrovsky, and M. Schwarz (2005), "Internet Advertising and the Generalized Second Price Auction: Selling Billions of Dollars Worth of Keywords," November 2005, NBER Working Paper No. W11765 Available at SSRN: http://ssrn.com/abstract=847037

[9]  D. Fetterly, M. Manasse, and M. Najork (2004), "Spam, damn spam, and statistics: Using statistical analysis to locate spam Web pages," In Proceedings of WebDB, pages 1-6, June 2004.

[10]  L. Graham and P. T. Metaxas (2003). "Of course it's true; I saw it on the internet!": Critical thinking in the internet era. Commun. ACM, 46(5): 70–75, 2003.

[11]  Z. Gyöngyi and H. Garcia-Molina (2005), "Web spam taxonomy," In First International Workshop on Adversarial Information Retrieval on the Web (AIRWeb'05), Chiba, Japan, 2005.

[12]  Z. Gyöngyi, H. Garcia-Molina and J. Pedersen, "Combating Web Spam with TrustRank," In 30th International Conference on Very Large Data Bases, Aug. 2004.

[13]  V. Krishna (2002). *Auction Theory*, Academic Press, 2002.

[14]  A. Ntoulas, M. Najork, M. Manasse, and D. Fetterly (2006), "Detecting Spam Web Pages through Content Analysis," In Proceedings of the World Wide Web Conference 2006 (WWW'06). pp. 83-92, Edinburgh, United Kingdom, May 23-26, 2006.

[15]  D. Shen, J-T. Sun, Q. Yang, Z. Chen (2006), "Building Bridges for Web Query Classification," In Proceedings of the 29th ACM International Conference on Research and Development in Information Retrieval (SIGIR'06). Seattle, USA, August 6-11, 2006.

[16]  D. Shen, R. Pan, J-T. Sun, J. J. Pan, K. Wu, J. Yin and Q. Yang (2005), "Q2C@UST: Our Winning Solution to Query Classification in KDD Cup 2005," SIGKDD Explorations. Volume 7, Issue 2, December 2005.

[17]  C. Silverstein, H. Marais, M. Henzinger, and M. Moricz (1999), "Analysis of a Very Large Web Search Engine Query Log. SIGIR Forum," 33(1):6--12, 1999.

[18]  J-T. Sun, X. Wang, D. Shen, H-J. Zeng, Z. Chen (2006), "Mining Clickthrough Data for Collaborative Web Search," In Proceedings of the World Wide Web Conference 2006 (WWW'06). pp. 947-948, Edinburgh, United Kingdom, May 23-26, 2006.

[19]  B. Wu and B. D. Davison (2005) "Cloaking and Redirection: A Preliminary Study," In Proceedings of AIRWeb'05, May 10, 2005, Chiba, Japan.

[20]  Baoning Wu and Brian D. Davison. (2006), "Detecting Semantic Cloaking on the Web," Accepted in 15th International World Wide Web Conference, Industrial Track, Edinburgh, Scotland, May 22-26, 2006.

[21]  "Did-it, Enquiro, and Eyetools Uncover Google's Golden Triangle: *New Eye Tracking Study verifies the importance of page position and rank in both Organic and PPC search results for visibility and click through in Google.*" Available at http://www.prweb.com/releases/2005/3/prweb213516.htm

APPENDIX
44





# TRAFFIC DIRECTION SYSTEMS AS MALWARE DISTRIBUTION TOOLS



Maxim Goncharov

A 2011 Trend Micro Research Paper


## ABSTRACT



Directing traffic to cash in on referrals is a common and legitimate method of making money on the Internet. It should not, therefore, be surprising for the same to be true in the illegitimate world of cybercrime. So-called traffic direction systems (TDSs) have reached a high level of sophistication. This research paper will show how such systems work, how these are utilized by cybercriminals, and what the security industry can do about this.

First, we will take a look at how TDSs work by looking at HTTP header redirection. Then we will look at and compare how TDSs use iframes and *Flash*-based applications to distribute malware.

Cybercriminals try to maximize the effectiveness of TDSs in order to profit as much as possible from their exploits. This paper will also show how time, region, and installed software influence TDSs by looking at the various tools that are currently available in the market.

Cybercriminals strongly utilize TDSs to determine traffic type, which will aid them in directing users to certain malicious sites and in determining what malicious payloads to execute on particular systems. Some malware may also be the end result of a particular TDS's series of redirections, making it a malware infection vector.

What then can we do as part of the security industry?

TDSs present several challenges with regard to malware sample sourcing and malicious URL detection, as these are capable of detecting the use of security tools and often initiate avoidance tactics. A naïve approach to looking at TDSs may, therefore, result in bogus findings and possible damage to the systems of innocent users. This paper will show how we can protect users by actively detecting and blocking the TDSs they may be entangled in.





**RESEARCH PAPER**

THREAT TRENDS AND SECURITY ISSUES DIRECT FROM THE EXPERTS

## WEB TRAFFIC

In this research paper, "traffic" refers to high-level activities such as clicking a link but not to low-level traffic that travels through network switches and cables. In other words, it will talk about "web traffic."

Web traffic is usually initiated by users via the use of web browsers. It begins with a click to access a URL. Traffic flow starts with a mouse click, which sends browser information to a server that uses predetermined rules and methods to obtain user browser requests. Based on these rules, the server then decides what action is needed.

Dispatching web traffic is now widely used on the Internet to direct unknowing users to hover over an embedded iframe on a site. The continuous increase of Internet users each year is motivating online shop, gambling site, and botnet owners to take control of users' moves to point them to their sites.





# RESEARCH PAPER
## THREAT TRENDS AND SECURITY ISSUES DIRECT FROM THE EXPERTS

## SAMPLE TDS TECHNICAL ANALYSIS

Several means to redirect traffic exist, some of which are only used to redirect targeted users of very popular software or applications. However, all web traffic redirection techniques intend to lead unknowing users to a certain site. The following are some of the more well-known web traffic redirection techniques:

- Server-side redirection
- Refresh meta tag and HTTP refresh header redirection
- iframe redirection
- *Flash*-based redirection
- Video redirection
- Simple or complicated TDS redirection

Websites or web servers behave differently based on users' system settings. If a transnational company has several sites, localization servers are identified by the number *l10n* while internationalization servers are identified by the number *i18n*. This means that users first contact some kind of script in the middle and, depending on their web client information, they are redirected to the right sites.

Some sites lead users to different site sections or to totally different sites, depending on certain web client information. A good example of these is a huge corporation's site that points users to the right pages, depending on their systems' language settings, OS types, and browsers.

Figure 1 shows how a huge corporation's site in the middle points users from the main site to localized versions.



***Figure 1.*** *Site in the middle behavior*

The site in the middle can, however, be more complicated than that shown in Figure 1. It can use additional modules to process user requests based on certain information and to make a multi-optional selection in order to know what server the user should be directed to.



# RESEARCH PAPER
## THREAT TRENDS AND SECURITY ISSUES DIRECT FROM THE EXPERTS

Some sites use more sophisticated methods in order to attract clicks and to direct users to the proper locations via databases and additional interfaces that help control traffic called TDSs (see Figure 2). Databases, redirection gateways, logging information storage devices, and web interfaces control all possible redirection means in TDSs.



*Figure 2.* Structure of sites that use TDSs

A TDS requires additional file storage devices for logs and web browser functionality components that support *mod_rewrite*-like procedures.

TDSs serve a wide range of functions such as selling pharmaceutical products, exploiting system vulnerabilities using malicious codes, executing SMS games, redirecting unsuspecting users to adult sites, instigating blackhat search engine optimization (SEO) attacks, and others.





# RESEARCH PAPER
## THREAT TRENDS AND SECURITY ISSUES DIRECT FROM THE EXPERTS

## TDS FUNCTIONALITY

### Traffic Direction

Most of the current known TDS set-ups have almost the same functionality to help their owners control web traffic. A TDS's functions can be categorized into three types—controlling traffic direction, filtering unwanted traffic, and collecting traffic statistics.

Controlling traffic direction is the most important and primary function of a TDS. To control web traffic direction, a TDS can use the dimensions in Figure 3.

```
GET /1/1/typical.php HTTP/1.1 Accept:
image/gif, image/x-xbitmap, image/
jpeg, application/x-shockwave-flash,
*/* Referer: http://www.trendmicro.
com/news Accept-Language: en-us UA-CPU:
x86 Accept-Encoding: gzip, deflate User-
Agent: Mozilla/4.0 (compatible; MSIE
7.0; Windows NT 5.1; .NET CLR 2.0.50727)
Host: www.just-a-site.com Connection:
Keep-Alive
```

*Figure 3. Dimensions that TDSs use*

The TDS dimensions in Figure 3 have the following components:

1. **Browser (user agent):** This refers to a web browser's version and its equivalent version as delivered by the web agent (browser) to the web server. This information, of course, can easily be spoofed but most Internet users use their browsers as is, making the user-agent information a TDS gathers relevant in most cases.

2. **OS:** This refers to the OS's version and its equivalent version as delivered by the web agent (browser) to the web server.

3. **IP geolocation:** Based on a web agent's IP address, a TDS can easily determine where the user is originally from. Lists of the geographic locations of IP addresses are offered as downloadable databases by various companies. These are primarily used to obtain information on their owners' physical geographic locations. Privately owned companies that collect this kind of information from "open" sources normalize it. They usually offer this data for free or for a minimal fee if it comes with additional information such as each user's region and city as well as daily updates.

4. **Time frame:** This is important so that TDS owners can gauge at what exact times they can monetize user clicks. This parameter is highly used by the owners of adult and pharmaceutical sites. It helps TDS owners determine when each user is most likely to click objects that lead to their sites and to be tempted to buy their bogus products or services.

5. **Referral:** This specifies where a user came from and what referral information filtering application the TDS should use. It controls where a user should be taken to, depending on where he/she originated. Technically, it is used by partner and affiliate programs to calculate how many clicks each particular redirector made.

6. **Web agent local language settings:** These are the most widely used parameters in filtering and directing web traffic for malware distribution, for adult and gambling site redirection, and for other applications. These help TDS owners determine what language a user prefers so he/she can be directed to the proper localized site.



**RESEARCH PAPER**

THREAT TRENDS AND SECURITY ISSUES DIRECT FROM THE EXPERTS

## Traffic Filtering

Filtering unwanted traffic is another important functionality that TDS owners use to filter unwanted or dangerous web traffic from their sites or to keep their systems hidden from security companies' search engine crawlers. Traffic filtering is implemented based on the same information used for directing traffic and works in almost the same way. Unlike traffic direction, however, traffic filtering directs most of the unwanted traffic to the most popular sites (see Figure 4).



*Figure 4. Traffic filtering functionality's structure.*

Figure 4 shows that web traffic is usually filtered then directed from the very beginning while writing information to a database or a text file at the same time for future statistical means. TDS owners that use the traffic filtering functionality usually redirect unwanted requests to the most popular legitimate sites in order to hide their systems' main function. For example, security companies that scan lists of possibly malicious URLs and IP addresses are filtered by malicious TDS owners to block the HTTP requests of antivirus crawlers. This instead directs security experts to nonmalicious legitimate sites such as *Yahoo!* and *Google*.





# RESEARCH PAPER
## THREAT TRENDS AND SECURITY ISSUES DIRECT FROM THE EXPERTS

## Why Site Owners Consider TDSs Instrumental

Every TDS owner primarily wants to direct web traffic without losing it. To do so, they need to use several instruments that were primarily developed to gather and direct traffic to wherever they want (see Figure 5). Most of the software designed for controlling web traffic consists of server-side scripting applications. In some cases, these use databases as storage devices for control rules and for logging information.



*Figure 5. Additional TDS modules*

### IL TDS

*IL TDS* was developed by the online SEO community known as "FreeIl.net" in 2009. A modified version was released in 2010. *IL TDS* is primarily used in SEO although it has also been used for malware distribution.

### Simple TDS

*Simple TDS* is widely used for SEO as well as for small- and medium-scale pay-per-install (PPI) projects. Many adult or pornographic and online shop sites use it as well. It is interesting to note that *Simple TDS* was developed in late 2008, after which its owner ceased development. Some traffic and SEO activists continued developing concurrent versions using the original code base. Most of the *Simple TDS* versions used for traffic direction nowadays are probably post-development projects.

### Sutra TDS

*Sutra TDS* is currently the most advanced and most powerful TDS software with the ability to process millions of requests per day. It was designed to process a significant number of logs in real time in order to tune up redirection rules. It was developed in 2003 and has been constantly updated since then, hence the stable releases to date. It is unique in that it uses a combination of *FastCGI* and a self-developed *C* code without affecting the infrastructure of its database. As such, it can be deployed on almost any kind of low-end server while still being able to process up to 30 million clicks every 24 hours. It can come with an additional module called *"TS,"* which serves as an interface that emulates traffic market functionality and as a base for partner or affiliate programs. Its and *TS's* code owner also offers additional services for VPN tunneling and for traffic reselling. *Sutra TDS 3.4* is the software's latest version, which is sold for between US$100 and US$130, depending on a buyer's preferred configuration.

### Advanced TDS

*Advanced TDS* has almost the same functionality as *Simple TDS*. However, it also comes with a unique advanced feature—two-layer traffic filtering. Its entire engine was written in *PHP* using *MySQL* as data storage device and requires the use of *Zend Optimizer* for significant server loads. Its development has been discontinued and its current versions are no longer supported, although it is still sold for a 1% share of the total amount of traffic the owner gets.

# RESEARCH PAPER
THREAT TRENDS AND SECURITY ISSUES DIRECT FROM THE EXPERTS



### Kallisto TDS

The most interesting function of *Kallisto TDS* is its ability to hide TDS references using a JavaScript pop-up. It was developed in 2007 and was first sold for US$100 in underground forums. In 2008, its owner made its source code public and stopped further development.

### CrazyTDS

*CrazyTDS* is one of the cheapest TDS solutions priced at US$8.50. Its latest version—*1.3*—was released in March 2010. A new version—*2.0*—is also about to come out. Its functions are similar to most TDS software and support most of the commonly used TDS filtering combinations. It also boasts of a one-click installation process, differentiating it from other available solutions.

Table 1 compares and contrasts the sample TDS software's functionality in greater detail.

| Functionality | IL TDS | Simple TDS | Sutra TDS | Advanced TDS | Kallisto TDS | CrazyTDS |
|---|---|---|---|---|---|---|
| Global traffic filtering by HTTP_USER_AGENT and/or HTTP_REFERER | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Using direction filters for each URL | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Using direction filters for each IP address | ✗ | ✗ | ✓ | ✗ | ✗ | ✓ |
| Using direction filters for each IP-address-URL relationship | ✓ | ✓ | ✓ | ✓ | ✓ | ✗ |
| Using direction filters for each user agent | ✓ | ✓ | ✓ | ✓ | ✗ | ✓ |
| Using direction filters for each geographic location | ✓ | ✗ | ✓ | ✓ | ✗ | ✓ |
| Full statistics for hits and URL combinations | ✓ | ✓ | ✓ | ✗ | ✓ | ✗ |
| Provisional traffic functionality by share | ✗ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 404 traffic handling | ✓ | ✓ | ✓ | ✗ | ✓ | ✓ |
| No user limitations | ✓ | ✓ | ✓ | ✓ | ✗ | ✓ |
| No project limitations | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| No URL limitations | ✓ | ✗ | ✗ | ✓ | ✓ | ✓ |
| Random URL selection inside a project | ✗ | ✓ | ✓ | ✗ | ✗ | ✗ |
| Fast log purging | ✓ | ✓ | ✗ | ✓ | ✓ | ✗ |
| Additional module compatibility/application programming interfaces (APIs) | ✗ | ✗ | ✓ | ✓ | ✓ | ✓ |

*Table 1. TDS software's functionality comparison*



**RESEARCH PAPER**
THREAT TRENDS AND SECURITY ISSUES DIRECT FROM THE EXPERTS

## Open Source TDSs Versus Zero-Day Exploits and Stolen Traffic

Most TDS programs are open source applications. This means that their source codes can easily be reviewed and analyzed even for undocumented use such as for exploiting zero-day vulnerabilities. How? Figure 6 shows the steps to follow in order to find a TDS, to detect its version, and to gain control of it.



*Figure 6. Steps usually followed to gain control of TDSs*

The example above is based on a compromised traffic direction controller created using one of the most popular pieces of software, *Simple TDS*. Further details of this compromised are provided below.

1. Conduct a *Google* search for the pattern *inurl:"go. php?sid="*.

2. Analyze the results and list all of the sites that possibly use *Simple TDS*.

3. Detect the software version by accessing the *header.php* file in the root folder of the TDS.

4. The version vulnerabilities that can be exploited depend on what *Simple TDS* version a site owner uses.

The steps above are usually followed when compromising TDSs in order to steal statistical data and to hijack traffic from hacked TDSs. These are effectively used to compromise vulnerable TDS software or those with weak passwords and with unlimited server user rights.



# RESEARCH PAPER
## THREAT TRENDS AND SECURITY ISSUES DIRECT FROM THE EXPERTS

## MALWARE DISTRIBUTION AND IFRAME USE

Targeted attacks refer to those that prey on certain users, use various social engineering techniques, and utilize specially crafted malware. TDSs have made it possible for cybercriminals to choose either specific targets or wide-ranging groups, depending on their geographic locations, software preferences, and language settings; to deploy and distribute malware; and to steal critical information.

TDSs' traffic filtering and direction control functions allow cybercriminals to select certain possible victims or groups of victims.

Filtering by user agent allows cybercriminals to choose their targets according to their language preferences. The traffic filtering function of TDSs allows them to redirect certain users to malicious landing pages that use their chosen languages. This filtering method is always used in combination with users' geographic locations based on their IP addresses. Different language preferences and geographic locations, however, require localization and internationalization of malicious sites' content.

Filtering by OS and by browser vendor and by their corresponding versions allows cybercriminals to determine what specific vulnerability and exploit kit as well as what exploit code to use. They can, for instance, inject a 0 x 0 iframe on their TDSs, which are capable of handling requests from invisible iframes. To do this, their TDSs should be able to do the following:

1. Handle user requests from legitimate sites that have been compromised via a 0 x 0 iframe injection.

2. Handle users' HTTP requests sent via clicking an invisible iframe.

3. Handle users' HTTP requests that have been initiated, redirected, or pushed by the iframe to the TDS's gateway.

4. Collect browser, OS, referer, and language settings information from the HTTP requests sent to the TDS and combine these with the user's geographical location based on IP address in order to decide where to redirect these.





## Provisional Traffic, 404 Requests, and Unintentional Malware Infections

As previously mentioned, provisional traffic can be used to pay for the use of some TDS software for legitimate marketing purposes, for promoting adult sites, for legitimate and blackhat SEO purposes, and for pay-per-click (PPC) as well as PPI schemes.

In the provisional traffic scheme, the total amount of traffic can be shared by the players involved. An adult site owner, for instance, can use *Advanced TDS* to direct traffic to his/her site. To do so, however, he/she needs to pay the software developer 1% of the total amount of traffic as intellectual property fee. If the developer cannot use all of the traffic he/she receives, he/she can resell this in the Partnerka traffic/affiliate program traffic market in order to profit. Traffic brokers then buy and filter traffic before reselling it to PPC business owners. On the other side of the equation, unsuspecting users who click links to the adult site end up with infected systems.

In some cases, highly popular and high-ranking sites make use of 404 requests to nonexistent sites that have been redirected to their servers by selling these in the traffic market. Some of the filtered traffic, unfortunately, ends up on adult sites or on exploit pages. As a result, unsuspecting users' systems are unintentionally infected. Reselling 404 traffic is now becoming a popular trend.





# RESEARCH PAPER
## THREAT TRENDS AND SECURITY ISSUES DIRECT FROM THE EXPERTS

## MIXED TRAFFIC AND TRAFFIC MARKET PARTNERKAS

The traffic that iframes usually redirect comprises a combination of traffic based on browser, OS, referer, language settings, and geographic location. In cases where traffic is not recognized by the TDS, the site owner classifies this as mixed and either tries to sell it to others or to make the best use of it.

The traffic market has several defined sections for particular industries, including the following:

1. **Pharmaceutical:** This industry uses traffic bought to boost sales and to promote new bogus products. It constantly requires and buys traffic, regardless of source. Pharmaceutical site owners filter the traffic they buy based on more specific parameters, for which they use a variety of TDS-like techniques.

2. **Adult:** Like pharmaceutical sites, adult sites require huge amounts of traffic to sell their products or services to. To obtain traffic, adult site owners buy mixed or prefiltered traffic based on the users' regions and language preferences. To maximize profits from the traffic, they further filter it to determine which landing pages each user should be directed to. It is interesting to note that some of the traffic bought from nonadult site marketplaces is filtered by time of day. As such, certain users are directed to pharmaceutical sites during the day but end up on adult sites at night.

3. **PPI:** PPI business owners are known for deploying malicious code and for infecting unsuspecting users' systems. They are paid based on the number of user systems the traffic they sold infected. This means that the better they filter traffic, the more money they earn. They are usually hired by partner or affiliate program members. The number of infected systems is equal to the number of phone-home calls sent to their servers. The infected systems form malicious networks of bots or computer zombies that we know as "botnets."





# RESEARCH PAPER
## THREAT TRENDS AND SECURITY ISSUES DIRECT FROM THE EXPERTS

## CONCLUSION



Directing web traffic has become a new form of online networking business. The increasing amount of web traffic or of the number of user clicks to be directed to the right web pages or sites has given rise to new challenges.

As shown, directing web traffic can be good or bad. It can be good in that when a user clicks a link to a legitimate site, he/she lands on a page on a site that was specifically created for users like him/her in terms of language and the like. It can also be bad in the sense that some users are redirected to malicious pages or sites with a single mouse click.

Security challenges with regard to web traffic direction are becoming clearer and more evident. User redirection to malicious pages or sites has given rise to the importance of understanding TDSs. The possibility of blocking redirection to prevent users from landing on bad sites is thus becoming a valid concern.

The malicious use of TDSs and the practice of leading unknowing users to bad sites is becoming commonplace. Preventing product or service consumers from becoming victims will present the security industry with various technological and financial challenges, as the malicious use of various TDSs will require better sourcing techniques, more advanced detection and blocking tactics, as well as greater manpower to ensure efficiency and effectiveness.



**TREND MICRO™**

Trend Micro Incorporated, a global cloud security leader, creates a world safe for exchanging digital information with its Internet content security and threat management solutions for businesses and consumers. A pioneer in server security with over 20 years of experience, we deliver top-ranked client, server, and cloud-based security that fits our customers' and partners' needs, stops new threats faster, and protects data in physical, virtualized, and cloud environments. Powered by the Trend Micro™ Smart Protection Network™ infrastructure, our industry-leading cloud-computing security technology, products, and services stop threats where they emerge, on the Internet, and are supported by 1,000+ threat intelligence experts around the globe. For additional information, visit **www.trendmicro.com**.

©2011 by Trend Micro, Incorporated. All rights reserved. Trend Micro, the Trend Micro t-ball logo are trademarks or registered trademarks of Trend Micro, Incorporated. All other product or company names may be

APPENDIX
45

**ZDNet**

EDITION: US ▼

VIDEOS    WINDOWS 10    5G    IOT    CLOUD    AI    SECURITY    MORE ▾    NEWSLETTERS    ALL WRITERS

MUST READ:  US govt orders federal agencies to patch dangerous Zerologon bug by Monday

# Malware devs watch the watchers: Google

A new arms race has opened up as browser developers find novel ways of detecting rogue sites and malware developers find unique ways of circumventing detection, according to a technical report released by Google.

       By Michael Lee | August 18, 2011 — 06:49 GMT (23:49 PDT) | Topic: Google

A new arms race has opened up as browser developers find novel ways of detecting rogue sites and malware developers find unique ways of circumventing detection, according to a technical report (PDF) released by Google.

In order for browsers to avoid hostile sites, systems must be in place to detect web malware in the first place. According to the report, titled "Trends in circumventing web-malware detection", the four main methods used to detect malicious web content are virtual machine (VM) honeypots, browser emulation, reputation-based detection and signature-based detection.



*(Malware image by mdaniels7, CC BY 2.0)*

However, malware developers are aware of the detection methods that researchers are using, and are taking measures to ensure that they fly below the radar.

## VM honeypots

VM honeypots work by determining whether there are any differences in the operating system before and several minutes after a site has been visited. The advantage of such an approach is In order for browsers to avoid hostile sites, systems must be in place to detect web malware in the first place. According to the report, titled "Trends in circumventing web-malware detection", the four main methods used to detect malicious web content are virtual machine (VM) honeypots, browser emulation, reputation-based detection and signature-based detection.



*(Malware image by mdaniels7, CC BY 2.0)*

However, malware developers are aware of the detection methods that researchers are using, and are taking measures to ensure that they fly below the radar.

## VM honeypots

VM honeypots work by determining whether there are any differences in the operating system before and several minutes after a site has been visited. The advantage of such an approach is that unknown exploits and vulnerabilities may be detected; however, determining what triggered the attack may be difficult.

Any user interaction makes VM-based detection significantly more complicated to automate, meaning that attacks looking to cannily trick the user into downloading malware disguised as antivirus applications easily avoid detection.

Of the hostile sites, only 2 per cent of those examined in the study used this method to lure users to their doom, but the method's use had grown significantly in the past few years. According to the report, there was only one site distributing a fake antivirus in January 2007, but by September 2010, this number had increased to 4230.

Of the hostile sites, only 2 per cent of those examined in the study used this method to lure users to their doom, but the method's use had grown significantly in the past few years. According to the report, there was only one site distributing a fake antivirus in January 2007, but by September 2010, this number had increased to 4230.

In addition to the advantage of evading detection, the report said that it was likely that this growth was attributable to the monetisation ability of fake antivirus schemes.

## Browser emulation

Browser emulation sees a security researcher set up a pretend browser that checks sites by parsing through HTML code for malicious code. The emulation also gives the researcher the ability to trace any JavaScript functions that are called, determine what line of code or event triggers an attack and monitor attempts to exploit known vulnerabilities in the browser.

Detection via browser emulation can be bypassed by smart malware developers, who can search for and determine the subtle differences between an emulator and a legitimate browser. As an example, Internet Explorer has a proprietary JavaScript engine that an emulator would not have access to, which would be more likely to use an open-source alternative.

Furthermore, once new vulnerabilities are made public, emulators need to be updated in order to detect them, resulting in a continual lagging period in which users are not protected and are likely to be vulnerable.

## Reputation-based detection

Reputation-based detection involves flagging pages as unsafe, based on whether they include

### MORE FROM MICHAEL LEE

 Security
**IT security is not an optional extra**

 Start-Ups
**Telstra picks 10 Aussie startups to mentor through muru-D**

 Security
**Low-level exploit sends Ubuntu, OpenSUSE kernel bug hunting**

 Government : AU
**NSW pairs spatial data with Google Earth**

 Start-Ups
**Telstra picks 10 Aussie startups to mentor through muru-D**

 Security
**Low-level exploit sends Ubuntu, OpenSUSE kernel bug hunting**

 Government : AU
**NSW pairs spatial data with Google Earth**

### NEWSLETTERS

**ZDNet Product Watch**
News, reviews, and analysis of the newest enterprise technology on the market.

[Your email address]    SUBSCRIBE

SEE ALL



### NEWSLETTERS

**ZDNet Product Watch**
News, reviews, and analysis of the newest enterprise technology on the market.

[Your email address]    SUBSCRIBE

SEE ALL

themselves, gives new vulnerabilities these public emulators need to be updated in order to detect them, resulting in a continual lagging period in which users are not protected and are likely to be vulnerable.

## Reputation-based detection

Reputation-based detection involves flagging pages as unsafe, based on whether they include resources that are hosted on domains known to be malicious, and predicting which domains are likely to be suspicious based on the reputation of the hosting infrastructure.

Malware developers are also able to evade having their domains being classified as hostile by registering a significant number of them and setting up redirectors, some of which may only have a short lifespan. Of the 1.6 million distribution domains that Google observed over its collection period, about 330,000 had a lifespan of less than 10 minutes. The median lifespan of these redirection domains in 2007 was over one month, but, by October last year, it was down to two hours.

Further attempts to evade detection include setting up intermediary sites to form chains of redirection domains. While the report said that the median number of domains used in chains is about one or two domains, the longest chain it had seen from its data was 20 hops.

## Signature-based detection

Signature-based detection is typically used by antivirus systems that scan payloads for known indicators.

Like browser emulation, signature-based detection is typically used by antivirus systems that scan payloads for known indicators.

Like browser emulation, signature-based detection and browser emulation, resulting in a vulnerable period where the antivirus is unable to detect zero-day exploits.

The report also said that malware creates techniques to hide within the code their malicious web content, which has a large impact on signature-based detection rates. When uncovering that code, the report observed better detection rates, in some cases by up to 40 per cent.

Due to the ease at which malware developers can circumvent each of the four most popular detection methods, the report said that none of them are effective in isolation. In order to have some level of competent detection, the report suggested the use of multiple types of detection. For example, the combination of VM-based detection and browser emulation would complement each other's strengths and weaknesses.

However, despite a multifaceted approach, the report admitted that malware developers have a trump card that they can play, which simultaneously defeats all four detection methods. It said that malware developers could actively choose to not deliver payloads to IP ranges belonging to detectors in what it calls IP cloaking. The report said that configuring a web server to do so would be quite easy, and one of the only methods for researchers to circumvent this would be to run detection systems from a different IP range following discovery of a range by malware developers.

RELATED TOPICS:   SECURITY   CLOUD   MOBILITY   ENTERPRISE SOFTWARE

RELATED TOPICS:   SECURITY   CLOUD   MOBILITY   ENTERPRISE SOFTWARE

ARTIFICIAL INTELLIGENCE   HARDWARE

 

By Michael Lee | August 18, 2011 — 06:49 GMT (23:49 PDT) | Topic: Google

### Google, Facebook, YouTube stop targeting ads at under 18s
An open letter published today comes on the heels of a lawsuit accusing Google of mining child data without consent.

### Mozilla wants to understand your weird YouTube recommendations
The organization has announced a new tool to gather the data that YouTube is refusing to share.

### iOS 14 and Android 11 privacy settings: What you need to know and change
Your smartphones and tablets collect a ton of information about you. Here's how to get the most security and privacy out of your mobile device.



How security-aware are your end users?
proofpoint.

**Recommended For You**                    Sponsored Links by Taboola

  

Before you renew Amazon Prime, read this
Wildivy

35 Celebs Who Are Gay - No.15 Will Shock Men
Glorious

She Turned Heads At The American Country Music Awards
Livingly

The Face Mask Chosen By Police Around The Country
Space Masks

   

Cosplay Costumes That Went A Little Too Far
History 10

This WW2 strategy game will keep you entertained for weeks!
Call of War World War II

Remember Tiger Wood's Ex-wife? Try Not To Smile When You See Her Now
SportPirate

Canceled TV Shows Announced: The Full List.
Investing.com

proofpoint.
Educate people. Eliminate threats.   FIND OUT NOW

● SHOW COMMENTS





never felt so close.  **FREE TRIAL**

The ransomware crisis is getting worse. We need to make these four big changes

**PLUS**
- Federal agencies must patch Zerologon bug by Monday

**PARADOX**
COVID crisis elevates tech pros' stature, but limits career growth


How security-aware are your end users?
**proofpoint.**
Educate people. Eliminate threats.
FIND OUT NOW

**JUST IN**

 COVID-19 is messing up career plans and companies are not meeting our needs
2 hours ago

Ransomware is evolving, but the key to preventing attacks remains the same
2 hours ago

Amazon's Sidewalk network to launch this year with new devices, support from IoT chipset manufacturers
3 hours ago

No More Ransom: The Europol initiative taking the fight to cyber criminal ransomware gangs
3 hours ago

Banking software vendors won't differentiate with just functionality for long
3 hours ago

Nvidia arms itself to terminate Intel's processor dominance
3 hours ago

Microsoft acquires game publisher Bethesda Softworks for $7.5 billion
3 hours ago

David Gewirtz hosts a tour of his home office and video studio
3 hours ago

**TODAY ON ZDNET**



4 hours ago by Catalin Cimpanu in Security

## Ransomware: This cyber-criminal group is borrowing a technique to get at your data
Ransomware group has borrowed a technique from another gang that makes it harder to spot when malware is being spread.
5 hours ago by ZDNet Editors in Security

## Code execution, defense evasion are top tactics used in critical attacks against corporate endpoints
Cisco examines MITRE ATT&CK data to suggest the threat vectors enterprise security staff should focus their efforts on.
5 hours ago by Charlie Osborne in Security


**VIDEO**
Boosting voter confidence this November with cloud-based ballot tracking


**VIDEO**
Boosting voter confidence this November with cloud-based ballot tracking

## Ahana announces managed service for Presto on AWS
The startup, focused on the Presto query engine, announces its new managed service for the open source technology, available on Amazon Web Services. The company is also announcing $2.3M in additional seed funding.
5 hours ago by Andrew Brust in Big Data Analytics

## MSP best practices: PC maintenance checklist
Regularly performing preventive PC maintenance provides managed services providers (MSPs) with an excellent opportunity to spot previously unidentified issues that could become bigger problems later....
from TechRepublic Premium

## Coronavirus "infodemic" is hindering scientists


HIGH-PERFORMANCE
**LOWER COST**
READ ARTICLE
ADOPT NEW REMOTE SOLUTIONS WITH Z

Collection
Coronavirus: Business and technology in a pandemic

No More Ransom: The Europol initiative taking the fight to cyber criminal ransomware gangs

David Gewirtz hosts a tour of his home office and video studio

Training AI to respond to paragraphs, not just sentences

Ransomware: This cyber-criminal group is borrowing a technique to get at your data

IBM's Dinesh Nirmal on hybrid cloud strategy and automation

Tired of your nine-to-five? These companies give employees control of their work hours


How security-aware are your end users?

Collection
Small Business TV

Wyndham Hotels & Resorts tackled technical debt, cloud, hybrid cloud in a hurry [Cloud TV]

HSBC charts out its move to the cloud [Cloud TV]

How Brinker International thinks



Awash in research, scientific work is becoming inefficient and at times redundant. But AI could help.

6 hours ago by Greg Nichols in Artificial Intelligence


straight Cloud, also, Apple TiVes [Cloud TV]


Why security is the top barrier in enterprise cloud adoption [Hybrid Cloud TV]


How New Belgium Brewing evaluated managed vs. private cloud [Hybrid Cloud TV]

With Red Hat, IBM to become the leading hybrid cloud provider



## Cybersecurity skills gap: How this startup aims to solve the talent crisis

With security analysts hard to find, startup RangeForce reckons training and building skills are top priorities.

7 hours ago by Kalev Aasmae in CXO





## Cryptocurrency exchange Kraken obtains approval to launch a US bank

Is this a sign of things to come for the cryptocurrency market?

8 hours ago by Charlie Osborne in Innovation



## Consultants charged for bribing Amazon Marketplace employees to game the platform

Prosecutors allege the group paid handsome bribes to give clients a competitive advantage.

9 hours ago by Charlie Osborne in Security



GALLERY

Working from home on a laptop? Check out these external monitors

LOAD MORE

Recommended For You

Sponsored Links by Taboola


The genius trick every Amazon shopper should know

Wikibuy


Eat Clean In 2020 - Wild Caught Fish To Your Door

Wild Alaskan Company


Salma Hayek Does Not Want You To See This Photo

All Good Wedding


20 Places Where $150K Is More Than Enough To Retire

MoneyWise.com

MORE RESOURCES

Robotics in the enterprise (free PDF)

eBooks from TechRepublic


READ NOW

How to cultivate an inclusive workplace for LGBTQ employees (free PDF)

eBooks from TechRepublic


READ NOW

The Machine Learning and Artificial Intelligence Bundle

Training from TechRepublic Academy


READ NOW

Samsung Galaxy XCover Pro: A cheat sheet (free PDF)

Downloads from TechRepublic


DOWNLOAD NOW


Rescue by LogMeIn
Remote Support has never felt so close.
FREE TRIAL

APPENDIX
46


sherweb ▦ Microsoft
▶ Online training
Are you making the most of Teams?
Get the tools you need
Achieve now

☰   threat post        Cloud Security    Malware    Vulnerabilities    Waterfall Security Spotlight    Podcasts    f  ⌄  in  ⌄  ▶  🔊  ▦  ℞    🔍 Search

← California Approves Data Security Rules for Smart Meters                        GingerMaster Malware Seen Using Root Exploit for Android Gingerbread →

# Google: Most Vulnerabilities Only Exploited For a Short Time

Author
Dennis Fisher
August 18, 2011
11:31 am

2 minute read

Share this article:
🔵 🔵 ⋯




[Ad]
10 Essential Capabilities of a Modern SOC
Get E-Book
splunk>
turn data into doing

INFOSEC INSIDER

**Security Takeaways from the Great Work-from-Home Experiment**
September 18, 2020


**How Zero Trust and SASE Can Redefine Network Defenses for Remote Workforces**
September 9, 2020


**Social Media: Thwarting The Phishing-Data Goldmine**
September 4, 2020


**How to Write a Cybersecurity Playbook During a Pandemic**
August 26, 2020


**APIs Are the Next Frontier in Cybercrime**
August 26, 2020


Google has a hugely privileged view of the Internet and it uses that position for all kinds of things, one of which is to collect data and intelligence on malicious Web site behavior and malware trends. In a new report based on four years' worth of data on site and malware activity, the company found that attackers are now deploying highly specialized evasion and obfuscation techniques that play off what researchers and users do and then adjust and adapt.

 Google has a hugely privileged view of the Internet and it uses that position for all kinds of things, one of which is to collect data and intelligence on malicious Web site behavior and malware trends. In a new report based on four years' worth of data on site and malware activity, the company found that attackers are now deploying highly specialized evasion and obfuscation techniques that play off what researchers and users do and then adjust and adapt.

The report looks at a number of evasion and defensive techniques employed by attackers and malware distributors and concluded that not only are the bad guys quite skilled at adapting to new behaviors by users and browsers, they're also doing some of their own innovation. One of the more interesting findings in the report is that socially engineered malware—the kind that uses various tricks to goad users into visiting a site or downloading a file—make up barely two percent of all malware observed by Google. The volume of socially engineered malware has been rising steadily during the course of the last few years, but Google's engineers said it's still a tiny piece of the overall picture.

Newsletter
**Subscribe to** *Threatpost* **Today**
Join thousands of people who receive the latest breaking cybersecurity news every day.
Subscribe now

"Our experiments corroborate our hypothesis that malware authors continue to pursue delivery mechanisms that can confuse different malware detection systems. We find that Social Engineering is growing and poses challenges to VM-based honeypots," the authors say in their report.

Google's report, "Trends in Circumventing Web-Malware Detection," also found that attackers have been honing their techniques for executing drive-by download attacks over the course of the four-year period that the researchers studied. The report's authors, Moheeb Abu Rajab, Lucas Ballard, Nav Jagpal, Panayiotis Mavrommatis, Daisuke Nojiri, Niels Provos and Ludwig Schmidt, confirmed that the useful life span of a given vulnerability is still quite short. Most vulnerabilities are only exploited for a little while until their usefulness declines and then attackers move on to a new one.

Twitter
**Rampant Kitten has been targeting victims' browser credentials, #Telegram data and more for six years. (via... https://t.co/tbcxepON1F**
16 mins ago
Follow @threatpost

"Our analysis of which vulnerabilities are actively being exploited over time shows that adversaries quickly switch to new and more reliable exploits to help avoid detection. Most vulnerabilities are exploited only for a short period of time until new vulnerabilities become available. A prominent exception is the MDAC vulnerability which is present in most exploit kits," Ballard and Provos wrote in a blog post explaining their findings.


★ FLORIDA              Political Ad
VOTE EARLY
▶ MAKE YOUR PLAN
PAID FOR BY THE DEMOCRATIC NATIONAL COMMITTEE, DEMOCRATS.ORG.
NOT AUTHORIZED BY ANY CANDIDATE OR CANDIDATE'S COMMITTEE

The Google researchers also found that more and more attack sites are employing a technique to identify malware-detection and collection systems and then serve them normal content while still giving regular users malicious content. Many such sites use a technique known as IP cloaking that disallows requests from specific IP addresses, shunting them to a benign page rather than a drive-by download site.

our IP address into the botnets. As you can imagine, more blacklisting would result in fewer malicious resources they include. In 2008, we discovered that some malware domains no longer returned malicious payloads to our system but still did so to users. As a result, we developed detection for cloaking. At the time of this writing, IP cloaking contributes significantly to the overall number of malicious web sites found by our system," the authors wrote in their paper.

Share this article:    

Malware    Web Security

SUGGESTED ARTICLES



**Google Play Bans Stalkerware and 'Misrepresentation'**

The official app store is taking on spy- and surveillance-ware, along with apps that could be used to mount political-influence campaigns.

September 17, 2020



**Bluetooth Spoofing Bug Affects Billions of IoT Devices**

The 'BLESA' flaw affects the reconnection process that occurs when a device moves back into range after losing or dropping its pairing, Purdue researchers said.

September 16, 2020



**Windows Exploit Released For Microsoft 'Zerologon' Flaw**

Security researchers and U.S. government authorities alike are urging admins to address Microsoft's critical privilege escalation flaw.

September 15, 2020

DISCUSSION



And this isn't a mailbox.

Skip Ad ▶️

Subscribe to our newsletter, *Threatpost Today!* Get the latest breaking news delivered daily to your inbox.

Subscribe now

**threatpost** The First Stop For Security News

Home    About Us    Contact Us    Advertise With Us    RSS Feeds

TOPICS

Copyright © 2020 Threatpost    •    Privacy Policy    •    Terms and Conditions    •    Advertise

Black Hat  ·  Breaking News  ·  Cloud Security  ·  Critical Infrastructure  ·  Cryptography  ·  Facebook
Government  ·  Hacks  ·  IoT  ·  Malware  ·  Mobile Security  ·  Podcasts  ·  Privacy  ·  RSAC
Security Analyst Summit  ·  Videos  ·  Vulnerabilities  ·  Web Security