APPENDIX
47







**COREIT**

By Kevin Fogarty, ITworld | AUGUST 26, 2011

# Malware danger rises from stealth sites cloaked to be invisible to scanners

Want to be listed as safe? Show safe content when Google is there and malware when it's not



After four years of checking the web pages it indexes for malware that could infect customers and 3 million warnings per day to users about to click on search results that might net them a dose of malware as well as information, Google has learned a few lessons about how hard it is to spot malware.

It issued a report explaining how hard it is to identify malware embedded in a malicious site, and what it has done about it.

———————— Content Continues Below ————————

Usually the problem with tech-industry surveys is that the number of respondents or volume of data aren't high enough to offer a statistically valid sample.

Not this time. Google's analysis covers 160 million web pages on 8 million sites, focusing on both the social and technical engineering malware distributors use to get their bits of nasty to launch on your hard drive.

The most frequent use of social engineering is to have malware pose as an anti-virus product or browser plugin, but only 2 percent of the sites went the social route.

Content Continues Below

Most are drive-by downloads – which exploit a weakness in the browser to keep it from blocking malware from downloading and installing automatically.

Drive-bys are where the malware and anti-malware are most directly at odds. Antivirus and operating-system vendors update their recognition tables and plug vulnerabilities so quickly that malware writers have to keep switching from one exploit to another to keep from being flagged and blocked.

[ **Prepare to become a Certified Information Security Systems Professional with this comprehensive online course from PluralSight. Now offering a 10-day free trial!** ]

The freakiest technique is "IP cloaking" – a way to hide a malware-download site in plain sight by setting it up to it will show legitimate content to anything it identifies as a malware scanner and malicious content to everyone else.

Content Continues Below

In their blog about the report, Google's security team makes a point of saying they run their scans in different ways to make it harder for IP-cloaked sites to identify them as a scanner rather than a browser.

Judging by the steep increase in use of cloaking for individual sites and entire domains, Google's emulation isn't all that effective.

Cloaking based on IP addresses is simple and dirt cheap, requiring only a few tweaks to the web server so it knows what content to serve to whom.

The number of malware sites that hide behind IP cloaks went up from about 7 percent in 2008 to 49 percent in 2010, Google report said.

Content Continues Below

Cloaking can also be used to increase traffic by offering more than one type of content or keywords to spiders.

That's why, according to Optimization-Nation, you can do a keyword search, click on a good result and end up on a page with no content related to the keyword.

The Google team talk a lot about what they do to get around the blocks malware writers put up and four methods of malware search they use so they can compare results that will highlight as malicious sites whose results from the different approaches don't match.

They don't say much about any long-term or highly successful countermeasure to IP cloaking, which makes me think – along with the impressive variety of really well informedpeople who are really enthusiastic about cloaking and do not have the best interests of the rest of us in mind – we're going to see a lot more trouble with cloaked sites in the future than we have until now.

If there's one thing malware distributors have gotten good at, it's hitting the users where the malware scanners ain't. From a malware perspective, cloaking seems like a perfect answer.

**Related:**  Security   Software

*Kevin Fogarty is a reporter, editor, analyst and blogger whose work appears in leading technology and business publications and who focuses on developments in technology, science and medicine that are genuinely useful, truly revolutionary or really, really cool.*

*Follow*   👤   ✉   🐦   in   📶

❯ **ITWorld DealPost:** **The best in tech deals and discounts.**

**SPONSORED STORIES**                                        Smartfeed

### The car rental hack you need to know in 2020
Wikibuy

### The genius trick every Amazon shopper should know
Wikibuy

### Plastic Surgeon Tells: Doing This Every Morning Can Snap Back Sagging Skin (No Creams
innerskinresearch.com

### How to order Grubhub without paying Grubhub prices
Wikibuy

### [Photos] Catherine Bell Looks Different from Her 'Jag' Days
The Primary Market

### 22 Successful 'American Idol' Contestants
Definition

## SHOP TECH PRODUCTS AT AMAZON



News · Resources · Newsletters

Copyright © 2020 IDG Communications, Inc.

Explore the IDG Network ▼

APPENDIX
48

**COMPUTERWORLD**    UNITED STATES ▾    IDG TECH(TALK) COMMUNITY    WINDOWS    MOBILE    OFFICE SOFTWARE    APPLE    SHARK TANK    EVENTS    INSIDER  🔍 ☰

Home > Security

ANALYSIS

# Malware danger rises from stealth sites cloaked to be invisible to scanners

Want to be listed as safe? Show safe content when Google is there and malware when it's not

   

By Kevin Fogarty
ITworld | AUG. 26, 2011 7:30 AM PST


Women in IT Leadership

After four years of checking the web pages it indexes for malware that could infect customers and 3 million warnings per day to users about to click on search results that might net them a dose of malware as well as information, Google has learned a few lessons about how hard it is to spot malware.

It issued a report explaining how hard it is to identify malware embedded in a malicious site, and what it has done about it.

Usually the problem with tech-industry surveys is that the number of respondents or volume of data aren't high enough to offer a statistically valid sample.

[ Keep up on the latest thought leadership, insights, how-to, and analysis on IT through Computerworld's newsletters. ]

Not this time. Google's analysis covers 160 million web pages on 8 million sites, focusing on both the social and technical engineering malware distributors use to get their bits of nasty to launch on your hard drive.

The most frequent use of social engineering is to have malware pose as an anti-virus product or browser plugin, but only 2 percent of the sites went the social route.

Most are drive-by downloads – which exploit a weakness in the browser to keep it from blocking malware from downloading and installing automatically.

Drive-bys are where the malware and anti-malware are most directly at odds. Antivirus and operating-system vendors update their recognition tables and plug vulnerabilities so quickly that malware writers have to keep switching from one exploit to another to keep from being flagged and blocked.

RECOMMENDED WHITEPAPERS

 AI: 5 Steps to Get Started

 Securing the Borderless Enterprise

 CX Revolution: Changing Customer Expectations

The freakiest technique is "IP cloaking" – a way to hide a malware-download site in plain sight by setting it up to it will show legitimate content to anything it identifies as a malware scanner and malicious content to everyone else.


BrandPost Sponsored by AWS
Got data? Follow these 5 steps to make it pay off
Using data as a springboard for innovation requires the ability to see, analyze, and act on data across the enterprise.

In their blog about the report, Google's security team makes a point of saying they run their scans in different ways to make it harder for IP-cloaked sites to identify them as a scanner rather than a browser.

Judging by the steep increase in use of cloaking for individual sites and entire domains, Google's emulation isn't all that effective.

Cloaking based on IP addresses is simple and dirt cheap, requiring only a few tweaks to the web server so it knows what content to serve to whom.


Leading Through Recovery

WHITE PAPERS

 AI: 5 Steps to Get Started

 Securing the Borderless Enterprise

 CX Revolution: Changing Customer Expectations

SEE ALL WHITE PAPERS


Women in IT Leadership


alteryx
MAY 21 8:30AM PDT
Coca-Cola, PwC, and IDC Lead the Way in Digital Transformation
LIVESTREAM RSVP

The number of malware sites that hide behind IP cloaks went up from about 7 percent in 2008 to 49 percent in 2010, Google report said.



**BrandPost** Sponsored by Forcepoint
3 Ways to Scale Your Security Strategy for Remote Workers

Scaling security to address the work-anywhere model is a top priority. But that doesn't mean you should start from scratch.

Cloaking can also be used to increase traffic by offering more than one type of content or keywords to spiders.

That's why, according to Optimization-Nation, you can do a keyword search, click on a good result and end up on a page with no content related to the keyword.

The Google team talk a lot about what they do to get around the blocks malware writers put up and four methods of malware search they use so they can compare results that will highlight as malicious sites whose results from the different approaches don't match.

They don't say much about any long-term or highly successful countermeasure to IP cloaking, which makes me think – along with the impressive variety of really well informedpeople who are really enthusiastic about cloaking and do not have the best interests of the rest of us in mind – we're going to see a lot more trouble with cloaked sites in the future than we have until now.

If there's one thing malware distributors have gotten good at, it's telling the users where the malware scanners ain't. From a malware perspective, cloaking seems like a perfect answer.

*This story, "Malware danger rises from stealth sites cloaked to be invisible to scanners" was originally published by ITworld.*

Related:  Security   Software

*Kevin Fogarty is a reporter, editor, analyst and blogger whose work appears in leading technology and business publications and who focuses on developments in technology, science and medicine that are genuinely useful, truly revolutionary or really, really cool.*

Follow

Copyright © 2011 IDG Communications, Inc.

**YOU MAY ALSO LIKE**  Recommended by Outbrain

  

And the motherboard slipped right out | How to replace Edge as the default browser in Windows 10 — and why you shouldn't | The best Android launchers for enhanced efficiency

  

Indigenous data sovereignty and how Māori are leading the way | Mozilla tightens belt, folds two Firefox services | Pro tip: Sock away a clean copy of Windows 10 (2004)

  

At this point, 5G is a bad joke | Memory-Lane Monday: Sneakynet | What you need to know to become a scrum master in Australia

 



Social Media Marketing



Apple and the future of work



Biggest tech IPOs of 2020



Edge computing and 5G give business apps a boost



How IBM's Watson could boost productivity during the New Normal



Fusie Felton en Lantech creëert grote nieuwe speler in Nederlandse IT-markt



How much will Macs with Apple Silicon cost?



14 ways to speed up Windows 10



Friday Fry Up: IT election concerns, IT election silence, Mobile matters, Spark goes all-in on …



Please hold for Nice Barney



10 things to do before, during and after your performance review



Exploit in plugin zorgt voor kwetsbaarheid in meer dan 350.000 WordPress sites



The NVIDIA-Arm merger could change how we work



Memory-Lane Monday: An ounce of prevention is worth a pounding headache



Q&A: NearForm CCO Larry Breen on contacting-tracing apps





APPENDIX
49

informa ▾

InformationWeek  |  Dark Reading  |  Network Computing          About Us   Advertise   Register   Login to your account   Welcome Guest

**DARK**Reading          ✉ SIGN UP FOR OUR NEWSLETTERS          Search Dark Reading

Authors   Slideshows   Video   Tech Library   University   Security Now   Calendar   Black Hat News   Omdia Research          Follow DR: 🔴 🔵 🔵 🔵 🔵

THE EDGE   ANALYTICS   ATTACKS / BREACHES   APP SEC   CLOUD   ENDPOINT   IoT   OPERATIONS   PERIMETER   PHYSICAL SECURITY   RISK   THREAT INTELLIGENCE   VULNS / THREATS

RISK

## Google Report: How Web Attackers Evade Malware Detection

**Data gathered from Google's Safe Browsing API service reveals drive-by infections most common, with 'IP cloaking' on the rise**

8/18/2011
11:48 AM

**Kelly Jackson Higgins**
News

Connect Directly

🔵 🔵 📧 🔵 🔵

💬 0 COMMENTS
COMMENT NOW

Logo
50%    50%

👍 Like
🔵 Tweet
🔵 Share

Attackers increasingly are engaging in "IP cloaking" to infect Web visitors, where they bypass malware detection systems by serving them clean pages while they drop malware on visitors to the site, according to a new report by Google's security team.

"Over the years, we have seen more malicious sites engaging in IP cloaking. To bypass the cloaking defense, we run our scanners in different ways to mimic regular user traffic," said Lucas Ballard and Niels Provos of the Google Security Team, in a blog post yesterday.

Google's research is based on more than four years of data gathered from its Safe Browsing API service. Google's Safe Browsing API is an online database that contains known malware-rigged Web pages and phishing sites. Chrome, as well as Mozilla's Firefox and Apple's Safari browsers, use the database, as well.

The search engine giant's analysis of the malware-evasion methods used by the bad guys is based on 160 million Web pages hosted on some 8 million sites.

As of summer 2010, 160,000 or so websites were employing cloaking domains, according to Google's report, which covers five years of data. This technique peaked two years ago, when there were some 200,000 websites with IP cloaking, up from more than 50,000 earlier that year. "That peak coincides with a large-scale attack, where thousands of sites were infected to redirect to gumblar.cn, which actively cloaked our scanners," Google says in its report. "Although the increase in the graph is partly due to improved detection of cloaking domains in our system, we believe that it is representative of the general state of cloaking."

Attackers are also using social engineering and drive-by downloads, according to Google. Socially engineered Web attacks try to lure a user into following a link or downloading software. Malware from websites is one of the three main threat vectors for browsers; phishing attacks and exploits are the other two. A recent test by NSS Labs showed that Internet Explorer 9 was best at catching socially engineered malware attacks.

But Google says while social engineering is on the rise as a vector for Web malware, only 2 percent of all websites that distribute malware actually use that vector. The malware often comes in the form of fake antivirus or a browser plug-in, for example.

"Social engineering has increased in frequency significantly and is still rising. However, it's important to keep this growth in perspective," the Google report says.

Sponsored Content
**3 Tips & Tricks to Find & Retain Cybersecurity Talent in any Economy**
There's fierce competition to recruit the most talented cybersecurity minds. For individual contributors and recently promoted business managers, these tips will help you hire, manage and retain high-performing experts.

Brought to you by (ISC)²

Drive-by downloads remain one of the more popular vectors for malware: This is where attackers exploit a bug in a browser or browser plug-in to infect the victim. "Our analysis of which vulnerabilities are actively being exploited over time shows that adversaries quickly switch to new and more reliable exploits to help avoid detection," Google says in its report. "Most vulnerabilities are exploited only for a short period of time until new vulnerabilities become available. A prominent exception is the MDAC vulnerability which is present in most exploit kits."

And JavaScript obfuscation is being used to bypass browser emulators and AV engines.

Google found that the bad guys are constantly retooling their efforts in order to evade the more common detection methods of virtual machine honeypots, browser emulation honeypots, domain reputation, and antivirus engines. "Our experiments corroborate our hypothesis that malware authors continue to pursue delivery mechanisms that can confuse different malware detection systems," the report says.

The full report is available here (PDF) for download.

Have a comment on this story? Please click "Add Your Comment" below. If you'd like to contact Dark Reading's editors directly, send us a message.

Kelly Jackson Higgins is the Executive Editor of Dark Reading. She is an award-winning veteran technology and business journalist with more than two decades of experience in reporting and editing for various publications, including Network Computing, Secure Enterprise ... View Full Bio

COMMENT | EMAIL THIS | PRINT | RSS

**MORE INSIGHTS**

**Webcasts**
- Automating Security Functions in Your Enterprise
- Effective Cyber Risk Assessment and Measurement

MORE WEBCASTS

**White Papers**
- 2020 Gartner Market Guide for Network Detection & Response
- How You Can Evaluate Your Org's Cybersecurity Readiness

MORE WHITE PAPERS

**Reports**
- Online Threats -- and What Your Org Can Do About Them
- Cloud-Native Security Platforms: The Solution for the Digital Age

MORE REPORTS

### Related Content  Sponsored by 🔵 RECIPROCITY

RESOURCES   TWITTER   BLOG   WEBINAR

- Modernize & Strengthen Your Risk Management Strategy
  Risk management can feel like a guessing game if you can't track risks effectively—learn how.
- The Art of Risk Management with ZenGRC: Six Steps to Maturity
  Learn how you can establish a cost-effective, efficient risk management program.
- Case Study: Netskope + Reciprocity
  Learn why Netskope chose ZenGRC to simplify their risk and compliance program.
- Benefits of InfoSec Frameworks for Risk Management
  Maturity Models: Where is your security program in relation to the "Negligence Threshold"?
- Vendor Risk Management: Why Your Business Needs It
  Learn why effective VRM has soared up the priority list for most CISOs.

🔵 🔵 🔵 🔵



🔵 RECIPROCITY
**Still Using Spreadsheets to Manage Risk & Compliance?**
DISCOVER A BETTER WAY!



HOT TOPICS    EDITORS' CHOICE

**COVID-19: Latest Security News & Commentary**    22
Dark Reading Staff 9/21/2020

**Cybersecurity Bounces Back, but Talent Still Absent**    2
Simone Petrella, Chief Executive Officer, CyberVista, 9/16/2020

**Meet the Computer Scientist Who Helped Push for Paper Ballots**    1
Kelly Jackson Higgins, Executive Editor at Dark Reading, 9/16/2020

📰 SUBSCRIBE TO NEWSLETTERS

LIVE EVENTS    WEBINARS

- Automating Security Functions in Your Enterprise
- Quantifying the Benefits of a DevOps Strategy
- Deception: The Next Step in Cyber Defense

WEBINAR ARCHIVES

**WHITE PAPERS**
- 2020 Gartner Market Guide for Network Detection & Response
- How You Can Evaluate Your Org's Cybersecurity Readiness
- How Lockheed Martin Deployed Privileged Access Management in Just One Day
- Gartner ZSP: Remove Standing Privileges Through a Just-in-Time PAM Approach
- Securing the Supply Chain With NDR and Collective Defense

MORE WHITE PAPERS



A network flooded with new connections can't afford an unwelcome one.
NETSCOUT
FIND THE DDoS THREAT

**Interop** DIGITAL          October 5-8



RECIPROCITY

Gain Control of Your Risk Posture with ZenGRC
LEARN HOW

Gain Control of Your Risk Posture with ZenGRC
LEARN HOW

Gain Control of Your Risk Posture with ZenGRC
LEARN HOW

RECIPROCITY

Monitors Risk Automatically
Streamlines Risk Remediation
Delivers Actionable Insights
ZenGRC

Monitors Risk Automatically
Streamlines Risk Remediation
Delivers Actionable Insights
ZenGRC

Monitors Risk Automatically
Streamlines Risk Remediation
Delivers Actionable Insights
ZenGRC

AUTOMOX
Secure every remote worker
Anytime. Anywhere. Cloud-native endpoint management.
LEARN HOW





## BUG REPORT

ENTERPRISE VULNERABILITIES
From DHS/US-CERT's National Vulnerability Database

**CVE-2020-4590**
PUBLISHED: 2020-09-21
IBM WebSphere Application Server Liberty 17.0.0.3 through 20.0.0.9 running oauth-2.0 or openidConnectServer-1.0 server features is vulnerable to a denial of service attack conducted by an authenticated client. IBM X-Force ID: 184650.

**CVE-2020-4731**
PUBLISHED: 2020-09-21
IBM Aspera Web Application 1.9.14 PL1 is vulnerable to cross-site scripting. This vulnerability allows users to embed arbitrary JavaScript code in the Web UI thus altering the intended functionality potentially leading to credentials disclosure within a trusted session. IBM X-Force ID: 188055.

**CVE-2020-4315**
PUBLISHED: 2020-09-21
IBM Business Automation Content Analyzer on Cloud 1.0 does not set the secure attribute on authorization tokens or session cookies. Attackers may be able to get the cookie values by sending a http:// link to a user or by planting this link in a site the user goes to. The cookie will be sent to the i...

**CVE-2020-4579**
PUBLISHED: 2020-09-21
IBM DataPower Gateway 2018.4.1.0 through 2018.4.1.12 could allow a remote attacker to cause a denial of service by sending a specially crafted HTTP/2 request with invalid characters. IBM X-Force ID: 184438.

**CVE-2020-4580**
PUBLISHED: 2020-09-21
IBM DataPower Gateway 2018.4.1.0 through 2018.4.1.12 could allow a remote attacker to cause a denial of service by sending a specially crafted JSON request with invalid characters. IBM X-Force ID: 184439.

**Discover More From Informa Tech**

Interop
InformationWeek
Network Computing

IT Pro Today
Data Center Knowledge
Black Hat

**Working With Us**

Contact us
About Us
Advertise
Reprints

**Follow DarkReading On Social**

informa tech

Home    Cookies    CCPA: Do not sell my personal info    Privacy    Terms

Copyright © 2020 Informa PLC Informa UK Limited is a company registered in England and Wales with company number 1072954 whose registered office is 5 Howick Place, London, SW1P 1WG.

APPENDIX
50

https://www.computing.co.uk/news/2103101/google-cyber-criminals-ip-cloaking-circumvent-security

09/21/2020



**computing**

EVENTS ⌄    WHITEPAPERS ⌄    SPOTLIGHTS ⌄    IT LEADERS 250    RESEARCH    DELTA    TECH MARKETING HUB    ABOUT US          REGISTER    FOLLOW US    SIGN IN

🏠  News    Big Data & Analytics    DevOps    Security    GDPR    AI & ML    Women in Tech    Cloud & Infrastructure    CIO    Deskflix                    ☰ All sections

◆ sherweb

QuickBooks integration,
only with Sherweb
Streamline your billing

qb intuit quickbooks
QuickBooks Desktop & Online

Learn more

Threats and Risks

## Google: Cyber criminals use IP cloaking to circumvent security

Report exposes how malware authors evade cyber security techniques

Stuart Sumner
🐦 @StuartSumner

19 August 2011

🐦 f in
🟢 ✉ 🟠

0 Comments



Show your
work –
without
showing
your work

New Jira issues
update automatically.

Find out how

◆ Jira Software

Malware authors are increasingly using a technique known as IP cloaking to trick security programmes into allowing users to be infected by their malicious software. This is one of the findings of a...

To continue reading

### Sign In

Email address

Password

☑ Remember me
Forgot your password?                    Sign in

Having trouble logging in? First try resetting your password

Reset now

Alternatively, contact our customer service team
Tel: +44 (0)1858 438 427
Email: incisive@subscription.co.uk

### Don't have an account?

Computing helps IT leaders to make technology a revenue and innovation engine for their businesses. Our unique package of news and analysis enables you to discover what the smartest minds in the industry are doing and scan the horizon for what's next

✓ **REAL-TIME NEWS AND ANALYSIS:** find out what's happening and why in the technology space including news on your competitors and regulators – delivered to your desktop or mobile in a daily newsletter

✓ **MARKET TRENDS:** learn about the implications for you of the latest shifts in everything from AI to machine learning and blockchains – evaluated in a new monthly editor's newsletter for CIOs

✓ **CIO INTERVIEWS:** find out what fellow IT leaders are doing and why

Register

**MORE ON THREATS AND RISKS**



### Chinese state-sponsored cyber actors are targeting bugs in F5, Citrix, Pulse and Microsoft Exchange Servers, US agencies warn

Organisations need to patch their systems immediately, they advise

Threats and Risks    🕐 15 SEPTEMBER 2020



### Exploit code for 'Zerologon' bug impacting Windows Netlogon Remote Protocol published on Github

The vulnerability could allow an attacker to have access to an organisation's Active Directory domain controllers

Threats and Risks    🕐 15 SEPTEMBER 2020



**Chinese intelligence is building detailed profiles on tens of thousands of citizens worldwide, leaked database suggests**

Names include 52,000 Americans, 35,000 Australians, 10,000 Indians, 9,700 British, 5,000 Canadians, 1,400 Malaysians and 793 New Zealanders

Threats and Risks        14 SEPTEMBER 2020



**Equinix reveals ransomware infection, services unaffected**

The attack seems to have infected business systems, not data centres software

Threats and Risks        10 SEPTEMBER 2020



**How to quickly identify and stop the latest phishing techniques**

Join us to learn about the newest techniques deployed by attackers

Threats and Risks        09 SEPTEMBER 2020





QuickBooks integration, only with Sherweb

Streamline your billing

Quickbooks Desktop & Online

Learn more






APPENDIX
51

https://www.infoworld.com/article/2623021/google--web-based-malware-growing-more-difficult-to-detect.html



# Google: Web-based malware growing more difficult to detect

No one system is effective in identifying increasingly complex malicious websites and attacks, with antivirus software often ineffective, Google study says

By Jeremy Kirk

IDG News Service | AUG 18, 2011 7:06 AM PST

Google issued a new study on Wednesday detailing how it is becoming more difficult to identify malicious websites and attacks, with antivirus software proving to be an ineffective defense against new ones.

The company's engineers analyzed four years worth of data comprising 8 million websites and 160 million web pages from its Safe Browsing service, which is an API (application programming interface) that feeds data into Google's Chrome browser and Firefox and warns users when they hit a website loaded with malware.

[ InfoWorld's Roger Grimes says the Internet needs its own Weather Channel to help organizations stay ahead of cyber criminals. | Learn how to greatly reduce the threat of malicious attacks with InfoWorld's Insider Threat Deep Dive PDF special report. | Stay up to date on the latest security developments with InfoWorld's Security Central newsletter. ]

[ Lessons on diversity in IT: 10 professional organizations focused on diversity in tech • Being Black in IT: 3 tech leaders share their stories • Gender gapped: The state of gender diversity in IT • Māori participation in IT: diversity insights for CIOs everywhere • IT snapshot: Ethnic diversity in the tech industry ]

Google said it displays 3 million warnings of unsafe websites to 400 million users a day. The company scans the Web, using several methods to figure out if a site is malicious.

"Like other service providers, we are engaged in an arms race with malware distributors," according to a blog post from Google's security team.

That detection process is becoming more difficult due to a variety of evasion techniques employed by attackers that are designed to stop their websites from being flagged as bad, according to the report.

The company uses a variety of methods to detect dangerous sites. It can test a site against a "virtual machine honeypot," which is a virtual machine that visits a website and notes its behavior. It also uses browser emulators for the same purpose, which record an attack sequence. The browser emulator is an HTML parser and a modified open-source JavaScript engine.

**RECOMMENDED WHITEPAPERS**

 Securing the Borderless Enterprise

CX Revolution: Changing Customer Expectations

Accelerate outcomes with IBM Cloud Paks and AIOps

Other methods include ranking a website by reputation based on its hosting infrastructure, and another line of defense is antivirus software.



BrandPost  Sponsored by AWS

**Getting meaningful value from data: Challenges and opportunities**

Businesses are collecting massive amounts of data annually, but do they really know how to make good use of it?

One of the ways hackers get around VM-based detection is to require the victim to perform a mouse click. Many sites are rigged to automatically deliver an exploit and execute an attack if an unpatched software program is found.

Google describes it as a kind of social engineering attack, since the malicious payload appears only after a person interacts with the browser. Google is working around the issue by configuring its virtual machines to do a mouse click.

Browser emulators can be confused by attacks when the malicious code is scrambled, a method known as obfuscation. Since the browser emulator isn't a real browser, it won't necessarily execute the obfuscated JavaScript code in the same way as a real browser. The only explanation for the more complex JavaScript is that it is designed to halt emulated browsers and make manual analysis of the code more difficult, the engineers wrote.

Google is also encountering "IP cloaking," where a malicious website will refused to serve harmful content to certain IP ranges, such as those known to be used by security researchers. In August 2009, Google found that some 200,000 sites were using IP cloaking. It forces researchers to scan the sites from IP ranges that are "unknown by the adversary," the report said.



*Sponsored Post*  Sponsored by Broadcom

**A Playbook For The Unexpected**

Businesses have undergone many changes over the last year, but in many respects, the onslaught of COVID-19 has accelerated trends that have been present for several years now.

Antivirus software programs rely on signatures as one method to detect attacks. But the engineers wrote that the software often missed code that has been "packed," or compressed in a way that it is unrecognizable but will still execute.

Since it can take time for AV vendors to refine their signatures and remove ones that cause false positives, the delay allows the malicious content to stay undetected.

"While AV vendors strive to improve detection rates, in real time they cannot adequately detect malicious content," the Google researchers wrote. "This could be due to the fact that adversaries can use AV products as oracles before deploying malicious code into the wild."

The study was authored by Moheeb Abu Rajab, Lucas Ballard, Nav Jagpal, Panayiotis Mavrommatis, Daisuke Nojiri, Niels Provos, and Ludwig Schmidt.

*Send news tips and comments to jeremy_kirk@idg.com.*

Related:   Intrusion Detection    Data Security    Malware    IT Leadership    Cyber Crime    Google

Copyright © 2011 IDG Communications, Inc.

- Stay up to date with InfoWorld's newsletters for software developers, analysts, database programmers, and data scientists.
- Get expert insights from our member-only Insider articles.

## YOU MAY ALSO LIKE

Recommended by Outbrain



**Tim O'Reilly: the golden age of the programmer is over**



**Oracle open-sources Java machine learning library**



**Understanding Microsoft's Open Service Mesh**



**Amazon Braket: Get started with quantum computing**



**How to use TensorFlow in your browser**



**GitHub opens container registry**



**As edge computing evolves, the cloud's role changes**



**The 2020 Enterprise Architecture Awards**



**Using robotics and immersive technologies to support...**







How IT priorities are shifting during the COVID-19 crisis

Learn PyTorch: The best free online courses and tutorials



Amazon, Google, and Microsoft take their clouds to the edge



How BT is shifting its engineers into the fast lane



How NVIDIA's Arm acquisition will drive AI to every edge



9 ways to build privacy into your cloud applications



The distributed cloud era has arrived



What are deepfakes? AI that deceives



How to benchmark C# code using BenchmarkDotNet



Higher ed needs a course in cloud computing



6 ways Alibaba Cloud challenges AWS, Azure, and GCP



Understanding .NET MAUI and the future of Xamarin



What TikTok teaches enterprises about tech entanglement



What is quantum computing? Solutions to impossible problems



What is face recognition? AI for Big Brother



Social engineering hacks weaken cybersecurity during the pandemic



Some observations on cloud computing observability











**Rethinking 'cloud bursting'**

**Microsoft Visual Studio beefs up support for C language**

**The developer exodus has begun**



