APPENDIX
52



   

By **Jeremy Kirk**

*IDG News Service* | AUG 18, 2011 7:00 AM PST

Google issued a new study on Wednesday detailing how it is becoming more difficult to identify malicious websites and attacks, with antivirus software proving to be an ineffective defense against new ones.

The company's engineers analyzed four years worth of data comprising 8 million websites and 160 million web pages from its Safe Browsing service, which is an API (application programming interface) that feeds data into Google's Chrome browser and Firefox and warns users when they hit a website loaded with malware.



Google said it displays 3 million warnings of unsafe websites to 400 million users a day. The company scans the Web, using several methods to figure out if a site is malicious.

[ Learn how free tools can support your cybersecurity efforts. | Sign up for CIO newsletters. ]

"Like other service providers, we are engaged in an arms race with malware distributors," according to a blog post from Google's security team.

That detection process is becoming more difficult due to a variety of evasion techniques employed by attackers that are designed to stop their websites from being flagged as bad, according to the report.

The company uses a variety of methods to detect dangerous sites. It can test a site against a "virtual machine honeypot," which is a virtual machine that visits a website and notes its behavior. It also uses browser emulators for the same purpose, which record an attack sequence. The browser emulator is an HTML parser and a modified open-source JavaScript engine.

Other methods include ranking a website by reputation based on its hosting infrastructure, and another line of defense is antivirus software.

**RECOMMENDED WHITEPAPERS**

 AI: 5 Steps to Get Started

 QA IDG TEST

 Securing the Borderless Enterprise

One of the ways hackers get around VM-based detection is to require the victim to perform a mouse click. Many sites are rigged to automatically deliver an exploit and execute an attack if an unpatched software program is found.


*SponsoredPost* Sponsored by LogMeIn Rescue
**Four Ways to Make Remote IT Support Easier**

Google describes it as a kind of social engineering attack, since the malicious payload appears only after a person interacts with the browser. Google is working



around the issue by configuring its virtual machines to do a mouse click.

Browser emulators can be confused by attacks when the malicious code is scrambled, a method known as obfuscation. Since the browser emulator isn't a real browser, it won't necessarily execute the obfuscated JavaScript code in the same way as a real browser. The only explanation for the more complex JavaScript is that it is designed to halt emulated browsers and make manual analysis of the code more difficult, the engineers wrote.

Google is also encountering "IP cloaking," where a malicious website will refused to serve harmful content to certain IP ranges, such as those known to be used by security researchers. In August 2009, Google found that some 200,000 sites were using IP cloaking. It forces researchers to scan the sites from IP ranges that are "unknown by the adversary," the report said.

Antivirus software programs rely on signatures as one method to detect attacks. But the engineers wrote that the software often missed code that has been "packed," or compressed in a way that it is unrecognizable but will still execute.



***SponsoredPost*** Sponsored by HPE
**Is Your Data Protection Strong Enough to Thwart COVID-19 Cybercriminals?**
Follow our simple, straightforward strategy for preparing your team and protecting your data in the new threat landscape.

Since it can take time for AV vendors to refine their signatures and remove ones that cause false positives, the delay allows the malicious content to stay undetected.

"While AV vendors strive to improve detection rates, in real time they cannot adequately detect malicious content," the Google researchers wrote. "This could be due to the fact that adversaries can use AV products as oracles before deploying malicious code into the wild."

The study was authored by Moheeb Abu Rajab, Lucas Ballard, Nav Jagpal, Panayiotis Mavrommatis, Daisuke Nojiri, Niels Provos and Ludwig Schmidt.

*Send news tips and comments to jeremy_kirk@idg.com*

**Next read this:**

- *Top 9 challenges IT leaders will face in 2020*
- *Top 5 strategic priorities for CIOs in 2020*
- *7 'crackpot' technologies that might transform IT*
- *8 technologies that will disrupt business in 2020*
- *7 questions CIOs should ask before taking a new job*
- *7 ways to position IT for success in 2020*
- *The 9 new rules of IT leadership*
- *20 ways to kill your IT career (without knowing it)*
- *IT manager's survival guide: 11 ways to thrive in the years ahead*
- *CIO resumes: 6 best practices and 4 strong examples*
- *4 KPIs IT should ditch (and what to measure instead)*

Related: `Data Security` `Security` `Intrusion Detection`

Copyright © 2011 IDG Communications, Inc.

💡 **7 secrets of successful remote IT teams**

## YOU MAY ALSO LIKE

Recommended by Outbrain


**The 15 most valuable IT certifications today**


**6 tools that make machine learning easier**


**Middle East goes remote for the future of work, business continuity**


**6 steps to successful SaaS renewal negotiations**


**Desert Adventures scales tourism business via cloud, web**


**15 data science certifications that will pay off**







AI-first or nothing


Leadership lessons from Accenture's CIO


A 10-point plan for addressing WFH cybersecurity challenges


9 tools that make data science easier


Choosing computing infrastructure for a post-pandemic world


Towards smarter security


The CIO Show: How much are you worth?


African tech leaders grapple with new supply chain reality


10 IT management certifications for IT leaders


What CEOs want in a CIO: A strategic business partner


Mendix brengt low-code platform naar nieuw terrein:...


How to build a resilient IT culture


Edge computing's epic turf war


5 tips for implementing an effective D&I strategy


New Zealand CIO50 Awards return as a virtual event for 2020


New CIO appointments, September 2020


Bye-bye MCSA: What Microsoft's massive certification shakeup...


Equifax goes all in on the public cloud





**Does digital transformation ever end?**


**"Security is een enabler voor thuiswerken"**



# APPENDIX 53

CSO  UNITED STATES  DIGITAL MAGAZINE  EVENTS  NEWSLETTERS  RESOURCE LIBRARY  IDG TECH(TALK) COMMUNITY  INSIDER

Home > Hacking > Cyber Crime

NEWS

# Google Highlights Trouble in Detecting Web-Based Malware

No one system is effective in detecting increasingly complex malicious software, the company said



By **Jeremy Kirk**
Australia Correspondent, CSO | AUG 18, 2011 7:00 AM PST



Guide to Effective Incident Response → CLICK TO READ WHITEPAPER
Buyer's Guide to EDR in 2020 → CLICK TO READ WHITEPAPER
Top Information Security Threats | 2020 Report → CLICK TO READ REPORT

Google issued a new study on Wednesday detailing how it is becoming more difficult to identify malicious websites and attacks, with antivirus software proving to be an ineffective defense against new ones.

The company's engineers analyzed four years worth of data comprising 8 million websites and 160 million web pages from its Safe Browsing service, which is an API (application programming interface) that feeds data into Google's Chrome browser and Firefox and warns users when they hit a website loaded with malware.

Google said it displays 3 million warnings of unsafe websites to 400 million users a day. The company scans the Web, using several methods to figure out if a site is malicious.



**More on cyber attacks:**

- The 5 cyber attacks you're most likely to face
- 8 top cyber attack maps and how to use them
- Cyber attacks cost U.S. enterprises $1.3 million on average in 2017
- The 16 biggest data breaches of the 21st century
- The 5 biggest ransomware attacks of the last 5 years

"Like other service providers, we are engaged in an arms race with malware distributors," according to a blog post from Google's security team.


ADVERTISING

That detection process is becoming more difficult due to a variety of evasion techniques employed by attackers that are designed to stop their websites from being flagged as bad, according to the report.

The company uses a variety of methods to detect dangerous sites. It can test a site against a "virtual machine honeypot," which is a virtual machine that visits a website and notes its behavior. It also uses browser emulators for the same purpose, which record an attack sequence. The browser emulator is an HTML parser and a modified open-source JavaScript engine.

Other methods include ranking a website by reputation based on its hosting infrastructure, and another line of defense is antivirus software.

**RECOMMENDED WHITEPAPERS**

 CX Revolution: Changing Customer Expectations

 Embedded Cloud Native Security with Cisco & AWS

Accelerate outcomes with IBM Cloud Paks and AIOPs


WHITE PAPERS
CX Revolution: Changing Customer Expectations
Embedded Cloud Native Security with Cisco & AWS
Accelerate outcomes with IBM Cloud Paks and AIOPs

One of the ways hackers get around VM-based detection is to require the victim to perform a mouse click. Many sites are rigged to automatically deliver an exploit and execute an attack if an unpatched software program is found.

Google describes it as a kind of social engineering attack, since the

malicious payload appears only after a person interacts with the browser. Google is working around the issue by configuring its virtual machines to do a mouse click.

Browser emulators can be confused by attacks when the malicious code is scrambled, a method known as obfuscation. Since the browser emulator isn't a real browser, it won't necessarily execute the obfuscated JavaScript code in the same way as a real browser. The only explanation for the more complex JavaScript is that it is designed to halt emulated browsers and make manual analysis of the code more difficult, the engineers wrote.

Google is also encountering "IP cloaking," where a malicious website will refused to serve harmful content to certain IP ranges, such as those known to be used by security researchers. In August 2009, Google found that some 200,000 sites were using IP cloaking. It forces researchers to scan the sites from IP ranges that are "unknown by the adversary," the report said.

Antivirus software programs rely on signatures as one method to detect attacks. But the engineers wrote that the software often missed code that has been "packed," or compressed in a way that it is unrecognizable but will still execute.

Since it can take time for AV vendors to refine their signatures and remove ones that cause false positives, the delay allows the malicious content to stay undetected.

"While AV vendors strive to improve detection rates, in real time they cannot adequately detect malicious content," the Google researchers wrote. "This could be due to the fact that adversaries can use AV products as oracles before deploying malicious code into the wild."

The study was authored by Moheeb Abu Rajab, Lucas Ballard, Nav Jagpal, Panayiotis Mavrommatis, Daisuke Nojiri, Niels Provos and Ludwig Schmidt.

*Send news tips and comments to jeremy_kirk@idg.com*

**Next read this**

- *The 10 most powerful cybersecurity companies*
- *12 cheap or free cybersecurity training resources*
- *5 risk management mistakes CISOs still make*
- *6 security metrics that matter – and 4 that don't*
- *8 video chat apps compared: Which is best for security?*
- *How to rob a bank: A social engineering walkthrough*
- *10 ways to get more from your security budget*
- *Cybercrime in a recession: 10 things every CISO needs to know*
- *The CISO's guide to securely handling layoffs*

**Related:** Cyber Crime | Application Security | Data Security | Security | Vulnerabilities | Intrusion Detection | Malware

Copyright © 2011 IDG Communications, Inc.

💡 **The 10 most powerful cybersecurity companies**

## You May Also Like

Recommended by Outbrain


**10 common cloud security mistakes that put your data at risk**


**New CSO appointments in India**


**Top 8 weirdest, meanest and dumbest hacks of all time**


**4 ways employee home networks and smart devices change your threat model**


**Enterprise internet attack surface is growing, report shows**


**Latest Microsoft Windows security update options explained**







**Security in the spotlight as the US heads into elections**

**What is swatting? Unleashing armed police against your enemies**

**8 things your security team needs to know about WPA3**


**How to optimize Windows Firewall security**


**32 hardware and firmware vulnerabilities: A guide to the threats**


**IBM, Intel, AMD take different routes to hardware-based…**


**Just let week-long DDoS attack 'fizzle out', says NZ government**


**Election security status: Some progress on ballot integrity, but…**


**What the end of Privacy Shield, Brexit mean for UK-US data flows**


**Hashcat explained: How this password cracker works**


**Windows code-signing attacks explained (and how to defend…**


**COVID complicates ISO 27001 audits, creating risk for some UK…**


**6 ways CISO recruiting in the UK is broken**


**How to optimize Windows event logging to better investigate attacks**


**What is phishing? How this cyber attack works and how to prevent it**


**Addressing diversity in security**


**10 value-adds that CISOs can deliver**


**10 biggest cybersecurity M&A deals in 2020**








**What data China collected about 35,000 Aussies—and 2.4 million people globally**

**APT-style mercenary groups challenge the threat models of many organizations**



**New Microsoft 365 defaults, Application Guard beta add email...**

**What is doxing? Weaponizing personal information**

**CMMC bakes security into DoD's supply chain, has value for all...**


