APPENDIX
54

NETWORKWORLD

UNITED STATES ▾ | SD-WAN | DATA CENTER | LINUX | IOT | IDG TECH(TALK) COMMUNITY | EVENTS | NEWSLETTERS | INSIDER

Home > Security > Network Security

# Google highlights trouble in detecting Web-based malware

No one system is effective in detecting increasingly complex malicious software, the company said

By Jeremy Kirk

IDG News Service | AUG 18, 2011 5:51 AM PST



Google issued a new study on Wednesday detailing how it is becoming more difficult to identify malicious websites and attacks, with  antivirus software proving to be an ineffective defense against new ones.

The company's engineers analyzed four years worth of data comprising 8 million websites and 160 million Web pages from its Safe Browsing service, which is an API (application programming interface) that feeds data into Google's Chrome browser and Firefox and warns users when they hit a website loaded with malware.

Google said it displays 3 million warnings of unsafe websites to 400 million users a day. The company scans the Web, using several methods to figure out if a site is malicious.

[ Now read 20 hot jobs ambitious IT pros should shoot for. ]

**ANALYSIS:** Traditional host-based antivirus software losing luster?

"Like other service providers, we are  engaged in an arms race with malware distributors," according to a blog post from Google's security team.

That detection process is becoming more difficult due to a variety of evasion techniques employed by attackers that are designed to stop their websites from being flagged as bad, according to the report.

The company uses a variety of methods to detect dangerous sites. It can test a site against a "virtual machine honeypot," which is a virtual machine that visits a website and notes its behavior. It also uses browser emulators for the same purpose, which record an attack sequence. The browser emulator is an HTML parser and a modified open-source JavaScript engine.

**RECOMMENDED WHITEPAPERS**

Securing the Borderless Enterprise

CX Revolution: Changing Customer Expectations

Accelerate outcomes with IBM Cloud Paks and AIOps

Other methods include ranking a website by reputation based on its hosting infrastructure, and another line of defense is antivirus software.



**SponsoredPost** Sponsored by HP Inc
**How to make working from home more secure**
With so many employees now working remotely, businesses must move quickly to stave off cyber threats.

One of the ways hackers get around VM-based detection is to require the victim to perform a mouse click. Many sites are rigged to automatically deliver an exploit and execute an attack if an unpatched software program is found.

Google describes it as a kind of social engineering attack, since the malicious payload appears only after a person interacts with the browser. Google is working around the issue by configuring its virtual machines to do a mouse click.

Browser emulators can be confused by attacks when the malicious code is scrambled, a method known as obfuscation. Since the browser emulator isn't a real browser, it won't necessarily execute the obfuscated JavaScript code in the same way as a real browser. The only explanation for the more complex JavaScript is that it is designed to halt emulated browsers and make manual analysis of the code more difficult, the engineers wrote.

Google is also encountering "IP cloaking," where a malicious website will refused to serve harmful content to certain IP ranges, such as those known to be used by





security researchers. In August 2009, Google found that some 200,000 sites were using IP cloaking. It forces researchers to scan the sites from IP ranges that are "unknown by the adversary," the report said.



**BrandPost** Sponsored by AWS

**Preparing for the next disruption: How a flexible data architecture improves business...**

As the volume and types of data continue to grow, businesses need to integrate, manage, and secure in new ways that enable agility and more accurate decision-making.

Antivirus software programs rely on signatures as one method to detect attacks. But the engineers wrote that the software often missed code that has been "packed," or compressed in a way that it is unrecognizable but will still execute.

Since it can take time for AV vendors to refine their signatures and remove ones that cause false positives, the delay allows the malicious content to stay undetected.

"While AV vendors strive to improve detection rates, in real time they cannot adequately detect malicious content," the Google researchers wrote. "This could be due to the fact that adversaries can use AV products as oracles before deploying malicious code into the wild."

The study was authored by Moheeb Abu Rajab, Lucas Ballard, Nav Jagpal, Panayiotis Mavrommatis, Daisuke Nojiri, Niels Provos and Ludwig Schmidt.

*Send news tips and comments to jeremy_kirk@idg.com*

**Learn more about this topic**

Brace for email attachment malware spree

Internet Explorer protects best against socially engineered malware

Google notices will warn search users of malware

Join the Network World communities on Facebook and LinkedIn to comment on topics that are top of mind.

**Related:** Network Security | Antivirus | Security | Vulnerabilities | Intrusion Detection | Malware

Copyright © 2011 IDG Communications, Inc.

❯ **IT Salary Survey:** The results are in

## YOU MAY ALSO LIKE

Recommended by Outbrain



**Fujitsu delivers exascale supercomputer that you can soon buy**



**Cisco: Making remote users feel at home on the new enterprise network**



**Ampere announces 128-core Arm server processor**



**Alleged leaks from AMD indicate big performance gains in upcoming Epyc refresh**



**Huawei ban could complicate 5G deployment**



**IoT power: battery, wired or wireless?**



**COVID-19: Weekly health check of ISPs, cloud providers and…**







**IDC reports jump in server sales, decline in storage revenue**

**NFC vs. Bluetooth LE: When to use which**



**The current state of the UK internet: outage tracker**



**11 ways to list and sort files on Linux**



**Lenovo introduces four new HCI solutions**



**5G can make for cost-effective private backhaul**



**What is DNS and how does it work?**



**Marvell exits the general purpose Arm server business**



**Edge computing: The next generation of innovation**



**Enhancing the Linux command line with aliases**



**5G: CBRS license bids top $2.4 billion in FCC auction**



**IBM details next-gen POWER10 processor**



**How to consolidate network management tools**



**Researchers set a new world-record Internet speed**



**Using bash's shopt builtin to manage Linux shell behavior**



**SDN startup Lumina Networks closes shop, citing Covid-19 impact**



**Industry groups prep Ethernet for operational, wireless networks**









**Many ad hoc Wi-Fi networks from the outset of COVID-19 still in use**



**CBRS wireless yields $4.5B+ for licenses to support 5G**

**5G spectrum auctions expected in 2021 after Pentagon gives up…**



**Pluribus bolsters software-defined data center software, Broadcom support**



**Amazon Braket lets customers try out quantum computing**

### SPONSORED LINKS

- **Join the IDG TECH(talk) Community, an exclusive online network where IT experts find resources to enhance their knowledge and career.**
- **dtSearch® instantly searches terabytes of files, emails, databases, web data. See site for hundreds of reviews; enterprise & developer evaluations**

## NETWORKWORLD
FROM IDG

FOLLOW US

ABOUT US   CONTACT   PRIVACY POLICY   COOKIE POLICY   MEMBER PREFERENCES   ADVERTISING   IDG CAREERS   AD CHOICES   E-COMMERCE LINKS
CALIFORNIA: DO NOT SELL MY PERSONAL INFO

Copyright © 2020 IDG Communications, Inc.

Explore the IDG Network

# APPENDIX 55

**PCWorld** FROM IDG

SUBSCRIBE

NEWS | REVIEWS | HOW-TO | VIDEO | DEALS | BUSINESS | LAPTOPS | SMARTPHONES | HARDWARE | SECURITY | SOFTWARE | GADGETS

Privacy  Encryption  Antivirus

Home / Viruses

NEWS

# Google Highlights Trouble in Detecting Web-based Malware

By Jeremy Kirk

IDG News Service | AUG 18, 2011 3:00 AM PST



Google issued a new study on Wednesday detailing how it is becoming more difficult to identify malicious websites and attacks, with antivirus software proving to be an ineffective defense against new ones.

The company's engineers analyzed four years worth of data comprising 8 million websites and 160 million web pages from its Safe Browsing service, which is an API (application programming interface) that feeds data into Google's Chrome browser and Firefox and warns users when they hit a website loaded with malware.

Google said it displays 3 million warnings of unsafe websites to 400 million users a day. The company scans the Web, using several methods to figure out if a site is malicious.

"Like other service providers, we are engaged in an arms race with malware distributors," according to a blog post from Google's security team.



That detection process is becoming more difficult due to a variety of evasion techniques employed by attackers that are designed to stop their websites from being flagged as bad, according to the report.

The company uses a variety of methods to detect dangerous sites. It can test a site against a "virtual machine honeypot," which is a virtual machine that visits a website and notes its behavior. It also uses browser emulators for the same purpose, which record an attack sequence. The browser emulator is an HTML parser and a modified open-source JavaScript engine.

Other methods include ranking a website by reputation based on its hosting infrastructure, and another line of defense is antivirus software.

One of the ways hackers get around VM-based detection is to require the victim to perform a mouse click. Many sites are rigged to automatically deliver an exploit and execute an attack if an unpatched software program is found.



*SponsoredPost* Sponsored by Avast

**5 insider tips to clean up your Android phone and supercharge its performance**

Phone out of space or running slow? Get fast and immediate results with this genius Android cleaning guide.

Google describes it as a kind of social engineering attack, since the malicious payload appears only after a person interacts with the browser. Google is working around the issue by configuring its virtual machines to do a mouse click.

Browser emulators can be confused by attacks when the malicious code is

**TODAY'S BEST TECH DEALS**
Picked by PCWorld's Editors

 Get a Sega Genesis Mini console without spending so many gold coins

 Get ultra-fast Sabrent NVMe SSDs for ludicrously low prices today

 The highly-rated Eufy Smart Scale C1 is just $25.49 right now

 Amazon is selling MFi-certified Lightning cables for way less than Apple

FIND MORE HAND-PICKED TECH DEALS

**TOP DEALS ON GREAT PRODUCTS**
Picked by Techconnect's Editors

 This top-rated modular flashlight is on sale for just $74

 Grow your business online with this extensive marketing training

 Wake up to the perfect cup of coffee every day with Royal Brew

 Boost your overall wellness with this wearable device

SEE MORE HAND-PICKED DEALS



scrambled, a method known as obfuscation. Since the browser emulator isn't a real browser, it won't necessarily execute the obfuscated JavaScript code in the same way as a real browser. The only explanation for the more complex JavaScript is that it is designed to halt emulated browsers and make manual analysis of the code more difficult, the engineers wrote.

Google is also encountering "IP cloaking," where a malicious website will refused to serve harmful content to certain IP ranges, such as those known to be used by security researchers. In August 2009, Google found that some 200,000 sites were using IP cloaking. It forces researchers to scan the sites from IP ranges that are "unknown by the adversary," the report said.

Antivirus software programs rely on signatures as one method to detect attacks. But the engineers wrote that the software often missed code that has been "packed," or compressed in a way that it is unrecognizable but will still execute.

Since it can take time for AV vendors to refine their signatures and remove ones that cause false positives, the delay allows the malicious content to stay undetected.

"While AV vendors strive to improve detection rates, in real time they cannot adequately detect malicious content," the Google researchers wrote. "This could be due to the fact that adversaries can use AV products as oracles before deploying malicious code into the wild."

The study was authored by Moheeb Abu Rajab, Lucas Ballard, Nav Jagpal, Panayiotis Mavrommatis, Daisuke Nojiri, Niels Provos and Ludwig Schmidt.

Send news tips and comments to jeremy_kirk@idg.com

*Note: When you purchase something after clicking links in our articles, we may earn a small commission. Read our affiliate link policy for more details.*

Related: Security  Antivirus  Business

## SPONSORED STORIES


**Read This Before You Renew Amazon Prime Again**
Wikibuy


**Canceled TV Shows Announced: The Full List.**
Investing.com


**1 Trick All Mac Users Must Try**
MacKeeper


**[Photos] Top 17 Most Paused Movie Moments**
Direct Expose


**10 Credit Cards That Can't Be Beat In 2020**
NerdWallet


**The New Volvo XC90 Simply Astonishes!**
Auto Life | Sponsored Listings



The Actual Cost Of One Day Full Mouth Dental Implants Might Surprise you

Dental implants | Sponsored listing

Read More

*sponsored by doggykingdom*
NO PULL Harness


Dog Owners Watch Out. This Is The Best Dog Harness 2020


Dog Owners Watch Out. This Is The Best Dog Harness 2020


Why This Harness Will Make Your Dog Feel More Comfortable


Remember Lily From AT&T?
Investing.com


Surgeon: Ears Ringing? When It Won't Stop, Do This (Watch)
World Health Wellness


The Full Nerd ep. 150: GeForce RTX 3080 review, Radeon RX 6000 teases
PC World


Windows 10 October 2020 Update review: Microsoft nudges Windows…
PC World


Time is running out on TikTok, WeChat downloads on iPhones and Android…
PC World


The Astounding New 2020 Volvo SUVS!
Volvo SUVS | Search Ads


If you're over 40 - this game is a must - No Install!
Vikings


Get a Sega Genesis Mini console without spending so many gold coins
PC World


Launching an e-commerce site? Here's why you need a .store domain
PC World


Nextbase 622GW 4K UHD dash cam review: Fantastic 4K UHD captures…
PC World


Iconic Wrestlers Who Are Different Today
Investing.com


How to shop at Best Buy without paying Best Buy prices
Wikibuy


**Mozilla's RegretsReporter browser extension will try to learn why...**
PC World


**You don't need a futuristic PC to run Cyberpunk 2077, but you might**
PC World


**Why Tile Pro isn't working with your iPhone, and what to do**
PC World


**[Gallery] The One And Only WD40 Trick Everyone Should Know**
Ocean Draw


**About Plaque Psoriasis: Learn About Causes & Symptoms**
Lifelessons.club


**How to get the screenshot button back on your Pixel phone in Android...**
PC World


**The swiveling LG Wing phone is a radical cry for attention**
PC World


**Report: Microsoft is readying a new Surface Pro X, maybe with 64-bit...**
PC World


**35 Dubai Photos That Will Definitely Make You Think Twice About Visiting**
Ice Pop


**If You're Going To Buy An Air Fryer, Read This**
Wikibuy

## SHOP TECH PRODUCTS AT AMAZON

### Coupon Codes

2. ... Bluetooth 4.2, Type-C, HDMI, Black, Windows 10   $389.40
3. Lenovo Flex 5 14" 2-in-1 Laptop, 14.0" FHD (1920 x 1080) Touch Display, AMD Ryzen 5 4500U Processor, 16GB DDR4, 256GB SSD, AMD Radeon Graphics, Digital Pen Included, Win 10, 81X20005US, Graphite Grey   $706.99

Ads by Amazon

### Coupon Codes

| Walmart Promo Code | Target Promo Code | Home Depot Coupon | eBay Coupon | Overstock Coupon | Jcpenney Coupons |
|---|---|---|---|---|---|
| Walmart promo code for an additional $10 off grocery app orders | Target discounts - 30% off Halloween costumes | Get solar panels for $30 & up at The Home Depot | eBay coupon: $5 off first purchase | Sign up today for 15% off Overstock coupon | 60% off $325+ gold & silver jewelry |



# APPENDIX
# 56

**COMPUTERWORLD** UNITED STATES ⌄ | IDG TECH(TALK) COMMUNITY | WINDOWS | MOBILE | OFFICE SOFTWARE | APPLE | SHARK TANK | EVENTS | INSIDER

Home > Security

NEWS

# Google highlights trouble in detecting web-based malware

No one system is effective in detecting increasingly complex malicious software, the company said

     

By Jeremy Kirk
Australia Correspondent, IDG News Service | AUG 18, 2011 6:51 AM PST



Google issued a new study on Wednesday detailing how it is becoming more difficult to identify malicious websites and attacks, with antivirus software proving to be an ineffective defense against new ones.

The company's engineers analyzed four years worth of data comprising 8 million websites and 160 million web pages from its Safe Browsing service, which is an API (application programming interface) that feeds data into Google's Chrome browser and Firefox and warns users when they hit a website loaded with malware.

Google said it displays 3 million warnings of unsafe websites to 400 million users a day. The company scans the Web, using several methods to figure out if a site is malicious.

**[ Keep up on the latest thought leadership, insights, how-to, and analysis on IT through Computerworld's newsletters. ]**

"Like other service providers, we are engaged in an arms race with malware distributors," according to a blog post from Google's security team.

That detection process is becoming more difficult due to a variety of evasion techniques employed by attackers that are designed to stop their websites from being flagged as bad, according to the report.

The company uses a variety of methods to detect dangerous sites. It can test a site against a "virtual machine honeypot," which is a virtual machine that visits a website and notes its behavior. It also uses browser emulators for the same purpose, which record an attack sequence. The browser emulator is an HTML parser and a modified open-source JavaScript engine.

Other methods include ranking a website by reputation based on its hosting infrastructure, and another line of defense is antivirus software.

**RECOMMENDED WHITEPAPERS**

Finanz Informatik/Sparkassen – Case Study

Powering Trusted Identities with Biometrics

Pharmacy Point-of-Sale – Case Study

One of the ways hackers get around VM-based detection is to require the victim to perform a mouse click. Many sites are rigged to automatically deliver an exploit and execute an attack if an unpatched software program is found.

Google describes it as a kind of social engineering attack, since the malicious payload appears only after a person interacts with the browser. Google is working around the issue by configuring its virtual machines to do a mouse click.

Browser emulators can be confused by attacks when the malicious code is scrambled, a method known as obfuscation. Since the browser emulator isn't a real browser, it won't necessarily execute the obfuscated JavaScript code in the same way as a real browser. The only explanation for the more complex JavaScript is that it is designed to halt emulated browsers and make manual analysis of the code more difficult, the engineers wrote.

Google is also encountering "IP cloaking," where a malicious website will refused to serve harmful content to certain IP ranges, such as those

Customer Expectations

SEE ALL WHITE PAPERS

known to be used by security researchers. In August 2009, Google found that some 200,000 sites were using IP cloaking. It forces researchers to scan the sites from IP ranges that are "unknown by the adversary," the report said.

Antivirus software programs rely on signatures as one method to detect attacks. But the engineers wrote that the software often missed code that has been "packed," or compressed in a way that it is unrecognizable but will still execute.



**BrandPost** Sponsored by Forcepoint

**3 Ways to Scale Your Security Strategy for Remote Workers**

Scaling security to address the work-from-anywhere model is a top priority. But that doesn't mean you should start from scratch.

Since it can take time for AV vendors to refine their signatures and remove ones that cause false positives, the delay allows the malicious content to stay undetected.

"While AV vendors strive to improve detection rates, in real time they cannot adequately detect malicious content," the Google researchers wrote. "This could be due to the fact that adversaries can use AV products as oracles before deploying malicious code into the wild."

The study was authored by Moheeb Abu Rajab, Lucas Ballard, Nav Jagpal, Panayiotis Mavrommatis, Daisuke Nojiri, Niels Provos and Ludwig Schmidt.

*Send news tips and comments to jeremy_kirk@idg.com*

Related:  Security

Copyright © 2011 IDG Communications, Inc.

## YOU MAY ALSO LIKE

Recommended by Outbrain





Windows 10 Insider Previews: A guide to the builds

Biggest tech IPOs of 2020

Eizo FlexScan EV2795 en EV2495 zijn complete USB-C docking monitoren, inclusief gigabit netwerk





Edge computing and 5G give business apps a boost

How to replace Edge as the default browser in Windows 10 — and why you shouldn't

How much will Macs with Apple Silicon cost?





At this point, 5G is a bad joke

Als je van je werk je hobby maakt: security evangelist schrijft technothriller

What you need to know to become a scrum master in Australia




Duurzaamheid, Telecom & Huawei

Android versions: A living history from 1.0 to 11






Mozilla tightens belt, folds two Firefox services


Exploit in plugin zorgt voor kwetsbaarheid in meer dan 350.000 WordPress sites


Work-from-home drives up PC sales in Australia



