# APPENDIX
# 66

Home › Technology Industry › Small Business

HOW-TO

# How to Run Your Business Without Microsoft Small Business Server

Microsoft left many companies' IT strategies in tatters last year when it announced it was abandoning Small Business Server. To replace it, firms can either follow Microsoft's advice or look at alternatives such as Google Apps and Linux-based servers.

   

By Paul Rubens

CIO  |  JAN 23, 2014 7:00 AM PST



Named KLAS Category Leader
Interoperability Platforms

InterSystems
Creative data technology

Microsoft Windows Small Business Server is hugely popular with businesses of up to 75 people — not to mention the resellers and service providers that often supply it. That's mainly because it offers a combination of Windows Server 2008 R2 and Exchange Server 2010 in one box at very good price. It also includes SharePoint Foundation 2010 and SQL Server 2008 R2 Express and, with the additional purchase of a Premium Add-On pack, it can support applications that rely on SQL Server 2008 R2 Standard.

But last July, Microsoft said Small Business Server 2012 would be the last SBS version and would remain available only in the OEM channel until the end of 2013. In reality, though, supplies dried up long before that. Dell, for example, announced in July that it would no longer be supplying SBS.

Many customers greeted the decision with dismay, with the first commenter on the Windows Server Essentials blog calling it "by FAR the biggest BONE HEAD (sic) decision Microsoft has made!"

[ Beware the 9 warning signs of bad IT architecture and see why these 10 old-school IT principles still rule. | Sign up for CIO newsletters. ]

## Without Small Business Server, What Are Firms to Do?

So, where does this leave businesses that previously would have used SBS as their low-cost, all-in-one server solution?

Microsoft would like you to purchase Windows Server 2012 Essentials, the product it has positioned as a replacement for SBS. Essentials is quite a different animal altogether, though.

For one thing, it provides out-of-the-box support for just 25 users (and 50 devices.) If you have more than that, you must purchase the full-blown Windows Server 2012 Standard edition.

More importantly, one key attraction of SBS has been removed: Essentials doesn't include Exchange at all. For that functionality, you're expected to subscribe to Microsoft Office 365, use a hosted Exchange service or buy and run your own Exchange server on a separate physical box — all at an additional cost.

RECOMMENDED WHITEPAPERS

AI: 5 Steps to Get Started

QA IDG TEST

Securing the Borderless Enterprise

Why has Microsoft axed this popular product? Wes Miller, an analyst at Directions on Microsoft, says he believes that Microsoft was faced with a difficult decision: Continue to include Exchange in its entry-level server product or forge ahead with its strategy of moving customers to the cloud — and the recurring revenue streams that this strategy brings.





Leading Through Recovery
Inspiring your virtual teams



SponsoredPost  Sponsored by Qlik
Finding the True Path to Maximizing Data Value
Over the past several years, we've seen

while advances in software tools– increasingly aided by artificial intelligence (AI) and machine learning – to extract value from mountains of…

"SBS was traditionally pushed out by VARS and service providers who would put in a Dell or HP box with SBS. But what these guys were doing was not the model that Microsoft wanted," Miller says. "What Microsoft has done has upset customers (and VARs) — but Microsoft wants to push people to the cloud."

Microsoft is playing a risky game, Miller says, because plenty of other options available are aside from using Server 2012 Essentials plus Office 365 or hosted Exchange. These include using Google's cloud-based Google Apps service for the mail, calendaring and other functionality that Exchange provides, or a Linux-based server that runs an Exchange-like service as well.

## Linux-based Small Business Server Alternatives Aren't Hard to Find

There are certainly no shortage of options. Popular Linux small business server alternatives include Univention Corporate Server, the Zentyal SMB Edition and Igaware Small Business Server, while Linux-based Exchange alternatives include Scalix, Sogo and Zarafa.

[ Related: How to Run Your Small Business With Free Open Source Software ]



**SponsoredPost** Sponsored by HPE
Edge-Optimized HCI: Bringing Apps Closer to Data and Data Closer to Apps
Data is shifting to the edge, and businesses are seizing the opportunity to modernize IT systems. Edge-optimized HCI delivers new levels of performance, agility, and visibility into flexible…

Many Linux small business server vendors bundle their software with Exchange alternatives — particularly Zarafa, which is seen as a very close alternative to Exchange — and are now specifically targeting small businesses that would otherwise have been obvious customers for SBS.

"These vendors are sensing that there's an opportunity here," Miller says. "The only question mark is whether small companies will be willing to try them rather than [do] what Microsoft is pushing them to do."

To successfully sway small businesses away from the Microsoft options, Miller says it's essential that end users can continue to use their Outlook clients. If users don't notice a difference, he says, "then … these Linux-based, SBS alternatives can work."

## SBS, Server 2012 Essentials Alternatives Typically Cheaper, More Efficient

According to Tim Sexton, sales director of Linux server vendor Igaware, many small businesses have little choice but to find a Linux alternative to SBS. It's not practical for them to move to a cloud-based solution, he says, because they lack fast enough or reliable enough Internet connectivity.

There are other advantages to moving to a Linux-based SBS alternative instead of Windows Server Essentials, Sexton says. There are no user limits, for starters, "so the solution is completely scalable." In addition, the cost per user is similar to Office 365, but the Linux-based options offer additional functionality and more efficient software, he says. "You can run on lower-spec hardware with just 1GB of memory, instead of a machine with 32GB."

[ Small Business Software Options for Accounting, CRM, Ecommerce and Office Productivity ]

Concrete supplier Express Minimix has moved to Igaware Small Business Server and Zarafa as an Exchange alternative. The company's staff accesses email using Zarafa webmail, Outlook clients or their mobile devices (using ActiveSync).

"I've used Exchange before, and switching to Igaware and Zarafa is a no-brainer. The software just sits there and does its job," says Express Minimix's Jon Gordon.

Doing a direct cost comparison is difficult, but Gordon points out that "Microsoft's support costs tend to be a lot higher." He adds that the entire system has also been far easier to maintain and administer than Exchange. "You certainly don't need Linux skills … I do everything using the Web interface, and I'm not an IT professional."

There's no doubt that a cloud strategy makes a great deal of sense for many companies, even if it involves recurring costs. But if you're unwilling or unable to move to Office365, hosted Exchange or some other cloud-based solution, a Linux alternative may well meet your needs — and the needs of the IT specialists that

*Next read this:*

- Top 9 challenges IT leaders will face in 2020
- Top 5 strategic priorities for CIOs in 2020
- 7 'crackpot' technologies that might transform IT
- 8 technologies that will disrupt business in 2020
- 7 questions CIOs should ask before taking a new job
- 7 ways to position IT for success in 2020
- The 9 new rules of IT leadership
- 20 ways to kill your IT career (without knowing it)

*IT manager's survival guide: 11 ways to thrive in the years ahead*

• *CIO resumes: 6 best practices and 4 strong examples*

• *4 KPIs IT should ditch (and what to measure instead)*

Related:   Small Business   Google Apps   Office Software   Cloud Computing   Server   Software

Microsoft Office

*Paul Rubens is a technology journalist based in England.*

Follow  👤  ✉  🐦  📡

Copyright © 2014 IDG Communications, Inc.

📍 **7 secrets of successful remote IT teams**

## YOU MAY ALSO LIKE ::

Recommended by Outbrain


**Did COVID-19 boost cloud usage in sub-Saharan Africa?**


**The CIO Show: How much are you worth?**


**10 IT management certifications for IT leaders**


**Does digital transformation ever end?**


**5 costly mistakes in infrastructure outsourcing**


**The CIO Show: Raising the customer experience**


**A 10-point plan for addressing WFH cybersecurity challenges**


**5 tips for implementing an effective D&I strategy**


**Podcast: CIO Leadership Live with Shamim Mohammad, CI/TO...**


**The 15 most valuable IT certifications today**


**6 steps to successful SaaS renewal negotiations**


**AI-first or nothing**


**Bye-bye MCSA: What Microsoft's massive certification shakeup...**


**Wat houdt een security cultuur in en van welke factoren is het...**





Choosing computing infrastructure for a post-pandemic world

Agtech start-up AgroScout taps AI, drones, cloud tech for crop health



New CIO appointments, September 2020



Creating an IT culture of inclusiveness and belonging



7 new rules for leading IT teams in the COVID era



9 tools that make data science easier



6 tools that make machine learning easier



Top 9 data engineer and data architect certifications



Edge computing's epic turf war



Desert Adventures scales tourism business via cloud, web



Towards smarter security



How Noel Leeming retooled its digital assistant for the pandemic







APPENDIX
67

https://www.zdnet.com/                                                                                          09/21/2020

📄 MUST READ:  US govt orders federal agencies to patch dangerous Zerologon bug by Monday

# Did Microsoft just pull the plug on its secure Web gateway product?

Microsoft may be discontinuing its Forefront Threat Management Gateway (TMG) product, according to information from analysts with the Gartner Group. But Microsoft is neither completely confirming nor denying Gartner's assertion.

       By Mary Jo Foley for All About Microsoft | June 1, 2011 -- 09:16 GMT (02:16 PDT) | Topic: Microsoft

Microsoft may be discontinuing its Forefront Threat Management Gateway (TMG) product, according to information from analysts with the Gartner Group.

(I am qualifying this information with the word "may" because Microsoft is declining to provide a clear answer as to what's going on with its secure Web gateway product.)

Here's the back story. As noted by Deb Shinder, a blogger with TechRepublic and Microsoft Most Valuable Professional (MVP) for Enterprise Security, Gartner omitted Forefront TMG from its May 25 Magic Quadrant report for secure Web gateways. Shinder explained:

> "On  page 5 (of the Gartner report), you'll find a statement that is likely to shock and dismay many Microsoft customers, which says that Microsoft has confirmed to Gartner that it is not going to be shipping another full version release of TMG. The report goes on to say that TMG is in sustaining mode and Microsoft doesn't intend to compete head-to-head with other vendors in that space. The good news is that the usual five year mainstream/five ~~year extended support lifecycle still applies. which says that Microsoft has confirmed to Gartner that it is not going to be shipping another full version release of TMG.~~ The report goes on to say that TMG is in sustaining mode and Microsoft doesn't intend to compete head-to-head with other vendors in that space. The good news is that the usual five year mainstream/five year extended support lifecycle still applies."

I sent an e-mail asking Gartner's PR agency for further details and received no word back. I asked Microsoft officials for an update on Forefront TMG and received this reply:

> "Microsoft remains committed to security and will continue to support our customers by providing support for TMG with service packs and other updates through the product's lifecycle. While Gartner has shared its belief on how Microsoft plans to repurpose TMG technologies, we have no other updates at this time."

A May 28 blog post by security consultant Kent Nordstrom includes additional comment from Microsoft, claiming the company is still very much in the secure Web gateway space, in spite of Gartner's comments.

Nordstrom speculated Microsoft might be combining its various gateway products, in preparation for moving the product to the cloud, but then later said his speculation wasn't entirely correct.

My read of all this is there will be no further releases of TMG, but Microsoft won't actually confirm that this is the case. Sigh.

Microsoft released the latest version of TMG, Forefront Threat Management Gateway 2010 Service Pack 1, in June 2010. The product provides URL filtering, antimalware inspection, intrusion prevention, application  proxy, and HTTP/HTTPS inspection via a single gateway. TMG is the My read of all this is there will be no further releases of TMG, but Microsoft won't actually confirm that this is the case. Sigh.

> Linux service control commands
>
> As a Linux administrator, one task you will most certainly be required to know is the controlling of servic... ...
>
> Downloads provided by TechRepublic Premium

Microsoft released the latest version of TMG, Forefront Threat Management Gateway 2010 Service Pack 1, in June 2010. The product provides URL filtering, antimalware inspection, intrusion prevention, application  proxy, and HTTP/HTTPS inspection via a single gateway. TMG is the successor to Microsoft's Internet Security and Acceleration (ISA) Server.

Microsoft has been struggling with its Forefront deliverables and direction for the past couple of years. Microsoft recently announced that it is working on new security and identity products for both the server and cloud while in searches for a new head of its identity team.

RELATED TOPICS:   ENTERPRISE SOFTWARE   WINDOWS   WINDOWS 10   COLLABORATION

CLOUD   REVIEWS

        By Mary Jo Foley for All About Microsoft | June 1, 2011 -- 09:16 GMT (02:16 PDT) | Topic: Microsoft

Recommended For You                                                    Sponsored Links by Taboola

Recommended For You                                                    Sponsored Links by Taboola

MORE FROM MARY JO FOLEY

 Microsoft
Microsoft acquires game publisher Bethesda Softworks for $7.5 billion

 Windows 10
Microsoft enters the final stretch with Windows 10 20H2

 Productivity
How Microsoft is looking to MetaOS to make Microsoft 365 a 'whole life' experience

 Cloud
ByteDance won't allow

 Windows 10
Microsoft enters the final stretch with Windows 10 20H2

 Productivity
How Microsoft is looking to MetaOS to make Microsoft 365 a 'whole life' experience

 Cloud
ByteDance won't allow TikTok's algorithm to be part of a sale; Microsoft is rejected as suitor

NEWSLETTERS

ZDNet Microsoft
The week's critical news, analysis, and commentary on everything Microsoft.

Your email address           SUBSCRIBE

 Productivity
How Microsoft is looking to MetaOS to make Microsoft 365 a 'whole life' experience

Cloud
ByteDance won't allow TikTok's algorithm to be part of a sale; Microsoft is rejected as suitor

NEWSLETTERS

ZDNet Microsoft
The week's critical news, analysis, and commentary on everything Microsoft.

Your email address           SUBSCRIBE

SEE ALL






Before you renew Amazon
Prime, read this
*Wikibuy*

Eat Clean In 2020 - Wild
Caught Fish To Your Door
*Wild Alaskan Company*

The softest, most
comfortable, reusable masks
are finally available in...
*Jaanuu*

This WW2 strategy game will
keep you entertained for
weeks!
*Call of War World War II*



MORE RESOURCES

FlashSystem: The Centerpiece of
the One-Platform Approach

White Papers from IBM

 READ NOW

Linux file and directory management
commands

Downloads from TechRepublic Premium

 DOWNLOAD NOW

Hiring Kit: System Integration
Specialist

Tools & Templates from TechRepublic Premium

 READ NOW



Famous Stars And Their First
R-Rated Movies
*Zimbio*

Realistic Game For Men
Over 50
*Best Game 2020*

Cats Often Hide Signs of
Illness — Look For These
Clues Instead
*Dr. Marty Nature's Feast*

New Method Traces
Ancestry Back Thousands of
Years
*CRI Genetics*

⊙ SHOW COMMENTS

RELATED STORIES

  

< 1 of 3 >



Microsoft secures
backend server that
leaked Bing data
No personal user data was
leaked in the incident.



Microsoft acquires game
publisher Bethesda
Softworks for $7.5 billion
Microsoft is continuing to
add firepower to its gaming
unit. Its latest move:
Spending $7.5 billion for
the creator of The Elder
Scrolls, Fallout, Doom and
other key franchises. ...



Microsoft: Now
PowerShell's secrets tool
preview supports Linux
and macOS
Microsoft overhauls the
design of
SecretManagement
module for the PowerShell
command-line interface.


Forcepoint
Get the Gartner Report


+Rescue
by LogMeIn
Remote Support has
never felt so close.
FREE TRIAL

primeday

Consultants charged for bribing Amazon
Marketplace employees to game the
platform

BEST KEYBOARDS IN 2020
From mechanical to minimal, the top
options compared

PANDEMIC EDUCATION

WHEN IS PRIME DAY 2020?

CYBER SLEUTHING

EMPLOYMENT

JUST IN                                          NEWSLETTERS


COVID-19 is messing up career plans
and companies are not meeting our
needs
3 hours ago


Ransomware is evolving, but the key to
preventing attacks remains the same
3 hours ago

ZDNet Week in Review - US
A weekly summary of the news that matters in
business technology.


Amazon's Sidewalk network to launch
this year with new devices, support from
IoT chipset manufacturers
4 hours ago


No More Ransom: The Europol initiative
taking the fight to cyber criminal
ransomware gangs
4 hours ago

 Your email address   SUBSCRIBE


Banking software vendors won't
differentiate with just functionality for
long


Nvidia arms itself to terminate Intel's
processor dominance
4 hours ago


SEE
ALL

 **Microsoft acquires game publisher Bethesda Softworks for $7.5 billion**
4 hours ago

 **David Gewirtz hosts a tour of his home office and video studio**
5 hours ago

TODAY ON ZDNET



ZDNet SPECIAL FEATURE
**Robotics in the enterprise**

 **on AWS**
The startup, focused on the Presto query engine, announces its new managed service for the open source technology, available on Amazon Web Services. The company is also announcing $2.3M in additional seed funding.
6 hours ago by Andrew Brust in Big Data Analytics

 **MSP best practices: PC maintenance checklist**
Regularly performing preventive PC maintenance provides managed services providers (MSPs) with an excellent opportunity to spot previously unidentified issues that could become bigger problems later....
from TechRepublic Premium

 **Coronavirus "infodemic" is hindering scientists**
Awash in research, scientific work is becoming inefficient and at times redundant. But AI could help.
7 hours ago by Greg Nichols in Artificial Intelligence

 **Cybersecurity skills gap: How this startup aims to solve the talent crisis**
With security analysts hard to find, startup RangeForce reckons training and building skills are top priorities.
8 hours ago by Kalev Aasmae in CXO

 **Cryptocurrency exchange Kraken obtains approval to launch a US bank**
Is this a sign of things to come for the cryptocurrency market?
8 hours ago by Kalev Aasmae in CXO

 **Cryptocurrency exchange Kraken obtains approval to launch a US bank**
Is this a sign of things to come for the cryptocurrency market?
9 hours ago by Charlie Osborne in Innovation

 **Consultants charged for bribing Amazon Marketplace employees to game the platform**
Prosecutors allege the group paid handsome bribes to give clients a competitive advantage.
10 hours ago by Charlie Osborne in Security



GALLERY
**Working from home on a laptop? Check out these external monitors**

LOAD MORE

---



Recommended For You                              Sponsored Links by Taboola

  

Everything you need to know about that viral Amazon hack — and why it'...
Walsburg

The Face Mask Chosen By Police Around The Country
Space Masks

Meet the Richest American Offspring in History
Investing.com

20 Places Where $150K Is More Than Enough To Retire
MoneyWise.com

MORE RESOURCES

Video teleconferencing do's and don'ts (free PDF)
eBooks from TechRepublic

READ NOW

How Apple users can make the most of Microsoft 365 at work
Downloads from TechRepublic Premium

DOWNLOAD NOW

How to migrate to a new iPad, iPhone, or Mac
Downloads from TechRepublic Premium

DOWNLOAD NOW

The Ultimate Learn to Code Bundle
Training from TechRepublic Academy

READ NOW

---

Collection
**Coronavirus: Business and technology in a pandemic**

Collection
**Small Business TV**

 Wyndham Hotels & Resorts tackled technical debt, cloud, hybrid cloud in a hurry [Cloud TV]

HSBC charts out its move to the cloud [Cloud TV]

How Brinker International thinks through cloud, data, Apple iPads [Cloud TV]

Why security is the top barrier in enterprise cloud adoption [Hybrid Cloud TV]

How New Belgium Brewing evaluated managed vs. private cloud [Hybrid Cloud TV]

With Red Hat, IBM to become the leading hybrid cloud provider

 HSBC charts out its move to the cloud [Cloud TV]

How Brinker International thinks through cloud, data, Apple iPads [Cloud TV]

Why security is the top barrier in enterprise cloud adoption [Hybrid Cloud TV]

How New Belgium Brewing evaluated managed vs. private cloud [Hybrid Cloud TV]

With Red Hat, IBM to become the leading hybrid cloud provider



