APPENDIX
73

Login    Blog    Customer Support    Contact Us    ⊕ ⌄

⑨ INTSIGHTS    Products    Solutions    Customers    Resources    Partners    Company       **Instant IntSights**    **Request a Demo**

# The Top 5 Dark Web Threats Facing Cybersecurity Teams

**Kevin Diffily**
May 1st, 2019

**Subscribe to our blog** and stay up to date ›

The dark web is more vast and more dynamic than ever before. Full underground forums and criminal marketplaces spin up and spin down at the snap of the finger, while hacker groups take increasing precautions to vet new and existing members. While the existence of the dark web is no secret, fewer than 1 percent of internet users have actually visited it. In fact, even in the IT security field, usership is low – only 1 in 7 IT security professionals have ever ventured to a dark web forum or site.

This lack of experience helps explain why there is so much uncertainty, fear, and misinformation surrounding the dark web. But it also suggests that many in the security field are missing out on a crucial source of information that could help them get inside the mind of a cybercriminal and protect their enterprises. Hackers and other threat actors use dark web forums and marketplaces to scout targets and collaborate with like-minded individuals, seeking tools and information they can leverage to bolster their attacks.



Information security professionals tasked with protecting their organizations can leverage the dark web through "**dark web monitoring**". This is a formal process of seeking out and monitoring the dark web for signs or signals of an impending **attack**. But what, exactly, should you be looking for amidst the sea of potential threats found on cybercriminal hangouts? The following are the top 5 dark web threats we've observed:

## 1. Strategic Data and Asset Exposure

There are numerous black markets on the dark web where cybercriminals buy, sell, and trade corporate data, personally identifiable information (PII), and other digital assets (as well as other illegal goods). Threat actors sift through massive data dumps, looking for credit card numbers, email addresses, login credentials, and more. Large-scale data dumps can provide cybercriminals with a jumping-off point as they begin to strategize and scale a new attack.

It is vital for security teams to map and actively monitor their key assets and internal activities to identify data dumps affecting their organizations. Next, they must scrutinize the claims and contents of a data dump to verify if the data is new or recycled, what the potential scope of the leak might be, and the threat actors involved. Gathering and analyzing this intel can help teams decide how to proceed to mitigate the threats they find.

## 2. Compromised Credentials, at Scale

In January 2019, the **largest leaked credential database in history** showed up on hacker hub RaidForums. Referred to as "Collection #1" to reflect the file name, the database contained 773 million records, and was followed by Collections #2-5, which brought the total number of leaked records over 2.2 billion. Needless to say, this presented some unprecedented challenges for security teams looking to ensure their corporate networks remained unbreached.

Between October 2018 and February 2019, we saw the average number of leaked **credential** incidents per company rise from fewer than 20 to 80. Now, this is not necessarily the new norm – massive data breaches like Collections #1-5 won't happen every month, after all. However, this dramatic spike does demonstrate the need to constantly monitor for leaked credentials. It's impossible to know exactly when and where the next "Collection #1" will occur, but it's imperative to be prepared.

After discovering a new database, security teams should immediately mobilize to assess the risk at hand. First, determine who might be impacted – employees, customers, corporate systems, etc. Next, consider the effects of immediately locking down the network, as opposed to implementing escalated authentication. Then validate whether the data is active or if it's old to inform how you proceed.

## 3. Malware-as-a-Service and Phishing Kits

In recent years, threat actors have commodified malware and phishing, developing tools that lower the hacker barrier to entry. Scammers don't need advanced programming skills to carry out malware or phishing campaigns anymore; these attacks can be performed using "as-a-service" kits that streamline the process. This enables novice hackers to easily run attack campaigns and rapidly change domains to diversify their attacks.

First, attackers clone the legitimate site they want to spoof and change the login form to point to a simple PHP script. The script collects

credentials are either enticed them to the attacker or legitimize them of a low-level actor stealing their credentials and simply redirects to the login page of the legitimate site where victims assume they simply entered their credentials incorrectly.

To avoid detection, cybercriminals frequently add a .htaccess file to the phishing kit that blocks connections based on HTTP request attributes. Many phishing kits we analyzed used .htaccess files that blocked IP ranges for **threat intelligence** services and included a PHP shell in the phishing kit which gives the ability to execute system commands on the server.

Once the content of the phishing site is created, it is bundled into a .zip file for reuse across multiple servers and phishing campaigns. This is helpful for attackers, since phishing sites are often quickly shut down. This form of mass credential phishing is all about quantity, not quality.

Security teams need to be proactive to effectively nullify a phishing attack in this streamlined environment, shutting down the phishing attack early in the cyber kill chain. They should monitor suspicious domains before they become weaponized, and use tools to automate the takedown process.

## 4. Stolen and Counterfeit Products

A rule of thumb for the dark web: *Everything* is for sale. Black markets have a variety of different stolen or fraudulently purchased retail goods, compromised corporate or personal credentials, stolen credit cards, phishing kits, and much, much more. Availability only appears to be increasing – our recent **Banking & Financial Services Cyber Threat Landscape Report (April 2019)** found a 212 percent increase in stolen credit cards available for purchase.

With an ever-growing and evolving black market landscape, security teams have to be resourceful to stop this flow of stolen and counterfeit goods. By applying advanced analytics to detect visual content violations – fake logos, impersonating profiles, etc. – they can take down potential scams before they escalate. Determining enforcement options – like DMCA and UDRP – for associated publicly-facing content can enable security teams to move quickly and decisively when a threat is validated and needs to be taken down.

## 5. Doxxing and Digital Extortion

New privacy policies and regulations have given rise to more extortion attacks against organizations. Most have data backup tools and processes in place, so ransomware is less effective. However, public disclosure of a breach can be far more damaging due to substantial regulatory fines imposed by governments and irreversible hits to the organization's brand reputation.

Cybercriminals know this, and they use it as leverage to demand more money. For a specific example of this kind of extortion attack, read about last year's **Bank of Montreal and Simplii Financial breach**. A hacker infiltrated their network and demanded a ransom to *not* release the information to the public.

The burden of preventing this kind of extortion attack falls on security teams, who must prepare digital extortion decision-trees to run scenario analyses:

- Are there instances where paying the ransom/extortion is the best option?

- How will you assess the reliability of the threat actor to ensure they end the extortion attack after payment?

- Can you set other mitigating controls?

Part of this doomsday scenario preparedness includes setting aside resources in the event that paying a ransom is necessary.

These are but a few of the many threats security teams face in today's dynamic threat landscape. There are many tools and tactics they can use to mitigate the risk of an attack, but the most important component is a shift in mindset from *preventing* an attack to *detecting* and *remediating* it before it even gets launched. This can be done through continuous, strategic monitoring of threat actor activity across the dark web.

*Learn all the terms, slang, and basic concepts you may encounter when monitoring dark web markets with our* **Complete Dark Web Black Market Glossary.**


Download Now



**Kevin Diffily**

Kevin Diffily is a Product Marketing Manager at IntSights. He strives to provide security teams with the knowledge and tools they need to enable proactive defense against emerging cyberattacks. Kevin has a background in journalism, brand development, content marketing, and social media management. He received his B.A. in Communication from Curry College and his M.A. in Integrated Marketing Communication from Emerson College. He is a staunch proponent of gratuitous Oxford comma use.

## Stay up to Date!

Subscribe to the blog to stay up to date with all the latest industry news and updates from IntSights.

Email Address:

Submit

## Related Blog Posts







BLOG POST
**Cybercriminals Target UK Universal Credit Program to Carry Out Scams**

FRAUD

BLOG POST
**China's Quest for Cyber Dominance: New Targets, New Tactics, and Information Warfare**

LANDSCAPE REPORT    STATE SPONSORED

BLOG POST
**How to Lock Down Exposed Services as COVID-19 Forces Remote Work**

DIGITAL RISK PROTECTION

View All Blog Posts

## Interested in learning how IntSights can help you?

Request a Demo

**Products**

Threat Command

Threat Intelligence Platform (TIP)

Vulnerability Risk Analyzer

Threat Third Party

**Solutions - Use Cases**

Dark Web Monitoring

Data & Credential Leakage

Proactive Compliance & Risk Management

Vulnerability Enrichment

Threat Hunting

Continuous PCI DSS

GDPR

Active Directory Integration

Blocking & Blacklisting

IOC Enrichment

Remediation / Takedowns

Technology Integrations

Alert Profiler

Brand Protection

VIP / Executive Protection

Fraud Detection

Phishing Protection

Malware

**Solutions - Industries**

Healthcare

Manufacturing

Oil & Gas

Retail & eCommerce

Gaming & Leisure

Gaming & Leisure

Food & Beverage

Insurance

Automotive

Pharmaceutical

Legal

Telecom

**Customers**

**Resources**

Compare Platforms

What is a Cybersecurity Attack?

Glossary

Advanced Threat Protection

PCI DSS

**Partners**

Channel Partners

Technology Integration Alliances

MSSPs

Partner Portal Login

Become a Partner

**Company**

Team

Careers

Events

Press Releases

Press Mentions

Contact Us

**Log In**

**Blog**

**Support**

Experienced a Breach?

Trust

Privacy & Terms of Use

**Questions? Comments?
We love hearing from you!**

First Name:

Last Name:

Email Address:

Company:

Submit

**IntSights Headquarters**
155 W 19th Street, 5th Floor
New York, NY 10011
212-729-7104

© 2020 IntSights

APPENDIX
74

Volume 5, Issue 5

[state of the internet] / security

# Phishing — Baiting the Hook

# Table of Contents

**1**   Letter from the Editor

**2**   Overview

**3**   Guest Essay: The Data Science Gambit
by Alex Pinto, Verizon

**5**   Akamai Research

   **6**   Phishing in a Nutshell

   **9**   Phishing Kit Breakdown

  **12**   Special: Using Akamai to Defend Akamai

  **14**   Phishing Software Development Lifecycle

  **17**   Phishing as a Service

**20**   Looking Forward

**22**   Appendix: Methodologies

**24**   Credits

# Letter from the Editor

**Martin McKeay**
Editorial Director

Data science is hard. But data itself is malleable and open to interpretation.

Before I started learning about statistics and data science, I thought data was data and that was all there was to it. It was a naive view based on my understanding of the end-product, rather than the processes and work that went into creating a report. I've since learned that a finished report is only the tip of the iceberg.

Almost any data scientist will tell you that a significant part of their time is spent on cleaning data to prepare it for analysis. Whether we're talking about log files, event histories, or any other type of data, issues always need to be resolved before the work can begin. In some cases, it's missing data. In others it's outliers: events that skew the data or were misreported. Or maybe multiple data sets need to be brought together to form the data you want to analyze. No matter the cause, it takes time and work to ensure the most accurate data is available.

The data we work with to create the State of the Internet / Security report poses all those issues and more. We incorporate disparate data from across solutions that represent some of the same information in very different ways. How the data was recorded, where it was logged, and how many levels of abstraction have happened between the original capture and the final use all influence the data's cleanliness.

We've been reporting on Distributed Denial of Service (DDoS) attempts and application attacks since the report was first published. Over the past three years, we've reached deeper into our organization to gather data on credential stuffing, phishing, and bots, just to name a few topics.

Looking forward, we expect we'll continue to find better data to highlight cyberattacks on a scale few other organizations experience. Some of the data we've been using will be seen less often as we move to new collection methods and cleaner data. We may lose some long-term indicators in the process, and that is part of the trade-off that needs to be considered in any shift.

Data science is hard, but it's worth the effort. Each data set can be manipulated to make the most out its strengths and compensate for its weaknesses. After that, we can prepare the best analysis possible to tell you a story about the attacks we see.

# Overview

Phishing is a long-term, socially based problem, impacting multiple market segments and people from all walks of life each day. This edition of the State of the Internet / Security report centers on phishing and its impact to the retail sector.

In retail, phishing victims are consumers. In addition to other methods, criminals use phishing to target the retail industry by masquerading as popular brands and retail outlets. The individuals who fall for phishing scams by submitting information, or those who inadvertently install malicious applications, are the same people who contribute to a billion-dollar retail economy worldwide. They're a key part of the phishing lifecycle.

Phishing is often just one part of a larger attack against an organization. One of the most chilling examples of this in the retail sector is the late 2013 attack against Target Corporation, which was [first reported by journalist Brian Krebs.](#)

Considered to be one of the largest retail attacks in history, Target and millions of consumers were victimized by criminals, allegedly based in Ukraine, who compromised payment card details

for 40 million accounts between November 27 and December 15, 2013. The attack started with a phishing campaign against an HVAC vendor used by Target, and ultimately led to malware being installed on the vendor's systems, which compromised VPN credentials.

From the first line of code used to develop a phishing kit, to the full-scale suites of phishing services sold by criminals, the phishing economy continues to exist, despite the growing wave of awareness training programs and endpoint defenses. It isn't that defenders are losing the fight, it's that the criminals refuse to give up on one of their core markets – which fuels additional scams and attacks such as identity theft, retail fraud, and credential abuse.

In order to adapt to increasing defenses, phishing has evolved from being an email-based attack to one that now includes mobile devices and social media. This evolution is leveraging the world's increasingly connected existence as a means of rapid propagation. This means that criminals now have more options when it comes to targeting their victims.

## Phishing at a Glance / TL;DR

- More than **60%** of the phishing kits monitored by Akamai were active for only 20 days or less

- **High tech is the top industry** targeted by phishing, according to Akamai's data, followed by finance, online retail, and media

- According to Akamai's monitoring, Microsoft, PayPal, DHL, Dropbox, DocuSign, and LinkedIn are all top targets when it comes to phishing



# The Data Science Gambit

**Alex Pinto**

Verizon Business Group
Team Leader

Information Security has a fever, and the only prescription is data!

Over the years, I've heard many practitioners say that Information Security is a profession in its infancy. I believe that this anxiety about our profession boils down to a fear of the unknown and a lack of data. We're playing chess in the dark, unable to plan our next move, let alone see our endgame.

Our profession's track record for publicly sharing data about the incidents and threats that individual organizations experience is weak, historically speaking. This leads to a lack of understanding of our controls, their effectiveness, and which technologies are actually doing the most to protect us. While this isn't the place to discuss vendor incentives, Ian Grigg's "The Market for Silver Bullets"[1] is an excellent primer on the topic. It's as relevant today as it was in 2008.

Secrecy, driven by a desire to maintain security through obscurity and a desire to keep breaches private, has played a significant role in keeping us in the dark. The introduction of California's SB 1386 in 2002[2] was the first U.S. law that requires businesses to disclose breaches. Today, almost every U.S. state has adopted and extended similar breach notification laws. The European Union is taking breach notification even further and driving significant changes in the industry with the General Data Protection Regulation.

The breach notifications these laws require are a boon to our understanding of security, although they require organizing and normalizing data for analysis that may be beyond the scope and/or skill of the average practitioner. Researchers at Verizon recognized the importance of using this type of data and making the analysis available to the community, and in 2008 the Data Breach Investigation Report (DBIR) was created. The DBIR team also saw that breach data was cluttered and messy, which led them to create the VERIS framework,[3] a common standard to create a more organized and coherent view of the data.



*The game of chess is like a sword fight. You must think first before you move."*

*– Shaolin & Wu-Tang*

While this didn't immediately create a bright future flush with data transparency, it inspired other organizations to create data-driven security reports. The Akamai State of the Internet / Security Report was created in 2014 to be another voice in the data-starved deserts of information sharing. Prior to my involvement in the DBIR, I saw both teams lead and inspire other companies to share data and promote analysis as a benefit to the entire community. Now that I'm directly involved, I see the work that goes on behind the scenes, and it's amazing the amount of effort that goes into making these reports happen.

Bigger and bolder data sharing is vital for our industry to grow, learn, and better protect the organizations who entrust our profession to do so. We need to do more to share with each other — whether it takes the form of business-to-business data in a secure and privacy-preserving way, or public-facing reporting by organizations like Verizon and Akamai. We need a better understanding of the threats we face as individual organizations, and the research and analysis public reporting provides is one of the best resources we have.

In my opinion, data science and public reports are a vital part of how we move forward in this industry. As more organizations share their data, their intelligence, and their analysis, the better our profession will be as a whole. Unfortunately, too many organizations still hide the underlying data and the purpose of their reporting. As an industry, we should embrace the organizations willing to be forthcoming about their data, methodology, and analysis concerning security reports.

As you read this report, and hopefully [Verizon's DBIR](), think about how we can be better data-sharing neighbors. Reach out to your industry Information Sharing and Analysis Center (ISAC) and other reputable reporting organizations. Help us shine a light on the darkness to reveal the chessboard, so we can make our next move.

*Alex Pinto is a Distinguished Engineer of the Security Solutions Group at Verizon Enterprise Services, currently managing the Verizon Security Research team, which is responsible for the Verizon Data Breach Investigations Report (DBIR).*

*Alex has over 20 years of experience in building security solutions and products and the last 6 of those years have been solely dedicated to the application of data science techniques on cybersecurity.*

# Akamai Research

# Phishing in a Nutshell

Phishing is a social-based attack. Sometimes phishing may be referenced as a sophisticated attack, but it isn't. These attacks focus on human nature more than a software vulnerability or system exploit.

Phishing is often lumped into the context of spam. But since phishing is a dangerous type of spam with serious consequences, it isn't something to ignore or dismiss as a harmless attack type.

Criminals running phishing attacks will prey upon natural human emotions, as well as the inherent trust people place in total strangers. When it comes to basic communication, either via phone call, email, text message, or social media post, no one expects to be scammed. Why would they? But this natural presumption that things are OK is one of the key elements of a phishing attack.

As phishing evolved over the years, process injection was added to the baseline attack. Process injection works just the way it sounds. The phishing attack targets the workflow, or process, used by an individual victim, enabling a higher degree of success, as well as the possibility for the scam to remain undetected longer. You see this method deployed during business email compromise (BEC) attacks, including those centered on wire transfers and tax-related scams.

Phishing attacks require two things: a lure and a landing. There are times when the lure is also the landing, so the technical elements of an attack depend on the phishing campaign itself, the scope, and the targets.

A lure gets the victim's attention, by way of a warning, an urgent request, or some other message invoking a sense of alarm or concern. Once the lure works, the victim needs to land, and that is where the final phase of the attack happens.

The landing can be anything, including malicious attachments or links, a perfect clone of a bank's website, a retail portal, or a simple form requesting information in exchange for some type of prize or reward.

Outside of malicious payloads, the landing phase could target just usernames and passwords, but sometimes this phase also targets personally identifiable information (PII) and other sensitive corporate or financial information. No matter what information is collected, you can be sure it has value to the criminal.

According to the 2019 Verizon DBIR, 32% of all breaches involved phishing, and such attacks were present in 78% of cyber-espionage incidents.

Most landing elements in any given phishing attack involve a platform, better known as a kit. For this report we'll focus on phishing kits. As a whole, phishing kits are anything but consistent. They change depending on the target, purpose, and criminal's intent. Some phishing kits are highly advanced, with custom security features and targeting options, while others consist of nothing but a single HTML form.

## Generic Phishing vs. Spear Phishing

Phishing is commonly observed in two types of attacks: generic phishing and spear phishing.

Generic phishing attacks are a numbers game. The criminal blasts their lure out to thousands – sometimes tens of thousands – of potential victims.

The more lures that are delivered, the higher the odds of success. Imagine casting a wide net into a fully stocked pond. The wider the net, the more fish you stand to catch. The same principle applies to generic phishing. When tracking phishing campaigns, it's the generic phishing attacks that make the most noise, so they're the ones often observed by the public.

Botnets are also part of generic phishing attacks, as they're used to deliver messages to a wider pool of potential victims, often avoiding email-based limits imposed by hosts and re-mailer services. Those of you familiar with security history might remember the Storm Worm (or Storm botnet) from 2007. At one point, this botnet accounted for 8% of all malware on Windows systems.



### Generic Phishing

A wide net cast over thousands of potential victims



### Spear Phishing

A targeted attack, usually against one person or a group

Storm circulated via email and used current events (e.g., a massive storm in Europe or daily headlines) to lure people to open malicious attachments or click on malicious links. It worked well, and with each new victim the botnet continued to grow. Many classified Storm as a basic spam campaign, but it was phishing in its purest form. The actors behind Storm, who remain unknown to this day, generated emails designed to pique the curiosity of the recipient (lure) and deliver a malicious payload (landing). The simple two-step process was highly effective.

Spear phishing is a targeted phishing attack. Spear phishing attacks usually only target one person or a group (such as a retailer's customer base or a group of activists). Sometimes spear phishing attacks target a whole company and are mistaken for generic phishing attacks at first. What sets them apart from generic attempts, however, are the granular details.

Targeted phishing attacks will leverage open source intelligence (OSINT), or information about the target that exists in the public domain, as well as other layers of not-so-public information to develop lures that are relevant to the victim. These lures can be workflow-related, such as an internal project or group, or crafted to be viewed as "part of the job" to the target. Lures in spear phishing attacks can also be personal, such as selective sales or offers as part of a shopper rewards program.

Spear phishing is commonly seen in nation-state attacks, corporate espionage campaigns, and fraudulent financial attacks in which the ultimate goal isn't basic information gathering, but something more destructive or consequential.

For example, spear phishing can be used to obtain VPN credentials at an organization with the goal

of using those credentials later to attack the larger target. Spear phishing can also be used to deliver backdoors to a dissident's or sales manager's computer, in order to obtain access to documents and contacts. In other cases, spear phishing can be the method deployed to deliver ransomware to a network, where the initial infection starts by convincing someone to open a link or email attachment.

In 2010, an attack known as Operation Aurora targeted at least 30 different companies worldwide. The Aurora attacks started with spear-phishing emails that were designed to obtain credentials by delivering malicious payloads via zero-day vulnerabilities in Microsoft products. The attackers targeted these organizations to gain visibility into the activities of human rights activists and conduct corporate espionage.

Akamai was one of the organizations targeted by Aurora. We were fortunate, however, because although a domain administrator account and systems were compromised during the incident, the attackers were seeking specific data that didn't exist.

BEC attacks, in which the goals are purely financial, are also examples of spear phishing attacks. The impact these attacks have on their victims can be devastating. Impersonating an executive or financial manager, the criminal sends a lure to the victim. The lure evokes a sense of urgency and importance, and often requests wire transfers or payroll information.

Because of the people involved, the messages that the criminals send are often seen as routine, or part of the normal workflow. In numerous cases, it isn't uncommon for an executive to make last-minute requests (even urgent ones), so they're processed and addressed as requested. Usually the victim doesn't realize their mistake until later. Similar schemes also target vulnerable populations, in

which, for example, retirees are scammed out of their savings by a criminal posing as a financial planner, bank representative, or government official.

The FBI said that between October 2013 and May 2018, BEC attacks resulted in worldwide losses of more than $12 billion, and that figure continues to grow. On August 22, 2019, the U.S. Department of Justice (DOJ) unsealed a 252-count indictment against 80 people who were all connected to a massive ongoing series of BEC campaigns.

Two of the individuals named in the indictment were involved in schemes "resulting in the fraudulent transfer of at least $6 million in fraudulently obtained funds — and the overall conspiracy was responsible for the attempted theft of at least an additional $40 million," the DOJ said.

## Wild-Caught Phish

Phishing kits in the wild, those used for both generic phishing and spear phishing, can exist in a number of places.

Sometimes phishing kits are uploaded to a compromised website. When this happens, the attacker has exploited a vulnerability in the website's CMS or on the server itself. Hijacking a domain like this to host a phishing kit takes advantage of the URL's positive reputation and age, which enables the attacker to remain hidden longer. In other instances, the criminal will choose to purchase a domain and hosting package of their own.

Age is important when phishing URLs are considered. Newly created domains — those that are less than a month old — are often flagged as suspicious by security products. Researchers track domain registrations and report domains frequently if they raise any red flags. However,

taking advantage of top-level domain (TLD) sales at a given registrar, criminals buy in bulk and rotate through their collection during a given phishing run. This allows them to keep operating even if one of their domains — or several of them — are taken down or flagged.

In instances like these, a domain that lasts for a few days could yield hundreds of victims, but even those that only last a few hours still return net positive results to the criminal. This is because after the initial outlay of expenses (domains, phishing kits, and perhaps hosting), a criminal only needs a few victims to get their money back. Everything after that is pure profit.

## Phishing Kit Breakdown

As mentioned previously, phishing kits are anything but consistent when it comes to their development. However, when you examine phishing kit distribution, including common kits being sold on the darknet, as well as the kits seen by Akamai's zero-day phishing detection engine, a loose pattern emerges.

Kits typically focus on retail and consumer products, banking or finance, and finally gaming. The reason why kits focus on these market segments isn't complex; they're easy to develop and can be used against a wide pool of potential victims. A breakdown of this is provided in Figure 1.

In the high-tech sector, where the bulk of the detected phishing took place, a number of high-profile technology organizations, including those in the retail space, had several kit variants targeting them.



*Fig. 1* – Phishing kits may target various brands, but they tend to focus on a few key industries

Although kits may follow a development pattern, the individual kits themselves have multiple variations. The reason for the kit variations comes from a number of factors, including development style, technical enhancements, and evasion methods.

For example, using an observation window of 262 days, Akamai's zero-day phishing detection engine detected 62 different kit variants targeting Microsoft users, which were spread across 3,897 domains. LinkedIn (6 kit variants) and DocuSign (4 kit variants) were also observed across more than 300 domains each.

Kits used in spear phishing attacks could target anything, including the common industries, but they're usually one-off developments that are customized for the task at hand.

Akamai was able to track the lifecycle of each kit from the first time it was observed until the kit stopped triggering our detection rules. Figure 2 shows more than 60% of the kits monitored were active for just

**Top Targeted Brands (262 days)**

- **Microsoft** – *62 kit variants, 3,897 domains*
- **PayPal** – *14 kit variants, 1,669 domains*
- **DHL** – *7 kit variants, 1,565 domains*
- **Dropbox** – *11 kit variants, 461 domains*

20 days or less, which is common among generic phishing attacks. This shortened lifespan is also why criminals constantly develop new evasion techniques that they hope will help keep the kit below the radar.



**Cumulative Percentage of Phishing Kits by Days Before Deactivation**

*Fig. 2* – More than 60% of all the phishing kits tracked during the 262-day window were active for less than 20 days

## Domain Stats by Top Level Domain

| TLD | PCT ACTIVE 3 DAYS OR LESS | UNIQUE DOMAINS |
|---|---|---|
| .loan | 97.95% | 1,196,132 |
| .com | 96.64% | 1,831,417,850 |
| .tk | 95.10% | 10,637,204 |
| .gq | 92.12% | 923,345 |
| .ooo | 91.66% | 147,030 |
| .cf | 91.22% | 1,263,011 |
| .science | 90.85% | 69,450 |
| .bid | 90.30% | 218,995 |
| .ml | 89.35% | 994,033 |
| .ga | 88.83% | 1,247,897 |

*Fig. 3* – Looking at the top 10 domains with short lifespans, many of them are commonly associated with phishing, while the .com domains also include those used for botnets

Criminals are in a race against the security teams looking to shut down their operations. Although security teams report phishing URLs regularly, some criminals choose web hosts and domains where those reports are simply ignored. Yet, as the data shows, most kits have a short life, and the window of opportunity for most phishing kits is growing smaller.

In fact, over a 60-day period, Akamai observed more than 2,064,053,300 unique domains commonly associated with malicious activity. Of those, 89% had a lifespan of less than 24 hours, and 94% had a lifespan of less than three days. A breakdown of the TLDs can be seen in Figure 3.

Considering the phishing domains, notable short-lived TLDs such as .gq, .loan, and .tk have a median lifespan of 24 hours and mean lifespan of less than two days. Looking at the data, the availability of cheap name registration on TLDs such as these is a boon to criminals; it makes detection more difficult because the names live in traffic so briefly.

The high number of .com domains with short lifespans can be attributed to names used for botnet traffic, with large numbers of new names used daily (most of which are not registered and so do not resolve).

*Akamai*  **Intelligent Security Starts at the Edge**

# Using Akamai to Defend Akamai

Being a security company doesn't make Akamai magically immune to phishing. The opposite is probably closer to the truth: Being a security company makes our organization a more appealing target than many enterprises. In February 2019, our CSO, Andy Ellis, reflected on being a target of Operation Aurora,[4] and tech companies are every bit as much a target of hostile powers now as they were in 2010.

So how does Akamai protect itself against the threat of phishing, one of the most prevalent attacks any organization faces? We use layers of defenses from multiple vendors, including our own product, Enterprise Threat Protector (ETP). Since much of the data in this report is drawn from our global logs and research, we thought it appropriate to share information about what we tell customers about our own experience. These systems represent a subset of our controls, with numerous additional systems in place to protect our enterprise.

While we're not at liberty to name our first layer of phishing defenses publicly, it's a solution we've been using for several years that has historically blocked 94% of the incoming phishing attempts each month. But even the 6% of phishing attempts that reach inboxes is a significant number and a significant threat. The vast majority of attempts, 93%, contained URLs linking to malicious sites. In our experience, these are good results for the first layer of our

defenses. ETP forms the next layer of our defense, using our research and data, augmented with third-party data, to identify malicious domains and block them at the HTTP and DNS level.

Because of the nature of our business, Akamai performs more DNS requests than many businesses of similar size – over 7.4 billion requests every 30 days. ETP has caught 1.2 million malicious requests in the mix, stopping the system or tool from reaching its intended target.

It's important to keep in mind that we identified 2,395 unique phishing threats over the past 30 days and have historically seen more than 4,000 during the holiday months. During the same period, we were able to identify 120 different campaigns, meaning the common elements in the phishing attempts gave us significant confidence they were created by the same tools, even if they had some variation in the content.

As seen in Figure 4, engineering teams at Akamai were the target of nearly 27% of phishing attempts. Given that some engineering team members have responsibilities that expose their email addresses to the public, it isn't surprising to see them harvested and used. Similarly, a large amount of phishing attempts (22%) targeted public accounts, such as "help@" or "security@," which we've designated as "Other."

Akamai **Intelligent Security Starts at the Edge**

As individual teams, Akamai's finance and human resources departments are the most targeted groups, a fact that is partially masked when aggregating data as we've done in Figure 4. As in many companies, the finance and human resources teams in our company are much smaller than the teams they support. Although the count of attempts may be lower, phishing attacks per person are much higher in the teams with access to sensitive information.

We did find it somewhat surprising to see the volume of phishing attempts (12%) aimed at our executives, which includes the legal department. But given the value of compromising the account of a CEO or lawyer, it's no wonder there's so much attention being paid to their accounts.

Although phishing-related DNS requests accounted for 66% of the threats blocked by ETP, they are not the only effective use of the technology.

Nearly a quarter, 24%, of the blocked requests came from malware. This could be a link clicked on a site or a malicious document, but without manual investigation it is usually impossible to know. A further 9% of traffic came from requests to the command and control (C2) infrastructure of botnets, indicating a system that's compromised. Because the DNS request was blocked, an infected system had no method of communicating with the C2, allowing time for cleanup. The last 1% of traffic is a catch-all and might make for another research project in the future.

It's important for security vendors to use their own tools to protect themselves. It shows confidence in their technology, as well as providing insight into the challenges our customers face. But no technology is perfect, which is why Akamai builds layers of overlapping controls to protect itself — which makes us exactly like every other large organization.



**Who's Being Targeted at Akamai?**

*Fig. 4* – Engineering, finance and HR, and marketing and sales teams receive significantly more phishing attempts than other departments within Akamai

# Phishing Software Development Lifecycle

Phishing attacks follow a process and methodology that is similar to a software development lifecycle (SDLC). Starting with kit development, the cycle moves on to attack selection, propagation, and sales. This circle includes software checks, adjustments to targets or landing methods, data-collection tuning, and sales channel development. The aim is to deliver (at the lowest cost in terms of resources and finances) robust phishing kits that are secure, easily deployed, and constantly updated.

## Development

Developers will design phishing kits as a near-perfect clone of the target's website. You commonly see this with kits targeting Apple, Microsoft, Amazon, PayPal, banks of all sizes, and retail operations.

The phishing kits are created to be almost perfect, because the criminals are hoping a visual inspection is all the victim will do before entering credentials, providing personal information, or downloading a file.

Kit development goes beyond basic looks, and there has been a shift in recent years toward security. Criminals don't have any issues with stealing from other criminals, so phishing kit developers have turned to sophisticated licensing schemes (as seen in Figure 5), as well as code obfuscation to keep their kits protected. These schemes don't always work, so their code might wind up as a jumbled mash-up of recycled code in someone else's kit.

This leads to an interesting problem, as Akamai wrote about earlier in mid-2019, wherein such recycled code leads to software vulnerabilities. These vulnerabilities were introduced after the code was copied in some cases, or existed in the original kit because of flimsy coding practices or reliance on outdated open source code. For domain administrators, a phishing kit with vulnerabilities adds additional problems to an already bad situation.

The security side of phishing kit development also focuses on evasion techniques. There are several techniques, and many kits layer them in the hope of remaining hidden for longer periods.

Akamai has previously discussed evasion techniques, but some of the more common elements include geographic-based limiters, where only victims from a certain area are allowed to access the kit, and real-time text obfuscation, which prevents crawlers from finding the landing page.

Some kits also filter based on USER-AGENT and DNS resolution, looking to exclude visitors using Tor, for example, those coming from addresses associated with security vendors, or those coming from other large Internet companies such as Google or Amazon.



*Fig. 5* – A phishing kit targeting Netflix users requires a licensing scheme to prevent piracy

Many times, these kits also include an IP-based blacklist that will drop connections if they come from one of thousands of pre-configured IP sets that are known to belong to security organizations (Kaspersky, Microsoft, Symantec, Trend Micro), Internet companies (Google, Amazon, Netcraft), or universities.

Other evasions include random URLs, randomly generated subdomains, and randomly generated URI data, which adds an "official" looking random string to the URL. Often these random strings mask the domain from view on smaller screens – something that is frequently used for mobile device targeting.

Phishing kit development also includes the use of metrics, including Google Analytics. Akamai researchers recently discovered several hundred phishing websites that were using analytic tracking. While some of those sites were using the original target's analytic ID (because the criminal copied it when they copied the target's source code out of the browser), others were using custom unique identifiers. The custom IDs were designed to track the victim as they navigated the domain, in addition to all of the other normal analytical data that's collected in these programs.

## Attack Selection

Spear phishing attacks have a single, direct target. Generic phishing attacks are more open, and usually follow news cycles, holidays, or notable events. In the United States, Canada, and the United Kingdom, tax season is a popular time for phishing activity, but criminals aren't forced to limit themselves to a certain time of year for their campaigns.

Targeting taxpayers is typically done for financial reasons, but there is also a good deal of personal data collection in these attacks. As such, tax-based phishing campaigns can run all year long. In early August 2019, long after the typical tax season had ended for most of the United States, Akamai discovered a phishing campaign targeting the Internal Revenue Service (IRS). Spread across 168 domains, by August 24, more than 4,000 people had attempted to visit one of the domains. As this report is being written, the campaign is still active.

The collection of personal data and financial information is why retailers are also a big target. During the Christmas holidays in the United States, for example, phishing kits for banks, online retail outlets, and even popular consumer brands like Apple, are developed and sold for a premium.

Some phishing attacks have been known to target sites related to popular vacation destinations, particularly during peak summer months for more impact. Akamai discussed this attack type in a blog post published in August 2019, where we explored a phishing campaign that targeted amusement parks.

## Propagation

Propagating a phishing attack, especially if it is a generic one, requires getting as many eyes on the lure as possible. In order to do this, criminals turn to customized email, social media, and SMS scripts. Sometimes a phishing attack will work better, and spread more quickly across social media, so criminals will use hashtags and other conversation points to inject their messages into the stream. The previously mentioned phishing attack against amusement park sites, for example, propagated almost entirely across social media.

## Sales

There are two aspects to phishing sales. One deals with the compromised data, the other deals with the phishing kits themselves.

For the most part, the sale of compromised data happens in bulk, where combinations of usernames and passwords sell for pennies or less. Earlier this year, 50,000 usernames and passwords were selling for about $5.

Other aspects of compromised data could be financial records (including W-2s, brokerage accounts, banking accounts, etc.) or other services such as streaming media, restaurant accounts, travel accounts (including services like Uber, Lyft, and airlines), retail rewards accounts, and more. Each of these are packaged and sold, sometimes as individual units. Other times, they can be sold in bulk based on geographic location.

Collections of PII, including everything needed to create and forge new identity documents or open an online account, are usually sold in complete sets and are available based on location, credit score, and personal net worth, just to name a few examples.

For phishing kit sales, things are a little more complex. Many kit developers operate phishing as a service (PaaS) businesses, which are usually built around an admin panel that contains a number of functions (evasion, mail and mobile messaging scripts, analytics, etc.) and additional services, such as updates, form letters, and more.

### How to Protect Yourself

Retailers and enterprise vendors know their brands will be targeted by criminals running phishing campaigns, and they have dedicated serious resources to fighting them. Here's how some top targets of phishing schemes address the issue on their websites:

- Target
- Google
- Amazon
- PayPal
- Apple
- Netflix
- Lyft
- Uber
- Microsoft
- Walmart
- JCPenney
- Macy's

# Phishing as a Service

To give you an idea of what PaaS looks like, consider the following example.

In Figure 6, a storefront operated by a well-known phishing kit developer offers three types of advanced kits for $99, with additional mailer services available. The developer advertises on social media, and their storefront is public. The low prices and top-tier brand targets are attractive, creating a low bar for entry into the phishing market for criminals looking to set up shop.



*Fig. 6* – The phishing kits available in this shop have a low price point, creating a low bar of entry to criminals looking to start a new phishing campaign

In addition to the kits, this store also offers a mailing service that is priced in tiers, depending on how many months the user would like to pre-purchase. In Figure 7, the admin panel for this mailer service offers a number of options, including priority settings, random message IDs, and three types of encryption, as well as sender email and name randomization.



*Fig. 7* – Email phishing has gotten harder over the years, requiring criminals to develop more techniques to assist in getting their messages delivered

All of the kits sold by this developer have pre-built security features and evasion techniques, but the selling point is the type of data that can be collected, and the promise of constant updates.

The kit in Figure 8 features several data collection points, free updates, and multi-language support. The kit is responsive, too, meaning it will display perfectly on a PC as well as a mobile device. For those who want a demo, the video walks potential customers through the kit and its features.



*Fig. 8* – The kits sold by this developer, such as the one seen here, contain advanced features and data collection options

Another feature this developer packages into its administration panel is basic statistics. In Figure 9, some of the basic statistics are shown for a kit that was in development at the time the feature was being promoted. However, it is common for kits being sold to include stats of some kind, including functions that track victims in real time.



*Fig. 9* – Basic stats pages are starting to become common in phishing kits, while some kits are leaning toward using analytic platforms such as those offered by Google

*Fig. 10* – Custom data-collection templates are an uncommon feature in phishing kits, but some of the more advanced developers include them in order to stand out in the market

Customization is a feature offered by this developer. In Figure 10, one of the administrative panels enables the user to customize data collection by victim location and allows attackers to set a template to ensure that the proper type of information is collected before the victim can move on to other parts of the kit.

This developer is just one of the many who design phishing kits and developed a business model to match it. Many phishing kit developers have legitimate jobs in the tech industry, but choose to develop scam pages and phishing kits as a way to hone their skills and earn a side income.

# Looking Forward

# Phishing Isn't Going Away

As long as humans exist, criminals will seek to take advantage of human nature. The retail industry is just as much of a target as any other because it has a wealth of personal and financial information.

Awareness training works, and people can be trained to spot and report basic, generic phishing attacks — but this isn't a silver bullet. In fact, criminals have adapted to many basic awareness training models, which is where the boom in BEC attacks came from. By targeting the natural workflow of a victim, criminals gained a distinct advantage, which resulted in billions of dollars in fraudulent wire transactions, and millions of compromised W-2 records.

It's said that a good defense requires a good offense. So phishing simulations, combined with solid endpoint protection, can help an organization keep ahead of the phishing game and lower the odds of experiencing a disastrous incident.

However, phishing simulations need to be customized and tailored to the individual or business unit. Examples include a phishing simulation that targets HR employees by spoofing resume submissions for a recent job posting, and a simulation that spoofs lead generation responses to sales employees after a recent event.

Even generic phishing simulations can be improved. Instead of spoofing a random "click here to get a prize" from some no-name company, a criminal might spoof a prize from a restaurant or retailer that employees are known to frequent or that the organization has a relationship with. Does HR have an employee perks portal? Scammers might use the knowledge of this portal as the base for an attack, where employees are offered extra perks in exchange for registration on the "new" portal using their network credentials. This same situation can also be used for awareness campaigns.



*Phishing simulations, combined with solid endpoint protection, can help an organization keep ahead of the phishing game."*

Some phishing attacks are loud and easy to spot, but lately, that hasn't been the norm. As phishing expands beyond email, new attacks can come from people and places that are known and trusted by the victim. This makes it infinitely harder to track and stop. Not impossible, mind you, just more difficult.

Phishing is not a "one-size-fits-all" attack — no two are alike. The good ones are subtle, and even the experts can be fooled by them.

# Appendix:
# Methodologies

## General Notes

The team that creates the State of the Internet / Security report does their best to make our data as clear and accurate as possible. This data and its analysis undergo multiple rounds of review prior to publication. The data used in this issue represents the efforts of multiple teams within the organization.

## Using Akamai to Defend Akamai

The team responsible for securing Akamai's internal systems, Enterprise Security, provided the expertise and data for this section regarding the tools we use to protect ourselves. Enterprise Threat Protector (ETP) proactively identifies, blocks, and mitigates targeted threats such as malware, ransomware, phishing, DNS data exfiltration, and advanced zero-day attacks. ETP uses multiple layers of protection (DNS, URL, and inline payload analysis) to deliver optimal security and reduced complexity, without impacting performance. The data in this section is the result of Akamai's internal use of ETP, as well as other layers of defense.

## Phishing Kit Breakdown

The data in this section is sourced from Akamai's own internal data, including traffic and proprietary phishing research over a period of 262 days. Additional information, including the details provided by Steve Ragan in Phishing as a Service, was sourced from public advertisements on social media, and darknet research.

This section also includes global DNS traffic as observed by Akamai, and internally developed tools for anomaly detection and scoring of domains and TLDs. The DNS analysis was captured from June 15 until August 14, 2019. Data was provided by the ETP and Nominum teams.

## Footnotes

1. https://iang.org/papers/market_for_silver_bullets.html

2. https://leginfo.legislature.ca.gov/faces/billTextClient.xhtml?bill_id=200120020SB1386

3. http://veriscommunity.net/

4. https://www.darkreading.com/threat-intelligence/9-years-after-from-operation-aurora-to-zero-trust/a/d-id/1333901

**More State of the Internet / Security —** akamai.com/soti

**More Akamai Threat Research —** akamai.com/threatresearch

# Credits

## State of the Internet / Security Contributors

**Eric Kloster**
Engineering Director –
Using Akamai to Defend Akamai

**Rohit Murthy**
Enterprise Security Operations Manager –
Using Akamai to Defend Akamai

**Lorenz Glaser**
Senior II Security Engineer –
Using Akamai to Defend Akamai

**Keith Hillis**
Enterprise IT Risk and Security, Senior Director –
Using Akamai to Defend Akamai

**Or Katz**
Security Researcher, Principal Lead –
Phishing Software Development Lifecycle,
Phishing Kit Breakdown

**Steve Ragan**
Senior Technical Writer –
Phishing in a Nutshell, Phishing Kit Breakdown, Phishing
Software Development Lifecycle, Phishing as a Service

**Lydia LaSeur**
Data Scientist  –
Phishing Kit Breakdown

**Omri Hering**
Senior Data Analyst –
Using Akamai to Defend Akamai

**Paul O'Leary**
Principal Data Scientist, Threat Intelligence Engineering –
Phishing Kit Breakdown

## Editorial Staff

**Martin McKeay**
Editorial Director

**Amanda Fakhreddine**
Senior Technical Writer, Managing Editor

**Steve Ragan**
Senior Technical Writer, Editor

**Lydia LaSeur**
Data Scientist

## Marketing

**Georgina Morales Hampe**
Project Management, Creative

**Murali Venukumar**
Program Management, Marketing



Akamai secures and delivers digital experiences for the world's largest companies. Akamai's intelligent edge platform surrounds everything, from the enterprise to the cloud, so customers and their businesses can be fast, smart, and secure. Top brands globally rely on Akamai to help them realize competitive advantage through agile solutions that extend the power of their multi-cloud architectures. Akamai keeps decisions, apps, and experiences closer to users than anyone – and attacks and threats far away. Akamai's portfolio of edge security, web and mobile performance, enterprise access, and video delivery solutions is supported by unmatched customer service, analytics, and 24/7/365 monitoring. To learn why the world's top brands trust Akamai, visit www.akamai.com, blogs.akamai.com, or @Akamai on Twitter. You can find our global contact information at www.akamai.com/locations. Published 10/19.

APPENDIX
75

https://web.archive.org/web/20150411062734/http://blogs.office.com/2015/04/08/introducing-exchange-online-advanced-threat-protection/     09/21/2020

http://blogs.office.com/2015/04/08/introducing-exchange-online-advanced-threat-protection/     Go     MAR   APR   MAY

29 captures     11
19 Apr 2015 – 5 Aug 2020     2014   2015   2016



What products do you use?     Where do you use Office?     What do you want to see?

Featured Searches: Stories from industry leaders

---

← Back          **Office 365**

# Introducing Exchange Online Advanced Threat Protection

by Office 365 Team, on April 8, 2015 | 0 Comments | ? Shares

SHARE

*Today's post on Exchange Online was written by Shobhit Sahay, technical product manager for the Office 365 team.*

Today, Office 365 provides robust email protection against spam, viruses and malware with Exchange Online Protection (EOP). But as hackers around the globe launch increasingly sophisticated attacks, many organizations are seeking tools that provide advanced protection. That's why we are pleased to introduce Exchange Online Advanced Threat Protection (ATP), a new email filtering service that provides additional protection against specific types of advanced threats. ATP is currently in private preview and is expected to be available this summer as an optional service for Office 365 commercial customers.

ATP for Exchange Online delivers the following benefits:

- **Protection against unknown malware and viruses**—Today EOP employs a robust and layered anti-virus protection powered with three different engines against known malware and viruses. ATP extends this protection through a feature called Safe Attachments, which protects against unknown malware and viruses, and provides better zero-day protection to safeguard your messaging system. All messages and attachments that don't have a known virus/malware signature are routed to a special hypervisor environment, where a behavior analysis is performed using a variety of machine learning and analysis techniques to detect malicious intent. If no suspicious activity is detected, the message is released for delivery to the mailbox.

- **Real time, time-of-click protection against malicious URLs**—EOP scans each message in transit in Office 365 and provides time of delivery protection, blocking any malicious hyperlinks in a message. But attackers sometimes try to hide malicious URLs with seemingly safe links that are redirected to unsafe sites by a forwarding service after the message has been received. ATP's Safe Links feature proactively protects your users if they click such a link. That protection remains every time they click the link, as malicious links are dynamically blocked while good links can be accessed.

- **Rich reporting and URL trace capabilities**—ATP also offers rich reporting and tracking capabilities, so you can gain critical insights into who is getting targeted in your organization and the category of attacks you are facing. Reporting and message tracing allows you to investigate messages that have been blocked due to an unknown virus or malware, while the URL trace capability allows you to track individual malicious links in the messages that have been clicked.

Watch this Office mechanics show where we cover these capabilities in greater detail:



We eagerly look forward to releasing this new service and to hearing your feedback.

—Shobhit Sahay

## Frequently asked questions

**Q. How can I purchase this new service and how is it priced?**

**A.** Exchange Online ATP will be available for purchase to all commercial customers for $2 per user per month. It will also be available to Government Pricing customers for $1.75 per user per month.

**Q. Is the service available to Office 365 Government Community Cloud (GCC), Office 365 Education and Office 365 Nonprofit customers?**

**A.** At launch, Exchange Online ATP will only be available to Office 365 commercial and multi-tenant Government (Government Pricing) customers. It will not be available to Office 365 Government Community Cloud (GCC), Office 365 Education and Office 365 Nonprofit customers.

**Q. When is this capability being released? Can I get early access?**

**A.** We are currently doing a private preview of this service with select customers. If you are interested, please reach out to us through your Microsoft account team. We are currently on track to release the service to broadly this summer.

**Q. Can I use Exchange Online ATP for part of my organization, or do I need to use it for everyone?**

**A.** You can assign ATP to everyone or to a specified group of users.

**Q. Can on-premises customers make use of this new service?**

**A.** Yes, on-premises customers can use this service so long as they already use Exchange Online Protection (EOP) for inbound email filtering.

## Tags

Exchange  Office 365  Business  IT  On-premises  Video shows  Compliance  Garage Series  Security
Deploy  Learn  Manage  Business  Business Premium  Enterprise  Government  Government (G)
Midsize  Server  Android  iPad  iPhone  Mac OS X  Windows  Windows Phone



### Related blog posts

Garage Series: Going under the hood of Office software updates

Webinar: Learn about Office 365 Small Business Premium

What does it mean to own your data in Office 365? How we aim to raise the bar on visibility and control of your organization's data with Office 365

### Join the conversation

0
comments

Add Comment

other Microsoft blogs
Official Microsoft Blog
Microsoft On The Issues
The Windows Blog

other product blogs
Exchange Blog

other Office blogs
Office Updates

Powered by Azure   Legal   Trademarks   Privacy Statement

Microsoft
© 2015 Microsoft

APPENDIX
76

https://www.microsoft.com/security/blog/2019/09/09/automated-incident-response-office-365-atp-now-generally-available/                              09/21/2020



Security | Solutions ⌄ | Products ⌄ | Operations | Partners ⌄ | Resources ⌄ | Trust Center ⌄     All Microsoft ⌄   Search 🔍

September 9, 2019

# Automated incident response in Office 365 ATP now generally available

Girish Chander   Group Program Manager, Office 365 Security

Security teams responsible for investigating and responding to incidents often deal with a massive number of signals from widely disparate sources. As a result, rapid and efficient incident response continues to be the biggest challenge facing security teams today. The sheer volume of these signals, combined with an ever-growing digital estate of organizations, means that a lot of critical alerts miss getting the timely attention they deserve. Security teams need help to scale better, be more efficient, focus on the right issues, and deal with incidents in a timely manner.

This is why I'm excited to announce the general availability of Automated Incident Response in Office 365 Advanced Threat Protection (ATP). Applying these powerful automation capabilities to investigation and response workflows can dramatically improve the effectiveness and efficiency of your organization's security teams.

## A day in the life of a security analyst

To give you an idea of the complexity that security teams deal with in the absence of automation, consider the following typical workflow that these teams go through when investigating alerts:



And as they go through this flow for every single alert—potentially hundreds in a week—it can quickly become overwhelming. In addition, the analysis and investigation often require correlating signals across multiple different systems. This can make effective and timely response very difficult and costly. There are just too many alerts to investigate and signals to correlate for today's lean security teams.

To address these challenges, earlier this year we announced the preview of powerful automation capabilities to help improve the efficiency of security teams significantly. The security playbooks we introduced address some of the most common threats that security teams investigate in their day-to-day jobs and are modeled on their typical workflows.

This story from Ithaca College reflects some of the feedback we received from customers of the preview of these capabilities, including:

> "The incident detection and response capabilities we get with Office 365 ATP give us far more coverage than we've had before. This is a really big deal for us."
> —Jason Youngers, Director and Information Security Officer, Ithaca College

## Two categories of automation now generally available

Today, we're announcing the general availability of two categories of automation—automatic and manually triggered investigations.

1. **Automatic investigations that are triggered when alerts are raised**—Alerts and related playbooks for the following scenarios are now available:

   - **User-reported phishing emails**—When a user reports what they believe to be a phishing email, an alert is raised triggering an automatic investigation.
   - **User clicks a malicious link with changed verdict**—An alert is raised when a user clicks a URL, which is wrapped by *Office 365 ATP Safe Links*, and is determined to be malicious through detonation (change in verdict). Or if the user clicks through the *Office 365 ATP Safe Links* warning pages an alert is also raised. In both cases, the automated investigation kicks in as soon as the alert is raised.
   - **Malware detected post-delivery (Malware Zero-Hour Auto Purge (ZAP))**—When Office 365 ATP detects and/or ZAPs an email with malware, an alert triggers an automatic investigation.
   - **Phish detected post-delivery (Phish ZAP)**—When Office 365 ATP detects and/or ZAPs a phishing email previously delivered to a user's mailbox, an alert triggers an automatic investigation.

manually triggered investigations that follow an automated playbook - security teams can trigger automated investigations from within the Threat Explorer at any time for any email and related content (attachment or URLs).

## Rich security playbooks

In each of the above cases, the automation follows rich security playbooks. These playbooks are essentially a series of carefully logged steps to comprehensively investigate an alert and offer a set of recommended actions for containment and mitigation. They correlate similar emails sent or received within the organization and any suspicious activities for relevant users. Flagged activities for users might include mail forwarding, mail delegation, Office 365 Data Loss Prevention (DLP) violations, or suspicious email sending patterns.

In addition, aligned with our Microsoft Threat Protection promise, these playbooks also integrate with signals and detections from Microsoft Cloud App Security and Microsoft Defender ATP. For instance, anomalies detected by Microsoft Cloud App Security are ingested as part of these playbooks. And the playbooks also trigger device investigations with Microsoft Defender ATP (for malware playbooks) where appropriate.

Let's look at each of these automation scenarios in detail:

**User reports a phishing email**—This represents one of the most common flows investigated today. The alert is raised when a user reports a phish email using the Report message add-in in Outlook or Outlook on the web and triggers an automatic investigation using the User Reported Message playbook.



**User clicks on a malicious link**—A very common vector used by attackers is to weaponize a link after delivery of an email. With Office 365 ATP Safe Links protection, we can detect such attacks when links are detonated at time-of-click. A user clicking such links and/or overriding the Safe Links warning pages is at risk of compromise. The alert raised when a malicious URL is clicked triggers an automatic investigation using the URL verdict change playbook to correlate any similar emails and any suspicious activities for the relevant users across Office 365.



**Email messages containing malware removed after delivery**—One of the critical pillars of protection in Office 365 Exchange Online Protection (EOP) and Office 365 ATP is our capability to ZAP malicious emails. Email messages containing malware removed after delivery alert trigger an investigation into similar emails and related user actions in Office 365 for the period when the emails were present in a user's inbox. In addition, the playbook also triggers an investigation into the relevant devices for the users by leveraging the native integration with Microsoft Defender ATP.



**Email messages containing phish removed after delivery**—With the rise in phishing attack vectors, Office 365 EOP and Office 365 ATP's ability to ZAP malicious emails detected after delivery is a critical protection feature. The alert raised triggers an investigation into similar emails and related user actions in Office 365 for the period when the emails were present in a user's inbox and also evaluates if the user clicked any of the links.



**Automated investigation triggered from within the Threat Explorer**—As part of existing hunting or security operations workflows, Security teams can also trigger automated investigations on emails (and related URLs and attachments) from within the Threat Explorer. This provides Security Operations (SecOps) a powerful mechanism to gain insights into any threats and related mitigations or containment recommendations from Office 365.



Try out these capabilities

Based on feedback from our public preview of these automation capabilities, we extended the Office 365 ATP events and alerts available in the Office 365 Management API to include links to these automated investigations and related artifacts. This helps security teams integrate these automation capabilities into existing security workflow solutions, such as SIEMs.

These capabilities are available as part of the following offerings. We hope you'll give it a try.

- Office 365 ATP Plan 2
- Office 365 E5
- Microsoft 365 E5 Security, which includes the full Microsoft Threat Protection experience

Bringing SecOps efficiency by connecting the dots between disparate threat signals is a key promise of Microsoft Threat Protection. The integration across Microsoft Threat Protection helps bring broad and valuable insights that are critical to the incident response process. Get started with a Microsoft Threat Protection trial if you want to experience the comprehensive and integrated protection that Microsoft Threat Protection provides.

Filed under:

Microsoft Cloud App Security, Microsoft Defender Advanced Threat Protection, Office 365 Security, Phishing, Threat protection

## You may also like these articles



July 8, 2020

**Protecting your remote workforce from application-based attacks like consent phishing**

Learn how to protect your workforce from application-based attacks and the investments Microsoft is making to help foster a secure and trustworthy app ecosystem.

Read more ›



June 22, 2020

**Modernizing the security operations center to better secure a remote workforce**

The modern SOC will use machine learning to help humans protect organizations in a multi-cloud, IoT world.

Read more ›



May 4, 2020

**CISO Series: Lessons learned from the Microsoft SOC—Part 3c: A day in the life part 2**

This blog wraps up the day in the life of a SOC analyst on the investigation team with insights on remediating incidents, post-incident cleanup, and impact of COVID-19 on the SOC. This is the sixth blog post in the series.

Read more ›

## Get started with Microsoft Security

Microsoft is a leader in cybersecurity, and we embrace our responsibility to make the world a safer place.

[LEARN MORE ›]



Get all the news, updates, and more at @MSFTSecurity

| What's new | Microsoft Store | Education | Enterprise | Developer | Company |
|---|---|---|---|---|---|
| Surface Duo | Account profile | Microsoft in education | Azure | Microsoft Visual Studio | Careers |
| Surface Go 2 | Download Center | Office for students | AppSource | Windows Dev Center | About Microsoft |
| Surface Book 3 | Microsoft Store support | Office 365 for schools | Automotive | Developer Center | Company news |
| Microsoft 365 | Returns | Deals for students & parents | Government | Microsoft developer program | Privacy at Microsoft |
| Surface Pro X | Order tracking | Microsoft Azure in education | Healthcare | Channel 9 | Investors |

Microsoft Store Promise

Retail

Microsoft Garage

Accessibility

Security

English (United States)

Sitemap    Contact Microsoft    Privacy & cookies    Terms of use    Trademarks    Safety & eco    About our ads    © Microsoft 2020