# APPENDIX
# 77

# Office Essentials





## Advanced Threat Protection in Office 365

Anti-phishing    Safe Attachments    Safe Links    Anti-spam    Spoof Intelligence    Anti-malware

Catch threats before they disrupt your organization, keeping your data, intellectual property and users safe from email phishing attacks and zero-day malware.

## Email: a trojan horse for cyber-attacks

**We all use email**. It's one of the most pervasive and powerful forms of communication and collaboration, but it's also the most prolific attack vector that we see today. Emails often serve as a trojan horse for attackers to target and compromise your users by "phishing" their credentials.

Some phishing attacks can be blatant as in the case of ransomware; others can remain undiscovered allowing assailants to silently move laterally within your network to breach your data and potentially steal intellectual property.



*Phishing is a primary vehicle for malicious Ransomware code*



*Phishing email designed to steal user credentials*



## Industry leading threat detection

Keeping up to date with the threat landscape can be nearly impossible as the increasing sophistication of rapidly evolving unknown threats, can quickly outdate the protections that you may have put in place. At the core of preventing any malicious attack is how quickly we can detect malicious activity. To help you to stay ahead of the threat landscape, Microsoft invests at least a billion dollars in this area annually.

Our security teams span thousands of cyber-security experts globally and serve as a virtual extension of your own internal security teams. Utilizing signals from the Microsoft Intelligent Security Graph in conjunction with machine learning, they determine known and unknown attack vectors.



*Cyber security experts at the Microsoft Cybercrime Center*

The Microsoft Intelligent Security Graph, collects and analyzes an estimated 6.5 trillion signals per day from user log-ins across services, device end points, email messages and documents; Microsoft and non-Microsoft cloud apps, and our Azure public cloud infrastructure.

This scale gives Microsoft a vast window into the threat landscape, with unique insights that surpass other email protection solutions.

Importantly, exploits detected across these different sources are made known across all Microsoft services to enhance our vulnerability detection and protection capabilities across the stack.



Users    Endpoints    User data    Cloud apps    Infrastructure

Our average malware catch rate for Office 365 email is the highest in the industry at 99.9%, and we have the lowest miss rate of phishing emails for Office 365.



## Layered defense-in-depth approach

Office 365 Advanced Threat Protection catches threats before they disrupt your organization by applying a systematic defense-in-depth approach that analyzes and protects against threats from the point at which an email is received by Office 365 to when it is delivered. This starts by identifying:

- Where the email is coming from by understanding the source

- Who the sender is and if the person, brand and or domain is authentic

- What's inside the email that could be compromising

- What post-delivery protections need to be put in place once the email is delivered to the recipient



*Advanced Threat Protection in Office 365 provides best of breed capabilities for each defense layer*



At any point in time, as an admin you can further harden your security posture against threats through near real-time reports, so that you can investigate and then respond to threats with built-in customer controls.

## Who is the source?



Before an email is delivered to an inbox, around 25% of all malicious messages received are blocked immediately at the edge. We look at the reputation of IP addresses by referencing our constantly updated block list of millions of domains and IPs. If the source is a known perpetrator of malicious messages, we will block it. Equally, machine learning models running on the edge determine email traffic patterns for your domain, blocking anomalous email traffic as necessary.



## Who is the sender?

Next, we check that the sender really is who they appear to be by authenticating the source to prevent against spoofing, another common phishing technique. Here we are looking for evidence of spoofed domains, brands and people.

Spoofed emails look like they come from someone or something that you know or trust. The premise is that you are more likely to trust an email from someone of importance or a brand entity that you know.

Anti-phishing policies in Office 365 will verify the authenticity of the domain source against standard frameworks like Sender Policy Framework (SPF); Domain Keys Identified Mail (DKIM) and Domain-based Message Authentication (DMARC) and also apply additional measures to detect the spoofing of internal or external domains.





*Internal Domain Spoofing*

In cases where emails are sent between domains that your organization owns, our anti-spoof technology will validate the origin of a message to make sure that it truly originated in your organization.

*User and brand impersonation detected by Office 365*



*Spoofed domains detected by Office 365*

For external domains, within or outside of our Office 365 ecosystem, our spoof intelligence first checks to see if the domain has been set up according to SPF, DKIM and DMAC standards. Then if not, it will observe and learn message sending patterns from the domain to identify when a message has been spoofed.

As an admin, you can access spoof intelligence under the antispam policy report to monitor suspected spoofing activity and influence the filter by forming an approved list of legitimate internal and external domains for your organization.



## User impersonation



To protect against impersonation of your high-profile users, mailbox intelligence in Office 365 applies a machine learning model to form a contact graph of whom they are normally in contact with. This provides a strong signal for Office 365 to decipher anomalous and good behavior and to detect impersonation attempts of trusted individuals in your organization.

## What's inside the message

To determine what's inside the message, we utilize a number of standard anti-virus and anti-malware engines to detect malicious content, combined with our Safe Attachment and Safe Links capabilities.



*Attachments and links are detonated with actions taken according to the policies you have in place*

Attachments or links in the email are opened inside a sandbox environment where the content is meticulously analyzed by our machine learning models that check for malicious signals and apply deep link inspection. This allows for zero-day malicious attachments and links to be detected.

Each month we detonate around 1 billion items in our sandbox and the telemetry feeds back into the Microsoft Intelligent Security Graph to help our machine learning stay current with new and emerging techniques.

Even if the message passes through detonations, the content is analyzed further by multiple machine learning models. These examine the full message and we take actions based on what you have configured as policy.



## Post-delivery protections

Sophisticated attackers will plan to ensure links pass through the first round of security filters. They do this by making the links benign, only to weaponize them after the message is delivered, altering the destination of the links to a malicious site.



20% of all clicks happen within 5 minutes from when an email is received.

*Safe Links protects users at the point of click*

With Safe Links, we are able to protect users right at the point of click by checking the link for reputation and triggering detonation if necessary.

*Weaponized links are detonated by Safe Links and the recipient warned*

Safe Links protection also extends to internal only emails. Unlike other email solutions, we are able to scan and isolate threats without routing these emails outside of Office 365.



*Real destination address of link revealed on hover to inform of potential threat*



*Malware infected email moved to Junk folder*

Users are also made aware of the site they will be directed to as they hover over the link using native link rendering.

The service continues to scan email content for multiple days, leveraging new intelligence to move newly discovered malware or phish, by design, to the junk folder through a capability called zero-hour auto purge.



*Zero-hour auto purge moves weaponized content to the junk folder*



## User self-reporting

Of course, while protections are automated in the background, we also encourage email recipients to be vigilant in identifying messages that appear suspicious. By enabling the report a message capability in your tenant, users can self-report suspect emails for validation by Microsoft and your security teams.



*Users are able to self-report suspicious emails*



*Admin view of user, self-reported threats*

## Protections beyond email

Outside email it's important to ensure protections extend to malware infected content that may have been taken from email and placed on a share. Advanced Threat Protection in Office 365 uniquely extends protections beyond email. If malicious files or links are uploaded to SharePoint or OneDrive and shared, even via Microsoft Teams, our protection layers will detect it, block it, and contain the threat by preventing the file from being opened or shared in the future.




*Malicious links blocked in OneDrive*



*Malicious links blocked in Microsoft Teams*



## Review and respond

We give you near real-time reports to allow you to see emails within your organization and how they were handled by Office 365. This includes messages flagged by users as potential threats. Office 365 will additionally proactively surface insights and recommendations which you can use to determine what additional policies and protections you need to consider within your environment.

In the Security and Compliance Center, you can set up your phishing policies, define impersonation settings, investigate threats, review quarantined messages and how often they were sent, review detonations and get details on the nature of the threat and why it was detected. For example, under threat management you can drill in to see the top malware types and top targeted users.



*Threat intelligence dashboard view*

Office 365 ATP blocked 5 billion phish emails in 2018

Within "Threat Explorer", malicious emails can be quickly identified with options to filter on sender, recipient and subject or other metadata in the message. Filtering on sender helps you to see all the emails sent from a unique sender address used for a phishing campaign. You can then investigate these emails further and take actions such as purging a malicious email campaign entirely from all mailboxes in your organization at once.



*Drill down of top malware types and top targeted users*



*Incident investigation in Office 365*

Investigation into an incident can also be separately delegated to your security investigation team, leaving it to you your security admins to take the final actions. Also, because we know that there are common security issues that you will want to check over time, whether that's reviewing events, getting alerts, or determining threat trends, the threat tracker in our threat intelligence service enables ongoing supervision of your security tasks.



## Educating and protecting users

Using services such as Attack Simulator in Office 365, we help you to broadly educate your users and augment your internal penetration testing capabilities by simulating phishing attacks in your organization to raise awareness of what to look for in a phishing campaign.



Of course, there are other measures that you can put in place to protect your user identities. Microsoft is on a path to help the elimination of passwords altogether through password-less sign-in. We estimate that just by enabling multi-factor authentication in your organization, you can reduce your risk of attacks by 99.99%.

82% of all security breaches occur due to stolen passwords

*Attack Simulator in Office 365, is designed to help you to penetration test your environment and educate users*

## Continued Learning

In Office 365, we give you built-in, proactive protections with Advanced Threat Protection. These protections extend to your collaboration services, such as SharePoint, OneDrive, and Microsoft Teams, in additions to your email services to mitigate malicious content. From:

- Intelligent and continuously evolving threat detection
- Visibility into threats, including real-time reporting to help you to investigate, remediate and respond to threats
- Advanced controls you set to harden your environment
- And tools to educate your users on phishing campaigns.

To learn more and try out Office 365 Advance Threat Protection capabilities for yourself, by visiting aka.ms/E5Trial today. Also watch our essentials video on Advanced Threat Protection in Office 365 here for more detail.

# APPENDIX
# 78

# deSEO: Combating Search-Result Poisoning

John P John

Fang Yu, Yinglian Xie,
Arvind Krishnamurthy, Martin Abadi

University of Washington & MSR, Silicon Valley

# The malware pipeline



# The malware pipeline

- Malware links spread through:

  - spam emails, spam IMs, social networks, search results, etc.

- We look at *search results*





# Is this really a problem?

- ~40% of popular searches contain at least one malicious link in top results

- Scareware fraud made $150 m. in profit last year

# Is this really a problem?

- ~40% of popular searches contain at least one malicious link in top results

- Something st
y



# Contributions

- How does the search poisoning attack work?

  -examined a live attack involving 5,000 compromised sites

- What can we learn about such attacks?

  -identified common features in search poisoning attacks

- How can we defend against them?

  -developed deSEO, which detected new live SEO attacks on 1,000+ domains

# Anatomy of SEO attack

search engine





compromised
Web server



redirection
server





exploit
server

# Anatomy of SEO attack

**search engine**



search query



**compromised Web server**



**redirection server**





**exploit server**

# Anatomy of SEO attack

search engine



search
query

compromised
Web server



redirection
server



exploit
server

# Anatomy of SEO attack

search engine



compromised
Web server

redirection
server

search
query





exploit
server

# Anatomy of SEO attack



# Anatomy of SEO attack



search engine

search query

compromised Web server

redirection server

exploit server

# Analysis of an attack

- Examine a specific attack

  - August - October 2010

  - 5,000 compromised domains

  - Tens of thousands of compromised keywords

  - Millions of SEO pages generated

# How are servers compromised?

- Sites running osCommerce

- Unpatched vulnerabilities

- Allows attackers to host any file on the Web server - including executables

  www.example.com/admin/file_manager.php/login.php?action=processuploads

# What files are uploaded?



# What files are uploaded?



- php shell to manage file operations

# What files are uploaded?



- php shell to manage file operations

- HTML templates, images

# What files are uploaded?



- php shell to manage file operations

- HTML templates, images

- php script to generate SEO web pages

# The main php script

www.example.com/images/page.php?page=kobayashi+arrested

# The main php script



# The main php script

www.example.com/images/page.php?page=kobayashi+arrested

```
<?php
//Obfuscation provided by FOPO - Free Online PHP Obfuscator v1.2: http://www.fopo.com.ar
$haad7a3c599d="\x62\141\x73\145\x36\64\x5f\144\x65\143\x6f\144\x65";@eval($haad7a3c599d(
"JGdiY2ZhZjjlmOTNhNjgwMDgxODE0ODU0OGVlOTc1OWRlPSJceDYyIjskajBiNGJmOTUwNmE1Y2FlZmY4MjdjODc
xNDQ2ZjFkODk9I1x4NjUiOyR1NGZiNTU0N2YxZmU5YzY1YmNiNTIxZWJkMmViYjQwNj0iXHg2NiI7JHM2OWIyNGI
yZDJhNmVkYmExYTc0MjA2NzIyYmRkNWRiPSJceDY3IjskZDk2YzViYTViNzYwY2Y5Y2Q1M2U4MGU3OTc5MzFjMjU
```

- Obfuscated script

- Simple encryption using nested *evals*

# The main script (de-obfuscated)

```php
1   <?php
2   global $hta;
3   if(!file_exists("./hta.cfg")) $hta = false;
4   else $hta = true;
5   @mkdir("./.news");
6   @chmod("./.news", 0777);
7
8   function crawl_page($url) {
19
20  function is_search_bots() {
34
35  function sendPage($keyword) {
60
61  function page404() {
66
67  function getRandom($key) {
84
85  function getNew($key) {
106
107 function loadTemplate($template) {
116
117 function getContent($key) {
156 if ($_GET["q"]) {
157    print sendPage($_GET["q"]);
158 }
159 elseif ($_GET["page"]) {
160    print sendPage($_GET["page"]);
161 }
```

# The main script (de-obfuscated)

```php
1   <?php
2   global $hta;
3   if(!file_exists("./hta.cfg")) $hta = false;
4   else $hta = true;
5   @mkdir("./.news");
6   @chmod("./.news", 0777);
7
8   function crawl_page($url) {
19
20  function is_search_bots() {
34
35  function sendPage($keyword) {
60
61  function page404() {
66
67  function getRandom($key) {
84
85  function getNew($key) {
106
107 function loadTemplate($template) {
116
117 function getContent($key) {
156 if ($_GET["q"]) {
157    print sendPage($_GET["q"]);
158 }
159 elseif ($_GET["page"]) {
160    print sendPage($_GET["page"]);
161 }
```

Check if search crawler

Generate page for keyword

# The main script (de-obfuscated)

```php
1    <?php
2    global $hta;
3    if(!file_exists("./hta.cfg")) $hta = false;
4    else $hta = true;
5    @mkdir("./.news");
6    @chmod("./.news", 0777);
7
8    function crawl_page($url) {
19
20   function is_search_bots() {
34
35   function sendPage($keyword) {
60
61   function page404() {
66
67   function getRandom($key) {
84
85   function getNew($key) {
106
107  function loadTemplate($template) {
116
117  function getContent($key) {
156  if ($_GET["q"]) {
157      print sendPage($_GET["q"]);
158  }
159  elseif ($_GET["page"]) {
160      print sendPage($_GET["page"]);
161  }
```

Check if search crawler

Generate page for keyword

Fetch:
    snippets from google
    images from bing

# The main script (de-obfuscated)

```php
1    <?php
2    global $hta;
3    if(!file_exists("./hta.cfg")) $hta = false;
4    else $hta = true;
5    @mkdir("./.news");
6    @chmod("./.news", 0777);
7
8    function crawl_page($url) {
19
20   function is_search_bots() {
34
35   function sendPage($keyword) {
60
61   function page404() {
66
67   function getRandom($key) {
84
85   function getNew($key) {
106
107  function loadTemplate($template) {
116
117  function getContent($key) {
156  if ($_GET["q"]) {
157      print sendPage($_GET["q"]);
158  }
159  elseif ($_GET["page"]) {
160      print sendPage($_GET["page"]);
161  }
```

Check if search crawler

Generate page for keyword

Fetch:
    snippets from google
    images from bing

Add links to other compromised sites

# The main script (de-obfuscated)

```php
1   <?php
2   global $hta;
3   if(!file_exists("./hta.cfg")) $hta = false;
4   else $hta = true;
5   @mkdir("./.news");
6   @chmod("./.news", 0777);
7
8   function crawl_page($url) {
19
20  function is_search_bots() {
34
35  function sendPage($keyword) {
60
61  function page404() {
66
67  function getRandom($key) {
84
85  function getNew($key) {
106
107 function loadTemplate($template) {
116
117 function getContent($key) {
156 if ($_GET["q"]) {
157    print sendPage($_GET["q"]);
158 }
159 elseif ($_GET["page"]) {
160    print sendPage($_GET["page"]);
161 }
```

Check if search crawler

Generate page for keyword

Fetch:
   snippets from google
   images from bing

Add links to other compromised sites

Cache page

# Dense link structure

- Other compromised domains found by crawling included links

- Each site linked to 200 other sites

- ~5,000 compromised domains identified

- Each site hosted 8,000 SEO pages

  - **40 million** pages total

# Poisoned keywords

- 20,000+ popular search terms poisoned

# Poisoned keywords

- 20,000+ popular search terms poisoned



# Poisoned keywords

- 20,000+ popular search terms poisoned



# Poisoned keywords

- 20,000+ popular search terms poisoned

- Google Trends + Bing related searches

  - *haiti earthquake*

  - *senate elections*

  - *veterans day 2010*

  - *halloween 2010*

  - *thanksgiving 2010 ...*

# Poisoned keywords

- 20,000+ popular search terms poisoned

- Google Trends + Bing related searches

  - *haiti earthquake*

  - *senate elections*

  - *veterans day 2010*

  - *halloween 2010*

  - *thanksgiving 2010 ...*

- 95% of Google Trends keywords poisoned

# Redirection servers

- Three domains used for redirection

- Over 1,000 exploit URLs fetched



# Redirection servers

- Three domains used for redirection

- Over 1,000 exploit URLs fetched



**Almost 100,000 victims over 10 weeks**

# Evasive techniques

- Why can't redirection behavior be easily detected?

  - Cloaking

  - Requiring user interaction

  - Redirection through javascript or flash

# What are prominent features in search poisoning?

- Dense link structure

- Automatic generation of relevant pages

- Large number of pages with popular keywords

- Behavior of compromised sites
  - *before* - diverse content and behavior
  - *after* - similar content and behavior

# What are prominent features in search poisoning?

- ~~Dense link structure~~

- ~~Automatic generation of relevant pages~~

- Large number of pages with popular keywords

- Behavior of compromised sites
  - *before* - diverse content and behavior
  - *after* - similar content and behavior

# deSEO steps

1. History-based filtering

   select domains where many new pages are set up, different from older pages

2. Clustering suspicious domains

   using K-means++

3. Group similarity analysis

   select groups where new pages are similar across domains



Sample web URLs with trendy keywords

http://www.askania-fachmaerkte.de/images/news.php?page=justin+bieber+breaks+neck



Sample web URLs with trendy keywords



History based detection



Sample web URLs with trendy keywords



History based detection



Domain clustering

-lexical features of URLs

*String features-*      keyword separators, arguments, filename, path

*Numerical features-*   number of arguments, length of arguments, length of keywords

*Bag of words-*         set of keywords



Sample web URLs with trendy keywords

History based detection

Domain clustering
-lexical features of URLs

Group analysis
-web page feature similarity



Sample web URLs with trendy keywords

History based detection

Domain clustering

-lexical features of URLs

Group analysis

-web page feature similarity





Sample web URLs with trendy keywords

History based detection

Domain clustering
-lexical features of URLs

Group analysis
-web page feature similarity

.*\/xmlrpc\.php\/\?showc=\w+(\+\w+)+$

Regular expressions
-to match URLs not in our sample

# deSEO findings

- 11 malicious groups from sampled web graph in January 2011

  - 957 domains

  - 15,482 URLs

- Revealed a new search poisoning attack

  - compromised  Wordpress installations

  - cloaking to avoid detection

  - different link topology

# Applying to search results

- 120 keyword searches in Google and Bing

  - 163 malicious URLs detected in results

  - 43 search terms affected



# Conclusion

- Malware and SEO are big problems

- Analyzed an ongoing scareware campaign

  - Identified thousands of compromised domains

- Identified prominent features in SEO attacks and used them to build deSEO

  - Promising results on a partial dataset from bing

  - Identified multiple live SEO attacks

# Thank You

jjohn@cs.washington.edu

# APPENDIX
# 79

# Detecting Malicious Landing Pages in Malware Distribution Networks

Gang Wang
Computer Science
UC Santa Barbara
Santa Barbara, CA 93106
gangw@cs.ucsb.edu

Jack W. Stokes
Microsoft Research
One Microsoft Way
Redmond, WA 98052
jstokes@microsoft.com

Cormac Herley
Microsoft Research
One Microsoft Way
Redmond, WA 98052
cormac@microsoft.com

David Felstead
Microsoft Corporation
One Microsoft Way
Redmond, WA 98052
davfeld@microsoft.com

*Abstract*—Drive-by download attacks attempt to compromise a victim's computer through browser vulnerabilities. Often they are launched from Malware Distribution Networks (MDNs) consisting of landing pages to attract traffic, intermediate redirection servers, and exploit servers which attempt the compromise.

In this paper, we present a novel approach to discovering the landing pages that lead to drive-by downloads. Starting from partial knowledge of a given collection of MDNs we identify the malicious content on their landing pages using multiclass feature selection. We then query the webpage cache of a commercial search engine to identify landing pages containing the same or similar content. In this way we are able to identify previously-unknown landing pages belonging to already identified MDNs, which allows us to expand our understanding of the MDN.

We explore using both a rule-based and classifier approach to identifying potentially malicious landing pages. We build both systems and independently verify using a high-interaction honeypot that the newly identified landing pages indeed attempt drive-by downloads. For the rule-based system 57% of the landing pages predicted as malicious are confirmed, and this success rate remains constant in two large trials spaced five months apart. This extends the known footprint of the MDNs studied by 17%. The classifier-based system is less successful, and we explore possible reasons.

*Keywords*—*Drive-by download; malware distribution network; signature;*

## I. INTRODUCTION

The reach and scale of the Internet has fostered a parasitic industry of those who seek illegal profit. A common strategy is to infect innocent users' machines with malicious code which can then be used to harvest passwords, send spam, retrieve contact lists, participate in a botnet, *etc*. A malware author needs three things [1]: bad code, a way to get it running, and an introduction to the user. The second and third often represent the challenge in running a cybercrime business; that is, finding users and getting the code to run on their machines is more of a challenge than writing the malware. Social engineering, the process of using false pretence to lure a user to install the software himself, has met with considerable success. Numerous studies have shown that users can be manipulated into installing malware, ignoring security warnings, and disabling protection mechanisms [2], [3]. The introduction to the user in this case is often provided in the form of a spam campaign.

A second approach attempts to exploit un-patched vulnerabilities in the applications on the user's machine. Large complex applications such as Adobe Acrobat, Microsoft Excel, *etc*, often have vulnerabilities. Opening a malicious document with a vulnerable application can be enough to give the attacker the opening to get malicious code running on the user's machine. Again, in this case spam is often the introduction vector. For example, many spam campaigns try to get a user to open an attachment with lures such as "your tax request has been denied" or "your package delivery failed" in the subject line of the email.

A drive-by download is a particular case where the vulnerable application is a browser. Some browser vulnerabilities will allow malicious code to begin running without the user's knowledge or consent. A user who visits a malicious webpage with a vulnerable browser could get infected. This opens various possibilities for attackers. An attacker could set up websites that host malicious content and then wait for vulnerable browsers to come by. The number of users infected will then be related to the amount of traffic that the site can gain. It is certainly possible to employ Search Engine Optimization (SEO) techniques to maximize traffic to a page that has nothing except malicious code to offer. However, since even legitimate websites compete vigorously for visitors, getting traffic is by no means a trivial proposition.

A more common approach is to infect an innocent website with code that directs a browser to load malware from a second site. A particularly attractive aspect of this approach is that it allows the attacker to piggyback on someone else's traffic: the introduction to the user is provided by the web-traffic that a site is already attracting. Rather than deface, or interfere with the performance of the infected site the attacker generally injects a malicious script that eventually redirects the browser to a server hosting a malicious payload. Thus visitors with browsers that possess the targeted vulnerabilities will become infected. The innocent site is called the *landing page*, and the site with the malware is called the *exploit server*. In this way the attacker gets to infect many clients without having to earn the traffic.

Often the path from the landing page to the exploit server contains many redirects. For example, if the attacker succeeds in infecting the innocent webserver at `foo.com` he can direct all traffic to load the malicious content from `evil.com`. This can be done indirectly, so that the page at `foo.com` points to `a.com`, which points to `b.com`, which points to `c.com`



Fig. 1: High-level overview. Our system processes webpage content from the static crawler and drive-by download detection results from the dynamic crawler. It identifies malicious webpages belonging to MDNs based on similar content which can then be used to filter the search engine result pages.

and so on, until it eventually reaches `evil.com`. Often there will be many landing pages that share a small collection of exploit servers. They may also share some of the links in their redirection paths to the exploit servers. The collection of landing pages, exploit servers and intermediate redirection pages is collectively known as a Malware Distribution Network (MDN) [4].

Addressing this exploitation of users involves a multi-pronged approach. Browser vendors aggressively seek to identify and patch vulnerabilities. This is complicated by the apparent reluctance of users to promptly install security updates. For example, 22% of Internet Explorer users were still using IE6 more than four years after the launch of IE7 and 18 months after the launch of IE8, and 80% of users studied by Trustseer were using un-patched versions of Flash Player [5]. Having updates installed automatically by default has improved this situation somewhat, but machines that are compromised through vulnerabilities for which available patches have not been installed remains a serious problem. Anti-virus software, of course, is the main line of defense for most users.

Search engines actively seek to identify webpages associated with malicious content. Such webpages can be lowered, or dropped altogether, in the ranked results returned to users. However, the architecture of the MDN makes the task of identifying exploit servers very difficult. Search crawlers typically retrieve the contents of the document at a site, and do not run any scripts on the page. This is an unavoidable consequence of scale: large search engines index billions of pages per day. Rendering a page and running all scripts, as a browser would do, can take orders of magnitudes more resources than simply loading the main document. Thus the malicious actions performed by the scripts on a landing page are largely invisible to search crawlers. We outline previous attempts at MDN detection in the Related Work Section.

In this paper, we study drive-by download attacks with a focus on MDN landing pages. We conjecture that landing pages within an MDN will exhibit a certain level of similarity regarding the webpage content. We validate this hypothesis using a large-scale dataset from a production search engine. In an MDN, this content maybe be similar across completely

malicious webpages (webpages created by the attacker), legitimate but compromised webpages, or a combination of both. For malicious webpages, content within an MDN most likely varies to avoid filtering from search results by duplicate detection. However like the compromised webpages, a small amount of common, malicious code is used to initiate the drive-by download attack.

We propose a technique to extract the MDN specific redirection patterns and use them to detect previously-unknown drive-by download landing pages. Our technique is to start from a seed set of landing pages from already-known MDNs. We identify the common malicious content on these pages and then seek other pages in the search crawler cache that contain this content. These are good candidates to be previously-unknown landing pages associated with the MDN in question. We validate the results by submitting the found pages to a high-interaction honeypot. For example, 57% of the suspicious pages found by the rule-based system in Section III are verified as pointing to malicious drive-by downloads.

A high-level overview of the system environment is provided in Figure 1. The static crawler collects content from a wide range of webpages, most of which are benign, and gives this to the search engine. During this process, the static crawler may also fetch content from malicious webpages belonging to different MDNs. In parallel, the dynamic crawler is scanning unknown webpages in order to identify malicious pages, and the dynamic crawler output is used to identify individual MDNs. Our system consumes the static and dynamic crawl data, correlates the web content for pages belonging to individual MDNs, and identifies the malicious web content within each individual MDN. When a user enters a new query into the search engine, the search engine returns one or more SERPs (Search Engine Result Pages). Once the MDN content which is suspected as being malicious has been validated by the dynamic crawler, the corresponding webpage can be removed from the SERP producing a filtered SERP for the end user. The filtered SERP may block all, some, or none of the landing pages within an MDN.

This paper is organized as follows. We introduce necessary background material in the next section. In Section III we

describe and evaluate a rule-based approach to the problem. In Section IV we present and evaluate a classifier approach to the same problem. Section V discusses the differences and merits of the two approaches. We review related work in Section VI.

## II. BACKGROUND

In this section, we provide background on three key aspects related to our system, namely malware distribution networks, the static search crawler, and the dynamic crawler.

### A. Malware Distribution Networks

A malware distribution network (MDN) consists of three components: landing pages, one or more redirection servers, and the exploit servers. The attack starts when a browser requests content from the landing page. Sometimes the landing page redirects the user to an exploit server directly, but more often the landing page will redirect the user to other redirection servers before reaching the final exploit server. Multi-hop redirection usually exists in more sophisticated drive-by download attacks where the redirection servers in the middle of the infection process further examine different conditions (*e.g.* browser type, version, plugins etc.) to decide which exploit server the browser should be directed to. For example, one redirection path might be followed by Firefox browsers while another would be taken by particular versions of Internet Explorer. The landing page will trigger the first hop of redirection. For compromised webpages, redirection is usually caused by injected content. In an MDN, an exploit server may handle traffic from a large number of landing pages.

This architecture offers several advantages to the attackers. It separates the functions of traffic acquisition, traffic redirection and exploit serving. The redirection path can be obfuscated. The architecture facilitates management and auditing of traffic in the redirection layer, which allows for the possibility that the compromise of landing pages and redirection layers are controlled by a different party than the one hosting the exploit servers.

### B. Static Search Crawler

Search engines employ crawlers to retrieve content for indexing. For this project we had access to the crawler of a large commercial search engine. The crawler runs continuously visiting new pages as found, and revisiting existing pages based on a schedule determined by the pages' changefulness and ranking. The crawler retrieves the content of a page for analysis. Some, but not all, of the links identified in the content are added to the list of pages to be subsequently crawled. The crawler does not however fetch embedded images or execute any scripts on the page, or attempt to render the page as a browser would. As it retrieves the static, but not dynamic, content from webpages it is commonly referred to as the static crawler. For example, in fetching the page www.nytimes.com (fetched April 16, 2012) in a browser a total of 176 requests were issued to 31 different domains. Of the 176 requests, 54 were jpeg, 40 gif, 4 png, 7 css, 12 flash, and 33 were javascript objects. None of these objects would be fetched by the static crawler, which limits itself to static text and HTML content. Thus a server that uses javascript to point to a server hosting

TABLE I: An example of the output of the dynamic crawler or DCTrace.

| DCTrace | |
|---|---|
| Landing Page | www.foo.com/index.html |
| Redirection URLs | www.a.com/redirect.js<br>www.b.com/check.php<br>www.c.com/hack.js |
| Exploit URL | www.evil.com/malware.exe |
| IPs | www.foo.com (23.21.215.24)<br>www.a.com (192.168.0.1)<br>www.b.com (192.168.0.2)<br>www.c.com (192.168.0.3)<br>www.evil.com (192.220.74.179) |
| File Hash | E21AD55HCCSAD7DC21B....74R |
| Is Drive-By Successful? | True |

malicious content does not exhibit suspicious behavior to the static crawler.

Servers that host malicious content (as opposed to pointing to other servers that host it) will often attempt to hide their nature from crawlers by cloaking [6]. This is a technique that involves delivering malicious content to potentially vulnerable visitors, but innocent content to crawlers. Since web crawlers for major search engines operate from easily-identified blocks of IP addresses, and strictly obey any crawling policies put in place by `robots.txt`, it is simple to offer them different content from regular web users. Thus, an exploit server which seeks to evade discovery will not typically be reached via the links placed in innocent pages and has no difficulty showing an innocent face to any crawler that finds it by another path.

### C. Dynamic Crawler

While the information retrieved by the static crawler suffices for search indexing, it does not reveal if a webpage is attempting to infect the user's machine with a drive-by download or not. Thus, a malicious embedded script which causes the browser to follow a series of redirects terminating at the exploit server, will never be followed.

Thus, many search engines, in addition to the *static crawler*, have a second *dynamic crawler* which examines a web page more thoroughly. The dynamic crawler can be thought of as a active, client-side honeypot. It visits a site posing as a vulnerable browser, and runs all the scripts on the page. In the www.nytimes.com example above, it would fetch all of the Flash and javascript objects and execute them. If those scripts involve fetching other links, these links would also be followed.

The dynamic crawler uses different vulnerable browsers and OS components to trigger possible malicious reactions. If any attempts to exploit known vulnerabilities are detected, the site will be flagged as potentially malicious. Since all of this must happen in an isolation environment, it is orders of magnitude slower than the static crawler. It is simply infeasible to comprehensively crawl a significant fraction of the web using the dynamic crawler. Thus the dynamic crawler must be reserved for pages that are suspected of being malicious. We refer to the output of dynamic crawler as the *DCTrace*. This contains all logged activity associated with the page load. Thus

it has hostnames and IP addresses of all links followed. An example is shown in Table I.

As shown in Figure 2, our system takes two inputs: the DCTraces from the dynamic crawler (DCTrace) and web content of landing pages from the static crawler (LPages). Here we focus on the malicious DCTraces that are identified as a drive-by download by the dynamic crawler.

## III.   RULE-BASED LANDING PAGE DETECTION

In this section, we present our study on drive-by download attacks and our system for landing page detection. In the spirit of SNORT [7], we propose a rule-based detection method which involves learning a set of rules, in this case the presence or absence of a set of strings and clusters of strings, that are used to detect individual MDNs.

The MDN represents the coordinated work of a person or group attempting to funnel traffic from potentially innocent landing pages to exploit servers. Thus it is likely that similar (or the same) content occurs on many of the landing pages. Given the scale of many MDNs (which contain hundreds or even thousands of landing pages as shown in Figure 3) it is likely that the process of injecting malicious content into compromised pages is done by script, rather than by hand. Thus, it should be possible to identify previously-unknown landing pages by searching the static crawl cache for the malicious content already found on known-bad MDN landing pages. This can be seen to be the case in Table II and Table III, where we show strings suspected of being injected content found on the landing pages associated with several MDNs and the corresponding domains or URLs.

The basic architecture of our system is shown in Figure 2. We start with an initial set of MDNs. We use Arrow as described by Zhang *et al* [8], but our system is agnostic in this regard: we merely need a collection of MDNs to get started. From the landing pages of these MDNs we extract strings which are candidates to be the common content which in many cases, causes the first redirection. We then cluster those strings and use multiclass feature selection to identify features that best represent a particular MDN. We then search in the static crawl cache for pages that possess those strings. In this way we are able to discover pages within the static crawl cache that are, with high likelihood, previously-undetected members of already-known MDNs. Finally, we submit those pages to the dynamic crawler to verify if they indeed lead to exploit servers. We now review these steps in more detail.

### A. Initial MDN Discovery

We use Arrow to discover an initial set of MDNs. Here we only briefly review the Arrow system and refer readers to the paper [8] for details. Arrow works from a set of exploit servers to find MDNs. It takes the DCTrace (illustrated by Table I) from the dynamic crawler, and then groups malicious traces that lead to the same exploit server into one MDN. This initial set of malicious DCTraces were detected by the production dynamic crawler during normal webpage scanning.

MDNs can have complex structures. In general they consist of a set of landing pages, redirection servers and exploit servers. However, in order to prevent easy blacklisting, MDNs



Fig. 2: System Diagram

often use fast-flux techniques whereby they change IP addresses and hostnames frequently. Rather than use single a domain name or IP address to denote a server, Arrow develops a Host-IP-Cluster (HIC) to identify servers in the traces. Simply put, Host-IP-Cluster is a data structure to represent a group of hostnames that share a large percentage of IPs. Details regarding HIC computation can be found in [8]. This technique adds a level of robustness to Arrow's ability to identify MDNs. We use Host-IP-Clusters just as Arrow does. As shown in Figure 2, we feed the output from the dynamic crawler (DCTraces) to Arrow and receive the MDNs as output. The original landing pages produced by Arrow then become the initial seeds for our system.

### B. Extracting Malicious Features from Landing Pages

Having found a collection of MDNs, we now examine the web content of landing pages within an MDN. The first task is to detect common, malicious code segments in the landing pages of the identified MDNs. We do this by examining the content of these pages in the static crawler cache. From the content, we extract all of the strings that potentially cause malicious redirection. HTML elements such as <script>, <iframe>, <form>, <frame>, <object> or <embed> are potential sources of redirection. This stage produces many strings per page, the majority of which will obviously be innocent. For example, the www.nytimes.com page considered earlier contained 28 <script> strings (obviously we use this page as example only, and it is not an MDN landing page). We consider each string as a potential feature.

After processing a large volume of landing pages, we have a feature space that contains many times more features (*i.e.*, strings) than the number of landing pages. Each landing page, indexed by its associated MDN, will also have a binary vector indicating whether it contains a particular string or not. This vector is very sparse; *i.e.*, most strings appear on only a small number of the landing pages.

### C. String Clustering

In the next section, the feature selection process selects the most discriminative features (*i.e.*, strings) for particular MDNs. However, these features can be brittle: some MDNs use

TABLE II: String features suspected of being injected content on known MDN landing pages. Observe that each is a link, and that some show slight polymorphism. The feature number refers to a string-cluster rather than a string. Note: these features are merely suspicious, and have not been validated.

| Feature ID | Feature String |
| --- | --- |
| 642 | <script language="javascript" type="text/javascript" src="http://js.users.51.la/2406109.js"></script> |
| 642 | <script language="javascript" type="text/javascript" src="http://js.users.51.la/4456469.js"></script> |
| 642 | <script language="javascript" type="text/javascript" src="http://js.users.51.la/627317.js"></script> |
| 442 | <iframe src="http://zlocorp.com/1010/in.cgi?14" width="100%" height="1" scrolling="no" frameborder="0" ... |
| 442 | <iframe src="http://zlocorp.com/1010/in.cgi?14" width="100%" height="2" scrolling="no" frameborder="0" ... |
| 442 | <iframe src="http://zlocorp.com/1010/in.cgi?14" width="100%" height="7" scrolling="no" frameborder="0" ... |
| 2203 | <script type="text/javascript">/* <![CDATA[ */ bmone2n.makeAd('14216.1.1.1'); /* ]]> */</script> |
| 2203 | <script type="text/javascript">/* <![CDATA[ */ bmone2n.makeAd('14216.1.1.12'); /* ]]> */</script> |
| 2203 | <script type="text/javascript">/* <![CDATA[ */ bmone2n.makeAd('14216.1.1.2'); /* ]]> */</script> |
| 2203 | <script type="text/javascript">/* <![CDATA[ */ bmone2n.makeAd('14216.1.1.7'); /* ]]> */</script> |

TABLE III: Domains or URLs of landing pages which include members of the string cluster features in Table III. Some of these string clusters, 642, occur on a wide range of domains, others are found within the same top tier domain, 2203, while others are found on landing pages within the same hostname, 442. All of these were determined to be malicious at some time in the past.

| Feature ID | URL |
| --- | --- |
| 642 | bzmc.flash-soul.com/html/skill/201103/1292.html |
| 642 | www.xn--4pvoj466jvub.net/faq.php |
| 642 | kdpiao.cn |
| 642 | www.fushi123.cn |
| 642 | www.zbzwow.cn/bbs/viewthread.php |
| 642 | www.hhhhu.com/info.html |
| 442 | fcguy.atspace.name/89.html |
| 442 | fcguy.atspace.name/site-12.html |
| 2203 | www.akw81.yoyo.pl/art_30.php |
| 2203 | www.amalysz.yoyo.pl/l.html |
| 2203 | www.iwadala.yoyo.pl/darmowa-wersja-gry-fim-speedway-grand-prix-2-do-pobrania.html |
| 2203 | stowarzyszenie-amicus.yoyo.pl |

polymorphism that impairs the effectiveness of the feature selection. In certain MDNs, the malicious content varies slightly from landing page to landing page. For example, in Table II, the first three strings are almost, but not quite, identical. Though the injected content is essentially the same code "exact matching" may be ineffective in the feature selection process. This polymorphism of the injected content is quite common and has the effect of expanding the feature space considerably. As a result, feature selection based on "exact matching" fails to learn the similar malicious strings employed in one MDN resulting in a failed detection.

To address this problem, we develop a clustering module for the extracted strings based on the string similarity. Even though the polymorphic content is in a different form, the main body of the code and the code logic remain the same. So for each entity, we transform each string into a set of trigrams, and use the Jaccard distance between two strings defined as:

$$D_{12} = 1 - \frac{Intersection(Set_1, Set_2)}{Union(Set_1, Set_2)},$$

where $Set_k$ is the set of trigrams generated from the $k$-th string. For example, if one string contains trigrams a, b, c and d, and a second contains b, d, e, f and g the distance between them would be $1 - 2/7 \approx 0.71$. This proves a powerful technique in grouping the variants of polymorphic injection: minor polymorphic variations end up being close under this distance measure. This allows us to cluster the sets of strings into groups. We cluster these trigram sets using the $ISODATA$ [9] algorithm which does not require a pre-selected number of clusters.

This technique may reduce the total number of candidate features from a very large number of strings to a much smaller number of string clusters. After feature selection, we end up with a set of rules consisting of string clusters which we refer as STRING CLUSTER. A string cluster may consist of a single string which can be viewed as a cluster containing a single item. This feature set will also be used as one type of features in the classifier-based approach in the following section.

### D. Feature Selection

Our task is now a feature selection problem: we seek to select the strings or string clusters that best represent a particular MDN but are not indicative of webpages from either legitimate sites or other MDNs. Recall that landing pages of one MDN have little in common other than their membership of the same MDN. Thus, strings that are common, or even similar, between them are good candidates to have been written by the MDN owner rather than the owners of the landing pages. That is, strings that appear on the landing pages of one MDN but seldom (or never) on those of other MDNs or on benign pages are good features to characterize this particular MDN. The

strings that do best in distinguishing between MDNs, and more importantly legitimate pages, emerge in this feature selection phase.

We use a feature selection algorithm based on the mutual information [10] between the $i$-th MDN and the $k$-th feature. Define $A$ (resp. $C$) as the number of landing pages not in the $i$-th MDN that do not contain (resp. do contain) the $k$-th feature. Define $B$ (resp. $D$) as the number of landing pages in the $i$-th MDN that do not contain (resp. do contain) the $k$-th feature. Then a maximum likelihood estimate of the information provided about membership in the $i$-th MDN by the $k$-th feature is:

$$
\begin{aligned}
R(f) \;=\; & \frac{D}{N} \log_2 \frac{N \cdot D}{(\hat{BD})(\hat{CD})} + \frac{B}{N} \log_2 \frac{N \cdot B}{(\hat{AB})(\hat{BD})} \\
& + \frac{C}{N} \log_2 \frac{N \cdot C}{(\hat{CD})(\hat{AC})} + \frac{A}{N} \log_2 \frac{N \cdot A}{(\hat{AB})(\hat{AC})}
\end{aligned}
$$

where $\hat{AB} = (A+B)$, $\hat{AC} = (A+C)$, $\hat{BD} = (B+D)$, $\hat{CD} = (C+D)$, and $N = A+B+C+D$.

Finally, the set of potential features is ranked for each MDN based on the scores. We select the top 5 ranked features for each MDN, which best discriminate that particular MDN with other MDNs and benign webpages under consideration. This method not only effectively selects malicious code, but also excludes benign injected code, like normal third-party web tracking code (*e.g.*Google Analytics). As normal web tracking code frequently appears in the benign webpage set, their ranking in MDNs would be lowered in the feature selection process.

### E. False Positive Pruning

The rule-based approach is very straightforward: we take the strings and string-clusters found in Sections III-B and III-C, and then search for pages that contain them in the static crawler cache. Recall that these strings are common among the already-found landing pages of a single MDN, and are thus with high probability injected malicious content. However, it is possible that landing pages that belong to very different sites contain common content that is not malicious. This can happen if both sites are using a template or web-site authoring tool that produces content in a certain form.

With a view to reducing the possibility of such false positives we do as follows. We search for each of our candidate strings in a randomly selected sparse 10% subset of the static crawler cache. Any string that co-occurs on landing pages as result of a template or authoring tool should be found many times in this sparse set. Many of these pages will also have been scanned by the dynamic crawler. A feature is retained if 60% or more of the pages that contain the feature and have been previously scanned by the dynamic crawler were also detected as being malicious. Otherwise, we regard the string as a benign feature and remove it from the candidate feature list. This step is used as a sanity check to avoid producing large numbers of false positives.

### F. Rule-Based Experimental Results

We describe the experimental results used to validate our proposed rule-based method in the following section. We begin by describing the preprocessing step which identifies the MDNs determined from a large collection of DCTraces. Next, the setup and the rule-based system results are analyzed. Finally the validation results on the dynamic crawler for this system is provided.

*1) PreProcessing:* Referring to the system diagram in Figure 2, we randomly selected 6.0 million malicious DCTraces that were diagnosed as drive-by download attacks by the production dynamic crawler. The traces are selected within a 60-day period ending on two dates, August 25, 2011 and January 2, 2012. The first 60-day trace ending in August 2011 is used to conduct preliminary experiments with the rule-based system and also evaluate the classifier-based approach described in the following section. Here, for brevity, we mainly describe the details of the January 2, 2012 collection which serves as our primary DCTrace data set.

We use Arrow to group the DCTraces into MDNs and use these landing pages in each MDN as the input to the remainder of our system for evaluation. After filtering out small MDNs containing no more than 20 distinct DCTraces, Arrow discovered 53 MDNs with central servers and a total of 719,089 landing pages. (We choose to study MDNs with a central server topology because these architectures can be more complex: the central server sometimes uses fast-flux techniques to control a collection of exploit servers [8].) Of these we randomly selected 32,000 landing pages as malicious webpage samples.

From a separate source we obtain 32,000 pages for our benign data set. These webpages are known to be legitimate since they are from reputable websites and have been manually graded by human analysts. These webpages are a subset of the those used to train the search engine's ranker.

Thus, we have 32,000 each of known-good and known-bad pages for training. We next obtain the webpage content for these from the static crawler and retain only the strings as described in Section III-B. We then generate a sparse binary data set where each row represents a webpage and each column represents a string found on at least one of the webpages.

The final step for creating this experiment's data set is to label each webpage. Each MDN has its own label and malicious landing pages are labeled based on the MDN it belongs to. On the other hand, all 32,000 benign pages are grouped under the same label. Thus our feature dataset has webpages as rows and features as columns. A column is set to true if the page in question contains that feature. There is one additional column, which contains the label to indicate which group the page belongs to (here group means a particular MDN or the collection of benign pages).

*2) Rule-Based Detection System:* The features for the rule-based system consist of individual strings and clusters of strings. Selecting a maximum of 5 string or string-cluster features per MDN, feature selection yielded 538 total individual strings from the 53 MDNs.

An example of some of these strings is shown in Table II. As detailed in Section III-E, we submitted these candidate features to a 10% sub-sample of the daily crawl results from the static crawler. This produced over 2.9M URLs, which might be considered suspicious. We prune the list by discarding



Fig. 3: Number of landing pages predicted to belong to each individual MDN as determined by the rule-based system after false positive pruning. The MDN landing page count varies by several orders of magnitude with the largest MDN having over 100,000 pages.

features that return less than 60% of detections on pages marked malicious by the dynamic crawler. This reduces the candidate feature list to a final set of 128 high-precision features. This feature list was then submitted to the static crawler to determine all web pages scanned on January 20, 2012 containing at least one of these features. This final step produced a list of 289,087 URLs which we suspect to be landing pages belonging to 24 MDNs. The number of landing pages per MDN is provided in Figure 3.

*3) Validation:* The last step is to validate the effectiveness of the system. To do so, we compare our method to three systems: the production dynamic crawler, the Nozzle [11] system, and the Zozzle [12] system. We first submitted a subset of the discovered URLs to the production dynamic crawler. The validation results for the rule-based system for the August 25, 2011 and January 2, 2012 datasets are given in Table IV. Forced to be parsimonious in our use of the production dynamic crawler (which is a heavily used resource) we were able to submit only a portion of our newly detected URLs. We submitted only 48,189 pages randomly selected from the August dataset and 88,503 from the January dataset.

The dynamic crawler detected 57.2% of the webpages as malicious for August 25, 2011. Likewise, 58.1% of the 88,503 evaluated by the dynamic crawler for January 2, 2012 dataset were determined to be malicious. This indicates that the proposed system has very high precision, given that malicious webpages on the internet constitute a very small fraction of the whole and random sampling is not viable. In fact, in a production environment, a automated detection system is regarded as actionable if 1% of the pages that are predicted to be malicious are confirmed. Unfortunately we cannot analyze the system's recall since it is impossible to know how many false negatives there are. Using the dynamic crawler to scan this web-scale dataset is prohibitive for us due to the computational costs. While 58.1% were verified malicious only 42.6% had not previously been discovered. At

this rate, the expected number of new landing pages for these MDNs is $289,087 \times 0.426 = 123,071$. Thus, since we started with 719,089 landing pages we have expanded the verified footprint of the MDNs by $100 \times 123/719 \approx 17.1\%$. It's also worth noting that the detection rates remained consistent over a period of five months.

In addition, we also evaluated these same webpages using the Nozzle and Zozzle systems. Nozzle detects heap sprays in the malicious code in runtime, while Zozzle is a classification system to detect malicious javascript. Table IV shows that Nozzle did not find any of the webpages identified by our method while Zozzle detected four for the first dataset and 350 for the second. We make several observations from these results. First, the rule-based detection system does a very good job of identifying malicious webpages; our system provided webpages that were almost 60% malicious. Furthermore, the detection system is essentially orthogonal to the Nozzle and Zozzle systems. That is, our system is complementary to their method of discovery.

## IV. CLASSIFIER-BASED MDN DETECTION

The rule-based method for detecting MDN landing pages exhibited high precision as indicated in Table IV: over 57% of pages the system deemed suspicious turned out to be hosting a drive-by download attack. We now explore a second, classifier-based landing page detection method and examine whether it can produce a better result.

### A. Classifier Features and Regular Expression Generation

The classifier borrows much from the rule-based system, including the preprocessing step (identifying the MDNs from DCTraces, described in Section III-F1) and the string cluster features (Section III-C). A departure from the rule-based method is that we also investigate two additional types of features: individual string features in isolation, and regular expression features.

The regular expression generator is based on the algorithm proposed in [13] which demonstrated considerable efficacy in accurately capturing spam URLs. With a set of strings as input, it generates one or more regular expressions that match the strings in the set. This may be able to capture more generic forms of features than the string cluster features. The three types of features are labeled as STRING MATCH, STRING CLUSTER and REGEX CLUSTER in the evaluation figures.

### B. Classifier Training

We use the 60-day DCTraces ending on August 25, 2011 to train the classifiers and understand the performance of different feature sets. After the MDN labeling and feature selection steps, we next construct labeled, sparse binary datasets for each of the three feature sets. Rows represent webpages and columns represent features. Each dataset consists of 64,000 rows half of which are constructed from pages belonging to our benign webpage collection and the other half from landing pages of known MDNs. An element in the dataset is set to true if the webpage associated with the row contains the feature associated with the column (*i.e.*, contains the string, an element of the string cluster, or matches the regular expression).

TABLE IV: Dynamic Crawler Evaluation.

| DC Trace Data End Date | Total URLs Scanned | Proposed Method | Pages Detected By Proposed Method | Malicious Webpage Detection Rate (%) | Nozzle | Zozzle |
|---|---|---|---|---|---|---|
| Aug 25, 2011 | 48,189 | Rule-Based | 27,563 | 57.2 | 0 | 4 |
| Jan 2, 2012 | 88,503 | Rule-Based | 51,567 | 58.3 | 0 | 350 |
| Jan 2, 2012 | 110,982 | Classifier-Based Highest Probability | 1,363 | 1.2 | 0 | 0 |
| Jan 2, 2012 | 102,919 | Classifier-Based Random Sampling | 1,617 | 1.6 | 0 | 2 |



Fig. 4: Detection error tradeoff curves for the three proposed feature sets for dynamic trace data over 60 days ending August 25, 2011.



Fig. 5: A zoomed-in view of the detection error tradeoff curves in Figure 4 for a maximum false positive rate of 1% .

We train separate classifiers for each feature set using multi-class logistic regression [14]. Each MDN is considered one class, and all of the benign pages are considered as belonging to a single class. Once training is complete, an unknown webpage is evaluated by calculating its feature vector and predicting which class (*i.e.*, particular MDN or the benign set) it is most likely to belong.

### C. Classifier Performance Evaluation

Figure 4 provides the 5-fold cross validation, Detection Error Trade-Off (DET) curves for the STRING MATCH, STRING CLUSTER and REGEX CLUSTER classifiers. The low false positive region of these curves is highlighted in Figure 5. These curves demonstrate that the three algorithms are comparable, with STRING MATCH algorithm offering a minor improvement.

The shape of the DET curves requires further investigation. Figure 6 provides the histogram of the STRING CLUSTER classifier's score, $s(x_i)$, which is the log odds that landing page $i$ is malicious. The log odds is computed as $s(x_i) = \log(P(y_i = Malicious|x_i)/P(y_i = Benign|x_i))$ where $y_i$ and $x_i$ are the label and the feature vector determined by the set of strings extracted from the $i$-th webpage, respectively. Bars in dark color in Figure 6 represent samples from benign webpages while malicious pages are indicated by the white bars. We first observe a nice separation between the distributions of the

malicious and benign pages. We also note five false positives in this particular fold of the classifier training. The false positive rate increases in the DET curves as we sweep a threshold from right to left in the log odds histogram.

The distribution of the STRING CLUSTER classifier probabilities for a random sample of one million URLs is shown in Figure 7. Noting the log scale, this figure indicates many distinct, and potentially large, sets of URLs which include one or more of the string cluster features. This distribution indicates that in many cases, the classifier will either identify a large number of truly malicious webpages, or an extremely large number of false positives.

### D. Classifier Validation

We also evaluate the results of the STRING CLUSTER classification system. To be parsimonious in our use of the production dynamic crawler we submit only the URLs produced by the STRING CLUSTER system, since there is little difference between STRING CLUSTER and the STRING MATCH approach, and both outperform REGEX CLUSTER.

The validation results for the classifier-based system for the January 2012 dataset are given in Table IV. We evaluated this method in two ways, namely Highest Probability and Random Sampling. For the Highest Probability experiment, we selected URLs which were predicted to be malicious by



Fig. 6: String cluster classifier score (i.e. log odds) for the for dynamic crawler trace data over 60 days ending August 25, 2011. The malicious and benign classes separate nicely, but we do note five false positives in the figure.



Fig. 7: Histogram of string cluster classifier probabilities for a subsample of one million URLs. Distinct sets of features may be included in an extremely large number of webpages.

the classifier with the highest probability. Similarly for the Random Sampling experiment, we chose URLs at random.

From the table, we make several observations. First, the classifier-based method detects a much lower percentage of URLs than the rule-based system. Second, the detection rate for the Highest Probability and Random Sampling methods are roughly comparable. Third, the classifier performs nowhere near as well as Figure 4 might lead us to hope. That is, Figure 4 suggests that a false negative rate of less than 20% can be achieved with essentially no false positives. In practice, Table IV shows a false positive rate of 98.4%: the classifier fails to deliver the performance that it displayed on the test set in training. We explore some of the reasons for this failure in Section V.

Finally, in the following experiment, we seek to understand whether the classifier-based approach can detect the same sets of URLs that are detected by the rule based approach. To do so, we compute the overlap of the rule-based system compared to the classifier-based system with High Probability URL selection, $\hat{O}_{RB,HP}$:

$$\hat{O}_{RB,HP} = \frac{\mid RBD \cap HPD \mid}{\mid HPD \mid} = 70.5\% \qquad (1)$$

where RBD is the set of detected URLs from the rule-based method and HPD is the set of detected URLs from the high probability classifier method. By detected, we mean the set of URLs predicted to be malicious by a method and later confirmed by the dynamic crawler. Similarly, the overlap of the rule-based system with respect to the classifier-based system with Random Sampling URL selection is $\hat{O}_{RB,RS} = 23.1\%$. From these estimates, we note the rule-based method tends to select landing pages which are predicted by the classifier to have a higher probability of being malicious. We also confirm that the classifier-based approach only detects a subset of the URLs detected by rule-based approach.

## V. Discussions

In the previous two sections, we proposed systems to detect MDN landing pages utilizing either rules or a classifier. The results from Table IV clearly indicate that the rule-based system outperforms the classifier in terms of validation rate. This improvement is primarily due to the inclusion of the false positive pruning stage. As shown in Figure 7, the classifier predicts that some pages are more likely to be malicious than others. At the start of the study, we expected that this would allow us to select an operating threshold for the classifier to automatically detect malicious webpages while avoiding false positive pruning. However, the results from Table IV failed to support this hypothesis. As confirmed by the dynamic crawler, the false positive rates for the classifier are significantly higher than expected given the DET results obtained during training for both the high probability and random sampling experiments.

One possible reason for the high false positives of the classifiers is that our training data set, especially benign set, has limited coverage. For example, we discovered that some of the false positives produced by the classifier were caused by a string related to accessing an analytics service from the Russian search engine Yandex. Upon further investigation, we confirmed that none of the content from our legitimate webpages accessed this service, but several of the MDNs using Russian URLs (*i.e.*, .ru) did. This implies that if we include a more comprehensive benign set (some of which may use this analytic service), we can effectively reduce the false positives of the classifiers.

A possible usage case for the second classifier-based strategy is to rank the detected webpages so that more malicious webpages can be verified first. At the present time, we cannot use the dynamic crawler to scan all possible URLs detected by our detector. However, one could consider verifying a more targeted subset of URLs with a production dynamic crawler. Instead of validating a random URL sample or a sample corresponding to the highest classifier probabilities, one could instead sample a fixed number of URLs (e.g. 100) which include one or more of the features identified during

feature selection and validate individual features based on the percentage of landing pages confirmed to be malicious. This is similar to the proposed false positive pruning strategy, but instead of considering only URLs which have been scanned by the dynamic crawler in the past, we verify all possible injected strings. In this way, the method could consider new string cluster features which have not been found on previously detected webpages.

There are several cases where attackers could evade or abuse the detection system. For example, in the false positive pruning stage of rule-based detection, a feature is retained if 60% or more of the pages containing the feature are previously scanned by the dynamic crawler and detected as malicious. Hypothetically, attackers can abuse the pruning stage by including this feature in 41% of the landing pages which do not launch an attack. However, we argue that this is unlikely to happen in practice considering the overhead and difficulty of injecting malicious code in legitimate landing pages. Giving up 41% of injected landing pages is a big loss for attackers.

In addition, polymorphic and obfuscated injection is another challenge for our system. Today, attackers tend to hide the real purpose of the injected code by making it unreadable. There are limitless ways to obfuscate a piece of code to give it a totally different and unreadable appearance. Our scheme works against content that is either obfuscated or polymorphic, but not both. In an extreme case where the attacker obfuscated the code in different ways on every single landing page in the MDN, the feature selection algorithm will fail to recognize these malicious strings.

Our system works together with both the dynamic and static crawlers. There are several common challenges that crawlers have that may affect our system. First, the dynamic crawler exposes vulnerable components to webpages and detect malicious responses. Thus it is possible that the dynamic crawler may fail to detect some of the attacks due to a limited configuration of vulnerable components. In addition, cloaking is concern for both the static and dynamic crawlers. Attackers can identify the crawler (*e.g.*, by knowing the IP addresses from which it operates or detecting the presence of the virtual machine), and evade detection by not attempting to exploit a vulnerability or returning legitimate content.

Finally, our system is limited in the fact that it requires an initial set of MDNs. Thus our system can be considered supplemental to other detection techniques rather than a stand-alone system.

## VI. Related Work

To defend against drive-by download attacks, a number of systems have been proposed from both the research and industrial communities. These systems use different strategies to detect drive-by downloads, including classifying malicious URLs or web content, actively exploiting web servers with client-side honeypot, identifying attacks from a single instance or correlating multiple landing pages within a campaign. We categorize these systems and techniques from the following perspectives.

First, most systems start from landing pages: they visit the malicious websites, execute the embedded script, and traverses the secondary URLs while monitoring suspicious state changes of the operating system in order to detect drive-by downloads. For example, systems like [15], [16], [17], [18] will dynamically execute the web content and capture drive-by downloads based on either signatures or anomaly detection. PhoneyC [19] and WebPatrol [20] use a signature-based, low-interaction honeypot to detect rogue websites. In addition, Nozzle [11] is a runtime monitoring infrastructure which detects malicious heap spray attempts, while JSAND [21] takes a machine learning approach to classify malicious javascript. Rozzle [22] is another javascript virtual machine. It explores multiple execution paths within a single execution in order to expand the possibility of triggering the malicious scripts. Finally, Blade [23] leverages user behavior models for drive-by download detection. All of these systems have shown good detection results. However, it is usually costly to follow the full redirection path and monitor each script execution in runtime. Moreover, their accuracy is highly dependent on the webpage's malicious response to vulnerable components.

Some systems work in the reverse direction: they start with servers hosting malicious exploits and reverse the redirection path to discover the corresponding landing pages. Leveraging the drive-by download traces contributed by dynamic crawlers or public anti-virus databases, these systems could discover the campaign-like malware distribution networks (MDNs) [4]. Existing systems [8], [24] fall into this category. WebCop [24] uses static hyperlinks to build a web graph of malware distribution networks. The limitations of WebCop are the static web graph and exact match approach, which are less resilient to dynamic changes of the web. Arrow [8] detects and generates URL signatures for the central server in complex MDNs in order to detect more landing pages sharing these central servers. In this paper, we also follow this approach in discovering MDNs. Unlike [8], [24], we leverage both the static and dynamic crawlers and focus on the malicious code in the landing page content instead of URLs. Arrow can only find additional webpages which have previously scanned, but undetected, by the dynamic crawler.

In addition, static analysis is a technique adopted by many existing systems [12], [25], [26] to detect malicious webpages. Most of these systems explore multiple features from malicious javascript code: for example, Zozzle [12] focuses on the contextual features in javascript code to detect heap spraying. Systems like Prophiler [25] consider both javascript features and additional features extracted from the HTML content and URLs of malicious pages. A recent system EvilSeed [26] generates gadgets by analyzing the page content, DNS traces and link topology of known malicious pages, and then uses the gadgets to discover similar pages. Unlike the dynamic analysis of the honeypot approach, the mentioned static analysis is more light-weight and less time-consuming. Our work differs from existing work in this detection scope and considered features: previous systems are generic detectors for generally malicious content in webpages, while our system precisely targets the landing page features of specific MDNs.

Finally, SURF [27] and deSEO [28] study the malware distribution campaigns from the perspective of blackhat Search Engine Optimization (SEO). In a typical drive-by download attack, one important function of landing pages is to drive traffic to the exploit servers. Attackers have been trying differ-

ent SEO techniques to rank malicious landing pages high in the search results for popular queries. SURF uses the features extracted from the *search-then-visit* browsing sessions to detect malicious redirections from the search results. It can work as a scanner in the dynamic crawler. deSEO, on the other hand, is a signature-based detector using the patterns of the malicious URLs in the search results. In our approach, we use URLs in the redirection paths to discover large malware distribution networks, but our detector focuses more on the malicious code in the web content.

## VII.  Conclusions

In this paper, we analyze landing pages belonging to malware distribution networks (MDNs) which lead to drive-by download attacks. Using a large set of drive-by download traces from a production dynamic crawler, we show that landing pages within the same MDN have a certain level of similarity in their malicious content that causes redirection. With the aid of multiclass feature selection, we are able to identify the MDN-specific features that best discriminate landing pages of one MDN with those of other MDNs and benign webpages.

We propose and implement two new solutions to efficiently detect malicious landing pages. The first, rule-based system, which is based on matching clusters of strings, exhibits high precision in identifying malicious injected code in the landing pages within the MDN. This system produces a list of URLs out of which over 57% are independently validated as malicious by a production dynamic crawler. This success rate remains constant in two large trials spaced five months apart. This extends the known footprint of the MDNs studied by 17%.

The second system, which implements a classifier, also produces set of URLs of which approximately 1% are independently confirmed to be malicious. Compared to the rule-based method, we conclude that the classifier offers little utility in this setting without using a far greater training set. We include the results of the classifier system in the paper for completeness.

## Acknowledgments

The authors would like to thank the reviewers for their feedback, Yinglian Xie and Fang Yu for providing software for computing regular expressions, Christian Seifert for insights on search engines and crawlers, and Sarmad Fayyaz for guidance on running experiments.

## References

[1] C. Jackson, "Improving Browser Security Policies," Ph.D. dissertation, Stanford University, 2009.

[2] R. Dhamija, J. D. Tygar, and M. Hearst, "Why phishing works," in *Proc. CHI*, 2006.

[3] S. Schechter, R. Dhamija, A. Ozment, I. Fischer, "The Emperor's New Security Indicators: An evaluation of website authentication and the effect of role playing on usability studies," in *Proc. IEEE Symposium on Security and Privacy*, 2007.

[4] N. Provos, P. Mavrommatis, M. Abu Rajab and F. Monrose, "All your iframes points to us," in *Proc. USENIX Security*, 2008.

[5] Trustseer Security Advisory, "Flash Security Hole Advisory," http://www.trusteer.com/files/Flash_Security_Hole_Advisory.pdf, 2009.

[6] S. S. David Wang and G. M. Voelker, "Cloak and dagger: Dynamics of web search cloaking," in *Proc. ACM CCS*, 2011.

[7] M. Roesch, "Snort - lightweight intrusion detection for networks," in *Proc. USENIX LISA*, 1999.

[8] J. Zhang, C. Seifert, J. W. Stokes, and W. Lee, "Arrow: Generating signatures to detect drive-by downloads," in *Proc. WWW*, 2011.

[9] G. Ball and D. Hall, "ISODATA, a novel method of data analysis and pattern classification," DTIC Document, Tech. Rep., 1965.

[10] C. D. Manning, P. Raghavan, and H. Schtze, *An Introduction to Information Retrieval*.  Cambridge University Press, 2009.

[11] P. Ratanaworabhan, B. Livshits, and B. Zorn, "Nozzle: A defense against heap-spraying code injection attacks," in *Proc. USENIX Security*, 2009.

[12] C. Curtsinger, B. Livshits, B. Zorn, and C. Seifert, "Zozzle: Low-overhead mostly static javascript malware detection," in *Proc. USENIX Security*, 2011.

[13] Y. Xie, F. Yu, K. Achan, R. Panigraphy, G. Hulten and I. Osipkov, "Spamming botnets: Signatures and characteristics," in *Proc. ACM SIGCOMM*, 2008.

[14] C. Bishop, *Pattern Recognition and Machine Learning*.  Springer, 2006.

[15] A. Moshchuk, T. Bragin, S. D. Gribble, and H. M. Levy, "A crawler-based study of spyware on the web," in *Proc. NDSS*, 2006.

[16] C. Seifert and R. Steenson, "Capture - honeypot client (capture-hpc)," https://projects.honeynet.org/capture-hpc, 2006.

[17] C. Seifert, R. Steenson, T. Holz, B. Yuan and M. A. Davis, "Know your enemy: Malicious web servers," http://www.honeynet.org/papers/mws/, 2007.

[18] Y.-M. Wang, D. Beck, X. Jiang, R Roussev, C. Verbowski, S. Chen and S. King, "Automated web patrol with strider honeymonkeys: Finding web sites that exploit browser vulnerabilities," in *Proc. NDSS*, 2006.

[19] J. Nazario, "Phoneyc: A virtual client honeypot," in *Proc. USENIX LEET*, 2009.

[20] K. Z. Chen, G. Gu, J. Zhuge, J. Nazario, and X. Han, "Webpatrol: automated collection and replay of web-based malware scenarios," in *Proc. ASIACCS*, 2011.

[21] M. Cova, C. Kruegel and G. Vigna, "Detection and analysis of drive-by-download attacks and malicious javascript code," in *Proc. WWW*, 2010.

[22] C. Kolbitsch, B. Livshits, B. Zorn, and C. Seifert, "Rozzle: De-cloaking internet malware," in *Proc. IEEE Symposium on Security and Privacy*, 2012.

[23] L. Lu, V. Yegneswaran, P. Porras and W. Lee, "Blade: An attack-agnostic approach for preventing drive-by malware infections," in *Proc. ACM CCS*, 2010.

[24] J. W. Stokes, R. Andersen, C. Seifert and K. Chellapilla, "Webcop: Locating neighborhoods of malware on the web," in *Proc. USENIX LEET*, 2010.

[25] D. Canali, M. Cova, C. Kruegel, and G. Vigna, "Prophiler: A fast filter for the large-scale detection of malicious web pages," in *Proc. WWW*, 2011.

[26] L. Invernizzi, S. Benvenuti, P. M. Comparetti, M. Cova, C. Kruegel, and G. Vigna, "Evilseed: A guided approach to finding malicious web pages," in *Proc. IEEE Symposium on Security and Privacy*, 2012.

[27] L. Lu, R. Perdisci, and W. Lee, "SURF: detecting and measuring search poisoning," in *Proc. ACM CCS*, 2011.

[28] J. P. John, F. Yu, Y. Xie, A. Krishnamurthy, and M. Abadi, "eSEO: Combating search-result poisoning," in *Proc. USENIX Security*, 2011.

# APPENDIX
# 80

Case 0:20-cv-00416-WS Document 11-4 Entered on PFLSD Docket 12/26/2020 Page 2 of 95



Mikail Tunç <mikail@emtunc.org>

## RE: Exchange Online Advanced Threat Protection TRK:0901003101

12 messages

**Microsoft Security Response Center** <secure@microsoft.com>
To: Microsoft Security Response Center <secure@microsoft.com>, "mikail@emtunc.org" <mikail@emtunc.org>

Hello,

Thank you for contacting the Microsoft Security Response Center (MSRC).  In order to investigate your report and determine its eligibility, I will need a valid proof of

For more information on what qualifies as a security vulnerability please see the following:

"Definition of a Security Vulnerability"
<https://technet.microsoft.com/library/cc751383.aspx>

Regards,

Katie
MSRC

------------------- Original Message -------------------
**From:** mikail@emtunc.org
**Received:** 1/14/2017 5:41 AM
**To:** <Microsoft Security Response Center>; Microsoft Security Response Center; Microsoft Security Response Center
**Subject:** Exchange Online Advanced Threat Protection

Hello,
I would like to e-mail someone directly with regards to a bug/vulnerability/security issue with regards to Safe Links in Exchange Online (Office 365).

Please let me know the best person to speak to - I'll be blogging my findings in the next few days if I don't receive a response.

--
**Mikail Tunç**
m: 07766889409
w: https://emtunc.org e: mikail@emtunc.org



**Mikail Tunç** <mikail@emtunc.org>
To: Microsoft Security Response Center <secure@microsoft.com>
15 January 2017 at 13:14

Hello Katie,
Thanks for your swift response.

Okay so the vulnerability and bug (I believe both exists here) relates to the Exchange Online - Advanced Threat Protection - **Safe Links** feature.

From what I understand, the Safe Links feature should be following URL's and re-directs to see if downloadable/executable content lives on the other side. Please correct me if my understanding is incorrect.

I have attached a .csv with a compilation of 'suspicious/dangerous' attachments. Out of those 58 extensions, only 10 appeared to be scanned by EOP. I came to this conclusion by monitoring my apache access logs. The extensions marked 'Y' in the .csv are the ones where a request arrived from EOP to download the attachment and probably execute in a sandbox. EOP did not make any requests for any of the other file extensions - even after clicking the URL's.

Is this expected behaviour? Surely not... if it is then the Safe Links feature is trivially bypassed by providing a .html link with a simple redirect to an executable.

Also I read some documentation on Safe Links and I'm pretty sure it said PowerShell scripts were also run in the sandboxed environment - if that is the case, why did I not see any EOP requests in my access logs for the .ps* file extensions?

Second, the Safe Links feature fails to scan some basic obfuscated URL's.
Take the following scenario:

- Big Corp (let's say Microsoft.com as an example) has ATP enabled with Safe Attachments and Links configured
- Big Corp doesn't want their own URL's scanned because, you know, they trust their own domains and IT doesn't want to harm user experience by having their own domain scanned for 10,000's of users every time an internal document is passed around
- Big Corp adds Microsoft.com to the white-list
- Bad guy simply obfuscates malicious attachment and passes completely through the filters by using the following technique:
  http://microsoft.com@bad-guys-domain-here.tld/malware.exe

That URL will completely bypass ATP URL-rewriting process. This will probably be an easy one to fix by updating the regex used to determine white-listed domains.

My last and final find is another trivial bypass to Safe Links... this one is more difficult to fix but consider this scenario:

NOTE: Bad guy doesn't even need to use this bypass if my first point at the top of this e-mail is intentional behaviour (i.e., ATP doesn't follow links/redirects such as .html)

- Bad guy finds the public list of EOP IP addresses
- Bad guy creates a .htaccess rule to rewrite all requests from EOP IP ranges to something inconspicuous like:
  RewriteRule .* nothing-here.html [L]
- ATP will see that there is nothing malicious here and allow the user to continue on to the real, malicious URL

The only real ways that I can see to fix this bypass is to:

- Expand the IP ranges you use for ATP and do NOT make them public - administrator's don't need to see these IP's as YOUR servers are doing the 'GET' requests
- Spoof and/or use real headers - you are currently not sending through ANY headers which makes it easy for me to block your requests. Use real browser headers to make it difficult/impossible to determine which requests are coming from Microsoft and which requests are coming from users

If you do the above then it would be very difficult for a bad-guy to determine which requests are coming from Microsoft ATP servers - making it difficult to block/redirect ATP requests to a harmless looking file while passing through user traffic to malicious files.

Hope that all makes sense. Let me know if you need any clarifications and please let me know what you plan to do about the above any/or any timelines so I know when I can write about it on my blog.

Mikail
+447766889409

- •

[Quoted text hidden]
[Quoted text hidden]



---

📄 **Scanned Extensions.csv**
 3K

---

**Mikail Tunç** <mikail@emtunc.org>                                                                                          20 January 2017 at 09:37
To: Microsoft Security Response Center <secure@microsoft.com>

Hello MSRC,
Do you have any update on this? Also would you be so kind as to let me know if any of the above would be eligible for the Office 365 Online Service bug bounty? I suspect I would be eligible as I have shown white-list bypassing using the URL obfuscation technique?

Thank you,
Mikail
[Quoted text hidden]

---

**Mikail Tunç** <mikail@emtunc.org>                                                                                          1 February 2017 at 14:22
To: Microsoft Security Response Center <secure@microsoft.com>

Hello MSRC,
Any updates for this report? I have heard nothing in > 15 days.

Thanks,
Mikail
+447766889409
[Quoted text hidden]

---

**Microsoft Security Response Center** <secure@microsoft.com>                                                                7 February 2017 at 02:12
To: Microsoft Security Response Center <secure@microsoft.com>, "mikail@emtunc.org" <mikail@emtunc.org>

Hello,

Apologies for the delay in response time - a bug on our end caused this reply to be missed.

From how I am interpreting your report, it sounds like what you are describing is the potential set up to a vulnerability, but the attack angle is unclear. Additionally, it would require a malformed file to be downloaded from an untrusted source.

Can you clarify how an attacker could user this information to exploit another user remotely? We greatly appreciate your time on this.
[Quoted text hidden]

---

**Mikail Tunç** <mikail@emtunc.org>                                                                                          7 February 2017 at 09:59
To: Microsoft Security Response Center <secure@microsoft.com>

Hello Katie,
Let's take the domain Microsoft.com as an example - let's say microsoft.com has ATP safe links enabled. Microsoft.com has the domain Microsoft.com as a white-list domain in the safe links policy settings.

So I, as a bad guy, send you a link to malicious-site.com/malware.exe - this will be re-written by safe-links; threat blocked, everything is good.

However by using a URL obfuscation technique, an attacker can completely bypass URL re-writing by ATP.
Take this example: http://microsoft.com@malicious-site.com/malware.exe - this will take a user *directly* to the malware domain completely bypassing the safe links feature by abusing the domain white-listing settings.

The fix for this should be fairly straight forward - evaluate the entire URL - take in to account URL obfuscation techniques, base64 encodings and any other funny URL obfuscation tricks that attackers may use.

My other concerns were around your scripts/bots that execute/follow the URL in an e-mail. There are no HTTP headers sent with the requests and the IP's that the requests come from are publicly available and predictable so it is very easy to use redirect-rules to redirect EOP/ATP requests to a clean page and everything else to a malicious link.

One way to make it harder for attackers to exploit this weakness is to:

- Expand the IP ranges you use for ATP and do NOT make them public - administrator's don't need to see these ranges as ATP sandbox servers are doing the 'GET' requests
- Spoof and/or use real headers in the requests - you are currently not sending through ANY headers (blank) which makes it easy for me to block/re-direct ATP requests simply based on blank headers. Use real browser headers to make it difficult/impossible to determine which requests are coming from EOP/ATP and which requests are coming from users

I apologize if any of the above is unclear - I am happy to clarify anything over the phone if you prefer. +44 77 66 88 9409

Mikail

Thanks,
Mikail

[Quoted text hidden]
[Quoted text hidden]



---

**Mikail Tunç** <mikail@emtunc.org>                                                                                          15 February 2017 at 23:26
To: Microsoft Security Response Center <secure@microsoft.com>

Hello MSRC,
Please confirm whether you acknowledge this vulnerability or not and whether it is eligible for the Exchange Online/365 bug bounty.

Thank you,
Mikail
[Quoted text hidden]

---

**Mikail Tunç** <mikail@emtunc.org>                                    23 February 2017 at 15:42
To: Microsoft Security Response Center <secure@microsoft.com>

Hello, This is my last reply to this e-mail chain.
I am notifying you that I am publishing my findings on the 27th Feb.

Thanks,
Mikail
[Quoted text hidden]

---

**Microsoft Security Response Center** <secure@microsoft.com>          24 February 2017 at 23:06
To: Microsoft Security Response Center <secure@microsoft.com>, "mikail@emtunc.org" <mikail@emtunc.org>

Hello Mikail,

Apologies for the delay in servicing this report. As stated, we have opened a new MSRC case 37595 for this finding and submitted your report for review by our bounty team.

Unfortunately, we need time to review this case. Would you be willing to delay your public post? As a reminder: if you go public before a potential patch could be pushed, you could be removed from future bounty rewards.

We appreciate your time on this, as well as your due diligence in following up.
[Quoted text hidden]

---

**Mikail Tunç** <mikail@emtunc.org>                                    24 February 2017 at 23:44
To: Microsoft Security Response Center <secure@microsoft.com>

Katie,
I am wiling to delay my public post but please respond in a timely manner - it's not asking much.

Thanks,
Mikail
[Quoted text hidden]
[Quoted text hidden]

---

**Microsoft Security Response Center** <secure@microsoft.com>          25 February 2017 at 02:45
To: Microsoft Security Response Center <secure@microsoft.com>, "mikail@emtunc.org" <mikail@emtunc.org>

Hi Mikail,

Just a quick introduction,  I'm Will and will be taking over for Katie and will be your point of contact moving forward.

First of all thanks for reporting this to Microsoft responsibly, we appreciate your effort in doing so. Our product team is investigating your report and I hope to have some feedback soon. While that is completing if you have any question or more information please don't hesitate to contact me by replying to this email. We also appreciate your willingness to delay your blog posting that you have reported through the Microsoft Bounty Program.

I look forward to working with you and feel free to ping me with any questions or concerns.

Regards,
Will
[Quoted text hidden]

---

**Mikail Tunç** <mikail@emtunc.org>                                    28 February 2017 at 13:01
To: Microsoft Security Response Center <secure@microsoft.com>

Thanks for the reply Will.
Please let me know what the team come back with.
Also happy to provide any further clarifications if required.
Thanks,
Mikail
[Quoted text hidden]
[Quoted text hidden]

# APPENDIX
# 81

Case 0:20-cv-60416-AMC   Document 69-4   Entered on FLSD Docket 12/26/2020   Page 2 of 4

Microsoft

☰ Contents

# Definition of a Security Vulnerability

7 minutes to read

What's a security vulnerability? Most people think this would be an easy question to answer, but in fact it turns out not to be. This article discusses the definition used by the Microsoft Security Response Center (MSRC) to categorize the variety of issues we examine every day.

It may not be obvious at first why it's worth devoting several pages to discussing the meaning of the term. After all, it's possible to look up both "security" and "vulnerability" in a dictionary and come to a reasonable understanding of what it means. By doing this, you might conclude that a security vulnerability is anything that offers a potential avenue of attack against a system, including things like malware, incorrectly configured systems, passwords written on sticky pads, and so on. It's true that issues like these do increase the risk to a system. However, this is a somewhat broader connotation than what's generally used within the security community and as we assess issues within MSRC.

For the context used in the software security industry and in MSRC, a vulnerability is a security exposure that results from a product weakness that the product developer did not intend to introduce and should fix once it is discovered. This gives the term special relevance to the MSRC, whose job it is to find such weaknesses whenever they exist in Microsoft products and correct them. This definition discussed helps identify problems that can and should be fixed. This article will help you understand what types of issues are generally addressed by security bulletins.

## Putting the Definition in Context

It's important to understand that the definition isn't the final word on whether an issue warrants a security bulletin — instead, it's the first word. Whenever MSRC receives a report of a potential security problem, an investigation is begun. If the problem can be reproduced, the following two questions are asked to determine whether a bulletin is needed.

- Does the problem meet the definition of a security vulnerability?
- Does it violate the product's security policy, meaning does it break the "security boundary" of the product?

Think of the security vulnerability definition as an initial filter that's applied to all issues. If a particular security issue doesn't meet the definition of a security vulnerability, it's unlikely that it would warrant a security bulletin. This doesn't mean there won't take any action though. For example, if an investigation shows that there's a bug but not a security vulnerability, MSRC works with the product team to fix it, but the fix would be delivered as part of a service pack or future version of the product rather than through a security update and a bulletin.

If the problem meets the definition of a vulnerability, the next question is whether it violates the product's security boundaries. Every product has a set of assumptions about how it will be used, and a set of promises it makes about the security provided when it's used properly. For instance, User Access Control (UAC) is a technology introduced with Windows Vista that provides a method of separating standard user privileges and tasks from those that require Administrator access. If a Standard User is using the system and attempts to perform an action for which the user has no authorization, a prompt from Windows appears and asks the Administrator account's password. If an Administrator is using the system and attempts to do the same task, there is only a warning prompt. That prompt is known as a "Consent Prompt" because the administrator is only asked to agree to the action before proceeding. A weakness that would allow to bypass the "Consent Prompt" is not considered a security vulnerability, since that is not considered a security boundary.

**A Little Fine Print**

A final point before discussing the definition of *vulnerability*: it isn't intended as a legal document. The main goal in developing it was to make it simple and understandable, even if doing so meant that there are few gray areas. As a result, here are some disclaimers.

- The definition is not a warranty; it's a tool that helps assess whether MSRC should address an issue through a security update. In the end, the decision about which issues warrant bulletins is a judgment call, based on giving our customers the best protection we can. Sometimes bulletins are developed for issues that are, strictly speaking, outside the definition. Likewise, it's conceivable that a particular issue might meet the strict definition but only occur under such rare conditions that customers might be better served if we focused our resources on other, broader, and more impactful problems.

- The definition isn't a Microsoft corporate standard. It's an informal definition that MSRC uses to prioritize work. It isn't a logo requirement or part of any other corporate standard.

**Definition**

Now, here's the definition of a security vulnerability.

***A security vulnerability is a weakness in a product that could allow an attacker to compromise the integrity, availability, or confidentiality of that product.***

Now let's dissect exactly what the definition means. In the discussion that follows, the critical phrases and words are listed from the definition, defined precisely, and explained with examples with how the definition could be applied to real-life cases.

*... a weakness in a product...*

- ***Weakness***: Security vulnerabilities involve inadvertent weaknesses; by-design weaknesses may sometimes occur in a product, but these aren't security vulnerabilities.

  **Examples:** The choice to implement a 40-bit cipher in a product would not constitute a security vulnerability, even though the protection it provides would be inadequate for some purposes. In contrast, an implementation error that inadvertently caused a 256-bit cipher to discard half the bits in the key would be a security vulnerability.

- ***Product***: Security vulnerabilities are a result of a problem in a product. Problems that result from adhering to imperfect but widely accepted standards are not security vulnerabilities.

  **Examples:** A browser that, when connecting to an FTP site, conducts the session in plaintext would not be considered to have a security vulnerability, since the FTP specification calls for plaintext sessions. However, if the browser conducted SSL sessions in plaintext, it would constitute a security vulnerability since the SSL specification calls for encrypted sessions.

*... that could allow an attacker to compromise the integrity...*

- ***Integrity:*** Integrity refers to the trustworthiness of a resource. An attacker that exploits a weakness in a product to modify it silently and without authorization is compromising the integrity of that product.

  **Examples:** A weakness that allows an administrator to change the permissions on any file on a system would not be a security vulnerability because an administrator already has this capability. In contrast, if a weakness allowed an unprivileged user to do the same thing, it would constitute a security vulnerability.

*...availability...*

- ***Availability:*** Availability refers to the possibility to access a resource. An attacker that exploits a weakness in a product, denying appropriate user access to it, is compromising the availability of that product.

  **Examples:** A weakness that enables an attacker to cause a server to fail would constitute a security vulnerability, since the attacker would be able to regulate whether the server provided service or not. However, the fact that an attacker could send a huge number of legitimate requests to a server and monopolize its resources would not constitute a security vulnerability, as long as the server operator still could control the computer.

*...confidentiality...*

- ***confidentiality:*** Confidentiality refers to limiting access to information on a resource to authorized people. An attacker that exploits a weakness in a product to access non-public information is compromising the confidentiality of that product.

  **Examples:** A weakness in a web site that enables a visitor to read a file that should not be read would constitute a security vulnerability. However, a weakness that revealed the physical location of a file would not constitute a vulnerability — although such a weakness could be useful for reconnaissance purposes, and could be used in conjunction with a bona fide vulnerability to compromise files, it would not by itself enable an attacker to compromise data, and thus it would not constitute a security vulnerability. (It's worth noting, however, that Microsoft, on occasion, has chosen to develop patches in such cases anyway).

As you can see, integrity, availability, and confidentiality are the three main goals for security. If one or more of these three elements lacks, there is a security vulnerability. A single security vulnerability can compromise one or all these elements at the same time. For instance, an information disclosure vulnerability would compromise the confidentiality of a product, while a remote code execution vulnerability would compromise its integrity, availability, and confidentiality.

### Definition in Practice

As you no doubt noticed, there's quite a bit of room for judgment in the definition. In addition to common sense and a desire to protect our customers, we evaluate potential vulnerabilities by drawing on our years of practical security judgment, and a quick scan of the listing of security bulletins shows that a fairly expansive interpretation of the definition is applied. If you think you may have found a security vulnerability in a Microsoft product, please report it to the Microsoft Security Response Center for immediate investigation. You will receive a response to let you know whether it meets the definition of a security vulnerability.

 Previous Version Docs · Blog · Contribute · Privacy & Cookies · Terms of Use · Site Feedback · Trademarks

# APPENDIX
# 82



**Mikail Tunç <mikail@emtunc.org>**

---

# RE: Re: Re: Re: Re: Exchange Online Advanced Threat Protection TRK:0901003101

---

**Microsoft Security Response Center** <secure@microsoft.com>                    15 March 2017 at 21:10
To: Microsoft Security Response Center <secure@microsoft.com>, "mikail@emtunc.org" <mikail@emtunc.org>


We have completed our investigation and found that this issue doesn't meet security servicing bug bar.

As a result, we have opened a next-version candidate bug for the crash and it will be evaluated for upcoming releases. Thanks, again, for sharing this report with us.
We anticipate no further action on this item from MSRC and will be closing out this case.

Thanks,
Will
MSRC

[Quoted text hidden]

APPENDIX
83

https://www.avanan.com/blog/microsoft-atp-safe-links

09/21/2020



Platforms ▾   Security ▾   Pricing   How it Works   Partners ▾   Resources ▾   **FREE TRIAL**   **GET DEMO**

🔍 Search   ☁ Support

Blog Home › Cloud Security Tips › 5 Reasons Microsoft Safe Links Make Office 365 Less Safe

# 5 Reasons Microsoft Safe Links Make Office 365 Less Safe

Posted by **Dylan Press** on September 18, 2019

🐦 Tweet   in Share   👍 Like 0   Share

| Recent | Popular |



5 Reasons Microsoft Safe Links Make Office 365 Less Safe

baseStriker: Office 365 Security Fails To Secure 100 Million Email Users

Mimecast vs. Proofpoint: Why They Can't Secure Office 365 and Gmail

Widespread Attack on Office 365 Corporate Users with Zero-day Ransomware Virus

Why Multi-Factor Authentication Isn't Foolproof

6 Things You Need to Know About Microsoft Security in Office 365



Since the first successful phishing attack, we have trained our email users to read every URL before clicking.

Microsoft's **Advanced Threat Protection** (ATP) included a feature called Safe Links that worked against this. Previously, Safe Links obscured the original URL with a rewritten link, belying decades of user education efforts by hiding the visual clues end users need to identify phishing and other exploits.

A year ago, Microsoft improved Safe Links by adding **Native Link Rendering** in the Office Web Application (OWA). Now, end users can read the original link. This allows them to make a more informed decision to click.



## Get a Demo

Experience the power & simplicity.

**Learn More**

**CATEGORIES**

Blog (146)

Industry Insights (45)

Cloud Security Tips (43)

News (43)

Attack Briefs (41)

Case Studies (8)

Videos (8)

Webinars (8)

Press Release (3)



**Download our Report on what ATP Misses**

## What Is Safe Links in Office 365 Advanced Threat Protection?

When someone clicks on a URL in an email, Safe Links immediately **checks the URL** to see if it malicious or safe before rendering the webpage in the user's browser.

Safe Links checks if that destination domain is not on either Microsoft's Block List or a custom Block List created by the organization. If the URL leads to an attachment, the attachment will be scanned by Microsoft for malware.

If the URL is identified as insecure, the user is taken to a page displaying a warning message asking them if they wish to continue to the unsafe destination.



## What Was Wrong with Safe Links?

Formerly, Safe Links replaced the URLs in an incoming email with URLs (*.outlook.com) that allow Microsoft to scan the original link for anything suspicious and redirect the user only after it is cleared.

For example, an email containing a link to **www.avanan.com**, was replaced with: **na01.safelinks.protection.outlook.com/?url=http%3a%2f%2fwww.avanan.com**



Safe Links made it impossible for the end user to know where the link was going. The link is rewritten as an extremely dense redirect, making it difficult to parse.

Here's an example from real life—look at the two links below and attempt to discern which leads to the real UPS site and which is from a fake phishing attack.

https://na01.safelinks.protection.outlook.com%2F%3Furl%3Dhttps%3A%2F%2Fwww.apps.ups.com%2FWebTracking%2Ftrack%3Ftrack%3Dyes%26trackNum%3D1ZY8A37003366363844

https://na01.safelinks.protection.outlook.com%2F%3Furl%3Dhttps%3A%2F%2Fwww.apps.ups.com%2FWebTracking.email%3Ftrack%3Dyes%26trackNum%3D1ZY8A37003366363844

The second link points to a malicious site at webtracking.email.

Additionally, end users were more likely to login to fake Office 365 pages if the domain reads outlook.com. Diligent users who checked where the link led to would see a URL in "*.outlook.com", a Microsoft registered domain name. End users are more likely to enter their credentials into a page that appears to be hosted on a known Microsoft domain.

## How Did Microsoft Update Safe Links in Office 365?

Previously, SafeLinks cluttered email appearance with rewritten URLs that were illegible. Customers also argued that it is easier to recognize an original bad link than deal with the aftermath of a failed SafeLink.

With this landmark update, the end user can now see the original URL in a window when they hover over the hyperlink. The rewritten URL only appears at the bottom, confirming that Microsoft has still wrapped the link in the back end for analysis.



Enhancing the SafeLinks experience with Native Link Rendering supports efforts to educate end users, and improves overall security posture by giving individuals more information to make decisions.

## Why Microsoft Safe Links Are Still Unsafe

Although Safe Links is a seemingly logical method of combating phishing, it has major shortcomings that end up making your email less secured from phishing attacks.

### 1. Safe Links Still Rewrites URLs in Outlook Clients

Native Link Rendering is unavailable in the Outlook client, which is installed on desktop and mobile devices. This update only runs in Outlook on the Web (OWA). For the large number of organizations using both OWA and the Outlook client, this might cause some confusion among end users.

### 2. Safe Links Does Not Dynamically Scan URLs

Safe Links does not offer dynamic URL scanning to evaluate the link for threats on a case-by-case basis. At time-of-click, Safe Links only verifies if the URL is on known Block Lists of malicious sites. This means that ATP struggles to detect zero-day, unknown URLs.

### 3. Safe Links Can't Act on Detections Across Mailboxes

These and multiple other cases require the host — or generated by host — run an admin of instances of the same link in other user mailboxes in order to purge malicious URLs from a phishing campaign affecting the organization, admin must run a query and remove the threats via PowerShell.

### 4. Safe Links Bypassed with IP Traffic Misdirection

As mentioned above, Microsoft follows links to determine their risk before allowing the user to navigate to them.

Microsoft follows the Safe Links from special IP addresses that are easily distinguished from end user requests. The hackers created and shared their own Microsoft IP's Block List with those IP addresses here.

So, when the request is coming from a Microsoft IP, it is redirected to a benign page and Microsoft's ATP clears it. But then it redirects the user straight to the malicious URL.

### 5. Safe Links Bypassed Using Obfuscated URLs

Another weakness of the Safe Links scan is that it doesn't apply Safe Links to domains that are whitelisted by Microsoft. Popular sites like Google.com are given a pass.

This might sound reasonable, but it opens the door for another common trick named "Open Redirect". For example, this link will not be changed by Office 365 Safe Link since Google search is whitelisted.

https://www.google.com/url?sa=D&q=https://www.evilsite.com

Google will also not check this link for malicious content — they never claim to — and the end-user will be redirected to the malicious site.

Here's a recent phishing attack that used this trick: SiteCloak: Hackers Take Phish Obfuscation to the Next Level.

And here's another example, with the TattleToken Script:

**Read: Microsoft SafeLinks Redirect**

## Safe Links Is Safer, But It's Not Your Savior

When Safe Links used to rewrite URLs, it created a false sense of security that misled users, and undermined efforts to encourage people to inspect URLs for misspellings or other suspicious indicators. Now that Safe Links leverages Native Link Rendering to preserve the original URL for the end user, Safe Links deserves the name. However, there are still some obscure workarounds that hackers can employ to interfere with the protection available in Microsoft ATP.

---

Stop attacks designed for Office 365 from hitting your inbox.

**Get Your Free Demo**

Topics:   BLOG    CLOUD SECURITY TIPS

**NEXT POST:**



**Cloud Email Security Supplements Address SaaS Vulnerabilities**

---

**14-Day Free Trial** – Experience the power and simplicity of Avanan Cloud Security.    Start Free Trial

**About**
About Us
Careers
Partners
Terms of Service
Privacy Policy

**Explore**
Platform
How it Works
View Pricing
Free Trial
Get a Demo

**Get in Touch**
Contact Us
+1 (855) 528-2626
info@avanan.com
259 West 30th Street
New York, NY 10001

**Latest From the Avanan Blog**
Remote Learning: As Virtual School Starts, So Do Cyber Attacks

View All Blog Posts →

AVANAN

© Copyright 2020 Avanan. All Rights Reserved.



# APPENDIX
# 84

https://www.cyren.com/blog/articles/evasive-phishing-driven-by-phishing-as-a-service



09/21/2020

CYREN

LOGIN ▾   SUPPORT   CONTACT   BLOG   🌐 EN ▾   🔍                    GET A DEMO ▸

PRODUCTS   RESEARCH   EXPERT CONTENT   COMPANY

# Cyren Security Blog



## Evasive Phishing Driven by Phishing-as-a-Service

👤 by Tinna Thuridur Sigurdardottir and Magni Sigurdsson    📅 July 1, 2019

The phishing-as-a-service industry is making easy-to-use phishing attack tools and even full campaigns available at cheap rates, with full-service subscription prices typically varying from $50 to $80 per month, depending on the level of service, and realistic phishing web kits available for download for as little as $50. Cyren's research lab has turned up 5,334 new, unique phishing kits deployed to the web so far this year, an indication of the scope and scale of turn-key phishing offerings.



*Fig. 1 – Different style scam pages targeting Office 365 credentials on offer from a Phishing-as-a-Service web site—and with a $10 discount!*

## Phishing-as-a-Service Is embedding evasive phishing attacks

A straight line can be drawn between the availability of such kits and turn-key phishing platform services and the growth in evasive phishing—phishing attacks that use tactics to confound detection by email security systems. Today's reality is that we are seeing more evasive phishing campaigns in the hands of more attackers at less effort and lower cost than in the past, as technically sophisticated phishing attack developers have adopted a SaaS business model to let even the most amateur criminal wanna-be spoof targeted web sites with a high degree of authenticity and embedded evasive tactics.

**87% of phishing kits include evasive techniques**

Cyren's security lab also found that 87 percent of phishing kits sold on the dark web include at least one type of basic evasive technique. As mentioned above, blocking or redirect functions are the most common included tactic, usually implemented via a .htaccess file containing a PHP script.  One expectation for the future is that phishing developers will begin to combine many techniques together, as we've seen with malware. I recall a single piece of malware that did 26 different checks to try and avoid detection—we expect phishing to continue to evolve in this direction, with layers of detection evasion techniques being used."



*Fig. 2- Fake Microsoft log-in page fools even discerning users with legitimate windows.net domain and legitimate SSL certificate*

## Methods for the madness

Much like the evolution of evasive malware tactics over the past 30 years, professional phishing developers are utilizing more methods to fool automated defenses, and are including those methods in pre-packaged campaigns and phishing services made widely available on the dark web.

|   | Most Common Evasive Phishing Techniques |
|---|---|
| 1 | HTML character encoding |
| 2 | Content encryption |
| 3 | Inspection blocking |
| 4 | URLs in attachments |
| 5 | Content injection |
| 6 | Legitimate cloud hosting |

Among the growing number of techniques being used today to fool automated email security systems, most common are:

crawlers looking through the code will not be able to read the content, missing keywords associated with phishing like "password" and "credit card" in an example from a spoofed PayPal site.

**Content encryption**—a tacticsimilar to encoding, because the content in the  code does not show as readable text. But here, rather than changing the representation of a word with character encoding, the entire content is encrypted, and a key is needed to decrypt it. The encrypted file usually looks very small, but when decrypted, often done by a JavaScript file, we see the real content.

**Inspection blocking**—the technique most regularly incorporated into phishing kits, phishers employ block lists forconnections from specific IP addresses and hosts in order to keep security systems and security analysts from evaluating and seeing the true nature of a phishing site, and to prevent access from security bots, crawlers or other user agents that are searching for phishing sites, like the Googlebot, Bingbot, or Yahoo! Slurp.When someone on the block list tries to access the page, they are usually presented with a "404 page not found" message.

**URLs in attachments**—a growing phishing trend over the past year has been to not place links in the body of emails, but instead hide them in attachments, in order to make detection more difficult. A typical example might be a simple PDF constructed of images and made to look like a OneDrive document, with a single button that links to a phishing site.

**Content injection**—this is not a new technique, but a tried and true method used to lull the user and complicate detection by changing a part of the content on the page of a legitimate website. The unsuspecting user is then taken to the phishing page, outside the legitimate website.

**Legitimate cloud hosting**—this is a tactic that has grown significantly recently. By hosting phishing websites on legitimate cloud services, like Microsoft Azure, phishers are able to present legitimate domains and SSL certificates, lulling even the most attentive user into thinking a given phishing page is trustworthy. Further, many security vendors whitelist certain domains.

This reading provides a summary 5-minute walk-through of evasive phishing tactics and attack examples, including a breakdown of the code behind them.

**Phishing is getting through**

The impact on organizations everywhere is quite clear. According to survey data from Osterman Research, in 2018 44% of organizations reported they suffered at least one successful phishing attack, up from 30%  in 2017—a percentage that increases to 54% for organizations using Office 365.  In the same survey, these managers estimated that total phishing emails reaching their users were up 25% in volume last year, and that targeted spear-phishing emails were up 23%.

Want to learn more about cloud-based email security? Contact us here!

**SUBSCRIBE TO THIS BLOG**     **READ ANOTHER ARTICLE**

CYREN

CYREN INBOX SECURITY     EXPERT CONTENT     COMPANY     GET A DEMO

Terms of Use // Privacy Policy // Cookie Policy

© Cyren 2020. All trade/service marks or names referenced on this site belong to their respective owners. The information contained herein is subject to change without notice.

 

# APPENDIX
# 85

https://www.zdnet.com/article/most-malspam-contains-a-malicious-url-these-days-not-file-attachments/

09/21/2020

📄 MUST READ:   US govt orders federal agencies to patch dangerous Zerologon bug by Monday

# Most malspam contains a malicious URL these days, not file attachments

Proofpoint: 85% of all malicious email spam sent in Q2 2019 contained a link to download a malicious file.

🔴 in 🏳 f 🐦 ✉   By Catalin Cimpanu for Zero Day | September 28, 2019 -- 07:00 GMT
(00:00 PDT) | Topic: Security



Image: Proofpoint

MORE FROM CATALIN CIMPANU


Security
Microsoft secures backend server that leaked Bing data


Security
Phishing awareness training wears off after a few months


Security
US govt orders federal agencies to patch dangerous Zerologon bug by Monday


Security
Hackers leak details of 1,000 high-ranking Belarus police officers


Security
Phishing awareness training wears off after a few months


Security
US govt orders federal agencies to patch dangerous Zerologon bug by Monday


Security
Hackers leak details of 1,000 high-ranking Belarus police officers

Most malicious email spam (malspam) sent in the first half of the year has contained links to malicious files, rather than file attachments, according to telemetry gathered by cyber-security firm Proofpoint.

More precisely, 85% of all malspam sent in Q2 2019 (April, May, and June) contained a link to a malicious file download, rather than the actual malicious file attached to the email.

The Q2 number continues a Q1 trend, where malicious URLs also dominated as the favorite way of distributing malware via email spam. actual malicious file attached to the email.

The Q2 number continues a Q1 trend, where malicious URLs also dominated as the favorite way of distributing malware via email spam.

But while email spam botnet operators may be criminals, they are in no way stupid. They can be as focused on running an efficient operation like any other Silicon Valley engineer, if not more.

If the majority of malspam content sent out these days leverages malicious links, this means operators are getting higher clickthroughs and infections when compared to the classic technique of attaching files to emails.

"While the reason for the continued dominance of URLs may be due to a range of factors, it is likely that most end users have been conditioned to be suspicious of attachments in unsolicited email," Proofpoint said.

"URLs, on the other hand, are increasingly common in business email as we regularly receive notifications of shared files and collaboration updates via email as organizations move to the cloud," it added.

Proofpoint's findings should have repercussions across the entire cyber-security market. Companies which provide anti-phishing training should be the ones taking notes and adapting courses accordingly; focusing on preparing employees for this recent trend.

And employee training helps.

A previous Proofpoint report found that 99% of all email-based cyberattacks require human

SEE ALSO

10 dangerous app vulnerabilities to watch out for (free PDF)

for (free PDF)

NEWSLETTERS

ZDNet Security
Your weekly update on security around the globe, featuring research, threats, and more.

Your email address    SUBSCRIBE

SEE ALL
1,000 high-ranking Belarus police officers



NEWSLETTERS

ZDNet Security
Your weekly update on security around the globe, featuring research, threats, and more.

Your email address    SUBSCRIBE


SEE ALL


Your weekly update on security around the globe,



This is the demonstration file to accompany the article, How to easily switch from Excel to ... Training provided by TechRepublic

Proofpoint's findings should have repercussions across the entire cyber-security market. Companies which provide anti-phishing training should be the ones taking notes and adapting courses accordingly; focusing on preparing employees for this recent trend.

And employee training helps.

A previous Proofpoint report found that 99% of all email-based cyberattacks require human interaction, namely that the target open files, click on links, or carry out some other sort of action. With a little training, employees can be taught to recognize and avoid falling victims to these attacks.

Other findings from the Proofpoint Q2 2019 Threat Report, published earlier this month, include:

- 57% of all malspam uses domain spoofing.
- Botnet-based malware was the most popular malware payload sent via malspam campaigns, accounting for 37% of all emails.
- Botnet malware was followed by banking trojans (23%), infostealers (16%), malware loaders (8%), remote access trojans (6%), and backdoor trojans (5%).
- As in recent quarters, ransomware was virtually absent in Q2.
- Ursnif accounted for 80% of all banking trojan payloads sent via email. It was followed by URLZone, The Trick, and Dridex.
- The ranking for infostealer had Pony in front, followed by AZORult, Loki Bot, and Formbook.
- The ranking for infostealer had Pony in front, followed by AZORult, Loki Bot, and Formbook.

Image: Proofpoint

**2019's tech, security, and authentication...**      SEE FULL GALLERY

    

1 - 5 of 13                                                                NEXT ›

SECURITY

Porn site users targeted with malicious ads redirecting to exploit kits, malware

Ransomware accounted for 41% of all cyber insurance claims in H1 2020

Best security keys in 2020: Hardware-based two-factor authentication for online protection

Best password managers for business in 2020: 1Password, Keeper, LastPass, and more

Cyber security 101: Protect your privacy from hackers, spies, and the government

Inside the multi-billion dollar industry that silently tracks and sells your phone's location data (ZDNet YouTube)

Top 6 cheap home security devices in 2020 (CNET)

What are IT pros concerned about in the new normal? (TechRepublic)

RELATED TOPICS:    SECURITY TV    DATA MANAGEMENT    CXO    DATA CENTERS

By Catalin Cimpanu for Zero Day | September 28, 2019 -- 07:00 GMT (00:00 PDT) | Topic: Security

Your email address                    SUBSCRIBE

SEE ALL

MORE RESOURCES

**FlashSystem: The Centerpiece of the One-Platform Approach**
White Papers from IBM

READ NOW

**Hiring Kit: Computer Research Scientist**

Tools & Templates from TechRepublic Premium
READ NOW

**Ultimate SQL Bootcamp**
Training from TechRepublic Academy

READ NOW

RELATED STORIES
‹  1 of 3  ›


Microsoft secures backend server that leaked Bing data
No personal user data was leaked in the incident.


Ransomware is evolving, but the key to preventing attacks remains the same
Ransomware attacks continue to adapt and evolve. That doesn't mean they can't be stopped, or that paying up is the only option.

Phishing awareness training wears off after a few months
Retraining employees after six months is recommended.

All things video under one video roof.
vimeo    Start free trial →

Recommended For You


The Gerber Life Grow-Up® Plan - Get A Free Quote
Gerber Life Insurance


Man Who Predicted 2020 Crash Says "Now Is The Time"
The Legacy Report


Before you renew Amazon Prime, read this
Wikibuy

Sponsored Links by Taboola


A New Standard in HD Oscilloscopes
Tektronix


Why Are Seniors Buying Up This $49 Smartwatch?
Consumerbags


New Method Traces Ancestry Back Thousands of Years
CRI Genetics


Florida Launches New Policy For Cars Used Less Than 50 Miles/Day
Smart Lifestyle Trends

Do This Instead of Cleaning Gutters (It's Genius)
LeafFilter

SHOW COMMENTS





- Federal agencies must patch Zerologon bug by Monday
- First death reported following a ransomware attack on hospital
- Hackers are launching fresh attacks against universities
- This ransomware borrows a sneaky trick for delivering malware

**ORACLE, WALMART TEAM UP**
What TikTok's big deal means for cloud and e-commerce

**PARADOX**
GitHub to replace 'master' with 'main' starting next month


Norton 360 Deluxe
Save $50 OFF*
the first year
Norton
BUY NOW
*Terms apply.

**JUST IN**





 OnePlus is holding an event on Oct. 14 to announce the OnePlus 8T
2 hours ago

Starlink starts to deliver on its satellite internet promise
2 hours ago

 COVID-19 is messing up career plans and companies are not meeting our needs
4 hours ago

Ransomware is evolving, but the key to preventing attacks remains the same
4 hours ago

 Amazon's Sidewalk network to launch this year with new devices, support from $25 billion for the creator of The Eider Scrolls, Fallout, Doom and other key franchises.
5 hours ago by Mary Jo Foley in Microsoft

No More Ransom: The Europol initiative taking the fight to cyber criminal

**Coronavirus: Business and technology in a pandemic**

### David Gewirtz hosts a tour of his home office and video studio

Every great home office is a work in progress. David Gewirtz stopped tinkering with his home office setup just long enough to give us a tour. Take a look before it changes again.
5 hours ago by David Gewirtz in Hardware

 No More Ransom: The Europol initiative taking the fight to cyber criminal ransomware gangs

 David Gewirtz hosts a tour of his home office and video studio

 Training AI to respond to paragraphs, not just sentences

### What's inside Gewirtz's home office? 20 years of refinement and evolution

Our resident mad scientist, ZDNet contributor and distinguished lecturer David Gewirtz, shows you his version of a modern-day wizard's tower.
5 hours ago by David Gewirtz in Hardware

 Ransomware: This cyber-criminal group is borrowing a technique to get at your data

### Training AI to respond to paragraphs, not just sentences

Dr. Noam Slonim, project debater principal investigator and distinguished engineer at IBM Research, sits down with Tonya Hall to talk about how AI can evolve to respond to paragraphs instead of just sentences and what challenges come with it.
6 hours ago by Tonya Hall in Artificial Intelligence

 IBM's Dinesh Nirmal on hybrid cloud strategy and automation

 Tired of your nine-to-five? These companies give employees control of their work hours

### Phishing awareness training wears off after a few months

Retraining employees after six months is recommended.
6 hours ago by Catalin Cimpanu in Security

 



**VIDEO**
Boosting voter confidence this November with cloud-based ballot tracking

### Ransomware: This cyber-criminal group is borrowing a technique to get at your data

Ransomware group has borrowed a successful technique from another gang that makes it harder to spot when malware is being spread.
7 hours ago by ZDNet Editors in Security

**Collection**
Small Business TV



 ### MSP best practices: PC maintenance checklist



Regularly performing preventive PC maintenance provides managed services providers (MSPs) with an excellent opportunity to spot potentially unidentified issues that could become bigger problems later....

from TechRepublic Premium

### Code execution, defense evasion are top tactics used in critical attacks against corporate endpoints

Cisco examines MITRE ATT&CK data to suggest the threat vectors enterprise security staff should focus their efforts on.

7 hours ago by Charlie Osborne in Security

### Ahana announces managed service for Presto on AWS

The startup, focused on the Presto query engine, announces its new managed service for the open source technology, available on Amazon Web Services. The company is also announcing $2.3M in additional seed funding.

7 hours ago by Andrew Brust in Big Data Analytics

### Coronavirus "infodemic" is hindering scientists

Awash in research, scientific work is becoming inefficient and at times redundant. But AI could help.

8 hours ago by Greg Nichols in Artificial Intelligence

### Cybersecurity skills gap: How this startup aims to solve the talent crisis

With security analysts hard to find, startup RangeForce reckons training and building skills are top priorities.

9 hours ago by Kalev Aasmae in CXO



Wyndham Hotels & Resorts tackled technical debt, cloud, hybrid cloud in a hurry [Cloud TV]

HSBC charts out its move to the cloud [Cloud TV]

How Brinker International thinks through cloud, data, Apple iPads [Cloud TV]

Why security is the top barrier in enterprise cloud adoption [Hybrid Cloud TV]

How New Belgium Brewing evaluated managed vs. private cloud [Hybrid Cloud TV]

With Red Hat, IBM to become the leading hybrid cloud provider

 GALLERY
### Innovative projects now online to combat coronavirus outbreak

LOAD MORE

Recommended For You                    Sponsored Links by Taboola



Parents Everywhere Agree On The Grow-Up? Plan: Get a Quote
Gerber Life Insurance

The genius trick every Amazon shopper should know
WikiBuy



Max Baer Jr. Lives In This House At 84
Trading Blvd



This Is Where the Majority of Singles Over 50 Are Finding Love In Pompano Beach
SilverSingles

MORE RESOURCES

Linux service control commands

Downloads from TechRepublic Premium

DOWNLOAD NOW

Budget planning tool

Tools & Templates from TechRepublic Premium

READ NOW

Automate Tasks in Excel & Handle Data Like a Certified Pro

Training from TechRepublic Academy

READ NOW

Apple iOS 14: A cheat sheet (free PDF)

Downloads from TechRepublic

DOWNLOAD NOW


+ Rescue by LogMeIn
# Remote Support has never felt so close.
FREE TRIAL