# APPENDIX
# 86



# Proofpoint Targeted Attack Protection

## Defense Against Targeted Attacks

Targeted threats have become one of the top concerns of security officers of all organizations. Outside threats have shifted from broad–based phishing attacks to highly targeted spear–phishing campaigns. Proofpoint Targeted Attack Protection™ models normal email behavior in order to highlight anomalies that require additional scrutinizing, effectively neutralizing and responding to targeted attacks, because when it comes to malicious phishing attacks – every message matters.

### Complete protection against the most malicious threats today: Spear–phishing attacks

There is an epidemic of targeted attacks. The majority of the large organizations have reported seeing these attacks; and email is the primary vector for them. These attacks are not random, but focused and coordinated efforts based on research through sources such as social media sites. Furthermore, once attacked, it can take weeks or even months before an organization may realize that they have been penetrated and possibly breached.

Proofpoint Targeted Attack Protection provides the tools to keep an organization safe from the malicious nature of targeted spear–phishing attacks and is a natural complement to any existing email security gateway.



threat protection | compliance | archiving & governance | secure communication



# Full Lifecycle Approach

Simply detecting threats is no longer sufficient in today's world. A complete solution against targeted threats needs to be able to address messages even after they have been delivered to an end user. In addition, administrators need the visibility in order to clearly ascertain if they were able to block specific attacks or if remediation actions need to be taken. To address this, Targeted Attack Protection defends against threats with a full lifecycle strategy – Detect, Protect, Block, and Respond.

## Targeted Attack Protection Benefits

- Comprehensive solution that covers multiple attack vectors
- Provides visibility into attacks in real–time – for threat management as well as incident response
- Leverages big data techniques to immediately identify when you are under attack and neutralize threats even if they have been delivered

## Complete Protection

- Works together with Proofpoint Enterprise Protection to provide complete protection against all email threats.
- Protect sensitive and confidential data with Proofpoint Enterprise Privacy to accurately detect both structured and unstructured data to be secured with an integrated email encryption solution.

## Big Data

Big data refers to compilations of data that are so large that traditional database tools are unable to manipulate the data as a whole in short time frames. Innovative big data techniques enable the efficient processing of large quantities time frames. Proofpoint leverages big data techniques in order to capture, store, and process immense amounts of data in order to provide insights on targeted threats. Big data has enabled Proofpoint to perform analyses that can actually stop a targeted attack the very first time it appears.

## Detect

### Anomalytics Service

One of the largest challenges in defending against targeted spear–phishing attacks is detecting the threats. Given the low–volume of these targeted spear–phishing messages, traditional solutions may not detect the presence of the attacks for some time, if at all. And because each and every phishing message has the potential to become the beachhead for attackers, every missed message represents a true and real threat to the security of an organization.

Proofpoint has taken a different approach to threat detection. Proofpoint's Anomalytics Service leverages big data systems to identify targeted spear–phishing campaigns by modeling an organizations normal email patterns in order to spot emails that deviate from the norm – i.e., an anomaly.

## Protect

### URL Clicktime Defense Service

While malware may be delivered directly as an attachment to a phishing message, a more frequent tactic has been to drive recipients to click on a link where the resulting web page either automatically initiates a download or tricks the user to enter sensitive or private information. Users who click on these links may be doing so at home, the airport or a hotel, and not behind the corporate firewall, making standard web gateway solutions useless.

To counter these attacks, the URL Clicktime Defense Service ensures that each time a user clicks on a link, the URL request is redirected to analysis by Proofpoint's cloud – and that URL is analyzed in real–time before the user is allowed to proceed. Working in conjunction with Proofpoint's Anomalytics Service, only suspicious URLs are redirected for the Clicktime Defense Service, giving organizations the ability to defend against targeted attacks even after an email has been delivered to the recipients inbox.

## Block

### Malware Analysis Service

Legacy approaches to malware analysis relied heavily on a list of known signatures or by dynamically examining the file within an isolated virtual machine, commonly referred to as "sandboxing". Unfortunately, polymorphic malware continuously changes its signature, easily defeating signature–based techniques. Remote and mobile users were generally bypassing these solutions as well.

Proofpoint's Malware Analysis Service utilizes anomalytics to identify suspicious files and immediately begins the process of analyzing the files in a sandbox for the hallmarks of a malware attack – all in the cloud – to ensure that when a user takes an action to download a file, it has already been inspected.

## Respond

### Threat Insight Service

Visibility into current threats is critical in mounting an effective response. Proofpoint's Threat Insight Service dashboard enables organizations to answer a few critical questions:

| Proofpoint Targeted Attack Protection | |
|---|---|
| Feature | Benefit |
| Anomalytics Service | Easily *detect* targeted attacks the very first time they appear. |
| URL Clicktime Defense Service | *Protect* users, even when they are not behind the corporate firewall, with analysis of URLs at the time a user clicks on a link. |
| Malware Analysis Service | *Block* polymorphic malware that would be missed by traditional signature-based detection. |
| Threat Insight Service | *Respond* to threats quickly with a real-time view of attacks, who is being targeted and the status of each threat. |

## Respond (Continued)

1. Is our organization under attack?

2. Who is being targeted and what threats have been received?

3. What is the status of each threat? Have we blocked it? Or, have they been neutralized? Or, are they still valid threats?

The Threat Insight Service dashboard provides a real-time view to see how many and what types of threats are currently being received. The dashboard measures the attacks on your organization against the current industry benchmark, so organizations can quickly see if they are being targeted.

When an organization is under attack, the Threat Insight Service provides details to identify which users are being targeted and if any messages have actually been delivered. The status of delivered emails can immediately be identified: emails that have been neutralized via the URL Clicktime Defense Service or emails that still pose a threat and need to be manually remediated.

The Threat Insight Service gives administrators the information to easily understand the current effectiveness of each aspect of their threat solution.



Find out exactly **when** the threat hit your system..

Know **what** went through your system.

Get more details about **what** made it through.

Find out specifically **who** was hit by the threat.



**Proofpoint, Inc. (US Headquarters)**
892 Ross Drive, Sunnyvale, CA 94089 USA
Tel: +1 408 517 4710    Fax: +1 408 517 4711
www.proofpoint.com

©2012 Proofpoint, Inc. Proofpoint is a trademark of Proofpoint, Inc. in the United States and other countries. All other trademarks contained herein are property of their respective owners. 06/12

# APPENDIX
# 87



# Microsoft | Security **Intelligence** Report

*Volume 9*
January through June 2010

*An in-depth perspective on*
*software vulnerabilities and exploits,*
*malicious code threats, and*
*potentially unwanted software,*
*focusing on the first half of 2010*



Microsoft | Security **Intelligence** Report

Microsoft Security Intelligence Report

Copyright © 2010 Microsoft. All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Control Number:
ISBN 978-0-615-40091-4

Printed and bound in the United States of America.

Microsoft and the trademarks listed at http://www.microsoft.com/about/legal/en/us/IntellectualProperty/Trademarks/EN-US.aspx are trademarks of the Microsoft group of companies. All other marks are property of their respective owners.

The example companies, organizations, products, domain names, email addresses, logos, people, places, and events depicted herein are fictitious. No association with any real company, organization, product, domain name, email address, logo, person, place, or event is intended or should be inferred.

The information contained in this publication represents the current view of Microsoft Corporation on the issues discussed as of the date of publication. Because Microsoft must respond to changing market conditions, it should not be interpreted to be a commitment on the part of Microsoft, and Microsoft cannot guarantee the accuracy of any information presented after the date of publication.

The information contained in this publication is provided without any express, statutory, or implied warranties. Neither the Microsoft Corporation, nor its resellers, or distributors will be held liable for any damages caused or alleged to be caused either directly or indirectly by this publication.

## Authors

David Anselmi
*Digital Crimes Unit*

Richard Boscovich
*Digital Crimes Unit*

T.J. Campana
*Digital Crimes Unit*

Neil Carpenter
*CSS Security*

Greg Cottingham
*CSS Security*

Joe Faulhaber
*Microsoft Malware Protection Center*

Vinny Gullotto
*Microsoft Malware Protection Center*

Paul Henry
*Wadeware LLC*

Jeannette Jarvis
*CSS Security*

Jeff Jones
*Microsoft Trustworthy Computing*

Jimmy Kuo
*Microsoft Malware Protection Center*

Scott Molenkamp
*Microsoft Malware Protection Center*

Michelle Meyer
*Microsoft Trustworthy Computing*

Bala Neerumalla
*Microsoft Secure SQL Initiative Team*

Daryl Pecelj
*Microsoft IT Information Security and Risk Management*

Anthony Penta
*Microsoft Windows Safety Platform*

Paul Pottorff
*Windows Consumer Product Management*

Tim Rains
*Microsoft Trustworthy Computing*

Javier Salido
*Microsoft Trustworthy Computing*

Navaneethan Santhanam
*Bing*

Christian Seifert
*Bing*

Frank Simorjay
*Microsoft Trustworthy Computing*

Holly Stewart
*Microsoft Malware Protection Center*

Adrian Stone
*Microsoft Security Response Center*

Matt Thomlinson
*Microsoft Security Response Center*

Jossie Tirado Arroyo
*Microsoft IT Information Security and Risk Management*

Scott Wu
*Microsoft Malware Protection Center*

Terry Zink
*Microsoft Forefront Online Protection for Exchange*

## Contributors

Ian Brackenbury
*Microsoft Trustworthy Computing*

Doug Cavit
*Microsoft Trustworthy Computing*

Eva Chow
*Microsoft IT Information Security and Risk Management*

Greg Cottingham
*CSS Security*

Dave Dittrich
*University of Washington*

Enrique Gonzalez
*Microsoft Malware Protection Center*

Cristin Goodwin
*Microsoft Legal and Corporate Affairs*

Satomi Hayakawa
*CSS Japan Security Response Team*

Robert Hensing
*Microsoft Security Response Center Consulting Services*

Yuhui Huang
*Microsoft Malware Protection Center*

CSS Japan Security Response Team
*Microsoft Japan*

Joe Johnson
*Microsoft Malware Protection Center*

John Lambert
*Microsoft Security Engineering Center*

Laura Lemire
*Microsoft Legal and Corporate Affairs*

Nishanth Lingamneni
*Microsoft Security Essentials*

Ken Malcolmson
*Microsoft Trustworthy Computing*

Russ McRee
*Global Foundation Services*

Charles McColgan
*Microsoft ISD*

Mark Miller
*Microsoft Trustworthy Computing*

Price Oden
*Microsoft IT Information Security and Risk Management*

Kathy Phillips
*Microsoft Legal and Corporate Affairs*

Anthony Potestivo
*Microsoft IT Information Security and Risk Management*

Hilda Larinalna Ragragio
*Microsoft Malware Protection Center*

Tareq Saade
*Microsoft Malware Protection Center*

Andrei Florin Sayigo
*Microsoft Malware Protection Center*

Jireh Sanico
*Microsoft Malware Protection Center*

Richard Saunders (EMEA)
*Microsoft Trustworthy Computing*

Marc Seinfeld
*Microsoft Malware Protection Center*

Jasmine Sesso
*Microsoft Malware Protection Center*

Norie Tamura (GOMI)
*CSS Japan Security Response Team*

Gilou Tenebro
*Microsoft Malware Protection Center*

Patrik Vicol
*Microsoft Malware Protection Center*

Steve Wacker
*Wadeware LLC*

Jeff Williams
*Microsoft Malware Protection Center*

Dan Wolff
*Microsoft Malware Protection Center*

3

Microsoft | Security **Intelligence** Report

# Table of Contents

Authors & Contributors . . . . . . . . . . . 3

**About This Report** . . . . . . . . . . . . 6
Scope . . . . . . . . . . . . . . . . 6
Reporting Period . . . . . . . . . . . . 6
Conventions . . . . . . . . . . . . . . 6

**Foreword** . . . . . . . . . . . . . . . 7
Microsoft Malware Protection Center . . . . . . 7
Microsoft Trustworthy Computing Group . . . . . . 7

**Battling Botnets for Control of Computers** . . . . . . . . 10

**What Is a Botnet?** . . . . . . . . . . . . 11
History . . . . . . . . . . . . . . . .12
Botnets Today . . . . . . . . . . . . . .13
How Botnets Are Used . . . . . . . . . . .17
How Botnets Work . . . . . . . . . . . .21
Botnet Commerce . . . . . . . . . . . . .26

**The Scope of the Problem: Botnet Data and Metrics** . . . . . . 28
Most Active Botnet Families in 2Q10 . . . . . . . .28
Where's Conficker? . . . . . . . . . . . .36
Operating System Statistics . . . . . . . . . .37
Geographic Statistics . . . . . . . . . . . .38
Spam from Botnets . . . . . . . . . . . .40

**Fighting Back Against Botnets** . . . . . . . . . . 42
Detecting Botnets . . . . . . . . . . . .42

**Win32/Waledac and the Law: Fighting Botnets in Court** . . . . . 45
Microsoft Digital Crimes Unit (DCU) . . . . . . . .45
A New Approach . . . . . . . . . . . . .45
Why Waledac, Why Now? . . . . . . . . . .45
Technical Action Plan . . . . . . . . . . . .46
The Legal Action Plan . . . . . . . . . . .51

**Works Cited** . . . . . . . . . . . . . . 56

**Malware Key Findings** . . . . . . . . . . . . 57

**Trustworthy Computing: Security Engineering at Microsoft** . . . . . 58

**Industry-Wide Vulnerability Disclosures** . . . . . . . 59
Vulnerability Disclosures . . . . . . . . . . .59
Vulnerability Severity . . . . . . . . . . . .60
Vulnerability Complexity . . . . . . . . . . .61
Operating System, Browser, and Application Vulnerabilities . . . . .62
Guidance: Developing Secure Software . . . . . . . .63

**Vulnerability Reports for Microsoft Products** . . . . . . . 64
Coordinated Vulnerability Disclosure . . . . . . . .65
Microsoft Security Bulletins in 1H10 . . . . . . . .66

**Usage Trends for Windows Update and Microsoft Update** . . . . . 68
Update Clients and Services . . . . . . . . . .68
Guidance: Keeping Your Software Up To Date . . . . . . .69

4

Security Breach Trends . . . . . . . . . . . 70
Guidance: Preventing and Mitigating Security Breaches . . . . . .71

Malware and Potentially Unwanted
Software Trends . . . . . . . . . . . . 72
Infection Rate Calculation Updated . . . . . . . .72
Geographic Statistics . . . . . . . . . . .72
Infection Trends Around the World . . . . . . .74
Category Trends . . . . . . . . . . . .76
Operating System Trends . . . . . . . . . .79
Malware and Potentially Unwanted Software Families . . . .82
Rogue Security Software . . . . . . . . . .83
Threats at Home and in the Enterprise . . . . . . .85
Guidance: Defending Against Malicious and
Potentially Unwanted Software . . . . . . . . .87

Email Threats . . . . . . . . . . . . 88
Spam Trends and Statistics . . . . . . . . . .88
Guidance: Defending Against Threats in Email . . . . .92

Malicious and Compromised Websites . . . . . . . 93
Analysis of Phishing Sites . . . . . . . . . .94
Analysis of Malware Hosts . . . . . . . . . .97
Analysis of Drive-By Download Sites . . . . . . . .99
Automated SQL Injection Attacks . . . . . . . . .101
Guidance: Protecting Users from Unsafe Websites . . . . .102

Managing Risk . . . . . . . . . . . . .103

Making Microsoft More Secure . . . . . . . . .104
Information Security Policies . . . . . . . . .104
Promoting Awareness . . . . . . . . . .106
Defending Against Malware . . . . . . . . .107

Malware Response Case Study . . . . . . . . .111
Isolate the Computer . . . . . . . . . .111
Identify the Malware . . . . . . . . . .111
Determine How the Malware Starts . . . . . . .112
How Was the Malware Installed? . . . . . . . .113
Determine Malware Connectivity . . . . . . . .115
Remediate the Malware . . . . . . . . . .115
Recommendations . . . . . . . . . . .116

Appendices . . . . . . . . . . . . .117

Appendix A: Threat Naming Conventions . . . . . .118

Appendix B: Data Sources . . . . . . . . . .120
Microsoft Products and Services . . . . . . . .120

Appendix C: Worldwide Bot Infection Rates . . . . . .122

Glossary . . . . . . . . . . . . . .125
Threat Families Referenced in This Report . . . . . . .131

# About This Report

## Scope

The *Microsoft® Security Intelligence Report (SIR)* focuses on malware data, software vulnerability disclosure data, vulnerability exploit data, and related trends, as observed through data provided by a number of different Microsoft security-related products, services, and technologies. The telemetry used to produce this report was generated by millions of computers in more than 200 countries and regions on every inhabited continent. The ninth volume of the *Security Intelligence Report* also includes a special section, "Battling Botnets for Control of Computers," that provides an in-depth look at the botnet phenomenon, the threat it poses to people and computers worldwide, and steps that IT administrators and computer users can take to fight back. Past reports and related resources are available for download at www.microsoft.com/sir. We hope that readers find the data, insights, and guidance provided in this report useful in helping them protect their networks and users.

## Reporting Period

In the current volume of the *Security Intelligence Report*, statistics about malware families and infections are reported on a quarterly basis, while other statistics continue to be reported on a half-yearly basis. In future volumes, Microsoft expects to report all statistics on a quarterly basis.

Throughout the report, half-yearly and quarterly time periods are referenced using the *n*Hyy or *n*Qyy formats, respectively, where *yy* indicates the calendar year and *n* indicates the half or quarter. For example, 1H10 represents the first half of 2010 (January 1 through June 30), whereas 2Q10 represents the second quarter of 2010 (April 1 through June 30). To avoid confusion, always pay attention to the reporting period or periods being referenced when considering the statistics in this report.

## Conventions

This report uses the Microsoft Malware Protection Center (MMPC) naming standard for families and variants of malware and potentially unwanted software. For information about this standard, see "Microsoft Malware Protection Center Naming Standard" on the MMPC website.

# Foreword

## Microsoft Malware Protection Center

Thanks for your interest in Volume 9 of the *Microsoft Security Intelligence Report (SIR v9)*. As you may have noticed, we've made some changes in *SIR v9* based on your feedback. We think these changes are pretty cool, and we hope they help you find information that's important to you. One of the changes is to focus within each new volume on a different issue; *SIR v9* focuses on botnet threats.

At the Microsoft Malware Protection Center (MMPC), one of our goals is to make the Internet a safer place for people to work and play. MMPC technologies now service more than 600 million unique computers around the world, and the amount of data we collect is mind-boggling. The MMPC sifts through this data daily to help minimize computing threats. *SIR v9* relies on this intelligence for its comprehensive analysis, and the knowledge that is gained goes right back into our security products and anti-malware technologies to produce improved protection services for the community.  Furthermore, malware data and samples then make their way to Microsoft partners as well as other industry players.

The first half of 2010 saw the world come together for the World Cup (and congratulations to Spain on their well-earned first-ever hoisting of the trophy). While the battle for the World Cup was

Continued on next page...

## Microsoft Trustworthy Computing Group

Welcome to Volume 9 of the *Microsoft Security Intelligence Report (SIR v9)*. Volume 9 covers the first half of 2010 (January 1 through June 30) and is based on data that we receive from more than 600 million computers around the world each month and from some of the most widely used services on the Internet.

We've been publishing this report for four years now and are always striving for ways to make it the best possible source of authoritative security data. Our global insight and analysis makes the *SIR* unique in our industry, and although the report has been well-received, you will notice some significant changes for Volume 9. In response to your feedback, we've made an effort to keep the size of the report more manageable and to produce analysis that can be made available in smaller, stand-alone sections.

My teams in the Microsoft Security Response Center (MSRC) and Microsoft Security Engineering Center (MSEC) work with product and service groups across Microsoft to help improve our customers' security experience. The data in *SIR v9* indicates our actions continue to have positive effect on the overall security of the computing ecosystem. The Microsoft share of the software vulnerabilities disclosed each six-month period since the introduction of the Security Development  Lifecycle

Continued on next page...

Microsoft | Security **Intelligence** Report

---

(*Microsoft Malware Protection Center* continued)

between teams on a field, my team battles criminals in cyberspace to detect malware and find better ways to protect computers from its effects. This battle is far from over, and will continue well past the next World Cup, but the important message is that the stakes for data and identity protection are much greater than any sports event or trophy.

*SIR v9* also introduces a new website that provides easy-to-use, searchable intelligence content. It also provides risk management information as well as information designed to help you understand how best to combat malware in general and, more specifically, botnets. On www.microsoft.com/sir you will find the following five categories of security intelligence information:

A comprehensive story that examines the topic of botnets from all angles.

A Reference Guide that provides guidance and an introduction to the many topic items covered in the *SIR*.

Key findings that consider the most relevant telemetry intelligence from Microsoft on malware.

Comprehensive risk management information to help you protect your people, software, and organization.

Regional telemetry intelligence that examines botnet threats in 15 regions/ countries around the world.

Continued on next page...

---

(*Microsoft Trustworthy Computing Group* continued)

(SDL) remains very low (only 6.5% of all vulnerabilities disclosed in the first half of 2010 were in Microsoft software); malicious software infection rates for more recent versions of the Windows operating system (and more recent service packs, where available) were significantly lower than previous versions (Windows 7 had the lowest client infection rate; Windows Server 2008 R2 had the lowest server infection rate).

Microsoft (in conjunction with partners from industry and academia) has also taken legal action this year to combat prominent botnets. I encourage you to read the Featured Intelligence story "Battling Botnets for Control of Computers" which contains a description of the actions taken by Microsoft Digital Crimes Unit to combat the Waledac botnet.

We are committed to sharing the results of our security investment with our industry partners and competitors to help create a more secure ecosystem for all. I encourage developers to visit www.microsoft.com/sdl to take advantage of the free SDL framework, tools, and guidance to help create secure applications. Developers can also subscribe to our Trustworthy Computing blogs to keep up to date on the latest vulnerability and exploit developments and other announcements from my team.

Continued on next page...

---

(*Microsoft Malware Protection Center* continued)

The future of the *SIR* depends on your feedback. We are always seeking ways to improve the report—your experience with it and any feedback you provide will help us tremendously. One such request, for instance, resulted in interpreting data over three-month periods (quarters) instead of six-month periods.

So, please take a few minutes to send us a note at sirfb@microsoft.com. We take all comments seriously, and we want to do all we can to ensure that our next report will help you better protect your computer resources and those of your organization.

*Vinny Gullotto*

**General Manager**
**Microsoft Malware Protection Center**
Microsoft Corporation

(*Microsoft Trustworthy Computing Group* continued)

Just want to reduce your risk profile and protect your PC? Then keep all of the software on your computers up to date (including third-party software); use the Microsoft Update service in preference to Windows Update; move to the latest version of software, if possible; and run an up-to-date antivirus and antispyware product from a trusted vendor.

We hope the changes we've made in *SIR v9* make it an invaluable resource for helping you make well-informed security decisions.

Do drop us a line if you have suggestions— join us at the new *SIR* website or email us at sirfb@microsoft.com.

*Matt Thomlinson*

**General Manager**
**Microsoft Product Security**
Microsoft Trustworthy Computing Group

# Battling Botnets for Control of Computers

# What Is a Botnet?

Since the early days of the public Internet, the word *bot* (from *robot*) has referred to automated software programs that perform tasks on a network with some degree of autonomy. Bots can perform many beneficial and even vital functions. For example, the web crawling software programs used by popular search engines to index webpages are a class of bots, and participants in the well-known SETI@HOME program (http://setiathome.berkeley.edu) voluntarily install bots on their computers that analyze radio telescope data for evidence of intelligent extraterrestrial life. Unfortunately, bots can also be developed for malicious purposes, such as assembling networks of compromised computers—*botnets*—that are controlled remotely and surreptitiously by one or more individuals, called *bot-herders*.

Computers in a botnet, called *nodes* or *zombies*, are often ordinary computers sitting on desktops in homes and offices around the world. Typically, computers become nodes in a botnet when attackers illicitly install malware that secretly connects the computers to the botnet and they perform tasks such as sending spam, hosting or distributing malware or other illegal files, or attacking other computers. Attackers usually install bots by exploiting vulnerabilities in software or by using social engineering tactics to trick users into installing the malware. Users are often unaware that their computers are being used for malicious purposes.

**FIGURE 1.** Example of a typical botnet in action



11

In many ways, a botnet is the perfect base of operations for computer criminals. Bots are designed to operate in the background, often without any visible evidence of their existence. Victims who detect suspicious activity on their computers are likely to take steps to find and fix the problem, perhaps by running an on-demand malware scan or by updating the signature files for their existing real-time malware protection. Depending on the nature of the bot, the attacker may have almost as much control over the victim's computer as the victim has, or perhaps more.

By keeping a low profile, bots are sometimes able to remain active and operational for years. The growth of always-on Internet services such as residential broadband has aided bot-herders by ensuring that a large percentage of the computers in the botnet are accessible at any given time. Botnets are also attractive to criminals because they provide an effective mechanism for covering the tracks of the botnet herder—tracing the origin of an attack leads back to the hijacked computer of an innocent user, which makes it difficult for investigators to proceed further.

In practice, many threats include limited command and control capabilities that are tailored to specific tasks, like downloading files, but do not provide the attacker with the kind of full-featured control that bots typically do. Malware authors also often add command and control capabilities to existing families as they develop them, so it is possible for malware families to evolve into botnets over time as new variants are released. For the purposes of this analysis, the *Security Intelligence Report* defines botnet as a network of computers that can be illicitly and secretly controlled at will by an attacker and commanded to take a variety of actions. Under this definition, a trojan downloader that is only designed to download arbitrary files and cannot otherwise be controlled by the attacker would not be considered a bot.

## History

Many prevalent botnet families today have their roots in innocuous and beneficial utilities that were developed to manage Internet Relay Chat (IRC) networks. IRC is a real-time Internet chat protocol, designed for group (many-to-many) communication. IRC was designed to provide Internet users around the world with a casual way of communicating with each other in text-based discussion forums called *channels*.[1] A typical IRC network is comprised of a number of servers in various locations that connect users so that they can chat. Channels are administered by channel operators, who can take actions such as muting or ejecting unruly users. To extend the functionality of IRC, some channel operators used automated scripts—the original IRC bots—to perform functions such as logging channel statistics, running games, and coordinating file transfers.

As the popularity of IRC communities grew and the number of servers increased, so did the number of conflicts between users, which led to battles over the control of popular channels. IRC is structured so that when all of the designated channel operators disconnect from a channel, another member of the channel is automatically assigned as the new operator. In an effort to gain control of a channel, some malicious users created scripts

[1] (Oikarnen n.d.)

that could perform denial-of-service (DoS) and distributed denial-of-service (DDoS) attacks against IRC servers. By targeting the server used by a specific channel operator, these scripts could force the operator offline so that the attacker or someone else could gain operator status. Eventually, these same bots were used to target individual users.[2]

One of the earliest malware families to make use of IRC as a means of *command and control* (C&C) was a mass-mailing worm called Win32/PrettyPark, which appeared in 1999. After the PrettyPark bot infects a victim's computer, it secretly connects to a remote IRC server using its built-in client program and waits for instructions. An attacker serving as channel operator can command the bots to collect basic information about victims' computers, such as the operating system version and computer name, and user information such as sign-in names, email addresses, nicknames, and dial-up user names and passwords. This technology was enhanced over the next few years, and a number of more sophisticated bots, such as Win32/AgoBot and Win32/Sdbot, emerged, which extended the basic functionality of the technology and added other attack methods. Much of the IRC-based C&C functionality of the PrettyPark worm is still seen in the current generation of IRC-based bots operating today.

## Botnets Today

The botnet world is divided between bot families that are closely controlled by individual groups of attackers and bot families that are produced by *malware kits*. These kits are collections of tools, sold and shared within the malware underground, that enable aspiring bot-herders to assemble their own botnet by creating and spreading customized malware variants. Several malware kits are freely available for downloading and sharing; some have been published as open source code, which enables malware developers to create modified versions of the kits.[3] Other kits are developed by individual groups and sold like legitimate commercial software products, sometimes even including support agreements. For example, variants in the Win32/Zbot family are built from a commercial malware kit called Zeus; Win32/Pushbot bots are built from a kit called Reptile. The existence of botnet malware kits is one of the reasons why it is difficult for security researchers to estimate the number and size of botnets currently in operation.  Detections of malware samples from a family like Zbot, for example, do not necessarily represent a single large botnet controlled by one individual or group, but instead may indicate an unknown number of unrelated botnets controlled by different people, some of which might encompass just a handful of controlled computers.[4]

Bot operators use several tactics to attack organizations, companies, and individuals in an effort to achieve their goals. Botnets typically exhibit a variety of behaviors based on the purpose of the attacks and the tools used to establish them. Being aware of and understanding the different attacking mechanisms can help IT and security professionals gain a deeper understanding of the nature of the botnet, the purpose behind it, and sometimes even the origin of the attack.

[2]  (Canavan 2005, 5–6)
[3]  (Bächer, et al. 2008)
[4]  (Ollmann 2009, 3)

Bots, like other kinds of malware, can be spread in a number of different ways. Three common ways that computers are successfully compromised involve the following tactics:

◆ Exploiting weak or non-existent security policies

◆ Exploiting security vulnerabilities

◆ Using social engineering tactics to manipulate people into installing malware

Some bots are designed to spread using these techniques directly, as worms; security researchers analyze the behavior of these self-replicating bots to learn more about how they spread. Other bots don't spread themselves directly and are delivered by other malware families as payloads.

Many attackers and types of malware attempt to exploit weak or non-existent security policies. The most common examples of such exploits are attackers taking advantage of weak passwords and/or unprotected file shares. A threat that gains control of a user's account credentials could perform all of the actions the user is allowed to perform, which could include accessing or modifying resources as a local or domain administrator.

Other types of malware attempt to exploit security vulnerabilities to gain unauthorized access to computer systems. This type of attack is more successful on older operating systems than on newer systems that are designed with security as a core requirement. An analysis of infections reported by the Microsoft Malicious Software Removal Tool (MSRT) during the second quarter of 2010 (2Q10) reveals that infection rates for computers around the world are significantly lower on newer versions of the Windows® operating system than on older versions. (See Figure 13 on page 37 for more information.)

Although these kinds of attacks remain a significant part of the threat landscape, improvements in software development practices and the increased availability and awareness of automatic software update mechanisms have greatly limited the kinds of technical exploit opportunities that are available to attackers. Instead, most attackers today rely heavily on *social engineering* techniques to mislead victims into unwittingly or even knowingly giving them information and access that would be much harder to take by force. Although media attention on social engineering attacks, such as phishing, have raised public awareness of this type of threat in recent years, attackers continue to find success with a variety of techniques for manipulating people. (See "Social Engineering as a Weapon" on page 15 of *Microsoft Security Intelligence Report, Volume 6 [July through December 2008]* for more information.)

January through June 2010

## IRC Botnets

The IRC protocol is used by many applications to support simple text-based chatting environments. Because the earliest bots were derived from benign IRC bots (and probably also because IRC has many legitimate uses), this protocol is still the most common C&C mechanism used by bots. As shown in the following figure, IRC-based families account for the largest share of the botnet-infected computers cleaned by Microsoft desktop anti-malware products in 2Q10, 38.2 percent.

**FIGURE 2.** C&C mechanisms used by botnet families in 2Q10, by number of unique computers reporting detections



Upon infection, the IRC clients built into the bot connect to a specified IRC server and channel like a typical chat client, and wait for instructions from the operator in the form of specially formatted text messages. Some of the more sophisticated bot operations have also encoded or encrypted bot commands in the channel topic, which is displayed to each client as it enters the channel. These commands can be complex enough to partition large botnets and give each subset its own task, which can be done based on country, network location, bot uptime, available bandwidth, and other variables. (See "How Botnets Work," beginning on page 21, for more information and examples.)

## HTTP Botnets

The use of HTTP as a botnet C&C mechanism has increased in recent years as malware authors have moved beyond the first generation of malicious bots, although HTTP bots are still responsible for fewer infections than IRC bots. HTTP has the advantage of being the primary protocol for web browsing, which means that botnet traffic may be more difficult to detect and block. HTTP may be used to facilitate control either by having

Microsoft | Security **Intelligence** Report

the bot sign in to a site that the bot controller operates or by having the bot connect to a website on which the bot controller has placed information that the bot knows how to interpret as commands. This latter technique has an advantage in that the controller doesn't need to have an affiliation with the website. Some botnets even use blogs or social networking accounts for C&C, such as Win32/Svelta, a family discovered in 2009 that receives instructions from specially coded entries the attacker posts on the Twitter social networking service.

The HTTP protocol is also commonly used by bots to download updates and other malware, regardless of which C&C mechanism the bots use. Many bots include their own HTTP servers for hosting phishing websites or illegal content, such as child pornography, or to provide an HTTP proxy that enables bot-herders to hide the location of their main (and usually illegal) websites.

### Other Protocols

Modern botnets sometimes use other protocols and ports for command and control. These less common mechanisms may be implemented as a way to avoid detection by intrusion detection systems (IDS) and intrusion prevention systems (IPS).[5] In many scenarios these "custom protocols" simply involve transmitting binary or text data over a TCP or UDP port of the attacker's choosing, which is sometimes a port assigned to a different protocol or service.

### P2P Command and Control

Historically, most large botnets have relied on a centralized control mechanism. In such scenarios, bots contact a preconfigured IRC channel or URL to receive commands directly from the bot-herder. Recently, a number of prevalent botnet families have adopted *peer-to-peer* (P2P) control mechanisms in an effort to evade scrutiny and resist shutdown. Although bot creators attempted to use P2P networking as a C&C mechanism for bots as far back as 2003, it has become more popular in recent years. Some botnet families use mechanisms derived from open source P2P implementations such as Kademlia. Others, including Win32/Waledac, use their own custom P2P implementations. (See "Win32/Waledac and the Law: Fighting Botnets in Court" on page 45 for more information about actions Microsoft has taken to bring the perpetrators of the Waledac botnet to justice.)

In a conventional botnet, the C&C server acts as a single point of failure; if it is taken offline or communications are disrupted, the entire botnet becomes inoperative. Some botnet families include redundancy features such as backup C&C servers, use of dynamic DNS services, and the ability for the bot-herder to redirect bots to a different server on demand, but the centralized control mechanism still introduces a measure of fragility to the system. Passing commands through intermediate peers in a P2P network makes it more difficult for analysts to identify bot controllers and determine the size of a network. This technique also makes the botnet more robust, in that any number of bots might be lost (in theory, at least) without fatally disrupting the botnet.

[5] (Nazario and Linden, Botnet Tracking: Techniques and Tools 2006)

## How Botnets Are Used

Getting a botnet up and running is only the first step. A botnet can be used as a platform for a variety of criminal activities, depending on how the bot-herder chooses to configure the individual nodes. In addition to identity theft, botnets have many uses, some of which are described in the following subsections.

### Spamming

Most of the spam that is sent today originates from botnets, which use several different techniques to get their unwanted messages past recipients' mail filters. In addition to renting out their botnets to spammers, bot-herders also use the botnets' spamming functionality themselves, sending out disguised copies of the bot malware (or hyperlinks to hosted copies of it) in an effort to increase the size of the network.

To understand how bots have come to play a central role for spam and phishing schemes, consider the typical life cycle of a spam or phishing attack. Attackers must first find a list of email addresses to target, and then they must craft their messages in a way that is likely to bypass email spam filters. They usually also host a landing page on which the product or service that is advertised in the message can be purchased. Bots can assist the attackers in all of these phases.

Attackers have traditionally found new potential victims by crawling the web or buying lists from other spammers. However, the email addresses obtained in this way are often of low quality—they might be old and no longer used, or the lists they buy might include trap accounts that notify the administrators of the receiving email system upon receiving a spam message so that the originating IP address can be quickly blocked.

Bots can be used to harvest high quality email addresses. For example, the HTTP botnet family Win32/Waledac searches through many different kinds of files on fixed and remote drives on compromised computers looking for addresses. In addition to sending spam to the harvested addresses directly, Waledac also transmits the addresses to a list of remote websites, presumably for the attacker to retrieve. The market for lists of email addresses is well-established, and bot owners can easily turn the lists they harvest this way into profit by selling them to spam and phishing attackers. Addresses that include demographic information, such as name and address, or targeting information, such as the name of the bank the person uses, command a premium. Bots can steal very specific information from computers, which makes them especially useful for *spear phishing*, a type of phishing attack that targets the employees or customers of a particular institution.

*Spambots*, as bots that send spam are sometimes called, also give attackers access to tens of thousands of computers or more that can be used to originate spam. Typically, a prospective spammer contacts a bot-herder to rent the services of a botnet. Several modern botnet families are designed to be partitioned into segments that can be controlled separately. Partitioning allows the bot owner to control how much capacity to rent at a time, prevents valuable parts of the botnet from being used without their permission, and segments the market by collecting higher-quality bots (newly compromised, high-bandwidth, rarely rebooted) together and renting them for a premium.

Microsoft | Security **Intelligence** Report

After the spammer and bot controller negotiate the product and price, the bot controller instructs each of the selected bots to start a proxy server and typically provides the spammer with access to a webpage that lists the IP addresses of the selected bots and the ports on which they are running their proxy servers. These bots go online and offline as the compromised computers' real owners reboot them; IP addresses might change, and the ports on which the proxy servers run might change over time. Every time there is a change, the bot notifies its C&C server, which automatically updates the list of IP addresses the spammer can use.

### Phishing

*Phishing* is a method of credential theft that tricks Internet users into revealing personal or financial information online. Attackers send messages purporting to be from a trusted institution, such as a bank, auction site, online game, or other popular website. These phishing messages—which are often generated and sent by bots, like spam—direct victims to webpages run by the attackers, where they are instructed to submit private information such as login credentials or credit card details. Some malware families, such as Win32/Pushbot, have also been observed to redirect URLs for banking websites in the victim's browser directly.

### Stealing Confidential Data

Many bots can be commanded to search a computer's hard disks for personal information, including computer authentication credentials, bank account numbers and passwords, product keys for popular computer games and other software products, and other sensitive data. Some of the earliest malicious bots included the ability to transmit product keys back to the attacker, and such features are common in kit-based bots such as Win32/Rbot and Win32/Zbot.

### Perpetrating Distributed Denial-of-Service (DDoS) Attacks

One of the oldest attacker uses of botnets is as a mechanism for launching distributed denial-of-service (DDoS) attacks, as discussed earlier. A denial-of-service (DoS) attack is an attempt to make a computer resource, such as network connectivity and services, unavailable to its intended users. Typically, such attacks flood the resource with network traffic, which saturates its bandwidth and renders it unavailable to perform legitimate services. A DDoS attack involves multiple computers—such as those in a botnet—attacking a target at the same time, making it harder to defend against than an attack from a single computer. Several common bots, including Win32/Hamweq, Win32/Pushbot, and Win32/Waledac, have been observed participating in DDoS attacks.

Bot-herders usually target high-profile websites or companies, but any service available on the Internet can be a victim, including corporate, government, education, and private computer systems. However, as with most malware in the modern era, the motive is usually financial—attackers use the threat of a DDoS attack to extort money from the target. There have been numerous reports of DDoS attacks against public commercial websites

and even Internet infrastructure components such as DNS root servers. The potential impact of DDoS can be very significant. As botnets grow larger, their ability to launch DDoS attacks grows more powerful, with one recent attack involving sustained traffic in excess of 7.3 Gbps over a 10-Gbps link.

## Installing Malware and Potentially Unwanted Software

Bot-herders often use their botnets to download additional malware to victims' computers to reap additional profits. Early botnets often focused on installing adware, spyware, and other potentially unwanted software in an effort to earn quick profits. In a typical incident in 2005, a bot-herder in California used the bot family Win32/Rbot to install adware on more than 20,000 computers as part of a pay-per-click advertising scheme that brought in more than U.S. $50,000, according to the U.S. Department of Justice.[6]

Malware installed by botnets often works silently to avoid tipping off the victim that the computer is infected, but not always. Some botnets, including Win32/Waledac, have been observed to download *rogue security software*—programs that masquerade as legitimate anti-malware products, displaying false alerts about nonexistent infections on the victim's computer and offering to remove them if the victim pays for the "full version." Botnets have also been observed downloading packet sniffers and additional downloaders. Some botnets are even instructed to download and install other bots. Variants of Win32/Hamweq have been observed to download Win32/Rimecud, a botnet family with more sophisticated backdoor features.

**FIGURE 3.** Win32/FakeSpypro, a rogue security software family downloaded by Win32/Waledac



---

[6]  (United States of America v. Jeanson James Ancheta 2005)

Microsoft | Security **Intelligence** Report

### Distributing Malware

Botnets often play important roles in malware distribution schemes. In a typical scenario, an attacker uses bots to send spam messages that contain links to malware, which itself is often hosted by the botnet. The messages use social engineering techniques to convince recipients to click the links, such as disguising the message as a news digest with provocative-sounding fake headlines or as a message from a friend purporting to offer a link to an embarrassing photo of the recipient. The malware is either offered for download directly, as a disguised executable file, or is hosted on a webpage that includes exploits that are designed to use specific browser vulnerabilities to secretly install malware on visitors' computers (a tactic sometimes called *drive-by downloading*). (See "Analysis of Drive-By Download Pages" in the Reference Guide section of the *Security Intelligence Report* website for more information.)

FIGURE 4. One example of a drive-by download attack



Occasionally an attacker sends malware directly to recipients as a file attachment, although most popular email programs and services block users from downloading actual or suspected malicious files. (See "Email Threats" in the Reference Guide section of the *Security Intelligence Report* website for more information.)

## Click Fraud

Much advertising on the Internet operates on a "pay-per-click" model, in which the operator of a website that contains advertisements receives a fee from the advertiser every time a visitor clicks on the ad. Criminals sometimes use botnets to generate fraudulent "clicks" on pay-per-click advertisements. For example, a bot-herder may set up a website with advertisements and negotiate an arrangement with a web host that pays the bot herder for clicks on their ads. The bot-herder then writes bot code that automates the click-throughs so that the bots in the botnet, which can number in the thousands, instantly click on the ads on that website. The pay-per-click marketer, honoring the advertisement agreement, pays for these illegitimate clicks without gaining the sales or leads that were hoped for.[7] This process can be further enhanced if the bot hijacks the start page of a compromised computer so that the click-throughs are executed each time the owner of the compromised computer opens their browser, victimizing both the owner of the compromised system and the web host.[8]

## How Botnets Work

Most botnets are similar in the details of their operation, whether they are created specifically for the benefit of one criminal organization or built from a kit by a single attacker or small group. The details given in this section apply most directly to "traditional" IRC-controlled botnets built from kits, but much of this information is also relevant to other kinds of botnets.

### Botnet Creation

The first step for the prospective botnet operator is acquiring the necessary software. Professional criminal organizations with the resources to build the largest botnets may create or commission their own proprietary software, but most prospective bot-herders are likely to seek out software and services from an online black market forum (for more information, see "Botnet Commerce" on page 26). This approach doesn't require a great deal of technical sophistication, and in fact some researchers have observed the programming skills of low-level bot-herders to be quite limited.[9] With the tools and assistance available on the black market, however, prospective bot-herders have access to all the information they need to create, maintain, and profit from a botnet.

Unless the botnet software uses a P2P control mechanism, which is still relatively rare, bot-herders must also find a home for the C&C server. A bot-herder who has access to a compromised computer in advance may install the IRC server software on it for C&C use. Alternatively, the bot-herder might open an account with a "bulletproof" provider that is resistant to efforts to disconnect lawbreakers. Other choices include establishing secret channels on public IRC servers (inexpensive, but risky) or setting up servers on their own computers (which gives them the most control, but can be expensive and also risks termination by their upstream providers).

[7]  (United States of America v. Jeanson James Ancheta 2005)

[8]  (Bächer, et al. 2008)

[9]  (Ibid)

Most bot-herders choose to register domain names for hosting their C&C servers. Although it is technically possible to control a botnet without a domain name by configuring its bots to connect directly to the IP address of the server, this approach has significant disadvantages. If bot-herders find it necessary to quickly move a server to a different provider to avoid detection or in response to a termination of services, they might not have time to reconfigure the bots to connect to a new IP address and will lose control of them entirely. Bot-herders might choose to register domain names directly with one of the many registrars around the world or open accounts with a *dynamic DNS* service, which provides stable host names for resources that change IP addresses frequently. Using a domain name incurs a risk that the domain's DNS provider might terminate service to the server, which is one reason P2P mechanisms have become more popular recently.

The server software for some bots can be quite complex, offering functionality such as geographic segmentation and task maintenance, although most kit-based bot servers are relatively simple and can be controlled through an ordinary IRC client or web browser. Bot-herders often use the same IRC server packages as legitimate IRC operators, with open source programs like UnrealIRCd being among the most popular. IRC server software is often minimized and modified by the botnet owner or the kit developer. Common modifications include removing JOIN, PART, and QUIT messages on channels to avoid unnecessary traffic. In addition, the functionality provided by the WHOIS (information about specific users), WHO (host details about specific users), LUSERS (information about number of connected clients), and RPL_ISUPPORT (information about the features the server supports) commands is removed to hide the identity of the bots that join the channel and to conceal the size of the botnet from unauthorized people who connect to the IRC server.

In an effort to block unauthorized people such as security researchers and rival bot-herders from entering the channel and seizing control of the bots, botnet owners typically secure the channel using standard IRC commands such as the following:

- ◆ `/mode #channel +k [password]`. This command password-protects the channel. The bot client must be configured to supply the correct password when attempting to access the channel. (Some herders choose to password-protect the whole server as well.)

- ◆ `/mode #channel +q`. This command marks the channel as quiet. System messages such as JOINs, PARTs, and nickname ("nick") changes are not broadcast, which makes it appear to each client as if that client is the only one on the channel.

- ◆ `/mode #channel +s`. This command marks the channel as secret, so it will not appear in channel listings. Users who are outside the channel will not be able to discover the names of the channel participants.

- ◆ `/mode #channel +t`. This command locks the channel topic so only channel operators can change it. Channel topics are often used to send commands to bots as they enter the channel.

◆ `/mode #channel +u`. This command puts the channel into auditorium mode, in which channel operators are the only participants who can see the names of all of the clients connected to the channel. Along with +q, this mode makes it difficult for investigators and others to measure the size of the botnet.

After the server and channel are set up, bot-herders can build and distribute the bots. Technically sophisticated bot-herders might choose to code their bots themselves; others build bots using malware creation kits or simply hire someone to do it for them on the black market. For IRC botnets, bot-herders configure the bots with the name or IP address of the server to connect to, the channel name, and any passwords they will need to connect.

## Controlling the Botnet

After a bot infects a computer, it attempts to contact its C&C server for instructions. A typical communication that can be observed after a successful infection might look like the following excerpt:

```
<- :irc.XXX.XXX NOTICE AUTH :*** Looking up your hostname...

<- :irc.XXX.XXX NOTICE AUTH :*** Found your hostname

-> PASS s3rv3rp455

-> NICK [d1f]-511202

-> USER hlxahl 0 0 :hlxahl

<- :irc.XXX.XXX NOTICE [d1f]-511202 :*** If you are having prob-
lems connecting due to ping timeouts, please type /quote pong
SF125722 or /raw pong SF125722 now.

<- PING :SF125722

-> PONG :SF125722

<- :irc.XXX.XXX 001 [d1f]-511202 :Welcome to the irc.XXX.XXX IRC
Network [d1f]-511202!hlxahl@heh

<- :irc.XXX.XXX 002 [d1f]-511202 :Your host is irc.XXX.XXX, run-
ning version Unreal3.2.7

<- :irc.XXX.XXX 003 [d1f]-511202 :This server was created Mon Sep
10 2007 at 20:30:33 PDT

<- :irc.XXX.XXX 004 [d1f]-511202 irc.XXX.XXX Unreal3.2.7 iowghraA-
sORTVSxNCWqBzvdHtGp lvhopsmntikrRcaqOALQbSeIKVfMCuzNTGj
```

After connecting, the bot tries to join the operator's channel as configured:

```
-> JOIN #[d1f] channelpassword

-> MODE [d1f]-511202 +iwx
```

If the topic does not contain any instructions for the bot it remains idle in the channel, awaiting commands.

To control the bots, bot-herders enter the channel like ordinary IRC users and issue specially formatted commands. With some commands, such as commands to collect and report information about the victim's computer, the bots report their results as chat messages within the IRC channel or save them locally as files that the herder can retrieve later. Depending on the capabilities of the bot malware, bot-herders can execute a wide range of actions, as described in "How Botnets Are Used" on page 17. A brief selection of typical botnet commands, in this case from the Win32/Rbot family, provides an idea of the kinds of operations a herder can execute:

◆ **.capture**. Generates and saves an image or video file. Depending on the parameters used, this file could be a screen shot of the victim's desktop or a still image or video from the victim's webcam. The operator can recover the saved picture using the **.get** command.

◆ **.ddos.syn**, **.ddos.ack**, **.ddos.random**. Launches a DDoS attack on a specified IP address for a specified length of time.

◆ **.download**. Downloads a file from a specified URL to the victim's computer and optionally executes it.

◆ **.findfile**. Searches for files on the victim's computer by name and returns the paths of any files found.

◆ **.getcdkeys**. Returns product keys for software installed on the victim's computer.

◆ **.keylog**. Logs the victim's keystrokes and saves them to a file.

◆ **.login**, **.logout**. Authenticates the bot-herder with the bots. Before issuing commands to any bots in the channel, the bot-herder must use the **.login** command with a password that is specified in the bots' configuration data so the bots will recognize the bot-herder as an authorized controller.

◆ **.open**. Opens a program, an image, or a URL in a web browser.

◆ **.procs**. Lists the processes running on the victim's computer. Other commands can then be used to kill processes by name or ID.

## Spreading Bots

Some bots include worm functionality for spreading themselves through exploits, a mechanism that early malicious botnets used widely. Today, however, vulnerabilities that are conducive to worm activities are rare and herders rely heavily on social engineering to distribute malware to victims. One leading method involves distributing infected files on P2P networks, purportedly as pirated copies of software or films. Another way is through drive-by downloads in which the attacker hosts a webpage (or compromises a legitimate one) with malicious code that downloads the bot malware to vulnerable computers that visit.

After the botnet is up and running, it can be used to attack and infect additional computers. Bot-herders can designate a few nodes as malware servers, using various techniques to disguise their locations and to provide protection in case one or more of them are discovered and shut down. Other nodes can be used to send spam with links to exploit-laden pages on the malware servers, using various forms of social engineering to lure recipients to click the link in the message. Committed bot-herders can use these techniques to build networks of thousands of compromised computers over time.

## Defending the Botnet

Bot creators use many techniques to prevent bots from being detected or removed. Many bots contain rootkit components, which are designed to be hard to remove. Bots that enter a computer by exploiting a vulnerability also sometimes "fix" the vulnerability after infection to prevent other malware from exploiting the same vulnerability and interfering with the bot.

Many bot creators package their software using *packers*, software utilities that compress and obfuscate binary code. Packers are designed to make software more difficult to reverse-engineer so that malicious programmers, or *crackers*, cannot make unauthorized modifications to it. Malware authors often use packers both to protect their own code and to evade detection by anti-malware software. Bots are often packaged using many of the same packers used by legitimate software publishers, such as the open source program UPX and commercial utilities such as Silicon Realms' Armadillo and Oreans Technologies' Themida.

Scripting languages used to author many common bots are modular enough to support various encoding and obfuscation techniques to hide the original source from other malware authors and the anti-malware industry. There are many documented techniques, ranging from simple string manipulation functions to uuencode or MIME encoding techniques.

Bot creators sometimes use *polymorphism* in an effort to make it more difficult for antivirus software to identify and remove bots. Polymorphism results in malware files that are functionally identical but differ from one another in file size, content, or other respects. There are two general types of polymorphism that malware creators use:

◆ **Server-side polymorphism**, in which a server is configured to serve a slightly different version of a file every time it is accessed, possibly by changing the file name of a component to a new random value, or by encrypting or compressing it in a slightly different way.

◆ **Malware polymorphism**, in which the malware itself is designed to change slightly every time it replicates.

Before distributing a new bot or variant, a bot-herder may have it scanned by popular anti-malware products and services to see if any of them successfully detect it as malware. A number of free online services allow users to upload files to be scanned by multiple anti-malware engines. Legitimate services of this nature share the malware samples they receive with security software vendors to help them improve their detection signatures, so a malware author who uses one of these services to test a new family or variant is likely to guarantee a limited active lifespan for it, even if it initially goes undetected. Malware authors can also use private online testing services that do not share samples with vendors, which can prolong the amount of time a variant remains active before being detected by major anti-malware products.

## Botnet Commerce

Attackers have developed a number of different ways to make money with botnets, as described in "How Botnets Are Used," beginning on page 17. Bot-herders might choose to attempt these activities individually, or they might return to a black market forum and advertise the services of the new network. These black market forums are online communities that bring sellers of malware and services together with interested buyers. These communities have their roots in the virus exchange (VX) forums that operated in the late 1990s and early 2000s, when the malware scene was dominated by amateur hobbyists who created and distributed malware as a means of raising their status in such communities. The hobbyists were eventually displaced by professional criminals, and today malware on the Internet is almost entirely a profit-oriented enterprise.[10]

Black market sites often offer a comprehensive selection of products and services related to botnets and other malware. Sellers may offer malware kits that enable prospective bot-herders to build their own botnets. Existing botnet owners may rent their networks to spammers and attackers, or sell collections of bots to new owners. Other sellers offer lists of vulnerable IP addresses, "bulletproof" hosting for C&C servers that are supposedly less likely to be taken down by law enforcement and upstream providers, utilities such as packers and encryptors that they claim render malware undetectable by current antivirus signatures, and more. Building a botnet typically involves several different components—the bot itself, the server component, other malware such as downloaders and rootkits to use as payloads, and so on—so black market sites greatly simplify the process of assembling the necessary tools. New sellers with no established reputation might offer potential buyers a free trial in the form of access to the botnet for a very short time, typically less than an hour. As with many mainstream businesses, a few successful transactions give a seller a good reputation in the community, which in turn leads more buyers to bot-herders' virtual doors.

---

[10] (Fogie 2006)

FIGURE 5. Criminals sell botnet software and services in online black markets.




Black markets often feature many of the trappings of legitimate e-commerce, such as "verified sellers" whom the site operators assert are trustworthy, and even round-the-clock technical support for purchasers. Perhaps owing to the nature of the commerce involved, such marketplaces tend to be rife with swindlers, and buyers frequently complain about "rippers" who took their money but didn't deliver the products or services ordered.

Some of the goods on sale in these markets, especially up-to-date malware creation kits, can be expensive. However, the rates bot-herders and malware authors can charge for access to their wares are usually quite low, at least for renters in wealthy, developed nations. Adam Sweaney, a U.S.-based bot-herder who pled guilty in September 2007 in U.S. District Court to a one-count felony violation for conspiracy, fraud, and related activity in connection with computers, was caught after he offered an undercover federal investigator access to more than 6,000 compromised computers for just U.S.$200 per week.[11]

Black markets are frequently associated with online communities of bot-herders and malware authors, who come together to share techniques and stories, like many groups of people with shared interests. Such forums are often fairly friendly to novices, with experienced malware authors writing tutorials and answering questions posed by newcomers. Such support networks make it relatively easy and convenient for a novice bot controller to get started, although gaining real competence probably still takes a while.[12] This might change if vulnerable computers become more of a scarce resource or if the marginal reward for a new bot increases significantly for some reason, thus increasing the competition for resources.

[11] (United States of America v. Adam Sweaney 2007)

[12] (Nazario and Linden, Botnet Tracking: Techniques and Tools 2006)

# The Scope of the Problem: Botnet Data and Metrics

It is difficult to measure with any certainty the numbers of bots and botnets in existence, and estimates from botnet researchers can vary by an order of magnitude or more. Counting the number of bot-infected computers found and cleaned by antivirus software can sometimes yield figures that are very different from estimates produced by researchers who concentrate on the effects of botnets, such as the amounts and origins of spam and the number of known active C&C servers. There is no widespread agreement about which methods are best for estimating the size of botnets. The information presented in this section is intended as a straightforward presentation of telemetry data produced by Microsoft tools and services and should not be taken as making or supporting any particular estimates of botnet size and scope.

For information and guidance about defending computers and networks against botnet infection, see the Managing Risk section of the *Security Intelligence Report* website.

## Most Active Botnet Families in 2Q10

Microsoft anti-malware products and utilities include detection signatures for many individual bot families, and the number continues to grow as malware creators pursue efforts to evade detection and create more effective botnets.

Microsoft desktop anti-malware products removed bots from 6.5 million computers around the world in 2Q10. Figure 6 shows the top 25 bot families.

**FIGURE 6.** Top 25 bot families detected by Microsoft desktop anti-malware products worldwide, 1Q10–2Q10, by number of computers cleaned

| Rank | Family | Primary Control Mechanism | Computers Cleaned (1Q10) | Computers Cleaned (2Q10) | Change |
|------|--------|---------------------------|--------------------------|--------------------------|--------|
| 1 | Win32/Rimecud | Other | 1,807,773 | 1,748,260 | -3.3% ▼ |
| 2 | Win32/Alureon | HTTP | 1,463,885 | 1,035,079 | -29.3% ▼ |
| 3 | Win32/Hamweq | IRC | 1,117,380 | 779,731 | -30.2% ▼ |
| 4 | Win32/Pushbot | IRC | 474,761 | 589,248 | 24.1% ▲ |
| 5 | Win32/IRCbot | IRC | 597,654 | 388,749 | -35.0% ▼ |
| 6 | Win32/Koobface | HTTP | 222,041 | 383,633 | 72.8% ▲ |
| 7 | Win32/FlyAgent | IRC | 221,613 | 293,432 | 32.4% ▲ |
| 8 | Win32/Virut | IRC | 227,272 | 284,519 | 25.2% ▲ |
| 9 | AutoIt/Renocide | IRC | 167,041 | 178,816 | 7.0% ▲ |
| 10 | Win32/Hupigon | Other | 178,706 | 177,280 | -0.8% ▼ |
| 11 | Win32/Sdbot | IRC | 125,466 | 146,922 | 17.1% ▲ |
| 12 | Win32/Nuwar | P2P | 8,098 | 133,951 | 1554.1% ▲ |
| 13 | Win32/Bubnix | HTTP | 91,144 | 132,771 | 45.7% ▲ |
| 14 | Win32/Zbot | HTTP | 107,363 | 131,078 | 22.1% ▲ |
| 15 | Win32/Ursap | IRC | 121,239 | 121,302 | 0.1% ▲ |
| 16 | Win32/Rbot | IRC | 145,107 | 110,316 | -24.0% ▼ |
| 17 | Win32/Pasur | Other | 95,040 | 91,612 | -3.6% ▼ |
| 18 | Win32/Rustock | HTTP | 82,712 | 52,312 | -36.8% ▼ |
| 19 | Win32/Slenfbot | IRC | 56,898 | 51,228 | -10.0% ▼ |
| 20 | Win32/Bagle | Other | 48,326 | 34,240 | -29.1% ▼ |
| 21 | Win32/Tofsee | HTTP | 29,367 | 32,031 | 9.1% ▲ |
| 22 | Win32/Bifrose | Other | 28,966 | 30,466 | 5.2% ▲ |
| 23 | Win32/Waledac | P2P | 83,580 | 29,816 | -64.3% ▼ |
| 24 | Win32/Prorat | Other | 26,913 | 25,726 | -4.4% ▼ |
| 25 | Win32/Trenk | Other | 24,093 | 21,749 | -9.7% ▼ |

Microsoft | Security **Intelligence** Report

FIGURE 7. Top 10 bot families detected by Microsoft desktop anti-malware products worldwide in 2Q10, by quarter since 1Q09



## Win32/Rimecud

**Win32/Rimecud** was the most commonly detected bot family in 2Q10, with 68.9 percent more detections than the next most common family. Detections for Rimecud were added to the MSRT in January 2010.

Rimecud is a "kit" family: different people working independently use a malware creation kit to create their own Rimecud botnets. (See "Botnets Today" on page 13 for more information about malware creation kits.) Rimecud is the primary malware family behind the so-called Mariposa botnet, which infected millions of computers around the world in 2009 and 2010. In July 2010, the Slovenian Criminal Police arrested a 23-year-old Slovenian citizen suspected of writing the malware code, following the February 2010 arrests of three suspected Mariposa botnet operators by the Spanish Guardia Civil.[13]

Rimecud is a backdoor worm that spreads via fixed and removable drives and by sending malicious hyperlinks to a victim's contacts via several popular instant messaging programs. Rimecud can be commanded to take a number of typical botnet actions, including spreading itself via removable drives, downloading and executing additional malware, and stealing passwords.

---

[13] (Federal Bureau of Investigation 2010)

Rimecud is somewhat unusual in that it uses its own UDP-based protocol and dynamically configurable port for command and control functions, rather than a standard IRC- or HTTP-based mechanism like most bots.

Win32/Rimecud uses a variety of obfuscators to hinder detection. These obfuscators typically use virtual environment detection and anti-emulation tricks to make the malware harder to detect.

As bots often install other malware as payloads, or are installed by other malware as payloads themselves, it is not uncommon for anti-malware utilities to detect multiple malware families on a single infected computer. Figure 8 lists the other threats that were most often detected on computers infected with Win32/Rimecud in 2Q10. For example, 36.9 percent of the computers that were infected with Rimecud were also infected with Win32/Autorun, a significant correlation. Like Rimecud itself, four out of the five families on the list are worms, which illustrates how vulnerabilities and unsafe practices can put a computer at risk of infection by multiple families that use similar infection vectors.

**FIGURE 8.** Other threats found on computers infected with Win32/Rimecud in 2Q10

| Other Family | Most Significant Category | Percentage of Win32/Rimecud-Infected Computers |
|---|---|---|
| Win32/Autorun | Worms | 36.9% |
| Win32/Conficker | Worms | 23.2% |
| Win32/Taterf | Worms | 15.6% |
| Win32/Sality | Worms | 15.3% |
| Win32/VBInject | Miscellaneous Potentially Unwanted Software | 10.1% |

For more information about Win32/Rimecud, see the following posts at the MMPC blog (http://blogs.technet.com/mmpc):

◆ Rimecud and Hamweq—birds of a feather (January 12, 2010)

◆ Win32/Rimecud: MSRT's success story in January 2010 (January 19, 2010)

◆ In focus: Mariposa botnet (March 4, 2010)

## Win32/Alureon

**Win32/Alureon** was the second most common bot family detected by Microsoft anti-malware products in 2Q10. Detections for Alureon were first added to the MSRT in March 2007.

Alureon is a large family of data-stealing trojans, some variants of which include bot components that use HTTP for command and control. Alureon variants typically perform such actions as stealing confidential information, downloading and executing arbitrary files, and redirecting URLs for popular search engines.

Some Alureon variants include a rootkit component, which has caused problems for some infected users when they apply security updates. In February 2010, a number of infected computers experienced repeated "blue screen" stop errors caused by the Alureon rootkit after Microsoft Security Bulletin MS10-015 was installed. The Microsoft Security Response Center (MSRC) subsequently addressed the issue with a revised version of the update that notifies Alureon-infected users of the problem and helps them resolve it.

For more information, see the following posts at the MMPC blog (http://blogs.technet.com/mmpc):

◆ MSRT April Threat Reports & Alureon (April 30, 2010)

◆ MSRT May Threat Reports and Alureon (May 21, 2010)

For more information about the MS10-015 issue, see the following post at the MSRC blog (http://blogs.technet.com/msrc):

◆ Update - Restart Issues After Installing MS10-015 and the Alureon Rootkit (February 17, 2010)

### Win32/Hamweq

**Win32/Hamweq** was the third most common bot family detected by Microsoft anti-malware products in 2Q10. Detections for Hamweq were added to the MSRT in December 2009.

Hamweq shares some similarities with Win32/Rimecud, the most prevalent bot family in 2Q10, although Rimecud supports a more diverse and sophisticated set of commands than Hamweq. Both include IRC-controlled backdoors and spread via removable volumes, instant messaging, and P2P networks. Both families also inject code into the explorer.exe process and use the Recycle Bin as the target drop folder for copies of themselves.

Worms that spread via removable drives often spread with relative ease in enterprise environments because of the widespread use of such devices, and Hamweq is no exception. Variants of Hamweq have been observed to download other malware to infected computers, including Rimecud. Some Hamweq variants are also used to perform DDoS attacks.

FIGURE 9. How the Win32/Hamweq bot family works



Figure 10 lists the other threats that were most often detected on computers infected with Win32/Hamweq in 2Q10.

FIGURE 10. Other threats found on computers infected with Win32/Hamweq in 2Q10

| Other Family | Most Significant Category | Percentage of Win32/Hamweq-Infected Computers |
|---|---|---|
| Win32/Autorun | Worms | 44.3% |
| Win32/Rimecud | Worms | 34.1% |
| Win32/Conficker | Worms | 28.2% |
| Win32/Taterf | Worms | 23.0% |
| Win32/Sality | Worms | 15.6% |

For more information about Win32/Hamweq, see the following posts at the MMPC blog (http://blogs.technet.com/mmpc):

◆ MSRT slices the Hamweq for Christmas (December 8, 2009)

◆ Rimecud and Hamweq—birds of a feather (January 12, 2010)

### Win32/Pushbot

**Win32/Pushbot**, the fourth most commonly detected bot family in 2Q10, is an IRC-controlled bot that spreads via removable volumes and popular instant messaging programs, as Win32/Rimecud and Win32/Hamweq do. Detections for Pushbot were added to the MSRT in February 2010.

Pushbot is a kit family, so Pushbot detections represent numerous small networks controlled by independent operators, rather than a single monolithic botnet. Pushbot variants are based on a kit called Reptile, which dates to 2005 and is itself based on the even older Win32/Sdbot family.

Because Pushbot bots are created and released by different people, the functionality can vary from one bot to the next, although they all share a number of basic features. Fundamentally they are all IRC bots, although each may be controlled through a different IRC server. Like Rimecud and Hamweq, some variants spread by copying themselves to the file sharing directories of popular P2P programs or use the Recycle Bin to spread to removable volumes. Some recent variants have the instant messaging feature disabled.

The core bot command set is fairly typical. A remote attacker can order a bot to spread via instant messaging, stop spreading, update itself, remove itself, and download and execute arbitrary files, among other possibilities. Some variants may also be able to perform one or more of the following additional activities:

◆ Spread via removable drives.

◆ Spread via P2P networking.

◆ Attempt to terminate other backdoors running on the system by searching the memory of other running processes for particular strings.

◆ Participate in DDoS attacks.

◆ Add extra instant messaging contacts.

◆ Send other messages to the user's contacts.

◆ Modify the Hosts file to redirect banking sites to a specified location.

◆ Retrieve data from Windows Protected Storage, which might include auto-complete data and stored passwords from Windows Internet Explorer®, Microsoft Outlook®, and Windows Live™ Messenger.

◆ Connect to websites without downloading files.

◆ Return various spreading and uptime statistics.

Figure 11 lists the other threats most often detected on computers that are infected with Win32/Pushbot.

FIGURE 11. Other threats found on computers infected with Win32/Pushbot in 2Q10

| Other Family | Most Significant Category | Percentage of Win32/Pushbot-Infected Computers |
|---|---|---|
| Win32/Autorun | Worms | 49.7% |
| Win32/Rimecud | Worms | 36.5% |
| Win32/Conficker | Worms | 31.9% |
| Win32/Taterf | Worms | 24.2% |
| Win32/Renos | Trojan Downloaders & Droppers | 22.4% |

For more information, see the following post at the MMPC blog (http://blogs.technet.com/mmpc):

◆ MSRT February—When Push Comes to Shove (February 9, 2010)

## Win32/IRCbot

**Win32/IRCbot**, the fifth most commonly detected bot family in 2Q10, is a large family of IRC-controlled backdoor trojans. Variants of this family, which has been detected for many years, exhibit a wide range of behaviors and use several different mechanisms to spread, but they all share the same basic IRC-based C&C design. Some IRCbot variants download and run other malicious software, including other bot families. Some variants are also designed to report system information from the victim's computer to the attacker. Detections for IRCbot were first added to the MSRT in December 2005.

Figure 12 lists the other threats most often detected on computers infected with Win32/IRCbot.

FIGURE 12. Other threats found on computers infected with Win32/IRCbot in 2Q10

| Other Family | Most Significant Category | Percentage of Win32/IRCBot-Infected Computers |
|---|---|---|
| Win32/Oficla | Trojan Downloaders & Droppers | 61.0% |
| Win32/Autorun | Worms | 51.1% |
| Win32/Rimecud | Worms | 39.7% |
| Win32/VBInject | Miscellaneous Potentially Unwanted Software | 33.9% |
| Win32/Conficker | Worms | 33.9% |

Microsoft | Security Intelligence Report

## Where's Conficker?

**Win32/Conficker** is a worm that infects computers across a network by spreading via removable hard drives, exploiting weak passwords on file shares, or exploiting a vulnerability in the Server service that was addressed by Microsoft Security Bulletin MS08-067. Infection can result in remote code execution when file sharing is enabled. The worm also disables important system services and some security products and may download arbitrary files. Conficker was the fifth most prevalent malware family in the first half of 2010. For domain-joined computers, Conficker has held the top spot for the past year.

If placed among bot families, Conficker would rank second to Win32/Rimecud.  However, the coordinated efforts of the Conficker Working Group effectively limited or eliminated the Conficker bot-herders' ability to issue instructions to infected computers. (See "Case Study: Conficker Working Group" on page 29 of *Microsoft Security Intelligence Report, Volume 7 [January through June 2009]* for more information.) In this report, Win32/Conficker is not tabulated with the other bots and botnet malware so as to more accurately reflect botnets under active control by attackers.

## Other Notable Families

**Win32/Virut**, the eighth most commonly detected bot family in 2Q10, is a family of file-infecting viruses that target and infect .exe, .scr, and (in some recent variants) .html files accessed on infected computers. Win32/Virut also opens a backdoor by connecting to an IRC server, allowing a remote attacker to download and run files on the infected computer. Most variants attempt to connect to IRC servers located at proxima.ircgalaxy.pl and ircd.zief.pl, which suggests that Virut is closely controlled by a single individual or group. Detections for Virut were first added to the MSRT in August 2007.

**Win32/Rbot**, the sixteenth most commonly detected bot family in 2Q10, is another large IRC family with variants that exhibit a wide range of behaviors. Like Win32/Pushdo, Win32/Rbot is a kit family—variants are typically built from an open source botnet creation kit called RxBot, which in turn is based on the older SDBot family. The RxBot kit is widely available among malware operators, and many different groups have produced their own versions with different functionality. Detections for Rbot were first added to the MSRT in April 2005.

**Win32/Rustock**, the nineteenth most commonly detected bot family in 2Q10, is a closely controlled family of rootkit-enabled backdoor trojans that were originally developed to help distribute spam. (See "Spam from Botnets" on page 40 for more information about spam sent by Rustock and other botnets.) First discovered sometime in early 2006, Rustock has evolved to become a prevalent and pervasive threat. Recent variants appear to be associated with the incidence of rogue security programs. Detections for Rustock were added to the MSRT in October 2008.

Win32/Waledac, the twenty-third most commonly detected bot family in 2Q10 is a closely controlled bot family that is best known for sending spam, but has also been observed to download other malware families, including Win32/FakeSpypro and Win32/Rugzip. It uses its own P2P network to distribute commands between infected computers. In February 2010, a U.S. federal court judge granted a Microsoft request[14] to cut off 276 Internet domains controlled by the Waledac attackers, thereby preventing them from issuing commands to the botnet. (See "Win32/Waledac and the Law: Fighting Botnets in Court," beginning on page 45, for more information.) Detections for Waledac were added to the MSRT in April 2009.

---

[14] (Microsoft Corporation v. John Does 1-27, et. al 2010)

## Operating System Statistics

The features and updates available with different versions of the Windows operating system, along with the differences in the way people and organizations use each version, affect the infection rates seen with different versions and service packs. The following figure shows the average monthly botnet infection rate for each Windows operating system/service pack (SP) combination that accounted for at least 0.05 percent of total MSRT executions in 2Q10, expressed in *bot CCM*, or the number of computers from which bot-related malware was removed by the MSRT for every 1,000 MSRT executions. (See "Infection Rates" in the Reference Guide section of the *Security Intelligence Report* website for more information about the CCM metric and how bot CCM differs from the CCM figures used elsewhere in this report.)

**FIGURE 13.** Number of computers cleaned of bot-related malware for every 1,000 executions of the MSRT, 2Q10



("32" = 32-bit; "64" = 64-bit. Systems with at least 0.05 percent of total executions shown.)

The botnet infection rate for Windows 7 and Windows Vista® is significantly lower than that of their desktop predecessor Windows XP with any service pack installed, which reflects the security improvements that have been made to the more recent versions of Windows. Considering only computers that have had the most recent service pack for their operating systems installed, the infection rate for Windows XP SP3 is twice as high as that of Windows Vista SP2 and more than four times as high as that of the release-to-manufacturing (RTM) version of Windows 7.

Infection rates for Windows XP RTM and SP1 are lower than those of more recent versions of Windows XP. MSRT installations on the older versions, which are no longer supported by Microsoft, have decreased significantly over the past several quarters as computers have been decommissioned or upgraded. As IT departments and computer users move to more recent service packs or Windows versions, computers running older operating system versions are often relegated to non-production roles or other specialized environments, which may explain the lower infection rates.

Infection rates for Windows Server® are generally lower than those of the client versions of Windows. Servers tend to have a smaller attack surface than computers that run client operating systems because they are more likely to be used under controlled conditions by trained administrators and to be protected by one or more layers of security. Server versions are hardened against attack in a number of ways, which reflects this difference in usage. For example, Internet Explorer Enhanced Security Configuration is enabled by default, and the Roles Wizard automatically disables features that are not needed for the configured server role.

## Geographic Statistics

The telemetry data generated by Microsoft security products includes information about the location of the computer, as determined by the setting of the **Location** tab or menu in **Regional and Language Options** in the Control Panel. (See "Geographic Statistics" in the Reference Guide section of the *Security Intelligence Report* for more information.) This data makes it possible to compare infection rates, patterns, and trends in different locations around the world.

The following table shows the top 25 countries and regions around the world with the most bot infections detected and removed in 2Q10.

**FIGURE 14.** The 25 locations with the most bot cleanings in 2Q10

| Rank | Country/Region | Computers with Bot Cleanings (1Q10) | Computers with Bot Cleanings (2Q10) | Bot Cleanings Per 1,000 MSRT Executions (Bot CCM) |
|------|----------------|-------------------------------------|-------------------------------------|---------------------------------------------------|
| 1 | United States | 2,163,216 | 2,148,169 | 5.2 |
| 2 | Brazil | 511,002 | 550,426 | 5.2 |
| 3 | Spain | 485,603 | 381,948 | 12.4 |
| 4 | Korea | 422,663 | 354,906 | 14.6 |
| 5 | Mexico | 364,554 | 331,434 | 11.4 |
| 6 | France | 344,743 | 271,478 | 4.0 |
| 7 | United Kingdom | 251,406 | 243,817 | 2.7 |
| 8 | China | 227,470 | 230,037 | 1.0 |
| 9 | Russia | 181,341 | 199,229 | 4.3 |
| 10 | Germany | 200,016 | 156,975 | 1.4 |
| 11 | Italy | 191,588 | 130,888 | 2.6 |
| 12 | Turkey | 91,262 | 98,411 | 4.7 |
| 13 | Canada | 96,834 | 87,379 | 1.4 |
| 14 | Netherlands | 115,349 | 77,466 | 2.5 |
| 15 | Colombia | 76,610 | 71,493 | 5.8 |
| 16 | Portugal | 83,379 | 68,903 | 5.7 |
| 17 | Australia | 72,903 | 66,576 | 2.8 |
| 18 | Poland | 87,926 | 62,704 | 3.9 |
| 19 | Taiwan | 52,915 | 54,347 | 3.4 |
| 20 | Japan | 63,202 | 52,827 | 0.6 |
| 21 | Argentina | 38,229 | 43,162 | 3.8 |
| 22 | Saudi Arabia | 33,283 | 40,793 | 5.5 |
| 23 | Belgium | 51,689 | 39,508 | 3.4 |
| 24 | Chile | 37,705 | 39,245 | 5.1 |
| 25 | India | 37,895 | 38,954 | 1.0 |

Unsurprisingly, the list is dominated by populous locations with large numbers of computer users, led by the United States and Brazil. When these differences are accounted for by calculating the number of infections found per 1,000 instances of MSRT being run, Korea, Spain, and Mexico have the highest infection rates among the locations on this list, as shown in Figure 15.

**FIGURE 15.** Bot infection rates by country/region in 2Q10



## Spam from Botnets

Microsoft Forefront® Online Protection for Exchange (FOPE) provides spam, phishing, and malware filtering services for thousands of enterprise customers. To measure the impact that botnets have on the spam landscape, FOPE monitors spam messages sent from IP addresses that have been reported to be associated with known botnets.

**FIGURE 16.** Botnets sending the most spam from March to June 2010, by percentage of all botnet spam messages and percentage of all botnet IP addresses sending spam



The names used to track botnets usually coincide with the names assigned to the dominant malware families associated with each one, but not always. Some botnets are associated with more than one threat family because of development activity on the part of malware creators and to the existence of generic detections. For example, some Win32/Lethic variants are detected as VirTool:Win32/CeeInject.gen!AS.

The Lethic botnet sent 56.7 percent of the botnet spam received between March and June 2010 from just 8.3 percent of known botnet IP addresses. Lethic is a closely controlled botnet that uses a custom binary protocol for C&C. A takedown of the Lethic C&C servers in January 2010 disrupted the attackers' ability to send spam,[15] although they subsequently regained control of the botnet, as Figure 16 illustrates.

The Rustock botnet controlled 55.6 percent of known botnet IP addresses, but sent only 16.9 percent of the spam. (See "Other Notable Families" on page 36 for more information about Win32/Rustock.)

The Cutwail botnet was responsible for 15.4 percent of spam sent from 11.8 percent of known botnet IP addresses. Win32/Cutwail is a multipurpose threat family that employs a rootkit and other defensive techniques to avoid detection and removal.

---

[15] (M86 Security Labs 2010)

# Fighting Back Against Botnets

## Detecting Botnets

Methods for detecting bots can generally be divided into two categories— those that involve *static analysis*, or checking computers' characteristics against a list of known threats, and those that involve *behavioral analysis*, or monitoring communications in a network for behaviors that are known to be exhibited by botnets. Static analysis results in more reliable judgments but requires threat signatures that are current and available. Behavioral analysis potentially allows for much broader detection methods (especially by aggregating information from multiple sources) but is more likely to result in false positives. Effective botnet detection strategies generally involve aspects of both static analysis and behavioral analysis.

### Static Analysis

Static analysis methods involve checking items against a known list of malicious or dangerous items, such as executable binaries, URLs, and IP addresses. If the list is accurate and up to date, this process can be a very fast and relatively risk-free way to identify bad items. In practice, however, static analysis alone is not an effective way to keep a network free of botnets, because of the continuing efforts of malware authors to generate fully undetected threats. Malware authors use a variety of techniques to avoid detection by antivirus tools and security researchers. These techniques include the following:

◆ Polymorphism, which involves the creation of multiple unique but functionally identical malware files. (See "Defending the Botnet" on page 25 for more information.)

◆ URL obfuscation methods, such as using escape sequences and converting an IP address to its decimal representation.

◆ Changing IP addresses rapidly and using large numbers of alternate URLs that connect to the same resource (or copies of the same resource).

◆ Serving different downloads or webpages depending on factors like the time of day or the origin of the request (for example, serving clean webpages to requests coming from security software vendors).

### Behavioral Analysis

Behavioral analysis can be a powerful tool for identifying botnets, but processing time, the need for an appropriate environment in which to observe the computer's behavior, and the danger of false positives can make diagnosis difficult. The process is further complicated by the tendency of some malware to refuse to run if it detects that it is being executed in a virtual or isolated environment, or a debugger.

It was once common to see bots that would attempt connections to each port on a target computer in sequence (a *port scan*). This technique allowed the target to recognize an attacker quite easily. Now it appears that most bots use targeted attacks in their efforts to spread. They examine only a small number of ports, which are generally those that are in use by some other service and therefore open to connections.

Researchers from Microsoft and elsewhere have observed that the external behavior of bots tends to have a number of distinctive characteristics:

◆ Bot activities are often, although not always, closely coordinated with DDoS attacks and time-sensitive spam and phishing attacks, as evidenced by a sharp correlation in the timing of their network activities. For example, the controller instructs all bots to start sending their pump-and-dump spam payload at the same time. For individual bots, network activity tends to be almost silent for much of the time, and then they have a very high number of connections in a short period of time.

◆ The intervals between a bot's acquisition of new targets (distinct destination IP addresses) are generally much shorter than the intervals between an uninfected computer's communication with other distinct IP addresses. In other words, bots talk to more distinct IP addresses in a shorter period of time than uninfected computers do.[16] In addition, bots tend to evenly distribute their attentions among their targets—they make about the same number of connections to each of a large number of destination IP addresses.

◆ Bots often have a higher number of failed connections than uninfected computers do.[17]

◆ Bots that are controlled via IRC often exhibit a significant amount of IRC traffic. IRC is a well-known protocol that is used legitimately in many contexts, including games and technical support web applications, but it is still relatively rare and many computers and even whole networks have no legitimate reason to use it at all.

◆ Bots are much more likely than uninfected computers to send large volumes of email from locally installed Simple Mail Transfer Protocol (SMTP) servers. Most home and enterprise users connect to email servers that are operated by their ISPs or IT departments and have no need to install SMTP servers on their desktop or laptop computers.

◆ Some bots use the User Datagram Protocol (UDP) exclusively, which is somewhat unusual for Internet communication.

◆ HTTP bots often communicate using the IP addresses of web servers rather than server names, which is less common for legitimate traffic. HTTP traffic between bots and C&C servers can include suspicious URI strings or nonstandard HTTP headers (such as the "Entity-Info:" and "Magic-Number:" headers used by Win32/Bredolab C&C servers to transmit data).

However, it is certainly possible for legitimate computer users and programs to exhibit many of the behaviors listed here. In particular, online games often use IRC and UDP extensively and have built-in SMTP servers.[18]

---

[16] (Jung 2006)

[17] (Ibid)

[18] (Karasaridis, Rexroad, and Hoeflin 2007)

## Honeypots

A *honeypot* is a computer that is configured by security analysts to act as a deliberate target for malware infection. The intent is to collect malware infections so that their behavior can be analyzed in detail, and in some cases to collect logs of the bots' activities. The Honeynet Project (http://honeynet.org), one of the best known sources of honeypot data, provides information, tools, and techniques for setting up honeypots and analyzing the data they provide.

## Darknets

A *darknet* is a subnet of unused IP addresses that are monitored for incoming traffic. The intent is to detect malware as it scans a subnet while crossing over the darknet. Data can also be used to identify network configuration issues. Darknets can be used to host flow collectors, DDoS backscatter detectors, and intrusion detection systems as well as to redirect traffic to honeypots.

# Win32/Waledac and the Law: Fighting Botnets in Court

*Microsoft Digital Crimes Unit (DCU)*

Digital criminals use a variety of sophisticated tools and techniques to attack unsuspecting computer users. Often these attacks leverage social engineering techniques that trick users into installing botnet malware that is designed to conscript computers into a botnet army, such as the Win32/Waledac family of malware.

Botnet armies consist of thousands, if not millions, of computers that are called upon to execute a wide range of illegal activities on behalf of those who control them. Such large scale botnets have begun to threaten the very fabric of the Internet. Given this threat, for the past two years the Microsoft Digital Crimes Unit (DCU) has been examining how botnets leverage the Internet's Domain Name System (DNS) infrastructure  and how they have evolved into criminal infrastructures used to abuse all that use the Internet.

## A New Approach

At the Digital Crimes Consortium (DCC) meeting held in Redmond, Washington, in October 2009, the DCU called for industry, law enforcement agencies, government entities, and academics to become more proactive in protecting customers and citizens. Within Microsoft, DCU partnered with Trustworthy Computing (TWC) and sought to develop a new program that would begin to reshape the way Microsoft approached large scale systemic threats that affect users on the Internet.  The Microsoft Active Response Strategy (MARS) was created to examine new ways of tackling such threats.

 MARS builds on the "Protect Your PC" messaging while adding proactive real world disruptive action and incorporating new ways of working with ISPs, governments, law enforcement, CERTS, and academics to help customers and citizens ensure their computers are clean and secure.

## Why Waledac, Why Now?

Waledac was selected because of its technical complexity.  The malware utilized a robust communication mechanism, with both a peer-to-peer (P2P) and hypertext transport protocol (HTTP) command and control infrastructure that is able to control thousands of infected computers around the world. A unique feature of this communication mechanism was the way its structure was divided into tiers, with each tier serving to abstract it from all the others. The complexity of Waledac's communication mechanism made it a favorite of numerous researchers within the security community, many of whom had been examining Waledac for a number of years and publishing their findings in various technical and academic journals. Consequently, Microsoft began its analysis by first conducting a detailed examination of the research already conducted by researchers at Trend Micro, iDefense, the Microsoft Malware Protection Center (MMPC), and a host of other organizations.

FIGURE 17. Active IP addresses in the Win32/Waledac botnet in 2Q10, per 1,000 Internet hosts



## Technical Action Plan

Working with resources from the University of Washington, the Shadowserver Foundation, the Technical Universities of Vienna and Bonn, and the MMPC, Microsoft began to outline a plan of action. Ultimately a plan was developed by Microsoft, the Technical University of Vienna, and iDefense for the technical disruption of the Waledac botnet. The plan called for a three-pronged approach: 1) disruption of the peer-to-peer command and control mechanism; 2) disruption of the DNS/HTTP command and control mechanism; and 3) disruption of the top two tiers of command and control. The timing of the operations had to be coordinated to avoid detection and so that the team could maximize the effect of the countermeasures by leveraging the element of surprise.

FIGURE 18. The Win32/Waledac tier infrastructure



Waledac was a relatively robust and decentralized botnet, which made it difficult to attack. The preceding figure illustrates the overall design of the Waledac botnet infrastructure. To take down such a threat it was important to understand its operation.

A central aspect of the innovative command and control mechanism is the bot classification routine during infection. When a computer becomes infected with the Waledac malware it is classified as either a spammer node or repeater node. If the infected computer is using an RFC 1918 address, it is assumed to be behind a network address translation (NAT) device and is automatically relegated to a spammer node status. The assumption is that the newly infected computer will not be accessible via TCP port 80, the protocol and port that Waledac uses for command and control. If the infected computer is

configured with a publicly routable IP address, it is then tested to see if it is accessible via TCP port 80. If the computer passes both tests, it becomes part of the repeater node tier and is added to the fast flux DNS infrastructure.

Repeater nodes make up the bulk of the computers in the peer-to-peer infrastructure. The job of the repeater nodes is twofold:

1. Repeater nodes are responsible for maintaining valid peering lists. Because the repeater level of the botnet was large (several thousand at any given time), it was not practical for each repeater to maintain a list of all repeater nodes. Therefore, each repeater node would only maintain a list of approximately 100 other repeater nodes known to it at any given time. This list would be traded or exchanged with other repeater nodes, as well as with spammer nodes, that make contact with the repeater.

**FIGURE 19.** Win32/Waledac peering list exchange between infected spammer node and repeater node



Each repeater node plays a role in the fast flux DNS infrastructure. When a repeater node has been online for a certain amount of time, it is registered in DNS as an authoritative name server for the registered domains and is used for command and control of the Waledac botnet. If a Waledac-infected computer is not able to connect to a repeater node through its seeded repeater list, it will call out to any number of domain names (usually less than 10) as a backup mechanism for bootstrapping into the botnet. These domain names are constantly being updated by the botnet with newly added repeater node computers. This update process serves as a failover mechanism if the seed list becomes stale.

**FIGURE 20.** Win32/Waledac peering list exchange using fast flux DNS



**2.** Each repeater node serves as a proxy to the upper tier command and control servers as a way of obfuscating these upper, more traditional command and control mechanisms. The upper tiers of the Waledac botnet are comprised of servers configured by the bot herder and are not Waledac-infected computers. Because these computers are significantly more static, the repeater nodes offer a mechanism to prevent direct access to these upper tiers. In addition, the upper tiers are only accessible through the repeater node proxy functionality, which provides a kind of firewall effect.

**FIGURE 21.** Win32/Waledac proxy function through the repeater tier



## Tackling P2P

Disrupting the P2P network used by Waledac for command and control was the first component in the technical plan. The "repeater" tier of the Waledac botnet was comprised of infected computers that had public IP addresses and were reachable on TCP port 80. When a computer became infected with the Waledac botnet malware it would reach out to any number of preconfigured IP addresses compiled in the malicious binary. After a connection was established to the repeater node, the infected victim would download an updated list of active repeater nodes.

In later versions of the Waledac malware, the P2P bootstrap mechanism was less than reliable; it was not uncommon for an infected honeypot to work through 20 or so IP addresses before reaching a node that was an active repeater, often using the DNS fallback mechanism. Security researcher partners were able to develop a custom repeater that would provide the ability to "poison" the peering tables of all computers that connected to the custom repeater. The thought was not to get a list of available Waledac repeaters but for the security team to poison the network with its own repeater nodes as well as the sinkhole devices they deployed. This part of the operation needed to happen first so that the security team could infiltrate the P2P network and thereby limit the ability of the bad actor(s) from being able to inject themselves back into the command and control infrastructure. However, this approach alone wasn't sufficient. Because of Waledac's heavy reliance on DNS as a backup mechanism for bootstrapping infected computers into the botnet, the domain names had to be dealt with in close coordination with the P2P countermeasures.

FIGURE 22. Poisoning the Win32/Waledac botnet with Microsoft sinkhole IP addresses



After the P2P poisoning was underway, the DNS issue had to be addressed. Although the DNS mechanism that was used to control the Waledac botnet was a very complex mechanism, attorneys at the Microsoft DCU developed a new approach to deal with the command and control mechanism.

## The Legal Action Plan

Informal efforts to take down the domains that supported the Waledac botnet posed serious limitations. Cease and desist letters would not force immediate action. Similarly, domain takedown is inexact and somewhat limited under typical ICANN procedures. For example, ICANN's Uniform Domain-Name Dispute-Resolution Policy (UDRP) provides a relatively long window in which bad actors would be able to register new domains, update the botnet code, or take other evasive actions to move the botnet while the ICANN process unfolded.

One effective alternative to such informal efforts was to apply in federal court for a temporary restraining order (TRO) to shut down the malicious domains at the registry level. An *ex parte* TRO is an extraordinary remedy that allows a party to temporarily restrain (between 14 to 28 days) a bad actor's harmful conduct **without notice** to the bad actor and **without giving them an opportunity to be heard**. In particular, federal courts may temporarily restrain a bad actor's conduct without notice in situations where notice would give the bad actor an opportunity to destroy evidence, relocate the instrumentalities of the harmful conduct, or avoid prosecution. A court can issue an *ex parte* TRO to shut down malicious domains with limited delay (within 48 hours of the application for relief). And because bad actors will not receive notice, they are deprived an opportunity to register new domains or take other actions to redirect the botnet.

Federal courts, however, are reluctant to issue *ex parte* TROs because of concerns about their inherent inconsistency with constitutional due process. Microsoft was able to twice obtain *ex parte* relief by providing the court with strong evidence of the merits at the outset of the case and a definitive strategy for effecting legal notice to the bad actors immediately after the domains had been shut down, thereby preserving their due process rights.

**Legal basis for *ex parte* relief:** Under Rule 65 of the Federal Rules of Civil Procedure, a party can apply for a TRO and preliminary injunction to temporarily stop the harm caused by a bad actor's wrongful conduct. Rule 65 allows a party to proceed without notice if it can show (1) that it will suffer immediate and irreparable harm if the relief is not granted, and (2) the party attempts to provide the other side with notice. Rule 65 typically requires that the moving party attempt to provide the adverse party with notice and, if unsuccessful, explain why it was unable to provide notice. Therefore, Rule 65 is by itself insufficient to overcome the obstacles posed by informal efforts to shut down malicious domains.

However, courts have recognized in some circumstances that providing notice to a bad actor would give them an opportunity to avoid prosecution and continue their wrongful conduct. In those circumstances, courts have issued *ex parte* TROs—**even where a moving party has not attempted notice—**where notice to the bad actor in those circumstances would render fruitless further prosecution of the action. This principle was applied more than 30 years ago in the context of clothing counterfeiters. A federal appellate court concluded that an *ex parte* TRO to seize counterfeit contraband was necessary, because it was apparent from prior experience that notifying one member of the counterfeiting enterprise would allow the bad actors an opportunity to transfer the contraband to other unknown counterfeiters and thereby avoid prosecution. See *In re Louis Vuitton Et Fils S.A.,* 606 F.2d 1 (2d Cir. 1979). Courts have since applied this reasoning to issue *ex parte* TROs for computer-related activity. In 2009, a federal court in California issued an *ex parte* TRO to suspend Internet connectivity of a company that enabled botnet activity on the basis that "Defendant is likely to relocate the harmful and malicious code it hosts and/or warn its criminal clientele of this action if informed of the [plaintiff's] action." See *FTC v. Pricewert LLC et al.,* Case No. 09-2407 (N.D. Cal., Whyte J., June 2, 2009). As such, an order can provide a viable alternative to informal domain takedown processes.

With substantial factual support from its investigation of the Waledac botnet, Microsoft provided a compelling argument that the botnet's fundamental characteristic—namely, the propensity of the botnet controllers to move and conceal the botnet and the ease by which they could do so—warranted the issuance of an *ex parte* TRO.

**Obtaining *Ex Parte* relief:** Even if the facts warrant *ex parte* relief, a court may still refuse to grant such an order if it is not convinced that the bad actor's due process rights will be preserved. Microsoft obtained *ex parte* relief in this case by, among other things, offering the court a definitive and robust strategy for serving the domain registrants with all papers in the case. Microsoft outlined the steps it would undertake to serve the bad actors under the Federal Rules of Civil Procedure as well as proposed alternative methods for service. In addition, Microsoft explained how its proposed methods of service were reasonably calculated to provide the domain registrants with notice and satisfied due process.

The Microsoft approach in this matter consisted of the following steps:

1. **Filing of the John Doe Lawsuit to Protect Innocent Domain Registrants:** To obtain an *ex parte* TRO, a preliminary injunction, or any other relief, a party must first initiate litigation against the bad actors. The most immediately obvious candidates to be named as defendants were the registrants of the malicious Waledac domains. However, this information raised an obstacle in that there was a possibility that the domains themselves had been hijacked. Therefore, to protect potentially innocent domain registrants, Microsoft filed a John Doe lawsuit that did not name the domain registrants as defendants, but rather named 27 John Does, with each "doing business as" a particular domain registrant. In this way, Microsoft provided the court with an identifiable target for legal service and notice while protecting the registrants' due process rights.

2. **Articulating a Definitive Strategy to Effect Legal Service:** Notwithstanding the concern about innocent domain registrants, a review of the domain registrant information revealed a likelihood that much of the information was false. Most of the domains were registered through registrars in China. Microsoft worked with its attorneys in China to research and confirm the validity of this information, to the extent possible.

The falsified registrant information posed a fundamental question regarding how to quickly and effectively identify, locate, and notify the botnet operators of the lawsuit immediately after the domain takedown was ordered by the court. Anticipating this issue, in its application for an *ex parte* TRO Microsoft articulated a definitive strategy to effect service on the domain registrants that satisfied the Federal Rules of Civil Procedure, and the U.S. Constitution, and was consistent with the laws of China. Under these rules, a plaintiff can serve a non-U.S. defendant pursuant to delivery through official means set forth in various treaties and also by certain alternative means calculated to give notice, as long as not prohibited by treaty.

As part of its strategy, Microsoft proposed serving the international domain registrants through (1) the Hague Convention on Service Abroad by sending the complaint, summons, and all other documents to the Chinese Ministry of Justice; (2) alternative methods,

including service and notice by email, facsimile, and by mail; and (3) publication of all relevant pleadings on a website Microsoft set up solely to provide the domain registrants with notice (www.noticeofpleadings.com). When the court ultimately issued its *ex parte* TRO, it concluded that these methods satisfied due process requirements. In part, this conclusion was made because the registrants had agreed in their registrar-registrant agreements to receive notices through their contact information and because publication is a well-established alternative means of providing notice.

**FIGURE 23.** Notice posted at www.noticeofpleadings.com



1. **Understanding the venue:** Microsoft knew it would file in the United States District Court for the Eastern District of Virginia. Therefore, it researched the closest possible scenarios under that court's prior decisions and paid careful attention to the concerns expressed in the court's decisions. Understanding the venue allowed Microsoft to craft its arguments in a manner that anticipated questions and obstacles that the court might raise. This approach was especially important, given the absence of the defendants to raise such issues.

2. **Developing credibility with the court:** Microsoft worked very hard to develop and maintain credibility with the court by ensuring that its arguments were supported by substantial evidence and law and also by offering timely submissions, avoiding undue delay, and ensuring that it worked with counsel who was familiar with the court's practices.

3.  **Taking down the botnet, effecting legal service, and preparing for the preliminary injunction hearing:** A TRO usually expires 14 days after it is issued. In the Waledac takedown, the court issued the *ex parte* TRO and an Order to Show Cause why it should not issue a preliminary injunction. A preliminary injunction enjoins the wrongful conduct until the case has been concluded. After the court granted the *ex parte* TRO, Microsoft had 14 days to (1) shut off the infected domains, (2) serve the domain registrants, and (3) prepare for the preliminary injunction hearing.

    The Microsoft planning and coordination efforts facilitated an immediate shutdown of the infected domains within 48 hours of receiving the court's temporary order. By having a definitive strategy in place to effect legal service abroad, Microsoft was able to begin serving the domain registrants also within 24 hours of shutting down the infected domains. Microsoft worked with its attorneys in China to coordinate attempted service through China's Ministry of Justice and to continually work with the China domain registrars who could assist in attempting to notify the registrants of the action. Microsoft went to great lengths to provide notice of the action through all of the email addresses of the registrants and by widely publicizing the action and the papers filed in the action on www.noticeofpleadings.com and in the press.

4.  **Entry of Default and Entry of Default Judgment:** As part of its overall strategy, Microsoft wanted to obtain long-term control over the infected botnet domains and to enjoin the defendants from any ongoing operation of the Waledac botnet. In July 2010, Microsoft filed a motion requesting the court to enter default against the Doe defendants and a motion requesting that the court transfer the infected domains to Microsoft. Under Rule 55 of the Federal Rules of Civil Procedure, a court can enter default when a party, after being served, has failed to defend the action. After the court enters default, it may enter default judgment against the defendants and award the plaintiff its requested relief.

    Despite the extraordinary efforts of Microsoft to provide notice to defendants over a period of many months, defendants have not responded in any manner whatsoever and have not objected to any of the court's actions. On this basis, in August 2010, the court ordered the clerk to enter default as to each of the defendants. In early September 2010, the court held a hearing on entry of default judgment against the defendants and transferring Microsoft ownership of the domains; a permanent injunction is pending.

5.  **Why This Framework Was Successful:** Aside from having a compelling investigation and evidence as well as strong legal arguments in its favor, this framework proved successful because Microsoft carefully coordinated the legal relief with sophisticated technical action, anticipated all of the arguments the absent defendants might raise, strove to answer those arguments in their absence, took steps to understand the venue it was operating in, and developed credibility with the court.

Microsoft | Security **Intelligence** Report

# Works Cited

Bächer, Paul, Thorsten Holz, Markus Kötter, and Georg Wicherski. "Know your Enemy: Tracking Botnets." *The Honeynet Project.* August 10, 2008.

Canavan, John. "The Evolution of Malicious IRC Bots." *VB2005 Conference.* Dublin, 2005.

Danchev, Dancho. "The Neosploit cybercrime group abandons its web malware exploitation kit." *Zero Day blog.* July 29, 2008.

Federal Bureau of Investigation. "FBI, Slovenian and Spanish Police Arrest Mariposa Botnet Creator, Operators." July 28, 2010.

Fogie, Seth. "Trojan Malware: From Non-profit to Commercial Criminals (A Brief History)." *informIT.* October 27, 2006.

Jung, Jaeyeong. "Real-time detection of malicious network activity using stochastic models." Cambridge, Mass.: Massachusetts Institute of Technology, 2006.

Karasaridis, Anestis, Brian Rexroad, and David Hoeflin. "Wide-Scale Botnet Detection and Characterization." *HotBots 2007.* 2007.

M86 Security Labs. Lethic botnet - The Takedown. January 10, 2010. (accessed September 8, 2010).

*Microsoft Corporation v. John Does 1-27, et. al.* 1:10CV156 (U.S. District Court for the Eastern District of Virginia, February 22, 2010).

Naraine, Ryan. "Money Bots: Hackers Cash In on Hijacked PCs." *eWeek.* September 9, 2006.

Nazario, Jose, and Jeremy Linden. "Botnet Tracking: Techniques and Tools." *Virus Bulletin Conference.* Montreal, 2006.

Oikarnen, Jarkko. "IRC History." *IRC.org.* n.d.  (accessed January 21, 2010).

Ollmann, Gunter. "The Botnet vs. Malware Relationship: The one-to-many botnet myth." *Damballa.com.* May 21, 2009.

*United States of America v. Adam Sweaney.* Magistrate No. 07-00243M (United States District Court for the District of Columbia, June 11, 2007).

*United States of America v. Jeanson James Ancheta.* CR05-1060, Indictment (U.S. District Court for the Central District of California, February 2005).

# Malware Key Findings

Microsoft | Security **Intelligence** Report

# Trustworthy Computing:
# Security Engineering at Microsoft

The computer threat landscape is constantly changing. As threats continue to evolve from mischievous hackers who pursue notoriety to organized criminals who steal data for monetary gain, public concern is escalating. Trustworthy Computing (TwC), formed in 2002, is Microsoft's commitment to providing more secure, private, and reliable computing experiences for our customers.

TwC Security includes three technology centers that work together to address security issues by coordinating their efforts to supply the services, information, and response needed to better understand the evolving threat landscape, help protect customers from online threats, and share knowledge with the broader security ecosystem.



**Microsoft Security Engineering Center**

The Microsoft Security Engineering Center (MSEC) helps protect Microsoft customers by providing security guidance to our product teams, helping them implement the industry-leading Security Development Lifecycle, and deploying applied security science and technology that help improve product security.

**Microsoft Security Response Center**

The Microsoft Security Response Center (MSRC) is a leading security risk analysis and management center that helps identify, monitor, resolve, and respond to security incidents and Microsoft software security vulnerabilities 24 hours a day, seven days a week. On constant alert for security issues, the MSRC monitors security newsgroups, responds to email messages sent to secure@microsoft.com, and manages a company-wide security update release process.

**Microsoft Malware Protection Center**

The Microsoft Malware Protection Center (MMPC) is a global team of experienced malware research and response specialists dedicated to protecting customers from new threats, including viruses, worms, spyware, adware, and other malicious and potentially unwanted software. The MMPC provides malware research and response expertise that supports the range of Microsoft security products and services, including the Microsoft Forefront suite of products, Windows Live OneCare™, Windows Defender, Microsoft Security Essentials, and the Malicious Software Removal Tool. The response arm of the MMPC includes a global network of research and response labs located around the world.

The data and analysis in this report are presented from the perspective of these three centers and their partners in the various Microsoft product groups.

# Industry-Wide Vulnerability Disclosures

**V**ulnerabilities are weaknesses in software that allow an attacker to compromise the integrity, availability, or confidentiality of that software. Some of the worst vulnerabilities allow attackers to run arbitrary code on the compromised system. See "Industry-Wide Vulnerability Disclosures" in the Reference Guide section of the *Security Intelligence Report* website for more information about vulnerabilities.

The information in this section is compiled from vulnerability disclosure data that is published in the National Vulnerability Database (http://nvd.nist.gov), the U.S. government repository of standards-based vulnerability management data represented using the Security Content Automation Protocol (SCAP).

## Vulnerability Disclosures

Figure 24 illustrates the number of vulnerability disclosures across the software industry for each half-year period since 2H06. (See "About This Report" on page 6 for an explanation of the reporting period nomenclature used in this report.)

**FIGURE 24.** Industry-wide vulnerability disclosures by half-year, 2H06–1H10



- ◆ Vulnerability disclosures in 1H10 were down 7.9 percent from 2H09.

- ◆ This decline continues an overall trend of moderate declines since 2H06. This trend is likely because of better development practices and quality control throughout the industry, which result in more secure software and fewer vulnerabilities. (See "Protecting Your Software" in the Managing Risk section of the *Security Intelligence Report* website for additional details and guidance about secure development practices.)

## Vulnerability Severity

The Common Vulnerability Scoring System (CVSS) is a standardized, platform-independent scoring system for rating IT vulnerabilities. Currently in its second version, the system assigns a numeric value between 0 and 10 to vulnerabilities according to severity, with higher scores representing greater severity. (See "Vulnerability Severity" in the Reference Guide section of the *Security Intelligence Report* website for more information.)

**FIGURE 25.** Industry-wide vulnerability disclosures by severity, 2H06–1H10



◆ Although the number of Medium and High severity vulnerabilities disclosed is routinely much greater than the number of Low severity vulnerability disclosures, the trend in 1H10 is a positive one, with Medium and High disclosures declining by 10.7 percent and 9.3 percent from 2H09, respectively.

◆ Low severity vulnerability disclosures increased 41.6 percent, from 89 in 2H09 to 126 in 1H10.

◆ Mitigating the most severe vulnerabilities first is a security best practice. High severity vulnerabilities that scored 9.9 or greater represent 5.6 percent of all vulnerabilities disclosed in 1H10, as Figure 26 illustrates. This figure is down from 7.2 percent in 2H09.

FIGURE 26. Industry-wide vulnerability disclosures in 1H10, by severity



## Vulnerability Complexity

Some vulnerabilities are easier to exploit than others, and vulnerability complexity is an important factor to consider in determining the magnitude of the threat a vulnerability poses. A High severity vulnerability that can only be exploited under very specific and rare circumstances might require less immediate attention than a lower severity vulnerability that can be exploited more easily.

The CVSS gives each vulnerability a complexity ranking of Low, Medium, or High. (See "Vulnerability Severity" in the Reference Guide section of the *Security Intelligence Report* website for more information about the CVSS complexity ranking system.) Figure 27 shows the complexity mix for vulnerabilities disclosed in each half-year period since 2H06. Note that Low complexity indicates greater danger, just as High severity indicates greater danger in Figure 25.

FIGURE 27. Industry-wide vulnerabilities by access complexity, 2H06–1H10



◆ As with vulnerability severity, the trend here is a positive one, with Low and Medium complexity vulnerability disclosures declining 16.2 percent and 4.5 percent from 2H09, respectively.

◆ High complexity vulnerability disclosures increased 137.5 percent, from 40 in 2H09 to 95 in 1H10.

## Operating System, Browser, and Application Vulnerabilities

Figure 28 shows industry-wide vulnerabilities for operating systems, browsers, and applications since 2H06. (See "Operating System and Browser Vulnerabilities" in the Reference Guide section of the *Security Intelligence Report* website for an explanation of how operating system, browser, and application vulnerabilities are distinguished.)

**FIGURE 28.** Industry-wide operating system, browser, and application vulnerabilities, 2H06–1H10



◆ Application vulnerabilities continued to account for a large majority of all vulnerabilities in 1H10, though the total number of application vulnerabilities declined 11.2 percent from the previous period.

◆ Operating system and browser vulnerabilities remained relatively stable by comparison, with each type accounting for a small fraction of the total.

◆ For the first time the number of vulnerabilities in browsers exceeded the number of vulnerabilities in operating systems, which continues a gradual trend that began in 1H08.

## Guidance: Developing Secure Software

The Security Development Lifecycle (www.microsoft.com/sdl) is a software development methodology that embeds security and privacy throughout all phases of the development process with the goal of protecting end users. Using such a methodology can help reduce vulnerabilities in the software and help manage vulnerabilities that might be found after deployment. (For more in-depth information about the SDL and other techniques developers can use to secure their software, see "Protecting Your Software" in the Managing Risk section of the *Security Intelligence Report* website.)

## Vulnerability Reports for Microsoft Products

**F**igure 29 charts vulnerability disclosures for Microsoft and non-Microsoft products since 2H06.

FIGURE 29. Vulnerability disclosures for Microsoft and non-Microsoft products, 2H06–1H10



- Vulnerability disclosures for Microsoft products increased slightly in 1H10 but have generally remained stable over the past several periods.

- Vulnerabilities in Microsoft products accounted for 6.5 percent of all vulnerabilities disclosed in 1H10. This percentage is up from 5.3 percent in 2H09, primarily because of the overall decline in vulnerability disclosures across the industry during that time.

## Coordinated Vulnerability Disclosure

*Coordinated vulnerability disclosure* means disclosing vulnerabilities privately to an affected vendor so they can develop a comprehensive security update to address the vulnerability before the details become public knowledge. Ideally, with coordinated disclosure, the release of the security update coincides with vulnerability information becoming publicly available. When vulnerabilities are reported to the affected vendor privately, attackers are less likely to become aware of them before security updates are available.

**FIGURE 30.** Coordinated disclosures as a percentage of all disclosures involving Microsoft software, 1H06–1H10



- ◆ In 1H10, 79.1 percent of vulnerability disclosures involving Microsoft software adhered to coordinated disclosure practices, down slightly from 80.0 percent in 2H09.

- ◆ The coordinated disclosure rate has remained mostly steady since 1H09 despite fluctuations in the overall volume of case submissions to Microsoft.

- ◆ Coordinated disclosure figures include disclosures brought to the MSRC by vulnerability brokers. In 1H10, disclosures submitted by vulnerability brokers accounted for 7.3 percent of all disclosures, down slightly from 8.6 percent in 2H09.

(See "Coordinated Vulnerability Disclosure" in the Reference Guide section of the *Security Intelligence Report* website for more information about coordinated vulnerability disclosure and vulnerability brokers.)

## Microsoft Security Bulletins in 1H10

The MSRC releases security bulletins each month that address vulnerabilities in Microsoft software. Security bulletins are typically released on the second Tuesday of each month, although on rare occasions Microsoft releases a so-called *out-of-band* security update to address an urgent issue. A single security bulletin often addresses multiple vulnerabilities from the Common Vulnerabilities and Exposures (CVE) database (http://cve.mitre.org), each of which is listed in the bulletin, along with any other relevant issues. (See "Microsoft Security Bulletins" in the Reference Guide section of the *Security Intelligence Report* website for more information about the CVSS complexity ranking system.)

FIGURE 31. Security bulletins released and CVEs addressed by Microsoft, 1H06–1H10



FIGURE 32. Average number of CVEs addressed per security bulletin, 1H06–1H10



◆ In 1H10, Microsoft released 41 security bulletins that addressed 114 individual vulnerabilities identified on the CVE list.

◆ The overall number of bulletins published decreased from 47 in 2H09, but the number of vulnerabilities addressed in 1H10 increased from 104 in 2H09. The number of vulnerabilities addressed per bulletin therefore increased from an average of 2.2 in 2H09 to 2.8 in 1H10. Whenever possible, the MSRC consolidates multiple vulnerabilities that affect a single binary or component and addresses them with a single security bulletin. This approach maximizes the effectiveness of each update while minimizing the potential inconvenience that customers face from testing and integrating individual security updates into their computing environments.

Microsoft | Security Intelligence Report

# Usage Trends for Windows Update and Microsoft Update

The prompt, widespread adoption of security updates and other software upgrades can significantly mitigate the spread and impact of malware. Over the past decade, many software vendors have developed mechanisms to inform users about the availability of new updates and enable them to obtain and install updates easily and automatically. Security-conscious IT departments have responded by developing practices to quickly test and assess newly issued updates and to deliver them to their users.

## Update Clients and Services

Microsoft provides two publicly available update services. **Windows Update** provides updates for Windows® components and device drivers provided by Microsoft and other hardware vendors as well as updates for Microsoft anti-malware products. **Microsoft Update** provides all of the updates offered through Windows Update and provides updates for other Microsoft software, such as the Microsoft Office system, Microsoft SQL Server®, and Microsoft Exchange Server. (See "Usage Trends for Windows Update and Microsoft Update" in the Reference Guide section of the *Security Intelligence Report* website for more information about these services.)

Figure 33 shows the relative usage of these two services since 2H06.

**FIGURE 33.** Usage of Windows Update and Microsoft Update, 2H06–2H09 (2H06 total usage = 100%)



- ◆ Microsoft Update adoption has risen significantly over the past several years. The number of computers using the more comprehensive service has increased by more than 10.7 percent since 2H09.

◆ Overall usage of Windows Update and Microsoft Update has increased by more than 75 percent since 2H06.

Enterprise customers can use Windows Server Update Services (WSUS) or the Microsoft System Center family of management products to provide update services for their managed computers. Figure 34 shows the growth of WSUS usage and Windows Update/Microsoft Update relative to 2H06.

**FIGURE 34.** Relative growth in Microsoft WSUS and end-user update services, 2H06–1H10 (2H06 = 100%)



◆ WSUS usage from 1H08 to 2H09 is estimated due to a reporting error that was resolved in 1H10.

◆ Public update service usage and the number of WSUS servers managing updates have both grown faster than the Windows installed base since 2H06, which indicates that users are choosing to enable updating on existing Windows installations as well as on new installations.

## Guidance: Keeping Your Software Up To Date

Installing the latest security updates from Microsoft and other software vendors as they are released is one of the most important steps organizations and individuals can take to defend against threats that spread through exploits. Using the Microsoft Update service will help ensure that security updates are delivered in a timely manner for all Microsoft software.

For in-depth guidance, see "Using Update Services" in the Managing Risk section of the *Security Intelligence Report* website.

# Security Breach Trends

In recent years, laws have been passed in a number of jurisdictions around the world that require affected individuals to be notified when an organization loses control of personally identifiable information (PII) with which it has been entrusted. These mandatory notifications offer unique insights into how information security efforts need to address issues of negligence as well as technology.

The information in this section was generated from worldwide data security breach reports from news media outlets and other information sources that volunteers have recorded in the Data Loss Database (DataLossDB) at http://datalossdb.org. (See "Security Breach Trends" in the Reference Guide section of the *Security Intelligence Report* website for more information about the DataLossDB and the breach types referenced here.)

**FIGURE 35.** Security breach incidents by incident type, 1H08–1H10



- As in recent periods, the first six months of 2010 saw a decline in the total number of incidents reported. This downward trend may be related to the overall decline in worldwide economic activity over the same time period.

- The largest single category of incidents involved stolen equipment, with 30.6 percent of the total.

◆ Malicious incidents (those involving "hacking" incidents, malware, and fraud) routinely account for less than half as many incidents as negligence (involving lost, stolen, or missing equipment; accidental disclosure; or improper disposal), as Figure 36 illustrates.

◆ Improper disposal of business records is the second largest source of breach incidents related to negligence, and the third largest source of incidents overall. Improper disposal is relatively easy for organizations to address by developing and enforcing effective policies regarding the destruction of paper and electronic records that contain sensitive information.

**FIGURE 36.** Breach incidents resulting from attacks and negligence, 1H08–1H10



## Guidance: Preventing and Mitigating Security Breaches

Organizations can take steps to reduce the occurrence of security breaches and to reduce the severity and impact of breaches when they do occur. For in-depth guidance, see "Prevent and Mitigate Security Breaches" in the Mitigating Risk section of the *Security Intelligence Report* website.

Microsoft | Security **Intelligence** Report

# Malware and Potentially Unwanted Software Trends

Except where specified, the information in this section was compiled from telemetry data generated from more than 600 million computers worldwide by a number of different Microsoft security tools and services, including the MSRT, Microsoft Security Essentials, Windows Defender, Microsoft Forefront Client Security, Windows Live OneCare, and the Windows Live OneCare safety scanner.

---

### Infection Rate Calculation Updated

To improve the detail and accuracy of the information presented in the *Security Intelligence Report*, the CCM (computers cleaned per thousand) metric used to report infection rates is now calculated on a quarterly basis. The CCM figure for a given quarter now represents the number of unique computers cleaned by the MSRT for every 1,000 MSRT executions during that quarter. For this reason, the numeric CCM figures reported in the current volumes tend to be significantly different from the corresponding figures in previous volumes and should not be directly compared with them. (For more information, see "Infection Rates" in the Reference Guide section of the *Security Intelligence Report* website.)

---

## Geographic Statistics

The telemetry data generated by Microsoft security products includes information about the location of the computer, as determined by the setting of the **Location** tab or menu in **Regional and Language Options** in the Control Panel. This data makes it possible to compare infection rates, patterns, and trends in different locations around the world.

FIGURE 37. The locations with the most computers cleaned by Microsoft desktop anti-malware products in 1Q10 and 2Q10

| Rank | Country/Region | Computers Cleaned (1Q10) | Computers Cleaned (2Q10) | Change |
|------|----------------|--------------------------|--------------------------|--------|
| 1 | United States | 11,025,811 | 9,609,215 | -12.8% ▼ |
| 2 | Brazil | 2,026,578 | 2,354,709 | 16.2% ▲ |
| 3 | China | 2,168,810 | 1,943,154 | -10.4% ▼ |
| 4 | France | 1,943,841 | 1,510,857 | -22.3% ▼ |
| 5 | Spain | 1,358,584 | 1,348,683 | -0.7% ▼ |
| 6 | United Kingdom | 1,490,594 | 1,285,570 | -13.8% ▼ |
| 7 | Korea | 962,624 | 1,015,173 | 5.5% ▲ |
| 8 | Germany | 949,625 | 925,332 | -2.6% ▼ |
| 9 | Italy | 836,593 | 794,099 | -5.1% ▼ |
| 10 | Russia | 700,685 | 783,210 | 11.8% ▲ |
| 11 | Mexico | 768,646 | 764,060 | -0.6% ▼ |

In absolute terms, the locations with the most computers cleaned tend to be ones with large populations and large numbers of computers. To control for this effect, Figure 38 shows the infection rates in locations around the world using a metric called *computers cleaned per thousand*, or *CCM*, which represents the number of reported computers cleaned for every 1,000 executions of the MSRT. (See the *Security Intelligence Report* website for more information about the CCM metric.)

**FIGURE 38.** Infection rates by country/region in 2Q10, by CCM



◆ Among locations with more than 200,000 executions of the MSRT in 2Q10, Turkey had the highest infection rate, with 36.6 computers cleaned for every 1,000 MSRT executions (CCM 36.6). Following Turkey were Spain (35.7), Korea (34.4), Taiwan (33.5), and Brazil (25.8). All have been among the locations with the highest infection rates for several periods.

◆ Locations with the lowest infection rates include Belarus (1.3), Bangladesh (1.5), Sri Lanka (1.8), Tunisia (1.8), and Morocco (1.9).

## Infection Trends Around the World

The number of computers cleaned in individual countries/regions can vary quite a bit from period to period. Increases in the number of cleaned computers can be caused not only by increased prevalence of malware in that country but also by improvements in the ability of Microsoft anti-malware solutions to detect malware. Large numbers of new installations in a location are also likely to increase the number of computers cleaned there.

The next two figures illustrate infection rate trends for specific locations around the world, relative to the trends for all locations with at least 100,000 MSRT executions in 2Q10. (See "Infection Trends Worldwide" in the Key Findings section of the *Security Intelligence Report* website for additional details about this information.)

FIGURE 39. Trends for the five locations with the highest infection rates, 1Q09–2Q10, by CCM (100,000 monthly MSRT executions minimum)



- ◆ Turkey, Spain, Korea, Taiwan, and Brazil had the highest infection rates among locations with at least 100,000 MSRT executions in 2Q10.

- ◆ Of these locations, each one improved between 1Q09 and 2Q10 except Korea, which went from 32.7 to 34.4.

**FIGURE 40.** Infection rate trends for the five locations that most improved between 1Q09 and 2Q10, by CCM (100,000 monthly MSRT executions minimum)



- The most improved locations are those that showed the largest decline in CCM between 1Q09 and 2Q10 and that also showed declines in at least two of the last three quarters.

- Brazil, Saudi Arabia, Guatemala, Russia, and Jordan each improved by at least 4.0 points (CCM) from 1Q09 to 2Q10.

- Brazil showed the most significant CCM drop, from 43.9 in 1Q09 to 25.8 in 2Q10. Much of the drop was caused by a steep decrease in the number of computers infected with Win32/Banker, though detections of the related families Win32/Bancos and Win32/Banload remained relatively high. Saudi Arabia declined from 29.9 in 1Q09 to 16.8 in 2Q10, primarily because of decreased detections of Win32/Taterf, Win32/Frethog, Win32/Alureon, and Win32/RJump.

- For Guatemala and Jordan, most of the decline was because of significantly fewer detections of Taterf. The infection rate in Guatemala decreased from 21.1 to 13.3, and the infection rate in Jordan decreased from 14.2 to 7.4.

- The infection rate in Russia declined from 25.4 to 7.4, primarily because of decreased detections of Taterf, Alureon, and Win32/Cutwail.

## Category Trends

The MMPC classifies individual threats into types based on a number of factors, including how the threat spreads and what it is designed to do. To simplify the presentation of this information and make it easier to understand, the *Security Intelligence Report* groups these types into 10 categories based on similarities in function and purpose. (See "Category Trends" in the Reference Guide section of the *Security Intelligence Report* website for more information about the categories used in this report.)

**FIGURE 41.** Computers cleaned by threat category from 3Q09 to 2Q10, by percentage of all infected computers



Circular markers represent malware            Square markers represent potentially unwanted software

- Totals for each time period may exceed 100 percent because some computers have more than one category of threat detected on them in each time period.

- Worms and Miscellaneous Potentially Unwanted Software were the two categories that increased in prevalence the most over the past four quarters, primarily because of increased detections of the worm families Win32/Taterf and Win32/Autorun and the potentially unwanted software family Win32/Zwangi.

- Notably, Worms went from almost 10 percentage points behind Miscellaneous Trojans in 3Q09 to a virtual tie in 2Q10.

- After peaking in 4Q09, Miscellaneous Trojans has dropped steadily since. Trojan Downloaders & Droppers has exhibited a similar trend, though not nearly to the same degree.

- Spyware, which has never been a very prevalent category, declined by more than two-thirds over the past four quarters.

## Threat Categories Around the World

There are significant differences in the types of threats that affect users in different parts of the world. The spread and effectiveness of malware are highly dependent on language and cultural factors, in addition to the methods used for distribution. Some threats are spread using techniques that target people who speak a particular language or who use services that are local to a particular geographic region. Other threats target vulnerabilities or operating system configurations and applications that are unequally distributed around the globe. Figure 42 shows the relative prevalence of different categories of malware and potentially unwanted software in the five locations that had the most computers cleaned in 2Q10.



FIGURE 42. The top five countries/regions and their relative infection rates in 2Q10, by category



- The United States and the United Kingdom, two predominantly English-speaking locations that also share a number of other cultural similarities, have very similar threat mixes, led by Miscellaneous Trojans.

- In France, Adware was the most common category, led by Win32/Hotbar.

- Brazil has an unusually high concentration of Password Stealers & Monitoring Tools, primarily because of the prevalence of Win32/Bancos and Win32/Banker, which target customers of Brazilian banks.

- Miscellaneous Potentially Unwanted Software is the most common category in China, led by versions of Win32/BaiduSobar, a Chinese language browser toolbar.

## Operating System Trends

The features and updates that are available with different versions of the Windows operating system, along with the differences in the way people and organizations use each version, affect the infection rates for the different versions and service packs. Figure 43 shows the infection rate for each Windows operating system/service pack combination that accounted for at least 0.05 percent of total MSRT executions in 2Q10.

**FIGURE 43.** Number of computers cleaned for every 1,000 MSRT executions in 2Q10, by operating system



("32" = 32-bit; "64" = 64-bit. Systems with at least 0.05 percent of total executions shown.)

◆ This data is normalized: The infection rate for each version of Windows is calculated separately, and the infection rate for each version is not affected by the number of computers running it.

◆ As in previous periods, infection rates for more recently released operating systems and service packs are consistently lower than earlier ones, for both client and server platforms. Windows 7, Windows Server 2008 SP2 (32-bit), and Windows Server 2008 R2 have the lowest infection rates on the chart.

◆ Infection rates for Windows XP RTM and SP1 are lower than those of more recent versions of Windows XP. MSRT installations on the older versions, which are no longer supported by Microsoft, have decreased significantly over the past several quarters as computers have been decommissioned or upgraded. As IT departments and computer users move to more recent service packs or Windows versions, computers that run older operating system versions are often relegated to non-production roles or other specialized environments, which may explain the lower infection rates.

◆ Infection rates for the 64-bit versions of Windows XP, Windows Vista, and Windows 7 are lower than for the corresponding 32-bit versions of those platforms; however, the same is not true of the Windows Server versions shown. One reason may be that 64-bit versions of Windows still appeal to a more technically savvy audience than their 32-bit counterparts, despite increasing sales of 64-bit Windows versions among the general computing population.

◆ Purchasers of Windows Server are likely to decide between 32-bit and 64-bit versions for reasons other than technical savvy, which would explain why the pattern for client versions is not replicated among server versions. The higher infection rates for the 64-bit versions of Windows Server 2003 SP2 and Windows Server 2008 SP2 might be explained by the increasing popularity of 64-bit web and database servers for web applications. These servers benefit from the performance enhancements that 64-bit computing provides but also require exposing the servers more directly to the Internet.

**FIGURE 44.** CCM trends for 32-bit versions of Windows XP, Windows Vista, and Windows 7, 3Q09–2Q10



◆ Windows 7 has consistently had a lower infection rate over the past four quarters than versions of Windows Vista, which have consistently had lower infection rates than versions of Windows XP since the original release of Windows Vista in 2006.

## Malware and Potentially Unwanted Software Families

Figure 45 lists the top 10 malware and potentially unwanted software families that were detected on computers by Microsoft desktop security products over the past two quarters.

**FIGURE 45.** Top 10 malware and potentially unwanted software families detected by Microsoft anti-malware desktop products in 1Q10 and 2Q10

| Rank | Family | Most Significant Category | 1Q10 | 2Q10 | 1 Year Trend |
|---|---|---|---|---|---|
| 1 | Win32/Taterf | Worms | 1,495,286 | 2,320,953 | |
| 2 | Win32/Frethog | Password Stealers & Monitoring Tools | 2,010,989 | 1,997,669 | |
| 3 | Win32/Renos | Trojan Downloaders & Droppers | 2,691,987 | 1,888,339 | |
| 4 | Win32/Rimecud | Worms | 1,807,773 | 1,748,260 | |
| 5 | Win32/Conficker | Worms | 1,496,877 | 1,663,349 | |
| 6 | Win32/Autorun | Worms | 1,256,356 | 1,645,851 | |
| 7 | Win32/Hotbar | Adware | 1,015,055 | 1,482,681 | |
| 8 | Win32/FakeSpypro | Miscellaneous Trojans | 1,244,353 | 1,423,528 | |
| 9 | Win32/Alureon | Miscellaneous Trojans | 1,463,885 | 1,035,079 | |
| 10 | Win32/Zwangi | Misc. Potentially Unwanted Software | 542,011 | 859,801 | |

◆ Win32/Taterf and Win32/Frethog, the two most commonly detected malware families in 2Q10, belong to a category of threats that are designed to steal passwords for popular online computer games and transmit them to the attackers. (See "Online Gaming-Related Families" on page 62 of *Microsoft Security Intelligence Report, Volume 5 [January through June 2008]* for more information about these threats.)

◆ Win32/Renos, the most prevalent threat in 1Q10, dropped to third in 2Q10. Renos is a family of trojan downloaders that is often used to install rogue security software. Since 2006, it has consistently been one of the threats most commonly detected by Microsoft anti-malware desktop products and services.

◆ Win32/Rimecud (ranked fourth overall) and Win32/Alureon (ranked ninth) were the two most commonly detected botnet families in 2Q10. (See "Battling Botnets for Control of Computers" on the *Security Intelligence Report* website for more information about botnets.)

## Rogue Security Software

*Rogue security software* has become one of the most common methods that attackers use to swindle money from victims. Rogue security software, also known as *scareware*, is software that appears to be beneficial from a security perspective but provides limited or no security, generates erroneous or misleading alerts, or attempts to lure users into participating in fraudulent transactions. These programs typically mimic the general look and feel of legitimate security software and claim to detect a large number of nonexistent threats while urging the user to pay for the "full version" of the software to remove the threats. Attackers typically install rogue security software programs through exploits or other malware or use social engineering to trick users into believing the programs are legitimate and useful. Some versions emulate the appearance of the Windows Security Center or unlawfully use trademarks and icons to misrepresent themselves. (See "Rogue Security Software" in the Reference Guide section of the *Security Intelligence Report* website for more information about this kind of threat, and see www.microsoft.com/security/antivirus/rogue.aspx for an informative series of videos about rogue security software aimed at a general audience.)

**FIGURE 46.** Some of the "brands" used by different variants of Win32/FakeXPA, one of the most prevalent rogue security software families in 2Q10



Microsoft | Security Intelligence Report

FIGURE 47. The countries and regions with the most rogue security software infections in 2Q10, with the number of computers cleaned in total and the top five rogue families in each location

| Worldwide | 4,391,982 | | United States | 3,036,867 | | United Kingdom | 330,719 |
|---|---|---|---|---|---|---|---|
| Win32/FakeSpypro | 1,424,275 | | Win32/FakeSpypro | 1,139,157 | | Win32/FakeSpypro | 71,660 |
| Win32/FakeXPA | 569,049 | | Win32/FakeXPA | 412,018 | | Win32/Winwebsec | 55,385 |
| Win32/FakeVimes | 559,076 | | Win32/FakeVimes | 346,553 | | Win32/FakeRean | 49,037 |
| Win32/FakeRean | 493,443 | | Win32/FakeRean | 344,285 | | Win32/FakeXPA | 48,665 |
| Win32/Winwebsec | 439,766 | | Win32/Winwebsec | 301,300 | | Win32/FakeVimes | 42,989 |

| Canada | 168,993 | | France | 121,401 | | Germany | 92,484 |
|---|---|---|---|---|---|---|---|
| Win32/FakeSpypro | 63,426 | | Win32/FakeSpypro | 22,276 | | Win32/FakeSpypro | 22,979 |
| Win32/Winwebsec | 27,146 | | Win32/FakeXPA | 14,653 | | Win32/FakeVimes | 12,141 |
| Win32/FakeVimes | 19,679 | | Win32/FakeVimes | 14,300 | | Win32/FakeXPA | 10,929 |
| Win32/FakeXPA | 15,964 | | Win32/FakeRean | 12,469 | | Win32/FakeCog | 8,749 |
| Win32/FakeRean | 12,914 | | Win32/Fakeinit | 11,547 | | Win32/FakeRean | 7,211 |

| Spain | 70,596 | | Australia | 64,047 | | Italy | 55,349 |
|---|---|---|---|---|---|---|---|
| Win32/FakeSpypro | 22,961 | | Win32/FakeSpypro | 21,714 | | Win32/FakeSpypro | 11,180 |
| Win32/FakeVimes | 10,812 | | Win32/FakeXPA | 9,427 | | Win32/FakeVimes | 8,585 |
| Win32/FakeRean | 8,067 | | Win32/FakeRean | 8,533 | | Win32/FakeRean | 7,428 |
| Win32/FakeXPA | 4,949 | | Win32/FakeVimes | 7,577 | | Win32/FakeXPA | 6,106 |
| Win32/FakeCog | 4,866 | | Win32/Winwebsec | 5,702 | | Win32/FakeCog | 5,031 |

◆ Most rogue security software is written in English, so the social engineering techniques they use tend to be more effective in English-speaking regions. Four of the top eight locations with the most rogue security software detections in 2Q10 have large English-speaking populations.

◆ Win32/FakeSpypro was the most commonly detected rogue security software family in 2Q10 worldwide and in each of the top locations, with more than twice as many detections as the next most prevalent family. Names under which FakeSpypro is distributed include AntispywareSoft, Spyware Protect 2009, and Antivirus System PRO. Detections for FakeSpypro were added to the MSRT in July 2009.

84

◆ Win32/FakeXPA was the second most commonly detected rogue security software family in 2Q10. FakeXPA is a persistent, frequently updated threat that uses a variety of techniques to evade detection and removal by legitimate security products. It is distributed under a large number of names, some of which are illustrated in Figure 46. Detections for FakeXPA were added to the MSRT in December 2008.

◆ All of the top rogue security software families have been persistent threats for several quarters. Malware creators do release new families from time to time, such as Win32/FakeYak, the tenth most commonly detected rogue security software family in 2Q10, which first appeared in late 2009 or early 2010. Generally, however, rogue security software creators have found success updating existing families with new branding and anti-detection techniques.

## Threats at Home and in the Enterprise

The behavior patterns of home users and enterprise users tend to be very different. Enterprise users typically use computers to perform business functions while connected to an enterprise network and may have limitations placed on their Internet and email usage. Home users are more likely to connect to the Internet directly or through a home router and to use their computers for entertainment purposes, like playing games, watching videos, and communicating with friends. These different behavior patterns mean that home users tend to be exposed to a different mix of computer threats than do enterprise users.

The infection telemetry produced by Microsoft desktop anti-malware products and tools includes information about whether the infected computer belongs to an Active Directory® domain. Domains are used almost exclusively in enterprise environments, whereas computers that do not belong to a domain are more likely to be used at home or in other non-enterprise contexts. Comparing the threats encountered by domain computers and non-domain computers can provide insights into the different ways attackers target enterprise and home users and which threats are more likely to succeed in each environment.

Figure 48 and Figure 49 list the top 10 families detected on domain-joined and non-domain computers in 1Q10 and 2Q10, respectively.

Microsoft | Security **Intelligence** Report

**FIGURE 48.** Top 10 families detected on domain-joined computers in 2Q10, by percentage of all infected domain-joined computers

| Rank | Family | Most Significant Category | 1Q10 | 2Q10 |
|---|---|---|---|---|
| 1 | Win32/Conficker | Worms | 21.3% | 22.0% |
| 2 | Win32/Rimecud | Worms | 9.0% | 9.8% |
| 3 | Win32/Autorun | Worms | 7.3% | 8.3% |
| 4 | Win32/Taterf | Worms | 4.1% | 6.9% |
| 5 | Win32/Frethog | Password Stealers & Monitoring Tools | 6.5% | 6.0% |
| 6 | Win32/RealVNC | Miscellaneous Potentially Unwanted Software | 5.6% | 5.4% |
| 7 | Win32/Hamweq | Worms | 7.0% | 5.3% |
| 8 | Win32/Renos | Miscellaneous Trojans | 5.2% | 3.4% |
| 9 | Win32/FakeSpypro | Miscellaneous Trojans | 2.3% | 3.0% |
| 10 | Win32/Bredolab | Trojan Downloaders & Droppers | 2.4% | 2.7% |

**FIGURE 49.** Top 10 families detected on non-domain computers in 2Q10, by percentage of all infected non-domain computers

| Rank | Family | Most Significant Category | 1Q10 | 2Q10 |
|---|---|---|---|---|
| 1 | Win32/Taterf | Worms | 4.8% | 8.0% |
| 2 | Win32/Frethog | Password Stealers & Monitoring Tools | 6.4% | 6.9% |
| 3 | Win32/Renos | Miscellaneous Trojans | 8.8% | 6.6% |
| 4 | Win32/Rimecud | Worms | 5.6% | 5.7% |
| 5 | Win32/Autorun | Worms | 3.8% | 5.4% |
| 6 | Win32/Hotbar | Adware | 3.4% | 5.3% |
| 7 | Win32/FakeSpypro | Miscellaneous Trojans | 4.1% | 4.9% |
| 8 | Win32/Conficker | Worms | 3.8% | 4.7% |
| 9 | Win32/Alureon | Miscellaneous Trojans | 4.8% | 3.6% |
| 10 | Win32/Zwangi | Miscellaneous Potentially Unwanted Software | 1.8% | 3.1% |

◆  Seven families are common to both lists, though ordered differently and in different proportions. The worm family Win32/Conficker, which employs several methods of propagation that work more effectively within a typical enterprise network environment than they do over the public Internet, leads the domain-joined list by a wide margin, but ranks eighth on the non-domain list.

- Worms accounted for 5 of the top 10 families detected on domain-joined computers. Several of these worms, including Conficker, Win32/Autorun, and Win32/Taterf, are designed to propagate via network shares, which are common in domain environments.

- The trojan family Win32/Alureon and the potentially unwanted software families Win32/Hotbar and Win32/Zwangi are all more common on non-domain computers than on domain-joined computers. Alureon is a large family of data-stealing trojans, some variants of which include bot components. Alureon variants typically perform such actions as stealing confidential information, downloading and executing arbitrary files, and redirecting URLs for popular search engines. (See "Battling Botnets for Control of Computers" on the *Security Intelligence Report* website for more information about Alureon.)

- Taterf and Win32/Frethog are two related families that are designed to steal the passwords of users playing massively multiplayer online role-playing games (MMORPGs). Such games are not common in the workplace, yet both families were detected with similar frequency on both domain-joined and non-domain computers. Taterf and Frethog both rely heavily on removable drives to propagate—a technique that was probably developed to help spread them in Internet cafés and public gaming centers, but one that has had the (perhaps unexpected) effect of spreading them efficiently in enterprise environments as well.

## Guidance: Defending Against Malicious and Potentially Unwanted Software

Effectively protecting users from malware requires an active effort on the part of organizations and individuals to maintain up-to-date anti-malware defenses and to stay informed about the latest developments in malware propagation techniques, including social engineering. For in-depth guidance, see "Protecting Against Malicious and Potentially Unwanted Software" in the Mitigating Risk section of the *Security Intelligence Report* website.

# Email Threats

Almost all of the email messages sent over the Internet are unwanted. Not only does all this unwanted email tax the recipients' inboxes and the resources of email providers, but it also creates an environment in which emailed malware attacks and phishing attempts can proliferate. Email providers, social networks, and other online communities have made blocking spam, phishing, and other email threats a top priority.

## Spam Trends and Statistics

The information in this section is compiled from telemetry data provided by Microsoft Forefront Online Protection for Exchange (FOPE), which provides spam, phishing, and malware filtering services for thousands of enterprise customers and tens of billions of messages per month. (See "Spam Trends" in the Reference Guide section of the *Security Intelligence Report* website for more information.)

◆ FOPE performs spam filtering in two stages. Most spam is blocked by servers at the network edge, which use reputation filtering and other non-content-based rules to block spam or other unwanted messages. Messages that are not blocked at the first stage are scanned using content-based rules, which detect and filter many additional email threats, including attachments that contain malware.

FIGURE 50. Percentage of incoming messages blocked by FOPE using edge-blocking and content filtering, 2006–2010



◆ In 2010 overall, only about 1 out of every 47.6 incoming messages made it to recipients' inboxes. The rest were blocked at the network edge or through content filtering.

◆ About 95.4 percent of all incoming messages were blocked at the network edge, which means that only 4.6 percent of incoming messages had to be subjected to the more resource-intensive content filtering process.

◆ As Figure 51 shows, the effectiveness of edge-filtering techniques such as IP address reputation checking, SMTP connection analysis, and recipient validation, have increased dramatically over the past several years, which enables mail-filtering services to provide better protection to end users even as the total amount of unwanted message traffic on the Internet remains as high as ever.

FIGURE 51. Inbound messages blocked by FOPE filters in 2Q10, by category



◆ Advertisements for nonsexual pharmaceutical products accounted for 31.9 percent of the spam messages blocked by FOPE content filters in 2Q10.

◆ Together with nonpharmaceutical product ads (19.3 percent of the total) and advertisements for sexual performance products (3.3 percent), product advertisements accounted for 53.9 percent of spam in 2Q09, which is down from 69.2 percent a year ago.

◆ In an effort to evade content filters, spammers often send messages that consist only of one or more images, with no text in the body of the message. Image-only spam messages accounted for 5.9 percent of the total in 2Q10.

FIGURE 52. An example of an image-only spam message



◆ Image-only spam messages have become less common recently. Messages that include images consume more network bandwidth than text-only messages, which reduces the number of messages a spammer can send in a given timeframe. Accordingly, spammers have begun to shift their evasion efforts to new techniques that use less bandwidth, like using link-shortening services to disguise malicious URLs.

**FIGURE 53.** Inbound messages blocked by FOPE content filters in 1Q10 and 2Q10, by category





◆ Nonsexual pharmaceutical ads and nonpharmaceutical product ads are consistently the most highly ranked categories from period to period, and 2010 has been no exception.

◆ As Figure 53 illustrates, spam categories can vary considerably from month to month as spammers conduct time-based campaigns, much like legitimate advertisers do. Spam that advertises fraudulent university diplomas, normally a low-volume category, increased nearly sixfold between February and March and was actually the third most prevalent category in March and April before declining to last place in June.

## Guidance: Defending Against Threats in Email

In addition to using a filtering service such as FOPE, organizations can take a number of steps to reduce the risks and inconvenience of unwanted email. Such steps include implementing email authentication techniques and observing best practices for sending and receiving email. For in-depth guidance, see "Guarding Against Email Threats" in the Mitigating Risk section of the *Security Intelligence Report* website.

# Malicious and Compromised Websites

Attackers often use websites to conduct phishing attacks or distribute malware. Malicious websites typically appear completely legitimate and often provide no outward indicators of their malicious nature, even to experienced computer users. To help protect users from malicious webpages, Microsoft and other browser vendors have developed filters that keep track of sites that host malware and phishing attacks and display prominent warnings when users try to navigate to them.

The information in this section is compiled from a variety of internal and external sources, including telemetry data produced by the SmartScreen® Filter (in Windows Internet Explorer 8), the Phishing Filter (in Internet Explorer 7), from a database of known active phishing and malware hosting sites reported by users of Internet Explorer and other Microsoft products and services, and from malware data provided by Microsoft anti-malware technologies. (See "Phishing" and "Malware Hosts" in the Reference Guide section of the *Security Intelligence Report* website for more information.)

**FIGURE 54.** The SmartScreen Filter in Internet Explorer 8 blocks reported phishing and malware distribution sites.



## Analysis of Phishing Sites

Figure 55 compares the volume of active phishing sites in the SmartScreen database each month with the volume of *phishing impressions* tracked by Internet Explorer. A phishing impression is a single instance of a user attempting to visit a known phishing site with Internet Explorer and being blocked.

FIGURE 55. Phishing sites and impressions tracked each month from January to June 2010, relative to the monthly average for each



- ◆ Sudden sharp spikes in impressions like the one shown in June are not unusual. Phishers often engage in discrete campaigns intended to drive more traffic to each phishing page, without necessarily increasing the total number of active phishing pages they are maintaining at the same time. In this case, the June increase is not strongly correlated with increases in any particular type of target institution.

- ◆ Phishing impressions and active phishing pages rarely correlate strongly with each other. The total number of active phishing pages tracked by Microsoft remained very stable from month to month, with no month deviating by more than about 15 percent from the six-month average.

## Target Institutions

Figure 56 and Figure 57 show the percentage of phishing impressions and active phishing sites, respectively, recorded by Microsoft during each of the first six months of 2010 for the most frequently targeted types of institutions.

**FIGURE 56.** Impressions for each type of phishing site each month from January to June 2010



**FIGURE 57.** Active phishing sites tracked each month from January to June 2010, by type of target



◆ For the current volume, the *Security Intelligence Report* has begun to track online gaming sites separately from other online services. Phishers have targeted gaming sites with increasing frequency over the past few months. In 2009, gaming sites accounted for about 1 percent of active phishing sites and 2 percent of impressions. By June 2010, gaming sites had increased to 6.7 percent of phishing sites and 16.6 percent of phishing impressions.



◆ Phishing sites that target social networks routinely receive the highest number of impressions per active phishing site. In May, sites that target social networks received 62.4 percent of all phishing impressions despite accounting for less than 1 percent of active phishing sites.

◆ As in previous periods, sites that target financial institutions accounted for the majority of active phishing sites, ranging from 85 to 90 percent of sites each month. Financial institutions targeted by phishers can number in the hundreds, and customized phishing approaches are required for each one. By contrast, just a handful of popular sites account for the bulk of the social network and online service usage on the Internet, so phishers can effectively target many more people per site. Still, the potential for direct illicit access to victims' bank accounts means that financial institutions remain perennially popular phishing targets, and they account for the majority of phishing impressions most months.

## Geographic Distribution of Phishing Sites

Phishing sites are hosted all over the world on free hosting sites, on compromised web servers, and in numerous other contexts. Performing geographic lookups of IP addresses in the database of reported phishing sites makes it possible to create maps that show the geographic distribution of sites and to analyze patterns.

**FIGURE 58.** Phishing sites per 1,000 Internet hosts for locations around the world in 2Q10



◆ Phishing sites are concentrated in a few locations but have been detected on every inhabited continent.

◆ Locations with smaller populations and fewer Internet hosts tend to have higher concentrations of phishing pages, although in absolute terms most phishing pages are located in large, industrialized countries/regions with large numbers of Internet hosts.

## Analysis of Malware Hosts

The SmartScreen Filter in Internet Explorer 8 helps provide protection against sites that are known to host malware, in addition to phishing sites. The SmartScreen anti-malware feature uses URL reputation data and Microsoft anti-malware technologies to determine whether those servers are distributing unsafe content. As with phishing sites, Microsoft keeps track of how many people visit each malware hosting site and uses the information to improve the SmartScreen Filter and to better combat malware distribution. (See "Malware Hosts" in the Reference Guide section of the *Security Intelligence Report* website for more information.)

### Types of Malware Distributed Over the Web

Figure 59 and Figure 60 explore the threats hosted at URLs blocked by the SmartScreen Filter in 2Q10.

FIGURE 59. Threats hosted at URLs blocked by the SmartScreen Filter in 2Q10, by category





FIGURE 60. The top 10 malware families hosted on sites blocked by the SmartScreen Filter in 2Q10

| Rank | Threat Name | Most Significant Category | Percent of Malware Impressions |
|------|-------------|--------------------------|-------------------------------|
| 1 | Win32/MoneyTree | Misc. Potentially Unwanted Software | 61.1 |
| 2 | Win32/FakeXPA | Miscellaneous Trojans | 3.3 |
| 3 | Win32/VBInject | Misc. Potentially Unwanted Software | 2.3 |
| 4 | Win32/Winwebsec | Miscellaneous Trojans | 2.0 |
| 5 | Win32/Obfuscator | Misc. Potentially Unwanted Software | 1.9 |
| 6 | Win32/Pdfjsc | Exploits | 1.4 |
| 7 | Win32/Small | Trojan Downloaders & Droppers | 1.3 |
| 8 | Win32/Bancos | Password Stealers & Monitoring Tools | 1.3 |
| 9 | Win32/Swif | Miscellaneous Trojans | 1.2 |
| 10 | WinNT/Citeary | Misc. Potentially Unwanted Software | 1.1 |

◆ Overall, sites hosting the top 10 families constituted 76.9 percent of all malware impressions, up from 71.4 percent last year.

◆ Miscellaneous Potentially Unwanted Software accounted for nearly three quarters of all malware impressions, primarily because of Win32/MoneyTree. MoneyTree, which accounted for 31.6 percent of malware impressions in the second half of 2009, now accounts for 61.1 percent of malware impressions.

◆ Win32/VBInject, Win32/Obfuscator, Win32/Pdfjsc, Win32/Small, and Win32/Swif are all generic detections for collections of unrelated threats that share certain identifiable characteristics.

## Geographic Distribution of Malware Hosting Sites

Figure 61 shows the geographic distribution of malware hosting sites reported to Microsoft in 2Q10.

**FIGURE 61.** Malware distribution sites per 1,000 Internet hosts for locations around the world in 2Q10



◆ Locations with high concentrations of malware hosting sites include China (16.5 malware hosting sites per 1,000 Internet hosts), Ukraine (14.4), the Netherlands (11.1), and Israel (9.4).

◆ Mexico, Japan, and Finland all had fewer than 0.1 malware hosting sites per 1,000 Internet hosts. Other locations with low concentrations of malware hosting sites include Australia, New Zealand, Croatia, and South Africa.

## Analysis of Drive-By Download Sites

A *drive-by download* site is a website that hosts one or more exploits that target vulnerabilities in web browsers and browser add-ons. Users with vulnerable computers can be infected with malware simply by visiting such a website, even without attempting to download anything.

Search engines such as Bing™ have taken a number of measures to help protect users from drive-by downloads. Bing analyzes websites for exploits as they are indexed and displays warning messages when listings for drive-by download pages appear in the list of search results. (See "Drive-By Download Sites" in the Reference Guide section of the *Security Intelligence Report* website for more information about how drive-by downloads work and the steps Bing takes to protect users from it.)

The information in this section was generated from an analysis of the country code top-level domains (ccTLDs) of the websites in the Bing index that hosted drive-by download pages in 1H10.

FIGURE 62. Number of websites per 1,000 in each country code top-level domain that hosted drive-by download pages in 1H10



- In 1H10, drive-by download pages accounted for about 0.3 of every 1,000 pages in the Bing index and appeared on about 2 of every 1,000 search results pages displayed to users during that time.

- In absolute terms, the .cn domain (associated with China) hosted more drive-by sites than any other ccTLD, with 5.8 percent of all drive-by download sites found in 1H10. Next on the list were .ru (associated with Russia) with 2.8 percent of all drive-by sites, .de (associated with Germany) with 2.8 percent, and .uk (associated with the United Kingdom) with 1.7 percent.

- Among the largest country-code top-level domains (ccTLDs), .cn had the highest rate of infection, with 6.7 of every 1,000 websites in the .cn TLD found to be hosting drive-by download pages. In second place was .ru (associated with Russia), with 2.3 of every 1,000 .ru domains infected. The .jp (associated with Japan), .uk (associated with the United Kingdom), and .de (associated with Germany) ccTLDs each had a drive-by infection rate of about 1 of every 1,000 websites.

- Among mid-sized ccTLDs, .th (associated with Thailand) and .ae (associated with the United Arab Emirates) each had a drive-by infection rate of about 10.2 of every 1,000 websites. About 5.1 of every 1,000 websites in the .my TLD (associated with Malaysia) were found to be hosting drive-by download pages, along with 4.9 of every 1,000 sites in the .id TLD (associated with Indonesia).

◆ Overall, the most heavily infected ccTLDs were small ones. Small TLDs are susceptible to large swings in infection rate because of their size. For example, if a major ISP in a small country or region were to become compromised by an attacker, it could affect a large percentage of the domains in the associated ccTLD.

◆ Figure 62 does not reflect the physical locations of hosted sites; not all ccTLD sites are hosted in the locations to which the ccTLDs themselves are assigned. However, most ccTLD sites are targeted at Internet users in a particular country/region and are typically written in an appropriate language, so Figure 62 can be taken as a reasonable indicator of how users in different parts of the world are more or less at risk of encountering drive-by download pages.

## Automated SQL Injection Attacks

SQL injection is a technique used by attackers to damage or steal data from databases that use Structured Query Language (SQL) syntax to control information storage and retrieval. SQL injection attacks involve entering malicious SQL statements into fields that accept user data, such as text fields on a webpage. If the program or script that processes the input does not properly validate it, an attacker may be able to execute arbitrary database commands. Attackers use SQL injection to delete or alter sensitive records, upload malware to a website, or perform other harmful actions. (See "Automated SQL Injection Attacks" in the Reference Guide section of the *Security Intelligence Report* website for more information about SQL injection and the automated tools attackers use to find and exploit vulnerable websites.)

Microsoft uses a number of methods to detect and track websites that have been victimized by certain classes of automated SQL injection attack. Figure 63 and Figure 64 show how different TLDs were affected in 1H10.

FIGURE 63. Top 10 TLDs affected by SQL injection attacks in 1H10

| Rank | TLD | Associated with | Victimized pages |
|------|------|------------------------|-----------------|
| 1 | .tr | Turkey | 88,378 |
| 2 | .com | Commercial entities | 43,144 |
| 3 | .org | Nonprofit organizations | 18,331 |
| 4 | .net | Network infrastructure | 5,206 |
| 5 | .ru | Russia | 5,179 |
| 6 | .it | Italy | 3,395 |
| 7 | .ro | Romania | 1,817 |
| 8 | .uk | United Kingdom | 1,812 |
| 9 | .my | Malaysia | 1,773 |
| 10 | .nl | Netherlands | 1,545 |



**FIGURE 64.** Websites victimized by SQL injection in 1H10, by ccTLD



- ◆ The .tr TLD, associated with Turkey, was the TLD with the most domains affected by automated SQL injection attacks in 1H10, both in absolute terms and as a percentage of all domains in the TLD.

- ◆ The list of the most affected TLDs can change significantly between periods, as victimized sites resolve their problems and attackers discover other vulnerable sites. The .tr TLD, which ranked first in 1H10, ranked 63rd in 2H09. In fact, with the exception of the heavily used generic TLDs .com, .net, and .org, none of the TLDs in the top 10 in 1H10 were also on the list in 2H09.

## Guidance: Protecting Users from Unsafe Websites

Organizations can best protect their users from malicious and compromised websites by mandating the use of web browsers with appropriate protection features built in and by promoting safe browsing practices. For in-depth guidance, see the following resources in the Mitigating Risk section of the *Security Intelligence Report* website:

- ◆ Promoting Safe Browsing

- ◆ Protecting Your People

For information about how website owners can protect their sites from SQL injection attempts, see "Guarding Against SQL Injection" in the Mitigating Risk section of the *Security Intelligence Report* website.

# Managing Risk

*T*his section features information and tips from two groups at Microsoft that have practical, real-world experience managing malware outbreaks and safeguarding networks, systems, and people: Microsoft IT (MSIT), which manages the enterprise computing infrastructure at Microsoft, and Microsoft Customer Service and Support (CSS), which provides support information and services to Microsoft customers worldwide. The information presented here describes how these two groups have met the challenges posed by malware and security threats in their areas of responsibility. Not all of the details are likely to be relevant to security-related scenarios elsewhere, but Microsoft hopes that this information will give readers useful ideas for improving their own incident prevention and response plans. For comprehensive security guidance related to the aspects of security covered in this report, see the *Managing Risk* section of the Security Intelligence Report *website.*

# Making Microsoft More Secure

*Microsoft IT (MSIT)*

*Microsoft IT (MSIT) provides information technology services internally for Microsoft employees and resources. MSIT manages 900,000 devices for 180,000 end users across more than 100 countries and regions worldwide, with approximately 2 million remote connections per month. Safeguarding a computing infrastructure of this size requires implementation of strong security policies, technology to help keep malware off the network and away from mission-critical resources, and dealing with malware outbreaks swiftly and comprehensively when they occur.*

The *Security Intelligence Report* typically focuses primarily on the technological aspects of malware and security, supported by in-depth telemetry data from multiple products and services. However, for IT departments looking to secure their networks,  the non-technical aspects of security—policies, planning, education, awareness, and others—can be just as important. MSIT has had considerable experience on both sides of the equation, and we hope that information about the policies we've implemented can benefit others.

The IT Showcase section of the Microsoft TechNet Library (technet.microsoft.com) includes a variety of articles and papers from MSIT about all aspects of IT administration. In this section we present a small sample of the IT Showcase material we have published on the subject of security. See technet.microsoft.com/library/bb687780.aspx for the full Microsoft IT Showcase collection, and see technet.microsoft.com/library/bb687795.aspx for the full versions of these and other security-related articles.

## Information Security Policies

*Excerpt from "Information Security at Microsoft Overview" (technet.microsoft.com/library/bb671086.aspx), updated November 2007*

Microsoft uses a layered approach to information security policies. This approach evolved out of business needs that remain fueled by an appreciation of the value of information assets, an evolving threat landscape with intentional and unintentional breaches and loss of information, and technology advancements enacted within and outside the company. The information security policies at Microsoft include:

◆ **Microsoft Information Security Program (MISP) Policy.** This policy establishes accountabilities that require Microsoft to operate a security program. It also establishes a framework for a risk-based and policy-based approach to protecting assets.

◆ **Information Security Policy.** This policy contains principles for protecting and properly using corporate resources. It supports specific security standards, operating procedures, and guidelines for business units.

◆ **Information Security Standards.** This policy provides requirements and prescriptive guidance that enable users to comply with the Information Security Policy.

## Business Drivers for Information Security Policies

Information security policies demonstrate company values and drive desired behaviors. They help ensure regulatory compliance and alignment with industry standards, and they are useful for conducting internal audits. Audits help ensure that company procedures support policies and that employees are following the procedures; they also help measure the overall security health of the organization. Without policies to govern the corporate infrastructure, the potential for loss of intellectual property, personally identifiable information (PII), and customer data increases dramatically.

Figure 65 illustrates how Microsoft manages risk by using security policies that drive behavior, support values, and limit exceptions.

**FIGURE 65.** How Microsoft uses information security policies



## Policy Management

Microsoft IT must enforce all of its unique security policies consistently to maintain credibility. Involving key executives during the authorization process lends influence and credence. Implementing a repeatable process ensures that the appropriate roles, responsibilities, and administrative controls are in place.

**Promoting awareness:** If users are not aware of policies and standards, they cannot be held accountable for compliance. A scenario-based view of these requirements enables users to glean only those requirements that correspond to common usage scenarios. In the

future, corresponding scenario-based awareness tactics will help users learn about these requirements. Additionally, employees attend an orientation that introduces information security policies and standards and explains where to find them. An awareness team provides online training and monthly policy communications.

**Monitoring and enforcement:** A comprehensive security scorecard is being developed to help the businesses understand their progress against mitigating security risks.

## Promoting Awareness

*Excerpt from "Information Security at Microsoft Overview" (techquet.microsoft.com/library/ bb671086.aspx), updated November 2007*

Strong security is a business enabler that helps improve productivity and protect assets. For any organization, awareness is one of the primary tools used to achieve strong security levels. However, raising security awareness among staff continues to be a key challenge.

Successful security efforts must address three key elements: *people, processes,* and *technology*. Developing clear and effective policies is an integral part of promoting security and compliance. Poor security awareness is one of the primary barriers to achieving strong security levels. Creating an awareness and understanding of those policies is an essential enterprise responsibility.

## Security Awareness Program

Because human behavior is an unknown variable, making it the weakest link in the security chain, a security awareness program is required to encourage large numbers of employees to behave consistently with respect to security requirements. The program must inspire individuals to be proactive in preventing security incidents. The program must also be able to reach the constant influx of new employees, vendors, and contingent staff.

Components of the Microsoft IT Security Awareness Program include:

◆ **Creating partnerships.** The challenge of security awareness is creating strong and effective partnerships from which all groups can benefit in a collaborative effort. Each group must help the other achieve its individual goals. In these joint efforts, care should be taken to not dilute the message of any one group.

◆ **Mitigating risk.**

  ◆ Keep security messages fresh and in circulation.

  ◆ Target new employees and current staff members.

  ◆ Set goals to ensure a high percentage of the staff is trained on security best practices.

  ◆ Repeat the information to help raise awareness.

- **Communication vehicles.** Multiple communication vehicles should be used to reach as many people as possible. These include:

  - Mandatory online training.

  - In-depth learning guides.

  - Monthly newsletters.

  - Monthly and bi-monthly electronic magazine articles.

  - Printed collateral.

  - Websites.

- **Technologies that support Microsoft security awareness.** Use innovative media to "socialize" your security messaging from "no" to "how" by telling what users "can do" instead of what they "cannot." These include:

  - **Learning management system.** Host and track participation in online training sessions.

  - **Microsoft Office.** Create in-depth guides by using Microsoft Office PowerPoint®; deliver newsletters and electronic magazines by using Microsoft Office Word and Microsoft Office Outlook.

  - **Windows Media® Player (.wmv files).** Create security awareness videos or podcasts for online training, new-employee orientations, and on-demand content from websites.

  - **Windows SharePoint® Services.** Create an internal security website by using the integrated custom scenario tool.

Build a security awareness program in your organization today with the Microsoft Security Awareness Toolkit (go.microsoft.com/?Linkid=9510357) and TechNet program material (technet.microsoft.com/security/cc165442.aspx.)

## Defending Against Malware

*Excerpts from "Information Security at Microsoft Overview" and IT Showcase Productivity Guides*

Malicious software is an ever-present threat, and the trend to target malicious software to specific companies and users has kept this a top priority for the Information Security team. By some measurements, the Microsoft network is one of the largest private sector cyberattack targets in the world.

## Secure Infrastructure

Some of the essential defense-in-depth layers that Microsoft IT has implemented include the following:

◆ **Two-factor authentication.** Active Directory Domain Services policies that require certificates stored on smart cards for two-factor authentication for all remote, or VPN, connections to Microsoft. Microsoft IT deployed smart cards to help protect user identities from credential reuse and other malicious intent. Smart cards take advantage of Windows technologies, including the Certificate Services feature and Public Key Infrastructure (PKI) security, Microsoft Base Smart Card cryptographic service provider (CSP), and Extensible Authentication Protocol/Transport Layer Security (EAP/TLS).

◆ **Secure Remote User access to the network.** Remote access solutions that require only a user name and a password can allow untrustworthy devices to access the corporate network. Microsoft IT implemented a solution that consists of a number of technologies to help secure remote access connections on the corporate network as part of the Secure Remote User framework. After logon, if the systems do not meet configuration requirements, the users remain in the quarantine network.

◆ **Enforcement of strong passwords.** Passwords are the keys to the enterprise network. Microsoft IT enforces strong password policies for all network users. With strict policies and attributes in place, passwords are far less vulnerable.

◆ **Security-enhanced wireless access.** An upgrade to the wireless network provided security capabilities such as network segmentation, certificate-based network access, and centralized management and monitoring of network devices.

◆ **Implementation of network intrusion detection systems (NIDS).** The Information Security team employed a NIDS platform with real-time event correlation technology to achieve a high level of knowledge about the state of the network, presence of malicious activity, and threat exposure on global and local levels. Prior to this, the response to malicious network attacks was highly reactive and consumed a significant amount of resources and time.

◆ **Network segmentation.** Because Microsoft IT does not manage all computers on the Microsoft internal network, isolating trusted, domain-managed computers from unmanaged computers reduces the risk of network compromise. Deploying Internet Protocol security (IPsec) across the corporate network provides a better understanding of where unmanaged computers exist and why they are in use. These trusted computers can be configured to allow only incoming connections from other trusted computers.

◆ Network Access Protection (NAP). A Microsoft platform and solution that controls access to network resources based on a client computer's identity and compliance with an organization's governance policy. NAP allows network administrators to define specific levels of network access based on a client computer's identity, the groups to which the client belongs, and the degree to which that client is compliant

with an organization's governance policy. If a client is not compliant, its access to the network is limited. NAP also provides a mechanism to automatically make it compliant and then dynamically increase its level of network access.

◆ DirectAccess. A feature of Windows 7 and Windows Server 2008 R2 that can be used with NAP to allow remote users to safely and securely access enterprise shares, websites, and applications without connecting to a virtual private network (VPN).

◆ Microsoft System Center Configuration Manager (SCCM). A management solution for comprehensively assessing, deploying, and updating servers, clients, and devices across physical, virtual, distributed, and mobile environments.

◆ Microsoft System Center Operations Manager (SCOM). An end-to-end service-management product that enables operations and IT management teams to identify and resolve issues affecting the health of distributed IT services.

◆ **User Account Control (UAC).** UAC provides additional security for users who require administrative access at times. With UAC, users cannot run with their full administrator access token without giving explicit consent. By default, all users, even those with full administrative access, run as if their account has standard user access. When Windows Vista and Windows 7 determine that a particular action requires the full administrator access token, the UAC service alerts the user that the action requires consent to run with the user's full access token.

The best approach to combating malicious software is using a combination of these mechanisms. An organization should test and evaluate these mechanisms prior to implementation to ensure the best selection for a particular environment. After implementation, continuing to test and evaluate is critical to ensure that the best software and solutions are in use.

## Protect Your Computer

Every computer connected to a corporate network is a gateway. Therefore, you must guard it against intruders trying to gain unauthorized access to corporate resources and intellectual property.

A number of the best practices Microsoft has implemented can help protect your organization from potential threats:

◆ **Install updates regularly.** Keep your software up to date at home and at the office. Microsoft Information Technology (IT) recommends using automatic updates to ensure you always have the latest software, updates, and virus protection. By default, when you connect to your domain, Microsoft Exchange resets your Windows Update settings so that it runs automatically.

◆ **Use passwords for security.** Select strong, hard-to-hack passwords, which act as your computer's first line of defense for protecting your data and intellectual property, and the organization's network.

◆ **Set a password for your screen saver.** MSIT recommends that you use your Windows password in combination with your screen saver to prevent unauthorized access to your computer and the corporate network when you are not working on it.

◆ **Lock your computer.** This enables you to leave programs open and running but helps protect the corporate network and resources from unauthorized access.

◆ **Install and enable anti-malware software.** Even for an expert, removing a virus from a computer can be a daunting task without the help of tools designed for the job. Malware programs can be designed to reinstall themselves after they have been detected and removed. Use anti-malware software to help remove (and prevent) unwanted software.

◆ **Windows BitLocker® Drive Encryption.** Uses hardware-based full-volume data encryption technology that requires a user to enter a personal identification number (PIN) or provide a startup key to start a computer. It allows access to your protected data only after you log on to computers running Windows Vista or newer. Additionally, BitLocker To Go™, which is available in Windows 7 only, prevents unauthorized data access on your portable storage devices, including a universal serial bus (USB) flash drive.

◆ **Install from trusted sources.** Do not install programs from the Internet unless you are familiar with the source. This includes freeware and shareware, which carry a high risk of containing malicious code. If you install software from sources that you do not know, you are compromising your computer and other computers on your network. Do not assume that an application or software is safe just because a trusted website contains a link to it.

◆ **Click links after verifying source.** Even if the link is in an email or instant messaging (IM) conversation from someone you know it does not mean it was sent by them. Verify origin through the person or contact before you click as this is a common gateway for malware on the network.

## Other Resources

MSIT has published a number of multimedia resources dedicated to planning, implementing, and managing security in a Windows-based environment, including the following:

◆ Managing Network Access Protection at Microsoft (Technical White Paper | IT Pro Webcast | WMA | MP3)

◆ Managing Network Health Using Network Access Protection (IT Pro Webcast)

◆ Addressing messaging threats with Forefront Security for Exchange Server (Technical White Paper | PowerPoint Presentation | IT Pro Webcast | WMA | MP3)

◆ Securing the Client Desktop using Forefront Client (Technical White Paper | PowerPoint Presentation | IT Pro Webcast | WMA | MP3)

# Malware Response Case Study

*Microsoft Customer Service and Support (CSS)*

*With more than 3.3 billion customer interactions a year spanning every inhabited continent, Microsoft Customer Service and Support (CSS) is one of the largest technical support providers in the world. CSS delivers a variety of preventive and reactive support offerings through the online self-help resources at support.microsoft.com, call center and online assisted support, and onsite support for enterprise customers with support agreements. CSS is often the first point of contact for Microsoft customers when they require assistance to deal with a malware infection.*

CSS Security Support investigates and remediates malware outbreaks for many enterprise customers. This section describes the steps CSS support technicians followed to resolve a malware outbreak at a customer site in 2010. There really isn't any such thing as a "typical" remediation effort—every outbreak is different, and the steps described here shouldn't be taken as an instruction manual that needs to be followed. Rather, this section is intended to illustrate the kind of problem-solving approach that CSS uses to diagnose and remediate malware issues for customers.

## Isolate the Computer

The first step in dealing with an outbreak usually involves removing the infected computer or computers from the network. Many malware infections include worm components that attempt to spread to other computers via removable drives, network shares, or other connections, so disconnecting an infected computer can help prevent other computers from becoming infected. Disconnecting the computer also prevents further communication between the malware and the attacker, such as sensitive information or additional malware payloads.

## Identify the Malware

If there is reason to believe that malware might be installed on a computer and the customer's antivirus software is not able to detect it, the first step is to determine what file(s) or running processes are malware. CSS support technicians use a number of tools and utilities to diagnose and report problems, including Microsoft antivirus software such as Microsoft Security Essentials, the TechCenter security tools (technet.microsoft.com/security/cc297183.aspx), and Windows Sysinternals (technet.microsoft.com/sysinternals) tools such as Autoruns, Process Monitor, and Process Explorer.

In this case, the support technician runs the symbol checking utility Checksym to produce a report on all running processes and modules. The technician is looking for suspicious items such as:

◆ Files or processes without company or file header information.

◆ Files or processes with no symbols.

◆ Processes running from unusual paths.

◆ Loaded drivers with odd or random-seeming names.

Microsoft | Security **Intelligence** Report

For example, Figure 66 shows a suspicious process, YDALDPUOJ.EXE, found on a customer's computer. This process is running from an unusual path and lacks any symbol or company information in the header.

**FIGURE 66.** A suspicious process running on a compromised computer



By contrast, a typical signed executable like Notepad.exe includes symbol, checksum, and company information in the file header, as shown in Figure 67.[1]

**FIGURE 67.** Checksym output for a legitimate program



## Determine How the Malware Starts

When we locate a suspicious process or file, we determine how it automatically starts at each reboot or logon by inspecting the auto start extensibility points (ASEPs) using tools such as Autoruns and Autorunsc from Windows Sysinternals. Autoruns details the filename, path, hash, and ASEP of the suspicious item.

As Figure 68 shows, this suspicious program starts from the registry key **HKEY_LOCAL_MACHINE\SOFTWARE\Microsoft\Windows\CurrentVersion\Run** and appears to target Microsoft Security Essentials. Figure 68 also shows a scheduled task, ydaldpuoj.job, with the same name as the suspicious executable. The scheduled task launches what appears to be a suspicious JavaScript file, sconnect.js.

---

[1]  To verify the integrity of notepad.exe itself, the support technician can use a utility such as Sigcheck to verify the file signature or a utility such as the File Checksum Integrity Verifier to verify the file's MD5 or SHA1 hash1.

**FIGURE 68.** Autoruns output that shows how a malicious executable starts



At this point, the file is submitted to the MMPC so researchers can perform additional analysis on the threats and create detections that can be added to Microsoft anti-malware signature files. (Support professionals and others can submit possible malware samples at https://www.microsoft.com/security/portal/Submission/Submit.aspx.) Microsoft currently detects the .exe and .js files as Backdoor:Win32/Qakbot.gen!A and TrojanDownloader:JS/Qakbot.D, respectively.

Now that we are certain that the suspicious files are malware, we ensure that the customer's antivirus software is updated to detect this particular variant.

## How Was the Malware Installed?

Next, we determine how the malware was installed on the computer. Did it come from another computer on the network, or did it come from an external source? Did a vulnerability in an installed program or component allow the malware onto the computer? Was the user enticed to click a malicious link on a website? To answer these questions, we collect and inspect various data, including event logs, firewall logs, timestamps, and registry dumps that can help us determine what was going on when the file appeared on the computer (assuming that the creation date and time of the file is correct). We can use the Microsoft Baseline Security Analyzer (MBSA) to determine which Microsoft security updates have and have not been installed on the computer. The success of these actions will vary depending on the complexity and nature of the malware. Large malware outbreaks require an incident plan and specialists who are trained to handle an emergency.

Microsoft | Security **Intelligence** Report

**FIGURE 69.** MBSA output showing missing security updates



We also inspect browser cache files to determine whether any suspicious downloads occurred around the time the file appeared on the computer, using tools such as Strings.exe, a Sysinternals utility that finds and locates text strings in binary files. In this case, the Strings.exe output from an Internet Explorer cache file (index.dat) appears to show the system account being used to download a file.

**FIGURE 70.** Evidence of suspicious activity in an Internet Explorer cache file



We'll also correlate the registry timestamp of all locations in the registry that were modified by the malware (in this case the **Run** key in HKLM, as explained earlier).

## Determine Malware Connectivity

Next, we determine whether the malware attempts to connect to a remote host. This information can be ascertained by various methods, including:

◆  Monitoring network traffic in the customer's environment.

◆  Using Netstat or another network tool that details processes and their endpoints, such as TCPView from Sysinternals.

◆  Use Strings.exe to display the readable text output contained within the binary of the malware. These readable strings sometimes reveal remote locations, such as the following, from another trojan downloader:

**FIGURE 71.** String output from a trojan downloader



## Remediate the Malware

In enterprise environments, user workstations are typically built from standard disk images. In such scenarios, the fastest way to recover from an infection is often to format the hard disk and rebuild the computer from the appropriate image. If that is impossible or infeasible, we take steps to remove the infection that incorporate best practices and are tailored to the specific malware being dealt with. As a general rule, the basic procedure is as follows:

**1.** Kill the malicious running processes.

**2.** Delete the auto start extensibility points (ASEPs) that are used to launch the malware.

**3.** Delete the malware files themselves, if possible.

**4.** Undo any registry changes that the malware had implemented, if possible.

**5.** Return the computer to the production environment only after it has been scanned with the customer's antivirus solution using the latest signatures and no further infections are found.

## Recommendations

MSIT recommends the following preventive and reactive actions in the wake of an outbreak:

◆ Keep all computers up to date with the latest security updates from Microsoft and other software vendors, including updates for browser add-ins. Ensure that Automatic Update is enabled and connecting to the Microsoft Update service.

◆ Install and run MBSA to scan computers for common security misconfigurations and missing security updates. MBSA can be downloaded at www.microsoft.com/technet/security/tools/mbsahome.mspx

◆ Ensure that antivirus definition files are up to date on all computers. Consult the documentation provided by your antivirus software provider for more information.

◆ Advise any users whose computers were infected to change their passwords immediately. This includes not only Windows and domain passwords, but passwords for instant messaging applications, external websites, and other passwords that may have been stored or cached on any infected computers.

◆ Follow guidelines for requiring strong passwords and expiring passwords periodically. For more information, see "Password Best Practices" on Microsoft TechNet. For more information about strong passwords, see "Create strong passwords" from Microsoft Online Safety.

◆ Block all malicious websites that are discovered at the perimeter firewall.

◆ Configure the perimeter firewall to block all non-business-related outgoing ports to prevent malware from communicating with the attacker.

◆ Be aware of the details of privacy and breach notification laws in all regions in which you conduct business. Work closely with your general counsel to follow the proper procedure.

# Appendices

# Appendix A: Threat Naming Conventions

The MMPC malware naming standard is derived from the Computer Antivirus Research Organization (CARO) Malware Naming Scheme, originally published in 1991 and revised in 2002. Most security vendors use naming conventions based on the CARO scheme, with minor variations, although family and variant names for the same threat can differ between vendors.

A threat name can contain some or all of the components seen in Figure 72.

FIGURE 72. The Microsoft malware naming convention



The *type* indicates the primary function or intent of the threat. The MMPC assigns each individual threat to one of a few dozen different types based on a number of factors, including how the threat spreads and what it is designed to do. To simplify the presentation of this information and make it easier to understand, the *Security Intelligence Report* groups these types into 10 categories. For example, the TrojanDownloader and TrojanDropper types are combined into a single category, called Trojan Downloaders & Droppers.

The *platform* indicates the operating environment in which the threat is designed to run and spread. For most of the threats described in this report, the platform is listed as "Win32," for the Win32 API used by 32-bit and 64-bit versions of Windows desktop and server operating systems. (Not all Win32 threats can run on every version of Windows, however.) Platforms can include programming languages and file formats, in addition to operating systems. For example, threats in the ASX/Wimad family are designed for programs that parse the Advanced Stream Redirector (ASX) file format, regardless of operating system.

Groups of closely related threats are organized into *families,* which are given unique names to distinguish them from others. The family name is usually not related to anything the malware author has chosen to call the threat; researchers use a variety of techniques to name new families, such as excerpting and modifying strings of alphabetic characters found in the malware file. Security vendors usually try to adopt the name used by the first vendor to positively identify a new family, although sometimes different vendors use completely different names for the same threat, which can happen when two or more vendors discover a new family independently. The MMPC Encyclopedia (http://www.microsoft.com/security/portal) lists the names used by other major security vendors to identify each threat, when known.

Some malware families include multiple components that perform different tasks and are assigned different types. For example, the Win32/Frethog family includes variants designated PWS:Win32/Frethog.C and TrojanDownloader:Win32/Frethog.C, among others. In the *Security Intelligence Report*, the category listed for a particular family is the one that

Microsoft security analysts have determined to be the most significant category for the family (which in the case of Frethog is Password Stealers & Monitoring Tools).

Malware creators often release multiple *variants* for a family, typically in an effort to avoid being detected by security software. Variants are designated by letters, which are assigned in order of discovery—A through Z, then AA through AZ, then BA through BZ, and so on. A variant designation of "gen" indicates that the threat was detected by a generic signature for the family rather than as a specific variant. Any additional characters that appear after the variant provide comments or additional information.

In the *Security Intelligence Report,* a threat name consisting of a platform and family name (like "Win32/Taterf") is a reference to a family. When a longer threat name is given (like "Worm:Win32/Taterf.K!dll"), it is a reference to a more specific signature or to an individual variant. To make the report easier to read, family and variant names have occasionally been abbreviated in contexts where confusion is unlikely. Thus, Win32/Taterf is referred to simply as "Taterf" on subsequent mention in some places, and Worm:Win32/Taterf.K simply as "Taterf.K."

# Appendix B: Data Sources

## Microsoft Products and Services

Data included in the *Microsoft Security Intelligence Report* is gathered from a wide range of Microsoft products and services. The scale and scope of this telemetry allows the *Security Intelligence Report* to deliver the most comprehensive and detailed perspective on the threat landscape available in the software industry:

◆ Bing, the search and decision engine from Microsoft, contains technology that performs billions of webpage scans per year to seek out malicious content. Once detected, Bing displays warnings to users about the malicious content to help prevent infection.

◆ Windows Live Hotmail® has hundreds of millions of active email users in more than 30 countries/regions around the world.

◆ Forefront Online Protection for Exchange protects the networks of thousands of enterprise customers worldwide by helping to prevent malware from spreading through email. FOPE scans billions of email messages every year to identify and block spam and malware.

◆ Windows Defender is a program, available at no cost to licensed users of Windows, that provides real-time protection against pop-ups, slow performance, and security threats caused by spyware and other potentially unwanted software. Windows Defender runs on more than 100 million computers worldwide.

◆ The Malicious Software Removal Tool (MSRT) is a free tool designed to help identify and remove prevalent malware families from customer computers. The MSRT is primarily released as an important update through Windows Update, Microsoft Update, and Automatic Updates. A version of the tool is also available from the Microsoft Download Center. The MSRT was downloaded and executed 3.2 billion times in 1H10, or nearly 550 million times each month on average. The MSRT is not a replacement for an up-to-date antivirus solution because of its lack of real-time protection and because it uses only the portion of the Microsoft antivirus signature database that enables it to target specifically selected, prevalent malicious software.

◆ Microsoft Forefront Client Security is a unified product that provides malware and potentially unwanted software protection for enterprise desktops, laptops, and server operating systems. Like Windows Live OneCare, it uses the Microsoft Malware Protection Engine and the Microsoft antivirus signature database to provide real-time, scheduled, and on-demand protection.

◆ Windows Live OneCare is a real-time protection product that combines an antivirus and antispyware scanner with phishing and firewall protection. Microsoft has discontinued retail sales of Windows Live OneCare, but continues to make definition updates available to registered users.

◆ The Windows Live OneCare safety scanner (http://safety.live.com) is a free, online tool that detects and removes malware and potentially unwanted software using the same definition database as the Microsoft desktop anti-malware products. The Windows Live OneCare safety scanner is not a replacement for an up-to-date antivirus solution, because it does not offer real-time protection and cannot prevent a user's computer from becoming infected.

◆ Microsoft Security Essentials is a basic, consumer-oriented anti-malware product, offered at no charge to licensed users of Windows, which provides real-time protection against viruses, spyware, and other harmful software.

◆ The Phishing Filter (in Internet Explorer 7) and the SmartScreen Filter (in Internet Explorer 8) offer Internet Explorer users protection against phishing sites and sites that host malware. Microsoft maintains a database of phishing and malware sites reported by users of Internet Explorer and other Microsoft products and services. When a user attempts to visit a site in the database with the filter enabled, Internet Explorer displays a warning and blocks navigation to the page.

| Product Name | Main Customer Segment | | Malicious Software | | Spyware and Potentially Unwanted Software | | Available at No Additional Charge | Main Distribution Methods |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Consumer | Business | Scan and Remove | Real-Time Protection | Scan and Remove | Real-Time Protection | | |
| Microsoft Forefront Server Security | | • | • | • | • | • | | Volume Licensing |
| Microsoft Forefront Client Security | | • | • | • | • | • | | Volume Licensing |
| Windows Live OneCare safety scanner | • | | • | | • | | • | Web |
| Microsoft Security Essentials | • | | • | | • | • | • | Download Center |
| Windows Malicious Software Removal Tool | • | | Prevalent Malware Families | | | | • | Windows Update/ Automatic Updates Download Center |
| Windows Defender | • | | | | • | • | • | Download Center Windows Vista Windows 7 |
| Microsoft Forefront Online Protection for Exchange | | • | • | • | | | | Volume Licensing |

Microsoft | Security **Intelligence** Report

# Appendix C: Worldwide Bot Infection Rates

Figure 15 on page 40 displays the bot infection rates for locations worldwide as expressed in *bot CCM*, or the number of computers from which bot-related malware was removed by the MSRT for every 1,000 MSRT executions. For a more in-depth look at how infection rates in different places have changed over the past year, Figure 73 lists the bot CCM figures for 88 locations around the world for each quarter between 3Q09 and 2Q10. (See "Infection Rates" in the Reference Guide section of the *Security Intelligence Report* website for more information about the CCM metric and how bot CCM differs from malware CCM.)

FIGURE 73. Bot infection rates for locations around the world from 3Q09 to 2Q10, by bot CCM

| Country/Region | 3Q09 | 4Q09 | 1Q10 | 2Q10 |
|---|---|---|---|---|
| Algeria | 0.2 | 0.2 | 0.3 | 0.3 |
| Argentina | 2.8 | 2.7 | 4.4 | 3.8 |
| Australia | 2.4 | 2.4 | 3.4 | 2.8 |
| Austria | 1.1 | 1.3 | 1.4 | 1.1 |
| Belarus | 0.1 | 0.1 | 0.2 | 0.2 |
| Belgium | 2.9 | 1.8 | 5.3 | 3.4 |
| Bolivia | 1.4 | 1.6 | 3.5 | 3.1 |
| Brazil | 2.9 | 3.8 | 7.0 | 5.2 |
| Bulgaria | 2.5 | 4.0 | 4.4 | 3.8 |
| Canada | 1.7 | 1.3 | 1.6 | 1.4 |
| Chile | 2.3 | 4.5 | 7.2 | 5.1 |
| China | 1.4 | 1.0 | 1.3 | 1.0 |
| Colombia | 3.1 | 5.0 | 9.2 | 5.8 |
| Costa Rica | 2.7 | 5.0 | 11.2 | 7.2 |
| Croatia | 4.5 | 6.0 | 11.0 | 8.6 |
| Czech Republic | 2.5 | 1.7 | 1.8 | 1.4 |
| Denmark | 2.6 | 1.7 | 3.0 | 1.7 |
| Dominican Republic | 1.8 | 2.5 | 5.1 | 3.8 |
| Ecuador | 1.6 | 3.8 | 11.1 | 5.9 |
| Egypt | 1.6 | 2.8 | 3.6 | 2.7 |
| El Salvador | 2.3 | 3.8 | 11.9 | 10.9 |
| Estonia | 2.6 | 2.6 | 6.6 | 3.0 |
| Finland | 1.3 | 1.2 | 1.9 | 0.9 |
| France | 3.0 | 2.7 | 6.7 | 4.0 |
| Germany | 1.9 | 1.3 | 2.0 | 1.4 |
| Greece | 3.6 | 3.8 | 6.0 | 4.3 |
| Guatemala | 4.3 | 3.9 | 9.8 | 6.1 |
| Honduras | 3.0 | 5.2 | 7.9 | 6.5 |
| Hong Kong S.A.R. | 1.3 | 1.2 | 1.6 | 1.1 |

January through June 2010

| Country/Region | 3Q09 | 4Q09 | 1Q10 | 2Q10 |
|---|---|---|---|---|
| Hungary | 5.7 | 3.9 | 7.7 | 4.8 |
| Iceland | 3.4 | 3.6 | 9.0 | 4.6 |
| India | 0.3 | 0.5 | 1.5 | 1.0 |
| Indonesia | 0.7 | 0.9 | 0.9 | 0.8 |
| Ireland | 2.0 | 2.7 | 3.1 | 2.6 |
| Israel | 4.7 | 5.3 | 6.8 | 4.3 |
| Italy | 3.2 | 2.5 | 4.3 | 2.6 |
| Jamaica | 0.5 | 1.3 | 2.9 | 1.8 |
| Japan | 0.6 | 0.5 | 0.8 | 0.6 |
| Jordan | 1.2 | 2.7 | 2.9 | 2.3 |
| Kazakhstan | 0.1 | 0.2 | 0.4 | 0.4 |
| Kenya | 0.1 | 0.2 | 0.2 | 0.3 |
| Korea | 6.3 | 6.1 | 17.4 | 14.6 |
| Kuwait | 1.1 | 3.6 | 5.2 | 4.5 |
| Latvia | 4.4 | 3.9 | 4.5 | 3.4 |
| Lebanon | 0.4 | 1.3 | 1.8 | 1.5 |
| Lithuania | 3.8 | 4.6 | 7.2 | 4.6 |
| Luxembourg | 1.4 | 1.4 | 2.1 | 1.8 |
| Malaysia | 0.5 | 0.8 | 1.5 | 1.2 |
| Mexico | 3.5 | 6.7 | 14.8 | 11.4 |
| Morocco | 0.1 | 0.1 | 0.3 | 0.2 |
| Netherlands | 2.8 | 2.0 | 4.6 | 2.5 |
| New Zealand | 1.3 | 1.4 | 1.7 | 1.3 |
| Nigeria | 0.0 | 0.1 | 0.2 | 0.2 |
| Norway | 2.0 | 2.0 | 3.0 | 2.2 |
| Pakistan | 0.0 | 0.1 | 0.1 | 0.1 |
| Panama | 2.2 | 4.1 | 8.6 | 5.8 |
| Peru | 1.9 | 3.4 | 7.8 | 8.3 |
| Philippines | 0.3 | 0.6 | 1.1 | 1.4 |
| Poland | 2.9 | 4.2 | 6.1 | 3.9 |
| Portugal | 4.1 | 8.3 | 9.3 | 5.7 |
| Puerto Rico | 0.7 | 2.8 | 2.5 | 1.8 |
| Qatar | 1.0 | 1.2 | 2.2 | 1.8 |
| Romania | 1.5 | 1.6 | 2.5 | 2.0 |
| Russia | 4.2 | 3.9 | 5.2 | 4.3 |
| Saudi Arabia | 2.4 | 3.6 | 5.4 | 5.5 |

| Country/Region | 3Q09 | 4Q09 | 1Q10 | 2Q10 |
|---|---|---|---|---|
| Serbia and Montenegro | 1.9 | 2.3 | 4.2 | 2.6 |
| Singapore | 0.3 | 1.2 | 1.5 | 1.4 |
| Slovakia | 2.4 | 2.3 | 2.7 | 2.1 |
| Slovenia | 3.6 | 3.1 | 9.7 | 5.9 |
| South Africa | 2.6 | 5.8 | 9.3 | 8.4 |
| Spain | 6.9 | 11.0 | 17.3 | 12.4 |
| Sri Lanka | 0.0 | 0.0 | 0.1 | 0.1 |
| Sweden | 2.5 | 1.8 | 4.4 | 2.4 |
| Switzerland | 1.4 | 1.5 | 1.9 | 1.4 |
| Taiwan | 1.6 | 1.3 | 4.5 | 3.4 |
| Thailand | 2.6 | 1.9 | 3.0 | 2.8 |
| Trinidad and Tobago | 1.0 | 2.5 | 2.5 | 2.3 |
| Tunisia | 0.2 | 0.2 | 0.4 | 0.2 |
| Turkey | 4.1 | 2.8 | 5.8 | 4.7 |
| Ukraine | 0.7 | 0.6 | 1.3 | 1.1 |
| United Arab Emirates | 0.5 | 1.4 | 1.8 | 1.6 |
| United Kingdom | 3.2 | 2.5 | 3.0 | 2.7 |
| United States | 5.9 | 4.5 | 5.6 | 5.2 |
| Uruguay | 1.0 | 1.0 | 1.4 | 1.3 |
| Venezuela | 1.3 | 2.3 | 5.3 | 3.9 |
| Vietnam | 0.3 | 0.4 | 0.4 | 0.4 |
| Worldwide | 2.5 | 2.5 | 4.0 | 3.2 |

# Glossary

**adware**
A program that displays advertisements. Although some adware can be beneficial by subsidizing a program or service, other adware programs may display advertisements without adequate consent.

**backdoor trojan**
A type of trojan that provides attackers with remote access to infected computers. Bots are a sub-category of backdoor trojans. Also see *botnet*.

**bot**
A malware program that joins an infected computer to a *botnet*.

**bot-herder**
An operator of a *botnet*.

**botnet**
A set of computers controlled by a "command-and-control" (C&C) computer to execute commands as directed. The C&C computer can issue commands directly (often through Internet Relay Chat [IRC]) or by using a decentralized mechanism, like peer-to-peer (P2P) networking. Computers in the botnet are often called nodes or zombies.

**C&C**
See *botnet*.

**CCM**
Short for *computers cleaned per mille* (thousand). The number of computers cleaned for every 1,000 executions of the MSRT. For example, if the MSRT has 50,000 executions in a particular location in the first quarter of the year and removes infections from 200 computers, the CCM for that location in the first quarter of the year is 4.0 (200 ÷ 50,000 × 1,000).

**clean**
To remove malware or potentially unwanted software from an infected computer. A single cleaning can involve multiple disinfections.

**command and control**
See *botnet*.

**coordinated disclosure**
The practice of disclosing vulnerabilities privately to an affected vendor so it can develop a comprehensive security update to address the vulnerability before it becomes public knowledge.

Microsoft | Security **Intelligence** Report

### definition
A set of *signatures* that can be used to identify malware using antivirus or antispyware products. Other vendors may refer to definitions as DAT files, pattern files, identity files, or antivirus databases.

### denial of service (DoS)
A condition that occurs when the resources of a target computer are deliberately exhausted, effectively overwhelming the computer and causing it to fail to respond or function for its intended users. There are a number of different types of attack that may be used to result in a denial of service condition, utilizing different types of flood, or malformed network traffic. Also see *distributed denial of service (DDoS)*.

### disclosure
Revelation of the existence of a vulnerability to a third party. Also see *responsible disclosure*.

### disinfect
To remove a malware or potentially unwanted software component from a computer or to restore functionality to an infected program. Also see *clean*.

### distributed denial of service (DDoS)
A form of denial of service (DoS) that uses multiple computers to attack the target. Considerable resources may be required to exhaust a target computer and cause it to fail to respond. Often multiple computers are used to perform these types of malicious attack and increase the attack's chances of success. This can occur, for example, when a number of compromised computers, such as those that comprise a botnet, are commandeered and ordered to access a target network or server over and over again within a small period of time.

### downloader/dropper
See *trojan downloader/dropper*.

### exploit
Malicious code that takes advantage of software vulnerabilities to infect a computer.

### firewall
A program or device that monitors and regulates traffic between two points, such as a single computer and the network server, or one server to another.

### generic
A type of signature capable of detecting a large variety of malware samples from a specific family, or of a specific type.

### IFrame
Short for *inline frame*. An IFrame is an HTML document that is embedded in another HTML document. Because the IFrame loads another webpage, it can be used by criminals to place malicious HTML content, such as a script that downloads and installs spyware, into non-malicious HTML pages hosted by trusted websites.

126

### in the wild

Said of malware that is currently detected in active computers connected to the Internet, as compared to those confined to internal test networks, malware research laboratories, or malware sample lists.

### Internet Relay Chat (IRC)

A distributed real-time Internet chat protocol designed for group communication. Many botnets use the IRC protocol for C&C.

### keylogger

See *password stealer (PWS)*.

### Malicious Software Removal Tool

The Windows Malicious Software Removal Tool (MSRT) is designed to help identify and remove specifically targeted, prevalent malware from customer computers and is available at no charge to licensed Windows users. The main release mechanism of the MSRT is through Windows Update (WU), Microsoft Update (MU), or Automatic Updates (AU). A version of the tool is also available for download from the Microsoft Download Center. The MSRT is not a replacement for an up-to-date antivirus solution because the MSRT specifically targets only a small subset of malware families that are determined to be particularly prevalent. Further, the MSRT includes no real-time protection and cannot be used for the prevention of malware. More details about the MSRT are available at http://www.microsoft.com/security/malwareremove/default.mspx.

### malware

Malicious software or potentially unwanted software installed without adequate user consent.

### malware impression

A single instance of a user attempting to visit a page known to host malware and being blocked by the SmartScreen Filter in Internet Explorer 8. Also see *phishing impression*.

### monitoring tool

Software that monitors activity, usually by capturing keystrokes or screen images. It may also include network sniffing software. Also see *password stealer (PWS)*.

### P2P

See *peer-to-peer (P2P)*.

### packer

A program that allows a user to package or bundle a file. This may be used by malware authors to obfuscate the structure of a malware file and thus avoid detection, as packing a single file using different packers results in different packages.

### packet sniffer

A tool that logs traffic transmitted over a network. Packet sniffers are used by network administrators to maintain networks and diagnose problems, and by attackers to eaves-drop on sensitive or private information.

### password stealer (PWS)

Malware that is specifically used to transmit personal information, such as user names and passwords. A PWS often works in conjunction with a *keylogger*, which sends keystrokes or screen shots to an attacker. Also see *monitoring tool*.

### payload

The actions conducted by a piece of malware for which it was created. This can include, but is not limited to, downloading files, changing system settings, displaying messages, and logging keystrokes.

### peer-to-peer (P2P)

A system of network communication in which individual nodes are able to communicate with each other without the use of a central server.

### phishing

A method of credential theft that tricks Internet users into revealing personal or financial information online. Phishers use phony websites or deceptive email messages that mimic trusted businesses and brands to steal personally identifiable information (PII), such as user names, passwords, credit card numbers, and identification numbers.

### phishing impression

A single instance of a user attempting to visit a known phishing page, with Internet Explorer 7 or Internet Explorer 8, and being blocked by the Phishing Filter or Smart-Screen Filter. Also see *malware impression*.

### polymorphic

Said of malware that can mutate its structure to avoid detection by antivirus programs, without changing its overall algorithm or function.

### potentially unwanted software

A program with potentially unwanted behavior that is brought to the user's attention for review. This behavior may impact the user's privacy, security, or computing experience.

### remote control software

A program that provides access to a computer from a remote location. These programs are often installed by the computer owner or administrator and are only a risk if unexpected.

### rogue security software

Software that appears to be beneficial from a security perspective, but provides limited or no security capabilities, generates a significant number of erroneous or misleading alerts, or attempts to socially engineer the user into participating in a fraudulent transaction.

## rootkit
A program whose main purpose is to perform certain functions that cannot be easily detected or undone by a system administrator, such as hide itself or other malware.

## signature
A set of characteristics that can identify a malware family or variant. Signatures are used by antivirus and antispyware products to determine if a file is malicious or not. Also see *definition*.

## social engineering
A technique that defeats security precautions in place by exploiting human vulnerabilities. Social engineering scams can be both online (such as receiving emails that ask you to click the attachment, which is actually malware) and offline (such as receiving a phone call from someone posing as a representative from your credit card company). Regardless of the method selected, the purpose of a social engineering attack remains the same—to get the targeted user to perform an action of the attacker's choice.

## spam
Bulk unsolicited email. Malware authors may use spam to distribute malware, either by attaching the malware to the message or by sending a message containing a link to the malware. Malware may also harvest email addresses for spamming from compromised machines or may use compromised machines to send spam.

## spyware
A program that collects information, such as the websites a user visits, without adequate consent. Installation may be without prominent notice or without the user's knowledge.

## SQL injection
A technique in which an attacker enters a specially crafted Structured Query Language (SQL) statement into an ordinary web form. If form input is not filtered and validated before being submitted to a database, the malicious SQL statement may be executed, which could cause significant damage or data loss.

## tool
Software that may have legitimate purposes but may also be used by malware authors or attackers.

## trojan
A generally self-contained program that does not self-replicate but takes malicious action on the computer.

## trojan downloader/dropper
A form of trojan that installs other malicious files to the infected system either by downloading them from a remote computer or by dropping them directly from a copy contained in its own code.

**Microsoft | Security Intelligence Report**

### virus

Malware that replicates, commonly by infecting other files in the system, thus allowing the execution of the malware code and its propagation when those files are activated.

### vulnerability

A weakness, error, or poor coding technique in a program that may allow an attacker to exploit it for a malicious purpose.

### vulnerability broker

A company or other entity that provides software vendors with vulnerability information provided to it by external security researchers. In exchange for such compensation as the broker may provide, the security researchers agree not to disclose any information about the vulnerability to anyone other than the broker and the affected vendor.

### wild

See *in the wild*.

### worm

Malware that spreads by spontaneously sending copies of itself through email or by using other communication mechanisms, such as instant messaging (IM) or peer-to-peer (P2P) applications.

### zombie

See *botnet*.

## Threat Families Referenced in This Report

The definitions for the threat families referenced in this report are adapted from the Microsoft Malware Protection Center encyclopedia (http://www.microsoft.com/security/portal), which contains detailed information about a large number of malware and potentially unwanted software families. See the encyclopedia for more in-depth information and guidance for the families listed here and throughout the report.

**Win32/AgoBot**: A backdoor that communicates with a central server using IRC.

**Win32/Alureon**: A data-stealing trojan that gathers confidential information such as user names, passwords, and credit card data from incoming and outgoing Internet traffic. It may also download malicious data and modify DNS settings.

**Win32/Autorun**: A worm that attempts to spread by being copied into all removable drives.

**Win32/Bagle**: A worm that spreads by emailing itself to addresses found on an infected computer. Some variants also spread through P2P networks. Bagle acts as a backdoor trojan and can be used to distribute other malicious software.

**Win32/BaiduSobar**: A Chinese-language web browser toolbar that delivers pop-up and contextual advertisements, blocks certain other advertisements, and changes the Internet Explorer search page.

**Win32/Bancos**: A data-stealing trojan that captures online banking credentials and relays them to the attacker. Most variants target customers of Brazilian banks.

**Win32/Banker**: A family of data-stealing trojans that captures banking credentials such as account numbers and passwords from computer users and relays them to the attacker. Most variants target customers of Brazilian banks; some variants target customers of other banks.

**Win32/Banload**: A family of trojans that download other malware. Banload usually downloads Win32/Banker, which steals banking credentials and other sensitive data and sends them back to a remote attacker.

**Win32/Bifrose**: A backdoor trojan that allows a remote attacker to access the compromised computer and injects its processes into the Windows shell and Internet Explorer.

**Win32/Bredolab**: A downloader that is able to download and execute arbitrary files from a remote host.

**Win32/Bubnix**: A generic detection for a kernel-mode driver installed by other malware that hides its presence on an affected computer by blocking registry and file access to itself. The trojan may report its installation to a remote server  and download and distribute spam email messages and could download and execute arbitrary files.

**Win32/CeeInject**: A generic detection for malicious files that are obfuscated using particular techniques to protect them from detection or analysis.

**Win32/Chadem**: A trojan that steals password details from an infected computer by monitoring network traffic associated with FTP connections.

**WinNT/Citeary**: A kernel mode driver installed by Win32/Citeary, a worm that spreads to all available drives including the local drive, installs device drivers and attempts to download other malware from a predefined website.

**Win32/Conficker**: A worm that spreads by exploiting a vulnerability addressed by Security Bulletin MS08-067. Some variants also spread via removable drives and by exploiting weak passwords. It disables several important system services and security products and downloads arbitrary files.

**Win32/Cutwail**: A trojan that downloads and executes arbitrary files, usually to send spam. Win32/Cutwail has also been observed to download the attacker tool Win32/Newacc.

**Win32/FakeCog**: A rogue security software family distributed under the names Defense Center, AntiMalware, and many others.

**Win32/Fakeinit**: A rogue security software family distributed under the names Internet Security 2010, Security Essentials 2010, and others.

**Win32/FakeRean**: A rogue security software family distributed under a large variety of randomly generated names, including Win 7 Internet Security 2010, Vista Antivirus Pro, XP Guardian, and many others.

**Win32/FakeSpypro**: A rogue security software family distributed under the names Antivirus System PRO, Spyware Protect 2009, and others.

**Win32/FakeVimes**: A rogue security software family distributed under the names Ultra Antivir 2009, Extra Antivirus, Virus Melt, and many others.

**Win32/FakeXPA**: A rogue security software family distributed under the names Antivirus 7, Personal Security, AntiVir2010, Antivirus BEST, Green AV, MaCatte, and many others.

**Win32/FakeYak**: A rogue security software family distributed under the names Antimalware Doctor and others.

**Win32/FlyAgent**: A backdoor trojan program that is capable of performing several actions depending on the commands of a remote attacker.

**Win32/Frethog**: A large family of password-stealing trojans that target confidential data, such as account information, from massively multiplayer online games.

**Win32/Hamweq**: A worm that spreads through removable drives, such as USB memory sticks. It may contain an IRC-based backdoor enabling the computer to be controlled remotely by an attacker.

**Win32/Hotbar**: Adware that displays a dynamic toolbar and targeted pop-up ads based on its monitoring of web-browsing activity.

**Win32/Hupigon**: A family of trojans that uses a dropper to install one or more backdoor files and sometimes installs a password stealer or other malicious programs.

**Win32/IRCbot**: A large family of backdoor trojans that drops other malicious software and connects to IRC servers to receive commands from attackers.

**Win32/Koobface**: A multi-component family of malware used to compromise computers and use them to perform various malicious tasks. It spreads through the internal messaging systems of popular social networking sites.

**Win32/Lethic**: A trojan that connects to remote servers, which may lead to unauthorized access to an affected system.

**Win32/MoneyTree**: A family of software that provides the ability to search for adult content on local disk. It may also install other potentially unwanted software, such as programs that display pop-up ads.

**Win32/Nuwar**: A family of trojan droppers that install a distributed P2P downloader trojan. This  downloader trojan in turn downloads an email worm component.

**Win32/Obfuscator**: A generic detection for programs that have had their purpose obfuscated to hinder analysis or detection by antivirus scanners. They commonly employ a combination of methods, including encryption, compression, anti-debugging and anti-emulation techniques.

**Win32/Oficla**: A family of trojans that attempt to inject code into running processes in order to download and execute arbitrary files. It may download rogue security programs.

**Win32/Parite**: A family of viruses that infect .exe and .scr executable files on the local file system and on writeable network shares.

**Win32/Pdfjsc**: A family of specially crafted PDF files that exploit Adobe Acrobat and Adobe Reader vulnerabilities. These files contain malicious JavaScript that executes when the file is opened.

**Win32/PrettyPark**: A worm that spreads via email attachments. It allows backdoor access and control of an infected computer.

**Win32/Prorat**: A trojan that opens random ports that allow remote access from an attacker to the affected computer. This backdoor may download and execute other malware from predefined websites and may terminate several security applications or services.

**Win32/Pushbot**: A detection for a family of malware that spreads via MSN Messenger, Yahoo! Messenger, and AIM when commanded by a remote attacker. It contains backdoor functionality that allows unauthorized access and control of an affected machine.

**Win32/Randex**: A worm that scans randomly generated IP addresses to attempt to spread to network shares with weak passwords. After the worm infects a computer, it connects to an IRC server to receive commands from the attacker.

**Win32/Rbot**: A family of backdoor trojans that allows attackers to control the computer through an IRC channel.

**AutoIt/Renocide**: A detection for a worm written in the AutoIt scripting language that exhibits backdoor behavior and attempts to download additional files from remote servers. It spreads via removable drives and network shares.

**Win32/Renos**: A family of trojan downloaders that install rogue security software.

**Win32/Rimecud**: A family of worms with multiple components that spreads via fixed and removable drives and via instant messaging. It also contains backdoor functionality that allows unauthorized access to an affected system.

**Win32/RJump**: A worm that attempts to spread by copying itself to newly attached media, such as USB memory devices or network drives. It also contains backdoor functionality that allows an attacker unauthorized access to an affected machine.

**Win32/Rugzip**: A trojan that downloads other malware from predefined websites. Rugzip may itself be installed by other malware. Once it has performed its malicious routines, it deletes itself to avoid detection.

**Win32/Rustock**: A multi-component family of rootkit-enabled backdoor trojans that were first developed around 2006 to aid in the distribution of spam email.

**Win32/Sality**: A family of polymorphic file infectors that target executable files with the extensions .scr or .exe. They may execute a damaging payload that deletes files with certain extensions and terminates security-related processes and services.

**Win32/SDBot**: A family of backdoor trojans that allows attackers to control infected computers over an IRC channel.

**Win32/Sdbot**: A family of backdoor trojans that allows attackers to control infected computers. After a computer is infected, the trojan connects to an internet relay chat (IRC) server and joins a channel to receive commands from attackers.

**Win32/Slenfbot**: A family of worms that can spread via instant messaging programs, and may spread via removable drives. They also contain backdoor functionality that allows unauthorized access to an affected machine. This worm does not spread automatically upon installation but must be ordered to spread by a remote attacker.

**Win32/Small**: A generic detection for a variety of threats.

**Win32/Swif**: A trojan that exploits a vulnerability in Adobe Flash Player to download malicious files. Adobe has published security bulletin APSB08-11 addressing the vulnerability.

**Win32/Taterf**: A family of worms that spread through mapped drives in order to steal login and account details for popular online games.

**Win32/Tofsee**: A multi-component family of backdoor trojans that act as a spam and traffic relay.

**Win32/VBInject**: A generic detection for obfuscated malware. The loader is written in Visual Basic and the malicious code, which may have virtually any purpose, is encrypted.

**Win32/Virut**: A family of file-infecting viruses that target and infect .exe and .scr files accessed on infected systems. Win32/Virut also opens a backdoor by connecting to an IRC server.

**Win32/Waledac**: A trojan that is used to send spam. It also has the ability to download and execute arbitrary files, harvest email addresses from the local machine, perform denial-of-service attacks, proxy network traffic, and sniff passwords

**Win32/Winwebsec**: A rogue security software family distributed under the names Winweb Security, System Security, and others.

**Win32/Zbot**: A family of password stealing trojans that also contains backdoor functionality allowing unauthorized access and control of an affected machine.

**Win32/Zwangi**: A program that runs as a service in the background and modifies web browser settings to visit a particular website.





One Microsoft Way
Redmond, WA 98052-6399
microsoft.com/security

# APPENDIX
# 88

Microsoft | Security Solutions Products Operations Partners Resources Trust Center | All Microsoft Search



March 20, 2020

## Protecting against coronavirus themed phishing attacks

**Tanmay Ganacharya** Partner Director, Security Research

in f ✉ S 💬 ☺

The world has changed in unprecedented ways in the last several weeks due to the coronavirus pandemic. While it has brought out the best in humanity in many ways, as with any crisis it can also attract the worst in some. Cybercriminals use people's fear and need for information in phishing attacks to steal sensitive information or spread malware for profit. Even as some criminal groups claim they'll stop attacking healthcare and nursing homes, the reality is they can't fully control how malware spreads.

While phishing and other email attacks are indeed happening, the volume of malicious emails mentioning the coronavirus is very small. Still, customers are asking us what Microsoft is doing to help protect them from these types of attacks, and what they can do to better protect themselves. We thought this would be a useful time to recap how our automated detection and signal-sharing works to protect customers (with a specific recent example) as well as share some best practices you can use personally to stay safe from phishing attempts.

### What Microsoft is doing

First, 91 percent of all cyberattacks start with email. That's why the first line of defense is doing everything we can to block malicious emails from reaching you in the first place. A multi-layered defense system that includes machine learning, detonation, and signal-sharing is key in our ability to quickly find and shut down email attacks.

If any of these mechanisms detect a malicious email, URL, or attachment, the message is blocked and does not make its way to your inbox. All attachments and links are detonated (opened in isolated virtual machines). Machine learning, anomaly analyzers, and heuristics are used to detect malicious behavior. Human security analysts continuously evaluate user-submitted reports of suspicious mail to provide additional insights and train machine learning models.

Once a file or URL is identified as malicious, the information is shared with other services such as Microsoft Defender Advanced Threat Protection (ATP) to ensure endpoint detection benefits from email detection, and vice versa.

An interesting example of this in action occurred earlier this month, when an attacker launched a spear-phishing campaign that lasted less than 30 minutes.

Attackers crafted an email designed to look like a legitimate supply chain risk report for food coloring additives with an update based on disruptions due to coronavirus. The attachment, however, was malicious and delivered a sophisticated, multi-layer payload based on the Lokibot trojan (Trojan:Win32/Lokibot.GJ!MTB).



Had this payload been successfully deployed, hackers could have used it to steal credentials for other systems—in this case FTP accounts and passwords—which could then be used for further attacks.

Only 135 customer tenants were targeted, with a spray of 2,047 malicious messages, but no customers were impacted by the attack. The Office 365 ATP detonation service, signal-sharing across services, and human analysts worked together to stop it.

And thanks to signal sharing across services, customers not using a Microsoft email service like Office 365, hosted Exchange, or Outlook.com, but using a Windows PC with Microsoft Defender enabled, were fully protected. When a user attempted to open the malicious attachment from their non-Microsoft email service, Microsoft Defender kicked in, querying its cloud-based machine learning models and found that the attachment was blocked based on a previous Office 365 ATP cloud detection. The attachment was prevented from executing on the PC and the customer was protected.

## What you can do

While bad actors are attempting to capitalize on the COVID-19 crisis, they are using the same tactics they always do. You should be especially vigilant now to take steps to protect yourself.

Make sure your devices have the latest security updates installed and an antivirus or anti-malware service. For Windows 10 devices, Microsoft Defender Antivirus is a free built-in service enabled through Settings. Turn on cloud-delivered protection and automatic sample submission to enable artificial intelligence (AI) and machine learning to quickly identify and stop new and unknown threats.

Enable the protection features of your email service. If you have Office 365, you can learn about Exchange Online Protection here and the Office 365 ATP here.

Use multi-factor authentication (MFA) on all your accounts. Most online services now provide a way to use your mobile device or other methods to protect your accounts in this way. Here's information on how to use Microsoft Authenticator and other guidance on this approach.

MFA support is available as part of the Azure Active Directory (Azure AD) Free offering. Learn more here.

Educate yourself, friends, and colleagues on how to recognize phishing attempts and report suspected encounters. Here are some of the tell-tale signs.

- **Spelling and bad grammar**. Cybercriminals are not known for their grammar and spelling. Professional companies or organizations usually have an editorial staff to ensure customers get high-quality, professional content. If an email message is fraught with errors, it is likely to be a scam.
- **Suspicious links**. If you suspect that an email message is a scam, do not click on any links. One method of testing the legitimacy of a link is to rest your mouse—but not click—over the link to see if the address matches what was typed in the message. In the following example, resting the mouse on the link reveals the real web address in the box with the yellow background. Note that the string of IP address numbers looks nothing like the company's web address.



- **Suspicious attachments**. If you receive an email with an attachment from someone you don't know, or an email from someone you do know but with an attachment you weren't expecting, it may be a phishing attempt, so we recommend you do not open any attachments until you have verified their authenticity. Attackers use multiple techniques to try and trick recipients into trusting that an attached file is legitimate.

  - Do not trust the icon of the attachment.
  - Be wary of multiple file extensions, such as "pdf.exe" or "rar.exe" or "txt.hta".
  - If in doubt, contact the person who sent you the message and ask them to confirm that the email and attachment are legitimate.

- **Threats**. These types of emails cause a sense of panic or pressure to get you to respond quickly. For example, it may include a statement like "You must respond by end of day." Or saying that you might face financial penalties if you don't respond.
- **Spoofing**. Spoofing emails appear to be connected to legitimate websites or companies but take you to phony scam sites or display scam-looking pop-up windows.
- **Altered web addresses**. A form of spoofing where web addresses that closely resemble the names of well-known companies, but are slightly altered; for example, "www.micorsoft.com" or "www.mircosoft.com".
- **Incorrect salutation of your name**.
- **Mismatches**. The link text and the URL are different from one another; or the sender's name, signature, and URL are different.

If you think you've received a phishing email or followed a link in an email that has taken you to a suspicious website, there are few ways to report what you've found.

If you think the mail you've received is suspicious:

- **Outlook.com**. If you receive a suspicious email message that asks for personal information, select the checkbox next to the message in your Outlook inbox. Select the arrow next to **Junk**, and then point to **Phishing scam**.
- **Microsoft Office Outlook 2016 and 2019 and Microsoft Office 365**. While in the suspicious

message, select **Report Message** in the **Protection** tab on the ribbon and then select **Phishing**.

If you're on a suspicious website:

- **Microsoft Edge**. While you're on a suspicious site, select the **More (...)** icon > **Send feedback** > **Report Unsafe site**. Follow the instructions on the web page that displays to report the website.

- **Internet Explorer**. While you're on a suspicious site, select the gear icon, point to **Safety**, and then select **Report Unsafe Website**. Follow the instructions on the web page that displays to report the website.

If you think you have a suspicious file:

- **Submit** the file for analysis.
- If you are using Office 365:

  - Admins can use the **Submissions portal** in the **Office 365 Security & Compliance Center** to submit email messages, URLs, and attachments to Microsoft for scanning if they were received in one of their user's Exchange Online mailboxes. More details can be found here.

This is just one area where our security teams at Microsoft are working to protect customers and we'll share more in the coming weeks. For additional information and best practices for staying safe and productive through remote work, community support and education during these challenging times, visit Microsoft's COVID-19 resources page for the latest information.

Filed under:

Microsoft Defender Advanced Threat Protection, Office 365 Security, Phishing, Secure remote work

---

## You may also like these articles



September 3, 2020

**3 ways Microsoft 365 can help you reduce helpdesk costs**

Microsoft 365 Security is an integrated solution that helps you strengthen security, enhance productivity, and reduce costs.

Read more ›



August 27, 2020

**Stopping Active Directory attacks and other post-exploitation behavior with AMSI and machine learning**

Microsoft Defender ATP leverages AMSI's visibility into scripts and harnesses the power of machine learning to detect and stop post-exploitation activities that largely rely on scripts.

Read more ›



July 14, 2020

**Microsoft Intelligent Security Association expands to include managed security service providers**

The Microsoft Intelligent Security Association expands to include Security MSSPs, through a pilot program that launched July 2020.

Read more ›

---

## Get started with Microsoft Security

Microsoft is a leader in cybersecurity, and we embrace our responsibility to make the world a safer place.

LEARN MORE ›



---

Get all the news, updates, and more at @MSFTSecurity

| What's new | Microsoft Store | Education | Enterprise | Developer | Company |
|---|---|---|---|---|---|
| Surface Duo | Account profile | Microsoft in education | AppSource | Microsoft Visual Studio | Careers |
| Surface Go 2 | Download Center | Office for students | Automotive | Windows Dev Center | About Microsoft |
| Surface Book 3 | Microsoft Store support | Office 365 for schools | Government | Developer Center | Company news |
| Microsoft 365 | Returns | Deals for students & parents | Healthcare | Microsoft developer program | Privacy at Microsoft |
| Surface Pro X | Order tracking | Microsoft Azure in education | Manufacturing | Channel 9 | Investors |
| Windows 10 apps | Virtual workshops and training | | Financial services | Office Dev Center | Diversity and inclusion |
| | Microsoft Store Promise | | Retail | Microsoft Garage | Accessibility |
| | | | | | Security |

🌐 English (United States)

Sitemap   Contact Microsoft   Privacy & cookies   Terms of use   Trademarks   Safety & eco   About our ads   © Microsoft 2020

# APPENDIX
# 89

# How small businesses can safeguard their data

Small businesses have to deal with the same cyberattacks and the same industry and government data regulations as large companies – but, without the big IT department to implement protections. That's where Microsoft 365 Business comes in. It protects against external threats and data leaks with one solution that helps you securely run and grow your small business.



**Leaked data.** Gita accidentally sends a file with confidential customer data to a business partner.



**Data encryption.** Microsoft 365 Business only allows authorized users to open/view documents – so even if they leave your business, you are still protected.

**Ransomware and phishing.** Bob clicks on ransomware link in his email that locks all users out of your systems.

**Safe Links.** Microsoft 365 Business strips phishing and ransomware links and attachments from emails so users can't click on them.



**91%** of cyberattacks start with a phishing email



**58%** of users accidentally share sensitive information



**81%** of hacking breaches use compromised credentials

**Weak credentials.** Peter uses the same 2 passwords for all his personal and business apps.



**Double check identity.** Microsoft 365 Business makes multi-factor authentication simple to ensure users are who they say they are before giving them access.

## Safeguard Your Business Data

**Outdated antivirus.** Lee works from home on a laptop running last gen antivirus and antispam.

**Intelligent defense.** Microsoft 365 Business provides advanced threat detection using the industry's most extensive threat intelligence network to identify new and evolving threats before they impact your business.




A new malware specimen is released every **4.2 seconds**



A laptop is stolen every **53 seconds**



**Lost devices.** Nancy left her tablet on a plane that had customer credit card numbers on it.

**Wipe them.** Microsoft 365 Business lets you remotely wipe any lost or stolen device.



**20%** of workers use personal devices for work without employer's knowledge



**Mobile risk.** Jorge accesses documents from his unsecured, personal smartphone at customer sites.



**Be productive – and safe.** Microsoft 365 Business ensures business information on mobile phones is encrypted.

**Learn more at**
www.microsoft.com/microsoft-365/business

© 2018 Microsoft Corporation. All rights reserved. This document is for informational purposes only. Microsoft makes no warranties, express or implied, with respect to the information presented here.

# APPENDIX
# 90



SERVICES ▾    SOLUTIONS ▾    ABOUT ▾    RESOURCES ▾    🔍    **SCHEDULE A MEETING**

**Cybersecurity Blog**

7 MIN READ

# Office 365 Advanced Threat Protection: Plan 1 vs Plan 2

Jun 5, 2020 5:31:12 PM



**Trustpilot**
★★★★½
TrustScore 4.8 | 61 reviews

Office 365 Advanced Threat Protection (ATP) protects you by preventing dangerous links and malicious attachments from entering your organization via email and other tools (like SharePoint, OneDrive, and Teams). In the rare occasion that Office 365 ATP somehow fails to intercept these dangers, the automated investigation and response feature will kick in and remediate the breach.

Security is essential but it isn't one size fits all. In this blog post we'll go over the differences between the features and pricing for Office 365 ATP Plan 1 and Plan 2 (aka P1 and P2) so you can decide which option best fits your security needs. Already have the license and just looking to implement ATP? Read our blog post How to Set Up Office 365 Advanced Threat Protection.

## What is Advanced Threat Protection?



## Features: Office 365 ATP Plan 1 vs Plan 2

With Office 365 ATP Plan 2 you get all of the features in Office 365 ATP Plan 1 **plus** the following 4 features:

1. **Threat Trackers:** Threat Trackers are widgets and views that alert and educate you regarding different cybersecurity issues that could adversely affect your company. With Threat Tracker, you can see an overview of trending malware campaigns your company might be at risk for. You are also able to click into the overview for a more detailed report.



2. **Explorer (Advanced Threat Investigation):** Threat Explorer, also known as Explorer, is your security investigation hub. Use Explorer to synthesize and analyze threats and threat data, view attack volume over time, and even analyze data by threat families, attacker infrastructure, and more.



**TOP-10 MOST READ**

- Azure AD: Premium P1 vs P2
- Office 365 Calling Plan: Ditch Your Phone Company!
- 9 Tips for Meeting with Microsoft Teams
- How to Migrate from Microsoft Office 365: Step-By-Step Guide
- Office 365: Business Premium vs E3
- Office 365 MFA Setup: Step-by-Step Instructions
- How to Setup Self-Service Password Reset for Azure and Office 365
- Microsoft EMS E3 vs E5
- Migrate From Gmail to Office 365: Step-By-Step Guide
- How Do I Buy Windows 7 Extended Security Updates (ESU)?

**SUBSCRIBE TO OUR BLOG**

**First name**

**Email**

Email

**SUBSCRIBE**

**POSTS BY TOPIC**

- Office 365 (19)
- Company success updates (11)
- Cybersecurity (11)
- Step-by-Step Guide (11)
- Microsoft 365 (10)

See all
**POSTS BY DATE**

- September 2020 (6)
- August 2020 (3)
- July 2020 (4)
- June 2020 (4)
- May 2020 (4)

See all
**POSTS BY AUTHOR**

- Brandon Lecoq (18)
- Julia Chester (12)
- Catalin Alaci (5)
- Joel Lachance (5)
- Bruno Lecoq (4)

See all



3. **Automated Investigation and Response:** Automated investigation and response (AIR) helps to automate the revision, prioritization and response to alerts as they come in. This automation frees your team to focus on your most pressing threats first without losing sight of your entire threat landscape.

4. **Attack Simulator:** It's always nice to have an idea of the game *before* you start playing, right? With Attack Simulator your team can run drills on realistic attack scenarios your organization might face. These drills help you find weak spots in your users or infrastructure *before* an attacker identifies them for you. The following example shows one such drill: a phishing attack.



In this scenario, the email identified Bruno and Joel (the co-owners of BEMO) as our decision makers (they are), it used convincing industry-specific jargon like SSO (Single Sign-On), the email subject line was innocuous and the sender's address was a company address. Overall, it could have been a very convincing email (minus the extra lengthy link and it being sent to only one person) and if real and clicked, it could have done some serious damage. With Attack Simulator, you learn the game and level up the playing field.

## Office 365 ATP Pricing

- **Office 365 ATP Plan 1** and **Office 365 ATP Plan 2** are each available as standalone plans.

- **Office 365 ATP Plan 1** is included in Microsoft 365 Business Premium (formerly known as Microsoft 365 Business). What's the difference between Microsoft 365 and Office 365? Read our blog Microsoft 365 vs. Office 365 to find out.

- **Office 365 ATP Plan 2** is included in Office 365 E5 and Microsoft 365 E5.

- Not included in your plan? View the table below for pricing:

### Office 365 ATP – "A La Carte"

| | ATP Plan 1 | ATP Plan 2 |
|---|---|---|
| Monthly Price (Per User/Month) | $2 | $5 |
| **Configuration, protection, and detection** | | |
| Safe attachments | ✓ | ✓ |
| Safe Links | ✓ | ✓ |
| Anti-phishing policies | ✓ | ✓ |
| Real-time reports | ✓ | ✓ |
| **Automation, investigation, remediation, and education** | | |
| Threat Tracker | ✗ | ✓ |
| Explorer (advanced threat investigation) | ✗ | ✓ |
| Automated investigation and remediation | ✗ | ✓ |
| Threat Tracker | ✗ | ✓ |

## All Office 365 ATP Features

Now that we know their differences, we'll discuss the following standard features available with **both** Plan 1 and Plan 2:

**Anti-Phishing:** Remember that confusing email you got from your CEO, Dave, asking you to complete a wire he "forgot to initiate"? You don't if you have ATP. With ATP (P1 or P2) tricky Phishing and Spear Phishing attacks never even make it to your inbox so you never have to worry about navigating strange requests (or accidentally help to hack the company) again.



**Safe Attachments:** Safe Attachments opens any document attached to an email in a separate, protected virtual environment (a "sandbox") to check that the attachment is safe. If the attachment is deemed unsafe, it is sent into a detonation chamber (pretty cool, huh?). 1 billion items are detonated monthly, and information about the unsafe content feeds back into Microsoft's Intelligent Security Graph to continuously improve their machine learning.

**Safe Links:** Concerned about click happy employees? You probably should be. 91% of cyberattacks start with phishing emails, emails which often contain unassuming (yet damaging) links you or your employees could click on. "But…it's in my inbox, it should be safe, right?" With ATP, the answer is emphatically "Yes". Safe Links examines the URL of every link you click in real time in a sandbox (separate, sequestered, safe) environment. If the link is deemed unsafe, a warning immediately alerts you to the danger of the link. Safe URLs are recorded, creating a feedback loop to further inform your security agenda.



**Anti-Spam:** Love arriving to work with a tidy inbox? ATP makes that a reality by filtering out the spam emails attempting to clog your inbox.

**Spoof Intelligence:** This feature ensures that senders are who they claim to be and sources are where they claim to be from. For example, when you get an email from Bank of America, Advanced Threat Protection verifies that the email *actually* came from Bank of America's domain. The same verification occurs with senders.

**ATP for SharePoint, OneDrive, and Teams:** Make sure your organization is protected when users share files and collaborate by identifying and blocking malicious files in team sites and document libraries. ATP helps detect and block files that are identified as malicious in team sites and document libraries and lock them. The file "Billing_Contoso_May_20" below is identified as malicious and is locked.



**Anti-Malware:** Microsoft uses anti-virus/anti-malware engines to detect malicious content meaning your company won't be crawled or controlled by hackers stealing your data and money (and reputation).

Want a more in-depth overview of all the Office 365 ATP features? Watch this video from Microsoft Mechanics to learn more.



## Next Steps

Looking to implement Office 365 ATP? Read our blog post: How to Set Up Office 365 Advanced Threat Protection. Don't want to do it yourself? We can implement it for you as part of our email security plan.

Curious if your security is up to snuff? Take our quick cybersecurity risk calculator quiz here:



Want to someone about Office 365 ATP? Schedule a call with us below:

**SCHEDULE A MEETING**

Topics:  Office 3641   Microsoft 365   Cybersecurity



Written by **Julia Chester**
Inbound Marketer

**in**

← PREVIOUS POST                                    NEXT POST →



**WELCOME JOSH FRANKLIN, BEMO'S THIRD HIRE OF 2020!**



**10 BENEFITS OF MICROSOFT TEAMS (TO MAKE LIFE A WHOLE LOT BETTER)**

## Post a Comment

First Name

Email

Comment



**SUBMIT COMMENT**

## Related Articles



### Microsoft 365 vs Office 365

Microsoft 365 is a bundle of Office 365, Windows 10, and Enterprise Mobility + Security (EMS). Microsoft 365 is the parent product of Office 365 and was created to...

  Brandon Lecoq

Read More



Office 365 Cybersecurity Step-by-Step Guide

### How to Set Up Office 365 Advanced Threat Protection

In this blog post, we're going to walk you through the step-by-step process for setting up Office 365 Advanced Threat Protection (ATP). Although setting up ATP is a...

  Harpreet Singh Wasu

Read More



# APPENDIX
# 91



CISILION

MICROSOFT

< BACK TO OUR PARTNERS

# OUR MICROSOFT GOLD COMPETENCIES

## CISILION HELPS DRIVE CLOUD & DIGITAL TRANSFORMATION

With Gold competencies across Office 365, Teams, Azure, Communications, Messaging, and Cloud, we can enable your businesses to manage and scale IT services across cloud and hybrid environments. Through the Office 365 productivity suite, we can help you embrace and use tools that drive secure and flexible productivity and facilitate modern working, from any office and on any device.

Working closely with Microsoft, we use our experience with global clients to modernise, transform and realign businesses so that they remain agile:

- 100% of Cisilion's Microsoft customers would recommend us to another customer
- Cisilion are one of the few partners to hold Microsoft Cloud Solution Provider (CSP) status
- Our state of the art Innovation Centre allows you to experience Microsoft technologies in a real-life environment
- We have a strong focus on driving success through our user adoption services
- Cisilion are Microsoft Surface Hub Authorised Integrators

## CISILION - A MICROSOFT GOLD PARTNER

With Gold competencies across Microsoft portfolio, Cisilion can recommend solutions to current and future needs of your business.

## CISILION & WILLIS TOWERS WATSON: GLOBAL SKYPE FOR BUSINESS DEPLOYMENT

Willis Towers Watson had an outdated & costly conferencing system. Cisilion deployed Skype for Business and helped drive user adoption which transformed the office completely. The UC solution is now rolled out globally, for over 38k users.

VIEW CASE STUDY

## CISILION & OFFICE 365

Combine the benefits of Office 365, Enterprise Mobility & Security with Cisilion's award winning support for collaboration services that not only helps to increase business productivity for employees but can also help achieve cost efficiencies.

BOOK A SESSION

### RELATED CLIENTS

Willis Towers Watson

Lewisham Southwark College

Awin

Kemp Little

Kennedys



MEET OUR EXPERTS.
PLAY WITH OUR
TECHNOLOGY.
EXPERIENCE CISILION.

OUR EXPERIENCES



## ABOUT CISILION

Our mission is simple – to transform and connect business with next-generation IT infrastructure. Complemented by strategic relationships with some of the world's leading technology partners, Cisilion now serves a global client base across more than seventy countries.

CONTACT

ABOUT

CAREERS

SMART PORTAL

PRIVACY & COOKIES POLICY

MODERN SLAVERY

COVID-19 RESPONSE

## OUR EXPERIENCES

## LEGAL

Terms & Conditions

© 2020 Cisilion. All Rights Reserved. Website by Beyond.

## NEWS & BLOG

- Cisilion's Cost Busting Azure Optimisation
- Microsoft Teams Innovation Overdrive with New Features!
- Cisilion Achieve 'Calling for Microsoft Teams Advanced Specialisation'

   

# APPENDIX
# 92



# ROBS' MODERN WORKPLACE BLOG

Thoughts, Updates and randomness on all things "Modern Workplace"

Home     About Rob

SEPTEMBER 25, 2019 BY RQUICKENDEN

## Another critical step to preventing Identity and Information Theft...

One of my earlier posts talked about how enabling Multi-Factor Authentication across your organisation can dramatically reduce your risk of attack/breach or data theft by Identity Compromise however after reading some of the comments and talking to some other IT admins and CSOs, I felt this needed a Part #2.

*According to Symantec, **91% of all Cyber Attacks start with a spear phishing email***

### Protecting Corporate Email

Its fair to say that "most" organisations who use Microsoft Exchange Online for their corporate email services use some form of additional security or protection....

### Exchange Online Protection

Microsoft provides Exchange Online Protection (EOP) as a standard service with Exchange which essentially is an anti-spam and antivirus service.

Every and any mail security company, Symantec, proof point, mimecast, you name it, will heavily criticise Microsoft for its "lack" of protection against modern and zero-day threats and to be honest they are quiet right too but what many people aren't aware of (and I don't think Microsoft shout about it loud enough) - they have some pretty good advanced services you can enable (or buy). Any security officer will tell you that they key to security is defence in depth and there isn't a single "master of all" platform or vendor out there that can protect an organisation from attack, regardless of what form it comes in.

Having multiple defences (not necessarily multiple vendors) in place helps because if spam sneaks by the first line, it might be stopped by the second.

As you'd expect there are many 3rd party products and services available that complement the standard Exchange Online Protection services available including ProofPoint, Symantec, Mimecast etc, but if your organisation uses Microsoft Exchange Online then, depending on your licensing level, you have some pretty impressive advanced security features which to be honest, you should be using especially if you don't use any 3rd party bolt-ons. This Office 365 ATP (note, its not specifically focuses on Exchange).

### Hello Office 365 ATP

Microsoft Office Advanced Threat Protection (ATP), which is part of Office 365 E5 (or an add-on) builds on the Microsoft EOP and provides two key features aimed at protecting users from phishing attacks, malicious attachments and other advanced threat vectors which typically target users but getting them to click something, fill something in or download something. **Again, according to Symantec 1 in 4 people will click a link in an email without checking the**

---

Search...

RECENT POSTS

6 new countries added to Microsoft Cloud Calling Plans

A new world of possibilities comes to SurfaceHub2S

What's new in Teams for August 2020? – Spotlight, Call Merge, and more

"Application Guard" for Office Desktop Apps enters public preview

Review: Lenovo ThinkSmart View for Microsoft Teams

RECENT COMMENTS

rquickenden on 6 new countries added to Microsoft Cloud Calling Plans

A new world of possibilities comes to SurfaceHub2S – Robs' Modern Workplace Blog on Major software updates coming for SurfaceHub 1 and 2 but Hub 2X upgrade is cancelled for now

Jlemately on You can now include system audio in Teams meetings

rquickenden on You can now include system audio in Teams meetings

rquickenden on You can now include system audio in Teams meetings

ARCHIVES

September 2020
August 2020
July 2020
June 2020
May 2020
April 2020
March 2020
February 2020
January 2020
December 2019
November 2019
October 2019
September 2019
August 2019
July 2019
May 2019

message header or checking it is from who they think it is.

Of course Microsoft claim Office ATP is the best line of defence for their Office 365 customers. As you'd expect, Third-party mail hygiene services beg to differ and say that their solutions offer better protection. Either way, you're better protected when EOP is not the only line of defence.

## So what's Office ATP Include?

Office ATP delivers two key security enhancements for Exchange (and Office 365 in general) including **ATP Safe Attachments** and **ATP Safe Links**, both features designed to prevent or stop malicious content arriving in user mailboxes and indeed across the other key Office 365 services.

## ATP Safe Attachments

The concept behind ATP Safe Attachments is fairly simple and is designed with protecting users against emails that may contain malicious attachments. ATP Safe Attachments helps here by intercepting all emails before they hit the users inbox, essentially detonates the attachment to makes sure its safe. ATP Safe Attachments also stops infections caused by malware being uploaded to SharePoint Online and OneDrive for Business sites, including the SharePoint Online sites used by Microsoft Teams (which is enough for Microsoft to claim ATP support for Teams).

There are a couple of configuration options around how Safe Attachments works which are mainly designed to control how attachments get delivered to users.



The options are relatively self explanatory. For avoidance of doubt, I'd strongly recommend using Dynamic Delivery, which means all users receive their email messages (at first) without the attachments (well, they get a place-holder) while those attachments are being scanned by Microsoft to check they are safe.

Safe Attachments doesn't generally take long to process attachments and in my experience the delay is usually less than 30 seconds (though that can feel like ages if you are waiting for the scan to complete in order to open your attachment – especially if its a sales PO!).

## ATP Safe Links

ATP Safe Links as the name implies, provides "click-time" URL Protection to blocks malicious links by analyzing them at arrival time and also each and every time the user clicks on the link to protect against spear phishing attacks that weaponize a link after an email is delivered.

While links are being checked, users are prevented from getting to these to the sites. Yes, this can delay mail recipients from being able to get to information but given the amount of bad sites that exist on the internet (and that more than 91% of phishing attacks original from email), this is a fair compromise, even if users are sometimes frustrated when they can't immediately reach a site because of a blocked link.

A newish feature in the ATP Safe Links policy allows Office 365 administrators to "delay message delivery" until all links in an email message are scanned (see below). This seems to be "off" by default but is definitely one I think should be enabled.

alt="" aria-hidden="true" />



CATEGORIES

Business

Cloud and Data Center

Collaboration and Productivity

Geeky Stuff

Security and Compliance

Uncategorised

Windows 10

WorkFlow and Automation

META

Log In

Entries feed

Comments feed

WordPress.org



## What are my other Options?

I'm not going to go into the pros and cons of the other services in this blog, the 3rd party vendors will do this, but depending on your licensing level, need or desire to use multiple vendors for security or to standardise your security products across other key strategic vendors, you may choose to explore. Which is best – its hard to say but if you have nothing, I'd start with Office ATP as its most likely included within your licensing plan (and if not its easy to set-up a trial with your partner).

- Symantec ATP
- Cisco Email Security
- Proof Point
- Mimecast

## Summary

Microsoft and also many 3rd parties provide Advanced Threat Protection services across Exchange Online . At time of writing, Microsoft, however, are the only vendor that extend these services across other Office 365 services including SharePoint Online, One Drive for Business and therefore Teams.

**Share this:**

[ Twitter ] [ Facebook ] [ LinkedIn ]

**Like this:**

[ Like ]

Be the first to like this.

| What Microsoft announced at the 2020 RSA Conference. | Protect yourself from COVID-19 themed "PHISHING" attacks | Why you should be using Azure Identity Protection |
|---|---|---|
| February 25, 2020 | March 25, 2020 | May 28, 2019 |
| In "Business" | In "Security and Compliance" | In "Cloud and Data Center" |

— COLLABORATION AND PRODUCTIVITY, SECURITY AND COMPLIANCE

3 Replies to "Another critical step to preventing Identity and Information Theft…"

**nuwittingly**

MARCH 23, 2020 AT 12:53 PM

Excellent pieces. Keep posting such kind of info on your site.Im really impressed by your site.Hello there, You've performed a fantastic job.

↩ Reply

**그래프폰마니**

MARCH 29, 2020 AT 12:13 AM

I think this is one of the most important info for me. And i'm glad reading your article.But want to remark on some general things, The website style is perfect.

↩ Reply

**지워닷기게임**

MARCH 29, 2020 AT 7:10 PM

I'm not that much of a internet reader to be honest but your blogs really nice.keep it up! I'll go ahead and bookmark your website to come back later on. Many thanks

↩ Reply

Leave a Reply

Your email address will not be published. Required fields are marked *

Comment

Name *

Email *

Website

☐ Save my name, email, and website in this browser for the next time I comment.

☐ Notify me of follow-up comments by email.

☐ Notify me of new posts by email.

Post Comment

PREVIOUS
← New AI capabilities promise to transform the physical retail space

NEXT
The Microsoft Whiteboard just got better →

ARCHIVE

Select Month

Proudly powered by WordPress

# APPENDIX
# 93



# Security and Compliance

Published: January 2016

© 2016 Microsoft Corporation.  All rights reserved.  This document is provided "as-is." Information and views expressed in this document, including URL and other Internet Web site references, may change without notice. You bear the risk of using it. Some examples are for illustration only and are fictitious. No real association is intended or inferred. This document does not provide you with any legal rights to any intellectual property in any Microsoft product. You may copy and use this document for your internal, reference purposes.

**Document Classification:** Public
**Document Location:** http://trust.office365.com
**Document Feedback:** cxprad@microsoft.com

## Introduction

When moving your organization to cloud services, security concerns add another layer of consideration; one of trust. You have to be able to trust your service provider with processing the data that you provide to the service provider through your use of the online service, which is "your data." Security, compliance, and privacy in Office 365 has two equally important dimensions:

- The first dimension includes Microsoft-managed service-level capabilities that include technologies, operational procedures, and policies that are enabled by default.
- The second dimension includes customer-managed controls that enable you to customize your Office 365 environment based on the specific needs of your organization, while still maintaining security and compliance.

Security and compliance is an ongoing process, not a steady state. It is constantly maintained, enhanced, and verified by highly-skilled, experienced and trained personnel. We strive to keep software and hardware technologies up to date through robust processes. To help keep Office 365 security at the top of the industry, we use processes such as the Security Development Lifecycle; we also employ techniques that throttle traffic and prevent, detect, and mitigate breaches.

For the latest information on Office 365 security and compliance, visit the Office 365 Trust Center.

## Service-Level Security

Microsoft is recognized as an industry leader in cloud security. Using decades of experience building enterprise software and running online services, our team is constantly learning and continuously updating our services and applications to deliver a secure cloud productivity service that meets rigorous industry standards for compliance.

At the service level, we use a defense-in-depth strategy that protects your data through multiple layers of security (physical, logical and data):



*Figure 1 - Multiple layers of defense in depth*

**Document Classification:** Public
**Document Location:** http://trust.office365.com
**Document Feedback:** cxprad@microsoft.com

A defense-in-depth strategy ensures that security controls are present at various layers of the service and that, should any one area fail, there are compensating controls to maintain security at all times. The strategy also includes tactics to detect, prevent, and mitigate security breaches before they happen. This involves continuous improvements to service-level security features, including:

- Port scanning and remediation
- Perimeter vulnerability scanning
- Operating system security patching
- Network-level distributed denial-of-service (DDoS) detection and prevention
- Multi-factor authentication for service access

For more information on how Office 365 is protected against DDoS attacks, see Defending Office 365 against denial of service attacks, available for download from the Service Trust Portal (STP). Note, you must be enrolled in the STP to access this document.  Enrollment is free and easy for all Office 365 tenants (including trial subscriptions).  See Get started with the Service Trust Portal for Office 365 for business, Azure, and Dynamics CRM Online subscriptions for steps to enroll.

With regards to people and process, preventing breaches involves:

- Auditing all operator/administrator access and actions
- Zero standing permission for administrators in the service
- Just-In-Time access and elevation that is granted on an as-needed and only-at-the-time-of-need basis to troubleshoot the service
- Segregation of the employee email environment from the production access environment
- Mandatory background checks for high-privilege access. These checks are a highly scrutinized, manual-approval process.

Preventing breaches also involves automatically deleting unnecessary accounts when an employee leaves, changes groups, or does not use the account prior to its expiration. Wherever possible, human intervention is replaced by an automated, tool-based process, including routine functions such as deployment, debugging, diagnostic collection, and restarting services.

We continue to invest in systems automation that helps identify abnormal and suspicious behavior and respond quickly to mitigate security risk. We are also continuously evolving a highly effective system of automated patch deployment that generates and deploys solutions to problems identified by the monitoring systems—all without human intervention. This greatly enhances the security and agility of the service. We regularly conduct penetration tests to enable continuous improvement of incident response procedures. These internal tests help our security experts create a methodical, repeatable, and optimized stepwise response process and automation.

## Physical Layer — Facility

Customer data is stored in our Office 365 datacenters that are geographically distributed while taking regional data location considerations into account. Our datacenters are built from the ground up to protect services and data from harm by natural disaster or unauthorized access. Datacenter access is restricted 24 hours a day by job function—with only customer application and services access given to essential personnel. Physical access control uses multiple authentication and security processes, including badges and smart cards, biometric scanners, on-premises security officers, continuous video

**Document Classification:** Public
**Document Location:** http://trust.office365.com
**Document Feedback:** cxprad@microsoft.com

surveillance, and two-factor authentication. The datacenters are monitored using motion sensors, video surveillance, and security breach alarms. In case of a natural disaster, security also includes automated fire prevention and extinguishing systems and seismically braced racks where necessary.

## Physical Layer – Network

Perimeter protection is implemented through the use of controlled devices at the network edge and on points throughout the network. The overarching principle of our network security is to allow only connections and communications that are necessary to allow systems to operate, blocking all other ports, protocols and connections. Access Control Lists (ACLs) implemented in the form of tiered ACLs on routers, IPsec policies on hosts, firewall rules and host based firewall rules are implemented in the network with restrictions on network communication, protocols, and port numbers. Edge router security allows the ability to detect intrusions and signs of vulnerability at the network layer. Networks within the Office 365 datacenters are further segmented to provide physical separation of critical back-end servers and storage devices from the public-facing interfaces.

## Logical Layer

The logical layer of security involves many controls and processes implemented to secure the host machines, applications running on those hosts and from administrators that may perform any work on those host machines and applications.

## Automated Operations

Most of the operations performed on hosts and applications by administrators are automated so that human intervention is reduced to a minimum, reducing the possibility of an inconsistent configuration or a malicious activity. This automated approach extends to the deployment of systems within our datacenters.

## Admin Access to Data

Administrator access to Office 365 and your data is strictly controlled. Core tenets of this process are role based access and granting personnel least privilege access to the service that is necessary to perform specific operations. These tenets are followed whether the access is physical (i.e., to the datacenter or the servers) or logical. An example where this comes to life is a process called "Lockbox" that administrators use to request access for elevated privileges.

Access control happens at various levels:

- Personnel level to ensure that there are appropriate background checks and strict account management so that only those essential to the task may perform the task
- Role based access control
- A Lockbox process which allows:
  - Just-in-time accounts with high-entropy passwords
  - Access for a limited amount of time
  - Access to take specific actions based on the role
- The servers in the Office 365 service have a pre-determined set of processes that can be run using Applocker
- Auditing and review of all access

**Document Classification:** Public
**Document Location:** http://trust.office365.com
**Document Feedback:** cxprad@microsoft.com

## Security Development Lifecycle

The Microsoft Security Development Lifecycle (SDL) is a comprehensive security assurance process that informs every stage of design, development, and deployment of our software and services, including Office 365. Through design requirements, analysis of attack surface, and threat modeling, the SDL helps us predict, identify, and mitigate vulnerabilities and threats from before a service is launched through its entire BitLocker production lifecycle. We continuously update the SDL using the latest data and best practices to help ensure that new services and software associated with Office 365 are highly secure from day one.

## Anti-malware, Patching, and Configuration Management

The use of anti-malware software is a principal mechanism for protection of your assets in Office 365 from malicious software. The software detects and prevents the introduction of computer viruses and worms into the service systems. It also quarantines infected systems and prevents further damage until remediation steps are taken. Anti-malware software provides both preventive and detective control over malicious software.

Our standard baseline configuration requirements for servers, network devices, and other Microsoft applications are documented where the standards outline the use of a standard package.  These packages are pretested and configured with security controls.

Changes, such as updates, hotfixes, and patches made to the production environment, follow the same standard change management process. Patches are implemented within the time frame specified by the issuing company. Changes are both reviewed and evaluated by our review teams and the Change Advisory Board for applicability, risk, and resource assignment prior to being implemented.

## Data Layer

Office 365 is a highly scalable multi-tenant service, which means that your data securely shares the some of the same hardware resources as other customers. We have designed Office 365 to host multiple customers in the service in a highly secure way through data isolation. Data storage and processing for each tenant is segregated through Azure Active Directory and capabilities specifically developed to help build, manage, and secure multi-tenant environments. Azure Active Directory isolates your data using security boundaries. This safeguards your data so that the data cannot be accessed or compromised by co-tenants.

## Data Integrity and Encryption

Office 365 has several cryptography and encryption features. For details on these features, see Data Encryption Technologies in Office 365, available for download from the Service Trust Portal (STP). Note, you must be enrolled in the STP to access this document.  Enrollment is free and easy for all Office 365 tenants (including trial subscriptions).  See Get started with the Service Trust Portal for Office 365 for business, Azure, and Dynamics CRM Online subscriptions for steps to enroll.

# Protection from Security Threats

Threat management strategy for Office 365 is a composite of identifying a potential threats intent, capability, and probability of successful exploitation of a vulnerability. The controls used to safe guard against such exploitations are heavily founded upon security standards. By validating the ISO

**Document Classification:** Public
**Document Location:** http://trust.office365.com
**Document Feedback:** cxprad@microsoft.com

27001/27002 and NIST 800-53 controls implemented by Microsoft via the independent audits of these controls, you are able to assess the effectiveness of the controls deployed by us.

The overall cyber threat landscape has evolved from traditional opportunistic threats to also include persistent and determined adversaries. We equip you with a defense-in-depth approach to address the continuum of threats ranging from common "hacktivists" to cyber criminals to nation-state actors.

Our Office 365 security strategy is founded upon a dynamic strategy with four pillars of thought.  The mindset shift we made to make our defenses more effective and ever evolving is commonly referred to as "Assume Breach" and assumes that a breach has already happened in the environment and is simply not known. With this mindset, the security teams are continuously attempting to detect and mitigate security threats that are not widely known. One set of exercises is to artificially propagate a security threat and have another group respond and mitigate the threat. The primary goal of these exercises is to make Office 365 resilient so the new vulnerabilities are quickly detected and mitigated.

- The first pillar of the security strategy is referred to as "Prevent Breach." Our investment in this pillar involves continuous improvements to built-in security features. These include port scanning and remediation, perimeter vulnerability scanning, operating system patches, network level Isolation/breach boundaries, DDoS detection and prevention, just-in-time access, live site penetration testing, and multi-factor authentication for service access.
- The second pillar is referred to as "Detect Breach." In this pillar, our system and security alerts are harvested and correlated via a massive internal analysis system. The signals analyze alerts that are internal to the system as well as external signals (for example coming from customer incidents). Based on machine learning, we can quickly incorporate new patterns to trigger alerts, as well as automatically trigger alerts on anomalies in the system.
- The third pillar is referred to as "Respond to Breach." This pillar is used to mitigate the effects if a component is compromised. A diligent incident response process, standard operating procedures in case of an incident, ability to deny or stop access to sensitive data and identification tools to promptly identify involved parties helps ensure that the mitigation is successful.
- The fourth pillar is referred to as "Recover from Breach," which includes the standard operating procedures to return the service to operations. The pillar includes the ability to change the security principals in the environment, automatically update the affected systems, and audit the state of the deployment to identify any anomalies.

**Document Classification:** Public
**Document Location:** http://trust.office365.com
**Document Feedback:** cxprad@microsoft.com

## Advanced Threat Protection

Office 365 provides robust email protection against spam, viruses and malware with Exchange Online Protection (EOP). But as hackers around the globe launch increasingly sophisticated attacks, many organizations are seeking tools that provide advanced protection. That's why Exchange Online offers Advanced Threat Protection (ATP), an email filtering service that provides additional protection against specific types of advanced threats. ATP for Exchange Online delivers the following benefits:

- Protection against unknown malware and viruses—Today EOP employs a robust and layered anti-virus protection powered with three different engines against known malware and viruses. ATP extends this protection through a feature called Safe Attachments, which protects against unknown malware and viruses, and provides better zero-day protection to safeguard your messaging system. All messages and attachments that don't have a known virus/malware signature are routed to a special hypervisor environment, where a behavior analysis is performed using a variety of machine learning and analysis techniques to detect malicious intent. If no suspicious activity is detected, the message is released for delivery to the mailbox.

- Real time, time-of-click protection against malicious URLs—EOP scans each message in transit in Office 365 and provides time of delivery protection, blocking any malicious hyperlinks in a message. But attackers sometimes try to hide malicious URLs with seemingly safe links that are redirected to unsafe sites by a forwarding service after the message has been received. ATP's Safe Links feature proactively protects your users if they click such a link. That protection remains every time they click the link, as malicious links are dynamically blocked while good links can be accessed.

- Rich reporting and URL trace capabilities—ATP also offers rich reporting and tracking capabilities, so you can gain critical insights into who is getting targeted in your organization and the category of attacks you are facing. Reporting and message tracing allows you to investigate messages that have been blocked due to an unknown virus or malware, while the URL trace capability allows you to track individual malicious links in the messages that have been clicked.

For more information, see Introducing Exchange Online Advanced Threat Protection.

## Security Monitoring and Response

Many threats target software vulnerabilities, but others attack operational weaknesses, which is why Microsoft uses the Operational Security Assurance (OSA) framework. OSA supports continuous monitoring, helps to identify operational risks, provides operational security guidelines, and validates that those guidelines are followed. OSA helps make Microsoft cloud infrastructure more resilient to attack by decreasing the amount of time needed to protect, detect, and respond to security threats.

## Independent Verification

Office 365 has operationalized security into a scalable process that can quickly adapt to security trends and industry-specific needs. Microsoft engages in regular risk management reviews, and it develops and maintains a security control framework that meets the latest standards. Internal reviews and external audits by trusted organizations are incorporated into the Office 365 service life cycle. Close working relationships with other Microsoft teams result in a comprehensive approach to securing applications in the cloud.

**Document Classification:** Public
**Document Location:** http://trust.office365.com
**Document Feedback:** cxprad@microsoft.com

Key standards that give you confidence in Microsoft's security technologies and best practices are independent audits and verifications of adherence to standards embodied in ISO 27001, SSAE 16 SOC1 Type II and HIPAA.

## Customer Controls for Security

Office 365 combines the familiar Microsoft Office suite with cloud-based versions of our next-generation communications and collaboration services: Exchange Online, SharePoint Online, and Skype for Business. Each of these services offers individualized security features that you can control. These controls allow you to help adhere to compliance requirements, give access to services and content to individuals in your organization, configure anti-malware / anti-spam controls, and encrypt data.

Along with the encryption technologies in Office 365 that are managed by Microsoft, Office 365 also includes encryption features that customers can manage and configure. These technologies, which offer a variety of ways to encrypt customer data at rest or in-transit, are:

- Rights Management Services
- Secure Multipurpose Internet Mail Extension
- Office 365 Message Encryption
- Secure mail flow with a partner organization

Information on these technologies can also be found in the Office 365 service descriptions.

You also have configuration options for anti-malware/anti-spam controls in the service. You may optionally choose to use your own anti-malware service and route to and from Office 365 via that third-party service. Office 365 uses multi-engine anti-malware scanning to protect incoming, outgoing, and internal messages from malicious software transferred through email.

Your administrators can use the Office 365 Administration Center to manage anti-malware/anti-spam controls, including advanced junk mail options and organization-wide safe and blocked sender lists. Individual users can manage their safe and blocked senders from within their inboxes in Outlook or Outlook on the web.

Content controls and multi-engine malware scanning also help eliminate documents containing malicious code. Based on file name extensions, Office 365 blocks certain file types that can contain malicious code from being uploaded to or retrieved from the service. Office 365 uses an intelligent instant message filter to help protect the service and your networks against malware and spam via IM.

### Highly Secure End-User Access

Office 365 customer data and services are secured at the datacenter, network, logical, storage, and transit levels. In addition, it is critical to be able to control access to data and how it may be used. In the Office 365 service, Azure Active Directory is used as the underlying identity platform. This enables your tenant with strong authentication options granular control over how IT professionals and users can access and use the service. Office 365 also allows integration with an on-premises Active Directory or other directory stores and identity systems such as Active Directory Federation Services (ADFS) or third-party secure token systems (STSs) to enable secure, token-based authentication to services.

**Document Classification:** Public
**Document Location:** http://trust.office365.com
**Document Feedback:** cxprad@microsoft.com

## Federated Identity and Single Sign-on

Your administrators can federate on-premises Active Directory or other directory stores with Azure Active Directory. After federation is configured, all Office 365 users whose identities are based on the federated domain can use their existing corporate logons to authenticate to Office 365. Federation enables secure, token-based authentication. This also allows administrators to create additional authentication mechanisms such as:

- Multi-factor authentication
- Client-based access control, allowing organizations to control how users access information from specific devices or specific locations or a combination of both (for example, limiting access from public computers or from public open Wi-Fi)
- Role-based access control (RBAC), similar to the access control procedure for Microsoft datacenters described earlier in the "Automated operations" section

With IM federation, Skype for Business users can IM in a highly secure environment with users in other organizations that use Skype for Business, on-premises Skype for Business or Lync Server, and even the Skype public IM network. All federated communications are encrypted between the IM systems using access proxy servers. In addition, Skype for Business allows administrators to save IM conversations.

## Multi-factor Authentication

Multi-factor authentication enhances security in a multi-device and cloud-centric world. We provide an in-house solution for multi-factor authentication with a phone call, text message, or notification on a dedicated app. We also support third-party multi-factor authentication solutions.

Multi-factor authentication options include:

- Call my mobile phone. The user receives a phone call that asks them to press the pound key. Once the pound key is pressed, the user is logged in.
- Text code to my mobile phone. The user receives a text message containing a six-digit code that they must enter into the portal.
- Call my office phone. This is the same as Call my mobile phone, but it enables the user to select a different phone if they do not have their mobile phone with them.
- Notify me through app. The user configured a smartphone app and they receive a notification in the app that they must confirm the login. Smartphone apps are available for Windows Phone, iPhone, and Android devices.
- Show one-time code in app. The same smartphone app is used. Instead of receiving a notification, the user starts the app and enters the six-digit code from the app into the portal.

Users who are enrolled for multi-factor authentication are required to configure App Passwords in order to use Office desktop applications, including Outlook, Skype for Business, Word, Excel, PowerPoint, and OneDrive for Business.

Once your information worker has logged in with multi-factor authentication, they will be able to create one or more App Passwords for use in Office client applications. An App Password is a 16-character randomly generated password that can be used with an Office client application as a way of increasing security in lieu of the second authentication factor.

**Document Classification:** Public
**Document Location:** http://trust.office365.com
**Document Feedback:** cxprad@microsoft.com

For more information, see Multi-Factor Authentication for Office 365.

## Privacy by Design

When you entrust your data to Office 365 you remain the sole owner: you retain the rights, title, and interest in the data you store in Office 365. The data you store in Office 365 is "your data."

It is with this clarity of principle that we ensure that we maintain your privacy and operate our online services with certain key principles:

- We use your data only to provide you with the online services you have paid for, including purposes compatible with providing those services
- We do not mine your data for advertising purposes
- If you ever choose to leave the service, you can take your data with you with full fidelity
- We tell you where your data resides, who has access, and under what circumstances
- Access to your data is strictly limited, non-destructive, logged and audited[1]

Beyond this, we have privacy controls to allow you to configure exactly who has access to what within your organization. Strict controls and design elements prevent or mingling of your data with that of other organizations using Office 365 and from Office 365 datacenter staff having access to your data.

In addition, Microsoft redirects government requests for your data to be made directly to you unless legally prohibited and has challenged government attempts to prohibit disclosure of such requests in court.

## Customer Controls for Privacy

In addition to service-level capabilities, Office 365 enables you to collaborate through the use of transparent policies and strong tools while providing the distinct ability to control information sharing.

- Customer Lockbox—Allows customers to control Microsoft engineering access to customer data.
- Rights Management in Office 365—Allows individuals and administrators to specify access permissions to documents, workbooks, and presentations. This helps you prevent sensitive information from being printed, forwarded, or copied by unauthorized people by applying intelligent policies.
- Privacy controls for sites, libraries and folders—SharePoint Online, a key component service of Office 365 that provides collaboration functionality has a number of privacy controls. One example is that SharePoint Online sites are set to "private" by default. A second example is that a document uploaded to OneDrive for Business is not shared until the user provides explicit permissions and identifies who to share with.
- Privacy controls for communications—In Skype for Business, another key component service that provides real-time communications in Office 365, there are various administrator-level controls as well as user-level controls to enable or block communication with external users and organizations. One example is blocking access to federation in Skype for Business. Similarly,

---

[1] Third-party audits are performed to attest that access is only for appropriate business purposes.

**Document Classification:** Public
**Document Location:** http://trust.office365.com
**Document Feedback:** cxprad@microsoft.com

there are controls throughout the service for the admins and users to ensure privacy of their content and communications.

## Service Compliance

Operating a global cloud infrastructure creates a need to meet compliance obligations and to pass third-party audits. Auditable requirements come from government and industry mandates, internal policies, and industry best practices. Continuous compliance refers to our commitment to evolve the Office 365 controls and stay up to date with IT standards and regulations.

As a result, Office 365 has obtained independent verification, including ISO 27001, ISO 27018, and SSAE 16 audits; is able to transfer data outside of the European Union through the EU Model Clauses; is willing to sign a HIPAA Business Associate Agreement (BAA) with all customers; has received authority to operate from a U.S. federal agency under FISMA; and has disclosed security measures through the Cloud Security Alliance's public registry. Office 365 extends the controls implemented to meet these standards to customers who are not necessarily subject to the respective laws or controls.

### ISO 27001

Office 365 service meets ISO 27001 standards and was the first major business productivity public cloud service to have implemented the rigorous set of global standards covering physical, logical, process, and management controls.

### ISO 27018

ISO 27018 is the first international standard for privacy in the cloud. Microsoft was the first major cloud service provider to be independently verified as meeting ISO 27018.

### SSAE 16

Office 365 has been audited by independent third parties and can provide Statement on Standards for Attestation Engagements No. 16 (SSAE 16) SOC 1 Type I and Type II and SOC 2 Type II reports on how the service implements controls.

### FISMA

Office 365 has been granted FISMA moderate Authority to Operate by multiple federal agencies. Operating under FISMA requires transparency and frequent security reporting to our U.S. Federal customers. Microsoft applies these specialized processes across our infrastructure to further enhance our Online Services Security and Compliance program for the benefit of customers who are not subject to FISMA requirements.

### HIPAA BAA

Office 365 is the first major business productivity public cloud service provider to offer a HIPAA Business Associate Agreement (BAA) to all customers. HIPAA is a U.S. law that applies to healthcare entities—it governs the use, disclosure, and safeguarding of protected health information (PHI), and imposes requirements on covered entities to sign business associate agreements with their vendors that have access to PHI.

### EU Model Clauses

Office 365 became the first major business productivity public cloud service provider to sign the standard contractual clauses created by the European Union (known as the "EU Model Clauses") with all

**Document Classification:** Public
**Document Location:** http://trust.office365.com
**Document Feedback:** cxprad@microsoft.com

customers. The EU Model Clauses address the international transfer of data. Office 365 is one of very few cloud services—if not the only cloud service—that has received broad validation from European data protection authorities (DPAs) regarding its approach to the EU Model Clauses, including from Bavaria, Denmark, France, Ireland, Luxembourg, Malta, and Spain.

Further, the Article 29 Working Party, a consortium of European data protection authorities, has publicly stated that our contractual commitments meet the requirements of the EU Model Clauses. Microsoft is the first cloud services provider to get such an approval from the Article 29 Working Party. You can read more about this here.

### Cloud Security Alliance

Office 365 meets compliance and risk management requirements as defined in the Cloud Security Alliance (CSA) Cloud Control Matrix (CCM). The CCM is published by a not-for-profit, member-driven organization of leading industry practitioners focused on helping customers make the right decisions when moving to the cloud. The matrix provides a detailed understanding of the security and privacy concepts and principles that are aligned to CSA guidance across 13 domains. Office 365 has published a detailed overview of its capabilities for the CCM requirements that illustrates how these capabilities meet these requirements and empowers customers with in-depth information to evaluate different offerings in the marketplace today.

## Customer Controls for Compliance

With Office 365, we offer a range of compliance features, including data loss prevention (DLP), eDiscovery, and auditing and reporting functionality. Across these capabilities, the user experience is preserved and productivity is not affected, leading to greater user acceptance.

### Data Loss Prevention

Although malware and targeted attacks can cause data breaches, user error is actually a much greater source of data risk for most organizations. Exchange Online provides data loss prevention (DLP) technology that identifies, monitors, and protects sensitive data and helps users understand and manage data risk. For example, DLP proactively identifies sensitive information in an email message, such as social security or credit card numbers, and alerts users via "Policy Tips" before they send that message. Your administrators have a full range of controls and can customize the level of restrictions for their organization. For example, users can simply be warned about sensitive data before sending—sending sensitive data can require authorization, or users can be blocked from sending data completely. DLP features scan both email messages and attachments, and your administrators have access to comprehensive reporting about what data is being sent by whom. Administrators can also apply RMS for content that is triggered by a DLP rule.

Additionally, you may encounter scenarios in which individuals in your organization handle many kinds of sensitive information during a typical day. Document Fingerprinting makes it easier for you to protect this information by identifying standard forms that are used throughout your organization.

This data loss prevention capability is being expanded to other aspects of the service like SharePoint Online in the near future.

**Document Classification:** Public
**Document Location:** http://trust.office365.com
**Document Feedback:** cxprad@microsoft.com

## Auditing and Retention Policies

By using Office 365 auditing policies, your users can log events, including viewing, editing, and deleting content such as email messages, documents, task lists, issues lists, discussion groups, and calendars. When auditing is enabled as part of an information management policy, administrators can view the audit data and summarize current usage. Administrators can use these reports to determine how information is being used within the organization, manage compliance, and investigate areas of concern.

For business, legal, or regulatory reasons, you may have to retain e-mail messages sent to and from users in your organization, or you may want to remove e-mail that you aren't required to retain. Messaging records management (MRM), the records management technology in Office 365, enables you to control how long to keep items in users' mailboxes and define what action to take on items that have reached a certain age.

MRM in Office 365 is accomplished by using ion tags and retention policies. An overall MRM strategy is based on:

- Assigning *retention policy tags* to default folders, such as the Inbox and Deleted Items.
- Applying *default policy tags* to mailboxes to manage the retention of all untagged items.
- Allowing the user to assign *personal tags* to custom folders and individual items.

Separating MRM functionality from users' Inbox management and filing habits. Users aren't required to file messages in managed folders based on retention requirements. Individual messages can have a different retention tag than the one applied to the folder in which they're located.

## eDiscovery

The Office 365 Discovery Center can be delegated to your specialist users—such as a compliance officer or human resources personnel—to conduct eDiscovery tasks without having to generate additional overhead for the IT department. Using eDiscovery, compliance officers can retrieve content from across Exchange Online, SharePoint Online (including OneDrive for Business), and Skype for Business. With the integrated Office 365 eDiscovery, you have one single experience for searching and preserving email, documents, and site mailboxes. You can be specific about what to search for and preserve. The ability to find only what you want and nothing more can contribute to a reduction of discovery costs. The eDiscovery process places no burden on the user for preserving and searching for data, because all of these processes are performed in the background.

## Data Spillage Management

Office 365 has compliance features to support you if your organization ever needs to manage data spillage. For example, if a federal government organization were to transmit classified data into Office 365, there are ways for the organization to remove the data by themselves. Compliance and security officials with appropriate RBAC privileges can use eDiscovery to search for the message or document and hard-delete them. The hard drives used to store the spilled data are never re-purposed or repaired or otherwise moved out of the physical security of the Office 365 datacenter. They are destroyed if they are no longer used in the Office 365 infrastructure.

## Data Deletion

Customer data privacy is one of our key commitments for the cloud. With Office 365, at contract termination or expiration, we will provide at least 90 days for your administrators to confirm all data

**Document Classification:** Public
**Document Location:** http://trust.office365.com
**Document Feedback:** cxprad@microsoft.com

migration has been completed, after which point your data will be destroyed to make it commercially unrecoverable. Further, we provide guidelines to your administrators to personally destroy your data if that is preferred. Electronic discovery can be performed to verify that none of your data can be returned.

## Summary

Businesses today need productivity services that help users get more done from virtually anywhere while maintaining security in the face of ever-evolving threats. Office 365 supports both of these needs at once with a highly secure, cloud-based productivity platform. Information regarding Office 365 security, privacy, compliance, transparency, and service continuity can be found in the Office 365 Trust Center and the Service Trust Portal. The Office 365 platform incorporates security at every level, from application development to physical datacenters to end-user access. Today, fewer and fewer organizations have the ability to maintain an equivalent level of security on-premises at a reasonable cost.

Importantly, Office 365 applications include both built-in security features that simplify the process of protecting data and the flexibility for administrators to configure, manage, and integrate security in ways that make sense for their unique business needs. When businesses choose Office 365, they get a partner that truly understands business security needs and is trusted by companies of all sizes across nearly every industry and geography.

# APPENDIX
# 94





# Office 365: Everything You Wanted to Know

## How to Use this Document?

The **intended audience** of this document are the **IT Pros** (Primary) and **Developers** (Secondary) in **Organizations** using or planning to deploy Office 365. They can use this document as a reference to learn Office 365 capabilities, plan the adoption journey and develop applications.

This document is meant to **complement existing Office 365 resources** available online on TechNet, MSDN, Office Blogs and Support websites, and draws heavily from them for content. High-level information on Office 365 and its service is aggregated and made available in one place. Readers are encouraged to refer to the online resources shared, in each section, for more information.

Information on new and updated Office 365 services are given at multiple places in this document. Please refer to the online Office 365 Roadmap and your tenant's **Message Center** for current status of the updates.

A successful Office 365 rollout focuses on driving adoption and helping everyone understand the benefits of working in a new way. The sections – Four steps towards successful adoption and Getting Started Scenarios give walkthrough of the guidance and resources available from Microsoft for successful adoption.

> Microsoft is using Microsoft Azure, Office 365 and Microsoft Dynamics to deliver the industry's most complete cloud — for every business, every industry, and every geography. Microsoft's Enterprise Cloud Roadmap section summarizes and compares Microsoft's offerings across SaaS, PaaS, IaaS, and private cloud offerings.

 **Important Note**

Keeping pace with the Office 365 innovation, this document would get updated at least once in a month. Please don't refer to this document if the last modified date shown below is more than **2 months** old. Request for the latest copy using your work email address.

Last modified: **Friday, June 23, 2017.**

# Table of Contents

Welcome to Office 365 ..................................................... 1

    Office 365 Services ..................................................... 5

    Moving to Office 365 .................................................. 8

Services: Messaging and Communication ........................ 10

    Exchange Online (EXO) ............................................ 10

    Exchange Online Archiving (EOA) ........................... 11

    Skype for Business Online (Skype) .......................... 12

    Skype Meeting Broadcast ....................................... 14

Services: Voice ............................................................... 17

    Cloud PBX ............................................................... 17

    PSTN Conferencing ................................................. 18

    PSTN Calling ........................................................... 18

Services: Collaboration .................................................. 19

    OneDrive for Business (OneDrive) .......................... 19

    SharePoint Online (SPO) ........................................ 23

    Outlook Groups ...................................................... 33

    Microsoft Teams ..................................................... 35

    Microsoft Planner ................................................... 38

    Yammer ................................................................... 40

    Office 365 Videos ................................................... 42

    Delve ...................................................................... 44

    StaffHub .................................................................. 47

Services: Insights ........................................................... 48

    Power BI Pro ........................................................... 48

    MyAnalytics ............................................................ 52

Apps: Office ................................................................... 55

    Office 365 ProPlus (Office) ..................................... 55

    Office 2016 for Mac ................................................ 56

    Office on iOS, Android, Windows ............................ 57

    Sway ....................................................................... 58

Services: Security & Compliance .................................... 59

    Office 365 Secure Score .......................................... 59

    Audit Log Search, Activity APIs ............................... 60

    Exchange Online Protection (EOP) ........................... 61

    MDM for Office 365 (MDM) ..................................... 62

    MFA for Office 365 (MFA) ....................................... 64

    RMS for Office 365 (RMS) ....................................... 65

    O365 Message Encryption (OME) ............................ 66

    Data Loss Prevention (DLP) ..................................... 67

    eDiscovery .............................................................. 69

    Customer Lockbox ................................................... 70

    Advanced Threat Protection (ATP) .......................... 71

    Advanced Security Management ............................. 72

    Advanced eDiscovery .............................................. 73

    Advanced Data Governance .................................... 74

    Threat Intelligence ................................................. 76

Services: Infrastructure .................................................. 78

    Azure Active Directory (AD) .................................... 78

    Office 365 identity and Azure AD ........................... 78

    Office 365 Groups ................................................... 79

    Office 365 CDN ....................................................... 81

Driving Office 365 adoption ........................................... 83

    Four Steps Towards Successful Adoption ................. 83

    Getting Started Scenarios ....................................... 84

    Office 365 Adoption content pack ........................... 86

Office 365 Application Development ................................ 87

    Microsoft Graph ..................................................... 87

    SharePoint Online ................................................... 90

    Office 365 Connectors ............................................. 95

    Microsoft PowerApps .............................................. 96

    Microsoft Flow ....................................................... 97

    Microsoft Teams Developer Platform ...................... 98

    Office Add-ins ......................................................... 99

    Office UI Fabric ....................................................... 99

    Skype Developer Platform ..................................... 100

    Office 365 Developer Patterns and Practices ......... 101

Extend management and security capabilities with EMS ....... 102

    Accelerate your digital transformation .................. 102

    Plan Office 365 Security & Information Protection ... 104

Microsoft's Enterprise Cloud Roadmap ......................... 107

    Microsoft Cloud Services and Platform Options ..... 107

    Microsoft cloud storage options ............................ 109

# WELCOME TO OFFICE 365

Office 365 is the most complete, secure cloud productivity service to help companies empower employees on the digital transformation journey.

To help companies maximize opportunities while going through digital transformation, we are delivering innovation in Office 365 against these key technology investment areas:

- **Collaboration**: Only Office 365 delivers a robust collaboration solution that meets the needs of diverse groups and provides the option to collaborate as a team across applications.
- **Mobility**: Office 365 enables mobile productivity across many scenarios from any corporate or personal device and protects both users and company data with built-in security.
- **Intelligence**: In addition to delivering powerful visualizations and insights for everyone with Power BI and Excel, Office 365 has the Microsoft Graph which uses machine learning to infuse intelligence into each application to connect people and information faster.
- **Trust**: Office 365 is secure & compliant, manageable, extensible, and always up to date with ongoing cloud updates. We provide a 99.9% uptime financially-backed SLA, Fast Track benefits, the transparency and enterprise commitment of a public roadmap.

> *As of April 2017, Office 365 commercial **monthly active users** number more than **100M** and 90% of Fortune 500 companies now have Office 365.*

Office 365 is designed meet the unique collaboration needs of every group. For every collaboration category, Office 365 includes a purpose-built application. Together, these create a holistic solution that embrace diverse needs and workstyles and makes us different than any other vendor on the market.



**Chat-based Workspace**
Microsoft Teams

**Mail & Calendar**
Outlook

**Voice, Video & Meetings**
Skype

**Co-Creating Content**
Office 365 ProPlus

**Sites & Content Management**
SharePoint

**Enterprise Social**
Yammer

## Choice and Flexibility

Large enterprises are not usually ready to move all of their workloads to the cloud at once. With Office 365, customers can choose between a cloud deployment, an on-premises solution, or a hybrid environment that integrates cloud services into an on-premises IT infrastructure.

> *Office 365 offers organizations the choice of various SKU plans to meet the needs a diverse workforce while continuing to keep their IT costs low.*

Customers can move some users to the cloud and keep other on-premises for compliance or operational reasons. This enables customers to move to the cloud at a pace that makes sense for their unique business needs. If they choose a hybrid infrastructure, users will probably never know the difference, and customers can use the same management tools across online and on-premises servers.

## Change Management Discipline

When implementing new solutions, enterprises rely on change-management processes and workflow to minimize the impact on their organizations. Enterprises cannot be hampered by unpredictable changes, inconsistent delivery, or the sudden disappearance of features. The power of cloud-based services is that they are always up-to-date and offer an experience that gradually improves over time. We realize that change can be daunting, and IT administrators need tools and information to manage ongoing change.

> *Microsoft customers will receive advance notice of significant changes to Office 365, so they can plan effectively.*

We provide visibility for planned updates that are in development and in the process of being rolled out to the service, as well as items that have been launched and are now generally available for all eligible customers.

### Office 365 Roadmap

The Office 365 Roadmap lists updates that are currently planned. Updates are at various stages from being in development to rolling-out to customers to being generally available for applicable customers world-wide

The roadmap provides customers a centralized place to learn more about pending updates before those changes come to the service. It provides a forward-looking view of new features, enhancements, and major updates, which in some cases may extend farther than just a few months.

## Privacy, Security and Compliance

While end-user expectations and demand for the latest tools is high, IT has to balance this pressure to meet users' needs with

1

the requirement to adhere to corporate policies, industry regulations, and applicable laws.

Historically, security and compliance technologies and mandates were perceived as disruptive to productivity, driving down employee satisfaction while driving up IT costs. If users feel impeded by the technology they're given, they often look for ways around it, which in turn can create new corporate non-compliance issues and bring the problem full circle.

> *It's difficult to run a competitive business with information and access totally locked down-- the trade-offs on agility and decision making are too great.*

This is why we believe that the most well-run organizations are those in which people are empowered to do their best work, on any device, while IT is able to responsibly manage security and compliance requirements.

Office 365 includes two equally important capabilities:

1. **Service-level capabilities** that include technical features, operational procedures, and policies that are enabled by default for customers using the service
2. **Customer controls** that include features that enable businesses to customize the Office 365 environment based on the specific needs of their organization

## Office 365 Trust Center

Office 365 Trust Center is the place where we share our commitments and information on trust-related topics.

**Microsoft's Trusted Cloud principles**

| | |
|---|---|
| **Security** | Safeguarding your data with state-of-the-art technology, processes, and encryption is our priority. |
| **Privacy & Control** | Privacy by design with a commitment to use customers' information only to deliver services and not for advertisements. |
| **Compliance** | The largest portfolio of compliance standards and certifications in the industry. |
| **Transparency** | We explain what we do with your data, and how it is secured and managed, in clear, plain language. |

## Service Assurance

Use **Service assurance** in the **Office 365 Security & Compliance Center** to access documents that describe a variety of topics, including:

- Microsoft security practices for customer data that is stored in Office 365.
- Independent third-party audit reports of Office 365.
- Implementation and testing details for security, privacy, and compliance controls that Office 365 uses to protect your data.

You can also find out how Office 365 can help comply with standards, laws, and regulations across industries.

| Content available | Description |
|---|---|
| **Compliance reports** | |
| • FedRamp<br>• GRC Assessment<br>• ISO<br>• SOC/SSAE | Use service compliance reports to review audit assessments performed by third-party independent auditors of Office 365 Service Delivery Operations. |
| **Trust documents** | |
| • FAQ and White Papers<br>• Risk Management Reports | Use white papers, FAQs, end-of-year reports and other Microsoft Confidential resources that are made available to you under non-disclosure agreement for your review / risk assessments. |
| **Audited controls** | |
| Global standards and regulations that Office 365 has implemented. | Help with risk-assessment when you're evaluating, onboarding, or using Office 365 services. |

For more details, refer to the Service assurance in the Office 365 Security & Compliance Center article.

## Security in a Cloud-Enabled World

The security of your Microsoft cloud services is a partnership between you and Microsoft.

| Microsoft | You |
|---|---|
| Microsoft cloud services are built on a foundation of trust and security. Microsoft provides you security controls and capabilities to help you protect your data and applications. | You own your data and identities and the responsibility for protecting them, the security of your on-premises resources, and the security of cloud components you control (varies by service type). |

Enterprise organizations benefit from taking a methodical approach to cloud security. This involves investing in core capabilities within the organization that lead to secure environments.

**Governance & Security Policy**

Microsoft recommends developing policies for how to evaluate, adopt, and use cloud services to minimize creation of inconsistencies and vulnerabilities that attackers can exploit.

Ensure governance and security policies are updated for cloud services and implemented across the organization:

- Identity policies
- Data policies
- Compliance policies and documentation

**Administrative Privilege Management**

2

Your IT administrators have control over the cloud services and identity management services. Consistent access control policies are a dependency for cloud security.

Privileged accounts, credentials, and workstations where the accounts are used must be protected and monitored.

**Identity Systems and Identity Management**

Identity services provide the foundation of security systems. Most enterprise organizations use existing identities for cloud services, and these identity systems need to be secured at or above the level of cloud services.

**Threat Awareness**

Organizations face a variety of security threats with varying motivations. Evaluate the threats that apply to your organization and put them into context by leveraging resources like threat intelligence and Information Sharing and Analysis Centers (ISACs).

**Data Protection**

You own your data and control how it should be used, shared, updated, and published.

You should classify your sensitive data and ensure it is protected and monitored with appropriate access control policies wherever it is stored and while it is in transit.

> **MSIT Showcase:** Changing our approach to information security at Microsoft.
> With collaboration on the rise, Microsoft IT is rethinking information security. Social collaboration, ubiquitous connectivity, and new ways of collecting data and storing content encourage innovation and content sharing—but they also pose potential security risks for organizations. We help protect content through technologies like Microsoft Office Delve, Azure Information Protection, and Microsoft Teams—securing content wherever it exists, and in ways that go beyond traditional IT security.

## General Data Protection Regulation (GDPR)

### Preparing for a new era in privacy regulation

In May 2018, a European privacy law, the General Data Protection Regulation (GDPR), is due to take effect. The GDPR imposes new rules on companies, government agencies, non-profits, and other organizations that offer goods and services to people in the European Union (EU), or that collect and analyze data tied to EU residents. The GDPR applies no matter where you are located.

Microsoft has extensive expertise in protecting data, championing privacy, and complying with complex regulations. We believe that the GDPR is an important step forward for clarifying and enabling individual privacy rights. We want to help you focus on your core business while efficiently preparing for the GDPR.

**We are committed to GDPR compliance across our cloud services when enforcement begins May 25, 2018, and**

**provide GDPR related assurances in our contractual commitments.**

### Microsoft Office and Office 365 and the GDPR

Microsoft designed Office and Office 365 with industry-leading security measures and privacy policies to safeguard your data in the cloud, including the categories of personal data identified by the GDPR. Office and Office 365 can help you on your journey to reducing risks and achieving compliance with the GDPR.

One essential step to meeting the GDPR obligations is discovering and controlling what personal data you hold and where it resides. There are many Office 365 solutions that can help you identify or manage access to personal data:

- **Data Loss Prevention (DLP)** in Office and Office 365 can identify over 80 common sensitive data types including financial, medical, and personally identifiable information. In addition, DLP allows organizations to configure actions to be taken upon identification to protect sensitive information and prevent its accidental disclosure.
- **Advanced Data Governance** uses intelligence and machine-assisted insights to help you find, classify, set policies on, and take action to manage the lifecycle of the data that is most important to your organization.
- **Office 365 eDiscovery** search can be used to find text and metadata in content across your Office 365 assets—SharePoint Online, OneDrive for Business, Skype for Business Online, and Exchange Online. In addition, powered by machine learning technologies, **Office 365 Advanced eDiscovery** can help you identify documents that are relevant to a particular subject (for example, a compliance investigation) quickly and with better precision than traditional keyword searches or manual reviews of vast quantities of documents.
- **Customer Lockbox** for Office 365 can help you meet compliance obligations for explicit data access authorization during service operations. When a Microsoft service engineer needs access to your data, access control is extended to you so that you can grant final approval for access. Actions taken are logged and accessible to you so that they can be audited.

Another core requirement of the GDPR is protecting personal data against security threats. Current Office 365 features that safeguard data and identify when a data breach occurs include:

- **Advanced Threat Protection** in Exchange Online Protection helps protect your email against new, sophisticated malware attacks in real time. It also allows you to create policies that help prevent your users from accessing malicious attachments or malicious websites linked through email.
- **Threat Intelligence** helps you proactively uncover and protect against advanced threats in Office 365. Deep insights into threats—provided by Microsoft's global presence, the **Intelligent Security Graph**, and input from cyber threat hunters—help you quickly and effectively enable alerts, dynamic policies, and security solutions.
- **Advanced Security Management** enables you to identify high-risk and abnormal usage, alerting you to potential

breaches. In addition, it allows you to set up activity policies to track and respond to high risk actions.

- **Office 365 audit logs** allow you to monitor and track user and administrator activities across workloads in Office 365, which help with early detection and investigation of security and compliance issues.

## Resources

- How our products help you meet GDPR requirements
- Where do I start?
- General FAQ

## Accessibility

At Microsoft, we envision a future where people with permanent disabilities or situational limitations have the technology they need to work efficiently and independently from any device. We're committed to helping people of all abilities access information and have fulfilling interactions everywhere, both in person and virtually.

Office 365 is continually updated with accessible features that your organization can use to:

**Boost productivity for everyone**

Office 365 makes it easier for people with limited vision, hearing, speech, mobility, and learning abilities to create, communicate and collaborate on content. We enhance the usability of our experiences with assistive technologies, ease of access settings, and alternative input devices on an ongoing basis, based on insights from research studies and customer feedback. We also offer built-in settings to enhance your reading and writing experiences.

- Read about recent accessibility enhancements in Office 365
- Learn new ways to consume, create, collaborate and organize
- See how Learning Tools in Office 365 aid comprehension with dyslexia

**Foster inclusive interactions**

Office 365 applications offer several built-in capabilities that make it easier for everyone to create content that can be accessed without barriers by people with disabilities, share content on accessible channels, and make virtual meetings more inclusive.

- Create an accessible document with Microsoft Word
- Create an accessible intranet site with SharePoint Online
- Make your meetings more accessible with Skype for Business

**Achieve compliance**

Microsoft believes in transparency and ensuring that organizations have the information they need to understand how the products they use meet accessibility laws and standards. Office 365 applications on various platforms are designed with the requirements of EN 301 549, WCAG 2.0 AA and US Section 508 in mind, and we work with external suppliers under the U.S. Department of Homeland Services Trusted Tester Program to verify conformance to accessibility standards.

- Learn about our conformance and usability testing process
- Review how Office 365 products meet global accessibility standards

## Resources

- Discover the latest accessibility updates
- Watch demonstrations of key capabilities
- Find detailed support articles per product

## Industry Leadership

Leading technology research companies Gartner Inc. and Forrester evaluate technology vendors and their solutions on a regular basis, and then publish research reports for customers. Both research companies have recognized Microsoft Office 365 as a "leader" and rated it "positive" in their research reports.

| | | |
|---|---|---|
| Gartner's Magic Quadrant for Access Management | Jun 2017 | Leader |
| Forrester Wave™: Enterprise Content Management — Business Content Services, Q2 '17 | Apr 2017 | Leader |
| Magic Quadrant for Business Intelligence and Analytics Platforms | Feb 2017 | Leader |
| The Forrester Wave™: Enterprise Collaboration, Q4 2016 | Dec 2016 | Leader |
| Cloud Access Security Broker Leadership Compass, 2016 | Aug 2016 | Leader |
| Magic Quadrant for Unified Communications as a Service, Worldwide | Aug 2016 | Challenger |
| Magic Quadrant for Sales Force Automation | Aug 2016 | Leader |
| Magic Quadrant for Unified Communications | Jul 2016 | Leader |
| Magic Quadrant for Mobile App Development Platforms | Jun 2016 | Leader |
| Magic Quadrant for Enterprise Mobility Management Suites | Jun 2016 | Visionary |
| The Forrester Wave: Enterprise File Sync And Share Platforms, Cloud Solutions, Q1 2016 | Mar 2016 | Leader |
| Gartner Magic Quadrant for Web Conferencing | Dec 2015 | Leader |
| Gartner Magic Quadrant for Social Software in the Workplace | Oct 2015 | Leader |
| The Forrester Wave: Agile Business Intelligence Platforms, Q3 2015 | Sep 2015 | Leader |
| Gartner Magic Quadrant for Unified Communications as a Service | Sep 2015 | Challenger |
| Gartner Magic Quadrant for Unified Communications | Aug 2015 | Leader |
| Gartner Magic Quadrant for Secure Email Gateways | Jun 2015 | Leader |

Refer to Analyst Relations – Reports page for a collection of reports published by leading independent analyst firms.

4

# Office 365 Services

Office 365 Enterprise E5 includes:

| Office suite | Always have latest versions of Office apps:<br>• Capture your ideas however you work best—using a keyboard, pen, or a touchscreen.<br>• Easily format information in Excel with tools that recognize your pattern and autocomplete data.<br>• Easily incorporate content from PDFs to create your own great-looking Word documents |
|---|---|
| Office on PCs, tablets, and phones | Enjoy a fully installed Office experience across PCs, Macs, Windows tablets, iPad® and Android™ tablets, and most mobile devices. Each user can install Office on 5 PCs or Macs, 5 tablets (Windows, iPad, and Android), and 5 phones |

Plus, these online services:

| Online Meetings | Host online meetings with audio, HD video, and web conferencing over the Internet. Join meetings with a single touch or click from the smartphone, tablet, or PC of your choice |
|---|---|
| Meeting Broadcast | Broadcast Skype for Business meetings on the Internet for to up to 10,000 people, who can attend in a browser on nearly any device. Meetings include real-time polling and sentiment tracking, plus Yammer, to enable dialogue during the broadcast |
| PSTN conferencing | Enable attendees to join Skype for Business from any telephone by dialing a local access number, and dial out from a meeting to add others when needed. The dial-in capability is in addition to single-touch join options on PC, smartphone, and browser, and allows people to join an online meeting even in places with no Internet access. Consumption rates are available. |
| Modern voice with Cloud PBX | Make, receive, and transfer business calls in the office, at home, or on the road, using phone, PC, and mobile without the need for a traditional phone system. Choose PSTN calling plans delivered by Microsoft where available, or use existing phone lines at your locations. |
| Instant messaging and Skype connectivity | Connect with other Skype for Business users via instant message, voice calls, and video calls, and let people know your availability with your online status. Share presence, IM, and audio calling with Skype users |
| Chat-based workspace | Connect your team with Microsoft Teams in Office 365, where chat, content, people, and tools live together, so your teams have instant access to everything they need. |
| Email and calendars | Use business-class email through a rich and familiar Outlook experience you can access |

| | from your desktop or from a web browser using Outlook on the web. |
|---|---|
| Advanced email | Use retention capabilities, plus unlimited storage, for compliance needs. Use data loss prevention (DLP) policies and policy tips that educate your users for additional compliance enforcement in email. |
| Document and email access control | Rights Management Services enables you to restrict access to documents and email to specific people and to prevent anyone else from viewing or editing them, even if they are sent outside the organization. |
| Advanced information protection | Data loss prevention and encryption across Exchange Online, Skype for Business, and SharePoint Online help keep your content safe in email, IM and meetings, and team sites. |
| Threat Intelligence | Threat intelligence provides broad visibility into the threat landscape, which helps deliver actionable insights, and enables proactive cybersecurity to ultimately help reduce your costs |
| Advanced security | Advanced Threat Protection helps defend users against sophisticated threats hidden in emails, attachments, and links. Customer Lockbox lets you limit data access to only pre-assigned, two-factor-authenticated administrator approvals for greater control and transparency. And the built-in features of Office 365 Advanced Security Management give you enhanced visibility and control of your Office 365 environment. |
| Analytics tools | With the live dashboards and interactive reports of Power BI non-technical users can visualize and analyze data with greater speed, efficiency, and understanding. With its interactive dashboards, Microsoft MyAnalytics enables you to surface personal and organizational insights based on information across Office 365. |
| File storage and sharing | OneDrive for Business gives each user personal cloud storage that can be accessed from anywhere and syncs with their PC/Mac for offline access. Easily share documents with others inside and outside your organization and control who can see and edit each file. |
| Intranet and Team Sites | Inform and engage your organization with a company-wide intranet. Use team sites to connect people to the content, expertise, and processes that power teamwork. |
| Corporate social network | Yammer collaboration software and business applications allow your employees to connect with the right people, share information across teams, and organize around projects so they can communicate further, faster. |
| Office Online | Create and edit Word, OneNote, PowerPoint, and Excel documents from any modern browser. |
| Work management | Planner makes it easy for your team to create new plans, organize and assign tasks, |

| | share files, chat about what you're working on, and get updates on progress. |
|---|---|
| Professional digital storytelling | With Sway, a new Office 365 app, you can easily create engaging, interactive web-based reports, presentations, newsletters, trainings and more—right from your phone, tablet, or browser. Sways are easy to share and look great on any screen. |
| Mobility | Sync email, calendar, and contacts; access SharePoint sites; view and edit Office documents with Office Online using a browser on Windows Phone, iOS, and Android devices. |
| Enterprise management of apps | Simplify management of apps in your organization with Group Policy, Telemetry, and Shared Computer Activation. |
| Search and discovery | Stay in the know. Search and discover content across Office 365 based on personalized insights. Office Delve is the first experience to be powered by Office Graph, a collection of analyzed signals or insights derived from each user's behavior and relationships to content, topics, and contacts. |
| Corporate video portal | Easily manage videos within your organization. Office 365 Video is a company-wide destination for video upload, sharing and discovery, and smooth playback across devices. |
| Voicemail integration (Unified Messaging) | Hosted voicemail support integrated with Cloud PBX. Voicemails are recorded to Exchange Online and users can access them from Outlook, Outlook Web App, or compatible mobile and IP phones. |
| Intelligence Compliance solutions | With the Security and Compliance Center, you can search in-place across Exchange, Skype for Business, OneDrive for Business, and SharePoint. Advanced eDiscovery leverages machine learning, predictive coding, and text analytics platform to reduce the costs and challenges that come with sorting through large quantities of data for eDiscovery purposes by quickly zeroing in on what is relevant. |
| Apps for Office and SharePoint | New third-party and customer-developed apps work with Office and SharePoint to bring web services right into your docume[1]nts and sites. |

All Office 365 Enterprise Plans include:

| Reliability | Get peace of mind knowing your services are available with a guaranteed 99.9% uptime, financially backed service level agreement (SLA) |
|---|---|
| Security | Cutting-edge security practices with five layers of security and proactive monitoring help keep customer data safe |

| Privacy | Your data is yours. We safeguard it and protect your privacy |
|---|---|
| Administration | The admin portal provides IT detailed configuration options for your services, either from an online portal or through automated management with PowerShell commands. You can use the Admin app to manage your services on the go |
| Up to date | No need to pay for version upgrades; updates are included in your subscription. New features are rolled out to Office 365 customers in an IT-configurable experience |
| Active Directory Integration | Manage user credentials and permissions. Single sign-on and synchronization with Active Directory |
| Support | 24/7 phone support for all IT issues. For less urgent issues, you can make service requests directly through the admin portal |

For more information, refer to Office 365 for Enterprises and Office 365 Service Descriptions.

## Plans & Services Mapping

Office 365 is available in a variety of plans in order to best meet the needs of your organization.

| Office 365 Plans | K1* | E1 | E3 | E5 |
|---|---|---|---|---|
| **Messaging & Communication** | | | | |
| Exchange Online (EXO) | ● | ● | ● | ● |
| Exchange Online Archiving (EOA) | | | ● | ● |
| Skype for Business Online (Skype) | ● | ● | ● | ● |
| Skype Meeting Broadcast | ● | ● | ● | ● |
| **Voice** | | | | |
| Cloud PBX | | | | ● |
| PSTN Conferencing | | | | ● |
| **Collaboration** | | | | |
| SharePoint Online (SPO) | ● | ● | ● | ● |
| OneDrive for Business (OneDrive) | ● | ● | ● | ● |
| Outlook Groups | ● | ● | ● | ● |
| Microsoft Teams | ● | ● | ● | ● |
| Yammer | ● | ● | ● | ● |
| Office 365 Videos | ● | ● | ● | ● |
| Microsoft Planner | | ● | ● | ● |
| Delve | | ● | ● | ● |
| *Microsoft ToDo* * | | ● | ● | ● |
| StaffHub | ● | ● | ● | ● |

---

[1]

| Office 365 Plans | K1* | E1 | E3 | E5 |
|---|---|---|---|---|
| **Insights** | | | | |
| Power BI Pro | | | | ● |
| MyAnalytics | | | | ● |
| **Office** | | | | |
| Office 365 ProPlus (Office) | | | ● | ● |
| Office 2016 for Mac | | | ● | ● |
| Office on iOS, Android, Windows | | | ● | ● |
| Office Online | ● | ● | ● | ● |
| Sway | ● | ● | ● | ● |
| **Security & Compliance** | | | | |
| Office 365 Secure Score | ● | ● | ● | ● |
| Audit Log Search, Activity APIs | ● | ● | ● | ● |
| Exchange Online Protection (EOP) | ● | ● | ● | ● |
| MDM for Office 365 (MDM) | ● | ● | ● | ● |
| MFA for Office 365 (MFA) | ● | ● | ● | ● |
| RMS for Office 365 (RMS) | | | ● | ● |
| O365 Message Encryption (OME) | | | ● | ● |
| Data Loss Prevention (DLP) | | | ● | ● |
| eDiscovery, Content Search | | | ● | ● |
| Customer Lockbox | | | | ● |
| Advanced Threat Protection (ATP) | | | | ● |
| Advanced Security Management | | | | ● |
| Advanced eDiscovery | | | | ● |
| Office 365 Threat Intelligence | | | | ● |
| Office 365 Advanced Data Governance | | | | ● |
| **Application Development** | | | | |
| Microsoft Graph API | ● | ● | ● | ● |
| Office 365 REST APIs | ● | ● | ● | ● |
| Microsoft Flow | ● | ● | ● | ● |
| Microsoft PowerApps | ● | ● | ● | ● |
| **Infrastructure Services** | | | | |
| Azure AD Basic | ● | ● | ● | ● |
| Cloud Identity | ● | ● | ● | ● |
| Federated Identity | ● | ● | ● | ● |
| Office 365 Groups | ● | ● | ● | ● |
| Office 365 CDN | ● | ● | ● | ● |

For more information, refer to:

- Office 365 Enterprise K1
- Office 365 Enterprise E1
- Office 365 Enterprise E3
- Office 365 Enterprise E5

## Updates to Enterprise K1 Plan

We have expanded the Office 365 Enterprise K1 plan to include the following additional products:

- OneDrive for Business with 2 GB of cloud storage
- Skype for Business presence and instant messaging
- Microsoft Teams
- Office 365 Video
- Microsoft PowerApps and Microsoft Flow (coming soon)

These additional products build upon the core value already offered with the Office 365 Enterprise K1 plan and unlock important scenarios for frontline workers, including the ability to **view and swap shifts**, take advantage of **video-based employee training and onboarding**, exchange **best practices across the company** and even participate in **live, company-wide town hall meetings**.

Refer to blog post - New value in Office 365 Enterprise K1 for frontline workers and the Mechanics video - Office 365 K1 updates for your frontline workers + How to: Bulk provisioning.

## Mobile Apps

| Application | 🪟 | 🍎 | 🤖 |
|---|---|---|---|
| Word, Excel, PowerPoint, OneNote | ● | ● | ● |
| Microsoft Outlook, OWA | ● | ● | ● |
| Skype for Business | ● | ● | ● |
| OneDrive | ● | ● | ● |
| SharePoint | ● | ● | ● |
| Outlook Groups | ● | ● | ● |
| Microsoft Teams | ● | ● | ● |
| Planner | | ● | ● |
| Yammer | ● | ● | ● |
| Office 365 Videos | | ● | |
| Delve | ● | ● | ● |
| StaffHub | | ● | ● |
| Microsoft Flow | | ● | ● |
| PowerApps | | ● | ● |
| Power BI | ● | ● | ● |
| RMS Sharing | ● | ● | ● |
| O365 Message Encryption Viewer | | ● | ● |
| Office 365 Admin | ● | ● | ● |

## Bundled Storage

| Service | Storage per user |
|---|---|
| Exchange Online (K1) | 2GB |
| Exchange Online (E1) | 50GB |

7

| Service | Storage per user |
|---|---|
| Exchange Online (E3) | 100GB + Unlimited Archive* |
| SharePoint Online (*pooled*) | 1TB + (0.5GB * E users) |
| OneDrive for Business (K1) | 2GB |
| OneDrive for Business (E1) | 1TB |
| OneDrive for Business (E3) | 5TB (increased on request) |
| Yammer | No Limits |

* For step-by-step instructions for turning on auto-expanding archiving, see Enable unlimited archiving in Office 365.

## Moving to Office 365

### FastTrack Center Benefit for Office 365

With FastTrack Center Benefit for Office 365, you work remotely with Microsoft specialists to get your Office 365 environment ready for use. FastTrack Center provides assistance for the following Office 365 services:

- Exchange Online
- SharePoint Online
- OneDrive for Business
- Skype for Business Online
- Project Online
- Project Pro for Office 365
- Yammer Enterprise
- Office 365 ProPlus
- Microsoft Teams

Your services are eligible if you purchase at least 50 licenses for an Office 365 tenant using the Enterprise E or K Plans or one of the plans listed here: Eligible Services and Plans. Onboarding has two major components:

- **Core onboarding** — These are tasks required for tenant configuration and integration with Azure Active Directory if needed. Core onboarding also provides the baseline for onboarding other eligible services.
- **Service onboarding** — These are the eligible services that licensed users can access.

The FastTrack Center Benefit Overview article provides an overview of the benefit process, lists the expectations for your source environment, describes the onboarding phases, and defines who's responsible for what in each phase.

Another important resource is the Microsoft Virtual Academy Course: Microsoft FastTrack: The Customer Success Service.

### Planning the Transition

> *"The secret of change is to focus all your energy not on fighting the old, but on building the new"*

**Reimagine Productivity.** *New way to work*

Enterprises today are focusing more than ever on how to give employees access to information, provide collaboration tools for internal and external use, and do it all across a multitude of devices.

The first step is all about understanding Office 365 Services and their capabilities and how these can help you transition to the new way to work. People are empowered to do their best work, on any device, while IT is able to responsibly manage security and compliance requirements.

Some examples of the technology transition can be ...

- from Exchange DLs and Team Sites to Microsoft Teams
- from File Servers to SharePoint Online or OneDrive for Business based on usage scenario or,
- from Exchange Public Folders to Yammer

**Drive Office 365 Adoption.** *More Services, More Usage*

A successful Office 365 rollout focuses on driving adoption and helping everyone understand the benefits of working in a new way.

The Four Steps Towards Successful Adoption section in this document gives a walkthrough of a four-step approach to help you successfully drive Office 365 adoption. Defining a clear, concise, and comprehensive vision as a first step and outlining your desired business scenarios is always good for adoption in long term.

You can also start building scenarios using the Productivity Library available in FastTrack site as a reference. Office Blogs also provides useful tips related to collaboration and productivity in the Business Academy section.

**Migrate from On-Premises.** *Less Servers, Less Usage*

Reducing the on-premises IT infrastructure footprint is an important pillar for the **RoI** on investment in Office 365.

As users and applications are enabled on Office 365, IT needs to work with business to plan and migrate all relevant applications and content from on-premises to Office 365.

Gradual and sustained reduction also leads to simpler IT landscape and a better Office 365 adoption in long term.

## Measuring the Progress

Best way to capture your transition to Office 365 and illustrate ROI to business is to spend time with them, enable scenarios and then create **Success Stories** which can be shared with everyone in the Organization.

Some ways to capture the progress statistically ...

- **Increase** in Office 365 Consumption. *Frequency*: Monthly
- **Decrease** in on-premises Server Farms, Storage and related Licenses. *Frequency*: Quarterly
- **Decrease** in Vendors. *Frequency*: Quarterly

8

## Customer Stories

- Advocate Health Care - Improving patient health through collaboration, innovation and efficiency with Office 365
- J. Walter Thompson pioneers new brands on a global scale with Office 365
- TD banks on the security of the cloud with Office 365
- Willis Towers Watson - increasing business agility with global commitment to Office 365
- eBay makes a bid for flexibility in the workplace using Office 365
- Mediterranean Shipping Company builds a global productivity network with Office 365
- Liberty Mutual launches an IT transformation
- Sanofi Pasteur unlocks quality excellence and unleashes innovation with Yammer
- Flex—delivering supply chain innovation on a global scale with Office 365
- Georgia State University tackles malware with Office 365 Advanced Threat Protection
- NGA Human Resources builds a more engaging employee experience with move to Office 365
- Renault Sport: Racing ahead with collaboration, analytics and data security using Office 365
- easyJet soars into a collaborative digital future with Office 365
- Macy's sets the standard for empowering employees using Office 365
- Land O'Lakes: advancing agriculture for a new generation
- The Hershey Company: where collaboration and productivity are a recipe for goodness
- Carhartt—building a durable, agile workplace with Office 365
- Grundfos makes global business happen with Office 365
- Carvajal switches to Office 365 for faster business, reduced costs
- Assurant: transforming a risk management solutions business with Office 365
- Democratizing data - Atkins goes digital by default with Office 365 E5
- Kelly Services - putting nearly one million people to work every year, one great hire at a time
- Discovery Communications embraces Office 365 to foster creative culture of innovation
- Kennametal saves more than $750,000 annually with move to Skype for Business Online
- Guardian Industries - connect, collaborate and innovate from anywhere
- Why Facebook is betting on Office 365 and the Microsoft Cloud

- CSC elevates workplace agility, cultivates new market opportunities with Office 365
- Polycom dials up business value using Office 365
- Mindtree uses Office 365 to create digital experiences, deliver innovative solutions
- Telefónica uses Yammer to stay engaged, aligned and more competitive
- Smithfield Foods: many brands, a single mission
- Marks & Spencer uses Office 365 to boost competitive edge in global business
- Jabil - Global manufacturer moves to Office 365 to capture promise of digital manufacturing
- Atkins to become "digital by default" with move to Office 365
- Carlsberg continues to brew local favorites with global efficiency using Office 365
- Cushman & Wakefield - New opportunities for real estate on a global scale, supported by Office 365
- Quintiles quickly transforms into global modern workplace with Office 365
- Wolters Kluwer promotes global collaboration using Office 365
- Goodyear brings spirit of innovation to every facet of product development and delivery
- Employee engagement at KLM reaches new heights as crew share expertise on enterprise social platform
- Connected on day one - The Kraft Heinz Company creates united workforce quickly and smoothly
- Yammer posts top one million—British Airways inspires innovative teamwork
- AIA Group - Digitalizing teamwork to transform customer care in the insurance industry
- ABB - sparking innovation through the collective power of knowledge
- Booz Allen Hamilton increases staff engagement and collaboration with Office 365 and SharePoint Online
- Louis Vuitton - Building on a global culture of tradition and innovation to boost customer service and artistic excellence
- UL—product safety leader maintaining security and moving at the speed of innovation with Office 365
- At Aon, collaboration is key
- BASF - IT leader of world's no. 1 chemical company talks 'business-centered technology'
- TESCO - Democratizing a global business while building brand and customer loyalty
- 3M races forward to enable enterprise-wide collaboration
- Merck - A new foundation for connected business processes at a German pharmaceutical and chemical company
- Air Canada employees use the cloud to learn, share, develop ideas and collaborate

# SERVICES: MESSAGING AND COMMUNICATION

## Exchange Online (EXO)

Use business-class email through a rich and familiar **Outlook** experience you can access from your desktop or from a web browser using Outlook Web App.

### Features

- **Large mailboxe**s: Each user gets 2GB (K1), 50GB (E1) or 100GB (E3) of mailbox storage and can send messages up to 150 MB in size. Unlimited In-Place Archive for E3 users
- **Outlook support**: Users can connect supported versions of Outlook to Exchange Online, so they can use the rich client application they already know.
- **Web-based access**: For web-client access, Outlook on the web provides a premium browser-based experience that matches the look and feel of the full Outlook client.
- **Outlook app**: Get more done on your phone and tablet with the Outlook mobile app.
- **Document collaboration**: Save attachments directly to OneDrive for Business with just one click and share the link to the file—right from Outlook on the web.
- **Groups**: Simplify collaboration with Outlook Groups, which lets teams self-organize, work together across tools and devices, and build upon the expertise of others.
- **Shared calendar and contacts**: Compare calendars to schedule meetings and access collaboration features, including shared calendars, groups, the global address list, external contacts, tasks, conference rooms, and delegation capabilities.
- **In-Place Archive**: Keep your inbox clean by automatically moving old messages to an In-Place Archive.
- **In-Place Hold**: Use In-Place Hold to preserve deleted and edited mailbox items from users' primary mailboxes and In-Place Archives.
- **Data loss prevention (DLP)**: Control sensitive business data with built-in DLP policies based on regulatory standards such as PII and PCI, which help to identify, monitor, and protect sensitive data through deep content analysis.

For more comprehensive information, refer to [Exchange Online Service Description](#).

## Change how much mail to keep offline

You can decide how much mail is available in Outlook 2013/2016 when working offline with a slow or no network connection. Click **File** > **Account Settings** > **Account Settings**



Select an Exchange account, and then click **Change**. Under **Offline Settings**, move the slider to the desired amount of time. You can change this setting at any time.

Outlook 2016 and Outlook 2013 both provide the options of 1, 3, 6, 12, or 24 months, or All. Outlook 2016 provides the additional options of 3 days, 1 week, and 2 weeks. The following table shows the default Sync Slider setting for different disk sizes.

| Disk size | Default |
|---|---|
| Smaller than or equal to 32 GB | 1 month |
| Greater than 32 GB, but smaller than 64 GB | 3 months |
| Equal to or greater than 64 GB | 1 year |

## Focus on what matters to you

We are being inundated with more information, more communication and more email vying for our attention. It is more critical than ever to have tools that help us cut through the noise and focus on what matters most. Outlook provides 2 new experiences to do that—**Focused Inbox** and **@mentions**.

### Focused Inbox

For many, the inbox is the command center for their day. It's the way to keep track of what is going on and what needs to get done. Outlook's Focused Inbox makes this process easier by helping you focus on the emails that matter most to you. It separates your inbox into two tabs - **Focused** and **Other**.

Emails that matter most to you are in the Focused tab, while the rest remain easily accessible—but out of the way in the Other tab. You'll be informed about email flowing to Other, and you can switch between tabs at any time to take a quick look.

Office 365 admins will have mailbox and tenant level control of the feature to stage the rollout in a manner that works best for their organization.

For more information, refer to: [Focused Inbox for Outlook](#).

### @mentions

@mentions make collaborating on email fast and easy. Simply type the @ symbol anywhere in the body of your email and start typing to pick the person you want to address. Once you pick the person you want to address their name is highlighted in blue, helping them know they are being asked to take an action in your message.

10

If the person isn't part of the email conversation already, they will be automatically added to the To... line so they receive a copy of your email.

## Resources

**Microsoft Virtual Academy Courses** ...

- What's New in Exchange Online
- Manage Exchange Online Services
- Exchange Hybrid Deployment

**Read** ...

For Admins

- Exchange Online migration performance and best practices
- Security and compliance for Exchange Online
- Exchange admin center in Exchange Online
- Monitoring, reporting, and message tracing in Exchange Online
- Use Office 365 tools for security investigations in Exchange Online and SharePoint Online
- Restrict access to email and O365 services with Microsoft Intune

For Users

- What's new in Exchange Online
- Change how much mail to keep offline
- Ways to migrate multiple email accounts to Office 365
- Clients and mobile in Exchange Online
- Focused Inbox for Outlook

# Exchange Online Archiving (EOA)

Microsoft Exchange Online Archiving is a cloud-based, enterprise-class archiving solution that helps you to solve archiving, compliance, regulatory, and eDiscovery challenges. It is compatible with Exchange Server 2016, 2013, and 2010. It's also available as an add-on service for mailboxes that are hosted online.

## Features

**Archive mailbox**

- An archive mailbox is a specialized mailbox that appears alongside the users' primary mailbox folders in Outlook or Outlook Web App.
- Users can access the archive in the same way that they access their primary mailboxes. In addition, they can search both their archives and primary mailboxes.

**Move messages to Exchange Online Archiving**

- Users can drag and drop messages from .pst files into the archive, for easy online access.
- Users can also move email items from the primary mailbox to the archive mailbox automatically, using Archive Polices,

to reduce the size and improve the performance of the primary mailbox.

**Deleted item recovery**

- Users can restore items they have deleted from any email folder in their archive.
- When an item is deleted, it is kept in the archive's Deleted Items folder. It remains there until it is manually removed by the user, or automatically removed by retention policies.
- After an item has been removed from the archive's Deleted Items folder, the item is kept in the archive's Recoverable Items folder for an additional 14 days before being permanently removed.
- Users can recover these items using the Recover Deleted Items feature in Microsoft Outlook or Outlook Web App.
- If a user has manually purged an item from the Recoverable Items folder, an administrator can recover the item within the same 14-day window, through a feature called Single Item Recovery.

**Retention policies**

- Helps organizations reduce the liabilities associated with email and other communications.
- Administrators can apply retention settings to specific folders in users' inboxes.
- Administrators can also give users a menu of retention policies and let them apply the policies to specific items, conversations, or folders.
- Offers two types of policies: **archive** and **delete**. Both types can be applied to the same item or folder. For example, a user can tag an email message so that it is automatically moved to the personal archive in a specified number of days and deleted after another span of days.

**In-Place eDiscovery**

- Supports In-Place eDiscovery for searching the contents of mailboxes, primary mailboxes and archives.
- Administrators or authorized Discovery managers can search a variety of mailbox items – including email messages, attachments, calendar appointments, tasks, and contacts.

For more comprehensive information, refer to Exchange Online Archiving Service Description.

# Unlimited archiving in Office 365

In Office 365, archive mailboxes provide users with additional mailbox storage space. After a user's archive mailbox is enabled, up to 100 GB of additional storage is available. When the 100 GB storage quota is reached, organizations had to contact Microsoft to request additional storage space for an archive mailbox. That's no longer the case. The new unlimited archiving feature in Office 365 (called auto-expanding archiving) provides an unlimited amount of storage in archive mailboxes.

Now, when the storage quota in the archive mailbox is reached, Office 365 automatically increases the size of the archive, which means that users won't run out of mailbox storage space and

administrators won't have to request additional storage for archive mailboxes.

Here's a quick overview of the process:



1. Archiving is enabled for a user mailbox. An archive mailbox with 100 GB of storage space is created.
2. When the storage quota for the archive mailbox is reached, it's converted to an auto-expanding archive, and Office 365 adds storage space to the archive.
3. Office 365 automatically adds more storage space to the archive when necessary

For step-by-step instructions for turning on auto-expanding archiving, see Enable unlimited archiving in Office 365.

To access messages that are stored in an auto-expanded archive, users have to use one of the following Outlook clients:

- Outlook 2016 for Windows
- Outlook on the web
- Outlook 2016 for Mac

Read Overview of unlimited archiving in Office 365 article for more information.

## Scenarios

Exchange Online Archiving assists these organizations with their archiving, compliance, regulatory, and eDiscovery challenges while simplifying on-premises infrastructure, and thereby reducing costs and easing IT burdens.

- **Reduce potential liabilities**. Archive and delete emails as per business needs. Employees don't have to create and manage multiple PST files on their devices any more
- **Reduce Risk**. Compliance search and eDiscovery gives your Legal/Compliance teams ability to search all emails
- **Drive Mobile Productivity**. Employees can search and view all their emails from Outlook, Outlook on the Web and mobile devices.

## Resources

- Exchange Online Archiving Service Description
- Enable or disable archive mailboxes in Exchange Online
- Archive mailboxes in Exchange Online
- Enable unlimited archiving in Office 365.
- Retention Tags and Retention Policies
- Enable or disable single item recovery for a mailbox
- In-Place Hold and Litigation Hold

## Skype for Business Online (Skype)

Microsoft Skype for Business Online is a hosted communications service that **connects people anytime and from virtually anywhere**. It gives users access to presence, instant messaging, audio and video calling, rich online meetings, and extensive web conferencing capabilities.

| Enables you to | From your | With |
|---|---|---|
| • Text, call, communicate<br>• Meet, discuss, collaborate<br>• Connect, present, demonstrate | • Laptop<br>• Desktop<br>• Tablet<br>• Phone<br>• Skype Room System | • Colleagues<br>• Customers<br>• Skype contacts<br>• Remote users |

## Features

Features given below are based on the Skype for Business Online service working together with Skype for Business client app on the user's PC.

**Presence**

- Display presence status—for example, Available, Away, Do Not Disturb, or Offline—to let others know of your availability.
- Presence information is presented throughout the Office 365 suite.
- When Outlook calendar integration is enabled, check another user's schedule and get up-to-date availability information directly from that person's calendar

**Instant Messaging**

- Available for both Skype-to-Skype and multiparty communication. IM text is encrypted for enhanced security
- Within the IM window, photos of the sender/receiver appear inline with the conversation.

**Contacts List Configuration**

- Create a persistent list of contacts for all Skype for Business users
- Organize, and group these contacts in different ways (by department, for example).
- Search address books to find other users.

**Skype-to-Skype Audio and Video Calls**

- Make one-to-one computer-based audio and video calls to other Skype for Business users using a PC and a web camera.

12

- High-definition video (1920 x 1080) is supported for peer-to-peer calls between users running Skype for Business on high-end computers

**File Transfer**

- Provides PC-to-PC file transfer that lets users transfer files as part of a Skype for Business session

**Desktop and Application Sharing**

- Desktop sharing enables presenters to broadcast any visuals, applications, webpages, documents, software, or part of their desktops to remote participants in real time
- Audience members can follow along with mouse movements and keyboard input. Presenters can choose to share the entire screen or only a portion.
- Enables presenters to share control of software on their desktops without losing sight of participant feedback or text questions
- Presenters can also delegate control of the application to meeting participants

**Ad-Hoc Skype for Business Meetings**

- Start or join an ad-hoc Skype for Business Meeting with just a few clicks in the Skype for Business client or in Office.
- Escalate simple instant messaging conversations or email conversations to PC-based, multiparty audio and video meetings with shared desktops, applications, and documents

**Skype for Business Multiparty Audio and Video**

- Provides for Skype for Business-based, multiparty (three or more users) audio conferencing capabilities.
- Provides users with an adaptive audio codec for optimal performance under varying bandwidth conditions, visual call and roster controls, network quality indicator, and powerful user management features
- Gallery View shows videos of participants in the conference

**Presenter Controls**

- Mute or unmute all attendees, or mute individual attendees.
- Block attendees from starting video.
- Hide names on the pictures.
- Change permissions so that all participants are attendees instead of presenters.
- Send email invitations to additional people.
- Backstage content preview if the user is a presenter

**Participant Views**

- **Gallery View** shows all the participants' pictures, or videos, plus meeting content.
- **Speaker View** shows the presenter's picture or video at the lower-right corner of the meeting window, plus meeting content.
- **Presentation View** shows only the meeting content.
- **Compact View** shows the tiles of the participants' pictures in a compact window

**PowerPoint**

- Provides multiparty PowerPoint presentation, with higher-resolution displays and support for PowerPoint capabilities, such as animations, slide transitions, and embedded video.

**Web Conferencing Tools**

- Provides multiparty web conferencing capabilities including virtual whiteboard and annotations.
- Annotations made on whiteboards can be seen by all meeting participants
- Enhances collaboration by enabling meeting participants to discuss ideas, brainstorm, take notes, and so on

**Polling**

- Enhances collaboration by enabling presenters to quickly determine participants' preferences.
- During online meetings and conversations, presenters can use polling to gather anonymous responses from participants.
- All presenters can see the results and can either hide the results or show them to all attendees

**Recording and Playback**

- Allows organizers and presenters to record all aspects of a Skype for Business session, including who entered the meeting, audio and video, and content from IM conversations, program sharing sessions, PowerPoint presentations, handouts, whiteboards, and so on.
- Organizers and presenters can choose 480p, 720p HD, or 1080p Full HD as their preferred resolution for client-side recordings.
- Recordings are saved to the presenter's computer
- Recordings can also be uploaded to the **Office 365 Videos** service for sharing with larger audience

**Meeting Lobby**

- Decide who gets into the meeting directly, and who waits until the presenter lets them in
- Different Lobby options can be set for users who are connecting through a Skype for Business client and users who are dialing in

**Scheduled Meetings from Outlook**

- Skype for Business desktop client includes an Outlook plug-in that provides users with single-click scheduling of online meetings in Outlook.
- Participants can join with a single click from the Outlook reminder, or through the Outlook meeting itself

**Federation and Public IM Connectivity**

- External connectivity (federation) enables a Skype for Business user to connect with users in other organizations that use Skype for Business as well as those that host their own Skype for Business Server on-premises.
- Federated contacts can see presence, communicate by using IM, and make Skype-to-Skype audio and video calls

**Interoperability with Third-Party Dial-in Audio Conferencing Services**

- Dial-in audio conferencing, which is the ability to dial into a scheduled Skype for Business meeting/conference from

13

fixed-line or mobile phones, can be achieved through interoperability with leading third-party audio conferencing services.

For more comprehensive information, refer to Skype for Business Online Service Description.

## Device Apps

You can connect with your team anywhere using clients across Windows, Mac, iOS, and Android, or bring remote participants into meeting spaces of all sizes with Skype for Business. Refer to: Download Skype for Business across all your devices.

Skype for Business Mac is now publicly available for download. The Mac client offers edge-to-edge video and full immersive content sharing and viewing. The result is a great first-class experience for Mac users.

## Scenarios

- **Meetings and calls with anyone**. Meet with up to 250 people, even if they're not on Skype for Business. All they need is a phone or internet connection.
  - o Financial Sector – Bringing Relationship based and Anonymous customer contact to their web and mobile properties
  - o Healthcare – Bringing remote advisory services to patients and connecting doctors around the world
  - o Retail – Bringing customer advice to their web properties to upsell and increase sell through
  - o Insurance and Travel – To Support brokers and customers with real time communications in the field and in branch locations
  - o Recruitment Teams – Connecting Interviewers and candidates to conduct interviews
  - o Employee Onboarding – Shorten the time for on-boarding by conducting online sessions for new hires even before their joining date.
- **Enable Work from home**. Home office or field-based employee can rely on the real-time collaboration technologies in Skype for Business to develop and maintain relationships as well as do their job.
- **Drive Knowledge sharing**. Empowers employees to share ideas, best practices and knowledge on processes, products, services, customers and competitors with colleagues across regions, departments and teams. These sessions can be recorded and uploaded to Office 365 Videos for those who couldn't attend the live session.
- **Light up Mobile apps**. Enable custom Mobile apps with real time collaboration.  Skype for Business can provide IM and Presence in mobile applications through APIs. Skype URI integration into mobile apps can launch first party clients for audio/video connectivity.
- **Reduce cost and complexity with one solution**. Skype for Business will work with most communications technology, so you can still make and receive calls on PBX phones and join meetings with video teleconferencing systems. You'll also reduce the cost of supporting multiple services by

upgrading to one solution that includes everything—voice, video, and online meetings.

## Resources

**Microsoft Virtual Academy Courses** …

- Bring Your Communications to the Cloud with Skype for Business
- Manage Skype for Business
- Optimize Your Network for Skype for Business
- The Voice of Skype for Business: Cloud and Hybrid

**Read / Watch** …

- What's Skype for Business?
- Skype for Business Blog
- Video Training: Communicate your way
- Skype for Business Quick Start Guides
- Restrict access to Skype for Business Online with Microsoft Intune

# Skype Meeting Broadcast

Skype Meeting Broadcast enables organizations to broadcast a Skype for Business meeting on the Internet to up to 10,000 people, who can attend from a browser on nearly any device. Meeting broadcast makes it easy to host large virtual meetings like internal "Town Hall" style meetings and public webinars.

The service includes integration with Bing Pulse, for real-time polling and sentiment tracking, and Yammer, to enable attendee dialogue during the broadcast.

## Communicate to the size of your audience

Broadcast meetings are the perfect solution for reaching large audiences. See which modes of communication will best help you achieve your goals.

| Communication type | # of people* | Use cases + benefits |
|---|---|---|
| Instant message | 2+ | Quick, informal communication and collaboration |
| Email | 2+ | Written communication that is typically longer that instant messages and is best memorialized in an email thread. |
| Phone Call | 2 | Real-time collaboration. An efficient way to get people up to speed; helps eliminate miscommunications. |
| Conference call | 3+ | Collaborative phone conversation with multiple parties in various locations. |

| Communication type | # of people* | Use cases + benefits |
|---|---|---|
| Video call | 2-10 | When face-to-face communication is best for a meeting's success, but people are in different locations. |
| Webinar | 10–250 | Presenting information to a medium-sized or largescale audience. May or may not require or allow audience participation |
| Broadcast | 250–10,000 | One-way presentation or town-hall style meeting, catered to reach a large audience in many locations |

*Based on general numbers and software; actual numbers may vary with different platforms.

## When to meet and when to broadcast?

A typical video call or meeting can pose problems when accommodating more than a few attendees—while they're great for one-on-one collaboration sessions, background noise, a lack of control, and scaling capabilities limit their effectiveness. A larger audience requires a more robust alternative. Consider a broadcast solution for meetings you'd hold in an auditorium if everyone were in the same location. Online meetings are comparable to the type of meeting you'd hold in a conference room.



**Broadcast Solution**
- Reaches large-scale audiences
- Formal production and event
- One-way communication
- Audience participation options
- Town-hall style meetings

**Meeting Solution**
- Small, team-based
- Informal and more intimate
- Multiple speakers
- Collaborative
- Conference room-style meetings

|  | Skype Meeting | Skype Meeting Broadcast |
|---|---|---|
| Maximum audience size | 250 | 10,000 |
| Presenter Camera A/V | ● | ● |
| Present a PowerPoint | ● | ● |
| Desktop & App Sharing | ● | ● |
| Attendee Camera A/V | ● |  |
| Collaborative Apps (Whiteboard, Poll, Q&A) | ● |  |
| Engagement Apps (Pulse, Yammer, Q&A) |  | ● |
| PSTN Access | ● | ● |
| Cloud based meeting recording |  | ● |

|  | Skype Meeting | Skype Meeting Broadcast |
|---|---|---|
| Client DVR controls (ex: pause, rewind) |  | ● |
| Branded meeting experience |  | ● |
| Meeting Producer role |  | ● |

## Skype Meeting Broadcast roles

- **Organizer**. Creates the meeting request and invites attendees. Reviews meeting reports.
- **Producer**. Manages the meeting sources (live presentations, dial-in presentations, audio, video, and PowerPoint decks), records the event, and posts the recording to Office 365 Video.
- **Event team member**. Participates in the meeting by presenting live or dialing in from a remote location.
- **Attendee**. Watches the event online.

**Attendee options**

- **Anonymous**: anyone with the meeting link can join the meeting
- **Secure**: only attendees listed below can join the meeting
- **All Company**: anyone from my company can join the meeting

## Features

- **Schedule your meeting**: use the Skype Meeting Broadcast scheduling and management portal to schedule a meeting
- **Manage an Event**: Upload PowerPoint decks, cue live feeds from Camera sources, activate feeds and, switch sources during event. You can have one feed providing audio and another providing video.
- **Customize your meeting**: add a Yammer feed or Bing Pulse to your meeting so your audience can participate during the event and you can gauge their involvement and satisfaction

## Set up Skype Meeting Broadcast

Distribution of the media content of a broadcast meeting utilizes Microsoft Azure's Content Delivery Network (CDN) to achieve very high scale, supporting thousands of people watching a broadcast. The chunked media content passing through the CDN is encrypted, and the CDN cache has a limited lifetime. Because Azure CDN is not included in the services that commit to meet the EU Standard Contractual Clauses, Skype Meeting Broadcast has been **disabled by default for all locations worldwide**.

Customers with EU Standard Contractual clauses must choose whether or not to opt into the service after reviewing the information in our communication to them.  In the regions not affected by the EU Standard Contractual Clauses, the IT Admin can manually activate the Skype Meeting Broadcast feature.

15

To setup …

- **Enable Skype Meeting Broadcast for your organization**: You need to enable Skype Meeting Broadcast for your organization. See, Enable your organization for Skype Meeting Broadcast to have us walk you through this.
- **Enable external access and setting up allowed domains**: You can use either Skype for Business admin center or the Office 365 admin center to enable external access and allow access. See, Set up Skype Meeting Broadcast for the walkthrough

The Skype Meeting Broadcast portal can be found at **portal.broadcast.skype.com**. You can also go to **broadcast.skype.com** and go to the main Skype Meeting Broadcast page.

## Resources

**Watch Videos** …

- First look at Skype Meeting Broadcast

**Read** …

- What is Skype Meeting Broadcast?
- Schedule a Skype Meeting Broadcast event
- Manage a Skype Meeting Broadcast event
- Join a Skype Meeting Broadcast
- Set up Skype Meeting Broadcast
- Enable your organization for Skype Meeting Broadcast

16

# SERVICES: VOICE

Microsoft offers a variety of options for enabling your users to call landlines and mobile phones through the Public Switched Telephone Network (PSTN).

**Skype for Business Server - Enterprise Voice**

Enterprise Voice is Microsoft's world-class software-powered Voice over Internet Protocol (VoIP) solution, **included in on-premises deployments of Skype for Business Server**. Enterprise Voice offers a rich set of capabilities and features, including Response Groups, Call Park, Enhanced 9-1-1, and much more. Enterprise Voice is a full PBX system for your organization, including PSTN connectivity through your local operator. Read more here: Plan for Enterprise Voice in Skype for Business Server 2015.

**Skype for Business Online – Advanced Features**

| Feature | Cloud PBX | PSTN Conf | PSTN Calling |
|---------|:---:|:---:|:---:|
| End-user call handling (answer, hold, transfer, ring) | ● | | |
| Setup and use call designation | ● | | |
| Team Calling | ● | | |
| Use IP Desk Phone | ● | | |
| Set and enforce calling policies | ● | | |
| Emergency calling | ● | | |
| Skype for Business Plus CAL | ● | | |
| Dial-in for Skype Meetings | | ● | |
| Meeting dial out to PBX/PSTN users | | ● | |
| Default join from PBX/PSTN phones | | ● | |
| Phone number assignment | | | ● |
| Inbound calling | | | ● |
| Outbound calling (domestic/int'l) | | | ● |

**Note:** Cloud PBX and PSTN Conferencing are part of E5 plan. PSTN Calling is an add-on service.

## Cloud PBX

Cloud PBX is Microsoft's technology for enabling call control and PBX capabilities in the Office 365 cloud with Skype for Business Online. Skype for Business Cloud PBX allows you to replace your existing PBX system with a set of features directly delivered from Office 365 and tightly integrated into the company's cloud productivity experience.

With Cloud PBX, your users can use Skype for Business Online to take care of basic call control tasks, such as placing and receiving calls, transferring calls, and muting and unmuting calls. Cloud PBX users can click a name in their address book,

and Skype for Business places a call to that person. To place and receive calls, Cloud PBX users can use their mobile devices, a headset with a laptop or PC, or one of many IP phones that work with Skype for Business.

To enable calls to landlines and mobile phones, Cloud PBX can be connected to the PSTN in one of two ways:

- By purchasing the **PSTN Calling service add-on** to Office 365.
- By using **on-premises PSTN connectivity**, where software on-premises connects with your existing telephony infrastructure.



## On-premises PSTN connectivity

### With Cloud Connector Edition

**Cloud Connector** is a set of packaged Virtual Machines (VMs) that implement on-premises PSTN connectivity with Cloud PBX. This hybrid offering is designed for organizations that want to enable their Skype for Business Online users to use their existing on-premises PSTN connection, with Skype for Business call control in the cloud.



With this option, you deploy a set of packaged VMs that contain a minimal Skype for Business Server topology--consisting of an Edge component, Mediation component, and a Central Management Store (CMS) role. These services are configured for hybrid with your Office 365 tenant that includes Skype for Business Online services.

### With an existing Skype server deployment

You can implement a hybrid solution using your existing Skype for Business Server deployment and PSTN connectivity. In this topology, users are homed in the cloud on Skype for Business Online instead of being homed on the on-premises

deployment. You can choose this option if you currently have users homed in the cloud or if you want to start migrating users to the cloud.



With this option, your Skype for Business Online users get their PSTN connectivity through Enterprise Voice on your on-premises Skype for Business Server deployment, with Skype for Business call control in the cloud.

## Resources

- Plan your Cloud PBX solution in Skype for Business 2015 or Lync Server 2013
- Plan Cloud PBX with on-premises PSTN connectivity in Skype for Business Server 2015 or Lync Server 2013
- Plan for Skype for Business Cloud Connector Edition

## PSTN Conferencing

Boost team collaboration with dial-in conferencing options from virtually any device. With PSTN Conferencing, you can consolidate your meeting solutions and reduce complexity while enabling employees to attend meetings by phone wherever they are.

### Benefits

**Skype Meeting phone access**

Enjoy convenient dial-in access to Skype Meetings, allowing participants to join your meetings from any telephone.

**Rich calling features**

Meeting participants can join Skype Meetings using local dial-in numbers from regions around the world, or have the service call them back on their landline or mobile phone.

**Office 365 management**

PSTN Conferencing works seamlessly with Office 365 and provides you with a single point of administration.

### Features

| | |
|---|---|
|  | Join the audio portion of a meeting from virtually anywhere by dialing a PSTN phone number and entering a |

| Tolled dial-in | conference passcode. Simplify your meetings by creating a single phone number for all attendees to dial in |
|---|---|
| **Dial-out** | Dial out to other meeting attendees from within a meeting. After joining a meeting, you can transfer your meeting in progress to your phone. Dial-out calls can be domestic or international. |
| **Toll-free dial in** | Join a meeting by dialing a toll-free number and entering a PIN. Available in all markets. |

## Resources

- PSTN Conferencing
- Check rates for toll free dial-in and for international dial-out

## PSTN Calling

**PSTN Calling service** is the service that works with Cloud PBX allowing users to make calls to landlines and mobile phones. Because the PSTN Calling service operates out of Office 365, this is a completely-in-the-cloud offering that does not require an on-premises server deployment.

Users of this option are homed in Skype for Business Online in Office 365 and have access to Skype for Business Online voice services. Microsoft is the provider of both core calling and PSTN services and can even provide or port your users' phone numbers.



PSTN Calling service is available in specific but growing geographic locations. Please check with your Microsoft representative for availability in your area.

## Resources

- What is PSTN Calling?
- Skype for Business add-on licensing
- PSTN Calling plans for Skype for Business
- Countries and regions that are supported for Skype for Business Online PSTN Services

# SERVICES: COLLABORATION

## OneDrive for Business (OneDrive)

*Store your files with the industry leader in enterprise-grade software, not a startup or consumer-focused company.*

OneDrive for Business is a place where you can store, sync, and share your work files. OneDrive lets you update and share your files from anywhere and work on Office documents with others at the same time.

### Features

*Save your work files to OneDrive for Business so they're always with you*

- **Store**. Securely store all your files and share them with coworkers. Each user gets 1TB (E1) or 5TB (E3) of storage.
- **Sync**. Sync files across devices and access them anywhere, even when you're offline.
- **Search**. Find the files you need in seconds with simple search. Or use Office Delve to discover new relevant content.

*Get work done together with anyone at any time*

- **Share**. Securely share your files with colleagues, business partners, or customers. You control who can see and edit each file.
- **Contribute**. OneDrive for Business lets you use familiar tools to create, edit, and review documents in real time and even discuss them on Yammer.
- **Manage**. Keep everyone working on the most recent version of a document, and view or restore previous versions if you need to.

### Modern Attachments

In Outlook 2016 you can easily attach documents you most recently worked on to your emails from the Insert tab. When you attach files from OneDrive for Business or SharePoint Online, you can share them as View only, or give the recipients Edit permissions, which helps them collaborate easily on one copy that everyone works on.

- **Recent items**. Outlook provides you with a list of the recent files you saved or worked with. These files could be saved locally, or they might exist on internal network locations, such as OneDrive, Group Files, and SharePoint.



- **Browse Web Locations**. This option lets you select files from your OneDrive, SharePoint sites, or Group Files that you've accessed before.



**Manage the items attached to an email**

After you've attached an item, select the drop-down menu next to the attachment to take other actions, such as Open, Remove, Print and so on.

If you've attached a file from a shared location, you can also choose:

- **Attach as copy**. If you want to send a local copy of a file, instead of the file on a shared location.



- **Change permissions**. If you want to select edit or view only permissions on a shared file



19

## Next Generation Sync Client for Windows and Mac

> Office 365 ProPlus software available for download, **doesn't include** the next generation sync client for PCs.

**Setup Guidance**

Step-by-step guidance for IT administrators to deploy the OneDrive for Business Next Generation Sync Client to your organization is available for both Windows and Mac OS X.

For users who want to set up Next Generation Sync Client on their own there are setup guides for Windows and Mac OS X.

> To block users in your tenant from syncing OneDrive for Business libraries using the old OneDrive for Business sync client (groove.exe), set the **GrooveBlockOption** parameter value to **HardOptIn** in Set-SPOTenantSyncClientRestriction cmdlet.

## New and Upcoming features

Information in this section is based on blog post: Major OneDrive updates at Ignite 2016 include SharePoint Online sync preview.

### Powerful new sync options

*Public preview* of a single sync experience for all your files in Office 365, across OneDrive and SharePoint has been announced. Refer to Get started syncing SharePoint sites with the new OneDrive sync client – Preview article.

- SharePoint sync is being added to the OneDrive sync client.



- **Shared folder sync** is another powerful capability shipping with this preview. If a colleague in your organization shares a folder with you from their OneDrive, then you can choose to take that folder offline.
- For better visibility of what is going on with your sync client, we're rolling out the **activity center**. When a file is added,

deleted or changed in a folder that you are syncing, the activity center shows you exactly what happened—so you can catch up on the most recent activity and see current sync status.



### Better previews and thumbnails

OneDrive offers deep integration with Office Online, so you can view, edit and create Office files from any browser. There are times you want to view other types of files in the browser without downloading them. Rich previews for your most commonly used business file types are being enabled. we've integrated Visio (VSD, VSDX) viewing as well, making it much easier to share your ideas with the world using OneDrive and Visio together.

Without leaving OneDrive, you can preview Adobe files, including Illustrator (.ai), Photoshop (.psd) and Encapsulated PostScript (.eps), 3D formats (3MF, FBX, OBJ, PLY, STL) and DICOM images. Email files (.msg and .eml), almost all photo files (including many RAW formats) and streaming video are also supported.

Read more here: Announcing New File Viewers Available for OneDrive For Business.

### Access all your Office 365 files through the OneDrive browser experience

Our mission is to enable you to work with all your Office 365 files wherever you are. We're releasing an update to the OneDrive browser experience that enables you to access, edit and share all files and folders in SharePoint Online that you own or follow. Combined with the single experience in mobile apps and sync, you have one consistent way to work with the Office 365 files you care about.



## Download multiple files as a .zip file

In the OneDrive browser experience, you can select multiple files and folders and download them in a .zip file.

## Keep informed with mobile notifications

For iOS or Android users, we've added notifications when a colleague shares a file with you. You can now open the file directly from the notification.

## Extending the Scan function to handle multiple photos

Earlier this year we released the **Scan** function on Android, which enables you to take single photos that are then converted to PDF files and uploaded to OneDrive. We've now expanded this allow you to add multiple photos and combine them in the one PDF file. Now you can scan your multi-page expense receipt or extensive notes across multiple whiteboards into a single PDF that's uploaded and stored in OneDrive.

This feature will be rolling out to iOS in the coming weeks.

## Understand the reach and impact of your work

When you copy from OneDrive to SharePoint, your file becomes accessible and discoverable by your team. On iOS, you can see over time how many people have discovered and viewed your files. This provides simple insight into the impact of your work.

We'll add this capability to Android and Windows in future updates.

## New deeper Office 2016 integration

In the top right of the Office 2016 ribbon, you can see (available in First Release) the users who are currently editing the file and launch Skype for Business to converse in real-time. You can also share the file, see the history of all activity on the file as well.



Additionally, when you click the File tab to open a file, you'll notice now that in addition to having access to files you recently accessed in OneDrive and SharePoint Online, you can now also access files most recently shared with you. The result is simple: access to all the files you're working with on any device.



## Per-user controls for OneDrive

We'll add **per-user controls for OneDrive** directly in the Office 365 User Management console. As an admin, you will be able to set the storage quota and external sharing permissions for a specific user, as well as help a user who misplaced a file or inadvertently shared the wrong file with others. In emergencies, such as a lost device, you can sign a user out of OneDrive on all devices. And, when an employee leaves the organization or is terminated, you can take over the user's OneDrive to move or copy important files to other locations.

## Dedicated admin console for OneDrive

This provides one place to discover and configure OneDrive-specific settings and perform administrative tasks—many of which used to require PowerShell. Once deployed to your tenant, all tenant and SharePoint admins will have permissions to access the OneDrive admin center preview at https://admin.onedrive.com

Key features by section include:

- **Home**: This is the dashboard for the admin center and will soon show recent Office 365 Message Center posts and usage reporting related to OneDrive for Business.
- **Sharing**: This section helps admins gain control over how and with whom your users are sharing information. This includes controlling the use of external sharing and anonymous links, as well as limiting which external domains users can share with.
- **Sync**: Admins can block syncing of specific file types and deny syncing to non-domain joined PCs.
- **Storage**: This section allows admins to easily set default storage limits and document retention durations.
- **Device Access**: This gives admins control over how and from where a user can access their files. This includes allow/deny access from personal devices or specific networks as well as rich Mobile Application Management Intune policies for iOS and Android.
- **Compliance**: Admins can find quick links to the Office 365 Security and Compliance Center for key scenarios like auditing, data loss prevention, retention, and eDiscovery.

## Options to secure OneDrive

**Control provisioning of OneDrive**

OneDrive for a user is created when they click on OneDrive tile or access the service first time. Their ability to create OneDrive site is governed by the create personal site permission in SharePoint Online. By default, the permission is assigned to all users.

If your Organization is looking for a phased rollout then you can create specific user groups and assign the create personal site permission to them.

**Enable Sync client restrictions**

SharePoint Online administrator can use PowerShell cmdlets to enable the OneDrive for Business sync client from **only** the domains present in the safe recipients list. For more information, read Use Windows PowerShell cmdlets to enable OneDrive sync for domains that are on the safe recipients list.

After that, if the version of sync client on a user's PC is earlier than 15.0.4693.1000, sync client is considered outdated and user will not be able to sync documents.

**Configure restricted Domain sharing**

At a tenant level, administrators can configure external sharing by using either the **Allow List** or **Deny List** feature. Administrators can limit sharing invitations to a limited number of email domains by listing them in the Allow List or opt to use the Deny List, listing email domains to which users are prohibited to extend invitations.



Additional parameters have been added to the PowerShell cmdlet, Set-SPOTenant, to allow configuration of restricted domains using PowerShell.

All external sharing invitation emails will blind copied to set mailboxes using *BccExternalSharingInvitations* and *BccExternalSharingInvitationsList* parameters.

**Discourage Org-wide sharing**

To discourage users from sharing files from their OneDrive with everyone in the Organization, hide "Everyone", "All Users" and "Everyone except External Users" groups in the people picker.

The Parameters to configure in the PowerShell cmdlet - Set-SPOTenant are *ShowAllUsersClaim*, *ShowEveryoneClaim* and *ShowEveryoneExceptExternalUsersClaim*.

**Restrict Sync based on file types**

When required, block syncing of certain file types using the new sync client. For e.g. sync of .pst and .mp4 can be blocked as all emails should be in EXO mailbox and videos should be in O365 Videos service Or, just to conserve bandwidth consumption.

The Parameters to configure in the PowerShell cmdlet - Set-SPOTenantSyncClientRestriction is *ExcludedFileExtensions*.

**Monitor User activities**

Office 365 Audit log search and Management Activity APIs enable monitoring of user activities on OneDrive and also integrate them with existing SIEM tool in your Organization. Refer to the Audit log search section later in this document.

**Configure usage or anomaly based alerts**

Office 365 Advanced Security Management enables you to set up **anomaly detection policies**, so you can be alerted to potential breaches of your network. For example, you can be alerted to impossible travel scenarios, such as if a user signs in to the service to check their mail from New York and then two minutes later is downloading a document from OneDrive in Tokyo.

Advanced Security Management also lets you set up that can track specific activities. With out-of-the-box templates like **Mass download by a single user**, IT can easily create policies that flag when someone is downloading an unusually large amount of data. Alerts can also be for multiple failed sign-in attempts or signs in from a risky IP address.

**Configure Mobile App Management (MAM) for mobiles**

Intune MAM, part of Enterprise Mobility + Security (EMS) suite, provides ability to manage OneDrive mobile app and disable user's ability to copy-paste corporate content from their OneDrive to a non-managed/consumer app.

**Configure Conditional Access**

Azure AD Premium, part of Enterprise Mobility + Security (EMS) suite, provides **Risk-based conditional access** through an intelligent assessment of granting or blocking access to OneDrive. For e.g. access to OneDrive can be blocked is the user is using non-managed device.

**Additional Administrative settings for the sync client**

A variety of OneDrive and OneDrive for Business settings can be centrally administered through group policy. The group policy objects are available as part of the OneDrive Deployment Package.

The following User Configuration group policies are available:

- Coauthoring and in-app sharing for Office files
- Configure OneDrive.exe to receive updates after consumer production
- Prevent users from changing the location of their OneDrive folder
- Prevent users from configuring personal OneDrive accounts
- Set the default location for the OneDrive folder
- Users can choose how to handle Office files in conflict

The following Computer Configuration group policies are available:

- Prevent users from using the remote file fetch feature to access files on the computer
- Set the maximum percentage of upload bandwidth that OneDrive.exe uses

For more information, refer to Administrative settings for the new OneDrive sync client support article.

## OneDrive for Business usage reports

The new Office 365 Reports dashboard shows you the activity overview across the Office 365 products in your organization. The OneDrive card on the dashboard gives you a high-level view of the value you are getting from OneDrive in terms of the total number of files and storage used across all the OneDrive accounts in your organization. You can then drill into it to understand the trends of active OneDrive accounts, how many files are users interacting with as well as the storage used. It also gives you the per OneDrive account details.

You can get a view into OneDrive for Business usage by looking at the **Sites**, **Files**, and **Storage** views.



Refer to: Activity Reports in the Office 365 admin center and Office 365 Reports in the new Admin Center - OneDrive for Business usage articles for more details.

## Scenarios

- Drive Personal productivity. Be Productive from anywhere and from any device.
- **Protect your critical business information**. Cloud saved files are not lost when local hard drives fail or are stolen, or if an employee leaves the company and takes the computer & files with them.

## Resources

**Watch Videos** ...

- OneDrive for Business: Sync client updates demo
- OneDrive for Business: Demo of mobile device updates
- OneDrive for Business: Updates to web experiences
- OneDrive for Business: Demo of IT control updates
- OneDrive for Business: Demo tour of updates to sync client, mobile and web
- New IT management options in OneDrive for Business

**Read** ...

- File Security in Microsoft SharePoint and OneDrive for Business
- Manage My Site settings for SharePoint Online
- How user profiles are deleted in SharePoint Online and OneDrive for Business

- Attach a file to an email in Outlook 2016 for Windows
- Use Windows PowerShell cmdlets to enable OneDrive sync for domains that are on the safe recipients list
- Restricted Domains Sharing in O365 SharePoint Online and OneDrive for Business
- How to determine the version of OneDrive for Business Sync client
- How to enumerate a domain GUID in an Active Directory forest
- Transition from the existing OneDrive for Business sync client
- Deploying the OneDrive for Business Next Generation Sync Client in an enterprise environment
- Deploying the OneDrive Next Generation Sync Client on OS X and configuring work or school accounts
- Office 365 Reports in the new Admin Center - OneDrive for Business usage

## SharePoint Online (SPO)

SharePoint is about giving you and the people you work with a **better way to get things done together**. That means your content is stored and organized in one place. You can access it from virtually anywhere and share it with anyone.

SharePoint Online delivers the powerful features of SharePoint without the associated overhead of managing the infrastructure on your own. Flexible management options ensure that you still retain the control you need to meet the compliance requirements of your organization.

## Features

### Content

The following Content features makes Enterprise Content Management (ECM) easy for everyone. It's the combination of traditional content management, social capabilities, and powerful search.

- **Accessibility Standards Support**: Most SharePoint user interface (UI) elements, such as links, form controls, and buttons are designed to use Microsoft Active Accessibility (MSAA).
- **Asset Library**: Library pre-configured to use special features that help users manage rich media assets, such as image, audio, and video files
- **Content Organizer**: Acts as a gatekeeper for documents. You can automatically manage some important library tasks, such as managing folder sizes and routing documents to different libraries or folders.
- **Document Sets**: Let users store, act on, export, and add a description to multiple files as a single entity. Policies, tagging, and templates can be applied to any document set that is created.
- **External Sharing: External Access**: You can use sites to share content with people outside your organization. When a site is shared in SharePoint Online, an email message is

23

sent to the external user containing the invitation to join the site.

- **External Sharing: Guest Link**: Site users can generate a Guest Link to share documents stored in SharePoint Online with external users without requiring the external user to sign in.
- **Information Rights Management (IRM)**: IRM uses Azure Rights Management (RMS), an information protection technology in Office 365.
- **Managed metadata service**: Provides multiple taxonomies and folksonomies from a tenant-level store service that can be consumed at the site collection level. Metadata fields can even be embedded in documents
- **Metadata-driven Navigation**: Makes it easier to discover content in large lists and libraries. User tagging incentives are introduced and offer anticipatory suggestions of appropriate metadata based on location and context
- **Multi-stage Disposition**: Retentions policies can have multiple stages, allowing you to specify the entire document lifecycle as one policy. For example, review contracts every year, and delete after seven years.
- **Preservation hold library**: Content that is placed on hold is preserved, but users can still change it. The state of the content at the time of preservation is recorded. If a user changes the content or even deletes it, the item is retained at the time of deletion and the original, preserved version is still available.
- **Records management**: In SharePoint, you can manage records in an archive or you can manage records in-place in the same document repository as active documents.
- **Recycle Bin (SharePoint admin center)**: SharePoint Online administrators can restore a deleted site collection by using SharePoint admin center
- **Recycle Bin (site collection)**: SharePoint users have a Recycle Bin where deleted content is stored. They can access the Recycle Bin to recover deleted documents and lists, if they need to. Items in the Recycle Bin are retained for 90 days.
- **Unique Document IDs**: Improves the managing and tracking of information by assigning a unique, human-readable identifier to every piece of content, making it easier to locate, even if the content was moved from its original location.
- **Managed navigation**: Navigation method that lets you define and maintain your site navigation by using term sets

### Insights

The following Insights features allow organizations to use the information in databases, reports, and business applications to address their specific business needs.

- **Excel Services**: Enables you to share workbooks with others, interact with reports, view and explore information in a browser window, and refresh data.
- **Power View for Excel in SharePoint**: You can use Excel Online to view and interact with workbooks that contain Power View sheets in a browser window.
- **Power Pivot for Excel in SharePoint**: You can use Excel Online to view and interact with charts, tables, PivotChart reports and PivotTable reports in a browser window.

- **Visio Services**: Lets users share and view Microsoft Visio Drawing (*.vsdx) and Visio 2010 Web drawing (*.vdw) files using Web Browser

Also, refer to the [Power BI section](#) later in this document.

### Search

The following Search features help people find the information that they need to do their jobs. Search is a combination of relevance, refinement, and people.

- **Advanced content processing**: To improve search relevance, the document parsing functionality in the content processing component analyzes both the structure and content of documents.
- **Continuous crawls**: Help keep search results fresh by frequently crawling content in SharePoint sites.
- **Deep links**: Search system automatically creates links directly to sub-sections of a main page that is frequently visited.
- **Event-based relevancy**: Determines the relevance of search results in part by how content is connected, how often an item appears in search results, and which search results people click.
- **Phonetic name matching**: Improved phonetic name matching finds search results for similar sounding names (is it John or Jon?).
- **Query rules—add promoted results**: In a query rule, specify conditions and correlated actions. The "Add promoted results" action lets you promote individual results so that they appear at the top of search results
- **Query rules—advanced actions**: The "Add result blocks" action lets you display a subset of the search results as a group. The "Change ranked results by changing the query" action lets you change the ranking of the returned search results
- **Query spelling correction**: Edit exclusions and inclusions lists to decide which queries the search results page should display alternative query spellings for. This feature is often called "Did you mean?".
- **Query suggestions**: Suggested phrases that users have already searched for. The suggestions appear in a list below the Search Box as a user types a query. Query suggestions are generated automatically, and phrases can be added to the system as "always" or "never" suggest.
- **Quick preview**: Users can rest the pointer over a search result to preview and interact with the document or site content in the hover panel to the right of the result. The preview shows rich metadata and has deep links to the main sections of the document or site
- **Refiners**: Categorize the top documents in search results into groups that let users filter the search results

### Sites

- **Change the look**: Quickly customize your team site so that it's easier to use and reflects your professional style and brand.
- **Governance**: Important but often invisible part of any site is its governance model—the set of policies, roles, responsibilities, and processes that you establish to determine how the people in your group use SharePoint.

- **Mobile Connectivity**: You can access SharePoint sites on the go from an Internet-connected mobile phone or tablet. You can view and update documents, lists, and other site content and collaborate with colleagues, all from your mobile device.
- **Permissions Management**: Three key security elements work together to control user access to sites and site content: permissions inheritance, permission levels, and SharePoint groups.
- **SharePoint Lists**: List is a collection of data that you can share with site users. For example, you can create a sign-up sheet for an event or track team events on a calendar by using a list.
- **Drag & Drop**: Upload documents, pictures, and other types of files to your site by dragging them from your computer to a library on your site.
- **Editing text on sites**: Embed videos, cut and paste from Microsoft Word without losing your formatting, and drag and drop images into the rich text editor.
- **Notebook**: When you create a team site, a OneNote shared notebook is automatically created as part of the site. You can use this notebook to capture, compile, and share information.
- **Simplified Access**: When you share a site, you invite other people to have access to the site. You can share any site in which you have the required permissions.
- **Templates**: When you create a new site in SharePoint, you start by selecting a site template to base your site on. Site templates contain lists, libraries, pages, and other elements or features that support the needs of an organization.
- **Themes**: Quickly customize your team site so that it's easier to use and reflects your professional style and brand. Themes are a quick and way to apply colors and fonts to sites.
- **Usage Analytics**: Web Analytics reports are pre-built reports in SharePoint that use usage data to analyze various aspects of sites and site collections.

**Social**

- **Blogs**: Enable an organization to quickly share information among employees, partners, or customers. People can add insight to a difficult subject area, provide inspiration and guidance, or explain a new guideline or procedure.
- **One Click Sharing**: Share documents and sites with others in your organization helping promote team collaboration
- **Ratings**: Add ratings to document libraries that allow sites visitors to 'Like' a library document or to use a 'star' tool to rate it.
- **Wikis**: Site designed for groups of people to quickly capture and share ideas by creating simple pages and linking them together. Every team site is a wiki, but you can also add a separate wiki page library to a site, or create a large-scale Enterprise wiki as a separate site or site collection

**Developer**

The following features support developers who want to build apps and solutions to extend SharePoint functionality.

- **Access Services**: Build web databases and publish them to a SharePoint site.

- **App Catalog (SharePoint)**: Publish your apps to an internal corporate catalog to make them available to users
- **Provider-hosted Add-in**: Add-ins that include at least one remote component and may also include SharePoint-hosted components
- **SharePoint-Hosted Add-in**: Allows you to reuse common SharePoint artifacts, such as lists and Web Parts. When you take this approach, you can use only JavaScript and you cannot use any server-side code
- **Browser-based customizations**: Customize your site without any special tools or coding expertise just by using the site settings. For example, you can change the look, title, and logo, change the navigation links, change the contents of a page, or change the appearance of views for lists and libraries.
- **Developer Site**: Use an Office 365 Developer Site as a development and testing environment to shorten your setup time and start creating, testing, and deploying your apps for SharePoint.
- **JavaScript Object Model**: SharePoint provides a JavaScript object model for use in either inline script or separate .js files. It includes all the same functionality as the .NET Framework and Silverlight client object models.
- **Office 365 APIs**: Provide access to your SharePoint Online data using REST APIs. You can access the Office 365 APIs from solutions across all mobile, web, and desktop platforms
- **Remote Event Receiver**: To handle events in an app for SharePoint, developers can create remote event receivers and app event receivers. Remote event receivers handle events that occur to an item in the app, such as a list, a list item, or a web.

Also, refer to the Office 365 Application Development section later in this document.

**IT Professional**

- **Anti-malware protection**: Provides anti-malware protection for files uploaded and saved to document libraries, using the Microsoft anti-malware engine that is also integrated into Exchange.
- **Data loss prevention**: Identifies sensitive data stored in SharePoint Online. Identifying sensitive data can help you reduce risks to your organization. You can search for the sensitive information types in your organization using the eDiscovery Center.
- **Encryption at rest**: There are two levels of encryption at rest for SharePoint Online- BitLocker encryption and. Per-file encryption.
- **Minimal Download Strategy (MDS)**: Uses a single .aspx file (start.aspx) for your pages, with the actual URL encoded in the text following the hashmark ('#'). When moving from page to page, only the changes between two compatible pages will be downloaded. Fewer bytes will be downloaded and the pages will appear more quickly.
- **SharePoint admin center**: Enables administrators to manage features such as: Site collections, User Profiles, Managed metadata and the Term Store, Records management, Search, Apps for SharePoint, External sharing, Information Rights Management and, Self-service site creation

25

- **Windows PowerShell Support**: Administrators can use SharePoint Online Windows PowerShell cmdlets to script and automate administrative tasks.

For more comprehensive feature list, refer to [SharePoint Online Service Description](#).

> Keep track of monthly updates to SharePoint Online here: [What's new in Microsoft SharePoint Online](#).

## Per-File Encryption

Encryption at rest includes two components: BitLocker disk-level encryption and per-file encryption of customer content.

File-level encryption at rest takes advantage of blob storage to provide for virtually unlimited storage growth and to enable unprecedented protection.

Refer to following online resources for more details:

- [File Security in Microsoft SharePoint and OneDrive for Business](#)
- [Enhanced conditional access controls, encryption controls and site classification in SharePoint and OneDrive](#)
- Ignite video: [Learn how SharePoint safeguards your data in the cloud](#)

## Governance Model

An important but often invisible part of any site is its *governance model*—the set of policies, roles, responsibilities, and processes that you establish to determine how the people in your group use SharePoint.

A governance model makes it easier to:

- Let site users know when they should create a new sub-site, as opposed to creating a list or other site content.
- Make sure sub-sites and content are retired when they're obsolete, rather than using up your storage space and diluting your search results.
- Ensure that the right people have access to the right content.
- Let sub-site owners know what templates and themes they can use.
- Smoothly transition ownership of a site from one person to another.

### Elements of a governance model

Your governance model needs to address the following issues:

- Site creation
- Permissions management
- Information architecture
- Site lifecycle and retirement
- Storage limits
- Classification of information
- Customization
- Data protection
- Navigation

- Search
- Roles and responsibilities for supporting the site

## Information architecture

A site's information architecture is like the table of contents for a book: It determines how the information in that site — its webpages, documents, lists, and data — is organized and presented to the site's users. Information architecture is often recorded as a hierarchical list of site content, search keywords, data types, and other concepts.

To create an information architecture, you must analyze the information to be presented in the site. Here are some of the questions you can use to develop an information architecture:

- What kind of content will you have on the site? How will that translate into sub-sites, lists, libraries, and so on?
- How will information be presented in the site?
- How will site users navigate through the site?
- How will information be targeted at specific audiences?
- How will search will be configured and optimized?

Part of your information architecture might include classification of information.

If the information you're dealing with has high value to the company, requires special security, or is covered by regulatory compliance rules, you might want to set up a classification scheme to identify specific types of content that need to be managed carefully. After you've organized information into specific lists and libraries, you can use governance features to manage how the content is managed.

Please refer to the article - [Best practices for creating and managing team sites](#) for more information on Governance and Best Practices.

## Using SharePoint Online as a B2B Extranet solution

With SharePoint Online, partners connect directly to a members-only site in Office 365, without access to the corporate on-premises environment or any other Office 365 site. Office 365 Extranet sites can be accessed anywhere.

Industry verticals where business-to-business (B2B) collaboration is key to their business success include the automotive, manufacturing, retail and energy. The following example depicts Contoso Ltd, a company whose core of their business is collaboration with partners and vendors.



Contoso Ltd on-premises environment

## SharePoint Online B2B collaboration features

- **SPO Cloud B2B:** You can have both Intranet and Extranet (B2B) sites in the same SharePoint online tenant. You can allow sharing with user initiated invitations but with added IT control.
- **Site-owners only sharing:** Ability to have site collections where only Owners can bring in or share with new users. Site Members, which are typically external partner users, can see only the existing site members in the site. This helps in governing what partners can see and with whom they can share your corporate partnership documents. See Create a partner-facing Extranet Site in Office 365 for more details.
- **Allow users to Invite new partner users:** In certain Site Collections, Admins can optionally allow users to invite new partner users. In this model, an email invite is sent to the partner user and the user must redeem that invite to access the resource. See Manage external sharing for your SharePoint Online environment for details.
- **Restricted Domains Sharing:** Admins can control the list of partner domains that their employees can share with outside the organization. Either an allow list of email domains or a deny list of email domains can be configured. See Restricted Domains Sharing in O365 SharePoint Online and OneDrive for Business more details.
- **Auditing & Reporting:** Activities of the business partner users are audited and reports can be viewed in Office 365 Activity Reports.

For more details, please refer to the support article - SharePoint Business to Business Collaboration: Extranet for Partners with Office 365.

## New and Upcoming Features

> Keep track of monthly updates to SharePoint Online here: What's new in Microsoft SharePoint Online.

Microsoft's vision for SharePoint Online focuses on four areas of innovation:

- Simple and powerful file sharing and collaboration on any device.

- The mobile and intelligent intranet, with modern team sites, publishing, and business applications on your desktop and in your pocket.
- An open and connected platform that evolves SharePoint extensibility to embrace modern web development.
- Investments in security, privacy and compliance across Office 365.

Please refer the blog post and watch the Microsoft Mechanics playlist to learn about great new features coming to SharePoint Online..

## SharePoint home page in Office 365

The SharePoint home page in Office 365 is where you can easily find and access SharePoint sites and portals within your organization. If enabled by your administrator, you can also quickly create new team sites from the SharePoint home page.



1. A search box where you can search for sites you've recently visited or files you've recently viewed or edited. You can also search for other sites, files, or people in your organization.
2. A link to start a new team site if enabled by your administrator. For help starting a new team site, see Create a site.
3. SharePoint sites you're following.
4. Recent SharePoint sites you've visited. Clicking **See all** will take you to a page that lists all recent SharePoint sites you've visited.
5. Links to SharePoint sites and portals featured by your organization. If you're an Office 365 administrator, you can set which links appear in this section. For more information, see Change the Links list on the SharePoint Home page.
6. SharePoint sites you visit frequently or, if enabled by your administrator, a list of recommended SharePoint sites generated by Office Delve. In addition to the site name and link, you will also see recent activity information about the site.
7. Suggested SharePoint sites based on recent searches or, if enabled by your administrator, a list of recommended SharePoint sites generated by Delve.

For more details, refer to the Find sites and portals in Office 365 article.

27

## Modern Experiences in SharePoint Online

The modern experiences in SharePoint Online are:

- **Modern team sites**
- **Modern list and library experiences**
- **Modern site pages**

"Modern" experiences are gradually released in SharePoint Online and you can control how they are taken into use from tenant or site level. If you have a lot of existing important customizations, you can defer taking new experiences into use until needed customizations scenarios can be enabled with them as well.

## Modern Team Site

The home page of a SharePoint Online modern team site gives you immediate visibility into site activity and important documents, with quick access to Office 365 Groups, its members and associated Office 365 apps.



You can access your team site from the SharePoint Home page, from the **Files** section of your Office 365 Group, or on the go with the SharePoint mobile app.

For more details, refer to What is a team site? and Keep your team updated with News on your team site articles.

## Integration with Office 365 Groups

Office 365 Groups is a powerful and productive platform that brings together conversations and calendar from Outlook, information and files from SharePoint, tasks from Planner, and a shared OneNote notebook into a single collaboration space for your team. All new and existing Office 365 Groups get a team site.



When you create an Office 365 Group in Office 365, a SharePoint team site is automatically created and any users you add to your Office 365 Group get added to the team site. All members of the Office 365 Group have access to the team site and can add additional document libraries, lists, and web apps as needed. There's no need to create a distribution list or a SharePoint group.

## SharePoint Mobile App

The SharePoint mobile app helps keep your work moving forward by providing quick access to your team sites, organizational portals and the people you work with throughout Office 365 by letting you search for content and people across your organization. We leverage the Microsoft Graph to power several of the in-app experiences, providing you relevant information to get to the content and people you work with most frequently.



You can use the SharePoint mobile app to:

- Navigate from Sites to team sites you follow or frequently visit.
- Navigate from Links to important sites configured by your organization.
- Catch up on what's happened with the Activity view, which shows recent file activity in your team site.
- Open your document libraries with the OneDrive app and then edit your files using Office mobile apps like Word, Excel, PowerPoint and OneNote.
- Learn more about people you work with and discover what they are working on.
- Perform an enterprise-wide search to find sites, files and people throughout your organization.

Learn more about SharePoint mobile app for iOS, SharePoint mobile app for Android and the SharePoint mobile app for Windows 10 Mobile.

## Team site publishing pages and new web parts

Modern team site pages are fast, easy to author and support rich multimedia content. And pages look great on any device, in a browser or from within the SharePoint app. Using pages is a great way to communicate and share your ideas—such as status and trip reports, how-to write-ups, know-before-you-go guides and frequently asked questions.



Just click the + sign and pick a web part from the toolbox to add content to your page. The new **"highlighted content" web part** lets you set criteria so that specific content will automatically and dynamically populate in that area of the page. And using the SharePoint Framework, developers can build custom web parts that will show up right in the toolbox.

## Modern document libraries

Helping people share files and collaborate on content has always been central to our mission. That's why we're creating a better experience for document libraries that's faster, more intuitive and responsive.



Modern document libraries have an updated user interface that offers an experience similar to OneDrive, so it's more intuitive to create a new folder and upload files in the browser.

In a document library, you can:

- Add, edit, delete, co-author, and download documents.
- Control who has access to a library, a folder with in a library, or an individual file within a library.
- Track the activity on a file, such as when it was last modified, and receive a notification when something has changed.
- Create a custom view of a document library
- Share files or folders with others
- Add a link in a document library to something that is stored outside the library, for example, a link to a file located in a different library or even a link to an external web page.
- Highlight a link, file or folder in a document library so you and others can get to them quickly.

Mobile browsers have the same features as the desktop, making SharePoint productive for every user—whether they interact via mouse, keyboard, touch or screen reader.

Learn more about how to use modern libraries in this article: What is a document library?

## Modern Lists

We're delivering a **modern list** experience that looks great and is responsive, accessible and easy to use on any device.



With modern SharePoint lists you can:

- Improve ease of use by empowering users to add columns to lists and sort, filter and group data in place.
- Elevate data quality by viewing and editing all item details in the information panel without leaving the list.
- Improve productivity by bulk editing list items with Quick Edit.
- Automate simple business processes with versions, approvals and alerts.
- Enrich static information with rich data types including people, images and managed metadata tags.

In addition, modern SharePoint lists look great on the **SharePoint mobile app** — making every location and every device a first-class component of business processes.

## Integrating PowerApps and Microsoft Flow

Customers regularly exchange data between SharePoint lists and other systems to support business processes. Flow automates workflow and data exchange between SharePoint and a variety of Microsoft and third-party services. Now, you can create and launch Flows directly from a SharePoint list and store and modify that data within SharePoint.



To learn more about Microsoft Flow, see Get started with Microsoft Flow.

With PowerApps, you can connect, create and share business apps on any device in minutes. You can build efficient mobile forms and apps directly from a SharePoint list, without needing to write code. PowerApps and Flow share a common connector framework that allows you to weave in dozens of data sources on-premises and in the cloud, including Exchange, SQL, Dynamics, Salesforce, Google, Mail Chimp, Twitter, Wunderlist and more.



To get more on using PowerApps, see [Getting started with PowerApps](#).

## SharePoint Site Contents page

The new SharePoint Online Site contents page has been redesigned to help site owners, members and visitors get an immediate view into the activities within the site, like site visits and trending content. Plus, it provides clearer access to add lists, document libraries, subsites and apps.



**Site visits and Trending content**

You can view the number of visits to your site within a rolling 7-day period. You can also view trending content - the most popular content on your site - over a rolling 2-week period.

**Tips**

Need help getting started creating and setting up content? Check the Tips box. You can go directly to the pages where you can set up and customize your site, lists, libraries, and more.

Refer to [The SharePoint Site Contents page](#) article for more information..

## Support for # and % in File and Folder names

We'll be shipping support for # and % as supported characters in file and folder names across document libraries in SharePoint Online and OneDrive for Business.  This will allow people to create, store, and sync files containing # and % characters whether those characters are used as a prefix or suffix to the file or folder name.

# and % will be limited to use in file names in addition to SharePoint Online and OneDrive for Business document libraries and related folders.  The use of # and % outside of document libraries is not supported at this time.

Refer to [New support for # and % in SharePoint Online and OneDrive for Business](#) and [Upcoming changes to SharePoint and OneDrive for Business APIs to support # and % in file names](#) articles for more information.

## SharePoint Online sync preview

*Public preview* of a single sync experience for all your files in Office 365, across OneDrive and SharePoint has been announced. Refer to the [new sync options](#) in OneDrive section later in this document.

## Auto-acceleration for your SharePoint Online tenancy

SharePoint Online now supports home realm discovery when users log on by using third-party identity providers, such as Active Directory Federation Services (ADFS). This feature reduces logon prompts for users by "accelerating" the user through the Azure Active Directory home realm discovery logon page. This feature is called **auto-acceleration** and is applied by running a Windows PowerShell cmdlet in the SharePoint Online Management Shell.

Refer to [Enable auto-acceleration for your SharePoint Online tenancy](#) article for configuration details.

## Scenarios

This section provides a walkthrough of some of the scenarios where SharePoint Online can be used in an Organization. In most of these scenarios, related services like OneDrive, Groups, RMS, Yammer, O365 Videos also play a role.

**Onboard new employees**

First days are stressful—for both new employees and the HR department. There's a lot to learn and a lot to tell.  SharePoint can be the single hub for everything that a new hire needs on its first day, and beyond.

You can make it easier for people to understand the business, and ramp up rapidly. You can take advantage of automatic task routing and use forms built right into your site, leading to less paperwork and faster completion.

- Onboarding Site with all the information new hires would need – Company information, Employee handbook, onboarding processes, Forms to fill and, documents to submit.
- New Hire Training material. Wikis, Videos, Documents and, links to LMS Courses/Modules
- Welcome Videos from the Leadership Team published in the New Hire Channel on O365 Videos
- Scan, OCR and Upload all the statutory documents submitted by Employees. Search/retrieve as per need later
- Business Process Workflows to gather Employee information and complete joining formalities
- Yammer integration. Share content on Yammer and engage new hires in 2-way conversations

**Share your knowledge**

With SharePoint, your knowledge isn't limited to the people in your immediate circle. SharePoint lets you share what you know with as many people as you want, whether they're in your department or in another country.

- Knowledge Management Portal with one or more Site Collections having one or more document libraries each to store content as per the appropriate information architecture
- Assign Viewers, Members and Owners Permissions to users as per the business need
- Rights Management integration in document libraries containing sensitive documents
- Approval workflows to review the content being submitted
- Term Store hierarchies to create a Taxonomy to tag, navigate and search documents
- Retention Policies to expire/archive old content
- Show Videos published in Office 365 Videos
- Yammer integration to share the documents on Yammer for feedback, discussion and updates
- Delve powers the content discovery

**Digitize your records**

All Organizations handle a lot of paper documents – employee records, Know Your Customer (KYC) documents, legal agreements, land records, project files, purchase orders etc. Storing paper can be costly, particularly when offsite storage is required, and offers no return on investment. Retrieving paper documents is time consuming and the possibility exists that they can be misplaced.

Document digitization is the process of converting paper documents into digital format. SharePoint lets you manage these digital records securely and meet legal and compliance needs through its content encryption, retention policies, auditing and ediscovery capabilities.

Microsoft Partners provide scanning solutions integrated with SharePoint Online to support your document input lifecycle needs through scanning, OCR, barcode recognition, indexing and many more other features.

- Share and Track records. Scanning can help you share the information in those records instantly with users across multiple locations. They can eliminate the need for costly reproduction and mailing and are also easier to track electronically.
- Prepare for disasters. Scanned records can be an integral part of your disaster recovery plan. This provides extra assurance that you will be able to access the information in the records should disaster strike.
- Respond to audits and discoveries. Records are subject to audits, discovery demands, and related legal inquiries. These requests are often high-profile and extremely time sensitive. Digital records are easy to store & search and can help you quickly comply with these kinds of requests.
- Protect aging paper originals. In case of fragile paper records, scanning can offer significant benefits. Digitizing fragile records preserves the integrity of the originals by allowing them to be handled less. And often, the scanning process increases legibility of aging or hard-to-read records.

- Save money and free up office space. Storing paper records in your office is extremely costly. If you have paper records that are currently taking up space in your office, digitizing these records can save you both storage space and money.

**Boost business processes**

With SharePoint you could improve your business processes and help people save time. Automating recurring approval or review processes is easy and doesn't take much time with built-in workflows. With Visio you can work with others to design and model processes that run in SharePoint.

- Employee Self Service Portal. Automate all employee processes like Leaves, Expense Reimbursement, Employee Benefits, Investment Declaration, Voluntary Provident Fund, LTA
- Automate IT Service requests like SmartCard, Hardware procurement, Software procurement, Software download, Installation and, Support
- Other requests like Travel, Cab, Visa, Company Letter, Employment Certificate, Salary Certificate

**Align your teams**

Deals are won and lost depending on how closely marketing and sales teams are aligned. That's how important communication is and that's why SharePoint gives people a better way to stay in sync.

- SharePoint site (Sales Portal) where sales representatives can access the most up-to-date marketing information, even when on the road, so that messaging is consistent.
- Sales and Marketing teams can work together, refine content and keep it up to date
- Sales Excellence team can publish Sales reports, campaigns, promotions, contests and other relevant updates
- Rights Management integration in document libraries containing sensitive documents
- O365 Video Channels to host videos on service offerings, product updates, selling it right, major announcements, how to compete and, win & loss analysis
- Yammer Groups where teams can have conversations, share ideas, share best practices, knowledge on customers, competitors, or sales processes, making it easier to act on new opportunities and close deals more quickly.

**Crunch the numbers together**

Crunching the numbers doesn't have to be difficult. SharePoint lets you gather a lot of information from different people and different departments into a single spreadsheet or multiple. Best of all, you can work with more than one person—even your whole team if you want—on the same spreadsheet at the same time.

Crunching the numbers together doesn't just make your life easier, but it also helps boost productivity and can lead to more insights that can be easily shared with anyone in your organization.

- Budgeting or Quota setting exercises where multiple teams need to come together and provide inputs which need analysis and discussion

- RFP Response Teams working on complex bids where multiple inputs are required from users across multiple locations – requirements, effort estimates, input costs, billing rates, quality parameters, timelines and, competitors.

**Help meet compliance needs**

Trying to make sense of all the rules, laws, and regulations you need to follow is hard enough without retrofitting your whole IT infrastructure to comply with them. You won't run into this problem with SharePoint because it's built to make compliance easy and straightforward.

- Digitize and preserve important Paper documents and files like land records, employee records, contracts and other legal agreements
- Automate many of the processes for managing, protecting, and preserving critical data
- Create retention schedules to manage the entire life cycle of your organization's digital assets.
- Respond quickly to litigation or audits by using self-service eDiscovery to help get what you need immediately without involving IT.

**Provide the right support**

SharePoint and Yammer working together can help you take your IT support beyond the telephone - way beyond. Think of it as a virtual helpdesk.

- A one-stop shop where people can get in touch with IT, browse through a shared knowledge base, and submit ticket requests to get help.
- Enterprise Wiki to capture and share all the support and troubleshooting information. Quicker answers to common problems.
- Office 365 Videos channel to host videos on common tasks and self-service troubleshooting
- Yammer Groups for faster, more focused conversations between people and IT—all without ever being placed on hold.

**Other scenarios**

With its rich feature set SharePoint can help you solve lot more business problems. Some of these would require study of existing processes and applications and Organization's vision and priorities.

- **Intranet Portal**. Corporate news, Industry News, company history, founders, leadership team, offices, CSR activities, award winners
- **Department Sites**. HR, Finance, Legal, Sales, Marketing, Travel, Quality etc. – structure, leaders, locations, useful documents, FAQs, Yammer presence, Video channels.
- **Country sites**. Travel information for employees visiting different countries. Cities, Culture, Stay, Food, Currency, Things to see, Local contacts, Helpline numbers, useful Yammer Groups and Video Channels
- **Careers website**. Career profiles, Roles in technical / non-technical streams, training opportunities, mentoring programs, soft skill programs, part-time education, work from home programs and, current openings.

## Resources

**General Information**

- SharePoint Online Service Descriptions
- Data Encryption in OneDrive for Business and SharePoint Online
- Find content about SharePoint Online for Office 365 for business
- Should I save my documents to OneDrive for Business or a team site?
- What is a team site?
- What is a document library?

**Microsoft Virtual Academy (MVA) Courses**

- The Modern Intranet Powered by SharePoint Services
- Plan a Collaboration Solution Using Office 365
- SharePoint and Office 365 Cloud-Connected Hybrid Scenarios
- Office Graph, Delve, and SharePoint: Better Together
- Transform SharePoint Customizations to SharePoint App Model
- SharePoint Online Migration Planning

**Planning**

- Plan sites and manage users
- Plan content on sites
- Plan the content for your Team Site
- Best practices for creating and managing team sites

**Performance**

- Diagnosing performance issues with SharePoint Online
- Navigation options for SharePoint Online
- Using content delivery networks in SharePoint Online
- Delay loading images and JavaScript in SharePoint Online

**Developers**

- Customize your Office 365 team site for file storage and sharing
- SharePoint Add-ins
- Use the App Catalog to make custom business apps available for your SharePoint Online environment

Also, refer to the Office 365 Application Development section later in this document.

**Administrators**

- Find content about the SharePoint Online admin center
- Manage site collections and global settings in the SharePoint admin center
- SharePoint Online: software boundaries and limits
- Introduction to the SharePoint Online Management Shell
- Enable auto-acceleration for your SharePoint Online tenancy
- Introduction: Control user access with permissions
- Types of files that cannot be added to a list or library
- SharePoint Business to Business Collaboration: Extranet for Partners with Office 365
- Restricted Domains Sharing in O365 SharePoint Online and OneDrive for Business

- Switch the default experience for lists or document libraries from new or classic
- Restrict access to SharePoint Online with Microsoft Intune

# Outlook Groups

If your team uses distribution lists, file sharing, and collaborative note-taking to get things done, then you'll love Office 365 Groups in Outlook. Outlook Groups is a powerful and productive platform that brings together conversations and calendar from Outlook, files from SharePoint, tasks from Planner, and a shared OneNote notebook into a single collaboration space for your team.

When you subscribe to a group, all the email messages and meeting invitations are sent directly to your inbox. But they're also stored in your group folder. So, don't worry about accidentally deleting something or creating a rule to move mail from your inbox to a private folder. Delete it from your inbox after reading it and know there's still a copy safely stored in your searchable group folder; in fact, all the messages since the group began are stored in the group folder. Even if you weren't a member at the beginning, you'll get to see the full history once you join.

## Features

### Conversations

- In the Group inbox, all messages sent to the Group are displayed in a list view.
- Conversation details are displayed in the reading pane using a new conversation model
- Start a new conversation with Group members or reply inline to a conversation
- Send an email to a Group from your inbox, just like using a distribution list

### Files

- File storage for Groups is accessed through a dedicated document library connected to the Group.
- Familiar OneDrive document management actions are available in the Group document library, such as document creation and upload.
- Provides some powerful scenarios involving co-authoring and attachment management

### Calendar Events

- Helps you to track all your group events in one place, visible to everyone in the group.
- Visualize how group events will work into your schedule in Outlook Web App by overlaying your calendar with the group calendar.
- Any member of the group can create and update events, making it easy to keep the schedule up to date.
- For meetings scheduled on your personal calendar, you can add the group to the attendee list

### Navigation

- The left navigation pane in Outlook Web App and Outlook makes it easy to navigate to any Group you have joined.
- Groups which you have marked as "favorites" are displayed first, ensuring that your key Groups are always just one click away
- The Group header makes it easy to switch between Group components, and provides easy access to Group management features such as favorites and subscription

### Group management

- Groups support an open permission model, allowing you to add yourself as a member to any public Group, reducing management overhead and making it easy to access information.
- For sensitive topics, private Groups provide data privacy while offering a built-in mechanism for prospective members to request access to the Group.
- Group creation is available through Outlook Web App, just click the "+" button in the Groups area of the left navigation pane, to start creating your new Group

# Group Administration Features

The following new capabilities are available:

- **Ability to update privacy type**. Group owners can change the privacy setting from public to private or vice versa by editing the group properties in Outlook on the web.
- **Multi-domain support**. Administrators have control to create groups in specific domains of their choosing.
- **Guidance to configure Office 365 Groups with on-premises Exchange mailbox users**. You can make groups created in Office 365 available to your on-premises users.
- **Allow users to send as the Office 365 group**. If you want to enable your group's shared mailbox to "Send As," you can now use the PowerShell cmdlets to configure this. Users can go to the group, create a new email and change the "Send As" field to the group's email address.
- **Creation policy in Azure Active Directory**. Allows administrators to restrict group creation to certain users. This ensures that the creation of Office 365 groups through all endpoints, such as Planner and Power BI, can be given to selected users. The existing Exchange Mailbox policy only applies to creation in Exchange.
- **Usage guidelines**. Dfine usage guidelines for Group to educate your users about best practices that help keep their groups effective and educate them on internal content policies.
- **Exchange Admin Center (EAC) UI for migrating Distribution Lists (DLs) to groups**. Migrate a DL to a group directly from the Exchange Admin Center with one click.
- **Naming policy in Azure Active Directory**. Administrators will be able to configure a policy for appending text to the beginning or end of a group's name and email address no matter where the group is created (e.g., Outlook, Planner, Power BI, etc.). Administrators can also configure a list of specific blocked words that can't be used in group names and also rely on the native list of thousands of blocked words to keep their directories clean.

- **Ability to search for private Groups files**. Groups files (stored in a SharePoint document library and surfaced in OneDrive for Business) and Office Delve are integrated. So, users can search content from both public and private groups as long as they're a member.

## Guest Access

Guest access enables you and your team to collaborate with people from outside your organization by granting them access to group conversations, files, calendar invitations, and the group notebook. Access can be granted to a guest—including partners, vendors, suppliers, or consultants—by any group owner.

### How it works

Office 365 users can use Outlook on the web to add and manage guests in their Office 365 groups. Guests can have any email address, and the email account can be a work, personal, or school account.

- **Step 1**   A group owner adds a guest to the group or a guest is nominated by group members. The group owner approves the nominees.
- **Step 2**   The group owner is informed of what the guest can access within the group. A combination of text and icons give all group members clear indication of guest participation.
- **Step 3**   The guest receives a welcome email and can participate in group conversations, receive and respond to calendar invitations, and access the group files.
- **Step 4**   Guests can leave the group at any time via a link in the footer of all group emails and calendar invites.

Guest access is a tenant-level setting and is enabled by default. A tenant admin can manage the guests and their access to Office 365 group resources using PowerShell. See Allow external people guest access to Office 365 groups for instructions.

## Evolving Distribution Lists with Groups

Distribution Lists (DL) are the leading way users share information with a set of people today. Office 365 Groups provide a way to improve that experience.

**Groups increase productivity** – Enabling a richer and immersive experience, yet familiar in integrating with email & existing business workflows

- Appear alongside your Inbox & require no context switching. Make them favorites and access them offline.
- Addressable in emails just like DL's but provide a better down-level experience.
- Allows you to focus & immerse on a topic or project. Modern Reading experience helps you communicate @speed of social.

**Groups allow you to self-organize**, create dynamic teams & work as a network. Benefit from the collective wisdom of your team.

- Get access to complete history and context.

- Find & discover new groups & joining them easily.
- Form and create groups instantly and to work with your teams.

**Groups enable frictionless collaboration** & sharing by integrating with O365. Empowers teams to accomplish goals and milestones!

- Enable frictionless collaboration by accessing and sharing files from any conversation.  View all group files at a glance.
- Meet milestone and goals by scheduling meetings on team calendar.
- Make better & faster decisions with your team via Skype meetings.
- Access them from anywhere, across all devices and Outlook experiences

### Resources

- Upgrade distribution lists to Office 365 Groups in Outlook
- Which distribution lists can be upgraded
- What to do if the upgrade doesn't work

## Outlook Groups mobile app

The Outlook Groups mobile app brings the Office 365 Groups shared mailbox to your mobile device so you can collaborate with your team while on the go.

With Outlook Groups you can:

- Easily participate in group email conversations
- View and co-author Office documents (Word, Excel, PowerPoint) shared with your group
- Schedule events on the group calendar
- Upload files to the group document library
- "Like" a message, or @mention a person or a group

You can also work together using the group's shared OneNote notebook and discover and join Office 365 Groups relevant to you. To see a list of Office 365 Groups features available on the various platforms, see Compare Outlook Groups on all platforms.

## Connectors for Groups

Office 365 Connectors are a great way to get useful information and content into your Group. Any user can connect their group to services like Trello, Bing News, Twitter, etc., and get notified of the group's activity in that service. From tracking a team's progress in Trello, to following important hashtags in Twitter, Office 365 Connectors make it easier for an Office 365 group to stay in sync and get more done.



## How connectors work

When you connect a tool or service to a group, everyone in the group can see the messages delivered by that service. For example, let's say your group wants to follow news reports about your company's new product that's hitting the market. You could add the Bing News connector to your group, configure it to send you links to topics of interest, and specify the frequency of delivery. When news headlines are sent to your group, everyone in the group will be able to read and respond to them.

The messages are delivered as rich connector cards, which can be viewed in multiple clients including Outlook on the web, Outlook for Windows, and in the Groups app for iOS and Android. Here's an example of what the UserVoice connector card would look like:



## Resources

**Watch Videos** ...

- Introducing Office 365 Groups
- Office 365 Groups: Quick tour of new user and admin experiences

**Read** ...

- Training - Unite your team with Groups in Outlook
- Get more with Office 365 Groups in Outlook
- Video: Unite your team with Groups in Outlook
- Create a group in Outlook or Outlook on the web
- Join a group in Outlook or Outlook on the web
- Have a group conversation in Outlook
- Schedule a meeting on a group calendar in Outlook

- Share group files in Outlook 2016 / Share group files in Outlook on the web
- Get started quickly with Microsoft Planner
- Guest access in Office 365 Groups
- Get more with Office 365 Groups in Outlook

**For Admins** ...

- View, create, and delete Groups in the Office 365 admin center
- Manage Group membership in the Office 365 admin center
- Guest access in Office 365 Groups
- Migrate distribution lists to Office 365 Groups - Admin help
- Office 365 Groups now supports eDiscovery, litigation hold, dynamic membership and more!
- Multi-domain support for Office 365 Groups
- Configure Office 365 Groups with on-premises Exchange hybrid
- Use PowerShell to manage Office 365 Groups

# Microsoft Teams

**Microsoft Teams** is a chat-centered workspace in Office 365 that's a hub for teamwork. It's extensible and customizable, so you can tailor it for the information, your team needs. Microsoft Teams supports flexible communication, including chats, calls, meetings, and private and group conversations.

**Core Values**

Microsoft Teams is designed for highly engaged teams that work closely together to get things done:

- Share updates and give feedback in the open
- Make quick decisions and stay in the loop with team activities
- Coordinate on projects and tasks, including co-create content and deliverables

## Key Differentiators

Being part of Office 365 means Microsoft Teams comes with **built-in integrations to Azure Active Directory, SharePoint, OneNote, Office 365 Groups and more**. This allows you to maximize your Office 365 investments, while providing a simple and secure user experience across tools.

### Chat for today's teams

First and foremost, Microsoft Teams provides a modern conversation experience for today's teams. Microsoft Teams supports not only persistent but also threaded chats to keep everyone engaged. Team conversations are, by default, visible to the entire team, but there is of course the ability for private discussions. Skype is deeply integrated, so teams can participate in voice and video conferences. And everyone can add personality to their digital workspace with emojis, stickers, GIFs and custom memes to make it their own.

## Hub for teamwork

Second, Microsoft Teams brings together the full breadth and depth of Office 365 to provide a true hub for teamwork. Word, Excel, PowerPoint, SharePoint, OneNote, Planner, Power BI and Delve are all built into Microsoft Teams so people have all the information and tools they need at their fingertips. Backed by the Microsoft Graph, intelligent services are surfaced throughout the workspace to help with information relevancy, discovery and sharing. Microsoft Teams is also built on Office 365 Groups—our cross-application membership service that makes it easy for people to move naturally from one collaboration tool to another, preserve their sense of context and share with others.

## Customizable for each team

Third, since all teams are unique, we've invested deeply in ways for people to customize their workspace, with rich extensibility and open APIs available at general availability. For example, Tabs provides quick access to frequently used documents and cloud services. Microsoft Teams also shares the same Connector model as Exchange, providing notifications and updates from third-party services like Twitter or GitHub. Further, we are including full support for the **Microsoft Bot Framework** to bring intelligent first- and third-party services into your team environment.

## Security teams trust

Finally, Microsoft Teams provides the advanced security and compliance capabilities that our Office 365 customers expect. Data is encrypted in transit and at rest. Like all our commercial services, we have a transparent operational model with no standing access to customer data. Microsoft Teams will support key compliance standards including EU Model Clauses, ISO 27001, SOC 2, HIPAA and more. And, as customers would expect, Microsoft Teams is served out of our hyper-scale global network of data centers, automatically provisioned within Office 365 and managed centrally, just as any other Office 365 service.

## Features

## Teams and Channels

- Teams are collections of people, content, and tools surrounding different projects and jobs within an organization. Team members can share conversations, files, notes, and more!
- Keep team conversations organized in specific channels. You can dedicate channels to specific topics, projects, disciplines—whatever you like!

**Creating Teams**

- Click on Create a Team below the Team list to create a team
- Some organizations might decide to only let certain people create teams
- A team owner can add people to the team by clicking on Add members option

- Let people know that you created team. In the General channel, you can @mention the team by typing @team or @[team name] in the compose box.

**Channels**

- Create a new Channel by clicking on Add a Channel option in the team list
- Let people know you created a channel. In the compose box of your brand new channel, you can mention people's names (@somebody) to get their attention
- See all the Channels in the team by selecting the Channels tab

**Managing Teams**

- Team owner can change team settings by clicking View Team option and going to Setting tab
- Team owner can change the team picture in team settings
- Leave a team at any time by clicking ... next to the team name and selecting Leave the team option

**Uploading Files**

- To upload a file to a channel, click the Files tab at the top, then click Upload a file. When you upload a file, everyone on the team can see and edit it from the Files tab.
- You can also upload a file by sending a message with a file attachment to a channel. This will add the file to the channel's Files tab and share it with everyone on the channel.

**Ownership**

- Team owners can change the name of team channels anytime they like using the Edit this channel option
- Team owners can delete a Team using Delete the team option. Your team will be permanently

Other Admin Settings for Team owners....

- Set team members' permissions for channels, tabs, and connectors.
- Control @[team name] mentions that will notify everyone on the team.
- Allow @channel or @[channel name] mentions, which will notify members who've favorited the channel.
- Allow usage of Giphy, stickers, and memes

## Meetings and Calling

**Team Meetings**

- Team meetings are a quick and easy way for people in a channel to go from a conversation to an impromptu meeting.
- Anyone from the team can join, so people work in the open.
- Team meetings include audio, video, and sharing
- Start a new meeting, by clicking the meeting icon in a new conversation
- Keep the context of the conversation and bring in the people you're already talking to by clicking the meeting icon in an existing conversation
- Desktop sharing lets you see what someone is presenting and is an easy way to work together on a shared document

**Scheduling Team Meeting**

- Clicking on the Schedule icon on the left side of the app will show you list of all your currently schedule meetings
- Click "Schedule Meeting" to schedule a new meeting

**Joining a Team Meeting**

There are three ways to join meetings in Microsoft Teams:

- You can join from a message within a conversation
- If you're working in another channel and your messages aren't currently in view, you can join a meeting from a notification that will appear in the top right corner of your screen.
- You'll receive a notification that you've been invited to a meeting, and you can join from there

**Multitasking in a Meeting**

- Multitasking during a meeting is easy - you can check on what's going on in other channels or catch up on your messages.
- Whenever you click away from a meeting, a call monitor will appear. From there, you can click back in an instant

## Managing My Space

**Availability**

- Change your status by clicking on your picture or avatar, and update

**Personalizing**

- Reorder your teams by clicking and dragging the team name anywhere in your team list.
- Channels follow the alphabet, and there's no reordering the alphabet
- To change your profile image, just click on your avatar on the left-hand side of your screen, then click **Change picture**.
- All the channels you've already favorited will be listed underneath the team they belong to in your Teams view.
- To favorite a new channel, click on the overflow menu that appears under your current favorites for each team. Scroll down to the channel you want to favorite. Click on favorite icon next to the channel name.

## Keeping up with information updates

There are lots of things you can do to stay up-to-date. You can:

- **Arrange** your teams in an order that makes sense to you, putting the busiest teams at the top of your list.
- **Favorite** the channels you use the most. This way, they'll stay visible in your team list, and you'll see when new messages have been posted.
- **@mention** people so they @mention you. You'll see you've been @mentioned in your notifications. Also, a red circle with a number in it will appear next to the channel name.
- And watch the **Activity** button. That lets you know whenever you've got notifications.

## Connectors

- You can set up a connector, which lets you get real-time updates from your external apps and services sent directly to a channel. Some examples are Twitter, Bing News, Trello, and GitHub.

- We have connectors that let you integrate apps and services right into the conversation.
- To add connectors, click on the channel name, click ... , and then click Connectors
- We support incoming webhooks, which can be set up by creating a connector. They allow you to build custom integrations with other apps and services.
- You can see connector messages in the mobile app, but you can only add them in the desktop or web app
- Team owner can disable the setting that allows non-owners to add connectors.

## Files

- To share files with a team, go to the Files tab at the top of a conversation, and click Upload. You can also attach a file directly to a message and it will still appear in your Files tab
- The easiest way to send a file in a direct message or channel is to click paperclip icon in the compose box
- In a one-on-one or group conversation, you can upload a file to your OneDrive for Business and share it or choose an existing OneDrive file. Everyone in the conversation will automatically be given permission to view, edit, and share the file.
- In a channel, you can choose to upload a file from your Microsoft Teams, Recent files, OneDrive for Business, or desktop. The entire team will be able to access it instantly.

## Manage Microsoft Teams

Office 365 admins can enable and manage Microsoft Teams directly from the Office 365 admin center.

In the **Services & add-ins** page, admins will find a new **Microsoft Teams** section where they can enable/disabl the service for their organization. Admins can configure Microsoft Teams for their organization, including notifications, feedback, bots and screen sharing in meetings.





## Scenarios

Microsoft Teams is particularly well suited for teams where team members are highly engaged, iterating on shared deliverables. There are such scenarios across Sales, Marketing, Project Management, Engineering and Customer Service.

### Sales

- Close deals faster: get answers to customer questions, advice on objections and approvals
- Spend more time selling: digitize status meetings, sales training and expert Q&A sessions
- Stay ahead of customers: know the latest company, product and competitor news
- Build a winning culture: share customer feedback and wins with valuable context
- Update the account team with customer feedback and implications for account management

### Marketing

- Execute marketing campaigns and events flawlessly: coordinate tasks and deliverables, share updates across multiple stakeholders
- Manage the creative process from concept to launch: share designs, gather feedback and approvals
- Work closer with field marketers: keep the field in the loop, get their input and feedback
- Build a creative team culture: share ideas, inspiration and best practices

### Project Management

- Collaborate engineering and development across a distributed team
- Streamline product launches and releases: coordinate tasks and deliverables, share status and updates
- Speed up issue resolution: spin up digital war rooms for escalations and track progress

### Engineering

- Develop faster across distributed teams: enable continuous communication and smooth handoffs between teams
- Build a collaborative culture: discuss ideas and requirements, gather inputs and feedback in the open

### Customer Support

- Enable continuous knowledge-sharing: share known issues and fixes between shifts
- Build a collective knowledge base: document customer FAQs and subject matter Q&A
- Speed up issue resolution: troubleshoot critical issues together in various subject matter experts
- Stay ahead of customers: know the latest product updates and customer offers

## Resources

**Watch**

- Short video: Introducing Microsoft Teams
- Introduction to Microsoft Teams
- Deploying and Operating Microsoft Teams
- Microsoft Teams: New Features Released at General Availability

**For Users**

- Blog post: Introducing Microsoft Teams—the chat-based workspace in Office 365
- The Ultimate Guide to Chat-Based Tools
- Microsoft Teams Help, FAQ
- Teams and Channels
- Meetings and Calling
- Managing My Space
- Managing Notifications and Staying Focused

**For Admins**

- Microsoft Teams Customer Success Kit
- Frequently asked questions about Microsoft Teams – Admin Help
- Microsoft Teams: Step-by-step intro for using, enabling and managing the experience
- Administrator settings for Microsoft Teams

## Microsoft Planner

Planner makes it easy for your team to create new plans, organize and assign tasks, share files, chat about what you're working on, and get updates on progress.

**Get Organized Quickly**

- **Easy to use**. Launch Planner from the Office 365 app launcher with a single click. You can then create a new plan, build a team, assign tasks, and update status—in a few easy steps.
- **Organize work visually**. Each plan has its own board, where you can organize tasks into buckets. You can categorize tasks based on their status or on whom they're assigned to.

38

To update the status or change assignments, just drag and drop tasks between columns.

**Work together effortlessly**

- **Visibility and transparency**. The My Tasks view provides a comprehensive list of all your tasks and their status across all your plans. When working together on a plan, team members always know who is working on what.
- **Collaborate around tasks**. Built for Office 365, Planner lets you attach files to tasks, work together on those files, and even have conversations around tasks without switching between apps. With Planner, all your team's discussions and deliverables stay with the plan and don't get locked away across disparate applications.

**Never miss a beat**

- **Works across devices**. Planner works across all your devices. And with Planner, everyone is always on the same page. A glance at Charts is all it takes to know where things stand and if the team is making enough progress towards their goal.
- **Email notifications**. With Planner, you'll never miss a beat! Receive email notifications whenever you're assigned a new task or added to a conversation.

## Features

- **Create a Plan**. Creating a plan also creates a new Office 365 Group, making it easy for you and the people you're working with to collaborate not only in Planner, but also in OneNote, Outlook, OneDrive, and more.
- **Public or Private Plans**. Public plans are visible by everyone in your organization. Private plans are only visible by people you've added to the plan. When people in your organization search for plans, only public plans come up in search results.
- **Open a Plan**. Select a plan under Favorite plans or All plans.
- **Add People**. In Planner, select Add Members, and then enter the name of the person you want to add.
- **Remove People**. If you no longer need someone on your plan, select the arrow next to the plan members, point to the person you're removing, select the three dots, and then remove them.
- **Add Tasks**. Once you've started a plan, you can add tasks to list what needs to get done.
- **Add details to a task**. Tasks can have a lot of different details in Planner. You can decide what you want to include or leave out, and how you want your tasks to appear on the Board.
- **Attach files, photos, or links to a task**. In Planner, you can attach files, photos, and links directly to the tasks themselves, making the plan a central location for everyone to collaborate and get work done.
- **Preview Picture for Tasks**. The first time you attach a file, photo, or link to a task, that attachment becomes the task's preview picture.
- **Work on the attachments**. With real time co-authoring in Office Online, you can make changes at the same time as your teammates without worrying about losing work.

- **Add comments to chat with your team**. Your team can read and respond to comments in the task, in Outlook, or in the Outlook Groups app.
- **Schedule events with your plan's calendar**. Every plan also has a calendar, which is helpful for capturing events that people working on the plan should attend.
- **Capture and organize meeting notes**. Meeting notes don't need to live on paper or in random Word docs and emails. Instead, use your plan's notebook to get organized.
- **Add Checklist**. As you start planning your work, there may be lists of things you need to keep track of for each task. You can add a checklist to a task to help you stay on top of your to-do list.
- **Set the checklist as the task preview**. Make it easy to see what work is involved in a task.
- **Mark things completed**. From the Board view check them off as you complete them
- **Turn a checklist item into a task**. If a checklist item starts to get more complicated, you can turn it into a separate task in your plan.
- **Delete a checklist item**. Don't need a checklist item anymore? Select the task to bring up its details, point to a checklist item, and then remove the checklist item.
- **Create Buckets.** After adding tasks, you can sort them into buckets to help break things up into phases, types of work, departments, or whatever makes the most sense for your plan.
- **Move tasks into buckets**. Once you've created a bucket, you can drag tasks into the bucket to start getting organized.
- **All Labels**. You can flag tasks with multiple colored labels to help you see, at a glance, which tasks have certain things in common.
- **Assign People to Tasks**. When you're ready to decide who's doing what, there are several ways you can assign tasks to people in Planner.
- **Drag member photos onto tasks**. A quick way to assign someone is to drag the person's photo from the plan members area down to their task.
- **Assign a task to more than one person**. When a task is being worked on by more than one team member, you can assign it to up to 11 people so that they can all see it in their My tasks list. When any team member marks the task complete, it's marked complete for all team members.
- **Select names to change assignments**. If you need to change who a task is assigned to, select the name of the currently-assigned person on the task, and then choose a new person from the list

## Resources

- Microsoft Planner help
- Answers to top Microsoft Planner questions
- Microsoft Planner for admins
- Hybrid Exchange users can't manage Favorite Plans and can't add comments in Microsoft Planner

# Yammer

Companies looking to become more agile and customer-focused need to move beyond traditional centralized models to a more interconnected, flexible way of working.

**Yammer offers a smarter, faster way to connect and collaborate across a company.** Yammer's open, flexible workspaces are ideal for cross-company collaboration. With Yammer, individuals and teams at a company can:

- Share and collaborate with the right people inside and outside the organization
- Tap into knowledge across an organization
- Connect and engage everyone
- Work seamlessly with Office

By creating a dynamic network of people and knowledge across a company, Yammer enables employees to respond faster, accomplish more, and keep the business moving forward together.

## Features

- **Groups**: From departmental communications to your next campaign launch or company event, set up a Group in seconds for any team, project or interest.
- **Related Groups**: You can add and prioritize groups related to the ones you've already joined so coworkers can discover even more relevant people, content, and conversations.
- **Announcements**: Share an announcement with a group to instantly notify members of important updates. Administrators can pin Announcements to a group for easy discovery
- **User Profiles**: Upload a picture, fill in contact details and list your expertise. Profiles aggregate all your information, including conversations and files.
- **Expertise**: Reach across the company to find the experts you need. Because Expertise is instantly searchable, useful information can be found on demand.
- **Praise**: Give and receive recognition for a job well done. Accomplishments and badges appear on profiles in the Praise tab.
- **Publisher**: Use the publisher to share an update, add a document, post a poll, or praise someone.
- **@Mention**: Notify other coworkers and loop them into a conversation by @mentioning their name.
- **Private Messages**: Start a private dialogue with one or more coworkers. You can add more participants at any time.
- **Share Conversations**: Share conversations to another group's feed or via a private message to relay information and important messages.
- **Office Online support**: With Office Online support in Yammer, documents uploaded to Yammer can be viewed/edited with Office Online.
- **Polls**: Easily create a poll to survey coworkers and gather feedback from others to inform your decision-making
- **Files**: Share Microsoft Office documents, PDFs, images and videos across teams and get feedback right away.

- **Notes**: Draft content, collect notes and create wikis with your team members right inside Yammer and see character-by-character changes in real time.
- **Email a File**: Easily and securely email documents directly from your team workspace. Provide access to a file or Note with a secure, one-time URL and revoke viewing rights at any time.
- **Official Content**: Mark files and Notes as official and read-only. Official Content appears higher in search results and content directories for easy access
- **Inbox**: Inbox automatically aggregates your @mentions, group announcements, conversations and private messages so you can easily prioritize responses.
- **Feeds**: Stay on top of relevant conversations, files and projects happening across the company. Feeds let you quickly engage in conversations, @mention coworkers to loop them into a discussion and preview documents.
- **Recent Activity**: Discover what your coworkers are working on as it happens. Ticker shows you activity stories happening in real time, including page edits, file uploads and updates made in other business applications.
- **Topics**: Tag content with topics to help others quickly find related messages, files, Notes and more by adding a hashtag (#) before the word or by searching for existing topics.
- **Universal Search**: Full-text search lets you quickly find files, Notes, conversations, people and data across your Yammer network and integrated business apps.
- **External Networks**: Create a dedicated online workspace to collaborate with business contacts outside of your company's Yammer network.
- **Fast Network Switching**: Seamlessly switch between internal and external networks. Easily monitor conversations within external networks and immediately share insights with your company's internal network
- **Embeddable Feeds**: simple code snippet lets you easily embed any Yammer feed into your business application.
- **Like and Follow Buttons**: Add Like and Follow buttons to your business applications so employees can engage with objects outside of Yammer.
- **Data Export**: Manage and export network data according to company policies with a single click. You can also schedule daily or weekly data exports to meet legal and regulatory compliance requirements.
- **Keyword Monitoring**: Monitor keywords to track sensitive content. When a user posts a message that includes a monitored keyword or phrase, all Verified Admins are notified.
- **Analytics**: Gain insights from network analytics to find out how employees are using Yammer. From usage metrics to member statistics, identify ways to drive growth and increase the value of your network.
- **Usage Policy**: Set a custom usage policy for your company's network and require users to accept it.

**Recently released features**

- **External Groups**: Enables you to include people outside your company in a Yammer group—making it easier for extended teams to work together.

- **Integration with Office 365 Audit Log.** View Yammer events on users, groups, files, admins and network settings through the Office 365 Management Activity API and in the Office 365 Security & Compliance center. This will give you the ability to access and monitor various security and compliance-relevant Yammer events for your organization.
- **Integration with Office 365 Groups.** Yammer users can easily turn ideas into action with access to SharePoint sites and document repositories, a shared OneNote notebook, and lightweight task management with Planner.
- **Yammer file picker.** Users can quickly share files in Yammer by uploading documents from a personal OneDrive, OneDrive for Business or SharePoint Online site.

## Yammer and Office 365 Groups

Yammer now integrates with Office 365 Groups. This means that group experiences in Yammer will get access to Office 365 services, such as SharePoint Online, OneNote and Planner.



If you are interested in having Yammer integration with Office 365 Groups enabled in your Office 365 tenant, make sure you meet the following requirements:

- The Yammer's integration with Office 365 Groups will be initially available only for 1:1 network configurations. This means you have one Yammer network that is associated with one Office 365 tenant.
- You must enforce Office 365 identity for Yammer users.

To start with, only internal, private-listed and public groups will be enabled. Private-unlisted and external groups are not in scope initially, but will be included in a later wave.

## Scenarios

### How organizations use Yammer

Here are some of the ways that organizations benefit from Yammer.

- **Centralize teams and projects.** Simplify collaboration by providing teams and projects flexible workspaces that allow them to communicate, share files, and find resources in one place.
- **Promote knowledge sharing.** Improve decision-making and reduce duplicate work by using Yammer to tap into knowledge across the organization and build on the work of others.
- **Foster innovation.** Foster innovation by connecting employees, ideas, and information without regard for time zones, geographies, or hierarchies

- **Support remote/mobile workers.** Identify and resolve problems with the customer experience by giving employees on the front line an efficient way to communicate with headquarters and supporting teams.
- **Improve internal communications.** Improve the effectiveness of the corporate communications strategy by connecting employees to executives, groups, and feedback.
- **Expand external collaboration.** Extend collaboration to customers, partners, and vendors by sending them a Yammer message, inviting them into a Yammer group, or setting up an external network.
- **Empower sales.** Yammer can maximize your sales team's effectiveness with better account insight, instant access to experts, and enhanced information when on the road.
- **Enhance HR practices.** Reduce cost and initial training cycles for new employees by creating a designated group with the onboarding resources they need, while giving them access to subject matter experts across the organization.
- **Extend the reach of IT.** Speed end-user adoption by sharing tips and tricks for new products. Enable self-help, access to peer expertise, and a searchable knowledge base to reduce total time to problem resolution.

### Transform Your HR Organization

An engaged workforce means good things for your company's HR and Corporate Communications Organizations. With Yammer, employees feel empowered to make a difference by contributing to recruiting efforts, recognizing peer performance, and learning from experts throughout the company or industry. Yammer increases employee engagement by giving every team member a voice and the tools and information to do more.

- **Onboard new hires quickly.** Enable new hires to ramp up faster and continue to develop their skills over time as they learn from their peers.
- **Recognize top talent.** Identify high performers and publicly recognize employees who do great work - increasing engagement, satisfaction, and retention.
- **Gain insight into performance.** Keep up to date with what your team is working on and the progress made.
- **Start a company dialogue.** Connect with your coworkers and encourage two-way dialogues in order to improve communication among teams, employees, managers, and executives.
- **Give employees a voice.** Spark creativity and innovation by allowing all employees to share ideas, offer feedback and help drive business results.

### Transform Your Marketing Organization

Collaboration across teams and with customers is critical to your organization's marketing success. With Yammer, you can engage with agencies to build high-impact campaigns across geographies, share customer insights, and drive refined go-to market strategies. You can also improve execution through real-time collaboration of collateral. Empower your employees to become brand ambassadors and strengthen your competitive position with Yammer.

- **Centralize information.** Create one workspace where designated teams can sync up and get projects done.
- **Accelerate collateral development.** Develop quality collateral much faster and in real-time with colleagues, ensuring that the salesforce is always equipped with the latest materials.
- **Collaborate securely with agencies.** Share information and gather feedback easily with internal and external agencies through external private networks.
- **Plan and execute events.** Drive awareness of activities and promote interaction among attendees pre-, during-, and post-event.
- **Create brand ambassadors.** Easily ensure employees and partners are aligned with company messaging and positioning.

## Empower Your Sales Organization

Finding the right information at the right time is critical to the success of your sales team. With Yammer, sales representatives can tap into the collective knowledge of your organization to close deals quickly and increase customer retention. Empower your teams to instantly access expertise and information, gain a competitive advantage, and secure deals faster.

- **Access and share key information.** Quickly distribute the latest key messaging out to the entire field.
- **Connect mobile workers**. Give your mobile and remote sellers access to key information in a timely manner with the Yammer mobile app.
- **Beat the competition**. Share in real-time what is and isn't working in the field, giving your team a competitive advantage.

## Resources

**Watch Video**

- [6 steps to a successful Yammer network](#) - Check out this video to learn about Yammer rollout strategies and driving Yammer usage in your organization.

**Microsoft Virtual Academy Courses ...**

- [Microsoft Yammer Essentials](#)
- [Yammer Administration and Power User Best Practices](#)

**Read ...**

- [Yammer Service Description](#)
- Learning Path: [Work like a network with Yammer](#). [Training Material](#)
- [Yammer on the go](#)
- [Create and manage external groups in Yammer](#)

**For Yammer administrators ...**

- [Yammer admin guide](#)
- [Yammer security FAQ (Yammer admin guide)](#)
- [Monitor private content in Yammer (verified admins)](#)
- [Network migration: Consolidate multiple Yammer networks](#)
- [Yammer Events are included in the Office 365 Audit log and Management Activity API](#)
- [Yammer App with Intune MAM – now available!](#)

- [Yammer strengthens team collaboration through integration with Office 365 Groups](#)
- [Yammer integration with Office 365 Groups now rolling out](#)
- [Yammer and Office 365 Groups](#)
- [Is my Yammer group connected to Office 365](#)

# Office 365 Videos

Office 365 Video is an intranet website portal where people in your organization can post and view videos. It's a streaming video service for your organization that's available with SharePoint Online in Office 365. It's a great place to share videos of executive communications or recordings of classes, meetings, presentations, or training sessions.

## Features

### Channels

- Channel admins for Office 365 Video can create channels to organize videos.
- You can have channels for particular subjects, for example, or for specific groups such as departments or teams
- You see only the channels that you have permission to view

### Uploading videos

- To upload a video, you upload it to a specific channel.
- You can upload multiple videos to a channel at the same time.
- Anyone in your organization who has edit permission for a particular channel can upload videos to it

### Editing information about a video

- Providing information about a video will make it easier for other people to find it through search, and will provide additional context for it in Delve and the Office Graph
- You have to have owner or editor permission for the channel that the video is in

### Owner and people metadata

- Office 365 Video also shows who uploaded the video and the various people who are in the video.
- This enhances the discoverability of the video and highlights the main speakers; it, too, enhances when and how your videos appear in other users' Delve activity feeds pivoting off of the relevant context of who knows who

### Changing a thumbnail for a video

- After a video you've uploaded to Office 365 Video has been processed and is ready to play, you can add a custom thumbnail for the video or you can choose from one of the auto-generated thumbnails provided.

### Add subtitles or captions

- Subtitles or captions are lines of text that appear at the bottom of a video and provide a transcript of the audio portion of the video

- You can add subtitles or captions to any video by uploading one or more subtitle or caption files
- Office 365 Video only supports the Web Video Text Track (.vtt) file format.

**Watching a video**

- You can watch videos from where they are featured on the Office 365 Video home page, and from specific channels.
- When you select a video thumbnail, the video plays right in your browser window

**Sharing videos with others**

- Embed an Office 365 video on your site. You can display the video on a SharePoint Online site or other website by adding the embed code for that video to the page where you want the video to appear.
- Post to Yammer. You can post to Yammer about a video while you're watching it, and your post will automatically include a link to the video that you're watching.
- Send a link to a video in an email. To get a link for a video, select the video in Office 365 Video and then copy the URL from the browser address bar.

**Discover spotlighted channels and videos**

- Admin can spotlight up to three channels and four videos on the home page.
- Person with edit permission for a channel can spotlight up to five videos on the page for that channel.

**Find the most popular videos**

- See what videos are most popular for your entire organization, check the Trending section on the home page.
- See what videos are particularly popular in a certain channel, check the Trending section on that channel page.

**Find videos that you've uploaded**

- See what videos you've uploaded to a channel, select a channel, and then choose My Videos.

**Search for a video**

- Search for a particular video by typing what you are searching for in the Search videos box.
- Find videos that are in Office 365 Video by using SharePoint enterprise search.

**Restore a video in the Recycle Bin**

- Deleted videos sit in the Recycle Bin for 90 days, and it is now possible to recover and restore videos from the Recycle Bin.
- Admins can restore videos that have been deleted by a user

## Channel permissions

There are three types of channel permissions: owners, editors, and viewers. You must have owner permission to change permission settings.

- **Owners** - has full control over a channel. They can manage the channel from the channel settings page, upload videos, delete videos, and delete the channel.

- **Editors** - has edit permission for a channel. They can upload videos and delete videos. Then cannot manage the channel settings or delete the channel.
- **Viewers** - can view all of the videos that are in the channel. By default, everyone in your organization has viewer permission for a channel when the channel is created.

By default, only channel owners will see the download link on the player page for videos. To change who can download videos from the channel, select an option from the **Show download link for videos to** list.

## View statistics for a video

The video viewer statistics gives people insights into how their videos are being viewed. It shows aggregate data on how many people have watched your video and how long they spend watching it, visualizing the drop-off rates over time.

On the Video page, next to the date when the video was uploaded, you'll see the cumulative number of video views. This information is updated every 15-20 minutes.

The **Statistics** link shows additional statistics for that video. The first graph shows:

- the total number of views by day for the last 14 days
- the total number of unique visitors by day for the last 14 days
- the total number of views per month for the last 36 months
- the sum of unique daily visitor counts per month for the last 36 months.

This information is updated once a day.

The second graph shows how viewers interacted with the video. For example, you can see which parts of your video users viewed the most or the least. This information is updated once a day.

## Client Requirements

**Desktop**

| Browser | OS | Playback Supported |
|---|---|---|
| Edge | Windows 10 | HTML5 |
| IE 11 | Windows 10 | HTML5 |
| IE 11 | Windows 8.1 | HTML5 |
| IE 11 | Windows 7 | Adobe Flash |
| IE 9 - 10 | Windows | Adobe Flash |
| Chrome (latest) | Windows 7+ / OSX (latest) | HTML5 |
| Firefox (latest) | Windows 7+ / OSX (latest) | HTML5 |
| Safari (latest) | OSX (latest) | Native HTML5 |

**Mobile**

| Browser | OS | Playback Supported |
|---------|-----|-------------------|
| IE 11 | Windows Phone 8.1 | HTML5 |
| Chrome | Android 4.4.4 | HTML5 |
| Safari | iOS 6 | Native HTML5 |

## Microsoft Stream and Office 365 Video

In July 2016, Microsoft announced the preview of Microsoft Stream, a new business video service that makes it easier to access and discover video content inside your organization. Microsoft Stream builds upon the learnings and success of Office 365 Video, and over time the two experiences will converge, making Stream the de facto video experience in Office 365.

**There is no change for customers using Office 365 Video during the Microsoft Stream preview.** Microsoft Stream is currently in Preview, but Office 365 Video is a Generally Available (GA) product.

For the immediate term, nothing changes with O365 Video. Microsoft Stream and Office 365 Video are two distinct services at this time

- If you have O365 E/A/G license use O365 Video.
- If you don't have O365 E/A/G license, now you can use Microsoft Stream Preview.

Over time, Microsoft Stream and Office 365 Video will converge into a single solution.

## Scenarios

- On-demand Trainings
- Corporate Messages
- Community knowledge sharing
- Help & How to

## Resources

**Watch Videos** ...

- Introducing Office 365 Video
- What's New: Office 365 Video
- Overview of Office 365 Video and how to use it
- What happens to a video file when you upload it into Office 365 Video?
- Office 365 Video - Embed Video Throughout Your Intranet

**Read** ...

- Meet Office 365 Video
- What's new—Office 365 Video
- Embed video throughout your intranet
- Create and manage a channel in Office 365 Video
- Manage your Office 365 Video portal
- Video formats that work in Office 365 Video
- Embed a video from Office 365 Video
- Add subtitles or captions to a video in Office 365 Video
- View statistics for a video in Office 365 Video

- Video REST API reference
- Office 365 Video networking Frequently Asked Questions (FAQ)

## Delve

Delve helps you discover the information that's likely to be most interesting to you right now - across Office 365. Find information about people - and through people - and help others find you.

You don't have to remember the title of a document or where it's stored. Delve shows you documents no matter where they're stored in OneDrive for Business or SharePoint in Office 365.

Delve never changes any permissions, so you'll only see documents that you already have access to. Other people will not see your private documents. Learn more about privacy.

- Click someone's name or picture anywhere in Delve to see documents they're working on or to learn more about them.
- When you find a document you're interested in, add it as a favorite or to a board to easily get back to it later.
- Search for people, documents, or boards.



## Features

### View and edit your profile

The profile page in Delve makes it easy for you to update your profile information, and for others to find and connect with you. With the new profile page in Delve, you can also quickly get back to documents you've worked on recently, or go to other people's profile pages to see what they're up to.

You can go to your profile page by selecting **Me** from the left-hand menu. To change your information, choose **Edit profile.**

44



## Connect and collaborate

You and everyone else in your organization have your own profile page in Delve. Use the profile pages to find information **about** people - and **through** people - and to help others find you. You can also connect with others directly from their profile page.

On your own page, you can quickly **get back to documents** you've worked on recently, **go to other people's pages** to see what they're up to, and update your personal information.

To go to your profile page, click **Me** in the left pane, or click your name or picture anywhere in Delve.



**Get back to your recent documents**

This section shows documents you've recently authored or modified, and that are stored in OneDrive for Business or SharePoint. Click a document to open it, or click **See all** to see more documents.

**Click a person to see what they're working on**

In this section, you see some of the people you work with, or people you're connected to in the organization. Click a person to go to their profile page, or click **See all** to see more people.

**Discover documents from people around you**

This section shows a selection of popular documents from people around you. The selection of documents changes over time, and is based on what the people you work with have worked on or read. Click a document to open it, or click **See all** to see more documents.

If you find something you want to keep for later, add the document to your **favorites** or to a **board**.

## Group and share documents

In Delve, you can use **boards** to group and share related documents. You can, for example, create a board to collect all project documents for your team. Boards make it easy to collect and discover content, and they are easy to share with others, too.

You can also keep track of documents in Delve by adding them to your **Favorites**. If you find a document you want to save for later, click the icon in the lower left corner to add it to your favorites.

Boards are open to everyone in your organization, and you can see, add documents to, or remove documents from any board in Delve. If a board has documents that you don't have access to, those documents will not show up for you.



**Share a board with others**

To send a link to a board through email, click **Send a link** at the top of the board. Type in the email address, change the message if you want, and send.

**Remove a document from a board**

Click the board icon in the bottom left corner on a content card. In the dialog box that opens, click the **X** for the board you want to remove the card from.



**Keep track of your favorite documents**

To add a document to your **Favorites**, click the icon in the lower left corner of the card.



**Share a document with others through email**

To send a link to a document through email, click the three dots in the lower right corner on the content card and then **Send a link**. Type in the email address, change the message if you want, and send.

45



**Give other people access to your document**

To share a document with others from within Delve, click the three dots in the lower right corner on the content card, then **Who can see this?**, and then click **Invite people**.



**Work with others on documents in Delve**

When you open documents in **Office Online**, your colleagues can open them at the same time. That means you don't have to wait for someone to finish adding information to a document before you can enter yours.

As you see each other's updates you can discuss and share ideas, resulting in a document that's truly a team effort

**Work together on documents by using Yammer**

You can post documents to Yammer from Delve. You can also talk about the document on Yammer, or view existing conversations.

## Find people and information

Discover new information on your **Home** page, get back to your own documents on your profile page (**Me**), and find information about other **people** on their profile pages. You can also find back to documents in **Favorites** or find documents through **boards**.

The **Get back to your recent documents** section shows the documents you've recently authored or modified, and that are stored in OneDrive for Business or in Sites.



**Find information about other people**

You can find information about other people by going to their profile page in Delve. The **People** list on the left shows some of

the people you've recently viewed in Delve. To find other people:

- Click a person's name or picture anywhere in Delve.
- Or, type their name in the search box, and then click their name.

**Keep track of your favorite documents and boards**

Whenever you see a document in Delve that you want to save for later, click the star to add it to your favorites.

**Find people and information by using search**

Start typing in the search box to find people, documents, or boards.



## Office Graph

The Office Graph lives in Office 365. It stores data *about* Office 365 entities and the relationships between them as nodes and edges in a graph index. Examples of entities are **person** and **document**; examples of relationships are **shared** and **modified**.



The Office Graph uses advanced analytics and machine learning techniques to connect and complete the data coming from all of the Office 365 services. To present the most relevant content in different contexts, the Office Graph uses a two-step analysis.

- calculates which users in the graph are most relevant to the current context.
- retrieves the most relevant content associated with these users.

The Office Graph continuously collects and analyses signals that you and your colleagues send when you work in Office 365. For example, when you and a colleague modify or view the same document, it's a signal that you're likely to be working together.

Other signals are who you communicate with through e-mail, and who you've shared documents with, who your manager is, and who has the same manager as you.



Delve uses the result of the Office Graph analysis to show you documents that are most likely to be relevant to you right now. For example, the Office Graph will notice if several of the people you regularly work with, view a specific document. That document is most likely also interesting to you, so Delve shows it on your **Home** page.

The Microsoft Graph API allows developers to discover and modify entities in the Office Graph. Like other Office 365 APIs, the Office Graph API will follow REST and OData 4.0 standards for data transport, and use the OAuth 2.0 standard for authentication and authorization.



Refer to the Office 365 Application Development section later in this document.

## Introduce Delve in your Organization

- SharePoint Online and OneDrive for Business are the primary sources of content in Delve. How you and users manage permissions on documents and sites affects what users see in Delve.
- You can download this email template to announce Delve in your organization.

- Let users know they can get Delve on their mobile phones, see Office Delve for Android or Office Delve for iPhone.
- You can point users to the Delve help articles. What is Office Delve? is a great starting point, and users may be particularly interested in the information in the articles - Are my documents safe in Office Delve?, What kind of information will I find in Office Delve? and Store your documents where Office Delve can get to them.

## Resources

**Watch Videos** ...

- Introducing Office Delve Mobile Apps for Android and iPhone
- The Office 365 Authoring Canvas inside Office Delve

**Read** ...

- What is Office Delve?
- What kind of information will I find in Office Delve?
- How does Office Delve know what's relevant to me?
- How to use the content cards in Delve
- View and edit your profile
- Connect and collaborate in Office Delve
- Group and share documents in Office Delve
- How can I find people and information in Office Delve?
- Are my documents safe in Office Delve?
- What decides the title on the card?

For Admins

- Office Delve for Office 365 admins
- What is the effect of allowing or not allowing access to the Office Graph?

# StaffHub

<<TBD>>

## Resources

# SERVICES: INSIGHTS

## Power BI Pro

Power BI enables anyone and everyone to easily connect to any of their data, create live dashboards and reports, and explore data through interactive visualizations at any time. With Power BI, you can make all of your data viewable in a single location, regardless of where the data resides, enabling a consolidated view of business operations.

Power BI includes two companion applications:

- **Power BI Desktop**, a visual data exploration and reporting tool.
- **Mobile applications** for Windows, iOS, and Android devices, providing secure access to live Power BI dashboards and reports from any device.

Power BI service



In addition, Power BI can be extended with a set of REST APIs which enable developers to integrate client and web solutions with Power BI or to build custom visualizations.

> *Power BI ecosystem provides a unique set of features that empower everyone to benefit from direct access to the BI they need.*

## Power BI vs Power BI Pro

Power BI is a freemium offer that includes a free offer "Power BI" and a paid offer "Power BI Pro"

- **Power BI**: will enable anyone to get started quickly allowing them to create, view, and share personal dashboards and reports.
- **Power BI Pro**: will continue to offer the full range of Power BI capabilities ideal for corporate-wide use including extended data source support, enhanced data refresh options, and richer collaboration and sharing.

| Feature | Power BI | Power BI Pro |
|---|---|---|
| Data capacity limit | 1 GB/ user | 10 GB/ user |
| Create, view and share your personal dashboards and reports | ● | ● |

| Feature | Power BI | Power BI Pro |
|---|---|---|
| Author content with the Power BI Desktop | ● | ● |
| Explore data with Natural Language | ● | ● |
| Access your dashboards on mobile devices using native apps | ● | ● |
| Consume curated content packs for services like Dynamics, Salesforce, and Google Analytics | ● | ● |
| Import data and reports from Excel, CSV and Power BI Desktop files | ● | ● |
| **Data Refresh** | | |
| Consume content that is scheduled to refresh | Daily | Hourly |
| Consume streaming data in your dashboards and reports | 10K rows/ hour | 1M rows/ hour |
| Consume live data sources with full interactivity | | ● |
| Access on-premises data using the Data Connectivity Gateways | | ● |
| **Collaboration** | | |
| Collaborate with your team using Office 365 Groups in Power BI | | ● |
| Create, publish and view organizational content packs | | ● |
| Manage access control and sharing through Active Directory groups | | ● |
| Shared data queries through the Data Catalog | | ● |

**Personal dashboards & reports** are created, updated, deleted & shared by a single individual. Recipients of shared content receive a read-only copy.

**Team dashboards & reports** allow one or more individuals to create, update, delete & share the content. Whether shared content is read-only or editable by recipients can be controlled by the sharer or by IT policy.

## Features

**Live dashboards**

48



- Set of data visualizations, or charts, from one or more underlying reports.
- When a visualization in a dashboard is connected to a real-time data source, the visualization updates continuously, enabling faster insights.
- May contain visualizations from multiple reports.
- Highly customizable - you may add, or "pin", any chart from any report to any dashboard.

**Interactive reports**

- Enables anyone to create rich, interactive reports. Reports are the foundation for dashboards.
- Report is a set of charts, also known as visualizations, based on the same underlying dataset
- To create reports that use data from multiple sources, use Power BI Desktop or Power Pivot for Excel with multiple sources, then upload the Power BI Desktop or Excel file to Power BI.
- Construct a report from scratch, select a pre-authored report (such as a report generated in Power BI Desktop), or apply a default report for a given dataset.
- Can be customized - for example, by modifying visualizations in an existing report, or adding new visualizations.
- Once a report contains the desired visualizations, pin the report, or a subset of its contents, to a dashboard for ease of viewing.
- Reports can also be shared with other individuals in an organization, and consumed on both desktop computers and mobile devices.

**Data visualizations**



- Dashboards and reports are built using visualizations, or charts.

- Variety of visualization options are available, enabling you to present data in a compelling and visually appealing manner.
- Visualizations include: comparison charts (bar, line, basic area and waterfall charts), composition charts (treemaps, donut and pie charts), mixed comparison and composition charts (stacked charts), relationship charts (bubble charts), geographical charts, and gauges based on a percentage value.
- Use slicers to filter visualizations on the same report page so they display exactly what's needed.

**Mobile applications**

- Supports live, secure dashboard access on any device through native, interactive apps for Windows, iOS, and Android.
- Dashboard user interface is optimized for smaller displays.
- Setting favorites makes it easier to access specific visualization tiles.
- Zoom in and out of visualizations to look at data more closely.
- Set up alerts, and receive a notification when data exceeds or drops below certain thresholds.
- Take a snapshot of a report or visualization, and make annotations using highlight features.
- Collaborate with others by sharing your annotated snapshot via SMS or email

**Natural Language Query**



- Let's you ask questions of your data phrased in plain English, and produces answers in the form of new visualizations, or charts.
- Intelligently filters, sorts, aggregates, groups, and displays data based on key words in the question asked.
- Generates a chart to answer the question, using the data from the underlying reports.
- Pin the chart to the dashboard if desired, and modify it by asking more questions.
- Because a dashboard can contain charts from multiple datasets, your questions can involve data from any one of the datasets.

**Sharing with others**

- By default, all of the data and reports you create and upload are privately visible only to you.
- Dashboards can be easily shared with other users in your organization if needed

49

- Any subsequent changes to a shared dashboard automatically sync across all users - no manual updates required.
- To control access, you can specify whether another user can share that same dashboard with others.
- Dashboard and the underlying reports are shared in reading view.
- User who accesses the shared dashboard cannot create new reports or save changes to existing reports.
- Users of a shared dashboard cannot see or download a dataset that are used in the dashboard.
- Power BI groups offer a powerful collaborative experience built on Office 365 groups. Team of people can collaborate on dashboards and reports. The datasets for the dashboards and reports reside in the group's workspace. You can manage your group workspaces directly from within Power BI.

## Power BI data sources

Power BI integrates with a wide range of data sources, including both cloud and on-premises solutions. With a wide variety of data sources, you can quickly and easily connect to SaaS solutions, on-premises data living in SQL Server Analysis Services, Azure services, and Excel and Power BI Desktop files. Using REST APIs, you can even connect to custom data sources, such as proprietary corporate data or external data services.

### SaaS solutions



- Users can connect directly to popular SaaS solutions.
- Power BI delivers a seamless user experience through solution-specific "content packs" and automatic data refresh.
- Content packs include pre-configured dashboards, reports, datasets, embedded queries, and metadata.
- Data is refreshed automatically, eliminating the need for time-consuming data provisioning.

### Organizational content packs

- You can package up and share your own dashboard, reports, and datasets with your coworkers. For example, your finance team can use an organizational content pack to distribute finance data consistently and efficiently to executives across your organization.
- You can create the reports in Power BI and publish them as an organizational content pack to your team.
- Content packs are easy to find - they are all in one location, the content gallery.

- Organizational content packs can be used like the pre-defined content packs available for SaaS solutions, and offer a pre-packaged experience.

**On-premises data sources**

- The Analysis Services Connector functionality built into Power BI allows live queries to SSAS tabular models. There is no need to move data to the cloud or to schedule data refreshes - you can view live data in Power BI dashboards and reports. Communication between the connector and Power BI occurs through Azure Service Bus.
- With Power BI Desktop or Excel, business analysts can import data from a wide range of on-premises data sources and publish it to Power BI.

**Integration with Azure services**

- Power BI integrates with other Microsoft cloud services, including Azure SQL Database, Azure SQL Database Auditing, and Azure Stream Analytics.
- By extending existing Azure services capabilities into Power BI, you can build seamless, end-to-end BI solutions. For example, you can use Azure Stream Analytics to process streaming data, then push the data into Power BI, enabling real-time dashboard updates.

**Excel and Power BI Desktop files**



- Excel and Power BI Desktop files may be published directly to Power BI with a single click, where you can create dashboards and reports based on the data.
- When a file is uploaded, Power BI may automatically enhance the data by detecting key characteristics. For example, if a table in an uploaded Excel file includes a date field, Power BI may automatically create month and year columns to facilitate reporting based on those elements.
- Loading files from Power BI Desktop enables you to surface data from a variety of sources that do not directly connect to Power BI. For example, if you want to use Power BI to explore data from Facebook, a SharePoint list, or from your SAP system.

## Gateway for the on-premises data

With Power BI gateways, you can keep your data fresh by connecting to on-premises data sources. Query large data sets while leveraging your existing investments. The gateways provide the flexibility you need to meet individual needs, and the needs of your organization.

- **Power BI Gateway – Personal**: Refresh your on-premises data quickly without waiting for an IT Admin. Designed for use with personal data sets, there is no central monitoring capabilities for this gateway.
- **Power BI Gateway - Enterprise (preview)**: This gateway is used by organizations to serve a large number of users. It also enables administrators to set up access control for individual data sources and monitor usage.

## Integration with SharePoint Online

With Power BI's new report web part for SharePoint Online, you can easily embed interactive Power BI reports in SharePoint Online pages.

When using the new **Embed in SharePoint Online** option, the embedded reports are fully secure, so you can easily create secure internal portals. There are two ways to provide access to the report within the Power BI service.

- If you are using an Office 365 Group to build your SharePoint Online team site, you list the user as a member of the group workspace within the Power BI service. This will make sure that users can view the contents of that group. For more information, see Creating groups in Power BI article.
- Alternatively, you can grant users access to your report by adding a tile from the report to a dashboard. Share the dashboard with the users that need access to the report. For more information, see Share a dashboard with colleagues and others.

In order to embed your report into SharePoint Online, you will first need to get the URL for the report.



On a modern site page in SharePoint Online, select **+** and select the **Power BI (Preview)** web part.



There are a few requirements in order for **Embed in SharePoint Online** reports to work.

- The Power BI (Preview) web part for SharePoint Online requires new SharePoint features to be enabled. Your tenant needs to be enrolled in the Set up the Standard or First Release options in Office 365 program to use this feature.
- The *First Release for everyone* option must be selected.
- The Power BI (Preview) web part for SharePoint Online requires Modern Pages.

## Using auditing within your organization

Auditing with Power BI has been available for a few months. This provides auditing on certain events to understand what your organization is doing with the service. You can look at the documentation for a full list of activities audited by Power BI.



You will need to enable auditing for your organization in order to work with the reports. You can do this within the **tenant settings** of the admin portal. Power BI will start logging various activities that your users perform in Power BI. The logs take up to 48 hours to show up in the **O365 Security & Compliance Center**.

Refer to Power BI Admin Portal and Using auditing within your organization articles for more information.

## Resources

- Power BI - Overview and Learning
- Power BI - basic concepts
- Get started with Power BI
- Get data for Power BI
- Power BI Blog
- Power BI Personal Gateway
- Power BI Gateway - Enterprise
- Microsoft Power BI Desktop
- Accelerate Power BI deployments with solution templates
- Embed with report web part in SharePoint Online
- Propelling digital transformation in manufacturing operations with Power BI
- Download a Power BI app:
  - The iPad app (Power BI for iOS)
  - The iPhone app (Power BI for iOS)
  - The Power BI app for Windows devices (not Windows phones)

51

- The Power BI app for Android phones

# MyAnalytics

The decisions that each individual employee in an organization makes each day add up to a tremendous impact on the success or failure of an organization. We know that our most scarce resource is time, and when we make decisions on how to use our time we are literally choosing where to spend the capital of our organization. Now with the power of big data, we have a massive opportunity to understand how organizations work, and to optimize processes, activities, and interactions for the highest impact.

By understanding the building blocks on how work gets done – communication and collaboration – MyAnalytics creates a source of innovation and competitive advantage for individuals and organizations. The power of this capability is when it is harnessed in the context of a business or strategic initiative and leadership is seeking to solve a particular business problem.

## Features

**Personal work analytics dashboards**

- Monitor personal dashboards the vital stats of your work
- Understand where you are spending time
- Establish feedback loops and set targets and monitor benchmarks
- Receive recommendations for ways to get your time back and spend it more effectively

**Team analytics dashboards**

Aggregated and anonymous data about teams of a certain size can help managers understand important aspects about the team is executing.

- Aggregated and anonymous data from your team
- Understand where time is going across your team
- Ensure your team is focused on the right activities for success

**Analytics Platform & APIs**

Pursue industry or initiative specific analysis with the analytics platform and API component of the offer.

- Customize dashboards with additional data sources
- Support business initiatives with data driven analysis
- Target specific queries with customized analysis

## MyAnalytics Dashboard and Outlook add-in

MyAnalytics helps you understand how you collaborate with colleagues and spend your time at work. The dashboard gives you the tools you need to help you prioritize work and spend time more effectively. You can set weekly goals and measure your progress over time. The Outlook add-in gives you insight on how your colleagues respond to you in email.

Only you have access to your MyAnalytics dashboard and Outlook add-in. **MyAnalytics does not include any settings that provide your manager or anyone else in your organization access to your dashboard or add-in**.

**What data do the personal dashboard and the Outlook add-in use?**

MyAnalytics uses information from your Office 365 mailbox and calendar, such as how many emails you send and receive from different recipients, and meeting duration. However, we don't collect content from the email body or calendar descriptions.

**Can I opt out of MyAnalytics and the Outlook add-in?**

You can opt out of your data being used to calculate aggregate statistics for your organization. For example, if you opt out, your data will not be used to calculate statistics on the average time people in your organization spend in meetings, or the percentage of recipients who have read an email.

- If you opt out, you will no longer be able to access your personal dashboard or the Outlook add-in.
- You can opt back in any time. You'll get access to your personal dashboard and the Outlook add-in.

## How are statistics calculated?

**Meeting Hours**

| What you see | Shows how much time you spent in meetings. |
| --- | --- |
| Where the data comes from | Your data is collected from your Office 365 calendar. Company averages are based on aggregated data from other users in your organization. |
| How it's calculated | The statistics are based on meetings in your calendar that you've accepted, and where your status is set to **Busy**. The following meetings are *not included*:<br>• Meetings with no other participants than yourself, so maybe when you block time in your calendar or set reminders.<br>• All-day meetings.<br>• Meetings marked as **Private**.<br>• Meetings with more than 500 attendees. |

**Email Hours**

| What you see | An estimate of how much time you spent sending and reading emails. See how these compare to the company average and to your personal goals. |
| --- | --- |
| Where the data comes from | Your data is collected from your Office 365 mailbox. Company averages are based on aggregated data from other users in your organization. |
| How it's calculated | The main rules are:<br>• For each email you write (send), we assign 5 minutes.<br>• For each email you read (open), we assign 2.5 minutes.<br>However, there are exceptions: |

|  | • If you send one email and then open or send another one within 5 minutes, we assign the time between the two actions to the first email.<br>• If you open an email and then open or send another one within 2.5 minutes, we assign the time difference between the two actions to the first email. |



- We register email across all devices, such as laptop or mobile phone.
- We only include emails where your name, or a group you're a member of, is on the To or Cc lines.
- We don't count emails you delete without opening.
- Email that you read or write outside the defined work hours are included in After hours.

**Focus Hours**

| What you see | Focus hours are defined as at least two consecutive hours of time without meetings. |
|---|---|
| Where the data comes from | Your data is collected from your Office 365 calendar. |
| How we calculate the numbers | • Sums up the total number of hours in your calendar where you have at least two consecutive hours without meetings.<br>• Only includes focus hours within your defined work hours.<br>• Sending or receiving emails during focus hours doesn't interfere with the focus hour calculation. |

**After Hours**

| What you see | Shows time spent on email and in meetings outside defined work hours, for example emails read or sent on weekends. |
|---|---|
| Where the data comes from | Your data is collected from your Office 365 calendar and mailbox. Company averages are based on aggregated data from other users in your organization. |
| How we calculate the numbers | See Meetings hours and Email hours tables above. |

## MyAnalytics Outlook add-in



The MyAnalytics Outlook add-in helps you understand the reach of your emails and your relationships with colleagues.

- For emails you **send**, the add-in shows the number of people who have read, forwarded, and replied, as well as a lifespan chart showing the email's read activity. You'll only see these statistics for emails you've sent to at least five people, and you can't identify who read or forwarded the email.
- For emails you **receive**, the add-in gives you information about your relationships with colleagues, including the number of emails you've exchanged, your average response times, and the percentage of their email you read. Only you have access to your personal relationship statistics.

## No statistics available - why?

**For privacy reasons**, you will not be able to identify individual people from the MyAnalytics Outlook add-in. This means that MyAnalytics does not display statistics for emails sent to fewer than five people or show that 100% of recipients read an email.

| Too few recipients | We only show statistics for emails that are sent to at least five people. |
|---|---|
| Too few qualified recipients | We only show statistics for emails that are sent to at least five people who are also *qualified* for statistics. Qualified people are people within your organization who use Office 365 and Outlook/OWA, and who are **not**:<br>• Opted out of **MyAnalytics**.<br>• Excluded from MyAnalytics (for example legal departments). |
| Too old | We don't show read statistics for emails that are older than seven days. |
| Too new | It takes some time to generate statistics for recent emails. |
| Low read activity | Fewer than two people have read the email. Check back later once more people have read the email. |
| 100% read your email | For privacy reasons, MyAnalytics does not provide an exact read rate when 100% (or close to 100%) of recipients read your email. The message will say: **Essentially everyone read your email.** |
| You opted out of MyAnalytics | If Delve isn't permitted to use your email and meeting information, you will not see any statistics. You can opt in through **Feature settings** in Delve. |

## How can these statistics help my work?

With insights about how effective your communication is, you can evaluate and make changes if necessary.

Check your read rate frequently to improve email effectiveness over time. For example, if a weekly digest email has low read rate, try these recommendations:

- Send it on a different day of the week to see if more people read it.
- Consider increasing the number of recipients or changing the recipient list.

53

- Try using different subject lines to engage your recipients or shorten the content to make it easier to read.
- Test new ways of broadcasting your message - maybe email isn't the best medium.

## MyAnalytics tips

These tips that can help you spend your time better and focus on what's important in your work. All tips aren't for everyone. What you can and should do always depends on your role and the organization you work in.

### Meetings

Fewer meetings, shorter meetings, or more focused meetings. These are some options if you want to save time spent in meetings.

- Send recaps instead of invitations
- Shorten your meetings
- Rethink recurring meetings
- Rethink the attendee list
- Discourage "business tourism"

### Email

Pick up the phone, don't "reply all", or unsubscribe from email lists that aren't useful, are some alternatives for what you can do if you see that you spend too much time on emails.

- Remove unnecessary email recipients
- Send fewer emails - use Skype or pick up the phone
- Unsubscribe from groups that you don't read
- Spare others' inboxes

### After hours

Be a thoughtful coworker!

- Condense emails and status updates with daily or weekly digests for "inform" type emails. This reduces the overall noise and randomization caused by email overload.
- Save drafts or delay delivery for email until the recipients' normal business hours. Limit late night/early morning email to urgent email to cut through the noise.
- Turn off notifications on your phone and desktop when you are trying to focus.

As a team:

- For example: No meetings Wednesdays
- Agreed upon "team hours"
- Be respectful of people's time
- Be intentional of meeting overruns and who you invite

### Focus time

We define focus time as at least two consecutive hours of time without meetings. Focus time is meant to represent enough time so you can focus on deliverables or complete other important tasks.

- Block focus time on your calendar
- Fewer meetings
- More time for fostering relationships can translate to higher levels of productivity
- Make time for what's important

## Resources

- Learn more about the way you work with MyAnalytics
- MyAnalytics Outlook add-in
- MyAnalytics Dashboard and Outlook add-in
- MyAnalytics Tips
- MyAnalytics for Office 365 admins

# APPS: OFFICE

## Office 365 ProPlus (Office)

Office 365 ProPlus is the new Office, Office as a service. Office 365 ProPlus has the full set of application experiences you are used to, fully-customizable and available without a connection to the Internet but, it is licensed, deployed and updated as a service.

> *Full suite of rich productivity apps with the added value of a service.*

**Cloud** – The ubiquity of the cloud shifts us from a world of individual creation to real-time, anytime, anywhere, collaboration and collective creation.

- Office 365 ProPlus roams documents and settings across your devices - so your dictionary and theme settings, your recent documents, as well as the last page or slide you were working on go with you. So users can switch from device to device and maintain cohesive, productive experience.
- Connected people are productive people.  Office 365 keeps people connected to one another, and to content and data. Office 365 ProPlus is the front-end to a productivity platform to share, collaborate and create wherever, whenever.
- Office 365 ProPlus is updated like a service, with frequent, non-disruptive updates, for faster value delivery to users

**Mobility** – The cloud powers our devices.  We believe in a truly mobile world that revolves around us so that any device can become your device.

- As a user-based service, Office 365 ProPlus allows each person to install on multiple devices. Up to 5 PCs of Macs, 5 tablets and 5 smartphones.
- Per-user licensing provides business agility as your business grows and doesn't penalize you for living a device-rich lifestyle.

**Deployment** – Full control of your Office

- Streaming from the cloud, Office 365 ProPlus can be up and running in 2-3 minutes.  But moving to Office 365 ProPlus does not mean that you have to give up control over software updates. You can still use your existing software management tools and processes.
- As a service, Office 365 ProPlus uses smaller, easily managed updates instead of large, complex upgrades.
- Office 365 ProPlus can help free up IT time and resources to focus on other value added products.

## Change Management for Office 365 Clients

Both Windows 10 and Office 365 have adopted the servicing model for client updates. This means that new features, non-

security updates, and security updates are released regularly, so your users can have the latest functionality and improvements. The servicing model also includes time for enterprise organizations to test and validate releases before adopting them.

For the Office 2016 version of Office 365 ProPlus, Microsoft provides you three options, called update channels, to control how often Office 365 ProPlus is updated with new features. Here's an overview of the three options.

| Update channel | Primary purpose |
|---|---|
| Current Channel | Provide users with the newest features of Office as soon as they're available. |
| Deferred Channel | Provide users with new features of Office only a few times a year. |
| First Release for Deferred Channel | Provide pilot users and application compatibility testers the opportunity to test the next Deferred Channel. |

| Update channel | Feature updates | Security updates | Non-security updates |
|---|---|---|---|
| Current Channel | Monthly | Monthly | Monthly |
| Deferred Channel | Every four months | Monthly | Every four months |
| First Release for Deferred Channel | Every four months | Monthly | Monthly |

**What's in it for Enterprise Organizations?**

You want up-to-date features, but you also want the control and support you need to run your business. With the variety of release programs and branches for Windows 10 and Office 365, you can evaluate new features, pilot them with specific groups in your organization, and then deploy them widely to your organization. You can also keep specialty systems on a long-term build for control. Use the update option that's right for your devices and your business needs.

**Focus on your business, not managing the software**

The following table explains ways you can focus on your business, not managing the software, with the Office 365 client applications

| Stay up to date | Regular updates mean your users' phones, tablets, and desktops stay up to date with the latest fixes. |
|---|---|
| Mix and match programs | Follow your business needs – not all systems need to follow the same deployment model. You can even use different models for Windows and Office on the same devices. |

| | |
|---|---|
| Save on management | Allow automatic updates to the fully tested Current Branch for Business (Windows) and Deferred Channel (Office 365) instead of managing the software packages yourself. |
| Stay in the loop | See what's coming in the next releases and find out what security updates have been included by reviewing communications from Microsoft. |
| Manage risk | Use Current Branch for Business (Windows) and Deferred Channel or First Release for Deferred Channel (Office 365) to test critical line-of-business applications that must remain up and running. |
| Save on development | First, check the marketplace – others may have a solution that works. If you need custom development, use best practices to ensure add-ins work after updates. |

**Security, always**: You'll always get the latest security updates, no waiting, whichever program you choose.

**Default Branches for Client Applications**

Office 365 includes different sets of client applications. Office 365 Business includes the core Office applications (Word, Excel, PowerPoint, Outlook, OneNote, and Publisher), and Office 365 ProPlus includes the core applications plus Skype for Business and Access. Project Online Desktop Client and Visio Pro for Office 365 also follow this release model.

By default, the client applications for Office 365 are set to these channel releases:

- **Office 365 Business, Project Online Desktop Client, and Visio Pro for Office 365** are set to use Current Channel.
- **Office 365 ProPlus** is set to use Deferred Channel

> **Note**: Learn more about what's new for Office 365 subscribers this month at: Office 2016 | Office for Mac | Office Mobile for Windows | Office for iPhone and iPad | Office on Android.

## Resources

**Microsoft Virtual Academy courses**

- Office 365 ProPlus: What's New in 2016 and Beyond
- Office 365 ProPlus Deployment Deep Dive

**Watch Videos** …

- Office 2016 and the new servicing options for Office 365 admins demo
- Office 2016 setup and deployment updates demo
- Office 2016 security updates demo - DLP, MFA & sharing from Outlook
- Office 2016 real-time co-authoring and how it works demo

**Read** …

- What's new and improved in Office 2016 for Office 365
- Overview of Office 365 ProPlus

- Office 365 for business training
- Office 2016 Quick Start Guides and downloadable guides
- Collaborate on Word documents with real-time co-authoring
- Collaborate on PowerPoint presentations with co-authoring
- Getting started with Word 2016
- Getting started with Excel 2016
- Managing your email and calendar on the go with Outlook 2016

**For Admins …**

- New Office 365 ProPlus deployment guide for IT pros
- Determine the deployment method to use for Office 365 ProPlus
- Overview of update channels for Office 365 ProPlus
- Prepare to update Office 365 ProPlus to the Office 2016 version
- Change management for Office 365 clients. Model
- Updated Office 365 modern authentication public preview

## Office 2016 for Mac

Microsoft Office 2016 for Mac enables you to do your best work – anywhere, anytime and with anyone. New, modern versions of Word, Excel, PowerPoint, Outlook, and OneNote have the familiar look and feel of Office, and are thoughtfully designed for Mac.

**Unmistakably Office, designed for Mac**

Get started quickly with new, modern versions of Word, Excel, PowerPoint, Outlook and OneNote – combining the familiarity of Office and the unique Mac features you love.

- The redesigned **Ribbon menu** organizes features in a similar way as Office for Windows and iPad, so you can quickly find what you need.
- The new **task pane** interface makes complex tasks easy, like formatting images in Word, designing animations in PowerPoint, and inserting formulas in Excel.
- Office offers unequaled **file compatibility and layout fidelity**. Documents will look how you intended in Office on Mac, PC, tablet and phone.
- Your document's text and graphics are beautifully rendered and sharper than ever on your Mac's **Retina display**, and presentations look absolutely stunning.
- Navigate your documents, spreadsheets and presentations intuitively with familiar **Multi-Touch gestures**.

**Do your best work, anywhere, anytime**

The new Office for Mac is cloud-connected, so you can create great-looking documents, gain new insights, and present with confidence - anywhere, anytime.

- Access your files whenever you need to, thanks to **integration with OneDrive, OneDrive for Business and SharePoint**.
- With **roaming recent files**, you can quickly pick up from where you left off on any device.

- The new **Insights pane** in Word, powered by Bing, shows relevant contextual information from the Web within the reading and authoring experience.
- Excel takes the guesswork out of visualizing your data: it **recommends charts** best suited for your numbers, and lets you preview different options.
- **Presenter View** in PowerPoint gives you the tools to present with confidence – displaying the current slide, next slide, speaker notes and a timer on your Mac, while projecting only the presentation to your audience on the big screen.
- Outlook automatically organizes your inbox in **conversations**, without inadvertently including messages with the same subject that belong to a different conversation.

**Made for teamwork**

Get more done by working together using built-in tools to share, review and co-edit documents, presentations and notes.

- Easily **share your documents** and invite others to review or edit them.
- **Co-authoring** in Word and PowerPoint enables several people to work simultaneously in the same document from different devices in different locations.
- **Threaded comments** in Word and PowerPoint enable you to have useful conversations right next to relevant text. You can quickly see who replied to whom and when.
- The new **Conflict Resolution view** in PowerPoint lets you visually compare conflicting changes, so you can easily decide what version to keep.
- **Share a OneNote notebook** with friends, family or colleagues so everyone can add their notes and work together on travel plans, household tasks or work projects.

## Touch Bar support

Through the Touch Bar, Office intelligently puts the most common commands at your fingertips—all based on what you're doing in the document.

**Word**

From the Touch Bar you can enter **Word Focus Mode**, a brand-new experience that hides all of the on-screen ribbons and commands so you can simply focus on your work. One tap and you can quickly apply a new style to a heading or paragraph.

**PowerPoint**

Touch Bar commands in PowerPoint allow you to easily manipulate graphic elements. The Reorder Objects button produces a graphical map of all the layers on a slide, making it easy to find the right object and move it where you want it. And by sliding your finger across the Touch Bar you can easily rotate an object to get just the right angle.

**Excel**

Typing an equals sign into a cell in Excel immediately pulls up the most recently used functions in the Touch Bar. For example, with a tap (for the formula) and another tap (for a named range) in the Touch Bar, you can quickly sum a range in your

spreadsheet. The Touch Bar also provides quick access to borders, cell colors and recommended charts—making it easier than ever to organize and visualize your data.

**Outlook**

The Touch Bar in Outlook provides quick access to the most commonly used commands as you work on email and manage your calendar. When composing a new mail, the Touch Bar displays a list of recent documents. One tap and you can add a file—either as an attachment or a link. And from the Today view on the Touch Bar you can not only see your calendar events for the day, but even join a Skype for Business meeting.

Read more at: Office for Mac adds Touch Bar support.

## Resources

- Watch: Office 2016 for Mac: Top 10 reasons to get the new version
- Download and install Office 2016 for Mac using Office 365 for business
- Outlook 2016 for Mac training
- Word 2016 for Mac training
- Excel 2016 for Mac training
- PowerPoint 2016 for Mac training
- OneNote 2016 for Mac training

# Office on iOS, Android, Windows

Office for mobile device provides the same look and feel as Office on your desktop. Office also provides the same ability to store and share data on the cloud through Microsoft OneDrive for Business, allowing you to create, share, and edit data quickly and easily, even when you are on the go.

## Setup Mobile Device

Office 365 Windows Phone setup

- Set up email on Windows Phone
- Set up Office on Windows Phone with Office 365

Office 365 iPhone or iPad setup

- Set up email on iPhone, iPad, or iPod Touch
- Install and set up Office on an iPhone or iPad with Office 365

Office 365 Android phone or tablet setup

- Set up email on an Android phone or tablet
- Install and set up Office on an Android with Office 365

After you have installed the Office apps, you can sign in with the Microsoft account that is connected to your Office 365 subscription to use the premium features of each app.

## Resources

- How Office mobile apps work on Android or iOS devices with an Office 365 plan
- Office for iPad videos
- Office for iPhone videos
- Getting started with Word for Android tablet
- Getting started with Excel for Android tablet
- Getting started with PowerPoint for Android tablet

## Sway

Sway is an intelligent digital storytelling app for business that helps you and your colleagues express ideas using an interactive, web-based canvas. Sway's built-in design engine helps you produce professional, visually-appealing reports, presentations, and more without the need for extensive formatting or additional training.

You can also modify the results to get the unique look and feel you want. Sway makes your creation look great in any browser on any screen, and it can be shared with colleagues and customers by simply sending a link. Sway helps you find and pull together all sorts of content without leaving the app, so you can drag and drop your images, text, videos, and charts right on to your canvas.

## Resources

Microsoft Sway Tutorials

- The Sway Way
- How to Build a Presentation in Sway
- How to Build a Presentation in Sway - Part 2
- How to Collaborate on a Sway
- How to Create a Newsletter in Sway
- How to Make a Tutorial in Sway
- How to Share a Sway

# SERVICES: SECURITY & COMPLIANCE

## Office 365 Secure Score

The **Office 365 Secure Score** is a security analytics tool that will help you understand what you have done to reduce the risk to your data in Office 365, and show you what you can do to further reduce that risk.

The core idea is that it is useful to rationalize and contextualize all of your cloud security configuration and behavioral options into **one simple, analytical framework**, and to make it very easy for you to take **incremental action** to improve your score over time. Rather than constructing a model with findings slotted into critical, moderate, or low severity, we wanted to give you a non-reactive way to evaluate your risk and make **incremental changes** over time that add up to a very **effective risk mitigation plan**.

The Secure Score does not express an absolute measure of how likely you are to get breached. It expresses the extent to which you have adopted controls which can offset the risk of being breached.

> No service can guarantee that you will not be breached, and the Secure Score should not be interpreted as a guarantee in any way.

## How does it work?

Secure Score figures out what Office 365 services you're using (like OneDrive, SharePoint, and Exchange) then looks at your settings and activities and compares them to a baseline established by Microsoft. You'll get a score based on how aligned you are with best security practices.



If you want to improve your score, review the action queue to see what you can do to help increase security and reduce risks.



Expand an action to learn about what threats it'll help protect you from and how you'll get the job done.



The score is calculated once per day (around 1:00 AM PST). If you make a change to a measured action, the score will automatically update the next day. It takes up to 48 hours for a change to be reflected in your score.

To see the impact of your actions on your organization's security, go to the Score Analyzer page and review your history.



Click any data point to see a breakdown of your score for that day. You can scroll down to see which controls were enabled and how many points you earned that day for each control.

## How will it help me?

Using Secure Score helps increase your organization's security by encouraging you to use the built-in security features in Office 365 (many of which you already purchased but might not be aware of). Learning more about these features as you use the tool will help give you piece of mind that you're taking the right steps to protect your organization from threats.

## Resources

- Introducing the Office 365 Secure Score
- Video: An introduction to Office 365 Secure score

## Audit Log Search, Activity APIs

Need to find if a user viewed a specific document or purged an item from their mailbox? If so, you can use the Office 365 Security & Compliance Center to search the unified audit log to view user and administrator activity in your Office 365 organization. Why a unified audit log? Because you can search for the following types of user and admin activity in Office 365:

- User activity in SharePoint Online and OneDrive for Business
- User activity in Exchange Online (Exchange mailbox audit logging)
- Admin activity in SharePoint Online
- Admin activity in Azure Active Directory (the directory service for Office 365)
- Admin activity in Exchange Online (Exchange admin audit logging)
- User and admin activity in Sway
- User and admin activity in Power BI for Office 365
- User and admin activity in Microsoft Teams
- User and admin activity in Yammer

## Before you begin

- Mailbox audit logging must be turned on for each user mailbox before user activity in Exchange Online will be logged.
- You (or another admin) must first turn on audit logging before you can start searching the Office 365 audit log. To turn it on, just click **Start recording user and admin activity** on the **Audit log search** page in the Security & Compliance Center.
- You have to be assigned the View-Only Audit Logs or Audit Logs role in Exchange Online to search the Office 365 audit log.
- You can search the Office 365 audit log for activities that were performed within the last 90 days.
- It can take up to 30 minutes or up to 24 hours after an event occurs for the corresponding audit log entry to be displayed in the search results. The following table shows the time it takes for the different services in Office 365.

| Office 365 service | 30 minutes | 24 hours |
|---|:---:|:---:|
| SharePoint Online and OneDrive for Business | ✓ | |
| Exchange Online | ✓ | |
| Azure Active Directory (user login events) | ✓ | |
| Azure Active Directory (admin events) | | ✓ |
| Sway | | ✓ |
| Power BI | | ✓ |
| Yammer | | ✓ |
| Security & Compliance Center | | ✓ |
| Microsoft Teams | | ✓ |

- As previously stated, **Azure Active Directory (Azure AD)** is the directory service for Office 365. The unified audit log contains user, group, application, domain, and directory activities performed in the Office 365 admin center or in the Azure management portal. For a complete list of Azure AD events, see Azure Active Directory Audit Report Events.

## Search the Audit log



Configure the following search criteria:

A. **Activities**. Click the drop-down list to display the activities that you can search for. User and admin activities are organized in groups of related activities.
B. **Start date and End date**. The last seven days are selected by default. Select a date and time range to display the events that occurred within that period.
C. **Users**. Click in this box and then select one or more users to display search results for.
D. **File, folder, or site**. Type some of all of a file or folder name to search for activity on the file of folder that contains the specified keyword.

60

Click **Search** to run the search using your search criteria.

When the search is finished, the number of results found is displayed. Note that **a maximum of 1000 events will be displayed**; if more than 1000 events meet the search criteria, the newest 1000 events are displayed.

The results contain the following information about each event returned by the search.

- **Date**: The date and time (in UTC format) when the event occurred.
- **IP address**: The IP address of the device that was used when the activity was logged.
- **User**: The user (or service account) who performed the action that triggered the event.
- **Activity**: The activity performed by the user.
- **Item**: The object that was created or modified as a result of the corresponding activity.
- **Detail**  Additional detail about an activity. Again, not all activities will have a value.

If 1000 results are found, you can probably assume there are more than 1000 events that met the search criteria. You can either refine the search criteria and rerun the search to return fewer results, or you can export all of the search results by selecting **Export results** > **Download all results**. This option will download the raw data from the audit log to a CSV file, and contains additional information from the audit log entry in a column named **Detail**.

**Important:** You can download a maximum of 50,000 entries to a CSV file from a single audit log search.

## Activity API

You can use the **Office 365 Management Activity API** to retrieve information about user, admin, system, and policy actions and events from Office 365 and Azure AD activity logs. The actions and events from the logs can help create solutions that provide monitoring, analysis, and data visualization. These solutions give organizations greater visibility into actions taken on their content.

The Office 365 Management Activity API is a REST web service that you can use to develop solutions using any language and hosting environment that **supports HTTPS and X.509 certificates**. To access the API from your application, you'll need to first register it in Azure AD and configure it with appropriate permissions. This will enable your application to request the OAuth2 access tokens it needs to call the API. For more information, see Get started with Office 365 Management APIs.

The Office 365 Management Activity API aggregates actions and events into tenant-specific content blobs, which are classified by the type and source of the content they contain. Currently, these content types are supported:

- Audit.AzureActiveDirectory
- Audit.Exchange
- Audit.SharePoint
- Audit.General (includes all other workloads not included in the previous content types)

- DLP.All (DLP events only for all workloads)

For details about the events and properties associated with these content types, see Office 365 Management Activity API schema.

## Resources

- Search the audit log in the Office 365 Security & Compliance Center
- Detailed properties in the Office 365 audit log
- Office 365 Management Activity API reference
- Office 365 Management Activity API Schema

# Exchange Online Protection (EOP)

***Spam*** is unsolicited (and typically unwanted) email messages. ***Malware*** is comprised of viruses and spyware. Viruses infect other programs and data, and they spread throughout your computer looking for programs to infect. Spyware refers to malware that gathers your personal information, such as sign-in information and personal data, and sends it back to the malware author.

Office 365 has built-in malware and spam filtering capabilities through **Exchange Online Protection (EOP)** that help protect inbound and outbound messages from malicious software and help protect you from spam. Admins don't need to set up or maintain the filtering technologies, which are enabled by default.

To understand how EOP works, it helps to see how it processes incoming email:



## Email anti-spam protection

Your email is protected from the moment you receive your first message. In order to help prevent spam in Office 365, you may want to change a protection setting to deal with a specific issue in your organization—say you're receiving a lot of spam from a particular sender, for example – or to simply fine tune your settings so that they're tailored to best meet the needs of your organization. To do this, you can change **anti-spam settings** in the Office 365 Security & Compliance Center.

**Connection filtering**: checks the reputation of the sender before allowing a message to get through. You can create an allow list, or safe sender list, to make sure you receive every message sent to you from a specific IP address or IP address range.

**Spam filtering**: checks for message characteristics consistent with spam. You can change what actions to take on messages identified as spam, and choose whether to filter messages written in specific languages, or sent from specific countries or regions.

**Outbound filtering**: checks to make sure your users don't send spam. For instance, a user's computer may get infected with malware that causes it to send spam messages, so we build protection against that into the product.

**Transport rules**: If you want to go beyond the built-in spam filtering and create custom rules that are based on your business policies, the Transport rules feature is another filter that will help you prevent spam in Office 365.

**Email authentication**: includes techniques that use the Domain Name System (DNS) to add verifiable information to email messages about the sender of an email message. More advanced Office 365 admins can make use of these email authentication technologies:

- **Sender Policy Framework (SPF)**. SPF validates the origin of email messages by verifying the IP address of the sender against the alleged owner of the sending domain.
- **Domain Keys Identified Mail (DKIM)**. DKIM lets you attach a digital signature to email messages in the message header of emails you send. Email systems that receive email from your domain use this digital signature to determine if incoming email that they receive is legitimate.
- **Domain-based Message Authentication, Reporting, and Conformance (DMARC)**. DMARC helps receiving mail systems determine what to do with messages that fail SPF or DKIM checks and provides another level of trust for your email partners.

If you're concerned about spam, phishing, and spoofing in Office 365, use SPF, DKIM, and DMARC together to help prevent spam and unwanted spoofing.

## Zero-hour auto purge

Zero-hour auto purge (ZAP) is an email protection feature that detects messages with spam or malware that have already

been delivered to your users' inboxes, and then moves them to the Junk mail folder as long as the messages are unread.

ZAP is available with the default Exchange Online Protection.

**How does ZAP work?**

Office 365 updates anti-spam engine and malware signatures in real time on a daily basis. However, your users might still get malicious messages in their inboxes, because the daily scan might not have detected a new spam or malware campaign. ZAP gets around this by continually monitoring updates to the Office 365 spam and malware signatures, and can therefore identify previously undetected malicious messages already in inboxes.

If the recipients have not read the messages, then ZAP moves the messages to their Junk mail folder. The reverse is true for messages that were incorrectly classified as malicious.

The ZAP action is seamless for the mailbox user, he or she is not notified the mail has been moved. Allow lists, Exchange transport rules, and end user rules or additional filters take precedence over the ZAP.

## Resources

- Exchange Online Protection
- Exchange Online Protection Service Description
- Exchange Online Protection Limits
- Office 365 email anti-spam protection
- Overview of the Junk Email Filter
- How Office 365 uses Sender Policy Framework (SPF) to prevent spoofing
- Use DKIM to validate outbound email sent from your domain in Office 365
- Use DMARC to validate email in Office 365
- Zero-hour auto purge - protection against spam and malware
- Anti-spam and anti-malware protection in Office 365
- Prevent email from being marked as spam in EOP and Office 365
- Enable or disable safety tips in Office 365

# MDM for Office 365 (MDM)

**Mobile Device Management (MDM)** for Office 365 can help you secure and manage mobile devices like iPhones, iPads, Androids, and Windows Phones used by licensed Office 365 users in your organization. You can create mobile device management policies with settings that can help control access to your organization's Office 365 email and documents for supported mobile devices and apps. If a device is lost or stolen, you can remotely wipe the device to remove sensitive organizational information.

The following diagram shows what happens when a user with a new device signs in to an app that supports access control with MDM for Office 365. The user is blocked from accessing Office 365 resources in the app until they enroll their device.



## Policy settings for mobile devices

If you create a policy to block access with certain settings turned on, users will be blocked from accessing Office 365 resources when using a supported app. The settings that can block users from accessing Office 365 resources are in these sections:

- Security
- Encryption
- Jail broken
- Managed email profile

If the user signs in to an app that supports access control with MDM for Office 365, they are blocked from accessing Office 365 resources in the app until their device complies with the security setting.

## Supported Devices

You can use MDM for Office 365 to secure and manage the following types of devices.

- Windows Phone 8.1+
- iOS 7.1 or later versions
- Android 4 or later versions
- Windows 8.1*
- Windows 8.1 RT*
- Windows 10**
- Windows 10 Mobile**

* Access control for Windows 8.1 and Windows 8.1 RT devices is limited to Exchange ActiveSync.

** Requires the device to be joined to Azure Active Directory and be enrolled in the mobile device management service of your organization.

If people in your organization use mobile devices that aren't supported by Mobile Device Management for Office 365, you might want to block Exchange ActiveSync app access to Office

365 email for those devices, to help make your organization's data more secure. Read: Manage device access settings.

## Choose between Exchange Active Sync and MDM for Office 365

| Feature | EAS | MDM for O365 |
|---|---|---|
| **Device Configuration** | | |
| Inventory mobile devices that access corporate apps | ● | ● |
| Full device wipe | ● | ● |
| Mobile device configuration settings | ● | ● |
| Self-service password reset (Cloud only users) | ● | ● |
| **Office 365** | | |
| Provides reporting on devices that do not meet IT policy | | ● |
| Group-based policies and reporting | | ● |
| Root and jailbreak detection | | ● |
| Selective wipe | | ● |
| Prevent access to corporate email and docs based upon device enrollment and policies | | ● |

## Choose between Intune and MDM for Office 365

Microsoft Intune and built-in Mobile Device Management for Office 365 both give you the ability to manage mobile devices in your organization. But there are key differences, described in the following table.

| MDM for Office 365 | Microsoft Intune |
|---|---|
| **Cost** | |
| Included with many Office 365 commercial subscriptions. | Requires a paid subscription for Microsoft Intune or can be purchased with Enterprise Mobility + Security (EM+S). |
| **How you manage devices** | |
| Manage devices using the Security and Compliance Center in Office 365. | If you use Intune by itself, you manage devices using the Intune admin console. If you integrate Intune with SCCM 2012, you use the Configuration Manager console to manage devices on-premises and in cloud. |
| **Devices you can manage** | |
| iOS, Android, and Windows Phone. | iOS, Mac OS X, Android, Windows Phone, and Windows PCs. |
| **Key capabilities** | |

63

| MDM for Office 365 | Microsoft Intune |
|---|---|
| • Ensure that Office 365 can be accessed only on phones and tablets that are managed and compliant.<br>• Manage security policies, like device level pin lock and jailbreak detection, to help prevent unauthorized users from accessing corporate email and data on a device when it is lost or stolen.<br>• Remove Office 365 company data from an employee's device while leaving their personal data in place. | MDM for Office 365 capabilities, **plus** following:<br>• Securely access corporate resource with certificates, Wi-Fi, VPN, and email profiles.<br>• Enroll and manage collections of corporate-owned devices, simplifying policy and app deployment.<br>• Deploy your internal line-of-business apps and apps in stores to users.<br>• Restrict actions like copy, cut, paste, and save as, to only apps managed by Intune.<br>• Enable more secure web browsing using the Intune Managed Browser app.<br>• Manage PCs from the cloud using Intune, or connect Intune to SCCM to manage all of your devices from a single management console.<br>• Set up MAM (mobile app management) policies by using the Azure portal, even if people's devices aren't enrolled in Intune. |

## Resources

- Overview of Mobile Device Management (MDM) for Office 365
- Capabilities of Mobile Device Management for Office 365
- Create and deploy device security policies
- Set up Mobile Device Management (MDM) in Office 365
- Choose between MDM for Office 365 and Microsoft Intune
- Frequently asked questions about Mobile Device Management for Office 365

## MFA for Office 365 (MFA)

The security of multi-factor authentication lies in its layered approach. Compromising multiple authentication factors presents a significant challenge for attackers. Even if an attacker manages to learn the user's password, it is useless without also having possession of the trusted device. Should the user lose the device, the person who finds it won't be able to use it unless he or she also knows the user's password.

Office 365 uses multi-factor authentication to help provide the extra security and is managed from the **Office 365 admin center**.

## Features

Office 365 offers the following subset of Azure multi-factor authentication capabilities as a part of the subscription:

- The ability to **enable and enforce multi-factor authentication** for end users
- The use of a **mobile app** (online and one-time password) as a second authentication factor
- The use of a **phone call** as a second authentication factor
- The use of a **Short Message Service (SMS)** message as a second authentication factor
- **Application passwords** for non-browser clients
- **Default Microsoft greetings** during authentication phone calls

## Feature comparison of versions

The following table below provides a list of the features that are available in the various versions of Azure Multi-Factor Authentication.

| Feature | Office 365 MFA | MFA for Azure Admins | Azure MFA |
|---|:---:|:---:|:---:|
| Protect admin accounts with MFA | ● | ● | ● |
| Mobile app as a second factor | ● | ● | ● |
| Phone call as a second factor | ● | ● | ● |
| SMS as a second factor | ● | ● | ● |
| App passwords for clients that don't support MFA | ● | ● | ● |
| Admin control over verification methods | ● | ● | ● |
| PIN mode |  |  | ● |
| Fraud alert |  |  | ● |
| MFA Reports |  |  | ● |
| One-Time Bypass |  |  | ● |
| Custom greetings for phone calls |  |  | ● |
| Custom caller ID for phone calls |  |  | ● |
| Trusted IPs |  |  | ● |
| Remember MFA for trusted devices | ● | ● | ● |
| MFA SDK |  |  | ● |
| MFA for on-premises applications |  |  | ● |

Note: Multi-Factor Authentication (MFA) for Azure Administrators: Global administrators of Azure tenants can enable two-step verification for their global admin accounts at no additional cost.

## Resources

- What is Azure Multi-Factor Authentication?
- How Azure Multi-Factor Authentication works
- Plan for multi-factor authentication for Office 365 Deployments
- Set up multi-factor authentication for Office 365
- Using Office 365 modern authentication with Office clients
- Enable Modern Authentication for Office 2013 on Windows devices.

# RMS for Office 365 (RMS)

Rights Management Services enables you to restrict access to documents and email to specific people and to prevent anyone else from viewing or editing them, even if they are sent outside the organization.

- **Exchange Online IRM Integration**. Enables users of Exchange Online to IRM protect and consume e-mail messages (and attachments).
- **SharePoint Online IRM Integration**. Enables SharePoint Online administrators to create IRM-protected document libraries so that when a user checks-out a document from the IRM-protected document library, protection is applied to the document no matter where it goes and the user has the usage rights to that document as they were specified for the document library.
- **Office IRM Integration**. Enables Microsoft Office users to be able to IRM protect content using predefined policies provided by the service within an organization. Office applications that include these capabilities are Word, Excel, PowerPoint and, Outlook. In addition to this, Visio support is also available.

## Features

- **Help protect emails against unauthorized access** by applying different IRM options to your email messages.
- **Enhance security of your SharePoint libraries** by using IRM to set up appropriate permissions.
- **Help keep your information safe, online or offline,** because your files are protected whether they're viewed using Office Online or downloaded to a local machine.
- **Seamless integration with all Office documents** helps guard your organization's intellectual property.
- **Apply custom templates** based on your business needs in addition to using default Rights Management Services templates.

Examples of policies you can apply to email and documents with Rights Management for Office 365 are:

- **Do not forward (email)/ Restricted Access (Office apps)**: Only the recipients of the email or document will be able to view and reply. They cannot forward or share with other people or print.

- **CompanyName Confidential**: Only people inside your organization (that is, people with an Office 365 account @companyname.com) can access the content, make edits, and share with others inside your company
- **CompanyName Confidential View Only**: People inside your organization can view this content but cannot edit or change it in any way. They can print and share with other people inside your company.

## Levels of Protection

**Native**

- For text, image, Microsoft Office (Word, Excel, PowerPoint) files, Visio files, .pdf files, and other application file types that support RMS, native protection provides a strong level of protection that includes both encryption and enforcement of rights (permissions).

**Generic**

- For all other applications and file types, generic protection provides a level of protection that includes both file encapsulation using the .pfile file type and authentication to verify if a user is authorized to open the file.

## Azure Rights Management Connector

The Microsoft Rights Management (RMS) connector lets you quickly enable existing on-premises servers to use their Information Rights Management (IRM) functionality with the cloud-based Microsoft Rights Management service (Azure RMS).



With this functionality,

- All users can easily protect documents and pictures both inside your organization and outside, without having to install additional infrastructure or establish trust relationships with other organizations.
- You can use this connector even if some of your users are connecting to online services, in a hybrid scenario. For

example, some users' mailboxes use Exchange Online and some users' mailboxes use Exchange Server.

The RMS connector supports the following on-premises servers: Exchange 2010/2013 Server, SharePoint 2010/2013 Server, and file servers that run Windows Server and use File Classification Infrastructure (FCI) to classify and apply policies to Office documents in a folder.

## Microsoft Rights Management sharing application

The Microsoft Rights Management sharing application is an optional downloadable application for Microsoft Windows and other platforms that provides the following:

- Protection of a single file or bulk protection of multiple files as well as all files within a selected folder.
- Full support for protection of any type of file and a built-in viewer for commonly used text and image file types.
- Generic protection for files that do not support RMS protection.
- Full interoperability with files protected using Office Information Rights Management (IRM).
- Full interoperability with PDF files protected using SharePoint, FCI, and supported PDF authoring tools.



## Scenarios

- Prevent loss of intellectual property and proprietary information.
- Limit e-mail and file access to only a specific list of individual users or groups identified by their e-mail addresses.
- Limit the use of e-mail and/or files to only a limited set of rights such as the right to view the document while blocking other actions such as copying or printing.

## Resources

- Microsoft Azure Rights Management
- How Applications Support Azure Rights Management
- Activate Rights Management (RMS) in the Office 365 admin center

- Configure IRM (in Exchange Online) to use Azure Rights Management
- Set up Information Rights Management (IRM) in SharePoint admin center
- Configuring Super Users for Azure Rights Management and Discovery Services or Data Recovery
- Deploying the Azure Rights Management Connector
- Rights Management sharing application user guide
- Migrating from AD RMS to Azure Rights Management

# O365 Message Encryption (OME)

Office 365 Message Encryption is an easy-to-use service that lets email users send encrypted messages to people inside or outside their organization.

Designated recipients can easily view their encrypted messages and return encrypted replies. Regardless of the destination email service—whether it's Outlook.com, Yahoo, Gmail, or another service—email users can send confidential business communications with an added level of protection against unauthorized access.

> *Office 365 Message Encryption is an online service that's built on Microsoft Azure Rights Management (Azure RMS).*

Exchange Online and Exchange Online Protection (EOP) administrators set up Office 365 Message Encryption by defining encryption rules.



## Features

Office 365 Message Encryption provides advanced security and reliability to help protect your information.

66

- **Send encrypted email messages to anyone**, regardless of the recipient's email address.
- **Provide strong, automated encryption** with a cost-effective infrastructure.
- **Eliminate the need for certificates** and use a recipient's email address as the public key.
- **Communication through a TLS-enabled network** further enhances message security.
- **Enhance the security of subsequent email responses** by encrypting each message in the thread

Office 365 Message Encryption helps keep your data safe, while allowing you to maintain control over your environment.

- **Easily set up encryption** using the single action Exchange transport rules.
- **Protect sensitive information** and data from leaving your gateway, consistently and automatically.
- **Policy-based encryption** encrypts messages at the gateway based on policy rules.
- **Help manage compliance** by leveraging the strong integration with data loss prevention.
- **Integrate with existing email infrastructure** for minimal up-front capital investment.
- **Grow your organization's brand** by using custom branding text or disclaimers and a custom logo

## Language support

Office 365 Message encryption supports Office 365 languages, as follows:

- Incoming email messages and attached HTML files are localized based on the sender's language settings.
- The viewing portal is localized based on the recipient's browser settings.
- The body (content) of the encrypted message isn't localized.

## Scenarios

There are many scenarios in which email message encryption might be required, including the following:

- A bank employee sending credit card statements to customers
- An insurance company representative providing policy details to customers
- A mortgage broker requesting financial information from a customer for a loan application
- A health care provider sending health care information to patients
- An attorney sending confidential information to a customer or another attorney
- A consultant sending a contract to a customer

## Resources

- [Office 365 Message Encryption](#)
- [Encryption in Office 365](#)

- [Service information for Office 365 Message Encryption](#)
- [Send, view, and reply to encrypted messages](#)
- [Sign in to view your Office 365 encrypted message](#)
- [Use a one-time passcode to view an encrypted message](#)
- [Office 365 Message Encryption FAQ](#)

## Data Loss Prevention (DLP)

To comply with business standards and industry regulations, organizations need to protect sensitive information and prevent its inadvertent disclosure. Examples of sensitive information that you might want to prevent from leaking outside your organization include financial data or personally identifiable information (PII) such as credit card numbers, social security numbers, or health records. With a data loss prevention (DLP) policy, you can identify, monitor, and automatically protect sensitive information across Office 365.

With a DLP policy, you can:

- **Identify sensitive information across many locations, such as Exchange Online, SharePoint Online, and OneDrive for Business.** For example, you can identify any document containing a credit card number that's stored in any OneDrive for Business site, or you can monitor just the OneDrive sites of specific people.
- **Prevent the accidental sharing of sensitive information.** For example, you can identify any document or email containing a health record that's shared with people outside your organization, and then automatically block access to that document or block the email from being sent.
- **Monitor and protect sensitive information in the desktop versions of Excel 2016, PowerPoint 2016, and Word 2016.** Office 2016 desktop programs include the same capabilities to identify sensitive information and apply DLP policies. DLP provides continuous monitoring when people share content in these Office 2016 programs.
- **Help users learn how to stay compliant without interrupting their workflow.** You can educate your users about DLP policies and help them remain compliant without blocking their work. For example, if a user tries to share a document containing sensitive information, a DLP policy can both send them an email notification and show them a policy tip in the context of the document library that allows them to override the policy if they have a business justification. The same policy tips also appear in Outlook on the web, Outlook 2013 and later, Excel 2016, PowerPoint 2016, and Word 2016.
- **View DLP reports showing content that matches your organization's DLP policies.** To assess how your organization is complying with a DLP policy, you can see how many matches each policy and rule has over time. If a DLP policy allows users to override a policy tip and report a false positive, you can also view what users have reported.

You create and manage DLP policies on the Data loss prevention page in the Office 365 Security & Compliance Center.



## What a DLP policy contains

A DLP policy contains a few basic things:

- Where to protect the content – **locations** such as Exchange Online, SharePoint Online, and OneDrive for Business sites.



- When and how to protect the content by enforcing **rules** comprised of:



- o **Conditions** the content must match before the rule is enforced -- for example, look only for content containing Social Security numbers that have been shared with people outside your organization.
- o **Actions** that you want the rule to take automatically when content matching the conditions is found -- for

example, block access to the document and send both the user and compliance officer an email notification.

- o You can use **notifications** and **overrides** to educate your users about DLP policies and help them remain compliant without blocking their work
- o When a rule is matched, you can send an **incident report** to your compliance officer (or any people you choose) with details of the event

You can use a rule to meet a specific protection requirement, and then use a DLP policy to group together common protection requirements, such as all of the rules needed to comply with a specific regulation.

## Types of sensitive information

A DLP policy can help protect sensitive information, which is defined as a **sensitive information type**. Office 365 includes definitions for many common sensitive information types across many different regions that are ready for you to use, such as a credit card number, bank account numbers, national ID numbers, and passport numbers.



When a DLP policy looks for a sensitive information type such as a credit card number, it doesn't simply look for a 16-digit number. Each sensitive information type is defined and detected by using a combination of:

- Keywords
- Internal functions to validate checksums or composition
- Evaluation of regular expressions to find pattern matches
- Other content examination

This helps DLP detection achieve a high degree of accuracy while reducing the number of false positives that can interrupt peoples' work.

## Resources

- Overview of data loss prevention policies
- What the DLP policy templates include
- What the sensitive information types look for
- Create a custom sensitive information type

# eDiscovery

Electronic discovery, or eDiscovery, is the process of identifying and delivering electronic information that can be used as evidence in legal cases. You can use eDiscovery in Office 365 to search for content in Exchange Online mailboxes, Office 365 Groups, Microsoft Teams, SharePoint Online and sites, and Skype for Business conversations. If you only need to search mailboxes, you can use In-Place eDiscovery in the Exchange admin center (EAC). If you need to search mailboxes and sites in the same eDiscovery search, you can use Content Search in the Office 365 Security & Compliance Center. In both cases, you can identify, hold, and export content found in mailboxes and sites.

Office 365 provides the following eDiscovery tools:

- Content Search in the Office 365 Security & Compliance Center
- eDiscovery Cases in the Office 365 Security & Compliance Center
- In-Place eDiscovery in Exchange Online
- The eDiscovery Center in SharePoint Online
- Office 365 Advanced eDiscovery

## Run a Content Search

You can use **Content Search** in the Office 365 Security & Compliance Center to search for items such as email, documents, and instant messaging conversations in your Office 365 organization. Use this tool to search for items in these Office 365 services:

- Exchange Online mailboxes and public folders
- SharePoint Online and OneDrive for Business sites
- Skype for Business conversations
- Microsoft Teams
- Office 365 Groups

Content Search is a new eDiscovery search tool with new and improved scaling and performance capabilities. Use Content Search to run very large eDiscovery searches.

You can search all mailboxes, all Exchange public folders, and all SharePoint Online sites and OneDrive for Business accounts in a single Content Search. There are no limits on the number of content locations that you can search. There are also no limits on the number of searches that can run at the same time.

After you run a Content Search, the number of content locations and an estimated number of search results are displayed in the details pane on the **Content search** page. After you run a search you can preview the results, get keyword statistics for one or more searches, bulk-edit content searches, and export the results to a local computer.

## Place content locations on hold

You can use an eDiscovery case to create holds to preserve content that might be relevant to the case. You can place a hold on the mailboxes and OneDrive for Business sites of people who are custodians in the case. You can also place a

hold on the group mailbox, SharePoint site, and OneDrive for Business site for an Office 365 Group. Similarly, you can place a hold on the mailbox and site that are associated with Microsoft Teams. When you place content locations on hold, content is held until you remove the hold from the content location or until you delete the hold.

When you create a hold, you have the following options to scope the content that is held in the specified content locations:

- You create an infinite hold where all content is placed on hold. Alternatively, you can create a query-based hold where only content that matches a search query is placed on hold.
- You can specify a date range to hold only the content that was sent, received, or created within that date range. Alternatively, you can hold all content regardless of when it was sent, received, or created.

## Export Content Search results

After a Content Search is successfully run, you can export the search results to a local computer. When you export email results, they're downloaded to your computer as PST files. When you export content from SharePoint and OneDrive for Business sites, copies of native Office documents are exported. There are additional documents and reports that are included with the exported search results.

Additionally, any RMS-encrypted email messages that are included in the results of a Content Search will be decrypted when you export them (as individual messages). This decryption capability is enabled by default for members of the eDiscovery Manager role group. This is because the **RMS Decrypt management** role is assigned to this role group.

**Export limits**

Exporting search results from the Security & Compliance Center has the following limits:

- You can export a maximum of 2 TB of data from a single Content Search. If the search results are larger than 2 TB, consider using date ranges or other types of filters to decrease the total size of the search results.
- Your organization can export a maximum of 2 TB of data during a single day.
- You can have a maximum of 10 exports running at the same time within your organization.
- A single user can run a maximum of three exports at the same time.

The maximum size of a PST file that can be exported is 10 GB by default. That means if the search results from a user's mailbox are larger than 10 GB, the search results for the mailbox will be exported in two (or more) PST files.

## Manage eDiscovery cases

You can use **eDiscovery cases** in the Office 365 Security & Compliance Center to control who can create, access, and manage eDiscovery cases in your organization. If your

69

organization has an Office 365 E5 subscription, you can also use eDiscovery cases to analyze search results by using O**ffice 365 Advanced eDiscovery**.

An eDiscovery case allows you to add members to a case, control what types of actions that specific case members can perform, place a hold on content locations relevant to a legal case, and associate multiple Content Searches with a single case. You can also export the results of any Content Search that is associated with a case or prepare search results for analysis in Advanced eDiscovery. eDiscovery cases are a good way to limit who has access to Content Searches and search results for a specific legal case in your organization

## Assign eDiscovery permissions

The primary eDiscovery-related role group in Security & Compliance Center is called **eDiscovery Manager**. There are two subgroups within this role group.

- **eDiscovery Managers**: An eDiscovery Manager can use the Content Search tool in the Security & Compliance Center to search content locations in the organization, and perform various search-related actions such as preview and export search results. Members can also create and manage eDiscovery cases, add and remove members to a case, create case holds, and run Content Searches associated with a case. An eDiscovery Managers can only access and manage the cases they create. They can't access or manage cases create by other eDiscovery Managers.
- **eDiscovery Administrators**: An eDiscovery Administrator is a member of the eDiscovery Manager role group, and can perform the same Content Search and case management-related tasks that an eDiscovery Manager can perform. Additionally, an eDiscovery Administrator can:
    - Access all cases that are listed on the **eDiscovery cases** page in the Security & Compliance Center.
    - Manage any eDiscovery case after they add themselves as a member of the case.
    - Perform administrative tasks in Advanced eDiscovery, such as setting up users, creating cases, and importing data. This is because a person who is an eDiscovery Administrator in the Security & Compliance Center is automatically added as an administrator in Advanced eDiscovery

## Scenarios

- **Reduce risk** of non-compliance due to time delays
- **Control increasing cost** of compliance processes: time, expenses, resources.
- **Effective management** of compliance processes.

## Resources

- eDiscovery in Office 365
- Assign eDiscovery permissions in the Office 365 Security & Compliance Center

- Limits for Search in the Office 365 Security & Compliance Center
- Run a Content Search in the Office 365 Security & Compliance Center
- Export search results from the Office 365 Security & Compliance Center
- Manage eDiscovery cases in the Office 365 Security & Compliance Center
- MSIT Showcase: Office 365 meets evolving eDiscovery challenges in a cloud-first world

## Customer Lockbox

Customer Lockbox ensures that no one at Microsoft can access customer content without the customer's explicit approval.

> *Customer Lockbox brings the customer into the approval workflow for access to customer content.*

For the purpose of maximizing data security and privacy for Office 365 customers, we have engineered the service to require nearly zero interaction with customer content by Microsoft employees.

> *Nearly all service operations performed by Microsoft are either fully automated so there is no human interaction, or the human involvement is abstracted away from Office 365 customer content.*

In the very rare instances someone may need access to customer content to resolve a customer issue. Today within Microsoft, **Lockbox** enforces access control through multiple levels of approval, providing just-in-time access with limited and time-bound authorization. In addition, all access control activities in the service are logged and audited.



**Customer Lockbox for Office 365**, provides unprecedented customer control over content residing in Office 365, so customers can be assured that their content will not be accessed by Microsoft employees without their explicit approval. It brings customers into the access approval loop, requiring the customer to provide explicit approval of access to their content by a Microsoft employee for service operations.



## How it Works

- Administrators in the customer's Office 365 environment are notified via email that there is a request for access.
- Office 365 Admin Center portal will also display requests that have been submitted to the customer for approval.
- Administrators in the customer's Office 365 environment can approve or reject Customer Lockbox requests.
- Microsoft can only proceed following approval of a Customer Lockbox request.
- If a customer rejects a Customer Lockbox request, no access to customer content will occur.
- If a user was experiencing a service issue that required Microsoft to access customer content in order to resolve (though such circumstances are expected to be extremely rare), then the service issue might simply persist. Microsoft would inform the customer of this outcome.
- Customer Lockbox requests have a default lifetime of 12 hours; after which they expire. Expired requests do not result in access to customer content.

## Resources

- Video: An Overview of Customer Lockbox in Office 365
- Announcing Customer Lockbox for Office 365
- Microsoft Mechanics: An Overview of Customer Lockbox in Office 365

## Advanced Threat Protection (ATP)

Advanced threat protection (ATP) in Exchange Online Protection (EOP) helps you **prevent zero-day malware attacks** in your email environment. ATP provides a way for your users access only links in emails or attachments to emails that are identified as not malicious.

If you already use EOP to help combat malware in your email messaging environment, adding ATP will provide more-effective protection than ever before against attacks propagated by unsafe links and unsafe attachments.



ATP complements existing EOP anti-malware scanning. Only those attachments that successfully pass anti-malware scanning are affected by your safe attachments or safe links policies.

## Features & Benefits

ATP for Exchange Online delivers the following benefits:

- **Protection against unknown malware and viruses**—Today EOP employs a robust and layered anti-virus protection powered with three different engines against known malware and viruses. ATP extends this protection through a feature called Safe Attachments, which protects against unknown malware and viruses, and provides better zero-day protection to safeguard your messaging system. All messages and attachments that don't have a known virus/malware signature are routed to a special hypervisor environment, where a behavior analysis is performed using a variety of machine learning and analysis techniques to detect malicious intent. If no suspicious activity is detected, the message is released for delivery to the mailbox.
- **Real time, time-of-click protection against malicious URLs**—EOP scans each message in transit in Office 365 and provides time of delivery protection, blocking any malicious hyperlinks in a message. But attackers sometimes try to hide malicious URLs with seemingly safe links that are redirected to unsafe sites by a forwarding service after the message has been received. ATP's Safe Links feature proactively protects your users if they click such a link. That protection remains every time they click the link, as malicious links are dynamically blocked while good links can be accessed.
- **Rich reporting and URL trace capabilities**—ATP also offers rich reporting and tracking capabilities, so you can gain critical insights into who is getting targeted in your organization and the category of attacks you are facing. Reporting and message tracing allows you to investigate messages that have been blocked due to an unknown virus or malware, while the URL trace capability allows you to track individual malicious links in the messages that have been clicked.

71

## Recent Improvements

- **New reports**—Get better insights to malware activity. Security admins will have a new reporting dashboard to see details of malware that Office 365 Advanced Threat Protection is analyzing.
- **Dynamic delivery**—Better performance and lower latency for emails with attachments. Users will see a placeholder while attachments are scanned in a sandbox environment. If deemed safe, attachments are re-inserted into the email. Dynamic Delivery is rolling out to customers now.

## Upcoming Improvements

- **URL detonation**—Deeper protection against malicious URLs. Not only do we check a list of malicious URLs when a user clicks on a link, but Office 365 will also perform real-time behavioral malware analysis in a sandbox environment to identify malicious links. URL reputation checks are part of Advanced Threat Protection today.
- **Intelligence sharing with** Windows Defender Advanced Threat Protection—Security admins will be able to see malware activity and relationships across Windows 10 and Office 365.
- **Broader protection**—Advanced Threat Protection will extend to include protection for SharePoint Online, Word, Excel, PowerPoint and OneDrive for Business.

## Scenarios

Advanced protection against unknown & sophisticated threats in end-user email, attachments & URLs.

- protect against unknown malware and viruses
- real time, time-of-click protection against malicious URLs
- rich reporting and URL trace capabilities

## Resources

- ATP safe attachments in Office 365
- Set up an ATP safe attachments policy in Office 365
- ATP safe links in Office 365
- Set up ATP safe links policies in Office 365
- View the reports for Advanced Threat Protection

# Advanced Security Management

**Advanced Security Management** in Office 365 gives you insights into suspicious activity in Office 365 so you can investigate situations that are potentially problematic and, if needed, take action to address security issues.

After you enable the feature, there are three ways in which you can use the service to help keep your organization safe:

- **alerts** that are triggered by anomalies or specific activities,

- **app discovery**, which provides information to help you understand and manage cloud app usage in your organization and
- **app permissions**, which give you control over third-party apps that connect to Office 365

## Threat detection

Advanced Security Management enables you to set up **anomaly detection policies**, so you can be alerted to potential breaches of your network. Anomaly detection works by **scanning user activities and evaluating their risk against over 70 different indicators**, including sign-in failures, administrator activity and inactive accounts. For example, you can be alerted to impossible travel scenarios, such as if a user signs in to the service to check their mail from New York and then two minutes later is downloading a document from SharePoint Online in Tokyo.

Advanced Security Management also leverages **behavioral analytics** as part of its anomaly detection to assess potentially risky user behavior. It does this by understanding how users typically interact with Office 365, spotting anomalies and giving the anomalous activity a risk score to help IT decide whether to take further action.

## Enhanced control

Advanced Security Management lets you set up **activity policies** that can track specific activities.

**Default activity policy templates that are included**

- **Administrative activity from a non-administrative IP address** Alert when an admin user performs an administrative activity from an IP address that is not included in a specific IP range category.
- **User logon from a non-categorized IP address** Alert when a user logs on from an IP address that is not included in a specific IP range category.
- **Mass download by a single user** Alert when a single user performs more than 30 downloads within 5 minutes.
- **Multiple failed user log on attempts to an app** Alert when a single user attempts to log on to a single app, and fails more than 10 times within 5 minutes.
- **Logon from a risky IP address** Alert when a user logs on from a risky IP address to your sanctioned services. The **Risky** IP category contains, by default, anonymous proxies and TOR exits point.

After reviewing an alert and investigating a user's activities, IT may deem that the behavior is risky and want to stop the user from doing anything else. This can be done directly from the alert. Some activities may be deemed so risky that IT may want to immediately suspend the account. To help with this, IT can configure the activity policy so that an account is **automatically suspended** if that risky activity takes place.

## Discovery and insights

Advanced Security Management also provides an **app discovery dashboard** that allows IT Pros to visualize your organization's usage of Office 365 and other productivity cloud services, so you can maximize investments in IT-approved solutions. With the ability to discover about 1,000 applications in categories like collaboration, cloud storage, webmail and others, IT can better determine the extent to which shadow IT is occurring in your organization. Advanced Security Management will also give you details about the top apps in each category. For example, you can see how much data is being sent to OneDrive for Business, Box, Dropbox and other cloud storage providers.

To load the data into the dashboard, all you have to do is take the logs from your network devices and upload them via an easy-to-use interface.

**App Permissions** provides information to IT about which applications in their network have access to Office 365 data, what permissions they have and which users granted these apps access to their Office 365 accounts.

Based on this information, IT admins can choose to approve the app or revoke its access to Office 365. If they choose to revoke permissions to the app, it will no longer be able to access the information for any of the users in the Office 365 tenant. App Permissions also makes it easy for IT admins to notify users who have installed the application that is going to be banned.

## Resources

- Blog post: Gain enhanced visibility and control with Office 365 Advanced Security Management
- Video: Introducing Advanced Security Management for Office 365
- Overview of Advanced Security Management in Office 365
- Get started with Advanced Security Management
- Create app discovery reports in Advanced Security Management
- Blog post: Enhanced control over third-party apps now available in Office 365

## Advanced eDiscovery

With Advanced eDiscovery, you can better understand your Office 365 data and reduce your eDiscovery costs. Advanced eDiscovery helps you analyze unstructured data within Office 365, perform more efficient document review, and make decisions to reduce data for eDiscovery. You can work with data stored in Exchange Online, SharePoint Online, OneDrive for Business, and Skype for Business. You can select groups, individual mailboxes and sites, and then analyze it with Advanced eDiscovery.

Advanced eDiscovery streamlines and speeds up the document review process by identifying redundant

information with features like Near-duplicates detection and Email Thread analysis. The Relevance feature applies predictive coding technology to identify relevant documents. Advanced eDiscovery learns from your tagging decisions on sample documents and applies statistical and self-learning techniques to calculate the relevance of each document in the data set. This enables you to focus on key documents, make quick yet informed decisions on case strategy, cull data, and prioritize review.

## Features

**More efficient document review**

- identifies redundant information with features like **Near-Duplicate Detection**, which provides information about how similar documents are to each other; and **Thread Analysis**, which identifies emails that contain other emails in a thread, allowing you to review just the unique emails rather than every single one.
- reduces document review costs significantly.
- when you export data, the near-duplicate and email thread metadata are available to be loaded into other eDiscovery tools.

**Reduce data for eDiscovery**

- offers a **Relevance** feature, which applies predictive coding technology to teach the system to identify relevant documents
- **learns** from your tagging decisions on sample documents, and the system **applies statistical and self-learning techniques** to calculate the relevance of each document in the data set.
- enables you to focus on key documents and make quick yet informed decisions on case strategy.
- by ranking documents by relevance, you can also precisely cull the data and prioritize review.

**Understand unstructured data**

- **Themes** and **Search** are powerful features for early case assessment and internal investigations that help you quickly map the collection and find key data points.
- Themes groups related documents, allowing you to identify topics of interest, drill down to discover more material, find similar documents, and intuitively explore your data set by following up on related themes.
- Search gives search capabilities such as wildcards, Boolean logic, conceptual search and term expansion.

## Setup and Use

Please refer to following articles to learn how to setup and use various modules and features:

- Quick setup for Advanced eDiscovery: Helps you to get started with Advanced eDiscovery.
- Running the Advanced eDiscovery Process module: Enables the preparation of files from specified data sources.

- Analyzing case data with Advanced eDiscovery: Allows identification and grouping of Near-duplicate files and hierarchically structured groups of Email Threads.
- Managing Advanced eDiscovery Relevance setup: Allows the definition of parameters for Relevance processing.
- Using the Advanced eDiscovery Relevance module: Identifies and ranks files by Relevance scores, which assists with early case assessment, document culling, and review.
- Exporting case data with Advanced eDiscovery: Enables the export of Advanced eDiscovery data and results for review.
- Running reports in Advanced eDiscovery: Enables the generation of .csv file output for the selected reports.
- Defining case and tenant settings in Advanced eDiscovery: Allows the definition of parameters at the case and tenant level.
- Using Advanced eDiscovery utilities: Enables the execution of defined Advanced eDiscovery utilities on case data.
- User roles and access in Advanced eDiscovery: Describes the access to features for each user role.

## Scenarios

> Simplifies the eDiscovery process across your email and document repositories

This **new machine learning & analytics** functionality improves existing eDiscovery by:

- Significantly **reducing** document review **costs**.
- **Speeding** up the document review **process**.
- Using core technology (Equivio) that has already achieved **broad acceptance** in the legal community.

## Resources

- Video: Office 365 Advanced eDiscovery
- Office 365 Advanced eDiscovery
- Analyze Office 365 data with Equivio Zoom
- MSIT Showcase: Office 365 meets evolving eDiscovery challenges in a cloud-first world

# Advanced Data Governance

**Advanced Data Governance** in Office 365 will help you manage the exploding volume and increasing complexity of corporate data. We're applying intelligence to help you achieve organizational compliance and automate data retention.

Use the **Data Governance features in the Office 365 Security & Compliance Center** to import data into your Office 365 organization, archive and retain content in email and documents, and create supervision policies to review internal and 3rd-party communications.

The following table describes the features that are available:

| Feature | Description |
|---------|-------------|
| Import | Import PST files to Exchange mailboxes. Then you can use the Intelligent Import feature to filter the items in PST files that actually get imported to the target mailboxes. This lets you trim the data that's imported by setting filters that control what data gets imported to Office 365. |
| Archive | Enable or disable a user's archive mailbox, which provide users with an alternate storage location for historical messaging data. The default archive policy that is assigned to mailboxes moves messages to the archive mailbox two years after the date a message is delivered to the mailbox. |
| Retention | Manage the lifecycle of email and documents by keeping the content you need and removing content after it's no longer required. While your organization may be required to retain content for a period of time. |
| Supervision | Define supervision policies that capture email and 3rd-party communications in your organization so they can be examined by internal or external reviewers. |

## Why import email data to Office 365?

- Importing PST files to user mailboxes is one way to migrate your organization's email to Office 365.
- You can use the Intelligent Import feature to filter the items in PST files that actually get imported to the target mailboxes. This lets you trim the data that's imported by setting filters that control what data gets imported.
- Importing email data to Office 365 helps address compliance needs of your organization by letting you:
  - Enable archive mailboxes and unlimited archiving to give users additional mailbox storage space.
  - Place mailboxes on Litigation Hold to retain content.
  - Use Microsoft eDiscovery tools to search for mailbox content.
  - Use Office 365 retention policies in the Security & Compliance Center to control how long mailbox content is retained, and then delete content after the retention period expires.
- Importing data to Office 365 helps protect against data loss. Email data that's imported to Office 365 inherits the high availability features of Exchange Online.
- Email data in Office 365 is available to users from all devices because it's stored in the cloud.

## Intelligent Import

Use the new **Intelligent Import** feature in the Office 365 Import service to filter the items in PST files that actually get imported to the target mailboxes. Here's how it works:

- After you create and submit a PST import job, PST files are uploaded to an Azure storage area in the Microsoft cloud.

74

- Office 365 analyzes the data in the PST files, in a safe and secure manner, by identifying the age of the mailbox items and the different message types included in the PST files.
- When the analysis is complete and the data is ready to import, you have the option to import all data in the PST files as is or trim the data that's imported by setting filters that control what data gets imported. For example, you can choose to:
    - Import only items of a certain age.
    - Import selected message types.
    - Exclude messages sent or received by specific people.
- After you configure the filter settings, Office 365 imports only the data that meets the filtering criteria to the target mailboxes specified in the import job.

The following graphic shows the Intelligent Import process, and highlights the tasks you perform and the tasks performed by Office 365.



## Retention Policies

For most organizations, the volume and complexity of their data is increasing daily – email, documents, instant messages, and more. Effectively managing or governing this information is important because you need to:

- **Comply proactively with industry regulations and internal policies** that require you to retain content for a minimum period of time – for example, the Sarbanes-Oxley Act might require you to retain certain types of content for seven years.
- **Reduce your risk in the event of litigation or a security breach** by permanently deleting old content that you're no longer required to keep.
- **Help your organization to share knowledge effectively and be more agile** by ensuring that your users work only with content that's current and relevant to them.

A retention policy in Office 365 can help you achieve all of these goals. Managing content commonly requires two actions:

- **Retaining** content so that it can't be permanently deleted before the end of the retention period.

- **Deleting** content permanently at the end of the retention period.

With a retention policy, you can:

- Decide proactively whether to retain content, delete content, or both – retain and then delete the content.
- Apply a single policy to the entire organization or just specific locations or users.
- Apply a policy to all content or just content meeting certain conditions, such as content containing specific keywords or specific types of sensitive information.

When content is subject to a retention policy, people can continue to edit and work with the content as if nothing's changed because the content is retained in place, in its original location. But if someone edits or deletes content that's subject to the policy, a copy is saved to a secure location where it's retained while the policy is in effect.

## Supervision Policies

Use supervision policies to capture employee communications for examination by internal or external reviewers.

Follow these steps to set up and use supervision in your Office 365 organization:

- Set up groups for Supervision. Determine who will have their communications reviewed and who will perform those reviews.
- Make Supervision available in your organization. Add yourself to the Supervisory Review role group so you can set up policies. Anyone who has this role assigned can access the **Supervision** page under **Data Governance** in the Security & Compliance Center.
- Set up a supervision policy. These policies define which communications are subject to review in your organization, and specifies who should perform reviews. Communications include email as well as 3rd-party platform communications (such as Facebook, Twitter, etc.)
- Use Outlook web app to review communications identified by a supervision policy. The Supervision add-in gives reviewers access to the supervision functionality right within Outlook web app so they can assess and categorize each item. Support for the desktop version of Outlook is *coming soon.*
- Run the supervision report. Use the supervision reports to see the review activity at the policy and reviewer level. For each policy, you can also view live statistics on the current state of review activity.

## Resources

- Data governance in the Office 365 Security & Compliance Center
- Overview of importing PST files to Office 365
- Filter data when importing PST files to Office 365
- Enable archive mailboxes in the Office 365 Security & Compliance Center
- Overview of retention policies
- Configure supervision policies for your organization

# Threat Intelligence

Office 365 hosts one of the largest enterprise email services and productivity suites in the world, and manages content created on millions of devices. In the course of protecting this information, Microsoft has built a vast repository of threat intelligence data, and the systems needed to spot patterns that correspond to attack behaviors and suspicious activity. **In Office 365, Threat Intelligence is a collection of these insights used in analyzing your tenant to help you find and eliminate threats, proactively.** Threat Intelligence appears as a set of tools and dashboards in the Office 365 Security and Compliance Center to understand and respond to threats.

Office 365 Threat Intelligence monitors signals from sources, such as user activity, authentication, email, compromised PCs, and security incidents. This data can be analyzed and displayed so that business decision makers and Office 365 Global, or Security, administrators can understand and respond to threats against their users and intellectual property.

- You can use the **Threat dashboard** to see threats that have already been handled, and as a handy tool for reporting out to business decision makers on what Threat Intelligence has already done to secure your business.
- If you are investigating or experiencing an attack against your Office 365 tenant, use the **Threat explorer** to analyze threats. Threat explorer shows you the volume of attacks over time, and you can analyze this data by threat families, attacker infrastructure, and more. You can also mark any suspicious email for the Incidents list.
- You can also mark suspicious emails you see in Threat explorer for further investigation, and manage response outcomes in the list of **Incidents**, a handy way to keep on-track during an attack.

## Threat Intelligence Dashboard

This dashboard is an excellent resource when you need a summary of threats against your Office 365 tenant. It features a color-coded chart of weekly threat detections, and graphs of malware trends and malware families detected, as well as security trends in the industry, and a helpful heat-map of attack origins for your specific tenant. This dashboard also shows Global and Security administrators a quick listing of top targeted users and recent alerts that you can click into for more information, among other helpful panels of information.



The dashboard is an excellent way for technical experts in security to report out to business decisions makers like Chief Executive Officers (CEOs), or Chief Technical Officers (CTOs).

The dashboard is also an entry to Threat explorer, and many of the links connect these two views of your threat intelligence. For example, the Threat investigation panel on Dashboard has links that drill down into Threat explorer:

- Show messages removed after delivery
- Find malicious messages sent to someone in your organization

This summary panel should be checked daily.

## Threat Explorer

When you open **Threat explorer** you'll find a color-coded graph that represents attacks that are targeted at your organization. The default view will show malware by threat family. This pane has a tabbed view of top malware families, an email list, and a map of email origins. It also shows you top targeted users.

**Note**: Optionally show either **All email**, or **Malware**, by sender domain, sender IP, protections status, or caught by technology. And, you can export the chart data and email list.



When you click on a specific top malware family (such as JS/Nemucod), you can see details about how that malware is impacting your organization and what the malware can do. Once its threat pane opens, you can look at the definition of the malware family. The view of each top threat shows the affected users (recipients, sender addresses, IP addresses, and

status), along with tabs for **Technical details**, **Global details**, and **Advanced analysis**.

## Incidents

Use Incidents to track phishing or malware campaigns aimed at your users and trigger remediation actions like deleting attachments, or moving email messages into a junk folder.

To create a new incident, search for messages you've identified as suspicious in the **All Email** view of Threat explorer. Once you've filtered the email down to those you want to track or remediate, use the **Add email to incident** button to create a new incident, or add those messages to an existing incident.

Once you've added messages to an incident, you can take a remediation action on those messages. From the **Incidents** page, select the incident that you created, and then, select your **mail submission**. In the submission dialog box, choose **Move to junk,** or **Delete attachments**. If you mistakenly move email messages to a junk folder, you can recover them by selecting **Move to inbox**.



You can track the progress of the remediation you started on the Action Logs tab.

## Threat Intelligence Feeds

The same data that powers the Threat intelligence dashboard and Threat explorer is available through the Security and Compliance Center, and Office 365 Management Activity API, too. The feeds contain:

- One record for every email that contains a threat targeted at your organization
- One record for every message removed by zero-hour auto-purge

You can find the documentation for Threat Intelligence Feeds here: Office 365 Management Activity API .

# SERVICES: INFRASTRUCTURE

## Azure Active Directory (AD)

Azure Active Directory (Azure AD) is Microsoft's multi-tenant cloud based directory and identity management service.

- **For IT Admins**, Azure AD provides an affordable, easy to use solution to give employees and business partners single sign-on (SSO) access to thousands of cloud SaaS Applications like Office365, Salesforce.com, DropBox, and Concur.
- **For application developers**, Azure AD lets you focus on building your application by making it fast and simple to integrate with a world class identity management solution used by millions of organizations around the world.

Azure AD also includes a full suite of identity management capabilities including multi-factor authentication, device registration, self-service password management, self-service group management, privileged account management, role based access control, application usage monitoring, rich auditing and security monitoring and alerting. These capabilities can help secure cloud based applications, streamline IT processes, cut costs and help ensure that corporate compliance goals are met.



All Microsoft Online business services rely on Azure Active Directory (Azure AD) for sign-in and other identity needs. If you subscribe to any of Microsoft Online business services (for example, Office 365 or Microsoft Azure), you get Azure AD with access to all of the **Free** features, described below.

To enhance your Azure Active Directory, you can add paid capabilities using the Azure Active Directory **Basic**, **Premium P1**, and **Premium P2** editions. Azure Active Directory paid editions are built on top of your existing free directory, providing enterprise class capabilities spanning self-service, enhanced monitoring, security reporting, Multi-Factor Authentication (MFA), and secure access for your mobile workforce.

## Comparing generally available features

**Common Features**

- Directory Objects
- User/Group Management (add/update/delete)/ User-based provisioning, Device registration
- Single Sign-On (SSO)

- Self-Service Password Change for cloud users
- Connect (Sync engine that extends on-premises directories to Azure Active Directory)
- Security / Usage Reports

**Basic Features**

- Group-based access management / provisioning
- Self-Service Password Reset for cloud users
- Company Branding (Logon Pages/Access Panel customization)
- Application Proxy
- SLA 99.9%

**Premium P1 Features**

- Self-Service Group and app Management/Self-Service application additions/Dynamic Groups
- Self-Service Password Reset/Change/Unlock with on-premises write-back
- Multi-Factor Authentication (Cloud and On-premises (MFA Server))
- MIM CAL + MIM Server
- Cloud App Discovery
- Connect Health
- Automatic password rollover for group accounts

**Premium P2 Features**

- Identity Protection
- Privileged Identity Management

**Azure Active Directory Join – Windows 10 only related features**

- Join a device to Azure AD, Desktop SSO, Microsoft Passport for Azure AD, Administrator Bitlocker recovery
- MDM auto-enrollment, Self-Service Bitlocker recovery, Additional local administrators to Windows 10 devices via Azure AD Join

## Resources

- What is Azure Active Directory?
- Fundamentals of Azure identity management
- Integrate your on-premises directories with Azure Active Directory
- Azure AD service limits and restrictions
- Frequently asked questions for Azure Active Directory Connect
- List of Tutorials on How to Integrate SaaS Apps with Azure Active Directory

## Office 365 identity and Azure AD

Office 365 uses the **cloud-based user authentication service Azure Active Directory** to manage users. You can choose from

three main identity models in Office 365 when you set up and manage user accounts:

- **Cloud identity**. Manage your user accounts in Office 365 only. No on-premises servers are required to manage users; it's all done in the cloud.



In this model, you create and manage users in the Office 365 admin center and store the accounts in Azure AD. Azure AD verifies the passwords. Azure AD is the cloud directory that is used by Office 365. No on-premises servers are required — Microsoft manages all that for you.

- **Synchronized identity**. Synchronize on-premises directory objects with Office 365 and manage your users on-premises. You can also synchronize passwords so that the users have the same password on-premises and in the cloud, but they will have to sign in again to use Office 365.



In this model, you manage the user identity in an on-premises server and synchronize the accounts and, optionally, passwords to the cloud. The user enters the same password on-premises as he or she does in the cloud, and at sign-in, the password is verified by Azure AD. This model uses a directory synchronization tool to synchronize the on-premises identity to Office 365.

- **Federated identity**. Synchronize on-premises directory objects with Office 365 and manage your users on-premises. The users have the same password on-premises and in the cloud, and they do not have to sign in again to use Office 365. This is often referred to as single sign-on.



This model requires a synchronized identity but with one change to that model: the user password is verified by the on-premises identity provider. This means that the password hash does not need to be synchronized to Azure AD. This model uses Active Directory Federation Services (AD FS) or a third-party identity provider.

It's important to carefully consider which identity model to use to get up and running. Think about time, existing complexity, and cost. These factors are different for every organization; Understanding Office 365 identity and Azure Active Directory topic reviews these key concepts for every identity model to help you choose the identity you want to use for your deployment.

**Related resources**:

- Azure AD Connect FAQ
- Prepare to provision users through directory synchronization to Office 365
- Fixing problems with directory synchronization for Office 365

## Office 365 Groups

Office 365 Groups is a service developed with collaboration in mind. It works with the Office 365 tools you use already so you can collaborate with your teammates when writing documents, creating spreadsheets, working on project plans, scheduling meetings, or sending email.

> The Ignite session - Discover Office 365 Groups—overview, administration and roadmap, presents a comprehensive overview and update on Office 365 Groups. We first discussed how group collaboration in the enterprise has evolved to be multi-faceted and how Office 365 addresses the unique needs and workstyle of different groups.

Groups in Office 365 let you choose a set of people that you wish to collaborate with and easily set up a collection of resources for those people to share. You don't have to worry about manually assigning permissions to all those resources because adding members to the group automatically gives

them the permissions they need to the tools your group provides.

Different teams may prefer to work different ways and Office 365 has the tools to enable collaboration in whatever form your teams prefer.

## Groups in Outlook

If you prefer the shared inbox mode of collaboration, then the groups experience in Outlook is for you. By creating a group in Outlook you'll get:

- Shared Inbox – For email conversations between your members. This inbox has an email address and can be set to accept messages from people outside the group and even outside your organization, much like a traditional distribution list
- Shared Calendar – For scheduling events related to the group
- SharePoint Document Library – A central place for the group to store and share files
- Shared OneNote Notebook – For gathering ideas, research, and information
- SharePoint Team Site – A central repository for information, links and content relating to your group
- Planner – For assigning and managing project tasks among your group members

You don't have to manually create any of those resources; creating the group automatically creates them for you and assigns the necessary permissions for your group members so they can start using them right away.

You can access these resources through the familiar Microsoft Outlook 2016 desktop client, via Outlook on the Web, via Outlook 2016 for Mac (shared inbox only), via Outlook mobile, or using our dedicated Outlook Groups mobile apps on iOS, Android or Windows Phone.

### Accessing Office 365 Connectors

Office 365 Connectors for Outlook Groups are available to any Office 365 Mail user. They are available by default when you navigate to any Group from Outlook on the web. Once you are in the Office 365 Mail app, navigate to any Group or create a new Group first and then select **Connectors** as shown in the screenshot.



## Groups and Microsoft Teams

The newest part of our collaboration story is Microsoft Teams. Microsoft Teams is the inner loop for your team – a **persistent chat board** where you can have informal, real-time, conversations around very focused topics or specific sub-groups within the group. Creating a Microsoft Team adds this persistent chat capability to the groups experience in Outlook.

### Accessing Office 365 Connectors

From Microsoft Teams, you can easily add and configure connectors for any channel, either from the channel context menu or in the channel header.



## Groups in Yammer

Yammer brings the enterprise social experience to your collaboration. It helps you make new connections and discoveries across your organization. It can help you communicate and discuss ideas company-wide or around common interest areas. By creating an Office 365 connected group in Yammer you'll get:

- Yammer Group – A common place to have conversations and share information
- SharePoint Document Library – A central place for the group to store and share files
- Shared OneNote Notebook – For gathering ideas, research, and information
- SharePoint Team Site – A central repository for information, links and content relating to your group
- Planner – For assigning and managing project tasks among your group members

You can access these tools through Yammer in your browser or using the Yammer app on your iOS, Android or Windows Phone device.

### Accessing Office 365 connectors

Connectors can post updates to groups from a wide variety of tools, such as news and social media sources such as Twitter and Bing News, HR systems like XYZ, and project management tools like Trello and Asana. Connectors will be available only in Office 365 connected Yammer groups.

To add and configure connectors for any Office 365 connected Yammer group, click **Add or Remove Apps**



## Restore a deleted Office 365 Group

If you've deleted an Office 365 group it's retained, by default, for a period of 30 days. The group, which we refer to as "soft-deleted" during that period, can be restored by using PowerShell.

You can also permanently delete a soft-deleted group if you can't wait the 30 days for the retention period to expire for the content to be permanently deleted.

IMPORTANT: If you use Remove-MsolGroup in PowerShell to delete a group, this will purge the group permanently. When deleting groups in PowerShell it's best practice to use Remove-AzureADMSGroup to soft-delete the O365 group.

Group content that can be restored includes:

- Azure Active Directory (AD) Office 365 Groups object, properties and members
- Group SMTP address
- Exchange Online shared inbox and calendar
- SharePoint Online team site and files
- OneNote notebook
- Planner

Additionally, if you have a connected Microsoft Team or Office 365 Connected Yammer group those can be restored as well.

## Resources

**Watch Videos** ...

- Introducing Office 365 Groups
- Office 365 Groups: Quick tour of new user and admin experiences

**Read** ...

- Learn about Office 365 groups
- Office 365 Reports in the admin center - Office 365 groups
- Actionable messages in Outlook, Office 365 Groups, and Microsoft Teams
- Use PowerShell to manage Office 365 Groups
- Connect your business-critical applications to Outlook and Groups
- Manage your SharePoint team site settings
- Delete a group
- Restore a deleted Office 365 Group

## Office 365 CDN

Office 365 Content Delivery Network (CDN) capability will enable you to host static assets, like images and JavaScript files in CDN for providing better performance with SharePoint pages. CDN will work effectively as a geo-distributed caching proxy, by caching the static assets closer to the browsers requesting them.

This CDN capability is included as a standard service as part of your Office 365 subscription. There are no additional costs involved on taking it into use. You'll need to explicitly enable CDN capabilities in your tenant using SharePoint Online Management PowerShell cmdlets.

## Office 365 Public CDN

Office 365 Public Content Delivery Network (CDN) capability in the Office 365 will enable you to **automatically host static assets**, like images and JavaScript files in CDN for **providing better performance** with SharePoint pages. CDN will work effectively as a geo-distributed caching proxy, by caching the static assets closer to the browsers requesting them.

Following picture defines the logical flow:



1. Administrator enables Office 365 Public CDN for the tenant using SharePoint Online Management Shell.
2. Static assets to be shared from CDN are uploaded to the SharePoint libraries, which are enabled as CDN origins.
3. Assets are being exposed from the configured libraries and folders and they can be accessed using CDN URLs.
4. URLs pointing to CDN location are available to be used in the SharePoint sites and in the customizations hosted from SharePoint.

Public CDN URLs for the assets are static and are not changed after the asset has been located to the CDN origin. You can either hard-code Public CDN URLs or leverage the Publishing Feature integration to get Auto-Rewriting to CDN URL.

## Office 365 Private CDN (Preview)

Following picture defines the logical flow with Office 365 Private CDN, which is now in preview status and available from tenants with first release status.



1. Administrator enables Office 365 Public CDN for the tenant using SharePoint Online Management Shell
2. Static assets to be shared from CDN are uploaded to the SharePoint libraries, which are enabled as CDN origins
3. Assets are available for being exposed through the CDN service when they are in the CDN origin for the Private CDN
4. When pages, with assets in the CDN origins, are being requested, SharePoint automatically rewrites the URLs point to the CDN URLs, so that client side browser is requesting these assets using CDN location
5. Assets being shared from the CDN origin must have a major version published and user access to these assets is being considered when the URL rewriting happens

The Private CDN URLs are dynamically generated by SharePoint Online. The Private CDN URL can only be generated if user has read permissions to the CDN origin (specifically the folder containing the asset).

## Resources

- Video: [Getting started with Office 365 CDN](#)
- [General availability of Office 365 CDN](#)
- [SharePoint Online PowerShell cmdlet documentation](#)

# DRIVING OFFICE 365 ADOPTION



**Set vision & identify business scenarios**   **Prioritize solutions & create an adoption plan**   **Commit resources & execute on adoption plan**   **Measure, share success, & iterate**

There are multiple strategies and possible paths to achieve a wide and impactful adoption of Office 365. Every Organization is unique in its own way so plan, try out, learn and innovate as you go along.

1) **Structured adoption process**. Go to Four steps towards successful adoption section
2) **Get quick wins**. Go to Getting Started Scenarios section
3) **Discover possibilities and get inspired**. Go to Productivity library section
4) **Think end-to-end transformation**.

## Four Steps Towards Successful Adoption

A successful Office 365 rollout focuses **on driving adoption and helping everyone understand the benefits of working in a new way**.

Driving adoption is about understanding the business challenges that you will address with solutions based out of Office 365. It is about ensuring that people across your organization understand the benefits and embrace the solutions you provide.

That's why we've created a four-step approach to help you successfully drive Office 365 adoption.

**1)   Define a vision and identify business scenarios**

One of the most important factors in driving Office 365 adoption is to define a clear, concise, and comprehensive vision and outline your desired business scenarios. A well-defined business vision and list of targeted business objectives will serve as your guiding light throughout your launch and rollout planning, and also help secure buy-in across your organization.

**2)   Prioritize solutions and create an adoption plan**

Once you've established your vision and have assessed your business challenges and opportunities, the next step is all about mapping the Office 365 capabilities to your targeted business goals and prioritizing the workloads that will help you get there.

**3)   Commit resources and execute an adoption plan**

Raising awareness is an essential step to driving Office 365 adoption as it informs, involves, and inspires your users about the business value that Office 365 can bring to their day-to-day. As you go about launching your messaging and events, remember to highlight the vision and business scenarios that you identified in the previous adoption stages so you can easily convey the "What's in it for me?"

**4)   Measure, share success, and iterate**

As you move through your adoption journey, it's important to continuously consolidate feedback, assess levels of success, and iterate on your approach through identifying new business scenarios, use cases, and audiences. After your organization-wide launch, measure how well Office 365 has been received and how usage relates back to the success criteria you established early on.

## Complete visioning exercise

**Host** a meeting with executives, key department stakeholders, project managers, and champions who understand overarching company goals.

**Discuss** the challenges and barriers that may be affecting workflows, and start to identify how new ways of working could make an impact.

**Consider these questions to drive the conversation:**

- What are the current collaboration and communications challenges within the organization?
- Why is the organization changing the way we work at this time?
- How does working in a new way support the organization's overarching mission, vision, and strategy?
- How will a more social and open way of working benefit the overall organization and employees personally?
- What does success look like following the adoption of this new way of working?

## Define your scenarios

**Host** a meeting to delve deeper into current challenges, strategies, and goals.

**Identify** the important business objectives and challenges, and start to recognize areas of opportunity to improve work processes.

**Consider these questions to drive the conversation:**

- What are some of the organization's challenges or pain points related to communication and collaboration?
- What are the main areas in which your organization would like to see improvement?
- What methods of communication and collaboration are typically better received by your organization than others?
- What is the process for drafting, distributing and sharing information?
- What are some of the factors that would help drive the business scenario forward?

## Prioritize solutions

It's important to start small and demonstrate quick value, so that you don't overwhelm your teams. We encourage you to take the following four parameters into consideration as you work to prioritize the solutions and define your step-by-step approach.

- **Complexity**: How complex or difficult is it to put the solution into place? Complexity could be due to technical, organizational, or cultural challenges.
- **Added Value**: How much value will this usage scenario deliver to employees?
- **Impact**: Will the usage scenario impact employees across the whole company or is it specific to a team or department?
- **Leadership Involvement**: For each usage scenario, estimate the amount of leadership support you are likely to receive.

## Drive awareness & excitement

> *"If people understand how it's going to help them they will be more motivated to learn it."*

To maximize results, use a variety of tactics:

- **Communications**: including internal announcements or newsletters, is critical to driving adoption, as it informs and inspires users about the new technology and helps create a natural "buzz" or excitement.
- **Engagement events**: such as parties, town hall meetings, contests, and giveaways, can help further momentum and encourage employees to start interacting with the new tools. Events should require users to interact with Office 365, so that they can experience the value first hand.
- **Training**: which can vary from classroom-style sessions to self-help getting started guides, is essential to ensure that employees understand how to actually use the new technologies to get their work done.

Keep in mind that the more communications, events and training sessions that you organize, the more likely your colleagues will engage with Office 365.

## Resources

FastTrack includes resources, tools, and experts to make your rollout of Office 365 a success. A successful Office 365 rollout focuses on driving adoption and helping everyone understand the benefits of working in a new way.

For an **end-to-end view of building and implementing a successful Office 365 rollout**, review the Office 365 Adoption Guide.

# Getting Started Scenarios

Once you've established your vision and have assessed your business challenges and opportunities, the next step is all about mapping the Office 365 capabilities to your targeted business goals and prioritizing the workloads that will help you get there. Refer to: Identify Scenarios, Office 365 Catalog, Identify scenario templates and Office 365 productivity training.

Select from the following key scenarios or build your own using the Productivity Library.

### Get it done from anywhere



People need consistent, fast experiences, regardless of their device. Find out how Office 365 enables you to get the job done from anywhere.

- **Me and my documents.** With familiar Office experiences on the devices you use most, you can create with confidence, stay productive, and act on inspiration anywhere, anytime. Video tutorial
- **Work together seamlessly.** Do your best work together with Office 365—wherever you like to work. Video tutorial

### Email and calendar on the go



Office 365 makes it easier than ever to manage your inbox. Coordinate meetings. Access synchronized contacts. Check your task list. And tackle your busy calendar. All so you can quickly deal with important matters on the go.

- **Unite your group.** With Outlook Groups, groups can work together using the rich capabilities of email without the fear of overloading their inboxes. Each Outlook Group is a dedicated workspace that contains the full history of conversations, files, and meetings accessible to all members. Video tutorial

### Collaborate on Content



Access the documents and information you need when you need them. SharePoint Online and OneDrive for Business empower teams to collaborate on documents, share reports with partners, and connect with colleagues and customers—from virtually any device.

- **Anywhere access and sharing for your files.** OneDrive for Business makes it easy to access your files—and share them

with colleagues—online and offline, at your desk or on the go. Video tutorial

- **Collaborate and publish team and project information.** Create SharePoint team sites to help people work together better, keep them connected to the information they need, and provide rich destinations that promote their work across the organization. Video tutorial

**Drive Value**. Make sure everyone gets the most out of your investment in Office 365. FastTrack resources can help you increase adoption by raising awareness about the value Office 365 can bring to people's day-to-day activities.

Talk to your **FastTrack Engineer** and refer to online resources here: FastTrack > Drive Value.

### Make meetings matter



Getting the right people working together can be a challenge in our on-the-go-world. Skype for Business makes it easier for people to meet and connect online, across locations and devices.

- **Communicate your way.** Get input without leaving your Office app. With Skype for Business integration, you can IM, screen-share, talk, or video-chat right from your document. Easily bring others into a conversation and share your desktop so you can make decisions in real time. Video tutorial
- **Complete meeting solution.** Skype for Business helps your team work together from any location, on virtually any devices—as if you were all in one room. Share your desktop, annotate your presentations with feedback, record a meeting for future reference, and capture it all with OneNote for reference after the meeting. Video tutorial

### Bring your organization together



Yammer helps your organization listen, adapt, and grow in new ways by working like a network. Its open community feed helps employees get answers to their questions faster.

- **Launch your Yammer network.** Using Yammer enables people to easily share ideas and work together across geographies, cultures, and functional groups. Yammer brings groups across a company together, making it possible to tap into the knowledge that exists within their organization and build on the work of others. Video tutorial

### Provide a chat-centered workspace



Workplace dynamics are changing and team collaboration has become a key part of getting work done. Today, employees work on two times more teams than they did just five years ago. Microsoft Teams is integrated with Office 365, so it gives the team a hub that brings together all of their chats, content, people, and tools.

- **Achieve more together.** Teams can be more effective when all the conversations, content, people, and tools live in just one hub. Plus, team chats, files, and notes are available to the entire team and can be referenced at any time, so everyone's up to speed. Video tutorial [en-US]
- **Connect your team.** Teams can communicate in whatever way works best in the moment: private chat with one or a group of people, chat with the entire team to tap into the group knowledge, or a call or video call for real-time collaboration. Video tutorial [en-US]

## Productivity Library

You can build your own scenarios using the Productivity Library available in FastTrack site. You can filter the scenarios by Roles, Industry and/or Products. To view a scenario, click on it.

**Sample scenario ...**

Educate distributed sales representatives from anywhere. Provide a way for distributed sales staff to attend training workshops and access product documentation from anywhere and on any device.

**Get started**

1. Easily schedule meetings accommodating multiple calendars
2. Make large group training virtual
3. Share training resources from a central location
4. Build a digital employee handbook
5. Engage in conversation with colleagues

**Case studies**

Telefonica calls on Office 365 and Yammer to power global workforce collaboration.

## Resources

**Watch Videos ...**

- Office 365 delivers social networking
- Office 365 delivers web conferencing

For Manufacturing

- Office 365 helps manufacturing organizations streamline supply chain
- Office 365 helps manufacturing organizations sell effectively as a team
- Office 365 helps manufacturing organizations speed M&A and onboarding
- Office 365 helps manufacturing organizations improve field service
- Office 365 helps manufacturing organizations ensure operational excellence
- Office 365 helps manufacturing organizations accelerate product innovation

For Hospitality

- Office 365 helps hospitality organizations open a new location
- Office 365 helps hospitality organizations deliver effective training

For Retail

- [Office 365 helps retail organizations deliver training effectively](#)
- [Office 365 helps retail organizations improve supplier relations](#)
- [Modern Workplace: The Evolution of Store Communications](#)

For Financial Services

- [Office 365 helps financial services organizations meet regulatory demands](#)
- [Office 365 helps financial services organizations improve sales](#)

For Professional Services

- [Office 365 helps professional services organizations streamline firm administration](#)
- [Office 365 helps professional services companies deliver excellent service](#)
- [Office 365 helps professional services organizations elevate employee talent](#)

## Office 365 Adoption content pack

Use the **Office 365 Adoption content pack** within Power BI to gain insights on how your organization is adopting the various services within Office 365 to communicate and collaborate. You can visualize and analyze Office 365 usage data, create custom reports and share the insights within your organization and gain insights into how specific regions or departments are utilizing Office 365.

The content pack gives you access to a pre-built dashboard that provides a cross-product view of the last 12 months and contains a number of sections. Each section provides you with specific usage insights. By clicking on the top level metrics, you can access more detailed reports. User specific information is available for the last month.



## Resources

- [Office 365 Adoption content pack](#)
- [Enable the Power BI adoption content pack for Office 365](#)
- [Working with the reports in the Office 365 adoption content pack](#)
- [Active user in Office 365 usage reports](#)
- [Troubleshoot Office 365 Adoption Content Pack](#)
- [Adoption content pack data model](#)
- [Customize the Office 365 Adoption Content Pack](#)

# OFFICE 365 APPLICATION DEVELOPMENT

## Microsoft Graph

You can use the Microsoft Graph API to interact with the data of millions of users in the Microsoft cloud. Use Microsoft Graph to build apps for organizations and consumers that connect to a wealth of resources, relationships, and intelligence, all through a single endpoint: https://graph.microsoft.com.

**What's in the graph?**

Microsoft Graph is made up of resources connected by relationships. For example, a user can be connected to a group through a memberOf relationship, and to another user through a manager relationship. Your app can traverse these relationships to access these connected resources and perform actions on them through the API.

You can also get valuable insights and intelligence about the data from Microsoft Graph. For example, you can get the popular files trending around a particular user, or get the most relevant people around a user.



**What can you do with Microsoft Graph?**

You can use Microsoft Graph to build experiences around the user's unique context to help them be more productive. Imagine an app that...

- Looks at your next meeting and helps you prepare for it by providing profile information for attendees, including their job titles and who they work with, as well as information on the latest documents and projects they're working on.
- Scans your calendar, and suggests the best times for the next team meeting.
- Fetches the latest sales projection chart from an Excel file in your OneDrive and lets you update the forecast in real time, all from your phone.
- Subscribes to changes in your calendar, sends you an alert when you're spending too much time in meetings, and provides recommendations for the ones you could miss or delegate based on how relevant the attendees are to you.
- Helps you sort out personal and work information on your phone; for example, by categorizing pictures that should go to your personal OneDrive and business receipts that should go to your OneDrive for Business.

**Featured scenarios for Microsoft Graph**

Check out some common and featured scenarios for working with the Microsoft Graph API.

| Operation |
| --- |
| GET my profile |
| GET my files |
| GET my photo |
| GET my mail |
| GET my high importance email |
| GET my calendar events |
| GET my manager |
| GET last user to modify file foo.txt |
| GET Office365 groups I'm member of |
| GET users in my organization |
| GET groups in my organization |
| GET people related to me |
| GET items trending around me |
| GET my notes |

Try out some more calls in the Graph Explorer, and use our quick start to get up and running fast. Learn more about how to use the API to build your first app.

## Get access tokens

To call Microsoft Graph, your app must acquire an access token from Azure Active Directory (Azure AD), Microsoft's cloud identity service. The access token contains information (or claims) about your app and the permissions it has for the resources and APIs available through Microsoft Graph.

**What is an access token and how do I use it?**

Access tokens issued by Azure AD are base 64 encoded JSON Web Tokens (JWT). They contain information (claims) that web APIs secured by Azure AD, like Microsoft Graph, use to validate the caller and to ensure that the caller has the proper permissions to perform the operation they're requesting. When calling Microsoft Graph, you can treat access tokens as opaque. You should always transmit access tokens over a secure channel, such as transport layer security (HTTPS).

To call Microsoft Graph, you attach the access token as a Bearer token to the Authorization header in an HTML request.

**What are Microsoft Graph permissions?**

Microsoft Graph exposes a rich set of granular permissions over the resources it controls. These permissions are expressed as strings and grant apps access to Microsoft Graph resources like users, groups, user mail, etc. For example:

- *User.Read* allows an app to read the profile of the signed-in user.
- *Mail.Send* allows an app to send mail on behalf of the signed-in user.

There are two types of permissions:

- **Delegated permissions** are used by apps that run with a user present. The user's privileges are delegated to the app which makes calls on behalf of the user to Microsoft Graph. Many of these permissions can be consented to by a user, but others require administrator consent.
- **Application permissions** are used by apps that run without a user. These often grant an app broad privileges within an organization and always require the consent of an administrator.

For a complete list of Microsoft Graph permissions, as well as the differences between Delegated and Application permissions, see the Permissions reference.

### What kind of apps can I call Microsoft Graph from?

You can call Microsoft Graph from the following kinds of apps:

- **Native apps**: Apps that run on a device such as a desktop, tablet, or mobile phone. These apps use the operating system (OS) native to the device like iOS, Android, or Windows for user presentation and to make calls to Microsoft Graph on behalf of a user.
- **Web apps**: Apps that run on a server and interact with the signed-in user through a user-agent, usually a web browser. Most of the presentation layer is handled on the server, and calls to Microsoft Graph are made from the server-side on behalf of a user.
- **Single Page Apps (SPA)**: Web apps with rich user experiences that handle much of the presentation layer through client-side scripting in the browser. Calls to Microsoft Graph are made from client-side script using technologies like AJAX and frameworks like Angular.js. Calls are made on behalf of a user.
- **Background Services/Daemons**: Background services and daemons that run on a server without the presence of a user and make calls to Microsoft Graph under their own identity.
- **Web APIs**: A client app calls a web API (secured by Azure AD), which then calls Microsoft Graph, all on behalf of a user. Supported by the Azure AD endpoint. For the Azure AD v2.0 endpoint, only supported if the client and the web API have the same Application Id; for example, a native app that calls a web API back end.

### How do I get my app talking to Azure AD and Microsoft Graph?

Before your app can get a token from Azure AD, it must be registered. For the Azure AD v2.0 endpoint, you use the Microsoft App Registration Portal to register your app. For the Azure AD endpoint, you use the Azure portal. Registration integrates your app with Azure AD and establishes the coordinates and identifiers that it uses to get tokens. These are:

- **Application Id**: A unique identifier assigned by Azure AD.

- **Redirect URI/URL**: One or more endpoints at which your app will receive responses from Azure AD. (For native and mobile apps this is a URI assigned by Azure AD.)
- **Application Secret**: A password or a public/private key pair that your app uses to authenticate with Azure AD. (Not needed for native or mobile apps.)

### Microsoft Graph Connect samples

Microsoft publishes Connect samples for Microsoft Graph for a wide variety of platforms, including: Android, AngularJS, ASP.NET, iOS (Obj-C and Swift), Node.JS, PHP, Python, Ruby, UWP, and Xamarin. You can use these samples to examine code that uses various authentication libraries to get tokens from Azure AD. Currently, most samples use third-party authentication libraries; however, the ASP.NET and UWP samples use Microsoft libraries.

- The Build your first app section contains detailed articles that show you how to create Connect apps using the Azure AD v2.0 endpoint, and covers the authentication libraries used on each platform. Available samples are listed by platform and authentication endpoint.
- To quickly get a running sample on your platform of choice, see Microsoft Graph Quick Start.
- Visit the Microsoft Graph repo on GitHub to see all the samples available for Microsoft Graph.

### Azure Active Directory samples and documentation

The Azure AD documentation contains articles and samples that specifically focus on authentication and authorization with Azure AD.

For the Azure AD v2.0 endpoint:

- The easiest place to start is in the Azure AD v2.0 endpoint documentation. This article contains links to overviews, protocol documentation and getting started articles for different platforms all organized by the type of app you're developing.
- For samples listed by client or server authentication library, see Azure Active Directory v2.0 Authentication Libraries.
- Or you can explore Azure AD samples by platform in the Azure Code gallery. Note: you cannot qualify your search by endpoint version.

For the Azure AD endpoint:

- The easiest place to start is in the Azure AD Developer's guide overview. This article contains links to overviews, protocol documentation, and getting started articles for different platforms organized by the type of app you're developing.
- For samples listed by client or server authentication library, see Azure Active Directory Authentication Libraries.
- For samples listed by app type and platform, see Azure Active Directory Code Samples.
- Or you can explore Azure AD samples by platform in the Azure Code gallery. Note: you cannot qualify your search by endpoint version.

## Use the Microsoft Graph API

To read from or write to a resource such as a user or an email message, you construct a request that looks like the following.

*https://graph.microsoft.com/{version}/{resource}?query-parameters*

The components of a request include:

- HTTP method - The HTTP method used on the request to Microsoft Graph.
- {version} - The version of the Microsoft Graph API your application is using.
- {resource} - The resource in Microsoft Graph that you're referencing.
- query-parameters - An optional set of parameters to modify the request or response.

**HTTP methods**

Microsoft Graph uses the HTTP method on your request to determine what your request is doing. The API supports the following methods.

| Method | Description |
|--------|-------------|
| GET | Read data from a resource. |
| POST | Create a new resource, or perform an action. |
| PATCH | Update a resource with new values. |
| PUT | Replace a resource with a new one. |
| DELETE | Remove a resource. |

**Version**

Microsoft Graph currently supports two versions: v1.0 and beta.

- **v1.0** includes generally available APIs. Use the v1.0 version for all production apps.
- **beta** includes APIs that are currently in preview. Because we might introduce breaking changes to our beta APIs, we recommend that you use the beta version only to test apps that are in development; do not use beta APIs in your production apps.

For more information about API versions, see Versioning and support.

**Resource**

Your URL will include the resource or resources you are interacting with in the request, such as me, users, groups, drives, and sites. Each of the top-level resources also include **relationships**, which you can use to access additional resources, like me/messages or me/drive. You can also interact with resources using **methods**; for example, to send an email, use me/sendMail.

**Query parameters (optional)**

You can use optional query parameters to customize the response in your Microsoft Graph app. Use query parameters to include more or fewer properties than the default response,

filter the response for items that match a custom query, or provide additional parameters for a method.

For example, adding the following filter parameter restricts the messages returned to only those with the emailAddress property of jon@contoso.com.

*https://graph.microsoft.com/v1.0/me/messages?filter=emailAddress eq 'jon@contoso.com'*

For more information about query parameters, see Customize responses.

## Working with Webhooks

The Microsoft Graph REST API uses a webhook mechanism to deliver notifications to clients. A client is a web service that configures its own URL to receive notifications. Client apps use notifications to update their state upon changes.

Using the Microsoft Graph REST API, an app can subscribe to changes on the following resources:

- Messages
- Events
- Contacts
- Group conversations
- Drive root items

After Microsoft Graph accepts the subscription request, it pushes notifications to the URL specified in the subscription. The app then takes action according to its business logic. For example, it fetches more data, updates cache and views, etc.

Apps should renew their subscriptions before they expire. They can also unsubscribe at any time to stop getting notifications.

See the following code samples on GitHub.

- Microsoft Graph Webhooks Sample for Node.js
- Microsoft Graph Webhooks Sample for ASP.NET

**Characteristics of subscriptions**

You can create subscriptions for resources such as messages, events, contacts, and drive root items.

You can create a subscription to a specific folder: https://graph.microsoft.com/v1.0/me/mailfolders('inbox')/messages or to a top-level resource https://graph.microsoft.com/v1.0/me/messages Or on a drive root item: https://graph.microsoft.com/v1.0/me/drive/root

Creating a subscription in most cases requires read scope to the resource. For example, to get notifications messages, your app needs the mail.read permission. Please note that currently the Files.ReadWrite permission is required for OneDrive Drive root items and drives associated with SharePoint sites require Files.ReadWrite.All.

## Beta Endpoints

The beta endpoint includes APIs that are currently in preview and are not yet generally available. Some of these are given below.

89

## Working with SharePoint sites

The SharePoint API in Microsoft Graph supports the following core scenarios:

- Access to SharePoint **sites**, **lists**, and **drives** (document libraries)
- Read-only support for **site** resources (no ability to create new sites)
- Read-write support for **lists**, **listItems**, and **driveItems**
- Address resources by SharePoint ID, URL, or relative path

The SharePoint API exposes three major resource types:

- Site *(top-level object)*
- List
- ListItem

## Working with Intune

The Intune Graph API enables access to Intune information programmatically for your tenant, and the API performs the same Intune operations as those available through the **Azure Portal**.

The following sections provide the reference documentation for the Intune Graph API and resources:

- Managed apps
- Company terms and conditions
- Enroll corporate-owned devices
- Device configuration
- Device managmement
- App protection
- Enroll devices for management
- Role-based access control
- Telecom expense management

## Work with Microsoft Teams

Microsoft Teams is built on Office 365 groups. You can use the group APIs with teams, with the following exception: currently, you can't use Create group to create a team.

The following beta APIs are specific to Microsoft Teams:

- List my teams
- Channels
- Chat threads
- Chat message.

## Work with Planner

The Office 365 Planner API enables you to create tasks and assign them to users in a group in Office 365.

Office 365 groups are the owners of the plans in the Planner API. When creating a new plan, make a group its owner by simply setting the owner property on a plan object. Plans must be owned by groups.

Plans are the containers of tasks. Tasks currently cannot be created without plans. Each task can be assigned to a user by adding an assignment in the assignments property on the task object.

Aside from task and plan data, the Planner API also provides resources to provide common visualization of data across clients.

## Get Office 365 Usage Reports

Represents an Office 365 usage report object. It is a stream, which will return a CSV file.

| Method |
|---|
| Get EmailAppUsage report |
| Get EmailActivity report |
| Get MailboxUsage report |
| Get Office365ActiveUsers report |
| Get Office365GroupsActivity report |
| Get Office365Activations report |
| Get OneDriveUsage report |
| Get OneDriveActivity report |
| Get SfbDeviceUsage report |
| Get SfbOrganizerActivity report |
| Get SfbP2PActivity report |
| Get SfbParticipantActivity report |
| Get SfbActivity report |
| Get SharePointSiteUsage report |
| Get SharePointActivity report |
| Get YammerDeviceUsage report |
| Get YammerActivity report |

## Resources

- Overview of Microsoft Graph
- Graph Explorer
- Code samples and SDKs
- Microsoft Graph beta endpoint reference

# SharePoint Online

## SharePoint Technologies

SharePoint features several key new technologies that support modern development tools and techniques. These include the SharePoint Framework for implementing client-side user experiences, webhooks and Flow for implementing processes, and Microsoft Graph APIs for accessing data.

## Building out the SharePoint user experience with the SharePoint Framework

The SharePoint Framework lets developers create fast, modern user experiences using client-side development techniques. Developers can create client-side web parts that complement the modern user experience of SharePoint. The SharePoint Framework is designed to make it easy for developers to bring

90

the frameworks and tools they prefer when building script-based applications.

- Video: Microsoft SharePoint Framework
- Learn more about the SharePoint Framework
- Build a SharePoint Framework web part

## Extend processes in SharePoint with Webhooks

SharePoint Webhooks bring common web developer extension patterns to SharePoint. Developers can use simple REST-based protocols to register for notifications on SharePoint lists and libraries, and use this to initiate document processes and approvals within their organization.

- Video: Microsoft SharePoint Webhooks
- Learn more about Webhooks
- Build a basic SharePoint Webhook

## Accessing SharePoint from anywhere with Microsoft Graph

Microsoft Graph is an expanding set of powerful APIs that developers can use to connect apps and services with many Microsoft products. Microsoft Graph features a wide array of SDKs that make it accessible from a variety of services and platforms, including iOS and Android.

SharePoint support in Microsoft Graph includes site and list APIs as well as deep file access via OneDrive APIs.

- Video: Access Microsoft SharePoint with the Microsoft Graph
- Learn more about Microsoft Graph
- Build a simple cross-platform Application

## Microsoft PowerApps and Microsoft Flow

Build simple, solid applications and processes quickly on SharePoint with PowerApps and Flow. Microsoft PowerApps lets end users and developers create applications with forms and custom user experiences using many different sources of data, including SharePoint. PowerApps are mobile-ready, and provide an easy way to collect data from your team, wherever they are and with whatever device they have. Microsoft Flow lets users create automated workflows between your favorite apps and services, with robust support for SharePoint.

- Learn more about Microsoft PowerApps
- Learn more about Microsoft Flow

## SharePoint Add-ins

Deploy manageable applications and extensions on SharePoint. SharePoint Add-ins provide a flexible infrastructure for deploying and managing customizations within a customers' SharePoint site. Site owners—usually a team leader or administrator—can discover and install add-ins published through the Office Store, or work with their administrator to deploy custom solutions on their own, all while retaining control over application permissions and access. Developers can frequently re-use existing content and applications and integrate them with SharePoint, or, if they choose, build new applications hosted on SharePoint.

- Learn more about SharePoint Add-ins
- Build a provider-hosted SharePoint add-in

## Customizations

Broadly, SharePoint customizations and developments fall into four broad categories.

### Site customizations

Update the branding and add functionality to team spaces, departmental sites, and corporate portals. Add tools and dashboards to make sites more relevant for the teams that use them.

To learn how to build site customizations, see our sections on site branding and add-ins, and how to build web parts using the SharePoint Framework.

### Tools and integrations

Extend the user interface of SharePoint to add more functionality and links to other applications. Build tools to work with content you have in SharePoint.

To learn how to build integrations, explore our client APIs and the SharePoint Add-in model.

### Processes

For many organizations, SharePoint is home to the core documents that are key to how an organization runs. Tailor processes around these documents to fit how teams work and function.

To learn more about building processes in SharePoint, see topics on workflow and learn about Microsoft Flow.

### Applications

Build business applications that solve team and departmental needs, such as resource tracking, customer lists, work management, and more, using the storage, presentation, and process capabilities of SharePoint.

To learn more about building applications on SharePoint, check out our section on Add-in Development.

## SharePoint Framework

*The SharePoint Framework is the next evolution in SharePoint development*

The **SharePoint Framework (SPFx)** is a page and web part model that provides full support for client-side SharePoint development, easy integration with SharePoint data, and support for open source tooling. With the SharePoint Framework, you can use modern web technologies and tools in your preferred development environment to build productive experiences and apps that are responsive and mobile-ready from day one.

Key features of the SharePoint Framework include:

91

- Runs in the context of the current user and connection in the browser. There are no iFrames.
- The controls are rendered in the normal page DOM.
- The controls are responsive and accessible by nature.
- Enables the developer to access the lifecycle - including, in addition to **render** - **load**, **serialize** and **deserialize**, **configuration changes**, and more.
- It's framework agnostic. You can use any browser framework that you like: React, Handlebars, Knockout, Angular, and more.
- The toolchain is based on common open source client development tools like **npm**, **TypeScript**, **Yeoman**, **webpack**, and **gulp**.
- Performance is reliable.
- End users can use SPFx client-side solutions that are approved by the tenant administrators (or their delegates) on all sites, including self-service team, group, or personal sites.
- Solutions can be deployed in both classic web part and publishing pages and modern pages.

The runtime model improves on the script editor web part. It includes a robust **client API**, an **HttpClient** object that handles authentication to SharePoint and Office 365, contextual information, easy property definition and configuration, and more.

Unlike other SharePoint development models available to date, the SharePoint Framework focuses on **client-side development** and is built on top of popular open source tools. One big benefit of this change is that developers on **any platform** can build SharePoint customizations.

If you work with C# and Visual Studio, or JavaScript, you might have to learn a little bit about client-side JavaScript development. Most of your knowledge is completely transferable. You'll use the same REST services or JavaScript Object Model (JSOM) depending on your requirements. The data model has not changed in any way.

### SharePoint Framework developer training

SharePoint Framework developer training consists of 7 modules that are individually broken down into smaller labs, including an overview of getting your environment set up, building your first web part, and working with different JavaScript frameworks. This is the module breakdown:

- Module 1: Getting Started with the SharePoint Framework
- Module 2: Deep Dive of the SharePoint Framework
- Module 3: Working with SharePoint Content
- Module 4: Deploying SharePoint Framework to Production
- Module 5: Working with the Property Pane
- Module 6: Using React and Office UI Fabric
- Module 7: Working with different JavaScript Frameworks and Libraries

Beyond working with SharePoint Framework, the Office Developer training repository also features improved developer training for SharePoint webhooks, as well as a number of deep-dives into SharePoint add-ins and SharePoint capabilities. You can explore the Office Developer training repository to get started.

### Resources

- SharePoint Framework developer training
- SharePoint Framework Toolchain
- SharePoint Framework (SPFx) enterprise guidance
- Team-based development on the SharePoint Framework
- Code samples
- SharePoint PnP Webcast
  - Introduction to Visual Studio Extension for SharePoint Framework
  - Common (mis)conceptions about SharePoint Framework

## SharePoint Add-ins

SharePoint Add-ins are self-contained extensions of SharePoint websites that you create, and that run without custom code on the SharePoint server. There are two basic kinds of SharePoint Add-ins — **SharePoint-hosted** and **Provider-hosted**.

Build SharePoint-hosted or provider-hosted add-ins to use remote web applications, surface remote data, offload business logic, access SharePoint list data, integrate with Office applications and services, make SharePoint a portal for other applications, and more.

| SharePoint-hosted | Provider-hosted |
|---|---|
| Centered around SharePoint components including lists, pages, Web Parts, workflows, libraries, and more. | Centered around a remote web application or data source. |
| Business logic is JavaScript on custom SharePoint pages. | Business logic is mainly remote server-side code. |
| No server-side code. | Can include SharePoint components. |

- All SharePoint Add-ins are to solve a well-defined business problem.
- Add-ins don't have custom code that runs on the SharePoint servers. Instead, all custom logic moves "up" to the cloud, or "down" to client computers, or "over" to an on-premises server that is outside the SharePoint Online subscription.
- Almost all major types of SharePoint components can be part of a SharePoint Add-in, including pages, lists, workflows, custom content types, list templates, Web Parts, and more.
- SharePoint Add-ins can fit into a SharePoint website in several ways: As an **immersive full-page** experience that can have the look and feel of a SharePoint page, as **part of a webpage**, using a special kind of control, called an add-in part, to surface an iframe element that contains the add-in OR, as **UI commands** that extend ribbons and menus by adding the add-in to list items, documents, and more.
- All SharePoint Add-ins that users install get a tile on the Site Contents page of the SharePoint website. Clicking the tile runs the add-in.
- A SharePoint Add-in is configured using an add-in manifest—an XML file that declares the add-in's basic properties, where it runs, and what SharePoint should do when the add-in starts.

## Using data in SharePoint Add-ins

In your add-in, you will frequently have to retrieve and manipulate SharePoint data, such as items in document libraries and lists, metadata, or user profiles. Similarly, you might have scenarios where you need to access external data in add-in. The model for SharePoint Add-ins provides multiple connectivity options and a rich set of APIs for accessing the data and services that reside on SharePoint and on external systems.

As you design add-in and plan for data access, you have to make two key decisions:

- Which connectivity option should I use?
- What APIs should I use for accessing the data I need?

The following figures summarize the different options that are provided by the model for SharePoint Add-ins.

**Options for using SharePoint data in your add-in**



You have to decide whether you want to authenticate and communicate to SharePoint by using (1) OAuth, or (2) the cross-domain library. Then, for the data access API, you must decide between (3) the client object model (JavaScript/.NET client object models), or (4) Representational State Transfer (REST).

Keep in mind that you can also access certain data using (5) remote event receivers, however, the main scenario for remote event receivers is remote code execution.

**Options for using external data in your add-in**



You have to decide whether you want to use (1) the web proxy, (2) external content types, or (3) the cross-domain library with a custom proxy page to authenticate and communicate with external services or systems. You can also use (4) the client object model (JavaScript/.NET client object models), or (5) Representational State Transfer (REST).

## Available data access APIs

The following API choices are available when you want to access SharePoint data from add-in:

- **Representational State Transfer (REST)**: For scenarios in which you need to access SharePoint entities from client technologies that do not use JavaScript and are not built on the .NET Framework platform, SharePoint provides an

implementation of a REST web service that uses the Open Data (OData) protocol to perform CRUDQ (Create, Read, Update, Delete, and Query) operations on SharePoint data.
- **.NET Framework client object model (.NET client OM):** Almost every class in the core site and list server-side object model has a corresponding class in the .NET Framework client object model. In addition, the .NET Framework client object model also exposes a full set of APIs for extending other features, including some SharePoint-level features such as ECM, taxonomy, user profiles, advanced search, analytics, BCS, and others.
- **JavaScript client object model (JSOM)**: SharePoint provides a JavaScript object model for use in either inline script or separate .js files. It includes all the same functionality as the .NET Framework client object model. The JSOM is a useful way of including custom SharePoint code in an add-in, especially in a SharePoint-hosted add-in, where custom server-side code is not allowed.

Keep track of the [Office Dev Blog](#) for updates in this area.

## Resources

**Microsoft Virtual Academy Courses** …

- [Getting Started with SharePoint Add-Ins](#)
- [Advanced SharePoint Add-in Development](#)

**Read** …

- [SharePoint Add-ins](#)
- [Get started creating SharePoint-hosted SharePoint Add-ins](#)
- [Get started creating provider-hosted SharePoint Add-ins](#)
- [Secure data access and client object models for SharePoint Add-ins](#)
- [Choose patterns for developing and hosting your SharePoint Add-in](#)
- [How to install add-in/app to SharePoint sites using CSOM](#)
- [New SharePoint CSOM version released for SharePoint Online - May 2017](#)

## The Modern experiences

SharePoint Online has started the gradual introduction of "modern" experiences cross the SharePoint service, which has a direct impact on the end user experience but also on the customization options that can be used.

> The SharePoint "modern" experiences are currently not available for SharePoint on-premises. They are planned to, step by step, become available for SharePoint 2016 as part of upcoming feature packs.

The modern experiences in SharePoint Online are:

- **Modern team sites**
- **Modern list and library experiences**
- **Modern site pages**

"Modern" experiences are gradually released in SharePoint Online and you can control how they are taken into use from tenant or site level. If you have a lot of existing important

customizations, you can defer taking new experiences into use until needed customizations scenarios can be enabled with them as well.

We recommend using the following process for adopting to the "modern" experiences, if you have existing customizations which are business critical for your deployment:

1. **Readiness**: Understand the "modern" experiences, know what features they offer but equally important understand what's features are not (yet) available
2. **Assess**: Assess to what extend your current customizations can work in the "modern" experience. Also assess which of your sites do have customizations or features that will not work in the "modern" experiences, these sites and their customizations should be updated or need to stay in "classic". However all other sites should work fine using the "modern" experiences.
3. **Solution planning**: Plan the needed work on both custom solutions as sites to prepare them to be used with the "modern" experiences
4. **Develop and test**: Apply the needed changes to your customizations and test them
5. **Deploy**: Roll out the updated changes to your SharePoint Online environment

Here are the key scenarios currently supported by the "modern" experiences.

| Customization | Introduction to options |
|---|---|
| Provisioning "modern" team sites | "Modern" team sites can be provisioned by an end user but you can also create these sites programmatically which is explained in detail in Provisioning modern team sites article. |
| Customizing "modern" team sites | "Modern" team sites are sites which bring a fresh new responsive user experience to SharePoint Online, showing relevant information on the home page. Typically these sites also have a corresponding Office 365 Group associated. Learn more about the customization options in Customizing modern team sites article. |
| Customizing "modern" lists and libraries | "Modern" lists and document libraries bring a better user experience which is faster, more intuitive and responsive. The Customizing modern lists and libraries article focuses on the extensibility options, such as user custom actions and branding, which are supported for the "modern" library and list experiences. |
| Customizing "modern" site pages | "Modern" team site pages are fast, easy to author and support rich multimedia content. And pages look great on any device, in a browser or from within the SharePoint mobile app. The Customizing modern site pages article focuses on the extensibility options there are in the "modern" page experience. |

Online resources to refer to are:

- Customizing the "modern" experiences in SharePoint Online
- Provisioning "modern" team sites programmatically
- Customizing "modern" team sites
- Customizing "modern" lists and libraries
- Customizing "modern" site pages

## SharePoint Webhooks

SharePoint webhooks enable developers to build applications that subscribe to receive notifications on specific events that occur in SharePoint. When an event is triggered, SharePoint sends an HTTP POST payload to the subscriber. Webhooks are easier to develop and consume than Windows Communication Foundation (WCF) services used by SharePoint add-in remote event receivers. This is because webhooks are regular HTTP services (web API).

Currently webhooks are only enabled for SharePoint list items. SharePoint list item webhooks cover the events corresponding to list item changes for a given SharePoint list or a document library. SharePoint webhooks provide a simple notification pipeline so your application can be aware of changes to a SharePoint list without polling the service.

For more information see SharePoint list webhooks and SharePoint webhooks sample reference implementation.

### Using Azure Functions

Azure functions offer an easy way to host your SharePoint webhooks: you can simply add your webhook C# or Javascript code via the browser and Azure will take care of the hosting and scaling of your function! The online guide - Using Azure Functions with SharePoint webhooks shows how to setup and use Azure Functions for your webhooks.

## Azure WebJobs

**Azure WebJobs** provide an easy way to run scripts or programs as background processes on App Service Web Apps. You can upload and run an executable file such as as cmd, bat, exe (.NET), ps1, sh, php, py, js and jar. These programs run as WebJobs on a schedule (cron) or continuously.

### Using Azure WebJobs

**Performing repetitive, scheduled, background processes**

In SharePoint Online, you cannot deploy farm solutions, which is how timer jobs were deployed on SharePoint on-premises. To implement similar timer job functionality in SharePoint Online, you need to run a console application as an Azure WebJob. The console application accesses SharePoint Online using the client-side object model (CSOM). Some examples:

- Site metadata collection – for example reports on current administrators, storage usage, etc.
- Replicate taxonomy structure changes from on-premises master metadata management system to Office 365

**Performing asynchronous operations**

Azure WebJob can be triggered immediately whenever there is a new message added to queue, not as a scheduled task. You can hook in your WebJob to either Azure queue storage or Azure service bus queues. Here's the key elements for providing us the asynchronous processing pattern.



1. User operates in the SharePoint and starts provider hosted app UI one way or another (full page, pop up, app part etc.)
2. Actual operations are performed in the provider hosted app side which is collecting needed parameters and other settings for the processing
3. Operation request is stored to Azure storage queue or Service bus for processing
4. Task is picked up automatically by continuously running WebJob with needed details and requested operation is applied

**Resources**

- Introduction to Azure WebJobs
- Azure WebJobs documentation resources
- Use Microsoft Azure WebJobs with Office 365
- Using Azure storage queues and WebJobs for async actions in Office 365
- Asynchronous operations with Azure storage queues and WebJobs
- How to Synchronize Terms across multiple term stores
- Getting Started with azure WebJobs ("timer jobs") for your Office 365 Sites
- PnP Web Cast - Asynchronous operations with Office 365 using Azure WebJobs
- PnP Add-In Transformation Training module 5: Using Remote Event Receivers and Remote Timer Jobs

# Office 365 Connectors

Office 365 Connectors are a great way to get useful information and content into your Office 365 Group. Any user can connect their group to services like Trello, Bing News, Twitter, etc., and get notified of the group's activity in that service.

Connectors fall into a variety of categories to suit every type of user and team, from the information worker focused on interests (Bing News, RSS) or productivity (Trello, Asana) to developer automation tools, (BuildKite), to email marketing services (MailChimp), and so on. You can hook multiple connectors to a group, and when you hook up one or more connectors, they're available to everyone in the group. No additional steps required!

## How connectors work

When you connect a tool or service to a group, everyone in the group can see the messages delivered by that service. For example, let's say your group wants to follow news reports about your company's new product that's hitting the market. You could add the Bing News connector to your group, configure it to send you links to topics of interest, and specify the frequency of delivery. When news headlines are sent to your group, everyone in the group will be able to read and respond to them.

Office 365 Connectors also provides a compelling extensibility solution for developers. Developers can build connectors through **incoming webhooks** to generate rich connector cards. Additionally, with the new "**Connect to Office 365**" button, developers can embed the button on their site and enable users to connect to Office 365 groups.

## Actionable Messages

Whether you are filling out a survey, approving an expense report, or updating a CRM sales opportunity, Actionable Messages enable you to take quick actions right from within Outlook and Teams. Developers can now embed actions in their emails or notifications, elevating user engagement with their services and increasing organizational productivity.

Office 365 provides two solutions to enhance productivity with Outlook Actionable Messages: **actionable messages via email**, and **actionable messages via Office 365 Connectors**.

### Sending actionable messages via email

To embed an actionable message card in an email message, we need to wrap the card in a **<script>** tag. The **<script>** tag is then inserted into the **<head>** of the email's HTML body.



For examples of sending messages, see the following.

- Send Actionable Message via the Microsoft Graph: A sample console app written in C# that sends an actionable message using the Microsoft Graph.
- Send Actionable Message via SMTP: A sample Python script that sends an actionable message using the Office 365 SMTP server.

95

## Sending actionable messages via Office 365 Connectors

Connectors use webhooks to create Connector Card messages within an Office 365 group. Developers can create these cards by sending an HTTP request with a simple JSON payload to an Office 365 group webhook address.



### Resources

- Video: Introducing Office 365 Connectors
- Get started with Office 365 Connector Cards
- Register your connector with the Office 365 Connectors developer dashboard
- Send an actionable message via email in Office 365
- Post an actionable message card to an Office 365 group
- Getting started with Connectors for Microsoft Teams

## Microsoft PowerApps

**Microsoft PowerApps** enables power users in line of business roles to easily build and deploy business apps. At the same time, **PowerApps** empowers IT organizations to catalyze business innovation by allowing business units to create apps, while maintaining control over data access and security.

The **Common Data Service**, included in **PowerApps**, is an out-of-the-box secure business database to improve operational efficiency offering a unified view of business data. **Common Data Service** provides App creators the flexibility to use standard business entities or custom entities to power their business apps.

To generate an app automatically, you just need to specify a data source. For step-by-step instructions, see Create an app to manage data in SharePoint. Even though the topic is designed for SharePoint, the same principles apply to other types of data sources.

### Customize an App

If the generated app doesn't meet your needs by default, you can customize it. You might, for example, want to show data in a different kind of UI element (known as a control).

For ideas about how to improve your app further, you can open a sample app to get a sense of what you can invent with some creativity and a bit of experience.

You can also build an app from a template. Each template is based on fictitious data in a cloud account, such as Dropbox, OneDrive, or Google Drive. Explore specific screens and controls to understand how they're configured, and experiment with customization to discover techniques that you can apply to your own apps.

## Create an app from scratch

You can create an app from scratch. By working from the ground up, you gain flexibility in app design, flow, and controls, and you can incorporate a larger variety of data sources.

For detailed explanations of some concepts you'll need, see these topics:

- formulas
- galleries and forms
- tables and records
- controls and their properties

## Features and Pricing

PowerApps is licensed on a per-user basis. Each user who accesses the service to create and run apps needs a license. Office 365 and Dynamics 365 customers can immediately benefit from the PowerApps and Microsoft Flow capabilities that these offerings include. Customers who want to build apps and flows that access data sources outside Office 365 and Dynamics 365, or need additional functionality, can purchase standalone subscriptions to PowerApps and Microsoft Flow. There are important differences in functionality between these groups of licenses.

| For Office 365 and Dynamics 365 | For business users | For app makers and admins |
|---|---|---|
| PowerApps for Office 365 and Dynamics 365 | PowerApps Plan 1 | PowerApps Plan 2 |
| • Create and run custom business apps<br>• Extend the capabilities of Office 365 and Dynamics 365<br>• Automate your workflows with Microsoft Flow | • Everything included with PowerApps for Office 365 and Dynamics 365<br>• Use apps that connect to an even wider range of data sources, with premium connectors<br>• Use apps built on the Common Data Service | • Everything included with Plan 1<br>• Model your data using the Common Data Service<br>• Create and manage instances of the Common Data Service<br>• Enterprise-grade administration of environments and user policies |

## PowerApps for Office 365 and Dynamics 365

PowerApps capabilities for Office 365 and Dynamics 365 enable users to create and run apps within the context of these services. **PowerApps licenses always include Microsoft Flow capabilities.** In addition to being included in PowerApps licenses, Microsoft Flow is also available as a standalone service.

PowerApps will be added to existing and new Office 365 subscriptions starting later in November 2016.

These Office 365 plans include PowerApps for Office 365:

- Office 365 Business Essentials
- Office 365 Business Premium
- Office 365 Enterprise E1
- Office 365 Enterprise E3
- Office 365 Enterprise E5

## Resources

- Introduction to PowerApps
- PowerApps Blog
- Choose the right plans for your team
- Licensing Overview
- Manage your connections
- Add a data connection in an app
- Microsoft Common Data Model preview available for PowerApps

**Useful Ignite sessions** ...

- Review business application platform roadmap, strategy and packaging
- Dive into PowerApps, building apps that mean business without writing code

## Microsoft Flow

Microsoft Flow is a *preview*, cloud-based, business-automation service with which you can build simple processes that make your business move more quickly and efficiently with less effort. You can connect to a broad range of services through easy-to-use templates and create your own processes that are tailored to your goals.

**Templates** are pre-built flows for popular and common scenarios. Using a template only requires you to have access to the services in the template and to fill out any required settings.

**Data sources**: Built-in data connectors to more than 50 services, including Office 365, Twitter, OneDrive, Dropbox, Google Drive, Slack, MailChimp, Facebook, Dynamics CRM, SharePoint, Salesforce, and SQL.

## Manage Connections

Connections in Microsoft Flow allow you to easily access your data while building flows. Flow includes commonly used connections, including SharePoint, SQL, Office 365, OneDrive for Business, Salesforce, Excel, Dropbox, Twitter, and more. Connections are shared with **Microsoft PowerApps**, so when you create a connection in PowerApps, it shows up in Microsoft Flow, and vice versa.

For example, you can use connections to:

- Update a list on a SharePoint site.
- Get Excel data from your OneDrive for Business or Dropbox account.
- Connect to Office 365 and send email.
- Create a Twitter connection to send a tweet.

You can create connections in Microsoft Flow in multiple scenarios, such as:

- Creating a flow from a template
- Creating a flow from blank or updating an existing flow
- Creating a connection in the Microsoft Flow portal

## Flow and Logic Apps

Microsoft Flow is a stand-alone SaaS Service that is designed for broad usage, including business users that want to automate day-to-day tasks.

Logic Apps is an Azure service available through the Azure Portal. It is targeted at IT Professionals that need to tackle more complex integration problems, it includes the great features available in Microsoft Flow, plus additional capability like integration with Azure Resource Manager and the Azure Portal, PowerShell and the Azure Command-Line Interface (Azure CLI), Visual Studio, more advanced connectors. Learn more about Logic apps.

## Flow creation now available from mobile phones

You can now easily create a flow from your phone (available both on our iOS and Android apps) by just a few simple clicks. Browse our rich template gallery, navigate through our services list, or select a various template category to drill into.

Also, if you're looking for a specific service or template, you can simply search the gallery by keyword, and get in no time a list of results focused to your needs.

Finally, after creating your flow, you can come back and edit or rename it directly from within the app, from the flow properties page.

View our app video, and check out our documentation that covers app concepts, from getting started to more advanced capabilities.

## Features and Pricing

Premium plans give you more runs, more checks, and access to services like MailChimp, Salesforce and many more.

| Flow Free | Flow for Office 365 and Flow for Dynamics 365 |
|---|---|

97

| | |
|---|---|
| • 750 runs per month<br>• Unlimited flow creation<br>• 15-minute checks | • 2,000 runs per month<br>• Unlimited flow creation<br>• 5-minute checks<br>• 99.9% SLA |

| Flow Plan 1 | Flow Plan 2 |
|---|---|
| • 4,500 runs per month<br>• Unlimited flow creation<br>• 3-minute checks<br>• Premium Services<br>• 99.9% SLA | • 15,000 runs per month<br>• Unlimited flow creation<br>• 1-minute checks<br>• Premium Services<br>• Org policy settings<br>• 99.9% SLA |

For more detailed information, refer to the Pricing page.

## Resources

- Microsoft Flow Blog
- Flow in your organization Q&A
- Create a flow from a template in Microsoft Flow
- Create a flow in Microsoft Flow
- Manage connections in Microsoft Flow
- Manage an on-premises data gateway
- YouTube Playlist: Microsoft Flow

**Useful Ignite sessions** ...

- Dive into the Microsoft Common Data Model
- Review business application platform roadmap, strategy and packaging
- Dive into Microsoft Flow, create automated workflows between your favorite apps and services

## Microsoft Teams Developer Platform

Microsoft Teams is a chat-based workspace in Office 365 that integrates with the apps and services teams use to get work done together. The Microsoft Teams Developer platform makes it easy for you to integrate your own service, whether you develop custom apps for your enterprise or SaaS applications for teams around the world.

For the best and most extensible option for adding your service into Teams, create a Microsoft Teams app. A Microsoft Teams app is a package of services that you host, that can be distributed through the Teams product or sideloaded by teams.

For quick one-off integration of your existing webhook, you can take advantage of our Custom Bot feature. This ad-hoc extensibility option allows you to simply set up webhooks / notifications in a specific team, with no additional coding required.

## Apps in Microsoft Teams

Apps in Microsoft Teams allow you to make your service available to users within Teams in contexts that make sense, all

through one Teams app package that users can acquire through our in-product app gallery, via the Office Store, or sideloaded directly by your team. Via this single package, your app can assist users:

- via multiple **app scopes**: such as in team channels or personally via the user's "app bar".
- via multiple **app capabilities**: such as bots in conversation or tabs in rich web views

Read: Learn more about app scopes and where you can surface your app



Here are the capabilities your app can leverage today. You can offer all of them in the team scope, and most of them in the personal scope.

## Tabs

Tabs allow team members to access your service on a dedicated canvas, within a channel or in user's personal app space. You can leverage your existing web app to create a great tab experience within Teams. Examples of tabs include dashboards and data visualization, documents, notes, task managers and design canvases. Read: Get started with tabs.

## Bots

Build and connect intelligent bots to interact with Microsoft Teams users naturally through chat. Bots can answer natural language questions and perform lightweight tasks such as querying bug information or kicking off a build. Any bot you've created using the Microsoft Bot Framework can easily be made to work in Microsoft Teams. Read: Get started with bots.

## Compose Extensions

Leverage the power of your web service to provide a quick and easy way for your users to insert your content into the chat stream. Read: Get started with compose extensions.

## Connectors

Office 365 Connectors are a great way to get useful information and content into Microsoft Teams. You can integrate your service by posting rich Connector cards into custom incoming webhooks. Read: Get started with connectors.

## Custom Bots

If you've integrated with outgoing webhooks or slash commands in other chat platforms, you can now easily bring those integrations over to Microsoft Teams via Custom Bots.

Custom bots are an easy way of extending your team with Teams interactivity without having to go through the full process of creating a bot via the Microsoft Bot Framework. You can use them for custom workflows and commands, such as kicking off a build or checking the latest set of livesite issues. With custom bots, too, you have effective way of ensuring your service is accessible only by authorized users, as the shared secret used by your custom bot will only be scoped to the team in which it has been added.

Read: Get started with custom bots. For sample code illustrating a custom bot, please see our sample located here.

## Office Add-ins

Build an add-in that lives inside Outlook, Excel, Word, PowerPoint, or Project to extend what you can do from right in the documents, across devices and platforms — like pulling content from the web, calling mapping services, locating news, translating text, and more.

### Office Add-ins platform overview

Office Add-in is a web application hosted in a web browser control or iframe running in the context of an Office host application that can interact with a user's documents or mail items. You can use Office Add-ins to extend and interact with:

- Documents or data - Word documents, Excel spreadsheets, PowerPoint presentations, Access browser-based databases, and Project schedules and views.
- Outlook mailbox items - Email messages, meeting requests, or appointments.

Add-ins can run in multiple environments, including Office desktop applications, Office Online in both desktop and mobile browsers, and a growing number of Office tablet and phone add-ins.

### Resources

**Microsoft Virtual Academy Courses** ...

- Getting Started with Office Add-Ins
- Advanced Office Add-in Development with Excel, Word, and PowerPoint

**Read** ...

- Office Add-ins platform overview
- Plan to develop Office Add-ins
- Create Office Add-ins with Napa with an Office 365 Developer Site
- Create and debug Office Add-ins in Visual Studio

- Understanding the JavaScript API for Office

## Office UI Fabric

Office UI Fabric is the official front-end framework for building experiences that fit seamlessly into Office and Office 365.

Icons



Typography



Brand Icons



Buttons



- New SharePoint experiences are built with Fabric and the SharePoint Framework comes with it baked in to make things simple. Learn more
- Fabric is the official UX design framework for Office Add-ins. With Fabric, add-ins blend seamlessly with Word, Excel, PowerPoint, and Outlook. Learn more

### Styles

The Fabric Core project includes all of the base styling that's used throughout Microsoft. You can get the core styling with Fabric React, Fabric JS, or just Fabric Core on its own. Fabric's components use the core styling.

### Components

Fabric's robust, up-to-date components are built with the React framework. Look through the component list to see the building blocks that are available using Fabric React.

Fabric's components help you get buttons, navigation, and more that look like Office quickly and easily. They also contain extra functionality that helps your app act like Office too.

Fabric comes in many flavors so you can choose the one that works for you. Check out Fabric JS, ngOfficeUIFabric, and Fabric iOS to learn more about each option.

## Resources

- What is Office UI Fabric?
- GitHub: Office UI Fabric
- Office UI Fabric: Resources
- Fabric tutorial

# Skype Developer Platform

The Skype Developer Platform enables **native integration of real-time presence, secure messaging, calling, and conference capabilities** within your web and mobile applications. Harness the power of our platform to embed interactive, multi-channel communications that enable greater productivity and collaboration.



**Embedded Engagement**

Embed live conversations in your website and apps by using our Web SDK and App SDK.



Harness the power of our platform to embed interactive, multi-channel communications that enable greater productivity and collaboration.

**Industry Solutions**

You can build more engaging industry solutions using the Skype User API, Web SDK and App SDK.



Check out our industry solutions in healthcare, financial services, retail, and customer service and get inspired.

**Social Connection**

Get people sharing and talking about your business with the friendly Skype Share and Contact Me buttons for instant calls and chats.



## Skype Web SDK

The Skype Developer Platform for Web ("Skype Web SDK") is a set of JavaScript Web APIs and HTML controls that enable you to build web experiences that seamlessly integrate a wide variety of real-time collaboration models leveraging Skype for Business services and the larger Skype network. It provides support for multiple core collaboration services like presence, chat, audio, and video, enabling web experiences across a broad spectrum of users, platforms, and devices.

## Unified Communications Web API 2.0

Microsoft Unified Communications Web API 2.0 is a REST API that exposes Skype for Business Online instant messaging (IM) and presence capabilities. UCWA 2.0 enables developers to make their enterprise applications and intranets more lively and connected to business contacts.

Key use cases enabled by this API include:

- Lighting up presence in business apps and intranets.
- Embedding IM experience in enterprise-specific Line of Business apps across platforms/browsers/devices (contextual communications), especially Windows 8, Apple iPad, and others.
- Enabling Web Chat - pro-active chat feature for e-commerce site, helpdesk, support, and other scenarios.

100

Although UCWA 2.0 is language-independent, developers can use any programming language from C/C++ to Java, and the API is fine-tuned for web developers who are familiar with ordinary web technologies such as HTTP, OAuth, JSON, and JavaScript.

## Resources

- Skype Developer Platform
- Skype Developer Platform – MSDN homepage
- Skype Web SDK
- Unified Communications Web API 2.0

## Office 365 Developer Patterns and Practices

The Office 365 Developer Patterns and Practices program provides samples and documentation to help you transition your development solutions from full-trust code to the app model. Start by reading Transforming your SharePoint customizations to add-in model - Resources.

You can use the code samples and guidance in the Office 365 Developer Patterns and Practices project to help you develop business solutions for your organization or your customers. The project includes code samples that show you how to use provider-hosted add-ins to address key scenarios, as well as other resources that illustrate best practices for add-in model development.

## Development Patterns and Solution Guidance

The Office 365 development patterns and practices solution guidance on MSDN provides samples and documentation to help you to implement typical customizations for Office 365 or for SharePoint Online based on your functional requirements.

| Read this content | If you want to... |
|---|---|
| Branding and site provisioning | Use SharePoint Add-ins to provision and manage site branding. |
| Customizing the "modern" experiences in SharePoint Online | Customization options with SharePoint Online "modern" experiences. |
| Building well performing SharePoint Online portals | be better prepared for launching well performing portals on SharePoint Online |
| Composite business add-ins | Use composite business apps to integrate your SharePoint solutions with your business processes and technologies. |
| ECM solutions | Perform common ECM tasks such as setting site policies, uploading files, synchronizing term groups ... |

| Read this content | If you want to... |
|---|---|
| Localization solutions | Localize your SharePoint site contents and UI text. |
| Search solutions | Find out about the SharePoint search architecture, search APIs, and search add-ins. |
| Security and Performance | improve security and performance of your SharePoint sites with OAuth, support for Germany, China and US Government environments, cross-domain images, elevated privileges, and external sharing. |
| SharePoint Add-In Recipes | Find a list of SharePoint add-in recipes. |
| Transform farm solutions to the SharePoint add-in model | Convert your farm solutions to the SharePoint add-in model. |
| Sandbox solution transformation guidance | Convert your sandbox solutions to add-in model or alternative solutions. |
| User Profile Solutions | Work with SharePoint user profile data. |
| Deploying your SharePoint add-ins | Shows how to deploy your SharePoint add-ins. |
| PnP remote provisioning | Provision your SharePoint Online site collections using features of the add-in model. |
| PnP remote timer job framework | Describes timer jobs which are background tasks that operate on your SharePoint sites. |

The GitHub repo - Office 365 Development Training Content houses all of the training content for Office 365 Development training courses.

**PnP weekly web casts** are quick videos recorded around key topics for the Office 365 and SharePoint add-in model development. These are around 30-45 min long recordings on different resources, guidance and other patterns and practices. View here: PnP YouTube channel.

**Office 365 Dev PnP releases** are done typically first Friday of each month. Details on monthly releases are covered in the monthly community calls. Download calendar invite (ics) to save the call details to your calendar.

## Resources

- PnP training package
- PnP_under_dev.office.com. One location for all the latest resources and announcements
- PnP GitHub. Main repository
- PnP MSDN pages and PnP Guidance Repository
- PnP Videos at Channel 9

# EXTEND MANAGEMENT AND SECURITY CAPABILITIES WITH EMS



Secure access          Mobile management          Advanced security

## Accelerate your digital transformation

**Office 365** is a powerful platform and a critical step in your organization's digital transformation. You can derive great business value from uncompromised productivity with cloud powered tools that give your users the freedom to work from anywhere, using any device. The fundamental **management and security capabilities** built into Office 365 are designed to give you control without disrupting the end user experience. As you deploy Office 365, you must extend these robust management and security capabilities to your broader digital ecosystem for a comprehensive and holistic security strategy.

With **Microsoft Enterprise Mobility + Security (EMS)**, you can use your Office 365 deployment to accelerate your organization's specific priorities at every stage of your digital transformation. EMS provides additional security for Office 365 and extends your capabilities to **securely deliver your broader portfolio of cloud-based or cloud aware apps** to any device and safeguard your critical corporate assets everywhere. Additionally, EMS **protects your overall app portfolio** and end-user computing infrastructure against threats **both on-premises and in the cloud**.

EMS provides strategic capabilities to help you realize digital transformation: secure access, mobile management, and advanced security.

## Secure Access

Part of the promise of digital transformation is an infrastructure that enables uncompromised productivity for your entire workforce. To that end, Office 365 provides secure, seamless access to its apps from any device and any location. But, Office Mobile apps won't be the only applications in your cloud app portfolio as you develop your cloud strategy and move more line-of-business apps to the cloud. As you continue to diversify your digital ecosystem, you'll need a comprehensive solution to manage and secure access for everything. **A single, unified identity for each user is critical**. Use EMS to **connect your current on-premises identity investments** to your SaaS and on-premises workloads and establish one identity for each of your users. With one identity, you can anchor security and productivity for your entire application portfolio.

## Start with single sign-on to Office 365 and all of your apps

Employees are more productive when they have just one username and password to remember. With Office 365, your users have the convenience of single sign-on to Office 365 experiences, facilitating a consistent and fluid user experience from any device. **EMS extends this capability to thousands of cloud and on-premises web apps**—all through a single, secure identity. To further support productivity, EMS provides self-service capabilities to end users, such as resetting forgotten passwords or requesting access to an application, which can significantly reduce demands on your IT helpdesk.

## Ensure you protect and manage privileged identities

Once you have established one, unified identity per user, managing the different privileges for your users is an important way to safeguard against potential vulnerabilities. With EMS, you gain **oversight and control over all levels of user privilege**. You can discover permanent administrators within your organization and use as-is, or enforce on-demand, just-in-time administrative access so that increased privileges are only available to certain users when needed. The EMS Security Wizard simplifies converting permanent administrators to eligible administrators to make on-demand privileges easier to manage and enforce. Audit reports and access reviews make it possible to determine who still needs administrative rights and EMS will alert you to idle roles so that you can reduce or eliminate unused privileges.

## Add risk-based conditional access informed by an expanded set of conditions

Office 365 includes conditional access based on device state, so that you can block users from accessing Office resources from vulnerable or compromised devices. EMS **expands your conditional access capabilities** to **provide more comprehensive control across multiple levels**: identity, device, application, and file. With EMS, you can define conditions for access that include:

### User

Assign multiple conditions (based on location, application, device, and risk levels) to all users or to multiple security groups. You can also specifically exclude groups from being affected by conditional access policies.

### Location

Define a set of trusted IP addresses to allow access only from them. If a user attempts to access corporate assets from an unknown network, set specific controls that either challenge the user with **multi-factor authentication (MFA)** or block access entirely. You can also apply policies to user groups.

### Application

Set policy that defines the conditions of access to an app based on the sensitivity you specify. For example, you can block access to an app from unknown locations, or require MFA, which you can require every time an app is accessed or base requirement on the location from which it's being accessed. These policies can be applied to any cloud (SaaS) or on-premises app protected by Azure Active Directory, including their rich, mobile, or browser-based clients.

### Risk

**Assess risk in real time**. Machine learning in the Microsoft Intelligent Security Graph leverages billions of signals daily, can **detect suspicious behavior**, and applies risk-based conditional access that protects your applications and critical company data in real time. As conditions change, controls are triggered that allow, block, or challenge users with multi-factor authentication, device enrollment, or password change.

## Mobile Management

Once you've enabled secure and managed access, the next step is to protect your data. Applications, such as your Office Mobile apps, are the most likely point of access to your corporate resources, acting as a sort of "front door" to your environment and its data. This makes application management a critical part of your security strategy—especially given the complexity of different user devices, apps, preferences, and behaviors. With EMS, you can manage data inside Office Mobile apps as well as your line-of-business and third-party apps. **Flexible solutions for mobile management** give you the control to decide exactly what happens to your data once it's been accessed.

## Protect apps with and without device enrollment

In addition to the complexity of your workforce, your circle of collaboration is extending beyond your own organization to include other business partners and contractors. The nuances of your mobile ecosystem may require flexibility when it comes to device and app management, and EMS gives you choices.

You can have full management of corporate-owned or user-owned devices through enrollment in **mobile device management (MDM) with EMS.** Once a device is enrolled, IT can define and enforce compliance with security policies, automatically deliver apps, set cut/copy/paste/save-as restrictions, jailbreak detection, PIN requirements, and remote-wipe protected data from any of your EMS-managed apps or devices.

In some situations, it's necessary to provide users with access to corporate resources from devices that aren't feasible or desirable to enroll in MDM. Managing application policies without MDM enrollment gives you—and your users— the flexibility to deploy Office Mobile apps on iOS, Android, and Windows devices **without requiring enrollment through EMS**. You may also be using a non-Microsoft MDM solution. In that case, you may choose to use your current MDM solution or forego MDM altogether and still protect access to Office 365 and your company data.

EMS application protection policies protect your data at the app level without requiring device enrollment. The security capabilities include app encryption at rest, app access control requiring a PIN or credentials, secure web browsing, and secure viewing of PDFs, images, and videos. Even without device enrollment, you can still define cut/copy/paste/save-as restrictions and apply app-level selective wipe when needed.

You'll have visibility and control over your line-of-business apps and an ever-growing collection of third-party apps that your users access from a variety of devices. EMS adds granular application management so that IT can deliver a perfect balance between productivity and protection to pave the way for secure collaboration.

## Extend Office 365 rights management for collaboration

Your users can apply persistent rights management protections to Office files through Office 365 so that data is protected when shared. **EMS extends persistent data protection** to any file type so that your users can collaborate safely within and outside of your organization.

To capture the greatest advantages of file-level protection, EMS includes automatic data classification based on sensitivity, preventing data vulnerabilities from inconsistencies in classification. You can define policies that automatically classify and label data at the time of creation or modification, based on source, context, and content itself.

## Manage collaboration with file tracking and revocation

For even more **visibility and control over internal and external collaboration**, you can monitor shared files and respond to potential leaks through EMS. IT and users can track shared files to monitor activity by authorized collaborators, revoke access if necessary, and revise classification. Your IT team can use powerful logging and reporting on shared files to monitor, analyze, and reason over data. With persistent information protection through EMS, you can empower secure collaboration for any file, on any device, anywhere.

## Advanced Security

Office 365 delivers anywhere, anytime, uncompromised productivity. Adding secure access and mobile management through EMS builds the framework to help you protect your organization both on-premises and in the cloud. EMS uses **managed and protected identity as the core of advanced security** that works to detect internal threats with cutting-edge behavioral analytics and anomaly detection technologies. Using EMS, you can uncover suspicious activity and pinpoint threats across your on-premises and cloud ecosystem.

### Advanced Threat Analytics

Using machine learning and event logs, **EMS identifies advanced persistent threats** on-premises and detects known malicious attacks almost as instantly as they occur. With clear and relevant information provided through a concise attack timeline, you can quickly focus on critical response actions.

## Extend Office 365 Advanced Security Management with Cloud App Security

Your Office 365 investment gives you a great foundation for securing your Office Mobile apps against cloud-based threats. To build comprehensive cloud application security that safeguards all your apps, EMS includes powerful visibility, threat detection, attack prevention, and deep discovery of shadow IT. You can monitor user behavior and data flow characteristics for detailed insight on how your users are working with cloud apps. **EMS cloud application security capabilities** also interface with your existing response mechanisms so that you can continue building on your current investments.

## Monitor, assess, and make decisions based on real-time risk estimates

With Office 365 and EMS, you can take a **more informed, agile, and comprehensive security posture** with respect to the complex and everchanging identity security landscape. Even the most sophisticated attacks leave behind traces that form detectable patterns. Every month Microsoft processes a tremendous volume of these signals. In addition, we **update more than 1 billion PCs, service more than 450 billion authentications, and analyze more than 200 billion emails** for malware and malicious websites.

Microsoft threat intelligence systems observe nearly every kind of attack and push the collected data directly into our **Microsoft Intelligent Security Graph**.

The Intelligent Security Graph pulls together telemetry and signals from the hundreds of cloud services that Microsoft operates, extensive and ongoing research that identifies emerging attack vectors and malware, as well as data from partnerships with industry leaders and law enforcement organizations.

We apply machine learning and data analytics to **identify anomalous and suspicious activities** that characterize advanced and persistent attacks. The graph makes it possible for Microsoft to deliver recommendations and automated actions to help prevent attacks and to counter them. We calculate and assign a risk level (low, medium or high), based on the gathered data, to every sign-in activity and user account. We also assign a risk score to possible configuration vulnerabilities, such us administrators with weak authentication options, or the absence of an initial MFA configuration for end users.

Through Office 365 and EMS, the Microsoft Intelligent Security Graph is part of your advanced security strategy.

## Resources

- eBook: Expand your Office 365 capabilities with Enterprise Mobility + Security
- Enterprise Mobility + Security
- Manage Identities
- Identity-driven Security
- Manage mobile productivity
- Information Protection

# Plan Office 365 Security & Information Protection

**Office 365** includes many security and information protection capabilities. Microsoft **Enterprise Mobility + Security (EMS)** includes additional capabilities for protecting data, identities, and devices with Office 365. EMS includes Microsoft Intune and Azure Active Directory Premium. It can be challenging for large organizations to determine which capabilities to implement and in what order. The Plan for Office 365 security and information protection capabilities article provides help.

## Deciding which capabilities to use

Our cybersecurity consulting team recommends taking a methodical approach to planning and implementing security and information protection features. If you don't already have an established approach, here is a recommended starting point.

**Step 1: Set information protection standards**

First, agree on a set of standards that can be applied across your organization. Here is an example of what this can look like.

| A | Establish information protection priorities | The first step of protecting information is identifying what to protect. Develop clear, simple, and well-communicated guidelines to identify, protect, and monitor the most important data assets anywhere they reside. |
|---|---|---|
| B | Set organization minimum standards | Establish minimum standards for devices and accounts accessing any data assets belonging to the organization. This can include device configuration compliance, device wipe, enterprise data protection capabilities, user authentication strength, and user identity. |
| C | Find and protect sensitive data | Identify and classify sensitive assets. Define the technologies and processes to automatically apply security controls. |
| D | Protect high value assets (HVAs) | Establish the strongest protection for assets that have a disproportionate impact on the organizations mission or profitability. Perform stringent analysis of HVA lifecycle and security dependencies, establish appropriate security controls and conditions. |

**Step 2: Classify data by sensitivity level**

Three levels is a good starting point if your organization doesn't already have defined standards.

**Step 3: Map service capabilities to data sensitivity levels**

Some information protection capabilities apply broadly and can be used to set a higher minimum standard for protecting all data. Other capabilities can be targeted to specific data sets for protecting sensitive data and HVAs.

This table includes an example of how capabilities can be mapped to data sensitivity levels. There are two examples for level 1 because the default service will meet this need for some organizations while others require greater protection.

| Level | Standard | Description |
|---|---|---|
| 1 | Data is encrypted and available only to authenticated users | This level of protection is provided by default for data stored in Office 365 services. Data is encrypted while it resides in the service and in transit between the service and client devices. For some organizations, this level of protection meets the minimum standard. |
| | Additional data and identity protection applied broadly | Capabilities such as multi-factor authentication (MFA), mobile device management, and Exchange Online Advanced Threat Protection increase protection and substantially raise the minimum standard for protecting devices, accounts, and data. Many organizations will require one or more of these |

| Level | Standard | Description |
|---|---|---|
| | | features to meet a minimum standard. |
| 2 | Sophisticated protection applied to specific data sets | Capabilities such as Azure Rights Management (RMS) and Data Loss Protection (DLP) across Office 365 can be used to enforce permissions and other policies that protect sensitive data. |
| 3 | Strongest protection and separation | You can achieve the highest levels of protection with capabilities such as Customer Lockbox for Office 365, eDiscovery features in Office 365, and SQL Server Always Encrypted for partner solutions that interact with Office 365. Use auditing features to ensure compliance to policies and prescribed configurations. Not all organizations require the highest level of protection. |

## Protecting data on devices

Many organizations start by implementing controls to protect data on devices. Office 365 includes some built-in capabilities. Intune and Azure Active Directory Premium include additional configurable capabilities for implementing conditional access and other access controls. For more information, see Controlling Access to Office 365 and Protecting Content on Devices.

This table summarizes the capabilities.

| | Office 365 | Intune |
|---|---|---|
| BYOD (not enrolled) | Basic multi-factor authentication capabilities for Office 365. | Enforce PIN and encryption requirements, as well as other policy settings, for applications accessing Office 365. Restrict actions like copy, cut, paste, and save as, to only apps managed by Intune. Enable secure web browsing using the Intune Managed Browser App. |
| Enrolled devices | Access control for Office 365 email and documents. Only mobile devices that are enrolled in MDM for Office 365 can access Exchange Online and SharePoint Online. | Configurable conditional access policies for Office 365 apply to SharePoint Online, OneDrive for Business, and Skype for Business. Configure secure access with certificates, |

| | Office 365 | Intune |
|---|---|---|
| | | Wi-Fi, VPN and email profiles. Keep managed computers secure by ensuring the latest patches and software updates are quickly installed. |

**Additional Azure Active Directory Premium capabilities**

Create access policies that evaluate the context of a user's login to make real-time decisions about which applications they should be allowed to access.

For example, you can require multi-factor authentication per application or only when users are not at work. Or you can block access to specific applications when users are not at work.

# MICROSOFT'S ENTERPRISE CLOUD ROADMAP

This section gives a high-level overview on what IT decision makers and architects need to know about Microsoft cloud solutions.

## Microsoft Cloud Services and Platform Options

### Microsoft SaaS Services



Taking advantage of productivity workloads provided in the cloud is a first step for many enterprise organizations.

- Get started quickly.
- Rich feature set is always up to date.
- Frees organizations to focus IT resources on strategic applications.
- Includes a Microsoft Azure Active Directory tenant for use with other Microsoft cloud services.

### Core Capabilities

**Office 365**

Enterprise cloud productivity and collaboration services

**Microsoft Dynamics CRM**

Enterprise cloud customer relationship management

**Microsoft Enterprise Mobility + Security (EMS)**

Keep your employees productive on their favorite apps and devices while protecting your company data and applications.
- Azure Active Directory Premium
- Intune
- Azure Information Protection

**Microsoft AppSource**

One destination for business users to discover, trial, and acquire line-of-business apps. Find the right app for your business by category, industry, or Microsoft product.

**Microsoft PowerBI**

Bring your data to life. PowerBI transforms your company's data into rich visuals for you to collect and organize.

**Microsoft Azure Internet of Things (IoT) Suite**

Connect your devices, analyze data, and integrate business systems. Transform your company when you uncover new business models and revenue streams.

**Microsoft Cortana Intelligence Suite**

A fully managed big data and advanced analytics suite to transform your data into intelligent action.

### Best for...

Deliver end-to-end intelligent business cloud productivity

- Start with the right fit for your business & grow at your own pace in the cloud.
- Empower employees with productivity tools surfaced in context of processes.
- Guide employees to optimal outcomes with intelligence embedded in processes.
- Stay nimble & adapt in real-time with flexible, extensible applications & platform

Enterprise-wide, private social networking:

- Share information across teams & projects
- Connect to the right people

Manage mobile devices, PCs, and applications from the cloud

Manage customer relationships, including sales, service, and marketing

## Microsoft Azure PaaS



Microsoft Azure PaaS is an open, flexible platform and a growing collection of integrated services that helps you move faster, do more, and save money. Use the Azure PaaS open and flexible platform to quickly build, deploy, and manage cloud-enabled applications across the global network of datacenters managed by Microsoft.

- Build modern applications and focus on functionality instead of infrastructure.
- Support for many programming languages including .Net, Java, PHP, Ruby, Node.js, Python, and more.
- Choice of frameworks including .Net, ExpressJS, Rails, Zend, and more.

### Core Capabilities

**Digital Marketing**

Connect with customers worldwide with digital campaigns that are personalized and scalable.

**Mobile**

Reach your customers everywhere, on every device, with a single mobile app build.

107

**Business Intelligence**

Drive better, faster decision making by analyzing your data for deeper insights.

**E-commerce**

Give customers a personalized, scalable, and secure shopping experience.

**Microservices Applications**

Deliver scalable, reliable applications faster to meet the changing demands of your customers.

**Big data and analytics**

Make the most informed decision possible by analyzing all of the data you need in real time.

**Data warehouse**

Handle exponential data growth without leaving security, scalability, or analytics behind.

**Remote monitoring with IoT**

Enhance your business' performance by monitoring devices, assets, and sensors in the cloud.

**Digital media**

Deliver high-quality videos to your customers anywhere, anytime, on any device.

**Disaster recovery**

Protect all your major IT systems while ensuring apps work when you need them most.

## Best for …

- Mobile applications
- Hybrid cloud storage with StorSimple
- Media streaming
- Big data solutions using HD Insights
- Machine learning and other advanced analytics scenarios
- B2B e-commerce
- Scalable web portals and sites
- Multichannel marketing
- E-commerce website
- Gaming apps
- Video archiving
- Internet of Things (IoT) solutions

## Microsoft Azure IaaS



Extend your IT infrastructure to the cloud by using Azure compute, storage, and networking features and resources. Choose your language, workload, and operating system.

- Combine Azure IaaS with Azure PaaS features as you move existing workloads to the cloud.
- Create, resize, and decommission virtual machines in minutes for dev and test scenarios.
- Reduce your on-premises servers and your overall datacenter costs.
- Plan, size, and scale your infrastructure to support your long-term cloud adoption plans.

Microsoft Azure IaaS includes network services and virtual machines. These services can be combined with any PaaS services. Manage your environment using the Azure portal, Azure PowerShell, or the Azure Command Line Interface (CLI).

**Virtual Network**

Provision and manage virtual networks in Azure and securely link to your on-premises IT infrastructure.

**ExpressRoute**

Connects on-premises infrastructure directly to the Microsoft network that contains Azure datacenters, without using the Internet.

**Virtual Machines**

Create new virtual machines or create and upload your own to create pre-configured virtual machines.

**Traffic Manager**

Load balance incoming global traffic across multiple services running in the same or different datacenters.

## Best for …

- Development and test environments
- Disaster recovery of on-premises solutions
- Big data solutions using HDInsight
- SAP solutions
- Application modernization to optimize IT operations and increase customer/employees experience
- SQL Server test, backup, and disaster recovery
- Power BI solutions
- Windows Server 2003 end of support migration
- Datacenter expansion or replacement

## Private cloud



Private cloud datacenters excel at hosting services that remain on-premises to support hybrid cloud solutions. Organizations that excel with private cloud IaaS capabilities can benefit from taking this approach with a broader portfolio.

- Deliver faster innovation with optimal control and security with new hybrid cloud capabilities that cut across infrastructure, applications, data, and users.
- Provides the benefits of IaaS but on your terms with dedicated resources, complete control, greater potential for customization, and greater datacenter efficiency.

**Microsoft Windows Server**

Brings our experience delivering global-scale cloud services into your infrastructure with features and enhancements in virtualization, management, storage, networking, virtual desktop infrastructure, access and information protection, and the web and application platform.

**Microsoft SQL Server**

Secure, scalable database platform that has everything built in, from advanced analytics to unparalleled in-memory performance. Gain real-time insights across your transactional and analytical data.

**Microsoft System Center**

A simplified datacenter management experience for complex, heterogeneous workloads. Comprehensive monitoring, hardware and virtual machine provisioning, rigorous automation, and configuration management that keeps you in control of your IT—whether on-premises, in the cloud, or across platforms.

**Microsoft Azure Stack**

A new hybrid cloud platform product that enables you to deliver Azure services from your own datacenter. Delivers true hybrid cloud agility. You decide where to keep your data and applications — in your own datacenter or with a hosting service provider.

**Microsoft Operations Management Suite (OMS)**

Gain visibility and control of your hybrid cloud with simplified operations management and security across. Support Windows and Linux running in Public, Private and Hybrid scenarios.

## Best for ...

- Running core network services to support hybrid cloud environments:
  - Windows Server Active Directory
  - Domain Name System (DNS)
  - Windows Server Update Services
  - Microsoft System Center 2012 R2 Configuration Manager
- Compliance with data sovereignty, privacy, and regulatory requirements
- Legacy applications
- Implementing a chargeback process based on consumption for business units in your organization
- Providing delegated authority and tools to implement a self-service model
- Constructing and spanning cloud environments across multiple datacenters, infrastructure, and service providers
- Write applications consistently and deploy anywhere

## Balance of Responsibilities

The balance of control and responsibility for managing solutions depends on the category of the service. The following chart summarizes the balance of responsibility for both Microsoft and the customer.



## Resources

- [Microsoft Cloud Services and Platform Options]

# Microsoft cloud storage options

The [Microsoft Cloud Storage for Enterprise Architects] document covers what IT architects need to know about storage options in Microsoft cloud services and platforms along with the reasons for using cloud storage and the key scenarios.

- **Move-in ready** cloud storage options that are bundled with existing services, which you can use immediately and with minimal configuration.
- **Some assembly required** storage options that you can use as a starting point for your storage solution with additional configuration or coding for a custom fit.
- **Build it from the ground up** with storage building blocks to create your own storage solution or storage for your apps from scratch.