APPENDIX
95



# Office 365
# Advanced Threat Protection

## The Challenge

As hackers around the globe launch increasingly sophisticated attacks, organizations are seeking tools that provide additional protection. Microsoft is pleased to offer customers security capabilities in Microsoft Office 365 with Advanced Threat Protection (ATP), an email filtering service that provides stronger protection against specific types of advanced threats.

## The Microsoft Approach

Office 365 ATP offers three core features to better secure your email:

1. Safe Attachments, which protects against unknown malware and viruses
2. Safe Links, which provides real-time, time-of-click protection against malicious URLs
3. Rich reporting and trace capabilities

## Safe Attachments

Safe Attachments is designed to detect malicious attachments before anti-virus signatures are available, and to provide better zero-day protection to safeguard your messaging system. All messages and attachments without a known virus/malware signature are routed to a special hypervisor environment, where a behavioral analysis is performed using a variety of machine-learning and analysis techniques to detect malicious intent. Safe Attachments then detonates attachments that are common carriers of malicious content, such as Office documents, PDFs, executable (EXE) files, and Flash files. If no suspicious activity is detected, the attachment is released for delivery to the mailbox.

## Safe Links

Safe Links is a feature that helps prevent users from going to malicious websites when they click them in email. Attackers sometimes try to hide malicious URLs within seemingly safe links, redirecting users to unsafe sites through a forwarding service after the message has been received. The ATP Safe Links feature proactively protects your users if they click such a link. That protection remains every time they click the link, so malicious links are dynamically blocked while good links remain accessible.

# Dynamic delivery of Safe Attachments

Dynamic Delivery eliminates email delays by sending the body of the email with a placeholder attachment, while the actual, suspicious attachment undergoes the Safe Attachments scan. Recipients can then read and respond to the message, having been notified that the original attachment is being analyzed. If the attachment is cleared, it replaces the placeholder; if not, the admin can filter out the unwanted and potentially malicious attachment.

# URL Detonation

URL Detonation provides deeper protection against malicious URLs. Not only does ATP check a list of malicious URLs when a user clicks on a link, but Office 365 ATP will also perform real-time behavioral malware analysis in a sandbox environment against malicious attachments at destination URLs. For example, if an email includes a link to a Word document on a web server, the document is downloaded into our sandbox environment and detonated as if it were an attachment.

# Rich reporting

Safe Attachments has two traffic reports which show aggregated data for a tenant by disposition (blocked, replaced etc.) and the file types. The report also shows detailed data (i.e. date, sender, recipient, ID, subject). Safe Links has advanced reporting features that make it easy to determine who has clicked through a malicious link to support faster remediation. The rich reporting URL trace capabilities provide critical insights into who is getting targeted in the organization and the category of attacks being faced. Reporting and message tracing enable investigation of messages that have been blocked due to unknown viruses or malware, while the URL trace capability enables tracking of individual malicious links in the messages that have been clicked.  Addtionally, ATP reporting will expand to provide analysis on why ATP flagged an email as a threat, identifiying threats caught by ATP which would have been missed without ATP (identifiying advanced threats specificially), and granular details on scan times for emails with attachments.  ATP reporting, will ultimately enable proactive email protection.

To learn more, visit
https://products.office.com/en-us/exchange/online-email-threat-protection

To add advanced threat protection to your subscription or learn more, contact <partner name and contact info>.





APPENDIX
96

https://docs.microsoft.com/en-us/microsoft-365/enterprise/microsoft-365-malware-and-ransomware-protection?view=o365-worldwide

09/21/2020

**Microsoft Ignite**
September 22–24, 2020 | Free digital event

Learn. Connect. Explore.

Register now →

Microsoft | Docs    Documentation    Learn    Q&A    Code Samples        🔍 Search        Sign in

Microsoft 365    Solutions and architecture ∨    Apps and services ∨    Training ∨    Resources ∨        Free Account

Microsoft 365 / Tenant / Plan / Service assurance / Data Resiliency / Malware and Ransomware Protection        🔖 Bookmark    💬 Feedback    ✎ Edit    ⤴ Share

**Version**

Microsoft 365 ▼

Filter by title

Microsoft 365 for enterprise documentation and resources

Microsoft 365 for enterprise overview

▽ Networking

▽ Tenant

Roadmap

▽ Plan

Subscriptions, licenses, accounts, and tenants

Plan for third-party SSL certificates

Setup guides

▷ Integration

Inter-tenant collaboration

Client app support

▷ Hybrid modern authentication

Plan your upgrade

▷ Tenant isolation in Microsoft 365

▽ Service assurance

Service assurance in the Security & Compliance Center

▷ Administrative Access Controls

▷ Auditing and Detection—of-service attacks

▷ Encryption in the Microsoft Cloud

▷ Deploy

▷ Multi-geo

▷ Move to a new Microsoft 365 datacenter geo

▷ Identity

▷ Client and server software

Security and compliance

▷ Cloud services

Windows 10

Microsoft 365 Apps for enterprise

▷ Deployment and update channel example configurations

▷ Device management

▷ Manage Microsoft 365 with PowerShell

▷ Test Lab Guides

▷ Contoso case study

Microsoft 365 service health status

Microsoft 365 compliance

Microsoft 365 security

Microsoft 365 architecture and solutions

▷ Enterprise Business Continuity Management (EBCM) with cloud services

Microsoft 365 for Business

# Malware and Ransomware Protection in Microsoft 365

09/02/2020 • 6 minutes to read • 👤 👥 👤

## Protecting Customer Data from Malware

Malware consists of viruses, spyware and other malicious software. Microsoft 365 includes protection mechanisms to prevent malware from being introduced into Microsoft 365 by a client or by a Microsoft 365 server. The use of anti-malware software is a principal mechanism for protection of Microsoft 365 assets from malicious software. The anti-malware software detects and prevents computer viruses, malware, rootkits, worms, and other malicious software from being introduced into any service endpoints. Both preventive and detective control over malicious software.

Each anti-malware solution in place tracks the version of the software and what signatures are running. The automatic download and application of signature updates at least daily from the vendor's virus definition site is centrally managed by the appropriate anti-malware tool for each service team.

The following functions are centrally managed by the appropriate anti-malware tool on each endpoint for each service team:

- Automatic scans of the environment
- Periodic scans of the file system (at least weekly)
- Real-time scans of files as they are downloaded, opened, or executed
- Automatic download and application of signature updates at least daily from the vendor's virus definition site
- Alerting, cleaning, and mitigation of detected malware

When anti-malware tools detect malware, they block the malware and generate an alert to Microsoft 365 service team personnel, Microsoft Security, and/or the security and compliance team of the Microsoft organization that operates our datacenters. The receiving personnel initiate the incident response process. Incidents are tracked and resolved, and post-mortem analysis is performed.

## Exchange Online Protection Against Malware

All email messages for Exchange Online travel through Exchange Online Protection (EOP), which quarantines and scans in real time all email and email attachments both entering and leaving the system for viruses and other malware. Administrators do not need to set up or maintain the filtering technologies; they are enabled by default. However, administrators can make company-specific filtering customizations using the Exchange admin center.

Using multiple anti-malware engines, EOP offers multilayered protection that's designed to catch all known malware. Messages transported through the service are scanned for malware (including viruses and spyware). If malware is detected, the message is deleted. Notifications may also be sent to senders or administrators when an infected message is deleted and not delivered. You can also choose to replace infected attachments with either default or custom messages that notify the recipients of the malware detection.

The following helps provide anti-malware protection:

- **Layered Defenses Against Malware** - Multiple anti-malware scan engines used in EOP help protect against both known and unknown threats. These engines include powerful heuristic detection to provide protection even during the early stages of a malware outbreak. This multi-engine approach has been shown to provide significantly more protection than using just one anti-malware engine.
- **Real-time Threat Response** - During some outbreaks, the anti-malware team may have enough information about a virus or other form of malware to write sophisticated policy rules that detect the threat even before a definition is available from any of the engines used by the service. These rules are published to the global network every 2 hours to provide your organization with an extra layer of protection against attacks.
- **Fast Anti-Malware Definition Deployment** - The anti-malware team maintains close relationships with partners who develop anti-malware engines. As a result, the service can receive and integrate malware definitions and patches before they are publicly released. Our connection with these partners often allows us to develop our own remedies as well. The service checks for updated definitions for all anti-malware engines every hour.

## Advanced Threat Protection

Advanced Threat Protection (ATP) is an email filtering service that provides additional protection against specific types of advanced threats, including malware and viruses. Exchange Online Protection currently uses a robust and layered anti-virus protection powered by multiple engines against known malware and viruses. ATP extends this protection through a feature called Safe Attachments, which protects against unknown malware and viruses, and provides better zero-day protection to safeguard your messaging system. All messages and attachments that don't have a known virus/malware signature are routed to a special hypervisor environment, where a behavior analysis is performed using a variety of machine learning and analysis techniques to detect malicious intent. If no suspicious activity is detected, the message is released for delivery to the mailbox.

Exchange Online Protection also scans each message in transit in Microsoft 365 and provides time of delivery protection, blocking any malicious hyperlinks in a message. Attackers sometimes try to hide malicious URLs with seemingly safe links that are redirected to unsafe sites by a forwarding service after the message has been received. Safe Links proactively protects your users if they click such a link. That protection remains every time they click the link, and malicious links are dynamically blocked while good links are accessible.

ATP also offers rich reporting and tracking capabilities, so you can gain critical insights into who is getting targeted in your organization and the category of attacks you are facing. Reporting and message tracing allows you to investigate messages that have been blocked due to an unknown virus or malware, while the URL trace capability allows you to track individual malicious links in the messages that have been clicked.

For more information about ATP, see Exchange Online Protection and Office 365 Advanced Threat Protection.

## SharePoint Online and OneDrive for Business Protection Against Ransomware

There are many forms of ransomware attacks, but one of the most common forms is where a malicious individual encrypts a user's important files and then demands something from the user, such as money or information, in exchange for the key to decrypt them. Ransomware attacks are on the rise, particularly those that encrypt files that are stored in the user's cloud storage. For more information about ransomware, see the Windows Defender Security Intelligence site.

Versioning helps to protect SharePoint Online lists and SharePoint Online and OneDrive for Business libraries from some, but not all, of these types of ransomware attacks. Versioning is enabled by default in OneDrive for Business and SharePoint Online. Since

**Is this page helpful?**

👍 Yes    👎 No

**In this article**

Protecting Customer Data from Malware

Exchange Online Protection Against Malware

Advanced Threat Protection

SharePoint Online and OneDrive for Business Protection Against Ransomware

SharePoint Online and OneDrive for Business Recycle Bins

Versioning is enabled in SharePoint Online site lists, you can look at earlier versions and recover them, if necessary. That enables you to recover versions of items that pre-date their encryption by the ransomware. Some organizations also retain multiple versions of items in their lists for legal reasons or audit purposes.

## SharePoint Online and OneDrive for Business Recycle Bins

SharePoint Online administrators can restore a deleted site collection by using the SharePoint Online admin center. SharePoint Online users have a Recycle Bin where deleted content is stored. They can access the Recycle Bin to recover deleted documents and lists, if they need to. Items in the Recycle Bin are retained for 93 days. The following data types are captured by the Recycle Bin:

- Site collections
- Sites
- Lists
- Libraries
- Folders
- List items
- Documents
- Web Part pages

Site customizations made through SharePoint Designer are not captured by the Recycle Bin. For more information, see Restore deleted items from the site collection recycle bin. See also, Restore a deleted site collection.

Versioning does not protect against ransomware attacks that copy files, encrypt them, and then delete the original files. However, end-users can leverage the Recycle Bin to recover OneDrive for Business files after a ransomware attack occurs.

## Feedback

Submit and view feedback for

This product ↗      ⌂ This page

⬇ Download PDF

⟳ View all page feedback ↗

APPENDIX
97

https://techcommunity.microsoft.com/t5/microsoft-defender-atp/hunting-tip-of-the-month-downloads-originating-from-email-links/ba-p/239594                                09/21/2020

**Microsoft**    Tech Community    Community Hubs ⌄    Events ⌄    Blogs    Microsoft Learn ⌄    Lounge    |    Search 🔍    Sign In 👤

Home  ›  Microsoft Security and Compliance  ›  Microsoft Defender ATP
›  Hunting tip of the month: Downloads originating from email links

Back to Blog    ‹ Newer Article    Older Article ›

 Tomer Alpert Microsoft                                                                08-29-2018 10:44 AM   ⌄

## Hunting tip of the month: Downloads originating from email links

In our July hunting tip, we shared a few advanced hunting queries based on browser download events and explained in depth where this data is from and what it means. In this August post, we are going to build on top of that and discuss more complex queries that join several noisy signals into stronger signals that you can use to hunt.

If you haven't tried advanced hunting yet, sign up for a free Windows Defender ATP trial and experience how fast and convenient it is to hunt for possible breach activities in your network.

### Step 1: Look for email links that result in browser downloads

Let's start by looking for downloaded files that originate from links sent via email. We could join two events by matching the email link URL with the download URL (*FileOriginUrl*).

```
let emailLinks =
    MiscEvents
    // Filter on link clicks from Outlook (do case insensitive match using =~)
    | where ActionType == "BrowserLaunchedToOpenUrl" and isnotempty(RemoteUrl) and InitiatingProcessFileName =~ "outlook.exe"
    | project ComputerName, MailLink=RemoteUrl;
FileCreationEvents
| where isnotempty(FileOriginUrl) and InitiatingProcessFileName in~ ("chrome.exe", "browser_broker.exe")
| project FileName, FileOriginUrl, FileOriginReferrerUrl, ComputerName, EventTime, SHA1
| join kind=inner (emailLinks) on ComputerName, $left.FileOriginUrl == $right.MailLink
| count
```

On a reasonably large tenant, we got 2,404 results. This is a decent number of results, though a reasonable one to start slicing and dicing. *But maybe there is something we have missed?*

### Step 2: Cover links to web pages

Our previous query returned only email links pointing directly to the downloads. More often than not, an email contains a link to a page, and from there the user clicks on the download link.
To cover such cases, we also check if the *FileOriginReferrerUrl* matches the email link. Let's take the previous query and modify the join to support a match on either the *FileOriginUrl* or *FileOriginReferrerUrl* column.

We take this line:

```
| join kind=inner (emailLinks) on ComputerName, $left.FileOriginUrl == $right.MailLink
```

And modify it as follows:

```
| join kind=inner (emailLinks) on ComputerName
| where FileOriginUrl == MailLink or FileOriginReferrerUrl == MailLink
```

Our results have grown by a factor of 10 to 22,293 rows. *But is that all?*

### Step 3: Consider Office 365 ATP Safe Links *time-of-click* verification

Office 365 ATP Safe Links stops phishing and other email threats by modifying original links on emails to a URL in *safelinks.protection.outlook.com*, with the original URL provided as a query parameter. After doing *time-of-click* verification of the original URL, Safe Links redirect users to that URL.

If you have Safe Links in your organization, the extra redirection layer may render our step 2 query ineffective. Users actually open the Safe Link, which then redirects to the original URL in the email. So, the URL reported in the *BrowserLaunchedToOpenUrl* event and the one reported as *FileOriginReferrerUrl* are not the same if any other redirection or browsing took place.

To address this limitation, we parse the original URLs from the Safe Links URLs and join the file creation events on both the unmodified link and the parsed link.

```
let emailLinks =
    MiscEvents
    | where ActionType == "BrowserLaunchedToOpenUrl" and isnotempty(RemoteUrl) and InitiatingProcessFileName =~ "outlook.exe"
    | extend IsOutlookSafeLink=(tostring(parse_url(RemoteUrl).Host) endswith "safelinks.protection.outlook.com")
    | project ComputerName, MailLink=RemoteUrl, MailLinkTime=EventTime,
      ParsedMailLink=iff(IsOutlookSafeLink, url_decode(tostring(parse_url(RemoteUrl)["Query Parameters"]["url"])), RemoteUrl);
FileCreationEvents
| where isnotempty(FileOriginUrl) and InitiatingProcessFileName in~ ("chrome.exe", "browser_broker.exe")
| project FileName, FileOriginUrl, FileOriginReferrerUrl, ComputerName, EventTime, SHA1
// join all downloads with all email links on the same machine
| join kind=inner (emailLinks) on ComputerName
// Filter results to get only downloads from relevant URLs
| where FileOriginUrl == MailLink or FileOriginReferrerUrl == MailLink or FileOriginUrl =~ ParsedMailLink
| count
```

We now get even more results: 28,455 rows. But, wait, there are still attacks we are missing.

### Step 4: A different approach – join by proximate time

The previously discussed queries are very accurate and work well when you know exactly what you are looking for. However, there are many attacks that these queries might miss. Specifically, if the attack scenario involves some more browsing, redirects, iframes, and other factors that can cause the mail link to not to match *FileOriginUrl* or *FileOriginReferrerUrl*.

One way to address this is to stop relying on URL matches. Instead, you can look for file downloads that occur shortly after an email links is opened.

In this example, we look for downloads that occur within three minutes after an email link is opened. This will obviously include some unrelated downloads that just happen to be close and, on the other hand, miss cases where there was a long period of time between the link being opened and the download occurring. Still, we recommend taking this approach when you are hunting for the unknown.

So, we take the query from step 3 and replace this line:

```
| where FileOriginUrl == MailLink or FileOriginReferrerUrl == MailLink or FileOriginReferrerUrl =~ ParsedMailLink
```

With this one:

```
| where (EventTime-MailLinkTime) between (0min..3min)
```

This new approach returns 44,120 potentially relevant download events. Now is a good time to start filtering the data and zooming in on the more interesting downloads. After all, the vast majority of downloads that start from an email link are benign, and we need some way to find the needle in the haystack.

## Step 5: Slice and dice

There are many ways to slice and dice this data, but a very sensible approach would be to count the number of matched downloads per each file extension:

```
| extend Extension=tolower(tostring(parse_path(FileName).Extension))
| summarize count() by Extension
```

In our data set, the most prominent file extensions were zip, docx, exe, msi and pdf. All of these extensions are used in attacks, but as they are so common it could be challenging to filter out the noise. Instead, we can focus on file extensions that are likely rare in your dataset, but are still often used for malicious purposes, such as *hta* or *js*.

As the next step, we suggest to add columns with the hosts used in the email link and the download URL, and to use the Filters pane in the UI to filter common and benign hosts or file names.

```
| extend MailHost=tostring(parse_url(ParsedMailLink).Host), FileOriginHost=tostring(parse_url(FileOriginUrl).Host)
```



Using this technique, you can very quickly review links that download files with rare extensions, but what shall we do with common ones, such as executables? DO NOT DESPAIR! We just need to find some other signal that we can use to find the bad guys.

## Step 6: Use SmartScreen warnings to filter the noise

A quick way to zoom in on suspicious downloads is to take Windows Defender SmartScreen warnings into consideration. SmartScreen warns the user when he runs an executable that has low or bad reputation. SmartScreen events are available in advanced hunting for machines running Windows 10 version 1703 and onwards.

```
// Query taken from: https://github.com/Microsoft/WindowsDefenderATP-Hunting-Queries/blob/master/Delivery/Email%20link%20...
// Query for SmartScreen warnings of unknown executed applications
let smartscreenAppWarning =
    MiscEvents
    | where ActionType == "SmartScreenAppWarning"
    | project WarnTime=EventTime, ComputerName, WarnedFileName=FileName, WarnedSHA1=SHA1, ActivityId=extractjson("$.ActivityId", AdditionalF
    // Select only warnings that the user has decided to ignore and has executed the app.
    | join kind=leftsemi (
        MiscEvents
        | where ActionType == "SmartScreenUserOverride"
        | project ComputerName, ActivityId=extractjson("$.ActivityId", AdditionalFields, typeof(string)))
      on ComputerName, ActivityId
    | project-away ActivityId;
// Query for links opened from outlook, that are close in time to a SmartScreen warning
let emailLinksNearSmartScreenWarnings =
    MiscEvents
    | where ActionType == "BrowserLaunchedToOpenUrl" and isnotempty(RemoteUrl) and InitiatingProcessFileName =~ "outlook.exe"
    | extend WasOutlookSafeLink=tostring(parse_url(RemoteUrl).Host) endswith "safelinks.protection.outlook.com"
    | project ComputerName, MailLinkTime=EventTime,
        MailLink=iff(WasOutlookSafeLink, url_decode(tostring(parse_url(RemoteUrl)["Query Parameters"]["url"])), RemoteUrl)
    | join kind=inner smartscreenAppWarning on ComputerName | where (WarnTime-MailLinkTime) between (0min..4min);
// Add the browser download event to tie in all the dots
FileCreationEvents
| where isnotempty(FileOriginUrl) and InitiatingProcessFileName in~ ("chrome.exe", "browser_broker.exe")
| project FileName, MailLink, FileOriginUrl, FileOriginReferrerUrl, ComputerName, EventTime, SHA1
| join kind=inner emailLinksNearSmartScreenWarnings on ComputerName
| where (EventTime-MailLinkTime) between (0min..3min) and (WarnTime-EventTime) between (0min..1min)
| project FileName, MailLink, FileOriginUrl, FileOriginReferrerUrl, WarnedFileName, ComputerName, SHA1, WarnedSHA1, EventTime
| distinct *
```

Now we are down to 286 results!!!

This still too many to manually review, but it is definitely a good start. We could then quickly slice-and-dice the data to exclude some common benign and internal sites, or combine other suspicious signals. Hopefully, you can explore these tweaks on your own and share your experiences with us.

## Hunting with SmartScreen warnings

In step 4, we query for SmartScreen warnings that are ignored by users who decide to run unknown/suspicious applications. This query in the advanced hunting GitHub repository shows more of the SmartScreen app warning events. For example, it lets you differentiate between files that are known to be malicious and files that have low reputation.

If the user ignores a SmartScreen warning for known malware, you should question his motives. However, it is legitimate for a user to ignore a warning for an unknown program. For example, many in-house applications used internally by organizations are unknown to SmartScreen.

SmartScreen also warns when browsing to sites with bad reputation. To hunt on such events, filter on the *SmartScreenUrlWarning* action type, as shown in this query.

## Test your users, raise awareness

Did you hear about the new attack simulator in Office 365? It makes it super easy to simulate a spear-phishing attack on your users, helping you identify vulnerable users and raise awareness.



Using advanced hunting on Windows Defender ATP, you can easily track the results of these simulated attacks, and see which users got phished and how deep have they fallen. You can easily tell which users have:

1. Opened the link from the email. See the queries above using *BrowserLaunchedToOpenUrl*.
2. Clicked on some links in the simulated page. Just point to a page hosted on a different IP address and, in your query, filter on *NetworkCommunicationEvents* involving that address.
3. Downloaded a file from the simulated hoax site. See the queries above using *FileCreationEvents*.
4. Ignored a SmartScreen warning. See this query on GitHub.
5. Enabled macros in a document. Include macro code that does something unique you can query on, such as network communication, process create, or file create.

Hope you have enjoyed this post. You're more than welcome to post questions or comments on this post, or to contribute new interesting queries to the GitHub repository.

So long, and thanks for all the phish. :smiling_face_with_smiling_eyes:

Tags:   Advanced hunting    Threat hunting

👍  5 Likes                                                                                                          ↗ Share

You must be a registered user to add a comment. If you've already registered, sign in. Otherwise, register and sign in.

Comment                                                                                                                ✕

What's New
Surface Pro X
Surface Laptop 3
Surface Pro 7
Windows 10 Apps
Office apps

Microsoft Store
Account profile
Download Center
Microsoft Store support
Returns
Order tracking
Store locations
Buy Online, pick up in store
In-store events

Education
Microsoft in education
Office for students
Office for schools
Deals for students & parents
Microsoft Azure in education

Enterprise
Azure
AppSource
Automotive
Government
Healthcare
Manufacturing
Financial Services
Retail

Developer
Microsoft Visual Studio
Window Dev Center
Developer Network
TechNet
Microsoft developer program
Channel 9
Office Dev Center
Microsoft Garage

Company
Careers
About Microsoft
Company news
Privacy at Microsoft
Investors
Diversity and inclusion
Accessibility
Security

🌐 English (United States)

Sitemap    Contact Microsoft    Privacy & cookies    Terms of use    Trademarks    Safety & eco    About our ads    © 2020 Microsoft

# APPENDIX
# 98



Microsoft | Tech Community   Community Hubs ▾   Events ▾   Blogs   Microsoft Learn ▾   Lounge                                    | Search 🔍   Sign In 👤

Home › Microsoft Security and Compliance › Microsoft Security and Compliance
› Microsoft Ignite Session Recap and Feature Updates for Office 365 Advanced Threat Protection

Back to Blog   ‹ Newer Article   Older Article ›

Debraj Ghosh Microsoft                                                          10-03-2017 08:03 AM   ⌄

# Microsoft Ignite Session Recap and Feature Updates for Office 365 Advanced Threat Protection

Last week at Microsoft Ignite, we made several announcements on new and exciting features that will be launching in Office 365 Advanced Threat Protection (ATP). As many organizations now are fully immersed in their digital transformation journey, we shared how ATP leverages threat signal from the Microsoft Intelligent Security Graph (figure 1). This signal is harnessed from over 1 billion windows devices, 18+ billion Bing web pages, 450 billion Azure user authentications, 200+ global cloud consumer and commercial services, and 400 billion *monthly* emails scanned in Office 365.

*Figure 1. Leveraging Threat Signal from the Microsoft Intelligent Security Graph*

By leveraging this threat signal, Office ATP announced an unprecedented 99.9% catch rate for malware. As we further tune our effectiveness for catching malware, we will continue to rely on our unmatched breadth and depth of signal provided by the Intelligent Security Graph. These detection capabilities with Office 365 ATP are being leveraged by our rapidly growing customer base. Office 365 ATP now serves more customers than *all other advanced security vendors combined* while serving three times as many end users as our nearest competitor.

*Office ATP vs. Competitors*

At Ignite we also did a deep dive on the different methods threat actors use to compromise end users in Office 365. Below, we summarize the variety and sophistication of threats that are seen and stopped on a daily basis within Office 365.

**Word doc with malicious macro**                    **Trojan delivered through Office 365**



**URL in email pointing
to a malicious Word doc**



**Malicious drive by link inside of a Word doc**



**Phishing link inside of a
PDF document sent in email**



**Anonymous sharing
from OneDrive for Business**



**Excel trojan shared via
SharePoint Online team site**



**PDF embedded drive
by link uploaded to Teams**

*Malware Types Launched at Office 365*

**ATP Feature Updates**

During our conference session, we demonstrated both existing and upcoming new features which will further expand the protection capabilities of ATP.

**Safe Links:** Many users have relied on the time of click protection of Safe Links to protect end users from sophisticated threats in the form of links in emails. Now Safe Links can be enabled for internal emails to protect users from malicious links being sent within the organization.  We also introduced enhancements to URL detonation to determine phishing links within several types of documents including PDFs.  URL detonation combines the file detonation technology of Safe Attachments with the time of click protection of Safe Links to flag malicious linked-to files in the body of emails. With enhanced URL detonation, ATP now extends protection to malicious links embedded in documents. To expand Safe Links coverage of potentially malicious links, we have enabled deeper integration with Windows 10, which will enhance ATP's anti-phish protection capabilities.  Later this year, we will enable Safe Links for Office Clients on both the iOS and Android platforms.  Additionally, the end user experience will also greatly improve in Safe Links as we will be rolling out Native Link Rendering in the coming weeks, which will allow users to see the original URL when they hover over a link.

**Safe Attachments:** Safe Attachments now shares data in real-time with endpoints protected by Windows Defender AV and Windows Defender ATP by leveraging the Microsoft Intelligent Security Graph. Detections on the end points are used to protect Office 365 and detections in Office 365 are used to protect endpoints.  This powerful integration between platforms will not only help protect users from attacks on corporate assets and email, but also from attacks through *personal* email or social media accounts.

We are also adding a new Document Preview feature which enables users to read the content of an attachment *while* it is being scanned.  Additionally, the user can interact with the preview document as they would with the real document having the ability to make edits or changes to the document.







Safe
Attachments

Security
Graph

WDAV + WDATP
Endpoint Protection

*Integration with WDAV/WDATP and Safe Attachments Document Preview*

**ATP Expanded Protection**

Earlier this year, we expanded ATP coverage to Office 365 Proplus Desktop Clients which offers ATP security for Word, Excel, PowerPoint, and Visio documents. During Ignite, we also announced the expansion of ATP for files stored in SharePoint Online, OneDrive For Business, and on Microsoft Teams. This protection across additional workloads includes:

- Securing the organization from malicious content using a combination or reputation filters, advanced machine learning, inspection and detonation capabilities
- Using smart heuristics to determine when to apply detonation
- Leveraging the power of shared signals across Office 365 workloads enabling deeper protection from malware and

This added protection will help secure organizations from scenarios such as file sharing from OneDrive For Business or SharePoint Online across mobile, and web and OneDrive syncs with client end points. This protection also extends to files in conversations, sent via email to channels or uploaded via Teams web, desktop and mobile clients. Our goal with Office 365 Advanced Threat Protection has always been to provide the most robust and comprehensive security for your Office 365 environment, and with ATP's expansion to these new workloads, we are even closer to our goal.





*ATP Protecting SharePoint Online*

**ATP Administrator Rich Reporting Updates**

Earlier this year, we launched features which enhanced the admin experience providing more control and visibility for Office 365 ATP including:

- Support for Quarantine of Malware and Phish messages to allow administrators to review and release any mails wrongly classified.
- Increased Safe links policy controls on Safe links to customize it for your organization.
- Created â€œThreat Protection Statusâ€ report to provides a comprehensive view of all malicious content detected across EOP and ATP features

During our Ignite session, we announced the following capabilities that will be launching soon and will further empower and help admins be even more efficient:

- Security Dashboard with cloud intelligence powered insights which will enable administrators to manage their EOP and ATP features from a single pane
- Increased visibility using near real time reports on malware and phish campaigns with advanced filtering capabilities.
- Visibility into user submitted messages so that administrators can understand and respond to new threats impacting their organization



*ATP Dashboard*

The full broadcast of last week's Ignite session can be seen here. If you are not already leveraging the capabilities of ATP, begin an Office 365 E5 trial to tyr it out, begin securing your organization with ATP today. As always, we would love to hear your feedback as we continue on our journey to ensure all our customers are protected from today's most advanced and sophisticated threats with Office 365 Advanced Threat Protection.

Tags: Advanced Threat Protection   ATP   Email Security   Exchange Online Protection   Office 365 Security   Security

👍 4 Likes

📤 Share

1 Comment

**Deleted** Not applicable                                      09-13-2018 03:16 PM

A few small typo's but still an amazing read with the new Ignite coming up! :)

👍 0 Likes

You must be a registered user to add a comment. If you've already registered, sign in. Otherwise, register and sign in.                    ✕

Comment

| What's New | Microsoft Store | Education | Enterprise | Developer | Company |
|---|---|---|---|---|---|
| Surface Pro X | Account profile | Microsoft in education | Azure | Microsoft Visual Studio | Careers |
| Surface Laptop 3 | Download Center | Office for students | AppSource | Window Dev Center | About Microsoft |
| Surface Pro 7 | Microsoft Store support | Office for schools | Automotive | Developer Network | Company news |
| Windows 10 Apps | Returns | Deals for students & parents | Government | Microsoft developer program | Privacy at Microsoft |
| Office apps | Order tracking | Microsoft Azure in education | Healthcare | Channel 9 | Investors |
| | Store locations | | Manufacturing | Office Dev Center | Diversity and inclusion |
| | Buy Online, pick up in store | | Financial Services | Microsoft Garage | Accessibility |
| | In-store events | | Retail | | Security |

🌐 English (United States)

Sitemap   Contact Microsoft   Privacy & cookies   Terms of use   Trademarks   Safety & eco   About our ads   © 2020 Microsoft

# APPENDIX
# 99



https://techcommunity.microsoft.com/t5/microsoft-security-and/enhanced-user-experience-for-office-365-advanced-threat/ba-p/211121                                                    09/21/2020

Home > Microsoft Security and Compliance > Microsoft Security and Compliance
> Enhanced User Experience for Office 365 Advanced Threat Protection

Back to Blog | ‹ Newer Article | Older Article ›

 **Debraj Ghosh** Microsoft                                                06-06-2018 01:47 AM

## Enhanced User Experience for Office 365 Advanced Threat Protection

With the kickoff of InfoSec Europe, we shared an update of our recent enhancements to Office 365 threat protection services.  Today, we discuss the significant enrichment to the end user experience in Office 365.  By empowering end users to make better decisions which help drive proactive protection, we offer an unique, powerful, and potentially best in class solution.  The features we showcase today provide end users greater information, enabling better decision making and ultimately greater security.

### Introducing Native Link Rendering

'Native Link Rendering' is now available for customers using Office Web Application (OWA).  Soon the feature will also be available for the Outlook client.  'Native Link Rendering' exposes the native link to a user to view, though we still wrap the *link in the back end for analysis.* Importantly, no other advanced security solution can provide this powerful and crucial feature. Native Link Rendering has been a top request from customers because it supports end user education by providing visibility to the original view of an URL.  Office 365 ATP's Safe Links 'time-of-click-protection' protects users from clicking through to a malicious site.  To do so, Safe Links wraps the link at the time of click, obfuscating the native URL which reduces users' ability to learn what a potentially malicious URL may look like. Customers educating end users on indicators of a malicious link, require the display of native links since wrapped links prevent the ability to train users.  'Native Link Rendering' lets users see the original link.  It is an unique and critical feature serving to empower our customer's users to become more aware, sophisticated, and proactive in preventing themselves from being compromised by malicious links.  Microsoft believes education and awareness is a foundational element for holistic security and Native Link Rendering serves to both educate and raise user awareness on cyberthreats.



*Figure 1. Native Link Rendering Feature showing the original URL in the hover window*

### Enhanced Safe Links Warning Pages

The end user experience is further enhanced with new Safe Links warning pages.  The new warning pages provide granular details on why a warning is generated.  The pages range from notifying the user that a link is still being scanned, to a generic error warning.



*Figure 2. Summary of New Safe Links Warning Pages*

With this greater detail, users have better information on why a link was flagged, facilitating user understanding of *when and why* threats are blocked.  Ultimately, a more informed user base can make better decisions and can better protect themselves from threats.  We are excited to help your end users heighten their awareness and improve on their knowledge of potential threats.

### Send Us Your Feedback

Your valuable feedback enables us to continue improving and adding features that support the goal of making Office 365 more secure.  We encourage you to begin a free Office 365 E5 trial today and begin further enhancing your security for Office 365 today.

Tags: Advanced Threat Protect | cyberthreat | Email Security | phish | protection | Remediation | Threat Education



9 Likes

2 Comments

2K... Jetboy2K Occasional Visitor                                                06-27-2018 07:46 AM

While it's helpful to indicate when warnings are needed, it would also be helpful to show users what message they receive when a link is identified as safe (assuming they do receive a message in such instances).

👍 0 Likes

LowellP Senior Member                                                          08-14-2019 12:59 PM

Being this is from over a year ago, and I see the feature in OWA, when can we expect **Native Link Rendering** in the Outlook client?

👍 1 Like

You must be a registered user to add a comment. If you've already registered, sign in. Otherwise, register and sign in.                ✕

Comment

What's New                Microsoft Store            Education                   Enterprise              Developer                  Company

Surface Pro X             Account profile            Microsoft in education      Azure                   Microsoft Visual Studio    Careers
Surface Laptop 3          Download Center            Office for students         AppSource               Window Dev Center          About Microsoft
Surface Pro 7             Microsoft Store support     Office for schools          Automotive              Developer Network          Company news
Windows 10 Apps           Returns                    Deals for students & parents Government              TechNet                    Privacy at Microsoft
Office apps               Order tracking             Microsoft Azure in education Healthcare              Microsoft developer program Investors
                          Store locations                                        Manufacturing           Channel 9                  Diversity and inclusion
                          Buy Online, pick up in store                           Financial Services      Office Dev Center          Accessibility
                          In-store events                                        Retail                  Microsoft Garage           Security

English (United States)

Sitemap      Contact Microsoft      Privacy & cookies      Terms of use      Trademarks      Safety & eco      About our ads      © 2020 Microsoft

# APPENDIX
# 100



1. Go to https://protection.office.com and sign in with your work or school account.

2. In the left navigation, under **Threat management**, choose **Policy**.

3. Choose **Safe Links**.

4. In the **Policies that apply to specific recipients** section, choose **New** (the New button resembles a plus sign ( +)).

Policies that apply to specific recipients

5. Specify the name, description, and settings for your policy.

   **Example:** To set up a policy called "no direct click through" that does not allow people in a certain group in your organization to click through to a specific website without ATP Safe Links protection, you might specify the following recommended settings:

   - In the **Name** box, type no direct click through.

   - In the **Description** box, type a description like, Prevents people in certain groups from clicking through to a website without ATP Safe Links verification.

   - In the **Select the action** section, choose **On**.

   - Select **Apply real-time URL scanning for suspicious links and links that point to files** if you would like to enable URL detonation for suspicious and file-pointing URLs (recommended). And select **Wait for URL scanning to complete before delivering the message** if you wish to only have users receive messages after the URLs have been fully scanned.

   - Select **Apply Safe Links to messages sent within the organization** if you would like to enable Safe Links for messages sent between users within your organization (recommended).

   - Select **Do not allow user to click through to original URL** if you do not wish the individual users to override a *scan in progress* or *URL blocked* notification pages.

   - (This is optional) In the **Do not rewrite the following URLs** section, specify one or more URLs that are considered to be safe for your organization. (See Set up a custom "Do not rewrite" URLs list using ATP Safe Links)

   - In the **Applied To** section, choose **The recipient is a member of**, and then choose the group(s) you want to include in your policy. Choose **Add**, and then choose **OK**.

6. Choose **Save**.

> ⓘ **Note**
>
> ATP Safe Links policies with higher priority will take precedence. If a user is subject to two or more policies, only the higher priority policy will take effect. If you want the customer policy to take precedence, you need to raise the priority of the policy.

## Step 4: Learn about ATP Safe Links policy options

As you set up or edit your ATP Safe Links policies, will see several options available. In case you are wondering what these options are, the following table describes each one and its effect. Remember that there are two main kinds of ATP Safe Links policies to define or edit:

- a default policy that applies to everyone; and
- additional policies for specific recipients

### Default policy options

Default policy options apply to everyone in your organization.

| This option | Does this |
|---|---|
| Block the following URLs | Enables your organization to have a custom list of URLs that are automatically blocked. When users click a URL in this list, they'll be taken to a warning page that explains why the URL is blocked. To learn more, see Set up a custom blocked URLs list using Office 365 ATP Safe Links. |
| Microsoft 365 Apps for enterprise, Office for iOS and Android | When this option is selected, ATP Safe Links protection is applied to URLs in Word, Excel, and PowerPoint files on Windows or Mac OS, email messages in Outlook, Office documents on iOS or Android devices, Visio 2016 files on Windows, and files open in the web versions of Office apps (Word, PowerPoint, Excel, Outlook, and OneNote), provided the user has signed in to Office 365. |
| Don't track when users click ATP Safe Links | When this option is selected, click data for URLs in Word, Excel, PowerPoint, Visio documents, and Outlook email messages is not stored. |
| Don't let users click through ATP Safe Links to original URL | When this option is selected, users cannot proceed past a warning page to a URL that is determined to be malicious. |

## Policies that apply to specific email recipients

| This option | Does this |
|---|---|
| Off | Does not scan URLs in email messages.<br>Enables you to define an exception rule, such as a rule that does not scan URLs in email messages for a specific group of recipients. |
| On | Rewrites URLs to route users through ATP Safe Links protection when the users click URLs in email messages and enables ATP Safe Links within Outlook (C2R) on Windows.<br>Checks a URL when clicked against a list of blocked or malicious URLs and triggers a detonation of the URL in the background asynchronously if the URL does not have a valid reputation. |
| Apply real-time URL scanning for suspicious links and links that point to files | When this option is selected, suspicious URLs and links that point to downloadable content are scanned. |
| Wait for URL scanning to complete before delivering the message | When this option is selected, messages that contain URLs to be scanned will be held until the URLs finish scanning and are confirmed to be safe before the messages are delivered. |
| Apply Safe Links to messages sent within the organization | When this option is available and selected, ATP Safe Links protection is applied to email messages sent between people in your organization, provided the email accounts are hosted in Office 365. |
| Do not track user clicks | When this option is selected, click data for URLs in email from external senders is not stored. URL click tracking |



| | |
|---|---|
| Do not allow users to click through to original URL | When this option is selected, users cannot proceed past a warning page to a URL that is determined to be malicious. |
| Do not rewrite the following URLs | Leaves URLs as they are. Keeps a custom list of safe URLs that don't need scanning for a specific group of email recipients in your organization. See Set up a custom "Do not rewrite" URLs list using ATP Safe Links for more details, including recent changes to support for wildcard asterisks (*). |

## Next steps

Once your ATP Safe Links policies are in place, you can see how ATP is working for your organization by viewing reports. See the following resources to learn more:

- View reports for Office 365 Advanced Threat Protection
- Use Explorer in the Security & Compliance Center

Stay on top of new features coming to ATP. visit the Microsoft 365 Roadmap.

## Feedback

Submit and view feedback for

[This product ⧉]  [◯ This page]

◯ View all page feedback ⧉

⤓ Download PDF

Previous Version Docs    Blog    Contribute    Privacy & Cookies    Terms of Use    Site Feedback    Trademarks    © Microsoft 2020

# APPENDIX
# 101

https://www.microsoft.com/en-us/microsoft-365/blog/2017/04/04/announcing-the-release-of-threat-intelligence-and-advanced-data-governance-plus-significant-updates-to-advanced-threat-protection    09/22/2020



Microsoft | Microsoft 365    For business    For enterprise    Blog                    All Microsoft ∨    Search 🔍

April 4, 2017

# Announcing the release of Threat Intelligence and Advanced Data Governance, plus significant updates to Advanced Threat Protection

By the Office 365 team

Today, we're pleased to announce several enhancements that bolster Office 365's security and compliance capabilities.

With the launch of Office 365 Threat Intelligence, we are enriching security in Office 365 to help customers stay ahead of the evolving threat landscape. Today, we're also introducing a new reporting interface to improve the customer experience for Advanced Threat Protection (ATP) and extending the ATP Safe Links feature to Word, Excel and PowerPoint for Office 365 ProPlus desktop clients.

Office 365 Advanced Data Governance also launches today, providing our customers with robust compliance capabilities. A new policy management interface for Data Loss Protection (DLP), helps Office 365 customers remain compliant and in control of their data.

Let's take a closer look at these enhancements.

## Enhancing threat protection—a path to proactive cyber-defense with Office 365 Threat Intelligence

According to a recent Ponemon Institute study,* the average cost of a data breach has risen to $4 million, with costs incurred for litigation, brand or reputation damage, lost sales—and in some cases—complete business closure. Staying ahead of threats has never been more important.

Office 365 Threat Intelligence, now generally available, provides:

- Interactive tools to analyze prevalence and severity of threats in near real-time.
- Real-time and customizable threat alert notifications.
- Remediation capabilities for suspicious content.
- Expansion of Management API to include threat details—enabling integration with SIEM solutions.

To provide actionable insights on global attack trends, Threat Intelligence leverages the Microsoft Intelligent Security Graph, which analyzes billions of data points from Microsoft global data centers, Office clients, email, user authentications, signals from our Windows and Azure ecosystems and other incidents that impact the Office 365 ecosystem.

It provides information about malware families, both inside and outside your organization, including breach information with details down to the actual lines of code that are used for certain types of malware. Threat Intelligence also integrates seamlessly with other Office 365 security features, like Exchange Online Protection and ATP—providing you an analysis that includes the top targeted users, malware frequency and security recommendations related to your business.

For an overview of Threat Intelligence, watch the following video:



Threat Intelligence is included in the Office 365 Enterprise E5 plan or as a standalone service. Visit [Threat Intelligence—Actionable insights for global threats](#) to learn more.

## New Office 365 Advanced Threat Protection (ATP) reporting interface

The new reporting interface for Office 365 Advanced Threat Protection (ATP) reports is now available in the Office 365 Security & Compliance Center. These security reports provide insights and trends on the health of your organization, including information about malware and spam sent or received in your organization and advanced threat detections that Office 365 ATP helped discover and stop.

Using the new reporting interface, admins can schedule reports to be sent directly to their inbox, request custom reports and download or manage these reports through dashboards in the Security & Compliance Center. In our continued journey to provide our customers with the most powerful and robust advanced security solution, this new reporting interface helps you understand how ATP mitigates today's most sophisticated threats from impacting your organization.



*The new ATP reporting interface.*

**Extending ATP Safe Links to Office 365 ProPlus desktop clients**

Later this month, we will enable ATP for Office 365 ProPlus desktop clients, a unique demonstration of the power of collaboration across the Microsoft ecosystem. As cyber criminals broaden the scope of attacks beyond email workloads, it's necessary to extend security capabilities beyond email. The Safe Links feature in ATP protects customers from malicious links in email.

Safe Links is integrated across Outlook desktop, web and mobile to help protect a user's inbox across devices. When a user clicks a link in an Office 365 client application (Word, Excel or PowerPoint), ATP will inspect the link to see if it is malicious. If the link is malicious, the user will be redirected to a warning page instead of the original target URL, protecting the user from compromise. This new capability will further integrate and expand security across Office 365. Our intent has always been to provide our customers with an end-to-end, unified and secure experience across all of Office 365, and this extended capability of Safe Links is an example of our continued step toward this goal.

## Ensuring compliance—why Office 365 Advanced Data Governance matters

As the amount of electronic data grows exponentially, many organizations are exposing themselves to risk by retaining unnecessary data. For example, many organizations continue to retain the personal information of former employees who left the company long ago. If this data were compromised in a breach, the company could be liable for costly remediation, such as lifetime credit monitoring for these former employees.

Office 365 Advanced Data Governance applies machine learning to help customers find and retain important data while eliminating trivial, redundant and obsolete data that could cause risk if compromised.

Advanced Data Governance, also now generally available, delivers the following capabilities:

- Proactive policy recommendations and automatic data classifications that allow you take actions on data—such as retention and deletion—throughout its lifecycle.
- System default alerts to identify data governance risks, such as "Unusual volume of file deletion," as well as the ability to create custom alerts by specifying alert matching conditions and threshold.
- The ability to apply compliance controls to on-premises data by intelligently filtering and migrating that data to Office 365.

Customers are already seeing value from Advanced Data Governance. Tom Stauffer, vice president of Records and Information Management for the Walt Disney Company, says:

> *"Effective governance of unstructured information across communication, content and social platforms has long been a goal of organizations. Microsoft Office 365 Advanced Data Governance appears to provide a well-thought-out solution that is integrated into their entire Office 365 suite. This functionality and integration provides the powerful potential of delivering on this long-sought-after goal, and doing so without a major burden to end users."*

In the coming months, we will be delivering additional Advanced Data Governance enhancements, such as event based retention, manual disposition and supervision.

Learn more about Advanced Data Governance in this episode of Microsoft Mechanics:



[Office 365 Advanced Data Governance](#) is included in the Office 365 Enterprise E5 plan. It is also available as part of the Office 365 Advanced Compliance plan—which also includes Office 365 [Advanced eDiscovery](#) and [Customer Lockbox](#) to provide a comprehensive set of expanded compliance value.

For a deeper demo of Office 365 Advanced Data Governance, [watch this presentation](#).

For additional information about Advanced Data Governance, please see these TechNet articles:

- [Overview of retention policies](#)
- [Overview of label management](#)
- [Filter data when importing PST files to Office 365](#)

## Enhanced Office 365 Data Loss Prevention (DLP) management experience

Customers all over the world use Data Loss Prevention (DLP) policies in Office 365 to help prevent sensitive information from getting into the wrong hands. Because of your feedback, we put DLP management front and center, providing quick access to content protection policies, app permissions and device security policies—all in one place.

It's now easier than ever to configure and enforce sensitive data policies across your organization using the new DLP management experience in the Office 365 Security & Compliance Center. The new **Policy** page shows you important information about your current DLP policies at a glance, with detailed audit reports just a click away. It's also easier to turn on and configure DLP—simply choose what you want to protect, then specify any special conditions to look for and the automatic actions you want to enforce to protect your important data. You can also go into the advanced settings to access additional customization and configuration options to help meet your specific compliance requirements. Learn more in [this article](#).



*The enhanced DLP management experience makes it easier to create and manage policies.*

## Join our Security, Privacy & Compliance tech community

These new features help broaden and enhance the scope of security and compliance capabilities within Office 365. To further evolve your organization's security and compliance with these services, join our Security, Privacy & Compliance [tech community](#). It is a great resource to communicate and learn from your peers, as well as offer your insights on the growing importance of security, privacy and compliance.

***IDC Ponemon Institute, Sponsored by IBM, Cost of a Data Breach Report (2016)**

Filed under:   Office 365

Tagged under: **Compliance**   Education   Enterprise   Government   Mac   On-premises   Security   Updates   Webcast

## You may also like these articles



September 10, 2020

### Empowering NFL clubs and fans with help from the Microsoft Playbook

At Microsoft, we're honored to partner with the NFL to bring modern fan experiences to the game of football.

Read more ›



July 8, 2020

### The future of work—the good, the challenging & the unknown

How a sudden and global shift to remote work may have a lasting impact on work.

Read more ›



May 26, 2020

### HP keeps the workforce of today productive

HP delivers connected, collaborative devices and services to provide the ultimate office experience, whether you're working from your desk, your sofa, or in the kitchen.

Read more ›

## Get started with Microsoft 365

Microsoft 365 brings together Office 365, Windows 10, and Enterprise Mobility + Security. It delivers a complete, intelligent, and secure solution to empower people.

Learn More ›



Keep up on all the latest Microsoft 365 innovations at @Microsoft365 

**What's new**

Surface Duo
Surface Go 2
Surface Book 3
Microsoft 365
Surface Pro X
Windows 10 apps

**Microsoft Store**

Account profile
Download Center
Microsoft Store support
Returns
Order tracking
Virtual workshops and training
Microsoft Store Promise

**Education**

Microsoft in education
Office for students
Office 365 for schools
Deals for students & parents
Microsoft Azure in education

**Enterprise**

Azure
AppSource
Automotive
Government
Healthcare
Manufacturing
Financial services
Retail

**Developer**

Microsoft Visual Studio
Windows Dev Center
Developer Center
Microsoft developer program
Channel 9
Office Dev Center
Microsoft Garage

**Company**

Careers
About Microsoft
Company news
Privacy at Microsoft
Investors
Diversity and inclusion
Accessibility
Security

English (United States)

Sitemap   Contact Microsoft   Privacy & cookies   Terms of use   Trademarks   Safety & eco   About our ads   © Microsoft 2020