APPENDIX
104

## The Hacker News

Follow us

Subscribe to Newsletter

Home    Data Breaches    Cyber Attacks    Vulnerabilities    Malware    Offers    Contact

mimecast — Stop email domain spoofing - use DMARC
Fight back to secure your online brand.    GET RESOURCES

# Hackers Found Using A New Way to Bypass Microsoft Office 365 Safe Links

📅 May 08, 2018  👤 Mohit Kumar





Security researchers revealed a way around that some hacking groups have been found using in the wild to bypass a security feature of Microsoft Office 365, which is originally designed to protect users from malware and phishing attacks.

Dubbed Safe Links, the feature has been included in Office 365 software as part of Microsoft's Advanced Threat Protection (ATP) solution that works by replacing all URLs in an incoming email with Microsoft-owned secure URLs.

So, every time a user clicks on a link provided in an email, it first sends the user to a Microsoft owned domain, where the company immediately checks the original URL for anything suspicious. If Microsoft's scanners detect any malicious element, it then warns users about it, and if not, it redirects the user to the original link.



However, researchers at cloud security company Avanan have **revealed** how attackers have been bypassing the Safe Links feature by using a technique called, "**baseStriker attack**."

BaseStriker attack involves using the <base> tag in the header of an HTML email—which is used to defines a default base URI or URL, for relative links in a document or web page.

In other words, if the <base> URL is defined, then all subsequent relative links will use that URL as a starting point.

CONTRAST SECURITY — RELEASE BETTER, MORE SECURE CODE FASTER

**Traditional Phish**
```
<!DOCTYPE html>
<html lang="en">
<head>

</head>
<body>
Normally, a malicious <a href="https://bit.do/ee9mr">link</a> is blocked.
</body>
</html>
```

**Phish using baseStriker method:** T
```
<html>
<head>
    <base href="https://bit.do">
</head>
<body>
But by splitting the URL, the <a href="ee9mr"> link</a> gets through.
</body>
</html>
```

As shown in the above screenshot, the researchers compared HTML code of a traditional phishing email with the one that uses a <base> tag to split up the malicious link in a way that Safe Links fails to identify and replace the partial hyperlink, eventually redirecting victims to the phishing site, when clicked.



Ad — The State of Email Security — A Global Analysis of the Latest Cyberattacks and Actionable Insights to Improve Defenses.   mimecast.com/State-of-...   Visit Site

Researchers have even provided a video demonstration, which shows the baseStriker attack in action.

 AT&T Cybersecurity eBook — Insider's guide to incident response   Learn more   AT&T Business

 The State of Email Security — mimecast.com — The 2020 Report by Mimecast — A Global Analysis of the Latest Cyberattacks and Actionable Insights to Improve Defenses.   OPEN

### Popular This Week

 FBI adds 5 Chinese APT41 hackers to its Cyber's Most Wanted List

 Android 11 — 5 New Security and Privacy Features You Need to Know

 Zenscrape: A Simple Web Scraping Solution for Penetration Testers

 U.S. Treasury Sanctions Hacking Group Backed by Iranian Intelligence

 A Bug Could Let Attackers Hijack Firefox for Android via Wi-Fi Network

 Report: 97% of Cybersecurity Companies Have Leaked Data on the Dark Web

 EBOOK — THE INFAMOUS 8: INFRASTRUCTURE AS CODE VULNERABILITIES TO FIND AND FIX   DOWNLOAD NOW

VULNERABILITIES TO FIND AND FIX

The researchers tested the baseStriker attack against several configurations and found that "anyone using Office 365 in any configuration is vulnerable," be it web-based client, mobile app or desktop application of OutLook.



Proofpoint is also found vulnerable to the baseStriker attack. However, Gmail users and those protecting their Office 365 with Mimecast are not impacted by this issue.

So far, researchers have only seen hackers using the baseStriker attack to send phishing emails, but they believe the attack can be leveraged to distribute ransomware, malware and other malicious software.

| I am using: | Am I Vulnerable to baseStriker? |
|---|---|
| Office 365 | Yes - you are vulnerable |
| Office 365 with ATP and Safelinks | Yes - you are vulnerable |
| Office 365 with Proofpoint MTA | Yes - you are vulnerable |
| Office 365 with Mimecast MTA | No - you are safe |
| Gmail | No - you are safe |
| Gmail with Proofpoint MTA | We are still in testing and will be updated soon |
| Gmail with Mimecast MTA | No - you are safe |
| Other configurations not here? | Contact us if you want us to help you test it |

Avanan reported the issue to both Microsoft and Proofpoint earlier last weekend, but there is no patch available to fix the problem at the time of writing.

Found this article interesting? Follow THN on Facebook, Twitter 🐦 and LinkedIn to read more exclusive content we post.

    



## Latest Stories


**Unsecured Microsoft Bing Server Exposed Users' Sea...**
A back-end server associated with Microsoft Bing exposed sensitive data of the search eng...


**British Hacker Sentenced to 5 Years for Blackmaili...**
A UK man who threatened to publicly release stolen confidential information unless the vi...


**A Patient Dies After Ransomware Attack Paralyzes G...**
German authorities last week disclosed that a ransomware attack on the University Hospital...


**A Bug Could Let Attackers Hijack Firefox for Andro...**
Dear Android users, if you use the Firefox web browser on your smartphones, make sure it h...

## Other Stories


**Webinar — Secure Code Warrior: Dev to DevSec**
Proven methods to build security awareness in developers. Watch the webinar.


**Learn Secure Coding with Secure Code Warrior**
The 5 Point Tactical Guide for Secure Developers. Get the whitepaper.


**Android 11 —Security and Privacy**
Learn About 5 New Security and Privacy Features of Android 11


**How Hackers Spy on Phone Calls**
New Attack Lets Hackers Decrypt VoLTE Encryption to Spy on Phone Calls.

## Online Courses and Software

   



**Ethical Hacking - Practical Training**

10 courses + 1,236 lessons on latest techniques, forensics, malware analysis, network security and programming.

**1000+ Premium Online Courses**

With course certification, Q/A webinars and lifetime access.

**Cybersecurity Certification Training**

CISA, CISM, CISSP, PMI-RMP, and COBIT 5 certifications.

**CompTIA IT Certification Training**

Lifetime access to 14 expert-led courses.

## Cybersecurity Newsletter — Stay Informed

Sign up for cybersecurity newsletter and get latest news updates delivered straight to your inbox daily.

Enter your email address ›

### Follow Us

630,500 Followers   2,010,000 Followers   150,500 Followers   16,000 Subscribers   115,000 Followers

**About**
About Us
Advertising
Editorial Team
Contact

**Pages**
RSS Feeds
Deals Store
Privacy Policy
Copyright Policy

**Deals**
Exclusives
Hacking
Development
Android

RSS Feeds
Contact Us
Telegram Channel

APPENDIX
105

informa ▾


Datto's
**Global State of the MSP Report**   LEARN MORE   datto

TECHNOLOGIES ▾   STRATEGY ▾   MSSP INSIDER ▾   MSP 501   INTELLIGENCE ▾   EMEA   AWARDS ▾   EVENTS ▾   CHANNEL MENTOR ▾                REGISTER

MSPs        VARs / SIs        Digital Service Providers        Cloud Service Providers        CHANNEL PARTNERS ONLINE

**CF** Channel Futures.

eBook   **How to Be an MSP:** 7 Steps to Success   datto
LEARN MORE

CLOUD



## Office 365 ProPlus Deployment
### Links and Resources

## Office 365 to Block Malicious Links in Word, Excel and

Safe Links, which is already active in Outlook, will be rolled out to all Office 365 ProPlus desktop clients at an unspecified date later this month.

Microsoft today announced it is extending the Safe Links feature of its Advanced Threat Protection for Office 365 beyond email, to protect users of cloud-based Word, Excel and PowerPoint from malicious links.

Netsurion.
**Managed Detection & Response for MSPs**
Learn why **Gartner** believes MDR best solves mid-market cybersecurity requirements.
Download

When a user clicks on a link protected by Safe Links, the software inspects the link and – if it determines the software is malicious – redirects the user to a warning page instead of the original URL.

The technology, which is already active in Outlook, will be rolled out to all Office 365 ProPlus desktop clients at an unspecified date later this month.

"As cyber criminals broaden the scope of attacks beyond email workloads, it's necessary to extend security capabilities beyond email," according to a blog post today by the Office 365 team.

"This new capability will further integrate and expand security across Office 365," the post continued. "Our intent has always been to provide our customers with an end-to-end, unified and secure experience across all of Office 365, and this extended capability of Safe Links is an example of our continued step toward this goal."

Office 365 was among the Microsoft online services to be hit by a pair of massive outages last months.

The first outage, on March 7, only lasted about an hour.

In the second outage, on March 22, some Office 365 applications were disrupted for more than 16 hours.

Microsoft said it was investigating the outages and has not released a cause.

*Send tips and news to MSPmentorNews@Penton.com.*

Tags: Cloud Service Providers, Digital Service Providers, MSPs, VARs/SIs, Cloud

**RELATED**


**How Partners Can Use SD-WAN to Reduce Multicloud Complexities**


**ServiceNow Paris Release Targets Unique Needs of COVID-19 Economy**

**Ericsson to Buy Cradlepoint, Creating Big Opportunity for Both Companies**


**Monday.com Partners Get New Partner Academy to Build Business**

## Leave a comment

-or-

Log in with your Channel Futures account

Alternatively, post a comment by completing the form below:

Your email address will not be published. Required fields are marked *

Comment

### Related Content

Snapshots and Backups Are Better Together

HP Reinvent 2020 Virtual Unveils Products, Programs, Sustainability Initiative

NetApp Accuses Rivals of Squeezing Partners

Dell Technologies Layoffs: 'Nothing Routine About Today's Environment'


vmworld 2020

**GALLERIES**                View all


**Tech Data, Ingram Micro, Other Distributors Intro New Products, Programs**
September 17, 2020

**INDUSTRY PERSPECTIVES**        View all


**A Remote-First Approach Helps Meet Employees Where They Are**
September 21, 2020


**Snapshots and Backups Are Better Together**
September 16, 2020

**Key Elements of MDR for Powerful and Practical Cybersecurity**
September 14, 2020


freshservice
Manage multiple clients from a single dashboard using Freshservice
FREE TRIAL
freshworks

**WEBINARS**        View all


**Essential Cybersecurity Sales Strategies to Boost MSP Revenues**
September 22, 2020

**Six Principles for MSPs to Accelerate Invoicing and Accounts Receivables Processes in Times of Economic Crisis**
September 23, 2020


**Selling the Next Generation of Cybersecurity Solutions: What Every MSP Needs to Know**
September 24, 2020

**WHITE PAPERS**        View all


datto
**71% of MSPs Set Specific Growth Goals**
LEARN MORE
*Data from Datto's Global State of the MSP Report


datto
**75% of MSPs Offer Managed Security Services**
LEARN MORE
*Data from Datto's Global State of the MSP Report


datto
**71% of MSPs Set Specific Growth Goals**
LEARN MORE
*Data from Datto's Global State of the MSP Report

datto

71% of MSPs
Set Specific
Growth Goals

LEARN MORE

*Data from Datto's
Global State of the MSP
Report

Name *

Email *

☐ Save my name, email, and website in this browser for the next time I comment.

Post Comment

...ernarraphon winone scale of
Performance Degradations
September 2, 2020

Next-Gen Intrusion Detection
September 2, 2020

Skylight Powered Security for
Splunk
September 2, 2020

**UPCOMING EVENTS**                     View all

Channel Evolution Europe
Virtual
December 1, 2020 -
December 2, 2020

Channel Partners Conference
& Expo
March 2, 2021 - March 5,
2021

Channel Partners Evolution
September 27, 2021 -
September 30, 2021

**VIDEOS AND FASTCHATS**                View all

RMM Vulnerabilities Are
Killing MSPs
September 21, 2020

FASTCHAT: Why MDR is
Essential to Battling
Ransomware and Boosting
Channel Partner Revenue
July 31, 2020

Managing Password Security
July 8, 2020

**TWITTER**

Cloud provider @Linode targets
partners given short shrift by
rival hyperscalers.
dlvr.it/Rh7Y2f
https://t.co/dBln0wUf1
September 22, 2020

.@ComcastBusiness advises a
remote first approach when it
comes to employee
interactions. #SDWAN
#collaboration…
twitter.com/i/web/status/1…
September 22, 2020

Hear from @genesislee100 of
@KORE_Wireless on what
makes the company's
#partnerprogram different.
#CPVirtual…
twitter.com/i/web/status/1…
September 21, 2020

RMM Vulnerabilities Are Killing
MSPs dlvr.it/Rh4jNT
https://t.co/kDx420f64Y
September 21, 2020

Green House Data rebrands to
@WeAreLunavi.
#managedservices
dlvr.it/Rh4d6n
https://t.co/HVmAZEBmzf
September 21, 2020

.@Equinix manages to subdue
#Netwalker attack, but will the
next victim be so fortunate?
dlvr.it/Rh4Mpq
https://t.co/38xFoiua2r
September 21, 2020

.@Insightdottech hires former
Dell Technologies' channel
chief #JoyceMullen as
president, NA business.…
twitter.com/i/web/status/1…
September 21, 2020

bit.ly/3kwfMj
twitter.com/Craig_Galbrait…
September 18, 2020

datto

71% of MSPs
Set Specific
Growth Goals

LEARN MORE

*Data from Datto's
Global State of the MSP
Report

datto

71% of MSPs
Set Specific
Growth Goals

LEARN MORE

*Data from Datto's
Global State of the MSP
Report

datto

71% of MSPs
Set Specific
Growth Goals

datto

75% of MSPs
Offer Managed
Security Services

LEARN MORE

*Data from Datto's
Global State of the MSP
Report

datto

75% of MSPs
Offer Managed
Security Services

LEARN MORE

*Data from Datto's
Global State of the MSP
Report

datto

75% of MSPs
Offer Managed
Security Services

LEARN MORE

*Data from Datto's
Global State of the MSP
Report

datto

75% of MSPs
Offer Managed
Security Services

Augment your team and elevate your security services     TREND MICRO

**MSSP INSIDER**

**NEWSLETTERS AND UPDATES**

Sign up for The Channel Report, Channel Futures Update, MSP 501 Newsletter and more.

**LIVE CHANNEL EVENTS**

Get the latest information on the next industry-leading Channel Partners event.

**CHANNEL PARTNERS ONLINE**

Want more? Find more channel news and analysis on our sister site, Channel Partners.

**MEDIA KIT AND ADVERTISING**

Want to reach our audience? Access our media kit

DISCOVER MORE FROM INFORMA TECH

Channel Partners Online
MSP 501
IoT World Today

Channel Partners Events
MSSP Insider
Webhostingtalk

WORKING WITH US

Contact
About us
Advertise
Newsletter

FOLLOW CHANNEL FUTURES ON SOCIAL

Brought to you by
informa tech

Privacy    CCPA: "Do Not Sell My Data"    Cookie Policy    Terms

APPENDIX
106



Information Technology

User Guide

# Office365 Advanced Threat Protection – Safe Links

| Scope: SO, CCC | Revision Date:  12/8/2016 |
|---|---|

## Table of Contents

1. Introduction ................................................................................................................................ 1

2. Scope ........................................................................................................................................... 1

3. How does Safe Links Work? ....................................................................................................... 1

## 1.  Introduction

Office365 ATP protects email sent to Faculty/Staff members that include URLs in the body of the email by rewriting the URL to protect the user from links to known malicious sites at the time they click the link.  When the recipient clicks on a URL in an email, it is first scanned by Office365 to see if it is a known malicious site.  If the URL is to downloadable content (i.e. a Word doc), the linked content is also scanned by Safe Attachments to check if the content is malware.

Just because the link is not a known malicious site, doesn't mean it's guaranteed to be safe, it just means it's currently not a known malicious site. You still need to be cautious when visiting a site from a link received in an email.

## 2.  Scope

System Office and CCC Faculty and Staff Office365 email accounts

## 3.  How does Safe Links Work?

When an email is sent to you that includes a URL (a link), the URL is rewritten so that Office365 can check the link against a list of known malicious websites at the time you click the link. If it is found to be a known malicious site, you will be redirected to a block page:



If the page is not a known malicious site, you will continue to the original link.

Depending on how the sender sent the link, you may see the rewritten links only if you hover over the link showing the full, rewritten link. Notice that the link you would click on now includes "safelinks.protection.outlook.com" indicating it will be first scanned by Office365 when the link is clicked:



If the sender sent you just a link in the body of the email, you would see the rewritten link right in the body of the email.  Notice that you can see the original link buried in the rewritten link:



SafeLinks also protects you from receiving a link to malicious downloadable content (i.e. a Word doc). A site itself might not be a known malicious site, but the content you are downloading might be malware. Therefore, URLs to downloadable content is additionally scanned by SafeAttachments.

The email that contains the link will be delivered immediately. The Safe Attachments scan of the linked content will take on average several minutes to complete. During this time, if you click on the link, you will be taken to a scan result pending page until the scan of the linked content is complete. This is to protect you from visiting a link that downloads malware (i.e. an infected Word doc).

After the linked content is scanned and is found to be benign, the link will immediately redirect to the linked content. If it is malicious, the user will be blocked after clicking the link.

Answers to common questions on SafeLinks can be found in our Office365 Email FAQ:
https://supportcenter.ct.edu/service/Office365_emailFAQ.asp

If you have any questions concerning SafeLinks after reading the FAQ items, please contact your local IT department.

# APPENDIX
# 107

https://technology.uwrf.edu/TDClient/1979/Portal/KB/ArticleDet?ID=67536                                                                09/22/2020

UNIVERSITY OF WISCONSIN **River Falls**

Home    Services    Knowledge Base

Search

Knowledge Base / Software / Apps / Microsoft Office 365: Advanced Threat Protection

# Microsoft Office 365: Advanced Threat Protection

As part of our effort to strengthen email security and protect people from malicious web sites which can lead to stolen credentials and identity theft, we have implemented Advanced Threat Protection (ATP) from Microsoft. ATP has several components which help protect against malicious attacks.

## ATP Safe Links

When someone clicks on a URL in an email, Safe Links immediately checks the URL against a database of known malicious sites. If the site is malicious, a warning page is displayed. When hovering over a URL in an email in Outlook that is protected by Safe Links, there is a message that pops up showing the original URL and the instruction to click or tap to follow the link.



When hovering over a URL in Outlook on the web, there is a message that says "Protected by Outlook"



## ATP Safe Attachments

When someone receives an email with an attachment, it is checked in an isolated environment to determine if it contains malware. If malware is detected in the attachment, it is automatically removed. Due to this scanning of the attachments, there can be a minor delay in email delivery (measured in minutes).

Sign in to leave feedback                                                                                          0 reviews

---

### Details

Article ID: 67536

Created
Wed 11/21/18 10:13 AM

Modified
Fri 5/1/20 8:45 AM

### Related Articles (4)

Microsoft Office 365: Data Loss Prevention (DLP) Service

Microsoft Office 365: Impersonation Protection

Microsoft Office 365: Safe Attachments

Microsoft Office 365: Safe Links

### Attachments (0)

No attachments found.

---

Request Info          A to Z Search          Accessibility          Students
Visit UWRF           Directory               Diversity              Faculty/Staff
Apply to UWRF        Maps/Directions         Emergency Alert        Alumni/Friends
Contact Us           Employment              Safety                 Parents/Family
Give to UWRF         News                    Title IX               Community
                     Event Calendar

If you are unable to retrieve web content in an accessible format please contact ability.services@uwrf.edu
University of Wisconsin-River Falls · 410 S. 3rd Street, River Falls WI 54022 USA · Campus Information 715-425-3911

# APPENDIX
# 108



**imaginet**   SERVICES   SUCCESS STORIES   INSIGHTS   ABOUT   LET'S TALK

# OFFICE 365 ADVANCED THREAT PROTECTION 101: ATP SAFE LINKS POLICIES

Roy Polvorosa
December 14, 2018

Previously, in Part 2 of this Office 365 Advanced Threat Protection 101 article series, we explored how to create an ATP Safe Attachment policies and how to enable ATP protection to files in SharePoint Online, OneDrive for Business, and Microsoft Teams. Now, in this final article in our series, we will explore ATP Safe Links, which can help protect your organization by providing verification of URLS in email messages and Office documents.

With ATP Safe Links enabled, if a user clicks on a link in an email and the URL has been blocked by your organization's custom blocked URL list or if the URL is determined to be malicious, then a warning page opens. I won't be going into much detail how ATP Safe Links works, as Microsoft has written a good article here.

Like the other ATP features, you'll need to define a policy to control how ATP Safe Links protects your users.

## Creating Your First ATP Safe Links Policy

Like ATP Safe Attachments, there is a default ATP Safe Links policy enabled when you purchase ATP. This default policy only offers basic protection. In this section, I'll show you how to create a custom ATP Safe Links policy that applies to your primary mail domain and applies Safe Links to e-mails received from outside your organization and e-mails sent within the organization.

In this scenario, we'll be creating a policy that does the following:

- Applies to the imaginet.com domain
- URLS are checked when a user clicks on a link
- Apply safe links to messages sent within the organization
- Prevent user from proceeding to unsafe URLs

Similar to my previous article on ATP Safe Attachments Policies, we'll want to head over to the Office 365 Security & Compliance Center and go to Threat Management, then go to Policy in the side navigation bar. Then click on the ATP Safe Links tile.

| ATP anti-phishing | ATP safe attachments | ATP Safe Links |
|---|---|---|
| Protect users from phishing attacks (like impersonation and spoofing), and using safety tips to warn users about potentially harmful messages. | Protect your organization from malicious content in email attachments and files in SharePoint OneDrive and Teams. | Protect your users from opening and sharing malicious links in email messages and Office 2016 desktop apps. |

At the Safe Links page, click on the Add button under the "Policies that apply to specific recipients" heading.

Policies that apply to specific recipients



The new safe links policy window will open. Specify a name and description for your Safe Links policy.

new safe links policy

*Name:
Imaginet.com Safe Links Policy

Description:
Safe links policy that applies to imaginet.com mail domain.

Now, we'll enable the following:

- On-URLs will be rewritten and checked against a list of known malicious links when user clicks on the link.
- Use Safe attachments to scan downloadable content.
- Apply Safe links to messages sent within the organization.
- Do not let users click through safe links to original URL.

Select the action for unknown potentially malicious URLs in messages.

## Recent Posts

Empower your team to connect and collaborate with Microsoft Teams

Recommender Systems 101: What are they and how do they work?

10 Tips for Working Remote

Using UX Strategy to Maintain Market Fit in a Volatile Market

Preparing for Next Level Knowledge Management in Office 365 – Project Cortex

## Categories

Agile

All Posts

Announcements

Application Development

Application Lifecycle Management

Azure

Business Intelligence

Cloud

DevOps

Enterprise Architecture

Enterprise Mobile

Featured

Kanban

Modern Workplace

Office 365

Power BI & SQL

Power Platform

Productivity

SharePoint

Skype for Business

SQL Server

Team Foundation Server

Telerik

Testing

Timesheet

Training

Tutorials

Uncategorized

Videos

Visual Studio

Webinars

- On - URLs will be rewritten and checked against a list of known malicious links when the user clicks on the link.

☑ Use safe attachments to scan downloadable content.

☑ Apply safe links to messages sent within the organization.

☐ Do not track when users click safe links.

☑ Do not let users click through safe links to original URL.

If you have URLS you wish not to be rewritten, enter them here, and they will be excluded from the URL rewrite. In this scenario, I'll be leaving this blank so all links are rewritten and scanned using safe links.

Do not rewrite the following URLs:

🖉 ✕

Enter a valid URL                    ✛

Lastly, we'll apply this policy to the recipient domain imaginet.com.

Applied To
Specify the users, groups, or domains for whom this policy applies by creating recipient based rules.

*If...

The recipient domain is ▾        'imaginet.com'

add condition

Except if...

add exception

Review these settings, and then click Save to create your first ATP Safe links policy.

## How Does This Impact My Users?

With your ATP Safe Links policy turned on, users may notice that hyperlinks in e-mails they receive will contain a slightly longer URL when they hover a link.



Clicking the link firsts takes you to https://na01.safelinks.protection.outlook.com but then immediately redirects you to the actual URL. If the URL has been scanned and has been determined to be safe, then you will be redirected to the original URL.

However, if the link is scanned and found to be malicious, you will be presented with this page.

ATP Safe Links just adds another layer of security in combination with ATP Anti-Phishing and ATP Safe Attachments to protect you and your users from the threats that seem to just around the corner.

In this scenario, we created a new ATP Safe Links policy and applied it to our primary mail domain; however, I do want to note that these policies should always be tested first prior to deploying them to the entire organization. I would also recommend keeping an eye on the Threat Management Dashboard after you have tested and deployed these policies in case exceptions are needed if there are too many false positives.

## Need Help with Your Office 365 Advanced Threat Protection?

If you are looking to get started with Office 365 Advanced Threat Protection (ATP) and would like some professional assistance, just know that Imaginet is here for you. Our Imaginet certified Office 365 experts can help you with any of your Office 365 initiatives. To find out more, schedule your free consultation call with Imaginet today.

**REQUEST MY FREE CONSULTATION CALL →**

=====

*Imaginet is your trusted technology partner who turns your business innovation ideas into reality. 20+ years | 1200+ satisfied customers | 2500+ successful engagements. Primary services include Web Application Development, Mobile Apps Development, and SharePoint consulting services, with additional specialties in Power BI & Business Intelligence, Office 365, Azure, Visual Studio, TFS, & VSTS, Skype for Business, and more. Located in the United States (Dallas, TX) and Canada (Winnipeg, MB) with services offered worldwide. Contact us today at info@imaginet.com or 1-800-989-6022.*

All Posts        Office 365        Tutorials

# APPENDIX
# 109



# How Avanan Compares to Microsoft ATP



# About Avanan

Avanan is the premier security solution for cloud-based email, messaging, and collaboration. Deploying in minutes, Avanan's unique, multi-vendor security solution leverages the industry's best technologies to protect organizations from advanced threats such as phishing, malware, data leakage, account takeover, and shadow IT.

Avanan is an advancement beyond the multi-mode deployment model, offering real-time monitoring and enforcement, without the drawbacks of a deploying an inline CASB. Its patented, API-only solution offers complete cloud security in real-time without a proxy.

In just one click, secure enterprise SaaS applications such as Office 365, G Suite, Slack, Box, Dropbox, Citrix Sharefile, and more against the latest threats.



© Copyright 2019 Avanan. All rights reserved.                    1.855.528.2626                    www.avanan.com

# Executive Summary



Targeted and sophisticated email attacks bypass Office 365 default security (EOP) and require more advanced defensive technologies. To fill this need, Microsoft created Advanced Threat Protection (ATP) for Office 365, with additional security for anti-phishing, spoof intelligence, malware protection (Safe Attachments), and malicious link protection (Safe Links).

ATP is an improvement on EOP, but as reported by Gartner in "Market Guide for Secure Email Gateways," the security features of ATP are insufficient: "Gartner clients have found the email security capabilities of Office 365 to be lagging compared to other SEG market leaders. As a result, 35% of client organizations that move to Office 365 are supplementing its natively available email security capabilities with a third-party product." [1] In another report, "Fighting Phishing — 2020 Foresight," they add "As Microsoft's SEG market share increases, smart attackers will specifically target Microsoft's defenses. Vendors that have been fully focused on this market are responding more rapidly to changing threats than vendors that offer broad portfolios of security services." [2] In addition to its blind spots in detecting and blocking hackers, Office 365 lacks tools to quickly investigate and resolve successful attacks. To minimize the impact of attacks that go through,  IT security teams require workflows and automations, as well as incident-response, forensic, and reporting. In these areas, Office 365 offers very little, and its built-in governance capabilities will frustrate most security professionals.

Many customers using ATP find that it is not enough, and seek out Avanan to add multiple layers to their existing security. After experiencing Avanan, they might use Avanan with ATP, but typically revoke their contract with ATP for Avanan. Avanan security for Office 365 works after Office 365 security; therefore, it can operate with or without ATP scanning first in front of it, and will report each detected attack whether or not it was flagged by ATP or EOP.

To deploy Avanan in the Office 365 environment, an admin approves the Avanan app from Microsoft App Source, then adds anti-phishing, anti-malware, and DLP from Check Point, Symantec, Palo-Alto, FireEye, Lastline, GTB, and more to run advanced security technologies from Avanan and its partners. Avanan security layers include anti-phishing, anti-malware, URL reputation, anomaly and compromised accounts detection, insider threat detection, insecure configuration detection, data-leakage prevention and encryption, and more.

Because Avanan scans content using multiple vendors after EOP and ATP complete their scans, Avanan analysts have been able to identify and study the advanced attacks that bypass Office 365. For this reason, Avanan was the first to report multiple obfuscation attacks ATP fails to block, such as baseStriker, ZeroFont, and Z-WASP. In this white paper, we examine ATP as a product and compare its offerings to Avanan platform.

We divided the analysis to two key sections:

1. Pre-attack: the technologies and their effectiveness in preventing attacks.
2. Post-attack: the forensic tools that scope and respond ("search and destroy") to successful attacks.

© Copyright 2019 Avanan. All rights reserved.

# ATP Shortfalls (Pre-Attack)



| Security | What is Missing in ATP | Avanan's Solution |
|---|---|---|
| *Static Layer to Block Malicious URLs* | • URLs are checked against a static database.<br>• Safe Links fails when the URL is in an attachment.<br>• Hackers use obfuscation methods to prevent ATP from properly parsing the URL.<br>• Safelinks hides the original URL from the end-user, providing a false perception that it is secured. | • Feeds from 3 malicious URL blacklists coming from independent sources.<br>• Reputation-based layer prevents the flaws of static analysis that hackers exploit in ATP<br>• Analyzes multiple parameters in the links including what they point to, the link format, the site |
| *Machine Learning for Anti-Phishing* | • Static in nature — Blocks specific campaigns after they are learned.<br>• Hackers bypass by making small variations in known attacks.<br>• Anti-Spoof policies for targeted phishing campaigns apply to a maximum of 60 users.<br>• Customers report that fine-tuning the policy requires multiple and confusing configurations.<br>• Core algorithm is identical to all customers, not leveraging the unique characteristics of each organization. | • Dynamic — Looks for over 300 indicators of phishing in each email in order to block zero-day/unknown phishing campaigns.<br>• Attack methods are added as indicators, working against the hacker.<br>• Algorithm baselines the specific communication patterns of users at each organization.<br>• Learns from historical emails. |
| *Anti-Malware* | • Poor detection results for malware in PDF formats. (Better results in Word and Excel files, especially for macro-based malware.)<br>• Links to files aren't downloaded and scanned. Even with Safe Links, ATP will only sandbox the file upon click as not to delay the end-user, resulting in malware getting to the endpoint. | • Recursively scans for links in files and files downloaded from links.<br>• Leverages the best technologies in the market from FireEye, Check Point, Palo Alto, Lastline, and others. |
| *Account Takeover Protection* | • ATP doesn't come with user behavior analytics; Advanced Threat Analytics (ATA) must be purchased for this capability.<br>• Can't send real time alerts for suspicious user behavior.<br>• No per-customer and per-end-user baselining for typical logins.<br>• Does not track outgoing phishing and malware, which is a key indicator of a compromised account.<br>• Doesn't flag insecure configurations in use. | • Baselines safe behavior upon deployment using historical data.<br>• **Alerts in real-time.**<br>• Baselining is done per user and is specific to the organization.<br>• Also tracks non-login activities like sending rate, mail-flow rule creation, outgoing phishing attacks, multiple recipients in BCC, etc. as ways to flag compromised accounts.<br>• Flags insecure configurations in use, like mail-forwarding rules. |

© Copyright 2019 Avanan. All rights reserved.                    1.855.528.2626                    www.avanan.com

# ATP Shortfalls (Post-Attack)



| Security | What is Missing in ATP | Avanan's Solution |
|---|---|---|
| *Search and Destroy: a Missed Phishing Email* | • Admin can only search campaigns by sender and subject.<br>• It takes several hours for the data to be fully available in the logs. | • One-click blocking of campaigns that also removes all similar phishing emails from inboxes, as well as all future variations of this campaign.<br>• Searching and blocking can be done by all relevant fields of the email: sender, subject, recipient, attachment name, sending IP, sending domain, email content, and more. |
| *Incident Response: a Compromised Account* | • No single-pane view for account activities, like configuration changes, emails sent, etc, making it harder to determine account compromise.<br>• Not real time. In our analysis, even after 10K logins from 100+ countries, no real time alert is created. | • UEBA and login events generate alerts for admin, and historical scans identify compromised accounts upon deployment.<br>• Incidents are reported in real time.<br>• Drill-down and easy view of everything suspicious with the account. |
| *Forensic Tools* | • Threat Explorer only lists basic information about the attack, limiting the depth of forensics.<br>• Reporting is limited to last 7 days. Admin must request a special report for older data, with no commitment on delivery time.<br>• Top malware report only shows total count of malware, with no drill down to see the actual information. | • Reporting and exporting available from most screens, including: the main dashboard, analytics screens, and a request from an end-user to release from quarantine. Each provide full information for the admin to take the correct action.<br>• Detailed email profile, with advanced header information, email attachment details, intel about suspicious activities, confidence scores, risk levels, and sandboxing emulation videos for files. |
| *Policy Configuration* | • Cumbersome configurations with limited flexibility of scope, workflows, and enforcement. | • Monitor only mode, Detect & Prevent mode, and Protect Inline let admin remediate manually or automatically using workflows that take effect within the inbox or before the inbox.<br>• Per named-users and/or per group(s) policy for flexible deployment. |
| *Workflows and Automation: Working with End Users* | • End-user receives .txt file with 3 lines of information that is indecipherable to them.<br>• End-users can't request restores from quarantine. | • End-users can request to restore content from quarantine from the email body.<br>• Rich options for workflows, from self-remediation (end-user can release from quarantine) or require admin approval, with fully customizable templates for end-user interaction.<br>• End-users' activity impact the machine learning to improve its decision. |

© Copyright 2019 Avanan. All rights reserved.



# TABLE OF CONTENTS

1. **Threat Landscape** ... 1

2. **Preventing the Attack**: Required Layers of Email ...3

    2.1. Static Layer to Block Malicious URLs ...3

    2.2. Machine Learning for Anti-Phishing ...4

    2.3. Anti-Malware ...6

    2.4. Account Takeover Protection ...7

    2.5. DLP ...8

3. Email Security: **Post-Attack** ...9

    3.1. Search and Destroy: a Missed Phishing Email ...9

    3.2. Incident Response: a Compromised Account ...11

    3.3. Forensic Tools ...12

    3.4. Policy Configuration ...18

    3.5. Workflows and Automation: Working with End Users ...22

4. **Conclusion** ...26

5. Works Cited ...28

© Copyright 2019 Avanan. All rights reserved.

# 1. Threat Landscape

Email continues to be the primary source of compromise for companies of all sizes. Proliferation of obfuscation methods such as multiple redirections, HTML tag manipulation, polymorphic malware, and dynamic obfuscated scripts, bypass automated anti-phishing and anti-malware technologies. Publicly available information about employees facilitate sophisticated impersonation methods that trick the recipient of the email.

> *Most people who are going to click a phishing email do so in just over an hour.* [3]

Microsoft created ATP to add onto EOP and stop targeted spear phishing attacks with four main policy engines for anti-phishing, spoof intelligence, Safe Links, and Safe Attachments. Despite these more advanced features, ATP remains a rules-based security technology that relies on static reputation-based filtering that hackers reverse engineer until they find ways in which to bypass ATP. As explained by Gartner in "What You Need to Know About Security in Office 365," "Despite Microsoft's continued investment in Office 365 security improvements, some Gartner clients report dissatisfaction with EOP and ATP."

The graph below compares EOP's basic security to ATP by pushing daily zero-day malware. ATP performs marginally better than EOP, the Office 365 default security, and misses between 5%-20% of same day malware.



*We tested ATP and found that it made only a minor difference in how much malware got through the Office 365 environment compared to EOP alone.*



© Copyright 2019 Avanan. All rights reserved.          1.855.528.2626          www.avanan.com

# 1. Threat Landscape

Single sign-on (SSO) solutions add protection from account takeover, but are cumbersome to adopt, which is why most companies decide not to deploy them. For those companies who use Microsoft as their SSO, hackers have found ways to bypass it by making the user add second factor to a fake page.

Well developed criminal monetization channels are the driving force behind most phishing campaigns. Those include ransomware, fake financial transactions, compromised DocuSign accounts, PayPal spoofs, and more. All this amounts to the fact that nearly every organization has been targeted in an attack, regardless of company size.

**Table 8: Additional information stolen by phishing kits and keyloggers. We note that some phishing kits exclusively collect credit card details rather than usernames and passwords.**

| Data type | Phishing kits | Keyloggers |
|---|---|---|
| Email | 81.4% | 97.8% |
| Password | 83.0% | 100% |
| Geolocation | 82.9% | 73.6% |
| Phone number | 18.1% | 0.1% |
| Device information | 16.2% | 67.9% |
| Secret questions | 7.4% | 0.1% |
| Full name | 45.8% | 85.3% |
| Credit card | 39.9% | 2.1% |
| SSN | 8.8% | 0.1% |

*These are the top 10 brands impersonated by threat actors, according to this Google report.* [4]

Microsoft's widespread adoption and success make it a target for every hacker — never before have so many mailboxes had exactly the same security. Hackers also leverage the fact Office 365 accounts are the source of authentication to other enterprise SaaS apps. This "transitive trust" makes compromised accounts a bigger risk to the organization. Once an account is compromised, hackers often leverage that to spread to other mailboxes — in some cases, they even respond to existing threads, making the spoofed email appear very natural in the context of a legitimate conversation.



© Copyright 2019 Avanan. All rights reserved.          1.855.528.2626          www.avanan.com

# 2. Preventing the Attack: Required Layers of Email Security

This section discusses the key layers of an effective Office 365 security strategy and compares ATP and Avanan's offerings for each.

## 2.I. Static Layer to Block Malicious URLs

## Microsoft ATP

ATP adds SafeLinks as a time-of-click security layer to the Office 365 URL blacklist. Each URL is replaced with a rewritten URL that leads to Microsoft, which tests the URL against its database of known attacks upon the time of click, and redirects the end user's browser to the original URL if it's not a known attack. In "Fighting Phishing — 2020 Foresight," [5] Gartner recommends this general approach:

> *Using best practices for preventing malicious URL links involves a two-step process:*
>
> *1. The vendor first detects and removes any known bad URLs, then attempts to validate or verify the destination of unknown or "safe" URLs, discarding those that resolve to malicious sites or suspicious content.*
>
> *2. Any remaining hyperlinks in the email are replaced with new encoded hyperlinks that act as a proxy via the anti-phishing provider, allowing a click-time URL reputation and website check.*

Hackers fool this first step in multiple ways. First, this is still a static layer, and based on the data we collected, it usually takes 4 to 24 hours before Microsoft adds a malicious URL to the blacklist. In addition, multiple obfuscation methods prevent Office 365 from properly parsing the URL. Therefore, even after the URL is blacklisted, ATP won't identify it as URL and will fail to block it. (Some examples published by Avanan include the baseStriker [6], zeroFont [7], and ZWSP [8] attacks). SafeLinks also fails when the URL is in an attachment. Another common method of attack is to use link shorteners, multiple redirections, and public links on file sharing platforms like Sharepoint and Google-Drive. Finally, hopping to a new link once the malicious one is exposed is a low cost operation for hackers, and access to Office 365 allows them to automate the process.

## Avanan

Avanan feeds from 3 malicious link sources, including a leading AV vendor, Google Safe Browsing, and PhishTank. These sources were selected after benchmarking multiple URL reputation feeds. Based on our analysis, even the best of those tools are limited, catching only 15–17% of the malicious links at the time the link is clicked. As most of these attacks are zero-day, a reputation-based layer is required. This is a fundamental flaw in the static analysis provided by SafeLinks,



© Copyright 2019 Avanan. All rights reserved.          1.855.528.2626          www.avanan.com

# 2. Preventing the Attack: Required Layers of Email Security

## 2.2. Machine Learning for Anti-Phishing

### Microsoft ATP

Any organization that has an Office 365 account automatically has a default anti-phishing policy apply to all users. Microsoft ATP  provides several additional analysis tools for detecting phishing attacks such as blacklisting, sender reputation, and more. After having read through Microsoft testing and performing tests, we observed that those layers are apparently static in nature, and do not seem to include advanced machine-learning. Even with ATP, Office 365 will be able to block specific campaigns only after they are learned because of this static layer. And if the hacker makes a small variation of the very same campaign, they will be able to bypass the static layer. Worst of all, custom policies for more targeted phishing campaigns characterized by impersonations and spoofs only apply to a maximum of 60 users [9] in Office 365.

> *"Microsoft has an opportunity and an incentive to solve the phishing issues, but based on historical results, it must become more agile and respond more rapidly to changing attacker tactics. As Microsoft's SEG market share increases, smart attackers will specifically target Microsoft's defenses." — Gartner, "Fighting Phishing — 2020 Foresight" [10]*

Creating anti-phishing policies in ATP requires multiple configurations, each with different priorities for enforcement. Once the policy is set up, it takes 30 minutes for it to take effect. When the policy detects a threat, it will do 1 of 3 things: quarantine the message, move the message to the recipient's junk folder, or not apply any action for admins who prefer to remediate manually.

> *"When we demonstrated attacks coming through to Microsoft, they recommended we purchase ATP. When we demonstrated attacks pass unblocked after purchasing ATP, Microsoft support told us we misconfigured ATP. After 3 months of failing to configure ATP with the Microsoft support, we just gave up." — Anonymous former ATP customer*



© Copyright 2019 Avanan. All rights reserved.

1.855.528.2626          www.avanan.com

# 2. Preventing the Attack: Required Layers of Email Security

## 2.2. Machine Learning for Anti-Phishing

### Avanan

The power of A.I. and machine learning is such that when analyzing a specific attack, the machine learns numerous indicators of the attack to block similar attacks, even when the hackers try to change its characteristics. Avanan's machine-learning, SmartPhish, was built specifically to target the threats that EOP and ATP miss, using over 300 indicators in every email. When Avanan Security Analysts learn of a hacker trick for bypassing Office 365—such as the link splitting that was weaponized in the baseStriker attack—that method becomes an indicator as well. The indicators analyze every piece of the email using features like Natural Language Processing (NLP), user impersonation detection, brand impersonation detection, sender spoof detection, and more.

> *"Generally, with AI, what you train the machine on, is what it's going to catch. So we trained specifically on the things Microsoft misses and specifically on the attack methods that people use in order to bypass Microsoft." – Gil Friedman, Avanan CEO* [11]

In addition, the algorithm baselines the specific communication used in the organization — the past communication between its users, focusing on the language and words used. In doing so, SmartPhish's processing power is more specific to the organization it protects, resulting in more accurate detections for the company. The admin and the end users can continuously train the A.I by marking certain emails as clean and malicious.

Avanan's customer-specific configuration learns from historical emails. For example, the brand of one of our customers was frequently spoofed in the wild and used in far-reaching phishing campaigns. The company needed to distinguish between legitimate and illegitimate correspondences, and Avanan's ability to fine-tune the AI for them was key when it came to accurately identifying attacks and drastically reducing disruptions to business.

> *"Microsoft ATP couldn't compare to the amount of phishing attacks caught by Avanan." – Hershell Foster, CIO, Capital Caring* [12]



© Copyright 2019 Avanan. All rights reserved.          1.855.528.2626          www.avanan.com

# 2. Preventing the Attack: Required Layers of Email Security

## 2.3. Anti-Malware

### Microsoft ATP

ATP scans for malware in attachments, and in our tests, proved itself adept at blocking malware in file formats from the Office 365 suite, such as Word and Excel, but is more vulnerable to PDF formats. To study how much malware ATP misses, Avanan gathered the data collected by its malware partners, then pushed the known-to-be-malicious malware to Office 365. Avanan discovered that ATP missed between 5-12% of zero-day malware attacks. Common attack include links within files, and yet ATP will neither scan nor apply Safe Links on them. If the malware is downloaded as a link in the email body, ATP won't scan until the link is clicked, and will not be able to perform complete sandboxing of the file because it does not want to delay the end user. These complications amount in an unreliable anti-malware service.

### Avanan

Avanan scans links to files in the email body and links within files, recursively scanning every link for malware. We also enlist help from the industry's best anti-malware vendors. NSS Labs, an authority on cybersecurity tools, released empirical data [13] proving that Check Point, an Avanan partner, has the highest security effectiveness in the malware category, where Microsoft was neither mentioned nor tested. Avanan's multi-vendor malware protection lets admin choose from best of breed AV and sandboxing vendors like FireEye, Check Point, Sophos, Palo Alto, SonicWall, and Lastline.

Admin can deploy the strictest anti-malware policies on Avanan, because users can take advantage of the "release from quarantine" workflow. When the admin open the request, they are linked to rich reporting and forensics on the suspected malware. When suspicious files are quarantined, users can ask to release them, and the admin can review a full sandbox report and threat emulation video (which Microsoft doesn't provide) that shows exactly what actions the malware takes when it is opened. These features help the admin to make an informed decision that takes the needs of users into account.



© Copyright 2019 Avanan. All rights reserved.          1.855.528.2626          www.avanan.com

# 2. Preventing the Attack: Required Layers of Email Security

## 2.4. Account Takeover Protection

### Microsoft ATP

ATP for Office 365 doesn't come with user behavior analytics. Organizations must purchases Azure AD or Advanced Threat Analytics (ATA) for machine learning to understand the safe behavior of users in the Office 365 environment. Without these additional tools, ATP can't send real-time alerts for suspicious user behavior, or connect with auto-action to force MFA and immediately disable accounts suspected to be compromised. Office 365 lacks user-specific or customer-specific data about suspicious behavior, such as logins from countries where business is not conducted. While ATP offers static layers for this function, it requires the admin to setup each configuration. For example, Office 365 will not base-line the countries the organization is using or flags logins from foreign countries.

### Avanan

Upon deployment, Avanan automatically baselines safe behavior on a per-user, per-company basis. On the threat management dashboard homepage, Avanan provides a login map showing both suspicious and safe logins. When a suspicious login is detected, Avanan automatically sends alerts. Each alert can easily become a geo-restriction static layer, blocking all logins from outside the US, for example, or other global regions where the specific business would normally not be conducted. Beyond suspicious logins, there are certain configurations that point to a compromised account, and Avanan flags them as such. While some configurations might be legitimate, they still can be a security issue. One common example of such configuration Avanan flags is email forwarding, when a user forwards all their email to an external address — a common configuration in business email compromise that conceals a hacker's activity. Microsoft doesn't flag insecure configurations in use.



© Copyright 2019 Avanan. All rights reserved.          1.855.528.2626          www.avanan.com

# 2. Preventing the Attack: Required Layers of Email Security

## 2.5. DLP

### Microsoft ATP

DLP is not part of ATP—therefore, we will keep this section brief. EOP offers basic compliance rules and scans regular expressions, but doesn't scan word-vicinity, keyword relations, OCR scanned documents, or other methods used by advanced DLP tools.

### Avanan

Avanan offers best of breed DLP tools, such as Symantec and GTB. Our DLP policy can sync with on-prem DLP and existing DLP rules. When the end user sends a message where data leakage was identified, flexible workflows present an "Are you sure?" message, letting them send it using encryption options from Microsoft or other third party tools.










8

© Copyright 2019 Avanan. All rights reserved.          1.855.528.2626          www.avanan.com

# 3. Email Security: Post-Attack

Some attacks will inevitably get through, given that "currently, an average of roughly one out of every 4,500 emails is a phishing attack."[14] A real-time incidents-response platform with the relevant forensic capabilities and the ability to "search and destroy" emails from end users' mailboxes, is key, and most admins of Office 365 have been frustrated when investigating phishing attacks in Office 365.

In this section, we explore threat management in ATP and Avanan, comparing the features for remediation post-breach with a focus on how using each platform factors into the overall email security posture.

## 3.1. Search and Destroy: a Missed Phishing Email

### Microsoft ATP

In ATP, it is up to end users to report of a phishing campaign that went to their Office 365 mailbox. When admin are notified of a potential attack, they lack a few key capabilities they would need in this use case:

1. a one-click button that shows all similar emails.
2. a list of which users clicked the link and fell victim to the attack.
3. real-time data on the phishing campaign.

Office 365 makes it difficult to see similar malicious emails that the organization received. Furthermore, it's complex to report who click the links—assuming Safe Links is used. Because the data is not real time, it takes several hours before it is fully available in the logs.

### Avanan

The Avanan UI provides a full incident response suite. The end users can easily report an email as suspicious, and the admin can quickly see who else in the organization received and interacted with the email. It then allows the admin to take actions, such as:

1. one-click blocking. By adding a static rule, the admin can immediately delete all similar emails from the end users' mailboxes.
2. blocking any future emails of the same attack.
3. adding the email to the machine-learning sample so it improves the catch rate and can learn of similar, future campaign.

These workflows are all one-click away from the Avanan portal, making it easier to block campaigns and improve the model for future attacks.



© Copyright 2019 Avanan. All rights reserved.          1.855.528.2626          www.avanan.com

# 3. Email Security: Post-Attack

## 3.1. Search and Destroy: a Missed Phishing Email

## Avanan

The example below demonstrates this process in Avanan, starting from a clean email and clicking "Report Misclassification."



Admin see all similar emails sent to the organization, and in one click can:

• delete those emails from all end users.
• block future attacks.
• have the machine-learning add this as a sample of phishing to block similar attacks in the future.





© Copyright 2019 Avanan. All rights reserved.                    1.855.528.2626                    www.avanan.com

# 3. Email Security: Post-Attack

## 3.2. Incident Response: a Compromised Account

### Microsoft ATP

ATP will notify the admin of a potentially compromised account. In addition, Microsoft documentation [15] recommends reviewing all activities of an account suspected to be compromised in the Office 365 Unified Audit Logs in the Security & Compliance Center. Filter the results by date range spanning from immediately before the suspicious activity occurred to the current date. Microsoft advises not to filter by activities during the search, because the information is delayed and not updated in real time.

The time it takes to flag an account as compromised is the biggest reported caveat with the built-in algorithm in ATP. This year, Avanan has identified an account protected by ATP that had 10,296 logins from different countries and continents, an account compromise which ATP did not report.

### Avanan

Avanan will monitor all end user activity in the account, including:

- logins from unknown locations.
- sending more email than usual, or an email characteristic unusual for this sender (such as multiple recipients in the BCC).
- sending phishing attacks to other users within and outside of the organization.
- forwarding all mail to external mailboxes.
- unusual email signatures.
- rules that automatically delete all responses to hide activity.
- multiple password changes.
- nickname changes.

All of these are reported as indications of potential account take-over or an insecure configuration. The key differences between ATP and the Avanan algorithm are that:

1. incidents are reported in real-time.
2. Avanan learns the specific characteristics of the organization and end user. The customer-specific baseline enables faster and more accurate detection.



© Copyright 2019 Avanan. All rights reserved.

1.855.528.2626                    www.avanan.com

# 3. Email Security: Post-Attack

## 3.3. Forensic Tools

## Microsoft ATP

ATP presents admin with an overwhelming amount of reports. Despite the sheer number of these reports, the level of detail ATP offers is minimal.



*This is what Spoof Mail report looks like in ATP.*



*After clicking on "View details table," ATP only provides the date, spoofed sender, true sender, sender IP, action, and message count.*



© Copyright 2019 Avanan. All rights reserved.          1.855.528.2626          www.avanan.com

# 3. Email Security: Post-Attack

## 3.3. Forensic Tools

### Microsoft ATP

Using ATP Threat Explorer feature, admin can gather details on active phishing attacks, with information on the sender, recipient, source IP address, file hashes, subject lines, and URL links to identify the impact on the Office 365 environment. ATP does not offer more information beyond merely listing these components of an attack.

If the admin is investigating an event older than 7 days, they will encounter this message from ATP: "No data available for selected date range. If you are looking for data older than 7 days, use the Request a report option."



| Sender Address | Message ID | File |
|---|---|---|
| No data available for selected date range. You can choose another time range from the filter options. If you are looking for data older than 7 days, use the Request a report option. | | |

After clicking "View details table," ATP's "Top Malware" report still has very limited insights. The admin can only see the total count of malware.



| Top Malware Report | |
|---|---|
| + Create schedule | |
| **Top Malware** | **Count** |
| W97M.DOWNLOADER | 5 |
| O97M/DONOFF | 4 |
| TROJAN.EKPQ-6 | 4 |



© Copyright 2019 Avanan. All rights reserved.        1.855.528.2626        www.avanan.com

# 3. Email Security: Post-Attack

## 3.3. Forensic Tools

## Avanan

Avanan's rich reporting is available at a glance on the dashboard homepage. Avanan's custom queries are flexible, which speeds up the pace of a forensic search. Admin can search by sender, subject, recipient, or attachment name. Within the query tool, admin can click on any "Sender" or "Recipient" to see a user profile detailing their top collaborators, whether they are internal users or external partners, and if their account is enabled with Avanan. Clicking on "Subject" reveals an email profile, with detailed information on the email header, attachments, all the links in the body and attachment. The query enables admin to quarantine individually or en masse.

To investigate threats further, select either "Analytics" in the main navigation, or document restore requests submitted by end users whose attachments have been flagged as potentially malicious. In this section, I focus on what reporting looks like when it stems from a restore request, because it speaks to the logical flow of navigation on the platform that differentiates Avanan from ATP.



After clicking on the subject "Another Test," admin see a comprehensive report showing the email profile, header information, and the security that found the threat.





© Copyright 2019 Avanan. All rights reserved.          1.855.528.2626          www.avanan.com

# 3. Email Security: Post-Attack

## 3.3. Forensic Tools

## Avanan

When admin click on the gear icon next to Security Stack (in the screenshot above) and click the "Advanced" checkbox, they see a detailed header report.



When admin click on the email attachment "Malicious Demo Malware.xlsm" from the screenshot on the previous page, they are taken to another window showing the attachment profile. For even more detailed reporting, the admin can view security event intelligence from Avanan's security partners, like Check Point and LastLine.





© Copyright 2019 Avanan. All rights reserved.          1.855.528.2626          www.avanan.com

# 3. Email Security: Post-Attack

## 3.3. Forensic Tools

## Avanan

The screenshot below displays what admin would see after clicking Check Point's Malware Sandboxing report shown in the previous page. This threat report is not segregated into the Reporting page on the main dashboard, as it would be in the ATP Security & Compliance platform. Admin can see helpful insights, such as the algorithm's verdict, risk level of the attack, and malware activities. The admin can study threat details, view quick summaries, and observe how the malware affects different operating systems.



But this is the most exciting feature: admin can watch a threat emulation video showing exactly what would happen if this file were opened.





© Copyright 2019 Avanan. All rights reserved.          1.855.528.2626          www.avanan.com

# 3. Email Security: Post-Attack

## 3.3. Forensic Tools

### Avanan

With Avanan's advanced forensics feature, admin can see a timeline showing the steps malware took as it detonated in the sandbox. This exportable visualization of advanced malware forensics comes in the form of a bar chart, with insight into process, registry, and Network/HTTP Events.



Because Avanan sees so much detail into threats, admin can, too. Avanan was designed with the admin in mind so that clicking into report details flows and feels intuitive, presenting the right information and the right time.



17

© Copyright 2019 Avanan. All rights reserved.          1.855.528.2626          www.avanan.com

# 3. Email Security: Post-Attack

## 3.4. Policy Configuration

### Microsoft ATP

ATP policy configuration takes place within the Security & Compliance platform. Policy engines include anti-phishing, anti-spam, anti-malware, attachment scanning, link scanning, and DKIM. To create an anti-phishing policy in ATP, the admin must outline the conditional logic that dictates the engine's response when it is confronted with attacks. Overall, policy configuration in ATP is cumbersome and limited in the flexibility of its workflows, scope, and enforcement.

#### Spoof Policy

Rather than having the policy creation occupy a single window, ATP breaks the policy creation process down into "Policy setting," "Impersonation," "Spoof," and "Advanced Settings." Admin have to "Edit" each setting, navigating between windows to create the policy.

There are a few options that make up the Impersonation policy section.



- **Add users to protect:** This allows up to 60 addresses to be specified for protection, an immediate limitation of their protection. (Avanan can apply its policies to an unlimited number of users)

- **Actions:** This describes how the impersonation policy will trigger workflows in your Office 365 environment. Near the bottom of this section is the option to "Turn on impersonation safety tips," which add security warnings within emails for end users in the event that a user or domain might be impersonated.

- **Add trusted senders and domains:** This allows users and domains to be exempted from the impersonation policy. Admin should know that in ATP, it isn't possible to whitelist sender addresses, only recipient addresses. To get around this, admin must write a transport rule that adds a message header to bypass ATP scans. This will cause a 2-3 minute delay. (Still, allowing permanent exemptions from policies is generally not a best practice.)

- **Adjust the aggression threshold of the policy:** Admin must recognize that with ATP, the more aggressive the policy, the more false positives.



© Copyright 2019 Avanan. All rights reserved.                    1.855.528.2626                    www.avanan.com

# 3. Email Security: Post-Attack

## 3.4. Policy Configuration

### Microsoft ATP

#### *Safe Attachments Policy*

Configuring a Safe Attachments policy has similar limitations. Here are the modes in which the policy can run.

- **Monitor mode:** continues delivery after malware is detected and keeps a record of scan results.
- **Block mode:** stops emails and attachments containing malware.
- **Replace mode:** blocks attachments in which malware was detected, but delivers the rest of the message.
- **Dynamic delivery mode:** immediately removes attachments on all messages until the scan is complete, whereafter the attachment is reattached.

#### *Safe Links Policy*

Upon activating the policy, ATP will perform a link reputation check, and Safe Links will rewrite the URL. URLs identified as malicious in Office 365 reputation checks will be marked as spam, and the user will be unable to click them.

The Safe Links feature is counterintuitive to security best practices, however. Safe Links makes it harder to identify the clues users would use to identify a dangerous email, such as a misspelling. In "Fighting Phishing — 2020 Foresight," Gartner stresses that "Phishing education needs to account for URL rewriting, as it should not be treated as giving license to click on anything." [16]



A comparison of the original URL to the Safe Links rewritten URL shows that the original is buried underneath Microsoft information. [17]

In this way, Safe Links is actually detrimental to anti-phishing education, because it gives users a false sense of security. If Microsoft has cleared the link, then there is no need to parse the URL for suspicious spelling that might indicate an unsafe domain.



© Copyright 2019 Avanan. All rights reserved.          1.855.528.2626          www.avanan.com

# 3. Email Security: Post-Attack

## 3.4. Policy Configuration

### Avanan

To simplify the configuration of security policies, Avanan SmartPhish AI has a one-click deployment for anti-phishing. This is as out-of-box as a policy can get. SmartPhish detects the threats targeting ATP's vulnerabilities, such as baseStriker and ZeroFont, which ATP failed to identify as threats.



Deploy an anti-phishing policy in a single click with Avanan's SmartPhish algorithm.

The custom policy wizard creates workflows to manage threats in Office 365, and runs in in 3 possible modes:

- **Monitor Only:** Detects threats for the admin to remediate manually.

- **Detect and Prevent:** Scans messages when they land in the users' inboxes and automatically remediates.

- **Protect Inline (Recommended):** Blocks threats before they hit end users' inboxes.



The custom policy wizard creates workflows to manage threats in Office 365.



© Copyright 2019 Avanan. All rights reserved.

1.855.528.2626                www.avanan.com

20

# 3. Email Security: Post-Attack

## 3.4. Policy Configuration

### Avanan

With Avanan, custom policies apply to all users, and selecting those users is much simpler than in ATP.



*How to apply the scope of your policy in Avanan.*

With the advanced policy configuration features in Avanan, admin can choose whether or not to run the technology of partners like Check Point Capsule, FireEye ETP, Check Point Sandblast, and Lastline Antivirus.



*This is one of the multiple ways in which users are educated about threats in the Office 365 environment with Avanan.*

Flexible workflows involve users and admins in the security process with detailed email workflows that alert them to potential threats:

- send email alert to admin(s) about phishing (or malware).
- send Email alert to...[specific person(s)].
- alert recipient. This last one is very useful for keeping users in the loop about threats facing their inboxes.



© Copyright 2019 Avanan. All rights reserved.          1.855.528.2626          www.avanan.com

# 3. Email Security: Post-Attack

## 3.5. Workflows and Automation: Working with End Users

### ATP

#### *Reporting*

With ATP, the end user experience can be disruptive. If an end user receives a phishing document with a malware trojan, Microsoft will send an alert to them in the form of a .txt attachment. There are no actions for the user to take, other than opening the alert. They can't request to release the quarantined document.





When the user opens the alert to learn more, they are greeted with this unfriendly, 4-line text summary that really just tells them there's trojan malware.



Figure 14. Reporting rates of phishing campaigns (n=9,697)

**Only 17% of phishing campaigns were reported. Reducing the amount of time to detect and ultimately respond to phishing attacks is another key component in your defense.[18]**



© Copyright 2019 Avanan. All rights reserved.                1.855.528.2626                www.avanan.com

# 3. Email Security: Post-Attack

## 3.5. Workflows and Automation: Working with End Users

### Avanan

**_Reporting_**

Avavnan describes the situation to the end user and provides a link to request document removal from quarantine.





End users can message admin to report a misclassification and ask that a quarantined document be released after a review.



© Copyright 2019 Avanan. All rights reserved.

1.855.528.2626                      www.avanan.com

# 3. Email Security: Post-Attack

## 3.5. Workflows and Automation: Working with End Users

### ATP

***Email-native education opportunities***

ATP provides end users with safety tips. Four different colors mark the safety of the message content.





© Copyright 2019 Avanan. All rights reserved.          1.855.528.2626          www.avanan.com

# 3. Email Security: Post-Attack

## 3.5. Workflows and Automation: Working with End Users

### Avanan

#### *Email-native education opportunities*

Avanan recognizes that user education about phishing is integral to preventing attacks at your organization. Automated emails alert end users to threats, provide key details into the malicious message, and provide a link to further reading about phishing attacks.

An email has just been received and is suspected to be a "Phishing" email.
The email message is safely quarantined.

The email sender address is: **{from_email_address}**

The email sender name is: **{from_email}**

The email subject is: **{subject}**

Email attached files are: **{attachments_names}**

If you believe the email is safe, please click here and IT will review the email.  If safe, the email will be released to your inbox.

You can read more about phishing attacks here.

*End users can educate themselves about phishing by clicking on the link at the bottom of automated alert emails.*



25

© Copyright 2019 Avanan. All rights reserved.                    1.855.528.2626                    www.avanan.com

# Conclusion

The threat landscape demands that email security has to do more than ever before, and that requires looking at email from a new perspective. This perspective must consider how the widespread use of Office 365 makes it a lucrative target for every hacker in the world. The default security of the service is inadequate, as indicated by Microsoft's strong push on its customers to add the ATP package to their plan.

Microsoft ATP suffers from some of the same fundamental problems that the Office 365 basic package has:

1.  It is available for hackers to trial and error until they manage to bypass it.
2.  It uses a lot of shared code with Office 365's default security, so a vulnerability in the basic package exists in both.

Malware authors write their scripts specifically for Office 365 EOP and ATP clients due to the widespread adoption of Microsoft's productivity tools and security solutions. Because Microsoft products and security are so simple to acquire, study, target, and manipulate, EOP and ATP are simply inadequate for enterprises whose goal is to be phish-free. This doesn't mean that Office 365 as a business tool is fundamentally insecure; it merely means that Office 365 is popular with enterprises, its architecture is highly visible, and it gets constant attention from hackers.

Password managers and 2FA can stop many phishing attacks, as researchers have found time and time again [19], but this simply isn't enough to protect even the most security-conscious users from email-borne threats. User education and password protection are worthy efforts, but they fall short if users cannot get context on or report suspicious emails.

Avanan knows this, and has created a security solution that puts users and admin first. Advanced user behavior analytics assess and remember the communication patterns of every user, from entry-level to C-suite, Avanan gives users the chance to report misclassifications, request restores of quarantined content, and provides key details about why certain content has been blocked from their inbox with automated alerts.



*Out of the 44,000 total emails scanned by SmartPhish and ATP, there were a total of 3,574 phishing emails, shown in the graph above. 3,033 of those (84.9%) were delivered to the user's inbox when Microsoft was used without Avanan's additional layer of protection. [20]*

With the most customized machine learning on the market, Avanan secures beyond the Office 365 environment, covering collaborative chat and business apps (like Slack and Box) connected to email accounts, working seamlessly with 2FA, and identifying threats that ATP and EOP fail to block on user inboxes. Avanan supports defense in depth with best of breed security providers. These features combine to actively promote a culture of security in the workplace with easy threat reporting features and educational opportunities for users.



© Copyright 2019 Avanan. All rights reserved.     1.855.528.2626     www.avanan.com

26

# Try Avanan today.



*www.avanan.com/trial*



© Copyright 2019 Avanan. All rights reserved.          1.855.528.2626          www.avanan.com

# Works Cited

1. Firstbrook, Peter. "Market Guide for Secure Email Gateways," Gartner, 3 May, 2017, https://www.gartner.com/document/3698932?ref=solrAll&refval=214654241&qid=e7f19b0527c3b65c6e999e8c218e76bf
2. Wynne, Neil. "Fighting Phishing — 2020 Foresight," Gartner, 19 July, 2018, https://www.gartner.com/document/3883275?ref=TypeAheadSearch&qid=7baf589dc4579ee8e74b271a4
3. Widup, Suzanne. "Data Breach Investigation Report." Verizon Enterprise, 27 Feb. 2018, enterprise.verizon.com/resources/reports/dbir/. (13)
4. Thomas, Kurt, et al. "Data Breaches, Phishing, or Malware?" Proceedings of the 2017 ACM SIGSAC Conference on Computer and Communications Security - CCS '17, 2017, doi:10.1145/3133956.3134067. (1)
5. "Fighting Phishing — 2020 Foresight."
6. Nathaniel, Yoav. "BaseStriker: Office 365 Security Fails To Secure 100 Million Email Users." Avanan, 8 May 2018, www.avanan.com/resources/basestriker-vulnerability-office-365.
7. Nathaniel, Yoav. ZeroFont Phishing: Manipulating Font Size to Get Past Office 365 Security. Avanan, 13 June 2018, www.avanan.com/resources/zerofont-phishing-attack.
8. Nathaniel, Yoav. Z-WASP Vulnerability Used to Phish Office 365 and ATP. Avanan, 9 Jan. 2019, www.avanan.com/resources/zwasp-microsoft-office-365-phishing-vulnerability.
9. Vangel, Denise. "Set up Office 365 ATP Anti-Phishing Policies." Microsoft Docs, 10 Oct. 2018, docs.microsoft.com/en-us/office365/securitycompliance/set-up-anti-phishing-policies.
10. "Fighting Phishing — 2020 Foresight"
11. Kerner, Sean Michael. "Avanan Boosts SaaS Application Security With Cloud-Native Approach." Avanan Boosts SaaS Application Security With Cloud-Native Approach | TAKEitGAME - News Feed, www.takeitgame.com/link/191232_avanan-boosts-saas-application-security-with-cloud-native-approach.
12. Landewe, Michael. Capital Caring: Avanan Cloud Security for Healthcare. Avanan, 6 Mar. 2018, www.avanan.com/resources/capital-caring-secures-healthcare-avanan.
13. "Check Point SandBlast Receives Highest Security Effectiveness and Lowest TCO Scores in NSS Labs' First-Ever Breach Prevention System Test." Check Point Software, 21 Dec. 2017, www.checkpoint.com/press/2017/check-point-sandblast-receives-highest-security-effectiveness-lowest-tco-scores-nss-labs-first-ever-breach-prevention-system-test/.
14. "Fighting Phishing — 2020 Foresight"
15. Xu, Simon. "Responding to a Compromised Email Account in Office 365." Microsoft Docs, 27 Sept. 2018, docs.microsoft.com/en-us/office365/securitycompliance/responding-to-a-compromised-email-account.
16. "Fighting Phishing — 2020 Foresight"
17. Press, Dylan. "4 Reasons Microsoft 'Safe Links' Make Office 365 Less Safe." Cloud Security Platform for Every SaaS, 19 Oct. 2017, www.avanan.com/resources/microsoft-atp-safe-links.
18. "Data Breach Investigation Report," 13.
19. Thomas, Kurt, et al. "Data Breaches, Phishing, or Malware?" Proceedings of the 2017 ACM SIGSAC Conference on Computer and Communications Security - CCS '17, 2017, doi:10.1145/3133956.3134067. (13)
20. Guida, Reece. ATP Anti-Phishing Compared to Avanan. Avanan, 20 Dec. 2018, www.avanan.com/resources/atp-anti-phishing-compared-to-avanan.

© Copyright 2019 Avanan. All rights reserved.          1.855.528.2626          www.avanan.com