# APPENDIX
# 110

https://resources.infosecinstitute.com/five-techniques-to-bypass-office-365-protections-used-in-real-phishing-campaigns/     09/19/2020

**INFOSEC**

INFOSEC    INFOSEC IQ    TECHEXAMS    INFOSEC INSPIRE

TOPICS ▾    CERTIFICATIONS ▾    CYBERSECURITY CAREERS ▾    VIDEOS ▾    CONTRIBUTORS    ABOUT INFOSEC    🔍

# Five Techniques to Bypass Office 365 Protections Used in Real Phishing Campaigns

POSTED IN PHISHING ON JULY 2, 2018

### Know your organization's phish rate?
RUN A FREE PHISHING RISK TEST TO FIND OUT.

GET STARTED

**INFOSEC Skills**    What's this?

Outsmart cybercrime with 400+ skill development and certification courses.

Start your free trial

⟨ SHARE

In the last couple of years, crooks devised several techniques to bypass anti-phishing filters, let's analyze them to understand the way threat actors used them to bypass Office 365 protections.

## ZeroFont phishing attack can bypass Office 365 protections

According to cloud security firm Avanan, Cybercriminals are using a new technique that involves manipulating font sizes to bypass Office 365 protections.

One of the detection mechanisms implemented by Microsoft in Office 365 leverages the natural language processing for the identification of the content of the email messages associated with malicious campaigns.

For example, an email including the words "Apple" or "Microsoft" that are not sent from legitimate domains, or messages referencing user accounts, password resets or financial requests are flagged as malicious.

The researchers from Avanan have recently discovered phishing campaigns using emails in which some of the content is set to be displayed with zero-size font using `<span style="FONT-SIZE: 0px>`, for this reason, they dubbed the technique ZeroFont.

*"Recently, we have been seeing a number of phishing attacks using a simple strategy to get their bilateric email spoofs past Microsoft's phishing scans. The tactic, which we are calling ZeroFont, involves inserting hidden words with a font size of zero that are invisible to the recipient in order to fool Microsoft's natural language processing,"* reads the analysis published by Avanan.

The content of the email is composed to deceive a phishing message, but Microsoft's filters are not able to detect it because the attackers have introduced a font size text that alters the text making it harmless to the security mechanisms.



**Figure 1- FontZero email**

Summarizing, while the user sees a classic phishing content like this:

Thanks for taking these additional steps to keep your email safe.

Office 365
© 2018 Microsoft Corporation. All rights reserved

Microsoft's filter will see the overall text including words written with "FONT-SIZE: 0px" attribute. This text, of course, doesn't appear as a malicious content if analyzed with natural language processing.

Thxeubekaruxntehdxdx thx thxne anxmekxtedxt txmefaxietinxmetbxteintx txmebaxietinxmebxtextetinx tp kxnxmefaxntp yxnxmefaxnor cxntefaxtx mxxmefaxtx mxxmefaxtetxb. OxumefaxtT txmefaxietinxmetbx mxmefaxieTxmefaxtx
© 2018 Mxxamefaxtx cxnxmefaxntxnxmefaxtx tU Cxmefaxtx cxnxmefaxntxnxmefaxtxrumefaxietxbtxt xnxmefaxion. All rights reserved

*"Microsoft can not identify this as a spoofing email because it cannot see the word 'Microsoft' in the un-emulated version. Essentially, the ZeroFont attack makes it possible to display one message to the anti-phishing filters and another to the end user,"* Avanan's Yoav Nathaniel said in a blog post.

Natural language processing is essential to prevent phishing attacks, but a technique like ZeroFont demonstrated that attackers can bypass filters with a trick.

## baseStriker attack technique allows bypassing Microsoft Office 365 anti-phishing filter

Researchers at cloud security company Avanan discovered in May a technique, dubbed baseStriker that was used by attackers to bypass the Safe Links security feature implemented in Microsoft Office 365.

The Safe Links feature is designed by Microsoft to protect Office users from malicious codes and phishing attacks; it is part of Microsoft's Advanced Threat Protection (ATP).

### FREE TRAINING TOOLS
Phishing Simulator
Security Awareness

### EDITORS CHOICE
✓ Key findings from Infosec's 2020 IT & security talent pipeline study
✓ Phishing simulations in 5 easy steps – Free Phishing Training Kit
✓ Free online cyber security training: Courses, hands-on training, practice exams
✓ LockBit malware: What it is, how it works and how to prevent it | Malware spotlight
✓ Sunset Decoy: VulnHub CTF walkthrough
✓ Purple Fox malware: What it is, how it works and how to prevent it
✓ Cloud Pentesting Certification Boot Camp: The ultimate guide
✓ 6 Windows event log IDs to monitor now
✓ Time to update your cybersecurity policy?
✓ Ransomware deletion methods and the canary in the coal mine
✓ Android app security: Over 12,000 popular Android apps contain undocumented backdoors
✓ AWS Database Management
✓ Hack the Box (HTB) machines walkthrough series — Resolute
✓ DNS security best practices: Preventing DNS hijacking, poisoning and redirection
✓ 52 NICE Cybersecurity Workforce Framework work roles: What you need to know

### RELATED BOOT CAMPS
Information Security
Security Awareness
DoD 8140
Ethical Hacking
Hacker Training Online
Security+
Computer Forensics
CISA
CCNA
PMP
Incident Response

### MORE POSTS BY AUTHOR
 Hacking the Tor Network: Follow Up [Updated 2020]

Beginning in late October 2017, ATP Safe Links protection is being extended to apply to web addresses (URLs) in email as well as URLs in Office 365 ProPlus documents, such as Word, Excel, PowerPoint on Windows, iOS, and Android devices, and Visio files on Windows.

The security feature works by replacing all URLs in an incoming email with Microsoft-owned secure URLs.

When the user clicks on a link included in an incoming email, it first redirects the user to a domain owned by Microsoft and used to checks the original URL for anything suspicious. If the scan detects suspicious activity, it then warns users. Otherwise, the user is redirected to the original link.

BaseStriker attack technique leverages the <base> URL tag in the header of an HTML email to split and disguise a malicious link.

*"The name baseStriker refers to the method hackers use to take advantage of this vulnerability: splitting and disguising a malicious link using a tag called the <base> URL tag,"* reads the analysis published by Avanan.

*"The attack sends a malicious link, that would ordinarily be blocked by Microsoft, past their security filters by splitting the URL into two snippets of HTML; a base tag and a regular href tag."*

The following image shows a traditional phishing link that is blocked by the filter because the URL is classified as malicious and a link that is split using the BaseStriker attack technique.

```
Traditional Phish
<!DOCTYPE html>
<html lang="en">
<head>

</head>
<body>
Normally, a malicious <a href="https://bit.do/ee9er">link</a> is blocked.
</body>
</html>

Phish using baseStriker method: 1
<html>
<head>
    <base href="https://bit.do">
</head>
<body>
But by splitting the URL, the <a href="ee9er"> link</a> gets through.
</body>
</html>
```

**Figure 2 - Link split with the BaseStriker attack technique**

Tests of the baseStriker attack technique demonstrated that Office 365 users were vulnerable.

*"We have tested the vulnerability on several configurations and found that anyone using Office 365 in any configuration is vulnerable. If you are using Gmail, you don't have this issue. If you are protecting Office 365 with Mimecast, you are secure. Proofpoint is also vulnerable – if you are using Proofpoint you also have this problem,"* continues the post.

Gmail users and users protecting their Office 365 with Mimecast were not vulnerable to the attack. Meanwhile, Proofpoint was affected by the issue at the time of its discovery.

| I am using: | Am I Vulnerable to baseStriker? |
| --- | --- |
| Office 365 | Yes – you are vulnerable |
| Office 365 with ATP and Safelinks | Yes – you are vulnerable |
| Office 365 with Proofpoint MTA | Yes – you are vulnerable |
| Office 365 with Mimecast MTA | No - you are safe |
| Gmail | No - you are safe |
| Gmail with Proofpoint MTA | We are still in testing and will be updated soon |
| Gmail with Mimecast MTA | No - you are safe |
| Other configurations not here? | Contact us if you want us to help you test it |

Threat actors are using the baseStriker attack to conduct phishing campaigns, the technique could be used to distribute malware.

Avanan reported the baseStriker attack technique to both Microsoft and Proofpoint.

## Unicode-based phishing

On August 2017, researchers from Avanan discovered a large-scale phishing campaign against Office 365 leveraging on the use of special characters in the subject of the emails to bypass security measures implemented by Microsoft.

The malicious messages posed as Dropbox file share email, each message in the campaign used different links, all leading to a fake Dropbox login page.

The URL appeared to be genuine, but a close look revealed a small change – a dot above the 'ò.'

The email subject looks like this:

**Attached Via Dropbox - (Account_liquidation.Pdf)**

Here's an example of where the link in the email leads to:




**Figure 3 - Fake Dropbox landing page**

The use of special characters in the subject of the email allowed the attackers to bypass Microsoft's built-in security.

## Office 365 Security Bypassed Using Hexadecimal Escape Characters

On August 2017, experts at Avanan uncovered another variant of a phishing attack against Office 365 users leveraging a type of character encoding called "Hexadecimal Escape Characters." Phishing messages used an HTML attachment with a JavaScript snippet, and the content is encoded through hexadecimal escape characters, this means that no links were visible before opening the message. Once the users opened the phishing email, it presented a locally-generated phishing page with login instructions.

The following image shows an example of a fake PayPal login page used in several attacks observed by the expert.



**Figure 4 - Hexadecimal Escape Characters attack**

Below the JavaScript used by attackers that is obscured in hexadecimal escape characters:



**Figure 5 - Javascript used in Hexadecimal Escape Characters attack**



The recipient sees a message sent by a popular service, let's say from PayPal, then the victim clicks on what looks like a link, but it actually points to a local file. The 'link' opens the PayPal login page, tech-savvy users will notice in the address bar the word 'file' instead 'https,' but many unaware users will not notice it. Once the victim provides it credentials, they will be sent to the attackers.

*"There are several factors in this attack that make it unique, allowing it to bypass most security tools- including Microsoft's Office 365 default security-but also some other more advanced sandboxing technologies including Microsoft's Advance Threat Protection,"* states the alert published by Avanan.

*"1. Scanning this file with most antiviruses and emulating the file in a number of sandboxes (including Microsoft's ATP) failed to find it as malicious. This is because it has no known signature, and no active content (macro, etc). It also has no apparent links – those are obscured and not easy to extract.*

*"2. Even when rendered in Microsoft's ATP or another sandbox, it may expose the links, but most sandboxing technologies do not follow those links. They just don't consider an HTML file with a form and a submit button as malicious. It is not considered 'active' code. As a result, the attachment is not found to be malicious when scanned.*

*"3. The email body itself has no links (as the link is in the attachment) - therefore, any of the 'safe-link' methods (replacing the URLs with proxy-links) that Microsoft and other email security vendors like Proofpoint or Mimecast are rendered useless.*

*"4. The fake "login" screen is local. Firewalls or browser plugins that use URL reputation for IPs and domains are completely blind to this because it isn't going to*

*the internet to reach the page, it is local. Same applies to any DNS based security like OpenDNS from Cisco and similar tools."*

## Phishing campaign on Office 365 Business users leverages Punycode

Another phishing attack technique used by crooks in the wild leverages <u>Punycode</u> to avoid detection of Microsoft's default security and desktop email filters.

The technique was first observed in phishing campaigns at the end of 2016 when hackers exploited a bug in Office 365 defense systems to deceive victims.

Punycode is a method added to the Domain Name System (DNS) to support <u>non-ASCII characters within a web URL</u>.

Back in December 2016, security researchers from Avanan discovered of a phishing campaign that aimed to steal Office 365 credentials and abuses a vulnerability in how Office 365 anti-phishing and URL-reputation security layers deal with Punycode.

Hackers are always interested in targeting Office 365 because it is a corporate email solution.

*"Avanan's cloud security researchers uncovered a new attack method against Office 365 business email that goes undetected by Microsoft's Office 365 default security and bypasses desktop email filters,"* states a <u>blog post</u> published by Avanan.*"The attack includes a phishing scheme to steal Office 365 credentials and leverages what appears to be a vulnerability in how Office 365 anti-phishing and URL-reputation security layers translate Punycode."*

Punycode was already exploited in past attacks to trick victims into clicking links that looked legitimate, but crooks behind the campaign spotted in 2016 used it to bypass the Office 365 anti-phishing filters and email phishing protection systems.

The attack was possible due to a bug in the Office 365 phishing filters.

*"What makes this attack different is that instead of fooling the user, it was designed to fool the anti-phishing filters found in Office 365 and other email phishing protection systems. Hackers have identified a gap in the Office 365 phishing filters and are starting to leverage it in order to compromise accounts."* continues the analysis.

The phishing campaign uncovered by Avanan leveraged on fake FedEx emails that URLs that appear to be legitimate.

Leveraging on the vulnerability in the phish-detection engine, the URL was resolving to two different domains, one followed by the malware protection filter and the second one followed by the browser when the user clicks on it.

The legitimate and safe URL was the one followed by protection systems implemented in Office 365, while the malicious one was followed by the browser redirecting the victims to a bogus domain.

*"What makes this attack nefarious is that by using Punycode and a flaw in the phish-detection engine, the URL actually goes to TWO different sites, one followed by the malware protection filter and the other followed by the end-user's browser when he or she clicks on it,"* states the analysis.



**Figure 6 – PunyCode phishing attack**

The experts discovered that Office 365's default security systems check domain reputation by analyzing it as plain ASCII.

## References

https://www.avanan.com/resources/zerofont-phishing-attack

https://www.avanan.com/resources/puny-phishing-office-365

https://www.avanan.com/resources/basestriker-vulnerability-office-365

https://www.avanan.com/resources/new-phishing-report-aug2-2017

https://www.avanan.com/resources/hex-escape-characters-office-365-phishing-attack

https://securityaffairs.co/wordpress/72279/hacking/basestriker-attack-technique.html

https://securityaffairs.co/wordpress/73708/cyber-crime/zerofont-phishing-attack.html

https://securityaffairs.co/wordpress/54403/cyber-crime/phishing-campaign-punycode.html



Pierluigi Paganini is CTO at Cybaze Enterprise SpA

Pierluigi is member of the ENISA (European Union Agency for Network and Information Security) Threat Landscape Stakeholder Group, member of Cyber G7



Leave a Reply
Your email address will not be published. Required fields are marked *

Comment

Name *

Email *

Website

Save my name, email, and website in this browser for the next time I comment.

six + ▦ = ▢ ↻

Post Comment

About Infosec

At Infosec, we believe knowledge is the most powerful tool in the fight against cybercrime. We provide the best certification and skills development training for IT and security professionals, as well as employee security awareness training and phishing simulations. Learn more at infosecinstitute.com.

Connect with us

Stay up to date with Infosec.

Like 383        Follow @infosecedu

Join our newsletter

Get the latest news, updates & offers straight to your inbox.

ENTER YOUR EMAIL        SUBSCRIBE

© INFOSEC RESOURCES 2020

# APPENDIX
# 111

**Barracuda**Campus



# Barracuda **NextGen Firewall F-Series**
## NextGen Firewall Features - NGF03

## Student Guide



Official training material for Barracuda certified trainings and Autorized Training Centers.

Edition 2018 | Revision 1.0

campus.barracuda.com | campus@barracuda.com

© Barracuda Networks Inc., October 20, 2017. The information contained within this document is confidential and proprietary to Barracuda Networks Inc. No portion of this document may be copied, distributed, publicized or used for other than internal documentary purposes without the written consent of an official representative of Barracuda Networks Inc. All specifications are subject to change without notice. Barracuda Networks Inc. assumes no responsibility for any inaccuracies in this document. Barracuda Networks Inc. reserves the right to change, modify, transfer, or otherwise revise this publication without notice.

# Table of Contents

## Advanced Firewall Policies

1.1   Hostname Network Objects                                                  11
1.1.1     Limitations and Drawbacks                                             11

1.2   Named Networks                                                           13
1.2.1     Named Network Structures                                             13
1.2.2     Named Network Values                                                 16
1.2.3     Using Named Networks                                                 23
1.2.4     Creating Network Objects from Named Network Objects                  24

1.3   Dynamic Access Rules                                                     27
1.3.1     Dynamic Access Rules in NextGen Admin                                27

1.4   Schedule Objects                                                         31
1.4.1     Recurring Schedules                                                  31
1.4.2     Time Interval                                                        32
1.4.3     Schedule Object Options                                              32
1.4.4     Legacy Time Restriction Settings for Access Rules                    32

1.5   Bi-Directional Access Rules                                             35

1.6   General Firewall and Advanced Rule Settings                            37
1.6.1     General Firewall Settings                                            37
1.6.2     Forwarding Firewall Settings                                         37
1.6.3     Advanced Access Rule Settings                                        38

1.7   TCP SYN Flood Protection                                               39
1.7.1     TCP SYN Flooding Attacks and Countermeasures                        39
1.7.2     Events Triggered by SYN Flood Attacks                                41

1.8   Proxy ARPs                                                              43
1.8.1     Proxy ARP Types                                                      43
1.8.2     Recommendations and Limitations                                      43

1.9   Transparent Redirect                                                    47

## DNS Caching and DNS Interception

2.1   Caching DNS                                                             53

2.2   DNS Interception                                                        55
2.2.1     DNS Interception Process                                             55

# Firewall User Awareness

| | | |
|---|---|---|
| 3.1 | User Awareness | 59 |
| 3.1.1 | Authentication | 59 |
| 3.1.2 | External Authentication Schemes | 60 |
| 3.1.3 | Local Authentication | 60 |
| | | |
| 3.2 | Barracuda DC Agent Authentication | 61 |
| 3.2.1 | Barracuda DC Agent | 61 |
| 3.2.2 | System Requirements | 61 |
| 3.2.3 | DC Client Authentication | 62 |
| | | |
| 3.3 | TS Agent and TS Agent Authentication | 65 |
| 3.3.1 | Barracuda TS Agent | 65 |
| 3.3.2 | TS Agent Authentication | 66 |
| | | |
| 3.4 | User Objects in Access Rules | 69 |
| 3.4.1 | User Conditions | 69 |
| | | |
| 3.5 | Firewall Authentication | 71 |
| 3.5.1 | Inline Authentication | 71 |
| 3.5.2 | Offline Authentication | 72 |
| 3.5.3 | Authentication Client | 75 |
| | | |
| 3.6 | Guest Access | 77 |
| 3.6.1 | Guest Access Ticketing | 77 |
| 3.6.2 | Confirmation Page or Captive Portal | 79 |

# Remote Procedure Calls

| | | |
|---|---|---|
| 4.1 | RPC Firewall Plugin Modules | 83 |
| 4.1.1 | Passive | 83 |
| 4.1.2 | Active | 83 |
| 4.1.3 | Active & Passive | 84 |
| 4.1.4 | DCRPC Plugin Module | 84 |
| 4.1.5 | Monitoring | 84 |
| | | |
| 4.2 | How to Configure the DCERPC Plugin Module | 85 |
| 4.2.1 | What's the Difference to ONCRPC? | 85 |
| 4.2.2 | Configuring Passive DCERPC | 85 |
| 4.2.3 | Configuring Active DCERPC | 87 |
| 4.2.4 | Configuring Active & Passive DCERPC (recommended) | 89 |
| | | |
| 4.3 | How to Configure the ONCRPC Plugin Module | 91 |
| 4.3.1 | Configuring Passive ONCRPC | 91 |
| 4.3.2 | Configuring Active ONCRPC | 92 |
| 4.3.3 | Configure Active & Passive ONCRPC (recommended) | 94 |

# Application Control

| | | |
|---|---|---|
| 5.1 | Application Control Overview | 99 |
| 5.1.1 | Application Ruleset and Application Control | 99 |
| 5.1.2 | Application Control Features | 100 |
| 5.2 | SSL Interception | 103 |
| 5.2.1 | Certificate Management | 104 |
| 5.2.2 | SSL Interception for VPN Traffic | 105 |
| 5.2.3 | SSL Interception on Bridged Interfaces | 105 |
| 5.3 | Application Object and Application Rules | 107 |
| 5.3.1 | Application Object | 107 |
| 5.3.2 | Application Filters | 107 |
| 5.3.3 | Application Rules | 108 |
| 5.4 | URL Filter objects and URL Filtering in the Firewall | 111 |
| 5.4.1 | URL Filter Firewall Objects | 111 |
| 5.4.2 | URL Filtering in the Firewall | 113 |
| 5.4.3 | Monitoring URL Filtering in the Firewall | 115 |
| 5.5 | File Content Filtering in the Firewall | 117 |
| 5.5.1 | File Content Policy Objects | 117 |
| 5.5.2 | Content Filtering in the Firewall | 119 |
| 5.5.3 | Monitoring File Content Filtering in the Firewall | 121 |
| 5.6 | User Agent Filtering | 123 |
| 5.6.1 | User Agent Policy Objects | 123 |
| 5.6.2 | User Agent Filtering in the Firewall | 124 |
| 5.6.3 | Monitoring | 126 |
| 5.7 | Virus Scanning in the Firewall | 127 |
| 5.7.1 | Default MIME Types | 127 |
| 5.7.2 | Virus Scanning in the Firewall for Web Traffic | 127 |
| 5.7.3 | Virus Scanning in the Firewall for FTP | 129 |
| 5.7.4 | Virus Scanning in the Firewall for SMTP | 130 |
| 5.7.5 | Monitoring and Testing | 130 |
| 5.8 | Advanced Threat Protection | 131 |
| 5.8.1 | ATP File Scanning | 132 |
| 5.8.2 | Automatic Blacklisting Policy | 133 |
| 5.8.3 | Quarantine Block Page | 133 |
| 5.8.4 | Risk Scores | 133 |
| 5.8.5 | Reporting | 134 |
| 5.8.6 | Manual File Upload | 134 |

5.9    Safe Search                                                    137

5.9.1    Disabling Safe Search for YouTube                            138

5.10   Google Account Filtering                                       139

5.11   Custom Block Pages                                             141

5.12   Application Based Provider Selection                           143

5.12.1   Monitoring                                                   143

5.13   NextGen Admin Firewall Monitor and Threat Scan                145

5.13.1   Firewall Monitor                                             145

5.13.2   Threat Scan                                                  146

5.14   Intrusion Prevention System (IPS)                             147

5.14.1   IPS Features                                                 147

5.14.2   Assigning IPS Policies to Access Rules                       149

5.14.3   The Threat Scan Page                                         150

5.14.4   Guidelines for IPS Usage                                     150

5.15   Mail Security in the Firewall                                  151

5.15.1   SSL Interception for Mail                                    151

5.15.2   Virus Scanning and ATP for Mail                              151

5.15.3   DNS Blacklist                                                152

5.15.4   Link Protection                                              152

5.15.5   Mail Scanning Process                                        153

5.15.6   Monitoring and Testing                                       156


# Network Bridging


6.1    Bridging                                                       159

6.1.1    Bridging Type Feature Comparison                             159

6.1.2    Bridging on VMware ESXi                                      160

6.1.3    Security Weaknesses and Solutions                            160

6.2    How to Configure Layer 2 Bridging                             163

6.3    How to Configure Routed Layer 2 Bridging                      167

6.4    How to Configure Layer 3 Bridging                             171

6.4.1    Before You Begin                                             171

6.5    Bridging Configuration Settings                               175

6.5.1    Bridging Groups                                              175

6.5.2    Bridging Interfaces                                          175

6.5.3    Bridging ARP Entries                                         175

| 6.5.4 | Dynamic BARPs | 175 |
| 6.5.5 | Static BARPs | 175 |
| 6.5.6 | Bridging Interface ACL | 175 |
| 6.5.7 | Virtual Bridge Interface | 176 |
| 6.5.8 | Virtual Bridge Interface IP Address | 176 |
| 6.5.9 | Broadcast and Multicast | 176 |
| 6.5.10 | High Availability | 177 |

| 6.6 | How to Configure a Local Bridge for Evaluation | 179 |
| 6.6.1 | Before You Begin | 179 |

# Spyware and Botnet Protection

| 7.1 | Botnet and Spyware ProtectionBotnet and Spyware Protection | 185 |

| 7.2 | DNS Sinkhole | 187 |
| 7.2.1 | Monitoring | 188 |

| 7.3 | Botnet and Spyware Protection for web traffic | 191 |

# Advanced Firewall Policies

| | | |
|---|---|---|
| 1.1 | Hostname Network Objects | 11 |
| 1.1.1 | Limitations and Drawbacks | 11 |
| 1.2 | Named Networks | 13 |
| 1.2.1 | Named Network Structures | 13 |
| 1.2.2 | Named Network Values | 16 |
| 1.2.3 | Using Named Networks | 23 |
| 1.2.4 | Creating Network Objects from Named Network Objects | 24 |
| 1.3 | Dynamic Access Rules | 27 |
| 1.3.1 | Dynamic Access Rules in NextGen Admin | 27 |
| 1.4 | Schedule Objects | 31 |
| 1.4.1 | Recurring Schedules | 31 |
| 1.4.2 | Time Interval | 32 |
| 1.4.3 | Schedule Object Options | 32 |
| 1.4.4 | Legacy Time Restriction Settings for Access Rules | 32 |
| 1.5 | Bi-Directional Access Rules | 35 |
| 1.6 | General Firewall and Advanced Rule Settings | 37 |
| 1.6.1 | General Firewall Settings | 37 |
| 1.6.2 | Forwarding Firewall Settings | 37 |
| 1.6.3 | Advanced Access Rule Settings | 38 |
| 1.7 | TCP SYN Flood Protection | 39 |
| 1.7.1 | TCP SYN Flooding Attacks and Countermeasures | 39 |
| 1.7.2 | Events Triggered by SYN Flood Attacks | 41 |
| 1.8 | Proxy ARPs | 43 |
| 1.8.1 | Proxy ARP Types | 43 |
| 1.8.2 | Recommendations and Limitations | 43 |
| 1.9 | Transparent Redirect | 47 |

# 1.1    Hostname Network Objects

Hostname or DNS-based network objects are network objects where the IP addresses are determined by DNS resolution.

This is useful if you must create access rules where the source or destination are dynamically assigned IP addresses. The

Firewall service resolves the hostname and uses up to 24 IPv4 or up to 17 IPv6 addresses, in the order they were received.

These IPv4 and IPv6 addresses are then used by the firewall service when matching traffic against access rules using

hostname network objects. The resolved IP addresses are cached internally until the **DNS Lifetime** set in the network

object expires (default 600 seconds). If the hostname is not resolvable, or the DNS server is currently not available, the

access rule never matches. Hostname network objects can be used in both the host and forwarding firewall rulesets.

Creating hostname network objects directly in the access rule using **explicit** is not possible.

## 1.1.1    Limitations and Drawbacks

There are several limitations and drawback to using hostnames in network objects:

- The firewall itself must be able to resolve the DNS entries.

- Only explicit host names can be used. E.g., **www.barracuda.com**

- A maximum of 24 IPv4 or 17 IPv6 addresses per network object can be resolved.

- The IP addresses are entered into the network object in the order the DNS response is received. In the extreme case of

    24 IPv4 and 17 IPv6 addresses, this may lead to the network object containing only IPv4 or IPv6 addresses.

- To use more than 512 hostname network objects, you must increase the **Max DNS Entries** in the General

    Firewall configuration.

- Using a hostname network object in a **BLOCK** access rule is not recommended because the rule will never match if

    the DNS server is not available or if the hostname is not resolvable.

- When a non-resolvable object is used in a rule, rules cannot be matched or processed correctly. Hostname objects

    become non-resolvable when they refer to a non-existent host name or the DNS server is unavailable.

- Active sessions are not re-evaluated when DNS resolution changes; sessions are re-evaluated only when the rule itself

    is modified. To establish new connections with updated DNS entries, you must manually terminate persistent sessions

    on the **Firewall > Live** page.

- When the firewall is started or restarted, it can take up to 10 seconds until DNS resolution is provided for all configured

    hostname network objects. Because the firewall is already active, the traffic that you want to be handled by the rule

    with the added hostname object can be matched to another rule instead.

- Changes to a DNS record between DNS lookups cause the access rules to match on the wrong IP addresses.

## Configure DNS Servers so that the Firewall Can Perform DNS Resolution

1. Go to **CONFIGURATION > Configuration Tree > Box > Administrative Settings**.

2. In the left menu, click **DNS Settings.**

3. Verify that the **DNS Server IP** list contains DNS servers that are able to resolve all hostnames and FQDNs used in

   the network objects.

## Create a Hostname Network Object

1. Go to **CONFIGURATION > Configuration Tree > Box > Virtual Servers > Assigned Services >**

   **Firewall > Forwarding Rules**.

2. In the left menu, click **Network Objects**.

3. Right-click in the main area and click **New**.

4. Select **Hostname (DNS resolved)** from the **Type** list in the **Network Object** window.

5. Enter the hostname and adjust the DNS lifetime.



# 1.2   Named Networks

Network objects are ideal for organizing flat network topologies and small networks. As a network grows larger, subnetting provides additional structure to the network. Subnets are organized into groups, usually in correlation with the company structure, and use criteria such as location or internal department as the differentiator. However, remembering and managing IP addresses, and translating them to network objects for the firewall, can become very difficult the larger your network becomes. By using Named Networks instead of network objects, the network structure information is transferred to the firewall configuration, and human-readable names are used. Named Networks can be used solely for firewall ruleset evaluation, or for both ruleset evaluation and visualization.

Creating Named Networks is a two-step process:

1.  Create a **Named Network Structure.**

2.  Add **Values** to the Named Network structure.



## 1.2.1   Named Network Structures

The Named Network structure uses two basic building blocks:

•  Named Network Tree Nodes

•  Group Categories



Named Network structures describe your network in a top-down approach, splitting the 32 bits of the IPv4 address into multiple, sequential bit ranges called network tree nodes. The scope of a tree node is determined by the number of bits assigned to it. The bit ranges translate the subnet mask information of your network to your firewall. To simplify visualization and to add logical differentiation without having to change the bit ranges of the tree nodes, group categories can be added to a tree node during setup. Each group category can, in turn, contain further subgroups, allowing for granular and flexible hierarchies to accurately reflect your company's network. Do not confuse group categories with the actual values added later to the Named Network structure. For example, if the tree node designates the location, possible group category names would be "business region", "country", and "city", not the values such as "EMEA", or "Austria". Using group categories is optional. After the Named Networks structure has been created, it can no longer be edited. The sum of the number tree nodes and group categories in a Named Network object may not exceed 32.

| Named Networks Tree | Scope | References | Description |
|---|---|---|---|
| **BigFishInc** | | **0 internal,...** | **10.*.*.* mask=255.0.0.0 StaticBits=1-8** |
| Location | Grouped Template: Region/Country/City | 0 internal, 0 ... | DynBits=9-16 |
| Departments | No Groups | 0 internal, 0 ... | DynBits=17-24 |
| Devices | Grouped Template: DeviceType | 0 internal, 0 ... | DynBits=25-32 |

## Create Named Networks Structure

1. Go to **CONFIGURATION > Configuration Tree > Box > your virtual server > Assigned Services >
   Firewall > Forwarding Rules**.

2. In the left menu, click **Named Networks**.

3. Right-click in the main area and select **New Named Network Object**, or click **+** on the top right of the main area.

4. Configure the root Named Network tree nodes to reserve the first X static bits:

   • **Name** – Enter the name for the Named Network.

   • **Network** – Enter the network covered by this Named Network structure in CIDR format. E.g., **10.0.0.0/8**



5. In the **Named Network Structure** table, click **+** to create a Named Network tree node. A new line section is added to the **Named Network Structure** table.



6. Configure the Named Network tree node:

   • **Name** – Click the mouse-over edit button and enter the name for the Named Network tree node. Use category names, not values. E.g., "Location" not "EMEA".

   • **Bits** – Click the mouse-over edit button and enter the scope for this tree node.

7. (optional) Click the mouse-over edit button in the **Group Category** column. The **Group Category** window opens.



8. (optional) Click **+** to add up to five **Group categories** and click **OK**.



9. Add Named Network tree nodes until the full scope has been assigned.

## 1.2.2    Named Network Values

Thus far, only the Named Network tree for the network structure has been created. Now, the groups and actual networks are added. Values for the complete group structure need to be added first. Using the location example from above, a group with a sub-group and a sub-sub-group is added.

| Named Networks Tree | Scope | References | Description |
|---|---|---|---|
| ▲ 🔧 BigFishInc | | 0 internal, 0 external | 10.*.*.* mask=255.0.0.0 StaticBits=1-8 |
| ▲ 🔧 Location | Grouped Template: Region/Country/City | 0 internal, 0 external | DynBits=9-16 |
| 📁 APAC | Region | 0 internal, 0 external | APAC |
| ▲ 📁 EMEA | Region | 0 internal, 0 external | EMEA |
| ▲ 📁 Austria | Country | 0 internal, 0 external | Austria |
| 📁 Innsbruck | City | 0 internal, 0 external | Innsbruck |
| 📁 Vienna | City | 0 internal, 0 external | Vienna |
| ▲ 📁 Germany | Country | 0 internal, 0 external | Germany |
| 📁 Frankfurt | City | 0 internal, 0 external | Frankfurt |
| 📁 Munich | City | 0 internal, 0 external | Munich |
| 📁 North America | Region | 0 internal, 0 external | North America |
| 🔧 Departments | No Groups | 0 internal, 0 external | DynBits=17-24 |
| 🔧 Devices | Grouped Template: DeviceType | 0 internal, 0 external | DynBits=25-32 |



The Named Network values are added to the most granular layer of the group hierarchy. In our location example, this is the "City" group. Values can be added directly to the group or tree node if there is only one address or sequential address for this Named Network value. (For example: BigFishStore1 uses 10.0-2.*.*) If there are multiple, non-sequential addresses that need to be assigned to this location, the top Named Network value must be created as a value container. Then, you can add multiple sub-values to the value container to make up the complete Named Network value. (For example: BigFishStore2  uses 10.13-15.*.* and 10.45-46.*.*)

## Add Groups in the Group Categories

1. Right-click a Named Network tree node and select **Add new** *group_category_name* **to tree_node_name**. The **Create new Group** window opens.



2. Enter the name for the new group in this category and click **OK**.

3. Repeat for the other groups in this group category.



4. If group subcategories exist, right-click a group and select **Add new** *group_subcategory* **to** *tree_node* .



5. Enter the name for the group in the group sub-category and click **OK**.

6. Repeat for all subcategories and add groups to each group subcategory.



7. Repeat for all Named Network tree nodes with group categories.



If the value is inserted into a lower tree node, you can also configure the scope of the Named Network value based on the tree and group nodes in the Named Network tree structure above the current value. By default, the scope is set to **ANY**. This means that the value is valid for all Named Network values located above the current location in the tree structure. This allows you to create exceptions for networks that deviate from the standard. For example: If the printer always uses the  *. * .*.100 IP address in all locations except the EMA region, this can be accomplished by creating a **Printer** named 'Network Value Container' in the **Office Location** tree node that is responsible for the last 8 bits of the address. Then, add two values to the value container: one with a scope of **EMEA**, the other with a scope of **Any**. When two values are available, the more-specific scope is always preferred. The granularity of the scope can also be configured.



## Add Named Network Values for One or Multiple Sequential Networks

1. Right-click a Named Network tree node or Named Network group, whichever is the lowest in the tree structure, and select **Add new Value to** *name_of_group* .



2. Configure the Named Network value:

   • **Value** – Select the value from the drop-down list. Only values matching the scope of the Named Network tree node are displayed.

- **Number of Addresses** – Enter the number of addresses to include in this network. Enter 1 if one

  network is assigned



3. Click **Add and Close**.

## Named Network Value Containers for Multiple Non-Sequential Networks

1. Right-click a Named Network tree node or Named Network group, whichever is the lowest in the tree structure, and

   select **Add new Value to** *name_of_group*.

2. Enter a **Name**, select the **Value Container** check box, and click **Add and Close**.



3. Right-click the value container and select **Add Subvalue to** *name_of_value_container*.

4. Add additional sub-values to the tree node:

   - **Value** – Select the value from the drop-down list. Values that are outside of the scope of the tree

     nodes are grayed out.

   - **Number of Addresses** – Enter the number of addresses starting from the the selected value. Enter 1 to use

     only the selected value.

   - **Scope** – Select a scope.



5.  Click **Add**.

6.  Configure the sub-value for the Named Network value container with scope of **Any**.

    •  **Value** – Select the value from the drop-down list. Values that are outside of the scope of the tree

       nodes are grayed out.

    •  **Number of Addresses** – Enter the number of addresses starting from the the selected value. Enter **1** to use

       only the selected value.

    •  **Scope** – Select a scope.



7.  Click **Add and Close**.

## Named Network Value Containers with Sub-Values in Different Scopes

1.  Right-click a Named Network tree node or Named Network group, whichever is the lowest in the tree structure, and

    select **Add new Value to** *name_of_group* .

2. Enter a **Name**, select the **Value Container** check box, and click **Add and Close**.



3. Right-click the value container and select **Add Subvalue to** *name_of_value_container* .

4. Add additional sub-values to the tree node:

   • **Value** – Select the value from the drop-down list. Values that are outside of the scope of the tree

   nodes are grayed out.

   • **Number of Addresses** – Enter the number of addresses starting from the the selected value. Enter 1 to use

   only the selected value.

   • **Scope** – Select <ANY>.



5. Configure the sub-value for the Named Network value container with scope of **Any**.

   • **Value** – Select the value from the drop-down list. Values that are outside of the scope of the tree

   nodes are grayed out.

   • **Number of Addresses** – Enter the number of addresses starting from the selected value. Enter 1 to use

   only the selected value.

   • **Scope** – Select the groups and subgroups that this value is valid for.



6.  Click **Add and Close**.

## 1.2.3   Using Named Networks

Since Named Networks allow you to structure a large network for use in your firewall environment, it makes the

most sense when Named Networks are used in the Global, Range, or Cluster Firewall object in the NextGen Control

Center. This allows you to share one set of Named Networks for all your manged firewalls. It is currently not possible

to override Named Network objects. Verify that the Global Firewall objects are set to use feature level 7.1. or higher to

enable Named Networks.

Named Network objects are not used directly in the firewall configuration; they are used to create network objects that, in

turn, can then be used. Using Named Network objects in combination with network objects allow you to define networks

and IP addresses based on the name or classification of the device, similar to wildcard network objects. The biggest

advantage is that using Named Networks does not require the admin to remember the associated networks. Updates to

the named network object are automatically reflected in the network object.

For easy visibility and to make the **FIREWALL > Live** and **FIREWALL > History** pages human readable, the **Src** and **Dst**

**Named Network** columns display the Named Network path associated with the source and destination IP addresses.



## 1.2.4 Creating Network Objects from Named Network Objects

To be able to use the information stored in the Named Network object in the firewall configuration, you must create network objects. The networks included in the network objects are defined by setting the scope of the Named Network object. The scope can be defined individually for each Named Network tree node in the network object. This allows you to use Named Networks for standard network object lists of network addresses or IP address. You can also create wildcard network objects by selecting a wider scope when selecting the included Named Network tree nodes and group categories.

### Create Network Object from Named Network

1. Go to **CONFIGURATION > Configuration Tree > Box > Virtual Servers >** *your virtual server* **> Assigned Services > Firewall > Forwarding Rules**.

2. In the left menu, click **Networks**.

3. Create a new **Generic IPv4 Network Object (IP, Network, Range)** type network object.

4. Enter a **Name** and, in the **Include Entries** section, click the **Add Named Network** icon. The **Add Named Network** window opens.



5. Select the **Named Network Object**.

6. Select the scope and click **Insert and Close**.



7. In the **Exclude Entries** section, add IP address, network, and geolocation of Named Networks to the exceptions.



8. Click **OK**.

# 1.3   Dynamic Access Rules

Dynamic access rule are used for granting temporary access to resources without having to edit the firewall ruleset.

Dynamic rules are inactive by default and must be manually enabled by the administrator. Dynamic rules can be enabled or disabled via NextGen Admin, CudaLaunch, NextGen Remote, or the SSL VPN web portals. The admin only needs access to one of these services or the **FIREWALL > Dynamic** page in NextGen Admin. No direct access to the forwarding firewall ruleset is required.

## 1.3.1   Dynamic Access Rules in NextGen Admin

In NextGen Admin, you can configure the **action taken** to enable the rule, and the **action on expiry** when the set time period expires. Select the enable and disable action depending on whether you are using a positive (enable a Pass access rule) or negative (disabling a Block access rule) logic.

- **Enable** – Enables the access rule.
- **Disable** – Disables the access rule.
- **Disable & Terminate** – Disables the rule and terminates all existing connections based on this rule.
- **Block** – Blocks all traffic that explicitly matches this rule. No further rules are evaluated.
- **Block & Terminate** – Blocks all traffic matching this rule and terminates all existing connections based explicitly on this rule. No further rules are evaluated.
- **None** – None.

### Create a Dynamic Access Rule

1. Go to **CONFIGURATION > Configuration Tree > Box > Virtual Servers > Assigned Services > Firewall > Forwarding Rules**.

2. Create an access rule or edit an existing access rule.

3. Select **Dynamic Rule**.



## Enable and Disable Dynamic Access Rules in NextGen Admin

1. Go to **FIREWALL > Dynamic**.

2. Double-click on the dynamic access rule and select the **Action taken**, then enter the **Duration** and the **Action on expiry**.



## Dynamic Access Rules in the SSL VPN Web Portal and CudaLaunch

The SSL VPN service offers dynamic firewall rule resources that allow you to manage your dynamic access rules through the SSL VPN web portal or CudaLaunch. Theses resources can be restricted to a specific user group.



# 1.4   Schedule Objects

To restrict rules to specific times and intervals, configure schedule objects and use them as an additional matching criteria. Schedule objects provide time granularity in minutes. When schedule objects are evaluated, the time of the firewall it is running on is used. The F-Series Firewall, the client running NextGen Admin, and, if applicable, the NextGen Control Center must use the correct time for their respective time zones. Using NTP is highly recommended. A schedule object consists of two time configuration elements that can be combined or used separately:

- **Recurring Schedule** – Configure the schedule to be active during specific days and intervals by selecting weekdays and time from a list.

- **Restrict to time interval** – Configure the schedule to be active during a specific interval by specifying a date and time span.

## 1.4.1   Recurring Schedules

You can restrict the schedule to a specific day and time interval, e.g., every week from Monday at 09:00 until Wednesday at 15:30, by selecting the **Enable Recurring Schedule** check box. Selecting this option expands the configuration and provides the **Recurring Schedule** table, where you specify the days and times for the schedule to be active.

A time schedule entry can cover up to one week, starting on Mon-00:00, and ending on Mo 0:00 of the next week. To enable the schedule for an interval crossing the Mo 00:00 threshold, split the entry. E.g., Fri-15:00 to Mo 0:00 and Mon -00:00 to Tue-10:30.



## 1.4.2    Time Interval

Selecting the **Restrict to time interval** check box lets you restrict the schedule to a date and time span by specifying the

dates and times in the fields provided by the section.



## 1.4.3    Schedule Object Options

- **Terminate existing sessions** – By default, sessions that match the rule using the schedule object stay active until they

  are closed or time out. Selecting the **Terminate existing sessions** check box immediately terminates active sessions

  as soon as the time restriction configured in the schedule applies. Sessions are not terminated between two time

  intervals that directly follow each other. (E.g, Tue 8:00 - Tue 9:00 and Tue 9:00 - Tue 10:00)

- **Block if schedule does not match** – When you enable this option, the connection is blocked when the time schedule

  does not match, since no further access rule will be evaluated.

## 1.4.4    Legacy Time Restriction Settings for Access Rules

Existing **Time Restrictions** (**Edit Rule > Advanced > Miscellaneous > Time Restriction**) for an access rule override the

schedule objects of an access rule. Barracuda Networks recommends configuring schedule objects instead of time

restrictions in an access rule. Barracuda NextGen Firewall F-Series firmware 6.1 or higher no longer supports legacy time

restrictions. Use schedule objects instead.



## Configure Schedule Objects

1. Go to **CONFIGURATION > Configuration Tree > Box > Virtual Servers > Assigned Services >**

   **Firewall > Forwarding Rules**.

2. In the left menu, click **Schedules**.

3. Right-click in the main area and click **New Schedule Object**.

# 1.5    Bi-Directional Access Rules

Bi-directional access rules are rules where the source and destination of the rule are used interchangeably. Bi-directional rules must use the action **Pass** or **Map** and a static NAT or no source NAT as the **Connection Method**.

For example: When connecting two networks via a site-to-site VPN tunnel, one rule would be required from network A to network B, and another one from network B to network A. Since the access rule meets the requirements with a **Pass** action and a **Original IP** connection method, enabling bi-directional allows you to use one rule.



## Configure a Bi-Directional Access Rule

1.  Create an access rule or edit an existing **Pass** or **Map** access rule.

2.  Verify that the **Original IP Connection Method** is set.

3.  Select **Bi-Directional**.



# 1.6    General Firewall and Advanced Rule Settings

The firewall service and access rules already use sensible default values. However, in some cases you may encounter circumstances where changing the default values is required. Make sure that you fully understand the effects before changing any of these settings because a misconfiguration can result in either poor performance or, in the case of the advanced access rule settings, security issues.

- General firewall configuration
- Forwarding firewall settings
- Advanced access rule settings

## 1.6.1    General Firewall Settings

The general firewall configuration contains model-specific sizing parameters for the firewall service. Many of the settings require a firmware restart to take effect.

### Configure General Firewall Settings

1. Go to **CONFIGURATION** > Configuration Tree > Box > Infrastructure Services > General Firewall Configuration.
2. Change settings as needed.
3. Go to **CONTROL** > **Box**.
4. In the left menu, expand the **Operating Systems** section and click **Firmware Restart**.

## 1.6.2    Forwarding Firewall Settings

Aside from the global firewall limits, it is also possible to set the limit specific to the forwarding firewall in the Forwarding Settings.

- Forwarding Limits
- RPC Handling
- Layer 2 Bridging
- Firewall Authentication
- Guest Access
- IPv6 Autoconfig
- DNS Sinkhole

### Configure Forwarding Firewall Settings

1. Go to **CONFIGURATION** > Configuration Tree > Box > Virtual Servers > **your virtual server** > Assigned Services > Firewall > Firewall Settings.
2. Change settings as needed.

### 1.6.3    Advanced Access Rule Settings

In some cases, you may have to modify the default behavior of your firewall by changing the advanced access rule parameters. Some of these parameters can be used to increase the security level, whereas others provide rarely needed exceptions to the strict default security policy. Parameters in which the setting differs from the default value are automatically highlighted in orange and an exclamation mark icon is placed next to the **Advanced** entry. Changing the advanced parameters of an access rule can impact security; ensure that you fully understand the changes you are applying.

- Rule Mismatch Policy

- TCP Policy

- Resource Protection

- Counting / Eventing / Audit Trail

- Miscellaneous

- Quarantine Policy

- Dynamic Interface Handling



## Configure Advanced Access Rule Settings

1. Go to **CONFIGURATION > Configuration Tree > Box > Virtual Servers > your virtual server > Assigned Services > Firewall > Forwarding Rules**.

2. Edit or create a new access rule.

3. In the left menu, click on **Advanced**.

4. Change settings as needed.

# 1.7    TCP SYN Flood Protection

In order to establish a TCP connection, the TCP three-way handshake must be completed. You can use different accept policies to change how the TCP handshake is handled by the firewall for incoming and outgoing TCP connections.

Defining the two different options is done on a rule-per-rule basis. Depending on the purpose of the access rule, choose one of the two TCP accept policies:

- **Outbound Accept Policy** – Use the outbound accept policy when trusted clients access untrusted networks. TCP session requests (SYN packets) are immediately forwarded to the target address if the session is allowed by the ruleset. The TCP handshake occurs between the source and destination.

- **Inbound Accept Policy** – Use the inbound accept policy to protect servers against untrusted networks. TCP session requests (SYN packets) are NOT immediately forwarded to the target address even if the session is allowed by the ruleset. Instead, the firewall establishes a complete TCP handshake with the requesting source first, ensuring that the requester is authentic and really intends to establish a TCP session. The internal TCP connection with the target is created only after the full TCP handshake is completed.

To guard against DoS/DDoS attacks, configure the maximum number of new sessions and the allowed total number of sessions from a single source (**Max. Number of Sessions/Max. Number of Sessions per Source**) to protect against resource exhaustion of the Barracuda NextGen Firewall F-Series. These settings are also configured on a per-rule basis.

## 1.7.1    TCP SYN Flooding Attacks and Countermeasures

This example shows how the outbound and inbound accept policies handle TCP connections and which policy to use:

Outgoing TCP Connection with Outbound Accept Policy Enabled



The main characteristic of the outbound policy is that the client only receives an ACK when the requested server is really up. This is important for many applications, such as when a browser tries to connect to a server with many IP addresses for the same hostname (DNS round robin). The browser tries to connect to the first IP address it receives from the DNS server, and, if it is not successful, it tries the next one, and so on. Thus, it is fatal if the firewall sends an ACK to the client if the server cannot be reached because then the browser never gets the chance to try the other IP addresses.

The outbound policy tells the firewall to complete the connection with the server first (verifying it is up) and then complete the connection to the client. In this case, the server eventually exhausts its resources by creating TCP connections for the fake requests. The solution to the problem is to set the **Accept Policy** of the rule to **Inbound**. This means the firewall first returns a SYN-ACK to the client's source IP address, thus verifying its real wish for a connection. Only if the connection is completed by an ACK packet does the firewall finish building up the TCP connection to the protected server.

## Incoming TCP Connection with Inbound Accept Policy Enabled



The server does not even notice that a TCP SYN flooding attack has been launched and can continue to use its resources for valid requests, while the firewall deals with the TCP SYN flood attack. The firewall does not have to use a lot of resources because a SYN request matching a rule with inbound policy is neither logged nor appears in the real-time status or in the access cache until it is categorized as a valid TCP connection. To further protect the server, you can assign limits to the total number of sessions and the maximum number of sessions coming from one source. Set the maximum number of sessions lower than the **Max Session Slots** (**Box > Infrastructure Services > General Firewall Configuration**). If one of the limits is exceeded, further connection attempts are ignored.

## 1.7.2   Events Triggered by SYN Flood Attacks

If eventing is activated, the following events can be triggered by a TCP SYN flooding attack:

- FW IP Spoofing Attempt Detected [4014] or FW Potential IP Spoofing Attempt [4015]

- FW Rule Connection Limit Exceeded [4016] – Is triggered when the **Max Number Of Sessions** has been reached.

- FW Rule Connection per Source Limit Exceeded [4018] – Is triggered when the **Max Number of Sessions per Source** has been reached.

## Configure the TCP Accept Policies and Thresholds

1. Go to **CONFIGURATION** > **Configuration Tree** > **Box** > **Virtual Servers** > *your virtual server* > **Assigned Services** > **Firewall** > **Forwarding Rules**.

2. Click **Lock**.

3. Create a new access rule or edit an existing rule.

4. In the left menu, click **Advanced.**

5. You can configure the handling of **Accept Policies** within the following sections:

   - **TCP Policy** section:

      - **Syn Flood Protection (Forward)** – Select the TCP accept policy depending on what the rule is used for. For example, if the rule is used to forward traffic to a web server, select **Inbound**.

      - **Syn Flood Protection (Reverse)** – Used if the access rule is bi-directional. Select the TCP accept policy for the reverse connection.

   - **Resource Protection** section. Use the following parameters only if you encounter frequent DoS/DDoS attacks. If you set the threshold too low, it will result in blocked connections.

      - **Max. Number of Sessions** – The maximum number of accepted concurrent connections for this rule on a global basis.

      - **Max. Number of Sessions per Source** – The maximum number of accepted concurrent connections for this rule on a per-source-address basis (default: **0** = unlimited).

# 1.8   Proxy ARPs

The Address Resolution Protocol (ARP) is predominantly used to resolve IPv4 IP addresses to the corresponding MAC addresses. ARP sends a broadcast request including the IP address to all hosts in the same subnet. The host with the requested IP address then replies with the MAC address of the interface that the IP address is bound to. To connect two physically separated networks, a host (the F-Series Firewall) must be configured as a proxy ARP to answer ARP requests for hosts in the other subnet which cannot be reached by the ARP broadcast. The firewall then answers ARP requests on behalf of the remote host and also accepts packets, taking over responsibility for forwarding all traffic to the actual destination. This is called transparent subnetting, as the client computer can connect to the remote host without knowing that the firewall is forwarding its request in between.

The proxy ARP configuration is done via proxy ARP objects. Proxy ARPs can thus be regarded as additional IP addresses that the firewall responds to when it receives an ARP request. Proxy ARP addresses can be used for redirecting and mapping in firewall rule sets, if they are in the same address space as the source of a connection request. Additionally, Proxy ARP objects are used in bridging setups.

## 1.8.1   Proxy ARP Types

You can create either a stand-alone or dynamically generated proxy ARP object.

- **Dynamically generated** – These proxy ARPs exist as long as the objects that they have been created for are used, and they are deleted when the objects referring to them are deleted. To create proxy ARPs, select the **Proxy ARP/ Create Proxy ARP** check box next to a specific configuration parameter's properties in other configuration areas (rule configuration window, connection object dialog).

- **Stand-alone** – If you want to use a proxy ARP object that is not connected to a referring object, create it as standalone. As standalone, proxy ARP objects cannot be accidentally deleted if the referring object is deleted.

## 1.8.2   Recommendations and Limitations

- You can define up to 256 proxy ARP entries on a F-Series Firewall. Only the numbers of entries are limited; the number of IP addresses are not limited.

- Unsolicited ARPs can only be sent if the corresponding network interface has an active IP address. The status of the IP address is only verified when the forwarding firewall starts up, such as during an HA takeover or when the firewall rule set changes. The status of the IP address is not verified if the network interface changes or if a pending route becomes active. In this case, only the Proxy ARP is introduced to answer incoming ARP requests.

- Do not create proxy ARPs in the subnet where the firewall IP address is configured as the gateway IP address, because traffic for other networks are sent to the gateway. The following provide of examples of a subnet where proxy ARP can be used and a subnet where Proxy ARP cannot be used.

| Localnet | Firewall IP | Default Gateway IP | Redirected IP | Create Proxy ARP |
|---|---|---|---|---|
| 10.0.0.0/24 | 10.0.0.100 | none | 10.0.0.10 | yes |
| 10.0.0.0/24 | 10.0.0.100 | 10.0.0.100 | 10.0.1.10 | no |

## Create a Proxy ARP Object

1. Go to **CONFIGURATION > Configuration Tree > Box > Virtual Servers >** *your virtual server* **> Assigned Services > Firewall > Forwarding Rules**.

2. In the left menu, expand the **Firewall Objects** section and click **Proxy ARPs**.

3. Right-click and select **New**.

4. In the  **Edit/Create a Proxy ARP Object** window, configure the settings for your proxy ARP object:

   - **Network Address** – Enter a network or IP address.

   - **Standalone** – Enable to use the proxy ARP without a referring connection object.

   - **Primary Network Interface** – Enter a network interface, or select **match** or **any**.

   - **match** (default) – ARP requests are answered via the interface that hosts the network.

   - **any** – ARP requests are answered via any interface.

   - **(optional) Additional Interfaces** – Enter a space delimited list of additional network interfaces. The interfaces may not conflict with the primary network interface.

   - **Exclude Networks** – Enter networks that are excluded from the **Network Address**. Enter a space-delimited list of addresses to exclude multiple networks.

5. **Source Address Restriction** – Network addresses that must be used as the source IP address when responding to ARP requests. Enter a space-delimited list of source addresses.

6. **Introduce Route on Interface** – Read-only field that displays the bridging interface route when using the proxy ARP for bridging.

7. **Send Unsolicited ARP** – Select to propagate the specified IP addresses through ARPs.



# 1.9   Transparent Redirect

In some cases, it is necessary to redirect a connection without changing the source IP address. For example, when

redirecting web traffic to a dedicated Web Security Gateway located in a DMZ behind the firewall, the Web Security

Gateway needs to see the original source and destination IP addresses to properly process this traffic and to have

meaningful statistics and logs. Enable transparent redirect in the advanced settings of the Dst NAT access rule to forward

traffic with both the source and destination IP addresses intact. The firewall and the destination device must be in the

same subnet (within the same broadcast domain), and the destination device must use the firewall as the default gateway.

The destination device must also be able to access the source IP address of the request.



## Create a Dst NAT Access Rule

1. Create a PASS rule to allow the HTTP proxy to access the Internet:

   - **Action** – Select **Dst NAT**.

   - **Source** – Select **Trusted Networks**. Or, you can enter the network the client using the Web Security Gateway is in.

   - **Destination** – Select **Internet**.

   - **Service** – Select **HTTP+S**.

   - **Target List** – Enter the IP address without a port. You can use multiple proxies. E.g.. **172.16.0.10**



2.  In the **Advanced** settings of the access rule enable set **Transparent Redirect** to **Enable**.



3.  Create a Pass access rule for the redirection target to access the Internet:



Create a Pass access rule for the redirection target to access the client network:



# DNS Caching and DNS Interception

2.1   Caching DNS                                                                        53

2.2   DNS Interception                                                                   55

2.2.1        DNS Interception Process                                                     55

# 2.1    Caching DNS

The caching DNS services is a box level service that acts as a DNS proxy to speed up DNS queries. Do not run both

the forwarding/caching DNS (bdns) service and a DNS service on the virtual server. The forwarding/caching DNS (bdns)

configuration will collide with the DNS service. The caching DNS service listens on 127.0.0.1 an dis accessed by the clients

via an app redirect access rule in the forwarding ruleset. Depending on the rule, all DNS traffic can be routed over the DNS

proxy, securing against misconfigured clients and servers attempting to use non-authorized external DNS servers.

In the DNS Query ACL table, add the IP range for the networks allowed to access the caching DNS server. Add 0.0.0.0/0 to

allow everyone. Since the firewall services also use IP to communicate with the caching DNS service, these IP addresses

must be added to the ACL to allow them to connect.



## Configure Caching DNS Settings

1.  Go to **CONFIGURATION > Configuration Tree > Box > Administrative Settings**.

2.  In the left menu, click **Caching DNS Service**.

3.  Set **Run Forwarding/Caching DNS** to **yes**.

4.  (optional) Configure advanced settings:

    a.  From the **Configuration Mode** menu, select **Switch to Advanced View**.

    b.  From the **Run Slave DNS** list, activate a local slave DNS service if applicable.

    c.  From the **Query Source Address** list, select which IP address to use as source address when querying the DNS or

        Master DNS servers. You can select one of the following options:

        • **Wildcard (default)** — IP selection is accounted for dynamically according to definitions in the routing table.

        • **VIP** — (For firewalls that are administered by a Barracuda NextGen Control Center) - Uses the system's virtual

            management IP address.

        • **MIP** — Uses the system's management IP address, which is the Main Box IP.

        • **Other –** Select this check box to explicitly specify an IPv4 or IPv6 address.

d. In the **DNS Query ACL** table, add the single IPv4 / IPv6 addresses or netmasks that can access the DNS service via an App Redirect access rule.

e. Enable **Log DNS Queries** to log every DNS query.

## Create an App Redirect Access Rule



# 2.2   DNS Interception

The DNS Interception feature intercepts and replaces DNS queries matching the configured patterns. You can also whitelist exceptions for subdomains of intercepted domains. Whitelisted domains always take precedence over the DNS Interception policies. You must run a caching DNS server to use DNS Interception.

## 2.2.1   DNS Interception Process

The DNS Interception feature handles DNS requests as follows:

1. A host behind the firewall sends a DNS query to the DNS server.

2. If the DNS request is for a domain that is whitelisted, the request is forwarded.

3. If the DNS request is for a domain that is listed in the DNS Interception policy, the firewall sends one of the following replies depending on the configured policy:

   - **Blackhole (NXDOMAIN reply)** – Returns a non-existent domain message (NXDOMAIN) to the client indicating that the requested hostname does not exist.

   - **No Data** – Returns the information that, although the domain exists, there is no IP (no data) assigned to it.

   - **Return Other Domain (CNAME)** – Returns the hostname that is specified in the policy settings.

   - **Return IP Address** – Returns the IP address that is specified in the policy settings.



## Add Domains to the Whitelist

1. Go to **CONFIGURATION > Configuration Tree > Box > Administrative Settings** .

2. In the left menu, select **DNS Interception**.

3. In the **DNS Interception Exceptions** section, click the plus sign (**+**).

4. In the **Whitelisted Domains** window, enter the **Matched Domain** that must be allowed. For example, if you blocked the `google` domain but want to allow the Google mail service, enter `mail.google.com`. Wildcards or special characters are not allowed.

## Add Domains to the DNS Interception Policy

1. Go to **CONFIGURATION > Configuration Tree > Box > Administrative Settings** .

2. In the left menu, select **DNS Interception**.

3. In the **DNS Interception Policy** section, click the plus sign (**+**).

4. In the **Intercept Domains** window, specify the following settings:

   - **Matched Domain** – Enter the domain to be intercepted. Subdomains of blocked domains are

     blocked automatically.

   - **Action** – Select how the intercepted queries are answered. Depending on which action you select, you might also

     have to specify these settings:

   - **Returned IP** – If you select the **Return IP Address** action, enter the IP address that is returned to the user.

   - **Returned Domain** – If you select the **Return Other Domain (CNAME)** action, enter the domain that the

     queries are redirected to.

# Firewall User Awareness

| | | |
|---|---|---|
| 3.1 | User Awareness | 59 |
| 3.1.1 | Authentication | 59 |
| 3.1.2 | External Authentication Schemes | 60 |
| 3.1.3 | Local Authentication | 60 |
| 3.2 | Barracuda DC Agent Authentication | 61 |
| 3.2.1 | Barracuda DC Agent | 61 |
| 3.2.2 | System Requirements | 61 |
| 3.2.3 | DC Client Authentication | 62 |
| 3.3 | TS Agent and TS Agent Authentication | 65 |
| 3.3.1 | Barracuda TS Agent | 65 |
| 3.3.2 | TS Agent Authentication | 66 |
| 3.4 | User Objects in Access Rules | 69 |
| 3.4.1 | User Conditions | 69 |
| 3.5 | Firewall Authentication | 71 |
| 3.5.1 | Inline Authentication | 71 |
| 3.5.2 | Offline Authentication | 72 |
| 3.5.3 | Authentication Client | 75 |
| 3.6 | Guest Access | 77 |
| 3.6.1 | Guest Access Ticketing | 77 |
| 3.6.2 | Confirmation Page or Captive Portal | 79 |

# 3.1   User Awareness

Traditional security policies are no longer flexible enough to meet the needs of clients who work on multiple desktops or locations and who require special access rights based on user or group information. Allowing access to everyone or configuring access for individual IP addresses is neither secure nor practical. To fulfill today's security requirements, firewall policies must be user aware. With user integration, for example, connection information can be replaced with global objects. You can thereby create an access rule that restricts LAN access for sales and marketing members from specific computers and IP addresses.



## 3.1.1   Authentication

Beyond its powerful network firewall and VPN technologies, the F-Series Firewall provides seamless integration with external authentication services to allow policy configuration based on user and group information, not just IP addresses. User visibility and control is a significant factor when handling network traffic and creating policies. If you do not have an external authentication server available, you can create and maintain a list of users and groups directly on the firewall. To provide fully transparent user authentication on Microsoft Active Directory or Microsoft Terminal Servers, use the Barracuda DC or TS Agents. You can use authentication for the following services and features:

- Forwarding Firewall and Firewall Authentication

- HTTP Proxy

- URL Filter

- VPN Service: client-to-site VPN and SSL VPN

- Access Control Service

- FTP Gateway, SSH Proxy, Mail Gateway

- Administrator Accounts

## 3.1.2   External Authentication Schemes

By integrating the firewall with your authentication server, you can configure policies that apply to specific users and

groups. The following external authentication schemes are supported:

- Microsoft Active Directory (MSAD)

- Barracuda DC Agent

- MS-CHAP

- Lightweight Directory Access Protocol (LDAP)

- Remote Access Dial In User Service (RADIUS)

- Terminal Access Controller Access Control System (TACACS+)

- RSA-ACE SecurID

- MSNT

- Secure Web Gateway Authentication

- Barracuda Terminal Server Agent

- Wi-Fi AP Authentication

- Online Certificate Status Protocol (OCSP)

- Kerberos

## 3.1.3   Local Authentication

If no external authentication service is available, **NGF Local Authentication** manages your users and groups directly on

your F-Series Firewall.

# 3.2   Barracuda DC Agent Authentication

The Barracuda DC Agent is the connector between various Barracuda Networks products and Microsoft domain controllers to transparently monitor user authentication. The DC Agent allows you to monitor domain controllers to automatically detect when users log into their Windows domains.



## 3.2.1   Barracuda DC Agent

You can install the Barracuda DC Agent either on the domain controller or on a dedicated Windows PC on the office network. The Barracuda DC Agent periodically checks the domain controller for login events and to obtain a record of authenticated users. The IP addresses of authenticated users are mapped to their username and group context. The list of authenticated users is provided to the firewall, allowing true single sign-on capabilities.

**A typical use case scenario:** Alice comes into her office in the morning and logs into her workstation. She enters her user credentials and is authenticated by the domain controller. The Barracuda DC Agent recognizes that Alice has authenticated herself within the corporate network domain and forwards this information to all connected Barracuda Networks products. These systems now give Alice access to services or network areas for which a valid user or Microsoft Active Directory group context is required. Alice does not need to re-enter any credentials because her initial authentication by Active Directory is reused.

## 3.2.2   System Requirements

Before configuring the Barracuda DC Agent, make sure that your system meets the following requirements:

- **Local Installation** – Microsoft Windows Server 2008, 2008 R2, 2012, or 2012 R2. Windows Server Core is not supported for local installation and monitoring. The DC Agent can, however, communicate with a domain controller that is running Windows Server Core.

- **Remote Installation** – Microsoft Windows 2008 and higher. Also note that, for the remote monitoring of domain controllers, the Barracuda DC Agent **Active Directory Profile** must be provided with a domain controller user with administrative privileges.

## Install and Configure the DC Agent

Download and install the 32bit or 64bit version of the DC Agent from the Barracuda Download portal:

https://dlportal.barracudanetworks.com

Launch the DC Agent Monitor.

Add the active directory servers.

Add the Barracuda network products.

(optional) Add filters to remove specific IP addresses from the authentication stream.



### 3.2.3    DC Client Authentication

The DC client on the firewall checks for user authentication information from the Barracuda DC Agent. The DC client then stores the received username and IP address in the database and makes this information available to all services that support DC client authentication.

## View User Database

Users that were authenticated through the DC Agent are listed on the **FIREWALL > Users** page with **DCCLIENT** in the **Origin** column.



## Remove the User from the User Database

On the **FIREWALL > Users** page, right-click on the user and click **Logout Selected**. The user now has to re-authenticate on the domain controller, for example by accessing a network share or by logging in to his/her workstation.

## Configure DC Client Authentication

1. Go to **CONFIGURATION > Configuration Tree > Box > Infrastructure Services > Authentication Service**.

2. In the left menu, click **MSAD DC Client**.

3. Set **Auto Logout After** to the number of hours after which a user is automatically logged out.

4. In the **Server Setting** table, add all Microsoft Active Directory servers running the Barracuda DC Agent.

# 3.3   TS Agent and TS Agent Authentication

The Barracuda TS Agent is the connector between various Barracuda Networks products and Microsoft Terminal Servers to transparently monitor user authentication. Because the source IP address for all users on the terminal server is the same for all users, the Barracuda TS Agent assigns each user a specific port range and sends this mapping information to the firewall. The firewall can now check the source port of a TCP or UDP packet from the terminal server and, with the port-user information from the TS Agent, determine the user name and group context. Connections with the Barracuda TS Agent are SSL encrypted. Mapping information for users is only sent after connections are established. The Barracuda TS Agent also writes a debug log that helps you monitor your Terminal Server and identify possible problems.



### 3.3.1   Barracuda TS Agent

The Barracuda TS Agent is installed directly on the following Microsoft Terminal Servers:

- Windows Server 2008 R2 (x64) (**KB2533623** and **KB3033929** updates must be installed)

- Windows Server 2012

- Windows Server 2012 R2

The following services support TS Agent authentication:

- Firewall Service

- VPN Service

- SNMP Service

- Access Control Service

- FTP Gateway

## Install and Configure the TS Agent

1. Download and install the TS Agent from the Barracuda Download portal: https://dlportal.barracudanetworks.com

2. Launch the TS Agent Monitor.

3. Add the IP addresses of your firewalls.

4. (optional) Change **Port assignments** and **User port range** to free up ports for services running on the terminal server.



## 3.3.2    TS Agent Authentication

TS Agent Authentication collects port-user mappings from the TS Agent installed on the Terminal server. By default,

connections with the Barracuda TS Agent are SSL encrypted. To authenticate the remote TS Agent on the terminal server,

use SSL client certificates. If no SSL certificates are configured, all incoming SSL connections are accepted.

## View User Database

Users that were authenticated through the TS Agent are listed on the **FIREWALL > Users** page with **TSCLIENT**

in the **Origin** column.



## Configure TS Agent Authentication

1. Go to **CONFIGURATION > Configuration Tree > Box > Infrastructure Services > Authentication Service**.

2. In the left menu, select **TS Agent Authentication**.

3. Enter **Auto Logout After [d]** to automatically log out users after a certain number of days.

4. (optional) Configure **TS Agent Certificates**

5. (optional) Set **Strip Domain Name** to **Yes**. E.g., *MYDOMAIN\myuser* will become *myuser*.

6. In the **TS Agent IP Addresses** section, add the IP addresses for the Microsoft Terminal Server the TS

   Agent is running on.

# 3.4    User Objects in Access Rules

User objects restrict access rules to specific users and user groups. You can apply user objects to Forwarding Firewall

access rules and specify user conditions such as login names, groups, and policy role patterns. You also have the option to

include VPN groups in the object configuration.

User objects are populated by querying the external authentication servers or the local authentication service on the

firewall. For VPN, user objects can also query X.509 certificate patterns.

## 3.4.1    User Conditions

When you create a new user object, you can configure multiple **User Conditions**. The user conditions are evaluated from

top to bottom. Each user condition is made up of the following settings:



- **Authentication Pattern** – Users matching both login name and group pattern according to the configured external

  authentication scheme (MSAD, LDAP, or RADIUS).

  - **Login Name** – Enter a pattern for the user name. * and ? wildcard characters are allowed.

  - **Group Patterns** – Enter patterns matching user groups. At least one group pattern must match for the

    authentication pattern to match.

- **Policy Roles Patterns** – The policy role patterns for VPN users when using the Barracuda Network Access

  Client. You can select:

  - healthy

  - unhealthy

  - untrusted

  - probation

- **X509 Certificate Pattern** – The certificate conditions for VPN users and groups:

  - **Subject/Issuer** – The subject/issuer of the affected X.509 certificate. If multiple subject parts (key value pairs) are required, separate them with a forward slash (/). For example, if OU=test1 and OU=test2 are required, select **OU** and enter **test1/test2**.

- **Policy/AltName** – The ISO number and the **SubjectAltName** according to the certificate.

- **VPN User Pattern** – The VPN login and VPN group policy that the object has to apply to in the **VPN Group** field.

- **Authentication Method** – In this section, you can specify the following settings:

  - **Origin** – Defines the type of originator. The following originators are available when configured:

    - VPNP (PersonalVPN)

    - VPNG (GroupVPN)

    - VPNT (Tunnel)

    - HTTP (Browser login)

    - Proxy (Login via proxy)

  - **Server/Service/Box** – Allows enforcing authentication on a certain server/service/box.

## Apply a User Object to an Access Rule

1. Go to **CONFIGURATION > Configuration Tree > Box > Virtual Servers >** *your virtual server* **> Assigned Services > Firewall > Forwarding Rules**.

2. Create or edit the access rule that you want to apply the user object to.

3. From the **Authenticated User** list, select the user object.



# 3.5   Firewall Authentication

If you are not using the Barracuda DC Agent to authenticate users, you can use inline or offline firewall authentication to identify the user associated with the source IP of the connection. Knowing which users are associated with an IP address makes the firewall user aware and allows you to create policies based on the user or user group. The following types of firewall authentication methods are available:

- Inline Authentication

- Offline Authentication

- Guest Access

## 3.5.1   Inline Authentication

Inline Authentication requires an HTTP/HTTPS connection because the authentication requests are injected into the data stream. The firewall redirects the first HTTP/S request of an unauthenticated user to the internal authentication server. This server generates the authentication request by sending an HTTP 401 status code (SERVER AUTH) to the client browser. After the users authenticate themselves in the pop-up window, they can access the original resource. To avoid browser certificate errors, use a signed SSL certificate, or install the root certificate of the self-signed certificate on all client computers using Inline Authentication. The name of the certificate must be set to the IP address or an FQDN resolving to the IP address of the firewall. This value is used to redirect the client to the authentication daemon.

### Configure Inline Firewall Authentication

1. Go to **CONFIGURATION > Configuration Tree > Box >Virtual Servers >** *your virtual server* **> Assigned Services > Firewall > Forwarding Settings**.

2. In the left menu, select **Authentication**.

3. Click **OK**.

4. Import or create the **Default HTTPS Private Key** and **Default HTTPS Certificate**. The **Name** of the certificate must be the IP address or FQDN of the firewall.

5. In the **Metadirectory Authentication** section, select a previously configured **Authentication Scheme**.

### Create the Access Rule for Inline Authentication

1. Go to **CONFIGURATION > Configuration Tree > Box > Virtual Servers >** *your virtual server* **> Assigned Services > Firewall > Forwarding Rules**.

2. Create an access rule that allows HTTP+S connections to the web server.



3. In the left menu of the rule editor window, click **Advanced**.

4. In the **Miscellaneous** section, select **Login+Password Authentication** from the **Inline Authentication for HTTP and HTTPS** list.



5. In the left menu, click **Rule**.

6. In the **Authenticated User** section, select **All Authenticated Users**, or specify the users this rule should match for.

## 3.5.2   Offline Authentication

Offline Authentication works with all protocols, not just HTTP and HTTPS. Before being allowed to access a restricted resource, the user must log in via a web interface on the firewall. After being authenticated, the user can access the restricted resource as long as the browser with the authentication portal remains open. When the browser is closed, the connections of this user is terminated after the (configurable) refresh timeout.

On the firewall, the fwauth daemon serves the login portal web pages. Depending on the type of authentication credentials and if the request is using HTTP or HTTPS, redirect the user to a different port on the fwauth daemon.

- **TCP 80** – Username/password authentication. (HTTP only) Use for external authentication servers (e.g., MSAD).

- **TCP 443** – Username/password (HTTPS with automatic redirect to HTTPS for HTTP requests). Use for external authentication servers (e.g., MSAD).

- **TCP 448** – Username/password (HTTP and HTTPS) with automatic redirection. Use for external authentication servers (e.g., MSAD).

- **TCP 444** – X.509 certificate authentication. (HTTPS with automatic redirect to HTTPS for HTTP requests).

- **TCP 445** – X.509 certificate plus username/password authentication. (HTTPS with automatic redirect to HTTPS for HTTP requests.)

## Configure the Firewall Authentication Settings

1. Go to **CONFIGURATION > Configuration Tree > Box >Virtual Servers >** *your virtual server* **> Assigned Services > Firewall > Forwarding Settings**.

2. In the left menu, select **Authentication**.

3. Click **OK**.

4. Import or create the **Default HTTPS Private Key** and **Default HTTPS Certificate**. The **Name** of the certificate must be the IP address or FQDN of the firewall.

5. In the **Metadirectory Authentication** section, select a previously configured **Authentication Scheme**.

## Create Access Rules for Offline Authentication

1. Create an **App Redirect** firewall for HTTP traffic:

   - **Source** – Select **Trusted Networks**, or enter the internal network for the clients who need to authenticate.

   - **Service** – Select **HTTP**.

   - **Destination** – Enter an internal IP used by the firewall service. Do not use the management IP.

   - **Redirection** – Enter 127.0.0.1:*<port>*. Enter the port matching the authentication method and protocol.

   - **Authenticated User** – Select **Any**.

74 | Firewall Authentication          Barracuda NextGen Firewall F - NextGen Firewall Features | Student Guide



2. Go to http://<IP address used as destination in the access rule>

3. On the login screen, enter your user credentials.





### 3.5.3    Authentication Client

To avoid users having to log in every time they start their computer, you can use the Authentication Client to automate the

login when using Offline Authentication. This utility is available for Microsoft Windows and is started automatically when

configured. The Authentication Client keeps the user logged in as long as the application is running in the background.

# 3.6   Guest Access

For guests or other temporary users of your network, guest access manages access to your guest network via a ticketing system or confirmation page. Access from the guest network to the Internet or other internal networks are handled by access rules with user objects. Authenticated users are listed on the **FIREWALL > User** page in NextGen Admin.

## 3.6.1   Guest Access Ticketing

A ticketing administrator assigns a temporary username and password to the guest. The ticketing administrator also assigns a lifetime to the users, after which the credentials automatically expire. To authenticate the user and allow authenticated guest users access to the network, two access rules are needed. The first rule allows already authenticated users to access the network. The second access rule redirects all unauthenticated users to the fwauth daemon listening on 127.0.0.1:447.  The order of these access rules is important - placing them in the wrong order causes the user to always be redirected to the login page.



The admin interface for the ticketing admin can be reached via the application redirect URL. Select an IP address on the firewall with no services listening on port 80 or 443. The admin ticketing interface is now reachable via **https://<firewall IP address>/lp/cgi-bin/ticketing**



## Configure Ticketing Guest Access

1. Go to **CONFIGURATION > Configuration Tree > Box > Virtual Servers >** *your virtual server* **> Assigned Services > Firewall > Forwarding Settings** .

2. In the left menu, select **Authentication**.

3. Import or create the **Default HTTPS Private Key** and **Default HTTPS Certificate**.

4. In the left menu, click **Guest Access**.

5. In the **Ticketing Administration User** section, enter **Username** and **Password** for the ticketing admin. You can only create one ticket admin.

6. Create an **App Redirect** access rule for the ticket admin interface:



7. Create an app redirect access rule to access the ticketing page.



### 3.6.2   Confirmation Page or Captive Portal

Similar to the guest access login page, the confirmation page (also known as captive portal) intercepts unauthenticated users, who are redirected to a customizable confirmation form on the firewall. After clicking **Proceed**, a user in the form LP-<IP Address> is created. Users who have already been authenticated or have been identified by the Barracuda DC Agent are not prompted to log in. The authentication expires after 20 minutes.

If IP networks are added to the list of additional guest access networks, a hidden access rule is introduced that redirects HTTP traffic from those networks to the firewall authentication daemon on port 446 or port 447. When users establish an HTTP connection from one of those networks for the first time, they must accept the terms of the disclaimer and/or enter their login credentials before they can access the Internet or special network segments.

Because there are no configuration options for this hidden firewall rule, you may not want to specify additional networks for the guest access. Instead, you can create your own app redirect rule to have more flexibility when setting rule parameters.

# Remote Procedure Calls

4.1    RPC Firewall Plugin Modules                                              83

4.1.1    Passive                                                               83

4.1.2    Active                                                                83

4.1.3    Active & Passive                                                      84

4.1.4    DCRPC Plugin Module                                                   84

4.1.5    Monitoring                                                            84

4.2    How to Configure the DCERPC Plugin Module                              85

4.2.1    What's the Difference to ONCRPC?                                      85

4.2.2    Configuring Passive DCERPC                                            85

4.2.3    Configuring Active DCERPC                                             87

4.2.4    Configuring Active & Passive DCERPC (recommended)                     89

4.3    How to Configure the ONCRPC Plugin Module                             91

4.3.1    Configuring Passive ONCRPC                                            91

4.3.2    Configuring Active ONCRPC                                             92

4.3.3    Configure Active & Passive ONCRPC (recommended)                       94

# 4.1    RPC Firewall Plugin Modules

Some applications, such as RPC or FTP, do not communicate between two IPs over well defined ports. The service opens

dynamic ports making it impossible to use static port based access rules to handle this type of traffic. For example when

an FTP connection is created - after the initial control dialog over port 21, the client and the server use another random

port from 1024 through 65535 to send and receive data. The firewall has two possibilities to handle this: either it opens

all higher ports, which is not really suitable for a secure firewall, or it listens to the two FTP partners and opens the dynamic

port agreed upon in the initial control dialog. The firewall services uses plugin modules to listen for these dynamically

allocated ports for the following services:

The Barracuda NextGen Firewall F-Series provides three different ways of dealing with RPC services:

## 4.1.1    Passive

- **Advantage**: The firewall immediately notices RPC port changes (traffic analyzes client – server).

- **Disadvantage**: The firewall notices the RPC port which is used only on client requests. If a firewall reboot occurs, the

  firewall will not know the port until the next client request gets scanned.

The term PASSIVE means in this case "sniffing" RPC information passively. Using this type causes that the firewall engine

reads the RPC information from RPC requests (using UDP/TCP on port 135 (DCERPC) or port 111 (OCNRPC)) automatically

using the plugin DCERPC or OCNRPC. This way you are benefiting from the fact that the firewall is always up-to-date on

the currently valid ports. The main problem of passive configuration is that in case of a reboot of the firewall there would

not be any information concerning the required ports as the information is not written to disk. Clients attempting to use

previously established RPC connections would be blocked.

## 4.1.2    Active

- **Advantage**: The firewall actively looks for all RPC information independent of client requests.

- **Disadvantage**: All RPC servers are to be configured manually. Port changes within a polling interval will not be

  recognized by the firewall.

The term ACTIVE means in this case requesting RPC information actively. This method uses a defined RPC server where

the firewall obtains the RPC information periodically. A benefit of this type is that the firewall knows the type of services

available on the RPC server. However, problems may occur if the RPC server is not available for some time. In this case

the RPC server may have new portmapping information as soon as it is online again but the firewall still uses the "old"

information as valid ones which leads to blocked connection attempts.

### 4.1.3    Active & Passive

ACTIVE and PASSIVE at the same time is combining the benefits of both and is therefore recommended.

**ONCRPC Plugin Module**

ONCRPC, formerly known as SUNRPC allows services to register on a server, which then makes them available on dynamic TCP/UDP ports.

The heart of ONCRPC is the so-called portmapper, an interface responsible for allocation of ports and protocols to services. If an application demands a certain service, a request is sent to the portmapper. The portmapper's answer contains the required port and protocol, which are then used for connection establishment.

### 4.1.4    DCRPC Plugin Module

There are many DCERPC applications, such as Microsoft Exchange or HP Open View. As with the ONCRPC protocol, the DCERPC allows services to register on a server, which then provides these services on dynamic TCP/UDP ports. For the firewall to know which ports to open, you must configure an Endpoint Mapper. To open a dynamic port, the client application first sends a request to the Endpoint Mapper to receive the port. This port is then opened automatically on the firewall to allow the connection.

### 4.1.5    Monitoring

The monitoring of RPC takes place in the **Dynamic Services** tab of the Barracuda NextGen Firewall F-Series box menu entry (tab **Dynamic**):

1. Go to the **FIREWALL > Dynamic** page.

2. Click on the **Dynamic Services** tab.

Right click and select **Trigger Update of RPC Server Information** to refresh the displayed content.

Every RPC connection is displayed with the following information:

- **Used Address** – IP address used by the dynamic service

- **Proto** – Protocol used by the dynamic service

- **Port** – Port used by the dynamic service

- **Service Name** – Name and Number of the dynamic service

- **Service Desc** – Description for the dynamic service

- **Target Address** – IP address where the dynamic service connects to

- **Expires** – Displays when the dynamic service connection expires

- **Used** – Expired time since last usage

- **Updated** – Expired time since last information update

- **Source Address** – IP address for which the dynamic service entry is valid for (entry 0.0.0.0 indicates all IP addresses)

- **Source Mask**  – Netmask which the dynamic service entry is valid for

# 4.2   How to Configure the DCERPC Plugin Module

There are many DCERPC applications, such as Microsoft Exchange or HP Open View. As with the ONCRPC protocol,

the DCERPC allows services to register on a server, which then provides these services on dynamic TCP/UDP ports. For

the firewall to know which ports to open, you must configure an Endpoint Mapper. To open a dynamic port, the client

application first sends a request to the Endpoint Mapper to receive the port. This port is then opened automatically on the

firewall to allow the connection.

## 4.2.1   What's the Difference to ONCRPC?

- **Portmapper** is called **Endpoint Mapper** and uses TCP/UDP port 135 instead of UDP/TCP 111.

- Service identification is via UUID instead of program numbers.

- Multiple services per port are possible. Having multiple services on one TCP port is a required firewall pre-validation.

  This pre-validation checks whether at least one service offered by this port is granted by the ruleset. **NO** means the

  service is blocked. **YES** means the session is granted using service name DCERPC:ANY and is subsequently analyzed

  further. As soon as the service is selected, the ruleset is checked again whether exactly this service is permitted or not.

  If granted, the service name changes to the now-known name and the session is active (first matching rule is used). If

  the service is not permitted, the session is terminated.

- One service can be offered on multiple ports.

- Using UDP DCERPC offers an additional function in order to avoid arbitrary spoofed requests to the RPC server.

- Service can change within a session.

Consider the following configuration options regarding the parameter Dyn. Service when reading the guidance below. It

applies to all available methods.

The parameter **Dyn. Service** can be configured to utilize all available services by just entering **DCERPC** into the **Dyn.**

**Service** field. In addition to explicitly creating new service objects, you can also make use of the existing predefined

service objects, for example, service objects bound to Microsoft Exchange usage. However, you may need to adapt the

preconfigured objects due to potential requirement changes of the software.

## 4.2.2   Configuring Passive DCERPC

### Step 1. Enable Access to the Endpoint Mapper

1. Go to **CONFIGURATION > Configuration Tree > Box > Virtual Servers > you virtual server > Assigned Services >**

   **Firewall > Forwarding Rules**.

2. Click **Lock**.

3.  In the left menu, click **Services**.

4.  Right-click in the main area and select **New**. The **Edit/Create Service Object** window opens.

5.  Click **New Object** and add an entry for UDP or TCP with the **Port Range** set to 135.

6.  From the **Available Plugins** drop-down list, select **dcerpc**.

7.  Click **OK**.

8.  Click **OK**.

9.  Create a pass access rule using the service object you just created.

10. Click **Send Changes** and **Activate**.

General service object needed for creating a PASS rule to enable passive DCERPC:



## Step 2. Create a Second Rule for the Required Service (e.g., MS Exchange)

11. Create a second access rule.

12. Select the required protocol (either **UDP** or **TCP**) and use parameter **Dyn. Service** for defining the service information (servicename:**UUID**; see figure below).

Service object needed for enabling MS-File Replication Service usage via an Endpoint Mapper:



## Step 3: Check the Ruleset Hierarchy

- To use dynamic services successfully, the general rule (created during Step 1) must be situated above the service rules (created during Step 2). You can drag the rules up or down within the ruleset.

## 4.2.3  Configuring Active DCERPC

### Step 1. Configure the RPC Server Information

The RPC server information is configured via the **RPC Handling** tab of the **Firewall Forwarding Settings**:

1. Go to **CONFIGURATION > Configuration Tree > Box > Virtual Servers >** *your virtual server* **> Assigned Services > Firewall > Firewall Forwarding Settings**.

2. In the left menu, select **RPC Handling**.

3. Click **Lock**.

4. In the **DCE/RPC Servers** section, click the **+** icon to create a new server entry (via **Edit** you may modify an existing server entry).

5. Enter a **Name**.

6. Click **OK**.

Verify that the **Endpoint Mapper Port** field is set to **135**.

Case 0:20-cv-60416-AMC   Document 69-18   Entered on FLSD Docket 05/26/2021   Page 95 of
833
88 | How to Configure the DCERPC Plugin Module          Barracuda NextGen Firewall F - NextGen Firewall Features | Student Guide



## Step 2. Enable Access to the Portmapper

1. Create a **PASS** access rule for portmapper access using a corresponding service object.

2. When configuring the service entry, select either **UDP** or **TCP** as **protocol** and set the parameter

   **Port Range** to port 135.

General Service Object needed for creating a PASS access rule to enable active DCERPC:



If you have specified an alternative port in the server configuration, define this alternative port (instead of

the default port) here.

- Do not fill in the **Plugin** field when configuring active DCERPC!

## Step 3. Create a Second Rule for the Required Service (e.g., MS Exchange)

- Create a second access rule. As mentioned in Step 1, the settings for the service object are important.

  Select the required protocol (either **UDP** or **TCP**) and use parameter **Dyn. Service** for defining the service

  information (servicename:*UUID*).

## Step 4. Check the Ruleset Hierarchy

- To use dynamic services successfully, the general rule (created during Step 2) must be situated above the service rules

  (created during Step 3). You can drag the rules up or down within the ruleset.

### 4.2.4    Configuring Active & Passive DCERPC (recommended)

## Step 1. Configure the RPC Server Information

1. Go to **CONFIGURATION > Configuration Tree > Box > Virtual Servers >** *your virtual server* **> Assigned Services

   > Firewall > Firewall Forwarding Settings**

2. From the left menu, select **RPC Handling**.

3. Click **Lock**.

4. Perform the configuration according to the one mentioned in Step 1 of **Configuring Active DCERPC**.

## Step 2. Enable Access to the Portmapper

1. Create a **PASS** access rule for portmapper access using a corresponding service object.

2. When configuring the service entry, select either **UDP** or **TCP** as protocol and set the parameter

   **Port Range** to port 135.

3. Select **DCERPC** in the **Available Plugins** drop-down list.

## Step 3. Create an Access Rule for the Required Service (e.g., NFS)

Create a second access rule. As mentioned in Step 1, the settings for the service object are important. Select the required

protocol (either **UDP** or **TCP**) and use parameter **Dyn. Service** for defining the service information (servicename:*UUID*).

## Step 4. Check the Ruleset Hierarchy

Verify that the access rule created in step 2 is located above the service rules created in step 3.

Case 0:20-cv-60416-AMC   Document 69-18   Entered on FLSD Docket 05/26/2021   Page 98 of
833
Student Guide | Barracuda NextGen Firewall F - NextGen Firewall Features          How to Configure the ONCRPC Plugin Module | 91

# 4.3   How to Configure the ONCRPC Plugin Module

ONCRPC, also known as SUNRPC allows services to register on a server, which then makes them available on dynamic

TCP/UDP ports. By means of this mechanism, ports required for specific purposes (for example NFS), can be dynamically

enabled without weakening a strict security policy.

The heart of ONCRPC is the so-called portmapper, an interface responsible for allocation of ports and protocols to services.

If an application demands a certain service, a request is sent to the portmapper. The portmapper's answer contains the

required port and protocol, which are then used for connection establishment.

## 4.3.1   Configuring Passive ONCRPC

### Step 1. Enable Access to the Portmapper

1. Go to the **CONFIGURATION** tab and click **Simple Configuration**.

2. In the **Operational Configuration** table, click **Ruleset** under the **Firewall** section. The **Configuration Overview/**

   **Forwarding Rules** page opens.

3. Create a **PASS** rule for portmapper access using a corresponding service object.

4. When configuring the service entry, select either **UDP** or **TCP** as protocol and set the parameter

   **Port Range** to port **111**.

5. Last but not least, you need to select **ONCRPC** in the **Available Plugins** drop-down menu.



Case 0:20-cv-60416-AMC   Document 69-18   Entered on FLSD Docket 05/26/2021   Page 99 of
833
92 | How to Configure the ONCRPC Plugin Module          Barracuda NextGen Firewall F - NextGen Firewall Features | Student Guide

## Step 2. Create a Second Rule for the Required Service (For Example NFS)

1. Create a second firewall rule. Again, as mentioned in step 1, the settings for the service object are of interest.

2. In the service object, select the required protocol (either **UDP** or **TCP**) and use parameter **Dyn. Service** for defining the service information (which means servicename:serviceID; for example **ONCRPC:100003**).

## Step 3. Check the Ruleset Hierarchy

- For successful usage of dynamic services it is mandatory to have the general rule (created during step 1) situated above the service rules (created during step 2). You can move the rules up or downwards within the ruleset by drag-and-drop.

### 4.3.2   Configuring Active ONCRPC

## Step 1. Configure the RPC Server Information

1. Go to the **CONFIGURATION > Configuration Tree > Box > Virtual Servers >** *your virtual server* **> Assigned Services > Firewall > Firewall Forwarding Settings** page.

2. From the **Configuration** menu on the left, select **RPC**.

3. Click **Lock**.

4. In the **Default Poll Time (secs)** field, you can define the interval for requesting RPC information from the RPC server (default: 300).

5. In the **ONC/RPC Servers** section, click the **+** icon to create a new server entry.

6. Enter a descriptive name and click **OK** to access the **ONC/RPC Servers** configuration.

7. In the **Portmapper IP** field,  enter the IP address of the considered RPC server.

8. The other parameters are specified as follows:

   - **Portmapper Port [111] -** Defines the port where portmapper is listening on.

      Take into consideration that the service object for the portmapper rule (created in step 2, see above section) has to match this port.

   - **Optional Source IP [0.0.0.0] -** This parameter allows you to define an explicit IP address that is used when connecting to the RPC server. This comes handy as soon you are using policy routing. The default value of *0.0.0.0* deactivates this parameter and the correct bind IP address will be specified via the routing table.

   - **Polling Time (secs)[300]** - Here the interval for requesting RPC information from the RPC server is defined.

   - **Additional Addresses (NAT)** - If you want to use NAT, enter the corresponding addresses in this section by clicking the **+** icon.

Case 0:20-cv-60416-AMC    Document 69-18    Entered on FLSD Docket 05/26/2021    Page 100 of
833
Student Guide | Barracuda NextGen Firewall F - NextGen Firewall Features          How to Configure the ONCRPC Plugin Module | 93

9. Click **Send Changes** and then click **Activate**.

## Step 2: Enable Access to the Portmapper

1. Create a **PASS** rule for portmapper access using a corresponding service object.

2. When configuring the service entry, select either **UDP** or **TCP** as protocol and set the parameter **Port Range** to **port 111** (see figure below).

 If you have specified an alternative port in the server configuration, do not forget to define this alternative port instead of the default port here.

- Do not fill in the **Plugin** field when configuring active ONCRPC!

General service object required for creating a PASS rule to enable active ONCRPC:



## Step 3. Create a Second Rule for the Required Service (For Example NFS)

1. Create a second firewall rule. Again, as mentioned in step 1, the settings for the service object are of interest.

2. Select the required protocol (either **UDP** or **TCP**) and use parameter **Dyn. Service** for defining the service information ( *servicename:serviceID* ; in our example this would be *nfs:100003* ).

Service object needed for enabling nfs usage via a portmapper:



## Step 4: Check the Ruleset Hierarchy

• For successful usage of dynamic services it is mandatory to have the general rule (created during step 2) situated above the service rules (created during step 3). You can move the rules up or downwards within the ruleset by drag-and-drop.

### 4.3.3    Configure Active & Passive ONCRPC (recommended)

## Step 1: Configure the RPC Server Information

• Configure the RPC Server information as described above in step 1 (Configure the RPC Server Information).

## Step 2: Enable Access to the Portmapper

1. Create a **PASS** access rule for portmapper access using a corresponding service object.

2. When configuring the service entry, select **UDP** or **TCP** as **protocol** and set the parameter **Port Range** to **port 111**.

3. Select **oncrpc** in the **Available Plugins** drop-down menu. (see figure below).

General service object needed for creating a PASS rule to enable active & passive ONCRPC:



## Step 3. Create  Access Rule for the Service

1. Create a second access rule. Again, as mentioned in step 1, the settings for the service object are of interest.

2. Select the required protocol (either **UDP** or **TCP**) and use parameter **Dyn. Service** for defining the service information (*servicename:serviceID*; in our example this would be  *nfs:100003* ).

Service object required for enabling nfs usage via a portmapper:



## Step 4: Check the Ruleset Hierarchy

Verify that the access rule created in step 2 is located above the service rules created in step 3.

# Application Control

| 5.1 | Application Control Overview | 99 |
|---|---|---|
| 5.1.1 | Application Ruleset and Application Control | 99 |
| 5.1.2 | Application Control Features | 100 |

| 5.2 | SSL Interception | 103 |
|---|---|---|
| 5.2.1 | Certificate Management | 104 |
| 5.2.2 | SSL Interception for VPN Traffic | 105 |
| 5.2.3 | SSL Interception on Bridged Interfaces | 105 |

| 5.3 | Application Object and Application Rules | 107 |
|---|---|---|
| 5.3.1 | Application Object | 107 |
| 5.3.2 | Application Filters | 107 |
| 5.3.3 | Application Rules | 108 |

| 5.4 | URL Filter objects and URL Filtering in the Firewall | 111 |
|---|---|---|
| 5.4.1 | URL Filter Firewall Objects | 111 |
| 5.4.2 | URL Filtering in the Firewall | 113 |
| 5.4.3 | Monitoring URL Filtering in the Firewall | 115 |

| 5.5 | File Content Filtering in the Firewall | 117 |
|---|---|---|
| 5.5.1 | File Content Policy Objects | 117 |
| 5.5.2 | Content Filtering in the Firewall | 119 |
| 5.5.3 | Monitoring File Content Filtering in the Firewall | 121 |

| 5.6 | User Agent Filtering | 123 |
|---|---|---|
| 5.6.1 | User Agent Policy Objects | 123 |
| 5.6.2 | User Agent Filtering in the Firewall | 124 |
| 5.6.3 | Monitoring | 126 |

| 5.7 | Virus Scanning in the Firewall | 127 |
|---|---|---|
| 5.7.1 | Default MIME Types | 127 |
| 5.7.2 | Virus Scanning in the Firewall for Web Traffic | 127 |
| 5.7.3 | Virus Scanning in the Firewall for FTP | 129 |
| 5.7.4 | Virus Scanning in the Firewall for SMTP | 130 |
| 5.7.5 | Monitoring and Testing | 130 |

| 5.8 | Advanced Threat Protection | 131 |
|---|---|---|
| 5.8.1 | ATP File Scanning | 132 |
| 5.8.2 | Automatic Blacklisting Policy | 133 |
| 5.8.3 | Quarantine Block Page | 133 |
| 5.8.4 | Risk Scores | 133 |
| 5.8.5 | Reporting | 134 |

5.8.6      Manual File Upload                                                                134

5.9    Safe Search                                                                            137
5.9.1      Disabling Safe Search for YouTube                                                  138

5.10   Google Account Filtering                                                               139

5.11   Custom Block Pages                                                                      141

5.12   Application Based Provider Selection                                                    143
5.12.1     Monitoring                                                                          143

5.13   NextGen Admin Firewall Monitor and Threat Scan                                          145
5.13.1     Firewall Monitor                                                                    145
5.13.2     Threat Scan                                                                         146

5.14   Intrusion Prevention System (IPS)                                                       147
5.14.1     IPS Features                                                                        147
5.14.2     Assigning IPS Policies to Access Rules                                              149
5.14.3     The Threat Scan Page                                                                150
5.14.4     Guidelines for IPS Usage                                                            150

5.15   Mail Security in the Firewall                                                           151
5.15.1     SSL Interception for Mail                                                           151
5.15.2     Virus Scanning and ATP for Mail                                                     151
5.15.3     DNS Blacklist                                                                       152
5.15.4     Link Protection                                                                     152
5.15.5     Mail Scanning Process                                                               153
5.15.6     Monitoring and Testing                                                              156

# 5.1   Application Control Overview

HTTP and HTTPS traffic no longer consists of simple HTML websites. Web-based applications that are not business related can have unwanted side effects. These include:

- Opening back doors into your network

- Distracting people from work

- Consuming business-critical bandwidth

Application Control provides the application ruleset that lets you expand the scope of the firewall engine to include application type as a matching criteria. The addition of application context to the traditional stateful packet inspection capabilities of the F-Series Firewall gives you full, context-aware control, even for SSL-encrypted traffic. Application Control comes with a set of predefined application objects that contain detection patterns to give you control over the latest web applications, web services, and social media. To give you more granular control, it also detects embedded features (or sub-applications) within applications. For example, you can create policies that permit the general usage of social networks (such as Facebook or Twitter), but forbid embedded applications (such as chat, image uploading, or posting). Application Control is fully integrated into the firewall service. Application traffic can be dropped, throttled, prioritized, or just reported. Application Control is currently limited to IPv4.

The application patterns and definitions are stored in the application pattern database. The database is continuously updated through your Energize Updates subscription. You can also add your own custom applications.

## 5.1.1   Application Ruleset and Application Control

Application Control uses a dedicated ruleset to detect and control application traffic. You can create application rules to drop, throttle, prioritize, or report detected applications and sub-applications. To detect the latest applications, traffic patterns are compared to predefined application objects containing detection patterns. You can also customize application definitions based on previously analyzed network traffic. To classify applications and threats, all application objects are categorized based on their properties, risk rating, bandwidth, and potential vulnerabilities.  If Application Control and SSL Interception is enabled in the Forwarding Firewall rule that handles the application traffic, the traffic is sent to the application ruleset and processed as follows:

1. SSL-encrypted traffic is decrypted.

2. Application rules are processed from top to bottom to determine if they match the traffic. If no rule matches, the default application policy is applied.

3. If a matching application rule is found, the detected application is handled according to the rule settings. The application can be reported, or it can be restricted by time, bandwidth (QoS), user information, or content.

4.  SSL traffic is re-encrypted.

5.  The traffic is forwarded to its destination.



## 5.1.2    Application Control Features

• **SSL Interception** – Many applications transmit their data over connections encrypted with SSL or TLS. SSL Inspection intercepts and decrypts encrypted traffic to allow Application Control to detect and handle embedded features or sub-applications of the main application. For example, you can create a policy that permits the general usage of Facebook, but forbids Facebook Chat. If you choose not to enable SSL Inspection, the main applications can still be detected, but the firewall does not differentiate between individual features, such as Facebook Chat or Facebook games.

• **URL Filtering** – Websites accessed by the users are categorized based on the **Barracuda Web Filter** URL category database. Depending on the policy assigned to this URL category, the website can then be allowed, blocked, or allowed temporarily. You can create either a whitelist (blocking everything except for selected sites) or a blacklist (blocking known unwanted content). If a site is not in the URL database, you can define a custom URL policy for it. The URL Filter can only filter based only on the domain of the website. It does not offer control over subdomains, or subdirectories of the website.

• **Virus Scanning** – HTTP, HTTPS, FTP, SMTP, and SMTPS traffic can be transparently scanned for malicious content while the traffic passes through the firewall. The Virus Scanner service includes two virus scanning engines: Avira and ClamAV. If a user downloads a file containing malware, the F-Series Firewall detects and discards the infected file and then redirects the user to a warning page. You can use the Avira and/or the ClamAV engines and specify the MIME types of all files that are to be scanned.

- **Advanced Threat Protection (ATP)** – Barracuda Advanced Threat Protection secures your network against zero-day exploits and other malware not recognized by the IPS or Virus Scanner. You can choose between two policies, which either scan the files after the user has downloaded them and, if perceived to be a threat, quarantine the user, or scan the file first and then let the user download the file after it is known to be safe.

- **File Content Scan** – Filter files transmitted via HTTP, HTTPS, FTP, SMTP, OR SMTPS are filtered depending on their file type, name, or MIME type.

- **User Agent Filtering** – User Agent policies allow you to control access to a web-based resource based on the user agent string.

- **Mail Security** – Check the source IP address of incoming SMTP and SMTPS connections against a DNSBL and modify the header and subject of the email if the sender is listed in the DNSBL.

- **Safe Search** – Enforce Safe Search on Google, Bing, Yahoo, and YouTube.

- **Google Accounts** – Block all Google accounts (personal and Google Apps) except for accounts in the whitelisted Google Apps domains.

# 5.2   SSL Interception

Many applications encrypt connections with SSL or TLS. SSL Interception decrypts SSL-encrypted traffic to

allow Application Control features, such as the Virus Scanner, ATP, URL Filter, Safe Search, or File Content Scan to

inspect encrypted content that would otherwise not be visible to the Firewall service.



When a user starts an SSL-encrypted connection, the firewall receives the real web server certificate and establishes a

TLS/SSL connection between the firewall and the web server. The firewall then generates an SSL certificate using the

root SSL Interception certificate and presents this self-signed certificate to the user's browser to set up a second TLS/SSL

session. If the user's browser does not trust the root certificates used on the firewall, a pop-up message is displayed that

warns the user of an untrusted certificate. To avoid these certificate errors, install the SSL Interception root certificate on

all clients. You now have a TLS/SSL session between the user's computer and the F-Series Firewall, and a second TLS/SSL

session between the firewall and the web server. On the Firewall itself, the individual's information can be viewed in plain

text, and the Application Control features can scan and analyze the traffic for specific keywords and patterns and apply

their policies. Not all applications are interceptable. Applications with the application object property **not interceptable**

are automatically excluded from SSL Interception. If you are using CRL checks, the CRL/OCSP check is done once per 24h

period to reduce the load on the CRL/OCSP server. If an error occurs during the CRL check, it is repeated after 10 minutes.

## Configure SSL Interception

1.  Go to **CONFIGURATION > Configuration Tree > Box > Virtual Servers >** *your virtual server* **> Assigned Services >**

    **Firewall > Security Policy**.

2.  Enable **SSL Interception**

3.  In the **Root Certificate** section, either select **Use self signed certificate** or add your certificate by clicking the plus

    sign (+). The root certificate is used to intercept, proxy, and inspect SSL-encrypted connections.

## Enable SSL Interception in the Access Rule

1. Go to **CONFIGURATION > Configuration Tree > Box > Virtual Servers >** *your virtual server* **> Assigned Services > Firewall > Forwarding Rules**.

2. Create or edit an access rule.

3. Enable the following **Application Policies**:

   • Application Control

   • SSL Interception



## 5.2.1   Certificate Management

The SSL Interception process breaks the certificate trust chain. To re-establish the trust chain, you must install the security certificate (root certificate) and, if applicable, intermediate certificates that are used by the SSL Interception engine. Install this certificate on every client in your network. To prevent browser warnings and allow transparent SSL interception, install the security certificate in the operating system's or web browser's certificate store. Be aware that Mozilla Firefox does not automatically use trusted CA certificates installed in the MS Windows certificate store.

## Import the Certificate on Clients

1. On the **Security Policy** page, click the edit icon next to **(Self Signed) Certificate** and click **Export to file**.

2. Enter a name, select **\*.cer** as file type, and click **Save**.

3. Deploy this certificate to the computers in your network. Either create a group policy object, or install the certificate manually (MS Certificate Import wizard). Ensure that you deploy the certificate into the MS Windows **Trusted Root Certification Authorities** certificate store.

### 5.2.2   SSL Interception for VPN Traffic

To use SSL Interception for traffic going through a VPN tunnel, you must create a VPN interface and assign an IP address that is covered by the source route of the VPN tunnel.

### 5.2.3   SSL Interception on Bridged Interfaces

SSL Interception can only be used on routed Layer 2 and Layer 3 bridges. Additionally, a default route is needed to carry out CRL checks.

# 5.3    Application Object and Application Rules

## 5.3.1    Application Object

An application object is a reusable combination of predefined applications and custom applications. You can use application objects to create your own set of applications with custom Include and Exclude lists.

### Create an Application Object

1. Go to **CONFIGURATION** > Configuration Tree > **Box** > **Virtual Servers** > *your virtual server* > **Assigned Services** > **Firewall** > **Forwarding Rules**.

2. In the left menu, expand **Firewall Objects** and select **Applications**.

3. Right-click the table and select **New** > **Application Object**.

4. Select **Applications** as the filtering option.



5. Use the filter text boxes above each column to identify the application.



6. Select the applications that you want to add to your application object and either drag them to the **Application Set** section or click the plus sign (**+**) that appears when hovering your cursor over the **Name** column.

## 5.3.2    Application Filters

Application filters are objects that are dynamically updated to include applications based on category, risk, or properties selection. Any application that matches the criteria of the application filter is automatically added to the application filter object when the application database is updated via Energize Updates. You can thus be sure to always have all known applications in the categories you select. Category, risk, and properties are combined with a logic AND, the entries in each section with a logic OR.

## Create an Application Filter

1. Go to **CONFIGURATION > Configuration Tree > Box > Virtual Servers >** *your virtual server* **> Assigned Services > Firewall > Forwarding Rules.**

2. In the left menu, click **Applications.**

3. Create the filter by right-clicking the table and selecting **New > Application Filter,** or by using the icons in the top-right area of the ruleset.

4. Select the categories, risk level, and properties for the applications to be filtered into the object.



Based on the filter selection above, the **Application Filter Result** is dynamically kept up-to-date.



### 5.3.3    Application Rules

The application ruleset is evaluated every time an access rule matches that has enabled any of the Application Control options. Just like the access ruleset, application rules are evaluated from the top to bottom, and the action and policies of the first matching application rule are executed. The application ruleset can be created as a positive or negative list, depending on whether the default policy is set to **allow undetected applications** or **block undetected applications.** In most cases, it is recommended to set the default policy to allow undetected applications and then create application rules to block or throttle application traffic.

## Matching Criteria for Application Rules

- Source

- Application

- Destination

- URL Filter match object

- Authenticated User

- Schedule

- Protocol

## Policy Objects

These policies are evaluated and executed if the application rule matches.

- URL Filter policy object

- File Content policy object

- User Agent policy object

## Create an Application Rule

1. Go to **CONFIGURATION > Configuration Tree > Box > Virtual Servers >** *your virtual server* **> Assigned Services >**

   **Firewall > Forwarding Rules.**

2. In the left menu, click **Application Rules**.

3. Click the green plus sign (+) in the top right of the page, or right-click the ruleset and select **New > Rule**. An

   application rule **New Rule** is added to the application ruleset.



4. Double -lick on the **New Rule** application rule you just created. The **Edit Rule** window opens.

5. Select **Pass** or **Deny** as the action.

6. Specify the following settings that must be matched by the traffic to be handled by the application.

   - **Source** – The source addresses of the traffic.

   - **Destination** – The destination addresses of the traffic.

   - **Application** – Select the application object or application filter.



## Enable Application Control in the Matching Access Rule

1. Go to **CONFIGURATION** > Configuration Tree > **Box** > **Virtual Servers** > *your virtual server* > **Assigned Services** >

   **Firewall** > **Forwarding Rules**

2. Enable Application Control in the **Application Policy** of the matching access rule.



# 5.4    URL Filter objects and URL Filtering in the Firewall

The F-Series Firewall offers real-time URL filtering for web traffic. To use URL filtering in the Firewall service, an Energize Updates subscription is required. The Barracuda URL Filter supports both Firewall and HTTP Proxy services.

## 5.4.1    URL Filter Firewall Objects

You can create two types of URL Filter firewall objects.

- **URL Filter Policy Objects** – The URL Filter policy objects allow you to assign a policy for every URL category with the option of including custom URL block and allow lists.

- **URL Filter Match Objects** – The URL Filter match objects are handled as an additional application rule matching criteria. The application rule only matches if the detected website belongs to one of the URL categories included in the URL Filter match object.

## URL Filter Policy Objects

A URL Filter policy object determines how a website that matches one of the URL categories is handled by the firewall. To override Barracuda's URL database, you must define custom URL allow and blocklists. If you need to import a large number of domains, use **Bulk Edit** to copy and paste the list of domains in plain text format. The following actions are available for each URL category:

- **Allow** – The user can access the website.

- **Block** – The user is blocked from viewing the website and is redirected to the customizable URL Filter block page.

- **Warn and Continue** – The user can visit the webpage after clicking **Continue** on the customizable URL Filter warning page. This action is logged to Box/Firewall/acknowledged.

- **Alert** – Visiting a website in this category is silently logged. Go to **FIREWALL > Monitor** and filter for **Allowed, Warn & Alert** or **Warn & Alert** to see the logged alerts.

- **Override** – Allow the user to request temporary access from an admin. Upon receiving the request, the override admin must log in to the override admin interface to grant access for a specific amount of time to this otherwise blocked URL category. The admin can only grant overrides for the URL category, not for specific websites.

### Create a URL Filter Policy Object

1. Go to **CONFIGURATION > Configuration Tree > Box > Virtual Servers >** *your virtual server* **> Assigned Services > Firewall > Forwarding Rules**.

2. In the left menu, click **URL Filter**.

Case 0:20-cv-60416-AMC   Document 69-18   Entered on FLSD Docket 05/26/2021   Page 119 of 833

112 │ URL Filter objects and URL Filtering in the Firewall   Barracuda NextGen Firewall F - NextGen Firewall Features │ Student Guide

3. Create the URL Filter Policy object by either right-clicking the table and selecting **New > URL Filter Policy object**, or by using the icons in the top-right area of the ruleset.



4. Configure the **Default Action**.

5. Select the **Action** for each URL category.



## URL Filter Match Object

A URL Filter match object acts as an application rule matching criteria. Application rules containing this type of object are only processed if the URL categories defined in the object are detected. If none of the defined URL categories match the traffic, the rule is not processed. Use this object type in your application rules to detect specific web content for additional processing, such as Quality of Service assignment.

## Create a URL Filter Match Object

1. Go to **CONFIGURATION > Configuration Tree > Box > Virtual Servers >** *your virtual server* **> Assigned Services > Firewall > Forwarding Rules**.

2. In the left menu, expand **Firewall Objects** and click **URL Filter**.

3. Right-click in the main area and select **New > URL Filter Match Object**.

4. Either search or filter for the URL categories that you want to include in the object.

Case 0:20-cv-60416-AMC   Document 69-18   Entered on FLSD Docket 05/26/2021   Page 120 of 833

Student Guide | Barracuda NextGen Firewall F - NextGen Firewall Features   URL Filter objects and URL Filtering in the Firewall | 113

5. Add a URL category by either dragging it to the **Matching URL Categories** section or by clicking the plus sign (+) next to its name.



## 5.4.2    URL Filtering in the Firewall

URL filtering in the firewall is handled as a part of the application rule. Use URL Filter policy objects for the URL categorization to take place after the application rule matches. URL Filter match objects are evaluated as a matching criteria of the application rule. This means that if the website is not part of the URL categories listed in the object, the application rule does not match.



## Enable URL Filtering in the Firewall

1. Go to **CONFIGURATION > Configuration Tree > Box > Virtual Servers > *your virtual server* > Assigned Services > Firewall > Security Policy** .

2. Click **Lock**

3. In the **URL Filter** section, click **Enable URL Filter in the Firewall**.

## Enable URL Filtering in the Access Rule Handling Web Traffic

1. Go to **CONFIGURATION > Configuration Tree > Box > Virtual Servers > *your virtual server* > Assigned Services > Firewall > Forwarding Rules**.

2. Double-click to edit the access rule matching HTTP and HTTPS traffic.

3. Click on the **Application Policy** link and select:

   • **Application Control** – required.

Case 0:20-cv-60416-AMC   Document 69-18   Entered on FLSD Docket 05/26/2021   Page 121 of 833

114 │ URL Filter objects and URL Filtering in the Firewall   Barracuda NextGen Firewall F - NextGen Firewall Features │ Student Guide

- SSL Interception – optional.

- URL Filter– required.



## Create an Application Rule and Use URL Filter Objects

1. Go to **CONFIGURATION** > Configuration Tree > **Box** > **Virtual Servers** > *your virtual server* > **Assigned Services** > **Firewall** > **Forwarding Rules**.

2. In the left menu, click **Application Rules**.

Create a PASS application rule.

- **Source** – Select the same source used in the matching access rule.

- **Application** – Select **Any** to use only the web filtering. Otherwise, select an application object from the drop-down list to combine application control and URL filtering.

- **Destination** – Select the same destination used in the matching access rule.

3. Set at least one URL Filter object for the application rule:

- Select a URL Filter Policy Object from the **URL Filter Policy** drop-down list.

Case 0:20-cv-60416-AMC   Document 69-18   Entered on FLSD Docket 05/26/2021   Page 122 of 833

Student Guide │ Barracuda NextGen Firewall F - NextGen Firewall Features    URL Filter objects and URL Filtering in the Firewall │ 115

• Select a URL Filter Match Object from the **URL Filter Matching** drop-down list.



### 5.4.3 Monitoring URL Filtering in the Firewall

You can either check individual connections to see which policies are applied in the **FIREWALL > Live View** or see a summary of all application traffic in the **FIREWALL > Firewall Monitor**.

## Firewall Live View

Go to **FIREWALL > Live View** and add the **URL Category** column to see the matching access and application rule, and the detected URL Filter category.



## Firewall Monitor

Go to **FIREWALL > Monitor** to receive a summary of all application and web traffic that matches Application Control-enabled access rules. Click on the links in the individual elements to apply filters to the monitor. Click the filter icon in the taskbar to see only specific URL Filter policies.



# 5.5   File Content Filtering in the Firewall

The F-Series Firewall offers real-time file content filtering for HTTP, HTTPS, FTP, SMTP, and SMTPS connections. File content policies are evaluated and executed only if the feature is enabled in the matching access rule and the file content policy object is included in the matching application rule. If a file is blocked due to a file content policy, the user will see the following behavior, depending on what type of connection is blocked:

- **HTTP** – Redirect to a customizable block page or connection reset is possible, depending on which Application Control features are used.

- **HTTPS** – Redirect to the customizable content block page.

- **FTP** – Connection is reset.

- **SMTP / SMTPS** – Attachment is replaced by an attachment containing a customizable text.



## 5.5.1   File Content Policy Objects

File content policy objects contain a list of policy rules that block or allow the file transfer. Each policy rule defines a set of criteria that can be combined with either a Boolean AND or OR. You can prioritize file transfers by changing the assigned QoS band for the duration of the transfer. Depending on the selected action, matching file transfers are allowed or blocked, with or without logging:

- **Allow** – Allow file transfer, log the traffic, and show file content information in Firewall Live, History, or Monitor.

- **Alert** – Allow the file transfer and silently log traffic. Do not show file content information in Firewall Live, History, or Monitor.

- **Block** – Block the file transfer, log the traffic, and show file content information in Firewall Live, History, or Monitor.

- **Do not log** – Allow the transfer, but do not log. Do not show file content information in Firewall Live, History, or Monitor.

If the file content policy object contains multiple policy rules, they are evaluated from top to bottom. The action of the first matching rule is executed. If none of the policy rules match, the default action of the policy action is carried out.

Definitions for new file content types are updated regularly via Energize Updates. You must include at least one of the following criteria and define if the criteria are combined with a Boolean AND or OR. Empty criteria are ignored.

- **Content Type** – You can add file types by category or individually.

- **File Name patterns** – Pattern matching the file name.

- **MIME Type patterns** – Pattern matching the MIME type patterns for HTTP and SMTP. If a MIME type pattern is configured and the logic is set to AND, traffic that does not include a MIME type in the header will not match the file content policy.

## Configure a File Content Policy

1. Go to **CONFIGURATION > Configuration Tree > Box > Virtual Servers >** *your virtual server* **> Assigned Services > Firewall > Forwarding Rules**.

2. From the left menu, select **File Content**.

3. Right-click the table and select **New File Content Policy**.

4. Select the **Default Action**.

5. Click **+** to add a **File Content Policy Rule**.

6. Double-click the new file content policy rule. The **Edit File Content Policy Rule** windows opens.



7. To define how the matching criteria are combined, select the logic operator: **AND** or **OR**.

8. Select the policy for the **File Content Policy rule**.



9. Configure at least one of the following:

- **Content Type** – Use the filter to find the content type, and double-click the entry to add it to the **Selected Content Types** section.



- **File Name Pattern** – In the **File Name Patterns** section, click **+** to add one or more file name patterns. File name patterns may contain **\*** and **?** wildcard characters.

- **MIME Type Pattern** – In the **Mime Types Patterns** section, click **+** to add one or more MIME type patterns. MIME type patterns may contain **\*** and **?** wildcard characters.

>  If MIME type patterns are used in combination with a Boolean AND, all connections without a MIME type are blocked. FTP connections never include a MIME type.



10. Save the policy rule.

11. (optional) Add additional **File Content Policy Rules**.



12. Use the up and down arrows () to sort the policy rules so that the policy rule that should match first is on top.

## 5.5.2   Content Filtering in the Firewall

To use the content filter policies, you must create an access rule matching your HTTP, HTTPS, FTP, SMTP, and/or SMTPS traffic and enable Application Control, File Content Scan, and, optionally, SSL Interception. The content policy objects are added to the application rule. The file content policy is evaluated only when the application rule matches and a file transfer is detected. If the QoS band is adjusted in the file content policy rule, the change is active only for the duration of the file transfer.

## Enable File Content Filtering in a PASS Access Rule

1. Go to **CONFIGURATION > Configuration Tree > Box > Virtual Servers >** *your virtual server* **> Assigned Services >**
   **Firewall > Forwarding Rules**.

2. Click **Lock**.

3. Double-click to open the access rule you want to apply the file content policy for.

4. Click on the **Application Policy** link and select**:**

   - **Application Control** – required.

   - **SSL Interception** – optional.

   - **File Content Scan** – required.



## Add the File Content Policy Object to the Application Rule

1. Go to **CONFIGURATION > Configuration Tree > Box > Virtual Servers >** *your virtual server* **> Assigned Services >**
   **Firewall > Forwarding Rules**.

2. In the left menu, click **Application Rules**.

3. Create a PASS application rule.

   - **Source** – Select the same source used in the matching access rule.

   - **Application** – Select **Any** to use only policy filtering. Otherwise, select an application object from the drop-down
     list to combine Application Control and file content filtering.

   - **Destination** – Select the same destination used in the matching access rule.

Case 0:20-cv-60416-AMC   Document 69-18   Entered on FLSD Docket 05/26/2021   Page 128 of
833
Student Guide | Barracuda NextGen Firewall F - NextGen Firewall Features                    File Content Filtering in the Firewall | 121

4.  Add the file content policy object to the **Policy**.



## 5.5.3   Monitoring File Content Filtering in the Firewall

### Firewall Live View

Go to **FIREWALL > History View** and check the **Info** column for connections that were blocked due to
the detected content.



### Firewall Monitor

Check the **CONTENT** element on the **FIREWALL > Firewall Monitor** page to see a summary. You can filter and drill down
based on source, time, and the associated action (allow, blocked, ...).



# 5.6   User Agent Filtering

User agent policies allow you to control access to a web-based resource based on the user agent string. The information contained in the user agent string allows you to create policies based on web browser / operating system combinations or to define generic patterns for more specific filters. This feature also allows you to block website crawlers. Keep in mind that the user agent strings can be overridden on the client. Definitions for new user agents are updated regularly via Energize Updates.



## 5.6.1   User Agent Policy Objects

User agent policies allow you to to create policy objects to allow or block clients based on the information included in their user agent string. You can add browser / operating system combinations, or you can define up to five generic user agent patterns. The selected user agents and the generic user agent patterns are combined with a Boolean OR.

### Create a User Agent Policy Object

1. Go to **CONFIGURATION > Configuration Tree > Box > Virtual Servers >** *your virtual server* **> Assigned Services > Firewall > Forwarding Rules**.

2. In the left menu, select **User Agents**.

3. Right-click the table and select **New User Agent Policy**. The **Edit Agent Policy Object** window opens.

4. Select the **Default Action** for the policy object.

5. In the **Select User Agents** section, expand the list and use the filters on the top of the columns to display the desired browser/operating system combinations.

6. Use the filter to find the user agent or operating system, and double-click to add the browser / operating system combination to the **Selected User Agents**



7. (optional) In the **Generic User Agent Patterns** section, click **+** to enter a user agent pattern. You can use the following wildcard characters **\*** (asterisk) and **?**. E.g., Use `*MSIE 6.*` to filter for all Internet Explorer 6.X versions.



## 5.6.2   User Agent Filtering in the Firewall

The NextGen Firewall F-Series can filter HTTP and HTTPS traffic based on the user agent string of the browser. For this policy to apply, web traffic must match an access rule with Application Control and an application rule with a user agent policy. When users attempt to access a service with a web browser that is not allowed in the user agent policy, the connection is either reset or redirected to a custom block page.

## Enable Application Control in a PASS Access Rule

1. Go to **CONFIGURATION > Configuration Tree > Box > Virtual Servers >** *your virtual server* **> Assigned Services > Firewall > Forwarding Rules**.

2. Click **Lock**.

3. Double-click to edit the access rule matching HTTP/HTTPS traffic.

4. Click on the **Application Policy** link and select**:**

   • **Application Control** – required.

   • **SSL Interception** – optional.



## Add the User Agent Policy Object to the Application Rule

1. Go to **CONFIGURATION > Configuration Tree > Box > Virtual Servers >** *your virtual server* **> Assigned Services >**

   **Firewall > Forwarding Rules**.

2. In the left menu, click  **Application Rules** .

3. Create a PASS application rule.

   • **Source** – Select the same source used in the matching access rule.

   • **Application** – Select **Any** to use only policy filtering. Otherwise, select an application object from the drop-down

   list to combine Application Control and File Content filtering.

   • **Destination** – Select the same destination used in the matching access rule.

4. Add the user agent policy object to the **Policy**.



### 5.6.3   Monitoring

To monitor blocked connections, go to **FIREWALL > History** and check the **Info** column of blocked connections for

**Detected Browser Agent not allowed by policy**.



Case 0:20-cv-60416-AMC   Document 69-18   Entered on FLSD Docket 05/26/2021   Page 134 of
833
Student Guide | Barracuda NextGen Firewall F - NextGen Firewall Features                    Virus Scanning in the Firewall | 127

# 5.7   Virus Scanning in the Firewall

The Barracuda NextGen Firewall F-Series can transparently scan HTTP, HTTPS, FTP, SMTP, and SMTPS traffic passing through the Forwarding Firewall service for malware. FTPS is also scanned, but only for outgoing connections; scanning incoming FTPS connections to a FTP server is not supported. You can use the Avira and ClamAV virus scanning engines separately or together. Using both virus scanning engines significantly increases CPU utilization and the load on the firewall. NextGen Firewall F100 and F101 are limited to the Avira virus scanning engine.The following subscriptions are required to use virus scanning in the firewall:

- **Energize Updates** – Needed for virus scanner pattern updates.

- **Malware** or **Web Security** – Required for the virus scanning service.

## 5.7.1   Default MIME Types

Only the MIME types listed in the virus scanning configuration are scanned by the firewall. The firewall comes with a preconfigured list of MIME types: <default-mime-types>. To also scan content for which no MIME type is available, add <no-mime-types> to the list.

## 5.7.2   Virus Scanning in the Firewall for Web Traffic



To scan HTTP and HTTPS traffic for malware, configure an access rule to match your web traffic and enable Application Control, SSL Interception (optional), and Virus Scanning. The file is scanned if it is smaller than the value set in the large file policy. If malware is detected, the file is discarded, and the user is redirected to a customizable block page. HTTPS connections can be scanned only if SSL Interception is enabled. To avoid the browser connection from timing out while the file is scanned, small amounts of data is trickled unscanned to the client. This keeps the connection open. If malware is found, the connection is closed and a very small partial download remains on the client.

### Select and Configure the Virus Scanning Engine

1. Go to **CONFIGURATION > Configuration Tree > Box > Virtual Servers >** *your virtual server* **> Assigned Services > Virus-Scanner > Virus Scanner Settings**.

2. Enable the virus scanner engines of your choice.

3. (optional) Configure the virus scanning engine settings.

## Enable Virus Scanning in the Firewall for HTTP/HTTPS

1. Go to **CONFIGURATION > Configuration Tree > Box > Virtual Servers >** *your virtual server* **> Assigned Services >**

   **Firewall > Security Policy**.

2. Click **Lock.**

3. In the **Virus Scanner Configuration** section, select **HTTP/HTTPS**.

4. (optional) Modify the **Scanned MIME Types**.

## Enable URL Filtering in the Access Rule Handling Web Traffic

1. Go to **CONFIGURATION > Configuration Tree > Box > Virtual Servers >** *your virtual server* **> Assigned Services >**

   **Firewall > Forwarding Rules**.

2. Double-click to edit the access rule matching HTTP and HTTPS traffic.

3. Click on the **Application Policy** link and select:

   • **Application Control** – required.

   • **SSL Interception** – optional.

   • **Virus Scan**– required.



### 5.7.3    Virus Scanning in the Firewall for FTP



The F-Series Firewall scans FTP  traffic for malware on a per-access-rule basis when FTP virus scanning in the firewall

is enabled. Both active and passive FTP is supported; outgoing SSL-encrypted FTPS connection are also supported.

Depending on the access rule, you can either protect your FTP server from uploads containing malware, or scan files

downloaded from external FTP servers. Scanning incoming traffic for FTPS servers is not supported. Since the FTP protocol

does not contain any MIME-type information, all files are scanned regardless of the MIME type list configured for the

virus scanner. When an FTP download is initiated, the FTP client creates a local, zero-byte file. Normally, the transferred

data would be written to this file until the download is finished. However, if the file is determined to be malware, the

connection is terminated immediately, leaving the zero-byte file or file fragment (if data trickling is enabled) on the client.

Depending on the FTP client, it may attempt to download the file multiple times; each time the connection will be reset

by the firewall. If ATP is enabled, files passed by the virus scanner are then uploaded to be analyzed in the Barracuda ATP

Cloud. ATP can be used only in the **deliver first, then scan** mode for FTP client connections. Files uploaded to FTP servers

behind the firewall cannot be scanned by ATP.

## Select and Configure the Virus Scanning Engine

1. Go to **CONFIGURATION > Configuration Tree > Box > Virtual Servers >** *your virtual server* **> Assigned Services >**

   **Virus-Scanner > Virus Scanner Settings**.

2. Enable the virus scanner engine of your choice:

3. (optional) Configure the virus scanning engine settings.

## Enable Virus Scanning in the Firewall for FTP

1. Go to **CONFIGURATION > Configuration Tree > Box > Virtual Servers >** *your virtual server* **> Assigned Services >**

   **Firewall > Security Policy** .

2. Click **Lock**

3. In the **Virus Scanner Configuration** section, select **FTP**.

4. (optional) Modify the **Scanned MIME Types**.

## Enable URL Filtering in the Access Rule Handling FTP Traffic

1. Go to **CONFIGURATION > Configuration Tree > Box > Virtual Servers >** *your virtual server* **> Assigned Services >**

   **Firewall > Forwarding Rules**.

2. Double-click to edit the access rule matching FTP traffic.

3. Click on the **Application Policy** link and select:

   • **Application Control** – required.

   • **SSL Interception** – optional.

   • **Virus Scan**– required.



### 5.7.4    Virus Scanning in the Firewall for SMTP

To scan incoming and outgoing SMTP and SMTPS mail traffic for malware, you must configure mail security in the firewall.

### 5.7.5    Monitoring and Testing

Test the virus scanning setup by downloading EICAR test files from **http://www.eicar.org**. The block page is customizable.



To monitor detected viruses and malware, go to the **FIREWALL > Threat Scan** page.



# 5.8   Advanced Threat Protection

Advanced Threat Protection offers protection against advanced malware, zero-day exploits, and targeted attacks, which are not detected by the virus scanner or intrusion prevention system. ATP analyzes files in the Barracuda ATP cloud and assigns a risk score. Local ATP policies then determine how files with a high, medium, or low risk scores are handled. You can configure email notification of the administrator and/or enable one of the automatic blacklisting policies. To check local files, you also have the option to manually upload a file via NextGen Admin.

ATP can be used for HTTP, HTTPS, FTP, FTPS, SMTP, and SMTPS traffic in combination with the firewall service on a per access rule basis or for HTTP and HTTPS with the HTTP proxy service. You must have Energize Updates, Malware and Advanced Threat Protection subscriptions for each F-Series Firewall using ATP. Depending on the model size there are burst (number of files uploaded per minute) and monthly limits on the number of files you can upload to the Barracuda ATP cloud. If you exceed this limit, files will not be uploaded and either passed through or blocked according to the fail policy of the virus scanner.

To receive more information, you can download a short or detailed report for every file analyzed in the Barracuda ATP cloud. The report includes details on the file classification and file behavior.

The following file types are scanned by the Barracuda ATP Cloud:

- **Microsoft Office files** – doc, docx ,ppt, pps, pptx, ppsx, xls, xlsx
- **OpenOffice** – rtf, open office document extensions
- **Microsoft executables** – exe, msi, class, wsf
- **macOS executables**
- **PDF documents** – pdf
- **Android APK files** – apk
- **ZIP Archives** – 7z, lzh, bz, bz2, chm, cab, zip
- **RAR Archives** – rar4 and rar5
- **TAR Archives** – tar
- **GZ Content** – Content compressed with gzip
- **Javascript** – Manual scan

## 5.8.1    ATP File Scanning

The virus scanner scans files up to the **Large File Watermark** size set in the Security Policy. If no malware is found by the

virus scanner and the file size is 8 MB or smaller, a hash of the file is created. Files larger than 8 MB are not processed by

ATP. The hash of the file is then compared to the local cache and online hash database in the Barracuda ATP Cloud. If the

file was previously scanned, it is immediately blocked or forwarded, depending on the result of the previous scan and your

local **ATP Block Threshold**. If the hash of the file is unknown, the **ATP Scan policy** set for that file type is executed.

### Deliver First, Then Scan:



This ATP scan policy is available for HTTP, HTTPS, FTP, FTPS, SMTP, and SMTPS connections. The user receives the

downloaded file immediately after the virus scan and the hash DB lookup. Simultaneously, the file is uploaded to the

Barracuda ATP Threat Cloud and emulated in a virtual sandbox. Depending on the behavior of the file, it is assigned a

threat level and the result transmitted to the firewall. If the threat level exceeds the ATP threat level threshold, an email

notification is sent to the administrator and the automatic blacklisting policy enforced. This policy is least disruptive

to users because they receive the file immediately and are only blocked if the file is a threat. It is also less secure because

potential malware can bypass detection for the time period it takes to upload and emulate the file.

### Scan First, Then Deliver:



This mode is supported for HTTP, HTTPS, SMTP and STMPS only. The user must wait for ATP to finish scanning the file. In the interim, a browser window informs the user of the scan in progress. When the scan is complete and the file is not classified higher than the **ATP Block Threat Threshold**, the download begins. This scan policy offers higher security at the expense of the user having to wait for sandboxing of the file to finish. Detected malware never enters your network.

## Limitations for Scan First, Then Deliver

**Scan first, then deliver** may break websites using AJAX for file retrieval. The file is scanned, but it is not possible to show the scan-in-progress page with the download button for the scanned file, and so the scanned file is never delivered to the client. Some browsers download the scan-in-progress page instead of the file. Scanned files can be retrieved during the **ATP Data Retention** period by the firewall admin directly in the **/var/phion/virscan/quarantine** or **/var/phion/virscan/ virusfree** directories on the firewall.

## 5.8.2   Automatic Blacklisting Policy

Automatic blacklisting fills a dynamic network object with the infected users and/or IP addresses. You must create an access rule using that network object to block these users and IP addresses. Management access to the firewall is exempt from the blacklist policy. Automatic blacklisting is not available for SMTP or SMTPS connections.

- **No auto blacklisting** – No connections are blocked.
- **User only** – All connections by the infected user are blocked regardless of the source IP address.
- **User@IP (AND)** – All connections originating from the infected source IP address and the infected user are blocked. If a different user logs in to the infected computer, all connections are allowed because only one criteria, the source IP address, matches. If the username for the connection is unknown, only the IP address is blocked.
- **User, IP (OR)** – All connections coming from the infected source IP address and/or the infected user are blocked. If a different user logs into the infected computer, all connections are blocked because the source IP is blocked. If the infected user logs in to a different workstation, connections are blocked because the infected user is blocked.

## 5.8.3   Quarantine Block Page

To block users and/or IP addresses, you must create access rules using the **ATP User Quarantine** network object.

Place the Deny or Block rules before any other access rules handling traffic for these IP addresses and/or users. Enable **Transparent Redirect on Port 80** to redirect HTTP traffic from quarantined users or IP addresses to the custom quarantine block page. You must allow DNS queries for quarantined users to display the HTTP block page. Non-HTTP traffic is simply blocked or denied.

### 5.8.4    Risk Scores

The ATP service classifies all files in one of four categories:

- **High** – Files classified as high risk exhibit behavior normally only found in malware.

- **Medium** – Files classified as medium risk pose a potential risk.

- **Low** – Files classified as low risk are considered to be harmless. Some residual risk remains.

- **None** – No suspicious activity was detected.

### 5.8.5    Reporting

The **ATP** tab show the following information about your advanced threat scans:

- **Files in Progress** – Clicking this tab displays all files that are selected for the scan process.

- **Scanned Files** – Clicking this tab queries the ATP list and displays all files that were scanned by ATP.

- **Malicious Files** – The **Malicious Files** column displays all files that were blocked by ATP.

- **Quarantine** – The **Quarantine** column displays all files that are quarantined due to the scanning policy.

- **Remove** – Removes a selected entry from the file list.

- **Download Report** – Downloads the scan report to a file.



### 5.8.6    Manual File Upload

If you want to manually check a local file using ATP, you can use NextGen Admin to upload the file to the ATP cloud. After

the file has been scanned, you are mailed a report with the scan results and can optionally also download a short or

detailed report from the **ATP** page in NextGen Admin.

## Configure Virus Scanning in the Firewall

Files must first be scanned by the virus scanner. Configure virus scanning in the firewall.

## Configure ATP Scan Policy and Risk Threshold

1. Go to **CONFIGURATION > Configuration Tree > Box > Virtual Servers >** *your virtual server* **> Assigned Services >**

   **Virus Scanner > Virus Scanner Settings**.

2. In the left menu, click **ATP**.

3. In the **ATP Scan Policy** section, select the **Global Policy**.

4. If needed, set the individual scan policies for each file type.

5. In the **ATP Threats** section, select the **Block Threats** policy:

   • **High Only** – Files classified as high risk are blocked.

   • **High and Medium (Default)** – Files classified as high or medium risk are blocked.

   • **High, Medium and Low** – Files classified as high, medium, or low risk are blocked. Only files with

     classification **None** are allowed.



6. Configure **Notification Email** settings

7. (optional) Set the **ATP Data Retention** (in days). These values determine how long files are kept on the system

   before they are deleted.

## Enable ATP in the Firewall and Configure Automatic Quarantine Policy

You must first enable ATP in the security policy of the forwarding firewall.

1. Go to **CONFIGURATION > Configuration Tree > Box > Virtual Servers >** *your virtual server* **> Assigned**

   **Services > Security Policy**.

2. In the **Advanced Threat Protection** section, click **Enable ATP in the Firewall**.

3. Select the **Automatic Blacklist Policy**.

## Enable ATP and Virus Scanning in the Access Rule

1. Go to **CONFIGURATION > Configuration Tree > Box > Virtual Servers >** *your virtual server* **> Assigned**

   **Services > Forwarding Rules**.

2. Double-click to edit the access rule.

3. Click on the **Application Policy** link and select:

   • **Application Control** – required.

• **SSL Interception** – optional.

• **Virus Scan**– required.

• **ATP** – required.



## Create Quarantine Access Rules

Create access rules to block traffic by quarantined users.

# 5.9   Safe Search

You can protect users behind a F-Series Firewall from undesired content in search results by enabling Safe Search for the access rule handling web traffic. No configuration is required on the clients. The necessary parameters are automatically appended to the URL when the request is forwarded by the firewall. Safe Search is supported for Google, Bing, Yahoo, and YouTube search engines.

- Safe Search relies on the supported search engines to honor and filter the search results. The firewall can enable this feature, but the execution is left up to the search engine.

- Safe Search is not enforced for mobile search apps.

- Safe Search is always set to **strict**.

## Create an Access Rule to Enforce Safe Search

1. Go to **CONFIGURATION > Configuration Tree > Box > Virtual Servers >** *your virtual server* **> Assigned Services > Firewall > Forwarding Rules**.

2. Create a **Pass** access rule to match your HTTP/HTTPS traffic:



3. Click on the **Application Policy** link and select:

- **Application Control** – required.

- **SSL Interception** – Required for HTTPS-only search providers.

- **URL Filter** – optional.

• **Safe Search** – required.



Every search query handled by this access rule now automatically enables the Safe Search feature of the search engine provider.



## 5.9.1   Disabling Safe Search for YouTube

In addition to removing the policy on the matching access rules, it is also necessary to clear the browser cache to remove the YouTube safe search cookie.

# 5.10  Google Account Filtering

The F-Series Firewall can filter traffic to Google services based on the domain attached to the Google Apps account. This allows you to block access to personal Google accounts and other non-whitelisted Google Apps accounts, while still allowing your whitelisted Google Apps domains. Google Accounts are enforced on a per-access-rule basis. Since Google requires HTTPS for almost all services, SSL Interception is required. Google Chrome uses the QUIC protocol by default to communicate with Google servers, so to force Chrome to use the HTTPS fallback, you must block QUIC traffic.

## Add your Domains to the Google Domain Whitelist

1. Go to **CONFIGURATION > Configuration Tree > Box > Virtual Servers > Assigned Services >
   Firewall > Security Policy**.

2. In the **Google Personal Accounts** section, add your Google Apps domains to the **Domain White List**.

## Create an Access Rule to Enforce Google Account Filtering

1. Go to **CONFIGURATION > Configuration Tree > Box > Virtual Servers > *your virtual server* > Assigned Services >
   Firewall > Forwarding Rules**.

2. Create a **Pass** access rule to match your HTTP/HTTPS traffic:

3. Click on the **Application Policy** link and select**:**

   • **Application Control** – required.

   • **SSL Interception** – required

   • **Google Account** – required



## Create an Access Rule to Block QUIC for Google Chrome Browsers



Web traffic matching this rule can now only access Google accounts for domains that are included in the whitelist. When users access a non-whitelisted domain, they are automatically redirected to a Google block page.



# 5.11 Custom Block Pages

Generic, unbranded block pages are used by default. You can change the source code of these pages to adjust the
content and style to fit your needs. You can use HTML, CSS, and JavaScript code. Images up to 30 kB can be inserted as
base64 encoded HTML code.

Each page has a predefined list of placeholder objects that are replaced on-the-fly by the firewall when the
block page is delivered to the client. Custom block pages can be used only for services using the Forwarding or
Distributed Firewall services.

| Block Page | Service | Action Triggering the Block Page |
|---|---|---|
| Access Block Page | Firewall Service | Matching **Deny** or **Block** access rule with the advanced setting **Block Page for TCP 80** set to **Access Block Page**. |
| Application Control Block Page | Firewall Service / Application Control | Connection blocked due to the action set in the matching application rule. |
| File Content Block Page | Firewall Service / File Content Filtering | Connection blocked due to the file content policy set in the matching application rule. |
| Fail-Close Block Page | URL Filter or Virus Scanner not available | The Fail Close policy for the URL Filter, Virus Scanner, or SSL Interception must be set and: URL Filter or Virus Scanner service is unavailable Configuration settings prevented the virus scanning engine from scanning the file. E.g., Block encrypted archives. SSL Interception is unavailable. Internal errors. |
| Mail Security Content Scan Text | Firewall Service / Mail Security | Placeholder text to replace email attachments removed due to the mail security DNSBL check. |
| Mail Security Virus Scan Text | Firewall Service / Mail Security | Placeholder text to replace infected email attachments removed by the Virus Scanner. |
| Quarantine Page | ATP | Page displayed for users in ATP quarantine. |
| URL Filter Block Page | Firewall Service / URL Filter | Connection blocked due to a URL Filter category. |
| URL Filter Override Page | Firewall Service / URL Filter | Connection blocked due to a URL Filter policy with the action **override**. |
| URL Filter Warning Page | Firewall Service / URL Filter | Connection blocked due to a URL Filter category. |
| User Agent Block Page | Firewall Service / User Agent Filtering | Connection blocked due to the user agent policy set in the matching application rule. |
| Virus Scanner Block Page | Virus Scanner, ATP | Connection/Download blocked due to detected malware. |

## Edit a Custom Block Page

1. Go to **CONFIGURATION > Configuration Tree > Box > Virtual Servers >** *your virtual server* **> Firewall**

   **> Response Messages**.

2. In the left menu, click the block page you want to edit.

3. In the HTML source code window, edit the source code of the block page.

# 5.12 Application Based Provider Selection

You can specify which link is used for an application by creating an application-based link selection connection object. In this object, configure a default connection policy, add applications or application categories, and then assign them to a connection object for the Internet connection the application should use. Applications that are not explicitly defined use the default connection policy.

When a user connects to a service, the firewall detects the application and stores the application and the associated destination IP addresses. The first connection for an application always uses the default connection object. Every subsequent connection by this application to the same destination is now sent through the link configured for this application. The effectiveness of the application-based provider selection may be limited for some applications that use a wide range of varying destination IP addresses.



## 5.12.1 Monitoring

All applications are now routed over the provider selected in the application-based link selection object. Go to the **Firewall > History** page to monitor which link is selected for the applications defined in the connection object.



## Create an Application Link Connection Object

1. Go to **CONFIGURATION > Configuration Tree > Box > Virtual Servers >** *your virtual server* **> Assigned Services > Firewall > Forwarding Rules**.

2. In the left menu, click **Connections**.

3. Right-click the table and select **New > Application Based Link Selection**.

4. Select the **default connection**

5. Create an entry for each application /connection object combination.



## Use the Application Link Connection Object in an Access Rule

1. Go to CONFIGURATION > Configuration Tree > Box > Virtual Servers > *your virtual server* > Assigned Services >

   Firewall > Forwarding Rules.

2. Create a Pass access rule.

3. From the **Connection Method** list, select the application-based link selection object.



Case 0:20-cv-60416-AMC   Document 69-18   Entered on FLSD Docket 05/26/2021   Page 152 of 833

Student Guide | Barracuda NextGen Firewall F - NextGen Firewall Features    NextGen Admin Firewall Monitor and Threat Scan | 145

# 5.13  NextGen Admin Firewall Monitor and Threat Scan

### 5.13.1    Firewall Monitor

The Firewall Monitor displays real-time information and statistics of all detected applications, protocols, content, and threats, and provides information on the clients causing the traffic. You can display the information based on the number of sessions or the number of transferred bytes. Go to **FIREWALL > Monitor** to access the Firewall Monitor page.



## Available Filter Options

The drop-down menus at the top of the page allow you to filter the available data. To drill down further, you can directly click on the entries of an element to add additional filters.

- **Number of Entries** – The maximum number of entries displayed in each element.

- **Time** – Select a time interval up to one month from the list.

- **Traffic Type** – Filter the data based on the policy or detected threats by the Virus Scanner, IPS, or ATP.



Case 0:20-cv-60416-AMC   Document 69-18   Entered on FLSD Docket 05/26/2021   Page 153 of 833

146 | NextGen Admin Firewall Monitor and Threat Scan   Barracuda NextGen Firewall F - NextGen Firewall Features | Student Guide

## 5.13.2   Threat Scan

The **Threat Scan** page lists all threats detected by the IPS, Virus Scanner, and ATP. To access the **Threat Scan** page, go to

**FIREWALL > Threat Scan**.



## Available Filter Options

To create a filter, click the arrow icon next to the **Traffic Selection** section to expand the drop-down list:

- **Forward** – Displays the traffic on the Forwarding Firewall.

- **Loopback** – Traffic over the loopback interface.

- **Local In** – Displays the incoming traffic on the box firewall.

- **Local Out** – Displays the outgoing traffic from the box firewall.

- **IPv6** – IPv6 traffic.

# 5.14 Intrusion Prevention System (IPS)

The Intrusion Prevention System (IPS) actively monitors local and forwarding traffic for malicious activities and can also block suspicious traffic. The F-Series Firewall engine analyzes network traffic and continuously compares the bitstream with its internal signatures database for malicious code patterns. You can create, edit, and override default and custom IPS signature handling policies. After configuring your IPS policies, you can also apply them to your access rules.



## 5.14.1 IPS Features

### TCP Stream Reassembly

The firewall engine provides support for TCP Stream Reassembly (SRA). In general, TCP streams are broken into TCP segments that are encapsulated into IP packets. By manipulating how a TCP stream is segmented, it is possible to evade detection, for example, by overwriting a portion of a previous segment within a stream with new data in a subsequent segment. This method allows the hacker to hide or obfuscate the network attack. The firewall engine receives the segments in a TCP conversation, buffers them, and reassembles the segments into a correct stream, for example, by checking for segment overlaps, interleaved duplicate segments, invalid TCP checksums, and so forth. Afterwards, the firewall engine passes the reassembled stream to the IPS engine for inspection.

### URL Obfuscation

The IPS engine provides various countermeasures to avert possible network attacks based on the following URL encoding techniques:

- Escape encoding (% encoding)

- Microsoft %u encoding

- Path character transformations and expansions ( ./ , //, \ )

- Premature URL ending

- Long URL

- Fake parameter

- TAB separation

- FTP evasion

The IPS engine can avert FTP exploits in which the attacker tries to evade the IPS by inserting additional spaces and Telnet control sequences in FTP commands.

## TCP Split Handshake

The IPS engine provides an evasion countermeasure technique that can block the usage of TCP split handshake attacks. Although the TCP split handshake is a legitimate way to start a TCP connection (RFC793), it can also be used by hackers to execute various network attacks. By gaining access to the internal network, hackers can establish a trusted IP connection and thereby evade firewall and IPS policies.

## Licensing and Pattern Updates

To use IPS and get the latest signature updates for your F-Series Firewall, you must have a valid Energize Updates subscription. Generally, new IPS signatures are available once or twice a week. By default, the firewall checks every 60 minutes for IPS pattern updates from the Barracuda Central servers. Managed firewalls download the IPS signatures updates directly from the NextGen Control Center.

## Basic IPS Configuration

1. Go to the **CONFIGURATION > Configuration Tree > Virtual Servers > Assigned Services > Firewall > IPS Policies**

2. Select the **Enable IPS** check box.

If you select the **Report only** check box, the IPS engine will inform the system administrator of detected malicious activity without dropping the suspicious traffic.

To edit the settings for the IPS signature updates, click **Download Options** for IPS Signatures. You can set the download interval, logging level, and proxy settings for the IPS database updates.

## Configure IPS Policies

IPS policies define how the IPS engine scans traffic. By default, every access rule contains the default IPS policy. When you enable IPS, traffic is scanned according to this policy. On the IPS Policies page, you can configure the default IPS policy in the Default Policy section. You can also create custom IPS policies that can be individually applied to access rules.

Create and configure custom IPS policies in the Custom Policy section. You can define what actions the IPS should perform for traffic from different sources, destinations, and severity levels.

Note: By default, ALL rules are set to use the default policy. Take care when enabling IPS on slow systems because IPS can decrease system throughput. For specific rules, you can disable IPS by selecting **No Scan** from the **IPS Policy** list.

## Traffic Severity

The **Critical**, **High**, **Medium**, **Low**, and **Information** columns specify the severity of malicious network traffic that is detected by the IPS engine. In each column, you can specify the action that should be taken for traffic with the corresponding severity level.

In the default IPS policy, **Critical** or **High** traffic is blocked. **Medium**, **Low**, and **Informational** traffic is logged.

## Actions

To specify how the IPS engine handles malicious traffic, you can choose the following actions:

- **Drop** – Drop the malicious network traffic.
- **Log** – Only log the malicious network traffic.
- **None** – Do not drop or log the traffic.

Setting an IPS policy action to **NONE** is NOT similar to when the Scan option is set to **OFF**. Only IPS policies with Scan option **OFF** do not scan network traffic.

## Notifications

You can also configure the IPS engine to notify you when malicious traffic is detected. You can choose the following event types:

- **Alert** – Generate an Alert event.
- **Warn** – Generate a Warn event.
- **Notice** – Generate a Notice event.

## 5.14.2   Assigning IPS Policies to Access Rules

After you create a custom IPS policy, you can assign it to specific access rules. Go to the access ruleset page and open an access rule. In the rule editor window, select the required IPS policy from the IPS Policy list. Any traffic that is handled by this access rule will be scanned according to the selected IPS policy.



### 5.14.3   The Threat Scan Page

To view threats that have been detected by the IPS engine, go to the **FIREWALL > Threat Scan** page. You can view detailed information about each detected threat, such as its severity, category, access rule, source, destination, and reason for being flagged as a threat.

## False Positives

On the Threat Scan page, you can also detect and manage false positives. If an entry is actually not a threat, add it to the IPS Overrides list. You can right-click the entry and select **Add to IPS Policy Overrides**, or you can select the entry and click **Add IPS Overrides**. Entries that are added to the IPS False Positives list are automatically assigned the None action. You can also edit these entries on the **FIREWALL > IPS Overrides** page.

### 5.14.4   Guidelines for IPS Usage

When using IPS, the deep packet scanning can decrease the overall throughput performance of the F-Series Firewall. To get the most out of IPS with the least amount of impact to your system performance, use the following guidelines:

At first, enable IPS with the **Report only** setting and monitor the **FIREWALL > Threat Scan** page for false positive entries. If you see false positive entries, adjust your IPS policies or add those entries to the IPS Overrides list. After the IPS engine stops reporting false positive threats, disable the **Report only** setting.

Do not assign all access rules to run a full scan against the entire IPS signature database. Almost all access rules are mapped to the default IPS policy, so take care when enabling IPS. Instead, set the IPS policy for all rules to **No Scan**. On the access ruleset page, you can select and right-click multiple rules and choose **Edit Multiple Rules** from the context menu.

Limit IPS scanning to inbound traffic and vulnerabilities in your specific services and applications such as a **Dst NAT** rule to your web server.

# 5.15  Mail Security in the Firewall

The F-Series Firewall enforces mail security in the firewall by transparently scanning SMTP connections to the internal mail server for malware and checking the reputation of the sender's IP address via a DNS blacklist (DNSBL). SMTP connections are supported on the following ports:

- **SMTP** and **SMTP with StartTLS** – TCP 25

- **SMTPS** – TCP 465



## 5.15.1   SSL Interception for Mail

SSL-encrypted SMTP connections are decrypted differently for inbound and outbound connections. Outbound SSL-encrypted SMTP connections are SSL-intercepted using a dynamically generated SSL certificate derived from the root certificate uploaded in the SSL Interception configuration. Inbound SSL-encrypted connections are intercepted using the same SSL certificate chain as is installed on the internal mail server. The SSL certificates are bound to the IP address on the F-Series Firewall that the mail server domain's MX record resolves to. This allows remote MTAs to use the information included in the SSL certificate to verify the identify of the server it is connecting to. You must install the SSL Interception root certificate on all mail clients connecting to a mail server via an SSL-intercepted SMTP connection to avoid certificate errors.

## 5.15.2   Virus Scanning and ATP for Mail

Both inbound and outbound email attachments are scanned by the Virus Scanner service. If malware is detected in an email attachment, the infected file is removed and replaced by an attachment containing a customizable text, and the **5005 Virus Scan file blocked** event is triggered. If Advanced Threat Protection (ATP) is enabled on the system, attachments that have passed the Virus Scanner are uploaded and analyzed in the Barracuda ATP cloud. Mail attachments are scanned either in **Deliver first, then scan** or in **Scan first, then deliver** mode.

Case 0:20-cv-60416-AMC   Document 69-18   Entered on FLSD Docket 05/26/2021   Page 159 of
833
152 | Mail Security in the Firewall                                    Barracuda NextGen Firewall F - NextGen Firewall Features | Student Guide

In **Deliver first, then scan** mode, if malware is found by ATP, the result is only reported and the email recipient is not placed in quarantine. In **Scan first, then deliver** mode, mail attachments are ATP-scanned before final delivery. The original message is forwarded to the final receiving server, with the potentially malicious attachments replaced by a message indicating the pending scan. If the result of the scan is not malicious, the attachment is delivered. Otherwise, the receiver is informed and the file is discarded.

The Virus Scanner's fail-close policy does not apply to SMTP and SMTPS connections. If the virus scanning service is unavailable, emails with attachments are not scanned by either the Virus Scanner or ATP. Instead, they are delivered as-is to the internal mail server. To enable a dedicated virus-scan log file, go to **Firewall > Security Policy > Virus Scanner Configuration > Advanced** and select the **Enable SMTP Virus Scan Log** check box.

### 5.15.3   DNS Blacklist

Inbound emails can also be classified according to DNS blacklists (DNSBL), such as the Barracuda Reputation Block List. When an external mail server transmits emails, the IP address of its sending message transfer agent (MTA) is sent to the Barracuda Reputation Block List as a DNS request. If the IP address of the MTA is found in the blacklist, '<SPAM>' is prepended to the text in the subject line, e.g., '<SPAM> This is subject XY'. The header of the email is rewritten so that it contains information like 'X-Spam-Prev-Subject:This is subject XY', 'X-Spam-Flag: YES', 'X-Spam-Status: Yes' and 'X-Spam-Level: ***'.

DNSRBL is only supported for SMTP (TCP25) and SMTP+STARTLS (TCP465).  For details about the mail classification, log into your firewall and go to **LOGS**. From **Select Log File**, select *Your virtual server* **> NGFW > SSL** to view the contents of the log file.

### 5.15.4   Link Protection

Link Protection protects users from fraudulent links inside of plain-text and HTML emails. Such links are the result either of mistyping a URL or of domains not known to users as being fraudulent. Link Protection requires an active ATP subscription.

## Link Categorization

When an email contains an embedded URL that starts with HTTP(S)/FTP, the URL will be rewritten. The firewall replaces the original URL with **https://linkprotect.cudasvc.com**. The user then receives the email with the rewritten link.

When the user clicks the URL, a web page opens in the browser. Depending on the detected risk, there are now two options:

- The embedded URL is considered fraudulent: The user is presented a web page with a block message and a description why the original URL is considered fraudulent.

Case 0:20-cv-60416-AMC   Document 69-18   Entered on FLSD Docket 05/26/2021   Page 160 of
833
Student Guide | Barracuda NextGen Firewall F - NextGen Firewall Features          Mail Security in the Firewall | 153

- There is no risk for the original URL: The user is redirected to the original URL.

The following URL categories are blocked by Link Protection: hacking, phishing fraud, spam, spyware, malicious sites, and typo-squatted URLs.

## URL Rewrite

Rewriting of URLs is done only for HTTP, HTTPS, or FTP links. Links without protocols are rewritten to include the proper protocol. The following URLs are not rewritten:

- URLs using a different protocol, such as skype://, or torrent://
- The URL is exempt.
- The URL is contained in an encrypted or protected message.
- The URL is inside of an attachment.

### 5.15.5    Mail Scanning Process

The Barracuda NextGen Firewall F-Series scans SMTP traffic in three steps:

1. SSL Interception decrypts SSL-encrypted SMTP connections. For incoming connections, your mail server's SSL certificates are used.

2. The DNSBL base is queried via a DNS lookup using the sender's IP address. If the DNS reputation database is not available, the email is not modified. If the domain or IP address is blacklisted, the email's subject line is modified to start with **[SPAM]** and the following non-configurable MIME type headers are set:

   - X-Spam-Prev-Subject: Your email subject without the [SPAM] tag.
   - X-Spam-Flag: YES
   - X-Spam-Status: Yes
   - X-Spam-Level: ***

3. Email attachments are scanned by the Virus Scanning service on F-Series Firewalls. If malware is found, the attachment is stripped from the email and replaced by a customizable text informing the user that the malicious attachment has been removed. For F-Series Firewalls using ATP, the email attachments can also be checked via ATP using the **Deliver first, then scan** mode. Scan results must be monitored by the admin because quarantining is not supported for SMTP.

4. If enabled, Link Protection checks and, if required, replaces links in the email.

### Enable Mail Security in the Firewall and Upload Mail Server Certificates

1. Go to **CONFIGURATION > Configuration Tree > Box > Virtual Servers >** *your virtual server* **> Assigned Services > Firewall > Security Policy**

2. Enable **Virus scanning in the firewall** for **SMTP/SMTPS**.

3. Enable **SSL Interception**.

4. (optional) Enable **ATP**.

5. In the **Mail Security** section, click + to add your **Mail Server SSL Certificates**. An entry is added to the list.



6. In the **IP Address** column, click on **Mail Server IP** and enter the IP address that your mail server domain's

   MX record resolves to.

7. In the **SSL Certificate** column, click the **Click here to add SSL certificates** link and import the SSL certificates of your

   internal mail server:

   • **Import Key** – Select to import the private key from the clipboard or file in PEM format.

   • **Import Certificate** – Select to import the public key from the clipboard or file in PEM or PKCS12 format.

   • **Chain Certificate** – Select to import a certificate chain in PEM format.

8. Enter the **DNSBL Server** as an FQDN. Default: `b.barracudacentral.org`



## Create a DNAT Access Rule for Incoming SMTP Traffic

1. Go to **CONFIGURATION > Configuration Tree > Box > Virtual Servers >** *your virtual server* **> Assigned Services >**

   **Firewall > Forwarding Rules**.

2. Specify the following settings to match your incoming SMTP traffic:

   • **Action** – Select **Dst NAT**.

   • **Source** – Select **Internet**.

   • **Destination** – Enter the public IP address that your mail server domain's MX record resolves to.

   • **Service** – Select **SMTP**.

   • **Connection Method** – Select **Original Source IP**.



3.  Click on the **Application Policy** link and select:

- **Application Control** – Required.

- **SSL Interception** – Required.

- **Virus Scan** – Required.

- **ATP** – Optional.

- **File Content Scan** – Optional.

- **Mail DNSBL Check** – Select to enable DNSBL check.

- **Link Protection** – Select to enable Link Protection.



### 5.15.6    Monitoring and Testing

Test the virus scan setup by sending EICAR test files from http://www.eicar.org via email to a mail server located

behind the firewall.

To monitor detected viruses and malware, go to the **FIREWALL > Threat Scan** page.



# Network Bridging

| 6.1 | Bridging | 159 |
|---|---|---|
| 6.1.1 | Bridging Type Feature Comparison | 159 |
| 6.1.2 | Bridging on VMware ESXi | 160 |
| 6.1.3 | Security Weaknesses and Solutions | 160 |

| 6.2 | How to Configure Layer 2 Bridging | 163 |
|---|---|---|

| 6.3 | How to Configure Routed Layer 2 Bridging | 167 |
|---|---|---|

| 6.4 | How to Configure Layer 3 Bridging | 171 |
|---|---|---|
| 6.4.1 | Before You Begin | 171 |

| 6.5 | Bridging Configuration Settings | 175 |
|---|---|---|
| 6.5.1 | Bridging Groups | 175 |
| 6.5.2 | Bridging Interfaces | 175 |
| 6.5.3 | Bridging ARP Entries | 175 |
| 6.5.4 | Dynamic BARPs | 175 |
| 6.5.5 | Static BARPs | 175 |
| 6.5.6 | Bridging Interface ACL | 175 |
| 6.5.7 | Virtual Bridge Interface | 176 |
| 6.5.8 | Virtual Bridge Interface IP Address | 176 |
| 6.5.9 | Broadcast and Multicast | 176 |
| 6.5.10 | High Availability | 177 |

| 6.6 | How to Configure a Local Bridge for Evaluation | 179 |
|---|---|---|
| 6.6.1 | Before You Begin | 179 |

# 6.1  Bridging

A Layer 2 bridge checks the destination MAC address of each incoming frame. If the MAC address is assigned to the bridge computer, the frame is processed by it as the destination. If the MAC address is not assigned to the bridge computer, the network bridge notes the source address of the frame and the port on which the frame was received and either creates or refreshes an entry in a Layer 2 bridge table. The port is a number that identifies the network adapter and its corresponding LAN segment. Each entry in the Layer 2 bridge table consists of a MAC address, the port number corresponding to the LAN segment on which a frame from the MAC address was received, and a timeout value. Entries in the Layer 2 bridge table persist for 5 minutes before being removed.

## 6.1.1  Bridging Type Feature Comparison

To help you decide which method to use, the following table compares the features that are available for each bridging method:

| Features | Transparent Layer 2 Bridging | Routed Layer 2 Bridging | Layer 3 Bridging |
|---|---|---|---|
| MAC Transparent | Yes | Yes | No |
| Routing-Bridging-Forwarding | No | Yes | Yes |
| Local Firewall Traffic (Gateway) | No | Yes | Yes |
| Auto Learning of Network Nodes | Yes | Yes | No |
| Active Learning of Network Nodes | No | Yes | No |
| Next Hop Bridging | Yes | Yes | No |
| Broad-Multicast Propagation | Yes | Yes | Yes |
| High Availability | Yes | Yes | Yes |
| VLAN capable | Yes | Yes | Yes |
| IP and ARP Forwarding | Yes | Yes | Yes |
| Non IP Protocols Forwarding | No | No | No |
| IPv6 | No | No | No |
| IPS | Yes | Yes | Yes |
| Application Control (Application Detection) | Yes | Yes | Yes |

| Features | Transparent Layer 2 Bridging | Routed Layer 2 Bridging | Layer 3 Bridging |
|---|---|---|---|
| SSL Interception | No | Yes - default route required | Yes - default route required |
| URL Filter | Yes - default route required | Yes - default route required | Yes - default route required |
| Virus Scanning | No | Yes - default route required | Yes - default route required |
| ATP | No | Yes - default route required | Yes - default route required |
| Safe Search | No | Yes - default route required | Yes - default route required |
| YouTube for Schools | No | Yes - default route required | Yes - default route required |
| Google Accounts | No | Yes - default route required | Yes - default route required |
| File Content Filtering | Yes | Yes - default route required | Yes - default route required |
| User Agent Filtering | Yes | Yes | Yes |
| Custom Block Pages | No | Yes | Yes |

## 6.1.2   Bridging on VMware ESXi

Before configuring a Layer 2 bridge on a virtual Barracuda NextGen F-Series Firewall running on a VMware ESXi hypervisor, you must enable promiscuous mode for all network interfaces and vSwitches that are used by the bridge.

## 6.1.3   Security Weaknesses and Solutions

Because bridging heavily depends on broadcasts for establishing connectivity, this results in a few weak points that you must carefully consider. Try to implement bridging in a trusted environment. Broadcasts in huge environments also consume a lot of bandwidth. The F-Series offers different methods to help prevent the following common attacks.

### Preventing IP or ARP Spoofing over Layer 2 Bridges

Network nodes may use the IP addresses of fake ARP responses in order to fake network traffic with arbitrary IP addresses. Because firewall security is enforced on Layer 3, the security policy is bypassed. These issues can be solved by taking the following measures:

- **Segment Access Control Lists (Bridging Interface ACLs)** – Specify which IP addresses are allowed on a segment.
- **Static Bridge ARP Entries** – Statically specify IP addresses, MAC addresses, and segments to avoid learning via ARP.
- **MAC-based Access Rules** – Define source MAC conditions for network objects.

- **ARP Change Reporting** – Specify which types of the IP-MAC-Segment relationship changes must be reported in the access cache and log.

## Prevent Destination MAC Spoofing

Another security issue in bridged environments is the possible exploitation of security enforcement on Layer 3 and traffic delivery on Layer 2. You can prevent these issues by enforcing Layer 2 when a Layer 3 session is granted. MAC addresses for a session are fixed when the session is created and remain enforced until the session ends.

In the figure below, a client from LAN 1 tries to force a connection grant to a client in LAN 3. To do so, it sends a packet to the client in LAN 2 using MAC-A as a destination MAC address and 10.0.8.10 as the destination IP address. After the session has been granted through the bridge and communication has been allowed, it sends a second packet exchanging the MAC address for the client in LAN2 with the MAC address for the client in LAN3 leaving the IP address the same. If MAC enforcement is configured, the connection with the spoofed MAC address will not be allowed.



# 6.2   How to Configure Layer 2 Bridging

When performing layer 2 bridging the Barracuda NextGen Firewall F-Series will be completely transparent to the user.

The interface is not assigned an IP address and can not be directly contacted by the user in the bridged networks.

Traffic passing through the layer 2 bridge will retain it's original MAC address with the bridge acting as a proxy ARP in

the middle. Since the bridged network interface do not have an IP address you will need to use a separate interface to

locally administer the Barracuda NextGen Firewall F-Series. You can define multiple bridging groups on one interface.

Traffic between the interface groups is forwarded on layer 3. Define a pass and a broad-multicast access rule for each

bridge interface group.

 The bridge can only be used for IP based protocols.



## Step 1.   Configure Transparent Layer 2 Bridging

1. Go to **CONFIGURATION > Configuration Tree > Box >**Virtual Servers **>** *your virtual server* **>** Assigned

   Services > Firewall > Forwarding Settings.

2. In the left menu, select **Layer 2 Bridging**.

3. Click **Lock**.

4. In the **Bridged Interface Group** table, click **+** to add an entry. For each interface group, you can edit

   the following settings:

   - **Bridged Interfaces** – Add all interfaces to be bridged together in this group. For each interface enter the

     following settings:

     - **Name** –The exact network interface label, as listed in the network configuration. E.g., eth1

     - **Allowed Networks (ACL)** – Networks that are allowed to communicate over the bridged interface. You can enter

       complete networks, individual client/server IP addresses, or network ranges.

   - **Unrestricted MACs** – List of MAC address for which the **Allowed Networks (ACL)** does not apply.

   - **MAC Change Policy** – Select **Allow–MAC–Change** to permit the MAC address of the interface to be changed,

     otherwise select **Deny-MAC-Change**.

- **Use IP BARP Entries** – Select **yes** if the Barracuda NextGen Firewall F-Series must learn the MAC addresses

  from IP and ARP traffic and record IP addresses that are assigned to a specific MAC address in a separate table.

  If there are a very large number of IP addresses in a specific network segment, select **no** to keep the ARP

  table from being overrun



5. Click **OK**.

6. Click **Send Changes** and **Activate**.

## Step 2.   Create Access Rules for Layer 2 Bridging

To allow network traffic to pass between the bridged interfaces, create **Pass** and **Broad-Multicast** access rule for every

bridged interface group.

1. Go to **CONFIGURATION > Configuration Tree > Box > Virtual Servers** > *your virtual server* > **Assigned**

   **Services > Firewall > Forwarding Rules**.

2. Click **Lock**.

3. Create a pass access rule with the following settings:

   - **Action** – Select **PASS**.

   - **Bi–Directional** – **Yes**.

   - **Source** – Select **Any (0.0.0.0/0)**

   - **Service** – Select **Any**

   - **Destination** – Select a network object containing all networks or IP addresses for the bridged interfaces.

     E.g., `10.0.8.0/24` and `172.31.1.25`

   - **Connection Method** – Select **Original Source IP**

4. Create a **Broad–Multicast** access rule with the following settings:

   - **Action** – Select **Broad-Multicast**.

- **Source** – Select a network object containing all networks or IP addresses for the bridged interfaces.

  E.g., `10.0.8.0/24` and `172.31.1.25`

- **Service** – Select **Any**

- **Connection Method** – Select **Original Source IP**

- **Destination** – Enter the destination networks/IP addresses. E.g., `10.0.8.25`



> **Optional**
>
> To use a DHCP server over the layer 2 bridge, also add `0.0.0.0` to the source and
> `255.255.255.255` to the destination IP addresses.

- **Propagation List** – Enter the propagation interface or IP address(es).

5. Rearrange the order of the access rules so the new rules can match incoming traffic.

6. Click **Send Changes** and **Activate**.

# 6.3   How to Configure Routed Layer 2 Bridging

Routed bridging is used when the firewall must act as a layer 2 bridging and layer 3 routing device simultaneously. This is

needed when the clients and servers in the bridged network must send data into another network. The bridged interfaces

are assigned local ip addresses so the clients in the bridged networks can directly address the Barracuda NextGen Firewall

F-Series. Firewall rules forward traffic between the bridge interface groups and the external networks.



## Step 1.   Configure a Routed Layer 2 Bridge

Create a layer 2 bridge and add bridge IP addresses to allow the clients in the bridges networks to directly access the

Barracuda NextGen Firewall F-Series.

1. Go to **CONFIGURATION > Configuration Tree > Box > Virtual Servers >** *your virtual server* **> Assigned**

   **Services > Firewall > Forwarding Settings**.

2. In the left navigation, click on **Layer 2 Bridging**.

3. Click **Lock**.

4. In the **Bridged Interface Group** table, click **+** to add an entry. For each interface group, you can edit

   the following settings:

   • **Bridged Interfaces** – Add all interfaces to be bridged together in this group. For each interface enter the

     following settings:

     • **Name** –The exact network interface label, as listed in the network configuration. E.g., eth1

     • **Allowed Networks (ACL)** – Networks that are allowed to communicate over the bridged interface. You can enter

       complete networks, individual client/server IP addresses, or network ranges.

     • **Unrestricted MACs** – List of MAC address for which the **Allowed Networks (ACL)** does not apply.

     • **MAC Change Policy** – Select **Allow–MAC–Change** to permit the MAC address of the interface to be changed,

       otherwise select **Deny-MAC-Change**.

   • **Bridge IP Address** – Add an entry or edit an existing entry for the gateway. In the entry, specify the following

     settings for the gateway:

     • **Bridge IP Address** – IP address for the gateway. E.g., 62.99.0.254

- **Bridge IP Netmask** – Netmask for the gateway.

- **Use IP BARP Entries** –  Select **yes** if the Barracuda NextGen Firewall F-Series must learn the MAC addresses

  from IP and ARP traffic and record IP addresses that are assigned to a specific MAC address in a separate table.

  If there are a very large number of IP addresses in a specific network segment, select **no** to keep the ARP

  table from being overrun.



v

5. Click **OK**.

6. Click **Send Changes** and **Activate**.

## Step 2.   Create Access Rules

To allow network traffic to pass between the bridged interfaces, create Pass and Broad-Multicast access rules:

1. Go to **CONFIGURATION > Configuration Tree > Box > Virtual Servers >** *your virtual server* **> Assigned**

   **Services > Firewall > Forwarding Rules**.

2. Click **Lock**.

3. Create a **Pass** access rule with the following settings:

   - **Bi–Directional** – **Yes**

   - **Source** – Select **Any (0.0.0.0/0)**

   - **Service** – Select **Any**

   - **Destination** – Select a network object containing all networks or IP addresses for the bridged interfaces.

     E.g., `10.0.8.0/24` and `172.31.1.25`

   - **Connection Method** – Select **Original Source IP.**

4. Create a **Broad–Multicast** access rule with the following settings:

- **Source** – Select a network object containing all networks or IP addresses for the bridged interfaces.

  E.g., `10.0.8.0/24` and `172.31.1.25`

- **Service** – Select **Any**

- **Connection Method** – Select **Original Source IP.**

- **Destination** – Enter the destination networks/IP addresses. E.g., `10.0.8.255`



> **Optional**
>
> To use a DHCP server over the layer 2 bridge, also add **0.0.0.0** to the source and *255.255.255.255* to the destination IP addresses.

- **Propagation List** – Enter the network interfaces. E.g., `eth0,eth0,brid01`

5. Rearrange the order of the firewall rules so the new rules can match incoming traffic.

6. Click **Send Changes** and **Activate**.

# 6.4    How to Configure Layer 3 Bridging

Layer 3 bridging is best used for client and server groups that include just a few clients that usually communicate with

machines in their group. The bridge consists of two proxy ARPs and a firewall rule to pass traffic back and forth. If you want

to bridge multiple clients, use a routed transparent Layer 2 bridge instead.

- All network traffic is delivered using Layer 3 (routing) lookups.

- All bridged network nodes must be entered into the configuration.

- Bridging is NOT Layer 2 transparent; the source MAC is not propagated in connection requests.

- Traffic between routed and bridged destinations is forwarded.

- Bridged network nodes may (if allowed) locally communicate with the interface.

An example setup that would be appropriate for layer 3 bridging would be if one PC in the network must be separated

from the other clients and protected by the firewall. The PC that is to be singled out is placed in its own small network (e.g.,

10.0.8.160/29) and the firewall acts as a non-transparent translational bridge between the 10.0.8.0/24 and the 10.0.8.0/29

networks. The Barracuda NextGen Firewall F-Series will answer all ARP requests that are transmitted between the networks.



## 6.4.1    Before You Begin

Assign an IP addresses to each network interface of the Barracuda NextGen Firewall F-Series that you want to use for the

bridge. (CONFIGURATION  > Configuration Tr ee > Box > Virtual Servers > *your virtual server* > Server Properties).

## Step 1.    Create a Network Object for the Client PC

Create a network object for the clients that should be bridged:

1. Go to CONFIGURATION  > Configuration Tree > Box > Virtual Servers > *your virtual server* > Assigned

   Services > Firewall > Forwarding Rules.

2. Click Lock.

3. Create a network object for the clients that must be bridged.

4. In the **IP/Ref** table, add the IP address of the client:



5. In the **Bridging Parameters** window, edit the following settings:

   • **Interface Addresses Reside** - Enter the network interface that points to the bridged clients. For example, enter *eth1*.

   • **Parent Network** - Enter the parent network address. E.g., `10.0.8.0/24`

   • Select the **Introduce Routes** and **Restrict PARP to Parent Network** check boxes.



6. Click **OK**.

7. Click **Send Changes** and **Activate**.

You now have a network object for the client that you can use when creating the layer 3 bridge.

## Step 2.   Create Proxy ARP Objects

To make sure that ARP requests are answered on the interface for the new network, create a proxy ARP object for the bridging parent network and bridged clients.

1. Go to **CONFIGURATION** > Configuration Tree > **Box** > **Virtual Servers** > *your virtual server* > **Assigned Services** > **Firewall** > **Forwarding Rules**.

2. Click **Lock**.

3. Create a proxy ARP object for the bridging parent network. E.g., `10.0.8.0/24`



4. **Create a proxy ARP object** for the bridged client. E.g., `10.0.8.162`.  (optional) Restrict the source IP addresses of the proxy ARP object to the bridging parent network.



5. Click **Send Changes** and **Activate**.

## Step 3.   Create Access Rules for Layer 3 Bridging

To allow network traffic to pass between the bridged interfaces, create Pass and Broad-Multicast access rule for every bridged interface group.

1. Go to **CONFIGURATION** > **Configuration Tr ee** > **Box** > **Virtual Servers** > *your virtual server* > **Assigned Services** > **Firewall** > **Forwarding Rules**.

2. Click **Lock**.

3. Create a pass access rule with the following settings:

- **Action** – Select **Pass**.

- **Bi–Directional** – Select the check box.

- **Source** – Select **Any (0.0.0.0/0)**.

- **Service** – Select **Any**.

- **Destination** – Select a network object containing all networks or IP addresses for the bridged

  interfaces. E.g., `10.0.8.0/24`

- **Connection Method** – Select **Original Source IP**.

4. Create a **Broad–Multicast** access rule with the following settings:

- **Action** – Select **Broad-Multicast**.

- **Source** – Select a network object containing all networks or IP addresses for the bridged

  interfaces. E.g., `10.0.8.0/24`

- **Service** – Select **Any**.

- **Connection Method** – Select **Original Source IP**.

- **Destination** –Enter the destination networks/IP addresses. E.g., `10.0.8.255`



**Optional**

To use a DHCP server over the bridge, also add **0.0.0.0** to the source and *255.255.255.255* to the

destination IP addresses.

5. Rearrange the order of the access rules so the new rules can match incoming traffic.

6. Click **Send Changes** and **Activate**.

You can now use the separated PC as if it were on the same network with the exception that the MAC address of the PC

will be replaced by the MAC of the Barracuda NextGen Firewall F-Series when traversing the bridge.

# 6.5   Bridging Configuration Settings

This article describes the implementation of logical entities in context with the Barracuda NextGen Firewall F-Series

bridging. It also explains how various bridging elements interact with each other during the bridging process.

## 6.5.1   Bridging Groups

A bridged interface group defines a set of network interfaces for which network traffic is forwarded with bridging.

## 6.5.2   Bridging Interfaces

A bridging interface is a network interface that is assigned to a bridged interface group.

A bridging interface can only be a member of one bridged interface group.

## 6.5.3   Bridging ARP Entries

A bridging ARP entry (BARP) stores the information that specifies on which bridge interface that a certain MAC address

resides. Additionally, associated IP addresses are stored along with the BARP entry.

The IP address is only used for visualization purposes.

## 6.5.4   Dynamic BARPs

Dynamic BARPs are built up during run time by analyzing network traffic. Whenever a packet is received on an interface,

dynamic BARPs are generated or updated. This way, the firewall "learns" which MAC address resides on which bridging

interface. When ARP packets are analyzed, the Layer 3 IP information is added to the BARP entry by adding the IP address.

With dynamic BARPs, relationships are learned as follows:

- MAC-Interface relationship learned by any IP traffic.

- MAC-Interface-IP relationship learned by ARP traffic.

## 6.5.5   Static BARPs

Static BARPs are part of the configuration and define a MAC-Interface-IP relationship that is present at all times and is not

overwritten by "learning" from traffic.

## 6.5.6   Bridging Interface ACL

The bridging interface ACL specifies which IP addresses can be received on a bridging interface. ACLs can be used to

enforce a Layer 3 topology when operating on the firewall. The most restrictive implementation of the ACL maintains a list

of single IP addresses that are expected on a certain bridge interface.

## 6.5.7    Virtual Bridge Interface

A virtual bridge interface is an interface that acts as parent interface for all interfaces of a bridged interface

group. The name of a virtual interface is always the name of the bridged interface group with a *phbr-* prefix. For

example: *phbr- <group-name>*

## 6.5.8    Virtual Bridge Interface IP Address

Optionally, each virtual bridge interface may be configured with an IP address and a netmask. This way, the firewall itself

can actively probe (learn) on which segments each MAC address resides. It can also route traffic from a routed network to

a bridged network or between bridging groups. Through the introduction of a virtual bridge interface, Transparent Layer 2

is changed to Routed Layer 2 Bridging.

A virtual bridge interface has following main characteristics:

- Active ARP queuing.

- Forwarding between bridge groups.

- Forwarding between routed and bridged networks.

- Local firewall traffic (application gateways).

- Still MAC transparent (like ).

## 6.5.9    Broadcast and Multicast

Broadcast and multicast traffic can be forwarded between segments and routed networks. You must create a specific

firewall rule to allow broadcast or multicast propagation. Specify a list of network interfaces, IP addresses, and multicast

addresses that define how traffic should be propagated. Broadcast to unicast or multicast translations are possible.

For example, if you create a rule that specifies the following:

- Rule from *10.0.8.0/24* to *10.0.0.255 (ALL-UDP)*

- Action: *Broad- Multicast*

- Propagate *10.0.1.45, eth1.123, eth2.234, eth4:10.0.4.244, phbr-test, eth3:224.1.2.3.*

Traffic is propagated as follows:

- Unicast to *10.0.1.45*

- Broadcast *10.0.8.255* on interface eth1.123

- Broadcast *10.0.8.255* on interface eth1.234

- Broadcast *10.0.4.255* on interface eth4

- Broadcast *10.0.8.255* on all bridge interfaces on bridge group phbr-test

- Multicast *224.1.2.3* on interface eth3

## 6.5.10    High Availability

Bridging ARPs and sessions are synchronized between high availability (HA) partners. Synchronized BARPs are inactive as long as no bridged interface group exists that indicates bridged forwarding. Upon activation (HA takeover), the bridging groups are introduced and all related BARP entries are activated. Along with the activation, a dummy ARP request is sent on all bridging interfaces except for the one that the BARP resides on. The MAC address is entered into the MAC-Port table of the switch.

HA bridging includes:

- Firewall session synchronization
- BARP HA synchronization
- Dummy ARP for switch MAC-Port update

Case 0:20-cv-60416-AMC   Document 69-18   Entered on FLSD Docket 05/26/2021   Page 186 of
833
Student Guide | Barracuda NextGen Firewall F - NextGen Firewall Features          How to Configure a Local Bridge for Evaluation | 179

# 6.6   How to Configure a Local Bridge for Evaluation

To transparently connect your local workstation with the network across a Barracuda NextGen Firewall F-Series use a local bridge. This configuration allows you to explore the F-Series Firewall's advanced traffic and application inspection features by using traffic that your workstation generates on the LAN. To make the connection transparent you must configure a local bridge and create an access rule to allow traffic between the bridged interfaces.



## 6.6.1   Before You Begin

Before configuring a local bridge, make sure that the following services are correctly configured–

- **Firewall** – It is assumed that port 1 is the management port and the default management IP 192.168.200.200 listens on this interface.

- **Wi-Fi** – For F-Series Firewalls with built-in Wi-Fi, the **Country** must be selected. Otherwise, IP configurations involving Wi-Fi interfaces are not possible.

- **DHCP Server** – Make sure that DHCP server and DHCP client are disabled. By default, both are disabled.

These instructions also provide example settings that assume that your workstation is connected to port 1 and that you are creating a bridge between port 2 and port 3.

## Step 1.   Configure the Local Bridge

1. Go to **CONFIGURATION > Configuration Tree > Box > Network**.

2. For F-Series Firewalls with built-in Wi-Fi:

   - Select **Wi-Fi** from the **Configuration** menu in the left menu.

   - Verify the **Location** is configured correctly.

3. Open the **Forwarding Firewall Settings** page (**CONFIGURATION > Configuration Tree > Box > Virtual Servers** > *your virtual server* > **Assigned Services > Firewall**).

4. In the left menu, select **Layer 2 Bridging**.

5. Click **Lock**.

6. In the **Bridged Interface Group** table, add a group:

Case 0:20-cv-60416-AMC   Document 69-18   Entered on FLSD Docket 05/26/2021   Page 187 of 833

180 | How to Configure a Local Bridge for Evaluation        Barracuda NextGen Firewall F - NextGen Firewall Features | Student Guide

- **Bridged Interfaces** – In this table, add all of the interfaces that must be bridged together in this group. For example, add entries for **port 2** and **3**.

  For each interface, you can specify the following settings:

- **Name** – The exact network interface label, as listed in the network configuration. For VLANs, enter the physical VLAN interface and the VLAN tag separated by a dot. For example, `eth1.5`.

- **Allowed Networks (ACL)** – Networks that are allowed to communicate over the bridged interface. You can enter complete networks, individual client/server IP addresses, or network ranges. For example, enter `0.0.0.0/0` in the configurations for **port 2** and **port 3**.

- **Unrestricted MACs** – List of MAC address for which the **Allowed Networks (ACL)** does not apply.

- **MAC Change Policy** – To specify if the MAC address of the interface can be changed, select **Allow–MAC–Change** (default). If the MAC address must not be changed, select **Deny–MAC–Change**.

- **Bridge IP Address** – In this table, add an entry or edit an existing entry for the gateway to assign an IP address to this bridging group. In the entry, specify the following settings for the gateway.

- **Bridge IP Address** – IP address for the gateway. For example, enter `10.17.11.55` or an IP address that is relative to your network.

  - **Bridge IP Netmask** – Netmask for the gateway.



> To get the gateway of the LAN before you disconnect your computer from the LAN, go to **Control Panel > Network and Sharing > Change adapter settings** on your workstation. Select your LAN adapter and click the IPv4 properties. If you have a static IP address, information including the default route and DNS information is displayed. If you have a DHCP address, your information will not display.
>
> If you have a DHCP address, enter the following at the Windows command line:
>
> `ipconfig/all`
>
> All of the network configurations display on the screen. Scroll to the top and find the **Ethernet adapter Local Area Connection** settings.

Case 0:20-cv-60416-AMC   Document 69-18   Entered on FLSD Docket 05/26/2021   Page 188 of
833

Student Guide | Barracuda NextGen Firewall F - NextGen Firewall Features        How to Configure a Local Bridge for Evaluation | 181



7. Click **Send Changes** and **Activate**.

8. Perform a **Failsafe Network Activation** (**Control > Box**).

## Step 2.   Create an Access Rule for Local Bridging

After configuring the local bridge, you must create an access rule to allow traffic across the bridge and use the advanced

traffic inspection features of the firewall.

1. Create a **Pass** access rule with the following settings:

   • **Bi–Directional** – Enable

   • **Source** – Select **Any 0.0.0.0/0**

   • **Service** – Select **Any**

   • **Destination** – Select **Any 0.0.0.0/0**

   • **Connection Method** – Select **No Src NAT [Client]**

Case 0:20-cv-60416-AMC   Document 69-18   Entered on FLSD Docket 05/26/2021   Page 189 of 833

182 | How to Configure a Local Bridge for Evaluation        Barracuda NextGen Firewall F - NextGen Firewall Features | Student Guide



2.  (Optional) Enable **Application Control** and **SSL Interception**.

3.  Click **OK**.

4.  Click **Send Changes** and **Activate**.

# Spyware and Botnet Protection

7.1    Botnet and Spyware ProtectionBotnet and Spyware Protection                    185

7.2    DNS Sinkhole                                                                187
7.2.1    Monitoring                                                               188

7.3    Botnet and Spyware Protection for web traffic                              191

# 7.1   Botnet and Spyware ProtectionBotnet and Spyware Protection

Botnets, spyware, and adware introduced into your network may cause great damage. The firewall denies the malware access to your control servers and identifies the infected clients through the use of a DNS Sinkhole or by blocking access to the malicious sites category of the URL Filter.

DNS Sinkholing monitors DNS requests for domains in the botnet and spyware database and intercepts DNS requests for bad domains to a fake IP address. When the client accesses this fake IP address, the firewall administrator can identify the infected clients in the network. DNS Sinkholing is independent of the protocol used by the malware to access your control servers. An Advanced Threat Protection subscription is required.

The malicious sites category of the URL Filter also syncs with the Barracuda botnet and spyware database. Through URL filtering in the firewall, you can block access to the malicious domains. This protection, however, is limited to HTTP and HTTPS traffic (with SSL Interception). This means that you must block Internet access for all other protocols in order for the client to achieve the same level of protection as the DNS Sinkhole. Without blocking all non-web traffic, bots may circumvent the URL Filter by using protocols such as SSH or IRC, which are not evaluated by the URL Filter. An Energize Updates subscription is required for URL filtering in the firewall.

# 7.2   DNS Sinkhole

DNS Sinkholing blocks clients from accessing malicious domains by monitoring UDP DNS requests passing through the firewall. TCP DNS requests are not monitored. These DNS requests can originate directly with the client if an external DNS server is used, but can also come from an internal DNS server querying the parent DNS server. Since both the Host and the Forwarding Firewall are monitored, DNS Sinkholing also works for DNS caching and DNS servers running as a service on the firewall. The firewall monitors the DNS response and modifies the A and AAAA DNS responses to return fake IP addresses if the domain is considered to be malicious. The client then attempts to access the fake IP address, allowing the firewall to determine the IP address of the client, even if an internal DNS server is used. This information is made available to the admin through the **Firewall Monitor** and the **Threat Scan** page in NextGen Admin. Compared with the URL Filter service, which also blocks access to malicious sites, DNS Sinkholing is not limited to the HTTP and HTTPS protocols, thereby offering better protection against malware.

The local botnet database on the F-Series Firewall is synced with the online botnet database and has the option to override it with manual whitelists and blacklists. An Advanced Threat Protection subscription is required.



## Enable DNS Sinkhole

1. Go to **CONFIGURATION > Configuration Tree > Box > Virtual Servers >** *your virtual server* **> Assigned Services > Firewall > Firewall Settings**.

2. In the left menu, click **DNS Sinkhole**.

3. Enable the **DNS Sinkhole** and configure the fake IP addresses

| Reputation based DNS Sinkhole | | |
|---|---|---|
| Enable DNS Sinkhole | Yes | |
| IPv4 DNS sinkhole address | 1.1.1.1 | |
| IPv6 DNS sinkhole address | ::1 | |

4. (optional) Enter domains into the whitelists and blacklists. Use one line per domain. * and ? wildcard characters are allowed.



## Block DNS over TCP

Only DNS requests over UDP are monitored. Block DNS over TCP to avoid bots circumventing the DNS Sinkhole.



### 7.2.1    Monitoring

The DNS Sinkhole is monitored through the **Firewall Monitor** and **Threat Scan** page. Additionally, the **5004 – DNS Sinkhole address accessed** event is triggered.



Go to **FIREWALL > Threat Scan**. Expand the **Botnet and Spyware Protection** section to view the intercepted DNS requests.

Student Guide | Barracuda NextGen Firewall F - NextGen Firewall Features

| A.. | Act.. | Source | User | Scan Type | Destination | Application Context | Rule | Info | Count | Last |
|---|---|---|---|---|---|---|---|---|---|---|
| (12) | | Application Control | | | | | | | | |
| (8) | | Botnet and Spyware Protection | | | | | | | | |
| | Scan | 10.0.10.40 | | Botnet and Spyware Protect... | 8.8.8.8 | ipv6test.com | LAN-2-INTERNET | DNS Request for a Hostname with bad Reputation(custom blacklist) | 32 | 2h 07m 36s |
| | Scan | 10.0.10.100 | administrator | Botnet and Spyware Protect... | 8.8.8.8 | www.ipv6test.com | LAN-2-INTERNET | DNS Request for a Hostname with bad Reputation(custom blacklist) | 2 | 3h 39m 23s |
| | Scan | 10.0.10.100 | administrator | Botnet and Spyware Protect... | 8.8.8.8 | ipv6test.com | LAN-2-INTERNET | DNS Request for a Hostname with bad Reputation(custom blacklist) | 2 | 3h 40m 07s |
| | Scan | 10.0.10.40 | | Botnet and Spyware Protect... | 8.8.8.8 | evil.com | LAN-2-INTERNET | DNS Request for a Hostname with bad Reputation(custom blacklist) | 3 | 3h 51m 02s |
| | Scan | 10.0.10.40 | | Botnet and Spyware Protect... | 8.8.8.8 | www.ipv6test.com | LAN-2-INTERNET | DNS Request for a Hostname with bad Reputation(custom blacklist) | 16 | 4h 15m 13s |
| | Scan | 10.0.10.40 | | Botnet and Spyware Protect... | 8.8.8.8 | 071faf.3322.org | LAN-2-INTERNET | DNS Request for a Hostname with bad Reputation ( Darkshell ; co... | 2 | 4h 21m 36s |
| | Scan | 10.0.10.100 | administrator | Botnet and Spyware Protect... | 8.8.8.8 | at1.safebrowsing.google.com | LAN-2-INTERNET | DNS Request for a Hostname with bad Reputation(custom blacklist) | 1 | 4h 32m 21s |
| | Scan | 10.0.10.100 | administrator | Botnet and Spyware Protect... | 8.8.8.8 | sb.l.google.com | LAN-2-INTERNET | DNS Request for a Hostname with bad Reputation(custom blacklist) | 1 | 4h 32m 21s |
| (3) | | IPS | | | | | | | | |
| (73) | | Virus Scan Exceptions | | | | | | | | |

Case 0:20-cv-60416-AMC   Document 69-18   Entered on FLSD Docket 05/26/2021   Page 198 of
833
Student Guide | Barracuda NextGen Firewall F - NextGen Firewall Features        Botnet and Spyware Protection for web traffic | 191

# 7.3   Botnet and Spyware Protection for web traffic

If you are not using a DNS Sinkhole, you can configure the URL Filter in the firewall to block access to malicious domains for HTTP and HTTPS traffic. The Malicious Sites URL category contains the same botnet and spyware database as used by the DNS Sinkhole. Create a URL Filter policy object and set the Malicious Sites category to Block, then use it in the application rule matching your web traffic. When access to a malicious site is detected, the user is redirected to a custom block page. A valid Energize Updates subscription is required to enforce Botnet and Spyware protection for web traffic.



## Create a URL Filter Policy Object

1. Go to **CONFIGURATION > Configuration Tree > Box > Virtual Servers >** *your virtual server* **> Assigned Services > Firewall > Forwarding Rules**.

2. In the left menu, click **URL Filter**.

3. Create the URL Filter policy object by either right-clicking the table and selecting **New > URL Filter Policy object**, or by using the icons in the top right of the ruleset.

4. Set the **Action** for the **Malicious Sites** category to **Block**.



## Enable URL Filtering in the Firewall

1. Go to **CONFIGURATION > Configuration Tree > Box > Virtual Servers >** *your virtual server* **> Assigned Services >**

   **Firewall > Security Policy** .

2. Click **Lock**

3. In the **URL Filter** section, click **Enable URL Filter in the Firewall**.

## Enable URL Filtering in the Access Rule Handling Web Traffic

1. Go to **CONFIGURATION > Configuration Tree > Box > Virtual Servers >** *your virtual server* **> Assigned Services >**

   **Firewall > Forwarding Rules**.

2. Double-click to edit the access rule matching HTTP and HTTPS traffic.

3. Click the **Application Policy** link and select:

   - **Application Control** – required.

   - **SSL Interception** – required for HTTPS traffic.

   - **URL Filter**– required.

Barracuda**Campus**



# APPENDIX
# 112





# Administrator Guide

Proofpoint Essentials



April 2016

*Preface* ....................................................................................................................................................... *5*

   **About this Guide**  ................................................................................................................................... 5

   **Intended Audience and Prerequisite Knowledge**  ................................................................................ 5

   **Other Sources of Information**  .............................................................................................................. 5

*Introduction to Proofpoint Essentials* ......................................................................................................... *6*

   **Proofpoint Essentials: Part of the Proofpoint Family**  ......................................................................... 6

   **Proofpoint Essentials Overview** ........................................................................................................... 6

      Email Filtering Overview  ................................................................................................................... 6

      Features and Capabilities  ................................................................................................................. 6

      Service Architecture  ......................................................................................................................... 8

      Real---Time / Reliable Spam Detection  ............................................................................................ 8

      Message Processing Order  ............................................................................................................... 8

   **Best Practices**  .................................................................................................................................... 10

*Using Proofpoint Essentials* ...................................................................................................................... *11*

   **Accessing the User Interface** ............................................................................................................. 11

      Logging In  ....................................................................................................................................... 11

      Resetting or changing the administrative password  ...................................................................... 11

      Using the Homepage  ...................................................................................................................... 12

      Searching for a Company or Domain  .............................................................................................. 12

      Interacting with Lists  ..................................................................................................................... 12

   **Navigating the Interface**  ................................................................................................................... 12

      Navigation  ...................................................................................................................................... 12

      Company Settings  ........................................................................................................................... 13

      Logs  ................................................................................................................................................ 14

      Archive  ........................................................................................................................................... 14

      Users & Groups  .............................................................................................................................. 14

      Reports  ........................................................................................................................................... 15

proofpoint
*essentials*

***Managing Features and Options*** .................................................................................................................. **16**

    Loading Users ............................................................................................................................................. 16

**Configuration Options** ....................................................................................................................................... **18**

    Features ...................................................................................................................................................... 18

    Filters and Sender Lists .............................................................................................................................. 17

    Domains ...................................................................................................................................................... 24

    URL Defense ............................................................................................................................................... 27

    Spam .......................................................................................................................................................... 28

    Digests ....................................................................................................................................................... 30

    Notifications ............................................................................................................................................... 31

    Disclaimer .................................................................................................................................................. 33

    Social ......................................................................................................................................................... 33

    Access Control ........................................................................................................................................... 34

    **Using Templates** ..................................................................................................................................... **34**

***Managing Users & Groups*** .............................................................................................................................. **36**

    **Understanding Roles** ............................................................................................................................... **36**

    **Managing Users** ....................................................................................................................................... **36**

    **Managing Groups** .................................................................................................................................... **38**

    **Export Users** ............................................................................................................................................. **39**

    **Configuration Options for Users and Groups** ......................................................................................... **39**

        Users .......................................................................................................................................................... 39

        Groups ........................................................................................................................................................ 41

***Accessing Additional Features*** ....................................................................................................................... **42**

    **Using Email Logs** ...................................................................................................................................... **42**

        Searching Logs ........................................................................................................................................... 42

        Viewing Search Results .............................................................................................................................. 43

        Actions ........................................................................................................................................................ 44

    **System Alerts** .......................................................................................................................................... **45**



**Accessing the Emergency Inbox** ............................................................................................................... **45**

**Reports** ................................................................................................................................................... **46**

*Archive*............................................................................................................................................................. *48*

**Configuring Proofpoint Essentials Archive** ............................................................................................... **48**

**Using the Proofpoint Essentials Archive** .................................................................................................... **49**

Who can search the archive? ................................................................................................................... 49

Viewing Search Results ............................................................................................................................ 50

*Appendix I – Configuring Office 365* ................................................................................................................ *51*

**Before you Start** ........................................................................................................................................ **51**

Information needed for configuring Proofpoint Essentials ............................................................................ 51

Information needed for configuring Office 365 ........................................................................................... 51

**Setup Inbound Mail Flow** ........................................................................................................................... **51**

Configure Proofpoint Essentials ................................................................................................................ 51

Configure Office 365 .................................................................................................................................. 52

**Setup Outbound Mail Flow** ........................................................................................................................ **52**

Configure Proofpoint Essentials ................................................................................................................ 53

Configure Office 365 .................................................................................................................................. 53



# *Preface*

## About this Guide

This guide introduces Proofpoint Essentials, provides useful background information about it, and explains how to set it up and use it.

## Intended Audience and Prerequisite Knowledge

This guide is intended for use by personnel who manage the messaging environment and are responsible for configuring and maintaining Proofpoint Essentials.

## Other Sources of Information

This guide covers procedural information for Proofpoint Essentials configuration. For other information, see:

Getting Started Guides: Provides basic information on how to add and configure a new company on Proofpoint Essentials service.



# Introduction to Proofpoint Essentials

*In this chapter, you'll find the following topics:*

- Proofpoint Essentials: Part of the Proofpoint Family
- Proofpoint Essentials Overview
- Message Processing Order
- Best Practices

*NOTE: This guide does not include information about using other Proofpoint products and services. For this information, refer to the documentation for those products and services. For details visit:  www.proofpoint.com*

## Proofpoint Essentials: Part of the Proofpoint Family

Proofpoint offers a comprehensive solution for data protection and governance through an integrated, security-as-a-service platform. Complementing the Proofpoint data protection and security solutions, Proofpoint Essentials is designed specifically for SMEs and backed by Proofpoint's enterprise security technology and infrastructure. Proofpoint Essentials offers the ultimate email security protection for the smaller enterprise.

## Proofpoint Essentials Overview

### Email Filtering Overview

The message filtering layer lets a company, service provider or other organization easily provide real-time spam and virus filtering, attack blocking, and email-traffic monitoring and email archiving across a user deployment of any size. Users receive comprehensive protection against unwanted and malicious email, while administrators can easily tailor service for users' needs and policies.

The service blocks a wide range of email attacks at the connection level, filters spam and viruses, and can approve or block messages based on sender address or domain, origin IP address, attachment size or file type, text content, and more. It does this without requiring you to install additional software or hardware. Instead, users' incoming email is processed at our highly secure and reliable data centers before reaching your server. Within seconds, spam and viruses are separated from legitimate messages.

Legitimate messages are delivered to recipients with minimal delay, while suspicious messages are blocked or sent to the quarantine. Users can review quarantined messages and choose to release them if necessary.

Administrators can arrange users into groups to easily tailor their service while still maintaining control across an entire deployment. They can also give users control over managing their own service. The service includes a number of tools for administrators to monitor, secure, and regulate server connections and email delivery.

### Features and Capabilities

Your service provides a wide range of protection and administrative capabilities. The following topics provide an overview of these components, and are a good introduction to understanding the full power of Proofpoint Essentials.

### Attack Blocking and Connection Protection

Protection against email attacks, where an outbreak of harmful traffic originates from a single server, is provided at our Connection layer. This blocks a wide range of attacks, including Directory Harvest Attacks (DHA) and denial-of-service (DoS) attacks, and it protects against significant spikes in spam or virus activity. Attacks are detected and blocked in real time, at the time the offending IP address attempts to connect with your email server. When an attack or unwanted probe is detected, the source IP address is temporarily blocked, during which time all messages received from that address are bounced back to the sender.

6



## Spam, Virus, and Content Filtering

A message passing through the filtering layer is evaluated by several filters, which include:

- Virus Blocking - Detected viruses are blocked (not delivered to intended users) and logged in the system.
- Spam Filtering - Not only can you set a level for how aggressively to filter spam overall, but users can personally adjust their threshold if needed without the requirement to alter the entire organization.
- Content Filtering - Customized filters allow you to block or allow email based on properties such as size, content, sender, recipient, etc.

## Message Quarantine and Release

Messages caught by a particular filter are processed in a number of ways based on preference. You can take different actions based on the message received. For example, you might opt for a message to be blocked with no quarantine log, or placed in a quarantine where you can later review it and optionally release it to the end-user.

## Scalable / Custom User Management

With the message filtering service, you can easily maintain common services, filter settings, and email policies across your entire user base, while also tailoring service for groups of users or individuals.  For example, you may apply a standard organization filter against anyone being able to receive .Avi movie files, set everyone's spam filtering to moderately aggressive, and provide a master list of approved senders. Users in Sales, however, might want more lenient filtering, and Marketing might need to receive .Avi files after all. These users can be placed in a separate group with different permissions to other users in other groups, thus retaining desired common settings. Each user / group / org can then be tailored as necessary for its users and imported directly from Active Directory.

The platform can also be tailored, as appropriate, for individual users. For example, some users might want to add their own personal allowed and blocked senders or manage received content.

## User Access

It is currently accepted by the vast majority of administrators and email users that optimal service is experienced when users have delegated access to manage their own spam and filter messages, by enabling access to the user interface. Users can log in via any web browser to see what messages are being filtered and why. They can also look for falsely quarantined messages and release any legitimate messages to their own Inbox.

## Email Spooling & Emergency Inbox

Protection against email loss if your email server goes down is provided by all Proofpoint Essentials packages by default. Should your server become unavailable due to a crash or network connectivity problem, Proofpoint Essentials automatically spools incoming traffic to a backup server, where it is stored until communication with your service is established. Emergency Inbox is available at all times. When your server becomes available again, Emergency Inbox unspools the traffic back to your server so it can be delivered.

## Instant Replay

Allow both administrators and users to resend any email filtered by Proofpoint Essentials up to 30 days old.

## Logs and Reports

The Administration Console provides tools that help service administrators monitor email activity and filter effectiveness:

- Reports - The reports page displays a variety of graphs reporting at-a-glance statistics on the number of messages recently delivered, blocked, quarantined, or deferred for delivery.
- Logs - View detailed email activity by searching log files.

## Email Encryption and Data Loss Prevention

Reduce the risk inherent in individuals making security and disclosure policy decisions by creating custom filters to automate enforcement of data security policies for sensitive data. Emails are identified based on industry relevant smart identifiers and dictionaries and the appropriate action is automatically taken – e.g., allowing the information to be sent, blocked or encrypted if appropriate.



## Service Architecture

As the message filtering layer is hosted, actual detection and filtering of suspicious mail occurs not in your email environment, but at our external data center. This is a robust and secure cloud security platform that sits between your users and the Internet, and is managed by our highly specialized personnel.

To set up the service for an organization, you need to register the mail servers, domains, and users with the service by completing a simple setup wizard. Then you configure their filtering and services. You can do this all from a standard web browser, without having to install or maintain any separate hardware or software.

Once the service is set up, all incoming traffic to users is filtered at the data center according to your configuration—before it reaches your server. Within seconds, heuristics-based anti-spam and virus engines separate spam and viruses from legitimate messages. Legitimate messages are delivered to users without delay, while suspicious mail is diverted to a quarantine area where you or your users can review it.

## Real-Time / Reliable Spam Detection

Messages are filtered before they reach your email server, without being written to an intermediate disk or delayed in a queue. Instead, a pass-through spam detection engine works in-line with SMTP traffic to scan, score, and perform any resulting disposition as messages travel the public Internet.

As a result, the sender receives acknowledgement of successful delivery only after the message is indeed delivered and acknowledged by your email server. If your server becomes unavailable, the message filtering layer returns the message "451 unable to reach the domain name". This 400 class error message indicates a temporary failure to the sending server, which then re-sends the message repeatedly, until either your email server comes back up and the message is delivered, or until the delivery times out (up to fourteen days). In the latter case, the sender receives notice that the delivery failed and can resend the message.

## Message Processing Order

Each message that is processed by Proofpoint Essentials is blocked, delivered or sent to a quarantine based on as specific sequence of steps. The order that these steps are applied to messages ensures that no potentially harmful traffic can reach your servers, while allowing desired traffic to get through in all other cases. For example emails are scanned for viruses before being evaluated by organization filters. This ensures that a message that contained a virus is blocked regardless if the sender appears on an approved sender filter.  The message processing order is:

### Connection Layer

Connection Layer provides protection based on the sender's behavior at the IP level:

- When a message first reaches the message filtering service's data center, the service checks to see whether the sender's IP address or domain has already been identified as either malicious or trusted. If so, the service might take action against the message right away.
- Connection Layer monitors incoming traffic for patterns of behavior associated with SMTP attacks, including Email Bombs, Directory Harvest Attacks, Spam Attacks, and Virus Outbreaks. If it detects an attack, it temporarily closes all connections between the offending IP address and your email server. If the message comes from such an IP address, it's bounced, and an SMTP error message is returned to the sender.

### User Validation

The system checks to see if the address is associated with a registered user or aliased to a registered user. If the recipient is a registered user, the message continues to be processed, according to that user's filters and other settings. If the recipient is not registered, the message is either rejected or processed and user created based on SMTP Discovery settings. For more information about SMTP Discovery settings, please refer to Managing Customers / Provisioning a New Customer / Loading Users / SMTP Discovery.



## Virus Blocking

Virus blocking scans the message and message attachments for viruses. If a virus is detected, the message is blocked and logged.

## Attachment Defense (If licensed)

Attachment defense scans supported inbound attachments against Proofpoint's attachment reputation service. Messages that contain attachments known to be malicious are blocked and logged.

## Message Size

By default, the maximum message size is 100MB; messages exceeding the maximum message size are bounced.

## Sending Message Limit

In order to protect the reputation of the sender, the organization and the Proofpoint Essentials platform a sending limit of 100 emails per 10 minutes and 500 per day has been implemented. If the limit has been reached, the message is bounced. Proofpoint Essentials recommends using a mail delivery service for higher volume mail delivery such as newsletters or marketing related communications. However, if your organization requires higher outbound volumes for specific senders you can request an exception to be made.

## Custom Filters

Messages are scanned against active custom filters to apply delivery instructions. Filters can be applied to a user, a group of users or the entire organization.

*NOTE: The most specific filter is applied first. For example, a filter that applies to a specified user will be applied before a generic organization wide filter.*

## Sender Lists

A sender list is a list of approved or blocked senders. Entries in the list allow or quarantine specific email addresses and/or domains.

*NOTE: User safe sender entries have precedence over the organization blocked sender entries. For example, if the sender is on an individual user's approved sender list and also on the organization blocked sender list, the message is delivered.*

## Spam Filters

Next, the message reaches the spam filters. These include a general bulk email filter that sets a baseline threshold for filtering all types of junk mail, and filter offsets that can provide more aggressive filtering of junk mail. The messages are evaluated against the threshold set by each user. If the final threshold exceeds the spam trigger score, the message is considered to be spam and then quarantined.

## URL Defense (If Licensed)

All URLs found within inbound messages are re-written (based on configuration options).

## Delivery

After passing through the filtering, the message is delivered to the recipient on your email server.



# Best Practices

Once you have completed the initial company setup we recommend you follow these steps to ensure your organization achieves the most effective protection & filtering from Proofpoint Essentials:

## Add Additional Domains

Ensures that all domains are registered with Proofpoint Essentials.

## Lockdown your Firewall

Some virus and spam senders specifically target mail servers using low-priority DNS MX records or by looking up a server directly using a common naming convention like mail.mydomain.com. To prevent malicious senders bypassing the message filtering service, we highly recommend that you add all of your domains to the service, and then configure your email servers to accept mail only from Proofpoint Essentials data centers.

## Determine Service Requirements

Review the requirements for the organization's users and email policy, and design your organizational deployment strategy. For example, decide which users should have access to the interface, and what additional rules should be created (e.g. Allow and Block lists).

## Enable Features

Review the features available with the package selected and enable important features.

## Configure Default User Settings

Spam thresholds and the quarantine digest can be customized for each organization. In addition, settings can be changed for specific users.

## Load Users

There are multiple ways to load users into the Proofpoint Essentials system. It is important to choose the right method that suits the organization.

## Add Additional Administrators

You can create additional accounts for administrators and support staff.

## Create an Emergency Plan

You should have a plan in place to follow in the event that you experience a mail flow issue.

- Be sure that you have set up an active and named technical contact with your Proofpoint Essentials reseller for an emergency service.
- If you have access to the support portal, set up a support portal account and also ensure that the correct person is nominated as the technical contact for your organization in the Proofpoint Essentials Account profile page.
- Ensure at least one contact at your supplier has not "Opted Out" of service updates & notifications.
- Set up an internal process for the unlikely event of a service outage.



# Using Proofpoint Essentials

***In this chapter, you'll find the following topics:***

- Accessing the User Interface
- Navigating the Interface

## Accessing the User Interface

The Proofpoint Essentials user interface is the secure web-based user and administrator portal used to manage and configure the Proofpoint Essentials Platform, and administer organizations, users, email archive and email server configurations. The interface provides a secure web interface during the entire session. The console uses SSL to encrypt the email ID and password information. All pages on the interface are HTTPS secured.  Cookies are only used to identify and validate users. The system does not track history in cookies. All cookies expire when the browser is exited.

**Logging In**

To access the Administration Console, you must have your organization provisioned on Proofpoint Essentials.

1. Open a web browser and navigate to the appropriate URL (Please see your Getting Started Guide for the URL).
2. Enter your login email address and password.
   - You will receive your login information from your administrator or Proofpoint Essentials reseller once provisioned on the Interface.

The next page you should see is your own organizations Home Profile Page unless you have used incorrect user credentials – in which case you should follow the link to "Forget your Password".

**Resetting or changing the administrative password**

1. Click on the Users & Groups tab.
2. Click on your name (alternatively, type your name in the Search panel to locate it).
3. Update both password fields in the profile tab.
4. Click Save.

If you forgot your password, you can click on "Forgot your Password" button on the login page. The next page is a request new password form. Complete this form and a new password will be emailed to you.

Proofpoint Essentials requires that passwords meet the following strength requirements:

*Administrators*

- Passwords must be at least 12 characters in length
- Passwords must start with a letter.
- Passwords must end with a letter.
- Passwords must contain at least one uppercase and lowercase letter.
- Passwords must contain at least one number.
- Passwords must contain at least one special character.

*End-Users*

- Passwords must be at least 8 characters in length.



## Using the Homepage

After logging in to the interface, you will see the home page, which by default, is your own organization's home profile page. This page can be accessed at any time by navigating to your own organization manually or using the search box at the top of the screen.

The home profile page provides shortcuts to search functionality, an overview of account activity, and links to helpful information.



## Interacting with Lists

In many cases data is returned in a list view such as users, filters, etc. All lists include a maximum result count (default 10). The result set can be temporarily changed by the user. To move through the results of a list simply click on the page numbers that are located immediately below the results.

# Navigating the Interface

## Navigation

Proofpoint Essentials uses a tab style navigation structure to organize content areas. There are three tab levels: primary, secondary and tertiary. Depending on the section you are accessing, additional tabs will appear. The primary navigation (top tabs) include the following functions:

### Company Settings
Used to define and manage an organization's settings.

### Logs
Used to view and access email logs and view detailed message tracking.



### Archive
Used to configure the archive and search archived mail based on user permissions.

### Users & Groups
Used to view and manually manage users and user settings.

### Reports
Used to access reports for mail filtering activity.

## Company Settings

The Company settings tab is used to manage customer configuration options (such as features, domains, digest settings, etc.).

### Profile
Manage the organization's profile and view details about the features enabled by the organization.

### Features
Manage and configure licensed service features.

### Import
Import users into the organization through AD Sync or CSV import.

### Discovery
Manage organization SMTP Discovery settings.

### Filters
Manage custom filters that apply to the organization, groups or end-users.

### Sender Lists
Manage safe and blocked sender entries.

### Domains
Add, update and delete organization domains under management.

### URL Defense
Manage organization URL defense configuration settings.

### Spam
Adjust the Proofpoint Essentials Spam engines' sensitivity and enable additional spam related settings.

### Digests
Manage quarantine digest reports, including content and retention period.

### Notifications
Customize the content of default system notifications such as the welcome email, quarantine digest and password reset request email.

### Disclaimer
Manage organization-wide outbound disclaimers.



### Branding

Configure and manage branding of the user interface, welcome emails and quarantine digest. Branding is applied to all organizations under your management.

### Social (Advanced and Professional packages only)

Access Social Media Account Protection, powered by Proofpoint's Nexgate division.

### Licensing

Manage organization licenses; change versions and complete trials.

### Access

Manage the privileges of system role accounts.

## Logs

The logs tab displays a second level of navigation to organize the following functions:

### Users

View logs for a specific user.

### Groups

View logs that belong to a specific group.

### Functional Accounts

View logs that belong to a specific functional account (Mail enabled Security Groups, Public Folders, etc.).

### Licensed

View logs for all licensed users.

### Non-Licensed

View logs for all non-licensed users.

## Archive

The Archive tab displays a search interface where a user can search for archived email. In addition, administrators can access a configuration tab to configure the archive service.

## Users & Groups

The Users & Groups tab displays a second level of navigation to organize the following functions:

### Users

View list of provisioned users; Add, delete or modify a user.

### Groups

View list of groups; Add, delete, modify a group; Displays all mail-enabled Security Groups if organization is provisioning users via Active Directory (LDAP) discovery.

### Functional Accounts

View list of mail-enabled objects provisioned via Active Directory (LDAP) Discovery.

### Active Directory Sync

Search Active Directory for list of mail-enable objects to be synced with Proofpoint Essentials.

### SMTP Discovery

View accounts that have been discovered through the SMTP discovery process.

## Reports

The Reports tab displays a second level of navigation to organize the following functions:

### Report Builder

View, print and export a series of mail-flow related reports.

### Schedule List

Schedule selected reports to be delivered regularly by email.



# Managing Features and Options

*In this chapter, you'll find the following topics:*

- Configuration Options
- Using Templates
- Viewing Customers

## Loading Users

Loading Users allows companies to specify a method for provisioning users on the system. The choices are:

### Active Directory (LDAP Discovery)

The preferred method of user synchronization is via LDAP Discovery using Proofpoint Essentials' Active Directory connector module. This allows the Proofpoint Essentials Platform to import:

- Active users (including both primary email address and user aliases)
- Distribution lists
- Security groups (both standard and mail enabled)
- Public folders

### To configure Active Directory connection settings:

1. Click on the Company Settings tab.
2. Click on the Import tab.
3. Click on the Active Directory tab.
4. Choose the default privileges type for new users.

   *End User: Receive the quarantine digest and can login to the Proofpoint Essentials user interface. Silent User:  Receive the quarantine digest and are not granted access to login to the Proofpoint Essentials user interface.*

5. Enter Active Directory URL.
6. Enter Username.
7. Enter Password.
8. Choose Port.

   *Default port is 389 (LDAP). You can also choose port 636 (LDAP over SSL).*

9. Enter BaseDN.

   For example, DC=mycompany,DC=local

   *The Active Directory configuration is stored in the customer creation process and is executed by the administrator once the customer has been created. Active Directory sync requires the customer to allow Proofpoint Essentials to access the environment over Port 389. Connections are over TLS. Please refer to the Proofpoint Support Knowledge Base for the current list of Proofpoint Essentials IP addresses.*

   *http://support.proofpointessentials.com/index.php?/default_import/Knowledgebase/Article/View/75/11/cu rrent-proofpoint-essentials-data-centre-ip-addresses*

10. Choose What to Sync.
    a. Active Users (Users with mailboxes).
    b. Disabled User Accounts.
    c. Functional Accounts (Mail-enabled objects such as Public Folders).
    d. Security Groups.
    e. Include items hidden from the GAL (Global Address List).
11. Choose How to Sync.
    a. Add (Add new user objects found to Proofpoint Essentials).
    b. Sync Updated Accounts (update details for previously synched accounts).
    c. Delete Removed Accounts (remove accounts from Proofpoint Essentials if no longer present in Active Directory).

16



      d.   Sync Every 24hrs (Perform sync automatically every 24 hours).

12.   Click Save.

At the end of this process you will have saved your Active Directory Connection details. If you have selected to sync data every 24 hours the system will perform the sync automatically. If not you will need to force the sync process.

*To sync Active Directory:*

1.   Click on the Users & Groups tab.
2.   Click on the Active Directory sync tab.
3.   Click Search.
     *Review the returned results.*
4.   Click Execute.

## CSV Upload

This import option allows companies to provision users by loading a Comma-Separated Values (CSV) file. The file can contain a first name, last name, primary STMP address and aliases for all users.

*To load a CSV file:*

1.   Click on the Company Settings tab.
2.   Click on the Import tab.
3.   Click on the CSV tab.
4.   Choose the type of CSV file you will be loading.

     *Standard CSV: A basic file format that includes first name, last name, primary email addresses and aliases. Postini User CSV: A Postini user export file that contains user details first name, last name, primary STMP address) as well as user allow and block lists.*

     *Postini Alias CSV: A Postini alias export file that contains the alias address, domain, user id and user address. This file can be imported after you have loaded a Postini User CSV*

5.   Choose the default privileges type for new users.

     *End User: Receive the quarantined digest and can login to the Proofpoint Essentials user interface. Silent User:  Receive the quarantine digest and are not granted access to login to the Proofpoint Essentials user interface.*

6.   Click Choose File.

     *Locate file you wish to import.*

7.   Click Upload.

     *You can view an example of the file format you selected to import by clicking on the CSV File Format Instructions.*

Once you upload the file the system will report the number of successful or failed entries imported. If there are errors reported, review the message and repair the file as instructed. Successful addresses will be imported and visible under the Users & Groups tab.

## SMTP Discovery

Another way to provision users to the service is with SMTP Discovery. When enabled, SMTP Discovery allows email to be relayed to non-licensed users. Users become licensed-users when, within a span of 30 days, a specified number of valid messages are received for that unique address OR one valid message has been sent outbound from your email server via the Proofpoint Essentials platform. An administrator can change the SMTP discovery settings.

*To enable or disable SMTP Discovery:*

1.   Click on the Company Settings tab.
2.   Click on the Features tab.
3.   Disable (uncheck) or Enable (check) the SMTP Discovery checkbox.
4.   Click Save.

*To update SMTP Discovery settings:*

1.   Click on the Company Settings tab.
2.   Click on the Discovery tab.
3.   Choose the default privileges type for new users.



*End User: Receive the quarantined digest and can login to the Proofpoint Essentials user interface. Silent User: Receive the quarantine digest and are not granted access to login to the Proofpoint Essentials user interface.*

4. Select Inbound Detection Threshold.

*The number of clean emails in a 1-month period before the address appears on the SMTP Discovery list.*

5. Choose how many times you would like to be notified about an address before it expires.

*The named technical contact will receive a weekly notification of discovered addresses. This selection determines the number of notifications, which will be delivered before an address expires. Proofpoint Essentials will not deliver email to an expired address.*

6. Disable (uncheck) or Enable (check) if expired addresses default to new users.

*This setting may create new users. As a result this option can only be controlled by the Organization Administrator.*

7. Disable (uncheck) or Enable (check) if aliases should be automatically associated with accounts.

8. Disable (uncheck) or Enable (check) if users detected via outbound should become licensed. *This setting may create new users. As a result this option can only be controlled by the Organization Administrator.*

9. Disable (uncheck) or Enable (check) to send out a report on new users.

10. Disable (uncheck) or Enable (check) to send out a report on new aliases.

11. Disable (uncheck) or Enable (check) to include the administrator contact in report.

12. Click Save.

# Configuration Options

## Features

Features allow administrators to specify which service features should be enabled. By default all features included with the package selected for the company are enabled.

### Instant Replay
The number of days that filtered mail is accessible to users for retrieval (the default is 30 days).

### Proofpoint Essentials Archive (Professional package only) Enables access the Proofpoint
Essentials archive service.

### Outbound Relaying
Allows registered users to relay all outbound email via the Proofpoint Essentials platform.

### Disclaimers
Allows outbound emails to have an email disclaimer appended to outbound emails.

### URL Defense (Business, Advanced and Professional packages only)
Enables URLs found within the message body of an inbound email to be re-written to in order to protect users from accessing known compromised sites.

### Attachment Defense (Business, Advanced and Professional packages only)
Scans supported attachments against Proofpoint attachment reputation service. Emails that contain a known malicious attachment are blocked from delivery.

### Data Loss Prevention (Business, Advanced and Professional packages only)
Allows users to access additional filter objects, such as smart identifiers (credit card numbers, drug codes, etc.) and pre-defined dictionaries, when creating a filter.



## SMTP Discovery

Allows emails to be received by and sent from non-registered email addresses for a configurable amount of time before requiring registration.

## Social Media Account Protection (Advanced and Professional packages only)

Social Media Account Protection, powered by Proofpoint's Nexgate division, enables you to prevent account hacks, automatically remove malicious or inappropriate content, prevent unauthorized publishing applications, enforce compliance policy in real-time, and enable intelligent message archival.

## Email Encryption (Advanced and Professional packages only)

Create custom filters that will encrypt an email when specific conditions are met such as an embedded trigger term (e.g., Confidential, Sensitive, Encrypt, etc.) or sensitive data is found.

*To enable or disable features:*
1. Click on the Company Settings tab.
2. Click on the Features tab.
3. Enable (check) or Disable (uncheck) features as necessary.
4. Click Save.

## Filters and Sender Lists

Organizations can create custom filters that apply to inbound or outbound email based on senders and recipients as well as content, attachments, email size, etc. Filters can be applied to the organization, a group, or a user. Sender lists are simplified filters that are designed to accept or block emails from known senders. Sender lists are available for organizations, groups or end-users.

By default, the most specific filters are applied first. For example, a filter that applies to a specific user is applied before a filter that applies to a group of users. Within each filter group (i.e., organization, group, users) processing order can be customized.

Filters and sender lists are applied to messages in the following order:
1. End-user filters; newest first – oldest last (default, can be changed by user)
2. Group filters; newest first – oldest last (default, can be changed by user)
3. Organization filters; newest first – oldest last (default, can be changed by user)
4. End-user allowed sender list; newest first – oldest last (default, can be changed by user)
5. End-user blocked sender list; newest first – oldest last (default, can be changed by user)
6. Group allowed sender list; newest first – oldest last(default, can be changed by user)
7. Group blocked sender list; newest first – oldest last (default, can be changed by user)
8. Organization allowed sender list; newest first – oldest last (default, can be changed by user) 9.     Organization blocked sender list; newest first – oldest last (default, can be changed by user)
10. Organization allowed sender list; domain; newest first – oldest last. 11. Organization blocked sender list; domain; newest first – oldest last.

## Filters

## Administrator Controls

Additional controls are available for administrators to alter standard filter processing behavior as well as control end-user access.

### Override Previous Destination

Emails are assigned a destination (i.e., allow, quarantine, etc.) by the first filter that is applied to it. For example, if a user has created a filter to allow email from anyone at @domain.com then emails sent from @domain.com will inherit the destination "allow". However, emails continue to be processed by other matching filters where the destination can be overridden. An administrator can



force a new destination by using the "Override Previous Destination" option. For example, if a separate filter is quarantining emails that contain certain attachments types identifies the same email described previously, and it has this setting checked, the email destination would be overridden from "Allow" to "Quarantine".



*Stop Processing Additional Filters*

When selected, this option will stop processing any other filters that may otherwise have been applied. This option can be used in conjunction with other level options, such as Override Previous Destination, in order to alter standard filter processing behavior.



*Require Admin Privileges to Release*

When selected, this option will ensure users will be unable to release the email either from their quarantine digest email or through their email logs access.

*Note: Administrators are treated as end-users when they receive their quarantine digest. As a result, an administrator will be unable to release an email that has had this restriction applied. The administrator must use the web-based logs to view and release an email.*

*Hide Log*

When selected, this option will hide the email from the quarantine digest and email logs for ALL users, including administrators.

*Hide Log from Non-Admin Users*

When selected, this option will hide the email from the quarantine digest and email logs for all end-users. Administrators will see these emails.

## Filter Management

Filters can be managed on a page underneath the Company Settings tab. From this location administrators can manage filters that apply to the organization, a group of a user or an individual users. In addition, you can access filters when managing a specific group or a specific user.

*To view current inbound filters:*
1. Click on the Company Settings tab.
2. Click on the Filters tab.

*To view current outbound filters:*
1. Click on the Outbound tab

*To change the filter view:*
1. Click the drop-down and select the appropriate view:

    *All (Default view): A list of all organization, group and user filters.*

    *Organization: A list of all organization filters.*

    *Group: A list of all group filters, grouped by group. Users: A list of all user filters, grouped by user.*

*To adjust the priority of a filter*

You can adjust the priority of a filter only if it applies to the same entity. For example, you can adjust the priority of any organization inbound filters but you cannot prioritize a group filter ahead of an end-user filter.

1. Click on the down arrow next to the filter you wish to lower in priority.
2. Click on the up arrow next to the filter you wish to increase the priority.

*To add a new filter:*

1. Click on the Company Settings tab.
2. Click on the Filters tab.
3. Click New Filter.
   *A new window will open.*



4. Enter a name
5. Choose the direction the filter should be applied. *Inbound: Email sent to your licensed users.*

   *Outbound: Email sent from your licensed users.*
6. Click Continue.



7. Choose the scope the filter should be applied.

   *Company: All licensed users that are associated with the company.*

   *Group: A specific group of users. User: A specific user.*
8. Add condition:

   *Sender Address: Matches the email address that the message in question originated from.*

   *Recipient Address: Matches the email address that the message in question is sent to as a final destination, in other words the To address used by the originating sender.*

   *Email Size (kb):Is greater than can be used to detect an email larger a specified size in order to trigger this rule set. This can be used to block large email or to define which address within an organization can receive email over a specified size.*

   *Client IP Country: Type in the country name and the select the matching selection once it appears. Select more than 1 country by adding multiple values and separating by a comma.*



*Email Subject: Used to trigger a rule set defined by any word(s) contained within the emails subject line defined in the pattern field.*

*Email Headers: Used to trigger a rule set defined by any word(s) contained within the emails header defined in the pattern field.*

*Email Message Content: Used to trigger a rule set defined by any word(s) contained within the email message content defined in the pattern field.*

*Raw Email: Used to trigger a rule set defined by a block of words contained within the email body defined in the pattern field.*

*Attachment Type: Used to trigger a rule set when an email contains a specified attachment type, including: Windows executable components, installers and other vulnerabilities, other executable components and installers, Office documents and archives, Audio/Visual, Other including PGP encrypted files. Attachment Name: Used to trigger a rule set defined by any word(s) contained within the attachment name defined in the pattern field.*

*Smart Identifier Scan (Available only to Business and Professional package subscribers): Used to identify emails that contain content patterns such as credit card numbers, bank account numbers, etc.*

*Dictionary Scan (Available only to Business and Professional package subscribers): Used to identify emails that contain common terms such as protected health information (i.e., NDC terms), personal information (i.e., SSN), and financial information (i.e., ABA terms).*

9. Choose operator.

   *The operator options will depend on the filter condition selected.*

10. Enter value.



11. If you wish to add another condition, click Add Another Condition.



    *The relationship between each condition specified is AND. For example, if sender address is *@domain.com AND attachment is financial report.*

12. Choose action.

13. *Quarantine: Used for filters where you want to ensure email is not delivered to the intended recipient. Allow: Used for filters where you want to ensure email to be delivered (i.e. allow list).*

    *Nothing: Used for filters where you do not want to influence destination (allow, quarantine) but you want to perform a secondary action (i.e., Alert)*

    *Encrypt: Used to filters where you want to encrypt the email that is caught by the conditions. Encrypt is only available where direction is outbound and scope is the company. Available with Advanced and Professional packages only.*



14. If you wish to add another condition, click Add Another Action.



*This will add a new action control.*

15. *Choose action.*

    *Alert Tech Contact: Will send an alert to the tech contact associated with the site.*

    *Alert Specified Users:  Will send an alert to the SMTP addresses specified.*

    *Hide Logs: Will hide the log from the all users including administrators.*

    *Hide Logs from Non-Admin Users: Will hide the log from the users view. The email will still be visible to the administrator.*

    *Stop Processing Additional Filters: Will stop processing any additional filters that normally would have been applied.*

    *Require Admin Privileges to Release: Requires an administrator to release.*

*Enforce Completely Secure SMTP Delivery: Will force delivery over TLS without an unencrypted fallback. Will check for a valid certificate for the recipient domain.*

*Enforce only TLS on SMTP Delivery: Will force delivery over TLS without an unencrypted fallback. Strip Subject Line Encryption Terms: Will strip terms from the email when identified in a Subject Line condition.*

16. Enter a description (Optional).
17. Click Save.

*To edit a filter:*

1. Click on the Company Settings tab.
2. Click on the Filters tab.
3. Click the Edit icon next to the filter you with to edit.



4. Make appropriate changes.
5. Click Save.

*To duplicate an existing filter:*

1. Click on the Company Settings tab.
2. Click on the Filters tab.
3. Click the Duplicate icon next to the filter you with to edit.



4. Make appropriate changes.
5. Click Save.

*To delete a filter:*

1. Click on the Company Settings tab.
2. Click on the Filters tab.
3. Click the Delete icon next to the filter you with to delete.



*To disable / enable a filter:*

1. Click on the Company Settings tab.
2. Click on the Filters tab.
3. If enabled, click the slider next the filter you wish to disable. If disabled, click the slider next to the filter you wish to enable.



*To search for a filter:*

1. Click on the Company Settings tab.
2. Click on the Filters tab.
3. Type in a domain, email address or a portion of the name/description of the filter in the search field. *Results are dynamically returned as you type.*

## Sender Lists

Sender lists are simple filters that are used for specifying addresses or domains that should be allowed or blocked. Sender lists support the following entries:

- Domains ○ *@domain.com
- Email Addresses ○ name@domain.com
- IP Addresses ○ 10.20.0.4 ○ 10.20.*.4 ○ 10.*.*.* ○ *.20.*.4 ○ 10.0.62.0/24



In instances where a single message contains competing actions the following priority logic is used to determine the appropriate action:

- IP Address > Email > Wildcard Domain > Wildcard IP > IP (CIDR)

*Add entry to Organization Safe Sender List*

1. Click on the Company Settings tab.
2. Click on the Sender Lists tab.
3. Enter the address or domain into the Safe Sender List text area.

   *You can add multiple entries by using a comma, semi-colon or one per line.*

4. Click Save.



*Add entry to Organization Blocked Sender List*

1. Click the Company Settings tab.
2. Click the Sender Lists tab.
3. Enter the address or domain into the Blocked Sender List text area.

   *You can add multiple entries by using a comma, semi-colon or one per line.*

4. Click Save.



*Note: Sender Lists are available at the organization, group and user level. To add an entry to a group or user, navigate to the user profile and you can follow the same steps as outlined above.*

## Domains

Every Internet email address includes a domain, which specifies where mail should be sent. For instance, the address joe@mycompany.com directs a message to the user Joe in the domain mycompany.com. In order for a domain to receive filtering from the message filtering service, that domain must be added to one of the organizations in your service. At least one domain was added as part of customer creation process.

Adding a domain to an organization facilitates the following:

24



- Allows the message-filtering layer to accept mail traffic for the domain.
- Associates the domain with a destination configuration, which holds delivery information for your mail server and any failover sites that are enabled.
- Associates the domain with a destination.
- Sets a default domain for new users.
- Associates the domain with an organization's default settings for functionality such as SMTP Discovery, Active Directory Discovery and filtering.

When you associate a domain with an organization, keep the following in mind as you decide in which organization you want to locate a domain:

a) All domains must deliver email to the same destination servers in order to qualify as alias domains.
b) Domains should only have failover destination sites defined if the failover site is available at all times.
c) The system will prevent you adding users without having previously added the domain associated with the user address.
d) An administrator must have authorization over the organization containing the domain to manage the users and domain.
e) A domain and its users must be in the same organization.
f) You cannot add a domain that has already been previously added to the platform.

## Domain Purpose

Domain purpose is used to differentiate between domains that are used for email relay and domains that are used for management purpose only. Domain purpose is a required when creating a new domain.

For Organizations, the default domain purpose will be Relay. The purpose can be changed when creating or editing a domain.

## Searching for a Domain

If you manage a large number of domains, you can find them by using the Search field on the top of the page or by using the search field in the customer list. The returned results will present the organization name in which the searched domain match is located. When you run a search, you see all the organizations that contain domains matching your search criteria. Search results show up to 1,000 results. If necessary, the results are displayed on multiple pages.

*To view the domains for a specific organization:*
1. Click the Company Settings tab.
2. Click the Customers tab.
3. Click on the customer name.
   *By clicking on the customer name you will be directed to the customer site and see the customer Profile page.*
4. Click on the Domains tab.

Follow these steps to add a domain before you change your MX records for that domain. If you change your MX records before these steps are completed, you may lose mail.

*To add a domain:*
1. Click New Domain.
2. Enter the domain name.
3. Change the domain purpose (Optional).
   *If domain purpose is management than proceed to step 6.*
4. Enter the destination IP address or hostname for the domain.
5. (Optional) Enter the failover IP address or hostname for the domain.
6. Click Save.

Domain changes are reflected system wide every half hour.

*To test a domain:*
1. Click the test icon next to the domain you wish to test.





2. Review test results.

   *MX Records: Will check the MX records for the domain and indicate whether they are correct (pointing to the Proofpoint Essentials service)*

   *SMTP Destination: Will check to ensure Proofpoint Essentials can connect to destination over port 25.*

3. Click Close.

*To edit a domain:*

1. Click the edit icon next to the domain you wish to edit.



2. Make appropriate changes.
3. Click Save.

Domain changes are reflected system wide every half hour.

*To delete a domain:*

1. Click the delete icon next to the domain you wish to delete.



Domain changes are reflected system wide every half hour.

## Outbound Filtering

The Proofpoint Essentials platform will accept email for outbound relay when the following conditions are met:

1. Email sent from a preregistered static IP address.
2. Email is sent from a registered domain corresponding to the preregistered static IP address.
3. The Email is sent from a registered users email address (unless SMTP Discovery is enabled).

Before you can add an outbound IP address, make sure the Outbound filtering option is enabled.

*To enable outbound filtering feature:*

1. Click the Company Settings tab.
2. Click on the Features tab.
3. If the Enable Outbound Relaying checkbox is unchecked, check it.
4. Click Save.

*To add an outbound IP address:*

1. Click the Company Settings tab.
2. Click the Domains tab.
3. Click Add New Sending Server.
4. Type in the IP address.
5. Click Save.
6. Repeat for additional addresses.

In addition to adding a standard IP address Proofpoint Essentials also supports CIDR notation (A.B.C.D/n). Simply type in the CIDR value in the text field provided.

Domain changes are reflected system wide every half hour.

*To edit an outbound IP address:*

1. Click the Company Settings tab.



2. Click the Domains tab.
3. Click Edit next to the IP you wish to edit.
4. Update the IP address.
5. Click Save.

Domain changes are reflected system wide every half hour.

*To delete an outbound IP address:*
1. Click the Company Settings tab.
2. Click the Domains tab.
3. Click Delete next to the IP you wish to edit.

Domain changes are reflected system wide every half hour.

## Managed Hosted Services

If the organization uses a managed hosted service, such as Office365 or Google Apps, than Proofpoint Essentials can automatically manage the service IP addresses.

*To enable a hosted service:*
1. Click the Company Settings tab.
2. Click the Domains tab.
3. Click the Manage Hosted Services button.
4. Click the enable control.
5. Click Save.

*Once enabled the service will appear in the Sending Servers table.*

*To view the current list of IPs for the Managed Service:*
1. Click the Company Settings tab.
2. Click the Domains tab.
3. Click the View button.
4. Click the Close button to close the window.

*To remove a previously enabled managed service:*
1. Click the Company Settings tab.
2. Click the Domains tab.
3. Click the delete button next to the managed service you wish to remove.

*To disable a previously enabled managed service:*
4. Click the Company Settings tab.
5. Click the Domains tab.
6. Click the Manage Hosted Services button.
7. Click the disable control.
8. Click Save.

*Once disabled the service will be removed from the Sending Servers table.*

## URL Defense

URL Defense protects organizations from accessing known malicious sites by locating and replacing URLs found within the message body with a separate URL. If users click on a known malicious URL instead of being directed to the original URL they are instead directed to a page informing that the site is not safe and been blocked. Organizations can manage their URL Defense configuration as needed.



*To configure DKIM settings:*

DKIM is an email validation system designed to detect email spoofing. It provides a mechanism to allow mail systems to check that incoming mail from a domain has not been modified during transport. Many hosted mail systems today employ this technique in their email delivery process. If this setting is enabled URLS found in DKIM signed messages will be re-written.

1.  Click on Company Settings.
2.  Click on URL Defense.

*URL Defense must be enabled in order to see this tab.*

3.  Check the checkbox to re-write DKIM signed messages.

*To re-write URLs that are not located in an anchor tag:*

Anchor tags <a> are used in HTML to tell a browser or email client where to direct the user when a piece of content, such as a website URL, is clicked. If this setting is enabled, these links will be rewritten.

1.  Click on Company Settings.
2.  Click on URL Defense.
3.  Check the checkbox to re-write URLS that are located in an anchor tag.

*To exclude domains from being re-written:*

Organizations can specify one or more domains and/or IP addresses that, when found in a message URL, will not be re-written.

1.  Click on Company Settings.
2.  Click on URL Defense.
3.  Type in the domain or IP into the text area field provided.

*Separate entries by including a comma, semi-colon or putting entries on each line.*

*To exclude all organization active domains:*

1.  Click on Company Settings.
2.  Click on URL Defense.
3.  Check the checkbox to exclude all active domains associated with the organization.

## Spam

Spam filtering is enabled by default. However, customers can customize spam settings to be more or less aggressive.



*To view spam threshold:*

1.  Click on the Company Settings tab.
2.  Click on the Spam tab.

*The current spam threshold will be seen next to "Current Trigger Level".*

28



You can adjust the sensitivity of the spam-filtering engine by lowering or increasing the current trigger level. The lower the number the more aggressive the filter, the higher number the less aggressive.

> *To adjust spam threshold:*

1. Click on slide control button.
2. Move left to increase sensitivity or right to decrease sensitivity.

## Quarantine Bulk Email

If this option is enabled, Proofpoint Essentials will quarantine emails that are detected as being "bulk" email.

## Quarantine email suspected of being phish

If this option is enabled, Proofpoint Essentials will penalize emails to a degree that they will likely be quarantined.

## Require administrator privileges to release suspected phishing email

If this option is enabled, end-users will be unable to release emails that have been quarantined as a result of a high phish score.

## Stamp & Forward

If this option is enabled, Proofpoint Essentials will still filter messages for spam. However, instead of moving suspected spam to the quarantine, a configurable text value (default: "***Spam***") is appended to the subject line and the email is delivered to intended recipient. This setting can be enabled at the company or user level. The options available for this setting are:

- No: The option is disabled.
- Partial: This option is enabled for emails whose spam score is between 9 and 19.
- All: The option is enabled and applies to all mail.

## Easy Spam Reporting

If this option is enabled, a single line disclaimer will be appended to each inbound email processed by Proofpoint Essentials The disclaimer will be added to the bottom of each HTML and text email with a link to the Proofpoint Essentials quarantine area. This allows the recipient of an unwanted email to report it directly to Proofpoint Essentials from within the email itself, causing Proofpoint Essentials' spam engines to learn that the reported email was unwanted by this user and to update it's learning to accommodate this for this user in future.

The disclaimer reads:

"This email has been scanned for spam and viruses by Proofpoint Essentials cloud email security - click here to report this email as spam."

By clicking on the embedded link the user will be directed to the Proofpoint Essentials login screen. Once they login, the email will be reported as misclassified. In addition, the user can also create a filter to block email from the sender or sender domain.

## Quarantine inbound email sent by active domains associated with this organization

If this option is enabled suspected imposter emails that are identified as inbound messages from the Internet where the "from" domain is one of the company's internal domains, will be quarantined.

You can add IP addresses to the organizations safe sender list or create a custom filter in order by-pass this setting for emails from approved senders, such as an externally delivered marketing communication.

## Update Spam Detection Settings

If the "Update spam detection settings above for all existing user accounts" checkbox is checked, the organization's spam settings will replace any end-user settings that have been defined. If this setting is not selected than there will be no changes applied to the Spam settings your existing users.



### Inbound Sender DNS

The "Inbound sender DNS sanity checks" provides an additional layer of protection against spam and helps ensure that inbound messages that might not have a destination to bounce to are not allowed in. This setting forces two additional DNS checks:

1. Whether the sender domain has MX records.
   - A check whether the email is bounceable and able to be returned to a sender should it be necessary later.
   - The request will get rejected if the MAIL FROM domain has:
     a. no DNS A or MX record, or
     b. a malformed MX record such as a record with a zero-length MX hostname
2. Whether the sender domain contains MX records pointing to private or reserved IP ranges (e.g. 10.0.0.0/8, 127.0.0.0/8 etc.)
   - The request will be rejected if the sender domain MX points to an IP address of an internal network.

While Proofpoint Essentials recommends this option remain enabled, disabling this option does not pose a significant risk.

Proofpoint Essentials allows you to manage these settings at the user level. Please go to Managing Users & Groups / Configuration Options for Users and Groups to learn more how to make changes.

## Digests

Digests are used to allow end users to easily view a list of emails that have been quarantined. Users can review the digest and choose to take additional actions for each quarantined email. The digest allows users to take the following actions when viewing a quarantined email:

- Release Once: Allows user to release a specific email from a sender one time. This may be an email newsletter that they do not want to receive regularly or an email from a source that you feel may be a legitimate source. The release function does not update the Proofpoint Essentials spam-learning engine and does not create any rules in relation to the sender.
- Release Always: Allows the user to have the desired message released immediately and inform Proofpoint Essentials to create an Allow filter between the sender and recipient so that mail will not be qualified as Spam from this sender in future.

*To view current digest settings:*
1. Click on the Company Settings tab.
2. Click on the Digests tab.

The digest options can be adjusted to suit each customer. These options can be applied to users directly. To manage a users spam threshold, go to Managing Users & Groups / Configuration Options for Users and Groups.

### Receive Quarantine Digests
Specifies if a summary report is generated or not.

### Only include messages quarantined since the last Quarantine Digest was sent
Specifies that the Quarantine digest will only be delivered when new messages have been quarantined since the last report was run.

### Quarantine Digest delivery start time
Specifies when the digest delivery schedule starts. For example, if you choose 08:00, the delivery time will be at 8:00 AM and the interval (see below) will be based off the start time. The time represented is based on the time-zone of the account.

### Interval between Quarantine Digest checks
Specifies the frequency of the quarantine digest delivery. The default value is set to 24 hours but there are options for 12 hours, 8 hours, 6 hours and 4 hours. The quarantine digest is sent out at 3:00 AM local time (depending on the time zone configuration of the company) and at other times throughout the day depending on the interval selected.



### Retention period

Defines the period of time messages are retained in the Quarantine.

### Include messages that have been quarantined by

If selected will include messages that have been quarantined as a result of a company, group or end user filter or sender list block entry.

### Exclude messages from the Quarantine Digest that are most likely to be spam

If selected any message that scores the highest possible spam score will not be included in the quarantine digest. Effected messages will still be visible in the user's web-based quarantine view.

### Update Quarantine Digest Settings

If the "Update Quarantine Digest settings for all existing user accounts" checkbox is checked, the company quarantine digest settings will replace any end-user settings that have been defined.

Proofpoint Essentials allows you to manage these settings at the user level. Please go to Managing Users & Groups / Configuration Options for Users and Groups to learn more about how to make changes.

## Notifications

Proofpoint Essentials allows organizations to localize and customize the content of end-user system emails including the welcome email, password reset email and the quarantine digest. Content can be localized for the following languages:

- English (US)
- English (UK)
- Spanish • French
- German

*To view default notification templates:*

1. Click on the Company Settings tab.
2. Click on the Notifications tab.

   *Templates for all supported notification languages are displayed by default. You can limit the view to a specific language by selecting a value from the language drop-down.*

*To edit a notification template:*

1. Click on the Company Settings tab.
2. Click on the Notifications tab.
3. Click on the "pencil" icon next to the template you wish to edit.



   *You will be directed to the Edit page of the template you selected.*

4. Edit the subject line of the template (Optional). 5.          Click on the section of content you wish to edit.

   *Use the "pencil" icon to determine what portion of the content you can edit. Click on the area to enter edit mode.*





6. Click Apply to apply the changes you have made.

7. Modify the content as needed.

8. Click Save or Cancel.

*By clicking Save you are updating the system default template for the notification you have updated. You can restore any custom template in order to change it back to an earlier version.*

*To restore a template to the system default content:*

1. Click on the Company Settings tab.
2. Click on the Notifications tab.
3. Templates that have been edited will have a "restore to default" icon next to the "preview" icon.
4. Click the "Restore to Default" icon.



5. Click OK.

## Content Tags

A content tag is used to populate an email with system content such as first name, surname, primary SMTP address, etc. This can be very useful to ensure the email is personalized for the end user.

*To add a content tag to a notification template:*

1. Click on the Company Settings tab.
2. Click on the Notifications tab.
3. Edit a template and content section.
4. Select a tag from the –tags—drop-down menu.

*The tag will be added where the cursor is located.*

5. Move the tag (i.e., copy & paste) to where you would like it to be replaced by system-inserted content.
6. Click Save or Cancel.

## Notifications for Groups

Users can receive notifications in a different language than the organization that they belong to. For example, an organization can be set with English as the notification language. But users in the Paris office can be setup to receive notifications in French. This is



managed through the use of Groups. For more information about Groups, please go to Managing Users & Groups / Configuration Options for Users and Groups to learn more.

*To enable a group of users to receive notifications in another language (than the organization):*

1. Click on the Users & Groups tab.
2. Click on the Groups tab.
3. Click the Add a Group button.
4. Add users to the group.
5. Select the language from the language drop-down.
6. Click Save or Cancel.

*The users in the group will now receive notifications based on the language selected.*

## Disclaimer

Proofpoint Essentials has made it even more convenient for customers to append an outbound disclaimer to all emails coming from an organization. We also offer the ability to have multiple outbound disclaimers depending on your department or your position within the company. You can even use different disclaimers for different groups of users (i.e. sales, support, marketing).

The order of disclaimer preference is as follows:

• The organization disclaimer is applied to all registered users
• The organization disclaimer is replaced by a user or group disclaimer (if present)
• The group disclaimer is replaced by a user disclaimer (if present)

Disclaimers can be created in both HTML and plain text using a standard WYSIWYG editor to compose email disclaimers with the ability to include externally hosted images.

Before you can add a disclaimer you will need to enable the disclaimer option in the Features section.

*To enable Disclaimers:*

1. Click on the Company Settings tab.
2. Click on the Features tab.
3. Check the Disclaimer checkbox.
4. Click Save.

*To add a Disclaimer:*

1. Click on Company Settings tab.
2. Click on the Disclaimer tab.
3. Copy/Paste/Edit your content using the WYSIWYG editor.
4. Click Save.

Disclaimer related changes are reflected system wide at the top of each hour.

Proofpoint Essentials allows you to create user and group specific disclaimers. Please go to Managing Users & Groups / Configuration Options for Users and Groups to learn more.

## Social

Social Media Account Protection, powered by Proofpoint's Nexgate division, enables organizations to prevent account hacks, automatically remove malicious or inappropriate content, prevent unauthorized publishing applications, enforce compliance policy in real-time, and enable intelligent message archival.



Social Media Account Protection is available to Advanced and Professional package subscribers only.

*To enable Social Media Account Protection:*
1. Click on the Company Settings tab.
2. Click on the Features tab.
3. Check the checkbox next to Enable Social Media Account Protection.

*Once enabled, the organization administrator will receive an email from Nexgate with login and setup instructions.*

## Access Control

The Access Control page is used to limit the permissions of a system role that is assigned to a user who has rights to access Proofpoint Essentials. There are 5 roles available to Proofpoint Essentials users and they operate with the following permission model:

- Organization Administrator - End-User

*To modify the access control for a role:*
1. Navigate to the login screen.
2. Login using your account.
3. Click on the Company Settings tab.
4. Click on the Access Control tab.
5. Select the role you wish to edit.
6. Click the Show/Hide button that is next to each module you wish to alter the permission setting for that role.
7. Click Save.

Once the change has been made all users who are assigned the role that has been edited will be subject to the new permissions.

# Using Templates

Templates can be used to create common settings that are applied to a new account. When creating a new customer, you can select a template and all template settings will be applied.

Templates settings are applied during the customer creation. If a change is made to a template, it will be applied to all new customers created using the template. It will not apply to existing customers that were built using the template.

Each template has a template name and a template id. The template id can be used when provisioning a customer through Proofpoint Essentials Rest APIs. Information about Rest APIs is not included in this document.

All templates are initially disabled and will not appear in the customer creation wizard. They must be enabled before they will be visible in the customer creation workflow.

*To create a template:*
1. Navigate to the login screen.
2. Login using your account.
3. Click on the Customers tab.
4. Select the Templates tab.
5. Click on New Template button.
6. Enter the name of the template.
7. Choose the package.
8. Click on the Create Package button.

*To edit a template:*

1.   Click on the edit icon next to the template you wish you edit.



   *This will launch the Edit Template screen. You can now move through each tab to configure the settings you want to associate with your template.*

2.   Click on each tab you wish to make changes to.

   *Profile: Adjust default customer profile information.*

   *Features: Enable or disable features.*

   *Discovery: Configure SMTP Discovery settings.*

   *Filters: Create organization wide filters.*

   *Sender Lists: Add safe and/or blocked sender list entries.*

   *Domains: Specify sending servers including managed hosted services.*

   *Notifications: Customize notification content. Access: Customize access controls.*

3.   *Once you have made all the necessary changes to the template, click Done Editing or you can switch to another template by selecting the template name within the drop-down list.*

*To disable / enable a template:*

1.    Click the slider next to the template you wish to enable or disable.



*To delete a template:*

1.    Click the delete icon next to the template you wish to delete.



*To search for a template:*

1.    Enter the name of the template in the search field.

   *Search results are returned as the template name is typed.*

*To view templates by package type:*

1. Select the package type you wish to view using the drop-down list control on the Templates page. *Beginner: If selected will display templates that are associated with the beginner package.*

   *Business: If selected will display templates that are associated with the business package.*

   *Advanced: If selected will display templates that are associated with the advanced package.*

   *Professional: If selected will display templates that are associated with the professional package.*



# *Managing Users & Groups*

*In this chapter, you'll find the following topics:*
- Understanding Roles
- Managing Users
- Managing Groups
- Export Users
- Configuration Options for Users and Groups

## Understanding Roles

There are several roles that users can be assigned. They include:

### Organization Administrator

A user with the Organization Admin role is able to:

- Manage organization site

### End User

A user with the end-user role:

- Can login to the Proofpoint Essentials user interface
- Can access their Emergency Inbox
- Receives daily quarantine digest

### Silent User

A user with the silent user role:

- Cannot login to Proofpoint Essentials
- Cannot access an Emergency Inbox
- Receives daily quarantine digest

## Managing Users

Users and groups are accessed under the Users & Groups tab.  Users and groups can be added manually or through LDAP Discovery or CSV upload.

An administrator can add a user and group by providing basic details through a web form. Users can only be added if their SMTP address domain has already been registered.





*To add a user:*

1. Click on the Users & Groups tab.
2. Click on the Users tab.
3. Click on Add a User button.
4. Fill in the required information (*Required Fields). *First Name: The first name of the user.*

   *Surname: The last name (surname) of the user.*

   *Email Address: The primary email address of the user.*

   *User Privileges: The role of the user.*

   *Mobile number: A mobile number for the user.*
5. Click Save.

When you create an End-User a welcome email is sent by default. Users will be directed to click on an encoded URL in order to set their own password.

*To reset a user's password:*

1. Click on the Users & Groups tab.
2. Click on the Users tab.
3. Locate the user you wish to update.
4. Click the users name or the edit button.
5. Click on Reset Password.

   *This will automatically send user an email with a link to create a new password.*

*To update a user:*

1. Click on the Users & Groups tab.
2. Click on the Users tab.
3. Locate the user you wish to update.
4. Click the users name or the edit button.
5. Update information as needed.
6. Click Save.

*To delete a user:*

1.   Click on the Users & Groups tab.
2.   Click on the Users tab.
3.   Locate the user you wish to delete.
4.   Check the checkbox next to the user.
5.   Click the Select list and select Delete.
6.   Click Apply.

*To add an alias to a user:*

1.   Click on the Users & Groups tab.
2.   Click on the Users tab.
3.   Click on the name of the user you wish to add the alias to.
4.   Click on the Aliases tab.
5.   Click Add Alias.
6.   Type the alias into the text box.
7.   Click Save.
8.   Repeat as necessary.

## Managing Groups

Groups can be used to apply specific filters or append disclaimers. If you are using LDAP Discovery to sync with Active Directory, mail-enabled groups will automatically be created. You can also create and manage groups manually if needed.

*To create a group:*

1.   Click on the Users & Groups tab.
2.   Click on the Groups tab.
3.   Click on Add a Group button.
4.   Enter a group name and description.
5.   Select a group language (or leave it as default)
6.   Click Save.

*To add users to a group:*

1.   Click on Users & groups tab.
2.   Click on the Groups tab.
3.   Click on the Group name.
4.   Click the Add Members tab.
5.   Check the checkbox next to the user you wish to add to the group.
6.   Click Add.

*To remove users from a group:*

1.   Click on Users & groups tab.
2.   Click on the Groups tab.
3.   Click on the Group name.
4.   Click the Remove Members tab.
5.   Check the checkbox next to the user you wish to remove from the group.
6.   Click Remove.

*To delete a group:*

1. Click on Users & groups tab.
2. Click on the Groups tab.
3. Check the checkbox next to the group you wish to delete.
4. Click the Select list and select Delete.
5. Click Apply.

## Export Users

You can export users from Proofpoint Essentials to a CSV file. The export includes basic user information (email address, first name, last name) and all associated aliases.

*To export a list of users:*

1. Click on the Users & Groups tab.
2. Click on the Users tab.
3. Click on CSV Export button.

Note: If the export contains entries that contain non-ascii characters, than you may experience issues when importing data into some spreadsheet applications. A UTF-8 capable text editor will be able to display the data properly.

## Configuration Options for Users and Groups

You may need to treat certain users and/or groups of users differently than the rest of the organization. Proofpoint Essentials allows you to apply user-specific configurations to spam settings and quarantine digest as well as create custom filters and disclaimers.

**Users**

*To adjust a user's spam settings:*

1. Click on the Users & Groups tab.
2. Click on the Users tab.
3. Click on the name of the user you wish to manage.
4. Click on the Spam Settings tab.
5. Make necessary adjustments.
6. Click Save.

For more information about spam settings, please refer to: Managing Customers / Configuration Options for Customers / Spam.

*To adjust a user's disclaimer preferences:*

1. Click on the Users & Groups tab.
2. Click on the Users tab.
3. Click on the name of the user you wish to manage.
4. Click on the Digests tab.
5. Make necessary adjustments.
6. Click Save.

For more information about digests, please refer to: Managing Customers / Configuration Options for Customers / Digests.

*To force the delivery of the digest for a user:*

1. Click on the Users & Groups tab.
2. Click on the Users tab.
3. Click on the name of the user you wish to manage.
4. Click on the Digests tab.



5.   Click Send Digest.

*To create a disclaimer for a user:*
1.   Click on the Users & Groups tab.
2.   Click on the Users tab.
3.   Click on the name of the user you wish to manage.
4.   Click on the Disclaimer tab.
5.   Copy/Paste/Edit your content using the WYSIWYG editor.
6.   Click Save.

For more information about disclaimers, please refer to: [Managing Customers / Configuration Options for Customers / Disclaimer](#).

*To create a filter for a user:*
1.   Click on the Users & Groups tab.
2.   Click on the Users tab.
3.   Click on the name of the user you wish to manage.
4.   Click on the Filters tab.
5.   Click on Add a Filter (or Add the First Filter)
6.   Enter the filter information
      *Note: The filter scope is set to the user.*
7.   Click Save.

For more information about filters, please go refer to: [Managing Customers / Configuration Options for Customers / Filters](#).

*To add an entry to Safe and/or Blocked sender lists:*
1.   Click on the Users & groups tab.
2.   Click on the Users tab.
3.   Add an SMTP Address ([user@domain.com](mailto:user@domain.com)) or Domain (*@domain.com) to the proper table *Note: Safe Sender List will mean emails from specified senders will not be scanned for Spam. Blocked Sender List will mean all emails from specified senders will be quarantined.*
4.   Click Save.

*To create a custom Access Control for a user:*
1.   Click on the Users & groups tab.
2.   Click on the Users tab.
3.   Click on the name of the user you wish to manage.
4.   Click on the Access Control tab.
5.   If you have not created an access control for the User, click on the Add Access Control button. If an Access Control has already been created, skip to Step 7.
6.   Click the Add Access Control button.
7.   Click the Show / Hide button next to each control that you wish to edit.
      *Note: User Access Controls take priority over Role Access Controls. For example: If End-Users have Hide set for the Spam tab but a specific user has Show set for the Spam tab, user will see the Spam tab and all other users will not see the Spam tab.*
8.   Click Add.

**Groups**

*To create a disclaimer for a group:*

1.  Click on the Users & Groups tab.
2.  Click on the Groups tab.
3.  Click on the name of the group you wish to manage.
4.  Click on the Group Disclaimer tab.
5.  Copy/Paste/Edit your content using the WYSIWYG editor.
6.  Click Save.

For more information about disclaimers, please refer to: [Managing Customers / Configuration Options for Customers / Disclaimer](#).

*To create a filter for a group:*

1.  Click on the Users & Groups tab.
2.  Click on the Groups tab.
3.  Click on the name of the group you wish to manage.
4.  Click on the Group Filters tab.
5.  Click on Add a Filter (or Add the First Filter)
6.  Enter the filter information
    *Note: The filter scope is set to the group.*
7.  Click Save.

For more information about filters, please refer to: [Managing Customers / Configuration Options for Customers / Filters](#).



# Accessing Additional Features

*In this chapter, you'll find the following topics:*

- Using Email Logs
- Instant Replay
- System Alerts
- Accessing Emergency Inbox
- Reports

## Using Email Logs

As the Proofpoint Essentials platform processes a message, data about the message is captured and stored in a log. The log search feature enables you to run searches on this data using different criteria. You can then view the search results and drill down to details about specific messages.

Use the log search to track messages for inbound and outbound traffic, and to track all messages for a specific sender, recipient, domain, or sub domain. You can also use log search to confirm whether a specific filter was triggered by a message and confirm the status of processing. If necessary, you can later analyze filter settings that may be affecting traffic.

**Searching Logs**

Access to an organizations email logs depends on your account privilege level.  Access to log search is granted initially to all accounts for their own email addresses only; Organization & Channel administrators have the ability to search logs for all licensed users and their respective email addresses.



Please note: Logs contain information about email messages processed and not the actual message itself.

*To search logs for a specific user:*

1. Click on the Logs tab.
2. Click the user whose logs you wish to search.
3. Choose type.

   *Inbound: Will search against all inbound email.*

   *Outbound: Will search against all outbound email.*

4. Choose date range. *Today*

   *Today and Yesterday*

   *The Last week*

   *The Last 2 weeks*

   *The Last 30 days*

5. Choose status

   *Any: Will display any email associated with the user.*

   *Quarantined: Will display email that belongs to the user and was quarantined.*

   *Reported (misclassified): Will display email that was reported by the user as spam.*

   *Blocked: Will display email that was blocked by Proofpoint Essentials.*

   *Cleared: Will display email that was cleared by Proofpoint Essentials.*

   *Cleared (But Queued for delivery): Will display email that was cleared by Proofpoint Essentials but has not yet been delivered.*

   *Cleared (but Bounced by destination): Will display email that was cleared but was bounced by destination. Cleared (Released from quarantine): Will display email that was cleared based on the action of a user or administrator*

6. Enter sender, recipient and/or subject content.

   *Wildcard Domains are supported (format: domain.com)*

7. Click Search.

Advanced search options are available. This will add the ability to search based on additional categories such as:

- Filtered: Block - Display emails that have been blocked by a filter
- Spam - Display emails that have been classified as spam
- Virus - Display emails that have been identified as containing a virus
- Clean - Display emails that have been classified as clean
- Filtered: Allow - Display emails that have been cleared by a filter

*To search logs for all licensed users:*

1. Click on the Logs tab.
2. Click on the Licensed Users tab.
3. Choose Search Options.
4. Click Search.

## Viewing Search Results

Once you perform a search the system will execute the criteria against the log data and return search results to the screen. You can adjust the criteria if necessary and perform a new search.

*Please note: There is a 1,000 record limit for search results.*

The search results are displayed in a table and detailed information about each message is displayed including: •       From (Includes both **'From' Header** and Envelope Sender when available.)

- To
- Subject
- Date/Time
- Category
- Size
- Status

*To view details about a specific message:*

1. Locate the message you wish to view.
2. Click on the Detail button next to the message in question.

*A pop-up window will appear and include a variety of information about the email. In addition, you can create filters to block content directly from this screen.*



*To create a filter from the message detail screen:*

1.  Click on the filter drop box.
2.  Select the appropriate action *block this address: Will create a filter and block all emails from this address for the user.*

    *block this domain: Will create a filter and block all emails from this domain for the user.*

In addition to viewing details about a specific message, a user or the organization administrator can view a message that has been quarantined. This allows the user to view the content to determine if this message should be released from the Quarantine or confirmed as Spam.

*To view a specific message:*

1.  Locate the message you with to view.
2.  Click on the View button next to the message in question.

*A pop-up window will appear with the message and message header.*

*To view the header of a specific message:*

*   While the message is opened, click the arrow icon and it will expand the screen to show you the message header.

*To download a specific message:*

*   While the message is opened, click the download button and the original email message will be downloaded locally.

## Actions

There are a number of actions you can take on one or more messages in the email logs.

### Release from Quarantine

Will release the selected email(s) from the quarantine and deliver it to its intended recipient.

### Release from Quarantine

Will release the selected email(s) from the quarantine and deliver it to its intended recipient. In addition the sender will be added to the safe sender list.

### Resend (Instant Replay)

This will re-send the selected email(s) to the user.

### Not Spam

This will inform the spam engine that the selected email is not spam.

### This is Spam

This will inform the spam engine that the selected email is spam.

### Delete

This will delete the email from the logs.

*To perform an action against one or more messages:*

1.  Click on the Logs tab.
2.  Click on the Licensed Users tab.
3.  Click the user whose logs you wish to search.
4.  Choose Search Options.
5.  Click Search.
6.  Check the checkbox next to the message you wish to apply an action to.

44

7. Click the Actions drop-down list.

8. Select the appropriate action.

9. Click Apply

# System Alerts

System alerts refer to email alerts that are generated and delivered automatically by Proofpoint. These alerts are sent to internal users who send email that is filtered by Proofpoint. System alerts are sent in the following conditions:

- An email is blocked from delivery because it contains a Virus
- An email is blocked from delivery because it contains an attachment that has been identified as malicious (Requires Attachment Defense to be enabled)
- An email is blocked from delivery because it is suspected as being spam

System alerts are sent to the internal sender. If the sender is a silent user, the alert will be sent to the administrator associated with the account. System alerts contain links to the original email, which users can use in order to view the email and release it if necessary. Emails that contain viruses or malicious attachments cannot be released.

*To temporarily disable system alerts:*

1. Locate a system alert email that you have received.

2. Click on the link that aligns to the time you wish to suspend delivery:
   - 1 hour
   - 3 hours
   - 24 hours

3. The system will disable the delivery of an alert for the time period specified.

# Accessing the Emergency Inbox

Emergency Inbox is used to provide users access to email in the event that their mail environment is unavailable. Once this occurs Proofpoint will automatically begin to spool mail for the effected domain and the emergency inbox will immediately begin to show the spooled mail. Users are able to send new messages as well as reply to received messages. Users are unable to see messages that were successfully delivered prior to mail delivery being impacted.





Once email delivery has been restored any emails that a user sent (both new and replies) will be automatically delivered to the users inbox.

### *To access Emergency Inbox (User)*
1.  Open a web browser and navigate to the appropriate URL.
2.  Enter your login email address and password.
3.  Click on the Emergency Inbox tab.

*A new window will launch. If email is being spooled than any spooled messages will be seen.*

### *To send an email using Emergency Inbox:*
1.  Click on the Emergency Inbox tab.
2.  Click on the Create a new message icon.
3.  Enter the recipient.
4.  Enter the subject and message body.
5.  Click the Send now icon.

### *To reply to an email using Emergency Inbox:*
1.  Click on the Emergency Inbox tab.
2.  Click on the Reply to sender icon.
3.  Enter the message body.
4.  Click the Send now icon.

***Note: Only a user or their organization administrator can access their Emergency Inbox.***

## Reports

Proofpoint Essentials provides a number of reports for both administrators and users. Reports cover areas such as:

*   Email Flow
*   Bandwidth
*   My Domains
*   External Domains

Reports can be viewed in the user interface as well as printed and exported.

### *To create a favorite report:*
1.  Open a web browser and navigate to the appropriate URL.
2.  Click on the Reports tab.
3.  Select the report you wish to view.
4.  Click the cog icon.
    The cog icon is located on the right hand side of the screen.
5.  Select Save as Favorite.
6.  Enter a name for your report.

Your favorite report is now listed on the report page and can be accessed by clicking on the report name.

### *To export a report:*
1.  Click on the Reports tab.
2.  Select the report you wish to view.
3.  Click the cog icon.
4.  Choose Export Option.

*Export to PDF*

*Export to CSV*

*To schedule a report for weekly delivery:*

1. Click on the Reports tab.
2. Select the report you wish to view.
3. Click the cog icon.

   The cog icon is located on the right hand side of the screen.
4. Select Save as Favorite.
5. Enter a name for your report.
6. Click on the Schedule List tab.
7. Click Add a Report Schedule.
8. Enter a description.
9. Choose frequency.
10. Enter SMTP address for delivery.
11. Select your report from the Choose a Report (based on favorites) drop-down list.
12. Click Save.



# Archive

*In this chapter, you'll find the following topics:*

- Configuring Proofpoint Essentials Archive
- Using the Archive

## Configuring Proofpoint Essentials Archive

The Proofpoint Essentials Archive leverages the journaling capability included in Microsoft Exchange. When enabled, journaling records a copy of all internal and external email communications in your organization and sends them to a dedicated mailbox on an Exchange Server. Proofpoint Essentials supports Envelope Journaling only on Microsoft Exchange Server 2007 and 2010.

Journaling copies the body of an email message and its transport envelope information (P2 header). The envelope information includes the sender and all recipients, including BCC recipients and recipients in distribution lists. Envelope journaling presents the information in a usable format so that the Proofpoint Essentials Archive can retrieve the enveloped message and place it in the archive whereby it can then be subjected to the search and discovery functionality required.

*This guide assumes you have Journaling configured for the Exchange Server in question. For more information on Journaling configurations see:* http://technet.microsoft.com/en-us/library/aa997525(EXCHG.65).aspx
*To confirm archive is enabled:*

1. Click on the Company Settings tab.
2. Click on the Features tab.
3. Ensure Enable Proofpoint Essentials Archive checkbox is enabled.
4. Click Save.

Once the Proofpoint Essentials Archive has been enabled you now need to add a Microsoft Exchange Server to start archiving email.

To *add MS Exchange Server*

1. Click on the Archive tab.
2. Click on the Cog button in the top right hand side of the screen.
3. Navigate to the MS Exchange Servers section.
4. Click on Add New Connection.
5. Enter details about your environment.
   *Server Name: The IMAP host name that Proofpoint Essentials should connect to. Port:  The value should be 143 (IMAP).*
   *SSL Port: The value should be 993 (IMAP over SSL).*
   *Username: This account that should have permissions to access the journal account.*
   *Password: The password that belongs to the account. Connection Mode: Select SSL.*
6. Click Save.

*To test MS Exchange Server instance:*

1. Click on the Archive tab.
2. Click on the Cog in the top right hand side of the screen.
3. Navigate to the MS Exchange Servers section.
4. Click Test.

*To edit an MS Exchange Server instance:*

1. Click on the Archive tab.

48

2.   Click on the Cog in the top right hand side of the screen.

3.   Navigate to the MS Exchange Servers section.

4.   Click Edit.

*To stop MS Exchange Server instance:*

1.   Click on the Archive tab.

2.   Click on the Cog in the top right hand side of the screen.

3.   Navigate to the MS Exchange Servers section.

4.   Click Stop.

*To delete MS Exchange Server instance:*

1.   Click on the Archive tab.

2.   Click on the Cog in the top right hand side of the screen.

3.   Navigate to the MS Exchange Servers section.

4.   Click Delete.

*To verify connectivity to MS Exchange Server:*

1.   Click on the Archive tab.

2.   Click on the Cog in the top right hand side of the screen.

3.   Navigate to the MS Exchange Servers section.

4.   Locate the Active icon (checkmark).

*A "checkmark" identifies proper connectivity with the MS Exchange Server. An "X" identifies a connectivity issue with the MS Exchange Server.*

# Using the Proofpoint Essentials Archive

Once the Proofpoint Essentials Archive has been enabled and an MS Exchange Server has been added successfully the archive will automatically start to collect emails from the remote server.

## Who can search the archive?

Organization administrators have permission to search the archive for all users across the organization.

End users have permission to search their own archive. This means they can only search emails where they are the sender or a recipient (either directly or as a member of a group).

*To search the archive:*

1.   Click on the Archive tab.

2.   Enter the appropriate criteria for your search.

*Date / From: Select the FROM date of the range you are interested in.*

*Date / To: Select the TO date of the range you are interested in.*

*Date Type: Choose either send date, received date or archived date.*

*Search By: Choose the location of the message area you wish to search; includes: Subject, Body, To, From, CC, BCC, attachment body, and attachment name.*

*Matches: Choose the relationship between the terms defined; includes: Any of these words (OR), All of these words (AND), and None of these words (NOT).*

3.   Click Search.



## Viewing Search Results

Once you perform a search the system will execute the criteria against your archived data and return search results to the screen. You can further refine search criteria if necessary. There is a 1,000 record limit for search results.

Search results are displayed in a table and detailed information about each message is displayed including:

- Size (Kb)
- Sent date
- Received date
- Archive date
- From
- To
- Subject

*To view a message:*

1.  Click on the **View** link next to the message in question.

*To download a message:*

1. Click on the **Download** link next to the message in question. *Downloaded emails are in EML format.*

When viewing a message you can perform multiple actions for the message in question.

*To view the list actions:*

1.  Click on the Actions drop down.
2.  Select desired Option.

## Redeliver

Provides users with the ability to have an archived email submitted to the Proofpoint Essentials email relay service for redelivery to each of the messages original recipients. The email will show up in the inbox of the original recipients in a matter of moments.

## Forward to

Provides users with the ability to have an archived email forwarded to a desired email address. The email will show up in the inbox as an attachment from the Proofpoint Essentials Archive system.

## Export

Provides users with the ability to have an archived email exported in an email format, which can then be managed by a Microsoft Outlook client as desired.



# Appendix I – Configuring Office 365

## Before you Start

Before continuing with the provisioning and configuration of the Proofpoint Essentials service, it is recommended that you have the information listed below.

**Information needed for configuring Proofpoint Essentials**

- MX record(s) for domain(s) you are configuring

**Information needed for configuring Office 365**

- Proofpoint Essentials IPs
- Smart Host for Proofpoint Essentials

*Please refer to the following knowledge base article for this information:*
*http://support.proofpointessentials.com/index.php?/default_import/Knowledgebase/Article/View/75/2/proofpointessentials-data-centre-and-spf-information*

## Setup Inbound Mail Flow

Proofpoint Essentials is deployed between the customer's Office 365 environment and the Internet. Inbound mail is routed to Proofpoint Essentials by changing the customer's MX records. After email is processed by Proofpoint Essentials it is routed to Office 365.

**Configure Proofpoint Essentials**

### Locate your MX record for the domain in Office 365

1. Login to the Office 365 Admin portal.
2. Click on Domains from the left side navigation panel.
3. Select the domain you wish to manage.
4. Click Domain Settings.
5. Under Exchange Online, locate the MX row in the table from the Points to address column.
6. Keep this information readily accessible.

### Register domain with Proofpoint Essentials

*WARNING: Follow these steps to add a domain before you change your MX records for that domain. If you change your MX records before these steps are completed, you may lose mail.*

1. Open a new browser tab and login to Proofpoint Essentials.
2. Click on the Domains tab.
3. Click on Add New Domain.
4. Enter your domain name (e.g., seroom.com).
5. Select purpose (Relay).



6.  Copy the MX row value from **the Points to address column** in the Office 365 Admin portal located previously in a separate tab.
7.  Click Save.

## Configure Office 365

You may want adjust your spam filtering policy in Office 365 to by-pass filtering for clean mail that is being sent from Proofpoint Essentials.

### By-pass Spam Filtering in Office 365

1.  Login to the Office 365 Admin portal.
2.  Click on Admin on the left side navigation panel.
3.  Click on Exchange.
4.  Click the protection link on the left side navigation panel.
5.  Click on connection filter.
6.  Click the pencil icon to edit the default connection filter.
7.  Click connection filtering.
8.  Click the + icon to add Proofpoint IP addresses to the exception list.
9.  Repeat this step for each Proofpoint IP address entry.
10. Click Save.

You will need to create a rule to allow email to be sent from Proofpoint Essentials.

### Add a mail flow rule to only allow email from Proofpoint Essentials

1.  Login to the Office 365 Admin portal.
2.  Click on Admin on the left side navigation panel.
3.  Click on Exchange.
4.  Click the mail flow link on the left side navigation panel.
5.  Click + to access the pull down menu.
6.  Select "Restrict messages by sender or recipient..." from the pull down menu.
7.  In the new rule window, complete the required fields:
    a.  For "Name", provide a name that is descriptive such as "Enter Only accept mail from Proofpoint".
    b.  For "Apply this rule if..." select "The Sender is located..." and "Outside the organization".
    c.  For "Do the following..." select "Delete the message without notifying anyone".
    d.  Deselect the "Audit this rule with severity level" option.
    e.  For "Choose a mode for this rule" select "Enforce".
    f.  Click More options.
    g.  Click add exception.
    h.  Select "the sender IP address is in any of these ranges or exactly matches".
    i.  Add Proofpoint IP addresses to the IP address list.
    j.  Click OK.
    k.  Click Save.

# Setup Outbound Mail Flow

Proofpoint Essentials is deployed between the customer's Office 365 environment and the Internet. Outbound mail is routed to Proofpoint Essentials by setting up a connector. This will route all outbound email to Proofpoint Essentials.

**Configure Proofpoint Essentials**

## Enable Outbound Relaying

1. Login to your Proofpoint Essentials interface.
2. Click on the Features tab.
3. Check Enable Outbound Relaying.
4. Click Save.

## Add a Sending Server

1. While logged into your Proofpoint Essentials interface, click on the Domains tab.
2. Click on Managed Hosted Services.
3. Choose Office 365.
4. Click Save.

*Proofpoint Essentials uses the latest IP ranges for Office 365 published by Microsoft.*

**Configure Office 365**

In order to configure this scenario, you must create an outbound connector that routes mail to your specified server.

1. Login to the Office 365 Admin portal.
2. Click on Admin on the left side navigation panel.
3. Click on Exchange.
4. Click the mail flow link on the left side navigation panel.
5. Click connectors.
6. Click + to access the pull down menu.
   a. For "From" select "Office 365".
   b. For "To" select "Partner Organization".
   c. Click Next.
   d. For "Name", provide a name. For "Description", provide a description.
   e. Leave the "turn it on" checked (enabled).
   f. Click Next.
   g. For "When do you want to use this connector?" select "Only when email messages are sent to these domains"
   h. Click +.
   i. Enter * to specify all domains.
   j. Click OK.
   k. Click Next.
   l. For "How do you want to route email messages? " Select "Route email through these smart hosts".
   m. Click +.
   n. Enter Proofpoint smart host value (i.e., outbound-us1.ppe-hosted.com)
   o. Click Save.
   p. Click Next.
   q. For "How should Office 365 connect to your partner organization's email server?" choose your preferred approach.

   *If you choose "Always use Transport Layer Security (TLS) to secure the connection", please choose "Any digital certificate, including self-signed certificates".*

   r. Click Next.
   s. Click Next.
   t. *In order to validate the connector you will need to add an email address to send the results to.*
   u. Click +
   v. Enter an email address.
   w. Click OK.
   x. Click Validate.

   *Use validation results to troubleshoot any configuration problems that are identified.*

   Click Save.

# APPENDIX
# 113

US 20070136806A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: US 2007/0136806 A1

Berman (43) **Pub. Date: Jun. 14, 2007**

(54) **METHOD AND SYSTEM FOR BLOCKING PHISHING SCAMS**

(75) Inventor: **Reuben Berman**, Beer-Sheva (IL)

Correspondence Address:
**DR. MARK FRIEDMAN LTD.**
**C/o Bill Polkinghorn**
**9003 Florin Way**
**Upper Marlboro, MD 20772 (US)**

(73) Assignee: **ALADDIN KNOWLEDGE SYSTEMS LTD.**

(21) Appl. No.: **11/302,274**

(22) Filed: **Dec. 14, 2005**

**Publication Classification**

(51) **Int. Cl.**
*G06F 12/14* (2006.01)

(52) **U.S. Cl.** ............................................................ **726/22**

(57) **ABSTRACT**

The present invention is directed to a method for blocking phishing, the method comprising the steps of: upon activating a hyperlink within an email message by a user's email client: sending the original URL reference of the hyperlink to a phishing inspection utility; testing the original URL reference by the phishing inspection utility for being a phishing URL; if the original URL is not found as phishing URL, directing a browser of the user to the original URL. The method may further comprise the step of: replacing the original URL reference of the hyperlink with a URL reference of the phishing inspection utility; and setting the original URL reference as a parameter to the URL reference of the phishing inspection utility, thereby on activating the hyperlink providing to the inspection utility the URL reference to be tested.



Case 0:20-cv-60416-AMC Document 69-18 Entered on FLSD Docket 05/26/2021 Page 258 of 833



**Fig. 1**
**Prior Art**

# Fig. 2
## Prior Art



**Fig. 3**
*Prior art*



**Fig. 4**
*Prior art*



***Fig. 5a***
*Prior art*

. . .

<a href="http://www.suspected.com/">Click here to update your account</a>

URL to be accessed        Text to be displayed

***Fig. 5b***

. . .

<a href="http://www.inspection.com/ ? www.suspected.com">Click here to update your account</a>

URL to be accessed        Parameter        Text to be displayed

This is an example of phishing that uses HTML form:

Enter you details:

First name: [        ]
Last name: [        ]
Credit card number: [          ]

By clicking the "Submit" button, your details will be sent to eBay.com.

[Submit]

## Fig. 6a
### Prior art

```
<p>This is an example of phishing that uses HTML form:</p>
<p> Enter you details: </p>
<form action="http://www.suspected.com/phisher.asp" method="get">
First name: <input type="text" name="fname" /> <br />
Last name: <input type="text" name="lname" /> <br />
Credit card number: <input type="text" name="ccard" /> <br />
<p> By clicking the "Submit" button, your details will be sent to eBay.com. </p>
<input type="submit" value="Submit" />
```

## Fig. 6b
### Prior art

```
<p>This is an example of phishing that uses HTML form:</p>
<p> Enter you details: </p>
<form
action="http://www.inspection.com/inspector.asp?www.suspected.com/phisher.asp"
method="get">
First name: <input type="text" name="fname"  /> <br />
Last name: <input type="text" name="lname" /> <br />
Credit card number: <input type="text" name="ccard" /> <br />
<p> By clicking the "Submit" button, your details will be sent to eBay.com. </p>
<input type="submit" value="Submit" />
```

## Fig. 6c



**Fig. 7**

US 2007/0136806 A1                                                                    Jun. 14, 2007

1

## METHOD AND SYSTEM FOR BLOCKING PHISHING SCAMS

### FIELD OF THE INVENTION

[0001]   The present invention relates to the field of phishing detection and blocking.

### BACKGROUND OF THE INVENTION

[0002]   The term "phishing" refers in the art to a scam in which a legitimate-looking email, that looks like it has been sent from a legitimate enterprise, attracts a recipient thereof to click a link which directs his browser to a different web site than it suppose to. In this web site he may be asked to update his private information, such as his user name and password, credit card number, social security number, etc. The web site however is a spoof and is set up only for stealing the user's information.

[0003]   Currently the solutions for blocking phishing put the emphasis on the user cautiousness and ability to identify phishing attempts. For example, the U.S. Federal Trade Commission (FTC) in an article from June 2004 titled as "How Not to Get Hooked by a 'Phishing' Scam" proposes several steps of how to block phishing, such as "Don't email personal or financial information", or "Be cautious about opening any attachment or downloading any files from emails you receive, regardless of who sent them." (http://www.ftc.gov/bcp/conline/pubs/alerts/phishingalrt.htm)

[0004]   The web site of http://www.internetidentity.com/news.html presents recent phishing attacks and how to identify them:

[0005]   "eBay never send their users emails requesting personal details in this way.",

[0006]   "The REAL URL of the spoof website has been chosen to look very similar to the actual eBay URL. Do not be fooled!";

[0007]   "The REAL URL of the spoof website is disguised as "http://signin.ebay.com/aw-secure/cc-update.html".

[0008]   FIG. 1 is a phishing email message that was reported to millersmile.co.uk. If the user clicks the hyperlink 1, i.e. the "http://signin.ebay.com/ws2/eBayISAPI.dl", his browser is directed to the phisher's web site.

[0009]   FIG. 2 is a web page to which a user that has clicked the hyperlink 1 is directed. The details the user enter on the web page are described in FIG. 2, such as the eBay User ID and Password, are sent to the phisher, which may use them in a malicious manner.

[0010]   Phishing e-mails can appear to be from any bank, credit card companies, an online retail store, PayPal, eBay, and so forth. The people behind phishing, the scammers, send out millions of these scam e-mails, hoping that even a few recipients will fall into the trap and provide their personal and financial information. Actually, anyone with an e-mail address is at risk of being phished. Furthermore, any e-mail address that has been made public on the Internet, e.g. by posting in forums, newsgroups, or on a Web site, can be used as a phishing email.

[0011]   Publication WO 2005/027016 discloses a method for detecting phishing. In some embodiments, the technique presented on this publication comprises extracting a plural-ity of reference points, classifying the plurality of reference points, and detecting that the message is a phish message based on the classified reference points. The importance of the method is that it can be used in an automated system.

[0012]   FIG. 3 schematically illustrates operation and infrastructure of email delivering and blocking, according to the prior art. A mail server 10 maintains email accounts 11 to 14, belonging to users 41 to 44 respectively. Another mail server 20 serves users 21 to 23. The mail server 10 also comprises an email blocking facility 15, for detecting the presence of malicious code within incoming email messages, and blocking malicious messages.

[0013]   An email message sent from, e.g., user 21 to, e.g., user 42, passes through mail server 20, through Internet 100, until it reaches mail server 10. At mail server 10, the email message is scanned by blocking facility 15, and if no malicious code is detected, it is then stored in email box 12, which belongs to user 42. The next time user 42 opens his mailbox 12 he finds the delivered email message.

[0014]   Referring again to FIG. 3, in the prior art it is common that the phishing detection and blocking activities, such as those described in WO 2005/027016, are carried in the blocking facility 15. The activity of blocking facility 15 may be carried out by a plurality of servers 16, as illustrated in FIG. 4, in order to be able to server a large number of users and emails. In order to improve the operation of servers 16 it is common to employ a load balancing mechanism, which results in increased complexity and a higher cost for the purpose of maintaining the facility 15.

[0015]   Referring again to FIG. 4, the blocking utility 15 makes use of a database 17 which keeps update information related to phishing detection and blocking. For example, the database 17 may maintain a "black list" of phishing URLs. Thus, during the phishing detection operation each URL within an email message is compared with the URLs of the black list, and if such URL is found within an email message, it can be removed from the email message and replaced by a URL which displays a warning, etc.

[0016]   The phishing black list within the database 17 is kept updated by sending updated information from a central server through the Internet to databases that server organizations, ISPs etc., in the same manner of a virus list. However, since a user doesn't necessarily open an email message at the moment it is received in his mailbox, but can do it later on, there is a reasonable chance that the phishing inspection that was carried out earlier in the email server is not ultimate since new URLs might be added to the phishing black list during the period passed from the time an email message is received at the mail server, until the time the user opens the email message.

[0017]   It should be noted that the blocking utility 15 doesn't necessarily have to reside at an email server, but also at a gateway to a local area network, a firewall server, etc. Actually, the blocking utility 15 is deployed on a "mail junction", i.e. a point in the course of an email message from a sender thereof to a recipient thereof.

[0018]   It is an object of the present invention to provide a method and system for blocking phishing, which decreases the processing effort required for detecting and blocking phishing.

2

**[0019]**  It is another object of the present invention to provide a method and system for detecting and blocking phishing, which employs an updated black list of phishing URLs.

**[0020]**  Other objects and advantages of the invention will become apparent as the description proceeds.

SUMMARY OF THE INVENTION

**[0021]**  In one aspect, the present invention is directed to a method for blocking phishing, the method comprising the steps of: upon activating a hyperlink of an email message at a user's email client, testing the URL reference of the hyperlink for being a phishing URL; and if the URL is not indicated as a phishing URL, directing a browser of the user to the URL. According to one embodiment of the invention, the operation of testing the URL reference of a hyperlink for being a phishing URL is carried out by searching the URL reference in an updated black list of phishing URL references. Preferably the black list is updated by a phishing center over a network.

**[0022]**  In another aspect, the present invention is directed to a method for blocking phishing, the method comprising the steps of: upon activating a hyperlink within an email message by a user's email client: sending an original URL reference of the hyperlink to a phishing inspection utility; testing the original URL reference by the phishing inspection utility for being a phishing URL; if the original URL is not found as phishing URL, directing a browser of the user to the original URL. According to a preferred embodiment of the invention, the sending operation includes the steps of: replacing the original URL reference of the hyperlink with a URL reference of the phishing inspection utility; and setting the original URL reference as a parameter to the URL reference of the phishing inspection utility, thereby on activating the hyperlink providing to the inspection utility the URL reference to be tested. According to a preferred embodiment of the invention, the testing is carried out by searching the original URL reference within a black list of known phishing URL references. Preferably, the phishing inspection utility is located remotely to the email client.

**[0023]**  In yet another aspect, the present invention is directed to a method for blocking phishing, the method comprising the steps of: at a point in a path of an email message from a sender thereof to a recipient thereof: replacing an original URL reference of a hyperlink within the email message with a URL reference of a phishing inspection utility, and setting the original URL reference as a parameter of the URL reference of the phishing inspection utility; upon activating the hyperlink from an email client: sending the original URL reference of the hyperlink to the phishing inspection utility; testing the original URL reference by the phishing inspection utility as being a phishing URL; if the original URL is not found as phishing URL, directing a browser of the user to the original URL. According to one embodiment of the invention, the testing is carried out by searching the original URL reference within a black list of known phishing URL references. Preferably, the phishing inspection utility is located remotely to the email client.

**[0024]**  In a further aspect, the present invention is directed to a system for blocking phishing of an email message to be displayed by an email client, comprising: a phishing inspec-

tion utility; a utility for sending a URL reference of an activated hyperlink of an email message to the phishing inspection utility instead of directing a browser to the URL; a utility for activating a browser to access the URL. if the testing indicates that the URL is not a phishing URL. According to one embodiment of the invention the utility for testing a URL as being a phishing URL determines the URL as phishing URL if the URL exists within a black list of phishing URL references. The system may further comprise a center for updating the black list of phishing URL references.

BRIEF DESCRIPTION OF THE DRAWINGS

**[0025]**  The present invention may be better understood in conjunction with the following figures:

**[0026]**  FIG. **1** is a phishing email message that was reported to millersmile.co.uk, according to the prior art.

**[0027]**  FIG. **2** is a web page to which a user that has clicked the hyperlink of FIG. **1** is directed, according to the prior art.

**[0028]**  FIGS. **3** and **4** schematically illustrate operation and infrastructure of email delivering and blocking, according to the prior art.

**[0029]**  FIG. **5***a* illustrates an anchor within an email message, according to the prior art. FIG. **5***b* illustrates the anchor of FIG. **5***a* as amended according to a preferred embodiment of the invention.

**[0030]**  FIG. **6***a* illustrates a part of an email message that comprises a form, according to the prior art. FIG. **6***b* is the corresponding HTML of FIG. **6***a*. FIG. **6***c* illustrates the amendment to the HTML part of FIG. **6***b*, according to a preferred embodiment of the invention.

**[0031]**  FIG. **7** is a flowchart of a method for blocking phishing scams, according to a preferred embodiment of the invention.

DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS

**[0032]**  Hyperlinks cannot be added to plain-text email messages. Hyperlinks can be added to email messages that employ markup notation, such as HTML, XML, Rich text (RTF), and so forth. The Outlook email client, for example, supports plain text, HTML and Rich text, which is also a markup notation.

**[0033]**  The Anchor Tag and the HREF attribute of HTML (Hypertext Markup Language) uses the <a> (anchor) tag to create a link to another document. An anchor can point to any resource on the Web: an HTML page, an image, a sound file, a movie, etc. The syntax of an anchor in HTML is:

**[0034]**  <a href="url-reference"> Text to be displayed</a>

**[0035]**  The <a> tag is used to create an anchor to link from, and the HREF attribute is used to address the document to link to, and the words between the open ("<a—>") and close ("/a>") of the anchor tag are displayed as a hyperlink. The "url-reference" is the hyperlink reference".

**[0036]**  The following anchor defines a link to eBay.com:

<a href="http://www.weBay.com/">Visit eBay!</a> and will look in a browser as "Visit eBay!".

[0037]   FIG. **5***a* illustrates an anchor within an email message, according to the prior art. The message is in HTML. The text to be displayed within the email message is "Click here to update your account". By clicking this text the user's browser is directed to http://www.suspected.com/, i.e. the phishing URL.

[0038]   According to a preferred embodiment of the invention, anchors within an email message are amended such that the pointed URL is replaced to point at an inspection URL, and the original URL is provided to the inspection URL as parameter.

[0039]   FIG. **5***b* illustrates the anchor of FIG. **5***a* as amended according to a preferred embodiment of the invention. The text to be displayed within the email message is "Click here to update your account", as in FIG. **5***a*, however by clicking the text the user's browser is directed to www.inspection.com, in contrast to the example of FIG. **5***a* where the browser is directed to http://www.suspected.com/. Nevertheless, the identity of the URL that the original message points at, i.e. www.suspected.com, is provided to the web server that corresponds to www.inspection.com as parameter. Thus, after the amendment, when a user clicks on the phishing hyperlink, the web server at www.inspection.com receives the suspected URL information and scans the phishing black list in order to find the suspected URL in this list. If the searched URL is present in the black list then the user's browser is directed to a URL that displays a warning, etc. Otherwise, the user's browser is directed to the original URL, i.e. www.suspected.com.

[0040]   FIG. **6***a* illustrates a part of an email message that comprises a form, according to the prior art. The user is asked to type his name and credit card number, and then click the "Submit" button in order to submit these details will be sent to eBay.com. However, as can be seen from FIG. **6***b*, which is the corresponding HTML of FIG. **6***a*, the details typed by the user will be sent to www.suspected.com/phisher.asp.

[0041]   FIG. **6***c* illustrates the amendment to the HTML part of FIG. **6***b*, as amended according to a preferred embodiment of the invention. The text www.suspected.com/phisher.asp of the original message has been replaced by the text   www.inspection.com/inspector.asp?www.suspected.com/phisher.asp, which means that the text "www.suspected.com/phisher.asp" will be sent to www.inspection.com along with the details entered by the user. In case the URL www.suspected.com/phisher.asp is found by the phishing inspection utility as legitimate, the information will be forwarded to this URL, i.e. to www.suspected.com/phisher.asp.

[0042]   According to a further embodiment of the invention, instead of replacing the original URL string with the URL that performs the phishing inspection, as in the examples of FIGS. **5** and **6**, an execution code is added to the email (e.g. in script language such as VBScript, JavaScript, etc.) for interacting with the phishing server, and replacing or adding to the corresponding places in the original email message a call to this function.

[0043]   Amending the URL reference of a hyperlink within an anchor, a form and execution code of an email message in order to issue a request for testing a suspected URL reference to a server are merely examples. Those skilled in

the art will appreciate that other elements of a markup language may be amended in order to issue a request for inspecting a suspected URL reference of a hyperlink.

[0044]   FIG. **7** is a flowchart of a method for blocking phishing scams, according to a preferred embodiment of the invention.

[0045]   At block **110**, which takes place when an email message reaches an email server, a gateway server to a LAN, etc., or even to a user's computer, the URL references within the email message are replaced by a reference to a URL in which a phishing inspection utility operates. The original URL reference is placed as a parameter of the URL reference of the inspection utility.

[0046]   At block **120**, which takes place after the user opens the email message, the user clicks the hyperlink.

[0047]   At block **130**, the suspected URL reference is sent to the inspection utility.

[0048]   At block **140**, the suspected URL reference is searched within a database of known phishing URL references.

[0049]   From block **150**, if the tested URL reference is found in the database, the reference URL is of a phishing web site, and therefore the user's browser is redirected to a URL which displays a warning, etc. Otherwise, on block **170** the user's browser is redirected to the original URL.

[0050]   By using the present invention the load on a phishing blocking utility might be decreased since instead of performing a search in the database for all the hyperlinks in an email message, according to a preferred embodiment of the invention only the hyperlinks that were activated by a user are checked. Thus, the load on the phishing loading facility thereof is decreased tremendously. Furthermore, the suspected URL is searched in the phishing database only when the user activates the URL, in contrast to the prior art, where the database was searched once an email message reaches the phishing blocking utility thereof.

[0051]   Those skilled in the art will appreciate that the invention can be embodied in other forms and ways, without losing the scope of the invention. The embodiments described herein should be considered as illustrative and not restrictive. Especially those skilled in the art will appreciate that additional forms of sending information about the suspected URL to a phishing inspection utility can be used. The examples presented herein are directed to explain the invention.

**1**. A method for blocking phishing, the method comprising the steps of:

   upon activating a hyperlink of an email message at a user's email client, testing the URL reference of said hyperlink for being a phishing URL; and

   if said URL is not indicated as a phishing URL, directing a browser of said user to said URL.

**2**. A method according to claim 1, wherein said testing the URL reference of a hyperlink for being a phishing URL is carried out by searching said URL reference in a black list of phishing URL references.

**3**. A method according to claim 2, wherein said black list is updated by a phishing center over a network.

US 2007/0136806 A1

**4**. A method for blocking phishing, wherein said sending includes the steps of: upon activating a hyperlink within an email message by a user's email client:

sending an original URL reference of said hyperlink to a phishing inspection utility;

testing said original URL reference by said phishing inspection utility for being a phishing URL;

if said original URL is not found as phishing URL, directing a browser of said user to said original URL.

**5**. A method according to claim 4, wherein said sending includes the steps of:

replacing the original URL reference of said hyperlink with a URL reference of said phishing inspection utility; and

setting said original URL reference as a parameter to said URL reference of said phishing inspection utility, thereby on activating said hyperlink providing to said inspection utility the URL reference to be tested.

**6**. A method according to claim 4, wherein said testing is carried out by searching said original URL reference within a black list of known phishing URL references.

**7**. A method according to claim 4, wherein said phishing inspection utility is located remotely to said email client.

**8**. A method for blocking phishing, the method comprising the steps of:

at a point in a path of an email message from a sender thereof to a recipient thereof:

replacing an original URL reference of a hyperlink within said email message with a URL reference of a phishing inspection utility, and setting said original

URL reference as a parameter of said URL reference of said phishing inspection utility;

upon activating said hyperlink from an email client:

sending the original URL reference of said hyperlink to said phishing inspection utility;

testing said original URL reference by said phishing inspection utility as being a phishing URL;

if said original URL is not found as phishing URL, directing a browser of said user to said original URL.

**9**. A method according to claim 8, wherein said testing is carried out by searching said original URL reference within a black list of known phishing URL references.

**10**. A method according to claim 8, wherein said phishing inspection utility is located remotely to said email client.

**11**. A system for blocking phishing of an email message to be displayed by an email client, comprising:

a phishing inspection utility;

a utility for sending a URL reference of an activated hyperlink of an email message to said phishing inspection utility instead of directing a browser to said URL;

a utility for activating a browser to access said URL if said testing indicates that said URL is not a phishing URL.

**12**. A system according to claim 11, wherein said utility for testing a URL as being a phishing URL determines said URL as phishing URL if said URL exists within a black list of phishing URL references.

**13**. A system according to claim 11, further comprising a center for updating said black list of phishing URL references.

\* \* \* \* \*

# APPENDIX
# 114

US008862699B2

(12) **United States Patent**
Bhatawdekar et al.

(10) Patent No.: **US 8,862,699 B2**
(45) **Date of Patent:** **Oct. 14, 2014**

(54) **REPUTATION BASED REDIRECTION SERVICE**

(75) Inventors: **Ameya S. Bhatawdekar**, Issaquah, WA (US); **Kristofer N. Iverson**, Redmond, WA (US); **Elliott J. Haber**, Fall City, WA (US); **John L. Scarrow**, Sammamish, WA (US); **Chad W. Mills**, Redmond, WA (US)

(73) Assignee: **Microsoft Corporation**, Redmond, WA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 383 days.

(21) Appl. No.: **12/637,673**

(22) Filed: **Dec. 14, 2009**

(65) **Prior Publication Data**

US 2011/0145435 A1 Jun. 16, 2011

(51) **Int. Cl.**
| | |
|---|---|
| G06F 15/16 | (2006.01) |
| G06F 7/04 | (2006.01) |
| H04L 29/06 | (2006.01) |
| G06F 21/64 | (2013.01) |
| G06F 21/56 | (2013.01) |
| G06F 17/30 | (2006.01) |
| H04L 9/32 | (2006.01) |

(52) **U.S. Cl.**
CPC .......... **H04L 63/1466** (2013.01); **H04L 63/123** (2013.01); **G06F 21/64** (2013.01); **G06F 21/566** (2013.01); **H04L 9/3223** (2013.01); **G06F 17/30887** (2013.01); **H04L 63/1483** (2013.01); **G06F 2221/2119** (2013.01)
USPC .............................. **709/219**; 726/30; 709/245

(58) **Field of Classification Search**
CPC ....... H04L 9/32; H04L 9/3223; H04L 9/0643; H04L 63/1441; G06F 17/30861; G06F 17/30876; G06F 17/30887; G06F 21/64

USPC ........... 709/245, 201, 203, 217–219; 726/23, 726/25, 27, 30
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,572,643 | A | 11/1996 | Judson | |
| 6,367,012 | B1 | 4/2002 | Atkinson et al. | |
| 6,571,256 | B1 | 5/2003 | Dorian et al. | |
| 6,745,367 | B1 | 6/2004 | Bates et al. | |
| 6,819,336 | B1 | 11/2004 | Nielsen | |
| 6,892,178 | B1 | 5/2005 | Zacharia | |
| 7,003,522 | B1 | 2/2006 | Reynar et al. | |
| 7,107,530 | B2 | 9/2006 | Blakely et al. | |
| 7,539,776 | B1 * | 5/2009 | Saare et al. | 709/247 |
| 7,562,304 | B2 * | 7/2009 | Dixon et al. | 715/738 |
| 7,580,982 | B2 | 8/2009 | Owen et al. | |
| 7,797,421 | B1 * | 9/2010 | Scofield et al. | 709/224 |
| 7,831,915 | B2 * | 11/2010 | Averbuch et al. | 715/738 |

(Continued)

OTHER PUBLICATIONS

Jain, R., N. Jain, and S. Nandi. "Secure Group Browsing." (2003).*

(Continued)

*Primary Examiner* — Patrice Winder
*Assistant Examiner* — Julian Chang
(74) *Attorney, Agent, or Firm* — Bryan Webster; Andrew Sanders; Micky Minhas

(57) **ABSTRACT**

A reputation based redirection service is usable to build URL wrappers for un-trusted and unknown URLs. Such URL wrappers can be used to protect Web users by, for example, redirecting traffic to interstitial Web pages. Additionally, reputation decisions can be made by the service to further protect users from malicious URLs.

**20 Claims, 8 Drawing Sheets**



US 8,862,699 B2

Page 2

(56)                 **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,870,203 | B2 | 1/2011 | Judge et al. |
| 7,886,032 | B1 * | 2/2011 | Louz-On .......................... 709/223 |
| 7,930,289 | B2 * | 4/2011 | Cheshire ........................ 707/709 |
| 7,966,553 | B2 | 6/2011 | Iverson |
| 8,281,361 | B1 * | 10/2012 | Schepis et al. .................... 726/1 |
| 8,434,149 | B1 * | 4/2013 | Satish et al. ..................... 726/22 |
| 2003/0018585 | A1 | 1/2003 | Butler et al. |
| 2003/0028762 | A1 | 2/2003 | Trilli et al. |
| 2003/0097591 | A1 | 5/2003 | Pham et al. |
| 2003/0188019 | A1 | 10/2003 | Wesley |
| 2004/0122926 | A1 | 6/2004 | Moore et al. |
| 2004/0210602 | A1 | 10/2004 | Hillis et al. |
| 2005/0050470 | A1 | 3/2005 | Hudson et al. |
| 2005/0246761 | A1 * | 11/2005 | Ross et al. ......................... 726/1 |
| 2005/0262026 | A1 | 11/2005 | Watkins ........................... 705/67 |
| 2006/0004914 | A1 * | 1/2006 | Kelly et al. ...................... 709/219 |
| 2006/0015722 | A1 | 1/2006 | Rowan et al. |
| 2006/0095404 | A1 | 5/2006 | Adelman et al. |
| 2006/0218403 | A1 | 9/2006 | Sauve et al. |
| 2006/0253580 | A1 * | 11/2006 | Dixon et al. .................... 709/225 |
| 2006/0253582 | A1 * | 11/2006 | Dixon et al. .................... 709/225 |
| 2006/0253584 | A1 | 11/2006 | Dixon et al. |
| 2007/0011603 | A1 | 1/2007 | Makela |
| 2007/0050716 | A1 * | 3/2007 | Leahy et al. .................... 715/706 |
| 2007/0078699 | A1 | 4/2007 | Scott et al. |
| 2007/0118898 | A1 * | 5/2007 | Morgan et al. ................... 726/22 |
| 2007/0124414 | A1 * | 5/2007 | Bedingfield et al. ........... 709/217 |
| 2007/0136279 | A1 * | 6/2007 | Zhou et al. ........................ 707/6 |
| 2007/0136806 | A1 * | 6/2007 | Berman ........................... 726/22 |
| 2007/0162349 | A1 | 7/2007 | Silver |
| 2007/0168490 | A1 * | 7/2007 | Kent et al. ...................... 709/223 |
| 2007/0192855 | A1 | 8/2007 | Hulten et al. |
| 2007/0208613 | A1 | 9/2007 | Backer |
| 2007/0250916 | A1 | 10/2007 | Shull et al. |
| 2008/0021958 | A1 * | 1/2008 | Foote ............................... 709/204 |
| 2008/0022384 | A1 | 1/2008 | Yee et al. |
| 2008/0082662 | A1 * | 4/2008 | Dandliker et al. ............. 709/225 |
| 2008/0109306 | A1 * | 5/2008 | Maigret et al. ................ 705/14 |
| 2008/0109473 | A1 * | 5/2008 | Dixon et al. ................... 707/102 |
| 2008/0114709 | A1 * | 5/2008 | Dixon et al. ................... 706/13 |
| 2008/0172382 | A1 * | 7/2008 | Prettejohn ........................ 707/6 |
| 2008/0196099 | A1 * | 8/2008 | Shastri ............................ 726/12 |
| 2008/0243920 | A1 | 10/2008 | Newman et al. |
| 2008/0256187 | A1 * | 10/2008 | Kay ................................ 709/206 |
| 2008/0288278 | A1 | 11/2008 | Buss |
| 2008/0307044 | A1 * | 12/2008 | Musson ........................... 709/203 |
| 2009/0076994 | A1 | 3/2009 | Ghosh et al. |
| 2009/0204677 | A1 | 8/2009 | Michaelis et al. |
| 2009/0282052 | A1 * | 11/2009 | Evans et al. ...................... 707/10 |
| 2009/0300012 | A1 * | 12/2009 | Levow et al. ...................... 707/6 |
| 2010/0042487 | A1 * | 2/2010 | Barazani ..................... 705/14.13 |
| 2010/0057895 | A1 * | 3/2010 | Huang .......................... 709/222 |
| 2010/0076890 | A1 * | 3/2010 | Low et al. ....................... 705/44 |
| 2010/0153404 | A1 * | 6/2010 | Ghosh et al. .................. 707/748 |
| 2010/0174795 | A1 * | 7/2010 | Adelman et al. .............. 709/206 |
| 2010/0223251 | A1 * | 9/2010 | Adelman et al. .............. 707/706 |
| 2010/0235918 | A1 * | 9/2010 | Mizrahi et al. ................. 726/25 |
| 2010/0268739 | A1 * | 10/2010 | Zalepa ........................... 707/782 |
| 2010/0332837 | A1 * | 12/2010 | Osterwalder ................... 713/172 |
| 2011/0004693 | A1 | 1/2011 | Rehfuss |
| 2011/0030058 | A1 * | 2/2011 | Ben-Itzhak et al. ............ 726/24 |
| 2011/0050428 | A1 * | 3/2011 | Istoc ........................... 340/573.1 |
| 2011/0087647 | A1 * | 4/2011 | Signorini et al. ............. 707/709 |
| 2011/0126259 | A1 * | 5/2011 | Krishnamurthi et al. ......... 726/1 |
| 2011/0126289 | A1 * | 5/2011 | Yue et al. ........................ 726/26 |
| 2011/0173683 | A1 * | 7/2011 | Roach .............................. 726/4 |
| 2011/0191849 | A1 | 8/2011 | Jayaraman et al. |
| 2011/0225652 | A1 * | 9/2011 | Emigh et al. .................... 726/22 |
| 2011/0258201 | A1 * | 10/2011 | Levow et al. .................. 707/748 |
| 2012/0131636 | A1 * | 5/2012 | Ross et al. ......................... 726/1 |

OTHER PUBLICATIONS

Garuba, Moses, and Jiang Li. "Preventing parameterized vulnerability in Web based applications." Information Technology, 2007. ITNG'07. Fourth International Conference on. IEEE, 2007.*

"InterScan Web Security Suite 3.1", retrieved on Jun. 30, 2010 at <<http://www.mcafee.com/us/local_content/solution_briefs/web_gateway_sb.pdf>>, Trend Micro, 2008, pp. 1-2.

Josang, et al., "A Survey of Trust and Reputation Systems for Online Service Provision", retrieved on Jun. 30, 2010 at <<http://citeseerx.ist.psu.edu/viewdoc/download?doi=10.1.1.60.1963&rep=rep1&type=pdf>>, Elsevier Science Publishers, Decision Support Systems, vol. 43, No. 2, Mar. 2007, pp. 618-644.

U.S. Appl. No. 11/759,401, filed Jun. 7, 2007, Iverson, "Accessible Content Reputation Lookup".

"Actipro SyntaxEditor—Windows Forms .NET Control", available at least as early as Feb. 22, 2007, at <<http://www.actiprosoftware.com/Products/DotNet/WindowsForms/SyntaxEditor/SmartTag>>, Actipro Software LLC, 1999-2007, pp. 1-2.

"Complete Tasks Quickly with Smart Tags in Office XP", available at least as early as Feb. 22, 2007, at <<http://office.microsoft.com/en-us/help/HA010347451033.aspx>>, Microsoft Corporation, 2007, pp. 1-11.

"Interfaces in Visual Studio 2005", available at least as early as Feb. 22, 2007, at <<http://safari.oreilly.com/0596102070/pnetcomp2-CHP-3-SECT-5>>, Safari Books Online, 2006, pp. 1-3.

Office action for U.S. Appl. No. 12/859,679, mailed on May 7, 2013, Colvin et al., "Reputation-based Safe Access User Experience", 14 pages.

Office action for U.S. Appl. No. 12/859,679, mailed on Aug. 8, 2012, Colvin et al., "Reputation-based Safe Access User Experience", 15 pages.

Office action for U.S. Appl. No. 12/859,679, mailed on Jan. 2, 2014, Colvin et al., "Reputation-based Safe Access User Experience", 15 pages.

Office action for U.S. Appl. No. 12/859,679, mailed on Sep. 25, 2013, Colvin et al., "Reputation-based Safe Access User Experience", 15 pages.

* cited by examiner



FIG. 1



FIG. 2



**FIG. 3**



FIG. 4



FIG. 5



600
RECEIVE REQUEST FOR REDIRECTION FROM INPUT DEVICE 602
IS URL VALID? 604
NO
DISPLAY ERROR MESSAGE 606
YES
IS URL SHORT/ REDIRECTED? 608
YES
UNRAVEL URL/OUTPUT FINAL DESTINATION 612
NO
RETURN REDIRECTION DECISION 614
LOOK-UP URL REPUTATION 610
LOG REDIRECTION ACTION 616
IS URL TRUSTED? 620
NO
DISPLAY INTERSTITIAL PAGE TO CLIENT 624
YES
SEND REDIRECTION DECISION TO CLIENT 618
DISPLAY DESTINATION SITE TO CLIENT 622
RECEIVE CLICK-THROUGH TELEMETRY REPORT 626
LOG CLICK-THROUGH TELEMETRY REPORT 630
PROCESS CLICK-THROUGH TELEMETRY REPORT 628

FIG. 6



FIG. 7





RECEIVE WEB SERVICE CALL FROM WEB APPLICATION 802

DETERMINE REDIRECTION DECISION BASED ON REPUTATION RATING 804

WRAP DESTINATION URL WITH CHARACTERISTIC AND HASH CODE 806

OUTPUT REDIRECTION DECISION 808

# FIG. 8

US 8,862,699 B2

**1**

## REPUTATION BASED REDIRECTION SERVICE

### BACKGROUND

Today for many World Wide Web users (Web users), the Internet can be a dangerous place full of malicious and abusive websites. By clicking on a hyperlink, a Web user is directed to a Web document (e.g., a website) residing somewhere on a Web-enabled server. Unfortunately, the website requested may often lead to abuse, and with the ability to cheaply disseminate abusive hyperlinks, abuse cases are on the rise.

The location of a website is described by a Uniform Resource Locator (URL) which defines the precise network location of the resource. However, a URL does not indicate the characteristics or reputation of the resource or of the network (or website) where the resource resides. Additionally, a URL can easily disguise the actual location of the resource, such that a Web user may be tricked into accessing a website different from what they intended.

In virtually all abuse cases, the intended victim is directed to an abuse website where they are attacked. The victim's personal credentials may be stolen, the victim's machine may be infected with malware or some other virus, or the victim may be subjected to spam. In any case, serious damage may be inflicted on an innocent and unsuspecting user.

Unfortunately, adequate tools do not exist for checking the reputation of a URL prior to accessing a website. Redirection services, while available, are used in a small subset of instances. When used, existing redirection services merely redirect a Web user to alternate websites, and lack the ability to avoid abuse through reputation lookup. Accordingly, there is a need for a service that can further aid Web users in avoiding abuse websites.

### BRIEF SUMMARY

This summary is provided to introduce simplified concepts for a reputation based redirection service, which is further described below in the Detailed Description. This summary is not intended to identify essential features of the claimed subject matter, nor is it intended for use in determining the scope of the claimed subject matter. Generally, the reputation based redirection service described herein involves building a URL wrapper to allow for the avoidance of abusive websites by redirecting Web users to interstitial pages.

In one aspect, a URL wrapper may be built by combining a received URL, a determined characteristic of the URL, and a created security hash. The determined characteristic may be a unique identifier of a user who originally posted the URL and/or a location on a network where the URL was originally posted. The URL wrapper my also determine if a URL is trusted, in which case it may output the original URL. The URL wrapper may output an error message when the URL is invalid or based on an un-supported Uniform Resource Identifier (URI) schema, or it may point to a redirection service.

In another aspect, a redirection service may be configured to receive a request for handling a wrapped URL, verify the authenticity of the wrapped URL, determine the reputation rating of the wrapped URL, and output a redirection decision based on the validity and/or the reputation rating of the wrapped URL. The wrapped URL may contain a destination URL, a security hash, a unique identifier of a user who originally posted the destination URL, and/or a location where the destination URL was originally posted. The redirection service may also be configured to handle shortened and/or pre-

**2**

viously redirected URLs by unraveling a shortened and/or previously redirected URL to determine and output a final destination URL. The redirection service may also be configured to receive and process click-through telemetry information in the form of a telemetry report, store redirection action data and the telemetry reports to a log file, and maintain system configuration settings. Additionally, the redirection service may determine, based on the reputation rating of the wrapped URL, when to display one of the interstitial pages. Interstitial pages may be, but are not limited to, abuse information pages, unknown information pages, and/or error information pages.

In yet another aspect, a URL reputation based redirection service may be implemented as a Web service call which may be configured to receive a Web service call for a URL, determine a redirection decision for the URL, and output the redirection decision. The redirection decision may be based on a reputation rating of the URL. Additionally, the URL may be wrapped to include the destination URL, a security hash code, a unique identifier of the user who originally posted the destination URL, and/or the location where the destination URL was originally posted.

### BRIEF DESCRIPTION OF THE DRAWINGS

The detailed description is set forth with reference to the accompanying figures. In the figures, the left-most digit(s) of a reference number identifies the figure in which the reference number first appears. The use of the same reference numbers in different figures indicates similar or identical items.

FIG. **1** is a block diagram of an illustrative system for a reputation based redirection service.

FIG. **2** is a block diagram of a computer environment showing an illustrative system in which a reputation based redirection service system can be implemented.

FIG. **3** is a schematic diagram of an illustrative system for URL wrapping for a reputation based redirection service.

FIG. **4** is a flowchart illustrating details of an illustrative URL wrapping method for a reputation based redirection service.

FIG. **5** is a block diagram of an illustrative system for a reputation based redirection service.

FIG. **6** is a flowchart illustrating details of an illustrative method of reputation based redirection.

FIG. **7** is a block diagram of an illustrative system for handling URL reputation look-up Web service calls.

FIG. **8** is a flowchart illustrating details of an illustrative system for handling URL reputation look-up Web service calls.

### DETAILED DESCRIPTION

#### Overview

This disclosure describes a reputation based redirection service. In particular, systems and methods are presented for wrapping a URL with its characteristics, checking and logging the reputations of destination URLs, and redirecting users to interstitial Web pages when destination URLs lead to known or suspected abuse websites or have unknown reputations.

As discussed above, Web abuse cases are potentially damaging to Web users and their equipment, and are becoming more prevalent as the size of the Internet and the relative ease of distributing abusive hyperlinks increases. These issues could potentially lead to more distrust and less use of the

US 8,862,699 B2

3

Internet by casual Web surfers, and could even have detrimental effects on the economy.

The techniques described in this disclosure may be used for effectively avoiding abuse websites by creating URL wrappers, checking destination URL reputations, and redirecting Web users away from the abuse. The URL wrapper allows the characteristics of the URL to be stored with redirection information to convert URLs into safe hyperlinks. Thus, a user need only select a hyperlink in a Web document (i.e., a URL) without being concerned for the safety of the intended destination.

URL wrapping entails appending data to a URL to add functionality and/or for redirection purposes. In one example, as discussed below, the URL to which data may be appended may be the URL of a redirection service. A system for reputation look-up is also disclosed that allows for redirection only when appropriate, and gives the user click-through options. Additionally, the ability to receive and handle Web service calls for reputation look-up and redirection is disclosed that allows various Web applications to access the system.

For creating wrapped URLs, an illustrative URL wrapping component is described that receives destination URLs (e.g., hyperlinks selected by users) and may convert them to wrapped URLs that can be processed by the redirection service. Prior to wrapping, an enhanced URL may be created by appending the destination URL's characteristics, and possibly additional parameters, to the destination URL itself. A security hash, created based on the enhanced URL, may then be appended to the enhanced URL to form a wrapped URL.

In some examples, the redirection service may provide the user with an interstitial Web page indicating that the intended destination is a known or suspected abuse website. In other examples, the interstitial page may indicate that the reputation of the intended destination is unknown or that an error occurred. Alternatively, the redirection service may send the user directly to the destination site indicating that the website is known to be non-abusive.

FIG. **1** depicts an illustrative block diagram illustrating a high-level overview of a reputation based redirection service system **100**. The system **100** includes a URL wrapping component **102** which may be embedded in various applications **104** and/or websites **105**. For example, the URL wrapping component **102** may be part of a client application **104** (e.g., email client, word processor, etc.) and/or may be part of a Web service at a host. Additionally, system **100** includes a URL redirection service **106**, a reputation backend **108**, several interstitial Web pages **110-114**, and destination Web page **116**.

A URL **118** may be selected by a Web user (not shown) from at least one of many possible locations. URL **118** may reside in various applications **104** and/or websites **105**, or it may be entered into applications **104** and/or websites **105** (e.g., typed by the user). After URL **118** is recognized by the URL wrapping component **102**(A) of application(s) **104**, either by user selection, user creation, or some other method, the URL may be wrapped with various appropriate characteristics for processing by the URL redirection service **106** or by the URL wrapping component **102**(B) of website(s) **105**. Alternatively, URL **118** may be recognized directly by URL wrapping component **102**(B) of websites **105** and then sent to URL redirection service **106**.

The URL redirection service **106** may determine that the URL **118** describes a website that is safe, abusive, unknown, or inaccurate. The redirection service **106** may make use of a reputation backend **108** to determine a reputation decision for the URL **118**. Reputation backend **108** may make the decision

4

for the URL redirection service **106** or it may supply reputation data to URL redirection service **106** so that the URL reputation service **106** can make the reputation decision. Reputation backend **108** may make a redirection decision based on the reputation of the URL, the reputation of the user who posted the URL, the reputation of the website or application where the URL was originally posted, or based on the traffic to the URL. By way of example, and not limitation, reputation backend **108** may decide to block low reputation URLs posted by users with low reputations or by users in a low account tier, it may decide to block all URLs posted by users with low reputation or by users in a low account tier, or it may decide to block traffic to low reputation URLs after a certain traffic threshold (e.g., more than 10 visits to the URL in one day) is met. Redirection may also be based on configurable business rules applied to other data stored in the wrapped URLs, such as characteristics, site, user, URL, hash, etc. Additionally, traffic thresholds may be used for real-time throttling of unknown URLs. For example, when a traffic threshold is met for a particular URL, reputation backend **108** may flag that URL as abusive even if no reputation information exists for that URL. In this way, potential abuse sites can be avoided prior to obtaining a reputation.

Once a reputation decision has been determined the URL reputation service **106** may direct or redirect the Web user to at least one of several types of Web pages. For example, in one aspect, the reputation decision may instruct URL reputation service **106** to send the user directly to the destination Web page **116** because the URL **118** was deemed safe. In another aspect, the URL **118** may be deemed abusive, in which case the URL reputation service **106** may redirect the user to an "abuse" interstitial Web page **110**. The abuse interstitial Web page may, for example, inform the user that the URL **118** is attempting to direct them to a known abuse website. In another aspect, the URL **118** may point to a website for which the reputation is unknown. In this case, the URL reputation service **106** may redirect the user to an "unknown" interstitial page **112** which may inform the user that the URL **118** is pointing to a website with little or no known reputation data. By way of example, and not limitation, the "abuse" interstitial page **110** and/or the "unknown" interstitial page **112** may provide the user with options for reporting the abuse, ignoring the recommendation to avoid, or avoiding the abusive/unknown website and returning to the user's original Web document. In yet another aspect, the URL redirection service **106** may determine that an error occurred and redirect the user to an "error" interstitial page **114**.

FIG. **1** provides simplified examples of suitable URL wrapping and URL redirection service systems according to the present disclosure. However, other configurations are also possible. For example, while the reputation backend **108** is shown as a separate component, it may be combined with the URL redirection service **106**. Further, URL **118** may reside in non-Web documents and URL wrapping component **102** could be used to wrap URLs that do not reside in Web documents or applications used in conjunction with the Internet, for example, plain text documents, word processing documents, spreadsheet documents, and even Web documents (such as hypertext markup language (HTML) documents) that are not available over any networks but are stored locally or on non-networked devices.

Illustrative Computing Environment

FIG. **2** provides an illustrative overview of one computing environment **200**, in which aspects of the invention may be implemented. The computing environment **200** may be configured as any suitable computing device capable of implementing a reputation based redirection service. By way of

US 8,862,699 B2

**5**

example and not limitation, suitable computing devices may include personal computers (PCs), servers, server farms, datacenters, or any other device capable of storing and executing all or part of the redirection service.

In one illustrative configuration, the computing environment **200** comprises at least a memory **202** and one processing unit (or processor) **204**. The processor **204** may be implemented as appropriate in hardware, software, firmware, or combinations thereof. Software or firmware implementations of the processor **204** may include computer-executable or machine-executable instructions written in any suitable programming language to perform the various functions described.

Memory **202** may store program instructions that are loadable and executable on the processor **204**, as well as data generated during the execution of these programs. Depending on the configuration and type of computing device, memory **202** may be volatile (such as random access memory (RAM)) and/or non-volatile (such as read-only memory (ROM), flash memory, etc.). The computing device or server may also include additional removable storage **206** and/or non-removable storage **208** including, but not limited to, magnetic storage, optical disks, and/or tape storage. The disk drives and their associated computer-readable media may provide non-volatile storage of computer readable instructions, data structures, program modules, and other data for the computing devices. In some implementations, the memory **202** may include multiple different types of memory, such as static random access memory (SRAM), dynamic random access memory (DRAM), or ROM.

Memory **202**, removable storage **206**, and non-removable storage **208** are all examples of computer-readable storage media. Computer-readable storage media includes, but is not limited to, volatile and non-volatile, removable and non-removable media implemented in any method or technology for storage of information such as computer-readable instructions, data structures, program modules or other data. Memory **202**, removable storage **206**, and non-removable storage **208** are all examples of computer storage media. Additional types of computer storage media that may be present include, but are not limited to, phase change memory (PRAM), SRAM, DRAM, other types of RAM, ROM, electrically erasable programmable read-only memory (EEPROM), flash memory or other memory technology, compact disc read-only memory (CD-ROM), digital versatile disks (DVD) or other optical storage, magnetic cassettes, magnetic tape, magnetic disk storage or other magnetic storage devices, or any other medium which can be used to store the desired information and which can be accessed by the server or other computing device. Combinations of any of the above should also be included within the scope of computer-readable storage media.

The computing environment **200** may also contain communications connection(s) **210** that allow the computing environment **200** to communicate with a stored database, another computing device or server, user terminals, and/or other devices on a network, such as applications **104** and/or websites **105** of FIG. **1**.

The computing environment **200** may also include input device(s) **212** such as a keyboard, mouse, pen, voice input device, touch input device, etc., and output device(s) **214**, such as a display, speakers, printer, etc.

Turning to the contents of the memory **202** in more detail, the memory **202** may include an operating system **216** and one or more application programs or services for implementing the reputation based redirection service system **100**. Reputation based redirection service system **100**, however,

**6**

may be implemented via either a Web service host or a client application. For example, when implemented by a Web service host, the memory **202** may include a URL wrapping module **102**. The URL wrapping module **102** includes, but is not limited to, logic configured to build a URL wrapper containing a received URL, characteristics of the URL, and a security hash code. In one aspect, the URL wrapping module **102** is located in the memory **202** as shown in FIG. **2**. Alternatively, however, the URL wrapping module **102** may be located onboard the processor **204**. As discussed in further detail, URL wrapping module **102** includes, but is not limited to, logic configured to wrap a received URL with a redirection service URL, the received URL itself, determined characteristics of the received URL, and a created security hash code.

The memory **202** may further include a URL redirection service **106** and a URL Web service calling module **222**. The URL redirection service **106** may be configured to redirect a user to informational interstitial Web pages in lieu of directing them to the intended destination. The URL Web service calling module **222** includes, but is not limited to, logic configured to allow Web applications to utilize the URL redirection service **106** much like an Application Programming Interface (API) without first using the URL wrapping module **102**. That is, a Web application may make a call to the URL Web service calling module **222** with an unwrapped URL, based on the protocol set out by the URL Web service calling module **222**, and receive a redirection decision or an interstitial Web page in return. In other words, the URL Web service calling module **222** may expose the methods of the URL redirection service **106** for use by Web applications.

Alternatively, as discussed above, the reputation based redirection service **100** may be implemented entirely by a client application, rather than a Web service host as previously described. In this aspect, memory **202** may include operating system **216** and URL wrapping module **102**; however, it may not include URL redirection service **106** and URL web service calling module **222**.

Illustrative URL Wrapping

FIG. **3** is an illustrative schematic diagram illustrating a wrapped URL **302** stored within text **304** of Web document **306**. By way of example, and not limitation, Web document **306** may also include image **308**. However, virtually any Web document layout may be used to store wrapped URL **302**. Additionally, virtually any type of Web document may store wrapped URL **302**, e.g., a document on a server available through the Internet, a website, an email message. Further, by way of example, and not limitation, Web document **306** may be located on a network such as the Internet, and its specific location may be described by a URL, or it may be a document that is not available over any network.

In one aspect, wrapped URL **302** may contain data received from an input device (not shown), data determined to be a characteristic of the received data, additional optional data, hash code data, and redirection service data. By way of example, and not limitation, wrapped URL **302** contains enhanced URL **310** containing the URL of URL redirection service **106**, the received intended destination URL (i.e., the URL selected by the user that may or may not be abusive), several characteristics of the received intended destination, and optional additional parameters. Examples of optional additional parameters may, but need not, include informational identifiers for looking-up wrapped URL information at the reputation backend **108** of FIG. **1**. In one example, this informational identifier may be used in combination with the received intended destination URL and other wrapped elements. In another example, the informational identifier may be used in lieu of the enhanced URL elements, and may direct

US 8,862,699 B2

**7**

the URL redirection service **106** to look-up the additional elements at the reputation backend **108**.

Additionally, wrapped URL **302** may also contain a security hash code. In this example, the URL for URL redirection service **106** is http://Redirection_Server.com/ and the destination URL selected by the user is http://www.gogators.com (however, the wrapped URL may not include the http identifier for the destination URL). Additionally, by way of example, and not limitation, wrapped URL **302** contains the unique user identifier of the user who originally posted the destination URL (www.gogators.com), the particular website or document where the destination URL was originally posted, optional additional parameters relating to URL reputation based redirection, and a security hash code.

In one aspect, the redirection service URL points the wrapped URL to URL redirection service **106** for processing. The redirection service **106** may then determine, based on the destination URL, the unique user identifier, and the data describing the particular site where the URL was rendered, whether the destination URL is abusive, unknown, or safe. In another aspect, the redirection service may determine whether the destination URL is abusive, unknown, or safe, based on data known, or retrievable, by the reputation backend **108**. By way of example, and not limitation, reputation backend **108** may do a Domain Name System (DNS) look-up to determine what Internet Protocol (IP) address is hosting a particular URL. In another example, the reputation backend **108** may already have reputation information about a particular URL stored within its memory. Optional additional parameters may be used for any other features that may be found to be helpful, and the security hash code may be used by URL redirection service **106** to validate, or authenticate, that the wrapped URL **302** has not been maliciously, or unintentionally, tampered with.

In one aspect, the security hash code is created based on the enhanced URL **310** prior to completing wrapped URL **302**. For example, the URL wrapping component **102** may generate a security hash with a secret key based on the characteristics of the URL seen in enhanced URL **310**. This security hash may then be appended to the query string to form wrapped URL **302** that contains the characteristics of enhanced URL **310** plus the security hash code.

FIG. **4** is a flow diagram of one illustrative method **400** of URL wrapping. As discussed above, URL wrapping is the process of appending additional data to a URL to add functionality to the URL or for redirection purposes. The method **400** may, but need not necessarily, be implemented using the reputation based redirection service system **100** shown in FIG. **1**. In this particular implementation, the method **400** begins at block **402** in which the method **400** receives a URL from an input device. Often, the URL being received will be a URL selected by a user of a website or Web application; however, the URL may also be manually entered by a user, or copied and pasted into a browser's address bar. At block **404**, method **400** will attempt to validate the received URL. At decision block **406**, the method **400** determines whether the URL is valid. By way of example, and not limitation, the determination of validity may be based on whether the URL is malformed, is of an un-supported URI schema, is missing characters or is null, and/or is too long.

If the URL is not valid, method **400** will terminate at block **408** by displaying an error message on an interstitial Web page to the user. If, on the other hand, the URL is valid, method **400** will continue to block **410** and apply a configurable policy. By way of example, and not limitation, the policy may be configured to exclude all in-network URLs or all trusted URLs. At decision block **412**, method **400** deter-

**8**

mines whether the URL is excluded by the policy. If the URL is excluded (e.g., the URL belongs to the redirection services own network), method **400** will terminate by returning an unwrapped URL, thus allowing the user to proceed directly to the intended destination URL. However, if the URL is not excluded from the policy, method **400** will generate a query string for the wrapped URL **302** at block **416**. The query string generated at block **416** may contain many different parameters. As one example of a possible query string, method **400** may encode the received URL at block **418**, append the unique user identifier (CID) of the person or application which originally posted the URL at block **420**, append the unique website identifier (site ID) where the URL was posted at block **422**, sanitize optional parameters at block **424**, append the sanitized optional parameters at block **426**, and generate and append a security hash code at block **428**. In this example, the encoded URL, CID, site ID, sanitized parameters, and generated hash code are all appended to the query string; however, other query strings are possible. As discussed above, the security hash code may be generated at block **428** based on the enhanced URL. In this example, the enhanced URL may include the contents of the query string prior to the generation of the security hash (or after block **426**, i.e., the encoded URL, CID, site ID, and sanitized parameters).

Once method **400** has completed the generation of the query string (including appending the generated security hash), blocks **416-428**, method **400** will add the query string to the redirection server URL (e.g., http://Redirection_Server.com of FIG. **3**) at block **430** to form wrapped URL **302**. Method **400** may then terminate by returning the wrapped URL as output at block **432**.

Illustrative Redirection Service

FIG. **5** is an illustrative schematic diagram illustrating a redirection service **502** which may contain a redirection service interface **504**, a redirection logic component **506**, a configuration module **508**, a URL reputation file (URF) **510**, and log and click-through telemetry reports **512**. By way of example, and not limitation, a redirection service may be configured to redirect Web users to interstitial pages when the requested URL is either invalid, abusive, or of unknown reputation. Turning to the contents of the redirection logic component **506** in more detail, the redirection logic component **506** may include a telemetry service module **514**, a URL validation module **516**, a shortened/redirected URL handling module **518**, a reputation lookup module **520**, a report processing module **522**, a logging module **524**, and a report abuse module **526**. Additionally, configuration module **508** may contain a configuration store **528** for storing the configuration data of the redirection service.

Redirection service **502** may be communicatively coupled with application **530** or website **531** and may receive wrapped or unwrapped URLs as input from application **530** or website **531**. By way of example, and not limitation, application **530** or website **531** may be communicatively coupled directly to redirection service interface **504**. In turn, the redirection logic component **506** may include, but is not limited to, logic configured to output, through the redirection service **502**, a redirection decision **532**. Redirection decision **532** may be sent directly back to the application **530** or website **531** that input the wrapped or unwrapped URL, or it may be sent to another website or application. Additionally, by way of example, redirection logic component **506** may also include logic configured to output a numerical confidence score based on reputation data. Redirection service **502** may also be communicatively coupled with informational interstitial page **534**, or a plurality of interstitial pages, by way of the redirection ser-

US 8,862,699 B2

**9**

vice interface **504**. Through the communication link, informational interstitial page **534** may transmit click-through telemetry report **536** for processing and logging by the redirection service **502**.

Redirection service **502** may also be communicatively coupled with a URL reputation system (URS) **538** and a report abuse control integration system **540**. By way of example, and not limitation, reputation lookup module **520** of redirection logic component **506** may contain logic configured to create a URF **510** to be transmitted to URS **538** for lookup. URF **510** may contain the parameters of a wrapped or unwrapped URL for reputation lookup by URS **538**. In turn, URS **538** may return URF **510** to reputation lookup module **520** to be handled by report processing module **522**. Report processing module **522** may contain logic configured to use the data found in URF **510** for determining and outputting redirection decision **532**. Additionally, and only by way of example, when redirection service **502** returns that a destination URL is bad, redirection decision **532** may direct a user to an abuse interstitial page **110** (as seen in FIG. **1**) and report abuse module **526** may contain logic configured to call the report abuse control integration system **540**. The report abuse control integration system **540** may work in conjunction with the URS **538** for storing data about known abuse cases.

Turning again to the contents of the redirection logic component **506**, telemetry service module **514** may include, but is not limited to, logic configured to receive click-through telemetry report(s) **536** of the informational interstitial page (s) **534** by way of the redirection service interface **504**. Click-through telemetry report **536** may contain data about the particular user (e.g., the user's CID) that is viewing informational interstitial page **534**. It may also contain data associated with the wrapped or unwrapped URL that led to the informational interstitial page **534** (e.g., the URL poster's CID, the origination website, etc.). Telemetry service module **514** may include, but is not limited to, logic configured to process this data and make use of the logging module **524** to log appropriate data in the log and click-through telemetry reports **512**. URL validation module **516** may be configured to implement business logic for verifying the validity of a wrapped URL. This verification may be done by checking the security hash code of the wrapped URL to ensure that it has not been tampered with. If the wrapped URL has been tampered with, the URL validation module **516** may send URL attributes to the logging module **524** and the report abuse module **526**. Additionally, the report processing module **522** may be configured to make a redirection decision **532** without using the reputation lookup module **520**.

The shortened/redirected URL handling module **518** may include, but is not limited to, logic configured to be used to process URLs that are themselves redirected, or have been shortened by a URL shortening service. By way of example, and not limitation, URL shortening services often shorten overbearingly long URLs. When redirection service **502** receives a wrapped URL that contains a shortened URL, shortened/redirected URL handling module **518** may have to first unravel the shortened URL to determine the final destination URL. Once the shortened/redirected URL handling module **518** finishes unraveling the shortened/redirected URL, it may pass the final destination URL to the reputation lookup module **520** for processing.

Logging module **524** may contain logic configured to log redirection actions to log files which may be contained in log and click-through telemetry reports **512**. Redirection actions may contain data related to a redirection decision **532** that may have been sent by the report processing module **522** after receiving URF **510** from URS **538** by reputation lookup mod-

**10**

ule **520**. Additionally, as discussed above, logging module **524** may also contain logic configured to process and send data from the click-through telemetry report **536** of the informational interstitial page **534** to the log and click-through telemetry reports **512** of the redirection service **502**.

FIG. **6** is a flow diagram of one illustrative method **600** for implementing a redirection service. As discussed above, a redirection service may be responsible for redirecting Web users to interstitial Web pages to avoid abusive websites, invalid websites, or Web sites of unknown reputation. The method **600** may, but need not necessarily, be implemented using the reputation based redirection service system **100** shown in FIG. **1**. In this particular implementation, the method **600** begins at block **602** in which the method **600** receives a request for redirection at an input device from a user. Generally, the request being received will contain a wrapped URL of a URL selected by a user of a website or Web application. At decision block **604**, the method **600** determines whether the URL is valid. If the URL is not valid, meaning it is malformed, contains blanks or is null, or has been tampered with, method **600** may terminate by displaying an error message at block **606**. If, on the other hand, the URL is valid, method **600** will determine at decision block **608** whether the URL is a shortened/redirected URL. As discussed above, a shortened URL is a URL that has been transformed into a shorter version by a URL shortening service, and a redirected URL is one that points to a redirection service rather than the final destination. In the case of the redirected URL, the redirection service will then point the user to the final destination. If the URL has been shortened or is a redirected URL, method **600** may unravel the URL and output the final destination URL at block **612**, followed by using the reputation lookup module **520** of redirection service **502** to look-up the reputation of the unraveled URL at block **610**. If, however, the URL is not shortened or redirected, method **600** may proceed directly to look-up the reputation of the original URL at block **610**.

At block **614**, the redirection decision may be returned by the redirection logic component **506** based on the URL reputation looked-up at block **610**. Method **600** then may log the redirection action at block **616** which may entail storing the redirection decision **532** in the log and click-through telemetry reports **512**. At block **618**, method **600** may return the redirection decision **532** to the client via the redirection service interface **504**. At decision block **620**, method **600** determines if the URL is trusted. By way of example, and not limitation, a URL may be trusted because it resides on the same network as the redirection service. In another aspect, the URL may be trusted because the user who posted the URL, or the URL itself, is on a trusted list (e.g., a whitelist).

If the URL is determined to be trusted, method **600** may terminate by displaying the destination site (i.e., the intended destination that the user originally selected) to the client at block **622**. On the other hand, if the URL is not trusted, method **600** may display an interstitial page to the client at block **624**. As detailed above, the interstitial page may be in the form of an abuse information interstitial page, an unknown information interstitial page, or an error information interstitial page. At block **626**, method **600** may receive a click-through telemetry report with data about what action the user chose after being presented with the interstitial page and what results occurred if, and when, the user proceeded to either a known abuse site or an unknown site. Method **600** may then process the click-through telemetry report at block **628** and terminate by logging the click-through telemetry report at block **630**.

Illustrative URL Reputation Look-Up Web Service Calls

US 8,862,699 B2

**11**

FIG. **7** depicts an illustrative block diagram illustrating a system for handling URL reputation look-up Web service calls **700**. By way of example, and not limitation, system **700** depicts a Web service **702**, a URL reputation look-up Web service call module **704**, and a user **706**. Web service **702** may be any type of Web service including, but not limited to, a website that offers services to Web users or companies, a Web application that runs remotely on a user machine, or an API that is made available over the Internet for other users and/or machines to access. By way of example, and not limitation, URL reputation look-up Web service call module **704** may function similar to redirection service **502** and may be implemented by method **600**. However, URL reputation look-up Web service call module **704** may function differently than redirection service **502** or method **600** while still producing similar results.

In one example, a user may select a hyperlink (1) through Web service **702**. URL reputation look-up Web service call module **704** may include, but is not limited to, logic configured to receive a Web service call (2) from Web service **702**. As noted above, in one aspect, the Web service call (2) may be a request for a URL reputation look-up based on a hyperlink selected (1) by user **706**. In this case, URL reputation look-up Web service call module **704** may contain logic configured to output a reputation score (3) to Web service **702**. In another aspect, the Web service call may be a request for reputation based redirection. In this case, URL reputation look-up Web service call module **704** may be configured to output a redirection decision (3) to Web service **702**. Alternatively, URL reputation look-up Web service call module **704** may be configured to output one of a plurality of interstitial pages (3) or the destination URL (3) described above rather than, or in conjunction with, the redirection decision. The Web service **702** may then be configured to display the destination website or the returned interstitial page (4) to user **706**.

FIG. **8** is a flow diagram of one illustrative method **800** for implementing URL reputation look-up Web service call system. As discussed above, a URL reputation look-up Web service call system **800** may be responsible for redirecting Web users to interstitial Web pages to avoid abusive websites, invalid websites, or Web sites of unknown reputation or it may be responsible for simply returning redirection decisions. The method **800** may, but need not necessarily, be implemented using the reputation based redirection service system **100** shown in FIG. **1**. In this particular implementation, the method **800** begins at block **802** in which the method **800** receives a Web service call for reputation look-up of a destination URL from a Web application. Alternatively, the Web service call may be received from a user, an automated machine, a website, or an application that is not Web enabled. At block **804**, method **800** determines a redirection decision based on a reputation rating for the destination URL. Method **800** may then wrap the destination URL with the URLs attributes or characteristics and a security hash code at block **806**. In one aspect, the attributes or characteristics may entail the user who originally posted the URL, the URL itself, and/or the location of the originally posted URL. In another aspect, the URL may be wrapped with the URL of a redirection service. In yet another aspect, the URL may be wrapped with only the destination URL (i.e., the URL itself) or it may not be wrapped at all. Method **800** may terminate at block **808** by outputting a redirection decision. As was discussed above, however, method **800** may output appropriate interstitial Web pages for redirection or both a redirection decision and an interstitial page, or plurality of interstitial pages.

FIGS. **1**-**8** provide simplified examples of suitable reputation based redirection services and URL wrapping systems

**12**

according to the present disclosure. However, other configurations are also possible. For example, while the applications **104**, websites **105**, Web document **306**, application **530** or website **531**, and Web service **702** are all shown as applications or documents available over the Internet, any application or document available over any network could be used. Further, URL wrapping systems and methods may be used on applications and documents not available over a network; for example, plain text documents, word processing documents, other spreadsheet documents, and even Web documents that are not available over any networks but are simply stored locally or on non-networked devices. Additionally, while three types of interstitial pages are shown (e.g., abuse, unknown, and error), any number and/or type of interstitial pages may be used, whether they be informational Web pages as described or documents not available over a network. Further, while specific URL characteristics and attributes are shown with relation to FIG. **3** and other FIGS., any number and/or type of URL characteristics or attributes may be used for URL wrapping.

Illustrative systems and methods of a reputation based redirection service are described above. Some or all of these systems and methods may, but need not, be implemented at least partially by an architecture such as that shown in FIG. **2**. It should be understood that certain acts in the methods need not be performed in the order described, may be rearranged, modified, and/or may be omitted entirely, depending on the circumstances. Also, any of the acts described above with respect to any method may be implemented by a processor or other computing device based on instructions stored on one or more computer-readable storage media.

CONCLUSION

Although the invention has been described in language specific to structural features and/or methodological acts, it is to be understood that the invention is not limited to the specific features or acts described. Rather, the specific features and acts are disclosed as illustrative forms of implementing the invention.

What is claimed is:

**1**. One or more computer-readable storage devices, storing processor-executable instructions that, when executed on a processor, configure a processor to perform acts for Uniform Resource Locator (URL) wrapping, the acts comprising:

receiving an input of a URL for accessing a document available over a network;

determining a characteristic associated with the received URL;

creating a security hash based on the received URL and the characteristic associated with the received URL, wherein the characteristic comprises an identifier of a user who originally posted the received URL;

outputting a wrapped URL comprising the received URL, the characteristic associated with the received URL, and the security hash;

validating that the wrapped URL has not been tampered with based at least in part upon authenticating the wrapped URL with the security hash;

outputting a redirection decision, wherein if the received URL is invalid, abusive, or unknown, the redirection decision redirects a user to a web page; and

logging the redirection decision and click-through telemetry information associated with the web page.

**2**. The one or more computer-readable devices of claim **1**, wherein creating the security hash is further based on context information comprising a session identifier.

US 8,862,699 B2

13

**3**. The one or more computer-readable devices of claim **1**, wherein the characteristic associated with the received URL comprises a location on the network where the received URL was posted and a container identifier of a container where the received URL was posted.

**4**. The one or more computer-readable devices of claim **1**, wherein the characteristic associated with the received URL comprises a unique identifier for back-end reputation look-up and/or back-end additional characteristic look-up.

**5**. The one or more computer-readable devices of claim **1**, further comprising instructions to perform acts comprising:

determining that the received URL is an un-trusted URL; and

outputting the wrapped URL based on the determination that the received URL is an un-trusted URL.

**6**. The one or more computer-readable devices of claim **1**, further comprising instructions to perform acts comprising outputting an error message when the received URL is a malformed URL, a non-URL, a null URL, a URL of an un-supported Uniform Resource Identifier (URI) schema, and/or a URL with a length longer than a predetermined length.

**7**. The one or more computer-readable devices of claim **1**, wherein the wrapped URL further comprises a redirection service and/or shortened URL.

**8**. The one or more computer-readable devices of claim **1**, wherein the characteristic associated with the received URL comprises an identifier associated with an application which posted the received URL.

**9**. The one or more computer-readable devices of claim **1**, wherein the acts further comprise excluding in-network URLs from URL wrapping and directly loading the received URL.

**10**. A system for implementing a URL redirection service comprising:

memory and a processor;

a policy module, stored in the memory and executable on the processor, configured to exclude URLs on a same network as the URL redirection service from the URL redirection service and to directly load a destination URL on the same network as the URL redirection service;

a redirection server interface module, stored in the memory and executable on the processor, configured to receive a request for handling a wrapped URL comprising the destination URL, a characteristic of the destination URL, and a security hash;

a URL validation/verification module, stored in the memory and executable on the processor, configured to verify that the received wrapped URL has not been tampered with based at least in part upon authenticating the wrapped URL with the security hash;

a reputation lookup module, stored in the memory and executable on the processor, configured to determine a reputation rating for the destination URL;

a redirection logic module, stored in the memory and executable on the processor, configured to output a confidence score and a redirection decision based on validity of the received wrapped URL, the reputation rating of the destination URL, and a characteristic of the destination URL;

a telemetry service module, stored in the memory and executable on the processor, configured to receive click-through telemetry information from an interstitial page; and

a logging module, stored in the memory and executable on the processor, configured to create a telemetry report

14

based on the click-through telemetry information and a log report based on the redirection decision.

**11**. The system of claim **10**, the characteristic associated with the destination URL comprises an identifier of a user who originally posted the destination URL and a location where the destination URL was posted.

**12**. The system of claim **10**, further comprising a shortened/redirected URL handling module, stored in the memory and executable on the processor, configured to:

receive a shortened URL or a redirected URL;

determine a final destination URL of the shortened or redirected URL; and

output the final destination URL to the reputation lookup module.

**13**. The system of claim **10**, further comprising a configuration module, stored in the memory and executable on the processor, configured to maintain system configuration settings in a system configuration store.

**14**. The system of claim **10**, the redirection decision comprising determining, based on the reputation rating of the destination URL, when to display the interstitial page, the interstitial page comprising an abuse information page, an unknown information page, or an error information page.

**15**. The system of claim **10**, the redirection decision comprising determining, based on rules applied to the destination URL or a characteristic of the destination URL, when to display the interstitial page, the interstitial page comprising an abuse information page, an unknown information page, or an error information page.

**16**. One or more computer-readable storage devices, storing processor-executable instructions that, when executed on a processor, configure the processor to perform acts for URL Web service calls, the acts comprising:

receiving a Web service call for a destination URL;

creating a security hash based on the destination URL and a characteristic associated with the destination URL, wherein the characteristic comprises an identifier of a user who posted the destination URL;

outputting a wrapped URL comprising the destination URL, the characteristic associated with the destination URL, and the security hash;

validating that the wrapped URL has not been tampered with based at least in part upon authenticating the wrapped URL with the security hash;

determining a redirection decision for the destination URL;

outputting the redirection decision, wherein if the destination URL is invalid, abusive, or unknown, the redirection decision redirects a user to a web page; and

logging the redirection decision and click-through telemetry information associated with the web page.

**17**. The one or more computer-readable devices of claim **16**, the redirection decision determined based on a reputation rating of the destination URL.

**18**. The one or more computer-readable devices of claim **16**, wherein the characteristic associated with the destination URL further comprises a website where the URL was originally posted.

**19**. The one or more computer-readable devices of claim **18**, wherein the acts further comprise excluding in-network URLs from URL wrapping and directly loading the destination URL.

**20**. The one or more computer-readable devices of claim **18**, wherein creating the security hash is further based on context information comprising a session identifier.

\* \* \* \* \*

# APPENDIX
# 115

PTO/SB/47 (03-09)
Approved for use through 03/31/2012. OMB 0651-0016
U.S. Patent and Trademark Office; U. S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# "FEE ADDRESS" INDICATION FORM

| Address to: | Fax to: |
|---|---|
| Mail Stop M Correspondence | 571-273-6500 |
| Commissioner for Patents        - OR - | |
| P.O. Box 1450 | |
| Alexandria, VA 22313-1450 | |

**INSTRUCTIONS:** The issue fee must have been paid for application(s) listed on this form.  In addition, only an address represented by a Customer Number can be established as the fee address for maintenance fee purposes (hereafter, fee address).  A fee address should be established when correspondence related to maintenance fees should be mailed to a different address than the correspondence address for the application. **When to check the first box below:** If you have a Customer Number to represent the fee address.  **When to check the second box below:** If you have no Customer Number representing the desired fee address, in which case a completed Request for Customer Number (PTO/SB/125) must be attached to this form.  For more information on Customer Numbers, see the Manual of Patent Examining Procedure (MPEP) § 403.

For the following listed application(s), please recognize as the "Fee Address" under the provisions of 37 CFR 1.363 the address associated with:

[✓]  Customer Number: | 22971

***OR***

[ ]  The attached Request for Customer Number (PTO/SB/125) form.

| PATENT NUMBER (if known) | APPLICATION NUMBER |
|---|---|
| 8,862,699 | 12/637,673 |

Completed by (check one):

[ ] Applicant/Inventor

*Yanek Kondryszyn*
Signature

[✓] Attorney or Agent of record     70260
(Reg. No.)

Yanek A. Kondryszyn
Typed or printed name

[ ] Assignee of record of the entire interest. See 37 CFR 3.71.
Statement under 37 CFR 3.73(b) is enclosed.
(Form PTO/SB/96)

512-456-5990
Requester's telephone number

[ ] Assignee recorded at Reel _____ Frame _____

11/04/2014
Date

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more than one signature is required, see below*.

[ ]  * Total of _____ forms are submitted.

This collection of information is required by 37 CFR 1.363.  The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 6 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313- 1450. DO NOT SEND COMPLETE D FORMS TO THIS A DDRESS.
SEND TO:  Mail Stop M Correspondence, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

MS1 - 4927US

PTO/SB/123 (11-08)
Approved for use through 11/30/2011. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## CHANGE OF CORRESPONDENCE ADDRESS
### *Patent*

Address to:
Mail Stop Post Issue
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

| Patent Number | 8,862,699 |
|---|---|
| Issue Date | 10/14/2014 |
| Application Number | 12/637,673 |
| Filing Date | 12/14/2009 |
| First Named Inventor | Ameya S. Bhatawdekar |
| Attorney Docket Number | MS1 - 4927US |

Please change the Correspondence Address for the above-identified patent to:

☑ The address associated with Customer Number: | 22971

**OR**

☐ Firm *or* Individual Name

| Address | | |
|---|---|---|
| City | State | ZIP |
| Country | | |
| Telephone | Email | |

This form cannot be used to change the data associated with a Customer Number. To change the data associated with an existing Customer Number use "Request for Customer Number Data Change" (PTO/SB/124).

This form will not affect any "fee address" provided for the above-identified patent. To change a "fee address" use the "Fee Address Indication Form" (PTO/SB/47).

I am the:

☐ Patentee.

☐ Assignee of record of the entire interest. See 37 CFR 3.71.
Statement under 37 CFR 3.73(b) is enclosed. (Form PTO/SB/96).

☑ Attorney or agent of record. Registration Number 70260

| Signature | *Yanek Kondryszyn* |
|---|---|
| Typed or Printed Name | Yanek A. Kondryszyn |
| Date | 11/04/2014 |
| Telephone | 509-944-4625 |

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more than one signature is required, see below*.

☐ *Total of _____ forms are submitted.

This collection of information is required by 37 CFR 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Mail Stop Post Issue, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 20847568 |
| **Application Number:** | 12637673 |
| **International Application Number:** | |
| **Confirmation Number:** | 3736 |
| **Title of Invention:** | Reputation Based Redirection Service |
| **First Named Inventor/Applicant Name:** | Ameya S. Bhatawdekar |
| **Customer Number:** | 22801 |
| **Filer:** | Robert Goff Hartman/Gina Washington |
| **Filer Authorized By:** | Robert Goff Hartman |
| **Attorney Docket Number:** | MS1-4927US |
| **Receipt Date:** | 02-DEC-2014 |
| **Filing Date:** | 14-DEC-2009 |
| **Time Stamp:** | 20:20:27 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Change of Address | 1895538.PDF | 95507<br>73286a035c49ef5acd0e089103bc092e5009e3e7 | no | 1 |

**Warnings:**

**Information:**

| 2 | Change of Address | 1895561.PDF | 84759<br><br>a06e054efc7dfd1822792e524eb2cd56406<br>61e01 | no | 1 |

**Warnings:**

**Information:**

| | Total Files Size (in bytes): | 180266 |
|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 12/637,673 | 10/14/2014 | 8862699 | MS1-4927US | 3736 |

22801        7590        09/24/2014

LEE & HAYES, PLLC
601 W. RIVERSIDE AVENUE
SUITE 1400
SPOKANE, WA 99201

# ISSUE NOTIFICATION

The projected patent number and issue date are specified above.

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(application filed on or after May 29, 2000)

The Patent Term Adjustment is 383 day(s). Any patent to issue from the above-identified application will include an indication of the adjustment on the front page.

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Application Assistance Unit (AAU) of the Office of Data Management (ODM) at (571)-272-4200.

APPLICANT(s) (Please see PAIR WEB site http://pair.uspto.gov for additional applicants):

Ameya S. Bhatawdekar, Issaquah, WA;
Kristofer N. Iverson, Redmond, WA;
Elliott J. Haber, Fall City, WA;
John L. Scarrow, Sammamish, WA;
Chad W. Mills, Redmond, WA;

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The USA offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to encourage and facilitate business investment. To learn more about why the USA is the best country in the world to develop technology, manufacture products, and grow your business, visit SelectUSA.gov.

# PART B - FEE(S) TRANSMITTAL

**Complete and send this form, together with applicable fee(s), to:** **Mail**

Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

**or Fax** (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

Customer Number 22801
Lee & Hayes PLLC
601 W Riverside Ave Suite 1400
Spokane, WA  99201

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

N/A filed via EFS-Web _____ (Depositor's name)
_____ (Signature)
_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 12/637,673 | 12/14/2009 | Ameya S. Bhatawdekar | MS1 - 4927US | 3736 |

TITLE OF INVENTION: Reputation Based Redirection Service

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | NO | 960 | 0 | 0 | 960 | 9/11/2014 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| Julian Chang | 2452 | 709-238000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).
☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.
☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list
(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 Bryan Webster
2 Andrew Sanders
3 Micky Minhas

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)
PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE
Microsoft Corporation

(B) RESIDENCE: (CITY AND STATE OR COUNTRY)
Redmond          WA          US

Please check the appropriate assignee category or categories (will not be printed on the patent) : ☐ Individual ☑ Corporation or other private group entity ☐ Government

4a. The following fee(s) are submitted:
☑ Issue Fee
☐ Publication Fee (No small entity discount permitted)
☐ Advance Order - # of Copies _____

4b. Payment of Fee(s): **(Please first reapply any previously paid issue fee shown above)**
☐ A check is enclosed.
☑ Payment by credit card. Form PTO-2038 is attached. Fees Paid Via EFS-Web
☑ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment to Deposit Account Number 12-0769 (enclose an extra copy of this form).

5. **Change in Entity Status** (from status indicated above)
☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.   ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature   /Michael Saizan/          Date   9/11/2014

Typed or printed name   Michael Robert Saizan     Registration No.   65013

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 02/11) Approved for use through 08/31/2013.          OMB 0651-0033          U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Serial No. ............................................................................. 12/637,673
Filing Date ........................................................................... 12/14/2009
Confirmation No. ............................................................................3736
First Named Inventor ............................................... Ameya S. Bhatawdekar
Assignee................................................................ Microsoft Corporation
Group Art Unit............................................................................2452
Examiner .................................................................................Julian Chang
Attorney's Docket No. ....................................................... MS1-4927US
Title: ............................................................Reputation Based Redirection Service


To:      Commissioner for Patents
         P.O. Box 1450
         Alexandria, VA 22313-1450


From:    Michael Robert Saizan (Tel. 512-456-5990; Fax 509-323-8979)
         **Customer Number: 22801**
         Lee & Hayes, PLLC
         601 W. Riverside Avenue, Suite 1400
         Spokane, WA 99201


   Fees will be paid by credit card through the EFS Web; however the
Commissioner is hereby authorized to charge any deficiency of fees and credit any
overpayments to Deposit Account Number 12-0769.

### REMARKS

Applicant acknowledges with appreciation the allowance by the Examiner of the subject application.  Applicant agrees with the Examiner's Statement of Reasons for Allowance to the extent that the claims of the present invention are patentable over the documents of record.  Applicant expressly traverses the Examiner's Statement of Reasons for Allowance to the extent that any comment is intended to or has the effect of limiting a claim's scope, explicitly or implicitly, by not reciting verbatim the respective claim language.

Respectfully Submitted,

Dated: 9/11/2014          By:   /Michael Saizan/
                                 Michael Robert Saizan
                                 Reg. No. 65013
                                 512-456-5990

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 12637673 |
| **Filing Date:** | 14-Dec-2009 |
| **Title of Invention:** | Reputation Based Redirection Service |
| **First Named Inventor/Applicant Name:** | Ameya S. Bhatawdekar |
| **Filer:** | Michael R. Saizan/Alexis Collins |
| **Attorney Docket Number:** | MS1-4927US |

Filed as Large Entity

## Utility under 35 USC 111(a) Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| Utility Appl Issue Fee | 1501 | 1 | 960 | 960 |
| **Extension-of-Time:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| | | **Total in USD ($)** | **960** | |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 20114425 |
| **Application Number:** | 12637673 |
| **International Application Number:** | |
| **Confirmation Number:** | 3736 |
| **Title of Invention:** | Reputation Based Redirection Service |
| **First Named Inventor/Applicant Name:** | Ameya S. Bhatawdekar |
| **Customer Number:** | 22801 |
| **Filer:** | Michael R. Saizan/Alexis Collins |
| **Filer Authorized By:** | Michael R. Saizan |
| **Attorney Docket Number:** | MS1-4927US |
| **Receipt Date:** | 11-SEP-2014 |
| **Filing Date:** | 14-DEC-2009 |
| **Time Stamp:** | 16:18:11 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $ 960 |
| RAM confirmation Number | 2812 |
| Deposit Account | |
| Authorized User | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|

| 1 | Issue Fee Payment (PTO-85B) | 15Q8825.PDF | 54935<br><br>28bfe52ca6ca684d5ebc870365c595ecb509f240 | no | 1 |
|---|---|---|---|---|---|

| **Warnings:** | | | | | |
|---|---|---|---|---|---|

| **Information:** | | | | | |
|---|---|---|---|---|---|

| 2 | Post Allowance Communication - Incoming | 15Q8830.PDF | 62233<br><br>993797fa64970383acb13805f6b9653d865ca8cd | no | 2 |
|---|---|---|---|---|---|

| **Warnings:** | | | | | |
|---|---|---|---|---|---|

| **Information:** | | | | | |
|---|---|---|---|---|---|

| 3 | Fee Worksheet (SB06) | fee-info.pdf | 30220<br><br>955b394d1b9a4817182e098f62e5ec8ee08855d0 | no | 2 |
|---|---|---|---|---|---|

| **Warnings:** | | | | | |
|---|---|---|---|---|---|

| **Information:** | | | | | |
|---|---|---|---|---|---|

| | | **Total Files Size (in bytes):** | 147388 | | |
|---|---|---|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

| | |
|---|---|
| 22801    7590    06/11/2014 | EXAMINER |
| LEE & HAYES, PLLC | CHANG, JULIAN |
| 601 W. RIVERSIDE AVENUE | |
| SUITE 1400 | ART UNIT : PAPER NUMBER |
| SPOKANE, WA 99201 | 2452 |

DATE MAILED: 06/11/2014

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 12/637,673 | 12/14/2009 | Ameya S. Bhatawdekar | MS1-4927US | 3736 |

TITLE OF INVENTION: Reputation Based Redirection Service

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $960 | $0 | $0 | $960 | 09/11/2014 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the ENTITY STATUS shown above. If the ENTITY STATUS is shown as SMALL or MICRO, verify whether entitlement to that entity status still applies.

If the ENTITY STATUS is the same as shown above, pay the TOTAL FEE(S) DUE shown above.

If the ENTITY STATUS is changed from that shown above, on PART B - FEE(S) TRANSMITTAL, complete section number 5 titled "Change in Entity Status (from status indicated above)".

For purposes of this notice, small entity fees are 1/2 the amount of undiscounted fees, and micro entity fees are 1/2 the amount of small entity fees.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

Page 1 of 3

PTOL-85 (Rev. 02/11)

**PART B - FEE(S) TRANSMITTAL**

**Complete and send this form, together with applicable fee(s), to: <u>Mail</u>**    Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
**or <u>Fax</u>    (571)-273-2885**

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

```
    22801         7590         06/11/2014
    LEE & HAYES, PLLC
    601 W. RIVERSIDE AVENUE
    SUITE 1400
    SPOKANE, WA 99201
```

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 12/637,673 | 12/14/2009 | Ameya S. Bhatawdekar | MS1-4927US | 3736 |

TITLE OF INVENTION: Reputation Based Redirection Service

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $960 | $0 | $0 | $960 | 09/11/2014 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| CHANG, JULIAN | 2452 | 709-238000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list

(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____

2 _____

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                    (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) :   ☐ Individual   ☐ Corporation or other private group entity   ☐ Government

4a. The following fee(s) are submitted:

☐ Issue Fee
☐ Publication Fee (No small entity discount permitted)
☐ Advance Order - # of Copies _____

4b. Payment of Fee(s): (**Please first reapply any previously paid issue fee shown above**)

☐ A check is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credits any overpayment to Deposit Account Number _____ (enclose an extra copy of this form).

5. **Change in Entity Status** (from status indicated above)

☐ Applicant certifying micro entity status. See 37 CFR 1.29

☐ Applicant asserting small entity status. See 37 CFR 1.27

☐ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.

NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.

NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature _____        Date _____

Typed or printed name _____        Registration No. _____

PTOL-85 Part B (10-13) Approved for use through 10/31/2013.        OMB 0651-0033        U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 12/637,673 | 12/14/2009 | Ameya S. Bhatawdekar | MS1-4927US | 3736 |

22801      7590      06/11/2014
LEE & HAYES, PLLC
601 W. RIVERSIDE AVENUE
SUITE 1400
SPOKANE, WA 99201

| EXAMINER |
|---|
| CHANG, JULIAN |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2452 | |

DATE MAILED: 06/11/2014

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(Applications filed on or after May 29, 2000)

The Office has discontinued providing a Patent Term Adjustment (PTA) calculation with the Notice of Allowance.

Section 1(h)(2) of the AIA Technical Corrections Act amended 35 U.S.C. 154(b)(3)(B)(i) to eliminate the requirement that the Office provide a patent term adjustment determination with the notice of allowance. See Revisions to Patent Term Adjustment, 78 Fed. Reg. 19416, 19417 (Apr. 1, 2013). Therefore, the Office is no longer providing an initial patent term adjustment determination with the notice of allowance. The Office will continue to provide a patent term adjustment determination with the Issue Notification Letter that is mailed to applicant approximately three weeks prior to the issue date of the patent, and will include the patent term adjustment on the patent. Any request for reconsideration of the patent term adjustment determination (or reinstatement of patent term adjustment) should follow the process outlined in 37 CFR 1.705.

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

PTOL-85 (Rev. 02/11)

**OMB Clearance and PRA Burden Statement for PTOL-85 Part B**

The Paperwork Reduction Act (PRA) of 1995 requires Federal agencies to obtain Office of Management and Budget approval before requesting most types of information from the public. When OMB approves an agency request to collect information from the public, OMB (i) provides a valid OMB Control Number and expiration date for the agency to display on the instrument that will be used to collect the information and (ii) requires the agency to inform the public about the OMB Control Number's legal significance in accordance with 5 CFR 1320.5(b).

The information collected by PTOL-85 Part B is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450. Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

**Privacy Act Statement**

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

| *Notice of Allowability* | Application No. 12/637,673 | Applicant(s) BHATAWDEKAR ET AL. | |
|---|---|---|---|
| | Examiner JULIAN CHANG | Art Unit 2452 | AIA (First Inventor to File) Status No |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *claims filed on 05/14/2014*.

     ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

3. ☒ The allowed claim(s) is/are *1-9,11,12 and 15-23*. As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov .

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

     **Certified copies:**

       a) ☐ All    b) ☐ Some   *c) ☐ None of the:

         1. ☐ Certified copies of the priority documents have been received.

         2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

         3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

     * Certified copies not received: _____ .

     Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.

     ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail _____.

     **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☐ Notice of References Cited (PTO-892)

2. ☐ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date _____

3. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

4. ☐ Interview Summary (PTO-413), Paper No./Mail Date _____ .

5. ☐ Examiner's Amendment/Comment

6. ☒ Examiner's Statement of Reasons for Allowance

7. ☐ Other _____ .

/JULIAN CHANG/
Examiner, Art Unit 2452

Application/Control Number: 12/637,673                                    Page 2
Art Unit: 2452

## DETAILED ACTION

1.      This Office action is responsive to communication filed on 05/14/14. Claims 1-9,

11, 12, and 15-23 are pending. The present application is being examined under the

pre-AIA first to invent provisions.


### *Continued Examination Under 37 CFR 1.114*

2.      A request for continued examination under 37 CFR 1.114, including the fee set

forth in 37 CFR 1.17(e), was filed in this application after final rejection.  Since this

application is eligible for continued examination under 37 CFR 1.114, and the fee set

forth in 37 CFR 1.17(e) has been timely paid, the finality of the previous Office action

has been withdrawn pursuant to 37 CFR 1.114.  Applicant's submission filed on

05/14/2014 has been entered.


### *Response to Arguments*

3.      Applicant's arguments, see Remarks pp. 10-19, filed 05/14/2014, with respect to

rejections under § 103 have been fully considered and are persuasive.  The rejections

under § 103 of claims 1, 18, and claims dependent therefrom, has been withdrawn.


### *Allowable Subject Matter*

4.      Claims 1-9, 11, 12, and 15-23 are allowable.

5.      The following is an examiner's statement of reasons for allowance:

Application/Control Number: 12/637,673                                Page 3
Art Unit: 2452

6.      The prior art of record fails to reasonably teach a system comprising the specific combination of a policy module configured to exclude URLs on a same network from URL redirection service and to directly load a destination URL; a redirection module configured to receive a request for handling a wrapped URL comprising the destination URL, a characteristic of the destination URL, and a security hash; a URL validation module configured to verify that the wrapped URL has not been tampered with based at least in part upon authenticating the wrapped URL with the security hash; a reputation lookup module configured to determine the reputation of the destination URL; a redirection module configured to output a confidence score and a redirection decision that is based on the validity of the wrapped URL, the reputation rating of the destination URL and a characteristic of the destination URL; a telemetry module configured to receive click-through telemetry information from an interstitial page; and a logging module configured to create a telemetry report based on the click-through telemetry information and a log report based on the redirection decisions.

7.      The prior art of record fails to reasonably teach a computer-readable device comprising instructions for performing the specific combination of acts comprising: receiving an input URL; determining a characteristic associated with the received URL; creating a security hash based on the received URL and the characteristic associated with the received URL, wherein the characteristic comprises an identifier of a user who originally posted the URL; outputting a wrapped URL comprising the received URL, the characteristic associated with the received URL, and the security hash; validating the wrapped URL has not been tampered with based at least in part upon authenticating the

Application/Control Number: 12/637,673                                        Page 4
Art Unit: 2452

wrapped URL with the security hash; receiving a Web service call for a destination URL;

determining and outputting a redirection decision for the destination URL, wherein if the

URL is invalid, abusive, or unknown, the redirection decision redirects a user to a web

page; and logging the redirection decision and click-through telemetry information for

the web page.

Any comments considered necessary by applicant must be submitted no later

than the payment of the issue fee and, to avoid processing delays, should preferably

accompany the issue fee.  Such submissions should be clearly labeled "Comments on

Statement of Reasons for Allowance."


## Conclusion

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to JULIAN CHANG whose telephone number is (571)272-

8631.  The examiner can normally be reached on Monday thru Friday 9AM to 5PM.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, THU NGUYEN can be reached on (571) 272-6967.  The fax phone number

for the organization where this application or proceeding is assigned is 571-273-8300.

Application/Control Number: 12/637,673                                   Page 5
Art Unit: 2452

      Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a

USPTO Customer Service Representative or access to the automated information

system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.


/JULIAN CHANG/
Examiner, Art Unit 2452

/PATRICE WINDER/
Primary Examiner, Art Unit 2452



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

## BIB DATA SHEET

**CONFIRMATION NO. 3736**

| SERIAL NUMBER 12/637,673 | FILING or 371(c) DATE 12/14/2009 RULE | CLASS 709 | GROUP ART UNIT 2452 | ATTORNEY DOCKET NO. MS1-4927US |
|---|---|---|---|---|

**APPLICANTS**

**INVENTORS**
Ameya S. Bhatawdekar, Issaquah, WA;
Kristofer N. Iverson, Redmond, WA;
Elliott J. Haber, Fall City, WA;
John L. Scarrow, Sammamish, WA;
Chad W. Mills, Redmond, WA;

** CONTINUING DATA **************************

** FOREIGN APPLICATIONS **************************

** IF REQUIRED, FOREIGN FILING LICENSE GRANTED **
12/31/2009

| Foreign Priority claimed ☐ Yes ☒ No | | | STATE OR COUNTRY | SHEETS DRAWINGS | TOTAL CLAIMS | INDEPENDENT CLAIMS |
|---|---|---|---|---|---|---|
| 35 USC 119(a-d) conditions met ☐ Yes ☒ No | ☐ Met after Allowance | | | | | |
| Verified and Acknowledged  /JULIAN CHANG/ Examiner's Signature | Initials | | WA | 8 | 20 | 3 |

**ADDRESS**

LEE & HAYES, PLLC
601 W. RIVERSIDE AVENUE
SUITE 1400
SPOKANE, WA 99201
UNITED STATES

**TITLE**

Reputation Based Redirection Service

| FILING FEE RECEIVED 1220 | FEES: Authority has been given in Paper No._____ to charge/credit DEPOSIT ACCOUNT No._____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees (Filing) |
| | | ☐ 1.17 Fees (Processing Ext. of time) |
| | | ☐ 1.18 Fees (Issue) |
| | | ☐ Other _____ |
| | | ☐ Credit |

BIB (Rev. 05/07).

| *Issue Classification* | Application/Control No. | | Applicant(s)/Patent Under Reexamination |
|---|---|---|---|
| | 12637673 | | BHATAWDEKAR ET AL. |
| | **Examiner** | | **Art Unit** |
| | JULIAN CHANG | | 2452 |

**CPC**

| Symbol | | | Type | Version |
|---|---|---|---|---|
| H04L | 63 | 123 | I | 2013-01-01 |
| G06F | 21 | 64 | I | 2013-01-01 |
| H04L | 63 | 1466 | F | 2013-01-01 |
| G06F | 21 | 566 | I | 2013-01-01 |
| H04L | 9 | 3223 | A | 2013-01-01 |
| G06F | 17 | 30887 | I | 2013-01-01 |
| H04L | 63 | 1483 | I | 2013-01-01 |
| G06F | 2221 | 2119 | A | 2013-01-01 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**CPC Combination Sets**

| Symbol | | | Type | Set | Ranking | Version |
|---|---|---|---|---|---|---|
| | | | | | | |

| /JULIAN CHANG/ Examiner.Art Unit 2452 | 05/28/2014 | **Total Claims Allowed:** | |
|---|---|---|---|
| (Assistant Examiner) | (Date) | 20 | |
| /PATRICE WINDER/ Primary Examiner.Art Unit 2452 | 06/02/2014 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner) | (Date) | 1 | 1 |

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 12637673 | BHATAWDEKAR ET AL. |
| | Examiner | Art Unit |
| | JULIAN CHANG | 2452 |

| US ORIGINAL CLASSIFICATION | | INTERNATIONAL CLASSIFICATION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CLASS | SUBCLASS | CLAIMED | | | | | NON-CLAIMED | | | |
| 709 | 219 | G | 0 | 6 | F | 15 / 16 (2006.01.01) | | | | |
| CROSS REFERENCE(S) | | G | 0 | 6 | F | 7 / 04 (2006.01.01) | | | | |
| CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | | | | | | |
| 726 | 30 | | | | | | | | | |
| 709 | 245 | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

| /JULIAN CHANG/ Examiner.Art Unit 2452 (Assistant Examiner) | 05/28/2014 (Date) | Total Claims Allowed: 20 | |
|---|---|---|---|
| /PATRICE WINDER/ Primary Examiner.Art Unit 2452 (Primary Examiner) | 06/02/2014 (Date) | O.G. Print Claim(s) 1 | O.G. Print Figure 1 |

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 12637673 | BHATAWDEKAR ET AL. |
| | **Examiner** | **Art Unit** |
| | JULIAN CHANG | 2452 |

| ☐ Claims renumbered in the same order as presented by applicant | | | | ☐ CPA | ☐ T.D. | ☐ R.1.47 |

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 15 | 17 | | | | | | | | | | | | |
| 2 | 2 | 16 | 18 | | | | | | | | | | | | |
| 3 | 3 | 17 | 19 | | | | | | | | | | | | |
| 4 | 4 | 18 | 20 | | | | | | | | | | | | |
| 5 | 5 | 9 | 21 | | | | | | | | | | | | |
| 6 | 6 | 19 | 22 | | | | | | | | | | | | |
| 7 | 7 | 20 | 23 | | | | | | | | | | | | |
| 8 | 8 | | | | | | | | | | | | | | |
| 10 | 9 | | | | | | | | | | | | | | |
| | 10 | | | | | | | | | | | | | | |
| 11 | 11 | | | | | | | | | | | | | | |
| 12 | 12 | | | | | | | | | | | | | | |
| | 13 | | | | | | | | | | | | | | |
| | 14 | | | | | | | | | | | | | | |
| 13 | 15 | | | | | | | | | | | | | | |
| 14 | 16 | | | | | | | | | | | | | | |

| /JULIAN CHANG/ Examiner.Art Unit 2452 | 05/28/2014 | **Total Claims Allowed:** | |
|---|---|---|---|
| (Assistant Examiner) | (Date) | 20 | |
| /PATRICE WINDER/ Primary Examiner.Art Unit 2452 | 06/02/2014 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner) | (Date) | 1 | 1 |

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 12637673 | BHATAWDEKAR ET AL. |
| | Examiner | Art Unit |
| | JULIAN CHANG | 2452 |

## CPC- SEARCHED

| Symbol | Date | Examiner |
|---|---|---|
| H04L 9/32,3223,0643 63/1441 | 5/28/2014 | JC |
| G06F 17/30861,30876,30887 21/64 | 5/28/2014 | JC |

## CPC COMBINATION SETS  - SEARCHED

| Symbol | Date | Examiner |
|---|---|---|
| | | |

## US CLASSIFICATION SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| 709 | 201,203,217-219 | 5/28/2014 | JC |
| 726 | 23,25,27,30 | 5/28/2014 | JC |

## SEARCH NOTES

| Search Notes | Date | Examiner |
|---|---|---|
| east search | 5/28/2014 | JC |
| assignee/inventor search limited by text | 5/28/2014 | JC |
| class search limited by text | 5/28/2014 | JC |
| google scholar search | 1/19/2012 | JC |

## INTERFERENCE SEARCH

| US Class/ CPC Symbol | US Subclass / CPC Group | Date | Examiner |
|---|---|---|---|
| H04L | 9/32,3223,0643 63/1441 | 5/28/2014 | JC |
| G06F | 17/30861,30876,30887 21/64 | 5/28/2014 | JC |
| 709 | 201,203,217-219 | 5/28/2014 | JC |
| 726 | 23,25,27,30 | 5/28/2014 | JC |

| /JULIAN CHANG/ Examiner.Art Unit 2452 | |
|---|---|

**EAST Search History**

**EAST Search History (Prior Art)**

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L1 | 12 | ((microsoft msft).as. (bhatawdekar with ameya iverson with kristofer haber with elliott scarrow with john chad with mills).in.) and ((URL wrapped link hyperlink locator uri) with hash$4).clm. and (validat$4 tamper$4 authentic$6) with hash$4 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/05/28 17:58 |
| L2 | 22 | hash$4 with (hyperlink URL URI link) same tamper$4 and (@ad @rlad @pd @ptad @prad)<"20091214" AND ((H04L63/144 H04L9/0643,32,3223 G06F17/30861,30876,30887 G06F21/64).CPC. (709/201,203,217-219 726/23,25,27,30).CCLS.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/05/28 17:59 |
| L3 | 22 | hash$4 with (hyperlink URL URI link) same tamper$4 and (@ad @rlad @pd @ptad @prad)<"20091214" AND ((H04L63/144 H04L9/0643,32,3223 G06F17/30861,30876,30887 G06F21/64).CPC. (709/201,203,217-219 726/23,25,27,30).CCLS.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/05/28 18:00 |
| S1 | 806 | (short shortened) near3 URL and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 15:58 |
| S2 | 818 | (short shortened tiny) near3 URL and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 15:58 |
| S3 | 52 | (short shortened tiny) near3 URL same redirect$4 and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 15:58 |
| S4 | 10 | (short shortened tiny) near3 URL same redirect$4 and (reputation phishing) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 15:59 |
| S5 | 9 | (short shortened tiny redirection) near | US-PGPUB; | OR | ON | 2012/01/19 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | URL with (trust$4 trustworth$6 reputation phishing) and (@ad<"20091214" @rlad<"20091214") | USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | 16:02 |
| S6 | 17 | (short shortened tiny redirection) near URL same (trust$4 trustworth$6 reputation ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 16:03 |
| S7 | 9 | tinyurl same (trust$4 trustworth$6 reputation ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 16:04 |
| S8 | 0 | (short shortened) adj url same (trust$4 trustworth$6 reputation ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 16:04 |
| S9 | 64 | (short shortened) near3 (address url locator) same (trust$4 trustworth$6 reputation ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 16:04 |
| S10 | 11 | (short shortened) near3 (address url locator) with (trust$4 trustworth$6 reputation ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 16:05 |
| S11 | 1 | ("20100268739").PN. | US-PGPUB; USPAT | OR | OFF | 2012/01/19 16:15 |
| S12 | 0 | ("2010/0268739").URPN. | USPAT | OR | ON | 2012/01/19 16:15 |
| S13 | 4 | (("20080307044") or ("20070124500") or ("20070124499") or ("20070124414")).PN. | US-PGPUB; USPAT | OR | OFF | 2012/01/19 16:16 |
| S14 | 16 | (short shortened compress$4 tiny) near3 (address url locator) with (trust$4 trustworth$6 reputation ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 16:19 |
| S15 | 69 | (short shortened compress$4 tiny) near3 (address url locator) same (trust$4 trustworth$6 reputation ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; | OR | ON | 2012/01/19 16:20 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S16 | 8 | (short shortened compress$4 tiny) near3 (url) same (trust$4 trustworth$6 reputation ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 16:20 |
| S17 | 9 | tinyurl and phishing and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 16:22 |
| S18 | 23 | (short shortened tiny redirection alias$4) near URL same (trust$4 trustworth$6 reputation ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 16:34 |
| S19 | 84 | (short shortened tiny redirect$4 alias$4 shortening) near4 URL same (trust$4 trustworth$6 reputation ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 16:34 |
| S20 | 0 | (13/175812).APP. | USPAT; USOCR | OR | ON | 2012/01/19 16:39 |
| S21 | 0 | ("2011/0258201").URPN. | USPAT | OR | ON | 2012/01/19 16:39 |
| S22 | 0 | (short shortened tiny shortening) near4 URL and warning with trust$4 and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 16:48 |
| S23 | 1 | ((short shortened tiny shortening compress$4 alias$4) near2 URL tinyurl bitly) and warning with trust$4 and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 16:48 |
| S24 | 1 | ((short shortened tiny shortening compress$4 alias$4) near2 URL tinyurl bitly) and warn$4 with trust$4 and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 16:48 |
| S25 | 3 | ((short shortened tiny shortening compress$4 alias$4) near2 URL tinyurl bitly) and match$4 same warn$4 and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; | OR | ON | 2012/01/19 16:49 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | DERWENT; IBM_TDB | | | |
| S26 | 68 | ((short shortened tiny shortening compress$4 alias$4) near2 URL tinyurl bitly) and (spam$4 phishing) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 16:50 |
| S27 | 80 | ((short shortened tiny shortening compress$4 alias$4 redirect$4) near2 URL tinyurl bitly) and warn$4 and (spam$4 phishing) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 16:50 |
| S28 | 16 | reputation same redirect$4 with url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:13 |
| S29 | 4 | bea.as. and compress$4 with url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:17 |
| S30 | 43 | (shorten$4 short compress$4) near2 url and (session near2 (identifier id) sessionid) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:18 |
| S31 | 18 | (shorten$4 short compress$4) near2 url same (session near2 (identifier id) sessionid) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:19 |
| S32 | 0 | website with reputation same session and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:25 |
| S33 | 71 | ((url website) with reputation).ab. and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:25 |
| S34 | 11 | reputation with (website URL link hyperlink) same post$4 with identity and (@ad<"20091214" | US-PGPUB; USPAT; USOCR; | OR | ON | 2012/01/19 17:27 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | @rlad<"20091214") | FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
| S35 | 0 | reputation with (website URL link hyperlink) same post$4 with where and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:28 |
| S36 | 0 | trust$4 with (website URL link hyperlink) same post$4 with where and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:28 |
| S37 | 2 | trust$4 with (website URL link hyperlink) same post$4 with identity and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:28 |
| S38 | 200 | (reputation safe trust$4) with (website URL link hyperlink) and post$4 with identity and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:29 |
| S39 | 118 | (reputation safe trust$4) with (website URL link hyperlink) and post$4 near5 identity and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:29 |
| S40 | 36 | (reputation safe trust$4) near5 (website URL link hyperlink) and post$4 near5 identity and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:29 |
| S41 | 286 | (reputation safe trust$4) near5 (website URL link hyperlink) same identity and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:29 |
| S42 | 225 | (reputation safe trust$4) near5 (URL link hyperlink) same identity and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:30 |
| S43 | 29 | (reputation) near5 (URL link hyperlink) | US-PGPUB; | OR | ON | 2012/01/19 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | same identity and (@ad<"20091214" @rlad<"20091214") | USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | 17:31 |
| S44 | 8 | (("6571256") or ("7580982") or ("7831915") or ("7870203") or ("20030028762") or ("20030097591") or ("20060218403") or ("20070118898")).PN. | US-PGPUB; USPAT | OR | OFF | 2012/01/19 17:45 |
| S45 | 20 | (("6367012") or ("6745367") or ("6892178") or ("7562304") or ("20030018585") or ("20030188019") or ("20040122926") or ("20040210602") or ("20060015722") or ("20060253580") or ("20060253582") or ("20070011603") or ("20070078699") or ("20070162349") or ("20070192855") or ("20070250916") or ("20080022384") or ("20080243920") or ("20080288278") or ("20090076994")).PN. | US-PGPUB; USPAT | OR | OFF | 2012/01/19 17:50 |
| S46 | 8 | (("5572643") or ("6819336") or ("7003522") or ("7107530") or ("20050050470") or ("20060095404") or ("20060253584") or ("20070011603")).PN. | US-PGPUB; USPAT | OR | OFF | 2012/01/19 18:03 |
| S47 | 30 | reputation with (URL link hyperlink) and (@ad<"20091214" @rlad<"20091214") and (709/217,219,245).ccls. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 19:01 |
| S48 | 0 | ((wrap$4 short$4 tiny) with (URL URI address locator)).ccls. and (microsoft.as. (bhatawdekar with ameya iverson with kristofer).in.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 19:04 |
| S49 | 0 | ((wrap$4 short$4 tiny) with (URL URI address locator)).ccls. and (microsoft.as. (bhatawdekar with ameya iverson with kristofer mills with chad scarrow with john haber with elliott).in.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 19:04 |
| S50 | 47 | ((wrap$4 short$4 tiny) with (URL URI address locator)).clm. and (microsoft.as. (bhatawdekar with ameya iverson with kristofer mills with chad scarrow with john haber with elliott).in.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 19:05 |
| S51 | 1 | ((wrap$4 short$4 tiny) with (URL URI address locator) and reputation).clm. and (microsoft.as. (bhatawdekar with ameya iverson with kristofer mills with | US-PGPUB; USPAT; USOCR; FPRS; | OR | ON | 2012/01/19 19:05 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | chad scarrow with john haber with elliott).in.) | EPO; JPO; DERWENT; IBM_TDB | | | |
| S52 | 3 | ((wrap$4 short$4 tiny) with (URL URI address locator) and hash$4).clm. and (microsoft.as. (bhatawdekar with ameya iverson with kristofer mills with chad scarrow with john haber with elliott).in.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 19:05 |
| S53 | 16 | (reputation with (URL URI address locator).clm. and (microsoft.as. (bhatawdekar with ameya iverson with kristofer mills with chad scarrow with john haber with elliott).in.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 19:06 |
| S54 | 9 | (reputation with (url)).clm. and (microsoft.as. (bhatawdekar with ameya iverson with kristofer mills with chad scarrow with john haber with elliott).in.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 19:06 |
| S55 | 21 | ((wrap$4 short$4 tiny) near3 (URL URI address locator)).clm. and (microsoft.as. (bhatawdekar with ameya iverson with kristofer mills with chad scarrow with john haber with elliott).in.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 19:07 |
| S56 | 14 | ((wrapped wrapping short$4 tiny) near3 (URL URI address locator)).clm. and (microsoft.as. (bhatawdekar with ameya iverson with kristofer mills with chad scarrow with john haber with elliott).in.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 19:08 |
| S57 | 14 | dynamic with parameter same refer$4 near3 (website domain) and (@ad< "20091214" @rlad< "20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:27 |
| S58 | 40 | dynamic with parameter same refer$4 near3 (website domain url) and (@ad< "20091214" @rlad< "20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:27 |
| S59 | 8 | dynamic near4 parameter same refer$4 near3 (website domain url) and (@ad< "20091214" @rlad< "20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:28 |
| S60 | 337 | dynamic near4 parameter same post$4 and (@ad< "20091214" | US-PGPUB; USPAT; | | | 2012/01/21 14:30 |

| | | | USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
|---|---|---|---|---|---|---|
| S61 | 84 | dynamic near4 parameter with post$4 and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:30 |
| S62 | 0 | dynamic near4 parameter with post$4 same url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:30 |
| S63 | 0 | dynamic near4 (parameter query) with post$4 same url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:30 |
| S64 | 1248 | (parameter query string) with post$4 same url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:31 |
| S65 | 235 | (query with string) with post$4 same url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:31 |
| S66 | 0 | (query with string)with dynamic with post$4 same url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:31 |
| S67 | 43 | (query with string)with parameter with post$4 same url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:31 |
| S68 | 53 | (query with string)with parameter with (poster posted posting refer$4) same url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:32 |

| S69 | 51 | (query adj string)with parameter with (poster posted posting refer$4) same url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:32 |
| S70 | 0 | (query adj string)with parameter with (poster posted posting refer$4) same url and (@ad<"20091214" @rlad<"20091214") and reputation | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:32 |
| S71 | 51 | (query adj string)with parameter with (poster posted posting refer$4) same url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:33 |
| S72 | 132 | (phishing) and redirect$4 with url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:13 |
| S73 | 7 | (phishing) and (deci$4 whether) with redirect$4 with url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:14 |
| S74 | 9 | (phishing) and (safe) with redirect$4 with url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:16 |
| S75 | 2 | (phishing) and (trusted) with redirect$4 with url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:17 |
| S76 | 5 | (reputation) with redirect$4 with url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:17 |
| S77 | 10 | URI with (post$4) with (URL hyperlink link) and reputation and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; | OR | ON | 2012/01/23 13:36 |

EAST Search History

| | | | | DERWENT; IBM_TDB | | | |
|---|---|---|---|---|---|---|---|
| S78 | 1 | query near2 (parameter string) with (post$4) with (URL hyperlink link) and reputation and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:40 |
| S79 | 0 | query near2 (parameter string) with (poster) with (URL hyperlink link) and reputation and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:40 |
| S80 | 0 | query near2 (parameter string) with (poster posted) with (URL hyperlink link) and reputation and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:40 |
| S81 | 137 | query near2 (parameter string) with (poster posted publish$4 domain) with (URL hyperlink link) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:40 |
| S82 | 35 | query near2 (parameter string) with (poster posted publish$4 ) with (URL hyperlink link) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:40 |
| S83 | 0 | query near2 (parameter string) with (poster posted publish$4 ) with redirect$4 with (URL hyperlink link) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:41 |
| S84 | 0 | query near2 (parameter string) with (poster posted publish$4 ) same redirect$4 with (URL hyperlink link) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:42 |
| S85 | 3 | query near2 (parameter string) with identity same redirect$4 with (URL hyperlink link) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:42 |
| S86 | 1 | identity with (posted poster publish$4) same redirect$4 with (URL hyperlink link) and (@ad<"20091214" | US-PGPUB; USPAT; USOCR; | OR | ON | 2012/01/23 13:42 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | @rlad<"20091214") | EPO; JPO; DERWENT; IBM_TDB | | | |
| S87 | 0 | referer with (compress$4 short$4) with (URL URI locator address link hyperlink) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:45 |
| S88 | 2457 | (identity) with (refer$4 publish$4 poster posted) and (compress$4 short$4) with (URL URI locator address link hyperlink) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:45 |
| S89 | 102 | (identity) with (refer$4 publish$4 poster posted) same (compress$4 short$4) with (URL URI locator address link hyperlink) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:46 |
| S90 | 150 | (identity) with (refer$4 publish$4 poster posted) same (compress$4 short$4 redirect$4) with (URL URI locator address link hyperlink) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:46 |
| S91 | 4 | (identity) with (referer publish$4 poster posted) same (compress$4 short$4 redirect$4) with (URL URI locator address link hyperlink) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:46 |
| S92 | 4 | (identity) with (referering with (website URL) publish$4 poster posted) same (compress$4 short$4 redirect$4) with (URL URI locator address link hyperlink) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:47 |
| S93 | 237 | reputation with (URL URI) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:47 |
| S94 | 60 | reputation with (URL URI) same (identity identifier) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:47 |
| S95 | 1 | ("20070157216").PN. | US-PGPUB; | OR | OFF | 2012/01/24 |

| | | | USPAT | | | 08:53 |
|---|---|---|---|---|---|---|
| S96 | 44 | (chang with julian).xa. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 14:21 |
| S97 | 16 | error with malform$4 near3 url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 15:39 |
| S98 | 0 | (11/804017).APP. | USPAT; USOCR | OR | ON | 2012/01/24 15:46 |
| S99 | 40 | untrusted with (URL) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 15:46 |
| S100 | 8 | (untrusted untrustworthy) with (URL) and URL with (redirect$4 alias compress$4 short$6) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 15:49 |
| S101 | 2 | (untrusted untrustworthy) with (URL) same (wrap$4 append$4 insert$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 15:58 |
| S102 | 21 | (untrusted untrustworthy unknown) with (URL) same (wrap$4 append$4 insert$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 15:59 |
| S103 | 12 | (untrusted untrustworthy unknown) with (URL) with (wrap$4 append$4 insert$4 modif$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 15:59 |
| S104 | 74 | (untrusted untrustworthy unknown) with (URL) with (wrap$4 append$4 insert$4 modif$4 rewrit$4 includ$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 15:59 |
| S105 | 1532 | (untrusted untrustworthy unknown) | US-PGPUB; | OR | ON | 2012/01/24 |

| | | same (URL locator address) near5 (wrap$4 append$4 insert$4 modif$4 rewrit$4 includ$4) and (@ad<"20091214" @rlad<"20091214") | USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | 16:00 |
|---|---|---|---|---|---|---|
| S106 | 1565 | (untrusted untrustworthy unknown) same (URL locator address URI) near5 (wrap$4 append$4 insert$4 modif$4 rewrit$4 includ$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:00 |
| S107 | 563 | (untrusted untrustworthy unknown) with (URL locator address URI) near5 (wrap$4 append$4 insert$4 modif$4 rewrit$4 includ$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:00 |
| S108 | 117 | (untrusted untrustworthy) with (URL locator address URI) near5 (wrap$4 append$4 insert$4 modif$4 rewrit$4 includ$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:00 |
| S109 | 18 | (untrusted untrustworthy) with (URL locator URI) near5 (wrap$4 append$4 insert$4 modif$4 rewrit$4 includ$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:01 |
| S110 | 36 | (untrusted untrustworthy) same (URL locator URI) near5 (wrap$4 append$4 insert$4 modif$4 rewrit$4 includ$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:01 |
| S111 | 47 | (untrusted untrustworthy unsafe) same (URL locator URI) near5 (wrap$4 append$4 insert$4 modif$4 rewrit$4 includ$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:02 |
| S112 | 48 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe)) same (URL locator URI) near5 (wrap$4 append$4 insert$4 modif$4 rewrit$4 includ$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:02 |
| S113 | 6 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe)) same (URL locator URI) near5 (wrap$4 append$4 insert$4 modif$4 rewrit$4 ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; | OR | ON | 2012/01/24 16:03 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | IBM_TDB | | | |
| S114 | 13 | (unknown) with (URL locator) same (URL locator URI) near5 (wrap$4 append$4 insert$4 modif$4 rewrit$4 ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:05 |
| S115 | 2 | (unknown) with (URL locator) same (URL locator URI) near5 (encod$4 ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:06 |
| S116 | 4 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe)) same (URL locator URI) near5 (encod$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:06 |
| S117 | 340 | (URL locator URI) near5 (encod$4 wrap$4 includ$4 insert$4) with (reputation score) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:07 |
| S118 | 11 | (URL locator URI) near5 (encod$4 wrap$4 insert$4) with (reputation score) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:08 |
| S119 | 4 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe)) same (URL locator URI) with (flag$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:22 |
| S120 | 0 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe)) same (URL locator URI) with (annotat$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:26 |
| S121 | 3 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe)) same (URL locator URI) with (rewrit$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:26 |
| S122 | 7 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe) unknown) same (URL locator URI) with (rewrit$4) and (@ad<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; | OR | ON | 2012/01/24 16:26 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | @rlad<"20091214") | EPO; JPO; DERWENT; IBM_TDB | | | |
| S123 | 13 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe) unknown) near3 (URL URI locator) and (URL locator URI) with (rewrit$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:27 |
| S124 | 16 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe) unknown) near3 (URL URI locator address) and (URL locator URI) with (rewrit$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:28 |
| S125 | 9 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe) )\near3 (URL URI locator address) and (URL locator URI) with (rewrit$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:28 |
| S126 | 9 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe) )near3 (URL URI locator address) and (URL locator URI) with (rewrit$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:28 |
| S127 | 15 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe) )near3 (URL URI locator address) and (URL locator URI) with (wrap$4 short$4 alias$4 redirect$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:29 |
| S128 | 8 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe) )near3 (URL URI locator address) and (URL locator URI) with (wrap$4 short$4 tiny) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:30 |
| S129 | 25 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe) )near3 (URL URI locator address) and (URL locator URI) with (mark$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:31 |
| S130 | 34 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe) )near3 (URL URI locator address) and (URL locator URI) with (mark$4 flag$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:32 |
| S131 | 7 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe) | US-PGPUB; USPAT; | OR | ON | 2012/01/24 16:46 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | unknown) same (URL locator URI with (rewrit$4) and (@ad<"20091214" @rlad<"20091214") | USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
| S132 | 3 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe) ) same (URL locator URI) with (rewrit$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:48 |
| S133 | 0 | logging with telemetry with (click clickthrough) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:27 |
| S134 | 0 | logged with telemetry with (click clickthrough) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:27 |
| S135 | 0 | logged same telemetry with (click clickthrough) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:28 |
| S136 | 0 | log same telemetry with (click clickthrough) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:28 |
| S137 | 1 | log$4 same telemetry with (click clickthrough) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:28 |
| S138 | 5726 | log$4 same telemetry and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:28 |
| S139 | 2801 | log$4 with telemetry and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:28 |

| S140 | 0 | click with through with telemetry and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:29 |
|------|-----|----------------------------------------------------------------------------------------------------------|------------------------------------------------------------|-----|-----|---------------------|
| S141 | 453 | logging near3 telemetry and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:29 |
| S142 | 0 | logging near3 telemetry same URL and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:29 |
| S143 | 0 | logging near3 telemetry same URI and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:29 |
| S144 | 453 | logging near3 telemetry and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:29 |
| S145 | 30 | (logged logging) with report same (userid user adj ident$6) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:31 |
| S146 | 0 | (logged logging) with report same (userid user adj ident$6) with url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:31 |
| S147 | 25 | (logged logging) with report same (userid user near2 ident$6 user) with url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:31 |
| S148 | 7 | (logged logging) with redirect$4 with decision and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; | OR | ON | 2012/01/24 17:41 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | reputation with domain with URL and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
| S149 | 45 | reputation with domain with URL and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:52 |
| S150 | 41 | reputation with (website) with (host$4 post$4) with (hyperlink link url uri) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:53 |
| S151 | 24 | (reputation trust$4 trustworth$5) with (website) with (host$4 posted posting) with (hyperlink link url uri) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:55 |
| S152 | 24 | (reputation trust$4 trustworth$5) with (website) with (host$4 posted posting poster) with (hyperlink link url uri) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:55 |
| S153 | 489 | (reputation trust$4 trustworth$5) same (link hyperlink URL) with (shar$4 publish$4 posted posting poster) with (hyperlink link url uri) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:02 |
| S154 | 650 | (reputation trust$4 trustworth$5 safe unsafe) same (link hyperlink URL) with (shar$4 publish$4 posted posting poster) with (hyperlink link url uri) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:02 |
| S155 | 650 | (reputation trust$4 trustworth$5 safe unsafe) same (link hyperlink URL) with (shar$4 publish$4 posted posting poster) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:03 |
| S156 | 243 | (reputation trust$4 trustworth$5 safe unsafe) same (link hyperlink URL) near3 (shar$4 publish$4 posted posting poster) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:03 |
| S157 | 895 | (reputation trust$4 trustworth$5 safe) same (link hyperlink URL) with (website domain) and | US-PGPUB; USPAT; USOCR; | OR | ON | 2012/01/24 18:08 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | (@ad<"20091214"<br>@rlad<"20091214") | FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | | | |
| S158 | 229 | (reputation trust$4 trustworth$5 safe)<br>with (URL) with (website domain) and<br>(@ad<"20091214"<br>@rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/01/24<br>18:09 |
| S159 | 105 | (reputation trust$4 trustworth$5 safe)<br>near4 (URL) with (website domain) and<br>(@ad<"20091214"<br>@rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/01/24<br>18:09 |
| S160 | 12 | (reputation trust$4 trustworth$5 safe)<br>near4 (URL) with (website domain)<br>with (host$4 post$4 publish$4) and<br>(@ad<"20091214"<br>@rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/01/24<br>18:09 |
| S161 | 0 | (reputation trust$4 trustworth$5 safe)<br>near4 (URL) with (website domain)<br>with (recommend$4) and<br>(@ad<"20091214"<br>@rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/01/24<br>18:10 |
| S162 | 0 | (reputation trust$4 trustworth$5 safe)<br>near4 (URL) with (user) with<br>(recommend$4) and (@ad<"20091214"<br>@rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/01/24<br>18:11 |
| S163 | 0 | (reputation trust$4 trustworth$5 safe)<br>with (URL) with (user) with<br>(recommend$4) and (@ad<"20091214"<br>@rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/01/24<br>18:11 |
| S164 | 0 | (reputation trust$4 trustworth$5 safe)<br>with (URL locator ) with (user) with<br>(recommend$4) and (@ad<"20091214"<br>@rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/01/24<br>18:11 |
| S165 | 0 | (reputation trust$4 trustworth$5 safe)<br>with (URL locator ) with website with<br>(recommend$4) and (@ad<"20091214"<br>@rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/01/24<br>18:11 |
| S166 | 49 | (reputation trust$4 trustworth$5 safe) | US-PGPUB; | OR | ON | 2012/01/24 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | with (URL locator ) with website (host$4 post$4 publish$4 linked) and (@ad<"20091214" @rlad<"20091214") | USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | 18:11 |
| S167 | 205 | (reputation trust$4 trustworth$5 safe) with (URL locator hyperlink link) with (website site domain) near3 trusted and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:14 |
| S168 | 124 | (reputation trust$4 trustworth$5 safe) near4 (URL locator hyperlink link) with (website site domain) near3 trusted and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:14 |
| S169 | 9 | (reputation trust$4 trustworth$5 safe) near4 (URL locator hyperlink link) with (website site domain) near3 trusted with (posted hosted published) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:15 |
| S170 | 0 | reputation same (URL locator hyperlink link) with (website site domain) near3 trusted with (posted hosted published) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:16 |
| S171 | 24 | reputation same (URL locator hyperlink link) with (website site domain) near3 (posted hosted published) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:16 |
| S172 | 9 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe) )near3 (URL URI locator address) and (URL locator URI) with ( flag$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:28 |
| S173 | 4 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe) ) same (URL locator URI) with ( flag$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:28 |
| S174 | 2 | ((short$6 tiny) near3 url tinyurl) same (tamper$4 integrity authentic$6) with hash$4 and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; | OR | ON | 2012/09/14 18:36 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S175 | 261 | ((microsoft msft).as. (bhatawdekar with ameya iverson with kristofer haber with elliott scarrow with john chad with mills).in.) and ((URL wrapped link hyperlink locator) and hash$4).clm. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 19:02 |
| S176 | 84 | ((microsoft msft).as. (bhatawdekar with ameya iverson with kristofer haber with elliott scarrow with john chad with mills).in.) and ((URL wrapped link hyperlink locator uri) with hash$4).clm. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 19:03 |
| S177 | 10 | ((microsoft msft).as. (bhatawdekar with ameya iverson with kristofer haber with elliott scarrow with john chad with mills).in.) and ((URL wrapped link hyperlink locator uri) with hash$4).clm. and (validat$4 tamper$4 authentic$6) with hash$4 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 19:04 |
| S180 | 0 | (risk$4 malware abus$4 invalid danger$4) with (url) same interstitial and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 19:54 |
| S181 | 86 | (risk$4 malware abus$4 invalid danger$4) with (url) same display$4 with user and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 19:54 |
| S182 | 21 | (risk$4 malware abus$4 invalid danger$4) with (url) same display$4 near4 (warn$4 page webpage) with user and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 19:54 |
| S183 | 440 | (risk$4 malware abus$4 invalid danger$4) with (url) and (warn$4 page webpage) with user and log$4 with (user decision click$6) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 19:57 |
| S184 | 92 | (risk$4 malware abus$4 invalid danger$4) with (url) same (warn$4 page webpage) with user and log$4 with (user decision click$6) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 19:57 |
| S185 | 225 | (risk$4 malware abus$4 invalid danger$4) with (url) and display$4 with (warn$4 page webpage) with user and log$4 with (user decision click$6) and | US-PGPUB; USPAT; USOCR; FPRS; | OR | ON | 2012/09/14 19:57 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | (@ad<"20091214" @rlad<"20091214") | EPO; JPO; DERWENT; IBM_TDB | | | |
| S186 | 225 | (risk$4 malware abus$4 invalid danger$4) with (url) and display$4 with (warn$4 page webpage interstitial) with user and log$4 with (user decision click$6) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 19:57 |
| S187 | 63 | (risk$4 malware abus$4 invalid danger$4) with (url) same3 display$4 with (warn$4 page webpage interstitial) with user and log$4 with (user decision click$6) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 19:57 |
| S188 | 32 | (risk$4 malware abus$4 invalid danger$4) with (url) same3 display$4 with (warn$4 page webpage interstitial) with user and log$4 with (decision click$6) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 19:58 |
| S189 | 19 | (risk$4 malware abus$4 invalid danger$4) with (url) same3 display$4 with (warn$4 page webpage interstitial) with user and log$4 with (decision risk) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 19:58 |
| S190 | 4 | (risk$4 malware abus$4 invalid danger$4) with (url) same display$4 with (warn$4 page webpage interstitial) with user and log$4 with (decision risk) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 19:59 |
| S191 | 13 | (risk$4 malware abus$4 invalid danger$4 suspicious) with (url locator uri address) same display$4 with (warn$4 page webpage interstitial) with user and log$4 with (decision risk) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 19:59 |
| S192 | 58 | (risk$4 malware abus$4 invalid danger$4 suspicious) with (url locator uri address) same display$4 with (warn$4 page webpage interstitial) with user and log$4 with (user click$4 click adj through decision risk) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 19:59 |
| S193 | 27 | (risk$4 malware abus$4 invalid danger$4 suspicious) with (url locator uri address) same display$4 with (warn$4 page webpage interstitial) with user and (log logging logged) with (user click$4 click adj through decision risk) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 20:00 |

| S194 | 13 | (risk$4 malware abus$4 invalid danger$4 suspicious) with (url locator uri) same display$4 with (warn$4 page webpage interstitial) with user and (log logging logged) with (user click$4 click adj through decision risk) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 20:01 |
|---|---|---|---|---|---|---|
| S195 | 19 | (risk$4 malware abus$4 invalid danger$4 suspicious) with (url locator uri) same (log logging logged) with (user click$4 click adj through decision risk) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 20:03 |
| S197 | 0 | (risk$4 malware abus$4 invalid danger$4 suspicious) with (url locator uri address) with log$4 and log$4 with telemetry and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 20:06 |
| S198 | 0 | (risk$4 malware abus$4 invalid danger$4 suspicious) with (url locator uri address) same log$4 and log$4 with telemetry and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 20:06 |
| S199 | 142 | (risk$4 malware abus$4 invalid danger$4 suspicious unsafe untrust$4 untrustworthy) with (url locator uri) same log$4 with (user url uri locator) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 20:08 |
| S200 | 6 | (risk$4 malware abus$4 invalid danger$4 suspicious unsafe untrust$4 untrustworthy) with (url locator uri) same display$4 with user with (warn$4) and log$4 with (user url uri locator) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 20:08 |
| S201 | 9 | (logged log logging) with decision near5 (redirect$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/15 12:00 |
| S202 | 131 | (logged log logging) with url near5 (redirect$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/15 13:03 |
| S203 | 0 | (logged log logging) with url near5 (redirect$4) same (suspicious risk$4 warn$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; | OR | ON | 2012/09/15 13:03 |

| | | | EPO; JPO; DERWENT; IBM_TDB | | | |
|---|---|---|---|---|---|---|
| S204 | 131 | (logged log logging) with url near5 (redirect$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/15 13:03 |
| S205 | 33 | (logged log logging) near5 url near5 (redirect$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/15 13:04 |
| S206 | 1 | (logged log logging) with decision same url near5 (redirect$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/15 13:05 |
| S207 | 0 | (logged log logging) with decision same url with (abusive suspici$4 warn$4 malware) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/15 13:06 |
| S208 | 0 | (logged log logging) near5 decision with url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/15 13:06 |
| S209 | 118 | (logged log logging) with url near4 redirect$4 and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/15 13:06 |
| S210 | 22 | (logged log logging) with (decision determination) with redirect$4 and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/15 13:07 |
| S211 | 49 | (logged log logging) with (decision determination) with url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/15 13:09 |
| S212 | 0 | ignor$4 with (internal intranet corporate in adj network) near4 url and | US-PGPUB; USPAT; | OR | ON | 2012/09/15 13:17 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | (@ad<"20091214"<br>@rlad<"20091214") | USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | | | |
| S213 | 230 | (whitelist$4 white adj list trusted ignor$4) with (internal intranet corporate in adj network) near4 (url address$4 uri locator) and (@ad<"20091214"<br>@rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/09/15<br>13:17 |
| S214 | 196 | (whitelist$4 white adj list ignor$4) with (internal intranet corporate in adj network) near4 (url address$4 uri locator) and (@ad<"20091214"<br>@rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/09/15<br>13:17 |
| S215 | 196 | (whitelist$4 white adj list$4 ignor$4) with (internal intranet corporate in adj network) near4 (url address$4 uri locator) and (@ad<"20091214"<br>@rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/09/15<br>13:17 |
| S216 | 0 | (whitelist$4 white adj list$4 ignor$4) with (internal intranet corporate in adj network) near4 (url uri locator) and (@ad<"20091214"<br>@rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/09/15<br>13:18 |
| S217 | 0 | (whitelist$4 white adj list$4 ignor$4) with (internal intranet corporate in adj network) near4 (url uri locator web adj address$4) and (@ad<"20091214"<br>@rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/09/15<br>13:18 |
| S218 | 2319 | (whitelist$4 white adj list$4 ignor$4 trust$4) with (url uri locator ) and (@ad<"20091214"<br>@rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/09/15<br>13:19 |
| S219 | 79 | (whitelist$4 white adj list$4 ignor$4 trust$4) with (url uri locator) same (intranet internal corporate (intra in) adj (net network)) and (@ad<"20091214"<br>@rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/09/15<br>13:19 |
| S220 | 80 | (whitelist$4 white adj list$4 ignor$4 trust$4) with (url uri locator) same (intranet internal corporate (intra in) adj (net network) (inside within behind) near5 firewall) and (@ad<"20091214"<br>@rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/09/15<br>13:20 |

| S221 | 1 | ("8108902").PN. | US-PGPUB; USPAT; USOCR | OR | OFF | 2012/09/15 13:25 |
| S222 | 0 | hash$4 with (untrusted suspicious) near5 url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/17 18:26 |
| S223 | 22 | hash$4 with url and (untrusted suspicious) near5 url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/17 18:26 |
| S224 | 0 | (white adj list$4 whitelist$4) with (intranet in adj network innetwork internal corporate) adj URL and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/17 19:13 |
| S225 | 0 | (white adj list$4 whitelist$4) with (intranet in adj network innetwork internal corporate) near3 URL and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/17 19:13 |
| S226 | 0 | (white adj list$4 whitelist$4) with (intranet in adj network innetwork internal corporate) near3 URL and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/17 19:14 |
| S227 | 1 | (white adj list$4 whitelist$4) same (intranet in adj network innetwork internal corporate) near3 URL and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/17 19:14 |
| S228 | 4 | (white adj list$4 whitelist$4 trusted) same (intranet in adj network innetwork internal corporate) near3 URL and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/17 19:14 |
| S229 | 38 | tamper$4 with URL and hash$4 with URL and (@ad @ptad @pd @prad @rlad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/09/16 15:08 |
| S230 | 117 | redirect$4 with (warn$4 interstitial) and (logged logging log$2) with user and | US-PGPUB; USPAT; | OR | ON | 2013/09/19 14:48 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | (@ad @rlad @pd @ptad @prad)<"20091214" | USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
| S231 | 19 | (phishing) and redirect$4 with (warn$4 interstitial) and (logged logging log$2) with user and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/09/19 14:49 |
| S232 | 10 | (phishing) and redirect$4 with (warn$4 interstitial) with (page webpage) and (logged logging log$2) with user and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/09/19 14:53 |
| S233 | 62 | redirect$4 with (warn$4 interstitial) with (page webpage) and (logged logging log$2) with user and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/09/19 14:53 |
| S234 | 56 | redirect$4 with (warn$4 interstitial) near5 (page webpage) and (logged logging log$2) with user and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/09/19 14:53 |
| S235 | 238 | (redirect$4 display$4 show$4) near5 (warn$4 interstitial) near5 (page webpage) and (logged logging log$2) with user and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/09/19 14:54 |
| S236 | 52 | (redirect$4 display$4 show$4) near5 (warn$4 interstitial) near5 (page webpage) and (logged logging log$2) with user near4 (decision action click clickthrough) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/09/19 14:56 |
| S237 | 15 | (redirect$4 display$4 show$4) near5 (warn$4 interstitial) near5 (page webpage) and (logged logging log) with user near4 (decision action click clickthrough) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/09/19 15:00 |
| S238 | 28 | (redirect$4 display$4 show$4) near5 (warn$4 interstitial) near5 (page webpage) and record$4 with user near4 (decision action click clickthrough) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/09/19 15:02 |

| S239 | 182 | (hash$4) near5 URL and ((append$4 wrap$4) with URL and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/09/20 10:14 |
| S240 | 64 | (hash$4) near5 URL and (append$4 wrap$4) with URL with hash$4 and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/09/20 10:14 |
| S241 | 7 | (hash$4) near5 URL and (append$4 wrap$4) with URL with hash$4 and (tamper$4 rewrit$4) near5 URL and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/09/20 10:16 |
| S242 | 7 | (hash$4) near5 URL and (append$4 wrap$4) with URL with hash$4 and (tamper$4 rewrit$4 malicious) near5 URL and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/09/20 10:16 |
| S243 | 55 | (hash$4) near5 URL and (append$4 wrap$4) near5 URL with hash$4 and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/09/20 10:24 |
| S244 | 52 | (hash$4) near5 URL and (append$4 wrap$4) near5 URL with (hash security) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/09/20 10:24 |
| S245 | 76 | (hash$4) near5 URL and (append$4 wrap$4) near5 URL with (hash security token) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/09/20 10:24 |
| S246 | 1 | ("20100332837").PN. | US-PGPUB; USPAT; USOCR | OR | OFF | 2013/09/20 15:52 |
| S247 | 275 | (logging logged log track$4 record$4) same (ignor$4) near5 (warning) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 12:37 |
| S248 | 55 | (logging logged log track$4 record$4) same user with (ignor$4) near5 | US-PGPUB; USPAT; | OR | ON | 2013/10/18 12:37 |

| | | | | OR | | 2013/10/18 |
|---|---|---|---|---|---|---|
| | | (warning) and (@ad @rlad @pd @prad)<"20091214" | USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
| S249 | 3 | (logging logged log track$4 record$4) same user with (ignor$4) near5 (warning) and (phish$4 spoof$4) same warn$4 and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 12:38 |
| S250 | 5 | (logging logged log track$4 record$4) same (ignor$4) near5 (warning) and (phish$4 spoof$4) same warn$4 and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 12:39 |
| S251 | 5 | (logging logged log track$4 record$4) same (ignor$4 clickthrough click adj through) near5 (warning) and (phish$4 spoof$4) same warn$4 and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 12:39 |
| S252 | 6 | (logging logged log track$4 record$4) same (ignor$4 clickthrough click adj through) near5 (user) and (phish$4 spoof$4) same warn$4 and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 12:41 |
| S253 | 19 | (ignor$4 clickthrough click adj through) near5 (user) same (phish$4 spoof$4) same warn$4 and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 12:42 |
| S254 | 3 | (logging logged log track$4 record$4) same2 (ignor$4 clickthrough click adj through) near5 (user) same (phish$4 spoof$4) same warn$4 and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 12:44 |
| S255 | 4 | (logging logged log track$4 record$4) same2 (ignor$4 clickthrough click adj through) near5 (user) same (phish$4 spoof$4 security risk$4) near5 warn$4 and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 12:45 |
| S256 | 52 | (logging logged log track$4 record$4) same (ignor$4 clickthrough click adj through) near5 (user) with warn$4 and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 12:46 |

| S257 | 5 | (logging logged log track$4 record same (ignor$4 clickthrough click adj through) near5 (user) with warn$4 and phish$4 and ((@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 12:47 |
| S258 | 24 | (logging logged log track$4 record$4) with (ignor$4 clickthrough click adj through) near5 (user) and phish$4 and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 12:48 |
| S259 | 4 | (logging logged log track$4 record$4) with (ignor$4 clickthrough click adj through) same warn$4 and phish$4 and ((@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 12:48 |
| S260 | 30 | phish$4 same warn$4 and accuracy same (feedback) same user and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 13:05 |
| S261 | 261 | reputation with (entity user company post$4) with (hyperlink link$4 url uri) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 13:58 |
| S262 | 79 | phish$4 and reputation with (entity user company post$4) with (hyperlink link$4 url uri) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 13:59 |
| S263 | 58 | phish$4 and reputation near2 (entity user company post$4) with (hyperlink link$4 url uri) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 13:59 |
| S264 | 45 | phish$4 and reputation with (post$4) with (hyperlink link$4 url uri) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 14:01 |
| S265 | 60 | phish$4 and (post$4) near2 (hyperlink link$4 url uri) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; | OR | ON | 2013/10/18 14:03 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S266 | 9 | phish$4 and (reputation identity identifier who) with (post$4) near2 (hyperlink link$4 url uri) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 14:04 |
| S267 | 10 | phish$4 and (user company) with (post$4) near2 (hyperlink link$4 url uri) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 14:04 |
| S268 | 103 | phish$4 and (user company) with (refer$4) near2 (hyperlink link$4 url uri) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 14:07 |
| S269 | 1 | ("20060253582").PN. | US-PGPUB; USPAT; USOCR | OR | OFF | 2013/10/18 16:36 |
| S270 | 6388 | wrap$4 with (url link) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 17:12 |
| S271 | 6399 | wrap$4 with (url link hyperlink) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 17:12 |
| S272 | 28 | wrap$4 with (url link hyperlink) same (reputation risk) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 17:12 |
| S273 | 76 | hash$4 with (url link hyperlink) same tamper$4 and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 17:14 |
| S274 | 30 | hash$4 near3 (url link hyperlink) same tamper$4 and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 17:14 |

| S275 | 2 | append$4 with hash$4 with (url link hyperlink) same tamper$4 and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 17:15 |
| S276 | 6442 | (id identity identifier) near5 user near3 (url link hyperlink) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 17:27 |
| S277 | 16 | (id identity identifier) near5 user near3 (posted) near2 (url link hyperlink) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 17:27 |
| S278 | 31 | (id identity identifier) near5 user near3 (posted shared) near2 (url link hyperlink) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 17:27 |
| S279 | 4 | (append$4 insert$4 parameter URI includ$4) with (id identity identifier) near5 user with (posted shared created) adj (url link hyperlink) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 17:31 |
| S280 | 4 | (append$4 insert$4 parameter URI includ$4) with (id identity identifier) near2 user with (posted shared created) adj (url link hyperlink) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 17:31 |
| S281 | 4 | (append$4 insert$4 parameter URI includ$4) with (id identity identifier) near2 (user original) with (posted shared created) adj (url link hyperlink) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 17:31 |
| S282 | 1 | (append$4 insert$4 parameter URI includ$4) with (id identity identifier) near2 (source) with (posted shared created) adj (url link hyperlink) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 17:32 |
| S283 | 50 | (append$4 insert$4 parameter URI includ$4) with (id identity identifier) with (posted shared created) adj (url link hyperlink) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; | OR | ON | 2013/10/18 17:32 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | DERWENT; IBM_TDB | | | |
| S284 | 15 | (append$4 insert$4 parameter URI includ$4) with (id identity identifier) with (posted shared) adj (url link hyperlink) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 17:33 |
| S285 | 502 | url near3 (short shortening) and (user creat$4 post$4) near5 (id identity identifier) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 17:38 |
| S286 | 22 | url near3 (short shortening) same (user creat$4 post$4) near5 (id identity identifier) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 17:39 |
| S287 | 39 | url near3 (short$4 shortening) same (user creat$4 post$4) near5 (id identity identifier) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 17:39 |
| S288 | 9 | url near3 (short$4 shortening) same (session) near5 (id identity identifier) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 17:44 |
| S289 | 116 | url near3 redirect$4 same (session) near5 (id identity identifier) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 17:45 |
| S290 | 335 | url near3 redirect$4 same (user) near5 (id identity identifier) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 17:45 |
| S291 | 25 | url near3 redirect$4 near3 service same (user) near5 (id identity identifier) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 17:47 |
| S292 | 1 | ("7539776").PN. | US-PGPUB; USPAT; USOCR | OR | OFF | 2013/10/19 10:21 |

| S293 | 1 | ("20080256187").PN. | US-PGPUB; USPAT; USOCR | OR | OFF | 2013/10/19 10:22 |
|---|---|---|---|---|---|---|
| S294 | 3067 | (logged record$4 logging) near4 (display$4 with (interstitial) warn$4 alert$4 risk$4) with user and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/19 11:38 |
| S295 | 47 | (logged record$4 logging) near4 (display$4 with (interstitial) warn$4 alert$4 risk$4) with user same (ignor$4 overrid$4 over adj rid$4 acknowledg$4) near5 user and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/19 11:39 |
| S296 | 41 | (logged record$4 logging) with (display$4 with (interstitial) warn$4 alert$4 risk$4) and user same (ignor$4 overrid$4 over adj rid$4 acknowledg$4) near5 user and phish$4 and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/19 11:44 |
| S297 | 41 | (logged record$4 logging) with (display$4 with (interstitial) warn$4 alert$4 risk$4) and user same (ignor$4 overrid$4 over adj rid$4 acknowledg$4 click$4 adj through clickthrough) near5 user and phish$4 and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/19 11:44 |
| S298 | 4 | (("7966553") or ("20070208613") or ("20110004693") or ("20110191849")).PN. | US-PGPUB; USPAT; USOCR | OR | OFF | 2013/10/19 14:49 |
| S299 | 11 | ((microsoft msft).as. (bhatawdekar with ameya iverson with kristofer haber with elliott scarrow with john chad with mills).in.) and ((URL wrapped link hyperlink locator uri) with hash$4).clm. and (validat$4 tamper$4 authentic$6) with hash$4 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/19 14:54 |
| S300 | 62 | hash$4 near3 (URL URI hyperlink) and hash$4 same tamper$4 | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/01 11:04 |
| S301 | 102 | hash$4 near3 (URL URI hyperlink link) and hash$4 same tamper$4 | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/01 11:04 |
| S302 | 44 | hash$4 near5 ("uniform resource" URL URI link$4 hyperlink) and (post$4 near3 "uniform resource" URL URI link$4 hyperlink)) AND ((H04L63/12-126,14,1441-1491 H04L67/02 H04L9/3223 G06F21/60,64)".CPC" (709/201-203,217-219 726/22-30).CCLS.) AND (@ad @ptad @prad @rlad @pd)<"20091214" | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/01 11:15 |

| S303 | 103 | hash$4 near5 ("uniform resource" URL URI link$4 hyperlink) and ((post$4 shar$4) near3 ("uniform resource" URL URI link$4 hyperlink)) AND ((H04L63/12-126,14,1441-1491 H04L67/02 H04L9/3223 G06F21/60,64)".CPC" (709/201-203,217-219 726/22-30).CCLS.) AND (@ad @ptad @prad @rlad @pd)<"20091214" | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/01 11:15 |
|---|---|---|---|---|---|---|
| S304 | 69 | hash$4 near5 ("uniform resource" URL URI link$4 hyperlink) and ((posted poster shar$4) near3 ("uniform resource" URL URI link$4 hyperlink)) AND ((H04L63/12-126,14,1441-1491 H04L67/02 H04L9/3223 G06F21/60,64)".CPC" (709/201-203,217-219 726/22-30).CCLS.) AND (@ad @ptad @prad @rlad @pd)<"20091214" | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/01 11:16 |
| S305 | 69 | hash$4 near5 ("uniform resource" URL URI link$4 hyperlink) and ((posted poster tweeted shar$4) near3 ("uniform resource" URL URI link$4 hyperlink)) AND ((H04L63/12-126,14,1441-1491 H04L67/02 H04L9/3223 G06F21/60,64)".CPC" (709/201-203,217-219 726/22-30).CCLS.) AND (@ad @ptad @prad @rlad @pd)<"20091214" | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/01 11:16 |
| S306 | 69 | hash$4 near5 ("uniform resource" URL URI link$4 hyperlink) and ((posted poster tweete$2 shar$4) near3 ("uniform resource" URL URI link$4 hyperlink)) AND ((H04L63/12-126,14,1441-1491 H04L67/02 H04L9/3223 G06F21/60,64)".CPC" (709/201-203,217-219 726/22-30).CCLS.) AND (@ad @ptad @prad @rlad @pd)<"20091214" | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/01 11:16 |
| S307 | 0 | hash$4 near5 ("uniform resource" URL URI link$4 hyperlink) and (reputat$5 same (posted poster tweete$2 shar$4) near3 ("uniform resource" URL URI link$4 hyperlink)) AND ((H04L63/12-126,14,1441-1491 H04L67/02 H04L9/3223 G06F21/60,64)".CPC" (709/201-203,217-219 726/22-30).CCLS.) AND (@ad @ptad @prad @rlad @pd)<"20091214" | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/01 11:17 |
| S308 | 31 | hash$4 near5 ("uniform resource" URL URI link$4 hyperlink) and (reputat$5 same ("uniform resource" URL URI link$4 hyperlink)) AND ((H04L63/12-126,14,1441-1491 H04L67/02 H04L9/3223 G06F21/60,64)".CPC" (709/201-203,217-219 726/22-30).CCLS.) AND (@ad @ptad @prad @rlad @pd)<"20091214" | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/01 11:17 |
| S309 | 26 | wrap$4 near5 ("uniform resource" URL URI link$4 hyperlink) and ((posted poster tweete$2 shar$4) near3 | US-PGPUB; USPAT; EPO; JPO; | OR | ON | 2014/04/01 11:27 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | ("uniform resource" URL URI link$4 hyperlink)) AND ((H04L63/12-126,14,1441-1491 H04L67/02 H04L9/3223 G06F21/60,64)".CPC" (709/201-203,217-219 726/22-30).CCLS.) AND (@ad @ptad @prad @rlad @pd)<"20091214" | | DERWENT; IBM_TDB | | | |
| S310 | 33 | wrap$4 near5 ("uniform resource" URL URI link$4 hyperlink) and ((posted poster tweete$2 shar$4) near3 ("uniform resource" URL URI link$4 hyperlink)) AND ((H04L63/12-126,14,1441-1491 H04L67/02 H04L9/3223 G06F21/60,64).cpc. (709/201-203,217-219 726/22-30).CCLS.) AND (@ad @ptad @prad @rlad @pd)<"20091214" | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/01 11:27 |
| S311 | 130 | (wrap$4 hash$4) near5 ("uniform resource" URL URI link$4 hyperlink) and ((posted poster tweete$2 shar$4) near3 ("uniform resource" URL URI link$4 hyperlink)) AND ((H04L63/12-126,14,1441-1491 H04L67/02 H04L9/3223 G06F21/60,64).cpc. (709/201-203,217-219 726/22-30).CCLS.) AND (@ad @ptad @prad @rlad @pd)<"20091214" | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/01 11:30 |
| S312 | 111 | (wrapped wrapping hash$4) near5 ("uniform resource" URL URI link$4 hyperlink) and ((posted poster tweete$2 shar$4) near3 ("uniform resource" URL URI link$4 hyperlink)) AND ((H04L63/12-126,14,1441-1491 H04L67/02 H04L9/3223 G06F21/60,64).cpc. (709/201-203,217-219 726/22-30).CCLS.) AND (@ad @ptad @prad @rlad @pd)<"20091214" | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/01 11:30 |
| S313 | 63 | (wrap$4 hashed hashing) near5 ("uniform resource" URL URI link$4 hyperlink) and ((posted poster tweete$2 shar$4) near3 ("uniform resource" URL URI link$4 hyperlink)) AND ((H04L63/12-126,14,1441-1491 H04L67/02 H04L9/3223 G06F21/60,64).cpc. (709/201-203,217-219 726/22-30).CCLS.) AND (@ad @ptad @prad @rlad @pd)<"20091214" | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/01 11:31 |
| S315 | 285 | (includ$4 insert$4 wrap$4) with (user identi$4 UID GUID) near5 (posted poster tweete$2 shar$4) with ("uniform resource" URL URI link$4 hyperlink) AND ((H04L63/12-126,14,1441-1491 H04L67/02 H04L9/3223 G06F21/60,64).cpc. (709/201-203,217-219 726/22-30).CCLS.) AND (@ad @ptad @prad @rlad @pd)<"20091214" | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/01 11:38 |
| S316 | 137 | (includ$4 insert$4 wrap$4) with (user identi$4 UID GUID) near5 (posted poster tweete$2 shar$4) near5 | US-PGPUB; USPAT; EPO; JPO; | OR | ON | 2014/04/01 11:39 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | ("uniform resource" URL URI link$4 hyperlink) AND ((H04L63/12-126,14,1441-1491 H04L67/02 H04L9/3223 G06F21/60,64).cpc. (709/201-203,217-219 726/22-30).CCLS.) AND (@ad @ptad @prad @rlad @pd)<"20091214" | | DERWENT; IBM_TDB | | | |
| S317 | 120 | (includ$4 insert$4 wrap$4) with (user UID GUID) near5 (posted poster tweete$2 shar$4) near5 ("uniform resource" URL URI link$4 hyperlink) AND ((H04L63/12-126,14,1441-1491 H04L67/02 H04L9/3223 G06F21/60,64).cpc. (709/201-203,217-219 726/22-30).CCLS.) AND (@ad @ptad @prad @rlad @pd)<"20091214" | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/01 11:40 |
| S318 | 283 | (user poster tweeter identi$4 UID GUID) near5 ("uniform resource" URL URI link$4 hyperlink) AND (influenc$4 reputat$4) with ("uniform resource" URL URI link$4 hyperlink) AND ((H04L63/12-126,14,1441-1491 H04L67/02 H04L9/3223 G06F21/60,64).cpc. (709/201-203,217-219 726/22-30).CCLS.) AND (@ad @ptad @prad @rlad @pd)<"20091214" | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/01 11:42 |
| S319 | 585 | (user poster tweeter identi$4 UID GUID) near5 ("uniform resource" URL URI link$4 hyperlink) AND (influenc$4 reputat$4) same ("uniform resource" URL URI link$4 hyperlink) AND ((H04L63/12-126,14,1441-1491 H04L67/02 H04L9/3223 G06F21/60,64).cpc. (709/201-203,217-219 726/22-30).CCLS.) AND (@ad @ptad @prad @rlad @pd)<"20091214" | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/01 11:42 |
| S320 | 163 | (user poster tweeter identi$4 UID GUID) near5 ("uniform resource" URL URI link$4 hyperlink) AND (influenc$4 reputat$4) near5 (user poster shar$4 tweet$4) same ("uniform resource" URL URI link$4 hyperlink) AND ((H04L63/12-126,14,1441-1491 H04L67/02 H04L9/3223 G06F21/60,64).cpc. (709/201-203,217-219 726/22-30).CCLS.) AND (@ad @ptad @prad @rlad @pd)<"20091214" | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/01 11:42 |
| S321 | 168 | (user poster tweeter identi$4 UID GUID) near5 ("uniform resource" URL URI link$4 hyperlink) AND (influenc$4 reputat$4) near5 (user post$4 shar$4 tweet$4) same ("uniform resource" URL URI link$4 hyperlink) AND ((H04L63/12-126,14,1441-1491 H04L67/02 H04L9/3223 G06F21/60,64).cpc. (709/201-203,217-219 726/22-30).CCLS.) AND (@ad @ptad @prad @rlad | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/01 11:42 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | @pd)<"20091214" | | | | |
| S322 | 87 | (identi$4 id UID GUID) near3 (user post$4 shar$4 tweeter) near5 ("uniform resource" URL URI link$4 hyperlink) AND (influenc$4 reputat$4) near5 (user post$4 shar$4 tweet$4) AND ((H04L63/12-126,14,1441-1491 H04L67/02 H04L9/3223 G06F21/60,64).cpc. (709/201-203,217-219 726/22-30).CCLS.) AND (@ad @ptad @prad @rlad @pd)<"20091214" | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/01 11:43 |
| S323 | 87 | (identi$4 id UID GUID) near3 (user post$4 shar$4 tweet$4) near5 ("uniform resource" URL URI link$4 hyperlink) AND (influenc$4 reputat$4) near5 (user post$4 shar$4 tweet$4) AND ((H04L63/12-126,14,1441-1491 H04L67/02 H04L9/3223 G06F21/60,64).cpc. (709/201-203,217-219 726/22-30).CCLS.) AND (@ad @ptad @prad @rlad @pd)<"20091214" | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/01 11:44 |
| S324 | 27 | (identi$4 id UID GUID) near3 (user post$4 shar$4 tweet$4) near5 ("uniform resource" URL URI link$4 hyperlink) AND (reputat$4) near5 (user post$4 shar$4 tweet$4) AND ((H04L63/12-126,14,1441-1491 H04L67/02 H04L9/3223 G06F21/60,64).cpc. (709/201-203,217-219 726/22-30).CCLS.) AND (@ad @ptad @prad @rlad @pd)<"20091214" | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/01 11:44 |
| S325 | 56 | (identi$4 id) near3 (user) near5 (publish$4 post$4 shar$4 tweet$4) near5 ("uniform resource" URL URI link$4 hyperlink) AND ((H04L63/12-126,14,1441-1491 H04L67/02 H04L9/3223 G06F21/60,64).cpc. (709/201-203,217-219 726/22-30).CCLS.) AND (@ad @ptad @prad @rlad @pd)<"20091214" | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/01 11:57 |
| S326 | 110 | ((identi$4 id address name) near3 (user) username) near5 (publish$4 post$4 shar$4 tweet$4) near5 ("uniform resource" URL URI link$4 hyperlink) AND ((H04L63/12-126,14,1441-1491 H04L67/02 H04L9/3223 G06F21/60,64).cpc. (709/201-203,217-219 726/22-30).CCLS.) AND (@ad @ptad @prad @rlad @pd)<"20091214" | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/01 11:58 |
| S327 | 99 | ((identi$4 id address name) near3 (user) username) near3 (publish$4 post$4 shar$4 tweet$4) near3 ("uniform resource" URL URI link$4 hyperlink) AND ((H04L63/12-126,14,1441-1491 H04L67/02 H04L9/3223 G06F21/60,64).cpc. (709/201-203,217-219 726/22-30).CCLS.) AND (@ad @ptad @prad | USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/01 11:58 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | @rlad @pd)<"20091214" | | | | |
| S328 | 73 | ((identi$4 id address name) near3 (user username) near3 (publish$4 post$4 shar$4 tweet$4) near3 ("uniform resource" URL URI link$4 hyperlink) AND ((H04L63/12-126,14,1441-1491 H04L67/02 H04L9/3223 G06F21/60,64).cpc. (709/201-203,217-219 726/22-30).CCLS.) AND (@ad @ptad @prad @rlad @pd)<"20091214" | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/01 11:58 |
| S329 | 2 | (("8434149") or ("20090204677")).PN. | US-PGPUB; USPAT; USOCR | OR | OFF | 2014/04/01 12:14 |
| S330 | 112 | (URL URI hyperlink link) with ((user post$4) near3 (id identifier) username userid) with (posted) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 13:55 |
| S331 | 70 | (URL URI hyperlink link) with ((user post$4) adj (id identifier) username userid) with (posted) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 13:55 |
| S332 | 81 | (URL URI hyperlink link) with ((user post$4) near (id identifier) username userid) with (posted) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 13:55 |
| S333 | 197 | (URL URI hyperlink link) with ((user post$4) near (id identifier) username userid) near3 (hyperlink URL URI link) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 13:56 |
| S334 | 19 | (URL URI hyperlink link) with ((user post$4) near (id identifier) username userid) near3 (hyperlink URL URI link) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 13:56 |
| S335 | 52 | referring near2 (URL URI hyperlink link) with ((user post$4) near (id identifier) username userid) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 13:59 |
| S336 | 118 | (URL URI hyperlink link) with ((user post$4) near (id identifier) username userid) with shared near3 (hyperlink URL URI link) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; | OR | ON | 2014/04/07 14:00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S337 | 10 | (URL URI hyperlink link) with ((user post$4) near (id identifier) username userid) near4 shared near3 (hyperlink URL URI link) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 14:01 |
| S338 | 10 | ((user post$4) near (id identifier) username userid) near4 shared near3 (hyperlink URL URI link) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 14:05 |
| S339 | 10 | ((user post$4 person) near (id identifier) username userid) near4 shared near3 (hyperlink URL URI link) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 14:05 |
| S340 | 14 | ((user post$4 person) near (id identifier name) username userid) near4 shared near3 (hyperlink URL URI link) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 14:05 |
| S341 | 0 | reputation same ((user post$4 person) near (id identifier name) username userid) near4 shared with (hyperlink URL URI link) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 14:08 |
| S342 | 0 | reputation same ((user post$4 person) near (id identifier name) username userid) with shared near3 (hyperlink URL URI link) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 14:08 |
| S343 | 127 | ((user post$4 person) near (id identifier name) username userid) with shared near3 (hyperlink URL URI link) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 14:08 |
| S344 | 127 | ((user post$4 person) near (id identifier name) username userid) with shared near3 (hyperlink URL URI link) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 14:08 |
| S345 | 95 | hash$4 with (hyperlink URL URI link) same tamper$4 and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; | OR | ON | 2014/04/07 14:11 |

EAST Search History

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
| S347 | 4 | ((user post$4 person) near (id identifier name) username userid) with shared near3 (hyperlink URL URI link) and (@ad @rlad @pd @ptad @prad)<"20091214" AND ((H04L63/144 H04L9/0643,32,3223 G06F17/30861,30876,30887 G06F21/64).CPC. (709/201,203,217-219 726/23,25,27,30).CCLS.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 14:17 |
| S348 | 61 | ((id identifier name) username userid) with shared near3 (hyperlink URL URI link) and (@ad @rlad @pd @ptad @prad)<"20091214" AND ((H04L63/144 H04L9/0643,32,3223 G06F17/30861,30876,30887 G06F21/64).CPC. (709/201,203,217-219 726/23,25,27,30).CCLS.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 14:18 |
| S349 | 7 | (user near3 (id identifier name) username userid) with shared near3 (hyperlink URL URI link) and (@ad @rlad @pd @ptad @prad)<"20091214" AND ((H04L63/144 H04L9/0643,32,3223 G06F17/30861,30876,30887 G06F21/64).CPC. (709/201,203,217-219 726/23,25,27,30).CCLS.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 14:18 |
| S350 | 7 | (user near3 (id identifier name identity) username userid) with shared near3 (hyperlink URL URI link) and (@ad @rlad @pd @ptad @prad)<"20091214" AND ((H04L63/144 H04L9/0643,32,3223 G06F17/30861,30876,30887 G06F21/64).CPC. (709/201,203,217-219 726/23,25,27,30).CCLS.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 14:18 |
| S351 | 9 | (user near3 (id identifier name identity) username userid) with (shared posted) near3 (hyperlink URL URI link) and (@ad @rlad @pd @ptad @prad)<"20091214" AND ((H04L63/144 H04L9/0643,32,3223 G06F17/30861,30876,30887 G06F21/64).CPC. (709/201,203,217-219 726/23,25,27,30).CCLS.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 14:19 |
| S352 | 1 | reputation with (shared posted) near3 (hyperlink URL URI link) and (@ad @rlad @pd @ptad @prad)<"20091214" AND ((H04L63/144 H04L9/0643,32,3223 G06F17/30861,30876,30887 G06F21/64).CPC. (709/201,203,217-219 726/23,25,27,30).CCLS.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 14:19 |
| S353 | 2 | reputation same (shared posted) near3 (hyperlink URL URI link) and (@ad @rlad @pd @ptad @prad)<"20091214" AND ((H04L63/144 H04L9/0643,32,3223 G06F17/30861,30876,30887 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; | OR | ON | 2014/04/07 14:20 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | G06F21/64).CPC. (709/201,203,217-219 726/23,25,27,30).CCLS.) | IBM_TDB | | | |
| S354 | 170 | (session adj (id identifier) sessionid) near3 (includ$4) with ("uniform resource" URL URI link$4 hyperlink) AND ((H04L63/12-126,14,1441-1491 H04L67/02 H04L9/3223 G06F21/60,64).cpc. (709/201-203,217-219 726/22-30).CCLS.) AND (@ad @ptad @prad @rlad @pd)<"20091214" | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 14:31 |
| S355 | 2 | reputation same (shared posted) near3 ("uniform resource" hyperlink URL URI link) and (@ad @rlad @pd @ptad @prad)<"20091214" AND ((H04L63/144 H04L9/0643,32,3223 G06F17/30861,30876,30887 G06F21/64).CPC. (709/201,203,217-219 726/23,25,27,30).CCLS.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 14:32 |
| S356 | 59 | (session adj (id identifier) sessionid) near3 (includ$4) near3 ("uniform resource" hyperlink URL URI link) and (@ad @rlad @pd @ptad @prad)<"20091214" AND ((H04L63/144 H04L9/0643,32,3223 G06F17/30861,30876,30887 G06F21/64).CPC. (709/201,203,217-219 726/23,25,27,30).CCLS.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 14:32 |
| S357 | 46 | (session adj (id identifier) sessionid) and ("uniform resource" hyperlink URL URI link) near5 (hash$4) and (@ad @rlad @pd @ptad @prad)<"20091214" AND ((H04L63/144 H04L9/0643,32,3223 G06F17/30861,30876,30887 G06F21/64).CPC. (709/201,203,217-219 726/23,25,27,30).CCLS.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 14:33 |
| S358 | 0 | (session adj (id identifier) sessionid) and (entire$4 whole) with ("uniform resource" hyperlink URL URI link) near5 (hash$4) and (@ad @rlad @pd @ptad @prad)<"20091214" AND ((H04L63/144 H04L9/0643,32,3223 G06F17/30861,30876,30887 G06F21/64).CPC. (709/201,203,217-219 726/23,25,27,30).CCLS.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 14:33 |
| S359 | 16 | (session adj (id identifier) sessionid) same ("uniform resource" hyperlink URL URI link) near5 (hash$4) and (@ad @rlad @pd @ptad @prad)<"20091214" AND ((H04L63/144 H04L9/0643,32,3223 G06F17/30861,30876,30887 G06F21/64).CPC. (709/201,203,217-219 726/23,25,27,30).CCLS.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 14:34 |
| S360 | 0 | (session adj (id identifier) sessionid) and ("uniform resource" hyperlink URL URI link) near5 (hash$4) same (prevent$4 tamper$4) and (@ad @rlad @pd @prad)<"20091214" AND ((H04L63/144 H04L9/0643,32,3223 G06F17/30861,30876,30887 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | 2014/04/07 14:35 |

| | | G06F21/64).CPC. (709/201,203,217-<br>219 726/23,25,27,30).CCLS.) | | | | |
|---|---|---|---|---|---|---|
| S361 | 11 | (session adj (id identifier) sessionid)<br>and ("uniform resource" hyperlink URL<br>URI link) near5 (hash$4) same<br>(prevent$4 tamper$4 integrity) and<br>(@ad @rlad @pd @ptad<br>@prad)<"20091214" AND<br>((H04L63/144 H04L9/0643,32,3223<br>G06F17/30861,30876,30887<br>G06F21/64).CPC. (709/201,203,217-<br>219 726/23,25,27,30).CCLS.) | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2014/04/07<br>14:35 |
| S362 | 0 | (session adj (id identifier) sessionid)<br>and "uniform resource" hyperlink URL<br>URI link) near5 (hash$4) with (insur$4<br>ensur$4) and (@ad @rlad @pd @ptad<br>@prad)<"20091214" AND<br>((H04L63/144 H04L9/0643,32,3223<br>G06F17/30861,30876,30887<br>G06F21/64).CPC. (709/201,203,217-<br>219 726/23,25,27,30).CCLS.) | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2014/04/07<br>14:35 |
| S363 | 7 | (session adj (id identifier) sessionid)<br>with ("uniform resource" hyperlink URL<br>URI link) near5 (hash$4) and (@ad<br>@rlad @pd @ptad @prad)<"20091214"<br>AND ((H04L63/144<br>H04L9/0643,32,3223<br>G06F17/30861,30876,30887<br>G06F21/64).CPC. (709/201,203,217-<br>219 726/23,25,27,30).CCLS.) | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2014/04/07<br>14:35 |
| S364 | 100 | (session adj (id identifier) sessionid)<br>near5 (append$4 includ$4) near3<br>("uniform resource" hyperlink URL URI<br>link) and (@ad @rlad @pd @ptad<br>@prad)<"20091214" AND<br>((H04L63/144 H04L9/0643,32,3223<br>G06F17/30861,30876,30887<br>G06F21/64).CPC. (709/201,203,217-<br>219 726/23,25,27,30).CCLS.) | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2014/04/07<br>14:36 |
| S365 | 69 | (session adj (id identifier) sessionid)<br>near2 (append$4 includ$4) near3<br>("uniform resource" hyperlink URL URI<br>link) and (@ad @rlad @pd @ptad<br>@prad)<"20091214" AND<br>((H04L63/144 H04L9/0643,32,3223<br>G06F17/30861,30876,30887<br>G06F21/64).CPC. (709/201,203,217-<br>219 726/23,25,27,30).CCLS.) | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2014/04/07<br>14:37 |
| S366 | 22 | (session adj (id identifier) sessionid)<br>near2 (append$4 includ$4) near2<br>("uniform resource" hyperlink URL URI<br>link) and hash$4 and (@ad @rlad @pd<br>@ptad @prad)<"20091214" AND<br>((H04L63/144 H04L9/0643,32,3223<br>G06F17/30861,30876,30887<br>G06F21/64).CPC. (709/201,203,217-<br>219 726/23,25,27,30).CCLS.) | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2014/04/07<br>14:37 |
| S367 | 23 | (warn$4 alert$4) with unsafe near3<br>(website webpage site page) and<br>(whether) near3 (user) with (click$4<br>ignor$4 decid$4) and (@ad @rlad @pd<br>@ptad @prad)<"20091214" | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO; | OR | ON | 2014/04/07<br>15:04 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | DERWENT; IBM_TDB | | | |
| S368 | 0 | (warn$4 alert$4) with unsafe near3 (website webpage site page) and (whether) near3 (user) near3 (click$6 ignor$4 decid$4) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 15:04 |
| S369 | 0 | (warn$4 alert$4) with unsafe near3 (website webpage site page) and (logging record$4) with (user) near3 (click$6 ignor$4 decid$4) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 15:04 |
| S370 | 0 | (warn$4 alert$4) with unsafe near3 (website webpage site page) and (logging record$4) with (user) near3 (click$6 ignor$4 decid$4) same (warn$4 alert$4) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 15:05 |
| S371 | 0 | (warn$4 alert$4) with (unsafe malicious) near3 (website webpage site page) and (logging record$4) with (user) near3 (click$6 ignor$4 decid$4) same (warn$4 alert$4) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 15:05 |
| S372 | 3 | (warn$4 alert$4) with (unsafe malicious) near3 (website webpage site page) and (logging record$4) same (user) near3 (click$6 ignor$4 decid$4) same (warn$4 alert$4) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 15:05 |
| S373 | 16 | (warn$4 alert$4) with (unsafe malicious) near3 (website webpage site page) and (logging record$4) same (user) near3 (click$6 ignor$4) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 15:05 |
| S374 | 0 | (warn$4 alert$4) with (unsafe malicious) near3 (website webpage site page) and (logging record$4) same (user) near3 ( ignor$4) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 15:05 |
| S375 | 1 | (warn$4 alert$4) with (unsafe malicious) near3 (website webpage site page) and (logging record$4) same (user) near3 (deci$4) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 15:06 |
| S376 | 0 | (unsafe malicious) near3 (website webpage site page) and (logging record$4) same (user) near3 (ignor$4) | US-PGPUB; USPAT; USOCR; | OR | ON | 2014/04/07 15:06 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | and (@ad @rlad @pd @prad)<"20091214" | FPRS; EPO; JPO; IBM_TDB | | | |
| S377 | 2 | (unsafe malicious) near3 (website webpage site page) and (logging record$4) same (user) near3 (anyway) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 15:07 |
| S378 | 0 | (unsafe malicious) near3 (website webpage site page) and (logging record$4) same (user) near3 (despite) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 15:07 |
| S379 | 27 | (unsafe malicious) near3 (website webpage site page) and (logging record$4) same (user) near3 (warn$4 alert$4 alarm$4) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 15:07 |
| S380 | 71 | (unsafe malicious) near3 (website webpage site page) and (logging record$4) same (user) near3 (action) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 15:10 |
| S381 | 53 | (alert$4 warn$4) same (unsafe malicious phishing) near3 (website webpage site page) and (logging record$4) same (user) near3 (action) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 15:11 |
| S382 | 25 | (alert$4 warn$4) same (unsafe malicious phishing) near3 (website webpage site page) and (logging record$4) with (user) near3 (action) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 15:11 |
| S383 | 16 | (logging record$4) with (user) near3 (ignor$4) with (warn$4 alert$4) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 15:13 |
| S384 | 39 | (logging record$4) same (user) near3 (ignor$4) near3 (warn$4 alert$4) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 15:14 |
| S385 | 640108 | (log) (user) near3 (ignor$4) near3 | US-PGPUB; | OR | ON | 2014/04/07 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | (warn$4 alert$4) and (@ad @rlad @pd @ptad @prad)<"20091214" | USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | 15:14 |
| S386 | 3 | (log) with (user) near3 (ignor$4) near3 (warn$4 alert$4) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 15:14 |
| S387 | 6556 | (log$4 record$4) with (user) near3 (warn$4 alert$4) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 15:15 |
| S388 | 83 | (log$4 record$4) with (user) near3 (warn$4 alert$4) same ignor$4 and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 15:16 |
| S389 | 115 | (redirect$4 divert$4) with user same (unsafe phishing malicious) near3 (website webpage site page) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 15:34 |
| S390 | 74 | (redirect$4 divert$4) near3 user same (unsafe phishing malicious) near3 (website webpage site page) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 15:34 |
| S391 | 50 | (redirect$4 divert$4) near3 user with (unsafe phishing malicious) near3 (website webpage site page) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 15:35 |
| S392 | 6 | (redirect$4 divert$4) near3 user with (warn$4 alert$4 alarm$4) with (unsafe phishing malicious) near3 (website webpage site page) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 15:35 |
| S393 | 12 | ((microsoft msft).as. (bhatawdekar with ameya iverson with kristofer haber with elliott scarrow with john chad with mills).in.) and ((URL wrapped link hyperlink locator uri) with hash$4).clm. and (validat$4 tamper$4 authentic$6) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; | OR | ON | 2014/04/07 15:47 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | with hash$4 | IBM_TDB | | | |
| S394 | 5 | ("20090204677" \| "8434149").PN. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 15:49 |

## EAST Search History (Interference)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L4 | 1 | (hash$4 with (hyperlink URL URI link) same tamper$4).clm. AND ((H04L63/144 H04L9/0643,32,3223 G06F17/30861,30876,30887 G06F21/64).CPC. (709/201,203,217-219 726/23,25,27,30).CCLS.) | USPAT; UPAD | OR | ON | 2014/05/28 18:11 |
| L5 | 2 | (hash$4 with (hyperlink URL URI link) and tamper$4).clm. AND ((H04L63/144 H04L9/0643,32,3223 G06F17/30861,30876,30887 G06F21/64).CPC. (709/201,203,217-219 726/23,25,27,30).CCLS.) | USPAT; UPAD | OR | ON | 2014/05/28 18:12 |

5/28/2014 6:12:38 PM
H:\ Workspaces\ 12637673.wsp

PTO/SB/30 (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Request for Continued Examination (RCE) Transmittal**<br><br>Address to:<br>Mail Stop RCE<br>Commissioner for Patents<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | Application Number | 12/637,673 |
| --- | --- | --- |
| | Filing Date | 12/14/2009 |
| | First Named Inventor | Ameya S. Bhatawdekar |
| | Art Unit | 2452 |
| | Examiner Name | Julian Chang |
| | Attorney Docket Number | MS1 - 4927US |

**This is a Request for Continued Examination (RCE) under 37 CFR 1.114 of the above-identified application.**

Request for Continued Examination (RCE) practice under 37 CFR 1.114 does not apply to any utility or plant application filed prior to June 8, 1995, or to any design application. See Instruction Sheet for RCEs (not to be submitted to the USPTO) on page 2.

1. [Submission required under 37 CFR 1.114] Note: If the RCE is proper, any previously filed unentered amendments and amendments enclosed with the RCE will be entered in the order in which they were filed unless applicant instructs otherwise. If applicant does not wish to have any previously unentered amendment(s) entered, applicant must request non-entry of such amendment(s).

   a. ☐ Previously submitted. If a final Office action is outstanding, any amendments filed after the final Office action may be considered as a submission even if this box is not checked.

      i. ☐ Consider the arguments in the Appeal Brief or Reply Brief previously filed on _____

      ii. ☐ Other _____

   b. ☑ Enclosed

      I. ☑ Amendment/Reply          iii. ☐ Information Disclosure Statement (IDS)

      ii. ☐ Affidavit(s)/ Declaration(s)     iv. ☐ Other _____

2. [Miscellaneous]

   a. ☐ Suspension of action on the above-identified application is requested under 37 CFR 1.103(c) for a period of _____ months. (Period of suspension shall not exceed 3 months; Fee under 37 CFR 1.17(i) required)

   b. ☐ Other _____

3. [Fees] The RCE fee under 37 CFR 1.17(e) is required by 37 CFR 1.114 when the RCE is filed.

   a. ☑ The Director is hereby authorized to charge the following fees, any underpayment of fees, or credit any overpayments, to Deposit Account No. 12-0769 .

      i. ☑ RCE fee required under 37 CFR 1.17(e)

      ii. ☐ Extension of time fee (37 CFR 1.136 and 1.17)

      iii. ☐ Other _____

   b. ☐ Check in the amount of $ _____ enclosed

   c. ☑ Payment by credit card (Form PTO-2038 enclosed)  Payment made via EFS-Web.

   **WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

| **SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT REQUIRED** | | | |
| --- | --- | --- | --- |
| Signature | /Michael Saizan/ | Date | 5/12/2014 |
| Name (Print/Type) | Michael Robert Saizan | Registration No. | 65013 |

| **CERTIFICATE OF MAILING OR TRANSMISSION** | | |
| --- | --- | --- |
| I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Mail Stop RCE, Commissioner for Patents, P. O. Box 1450, Alexandria, VA 22313-1450 or facsimile transmitted to the U.S. Patent and Trademark Office on the date shown below. | | |
| Signature | VIA EFS WEB | |
| Name (Print/Type) | | Date |

This collection of information is required by 37 CFR 1.114. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Mail Stop RCE, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

| IN THE UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO) | |
|---|---|
| Application Serial Number | 12/637,673 |
| Confirmation Number | 3736 |
| Filing Date | December 14, 2009 |
| Title of Application | Reputation Based Redirection Service |
| First Named Inventor | Ameya S. Bhatawdekar |
| Assignee | Microsoft Corporation |
| Group Art Unit | 2452 |
| Examiner | Julian Chang |
| Attorney Docket Number | MS1-4927US |

To:     Commissioner for Patents
PO Box 1450
Alexandria, VA 22313-1450

From:   Michael Robert Saizan (Tel. 509-456-5990; Fax 509-323-8979)
Lee & Hayes, PLLC
601 W. Riverside Ave, Suite 1400
Spokane, WA 99201

**Customer Number 22801**

## <u>Response to April 23, 2014 Final Office Action</u>

Applicant's representative files this communication with a Request for Continued Examination. Applicant's representative pays fees by credit card through the EFS Web; however, Applicant's representative hereby authorizes the Commissioner to charge any deficiency of fees and credit any overpayments to Deposit Account Number 12-0769.

**Claim Amendments** begin on page 2 of this document.

**Remarks** begin on page 10 of this document.



# CLAIM AMENDMENTS

1. (Currently Amended) One or more computer-readable storage devices, storing processor-executable instructions that, when executed on a processor, configure a processor to perform acts for Uniform Resource Locator (URL) wrapping, the acts comprising:

receiving an input of a URL for accessing a document available over a network;

determining a characteristic associated with the received URL;

creating a security hash based on the received URL and the characteristic associated with the received URL, wherein the characteristic comprises an identifier of a user who originally posted the received URL;

outputting a wrapped URL comprising the received URL, the characteristic associated with the received URL, and the security hash; [[and]]

validating that the wrapped URL has not been tampered with based at least in part upon authenticating the wrapped URL with the security hash;

outputting a redirection decision, wherein if the received URL is invalid, abusive, or unknown, the redirection decision redirects a user to a web page; and

logging the redirection decision and click-through telemetry information associated with the web page.

2. (Previously Presented) The one or more computer-readable devices of claim 1, wherein creating the security hash is further based on context information comprising a session identifier.

3. (Previously Presented) The one or more computer-readable devices of claim 1, wherein the characteristic associated with the received URL comprises a location on the network where the received URL was posted and a container identifier of a container where the received URL was posted.

4. (Previously Presented) The one or more computer-readable devices of claim 1, wherein the characteristic associated with the received URL comprises a unique identifier for back-end reputation look-up and/or back-end additional characteristic look-up.

5. (Previously Presented) The one or more computer-readable devices of claim 1, further comprising instructions to perform acts comprising:

determining that the received URL is an un-trusted URL; and

outputting the wrapped URL based on the determination that the received URL is an un-trusted URL.

6. (Previously Presented) The one or more computer-readable devices of claim 1, further comprising instructions to perform acts comprising outputting an error message when the received URL is a malformed URL, a non-URL, a null URL, a URL of an un-supported Uniform Resource Identifier (URI) schema, and/or a URL with a length longer than a predetermined length.

7. (Previously Presented) The one or more computer-readable devices of claim 1, wherein the wrapped URL further comprises a redirection service and/or shortened URL.

8. (Currently Amended) The one or more computer-readable devices of claim 1, wherein the characteristic associated with the received URL comprises an identifier associated with ~~a person or~~ an application which posted the received URL.



9. (Currently Amended) A system for implementing a URL redirection service comprising:

memory and a processor;

a policy module, stored in the memory and executable on the processor, configured to exclude URLs on a same network as the URL redirection service from the URL redirection service and to directly load a destination URL on the same network as the URL redirection service;

a redirection server interface module, stored in the memory and executable on the processor, configured to receive a request for handling a wrapped URL comprising the destination URL, a characteristic of the destination URL, and a security hash;

a URL validation/verification module, stored in the memory and executable on the processor, configured to verify that the received wrapped URL has not been tampered with based at least in part upon authenticating the wrapped URL with the security hash;

a reputation lookup module, stored in the memory and executable on the processor, configured to determine a reputation rating for the destination URL;

a redirection logic module, stored in the memory and executable on the processor, configured to output a confidence score and a redirection decision based on validity of the received wrapped URL, the reputation rating of the destination URL, and a characteristic of the destination URL;

a telemetry service module, stored in the memory and executable on the processor, configured to receive click-through telemetry information from an interstitial page; and

a logging module, stored in the memory and executable on the processor, configured to create a telemetry report based on the click-through telemetry information and a log report based on the redirection decision[[s]].

10. (Canceled)

11. (Previously Presented) The system of claim 9, the characteristic associated with the destination URL comprises an identifier of a user who originally posted the destination URL and a location where the destination URL was posted.

12. (Previously Presented) The system of claim 9, further comprising a shortened/redirected URL handling module, stored in the memory and executable on the processor, configured to:
    receive a shortened URL or a redirected URL;
    determine a final destination URL of the shortened or redirected URL; and
    output the final destination URL to the reputation lookup module.

13.-14. (Canceled)

15. (Previously Presented) The system of claim 9, further comprising a configuration module, stored in the memory and executable on the processor, configured to maintain system configuration settings in a system configuration store.

16. (Previously Presented) The system of claim 9, the redirection decision comprising determining, based on the reputation rating of the destination URL, when to display the interstitial page, the interstitial page comprising an abuse information page, an unknown information page, or an error information page.

17. (Previously Presented) The system of claim 9, the redirection decision comprising determining, based on rules applied to the destination URL or a characteristic of the destination URL, when to display the interstitial page, the interstitial page comprising an abuse information page, an unknown information page, or an error information page.

18. (Currently Amended) One or more computer-readable storage devices, storing processor-executable instructions that, when executed on a processor, configure the processor to perform acts for URL Web service calls, the acts comprising:

receiving a Web service call for a destination URL;

creating a security hash based on the destination URL and a characteristic associated with the destination URL, wherein the characteristic comprises an identifier of a user who posted the destination URL;

outputting a wrapped URL comprising the destination URL, the characteristic associated with the destination URL, and the security hash;

validating that the wrapped URL has not been tampered with based at least in part upon authenticating the wrapped URL with the security hash;

determining a redirection decision for the destination URL;

outputting the redirection decision, wherein if the destination URL is invalid, abusive, or unknown, the redirection decision redirects a user to a web page; and

logging the redirection decision and click-through telemetry information [[from]] associated with the web page.


19. (Previously Presented) The one or more computer-readable devices of claim 18, the redirection decision determined based on a reputation rating of the destination URL.

20. (Currently Amended) The one or more computer-readable devices of claim 18, wherein the <u>characteristic associated with the destination URL</u> [[acts]] further comprise<u>s a website where the URL was originally posted</u>~~wrapping the destination URL with a characteristic of the destination URL and a security hash, the characteristic comprising an identifier of a user who originally posted the destination URL~~.

21. (Previously Presented) The one or more computer-readable devices of claim 1, wherein the acts further comprise excluding in-network URLs from URL wrapping and directly loading the received URL.

22. (Previously Presented) The one or more computer-readable devices of claim 20, wherein the acts further comprise excluding in-network URLs from URL wrapping and directly loading the destination URL.

23. (Currently Amended) The one or more computer-readable devices of claim 20, wherein <u>creating the security hash is further based on context information comprising a session identifier</u>~~the acts further comprise validating that the wrapped URL has not been tampered with based at least in part upon authenticating the wrapped URL with the security hash~~.

# <u>REMARKS</u>

Applicant respectfully requests reconsideration and allowance of all of the claims of the application. The status of the claims is as follows:

- Claims 1-9, 11, 12, and 15-23 were pending at the time of the action.
- Applicant amends claims 1, 8, 9, 18, 20, and 23.

The Application supports the claim amendments at least at paragraphs [0026], [0036], and [0054]. The amendments submitted herein do not introduce new matter.

## <u>Allowed Claims</u>

The Office Action indicates that claims 9, 11, 12, and 15-17 are allowable. Applicant would like to thank the Examiner for allowing claims 9, 11, 12, and 15-17. These claims have not been amended herein, other than to address minor informalities, and therefore remain in condition for allowance.

Furthermore, claim 1 is amended to include features of claim 18 and claim 18 is amended to include features of claim 1, as suggested by the Office. *Office Action*, page 16. Therefore, Applicant respectfully submits that claims 1 and 18 and dependent claims 2-8 and 19-23 are also in condition for allowance.

## <u>Cited Documents</u>

The Office applies the following to reject one or more claims of the Application:

- **Kay:** Kay, U.S. Patent Application Publication No. 2008/0256187
- **Watkins:** Watkins, U.S. Patent Application Publication No. 2005/026026
- **Signorini:** Signorini et al., U.S. Patent Application Publication No. 2011/0087647
- **Louz-On**: Louz-On, U.S. Patent No. 7,886,032

- **Leahy:** Leahy et al., U.S. Patent Application Publication No. 2007/0050716
- **Shastri:** Shastri, U.S. Patent Application Publication No. 2008/0196099
- **Dixon:** Dixon et al., U.S. Patent Application Publication No. 2008/0109473
- **Berman:** Berman, U.S. Patent Application Publication No. 2007/0136806
- **Huang:** Huang, U.S. Patent Application Publication No. 2010/0057895
- **Krishnamurthi:** Krishnamurthi et al., U.S. Patent Application Publication No. 2011/0126259

## Claims 1, 3-5, 7, and 8 are Non-Obvious Over Kay, Watkins and Signorini

Claims 1, 3-5, 7, and 8 stand rejected under 35 U.S.C. § 103(a) as allegedly being obvious over a combination of Kay in view of Watkins and in further view of Signorini.   Applicant respectfully traverses the rejection.   Nevertheless, solely in the interest of expediting allowance, Applicant herein amends independent claim 1 as shown above to include features of claim 18, as suggested by the Office. *Office Action*, page 16.   Applicant respectfully requests reconsideration in light of the amendments presented herein.

### *Independent Claim 1*

Claim 1, as amended herein, recites, in part:

> creating a security hash based on the received URL and the characteristic associated with the received URL, wherein the characteristic comprises an identifier of a user who originally posted the received URL.

Claim 1 is amended to incorporate features of claim 18, as suggested by the Office, in order to make claim 1 allowable. *Office Action*, page 16.  Therefore, the cited documents do not teach or suggest features of amended claim 1.  For example, Signorini does not teach or suggest "creating a security hash based on the received

URL and the characteristic associated with the received URL, wherein the characteristic comprises an identifier of a user who originally posted the received URL," as amended claim 1 recites.  Signorini describes that a "username of the user who shared the URL … can also be part of the classification."  Signorini, paragraph [0048].  However, a username of a user who shared a URL that can be part of a "classification" does not teach or suggest "creating a security hash based on … an identifier of a user who originally posted the received URL," as amended claim 1 recites.  Kay and Watkins do not remedy this deficiency.

For at least the reasons presented herein, the combination of Kay, Watkins and Signorini does not teach or suggest all of the features of claim 1.  Accordingly, Applicant respectfully requests that the Office withdraw the § 103 rejection of claim 1.

## _Dependent Claims 3-5, 7, and 8_

Claims 3-5, 7, and 8 ultimately depend from independent claim 1.  As discussed above, claim 1 is allowable over the cited documents.  Therefore, claims 3-5, 7, and 8 are also allowable over the cited documents of record for at least their dependency from an allowable base claim, and also for the additional features that each recites.

Accordingly, Applicant respectfully requests that the Office withdraw the § 103 rejection of claims 3-5, 7, and 8.

## **Claim 2 is Non-Obvious Over Kay, Watkins, Signorini, and Louz-On**

Claim 2 stands rejected under 35 U.S.C. § 103(a) as allegedly being obvious over a combination of Kay in view of Watkins and in further view of Signorini and Louz-On.  Applicant respectfully traverses the rejection.  Claim 2 ultimately depends from

independent claim 1.  As discussed above, claim 1 is allowable over Kay, Watkins, and Signorini.  The Office cites Louz-On as allegedly teaching the respective features of dependent claim 2.  However, Louz-On fails to remedy the deficiencies of Kay, Watkins, and Signorini as noted above with regard to independent claim 1.  Therefore, claim 2 is also allowable over the cited documents of record for at least its dependency from an allowable base claim, and also for the additional features that it recites.

Accordingly, Applicant respectfully requests that the Office withdraw the § 103 rejection of claim 2.

## Claim 6 is Non-Obvious Over Kay, Watkins, Signorini, and Leahy

Claim 6 stands rejected under 35 U.S.C. § 103(a) as allegedly being obvious over a combination of Kay in view of Watkins in view of Signorini and in further view of Leahy.  Applicant respectfully traverses the rejection.  Claim 6 ultimately depends from independent claim 1.  As discussed above, claim 1 is allowable over Kay, Watkins, and Signorini.  The Office cites Leahy as allegedly teaching the respective features of dependent claim 6.  However, Leahy fails to remedy the deficiencies of Kay, Watkins, and Signorini as noted above with regard to independent claim 1.  Therefore, claim 6 is also allowable over the cited documents of record for at least its dependency from an allowable base claim, and also for the additional features that it recites.

Accordingly, Applicant respectfully requests that the Office withdraw the § 103 rejection of claim 6.

## Claim 21 is Non-Obvious Over Kay, Watkins, Signorini, and Shastri

Claim 21 stands rejected under 35 U.S.C. § 103(a) as allegedly being obvious over a combination of Kay in view of Watkins in view of Signorini and in further view of Shastri.  Applicant respectfully traverses the rejection.  Claim 21 ultimately depends from independent claim 1.  As discussed above, claim 1 is allowable over Kay, Watkins, and Signorini.  The Office cites Shastri as allegedly teaching the respective features of dependent claim 21.  However, Shastri fails to remedy the deficiencies of Kay, Watkins, and Signorini as noted above with regard to independent claim 1.  Therefore, claim 21 is also allowable over the cited documents of record for at least its dependency from an allowable base claim, and also for the additional features that it recites.

Accordingly, Applicant respectfully requests that the Office withdraw the § 103 rejection of claim 21.

## Claims 18 and 19 are Non-Obvious Over Dixon, Berman, and Huang

Claims 18 and 19 stand rejected under 35 U.S.C. § 103(a) as allegedly being obvious over a combination of Dixon in view of Berman and in further view of Huang.  Applicant respectfully traverses the rejection.  Nevertheless, solely in the interest of expediting allowance, Applicant herein amends independent claim 18 as shown above to include features of claim 1, as suggested by the Office.  *Office Action*, page 16.  Applicant respectfully requests reconsideration in light of the amendments presented herein.

_Independent Claim 18_

Claim 18, as amended herein, recites, in part:

creating a security hash based on the destination URL and a characteristic associated with the destination URL, wherein the characteristic comprises an identifier of a user who posted the destination URL.

Claim 18 is amended to incorporate features of claim 1, as suggested by the Office in order to make claim 18 allowable. _Office Action_, page 16. Therefore, the cited documents do not teach or suggest features of amended claim 18. For example, the cited documents do not teach or suggest the above feature of amended claim 18.

For at least the reasons presented herein, the combination of Dixon, Berman and Huang does not teach or suggest all of the features of claim 18. Accordingly, Applicant respectfully requests that the Office withdraw the § 103 rejection of claim 18.

_Dependent Claim 19_

Claim 19 ultimately depends from independent claim 18. As discussed above, claim 18 is allowable over the cited documents. Therefore, claim 19 is also allowable over the cited documents of record for at least its dependency from an allowable base claim, and also for the additional features that it recites.

Accordingly, Applicant respectfully requests that the Office withdraw the § 103 rejection of claim 19.

## Claims 18 and 19 are Non-Obvious Over Dixon, Berman, and Krishnamurthi

Claims 18 and 19 stand rejected under 35 U.S.C. § 103(a) as allegedly being obvious over a combination of Dixon in view of Berman and in further view of

Krishnamurthi.   Applicant respectfully traverses the rejection.   Nevertheless, solely in the interest of expediting allowance, Applicant herein amends independent claim 18 as shown above to include features of claim 1, as suggested by the Office.   *Office Action*, page 16.   Applicant respectfully requests reconsideration in light of the amendments presented herein.

## Independent Claim 18

Claim 18, as amended herein, recites, in part:

creating a security hash based on the destination URL and a characteristic associated with the destination URL, wherein the characteristic comprises an identifier of a user who posted the destination URL.

Claim 18 is amended to incorporate features of claim 1, as suggested by the Office in order to make claim 18 allowable.   *Office Action*, page 16.   Therefore, the cited documents do not teach or suggest features of amended claim 18.   For example, the cited documents do not teach or suggest the above feature of amended claim 18.

For at least the reasons presented herein, the combination of Dixon, Berman and Krishnamurthi does not teach or suggest all of the features of claim 18.   Accordingly, Applicant respectfully requests that the Office withdraw the § 103 rejection of claim 18.

## Dependent Claim 19

Claim 19 ultimately depends from independent claim 18.   As discussed above, claim 18 is allowable over the cited documents.   Therefore, claim 19 is also allowable over the cited documents of record for at least its dependency from an allowable base claim, and also for the additional features that it recites.

Accordingly, Applicant respectfully requests that the Office withdraw the § 103 rejection of claim 19.

## Claims 20 and 23 are Non-Obvious Over Dixon, Berman, Huang, Watkins, and Signorini

Claims 20 and 23 stand rejected under 35 U.S.C. § 103(a) as allegedly being obvious over a combination of Dixon in view of Berman in view of Huang in view of Watkins and in further view of Signorini.  Applicant respectfully traverses the rejection.  Claims 20 and 23 ultimately depend from independent claim 18.  As discussed above, claim 18 is allowable over Dixon, Berman, and Huang.  The Office cites Watkins and Signorini as allegedly teaching the respective features of dependent claims 20 and 23.  However, Watkins and Signorini fail to remedy the deficiencies of Dixon, Berman, and Huang as noted above with regard to independent claim 18.  Therefore, claims 20 and 23 are also allowable over the cited documents of record for at least their dependency from an allowable base claim, and also for the additional features that each recites.

Accordingly, Applicant respectfully requests that the Office withdraw the § 103 rejection of claims 20 and 23.

## Claims 20 and 23 are Non-Obvious Over Dixon, Berman, Krishnamurthi, Watkins, and Signorini

Claims 20 and 23 stand rejected under 35 U.S.C. § 103(a) as allegedly being obvious over a combination of Dixon in view of Berman in view of Krishnamurthi in view of Watkins and in further view of Signorini.  Applicant respectfully traverses the rejection.  Claims 20 and 23 ultimately depend from independent claim 18.  As

discussed above, claim 18 is allowable over Dixon, Berman, and Krishnamurthi. The Office cites Watkins and Signorini as allegedly teaching the respective features of dependent claims 20 and 23. However, Watkins and Signorini fail to remedy the deficiencies of Dixon, Berman, and Krishnamurthi as noted above with regard to independent claim 18. Therefore, claims 20 and 23 are also allowable over the cited documents of record for at least their dependency from an allowable base claim, and also for the additional features that each recites.

Accordingly, Applicant respectfully requests that the Office withdraw the § 103 rejection of claims 20 and 23.

## Claim 22 is Non-Obvious Over Dixon, Berman, Huang, Watkins, Signorini, Kay, and Shastri

Claim 22 stands rejected under 35 U.S.C. § 103(a) as allegedly being obvious over a combination of Dixon in view of Berman in view of Huang in view of Watkins in view of Signorini in view of Kay and in further view of Shastri. Applicant respectfully traverses the rejection. Claim 22 ultimately depend from independent claim 18. As discussed above, claim 18 is allowable over Dixon, Berman, and Huang. The Office cites Watkins, Signorini, Kay, and Shastri as allegedly teaching the respective features of dependent claim 22. However, Watkins, Signorini, Kay, and Shastri fail to remedy the deficiencies of Dixon, Berman, and Huang as noted above with regard to independent claim 18. Therefore, claim 22 is also allowable over the cited documents of record for at least its dependency from an allowable base claim, and also for the additional features that it recites.

Accordingly, Applicant respectfully requests that the Office withdraw the § 103 rejection of claim 22.

## Claim 22 is Non-Obvious Over Dixon, Berman, Krishnamurthi, Watkins, Signorini, Kay, and Shastri

Claim 22 stands rejected under 35 U.S.C. § 103(a) as allegedly being obvious over a combination of Dixon in view of Berman in view of Krishnamurthi in view of Watkins in view of Signorini in view of Kay and in further view of Shastri.  Applicant respectfully traverses the rejection.  Claim 22 ultimately depends from independent claim 18.  As discussed above, claim 18 is allowable over Dixon, Berman, and Krishnamurthi.  The Office cites Watkins, Signorini, Kay, and Shastri as allegedly teaching the respective features of dependent claim 22.  However, Watkins, Signorini, Kay, and Shastri fail to remedy the deficiencies of Dixon, Berman, and Krishnamurthi as noted above with regard to independent claim 18.  Therefore, claim 22 is also allowable over the cited documents of record for at least its dependency from an allowable base claim, and also for the additional features that it recites.

Accordingly, Applicant respectfully requests that the Office withdraw the § 103 rejection of claim 22.

## Conclusion

For at least the foregoing reasons, all pending claims are in condition for allowance. Applicant respectfully requests reconsideration and prompt issuance of the application.

If any issues remain that would prevent allowance of this application, **Applicant requests that the Examiner contact the undersigned representative before issuing a subsequent Action.**


Respectfully Submitted,

Lee & Hayes, PLLC
Representatives for Applicant

By: /Michael Saizan/                              Dated: 5/12/2014

Michael Robert Saizan
(michaels@leehayes.com; 512-456-5990)
Registration No. 65013

Brett J. Schlameus
(brett@leehayes.com; 206-876-6022)
Registration No. 60827

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 12637673 |
| **Filing Date:** | 14-Dec-2009 |
| **Title of Invention:** | Reputation Based Redirection Service |
| **First Named Inventor/Applicant Name:** | Ameya S. Bhatawdekar |
| **Filer:** | Roy Raymond Salvagio/Jennifer  Phipps |
| **Attorney Docket Number:** | MS1-4927US |

Filed as Large Entity

## Utility under 35 USC 111(a) Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| RCE - 2nd and Subsequent Request | 1820 | 1 | 1700 | 1700 |
| **Total in USD ($)** | | | | **1700** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 19029656 |
| **Application Number:** | 12637673 |
| **International Application Number:** | |
| **Confirmation Number:** | 3736 |
| **Title of Invention:** | Reputation Based Redirection Service |
| **First Named Inventor/Applicant Name:** | Ameya S. Bhatawdekar |
| **Customer Number:** | 22801 |
| **Filer:** | Roy Raymond Salvagio/Jennifer Phipps |
| **Filer Authorized By:** | Roy Raymond Salvagio |
| **Attorney Docket Number:** | MS1-4927US |
| **Receipt Date:** | 14-MAY-2014 |
| **Filing Date:** | 14-DEC-2009 |
| **Time Stamp:** | 13:46:34 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $1700 |
| RAM confirmation Number | 45 |
| Deposit Account | |
| Authorized User | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|

| | | | 373760 | | | |
|---|---|---|---|---|---|---|
| 1 | | 1434870.PDF | | yes | | 21 |
| | | | 59a1a4c8d60f33f66107db22b3e8ee3888e20333 | | | |

| | | **Multipart Description/PDF files in .zip description** | | |
|---|---|---|---|---|
| | | **Document Description** | **Start** | **End** |
| | | Request for Continued Examination (RCE) | 1 | 1 |
| | | Amendment Submitted/Entered with Filing of CPA/RCE | 2 | 2 |
| | | Claims | 3 | 10 |
| | | Applicant Arguments/Remarks Made in an Amendment | 11 | 21 |

**Warnings:**

**Information:**

| | | | 30308 | | |
|---|---|---|---|---|---|
| 2 | Fee Worksheet (SB06) | fee-info.pdf | | no | 2 |
| | | | ed777703b726dde4da95733d62a6d0a3181d24be | | |

**Warnings:**

**Information:**

| | **Total Files Size (in bytes):** | 404068 |
|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PTO/SB/06 (09-11)
Approved for use through 1/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD Substitute for Form PTO-875 | Application or Docket Number 12/637,673 | Filing Date 12/14/2009 | ☐ To be Mailed |
|---|---|---|---|

**ENTITY:** ☒ LARGE  ☐ SMALL  ☐ MICRO

## APPLICATION AS FILED – PART I

|  | (Column 1) | (Column 2) |  |  |
|---|---|---|---|---|
| FOR | NUMBER FILED | NUMBER EXTRA | RATE ($) | FEE ($) |
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | X $ = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | X $ = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | |

## APPLICATION AS AMENDED – PART II

|  |  | (Column 1) | (Column 2) | (Column 3) |  |  |
|---|---|---|---|---|---|---|
| AMENDMENT | **05/14/2014** | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
| | Total (37 CFR 1.16(i)) | * 20 | Minus | ** 20 | = 0 | x $80 = | 0 |
| | Independent (37 CFR 1.16(h)) | * 3 | Minus | *** 3 | = 0 | x $420 = | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | |
| | | | | | TOTAL ADD'L FEE | **0** |

|  |  | (Column 1) | (Column 2) | (Column 3) |  |  |
|---|---|---|---|---|---|---|
| AMENDMENT | | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
| | Total (37 CFR 1.16(i)) | * | Minus | ** | = | X $ = | |
| | Independent (37 CFR 1.16(h)) | * | Minus | *** | = | X $ = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | |
| | | | | | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

LIE
/EVELYN NIMMONS/

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 12/637,673 | 12/14/2009 | Ameya S. Bhatawdekar | MS1-4927US | 3736 |

22801          7590          04/23/2014
LEE & HAYES, PLLC
601 W. RIVERSIDE AVENUE
SUITE 1400
SPOKANE, WA 99201

| EXAMINER |
|---|
| CHANG, JULIAN |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2452 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 04/23/2014 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated  "Notification Date" to the following e-mail  address(es):

lhptoms@leehayes.com

| | Application No. 12/637,673 | Applicant(s) BHATAWDEKAR ET AL. |
|---|---|---|
| **Office Action Summary** | **Examiner** JULIAN CHANG | **Art Unit** 2452 | **AIA (First Inventor to File) Status** No |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) months from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on <u>12/12/2013</u>.
   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.
2a)☒ This action is **FINAL**.  2b)☐ This action is non-final.
3)☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.
4)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5)☒ Claim(s) <u>1-9,11,12 and 15-23</u> is/are pending in the application.
   5a) Of the above claim(s) _____ is/are withdrawn from consideration.
6)☒ Claim(s) <u>9,11,12 and 15-17</u> is/are allowed.
7)☒ Claim(s) <u>1-8 and 18-23</u> is/are rejected.
8)☐ Claim(s) _____ is/are objected to.
9)☐ Claim(s) _____ are subject to restriction and/or election requirement.
* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

**Application Papers**

10)☐ The specification is objected to by the Examiner.
11)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.
   Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
   Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   **Certified copies:**
   a)☐ All  b)☐ Some**  c)☐ None of the:
   1.☐ Certified copies of the priority documents have been received.
   2.☐ Certified copies of the priority documents have been received in Application No. _____.
   3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).
** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☒ Notice of References Cited (PTO-892)
2) ☒ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date _____.
3) ☐ Interview Summary (PTO-413) Paper No(s)/Mail Date. _____ .
4) ☐ Other: _____.

Application/Control Number: 12/637,673                                    Page 2
Art Unit: 2452

## DETAILED ACTION

1.      This Office action is responsive to communication filed on 12/12/2013. Claims 1-9, 11, 12, and 15-23 are pending. The present application is being examined under the pre-AIA first to invent provisions.


### *Claim Rejections - 35 USC § 103*

2.      The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

3.      Claims 1, 3-5, 7 and 8 are rejected under 35 U.S.C. 103(a) as being unpatentable over U.S. Pub. No. 2008/0256187 ("Kay"), and further in view of U.S. Pub. No. 2005/0262026 ("Watkins"), and U.S. Pub. No. 2011/0087647 ("Signorini").


4.      Regarding claim 1, Kay teaches one or more computer-readable storage media, storing processor-executable instructions that, when executed on a processor, configure a processor to perform acts for Uniform Resource Locator (URL) wrapping, the acts comprising:

receiving an input of a URL for accessing a document available over a network (Fig. 3, "web links," Steps 301-303);

creating a security hash based on the received URL and the characteristic associated with the received URL ("encodes…the original URL… by applying strong

Application/Control Number: 12/637,673                                    Page 3
Art Unit: 2452

encryption…to the combination of the original URL plus a small checksum," ¶ [0052]);
and

outputting a wrapped URL ("then wraps…the encoded URL within a URL that
identifies the web server," ¶ [0052]).

Kay fails to explicitly teach a wrapped URL comprising the received URL, the
characteristic associated with the received URL, and the security hash; and validating
the wrapped URL has not been tampered with based at least in part upon authenticating
the wrapped URL with the security hash. Watkins teaches determining a characteristic
associated with a URL ("website that referred the customer," ¶ [0089]; also ¶ [0101]),
creating a hash based on the URL and the characteristic of the URL ("MD5 hash value
of the entire URL...including the parameters (but excluding the hash parameter itself)," ¶
[0090]); outputting a wrapped URL comprising the received URL, the characteristic
associated with the received URL, and the security hash (URL under ¶ [0084] on p. 7);
and validating the wrapped URL has not been tampered with based at least in part upon
authenticating the wrapped URL with the security hash ("any modification to the URL or
any parameter would result in the hash being rendered invalid" ¶ [0090]). It would have
been obvious to one of ordinary skill in the art at the time of applicant's invention to
wrap a URL as taught by Watkins in order to prevent tampering of the URL and
associated URL parameters.

Kay-Watkins fails to teach that the characteristic associated with the URL
comprises an identifier of a user who originally posted the URL. Signorini teaches using
additional information associated with a URL, including the username of the user who

Application/Control Number: 12/637,673                                        Page 4
Art Unit: 2452

shared the URL (¶ [0027]), to classify the content of the URL (¶ [0048]). It would have

been obvious to one of ordinary skill in the art at the time of applicant's invention to

classify URLs based on a username of the user who shared the URL as taught by

Signorini in order to filter out content (e.g., pornography).


5.      Regarding claim 3, Kay-Watkins-Signorini teaches the invention as described in

claim 1, including that the characteristic associated with the received URL comprises a

location on the network where the received URL was posted, and a container identifier

of a container where the received URL was posted (Watkins: "website that referred the

customer," ¶ [0089]; also ¶ [0101]). Under the broadest reasonable interpretation, the

referring website is both the location where the URL was posted and the container

where the URL was posted.


6.      Regarding claim 4, Kay-Watkins-Signorini teaches the invention as described in

claim 1, including that the characteristic associated with the received URL comprises a

unique identifier for back-end reputation look-up and/or back-end additional

characteristic look-up (Kay: "can further review the URL on the basis

of…Domains…username," ¶¶ [0035]-[0040]).


7.      Regarding claim 5, Kay-Watkins-Signorini teaches the invention as described in

claim 1, including determining that a received URL is an untrusted URL (Kay: Fig. 3,

"Score exceeds threshold"); and outputting the wrapped URL based on the

Application/Control Number: 12/637,673                                      Page 5
Art Unit: 2452

determination that the received URL is an untrusted URL (Kay: Fig. 3, 311-315; and Fig. 4).

8.      Regarding claim 7, Kay-Watkins-Signorini teaches the invention as described in claim 1, including that the wrapped URL further comprises a redirection service and/or shortened URL (Kay: "if it exceeds a specified length," ¶ [0053]).

9.      Regarding claim 8, Kay-Watkins-Signorini teaches the invention as described in claim 1, including that the characteristic associated with the received URL comprises an identifier associated with a person or application which posted the received URL (Watkins: "website that referred the customer," ¶ [0089]; also ¶ [0101]).

10.     Claim 2 is rejected under 35 U.S.C. 103(a) as being unpatentable over Kay-Watkins-Signorini as applied to claim 1 above, and further in view of U.S. Pat. No. 7,886,032 ("LouzOn").

11.     Regarding claim 2, Kay-Watkins-Signorini teaches the invention as described in claim 1, including generating a security hash from the entire URL (Watkins: "MD5 hash value of the entire URL...including the parameters (but excluding the hash parameter itself)," ¶ [0090]), but fails to explicitly teach that the security hash is further based on context information comprising a session identifier. LouzOn teaches including a session identifier in a URL (Fig. 5). It would have been obvious to one of ordinary skill in the art

Application/Control Number: 12/637,673                                Page 6
Art Unit: 2452

to generate a security hash on a URL including a session identifier as taught by the

combination of Kay-Watkins-Signorini and LouzOn in order prevent tampering with a

session identifier.

12.     Claim 6 is rejected under 35 U.S.C. 103(a) as being unpatentable over Kay-

Watkins-Signorini as applied to claim 1 above, and further in view of U.S. Pub. No.

2007/0050716 ("Leahy").

13.     Regarding claim 6, Kay-Watkins-Signorini teaches the invention as described in

claim 1, but fails to teach outputting an error message when the received URL is a

malformed URL, a non-URL, a null URL, a URL of an un-supported Uniform Resource

Identifier (URI) schema, and/or a URL with a length longer than a predetermined

length. Leahy teaches returning an error when a URL is malformed (¶ [0049]). It would

have been obvious to one of ordinary skill in the art at the time of applicant's invention to

return an error as taught by Leahy in order to inform the user of an error in the URL they

have entered.

14.     Claim 21 is rejected under 35 U.S.C. 103(a) as being unpatentable over Kay-

Watkins-Signorini as applied to claim 1 above, and further in view of U.S. Pub. No.

2008/0196099 ("Shastri").

Application/Control Number: 12/637,673                                      Page 7
Art Unit: 2452

15.     Regarding claim 21, Kay-Watkins-Signorini teaches the invention as described in claim 1 above, including excluding from URL wrapping URL's in emails that do not exceed a threshold score (Kay: Fig. 3, Score exceeds threshold? N). Kay teaches that this may take into account whether the URL appears on a whitelist (Kay: [0048]).

        Kay fails to teach including in-network URLs in a whitelist. Shastri teaches including a company's intranet URLs in a whitelist (¶ [0159]). It would have been obvious to one of ordinary skill in the art to include intranet URL's in a whitelist as taught by Shastri because these URLs are known non-malicious URLs.

16.     Claims 18 and 19 are rejected under 35 U.S.C. 103(a) as being unpatentable over U.S. Pub. No. 2008/0109473 ("Dixon"), and further in view of U.S. Pub. No. 2007/0136806 ("Berman"), and U.S. Pub. No. 2010/0057895 ("Huang").

17.     Regarding claim 18 Dixon teaches one or more computer-readable storage media, storing processor-executable instructions that, when executed on a processor, configure the processor to perform acts for URL Web service calls, the acts comprising:

        receiving a Web service call for a destination URL (Fig. 4, 402; ¶ [0139]);

        determining a redirection decision for the destination URL ('decision may be made to either provide the requested information…or to provide an alert, caution, warning…,' ¶ [0139]);

Application/Control Number: 12/637,673                                    Page 8
Art Unit: 2452

outputting the redirection decision, wherein if the destination URL is invalid, abusive, or unknown, the redirection decision directs a user to an interstitial page (Figs. 7, 8, and 12-17); and

logging the click-through telemetry information from the interstitial page ("implicit or explicit feedback may be collected when a user overrides a system-generated warning message," ¶ [0173]).

While Dixon teaches presenting the warning using a pop-up window, Dixon does not explicitly teach warning a user of a malicious website by redirecting the user to a web page. However, Berman teaches redirecting a user trying to access a phishing website to a URL that displays a warning (¶ [0049]). It would have been obvious to one of ordinary skill in the art to redirect a user to a URL containing a warning as taught by Berman in order to prevent phishing attacks.

Dixon-Berman fails to teach logging the display of warnings and alerts (i.e., redirection decisions). Huang teaches logging name and reputation information related to a warning/alert (i.e., redirection decisions) (¶¶ [0060]-[0061]). It would have been obvious to one of ordinary skill in the art at the time of applicant's invention to log reputation information of warnings/alerts as taught by Huang in order to facilitate system administration.


18.    Regarding claim 19, Dixon-Berman-Huang teaches the invention as described in claim 18, including that the redirection decision is determined based on a reputation rating of the destination URL (Dixon: "reputation analysis," ¶ [0139]).

Application/Control Number: 12/637,673                                    Page 9
Art Unit: 2452

19.     Claims 18, and 19 are also rejected under 35 U.S.C. 103(a) as being

unpatentable over Dixon, and further in view of Berman and U.S. Pub. No.

2011/0126259 ("Krishnamurthi").

20.     Regarding claim 18 Dixon teaches one or more computer-readable storage

media, storing processor-executable instructions that, when executed on a processor,

configure the processor to perform acts for URL Web service calls, the acts comprising:

        receiving a Web service call for a destination URL (Fig. 4, 402; ¶ [0139]);

        determining a redirection decision for the destination URL ('decision may be

made to either provide the requested information…or to provide an alert, caution,

warning…,' ¶ [0139]);

        outputting the redirection decision, wherein if the destination URL is invalid,

abusive, or unknown, the redirection decision directs a user to an interstitial page (Figs.

7, 8, and 12-17); and

        logging the click-through telemetry information from the interstitial page ("implicit

or explicit feedback may be collected when a user overrides a system-generated

warning message," ¶ [0173]).

        While Dixon teaches presenting the warning using a pop-up window, Dixon does

not explicitly teach warning a user of a malicious website by redirecting the user to a

web page. However, Berman teaches redirecting a user trying to access a phishing

website to a URL that displays a warning (¶ [0049]). It would have been obvious to one

Application/Control Number: 12/637,673                                    Page 10
Art Unit: 2452

of ordinary skill in the art to redirect a user to a URL containing a warning as taught by Berman in order to prevent phishing attacks.

Dixon-Berman fails to teach logging the display of warnings and alerts (i.e., redirection decisions). Kirshnamurthi teaches logging recommendations, alerts, or warnings (i.e., redirection decisions) (¶ [0047]). It would have been obvious to one of ordinary skill in the art at the time of applicant's invention to log warnings and alerts as taught by Kirshnamurthi in order to facilitate system administration.

21.    Regarding claim 19, Dixon-Berman-Krishnamurthi teaches the invention as described in claim 18, including that the redirection decision is determined based on a reputation rating of the destination URL (Dixon: "reputation analysis," ¶ [0139]).

22.    Claims 20 and 23 are rejected under 35 U.S.C. 103(a) as being unpatentable over Dixon-Berman-Huang as applied to claim 18 above, and further in view of Watkins and Signorini.

23.    Regarding claim 20, Dixon-Berman-Huang teaches the invention as described in claim 18, but fails to teach instructions to perform acts comprising wrapping the destination URL with a characteristic of the destination URL and a security hash, the characteristic comprising the destination URL, an identifier of a user who originally posted the destination URL, and/or a location of where the destination URL was posted.

Application/Control Number: 12/637,673                                         Page 11
Art Unit: 2452

Watkins teaches wrapping a URL with a characteristic associated with the received URL, and a security hash (URL under ¶ [0084] on p. 7), the characteristic comprising the destination URL (¶ [0086]), an identifier of a user who originally posted the destination URL, and/or a location where the destination URL was posted ("website that referred the customer," ¶ [0089]). It would have been obvious to one of ordinary skill in the art at the time of applicant's invention to wrap a URL as taught by Watkins in order to prevent tampering of the URL and associated URL parameters.

Dixon-Berman-Huang-Watkins fails to teach that the characteristic associated with the URL comprises an identifier of a user who originally posted the URL. Signorini teaches using additional information associated with a URL, including the username of the user who shared the URL (¶ [0027]), to classify the content of the URL (¶ [0048]). It would have been obvious to one of ordinary skill in the art at the time of applicant's invention to classify URLs based on a username of the user who shared the URL as taught by Signorini in order to filter out content (e.g., pornography).


24.     Regarding claim 23, Dixon-Berman-Huang-Watkins-Signorini teaches the invention as described in claim 20 above, including validating that the wrapped URL has not been tampered with based at least in part upon authenticating the wrapped URL with the security hash (Watkins: "ensuring that the URL...has not been tampered with...MD5 hash value of the entire URL...including the parameters (but excluding the hash parameter itself)," ¶ [0090]).

Application/Control Number: 12/637,673                                        Page 12
Art Unit: 2452

25.     Claims 20 and 23 are also rejected under 35 U.S.C. 103(a) as being

unpatentable over Dixon-Berman-Krishnamurthi as applied to claim 18 above, and

further in view of Watkins and Signorini.


26.     Regarding claim 20, Dixon-Berman-Krishnamurthi teaches the invention as

described in claim 18, but fails to teach instructions to perform acts comprising wrapping

the destination URL with a characteristic of the destination URL and a security hash, the

characteristic comprising the destination URL, an identifier of a user who originally

posted the destination URL, and/or a location of where the destination URL was posted.

        Watkins teaches wrapping a URL with a characteristic associated with the

received URL, and a security hash (URL under ¶ [0084] on p. 7), the characteristic

comprising the destination URL (¶ [0086]), an identifier of a user who originally posted

the destination URL, and/or a location where the destination URL was posted ("website

that referred the customer," ¶ [0089]). It would have been obvious to one of ordinary

skill in the art at the time of applicant's invention to wrap a URL as taught by Watkins in

order to prevent tampering of the URL and associated URL parameters.

        Dixon-Berman-Krishnamurthi-Watkins fails to teach that the characteristic

associated with the URL comprises an identifier of a user who originally posted the

URL. Signorini teaches using additional information associated with a URL, including

the username of the user who shared the URL (¶ [0027]), to classify the content of the

URL (¶ [0048]). It would have been obvious to one of ordinary skill in the art at the time

Application/Control Number: 12/637,673                                    Page 13
Art Unit: 2452

of applicant's invention to classify URLs based on a username of the user who shared

the URL as taught by Signorini in order to filter out content (e.g., pornography).


27.    Regarding claim 23, Dixon-Berman-Krishnamurthi-Watkins-Signorini teaches the

invention as described in claim 20 above, including validating that the wrapped URL has

not been tampered with based at least in part upon authenticating the wrapped URL

with the security hash (Watkins: "ensuring that the URL...has not been tampered

with...MD5 hash value of the entire URL...including the parameters (but excluding the

hash parameter itself)," ¶ [0090]).


28.    Claim 22 is rejected under 35 U.S.C. 103(a) as being unpatentable over Dixon-

Berman-Huang-Watkins-Signorini as applied to claim 20 above, and further in view of

Kay and Shastri.


29.    Regarding claim 22, Dixon-Berman-Huang-Watkins-Signorini teaches the

invention as described in claim 20 above, but fails to teach excluding in-network URLs

from URL wrapping and directly loading the destination URL.

       Kay teaches excluding from URL wrapping URL's in emails that do not exceed a

threshold score (Kay: Fig. 3, Score exceeds threshold? N). URLs that are not wrapped

are directly loaded when clicked on by a user. Kay teaches that this may take into

account whether the URL appears on a whitelist (Kay: [0048]). It would have been

Application/Control Number: 12/637,673                                    Page 14
Art Unit: 2452

obvious to one of ordinary skill in the art to exclude whitelisted URLs from URL

wrapping as taught by Kay because these URLs are deemed to be low risk.

Shastri teaches including a company's intranet URLs in a whitelist (¶ [0159]). It

would have been obvious to one of ordinary skill in the art to include intranet URL's in a

whitelist as taught by Shastri because these URLs are known non-malicious URLs.


30.    Claim 22 is also rejected under 35 U.S.C. 103(a) as being unpatentable over

Dixon-Berman-Krishnamurthi-Watkins-Signorini as applied to claim 20 above, and

further in view of Kay and Shastri.


31.    Regarding claim 22, Dixon-Berman-Krishnamurthi-Watkins-Signorini teaches the

invention as described in claim 20 above, but fails to teach excluding in-network URLs

from URL wrapping and directly loading the destination URL.

Kay teaches excluding from URL wrapping URL's in emails that do not exceed a

threshold score (Kay: Fig. 3, Score exceeds threshold? N). URLs that are not wrapped

are directly loaded when clicked on by a user. Kay teaches that this may take into

account whether the URL appears on a whitelist (Kay: [0048]). It would have been

obvious to one of ordinary skill in the art to exclude whitelisted URLs from URL

wrapping as taught by Kay because these URLs are deemed to be low risk.

Shastri teaches including a company's intranet URLs in a whitelist (¶ [0159]). It

would have been obvious to one of ordinary skill in the art to include intranet URL's in a

whitelist as taught by Shastri because these URLs are known non-malicious URLs.

Application/Control Number: 12/637,673                                    Page 15
Art Unit: 2452

### *Response to Arguments*

32.     Applicant's arguments, see Remarks pp. 9-12, filed 12/12/2013, with respect to the rejection(s) of claim(s) 1-8 and 21 under § 103 have been fully considered and are persuasive. Therefore, the rejection has been withdrawn. However, upon further consideration, a new ground(s) of rejection is made in view of Signorini and LouzOn.

33.     Applicant's arguments, see Remarks pp. 12-15, filed 12/12/2013, with respect to rejections of claims 9, 11, 12, and 15-17 under § 103 have been fully considered and are persuasive. The rejections of claims 9, 11, 12, and 15-17 under § 103 has been withdrawn.

34.     Applicant's arguments with respect to "redirecting the user to a web page," see Remarks pp. 15-21, filed 12/12/2013, with respect to the rejection(s) of claim(s) 18-20, 22, and 23 under § 103 have been fully considered and are persuasive. Therefore, the rejection has been withdrawn. However, upon further consideration, a new ground(s) of rejection is made in view of Istoc.

35.     Applicant's arguments with respect to "logging the redirection decision and click-through telemetry information," see Remarks pp. 15-21, filed 12/12/2013, with respect to the rejection(s) of claim(s) 18-20, 22, and 23 under § 103 have been fully considered but are <u>not</u> persuasive. In response to applicant's arguments against the references individually, one cannot show nonobviousness by attacking references individually where the rejections are based on combinations of references. See *In re Keller*, 642 F.2d 413, 208 USPQ 871 (CCPA 1981); *In re Merck & Co.,* 800 F.2d 1091, 231

Application/Control Number: 12/637,673                                      Page 16
Art Unit: 2452

USPQ 375 (Fed. Cir. 1986). In particular, Dixon teaches logging the click-through

telemetry information, and Huang and/or Krishnamurthi teach logging the redirection

decisions. Applicant merely alleges that none of the references teach the claimed

limitation but fails provide any specifics as to <u>why</u> the cited references fail to teach the

claim limitation, or <u>how</u> the claims distinguish over the cited references.

### *Allowable Subject Matter*

36.     Claims 9, 11, 12, and 15-17 allowable. Additionally, a claim including <u>all</u> the

limitations of <u>both</u> claims 1 and 18 would likewise be allowable.

37.     The following is a statement of reasons for the indication of allowable subject

matter:  The prior art of record fails to reasonably teach a system comprising the

specific combination of a policy module configured to exclude URLs on a same network

from URL redirection service and to directly load a destination URL; a redirection

module configured to receive a request for handling a wrapped URL comprising the

destination URL, a characteristic of the destination URL, and a security hash; a URL

validation module configured to verify that the wrapped URL has not been tampered

with based at least in part upon authenticating the wrapped URL with the security hash;

a reputation lookup module configured to determine the reputation of the destination

URL; a redirection module configured to output a confidence score <u>and</u> a redirection

decision that is based on the validity of the wrapped URL, the reputation rating of the

destination URL and a characteristic of the destination URL; a telemetry module

configured to receive click-through telemetry information from an interstitial page; and a

Application/Control Number: 12/637,673                                        Page 17
Art Unit: 2452

logging module configured to create a telemetry report based on the click-through

telemetry information and a log report based on the redirection decisions.

38.     The following is a statement of reasons for the indication of allowable subject

matter: The prior art of record fails to reasonably teach a computer-readable device

comprising instructions for performing the specific combination of acts comprising:

receiving an input URL; determining a characteristic associated with the received URL;

creating a security hash based on the received URL and the characteristic associated

with the received URL, wherein the characteristic comprises an identifier of a user who

originally posted the URL; outputting a wrapped URL comprising the received URL, the

characteristic associated with the received URL, and the security hash; validating the

wrapped URL has not been tampered with based at least in part upon authenticating the

wrapped URL with the security hash; receiving a Web service call for a destination URL;

determining and outputting a redirection decision for the destination URL, wherein if the

URL is invalid, abusive, or unknown, the redirection decision redirects a user to a web

page; and logging the redirection decision and click-through telemetry information for

the web page.


### Conclusion

Applicant's amendment necessitated the new ground(s) of rejection presented in

this Office action.  Accordingly, **THIS ACTION IS MADE FINAL**.  See MPEP

§ 706.07(a).  Applicant is reminded of the extension of time policy as set forth in 37

CFR 1.136(a).

Application/Control Number: 12/637,673                                    Page 18
Art Unit: 2452

A shortened statutory period for reply to this final action is set to expire THREE

MONTHS from the mailing date of this action.  In the event a first reply is filed within

TWO MONTHS of the mailing date of this final action and the advisory action is not

mailed until after the end of the THREE-MONTH shortened statutory period, then the

shortened statutory period will expire on the date the advisory action is mailed, and any

extension fee pursuant to 37 CFR 1.136(a) will be calculated from the mailing date of

the advisory action.  In no event, however, will the statutory period for reply expire later

than SIX MONTHS from the date of this final action.

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to JULIAN CHANG whose telephone number is (571)272-

8631.  The examiner can normally be reached on Monday thru Friday 9AM to 5PM.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, THU NGUYEN can be reached on (571) 272-6967.  The fax phone number

for the organization where this application or proceeding is assigned is 571-273-8300.

Application/Control Number: 12/637,673                                          Page 19
Art Unit: 2452

Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a

USPTO Customer Service Representative or access to the automated information

system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/JULIAN CHANG/
Examiner, Art Unit 2452

/Patrice L. Winder/
Primary Examiner, Art Unit 2452

| *Notice of References Cited* | Application/Control No.<br>12/637,673 | Applicant(s)/Patent Under Reexamination<br>BHATAWDEKAR ET AL. | |
|---|---|---|---|
| | Examiner<br>JULIAN CHANG | Art Unit<br>2452 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-2006/0004914 A1 | 01-2006 | Kelly et al. | 709/219 |
| * | B | US-2007/0168490 A1 | 07-2007 | Kent et al. | 709/223 |
| * | C | US-2009/0282052 A1 | 11-2009 | Evans et al. | 707/10 |
| * | D | US-2010/0042487 A1 | 02-2010 | Barazani, Yosef | 705/14.13 |
| * | E | US-2010/0076890 A1 | 03-2010 | Low et al. | 705/44 |
| * | F | US-2011/0050428 A1 | 03-2011 | Istoc, Emilian S. | 340/573.1 |
| * | G | US-2011/0087647 A1 | 04-2011 | Signorini et al. | 707/709 |
| * | H | US-8,281,361 B1 | 10-2012 | Schepis et al. | 726/1 |
| * | I | US-8,434,149 B1 | 04-2013 | Satish et al. | 726/22 |
| * | J | US-2007/0136806 | 06-2007 | Berman, Reuben | 726/022 |
| * | K | US-7,886,032 | 02-2011 | Louz-On, Michal | 709/223 |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN  PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

12637673 - GAU: 2452

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (01-10)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 12637673 |
| | Filing Date | 2009-12-14 |
| | First Named Inventor | Ameya S. Bhatawdekar |
| | Art Unit | 2452 |
| | Examiner Name | Julian Chang |
| | Attorney Docket Number | MS1-4927US |

### U.S.PATENTS

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button.

### U.S.PATENT APPLICATION PUBLICATIONS

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button.

### FOREIGN PATENT DOCUMENTS

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | ☐ |

If you wish to add additional Foreign Patent Document citation information please click the Add button

### NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH.  /JC/

| | |
|---|---|
| Application Number | 12637673 |
| Filing Date | 2009-12-14 |
| First Named Inventor | Ameya S. Bhatawdekar |
| Art Unit | 2452 |
| Examiner Name | Julian Chang |
| Attorney Docket Number | MS1-4927US |

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**
( Not for submission under 37 CFR 1.99)

12637673 - GAU: 2452

| | 1 | Office action for US Patent Application 12/859,679, mailed on 01/02/2014, Colvin, et al., "Reputation-based Safe Access User Experience", 15 pages. | ☐ |
|---|---|---|---|

If you wish to add additional non-patent literature document citation information please click the Add button

**EXAMINER SIGNATURE**

| Examiner Signature | /Julian Chang/ | Date Considered | 04/07/2014 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /JC/

12637673 - GAU: 2452

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | 12637673 |
| Filing Date | 2009-12-14 |
| First Named Inventor | Ameya S. Bhatawdekar |
| Art Unit | 2452 |
| Examiner Name | Julian Chang |
| Attorney Docket Number | MS1-4927US |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

☐ That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐ See attached certification statement.

☒ The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☐ A certification statement is not submitted herewith.

## SIGNATURE
A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Michael Saizan/ | Date (YYYY-MM-DD) | 2014-02-28 |
|---|---|---|---|
| Name/Print | Michael Robert Saizan | Registration Number | 65013 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /JC/

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 12637673 | BHATAWDEKAR ET AL. |
| | **Examiner** | **Art Unit** |
| | JULIAN CHANG | 2452 |

### CPC- SEARCHED

| Symbol | Date | Examiner |
|---|---|---|
| H04L 9/32,3223,0643 63/144 | 4/7/2014 | JC |
| G06F 17/30861,30876,30887 21/64 | 4/7/2014 | JC |

### CPC COMBINATION SETS  - SEARCHED

| Symbol | Date | Examiner |
|---|---|---|
| | | |

### US CLASSIFICATION SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| 709 | 201,203,217-219 | 4/7/2014 | JC |
| 726 | 23,25,27,30 | 4/7/2014 | JC |

### SEARCH NOTES

| Search Notes | Date | Examiner |
|---|---|---|
| east search | 4/7/2014 | JC |
| assignee/inventor search limited by text | 4/7/2014 | JC |
| class search limited by text | 4/7/2014 | JC |
| google scholar search | 1/19/2012 | JC |

### INTERFERENCE SEARCH

| US Class/ CPC Symbol | US Subclass / CPC Group | Date | Examiner |
|---|---|---|---|
| | | | |

/JULIAN CHANG/
Examiner.Art Unit 2452

| Index of Claims | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 12637673 | BHATAWDEKAR ET AL. |
| | Examiner | Art Unit |
| | JULIAN CHANG | 2452 |

| ✓ | Rejected | - | Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

☐ Claims renumbered in the same order as presented by applicant     ☐ CPA   ☐ T.D.   ☐ R.1.47

| CLAIM | | DATE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 01/19/2012 | 09/14/2012 | 09/20/2013 | 04/07/2014 | | | | |
| | 1 | ✓ | ✓ | ✓ | ✓ | | | | |
| | 2 | ✓ | ✓ | ✓ | ✓ | | | | |
| | 3 | ✓ | ✓ | ✓ | ✓ | | | | |
| | 4 | ✓ | ✓ | ✓ | ✓ | | | | |
| | 5 | ✓ | ✓ | ✓ | ✓ | | | | |
| | 6 | ✓ | ✓ | ✓ | ✓ | | | | |
| | 7 | ✓ | ✓ | ✓ | ✓ | | | | |
| | 8 | ✓ | ✓ | ✓ | ✓ | | | | |
| | 9 | ✓ | ✓ | ✓ | = | | | | |
| | 10 | ✓ | - | - | - | | | | |
| | 11 | ✓ | ✓ | ✓ | = | | | | |
| | 12 | ✓ | ✓ | ✓ | = | | | | |
| | 13 | ✓ | - | - | - | | | | |
| | 14 | ✓ | - | - | - | | | | |
| | 15 | ✓ | ✓ | ✓ | = | | | | |
| | 16 | ✓ | ✓ | ✓ | = | | | | |
| | 17 | ✓ | ✓ | ✓ | = | | | | |
| | 18 | ✓ | ✓ | ✓ | ✓ | | | | |
| | 19 | ✓ | ✓ | ✓ | ✓ | | | | |
| | 20 | ✓ | ✓ | ✓ | ✓ | | | | |
| | 21 | | ✓ | ✓ | ✓ | | | | |
| | 22 | | ✓ | ✓ | ✓ | | | | |
| | 23 | | ✓ | ✓ | ✓ | | | | |

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (01-10)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | 12637673 |
| Filing Date | 2009-12-14 |
| First Named Inventor | Ameya S. Bhatawdekar |
| Art Unit | 2452 |
| Examiner Name | Julian Chang |
| Attorney Docket Number | MS1-4927US |

### U.S.PATENTS

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 8434149 | | 2013-04-30 | Satish, et al. | |

If you wish to add additional U.S. Patent citation information please click the Add button.

### U.S.PATENT APPLICATION PUBLICATIONS

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 20090204677 | A1 | 2009-08-13 | Michaelis; Paul Roller; et al. | |

If you wish to add additional U.S. Published Application citation information please click the Add button.

### FOREIGN PATENT DOCUMENTS

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | ☐ |

If you wish to add additional Foreign Patent Document citation information please click the Add button

### NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /JC/

| | |
|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number 12637673 |
| | Filing Date 2009-12-14 |
| | First Named Inventor Ameya S. Bhatawdekar |
| | Art Unit 2452 |
| | Examiner Name Julian Chang |
| | Attorney Docket Number MS1-4927US |

| | | | |
|---|---|---|---|
| | 1 | Office action for US Patent Application 12/859,679, mailed on 09/25/2013, Colvin, et al., "Reputation-based Safe Access User Experience", 15 pages. | ☐ |

If you wish to add additional non-patent literature document citation information please click the Add button

**EXAMINER SIGNATURE**

| Examiner Signature | /Julian Chang/ | Date Considered | 04/07/2014 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /JC/

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 12637673 |
|---|---|---|
| | Filing Date | 2009-12-14 |
| | First Named Inventor | Ameya S. Bhatawdekar |
| | Art Unit | 2452 |
| | Examiner Name | Julian Chang |
| | Attorney Docket Number | MS1-4927US |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

☐ That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐ See attached certification statement.

☒ The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☐ A certification statement is not submitted herewith.

## SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Michael Saizan/ | Date (YYYY-MM-DD) | 2013-12-12 |
|---|---|---|---|
| Name/Print | Michael Robert Saizan | Registration Number | 65013 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /JC/

**EAST Search History**

**EAST Search History (Prior Art)**

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|-------|------|--------------|-----|------------------|---------|------------|
| L3 | 112 | (URL URI hyperlink link) with ((user post$4) near3 (id identifier) username userid) with (posted) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 13:55 |
| L4 | 70 | (URL URI hyperlink link) with ((user post$4) adj (id identifier) username userid) with (posted) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 13:55 |
| L5 | 81 | (URL URI hyperlink link) with ((user post$4) near (id identifier) username userid) with (posted) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 13:55 |
| L6 | 197 | (URL URI hyperlink link) with ((user post$4) near (id identifier) username userid) with (post$4) near3 (hyperlink URL URI link) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 13:56 |
| L7 | 19 | (URL URI hyperlink link) with ((user post$4) near (id identifier) username userid) with (posted) near3 (hyperlink URL URI link) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 13:56 |
| L8 | 52 | referring near2 (URL URI hyperlink link) with ((user post$4) near (id identifier) username userid) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 13:59 |
| L9 | 118 | (URL URI hyperlink link) with ((user post$4) near (id identifier) username userid) with shared near3 (hyperlink URL URI link) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 14:00 |
| L10 | 10 | (URL URI hyperlink link) with ((user | US-PGPUB; | OR | ON | 2014/04/07 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | post$4) near (id identifier) username userid) near4 shared near3 (hyperlink URL URI link) and (@ad @rlad @pd @ptad @prad)<"20091214" | USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | 14:01 |
| L11 | 10 | ((user post$4) near (id identifier) username userid) near4 shared near3 (hyperlink URL URI link) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 14:05 |
| L12 | 10 | ((user post$4 person) near (id identifier) username userid) near4 shared near3 (hyperlink URL URI link) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 14:05 |
| L13 | 14 | ((user post$4 person) near (id identifier name) username userid) near4 shared near3 (hyperlink URL URI link) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 14:05 |
| L14 | 0 | reputation same ((user post$4 person) near (id identifier name) username userid) near4 shared with (hyperlink URL URI link) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 14:08 |
| L15 | 0 | reputation same ((user post$4 person) near (id identifier name) username userid) with shared near3 (hyperlink URL URI link) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 14:08 |
| L16 | 127 | ((user post$4 person) near (id identifier name) username userid) with shared near3 (hyperlink URL URI link) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 14:08 |
| L17 | 127 | ((user post$4 person) near (id identifier name) username userid) with shared near3 (hyperlink URL URI link) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 14:08 |
| L18 | 95 | hash$4 with (hyperlink URL URI link) same tamper$4 and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; | OR | ON | 2014/04/07 14:11 |

| | | | IBM_TDB | | | |
|---|---|---|---|---|---|---|
| L19 | 22 | hash$4 with (hyperlink URL URI link) same tamper$4 and (@ad @rlad @pd @ptad @prad)<"20091214" AND ((H04L63/144 H04L9/0643,32,3223 G06F17/30861,30876,30887 G06F21/64).CPC. (709/201,203,217-219 726/23,25,27,30).CCLS.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 14:17 |
| L20 | 4 | (((user post$4 person) near (id identifier name) username userid) with shared near3 (hyperlink URL URI link) and (@ad @rlad @pd @ptad @prad)<"20091214" AND ((H04L63/144 H04L9/0643,32,3223 G06F17/30861,30876,30887 G06F21/64).CPC. (709/201,203,217-219 726/23,25,27,30).CCLS.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 14:17 |
| L21 | 61 | ((id identifier name) username userid) with shared near3 (hyperlink URL URI link) and (@ad @rlad @pd @ptad @prad)<"20091214" AND ((H04L63/144 H04L9/0643,32,3223 G06F17/30861,30876,30887 G06F21/64).CPC. (709/201,203,217-219 726/23,25,27,30).CCLS.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 14:18 |
| L22 | 7 | (user near3 (id identifier name) username userid) with shared near3 (hyperlink URL URI link) and (@ad @rlad @pd @ptad @prad)<"20091214" AND ((H04L63/144 H04L9/0643,32,3223 G06F17/30861,30876,30887 G06F21/64).CPC. (709/201,203,217-219 726/23,25,27,30).CCLS.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 14:18 |
| L23 | 7 | (user near3 (id identifier name identity) username userid) with shared near3 (hyperlink URL URI link) and (@ad @rlad @pd @ptad @prad)<"20091214" AND ((H04L63/144 H04L9/0643,32,3223 G06F17/30861,30876,30887 G06F21/64).CPC. (709/201,203,217-219 726/23,25,27,30).CCLS.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 14:18 |
| L24 | 9 | (user near3 (id identifier name identity) username userid) with (shared posted) near3 (hyperlink URL URI link) and (@ad @rlad @pd @ptad @prad)<"20091214" AND ((H04L63/144 H04L9/0643,32,3223 G06F17/30861,30876,30887 G06F21/64).CPC. (709/201,203,217-219 726/23,25,27,30).CCLS.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 14:19 |
| L25 | 1 | reputation with (shared posted) near3 (hyperlink URL URI link) and (@ad @pd @ptad @prad)<"20091214" AND ((H04L63/144 H04L9/0643,32,3223 G06F17/30861,30876,30887 G06F21/64).CPC. (709/201,203,217-219 726/23,25,27,30).CCLS.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 14:19 |
| L26 | 2 | reputation same (shared posted) near3 | US-PGPUB; | OR | ON | 2014/04/07 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | (hyperlink URL URI link) and (@ad @rlad @pd @ptad @prad)<"20091214" AND ((H04L63/144 H04L9/0643,32,3223 G06F17/30861,30876,30887 G06F21/64).CPC. (709/201,203,217-219 726/23,25,27,30).CCLS.) | USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | 14:20 |
| L30 | 170 | (session adj (id identifier) sessionid) near3 (includ$4) with ("uniform resource" URL URI link$4 hyperlink) AND ((H04L63/12-126,14,1441-1491 H04L67/02 H04L9/3223 G06F21/60,64).cpc. (709/201-203,217-219 726/22-30).CCLS.) AND (@ad @ptad @prad @rlad @pd)<"20091214" | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 14:31 |
| L31 | 2 | reputation same (shared posted) near3 ("uniform resource" hyperlink URL URI link) and (@ad @rlad @pd @ptad @prad)<"20091214" AND ((H04L63/144 H04L9/0643,32,3223 G06F17/30861,30876,30887 G06F21/64).CPC. (709/201,203,217-219 726/23,25,27,30).CCLS.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 14:32 |
| L32 | 59 | (session adj (id identifier) sessionid) near3 (includ$4) near3 ("uniform resource" hyperlink URL URI link) and (@ad @rlad @pd @ptad @prad)<"20091214" AND ((H04L63/144 H04L9/0643,32,3223 G06F17/30861,30876,30887 G06F21/64).CPC. (709/201,203,217-219 726/23,25,27,30).CCLS.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 14:32 |
| L33 | 46 | (session adj (id identifier) sessionid) and ("uniform resource" hyperlink URL URI link) near5 (hash$4) and (@ad @rlad @pd @ptad @prad)<"20091214" AND ((H04L63/144 H04L9/0643,32,3223 G06F17/30861,30876,30887 G06F21/64).CPC. (709/201,203,217-219 726/23,25,27,30).CCLS.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 14:33 |
| L34 | 0 | (session adj (id identifier) sessionid) and (entire$4 whole) with ("uniform resource" hyperlink URL URI link) near5 (hash$4) and (@ad @rlad @pd @ptad @prad)<"20091214" AND ((H04L63/144 H04L9/0643,32,3223 G06F17/30861,30876,30887 G06F21/64).CPC. (709/201,203,217-219 726/23,25,27,30).CCLS.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 14:33 |
| L35 | 16 | (session adj (id identifier) sessionid) same ("uniform resource" hyperlink URL URI link) near5 (hash$4) and (@ad @rlad @pd @ptad @prad)<"20091214" AND ((H04L63/144 H04L9/0643,32,3223 G06F17/30861,30876,30887 G06F21/64).CPC. (709/201,203,217-219 726/23,25,27,30).CCLS.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 14:34 |
| L36 | 0 | (session adj (id identifier) sessionid) and ("uniform resource" hyperlink URL | US-PGPUB; USPAT; | OR | ON | 2014/04/07 14:35 |

| | | URI link) near5 (hash$4) same (prevent$4 tamper$4) and (@ad @rlad @pd @ptad @prad)<"20091214" AND ((H04L63/144 H04L9/0643,32,3223 G06F17/30861,30876,30887 G06F21/64).CPC. (709/201,203,217-219 726/23,25,27,30).CCLS.) | USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
| L37 | 11 | (session adj (id identifier) sessionid) and ("uniform resource" hyperlink URL URI link) near5 (hash$4) same (prevent$4 tamper$4 integrity) and (@ad @rlad @pd @ptad @prad)<"20091214" AND ((H04L63/144 H04L9/0643,32,3223 G06F17/30861,30876,30887 G06F21/64).CPC. (709/201,203,217-219 726/23,25,27,30).CCLS.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 14:35 |
| L38 | 0 | (session adj (id identifier) sessionid) and ("uniform resource" hyperlink URL URI link) near5 (hash$4) with (insur$4 ensur$4) and (@ad @rlad @pd @ptad @prad)<"20091214" AND ((H04L63/144 H04L9/0643,32,3223 G06F17/30861,30876,30887 G06F21/64).CPC. (709/201,203,217-219 726/23,25,27,30).CCLS.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 14:35 |
| L39 | 7 | (session adj (id identifier) sessionid) with ("uniform resource" hyperlink URL URI link) near5 (hash$4) and (@ad @rlad @pd @ptad @prad)<"20091214" AND ((H04L63/144 H04L9/0643,32,3223 G06F17/30861,30876,30887 G06F21/64).CPC. (709/201,203,217-219 726/23,25,27,30).CCLS.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 14:35 |
| L40 | 100 | (session adj (id identifier) sessionid) near5 (append$4 includ$4) near3 ("uniform resource" hyperlink URL URI link) and (@ad @rlad @pd @ptad @prad)<"20091214" AND ((H04L63/144 H04L9/0643,32,3223 G06F17/30861,30876,30887 G06F21/64).CPC. (709/201,203,217-219 726/23,25,27,30).CCLS.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 14:36 |
| L41 | 69 | (session adj (id identifier) sessionid) near2 (append$4 includ$4) near2 ("uniform resource" hyperlink URL URI link) and (@ad @rlad @pd @ptad @prad)<"20091214" AND ((H04L63/144 H04L9/0643,32,3223 G06F17/30861,30876,30887 G06F21/64).CPC. (709/201,203,217-219 726/23,25,27,30).CCLS.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 14:37 |
| L42 | 22 | (session adj (id identifier) sessionid) near2 (append$4 includ$4) near2 ("uniform resource" hyperlink URL URI link) and hash$4 and (@ad @rlad @pd @ptad @prad)<"20091214" AND ((H04L63/144 H04L9/0643,32,3223 G06F17/30861,30876,30887 G06F21/64).CPC. (709/201,203,217-219 726/23,25,27,30).CCLS.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 14:37 |

| | | | | | | |
|---|---|---|---|---|---|---|
| L43 | 23 | (warn$4 alert$4) with unsafe near3 (website webpage site page) and (whether) near3 (user) with (click$4 ignor$4 decid$4) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 15:04 |
| L44 | 0 | (warn$4 alert$4) with unsafe near3 (website webpage site page) and (whether) near3 (user) near3 (click$6 ignor$4 decid$4) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 15:04 |
| L45 | 0 | (warn$4 alert$4) with unsafe near3 (website webpage site page) and (logging record$4) with (user) near3 (click$6 ignor$4 decid$4) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 15:04 |
| L46 | 0 | (warn$4 alert$4) with unsafe near3 (website webpage site page) and (logging record$4) with (user) near3 (click$6 ignor$4 decid$4) same (warn$4 alert$4) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 15:05 |
| L47 | 0 | (warn$4 alert$4) with (unsafe malicious) near3 (website webpage site page) and (logging record$4) with (user) near3 (click$6 ignor$4 decid$4) same (warn$4 alert$4) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 15:05 |
| L48 | 3 | (warn$4 alert$4) with (unsafe malicious) near3 (website webpage site page) and (logging record$4) same (user) near3 (click$6 ignor$4 decid$4) same (warn$4 alert$4) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 15:05 |
| L49 | 16 | (warn$4 alert$4) with (unsafe malicious) near3 (website webpage site page) and (logging record$4) same (user) near3 (click$6 ignor$4) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 15:05 |
| L50 | 0 | (warn$4 alert$4) with (unsafe malicious) near3 (website webpage site page) and (logging record$4) same (user) near3 ( ignor$4) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 15:05 |
| L51 | 1 | (warn$4 alert$4) with (unsafe malicious) near3 (website webpage site page) and (logging record$4) same (user) near3 (deci$4) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; | OR | ON | 2014/04/07 15:06 |

| L52 | 0 | (unsafe malicious) near3 (website webpage site page) and (logging record$4) same (user) near3 (ignor$4) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 15:06 |
| L53 | 2 | (unsafe malicious) near3 (website webpage site page) and (logging record$4) same (user) near3 (anyway) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 15:07 |
| L54 | 0 | (unsafe malicious) near3 (website webpage site page) and (logging record$4) same (user) near3 (despite) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 15:07 |
| L55 | 27 | (unsafe malicious) near3 (website webpage site page) and (logging record$4) same (user) near3 (warn$4 alert$4 alarm$4) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 15:07 |
| L56 | 71 | (unsafe malicious) near3 (website webpage site page) and (logging record$4) same (user) near3 (action) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 15:10 |
| L57 | 53 | (alert$4 warn$4) same (unsafe malicious phishing) near3 (website webpage site page) and (logging record$4) same (user) near3 (action) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 15:11 |
| L58 | 25 | (alert$4 warn$4) same (unsafe malicious phishing) near3 (website webpage site page) and (logging record$4) with (user) near3 (action) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 15:11 |
| L59 | 16 | (logging record$4) with (user) near3 (ignor$4) with (warn$4 alert$4) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 15:13 |
| L60 | 39 | (logging record$4) same (user) near3 (ignor$4) near3 (warn$4 alert$4) and (@ad @rlad @pd @ptad | US-PGPUB; USPAT; USOCR; | OR | ON | 2014/04/07 15:14 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | @prad)<"20091214" | FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
| L61 | 640108 | (log) (user) near3 (ignor$4) near3 (warn$4 alert$4) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 15:14 |
| L62 | 3 | (log) with (user) near3 (ignor$4) near3 (warn$4 alert$4) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 15:14 |
| L63 | 6556 | (log$4 record$4) with (user) near3 (warn$4 alert$4) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 15:15 |
| L64 | 83 | (log$4 record$4) with (user) near3 (warn$4 alert$4) same ignor$4 and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 15:16 |
| L66 | 115 | (redirect$4 divert$4) with user same (unsafe phishing malicious) near3 (website webpage site page) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 15:34 |
| L67 | 74 | (redirect$4 divert$4) near3 user same (unsafe phishing malicious) near3 (website webpage site page) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 15:34 |
| L68 | 50 | (redirect$4 divert$4) near3 user with (unsafe phishing malicious) near3 (website webpage site page) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 15:35 |
| L69 | 6 | (redirect$4 divert$4) near3 user with (warn$4 alert$4 alarm$4) with (unsafe phishing malicious) near3 (website webpage site page) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 15:35 |
| L70 | 12 | ((microsoft msft).as. (bhatawdekar with | US-PGPUB; | OR | ON | 2014/04/07 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | ameya iverson with kristofer haber with elliott scarrow with john chad with mills).in.) and ((URL wrapped link hyperlink locator uri) with hash$4).clm. and (validat$4 tamper$4 authentic$6) with hash$4 | USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | 15:47 |
| L71 | 5 | ("20090204677" \| "8434149").PN. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/07 15:49 |
| S1 | 806 | (short shortened) near3 URL and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 15:58 |
| S2 | 818 | (short shortened tiny) near3 URL and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 15:58 |
| S3 | 52 | (short shortened tiny) near3 URL same redirect$4 and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 15:58 |
| S4 | 10 | (short shortened tiny) near3 URL same redirect$4 and (reputation phishing) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 15:59 |
| S5 | 9 | (short shortened tiny redirection) near URL with (trust$4 trustworth$6 reputation phishing) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 16:02 |
| S6 | 17 | (short shortened tiny redirection) near URL same (trust$4 trustworth$6 reputation ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 16:03 |
| S7 | 9 | tinyurl same (trust$4 trustworth$6 reputation ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; | OR | ON | 2012/01/19 16:04 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | IBM_TDB | | | | |
| S8 | 0 | (short shortened) adj url same (trust$4 trustworth$6 reputation ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 16:04 |
| S9 | 64 | (short shortened) near3 (address url locator) same (trust$4 trustworth$6 reputation ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 16:04 |
| S10 | 11 | (short shortened) near3 (address url locator) with (trust$4 trustworth$6 reputation ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 16:05 |
| S11 | 1 | ("20100268739").PN. | US-PGPUB; USPAT | OR | OFF | 2012/01/19 16:15 |
| S12 | 0 | ("2010/0268739").URPN. | USPAT | OR | ON | 2012/01/19 16:15 |
| S13 | 4 | (("20080307044") or ("20070124500") or ("20070124499") or ("20070124414")).PN. | US-PGPUB; USPAT | OR | OFF | 2012/01/19 16:16 |
| S14 | 16 | (short shortened compress$4 tiny) near3 (address url locator) with (trust$4 trustworth$6 reputation ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 16:19 |
| S15 | 69 | (short shortened compress$4 tiny) near3 (address url locator) same (trust$4 trustworth$6 reputation ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 16:20 |
| S16 | 8 | (short shortened compress$4 tiny) near3 (url) same (trust$4 trustworth$6 reputation ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 16:20 |
| S17 | 9 | tinyurl and phishing and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 16:22 |
| S18 | 23 | (short shortened tiny redirection alias$4) near URL same (trust$4 trustworth$6 reputation ) and | US-PGPUB; USPAT; USOCR; | OR | ON | 2012/01/19 16:34 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | (@ad<"20091214"<br>@rlad<"20091214") | FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | | | |
| S19 | 84 | (short shortened tiny redirect$4 alias$4 shortening) near4 URL same (trust$4 trustworth$6 reputation ) and (@ad<"20091214"<br>@rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/01/19<br>16:34 |
| S20 | 0 | (13/175812).APP. | USPAT;<br>USOCR | OR | ON | 2012/01/19<br>16:39 |
| S21 | 0 | ("2011/0258201").URPN. | USPAT | OR | ON | 2012/01/19<br>16:39 |
| S22 | 0 | (short shortened tiny shortening) near4 URL and warning with trust$4 and (@ad<"20091214"<br>@rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/01/19<br>16:48 |
| S23 | 1 | ((short shortened tiny shortening compress$4 alias$4) near2 URL tinyurl bitly) and warning with trust$4 and (@ad<"20091214"<br>@rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/01/19<br>16:48 |
| S24 | 1 | ((short shortened tiny shortening compress$4 alias$4) near2 URL tinyurl bitly) and warn$4 with trust$4 and (@ad<"20091214"<br>@rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/01/19<br>16:48 |
| S25 | 3 | ((short shortened tiny shortening compress$4 alias$4) near2 URL tinyurl bitly) and match$4 same warn$4 and (@ad<"20091214"<br>@rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/01/19<br>16:49 |
| S26 | 68 | ((short shortened tiny shortening compress$4 alias$4) near2 URL tinyurl bitly) and (spam$4 phishing) and (@ad<"20091214"<br>@rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/01/19<br>16:50 |
| S27 | 80 | ((short shortened tiny shortening compress$4 alias$4 redirect$4) near2 URL tinyurl bitly) and warn$4 and (spam$4 phishing) and (@ad<"20091214"<br>@rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/01/19<br>16:50 |
| S28 | 16 | reputation same redirect$4 with url and (@ad<"20091214"<br>@rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR; | OR | ON | 2012/01/19<br>17:13 |

| | | | FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
|---|---|---|---|---|---|---|
| S29 | 4 | bea.as. and compress$4 with url and (@ad<"20091214" @rlad<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:17 |
| S30 | 43 | (shorten$4 short compress$4) near2 url and (session near2 (identifier id) sessionid) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:18 |
| S31 | 18 | (shorten$4 short compress$4) near2 url same (session near2 (identifier id) sessionid) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:19 |
| S32 | 0 | website with reputation same session and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:25 |
| S33 | 71 | ((url website) with reputation).ab. and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:25 |
| S34 | 11 | reputation with (website URL link hyperlink) same post$4 with identity and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:27 |
| S35 | 0 | reputation with (website URL link hyperlink) same post$4 with where and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:28 |
| S36 | 0 | trust$4 with (website URL link hyperlink) same post$4 with where and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:28 |
| S37 | 2 | trust$4 with (website URL link | US-PGPUB; | OR | ON | 2012/01/19 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | hyperlink) same post$4 with identity and (@ad<"20091214" @rlad<"20091214") | USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | 17:28 |
| S38 | 200 | (reputation safe trust$4) with (website URL link hyperlink) and post$4 with identity and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:29 |
| S39 | 118 | (reputation safe trust$4) with (website URL link hyperlink) and post$4 near5 identity and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:29 |
| S40 | 36 | (reputation safe trust$4) near5 (website URL link hyperlink) and post$4 near5 identity and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:29 |
| S41 | 286 | (reputation safe trust$4) near5 (website URL link hyperlink) same identity and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:29 |
| S42 | 225 | (reputation safe trust$4) near5 (URL link hyperlink) same identity and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:30 |
| S43 | 29 | (reputation) near5 (URL link hyperlink) same identity and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:31 |
| S44 | 8 | (("6571256") or ("7580982") or ("7831915") or ("7870203") or ("20030028762") or ("20030097591") or ("20060218403") or ("20070118898")).PN. | US-PGPUB; USPAT | OR | OFF | 2012/01/19 17:45 |
| S45 | 20 | (("6367012") or ("6745367") or ("6892178") or ("7562304") or ("20030018585") or ("20030188019") or ("20040122926") or ("20040210602") or ("20060015722") or ("20060253580") or ("20060253582") or ("20070011603") or ("20070078699") or | US-PGPUB; USPAT | OR | OFF | 2012/01/19 17:50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | ("20070162349") or ("20070192884") or ("20070250916") or ("20080022384") or ("20080243920") or ("20080288278") or ("20090076994")).PN. | | | | |
| S46 | 8 | (("5572643") or ("6819336") or ("7003522") or ("7107530") or ("20050050470") or ("20060095404") or ("20060253584") or ("20070011603")).PN. | US-PGPUB; USPAT | OR | OFF | 2012/01/19 18:03 |
| S47 | 30 | reputation with (URL link hyperlink) and (@ad<"20091214" @rlad<"20091214") and (709/217,219,245).ccls. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 19:01 |
| S48 | 0 | ((wrap$4 short$4 tiny) with (URL URI address locator)).ccls. and (microsoft.as. (bhatawdekar with ameya iverson with kristofer).in.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 19:04 |
| S49 | 0 | ((wrap$4 short$4 tiny) with (URL URI address locator)).ccls. and (microsoft.as. (bhatawdekar with ameya iverson with kristofer mills with chad scarrow with john haber with elliott).in.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 19:04 |
| S50 | 47 | ((wrap$4 short$4 tiny) with (URL URI address locator)).clm. and (microsoft.as. (bhatawdekar with ameya iverson with kristofer mills with chad scarrow with john haber with elliott).in.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 19:05 |
| S51 | 1 | ((wrap$4 short$4 tiny) with (URL URI address locator) and reputation).clm. and (microsoft.as. (bhatawdekar with ameya iverson with kristofer mills with chad scarrow with john haber with elliott).in.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 19:05 |
| S52 | 3 | ((wrap$4 short$4 tiny) with (URL URI address locator) and hash$4).clm. and (microsoft.as. (bhatawdekar with ameya iverson with kristofer mills with chad scarrow with john haber with elliott).in.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 19:05 |
| S53 | 16 | (reputation with (URL URI address locator)).clm. and (microsoft.as. (bhatawdekar with ameya iverson with kristofer mills with chad scarrow with john haber with elliott).in.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 19:06 |
| S54 | 9 | (reputation with (url)).clm. and (microsoft.as. (bhatawdekar with | US-PGPUB; USPAT; | OR | ON | 2012/01/19 19:06 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | ameya iverson with kristofer mills with chad scarrow with john haber with elliott).in.) | USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
| S55 | 21 | ((wrap$4 short$4 tiny) near3 (URL URI address locator)).clm. and (microsoft.as. (bhatawdekar with ameya iverson with kristofer mills with chad scarrow with john haber with elliott).in.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 19:07 |
| S56 | 14 | ((wrapped wrapping short$4 tiny) near3 (URL URI address locator)).clm. and (microsoft.as. (bhatawdekar with ameya iverson with kristofer mills with chad scarrow with john haber with elliott).in.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 19:08 |
| S57 | 14 | dynamic with parameter same refer$4 near3 (website domain) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:27 |
| S58 | 40 | dynamic with parameter same refer$4 near3 (website domain url) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:27 |
| S59 | 8 | dynamic near4 parameter same refer$4 near3 (website domain url) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:28 |
| S60 | 337 | dynamic near4 parameter same post$4 and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:30 |
| S61 | 84 | dynamic near4 parameter with post$4 and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:30 |
| S62 | 0 | dynamic near4 parameter with post$4 same url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:30 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S63 | 0 | dynamic near4 (parameter query) with post$4 same url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:30 |
| S64 | 1248 | (parameter query string) with post$4 same url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:31 |
| S65 | 235 | (query with string) with post$4 same url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:31 |
| S66 | 0 | (query with string)with dynamic with post$4 same url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:31 |
| S67 | 43 | (query with string)with parameter with post$4 same url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:31 |
| S68 | 53 | (query with string)with parameter with (poster posted posting refer$4) same url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:32 |
| S69 | 51 | (query adj string)with parameter with (poster posted posting refer$4) same url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:32 |
| S70 | 0 | (query adj string)with parameter with (poster posted posting refer$4) same url and (@ad<"20091214" @rlad<"20091214") and reputation | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:32 |
| S71 | 51 | (query adj string)with parameter with (poster posted posting refer$4) same url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; | OR | ON | 2012/01/21 14:33 |

EAST Search History

file:///C|/Users/jchang4/Documents/e-Red%20Folder/12637673/EASTSearchHistory.12637673_AccessibleVersion.htm[4/7/2014 3:52:16 PM]

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | DERWENT; IBM_TDB | | | |
| S72 | 132 | (phishing) and redirect$4 with url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:13 |
| S73 | 7 | (phishing) and (deci$4 whether) with redirect$4 with url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:14 |
| S74 | 9 | (phishing) and (safe) with redirect$4 with url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:16 |
| S75 | 2 | (phishing) and (trusted) with redirect$4 with url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:17 |
| S76 | 5 | (reputation) with redirect$4 with url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:17 |
| S77 | 10 | URI with (post$4) with (URL hyperlink link) and reputation and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:36 |
| S78 | 1 | query near2 (parameter string) with (post$4) with (URL hyperlink link) and reputation and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:40 |
| S79 | 0 | query near2 (parameter string) with (poster) with (URL hyperlink link) and reputation and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:40 |
| S80 | 0 | query near2 (parameter string) with (poster posted) with (URL hyperlink link) and reputation and | US-PGPUB; USPAT; USOCR; | OR | ON | 2012/01/23 13:40 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  | (@ad<"20091214" @rlad<"20091214") | FPRS; EPO; JPO; DERWENT; IBM_TDB |  |  |  |
| S81 | 137 | query near2 (parameter string) with (poster posted publish$4 domain) with (URL hyperlink link) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:40 |
| S82 | 35 | query near2 (parameter string) with (poster posted publish$4 ) with (URL hyperlink link) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:40 |
| S83 | 0 | query near2 (parameter string) with (poster posted publish$4 ) with redirect$4 with (URL hyperlink link) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:41 |
| S84 | 0 | query near2 (parameter string) with (poster posted publish$4 ) same redirect$4 with (URL hyperlink link) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:42 |
| S85 | 3 | query near2 (parameter string) with identity same redirect$4 with (URL hyperlink link) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:42 |
| S86 | 1 | identity with (posted poster publish$4) same redirect$4 with (URL hyperlink link) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:42 |
| S87 | 0 | referer with (compress$4 short$4) with (URL URI locator address link hyperlink) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:45 |
| S88 | 2457 | (identity) with (refer$4 publish$4 poster posted) and (compress$4 short$4) with (URL URI locator address link hyperlink) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:45 |
| S89 | 102 | (identity) with (refer$4 publish$4 | US-PGPUB; | OR | ON | 2012/01/23 |

| | | | | | | 13:46 |
|---|---|---|---|---|---|---|
| | | poster posted) same (compress$4 short$4) with (URL URI locator address link hyperlink) and (@ad<"20091214" @rlad<"20091214") | USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
| S90 | 150 | (identity) with (refer$4 publish$4 poster posted) same (compress$4 short$4 redirect$4) with (URL URI locator address link hyperlink) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:46 |
| S91 | 4 | (identity) with (referer publish$4 poster posted) same (compress$4 short$4 redirect$4) with (URL URI locator address link hyperlink) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:46 |
| S92 | 4 | (identity) with (referering with (website URL) publish$4 poster posted) same (compress$4 short$4 redirect$4) with (URL URI locator address link hyperlink) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:47 |
| S93 | 237 | reputation with (URL URI) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:47 |
| S94 | 60 | reputation with (URL URI) same (identity identifier) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:47 |
| S95 | 1 | ("20070157216").PN. | US-PGPUB; USPAT | OR | OFF | 2012/01/24 08:53 |
| S96 | 44 | (chang with julian).xa. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 14:21 |
| S97 | 16 | error with malform$4 near3 url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 15:39 |
| S98 | 0 | (11/804017).APP. | USPAT; USOCR | OR | ON | 2012/01/24 15:46 |
| S99 | 40 | untrusted with (URL) and | US-PGPUB; | OR | ON | 2012/01/24 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | (@ad<"20091214" @rlad<"20091214") | USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | 15:46 |
| S100 | 8 | (untrusted untrustworthy) with (URL) and URL with (redirect$4 alias compress$4 short$6) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 15:49 |
| S101 | 2 | (untrusted untrustworthy) with (URL) same (wrap$4 append$4 insert$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 15:58 |
| S102 | 21 | (untrusted untrustworthy unknown) with (URL) same (wrap$4 append$4 insert$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 15:59 |
| S103 | 12 | (untrusted untrustworthy unknown) with (URL) with (wrap$4 append$4 insert$4 modif$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 15:59 |
| S104 | 74 | (untrusted untrustworthy unknown) with (URL) with (wrap$4 append$4 insert$4 modif$4 rewrit$4 includ$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 15:59 |
| S105 | 1532 | (untrusted untrustworthy unknown) same (URL locator address) near5 (wrap$4 append$4 insert$4 modif$4 rewrit$4 includ$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:00 |
| S106 | 1565 | (untrusted untrustworthy unknown) same (URL locator address URI) near5 (wrap$4 append$4 insert$4 modif$4 rewrit$4 includ$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:00 |
| S107 | 563 | (untrusted untrustworthy unknown) with (URL locator address URI) near5 (wrap$4 append$4 insert$4 modif$4 rewrit$4 includ$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; | OR | ON | 2012/01/24 16:00 |

| S108 | 117 | (untrusted untrustworthy) with (URL locator address URI) near5 (wrap$4 append$4 insert$4 modif$4 rewrit$4 includ$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:00 |
|------|-----|-----|-----|-----|-----|-----|
| S109 | 18 | (untrusted untrustworthy) with (URL locator URI) near5 (wrap$4 append$4 insert$4 modif$4 rewrit$4 includ$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:01 |
| S110 | 36 | (untrusted untrustworthy) same (URL locator URI) near5 (wrap$4 append$4 insert$4 modif$4 rewrit$4 includ$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:01 |
| S111 | 47 | (untrusted untrustworthy unsafe) same (URL locator URI) near5 (wrap$4 append$4 insert$4 modif$4 rewrit$4 includ$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:02 |
| S112 | 48 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe)) same (URL locator URI) near5 (wrap$4 append$4 insert$4 modif$4 rewrit$4 includ$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:02 |
| S113 | 6 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe)) same (URL locator URI) near5 (wrap$4 append$4 insert$4 modif$4 rewrit$4 ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:03 |
| S114 | 13 | (unknown) with (URL locator) same (URL locator URI) near5 (wrap$4 append$4 insert$4 modif$4 rewrit$4 ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:05 |
| S115 | 2 | (unknown) with (URL locator) same (URL locator URI) near5 (encod$4 ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:06 |
| S116 | 4 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe)) same (URL locator URI) near5 (encod$4) and (@ad<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; | OR | ON | 2012/01/24 16:06 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | @rlad<"20091214") | EPO; JPO;<br>IBM_TDB | | | |
| S117 | 340 | (URL locator URI) near5 (encod$4<br>wrap$4 includ$4 insert$4) with<br>(reputation score) and<br>(@ad<"20091214"<br>@rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/01/24<br>16:07 |
| S118 | 11 | (URL locator URI) near5 (encod$4<br>wrap$4 insert$4) with (reputation<br>score) and (@ad<"20091214"<br>@rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/01/24<br>16:08 |
| S119 | 4 | (untrusted untrustworthy unsafe ("not"<br>un) adj (trust$4 trustworthy safe))<br>same (URL locator URI) with (flag$4)<br>and (@ad<"20091214"<br>@rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/01/24<br>16:22 |
| S120 | 0 | (untrusted untrustworthy unsafe ("not"<br>un) adj (trust$4 trustworthy safe))<br>same (URL locator URI) with<br>(annotat$4) and (@ad<"20091214"<br>@rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/01/24<br>16:26 |
| S121 | 3 | (untrusted untrustworthy unsafe ("not"<br>un) adj (trust$4 trustworthy safe))<br>same (URL locator URI) with (rewrit$4)<br>and (@ad<"20091214"<br>@rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/01/24<br>16:26 |
| S122 | 7 | (untrusted untrustworthy unsafe ("not"<br>un) adj (trust$4 trustworthy safe)<br>unknown) same (URL locator URI) with<br>(rewrit$4) and (@ad<"20091214"<br>@rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/01/24<br>16:26 |
| S123 | 13 | (untrusted untrustworthy unsafe ("not"<br>un) adj (trust$4 trustworthy safe)<br>unknown) near3 (URL URI locator) and<br>(URL locator URI) with (rewrit$4) and<br>(@ad<"20091214"<br>@rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/01/24<br>16:27 |
| S124 | 16 | (untrusted untrustworthy unsafe ("not"<br>un) adj (trust$4 trustworthy safe)<br>unknown) near3 (URL URI locator<br>address) and (URL locator URI) with<br>(rewrit$4) and (@ad<"20091214"<br>@rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/01/24<br>16:28 |
| S125 | 9 | (untrusted untrustworthy unsafe ("not"<br>un) adj (trust$4 trustworthy safe) | US-PGPUB;<br>USPAT; | OR | ON | 2012/01/24<br>16:28 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | )\near3 (URL URI locator address) and (URL locator URI) with (rewrit$4) and (@ad<"20091214" @rlad<"20091214") | USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
| S126 | 9 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe) )near3 (URL URI locator address) and (URL locator URI) with (rewrit$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:28 |
| S127 | 15 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe) )near3 (URL URI locator address) and (URL locator URI) with (wrap$4 short$4 alias$4 redirect$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:29 |
| S128 | 8 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe) )near3 (URL URI locator address) and (URL locator URI) with (wrap$4 short$4 tiny) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:30 |
| S129 | 25 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe) )near3 (URL URI locator address) and (URL locator URI) with (mark$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:31 |
| S130 | 34 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe) )near3 (URL URI locator address) and (URL locator URI) with (mark$4 flag$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:32 |
| S131 | 7 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe) unknown) same (URL locator URI) with (rewrit$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB | OR | ON | 2012/01/24 16:46 |
| S132 | 3 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe) ) same (URL locator URI) with (rewrit$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:48 |
| S133 | 0 | logging with telemetry with (click clickthrough) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:27 |

| S134 | 0 | logged with telemetry with (click clickthrough) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:27 |
| S135 | 0 | logged same telemetry with (click clickthrough) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:28 |
| S136 | 0 | log same telemetry with (click clickthrough) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:28 |
| S137 | 1 | log$4 same telemetry with (click clickthrough) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:28 |
| S138 | 5726 | log$4 same telemetry and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:28 |
| S139 | 2801 | log$4 with telemetry and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:28 |
| S140 | 0 | click with through with telemetry and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:29 |
| S141 | 453 | logging near3 telemetry and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:29 |
| S142 | 0 | logging near3 telemetry same URL and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; | OR | ON | 2012/01/24 17:29 |

| | | | DERWENT; IBM_TDB | | | |
|---|---|---|---|---|---|---|
| S143 | 0 | logging near3 telemetry same URI and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:29 |
| S144 | 453 | logging near3 telemetry and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:29 |
| S145 | 30 | (logged logging) with report same (userid user adj ident$6) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:31 |
| S146 | 0 | (logged logging) with report same (userid user adj ident$6) with url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:31 |
| S147 | 25 | (logged logging) with report same (userid user near2 ident$6 user) with url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:31 |
| S148 | 7 | (logged logging) with redirect$4 with decision and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:41 |
| S149 | 45 | reputation with domain with URL and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:52 |
| S150 | 41 | reputation with (website) with (host$4 post$4) with (hyperlink link url uri) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:53 |
| S151 | 24 | (reputation trust$4 trustworth$5) with (website) with (host$4 posted posting) with (hyperlink link url uri) and | US-PGPUB; USPAT; USOCR; | OR | ON | 2012/01/24 17:55 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | (@ad<"20091214" @rlad<"20091214") | FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
| S152 | 24 | (reputation trust$4 trustworth$5) with (website) with (host$4 posted posting poster) with (hyperlink link url uri) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:55 |
| S153 | 489 | (reputation trust$4 trustworth$5) same (link hyperlink URL) with (shar$4 publish$4 posted posting poster) with (hyperlink link url uri) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:02 |
| S154 | 650 | (reputation trust$4 trustworth$5 safe unsafe) same (link hyperlink URL) with (shar$4 publish$4 posted posting poster) with (hyperlink link url uri) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:02 |
| S155 | 650 | (reputation trust$4 trustworth$5 safe unsafe) same (link hyperlink URL) with (shar$4 publish$4 posted posting poster) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:03 |
| S156 | 243 | (reputation trust$4 trustworth$5 safe unsafe) same (link hyperlink URL) near3 (shar$4 publish$4 posted posting poster) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:03 |
| S157 | 895 | (reputation trust$4 trustworth$5 safe) same (link hyperlink URL) with (website domain) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:08 |
| S158 | 229 | (reputation trust$4 trustworth$5 safe) with (URL) with (website domain) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:09 |
| S159 | 105 | (reputation trust$4 trustworth$5 safe) near4 (URL) with (website domain) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:09 |
| S160 | 12 | (reputation trust$4 trustworth$5 safe) | US-PGPUB; | OR | ON | 2012/01/24 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | near4 (URL) with (website domain) with (host$4 post$4 publish$4) and (@ad<"20091214" @rlad<"20091214") | USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | 18:09 |
| S161 | 0 | (reputation trust$4 trustworth$5 safe) near4 (URL) with (website domain) with (recommend$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:10 |
| S162 | 0 | (reputation trust$4 trustworth$5 safe) near4 (URL) with (user) with (recommend$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:11 |
| S163 | 0 | (reputation trust$4 trustworth$5 safe) with (URL) with (user) with (recommend$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:11 |
| S164 | 0 | (reputation trust$4 trustworth$5 safe) with (URL locator ) with (user) with (recommend$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:11 |
| S165 | 0 | (reputation trust$4 trustworth$5 safe) with (URL locator ) with website with (recommend$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:11 |
| S166 | 49 | (reputation trust$4 trustworth$5 safe) with (URL locator ) with website with (host$4 post$4 publish$4 linked) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:11 |
| S167 | 205 | (reputation trust$4 trustworth$5 safe) with (URL locator hyperlink link) with (website site domain) near3 trusted and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:14 |
| S168 | 124 | (reputation trust$4 trustworth$5 safe) near4 (URL locator hyperlink link) with (website site domain) near3 trusted and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; | OR | ON | 2012/01/24 18:14 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | IBM_TDB | | | |
| S169 | 9 | (reputation trust$4 trustworth$5 safe) near4 (URL locator hyperlink link) with (website site domain) near3 trusted with (posted hosted published) and (@ad< "20091214" @rlad< "20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:15 |
| S170 | 0 | reputation same (URL locator hyperlink link) with (website site domain) near3 trusted with (posted hosted published) and (@ad< "20091214" @rlad< "20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:16 |
| S171 | 24 | reputation same (URL locator hyperlink link) with (website site domain) near3 (posted hosted published) and (@ad< "20091214" @rlad< "20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:16 |
| S172 | 9 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe) )near3 (URL URI locator address) and (URL locator URI) with ( flag$4) and (@ad< "20091214" @rlad< "20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:28 |
| S173 | 4 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe) ) same (URL locator URI) with ( flag$4) and (@ad< "20091214" @rlad< "20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:28 |
| S174 | 2 | ((short$6 tiny) near3 url tinyurl) same (tamper$4 integrity authentic$6) with hash$4 and (@ad< "20091214" @rlad< "20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 18:36 |
| S175 | 261 | ((microsoft msft).as. (bhatawdekar with ameya iverson with kristofer haber with elliott scarrow with john chad with mills).in.) and ((URL wrapped link hyperlink locator) and hash$4).clm. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 19:02 |
| S176 | 84 | ((microsoft msft).as. (bhatawdekar with ameya iverson with kristofer haber with elliott scarrow with john chad with mills).in.) and ((URL wrapped link hyperlink locator uri) with hash$4).clm. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 19:03 |
| S177 | 10 | ((microsoft msft).as. (bhatawdekar with ameya iverson with kristofer haber with elliott scarrow with john chad with mills).in.) and ((URL wrapped link | US-PGPUB; USPAT; USOCR; FPRS; | OR | ON | 2012/09/14 19:04 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | hyperlink locator uri) with hash$4 sum. and (validat$4 tamper$4 authentic$6) with hash$4 | EPO; JPO; DERWENT; IBM_TDB | | | |
| S180 | 0 | (risk$4 malware abus$4 invalid danger$4) with (url) same interstitial and (@ad< "20091214" @rlad< "20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 19:54 |
| S181 | 86 | (risk$4 malware abus$4 invalid danger$4) with (url) same display$4 with user and (@ad< "20091214" @rlad< "20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 19:54 |
| S182 | 21 | (risk$4 malware abus$4 invalid danger$4) with (url) same display$4 near4 (warn$4 page webpage) with user and (@ad< "20091214" @rlad< "20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 19:54 |
| S183 | 440 | (risk$4 malware abus$4 invalid danger$4) with (url) and (warn$4 page webpage) with user and log$4 with (user decision click$6) and (@ad< "20091214" @rlad< "20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 19:57 |
| S184 | 92 | (risk$4 malware abus$4 invalid danger$4) with (url) same (warn$4 page webpage) with user and log$4 with (user decision click$6) and (@ad< "20091214" @rlad< "20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 19:57 |
| S185 | 225 | (risk$4 malware abus$4 invalid danger$4) with (url) and display$4 with (warn$4 page webpage) with user and log$4 with (user decision click$6) and (@ad< "20091214" @rlad< "20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 19:57 |
| S186 | 225 | (risk$4 malware abus$4 invalid danger$4) with (url) and display$4 with (warn$4 page webpage interstitial) with user and log$4 with (user decision click$6) and (@ad< "20091214" @rlad< "20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 19:57 |
| S187 | 63 | (risk$4 malware abus$4 invalid danger$4) with (url) same3 display$4 with (warn$4 page webpage interstitial) with user and log$4 with (user decision click$6) and (@ad< "20091214" @rlad< "20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 19:57 |
| S188 | 32 | (risk$4 malware abus$4 invalid danger$4) with (url) same3 display$4 | US-PGPUB; USPAT; | | | 2012/09/14 19:58 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | with (warn$4 page webpage interstitial) with user and log$4 with (decision click$6) and (@ad<"20091214" @rlad<"20091214") | USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
| S189 | 19 | (risk$4 malware abus$4 invalid danger$4) with (url) same3 display$4 with (warn$4 page webpage interstitial) with user and log$4 with (decision risk) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 19:58 |
| S190 | 4 | (risk$4 malware abus$4 invalid danger$4) with (url) same display$4 with (warn$4 page webpage interstitial) with user and log$4 with (decision risk) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 19:59 |
| S191 | 13 | (risk$4 malware abus$4 invalid danger$4 suspicious) with (url locator uri address) same display$4 with (warn$4 page webpage interstitial) with user and log$4 with (decision risk) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 19:59 |
| S192 | 58 | (risk$4 malware abus$4 invalid danger$4 suspicious) with (url locator uri address) same display$4 with (warn$4 page webpage interstitial) with user and log$4 with (user click$4 click adj through decision risk) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 19:59 |
| S193 | 27 | (risk$4 malware abus$4 invalid danger$4 suspicious) with (url locator uri address) same display$4 with (warn$4 page webpage interstitial) with user and (log logging logged) with (user click$4 click adj through decision risk) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 20:00 |
| S194 | 13 | (risk$4 malware abus$4 invalid danger$4 suspicious) with (url locator uri) same display$4 with (warn$4 page webpage interstitial) with user and (log logging logged) with (user click$4 click adj through decision risk) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 20:01 |
| S195 | 19 | (risk$4 malware abus$4 invalid danger$4 suspicious) with (url locator uri) same (log logging logged) with (user click$4 click adj through decision risk) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 20:03 |
| S197 | 0 | (risk$4 malware abus$4 invalid danger$4 suspicious) with (url locator uri address) with log$4 and log$4 with telemetry and (@ad<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; | OR | ON | 2012/09/14 20:06 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | @rlad<"20091214") | EPO; JPO;<br>IBM_TDB | | | |
| S198 | 0 | (risk$4 malware abus$4 invalid<br>danger$4 suspicious) with (url locator<br>uri address) same log$4 and log$4 with<br>telemetry and (@ad<"20091214"<br>@rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/09/14<br>20:06 |
| S199 | 142 | (risk$4 malware abus$4 invalid<br>danger$4 suspicious unsafe untrust$4<br>untrustworthy) with (url locator uri)<br>same log$4 with (user url uri locator)<br>and (@ad<"20091214"<br>@rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/09/14<br>20:08 |
| S200 | 6 | (risk$4 malware abus$4 invalid<br>danger$4 suspicious unsafe untrust$4<br>untrustworthy) with (url locator uri)<br>same display$4 with user with<br>(warn$4) and log$4 with (user url uri<br>locator) and (@ad<"20091214"<br>@rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/09/14<br>20:08 |
| S201 | 9 | (logged log logging) with decision<br>near5 (redirect$4) and<br>(@ad<"20091214"<br>@rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>IBM_TDB | OR | ON | 2012/09/15<br>12:00 |
| S202 | 131 | (logged log logging) with url near5<br>(redirect$4) and (@ad<"20091214"<br>@rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/09/15<br>13:03 |
| S203 | 0 | (logged log logging) with url near5<br>(redirect$4) same (suspicious risk$4<br>warn$4) and (@ad<"20091214"<br>@rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/09/15<br>13:03 |
| S204 | 131 | (logged log logging) with url near5<br>(redirect$4) and (@ad<"20091214"<br>@rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/09/15<br>13:03 |
| S205 | 33 | (logged log logging) near5 url near5<br>(redirect$4) and (@ad<"20091214"<br>@rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/09/15<br>13:04 |
| S206 | 1 | (logged log logging) with decision<br>same url near5 (redirect$4) and | US-PGPUB;<br>USPAT; | OR | ON | 2012/09/15<br>13:05 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | (@ad<"20091214"<br>@rlad<"20091214") | USOCR;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | | | |
| S207 | 0 | (logged log logging) with decision same url with (abusive suspici$4 warn$4 malware) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/09/15<br>13:06 |
| S208 | 0 | (logged log logging) near5 decision with url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/09/15<br>13:06 |
| S209 | 118 | (logged log logging) with url near4 redirect$4 and (@ad<"20091214" @rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/09/15<br>13:06 |
| S210 | 22 | (logged log logging) with (decision determination) with redirect$4 and (@ad<"20091214" @rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/09/15<br>13:07 |
| S211 | 49 | (logged log logging) with (decision determination) with url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/09/15<br>13:09 |
| S212 | 0 | ignor$4 with (internal intranet corporate in adj network) near4 url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/09/15<br>13:17 |
| S213 | 230 | (whitelist$4 white adj list trusted ignor$4) with (internal intranet corporate in adj network) near4 (url address$4 uri locator) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/09/15<br>13:17 |
| S214 | 196 | (whitelist$4 white adj list ignor$4) with (internal intranet corporate in adj network) near4 (url address$4 uri locator) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/09/15<br>13:17 |

| S215 | 196 | (whitelist$4 white adj list$4 ignor$4) with (internal intranet corporate in adj network) near4 (url address$4 uri locator) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/15 13:17 |
| S216 | 0 | (whitelist$4 white adj list$4 ignor$4) with (internal intranet corporate in adj network) near4 (url uri locator) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/15 13:18 |
| S217 | 0 | (whitelist$4 white adj list$4 ignor$4) with (internal intranet corporate in adj network) near4 (url uri locator web adj address$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/15 13:18 |
| S218 | 2319 | (whitelist$4 white adj list$4 ignor$4 trust$4) with (url uri locator ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/15 13:19 |
| S219 | 79 | (whitelist$4 white adj list$4 ignor$4 trust$4) with (url uri locator) same (intranet internal corporate (intra in) adj (net network)) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/15 13:19 |
| S220 | 80 | (whitelist$4 white adj list$4 ignor$4 trust$4) with (url uri locator) same (intranet internal corporate (intra in) adj (net network) (inside within behind) near5 firewall) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/15 13:20 |
| S221 | 1 | ("8108902").PN. | US-PGPUB; USPAT; USOCR | OR | OFF | 2012/09/15 13:25 |
| S222 | 0 | hash$4 with (untrusted suspicious) near5 url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/17 18:26 |
| S223 | 22 | hash$4 with url and (untrusted suspicious) near5 url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/17 18:26 |
| S224 | 0 | (white adj list$4 whitelist$4) with (intranet in adj network innetwork | US-PGPUB; USPAT; | OR | ON | 2012/09/17 19:13 |

| | | internal corporate) adj URL and (@ad<"20091214" @rlad<"20091214") | USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
|---|---|---|---|---|---|---|
| S225 | 0 | (white adj list$4 whitelist$4) with (intranet in adj network innetwork internal corporate) near3 URL and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/17 19:13 |
| S226 | 0 | (white adj list$4 whitelist$4) with (intranet in adj network innetwork internal corporate) near3 URL and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/17 19:14 |
| S227 | 1 | (white adj list$4 whitelist$4) same (intranet in adj network innetwork internal corporate) near3 URL and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/17 19:14 |
| S228 | 4 | (white adj list$4 whitelist$4 trusted) same (intranet in adj network innetwork internal corporate) near3 URL and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/17 19:14 |
| S229 | 38 | tamper$4 with URL and hash$4 with URL and (@ad @ptad @pd @prad @rlad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/09/16 15:08 |
| S230 | 117 | redirect$4 with (warn$4 interstitial) and (logged logging log$2) with user and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/09/19 14:48 |
| S231 | 19 | (phishing) and redirect$4 with (warn$4 interstitial) and (logged logging log$2) with user and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/09/19 14:49 |
| S232 | 10 | (phishing) and redirect$4 with (warn$4 interstitial) with (page webpage) and (logged logging log$2) with user and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/09/19 14:53 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S233 | 62 | redirect$4 with (warn$4 interstitial) with (page webpage) and (logged logging log$2) with user and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/09/19 14:53 |
| S234 | 56 | redirect$4 with (warn$4 interstitial) near5 (page webpage) and (logged logging log$2) with user and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/09/19 14:53 |
| S235 | 238 | (redirect$4 display$4 show$4) near5 (warn$4 interstitial) near5 (page webpage) and (logged logging log$2) with user and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/09/19 14:54 |
| S236 | 52 | (redirect$4 display$4 show$4) near5 (warn$4 interstitial) near5 (page webpage) and (logged logging log$2) with user near4 (decision action click clickthrough) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/09/19 14:56 |
| S237 | 15 | (redirect$4 display$4 show$4) near5 (warn$4 interstitial) near5 (page webpage) and (logged logging log) with user near4 (decision action click clickthrough) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/09/19 15:00 |
| S238 | 28 | (redirect$4 display$4 show$4) near5 (warn$4 interstitial) near5 (page webpage) and record$4 with user near4 (decision action click clickthrough) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/09/19 15:02 |
| S239 | 182 | (hash$4) near5 URL and (append$4 wrap$4) with URL and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/09/20 10:14 |
| S240 | 64 | (hash$4) near5 URL and (append$4 wrap$4) with URL with hash$4 and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/09/20 10:14 |
| S241 | 7 | (hash$4) near5 URL and (append$4 wrap$4) with URL with hash$4 and (tamper$4 rewrit$4) near5 URL and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; | OR | ON | 2013/09/20 10:16 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S242 | 7 | (hash$4) near5 URL and (append$4 wrap$4) with URL with hash$4 and (tamper$4 rewrit$4 malicious) near5 URL and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/09/20 10:16 |
| S243 | 55 | (hash$4) near5 URL and (append$4 wrap$4) near5 URL with hash$4 and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/09/20 10:24 |
| S244 | 52 | (hash$4) near5 URL and (append$4 wrap$4) near5 URL with (hash security) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/09/20 10:24 |
| S245 | 76 | (hash$4) near5 URL and (append$4 wrap$4) near5 URL with (hash security token) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/09/20 10:24 |
| S246 | 1 | ("20100332837").PN. | US-PGPUB; USPAT; USOCR | OR | OFF | 2013/09/20 15:52 |
| S247 | 275 | (logging logged log track$4 record$4) same (ignor$4) near5 (warning) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 12:37 |
| S248 | 55 | (logging logged log track$4 record$4) same user with (ignor$4) near5 (warning) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 12:37 |
| S249 | 3 | (logging logged log track$4 record$4) same user with (ignor$4) near5 (warning) and (phish$4 spoof$4) same warn$4 and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 12:38 |
| S250 | 5 | (logging logged log track$4 record$4) same (ignor$4) near5 (warning) and (phish$4 spoof$4) same warn$4 and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 12:39 |

| S251 | 5 | (logging logged log track$4 record$4) same (ignor$4 clickthrough click adj through) near5 (warning) and (phish$4 spoof$4) same warn$4 and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 12:39 |
| S252 | 6 | (logging logged log track$4 record$4) same (ignor$4 clickthrough click adj through) near5 (user) and (phish$4 spoof$4) same warn$4 and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 12:41 |
| S253 | 19 | (ignor$4 clickthrough click adj through) near5 (user) same (phish$4 spoof$4) same warn$4 and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 12:42 |
| S254 | 3 | (logging logged log track$4 record$4) same2 (ignor$4 clickthrough click adj through) near5 (user) same (phish$4 spoof$4) same warn$4 and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 12:44 |
| S255 | 4 | (logging logged log track$4 record$4) same2 (ignor$4 clickthrough click adj through) near5 (user) same (phish$4 spoof$4 security risk$4) near5 warn$4 and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 12:45 |
| S256 | 52 | (logging logged log track$4 record$4) same (ignor$4 clickthrough click adj through) near5 (user) with warn$4 and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 12:46 |
| S257 | 5 | (logging logged log track$4 record$4) same (ignor$4 clickthrough click adj through) near5 (user) with warn$4 and phish$4 and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 12:47 |
| S258 | 24 | (logging logged log track$4 record$4) with (ignor$4 clickthrough click adj through) near5 (user) and phish$4 and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 12:48 |
| S259 | 4 | (logging logged log track$4 record$4) with (ignor$4 clickthrough click adj through) same warn$4 and phish$4 and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; | | | 2013/10/18 12:48 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | DERWENT; IBM_TDB | | | |
| S260 | 30 | phish$4 same warn$4 and accuracy same (feedback) same user and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 13:05 |
| S261 | 261 | reputation with (entity user company post$4) with (hyperlink link$4 url uri) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 13:58 |
| S262 | 79 | phish$4 and reputation with (entity user company post$4) with (hyperlink link$4 url uri) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 13:59 |
| S263 | 58 | phish$4 and reputation near2 (entity user company post$4) with (hyperlink link$4 url uri) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 13:59 |
| S264 | 45 | phish$4 and reputation with (post$4) with (hyperlink link$4 url uri) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 14:01 |
| S265 | 60 | phish$4 and (post$4) near2 (hyperlink link$4 url uri) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 14:03 |
| S266 | 9 | phish$4 and (reputation identity identifier who) with (post$4) near2 (hyperlink link$4 url uri) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 14:04 |
| S267 | 10 | phish$4 and (user company) with (post$4) near2 (hyperlink link$4 url uri) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 14:04 |
| S268 | 103 | phish$4 and (user company) with (refer$4) near2 (hyperlink link$4 url uri) and (@ad @rlad @pd @ptad | US-PGPUB; USPAT; USOCR; | OR | ON | 2013/10/18 14:07 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | @prad)<"20091214" | FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | | | |
| S269 | 1 | ("20060253582").PN. | US-PGPUB;<br>USPAT;<br>USOCR | OR | OFF | 2013/10/18<br>16:36 |
| S270 | 6388 | wrap$4 with (url link) and (@ad @rlad<br>@pd @ptad @prad)<"20091214" | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2013/10/18<br>17:12 |
| S271 | 6399 | wrap$4 with (url link hyperlink) and<br>(@ad @rlad @pd @ptad<br>@prad)<"20091214" | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2013/10/18<br>17:12 |
| S272 | 28 | wrap$4 with (url link hyperlink) same<br>(reputation risk) and ((@ad @rlad @pd<br>@ptad @prad)<"20091214" | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2013/10/18<br>17:12 |
| S273 | 76 | hash$4 with (url link hyperlink) same<br>tamper$4 and (@ad @rlad @pd @ptad<br>@prad)<"20091214" | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2013/10/18<br>17:14 |
| S274 | 30 | hash$4 near3 (url link hyperlink) same<br>tamper$4 and (@ad @rlad @pd @ptad<br>@prad)<"20091214" | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2013/10/18<br>17:14 |
| S275 | 2 | append$4 with hash$4 with (url link<br>hyperlink) same tamper$4 and (@ad<br>@rlad @pd @ptad<br>@prad)<"20091214" | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2013/10/18<br>17:15 |
| S276 | 6442 | (id identity identifier) near5 user near3<br>(url link hyperlink) and (@ad @rlad<br>@pd @ptad @prad)<"20091214" | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2013/10/18<br>17:27 |
| S277 | 16 | (id identity identifier) near5 user near3<br>(posted) near2 (url link hyperlink) and<br>(@ad @rlad @pd @ptad<br>@prad)<"20091214" | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO; | OR | ON | 2013/10/18<br>17:27 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | DERWENT; IBM_TDB | | | |
| S278 | 31 | (id identity identifier) near5 user near3 (posted shared) near2 (url link hyperlink) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 17:27 |
| S279 | 4 | (append$4 insert$4 parameter URI includ$4) with (id identity identifier) near5 user with (posted shared created) adj (url link hyperlink) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 17:31 |
| S280 | 4 | (append$4 insert$4 parameter URI includ$4) with (id identity identifier) near2 user with (posted shared created) adj (url link hyperlink) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 17:31 |
| S281 | 4 | (append$4 insert$4 parameter URI includ$4) with (id identity identifier) near2 (user original) with (posted shared created) adj (url link hyperlink) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 17:31 |
| S282 | 1 | (append$4 insert$4 parameter URI includ$4) with (id identity identifier) near2 (source) with (posted shared created) adj (url link hyperlink) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 17:32 |
| S283 | 50 | (append$4 insert$4 parameter URI includ$4) with (id identity identifier) with (posted shared created) adj (url link hyperlink) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 17:32 |
| S284 | 15 | (append$4 insert$4 parameter URI includ$4) with (id identity identifier) with (posted shared) adj (url link hyperlink) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 17:33 |
| S285 | 502 | url near3 (short shortening) and (user creat$4 post$4) near5 (id identity identifier) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 17:38 |
| S286 | 22 | url near3 (short shortening) same (user creat$4 post$4) near5 (id identity identifier) and (@ad @rlad @pd @ptad | US-PGPUB; USPAT; USOCR; | OR | ON | 2013/10/18 17:39 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | @prad)<"20091214" | FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | | | |
| S287 | 39 | url near3 (short$4 shortening) same (user creat$4 post$4) near5 (id identity identifier) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2013/10/18<br>17:39 |
| S288 | 9 | url near3 (short$4 shortening) same (session) near5 (id identity identifier) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2013/10/18<br>17:44 |
| S289 | 116 | url near3 redirect$4 same (session) near5 (id identity identifier) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2013/10/18<br>17:45 |
| S290 | 335 | url near3 redirect$4 same (user) near5 (id identity identifier) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2013/10/18<br>17:45 |
| S291 | 25 | url near3 redirect$4 near3 service same (user) near5 (id identity identifier) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2013/10/18<br>17:47 |
| S292 | 1 | ("7539776").PN. | US-PGPUB;<br>USPAT;<br>USOCR | OR | OFF | 2013/10/19<br>10:21 |
| S293 | 1 | ("20080256187").PN. | US-PGPUB;<br>USPAT;<br>USOCR | OR | OFF | 2013/10/19<br>10:22 |
| S294 | 3067 | (logged record$4 logging) near4 (display$4 with (interstitial warn$4 alert$4 risk$4) with user and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2013/10/19<br>11:38 |
| S295 | 47 | (logged record$4 logging) near4 (display$4 with (interstitial) warn$4 alert$4 risk$4) with user same (ignor$4 overrid$4 over adj rid$4 acknowledg$4) near5 user and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2013/10/19<br>11:39 |
| S296 | 41 | (logged record$4 logging) with | US-PGPUB; | OR | ON | 2013/10/1 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | (display$4 with (interstitial) warn$4 alert$4 risk$4) and user same (ignor$4 overrid$4 over adj rid$4 acknowledg$4) near5 user and phish$4 and (@ad @rlad @pd @ptad @prad)<"20091214" | USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | 11:44 |
| S297 | 41 | (logged record$4 logging) with (display$4 with (interstitial) warn$4 alert$4 risk$4) and user same (ignor$4 overrid$4 over adj rid$4 acknowledg$4 click$4 adj through clickthrough) near5 user and phish$4 and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/19 11:44 |
| S298 | 4 | (("7966553") or ("20070208613") or ("20110004693") or ("20110191849")).PN. | US-PGPUB; USPAT; USOCR | OR | OFF | 2013/10/19 14:49 |
| S299 | 11 | ((microsoft msft).as. (bhatawdekar with ameya iverson with kristofer haber with elliott scarrow with john chad with mills).in.) and ((URL wrapped link hyperlink locator uri) with hash$4).clm. and (validat$4 tamper$4 authentic$6) with hash$4 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/19 14:54 |
| S300 | 62 | hash$4 near3 (URL URI hyperlink) and hash$4 same tamper$4 | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/01 11:04 |
| S301 | 102 | hash$4 near3 (URL URI hyperlink link) and hash$4 same tamper$4 | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/01 11:04 |
| S302 | 44 | hash$4 near5 ("uniform resource" URL URI link$4 hyperlink) and (post$4 near3 "uniform resource" URL link$4 hyperlink)) AND ((H04L63/12-126,14,1441-1491 H04L67/02 H04L9/3223 G06F21/60,64)".CPC" (709/201-203,217-219 726/22-30).CCLS.) AND (@ad @ptad @prad @rlad @pd)<"20091214" | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/01 11:15 |
| S303 | 103 | hash$4 near5 ("uniform resource" URL URI link$4 hyperlink) and ((post$4 shar$4) near3 ("uniform resource" URL URI link$4 hyperlink)) AND ((H04L63/12-126,14,1441-1491 H04L67/02 H04L9/3223 G06F21/60,64)".CPC" (709/201-203,217-219 726/22-30).CCLS.) AND (@ad @ptad @prad @rlad @pd)<"20091214" | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/01 11:15 |
| S304 | 69 | hash$4 near5 ("uniform resource" URL URI link$4 hyperlink) and ((posted poster shar$4) near3 ("uniform resource" URL URI link$4 hyperlink)) AND ((H04L63/12-126,14,1441-1491 H04L67/02 H04L9/3223 G06F21/60,64)".CPC" (709/201-203,217-219 726/22-30).CCLS.) AND (@ad @ptad @prad @rlad | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/01 11:16 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | @pd)<"20091214" | | | | |
| S305 | 69 | hash$4 near5 ("uniform resource" URL URI link$4 hyperlink) and ((posted poster tweeted shar$4) near3 ("uniform resource" URL URI link$4 hyperlink)) AND ((H04L63/12-126,14,1441-1491 H04L67/02 H04L9/3223 G06F21/60,64)".CPC" (709/201-203,217-219 726/22-30).CCLS.) AND (@ad @ptad @prad @rlad @pd)<"20091214" | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/01 11:16 |
| S306 | 69 | hash$4 near5 ("uniform resource" URL URI link$4 hyperlink) and ((posted poster tweete$2 shar$4) near3 ("uniform resource" URL URI link$4 hyperlink)) AND ((H04L63/12-126,14,1441-1491 H04L67/02 H04L9/3223 G06F21/60,64)".CPC" (709/201-203,217-219 726/22-30).CCLS.) AND (@ad @ptad @prad @rlad @pd)<"20091214" | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/01 11:16 |
| S307 | 0 | hash$4 near5 ("uniform resource" URL URI link$4 hyperlink) and (reputat$5 same (posted poster tweete$2 shar$4) near3 ("uniform resource" URL URI link$4 hyperlink)) AND ((H04L63/12-126,14,1441-1491 H04L67/02 H04L9/3223 G06F21/60,64)".CPC" (709/201-203,217-219 726/22-30).CCLS.) AND (@ad @ptad @prad @rlad @pd)<"20091214" | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/01 11:17 |
| S308 | 31 | hash$4 near5 ("uniform resource" URL URI link$4 hyperlink) and (reputat$5 same ("uniform resource" URL URI link$4 hyperlink)) AND ((H04L63/12-126,14,1441-1491 H04L67/02 H04L9/3223 G06F21/60,64)".CPC" (709/201-203,217-219 726/22-30).CCLS.) AND (@ad @ptad @prad @rlad @pd)<"20091214" | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/01 11:17 |
| S309 | 26 | wrap$4 near5 ("uniform resource" URL URI link$4 hyperlink) and ((posted poster tweete$2 shar$4) near3 ("uniform resource" URL URI link$4 hyperlink)) AND ((H04L63/12-126,14,1441-1491 H04L67/02 H04L9/3223 G06F21/60,64)".CPC" (709/201-203,217-219 726/22-30).CCLS.) AND (@ad @ptad @rlad @pd)<"20091214" | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/01 11:27 |
| S310 | 33 | wrap$4 near5 ("uniform resource" URL URI link$4 hyperlink) and ((posted poster tweete$2 shar$4) near3 ("uniform resource" URL URI link$4 hyperlink)) AND ((H04L63/12-126,14,1441-1491 H04L67/02 H04L9/3223 G06F21/60,64).cpc. (709/201-203,217-219 726/22-30).CCLS.) AND (@ad @ptad @prad @rlad @pd)<"20091214" | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/01 11:27 |
| S311 | 130 | (wrap$4 hash$4) near5 ("uniform resource" URL URI link$4 hyperlink) | US-PGPUB; USPAT; | OR | ON | 2014/04/01 11:30 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | and ((posted poster tweete$2 shar$4) near3 ("uniform resource" URL URI link$4 hyperlink)) AND ((H04L63/12-126,14,1441-1491 H04L67/02 H04L9/3223 G06F21/60,64).cpc. (709/201-203,217-219 726/22-30).CCLS.) AND (@ad @ptad @prad @rlad @pd)<"20091214" | | | | |
| S312 | 111 | (wrapped wrapping hash$4) near5 ("uniform resource" URL URI link$4 hyperlink) and ((posted poster tweete$2 shar$4) near3 ("uniform resource" URL URI link$4 hyperlink)) AND ((H04L63/12-126,14,1441-1491 H04L67/02 H04L9/3223 G06F21/60,64).cpc. (709/201-203,217-219 726/22-30).CCLS.) AND (@ad @ptad @prad @rlad @pd)<"20091214" | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/01 11:30 |
| S313 | 63 | (wrap$4 hashed hashing) near5 ("uniform resource" URL URI link$4 hyperlink) and ((posted poster tweete$2 shar$4) near3 ("uniform resource" URL URI link$4 hyperlink)) AND ((H04L63/12-126,14,1441-1491 H04L67/02 H04L9/3223 G06F21/60,64).cpc. (709/201-203,217-219 726/22-30).CCLS.) AND (@ad @ptad @prad @rlad @pd)<"20091214" | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/01 11:31 |
| S315 | 285 | (includ$4 insert$4 wrap$4) with (user identi$4 UID GUID) near5 (posted poster tweete$2 shar$4) with ("uniform resource" URL URI link$4 hyperlink) AND ((H04L63/12-126,14,1441-1491 H04L67/02 H04L9/3223 G06F21/60,64).cpc. (709/201-203,217-219 726/22-30).CCLS.) AND (@ad @ptad @prad @rlad @pd)<"20091214" | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/01 11:38 |
| S316 | 137 | (includ$4 insert$4 wrap$4) with (user identi$4 UID GUID) near5 (posted poster tweete$2 shar$4) near5 ("uniform resource" URL URI link$4 hyperlink) AND ((H04L63/12-126,14,1441-1491 H04L67/02 H04L9/3223 G06F21/60,64).cpc. (709/201-203,217-219 726/22-30).CCLS.) AND (@ad @ptad @prad @rlad @pd)<"20091214" | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/01 11:39 |
| S317 | 120 | (includ$4 insert$4 wrap$4) with (user UID GUID) near5 (posted poster tweete$2 shar$4) near5 ("uniform resource" URL URI link$4 hyperlink) AND ((H04L63/12-126,14,1441-1491 H04L67/02 H04L9/3223 G06F21/60,64).cpc. (709/201-203,217-219 726/22-30).CCLS.) AND (@ad @ptad @prad @rlad @pd)<"20091214" | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/01 11:40 |
| S318 | 283 | (user poster tweeter identi$4 UID GUID) near5 ("uniform resource" URL | US-PGPUB; USPAT; | OR | ON | 2014/04/01 11:42 |

| | | URI link$4 hyperlink) AND (influenc$4 reputat$4) with ("uniform resource" URL URI link$4 hyperlink) AND ((H04L63/12-126,14,1441-1491 H04L67/02 H04L9/3223 G06F21/60,64).cpc. (709/201-203,217-219 726/22-30).CCLS.) AND (@ad @ptad @prad @rlad @pd)< "20091214" | EPO; JPO; IBM_TDB | | | |
|------|-----|----|----|----|----|----|
| S319 | 585 | (user poster tweeter identi$4 UID GUID) near5 ("uniform resource" URL URI link$4 hyperlink) AND (influenc$4 reputat$4) same ("uniform resource" URL URI link$4 hyperlink) AND ((H04L63/12-126,14,1441-1491 H04L67/02 H04L9/3223 G06F21/60,64).cpc. (709/201-203,217-219 726/22-30).CCLS.) AND (@ad @ptad @prad @pd)< "20091214" | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/01 11:42 |
| S320 | 163 | (user poster tweeter identi$4 UID GUID) near5 ("uniform resource" URL URI link$4 hyperlink) AND (influenc$4 reputat$4) near5 (user poster shar$4 tweet$4) same ("uniform resource" URL URI link$4 hyperlink) AND ((H04L63/12-126,14,1441-1491 H04L67/02 H04L9/3223 G06F21/60,64).cpc. (709/201-203,217-219 726/22-30).CCLS.) AND (@ad @ptad @prad @pd)< "20091214" | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/01 11:42 |
| S321 | 168 | (user poster tweeter identi$4 UID GUID) near5 ("uniform resource" URL URI link$4 hyperlink) AND (influenc$4 reputat$4) near5 (user post$4 shar$4 tweet$4) same ("uniform resource" URL URI link$4 hyperlink) AND ((H04L63/12-126,14,1441-1491 H04L67/02 H04L9/3223 G06F21/60,64).cpc. (709/201-203,217-219 726/22-30).CCLS.) AND (@ad @ptad @prad @pd)< "20091214" | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/01 11:42 |
| S322 | 87 | (identi$4 id UID GUID) near3 (user post$4 shar$4 tweeter) near5 ("uniform resource" URL URI link$4 hyperlink) AND (influenc$4 reputat$4) near5 (user post$4 shar$4 tweet$4) AND ((H04L63/12-126,14,1441-1491 H04L67/02 H04L9/3223 G06F21/60,64).cpc. (709/201-203,217-219 726/22-30).CCLS.) AND (@ad @ptad @prad @rlad @pd)< "20091214" | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/01 11:43 |
| S323 | 87 | (identi$4 id UID GUID) near3 (user post$4 shar$4 tweet$4) near5 ("uniform resource" URL URI link$4 hyperlink) AND (influenc$4 reputat$4) near5 (user post$4 shar$4 tweet$4) AND ((H04L63/12-126,14,1441-1491 H04L67/02 H04L9/3223 | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/01 11:44 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | G06F21/60,64).cpc. (709/201-203,217-219 726/22-30).CCLS.) AND (@ad @ptad @prad @rlad @pd)<"20091214" | | | | |
| S324 | 27 | (identi$4 id UID GUID) near3 (user post$4 shar$4 tweet$4) near5 ("uniform resource" URL URI link$4 hyperlink) AND (reputat$4) near5 (user post$4 shar$4 tweet$4) AND ((H04L63/12-126,14,1441-1491 H04L67/02 H04L9/3223 G06F21/60,64).cpc. (709/201-203,217-219 726/22-30).CCLS.) AND (@ad @ptad @prad @rlad @pd)<"20091214" | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/01 11:44 |
| S325 | 56 | (identi$4 id) near3 (user) near5 (publish$4 post$4 shar$4 tweet$4) near5 ("uniform resource" URL URI link$4 hyperlink) AND ((H04L63/12-126,14,1441-1491 H04L67/02 H04L9/3223 G06F21/60,64).cpc. (709/201-203,217-219 726/22-30).CCLS.) AND (@ad @ptad @prad @rlad @pd)<"20091214" | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/01 11:57 |
| S326 | 110 | ((identi$4 id address name) near3 (user) username) near5 (publish$4 post$4 shar$4 tweet$4) near5 ("uniform resource" URL URI link$4 hyperlink) AND ((H04L63/12-126,14,1441-1491 H04L67/02 H04L9/3223 G06F21/60,64).cpc. (709/201-203,217-219 726/22-30).CCLS.) AND (@ad @ptad @prad @rlad @pd)<"20091214" | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/01 11:58 |
| S327 | 99 | ((identi$4 id address name) near3 (user) username) near5 (publish$4 post$4 shar$4 tweet$4) near3 ("uniform resource" URL URI link$4 hyperlink) AND ((H04L63/12-126,14,1441-1491 H04L67/02 H04L9/3223 G06F21/60,64).cpc. (709/201-203,217-219 726/22-30).CCLS.) AND (@ad @ptad @prad @rlad @pd)<"20091214" | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/01 11:58 |
| S328 | 73 | ((identi$4 id address name) near3 (user) username) near3 (publish$4 post$4 shar$4 tweet$4) near3 ("uniform resource" URL URI link$4 hyperlink) AND ((H04L63/12-126,14,1441-1491 H04L67/02 H04L9/3223 G06F21/60,64).cpc. (709/201-203,217-219 726/22-30).CCLS.) AND (@ad @ptad @prad @rlad @pd)<"20091214" | US-PGPUB; USPAT; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2014/04/01 11:58 |
| S329 | 2 | (("8434149") or ("20090204677")).PN. | US-PGPUB; USPAT; USOCR | OR | OFF | 2014/04/01 12:14 |

**EAST Search History (Interference)**

<This search history is empty>

Case 0:20-cv-60416-AMC   Document 69-18   Entered on FLSD Docket 05/26/2021   Page 462 of 833

**4/7/2014 3:52:06 PM**
**H:\ Workspaces\ 12637673.wsp**

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (01-10)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | 12637673 |
| | Filing Date | 2009-12-14 |
| | First Named Inventor | Ameya S. Bhatawdekar |
| | Art Unit | 2452 |
| | Examiner Name | Julian Chang |
| | Attorney Docket Number | MS1-4927US |

### U.S.PATENTS

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button.

### U.S.PATENT APPLICATION PUBLICATIONS

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button.

### FOREIGN PATENT DOCUMENTS

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | ☐ |

If you wish to add additional Foreign Patent Document citation information please click the Add button

### NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|

| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99**) | Application Number | 12637673 |
| | Filing Date | 2009-12-14 |
| | First Named Inventor | Ameya S. Bhatawdekar |
| | Art Unit | 2452 |
| | Examiner Name | Julian Chang |
| | Attorney Docket Number | MS1-4927US |

| | 1 | Office action for US Patent Application 12/859,679, mailed on 01/02/2014, Colvin, et al., "Reputation-based Safe Access User Experience", 15 pages. | ☐ |

If you wish to add additional non-patent literature document citation information please click the Add button

**EXAMINER SIGNATURE**

| Examiner Signature | | Date Considered | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

¹ See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. ² Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). ³ For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. ⁴ Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. ⁵ Applicant is to place a check mark here if English language translation is attached.

| | |
|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 12637673 |
| | Filing Date | 2009-12-14 |
| | First Named Inventor | Ameya S. Bhatawdekar |
| | Art Unit | 2452 |
| | Examiner Name | Julian Chang |
| | Attorney Docket Number | MS1-4927US |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

☐ That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐ See attached certification statement.

☒ The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☐ A certification statement is not submitted herewith.

## SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Michael Saizan/ | Date (YYYY-MM-DD) | 2014-02-28 |
|---|---|---|---|
| Name/Print | Michael Robert Saizan | Registration Number | 65013 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Serial No. ............................................................................. 12/637,673
Filing Date ........................................................................... 12/14/2009
Confirmation No. ........................................................................ 3736
First Named Inventor ........................................... Ameya S. Bhatawdekar
Assignee .................................................................. Microsoft Corporation
Group Art Unit ........................................................................... 2452
Examiner .......................................................................... Julian Chang
Attorney's Docket No. ..................................................... MS1-4927US
Title: ................................................ Reputation Based Redirection Service

To:         Commissioner for Patents
            P.O. Box 1450
            Alexandria, VA 22313-1450

From:       Michael Robert Saizan (Tel.512-456-5990; Fax 509-323-8979)
            **Customer Number: 22801**
            Lee & Hayes, PLLC
            601 W. Riverside Avenue, Suite 1400
            Spokane, WA 99201

Fees will be paid by credit card through the EFS Web; however the Commissioner is hereby authorized to charge any deficiency of fees and credit any overpayments to Deposit Account Number 12-0769.

Respectfully Submitted,

Dated: 2/28/2014_____        By:   /Michael Saizan/_____
                                       Michael Robert Saizan
                                       Reg. No. 65013
                                       512-456-5990

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 12637673 |
| **Filing Date:** | 14-Dec-2009 |
| **Title of Invention:** | Reputation Based Redirection Service |
| **First Named Inventor/Applicant Name:** | Ameya S. Bhatawdekar |
| **Filer:** | Roy Raymond Salvagio/Jennifer  Phipps |
| **Attorney Docket Number:** | MS1-4927US |

Filed as Large Entity

## Utility under 35 USC 111(a) Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| Submission- Information Disclosure Stmt | 1806 | 1 | 180 | 180 |
| **Total in USD ($)** | | | | **180** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 18343403 |
| **Application Number:** | 12637673 |
| **International Application Number:** | |
| **Confirmation Number:** | 3736 |
| **Title of Invention:** | Reputation Based Redirection Service |
| **First Named Inventor/Applicant Name:** | Ameya S. Bhatawdekar |
| **Customer Number:** | 22801 |
| **Filer:** | Roy Raymond Salvagio/Jennifer Phipps |
| **Filer Authorized By:** | Roy Raymond Salvagio |
| **Attorney Docket Number:** | MS1-4927US |
| **Receipt Date:** | 28-FEB-2014 |
| **Filing Date:** | 14-DEC-2009 |
| **Time Stamp:** | 18:41:48 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $180 |
| RAM confirmation Number | 6747 |
| Deposit Account | |
| Authorized User | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|

| 1 | | | 12K7836.PDF | 138928 | yes | 4 |
| | | | | 71e1a3602a6e79aa13a3d7a051eca4ec1cbd2591 | | |

| | **Multipart Description/PDF files in .zip description** | | |
| --- | --- | --- | --- |
| | **Document Description** | **Start** | **End** |
| | Information Disclosure Statement (IDS) Form (SB08) | 1 | 3 |
| | Miscellaneous Incoming Letter | 4 | 4 |

| **Warnings:** | | | | | | |
| **Information:** | | | | | | |

| 2 | Non Patent Literature | | 11V6433.PDF | 532706 | no | 15 |
| | | | | 3c1452f92549ea9e2b74b4b1795d921862ba7c8a | | |

| **Warnings:** | | | | | | |
| **Information:** | | | | | | |

| 3 | Fee Worksheet (SB06) | | fee-info.pdf | 30271 | no | 2 |
| | | | | 7de3205c430ce3d399b86d605eb4279be578fbbf | | |

| **Warnings:** | | | | | | |
| **Information:** | | | | | | |

| | | **Total Files Size (in bytes):** | 701905 |
| --- | --- | --- | --- |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (01-10)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | 12637673 |
| Filing Date | 2009-12-14 |
| First Named Inventor | Ameya S. Bhatawdekar |
| Art Unit | 2452 |
| Examiner Name | Julian Chang |
| Attorney Docket Number | MS1-4927US |

**U.S.PATENTS**

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 8434149 | | 2013-04-30 | Satish, et al. | |

If you wish to add additional U.S. Patent citation information please click the Add button.

**U.S.PATENT APPLICATION PUBLICATIONS**

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 20090204677 | A1 | 2009-08-13 | Michaelis; Paul Roller; et al. | |

If you wish to add additional U.S. Published Application citation information please click the Add button.

**FOREIGN PATENT DOCUMENTS**

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | ☐ |

If you wish to add additional Foreign Patent Document citation information please click the Add button

**NON-PATENT LITERATURE DOCUMENTS**

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( **Not for submission under 37 CFR 1.99**) | Application Number | 12637673 |
| | Filing Date | 2009-12-14 |
| | First Named Inventor | Ameya S. Bhatawdekar |
| | Art Unit | 2452 |
| | Examiner Name | Julian Chang |
| | Attorney Docket Number | MS1-4927US |

| | 1 | Office action for US Patent Application 12/859,679, mailed on 09/25/2013, Colvin, et al., "Reputation-based Safe Access User Experience", 15 pages. | ☐ |

| If you wish to add additional non-patent literature document citation information please click the Add button |
|---|

| **EXAMINER SIGNATURE** | | | |
|---|---|---|---|
| Examiner Signature | | Date Considered | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

| | |
|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number 12637673 |
| | Filing Date 2009-12-14 |
| | First Named Inventor Ameya S. Bhatawdekar |
| | Art Unit 2452 |
| | Examiner Name Julian Chang |
| | Attorney Docket Number MS1-4927US |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

☐ That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐ See attached certification statement.

☒ The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☐ A certification statement is not submitted herewith.

## SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Michael Saizan/ | Date (YYYY-MM-DD) | 2013-12-12 |
|---|---|---|---|
| Name/Print | Michael Robert Saizan | Registration Number | 65013 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

# Electronic Patent Application Fee Transmittal

| Application Number: | 12637673 |
|---|---|
| Filing Date: | 14-Dec-2009 |
| Title of Invention: | Reputation Based Redirection Service |
| First Named Inventor/Applicant Name: | Ameya S. Bhatawdekar |
| Filer: | Colin Downing Barnitz/Saybra Morris |
| Attorney Docket Number: | MS1-4927US |

Filed as Large Entity

## Utility under 35 USC 111(a) Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| Submission- Information Disclosure Stmt | 1806 | 1 | 180 | 180 |
| **Total in USD ($)** | | | | **180** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 17645383 |
| **Application Number:** | 12637673 |
| **International Application Number:** | |
| **Confirmation Number:** | 3736 |
| **Title of Invention:** | Reputation Based Redirection Service |
| **First Named Inventor/Applicant Name:** | Ameya S. Bhatawdekar |
| **Customer Number:** | 22801 |
| **Filer:** | Colin Downing Barnitz/Saybra Morris |
| **Filer Authorized By:** | Colin Downing Barnitz |
| **Attorney Docket Number:** | MS1-4927US |
| **Receipt Date:** | 12-DEC-2013 |
| **Filing Date:** | 14-DEC-2009 |
| **Time Stamp:** | 16:39:29 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $ 180 |
| RAM confirmation Number | 4903 |
| Deposit Account | |
| Authorized User | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|

| 1 | | 11O1982.PDF | 434597<br>e8bd61ba50af6eb75d137cf275f62d1ed09163fb | yes | 25 |

| Multipart Description/PDF files in .zip description | | |
|---|---|---|
| **Document Description** | **Start** | **End** |
| Amendment/Req. Reconsideration-After Non-Final Reject | 1 | 1 |
| Claims | 2 | 7 |
| Applicant Arguments/Remarks Made in an Amendment | 8 | 22 |
| Information Disclosure Statement (IDS) Form (SB08) | 23 | 25 |

| Warnings: |
|---|
| Information: |

| 2 | Non Patent Literature | 10T3880.PDF | 518497<br>0a82f9e44e885572c6e5fee68c07adc3a60d42bb | no | 15 |

| Warnings: |
|---|
| Information: |

| 3 | Fee Worksheet (SB06) | fee-info.pdf | 30266<br>578880a072939ef82275ebedf180e106595dd3f3 | no | 2 |

| Warnings: |
|---|
| Information: |

| | Total Files Size (in bytes): | 983360 |
|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

| **IN THE UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)** | |
|---|---|
| Application Serial Number | 12/637,673 |
| Confirmation Number | 3736 |
| Filing Date | December 14, 2009 |
| Title of Application | Reputation Based Redirection Service |
| First Named Inventor | Ameya S. Bhatawdekar |
| Assignee | Microsoft Corporation |
| Group Art Unit | 2452 |
| Examiner | Julian Chang |
| Attorney Docket Number | MS1-4927US |

To:     Commissioner for Patents
         PO Box 1450
         Alexandria, VA 22313-1450

From:   Michael Robert Saizan (Tel. 509-456-5990; Fax 509-323-8979)
         Lee & Hayes, PLLC
         601 W. Riverside Ave, Suite 1400
         Spokane, WA 99201

**Customer Number 22801**

## Response to October 25, 2013 Non-Final Office Action

Applicant's representative pays fees by credit card through the EFS Web; however, Applicant's representative hereby authorizes the Commissioner to charge any deficiency of fees and credit any overpayments to Deposit Account Number 12-0769.

**Claim Amendments** begin on page 2 of this document.

**Remarks** begin on page 8 of this document.



# CLAIM AMENDMENTS

1. (Currently Amended) One or more computer-readable storage devices, storing processor-executable instructions that, when executed on a processor, configure a processor to perform acts for Uniform Resource Locator (URL) wrapping, the acts comprising:

receiving an input of a URL for accessing a document available over a network;

determining a characteristic associated with the received URL;

creating a security hash based on the received URL and the characteristic associated with the received URL, wherein the characteristic comprises an identifier of a user who originally posted the received URL;

outputting a wrapped URL comprising the received URL, the characteristic associated with the received URL, and the security hash; and

validating that the wrapped URL has not been tampered with based at least in part upon authenticating the wrapped URL with the security hash.


2. (Currently Amended) The one or more computer-readable devices of claim 1, wherein creating the security hash is further based on context information comprising a session identifier ~~the wrapped URL further comprises the received URL~~.


3. (Currently Amended) The one or more computer-readable devices of claim 1, wherein the characteristic associated with the received URL comprises ~~an identifier of a user who originally posted the received URL,~~ a location on the network where the received URL was posted[[,]] and a container identifier of a container where the received URL was posted~~, and/or context information comprising a session identifier~~.

4. (Previously Presented) The one or more computer-readable devices of claim 1, wherein the characteristic associated with the received URL comprises a unique identifier for back-end reputation look-up and/or back-end additional characteristic look-up.

5. (Previously Presented) The one or more computer-readable devices of claim 1, further comprising instructions to perform acts comprising:

determining that the received URL is an un-trusted URL; and

outputting the wrapped URL based on the determination that the received URL is an un-trusted URL.

6. (Previously Presented) The one or more computer-readable devices of claim 1, further comprising instructions to perform acts comprising outputting an error message when the received URL is a malformed URL, a non-URL, a null URL, a URL of an un-supported Uniform Resource Identifier (URI) schema, and/or a URL with a length longer than a predetermined length.

7. (Previously Presented) The one or more computer-readable devices of claim 1, wherein the wrapped URL further comprises a redirection service and/or shortened URL.

8. (Previously Presented) The one or more computer-readable devices of claim 1, wherein the characteristic associated with the received URL comprises an identifier associated with a person or application which posted the received URL.

9. (Currently Amended) A system for implementing a URL redirection service comprising:

memory and a processor;

a policy module, stored in the memory and executable on the processor, configured to exclude URLs on a same network as the URL redirection service from the URL redirection service and to directly load a destination URL on the same network as the URL redirection service;

a redirection server interface module, stored in the memory and executable on the processor, configured to receive a request for handling a wrapped URL comprising the destination URL, a characteristic of the destination URL, and a security hash;

a URL validation/verification module, stored in the memory and executable on the processor, configured to verify that the received wrapped URL has not been tampered with based at least in part upon authenticating the wrapped URL with the security hash;

a reputation lookup module, stored in the memory and executable on the processor, configured to determine a reputation rating for the destination URL;

a redirection logic module, stored in the memory and executable on the processor, configured to output a confidence score and[[/or]] a redirection decision based on validity of the received wrapped URL, the reputation rating of the destination URL, and[[/or]] a characteristic of the destination URL;

a telemetry service module, stored in the memory and executable on the processor, configured to receive click-through telemetry information from an interstitial page; and

a logging module, stored in the memory and executable on the processor, configured to create a telemetry report based on the click-through telemetry information and a log report based on the redirection decisions.

10. (Canceled)

11. (Currently Amended) The system of claim 9, the characteristic associated with the destination URL comprises an identifier of a user who originally posted the destination URL and a location where the destination URL was posted~~, the user comprising a human or a machine~~.

12. (Previously Presented) The system of claim 9, further comprising a shortened/redirected URL handling module, stored in the memory and executable on the processor, configured to:

receive a shortened URL or a redirected URL;

determine a final destination URL of the shortened or redirected URL; and

output the final destination URL to the reputation lookup module.

13.-14. (Canceled)

15. (Previously Presented) The system of claim 9, further comprising a configuration module, stored in the memory and executable on the processor, configured to maintain system configuration settings in a system configuration store.

16. (Previously Presented) The system of claim 9, the redirection decision comprising determining, based on the reputation rating of the destination URL, when to display the interstitial page, the interstitial page comprising an abuse information page, an unknown information page, or an error information page.

17. (Previously Presented) The system of claim 9, the redirection decision comprising determining, based on rules applied to the destination URL or a characteristic of the destination URL, when to display the interstitial page, the interstitial page comprising an abuse information page, an unknown information page, or an error information page.

18. (Currently Amended) One or more computer-readable storage devices, storing processor-executable instructions that, when executed on a processor, configure the processor to perform acts for URL Web service calls, the acts comprising:

receiving a Web service call for a destination URL;

determining a redirection decision for the destination URL;

outputting the redirection decision, wherein if the destination URL is invalid, abusive, or unknown, the redirection decision redirects a user to ~~an interstitial~~ a web page; and

logging the redirection decision and click-through telemetry information from the ~~interstitial~~ web page.

19. (Previously Presented) The one or more computer-readable devices of claim 18, the redirection decision determined based on a reputation rating of the destination URL.

20. (Currently Amended) The one or more computer-readable devices of claim 18, wherein the acts further comprise wrapping the destination URL with a characteristic of the destination URL and a security hash, the characteristic comprising ~~the destination URL,~~ an identifier of a user who originally posted the destination URL~~, and/or a location of where the destination URL was posted.~~

21. (Previously Presented) The one or more computer-readable devices of claim 1, wherein the acts further comprise excluding in-network URLs from URL wrapping and directly loading the received URL.

22. (Previously Presented) The one or more computer-readable devices of claim 20, wherein the acts further comprise excluding in-network URLs from URL wrapping and directly loading the destination URL.

23. (Previously Presented) The one or more computer-readable devices of claim 20, wherein the acts further comprise validating that the wrapped URL has not been tampered with based at least in part upon authenticating the wrapped URL with the security hash.

# REMARKS

Applicant respectfully requests reconsideration and allowance of all of the claims of the application.  The status of the claims is as follows:

- Claims 1-9, 11, 12, and 15-23 were pending at the time of the action.
- Applicant amends claims 1-3, 9, 11, 18, and 20.

The Application, as originally filed, supports the claim amendments at least at paragraphs [0042], [0044], and [0057].  The amendments submitted herein do not introduce new matter.

## Claim Objection

Claim 2 stands objected to as allegedly having minor informalities.  As set forth above, Applicant hereby amends claim 2.  Therefore, Applicant respectfully submits that this objection is overcome.

## Cited Documents

The Office applies the following to reject one or more claims of the Application:

- **Kay:** Kay, U.S. Patent Application Publication No. 2008/0256187
- **Watkins:** Watkins, U.S. Patent Application Publication No. 2005/026026
- **Leahy:** Leahy et al., U.S. Patent Application Publication No. 2007/0050716
- **Shastri:** Shastri, U.S. Patent Application Publication No. 2008/0196099
- **Dixon:** Dixon et al., U.S. Patent Application Publication No. 2008/0109473
- **Krishnamurthi:** Krishnamurthi et al., U.S. Patent Application Publication No. 2011/0126259
- **Huang:** Huang, U.S. Patent Application Publication No. 2010/0057895

## Claims 1-5, 7, and 8 are Non-Obvious Over Kay and Watkins

Claims 1-5, 7, and 8 stand rejected under 35 U.S.C. § 103(a) as allegedly being obvious over a combination of Kay in view of Watkins. Applicant respectfully traverses the rejection. Nevertheless, solely in the interest of expediting allowance, Applicant herein amends claim 1 as shown above. Applicant respectfully requests reconsideration in light of the amendments presented herein.

### Independent Claim 1

Claim 1, as amended herein, recites, in part (emphasis added):

creating a <u>security hash based on</u> the received URL and the characteristic associated with the received URL, wherein the characteristic comprises <u>an identifier of a user who originally posted the received URL</u>.

Without conceding propriety of the asserted combination, Kay and Watkins do not render claim 1 unpatentable.

Kay describes that "the software component encodes (step 401) the original URL – e.g. by applying strong encryption such as triple DES to the combination of the original URL plus a small checksum." *Kay*, paragraph [0052]. Watkins describes an "MD5 hash value of the entire URL 125 including the parameters (but excluding the hash parameter itself), combined with the shared secret." *Watkins*, paragraph [0090]. Watkins also describes that "[t]he first redirection URL 125 includes the following parameters … [d]etails of a website that referred the customer 104 to the merchant web server." *Id.*, paragraph [0089].

Therefore, the combination of Kay and Watkins does not teach or suggest "creating a security hash based on the received URL and the characteristic associated

with the received URL, wherein the characteristic comprises an identifier of a user who originally posted the received URL," as amended claim 1 recites.  For example, although Watkins describes a URL with parameters that include "[d]etails of a website that referred the customer," there is no mention of a characteristic associated with a received URL that comprises "an **identifier of a user** who originally **posted the received URL**."  Thus, Watkins is silent regarding this feature.  Furthermore, Watkins is silent regarding "**creating a security hash based on**…" an identifier of a user who originally posted the received URL, as recited in amended claim 1.  Kay does not remedy these deficiencies.

For at least the reasons presented herein, the combination of Kay and Watkins does not teach or suggest all of the features of claim 1.  Accordingly, Applicant respectfully requests that the Office withdraw the § 103 rejection of claim 1.

## Dependent Claims 2-5, 7, and 8

Claims 2-5, 7, and 8 ultimately depend from independent claim 1.  As discussed above, claim 1 is allowable over the cited documents.  Therefore, claims 2-5, 7, and 8 are also allowable over the cited documents of record for at least their dependency from an allowable base claim, and also for the additional features that each recites.

Accordingly, Applicant respectfully requests that the Office withdraw the § 103 rejection of claims 2-5, 7, and 8.

## Claim 6 is Non-Obvious Over Kay, Watkins and Leahy

Claim 6 stands rejected under 35 U.S.C. § 103(a) as allegedly being obvious over a combination of Kay in view of Watkins and in further view of Leahy.  Applicant

respectfully traverses the rejection.  Nevertheless, solely in the interest of expediting allowance, Applicant herein amends claim 1 as shown above. Applicant respectfully requests reconsideration in light of the amendments presented herein.

Claim 6 ultimately depends from independent claim 1.  As discussed above, claim 1 is allowable over Kay and Watkins.  The Office cites Leahy as allegedly teaching the respective features of dependent claim 6.  However, Leahy fails to remedy the deficiencies of Kay and Watkins as noted above with regard to independent claim 1. Therefore, claim 6 is also allowable over the cited documents of record for at least their dependency from an allowable base claim, and also for the additional features that each recites.

Accordingly, Applicant respectfully requests that the Office withdraw the § 103 rejection of claim 6.

## Claim 21 is Non-Obvious Over Kay, Watkins, and Shastri

Claim 21 stands rejected under 35 U.S.C. § 103(a) as allegedly being obvious over a combination of Kay in view of Watkins and in further view of Shastri.  Applicant respectfully traverses the rejection.  Nevertheless, solely in the interest of expediting allowance, Applicant herein amends claim 1 as shown above. Applicant respectfully requests reconsideration in light of the amendments presented herein.

Claim 21 ultimately depends from independent claim 1.  As discussed above, claim 1 is allowable over Kay and Watkins.  The Office cites Shastri as allegedly teaching the respective features of dependent claim 21.  However, Shastri fails to remedy the deficiencies of Kay and Watkins as noted above with regard to independent claim 1.  Therefore, claim 21 is also allowable over the cited documents of record for at

least their dependency from an allowable base claim, and also for the additional features that each recites.

Accordingly, Applicant respectfully requests that the Office withdraw the § 103 rejection of claim 21.

## Claims 9, 11, 12, and 15-17 are Non-Obvious Over Kay, Watkins, Dixon, Krishnamurthi, and Shastri

Claims 9, 11, 12, and 15-17 stand rejected under 35 U.S.C. § 103(a) as allegedly being obvious over a combination of Kay in view of Watkins in view of Dixon in view of Krishnamurthi and in further view of Shastri. Applicant respectfully traverses the rejection. Nevertheless, solely in the interest of expediting allowance, Applicant herein amends claim 9 as shown above. Applicant respectfully requests reconsideration in light of the amendments presented herein.

### *Independent Claim 9*

Claim 9, as amended herein, recites, in part (emphasis added):

a redirection logic module, stored in the memory and executable on the processor, configured to output a <u>confidence score and a redirection decision</u> based on <u>validity of the received wrapped URL</u>, the <u>reputation rating of the destination URL</u>, and a <u>characteristic of the destination URL</u>.

Without conceding propriety of the asserted combination, Kay, Watkins, Dixon, Krishnamurthi and Shastri do not render claim 9 unpatentable.

Dixon describes that "the address request may be analyzed using information relating to sites, content, and [the] like to identify the reputation of the site, content, and the like." *Dixon*, paragraph [0139]. Dixon also describes that "a decision may be made

to either provide the requested information (e.g. the site or search results) 408 and or to provide an alert, caution, warning, recommendation, or other reputation service.  *Id.*  Krishnamurthi describes that a "gatekeeping service may … have a logging capability … may include logging user settings, recommendations, alerts, or warnings."  Krishnamurthi., paragraph [0047].  Shastri describes maintaining a "'whitelist' of known non-malicious URLs."  Shastri, paragraph [0159].

Therefore, the combination of Kay, Watkins, Dixon, Krishnamurthi and Shastri does not teach or suggest "output[ting] a confidence score and a redirection decision based on validity of the received wrapped URL, the reputation rating of the destination URL, and a characteristic of the destination URL," as amended claim 9 recites.  For example, although Dixon describes identifying the "reputation of the site, content, and the like" and a "decision … to either provide the requested information … or to provide an alert," Dixon is silent regarding outputting "*a confidence score and* a redirection decision based on *validity* of the received wrapped URL, the *reputation rating* of the destination URL, *and* a *characteristic* of the destination URL."  In fact, Dixon makes no mention of a "confidence score," much less a confidence score that is based on "validity" of a URL and a "reputation rating" of a URL.  Kay, Watkins, Krishnamurthi, and Shastri fail to remedy these deficiencies.

For at least the reasons presented herein, the combination of Kay, Watkins, Dixon, Krishnamurthi and Shastri does not teach or suggest all of the features of claim 9.  Accordingly, Applicant respectfully requests that the Office withdraw the § 103 rejection of claim 9.

*Dependent Claims 11, 12, and 15-17*

Claims 11, 12, and 15-17 ultimately depend from independent claim 9.  As discussed above, claim 9 is allowable over the cited documents. Therefore, claims 11, 12, and 15-17 are also allowable over the cited documents of record for at least their dependency from an allowable base claim, and also for the additional features that each recites.

Accordingly, Applicant respectfully requests that the Office withdraw the § 103 rejection of claims 11, 12, and 15-17.

## Claims 9, 11, 12, and 15-17 are Non-Obvious Over Kay, Watkins, Dixon, Huang, and Shastri

Claims 9, 11, 12, and 15-17 stand rejected under 35 U.S.C. § 103(a) as allegedly being obvious over a combination of Kay in view of Watkins in view of Dixon in view of Huang and in further view of Shastri.  Applicant respectfully traverses the rejection. Nevertheless, solely in the interest of expediting allowance, Applicant herein amends claim 9 as shown above. Applicant respectfully requests reconsideration in light of the amendments presented herein.

*Independent Claim 9*

Without conceding propriety of the asserted combination, Kay, Watkins, Dixon, Huang and Shastri do not render claim 9 unpatentable.  Huang describes that "alerting may additional include logging the name and reputation information within an administrative log." *Huang*, paragraph [0061].

For at least the reasons discussed above for claim 9, the combination of Kay, Watkins, Dixon, and Shastri does not teach or suggest "output[ting] a confidence score and a redirection decision based on validity of the received wrapped URL, the reputation rating of the destination URL, and a characteristic of the destination URL," as amended claim 9 recites. Huang does not remedy this deficiency.

For at least the reasons presented herein, the combination of Kay, Watkins, Dixon, Huang, and Shastri does not teach or suggest all of the features of claim 9. Accordingly, Applicant respectfully requests that the Office withdraw the § 103 rejection of claim 9.

### _Dependent Claims 11, 12, and 15-17_

Claims 11, 12, and 15-17 ultimately depend from independent claim 9. As discussed above, claim 9 is allowable over the cited documents. Therefore, claims 11, 12, and 15-17 are also allowable over the cited documents of record for at least their dependency from an allowable base claim, and also for the additional features that each recites.

Accordingly, Applicant respectfully requests that the Office withdraw the § 103 rejection of claims 11, 12, and 15-17.

## **Claims 18 and 19 are Non-Obvious Over Dixon in View of Huang**

Claims 18 and 19 stand rejected under 35 U.S.C. § 103(a) as allegedly being obvious over a combination of Dixon in view of Huang. Applicant respectfully traverses the rejection. Nevertheless, solely in the interest of expediting allowance, Applicant

herein amends claim 18 as shown above. Applicant respectfully requests reconsideration in light of the amendments presented herein.

## *Independent Claim 18*

Claim 18, as amended herein, recites, in part:

outputting the redirection decision, wherein if the destination URL is invalid, abusive, or unknown, the redirection decision <u>redirects</u> a user to <u>a web page</u>; and
logging the redirection decision <u>and</u> click-through telemetry information from <u>the web page</u>.

Without conceding propriety of the asserted combination, Dixon and Huang do not render claim 18 unpatentable.

Dixon describes an "informational window 700 that may appear as a result of pressing the reputation toolbar button." *Dixon*, paragraph [0139]. Dixon also describes that "implicit or explicit feedback may be collected when a user overrides a system-generated warning message and visits a site." *Dixon*, paragraph [0139].

Therefore, the combination of Dixon and Huang does not teach or suggest "outputting the redirection decision, wherein if the destination URL is invalid, abusive, or unknown, the redirection decision redirects a user to a web page" and "logging the redirection decision and click-through telemetry information from the web page," as amended claim 18 recites. For example, although Dixon describes an "informational window," there is no mention of a redirection decision that redirects a user "to a web page" if a destination URL is invalid, abusive, or unknown, as recited in amended claim 18. Furthermore, Dixon is silent regarding "logging **the redirection decision and**

click-through *telemetry information from the web page*." Thus, Dixon does not teach or suggest these features.  Huang does not remedy these deficiencies.

For at least the reasons presented herein, the combination of Dixon and Huang does not teach or suggest all of the features of claim 18.  Accordingly, Applicant respectfully requests that the Office withdraw the § 103 rejection of claim 18.

### Dependent Claim 19

Claim 19 ultimately depend from independent claim 18.  As discussed above, claim 18 is allowable over the cited documents.  Therefore, claim 19 is also allowable over the cited documents of record for at least their dependency from an allowable base claim, and also for the additional features that each recites.

Accordingly, Applicant respectfully requests that the Office withdraw the § 103 rejection of claim 19.

## Claims 18 and 19 are Non-Obvious Over Dixon in View of Krishnamurthi

Claims 18 and 19 stand rejected under 35 U.S.C. § 103(a) as allegedly being obvious over a combination of Dixon in view of Krishnamurthi.  Applicant respectfully traverses the rejection.  Nevertheless, solely in the interest of expediting allowance, Applicant herein amends claim 18 as shown above. Applicant respectfully requests reconsideration in light of the amendments presented herein.

### Independent Claim 18

Without conceding propriety of the asserted combination, Dixon and Krishnamurthi do not render claim 18 unpatentable.

For at least the reasons discussed above for claim 18, Dixon does not teach or suggest "outputting the redirection decision, wherein if the destination URL is invalid, abusive, or unknown, the redirection decision redirects a user to a web page" and "logging the redirection decision and click-through telemetry information from the web page," as amended claim 18 recites.  Krishnamurthi does not remedy this deficiency.

For at least the reasons presented herein, the combination of Dixon and Krishnamurthi does not teach or suggest all of the features of claim 18.  Accordingly, Applicant respectfully requests that the Office withdraw the § 103 rejection of claim 18.

*Dependent Claim 19*

Claim 19 ultimately depend from independent claim 18.  As discussed above, claim 18 is allowable over the cited documents.  Therefore, claim 19 is also allowable over the cited documents of record for at least their dependency from an allowable base claim, and also for the additional features that each recites.

Accordingly, Applicant respectfully requests that the Office withdraw the § 103 rejection of claim 19.

**Claims 20 and 23 are Non-Obvious Over Dixon, Huang, and Watkins**

Claims 20 and 23 stand rejected under 35 U.S.C. § 103(a) as allegedly being obvious over a combination of Dixon in view of Huang and in further view of Watkins. Applicant respectfully traverses the rejection.  Nevertheless, solely in the interest of expediting allowance, Applicant herein amends claim 18 as shown above. Applicant respectfully requests reconsideration in light of the amendments presented herein.

Claims 20 and 23 ultimately depend from independent claim 18. As discussed above, claim 18 is allowable over Dixon and Huang. The Office cites Watkins as allegedly teaching the respective features of dependent claims 20 and 23. However, Watkins fails to remedy the deficiencies of Dixon and Huang as noted above with regard to independent claim 18. Therefore, claims 20 and 23 are also allowable over the cited documents of record for at least their dependency from an allowable base claim, and also for the additional features that each recites.

Accordingly, Applicant respectfully requests that the Office withdraw the § 103 rejection of claims 20 and 23.

## Claims 20 and 23 are Non-Obvious Over Dixon, Krishnamurthi, and Watkins

Claims 20 and 23 stand rejected under 35 U.S.C. § 103(a) as allegedly being obvious over a combination of Dixon in view of Krishnamurthi and in further view of Watkins. Applicant respectfully traverses the rejection. Nevertheless, solely in the interest of expediting allowance, Applicant herein amends claim 18 as shown above. Applicant respectfully requests reconsideration in light of the amendments presented herein.

Claims 20 and 23 ultimately depend from independent claim 18. As discussed above, claim 18 is allowable over Dixon and Krishnamurthi. The Office cites Watkins as allegedly teaching the respective features of dependent claims 20 and 23. However, Watkins fails to remedy the deficiencies of Dixon and Krishnamurthi as noted above with regard to independent claim 18. Therefore, claims 20 and 23 are also allowable over the cited documents of record for at least their dependency from an allowable base claim, and also for the additional features that each recites.

Accordingly, Applicant respectfully requests that the Office withdraw the § 103 rejection of claims 20 and 23.

## Claim 22 is Non-Obvious Over Dixon, Huang, Kay, and Shastri

Claim 22 stands rejected under 35 U.S.C. § 103(a) as allegedly being obvious over a combination of Dixon in view of Huang in view of Kay and in further view of Shastri.   Applicant respectfully traverses the rejection.   Nevertheless, solely in the interest of expediting allowance, Applicant herein amends claim 18 as shown above. Applicant respectfully requests reconsideration in light of the amendments presented herein.

Claim 22 ultimately depends from independent claim 18.  As discussed above, claim 18 is allowable over Dixon and Huang.  The Office cites Kay and Shastri as allegedly teaching the respective features of dependent claim 22.  However, Kay and Shastri fail to remedy the deficiencies of Dixon and Huang as noted above with regard to  independent claim 18.    Therefore, claim 22 is  also  allowable over the cited documents of record for at least their dependency from an allowable base claim, and also for the additional features that each recites.

Accordingly, Applicant respectfully requests that the Office withdraw the § 103 rejection of claim 22.

## Claim 22 is Non-Obvious Over Dixon, Krishnamurthi, Kay, and Shastri

Claim 22 stands rejected under 35 U.S.C. § 103(a) as allegedly being obvious over a combination of Dixon in view of Krishnamurthi in view of Kay and in further view of Shastri.  Applicant respectfully traverses the rejection.  Nevertheless, solely in the

interest of expediting allowance, Applicant herein amends claim 18 as shown above. Applicant respectfully requests reconsideration in light of the amendments presented herein.

Claim 22 ultimately depends from independent claim 18.  As discussed above, claim 18 is allowable over Dixon and Krishnamurthi.  The Office cites Kay and Shastri as allegedly teaching the respective features of dependent claim 22.  However, Kay and Shastri fail to remedy the deficiencies of Dixon and Krishnamurthi as noted above with regard to independent claim 18.  Therefore, claim 22 is also allowable over the cited documents of record for at least their dependency from an allowable base claim, and also for the additional features that each recites.

Accordingly, Applicant respectfully requests that the Office withdraw the § 103 rejection of claim 22.

**<u>Conclusion</u>**

For at least the foregoing reasons, all pending claims are in condition for allowance.  Applicant respectfully requests reconsideration and prompt issuance of the application.

If any issues remain that would prevent allowance of this application, **<u>Applicant requests that the Examiner contact the undersigned representative before issuing a subsequent Action.</u>**


Respectfully Submitted,

Lee & Hayes, PLLC
Representatives for Applicant

By:  /Michael Saizan/                          Dated:  12/10/2013

Michael Robert Saizan
(michaels@leehayes.com; 512-456-5990)
Registration No.  65013

Brett J. Schlameus
(brett@leehayes.com; 206-876-6022)
Registration No.  60827

PTO/SB/06 (09-11)
Approved for use through 1/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD Substitute for Form PTO-875 | Application or Docket Number 12/637,673 | Filing Date 12/14/2009 | ☐ To be Mailed |
|---|---|---|---|

**ENTITY:** ☒ LARGE   ☐ SMALL   ☐ MICRO

## APPLICATION AS FILED – PART I

|  | (Column 1) | (Column 2) |  |  |
|---|---|---|---|---|
| FOR | NUMBER FILED | NUMBER EXTRA | RATE ($) | FEE ($) |
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A |  |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A |  |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A |  |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | X $ = |  |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | X $ = |  |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). |  |  |  |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) |  |  |  |  |
| * If the difference in column 1 is less than zero, enter "0" in column 2. |  |  | TOTAL |  |

## APPLICATION AS AMENDED – PART II

|  |  | (Column 1) | (Column 2) | (Column 3) |  |  |
|---|---|---|---|---|---|---|
| AMENDMENT | **12/12/2013** | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
|  | Total (37 CFR 1.16(i)) | * 20 | Minus ** 20 | = 0 | x $80 = | 0 |
|  | Independent (37 CFR 1.16(h)) | * 3 | Minus *** 3 | = 0 | x $420 = | 0 |
|  | ☐ Application Size Fee (37 CFR 1.16(s)) |  |  |  |  |  |
|  | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) |  |  |  | TOTAL ADD'L FEE | **0** |

|  | (Column 1) | (Column 2) | (Column 3) |  |  |
|---|---|---|---|---|---|
| AMENDMENT |  | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
|  | Total (37 CFR 1.16(i)) | * | Minus ** | = | x $ = |  |
|  | Independent (37 CFR 1.16(h)) | * | Minus *** | = | x $ = |  |
|  | ☐ Application Size Fee (37 CFR 1.16(s)) |  |  |  |  |  |
|  | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) |  |  |  | TOTAL ADD'L FEE |  |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.

** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".

*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".

The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

LIE
/SANDRA TUCKER SMITH/

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 12/637,673 | 12/14/2009 | Ameya S. Bhatawdekar | MS1-4927US | 3736 |

22801          7590          10/25/2013
LEE & HAYES, PLLC
601 W. RIVERSIDE AVENUE
SUITE 1400
SPOKANE, WA 99201

| EXAMINER |
|---|
| CHANG, JULIAN |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2452 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 10/25/2013 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

lhptoms@leehayes.com

PTOL-90A (Rev. 04/07)

| *Office Action Summary* | Application No. 12/637,673 | Applicant(s) BHATAWDEKAR ET AL. |
|---|---|---|
| | Examiner JULIAN CHANG | Art Unit 2452 | AIA (First Inventor to File) Status No |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

## Period for Reply

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

## Status

1) ☒ Responsive to communication(s) filed on <u>03/28/13</u>.
   - ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.
2a) ☐ This action is **FINAL**.   2b) ☒ This action is non-final.
3) ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.
4) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

## Disposition of Claims

5) ☒ Claim(s) <u>1-9,11,12 and 15-23</u> is/are pending in the application.
   5a) Of the above claim(s) _____ is/are withdrawn from consideration.
6) ☐ Claim(s) _____ is/are allowed.
7) ☒ Claim(s) <u>1-9,11,12 and 15-23</u> is/are rejected.
8) ☐ Claim(s) _____ is/are objected to.
9) ☐ Claim(s) _____ are subject to restriction and/or election requirement.

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

## Application Papers

10) ☐ The specification is objected to by the Examiner.
11) ☐ The drawing(s) filed on _____ is/are: a) ☐ accepted or b) ☐ objected to by the Examiner.
    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

## Priority under 35 U.S.C. § 119

12) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    **Certified copies:**
    a) ☐ All   b) ☐ Some *  c) ☐ None of the:
    1. ☐ Certified copies of the priority documents have been received.
    2. ☐ Certified copies of the priority documents have been received in Application No. _____.
    3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).
    * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☒ Notice of References Cited (PTO-892)
2) ☒ Information Disclosure Statement(s) (PTO/SB/08) Paper No(s)/Mail Date _____.
3) ☐ Interview Summary (PTO-413) Paper No(s)/Mail Date. _____ .
4) ☐ Other: _____.

Application/Control Number: 12/637,673                                                Page 2
Art Unit: 2452

## DETAILED ACTION

1.    This Office action is responsive to communication filed on 03/28/13. Claims 1-9,

11, 12, and 15-23 are pending. The present application is being examined under the

pre-AIA first to invent provisions.


### *Claim Objections*

2.    Claim 2 is objected to because of the following informalities:  The limitations of

claim 2 have been incorporated into parent claim 1. As such, claim 2 fails to further limit

parent claim 1.  Appropriate correction is required.


### *Claim Rejections - 35 USC § 103*

3.    The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set
> forth in section 102 of this title, if the differences between the subject matter sought to be patented and
> the prior art are such that the subject matter as a whole would have been obvious at the time the
> invention was made to a person having ordinary skill in the art to which said subject matter pertains.
> Patentability shall not be negatived by the manner in which the invention was made.

4.    Claims 1-5, 7 and 8 are rejected under 35 U.S.C. 103(a) as being unpatentable

over U.S. Pub. No. 2008/0256187 ("Kay"), and further in view of U.S. Pub. No.

2005/0262026 ("Watkins").


5.    Regarding claims 1 and 2, Kay teaches one or more computer-readable storage

media, storing processor-executable instructions that, when executed on a processor,

Application/Control Number: 12/637,673                                      Page 3
Art Unit: 2452

configure a processor to perform acts for Uniform Resource Locator (URL) wrapping, the acts comprising:

receiving an input of a URL for accessing a document available over a network (Fig. 3, "web links," Steps 301-303);

creating a security hash based on the received URL and the characteristic associated with the received URL ("encodes…the original URL… by applying strong encryption…to the combination of the original URL plus a small checksum," ¶ [0052]); and

outputting a wrapped URL ("then wraps…the encoded URL within a URL that identifies the web server," ¶ [0052]).

Kay fails to explicitly teach a wrapped URL comprising the received URL, the characteristic associated with the received URL, and the security hash; and validating the wrapped URL has not been tampered with based at least in part upon authenticating the wrapped URL with the security hash. Watkins teaches determining a characteristic associated with a URL ("website that referred the customer," ¶ [0089]; also ¶ [0101]), creating a hash based on the URL and the characteristic of the URL ("MD5 hash value of the entire URL...including the parameters (but excluding the hash parameter itself)," ¶ [0090]); outputting a wrapped URL comprising the received URL, the characteristic associated with the received URL, and the security hash (URL under ¶ [0084] on p. 7); and validating the wrapped URL has not been tampered with based at least in part upon authenticating the wrapped URL with the security hash ("any modification to the URL or any parameter would result in the hash being rendered invalid" ¶ [0090]). It would have

Application/Control Number: 12/637,673                                    Page 4
Art Unit: 2452

been obvious to one of ordinary skill in the art at the time of applicant's invention to

wrap a URL as taught by Watkins in order to prevent tampering of the URL and

associated URL parameters.


6.      Regarding claim 3, Kay-Watkins teaches the invention as described in claim 1,

including that the characteristic associated with the received URL comprises an

identifier of a user who originally posted the received URL, a location on the network

where the received URL was posted, a container identifier of a container where the

received URL was posted, and/or context information comprising a session identifier

(Watkins: "website that referred the customer," ¶ [0089]; also ¶ [0101]).


7.      Regarding claim 4, Kay-Watkins teaches the invention as described in claim 1,

including that the characteristic associated with the received URL comprises a unique

identifier for back-end reputation look-up and/or back-end additional characteristic look-

up (Kay: "can further review the URL on the basis of…Domains…username," ¶¶ [0035]-

[0040]).


8.      Regarding claim 5, Kay-Watkins teaches the invention as described in claim 1,

including determining that a received URL is an untrusted URL (Kay: Fig. 3, "Score

exceeds threshold"); and outputting the wrapped URL based on the determination that

the received URL is an untrusted URL (Kay: Fig. 3, 311-315; and Fig. 4).

Application/Control Number: 12/637,673                                     Page 5
Art Unit: 2452

9.      Regarding claim 7, Kay-Watkins teaches the invention as described in claim 1,

including that the wrapped URL further comprises a redirection service and/or

shortened URL (Kay: "if it exceeds a specified length," ¶ [0053]).


10.     Regarding claim 8, Kay-Watkins teaches the invention as described in claim 1,

including that the characteristic associated with the received URL comprises an

identifier associated with a person or application which posted the received URL

(Watkins: "website that referred the customer," ¶ [0089]; also ¶ [0101]).


11.     Claim 6 is rejected under 35 U.S.C. 103(a) as being unpatentable over Kay-

Watkins as applied to claim 1 above, and further in view of U.S. Pub. No. 2007/0050716

("Leahy").


12.     Regarding claim 6, Kay-Watkins teaches the invention as described in claim 1,

but fails to teach outputting an error message when the received URL is a malformed

URL, a non-URL, a null URL, a URL of an un-supported Uniform Resource Identifier

(URI) schema, and/or a URL with a length longer than a predetermined length. Leahy

teaches returning an error when a URL is malformed (¶ [0049]). It would have been

obvious to one of ordinary skill in the art at the time of applicant's invention to return an

error as taught by Leahy in order to inform the user of an error in the URL they have

entered.

Application/Control Number: 12/637,673                                    Page 6
Art Unit: 2452

13.     Claim 21 is rejected under 35 U.S.C. 103(a) as being unpatentable over Kay-Watkins as applied to claim 1 above, and further in view of U.S. Pub. No. 2008/0196099 ("Shastri").

14.     Regarding claim 21, Kay-Watkins teaches the invention as described in claim 1 above, including excluding from URL wrapping URL's in emails that do not exceed a threshold score (Kay: Fig. 3, Score exceeds threshold? N). Kay teaches that this may take into account whether the URL appears on a whitelist (Kay: [0048]).

        Kay fails to teach including in-network URLs in a whitelist. Shastri teaches including a company's intranet URLs in a whitelist (¶ [0159]). It would have been obvious to one of ordinary skill in the art to include intranet URL's in a whitelist as taught by Shastri because these URLs are known non-malicious URLs.

15.     Claims 9, 11, 12, and 15-17 are rejected under 35 U.S.C. 103(a) as being unpatentable over Kay, and further in view of Watkins, U.S. Pub. No. 2008/0109473 ("Dixon"), U.S. Pub. No. 2011/0126259 ("Krishnamurthi") and Shastri.

16.     Regarding claim 9, Kay teaches a system comprising:
        memory and a processor (Fig. 2);
        a redirection server interface module (Fig. 2, URL software component 207), stored in the memory and executable on the processor, configured to receive a request for handling a wrapped URL (Fig. 5, Step 501); and

Application/Control Number: 12/637,673                                      Page 7
Art Unit: 2452

a URL validation/verification module (Fig. 2, URL software component 207),
stored in the memory and executable on the processor, configured to ensure that the
received wrapped URL has not been tampered with based at least in part upon
authenticating the wrapped URL with the security hash ("encoding the original
URL...insures the second URL from tampering," ¶ [0052]).

Kay fails to teach that the received wrapped URL comprises the destination URL,
a characteristic of the destination URL, and security hash. Watkins teaches a wrapped
URL comprises the destination URL, a characteristic of the destination URL ("website
that referred the customer," ¶ [0089]), and security hash (URL under ¶ [0084] on p. 7).
Watkins also teaches validating the wrapped URL has not been tampered with based at
least in part upon authenticating the wrapped URL with the security hash ("any
modification to the URL or any parameter would result in the hash being rendered
invalid" ¶ [0090]). It would have been obvious to one of ordinary skill in the art at the
time of applicant's invention to wrap a URL as taught by Watkins in order to prevent
tampering of the URL and associated URL parameters.

Kay-Watkins fails to teach a reputation lookup module, stored in the memory and
executable on the processor, configured to determine a reputation rating of a
destination URL; a redirection logic module, stored in the memory and executable on
the processor, configured to output a confidence score and/or a redirection decision
based on validity of the received wrapped URL, the reputation rating of the destination
URL, and/or a characteristic of the destination URL; a telemetry service module, stored
in the memory and executable on the processor, configured to receive click-through

Application/Control Number: 12/637,673                                                Page 8
Art Unit: 2452

telemetry information from an interstitial page; and a logging module, stored in the

memory and executable on the processor, configured to create a telemetry report based

on the click-through telemetry information. Dixon teaches a reputation lookup module

("reputation service host 112," ¶ [0097]), stored in the memory and executable on the

processor (¶ [0097]), configured to determine a reputation rating of a destination URL

("address request may be analyzed...to identify the reputation of the site," ¶ [0139]); a

redirection logic module ("reputation service host 112," ¶ [0097]), stored in the memory

and executable on the processor, configured to output a confidence score and/or a

redirection decision ("provide an alert, caution, warning, recommendation," ¶ [0139])

based on validity of the received wrapped URL, the reputation rating of the destination

URL, and/or a characteristic of the destination URL ("reputation of the site, content and

the like," ¶ [0139]); a telemetry service module ("reputation service host 112," ¶ [0097]),

stored in the memory and executable on the processor, configured to receive click-

through telemetry information ("implicit or explicit feedback may be collected when a

user overrides a system-generated warning message," ¶ [0173]) from an interstitial

page ("alert…such as a caution pop-up," ¶ [0139]; also Figs. 7, 8, and 12-17); and a

logging module ("reputation service host 112," ¶ [0097]), stored in the memory and

executable on the processor, configured to create a telemetry report based on the click-

through telemetry information ("implicit or explicit feedback may be collected when a

user overrides a system-generated warning message," ¶ [0173]).

    Kay-Watkins-Dixon fails to teach logging the display of warnings and alerts (i.e.,

redirection decisions). Kirshnamurthi teaches logging recommendations, alerts, or

Application/Control Number: 12/637,673                                    Page 9
Art Unit: 2452

warnings (i.e., redirection decisions) (¶ [0047]). It would have been obvious to one of

ordinary skill in the art at the time of applicant's invention to log warnings and alerts as

taught by Kirshnamurthi in order to facilitate system administration.

Kay-Watkins-Dixon-Krishnamurthi fails to teach a policy module configured to

exclude URLs on a same network as the URL redirection service from the URL

redirection service and to directly load a destination URL on the same network as the

URL redirection service. While Kay teaches excluding from wrapping URLs in emails

that do not exceed a threshold score (Kay: Fig. 3, Score exceeds threshold? N),

including a URL whitelist (Kay: [0048]), Kay fails to teach including in-network URLs in a

whitelist. In Kay, URLs that are not wrapped are directly loaded when clicked on by a

user. Shastri teaches including a company's intranet URLs in a whitelist (¶ [0159]). It

would have been obvious to one of ordinary skill in the art to include intranet URL's in a

whitelist as taught by Shastri because these URLs are known non-malicious URLs.

Applicant previously argued, See Remarks dated 06/01/2012 p. 12, that the

caution pop-up of Dixon was not an interstitial page. Upon closer examination, the

Office has determined that the term "interstitial page" would include pop-up windows.

> **interstitial** *n.* An Internet ad format that appears in a popup window between Web pages. Interstitial ads download completely before appearing, usually while a Web page the user has chosen is loading. Because interstitial pop-up windows don't appear until the entire ad has downloaded, they often use animated graphics, audio, and other attention-getting multimedia technology that require longer download time.

"Microsoft Computer Dictionary," 2002 Ed. Furthermore, nothing in applicant's original

disclosure precludes interstitial pages from including pop-up windows.

Application/Control Number: 12/637,673                                    Page 10
Art Unit: 2452

17.     Regarding claim 11, Kay-Watkins-Dixon-Krishnamurthi-Shastri teaches the

invention as described in claim 9, including that the characteristic associated with the

destination URL comprises an identifier of a user who originally posted the destination

URL and a location where the destination URL was posted, the user comprising a

human or a machine (Watkins: "website that referred the customer," ¶ [0089]; also ¶

[0101]). Under the broadest reasonable interpretation, the referring website is both the

machine that posted the URL and the location where the URL was posted.


18.     Regarding claim 12, Kay-Watkins-Dixon-Krishnamurthi-Shastri teaches the

invention as described in claim 9, including a shortened/redirected URL handling

module, stored in the memory and executable on the processor, configured to: receive a

shortened URL or a redirected URL (Kay: "Redirect URLs," ¶ [0037]); determine a final

destination URL of the shortened or redirected URL (Kay: "target URL," ¶ [0038]); and

output the final destination URL to the reputation lookup module (Kay: "review the URL

on the basis of…Redirect URLs," ¶¶ [0035], [0037], [0038]).


19.     Regarding claim 15, Kay-Watkins-Dixon-Krishnamurthi-Shastri teaches the

invention as described in claim 9, including that a configuration module, stored in the

memory and executable on the processor, the configuration module configured to

maintain system configuration settings in a system configuration store (Dixon: "parental

controls facility," ¶ [0125]).

Application/Control Number: 12/637,673                                    Page 11
Art Unit: 2452

20.     Regarding claim 16, Kay-Watkins-Dixon-Krishnamurthi-Shastri teaches the

invention as described in claim 9, including that the redirection decision comprising

determining, based on the reputation rating of the destination URL (Dixon:

"factors…used as a basis for assessing the reputation of a site, a page, or a portion

thereof," ¶ [0103]), when to display an interstitial page, the interstitial page comprising

an abuse information page, an unknown information page, or an error information page

(Dixon: Fig. 17).


21.     Regarding claim 17, Kay-Watkins-Dixon-Krishnamurthi-Shastri teaches the

invention as described in claim 9, including that the redirection decision comprising

determining, based on rules applied to the destination URL or a characteristic of the

destination URL (Dixon: "factors…used as a basis for assessing the reputation of a site,

a page, or a portion thereof," ¶ [0103]), when to display an interstitial page (Dixon:

"alert…such as a caution pop-up," ¶ [0139]; also Figs. 7, 8, and 12-17), the interstitial

page comprising an abuse information page, an unknown information page, or an error

information page (Dixon: Fig. 17).


22.     Claims 9, 11, 12, and 15-17 are also rejected under 35 U.S.C. 103(a) as being

unpatentable over Kay, and further in view of Watkins, Dixon, U.S. Pub. No.

2010/0057895 ("Huang") and Shastri.


23.     Regarding claim 9, Kay teaches a system comprising:

Application/Control Number: 12/637,673                                    Page 12
Art Unit: 2452

memory and a processor (Fig. 2);

a redirection server interface module (Fig. 2, URL software component 207), stored in the memory and executable on the processor, configured to receive a request for handling a wrapped URL (Fig. 5, Step 501); and

a URL validation/verification module (Fig. 2, URL software component 207), stored in the memory and executable on the processor, configured to verify that the received wrapped URL has not been tampered with based at least in part upon authenticating the wrapped URL with the security hash ("encoding the original URL...insures the second URL from tampering," ¶ [0052]).

Kay fails to teach that the received wrapped URL comprises the destination URL, a characteristic of the destination URL, and security hash. Watkins teaches a wrapped URL comprises the destination URL, a characteristic of the destination URL ("website that referred the customer," ¶ [0089]), and security hash (URL under ¶ [0084] on p. 7). Watkins also teaches validating the wrapped URL has not been tampered with based at least in part upon authenticating the wrapped URL with the security hash ("ensuring that the URL...has not been tampered with...MD5 hash value of the entire URL...including the parameters (but excluding the hash parameter itself)," ¶ [0090]). It would have been obvious to one of ordinary skill in the art at the time of applicant's invention to wrap a URL as taught by Watkins in order to prevent tampering of the URL and associated URL parameters.

Kay-Watkins fails to teach a reputation lookup module, stored in the memory and executable on the processor, configured to determine a reputation rating of a

Application/Control Number: 12/637,673                                      Page 13
Art Unit: 2452

destination URL; a redirection logic module, stored in the memory and executable on

the processor, configured to output a confidence score and/or a redirection decision

based on validity of the received wrapped URL, the reputation rating of the destination

URL, and/or a characteristic of the destination URL; a telemetry service module, stored

in the memory and executable on the processor, configured to receive click-through

telemetry information from an interstitial page; and a logging module, stored in the

memory and executable on the processor, configured to create a telemetry report based

on the click-through telemetry information. Dixon teaches a reputation lookup module

("reputation service host 112," ¶ [0097]), stored in the memory and executable on the

processor (¶ [0097]), configured to determine a reputation rating of a destination URL

("address request may be analyzed...to identify the reputation of the site," ¶ [0139]); a

redirection logic module ("reputation service host 112," ¶ [0097]), stored in the memory

and executable on the processor, configured to output a confidence score and/or a

redirection decision ("provide an alert, caution, warning, recommendation," ¶ [0139])

based on validity of the received wrapped URL, the reputation rating of the destination

URL, and/or a characteristic of the destination URL ("reputation of the site, content and

the like," ¶ [0139]); a telemetry service module ("reputation service host 112," ¶ [0097]),

stored in the memory and executable on the processor, configured to receive click-

through telemetry information ("implicit or explicit feedback may be collected when a

user overrides a system-generated warning message," ¶ [0173]) from an interstitial

page ("alert...such as a caution pop-up," ¶ [0139]; also Figs. 7, 8, and 12-17); and a

logging module ("reputation service host 112," ¶ [0097]), stored in the memory and

Application/Control Number: 12/637,673                                    Page 14
Art Unit: 2452

executable on the processor, configured to create a telemetry report based on the click-through telemetry information ("implicit or explicit feedback may be collected when a user overrides a system-generated warning message," ¶ [0173]).

Kay-Watkins-Dixon fails to teach logging the display of warnings and alerts (i.e., redirection decisions). Huang teaches logging name and reputation information related to a warning/alert (i.e., redirection decisions) (¶¶ [0060]-[0061]). It would have been obvious to one of ordinary skill in the art at the time of applicant's invention to log reputation information of warnings/alerts as taught by Huang in order to facilitate system administration.

Kay-Watkins-Dixon-Huang fails to teach a policy module configured to exclude URLs on a same network as the URL redirection service from the URL redirection service and to directly load a destination URL on the same network as the URL redirection service. While Kay teaches excluding from wrapping URLs in emails that do not exceed a threshold score (Kay: Fig. 3, Score exceeds threshold? N), including a URL whitelist (Kay: [0048]), Kay fails to teach including in-network URLs in a whitelist. In Kay, URLs that are not wrapped are directly loaded when clicked on by a user. Shastri teaches including a company's intranet URLs in a whitelist (¶ [0159]). It would have been obvious to one of ordinary skill in the art to include intranet URL's in a whitelist as taught by Shastri because these URLs are known non-malicious URLs.

Applicant previously argued, See Remarks dated 06/01/2012 p. 12, that the caution pop-up of Dixon was not an interstitial page. Upon closer examination, the Office has determined that the term "interstitial page" would include pop-up windows.

Application/Control Number: 12/637,673                                    Page 15
Art Unit: 2452

> interstitial *n.* An Internet ad format that appears in a popup window between Web pages. Interstitial ads download completely before appearing, usually while a Web page the user has chosen is loading. Because interstitial pop-up windows don't appear until the entire ad has downloaded, they often use animated graphics, audio, and other attention-getting multimedia technology that require longer download time.

"Microsoft Computer Dictionary," 2002 Ed. Furthermore, nothing in applicant's original disclosure precludes interstitial pages from including pop-up windows.

24.     Regarding claim 11, Kay-Watkins-Dixon-Huang-Shastri teaches the invention as described in claim 9, including that the characteristic associated with the destination URL comprises an identifier of a user who originally posted the destination URL and a location where the destination URL was posted, the user comprising a human or a machine (Watkins: "website that referred the customer," ¶ [0089]; also ¶ [0101]). Under the broadest reasonable interpretation, the referring website is both the machine that posted the URL and the location where the URL was posted.

25.     Regarding claim 12, Kay-Watkins-Dixon-Huang-Shastri teaches the invention as described in claim 9, including a shortened/redirected URL handling module, stored in the memory and executable on the processor, configured to: receive a shortened URL or a redirected URL (Kay: "Redirect URLs," ¶ [0037]); determine a final destination URL of the shortened or redirected URL (Kay: "target URL," ¶ [0038]); and output the final destination URL to the reputation lookup module (Kay: "review the URL on the basis of…Redirect URLs," ¶¶ [0035], [0037], [0038]).

Application/Control Number: 12/637,673                                    Page 16
Art Unit: 2452

26.      Regarding claim 15, Kay-Watkins-Dixon-Huang-Shastri teaches the invention as

described in claim 9, including that a configuration module, stored in the memory and

executable on the processor, the configuration module configured to maintain system

configuration settings in a system configuration store (Dixon: "parental controls

facility…parental control settings," ¶ [0125]).


27.      Regarding claim 16, Kay-Watkins-Dixon-Huang-Shastri teaches the invention as

described in claim 9, including that the redirection decision comprising determining,

based on the reputation rating of the destination URL (Dixon: "factors…used as a basis

for assessing the reputation of a site, a page, or a portion thereof," ¶ [0103]), when to

display an interstitial page, the interstitial page comprising an abuse information page,

an unknown information page, or an error information page (Dixon: Fig. 17).


28.      Regarding claim 17, Kay-Watkins-Dixon-Huang-Shastri teaches the invention as

described in claim 9, including that the redirection decision comprising determining,

based on rules applied to the destination URL or a characteristic of the destination URL

(Dixon: "factors…used as a basis for assessing the reputation of a site, a page, or a

portion thereof," ¶ [0103]), when to display an interstitial page (Dixon: "alert…such as a

caution pop-up," ¶ [0139]; also Figs. 7, 8, and 12-17), the interstitial page comprising an

abuse information page, an unknown information page, or an error information page

(Dixon: Fig. 17).

Application/Control Number: 12/637,673                                        Page 17
Art Unit: 2452

29.     Claims 18, and 19 are rejected under 35 U.S.C. 103(a) as being unpatentable

over Dixon, and further in view of Huang.


30.     Regarding claim 18 Dixon teaches one or more computer-readable storage

media, storing processor-executable instructions that, when executed on a processor,

configure the processor to perform acts for URL Web service calls, the acts comprising:

        receiving a Web service call for a destination URL (Fig. 4, 402; ¶ [0139]);

        determining a redirection decision for the destination URL ('decision may be

made to either provide the requested information...or to provide an alert, caution,

warning...,' ¶ [0139]);

        outputting the redirection decision, wherein if the destination URL is invalid,

abusive, or unknown, the redirection decision directs a user to an interstitial page (Figs.

7, 8, and 12-17); and

        logging the click-through telemetry information from the interstitial page ("implicit

or explicit feedback may be collected when a user overrides a system-generated

warning message," ¶ [0173]).

        Dixon fails to teach logging the display of warnings and alerts (i.e., redirection

decisions). Huang teaches logging name and reputation information related to a

warning/alert (i.e., redirection decisions) (¶¶ [0060]-[0061]). It would have been obvious

to one of ordinary skill in the art at the time of applicant's invention to log reputation

information of warnings/alerts as taught by Huang in order to facilitate system

Application/Control Number: 12/637,673                    Page 18
Art Unit: 2452

administration.

31.     Regarding claim 19, Dixon-Huang teaches the invention as described in claim 18, including that the redirection decision is determined based on a reputation rating of the destination URL (Dixon: "reputation analysis," ¶ [0139]).

32.     Claims 18, and 19 are also rejected under 35 U.S.C. 103(a) as being unpatentable over Dixon, and further in view of Krishnamurthi.

33.     Regarding claim 18 Dixon teaches one or more computer-readable storage media, storing processor-executable instructions that, when executed on a processor, configure the processor to perform acts for URL Web service calls, the acts comprising:

        receiving a Web service call for a destination URL (Fig. 4, 402; ¶ [0139]);

        determining a redirection decision for the destination URL ('decision may be made to either provide the requested information...or to provide an alert, caution, warning...,' ¶ [0139]);

        outputting the redirection decision, wherein if the destination URL is invalid, abusive, or unknown, the redirection decision directs a user to an interstitial page (Figs. 7, 8, and 12-17); and

        logging the click-through telemetry information from the interstitial page ("implicit or explicit feedback may be collected when a user overrides a system-generated warning message," ¶ [0173]).

Application/Control Number: 12/637,673                                      Page 19
Art Unit: 2452

    Dixon fails to teach logging the display of warnings and alerts (i.e., redirection

decisions). Kirshnamurthi teaches logging recommendations, alerts, or warnings (i.e.,

redirection decisions) (¶ [0047]). It would have been obvious to one of ordinary skill in

the art at the time of applicant's invention to log warnings and alerts as taught by

Kirshnamurthi in order to facilitate system administration.

34.    Regarding claim 19, Dixon-Krishnamurthi teaches the invention as described in

claim 18, including that the redirection decision is determined based on a reputation

rating of the destination URL (Dixon: "reputation analysis," ¶ [0139]).

35.    Claims 20 and 23 are rejected under 35 U.S.C. 103(a) as being unpatentable

over Dixon-Huang as applied to claim 18 above, and further in view of Watkins.

36.    Regarding claim 20, Dixon-Huang teaches the invention as described in claim

18, but fails to teach instructions to perform acts comprising wrapping the destination

URL with a characteristic of the destination URL and a security hash, the characteristic

comprising the destination URL, an identifier of a user who originally posted the

destination URL, and/or a location of where the destination URL was posted.

    Watkins teaches wrapping a URL with a characteristic associated with the

received URL, and a security hash (URL under ¶ [0084] on p. 7), the characteristic

comprising the destination URL (¶ [0086]), an identifier of a user who originally posted

Application/Control Number: 12/637,673                                    Page 20
Art Unit: 2452

the destination URL, and/or a location where the destination URL was posted ("website

that referred the customer," ¶ [0089]). It would have been obvious to one of ordinary

skill in the art at the time of applicant's invention to wrap a URL as taught by Watkins in

order to prevent tampering of the URL and associated URL parameters.


37.     Regarding claim 23, Dixon-Huang-Watkins teaches the invention as described in

claim 20 above, including validating that the wrapped URL has not been tampered with

based at least in part upon authenticating the wrapped URL with the security hash

(Watkins: "ensuring that the URL...has not been tampered with...MD5 hash value of the

entire URL...including the parameters (but excluding the hash parameter itself)," ¶

[0090]).


38.     Claims 20 and 23 are also rejected under 35 U.S.C. 103(a) as being

unpatentable over Dixon-Krishnamurthi as applied to claim 18 above, and further in

view of Watkins.


39.     Regarding claim 20, Dixon-Krishnamurthi teaches the invention as described in

claim 18, but fails to teach instructions to perform acts comprising wrapping the

destination URL with a characteristic of the destination URL and a security hash, the

characteristic comprising the destination URL, an identifier of a user who originally

posted the destination URL, and/or a location of where the destination URL was posted.

Application/Control Number: 12/637,673                                    Page 21
Art Unit: 2452

Watkins teaches wrapping a URL with a characteristic associated with the received URL, and a security hash (URL under ¶ [0084] on p. 7), the characteristic comprising the destination URL (¶ [0086]), an identifier of a user who originally posted the destination URL, and/or a location where the destination URL was posted ("website that referred the customer," ¶ [0089]). It would have been obvious to one of ordinary skill in the art at the time of applicant's invention to wrap a URL as taught by Watkins in order to prevent tampering of the URL and associated URL parameters.

40.     Regarding claim 23, Dixon-Krishnamurthi-Watkins teaches the invention as described in claim 20 above, including validating that the wrapped URL has not been tampered with based at least in part upon authenticating the wrapped URL with the security hash (Watkins: "ensuring that the URL...has not been tampered with...MD5 hash value of the entire URL...including the parameters (but excluding the hash parameter itself)," ¶ [0090]).

41.     Claim 22 is rejected under 35 U.S.C. 103(a) as being unpatentable over Dixon-Huang as applied to claim 20 above, and further in view of Kay and Shastri.

42.     Regarding claim 22, Dixon-Huang teaches the invention as described in claim 20 above, but fails to teach excluding in-network URLs from URL wrapping and directly loading the destination URL.

Application/Control Number: 12/637,673                                    Page 22
Art Unit: 2452

Kay teaches excluding from URL wrapping URL's in emails that do not exceed a threshold score (Kay: Fig. 3, Score exceeds threshold? N). URLs that are not wrapped are directly loaded when clicked on by a user. Kay teaches that this may take into account whether the URL appears on a whitelist (Kay: [0048]). It would have been obvious to one of ordinary skill in the art to exclude whitelisted URLs from URL wrapping as taught by Kay because these URLs are deemed to be low risk.

Shastri teaches including a company's intranet URLs in a whitelist (¶ [0159]). It would have been obvious to one of ordinary skill in the art to include intranet URL's in a whitelist as taught by Shastri because these URLs are known non-malicious URLs.

43.    Claim 22 is also rejected under 35 U.S.C. 103(a) as being unpatentable over Dixon-Krishnamurthi as applied to claim 20 above, and further in view of Kay and Shastri.

44.    Regarding claim 22, Dixon-Krishnamurthi teaches the invention as described in claim 20 above, but fails to teach excluding in-network URLs from URL wrapping and directly loading the destination URL.

Kay teaches excluding from URL wrapping URL's in emails that do not exceed a threshold score (Kay: Fig. 3, Score exceeds threshold? N). URLs that are not wrapped are directly loaded when clicked on by a user. Kay teaches that this may take into account whether the URL appears on a whitelist (Kay: [0048]). It would have been

Application/Control Number: 12/637,673                                       Page 23
Art Unit: 2452

obvious to one of ordinary skill in the art to exclude whitelisted URLs from URL

wrapping as taught by Kay because these URLs are deemed to be low risk.

Shastri teaches including a company's intranet URLs in a whitelist (¶ [0159]). It

would have been obvious to one of ordinary skill in the art to include intranet URL's in a

whitelist as taught by Shastri because these URLs are known non-malicious URLs.


### *Response to Arguments*

45.     Applicant's arguments filed 03/28/13 have been fully considered but they are not

persuasive.

A.     Applicant's arguments, see Remarks p. 9, filed 03/28/13, with respect to

rejections under § 112 have been fully considered and are persuasive.  The

rejection under § 112 of claim 11 has been withdrawn.

B.     Applicant's arguments, see Remarks pp. 10-14, filed 03/28/13, with

respect to the rejection(s) of claim(s) 1-8 under § 103 have been fully considered

and are persuasive.  Therefore, the rejection has been withdrawn.  However,

upon further consideration, a new ground(s) of rejection is made in view of

Watkins.

C.     Applicant's arguments, see Remarks pp. 14-17, filed 03/28/13, with

respect to the rejection(s) of claim(s) 9, 11, 12, and 15-17 under § 103 have been

fully considered and are persuasive.  Therefore, the rejection has been

withdrawn.  However, upon further consideration, a new ground(s) of rejection is

made in view of Watkins.

Application/Control Number: 12/637,673                                    Page 24
Art Unit: 2452

D.      Applicant's arguments, see Remarks pp. 17-18, filed 03/28/13, with respect to the rejection(s) of claim(s) 18 and 19 under § 103 have been fully considered and are persuasive.  Therefore, the rejection has been withdrawn. However, upon further consideration, a new ground(s) of rejection is made in view of Dixon in view of Huang or Krishnamurthi. In particular, Applicant previously argued, See Remarks dated 06/01/2012 p. 12, that the caution pop-up of Dixon was not an interstitial page. Upon closer examination, the Office has determined that the term "interstitial page" would include pop-up windows.

interstitial *n.* An Internet ad format that appears in a popup window between Web pages. Interstitial ads download completely before appearing, usually while a Web page the user has chosen is loading. Because interstitial pop-up windows don't appear until the entire ad has downloaded, they often use animated graphics, audio, and other attention-getting multimedia technology that require longer download time.

"Microsoft Computer Dictionary," 2002 Ed. Furthermore, nothing in applicant's original disclosure precludes interstitial pages from including pop-up windows. As such, it has been determined that Dixon teaches redirecting the user to an interstitial page, and logging click-through (i.e., user override) telemetry information from the interstitial page.

E.      Applicant's arguments, see Remarks pp. 18-20, filed 03/28/13, with respect to the rejection(s) of claim(s) 20-23 under § 103 have been fully considered and are persuasive.  Therefore, the rejection has been withdrawn. However, upon further consideration, a new ground(s) of rejection is made in view of Watkins.

Application/Control Number: 12/637,673                                    Page 25
Art Unit: 2452

### *Conclusion*

Any inquiry concerning this communication or earlier communications from the examiner should be directed to JULIAN CHANG whose telephone number is (571)272-8631. The examiner can normally be reached on Monday thru Friday 9AM to 5PM.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, THU NGUYEN can be reached on (571) 272-6967. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/J. C./
Examiner, Art Unit 2452

/Patrice L Winder/
Primary Examiner, Art Unit 2452

| *Notice of References Cited* | Application/Control No. 12/637,673 | Applicant(s)/Patent Under Reexamination BHATAWDEKAR ET AL. | |
|---|---|---|---|
| | Examiner JULIAN CHANG | Art Unit 2452 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-2005/0262026 A1 | 11-2005 | Watkins, Daniel Robert | 705/067 |
| * | B | US-2008/0109473 A1 | 05-2008 | Dixon et al. | 707/102 |
| * | C | US-2008/0114709 A1 | 05-2008 | Dixon et al. | 706/013 |
| * | D | US-2010/0057895 A1 | 03-2010 | Huang, Yuming | 709/222 |
| * | E | US-7,797,421 B1 | 09-2010 | Scofield et al. | 709/224 |
| * | F | US-2010/0223251 A1 | 09-2010 | Adelman et al. | 707/706 |
| * | G | US-2010/0332837 A1 | 12-2010 | OSTERWALDER, CYRILL | 713/172 |
| * | H | US-2011/0030058 A1 | 02-2011 | Ben-Itzhak et al. | 726/24 |
| * | I | US-2011/0126259 A1 | 05-2011 | Krishnamurthi et al. | 726/1 |
| * | J | US-2011/0126289 A1 | 05-2011 | Yue et al. | 726/26 |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | Jain, R., N. Jain, and S. Nandi. "Secure Group Browsing." (2003). |
| | V | Garuba, Moses, and Jiang Li. "Preventing parameterized vulnerability in Web based applications." Information Technology, 2007. ITNG'07. Fourth International Conference on. IEEE, 2007. |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

| *Index of Claims* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 12637673 | BHATAWDEKAR ET AL. |
| | Examiner | Art Unit |
| | JULIAN CHANG | 2452 |

| ✓ | Rejected | - | Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

☐ **Claims renumbered in the same order as presented by applicant**   ☐ CPA   ☐ T.D.   ☐ R.1.47

| CLAIM | | DATE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 01/19/2012 | 09/14/2012 | 09/20/2013 | | | | | |
| | 1 | ✓ | ✓ | ✓ | | | | | |
| | 2 | ✓ | ✓ | ✓ | | | | | |
| | 3 | ✓ | ✓ | ✓ | | | | | |
| | 4 | ✓ | ✓ | ✓ | | | | | |
| | 5 | ✓ | ✓ | ✓ | | | | | |
| | 6 | ✓ | ✓ | ✓ | | | | | |
| | 7 | ✓ | ✓ | ✓ | | | | | |
| | 8 | ✓ | ✓ | ✓ | | | | | |
| | 9 | ✓ | ✓ | ✓ | | | | | |
| | 10 | ✓ | - | - | | | | | |
| | 11 | ✓ | ✓ | ✓ | | | | | |
| | 12 | ✓ | ✓ | ✓ | | | | | |
| | 13 | ✓ | - | - | | | | | |
| | 14 | ✓ | - | - | | | | | |
| | 15 | ✓ | ✓ | ✓ | | | | | |
| | 16 | ✓ | ✓ | ✓ | | | | | |
| | 17 | ✓ | ✓ | ✓ | | | | | |
| | 18 | ✓ | ✓ | ✓ | | | | | |
| | 19 | ✓ | ✓ | ✓ | | | | | |
| | 20 | ✓ | ✓ | ✓ | | | | | |
| | 21 | | ✓ | ✓ | | | | | |
| | 22 | | ✓ | ✓ | | | | | |
| | 23 | | ✓ | ✓ | | | | | |

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 12637673 | BHATAWDEKAR ET AL. |
| | **Examiner** | **Art Unit** |
| | JULIAN CHANG | 2452 |

## CPC- SEARCHED

| Symbol | Date | Examiner |
|---|---|---|
| | | |

## CPC COMBINATION SETS  - SEARCHED

| Symbol | Date | Examiner |
|---|---|---|
| | | |

## US CLASSIFICATION SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| 709 | 217,219,245 | 1/19/2012 | JC |

## SEARCH NOTES

| Search Notes | Date | Examiner |
|---|---|---|
| east search | 9/20/2013 | JC |
| assignee/inventor search with text | 9/20/2013 | JC |
| class search with text | 1/19/2012 | JC |
| google scholar search | 1/19/2012 | JC |

## INTERFERENCE SEARCH

| US Class/ CPC Symbol | US Subclass / CPC Group | Date | Examiner |
|---|---|---|---|
| | | | |

| /J.C./ Examiner.Art Unit 2452 | |
|---|---|

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

12637673 - GAU: 2452

PTO/SB/08a (01-10)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

## INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | 12637673 |
| Filing Date | 2009-12-14 |
| First Named Inventor | Ameya S. Bhatawdekar |
| Art Unit | 2452 |
| Examiner Name | Julian Chang |
| Attorney Docket  Number | MS1-4927US |

### U.S.PATENTS

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button.

### U.S.PATENT APPLICATION PUBLICATIONS

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button.

### FOREIGN PATENT DOCUMENTS

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | ☐ |

If you wish to add additional Foreign Patent Document citation information please click the Add button

### NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH.  /JC/

| | |
|---|---|
| Application Number | 12637673 |
| Filing Date | 2009-12-14 |
| First Named Inventor | Ameya S. Bhatawdekar |
| Art Unit | 2452 |
| Examiner Name | Julian Chang |
| Attorney Docket Number | MS1-4927US |

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**
( Not for submission under 37 CFR 1.99)

12637673 - GAU: 2452

| | 1 | Office action for US Patent Application 12/859,679, mailed on 5/7/13, Colvin et al., "Reputation-based Safe Access User Experience", 14 pages. | ☐ |
|---|---|---|---|

If you wish to add additional non-patent literature document citation information please click the Add button

**EXAMINER SIGNATURE**

| Examiner Signature | /Julian Chang/ | Date Considered | 10/19/2013 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through a citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document.  [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH.  /JC/

12637673 - GAU: 2452

| | |
|---|---|
| Application Number | 12637673 |
| Filing Date | 2009-12-14 |
| First Named Inventor | Ameya S. Bhatawdekar |
| Art Unit | 2452 |
| Examiner Name | Julian Chang |
| Attorney Docket Number | MS1-4927US |

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

☐ That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐ See attached certification statement.

☐ The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒ A certification statement is not submitted herewith.

## SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Michael Saizan/ | Date (YYYY-MM-DD) | 2013-07-08 |
|---|---|---|---|
| Name/Print | Michael Robert Saizan | Registration Number | 65013 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /JC/

12637673 - GAU: 2452

Doc code: IDS                                                                    PTO/SB/08a (01-10)
Doc description: Information Disclosure Statement (IDS) Filed                      Approved for use through 07/31/2012. OMB 0651-0031
                                                                                 U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | 12637673 |
| Filing Date | 2009-12-14 |
| First Named Inventor | Ameya S. Bhatawdekar |
| Art Unit | 2452 |
| Examiner Name | Julian Chang |
| Attorney Docket Number | MS1-4927US |

### U.S.PATENTS

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 7966553 | | 2011-06-21 | Iverson | |

If you wish to add additional U.S. Patent citation information please click the Add button.

### U.S.PATENT APPLICATION PUBLICATIONS

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 20070208613 | A1 | 2007-09-06 | Backer; Alejandro | |
| | 2 | 20110004693 | A1 | 2011-01-06 | Rehfuss; Paul S. | |
| | 3 | 20110191849 | A1 | 2011-08-04 | Jayaraman; Shankar;  et al. | |

If you wish to add additional U.S. Published Application citation information please click the Add button.

### FOREIGN PATENT DOCUMENTS

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | ☐ |

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH.  /JC/

12637673 - GAU: 2452

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 12637673 |
| --- | --- | --- |
| | Filing Date | 2009-12-14 |
| | First Named Inventor | Ameya S. Bhatawdekar |
| | Art Unit | 2452 |
| | Examiner Name | Julian Chang |
| | Attorney Docket Number | MS1-4927US |

| If you wish to add additional Foreign Patent Document citation information please click the Add button |
| --- |

**NON-PATENT LITERATURE DOCUMENTS**

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
| --- | --- | --- | --- |
| | 1 | Office action for US Patent Application 12/859,679, mailed on 8/8/12, Colvin et al., "Reputation-based Safe Access User Experience", 15 pages. | ☐ |

| If you wish to add additional non-patent literature document citation information please click the Add button |
| --- |

**EXAMINER SIGNATURE**

| Examiner Signature | /Julian Chang/ | Date Considered | 10/19/2013 |
| --- | --- | --- | --- |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /JC/

| | |
|---|---|
| Application Number | 12637673 |
| Filing Date | 2009-12-14 |
| First Named Inventor | Ameya S. Bhatawdekar |
| Art Unit | 2452 |
| Examiner Name | Julian Chang |
| Attorney Docket Number | MS1-4927US |

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**
( Not for submission under 37 CFR 1.99)

12637673 - GAU: 2452

---

**CERTIFICATION STATEMENT**

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

☐ That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐ See attached certification statement.

☐ The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒ A certification statement is not submitted herewith.

**SIGNATURE**

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Michael Saizan/ | Date (YYYY-MM-DD) | 2013-03-28 |
|---|---|---|---|
| Name/Print | Michael Robert Saizan | Registration Number | 65013 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /JC/

**EAST Search History**

**EAST Search History (Prior Art)**

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|-------|------|--------------|-----|------------------|---------|------------|
| L2 | 4 | (("7966553") or ("20070208613") or ("20110004693") or ("20110191849")).PN. | US-PGPUB; USPAT; USOCR | OR | OFF | 2013/10/19 14:49 |
| L3 | 11 | ((microsoft msft).as. (bhatawdekar with ameya iverson with kristofer haber with elliott scarrow with john chad with mills).in.) and ((URL wrapped link hyperlink locator uri) with hash$4).clm. and (validat$4 tamper$4 authentic$6) with hash$4 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/19 14:54 |
| S1 | 806 | (short shortened) near3 URL and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 15:58 |
| S2 | 818 | (short shortened tiny) near3 URL and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 15:58 |
| S3 | 52 | (short shortened tiny) near3 URL same redirect$4 and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 15:58 |
| S4 | 10 | (short shortened tiny) near3 URL same redirect$4 and (reputation phishing) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 15:59 |
| S5 | 9 | (short shortened tiny redirection) near URL with (trust$4 trustworth$6 reputation phishing) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 16:02 |
| S6 | 17 | (short shortened tiny redirection) near URL same (trust$4 trustworth$6 reputation ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; | OR | ON | 2012/01/19 16:03 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | DERWENT;<br>IBM_TDB | | | |
| S7 | 9 | tinyurl same (trust$4 trustworth$6 reputation ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/01/19<br>16:04 |
| S8 | 0 | (short shortened) adj url same (trust$4 trustworth$6 reputation ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/01/19<br>16:04 |
| S9 | 64 | (short shortened) near3 (address url locator) same (trust$4 trustworth$6 reputation ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/01/19<br>16:04 |
| S10 | 11 | (short shortened) near3 (address url locator) with (trust$4 trustworth$6 reputation ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/01/19<br>16:05 |
| S11 | 1 | ("20100268739").PN. | US-PGPUB;<br>USPAT | OR | OFF | 2012/01/19<br>16:15 |
| S12 | 0 | ("2010/0268739").URPN. | USPAT | OR | ON | 2012/01/19<br>16:15 |
| S13 | 4 | ((("20080307044") or ("20070124500") or ("20070124499") or ("20070124414")).PN. | US-PGPUB;<br>USPAT | OR | OFF | 2012/01/19<br>16:16 |
| S14 | 16 | (short shortened compress$4 tiny) near3 (address url locator) with (trust$4 trustworth$6 reputation ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/01/19<br>16:19 |
| S15 | 69 | (short shortened compress$4 tiny) near3 (address url locator) same (trust$4 trustworth$6 reputation ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/01/19<br>16:20 |
| S16 | 8 | (short shortened compress$4 tiny) near3 (url) same (trust$4 trustworth$6 reputation ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/01/19<br>16:20 |
| S17 | 9 | tinyurl and phishing and (@ad<"20091214" @rlad<"20091214") | US-PGPUB;<br>USPAT; | OR | ON | 2012/01/19<br>16:22 |

| | | | USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | | | |
|---|---|---|---|---|---|---|
| S18 | 23 | (short shortened tiny redirection alias$4) near URL same (trust$4 trustworth$6 reputation ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/01/19<br>16:34 |
| S19 | 84 | (short shortened tiny redirect$4 alias$4 shortening) near4 URL same (trust$4 trustworth$6 reputation ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/01/19<br>16:34 |
| S20 | 0 | (13/175812).APP. | USPAT;<br>USOCR | OR | ON | 2012/01/19<br>16:39 |
| S21 | 0 | ("2011/0258201").URPN. | USPAT | OR | ON | 2012/01/19<br>16:39 |
| S22 | 0 | (short shortened tiny shortening) near4 URL and warning with trust$4 and (@ad<"20091214" @rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/01/19<br>16:48 |
| S23 | 1 | ((short shortened tiny shortening compress$4 alias$4) near2 URL tinyurl bitly) and warning with trust$4 and (@ad<"20091214" @rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/01/19<br>16:48 |
| S24 | 1 | ((short shortened tiny shortening compress$4 alias$4) near2 URL tinyurl bitly) and warn$4 with trust$4 and (@ad<"20091214" @rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/01/19<br>16:48 |
| S25 | 3 | ((short shortened tiny shortening compress$4 alias$4) near2 URL tinyurl bitly) and match$4 same warn$4 and (@ad<"20091214" @rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/01/19<br>16:49 |
| S26 | 68 | ((short shortened tiny shortening compress$4 alias$4) near2 URL tinyurl bitly) and (spam$4 phishing) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/01/19<br>16:50 |
| S27 | 80 | ((short shortened tiny shortening compress$4 alias$4 redirect$4) near2 URL | US-PGPUB;<br>USPAT; | OR | ON | 2012/01/19<br>16:50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | tinyurl bitly) and warn$4 and (spam phishing) and (@ad<"20091214" @rlad<"20091214") | USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
| S28 | 16 | reputation same redirect$4 with url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:13 |
| S29 | 4 | bea.as. and compress$4 with url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:17 |
| S30 | 43 | (shorten$4 short compress$4) near2 url and (session near2 (identifier id) sessionid) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:18 |
| S31 | 18 | (shorten$4 short compress$4) near2 url same (session near2 (identifier id) sessionid) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:19 |
| S32 | 0 | website with reputation same session and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:25 |
| S33 | 71 | ((url website) with reputation).ab. and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:25 |
| S34 | 11 | reputation with (website URL link hyperlink) same post$4 with identity and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:27 |
| S35 | 0 | reputation with (website URL link hyperlink) same post$4 with where and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:28 |

| S36 | 0 | trust$4 with (website URL link hyperlink) same post$4 with where and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:28 |
| S37 | 2 | trust$4 with (website URL link hyperlink) same post$4 with identity and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:28 |
| S38 | 200 | (reputation safe trust$4) with (website URL link hyperlink) and post$4 with identity and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:29 |
| S39 | 118 | (reputation safe trust$4) with (website URL link hyperlink) and post$4 near5 identity and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:29 |
| S40 | 36 | (reputation safe trust$4) near5 (website URL link hyperlink) and post$4 near5 identity and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:29 |
| S41 | 286 | (reputation safe trust$4) near5 (website URL link hyperlink) same identity and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:29 |
| S42 | 225 | (reputation safe trust$4) near5 (URL link hyperlink) same identity and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:30 |
| S43 | 29 | (reputation) near5 (URL link hyperlink) same identity and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:31 |
| S44 | 8 | (("6571256") or ("7580982") or ("7831915") or ("7870203") or ("20030028762") or ("20030097591") or ("20060218403") or ("20070118898")).PN. | US-PGPUB; USPAT | OR | OFF | 2012/01/19 17:45 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S45 | 20 | (("6367012") or ("6745367") or ("6892178") or ("7562304") or ("20030018585") or ("20030188019") or ("20040122926") or ("20040210602") or ("20060015722") or ("20060253580") or ("20060253582") or ("20070011603") or ("20070078699") or ("20070162349") or ("20070192855") or ("20070250916") or ("20080022384") or ("20080243920") or ("20080288278") or ("20090076994")).PN. | US-PGPUB; USPAT | OR | OFF | 2012/01/19 17:50 |
| S46 | 8 | (("5572643") or ("6819336") or ("7003522") or ("7107530") or ("20050050470") or ("20060095404") or ("20060253584") or ("20070011603")).PN. | US-PGPUB; USPAT | OR | OFF | 2012/01/19 18:03 |
| S47 | 30 | reputation with (URL link hyperlink) and (@ad<"20091214" @rlad<"20091214") and (709/217,219,245).ccls. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 19:01 |
| S48 | 0 | ((wrap$4 short$4 tiny) with (URL URI address locator)).ccls. and (microsoft.as. (bhatawdekar with ameya iverson with kristofer).in.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 19:04 |
| S49 | 0 | ((wrap$4 short$4 tiny) with (URL URI address locator)).ccls. and (microsoft.as. (bhatawdekar with ameya iverson with kristofer mills with chad scarrow with john haber with elliott).in.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 19:04 |
| S50 | 47 | ((wrap$4 short$4 tiny) with (URL URI address locator)).clm. and (microsoft.as. (bhatawdekar with ameya iverson with kristofer mills with chad scarrow with john haber with elliott).in.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 19:05 |
| S51 | 1 | ((wrap$4 short$4 tiny) with (URL URI address locator) and reputation).clm. and (microsoft.as. (bhatawdekar with ameya iverson with kristofer mills with chad scarrow with john haber with elliott).in.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 19:05 |
| S52 | 3 | ((wrap$4 short$4 tiny) with (URL URI address locator) and hash$4).clm. and (microsoft.as. (bhatawdekar with ameya iverson with kristofer mills with chad scarrow with john haber with elliott).in.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 19:05 |
| S53 | 16 | (reputation with (URL URI address locator)).clm. and (microsoft.as. (bhatawdekar with ameya iverson with | US-PGPUB; USPAT; USOCR; | OR | ON | 2012/01/19 19:06 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | kristofer mills with chad scarrow with john haber with elliott).in.) | FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
| S54 | 9 | (reputation with (url)).clm. and (microsoft.as. (bhatawdekar with ameya iverson with kristofer mills with chad scarrow with john haber with elliott).in.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 19:06 |
| S55 | 21 | ((wrap$4 short$4 tiny) near3 (URL URI address locator)).clm. and (microsoft.as. (bhatawdekar with ameya iverson with kristofer mills with chad scarrow with john haber with elliott).in.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 19:07 |
| S56 | 14 | ((wrapped wrapping short$4 tiny) near3 (URL URI address locator)).clm. and (microsoft.as. (bhatawdekar with ameya iverson with kristofer mills with chad scarrow with john haber with elliott).in.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 19:08 |
| S57 | 14 | dynamic with parameter same refer$4 near3 (website domain) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:27 |
| S58 | 40 | dynamic with parameter same refer$4 near3 (website domain url) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:27 |
| S59 | 8 | dynamic near4 parameter same refer$4 near3 (website domain url) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:28 |
| S60 | 337 | dynamic near4 parameter same post$4 and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:30 |
| S61 | 84 | dynamic near4 parameter with post$4 and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:30 |
| S62 | 0 | dynamic near4 parameter with post$4 | US-PGPUB; | OR | ON | 2012/01/21 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | same url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | | 14:30 |
| S63 | 0 | dynamic near4 (parameter query) with post$4 same url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:30 |
| S64 | 1248 | (parameter query string) with post$4 same url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:31 |
| S65 | 235 | (query with string) with post$4 same url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:31 |
| S66 | 0 | (query with string)with dynamic with post$4 same url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:31 |
| S67 | 43 | (query with string)with parameter with post$4 same url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:31 |
| S68 | 53 | (query with string)with parameter with (poster posted posting refer$4) same url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:32 |
| S69 | 51 | (query adj string)with parameter with (poster posted posting refer$4) same url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:32 |
| S70 | 0 | (query adj string)with parameter with (poster posted posting refer$4) same url and (@ad<"20091214" @rlad<"20091214") and reputation | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; | OR | ON | 2012/01/21 14:32 |

| S71 | 51 | (query adj string)with parameter with (poster posted posting refer$4) same url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:33 |
|-----|-----|-----|-----|-----|-----|-----|
| S72 | 132 | (phishing) and redirect$4 with url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:13 |
| S73 | 7 | (phishing) and (deci$4 whether) with redirect$4 with url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:14 |
| S74 | 9 | (phishing) and (safe) with redirect$4 with url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:16 |
| S75 | 2 | (phishing) and (trusted) with redirect$4 with url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:17 |
| S76 | 5 | (reputation) with redirect$4 with url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:17 |
| S77 | 10 | URI with (post$4) with (URL hyperlink link) and reputation and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:36 |
| S78 | 1 | query near2 (parameter string) with (post$4) with (URL hyperlink link) and reputation and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:40 |
| S79 | 0 | query near2 (parameter string) with (poster) with (URL hyperlink link) and reputation and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; | OR | ON | 2012/01/23 13:40 |

| | | | EPO; JPO; DERWENT; IBM_TDB | | | |
|---|---|---|---|---|---|---|
| S80 | 0 | query near2 (parameter string) with (poster posted) with (URL hyperlink link) and reputation and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:40 |
| S81 | 137 | query near2 (parameter string) with (poster posted publish$4 domain) with (URL hyperlink link) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:40 |
| S82 | 35 | query near2 (parameter string) with (poster posted publish$4 ) with (URL hyperlink link) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:40 |
| S83 | 0 | query near2 (parameter string) with (poster posted publish$4 ) with redirect$4 with (URL hyperlink link) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:41 |
| S84 | 0 | query near2 (parameter string) with (poster posted publish$4 ) same redirect$4 with (URL hyperlink link) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:42 |
| S85 | 3 | query near2 (parameter string) with identity same redirect$4 with (URL hyperlink link) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:42 |
| S86 | 1 | identity with (posted poster publish$4) same redirect$4 with (URL hyperlink link) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:42 |
| S87 | 0 | referer with (compress$4 short$4) with (URL URI locator address link hyperlink) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:45 |
| S88 | 2457 | (identity) with (refer$4 publish$4 poster posted) and (compress$4 short$4) with | US-PGPUB; USPAT; | OR | ON | 2012/01/23 13:45 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | (URL URI locator address link hyperlink) and (@ad<"20091214" @rlad<"20091214") | USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
| S89 | 102 | (identity) with (refer$4 publish$4 poster posted) same (compress$4 short$4) with (URL URI locator address link hyperlink) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:46 |
| S90 | 150 | (identity) with (refer$4 publish$4 poster posted) same (compress$4 short$4 redirect$4) with (URL URI locator address link hyperlink) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:46 |
| S91 | 4 | (identity) with (referer publish$4 poster posted) same (compress$4 short$4 redirect$4) with (URL URI locator address link hyperlink) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:46 |
| S92 | 4 | (identity) with (referring with (website URL) publish$4 poster posted) same (compress$4 short$4 redirect$4) with (URL URI locator address link hyperlink) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:47 |
| S93 | 237 | reputation with (URL URI) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:47 |
| S94 | 60 | reputation with (URL URI) same (identity identifier) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:47 |
| S95 | 1 | ("20070157216").PN. | US-PGPUB; USPAT | OR | OFF | 2012/01/24 08:53 |
| S96 | 44 | (chang with julian).xa. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 14:21 |
| S97 | 16 | error with malform$4 near3 url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; | OR | ON | 2012/01/24 15:39 |

| | | | DERWENT; IBM_TDB | | | |
|---|---|---|---|---|---|---|
| S98 | 0 | (11/804017).APP. | USPAT; USOCR | OR | ON | 2012/01/24 15:46 |
| S99 | 40 | untrusted with (URL) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 15:46 |
| S100 | 8 | (untrusted untrustworthy) with (URL) and URL with (redirect$4 alias compress$4 short$6) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 15:49 |
| S101 | 2 | (untrusted untrustworthy) with (URL) same (wrap$4 append$4 insert$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 15:58 |
| S102 | 21 | (untrusted untrustworthy unknown) with (URL) same (wrap$4 append$4 insert$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 15:59 |
| S103 | 12 | (untrusted untrustworthy unknown) with (URL) with (wrap$4 append$4 insert$4 modif$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 15:59 |
| S104 | 74 | (untrusted untrustworthy unknown) with (URL) with (wrap$4 append$4 insert$4 modif$4 rewrit$4 includ$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 15:59 |
| S105 | 1532 | (untrusted untrustworthy unknown) same (URL locator address) near5 (wrap$4 append$4 insert$4 modif$4 rewrit$4 includ$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:00 |
| S106 | 1565 | (untrusted untrustworthy unknown) same (URL locator address URI) near5 (wrap$4 append$4 insert$4 modif$4 rewrit$4 includ$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:00 |

| S107 | 563 | (untrusted untrustworthy unknown) with (URL locator address URI) near5 (wrap$4 append$4 insert$4 modif$4 rewrit$4 includ$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:00 |
| S108 | 117 | (untrusted untrustworthy) with (URL locator address URI) near5 (wrap$4 append$4 insert$4 modif$4 rewrit$4 includ$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:00 |
| S109 | 18 | (untrusted untrustworthy) with (URL locator URI) near5 (wrap$4 append$4 insert$4 modif$4 rewrit$4 includ$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:01 |
| S110 | 36 | (untrusted untrustworthy) same (URL locator URI) near5 (wrap$4 append$4 insert$4 modif$4 rewrit$4 includ$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:01 |
| S111 | 47 | (untrusted untrustworthy unsafe) same (URL locator URI) near5 (wrap$4 append$4 insert$4 modif$4 rewrit$4 includ$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:02 |
| S112 | 48 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe)) same (URL locator URI) near5 (wrap$4 append$4 insert$4 modif$4 rewrit$4 includ$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:02 |
| S113 | 6 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe)) same (URL locator URI) near5 (wrap$4 append$4 insert$4 modif$4 rewrit$4 ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:03 |
| S114 | 13 | (unknown) with (URL locator) same (URL locator URI) near5 (wrap$4 append$4 insert$4 modif$4 rewrit$4 ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:05 |
| S115 | 2 | (unknown) with (URL locator) same (URL locator URI) near5 (encod$4 ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; | OR | ON | 2012/01/24 16:06 |

| | | | DERWENT; IBM_TDB | | | |
|------|-----|-----|-----|-----|-----|-----|
| S116 | 4 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe)) same (URL locator URI) near5 (encod$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:06 |
| S117 | 340 | (URL locator URI) near5 (encod$4 wrap$4 includ$4 insert$4) with (reputation score) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:07 |
| S118 | 11 | (URL locator URI) near5 (encod$4 wrap$4 insert$4) with (reputation score) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:08 |
| S119 | 4 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe)) same (URL locator URI) with (flag$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:22 |
| S120 | 0 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe)) same (URL locator URI) with (annotat$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:26 |
| S121 | 3 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe)) same (URL locator URI) with (rewrit$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:26 |
| S122 | 7 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe) unknown) same (URL locator URI) with (rewrit$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:26 |
| S123 | 13 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe) unknown) near3 (URL URI locator) and (URL locator URI) with (rewrit$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:27 |
| S124 | 16 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe) unknown) near3 (URL URI locator | US-PGPUB; USPAT; USOCR; | OR | ON | 2012/01/24 16:28 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | address) and (URL locator URI) with (rewrit$4) and (@ad<"20091214" @rlad<"20091214") | FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
| S125 | 9 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe) )\near3 (URL URI locator address) and (URL locator URI) with (rewrit$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:28 |
| S126 | 9 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe) )near3 (URL URI locator address) and (URL locator URI) with (rewrit$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:28 |
| S127 | 15 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe) )near3 (URL URI locator address) and (URL locator URI) with (wrap$4 short$4 alias$4 redirect$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:29 |
| S128 | 8 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe) )near3 (URL URI locator address) and (URL locator URI) with (wrap$4 short$4 tiny) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:30 |
| S129 | 25 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe) )near3 (URL URI locator address) and (URL locator URI) with (mark$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:31 |
| S130 | 34 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe) )near3 (URL URI locator address) and (URL locator URI) with (mark$4 flag$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:32 |
| S131 | 7 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe) unknown) same (URL locator URI) with (rewrit$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:46 |
| S132 | 3 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe) ) same (URL locator URI) with (rewrit$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:48 |
| S133 | 0 | logging with telemetry with (click | US-PGPUB; | OR | ON | 2012/01/24 |

| | | | | USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | | | 17:27 |
|---|---|---|---|---|---|---|---|
| S134 | 0 | logged with telemetry with (click clickthrough) and (@ad<"20091214" @rlad<"20091214") | | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/01/24<br>17:27 |
| S135 | 0 | logged same telemetry with (click clickthrough) and (@ad<"20091214" @rlad<"20091214") | | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/01/24<br>17:28 |
| S136 | 0 | log same telemetry with (click clickthrough) and (@ad<"20091214" @rlad<"20091214") | | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/01/24<br>17:28 |
| S137 | 1 | log$4 same telemetry with (click clickthrough) and (@ad<"20091214" @rlad<"20091214") | | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/01/24<br>17:28 |
| S138 | 5726 | log$4 same telemetry and (@ad<"20091214" @rlad<"20091214") | | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/01/24<br>17:28 |
| S139 | 2801 | log$4 with telemetry and (@ad<"20091214" @rlad<"20091214") | | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/01/24<br>17:28 |
| S140 | 0 | click with through with telemetry and (@ad<"20091214" @rlad<"20091214") | | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/01/24<br>17:29 |
| S141 | 453 | logging near3 telemetry and (@ad<"20091214" @rlad<"20091214") | | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT; | OR | ON | 2012/01/24<br>17:29 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S142 | 0 | logging near3 telemetry same URL and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:29 |
| S143 | 0 | logging near3 telemetry same URl and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:29 |
| S144 | 453 | logging near3 telemetry and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:29 |
| S145 | 30 | (logged logging) with report same (userid user adj ident$6) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:31 |
| S146 | 0 | (logged logging) with report same (userid user adj ident$6) with url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:31 |
| S147 | 25 | (logged logging) with report same (userid user near2 ident$6 user) with url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:31 |
| S148 | 7 | (logged logging) with redirect$4 with decision and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:41 |
| S149 | 45 | reputation with domain with URL and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:52 |
| S150 | 41 | reputation with (website) with (host$4 post$4) with (hyperlink link url uri) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; | OR | ON | 2012/01/24 17:53 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | EPO; JPO; DERWENT; IBM_TDB | | | |
| S151 | 24 | (reputation trust$4 trustworth$5) with (website) with (host$4 posted posting) with (hyperlink link url uri) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:55 |
| S152 | 24 | (reputation trust$4 trustworth$5) with (website) with (host$4 posted posting poster) with (hyperlink link url uri) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:55 |
| S153 | 489 | (reputation trust$4 trustworth$5) same (link hyperlink URL) with (shar$4 publish$4 posted posting poster) with (hyperlink link url uri) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:02 |
| S154 | 650 | (reputation trust$4 trustworth$5 safe unsafe) same (link hyperlink URL) with (shar$4 publish$4 posted posting poster) with (hyperlink link url uri) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:02 |
| S155 | 650 | (reputation trust$4 trustworth$5 safe unsafe) same (link hyperlink URL) with (shar$4 publish$4 posted posting poster) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:03 |
| S156 | 243 | (reputation trust$4 trustworth$5 safe unsafe) same (link hyperlink URL) near3 (shar$4 publish$4 posted posting poster) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:03 |
| S157 | 895 | (reputation trust$4 trustworth$5 safe) same (link hyperlink URL) with (website domain) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:08 |
| S158 | 229 | (reputation trust$4 trustworth$5 safe) with (URL) with (website domain) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:09 |
| S159 | 105 | (reputation trust$4 trustworth$5 safe) near4 (URL) with (website domain) and | US-PGPUB; USPAT; | | | 2012/01/24 18:09 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | (@ad<"20091214" @rlad<"20091214") | USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
| S160 | 12 | (reputation trust$4 trustworth$5 safe) near4 (URL) with (website domain) with (host$4 post$4 publish$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:09 |
| S161 | 0 | (reputation trust$4 trustworth$5 safe) near4 (URL) with (website domain) with (recommend$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:10 |
| S162 | 0 | (reputation trust$4 trustworth$5 safe) near4 (URL) with (user) with (recommend$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:11 |
| S163 | 0 | (reputation trust$4 trustworth$5 safe) with (URL) with (user) with (recommend$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:11 |
| S164 | 0 | (reputation trust$4 trustworth$5 safe) with (URL locator ) with (user) with (recommend$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:11 |
| S165 | 0 | (reputation trust$4 trustworth$5 safe) with (URL locator ) with website with (recommend$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:11 |
| S166 | 49 | (reputation trust$4 trustworth$5 safe) with (URL locator ) with website with (host$4 post$4 publish$4 linked) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:11 |
| S167 | 205 | (reputation trust$4 trustworth$5 safe) with (URL locator hyperlink link) with (website site domain) near3 trusted and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:14 |

| S168 | 124 | (reputation trust$4 trustworth$5 safe) near4 (URL locator hyperlink link) with (website site domain) near3 trusted and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:14 |
| S169 | 9 | (reputation trust$4 trustworth$5 safe) near4 (URL locator hyperlink link) with (website site domain) near3 trusted with (posted hosted published) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:15 |
| S170 | 0 | reputation same (URL locator hyperlink link) with (website site domain) near3 trusted with (posted hosted published) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:16 |
| S171 | 24 | reputation same (URL locator hyperlink link) with (website site domain) near3 (posted hosted published) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:16 |
| S172 | 9 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe) )near3 (URL URI locator address) and (URL locator URI) with ( flag$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:28 |
| S173 | 4 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe) ) same (URL locator URI) with ( flag$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:28 |
| S174 | 2 | ((short$6 tiny) near3 url tinyurl) same (tamper$4 integrity authentic$6) with hash$4 and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 18:36 |
| S175 | 261 | ((microsoft msft).as. (bhatawdekar with ameya iverson with kristofer haber with elliott scarrow with john chad with mills).in.) and ((URL wrapped link hyperlink locator) and hash$4).clm. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 19:02 |
| S176 | 84 | ((microsoft msft).as. (bhatawdekar with ameya iverson with kristofer haber with elliott scarrow with john chad with mills).in.) and ((URL wrapped link hyperlink locator uri) with hash$4).clm. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; | OR | ON | 2012/09/14 19:03 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | DERWENT; IBM_TDB | | | |
| S177 | 10 | ((microsoft msft).as. (bhatawdekar with ameya iverson with kristofer haber with elliott scarrow with john chad with mills).in.) and ((URL wrapped link hyperlink locator uri) with hash$4).clm. and (validat$4 tamper$4 authentic$6) with hash$4 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 19:04 |
| S180 | 0 | (risk$4 malware abus$4 invalid danger$4) with (url) same interstitial and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 19:54 |
| S181 | 86 | (risk$4 malware abus$4 invalid danger$4) with (url) same display$4 with user and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 19:54 |
| S182 | 21 | (risk$4 malware abus$4 invalid danger$4) with (url) same display$4 near4 (warn$4 page webpage) with user and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 19:54 |
| S183 | 440 | (risk$4 malware abus$4 invalid danger$4) with (url) and (warn$4 page webpage) with user and log$4 with (user decision click$6) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 19:57 |
| S184 | 92 | (risk$4 malware abus$4 invalid danger$4) with (url) same (warn$4 page webpage) with user and log$4 with (user decision click$6) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 19:57 |
| S185 | 225 | (risk$4 malware abus$4 invalid danger$4) with (url) and display$4 with (warn$4 page webpage) with user and log$4 with (user decision click$6) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 19:57 |
| S186 | 225 | (risk$4 malware abus$4 invalid danger$4) with (url) and display$4 with (warn$4 page webpage interstitial) with user and log$4 with (user decision click$6) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 19:57 |
| S187 | 63 | (risk$4 malware abus$4 invalid danger$4) with (url) same3 display$4 with (warn$4 page webpage interstitial) with user and | US-PGPUB; USPAT; USOCR; | OR | ON | 2012/09/14 19:57 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | log$4 with (user decision click$6) and (@ad<"20091214" @rlad<"20091214") | FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
| S188 | 32 | (risk$4 malware abus$4 invalid danger$4) with (url) same3 display$4 with (warn$4 page webpage interstitial) with user and log$4 with (decision click$6) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 19:58 |
| S189 | 19 | (risk$4 malware abus$4 invalid danger$4) with (url) same3 display$4 with (warn$4 page webpage interstitial) with user and log$4 with (decision risk) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 19:58 |
| S190 | 4 | (risk$4 malware abus$4 invalid danger$4) with (url) same display$4 with (warn$4 page webpage interstitial) with user and log$4 with (decision risk) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 19:59 |
| S191 | 13 | (risk$4 malware abus$4 invalid danger$4 suspicious) with (url locator uri address) same display$4 with (warn$4 page webpage interstitial) with user and log$4 with (decision risk) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 19:59 |
| S192 | 58 | (risk$4 malware abus$4 invalid danger$4 suspicious) with (url locator uri address) same display$4 with (warn$4 page webpage interstitial) with user and log$4 with (user click$4 click adj through decision risk) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 19:59 |
| S193 | 27 | (risk$4 malware abus$4 invalid danger$4 suspicious) with (url locator uri address) same display$4 with (warn$4 page webpage interstitial) with user and (log logging logged) with (user click$4 click adj through decision risk) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 20:00 |
| S194 | 13 | (risk$4 malware abus$4 invalid danger$4 suspicious) with (url locator uri) same display$4 with (warn$4 page webpage interstitial) with user and (log logging logged) with (user click$4 click adj through decision risk) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 20:01 |
| S195 | 19 | (risk$4 malware abus$4 invalid danger$4 suspicious) with (url locator uri) same (log logging logged) with (user click$4 click adj through decision risk) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 20:03 |
| S197 | 0 | (risk$4 malware abus$4 invalid danger$4 | US-PGPUB; | OR | ON | 2012/09/14 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | suspicious) with (url locator uri address) with log$4 and log$4 with telemetry and (@ad<"20091214" @rlad<"20091214") | USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | 20:06 |
| S198 | 0 | (risk$4 malware abus$4 invalid danger$4 suspicious) with (url locator uri address) same log$4 and log$4 with telemetry and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 20:06 |
| S199 | 142 | (risk$4 malware abus$4 invalid danger$4 suspicious unsafe untrust$4 untrustworthy) with (url locator uri) same log$4 with (user url uri locator) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 20:08 |
| S200 | 6 | (risk$4 malware abus$4 invalid danger$4 suspicious unsafe untrust$4 untrustworthy) with (url locator uri) same display$4 with user with (warn$4) and log$4 with (user url uri locator) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 20:08 |
| S201 | 9 | (logged log logging) with decision near5 (redirect$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/15 12:00 |
| S202 | 131 | (logged log logging) with url near5 (redirect$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/15 13:03 |
| S203 | 0 | (logged log logging) with url near5 (redirect$4) same (suspicious risk$4 warn$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/15 13:03 |
| S204 | 131 | (logged log logging) with url near5 (redirect$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/15 13:03 |
| S205 | 33 | (logged log logging) near5 url near5 (redirect$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; | OR | ON | 2012/09/15 13:04 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S206 | 1 | (logged log logging) with decision same url near5 (redirect$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/15 13:05 |
| S207 | 0 | (logged log logging) with decision same url with (abusive suspici$4 warn$4 malware) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/15 13:06 |
| S208 | 0 | (logged log logging) near5 decision with url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/15 13:06 |
| S209 | 118 | (logged log logging) with url near4 redirect$4 and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/15 13:06 |
| S210 | 22 | (logged log logging) with (decision determination) with redirect$4 and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/15 13:07 |
| S211 | 49 | (logged log logging) with (decision determination) with url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/15 13:09 |
| S212 | 0 | ignor$4 with (internal intranet corporate in adj network) near4 url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/15 13:17 |
| S213 | 230 | (whitelist$4 white adj list trusted ignor$4) with (internal intranet corporate in adj network) near4 (url address$4 uri locator) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/15 13:17 |
| S214 | 196 | (whitelist$4 white adj list ignor$4) with (internal intranet corporate in adj network) near4 (url address$4 uri locator) and (@ad<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; | OR | ON | 2012/09/15 13:17 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | @rlad<"20091214") | EPO; JPO; IBM_TDB | | | |
| S215 | 196 | (whitelist$4 white adj list$4 ignor$4) with (internal intranet corporate in adj network) near4 (url address$4 uri locator) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/15 13:17 |
| S216 | 0 | (whitelist$4 white adj list$4 ignor$4) with (internal intranet corporate in adj network) near4 (url uri locator) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/15 13:18 |
| S217 | 0 | (whitelist$4 white adj list$4 ignor$4) with (internal intranet corporate in adj network) near4 (url uri locator web adj address$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/15 13:18 |
| S218 | 2319 | (whitelist$4 white adj list$4 ignor$4 trust$4) with (url uri locator ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/15 13:19 |
| S219 | 79 | (whitelist$4 white adj list$4 ignor$4 trust$4) with (url uri locator) same (intranet internal corporate (intra in) adj (net network)) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/15 13:19 |
| S220 | 80 | (whitelist$4 white adj list$4 ignor$4 trust$4) with (url uri locator) same (intranet internal corporate (intra in) adj (net network) (inside within behind) near5 firewall) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/15 13:20 |
| S221 | 1 | ("8108902").PN. | US-PGPUB; USPAT; USOCR | OR | OFF | 2012/09/15 13:25 |
| S222 | 0 | hash$4 with (untrusted suspicious) near5 url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/17 18:26 |
| S223 | 22 | hash$4 with url and (untrusted suspicious) near5 url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; DERWENT; | OR | ON | 2012/09/17 18:26 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S224 | 0 | (white adj list$4 whitelist$4) with internal corporate) adj URL and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/17 19:13 |
| S225 | 0 | (white adj list$4 whitelist$4) with (intranet in adj network innetwork internal corporate) near3 URL and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/17 19:13 |
| S226 | 0 | (white adj list$4 whitelist$4) with (intranet in adj network innetwork internal corporate) near3 URL and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/17 19:14 |
| S227 | 1 | (white adj list$4 whitelist$4) same (intranet in adj network innetwork internal corporate) near3 URL and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/17 19:14 |
| S228 | 4 | (white adj list$4 whitelist$4 trusted) same (intranet in adj network innetwork internal corporate) near3 URL and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/17 19:14 |
| S229 | 38 | tamper$4 with URL and hash$4 with URL and (@ad @ptad @pd @prad @rlad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/09/16 15:08 |
| S230 | 117 | redirect$4 with (warn$4 interstitial) and (logged logging log$2) with user and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/09/19 14:48 |
| S231 | 19 | (phishing) and redirect$4 with (warn$4 interstitial) and (logged logging log$2) with user and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/09/19 14:49 |
| S232 | 10 | (phishing) and redirect$4 with (warn$4 interstitial) with (page webpage) and (logged logging log$2) with user and (@ad @rlad @pd @ptad | US-PGPUB; USPAT; USOCR; FPRS; | OR | ON | 2013/09/19 14:53 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | @prad)<"20091214" | EPO; JPO; IBM_TDB | | | |
| S233 | 62 | redirect$4 with (warn$4 interstitial) with (page webpage) and (logged logging log$2) with user and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/09/19 14:53 |
| S234 | 56 | redirect$4 with (warn$4 interstitial) near5 (page webpage) and (logged logging log$2) with user and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/09/19 14:53 |
| S235 | 238 | (redirect$4 display$4 show$4) near5 (warn$4 interstitial) near5 (page webpage) and (logged logging log$2) with user and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/09/19 14:54 |
| S236 | 52 | (redirect$4 display$4 show$4) near5 (warn$4 interstitial) near5 (page webpage) and (logged logging log$2) with user near4 (decision action click clickthrough) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/09/19 14:56 |
| S237 | 15 | (redirect$4 display$4 show$4) near5 (warn$4 interstitial) near5 (page webpage) and (logged logging log) with user near4 (decision action click clickthrough) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/09/19 15:00 |
| S238 | 28 | (redirect$4 display$4 show$4) near5 (warn$4 interstitial) near5 (page webpage) and record$4 with user near4 (decision action click clickthrough) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/09/19 15:02 |
| S239 | 182 | (hash$4) near5 URL and (append$4 wrap$4) with URL and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/09/20 10:14 |
| S240 | 64 | (hash$4) near5 URL and (append$4 wrap$4) with URL with hash$4 and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/09/20 10:14 |
| S241 | 7 | (hash$4) near5 URL and (append$4 wrap$4) with URL with hash$4 and | US-PGPUB; USPAT; | OR | ON | 2013/09/20 10:16 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | (tamper$4 rewrit$4) near5 URL and @ad @rlad @pd @ptad @prad)<"20091214" | USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
| S242 | 7 | (hash$4) near5 URL and (append$4 wrap$4) with URL with hash$4 and (tamper$4 rewrit$4 malicious) near5 URL and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/09/20 10:16 |
| S243 | 55 | (hash$4) near5 URL and (append$4 wrap$4) near5 URL with hash$4 and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/09/20 10:24 |
| S244 | 52 | (hash$4) near5 URL and (append$4 wrap$4) near5 URL with (hash security) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/09/20 10:24 |
| S245 | 76 | (hash$4) near5 URL and (append$4 wrap$4) near5 URL with (hash security token) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/09/20 10:24 |
| S246 | 1 | ("20100332837").PN. | US-PGPUB; USPAT; USOCR | OR | OFF | 2013/09/20 15:52 |
| S247 | 275 | (logging logged log track$4 record$4) same (ignor$4) near5 (warning) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 12:37 |
| S248 | 55 | (logging logged log track$4 record$4) same user with (ignor$4) near5 (warning) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 12:37 |
| S249 | 3 | (logging logged log track$4 record$4) same user with (ignor$4) near5 (warning) and (phish$4 spoof$4) same warn$4 and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 12:38 |
| S250 | 5 | (logging logged log track$4 record$4) same (ignor$4) near5 (warning) and (phish$4 spoof$4) same warn$4 and (@ad @rlad @pd @ptad | US-PGPUB; USPAT; USOCR; FPRS; | OR | ON | 2013/10/18 12:39 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | @prad)<"20091214" | EPO; JPO; IBM_TDB | | | |
| S251 | 5 | (logging logged log track$4 record$4) same (ignor$4 clickthrough click adj through) near5 (warning) and (phish$4 spoof$4) same warn$4 and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 12:39 |
| S252 | 6 | (logging logged log track$4 record$4) same (ignor$4 clickthrough click adj through) near5 (user) and (phish$4 spoof$4) same warn$4 and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 12:41 |
| S253 | 19 | (ignor$4 clickthrough click adj through) near5 (user) same (phish$4 spoof$4) same warn$4 and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 12:42 |
| S254 | 3 | (logging logged log track$4 record$4) same2 (ignor$4 clickthrough click adj through) near5 (user) same (phish$4 spoof$4) same warn$4 and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 12:44 |
| S255 | 4 | (logging logged log track$4 record$4) same2 (ignor$4 clickthrough click adj through) near5 (user) same (phish$4 spoof$4 security risk$4) near5 warn$4 and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 12:45 |
| S256 | 52 | (logging logged log track$4 record$4) same (ignor$4 clickthrough click adj through) near5 (user) with warn$4 and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 12:46 |
| S257 | 5 | (logging logged log track$4 record$4) same (ignor$4 clickthrough click adj through) near5 (user) with warn$4 and phish$4 and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 12:47 |
| S258 | 24 | (logging logged log track$4 record$4) with (ignor$4 clickthrough click adj through) near5 (user) and phish$4 and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 12:48 |
| S259 | 4 | (logging logged log track$4 record$4) with (ignor$4 clickthrough click adj | US-PGPUB; USPAT; | | | 2013/10/18 12:48 |

| | | through) same warn$4 and phish$4 and (@ad @rlad @pd @ptad @prad)<"20091214" | USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
|---|---|---|---|---|---|---|
| S260 | 30 | phish$4 same warn$4 and accuracy same (feedback) same user and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 13:05 |
| S261 | 261 | reputation with (entity user company post$4) with (hyperlink link$4 url uri) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 13:58 |
| S262 | 79 | phish$4 and reputation with (entity user company post$4) with (hyperlink link$4 url uri) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 13:59 |
| S263 | 58 | phish$4 and reputation near2 (entity user company post$4) with (hyperlink link$4 url uri) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 13:59 |
| S264 | 45 | phish$4 and reputation with (post$4) with (hyperlink link$4 url uri) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 14:01 |
| S265 | 60 | phish$4 and (post$4) near2 (hyperlink link$4 url uri) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 14:03 |
| S266 | 9 | phish$4 and (reputation identity identifier who) with (post$4) near2 (hyperlink link$4 url uri) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 14:04 |
| S267 | 10 | phish$4 and (user company) with (post$4) near2 (hyperlink link$4 url uri) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 14:04 |

| S268 | 103 | phish$4 and (user company) with (refer$4) near2 (hyperlink link$4 url uri) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 14:07 |
| S269 | 1 | ("20060253582").PN. | US-PGPUB; USPAT; USOCR | OR | OFF | 2013/10/18 16:36 |
| S270 | 6388 | wrap$4 with (url link) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 17:12 |
| S271 | 6399 | wrap$4 with (url link hyperlink) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 17:12 |
| S272 | 28 | wrap$4 with (url link hyperlink) same (reputation risk) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 17:12 |
| S273 | 76 | hash$4 with (url link hyperlink) same tamper$4 and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 17:14 |
| S274 | 30 | hash$4 near3 (url link hyperlink) same tamper$4 and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 17:14 |
| S275 | 2 | append$4 with hash$4 with (url link hyperlink) same tamper$4 and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 17:15 |
| S276 | 6442 | (id identity identifier) near5 user near3 (url link hyperlink) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 17:27 |
| S277 | 16 | (id identity identifier) near5 user near3 (posted) near2 (url link hyperlink) and | US-PGPUB; USPAT; | OR | ON | 2013/10/18 17:27 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | (@ad @rlad @pd @ptad @prad)<"20091214" | USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
| S278 | 31 | (id identity identifier) near5 user near3 (posted shared) near2 (url link hyperlink) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 17:27 |
| S279 | 4 | (append$4 insert$4 parameter URI includ$4) with (id identity identifier) near5 user with (posted shared created) adj (url link hyperlink) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 17:31 |
| S280 | 4 | (append$4 insert$4 parameter URI includ$4) with (id identity identifier) near2 user with (posted shared created) adj (url link hyperlink) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 17:31 |
| S281 | 4 | (append$4 insert$4 parameter URI includ$4) with (id identity identifier) near2 (user original) with (posted shared created) adj (url link hyperlink) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 17:31 |
| S282 | 1 | (append$4 insert$4 parameter URI includ$4) with (id identity identifier) near2 (source) with (posted shared created) adj (url link hyperlink) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 17:32 |
| S283 | 50 | (append$4 insert$4 parameter URI includ$4) with (id identity identifier) with (posted shared created) adj (url link hyperlink) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 17:32 |
| S284 | 15 | (append$4 insert$4 parameter URI includ$4) with (id identity identifier) with (posted shared) adj (url link hyperlink) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 17:33 |
| S285 | 502 | url near3 (short shortening) and (user creat$4 post$4) near5 (id identity identifier) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 17:38 |

| S286 | 22 | url near3 (short shortening) same (post$4) creat$4 post$4) near5 (id identity identifier) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 17:39 |
| S287 | 39 | url near3 (short$4 shortening) same (user creat$4 post$4) near5 (id identity identifier) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 17:39 |
| S288 | 9 | url near3 (short$4 shortening) same (session) near5 (id identity identifier) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 17:44 |
| S289 | 116 | url near3 redirect$4 same (session) near5 (id identity identifier) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 17:45 |
| S290 | 335 | url near3 redirect$4 same (user) near5 (id identity identifier) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 17:45 |
| S291 | 25 | url near3 redirect$4 near3 service same (user) near5 (id identity identifier) and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/18 17:47 |
| S292 | 1 | ("7539776").PN. | US-PGPUB; USPAT; USOCR | OR | OFF | 2013/10/19 10:21 |
| S293 | 1 | ("20080256187").PN. | US-PGPUB; USPAT; USOCR | OR | OFF | 2013/10/19 10:22 |
| S294 | 3067 | (logged record$4 logging) near4 (display$4 with (interstitial) warn$4 alert$4 risk$4) with user and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/19 11:38 |
| S295 | 47 | (logged record$4 logging) near4 (display$4 with (interstitial) warn$4 alert$4 risk$4) with user same (ignor$4 overrid$4 over adj rid$4 acknowledg$4) near5 user and (@ad @rlad @pd @ptad @prad)<"20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; | OR | ON | 2013/10/19 11:39 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | IBM_TDB | | | | |
| S296 | 41 | (logged record$4 logging) with (display$4 with (interstitial) warn$4 alert$4 risk$4) and user same (ignor$4 overrid$4 over adj rid$4 acknowledg$4) near5 user and phish$4 and (@ad @rlad @pd @ptad @prad)< "20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/19 11:44 |
| S297 | 41 | (logged record$4 logging) with (display$4 with (interstitial) warn$4 alert$4 risk$4) and user same (ignor$4 overrid$4 over adj rid$4 acknowledg$4 click$4 adj through clickthrough) near5 user and phish$4 and (@ad @rlad @pd @ptad @prad)< "20091214" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2013/10/19 11:44 |

**EAST Search History (Interference)**

<This search history is empty>

**10/19/2013 3:20:56 PM**
**H:\ Workspaces\ 12637673.wsp**

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (01-10)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | 12637673 |
| | Filing Date | 2009-12-14 |
| | First Named Inventor | Ameya S. Bhatawdekar |
| | Art Unit | 2452 |
| | Examiner Name | Julian Chang |
| | Attorney Docket Number | MS1-4927US |

| U.S.PATENTS | | | | | | |
|---|---|---|---|---|---|---|
| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button.

| U.S.PATENT APPLICATION PUBLICATIONS | | | | | | |
|---|---|---|---|---|---|---|
| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button.

| FOREIGN PATENT DOCUMENTS | | | | | | | |
|---|---|---|---|---|---|---|---|
| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
| | 1 | | | | | | | ☐ |

If you wish to add additional Foreign Patent Document citation information please click the Add button

| NON-PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |

| | |
|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99**) | |

| | |
|---|---|
| Application Number | 12637673 |
| Filing Date | 2009-12-14 |
| First Named Inventor | Ameya S. Bhatawdekar |
| Art Unit | 2452 |
| Examiner Name | Julian Chang |
| Attorney Docket Number | MS1-4927US |

| | | | |
|---|---|---|---|
| | 1 | Office action for US Patent Application 12/859,679, mailed on 5/7/13, Colvin et al., "Reputation-based Safe Access User Experience", 14 pages. | ☐ |

If you wish to add additional non-patent literature document citation information please click the Add button

**EXAMINER SIGNATURE**

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

| | |
|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 12637673 |
| | Filing Date | 2009-12-14 |
| | First Named Inventor | Ameya S. Bhatawdekar |
| | Art Unit | 2452 |
| | Examiner Name | Julian Chang |
| | Attorney Docket Number | MS1-4927US |

---

**CERTIFICATION STATEMENT**

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

☐ That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐ See attached certification statement.

☐ The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒ A certification statement is not submitted herewith.

**SIGNATURE**

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Michael Saizan/ | Date (YYYY-MM-DD) | 2013-07-08 |
|---|---|---|---|
| Name/Print | Michael Robert Saizan | Registration Number | 65013 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Serial No. ............................................................................. 12/637,673
Filing Date ............................................................................ 12/14/2009
Confirmation No. ............................................................................3736
First Named Inventor............................................................ Ameya S. Bhatawdekar
Assignee................................................................................ Microsoft Corporation
Group Art Unit......................................................................................2452
Examiner ...............................................................................Julian Chang
Attorney's Docket No. ........................................................ MS1-4927US
Title: .................................................................Reputation Based Redirection Service


To:      Commissioner for Patents
         P.O. Box 1450
         Alexandria, VA 22313-1450


From:    Michael Robert Saizan (Tel.512-456-5990; Fax 509-323-8979)
         **Customer Number: 22801**
         Lee & Hayes, PLLC
         601 W. Riverside Avenue, Suite 1400
         Spokane, WA 99201


We believe that no fees are due; however the Commissioner is hereby authorized to charge any deficiency of fees and credit any overpayments to Deposit Account Number 12-0769.


Respectfully Submitted,


Dated: 7/8/2013 _____     By:  /Michael Saizan/ _____
                                    Michael Robert Saizan
                                    Reg. No. 65013
                                    512-456-5990

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 16254407 |
| **Application Number:** | 12637673 |
| **International Application Number:** | |
| **Confirmation Number:** | 3736 |
| **Title of Invention:** | Reputation Based Redirection Service |
| **First Named Inventor/Applicant Name:** | Ameya S. Bhatawdekar |
| **Customer Number:** | 22801 |
| **Filer:** | Roy Raymond Salvagio/Jennifer Phipps |
| **Filer Authorized By:** | Roy Raymond Salvagio |
| **Attorney Docket Number:** | MS1-4927US |
| **Receipt Date:** | 08-JUL-2013 |
| **Filing Date:** | 14-DEC-2009 |
| **Time Stamp:** | 16:55:43 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| Submitted with Payment | no |
|---|---|

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 1020631.PDF | 138708<br>2408604783391a9a39f250e95c66af3e4d991d6b | yes | 4 |

**Multipart Description/PDF files in .zip description**

| | Document Description | | Start | End |
|---|---|---|---|---|
| | Information Disclosure Statement (IDS) Form (SB08) | | 1 | 3 |
| | Miscellaneous Incoming Letter | | 4 | 4 |

| Warnings: | | | | | | |
|---|---|---|---|---|---|---|
| **Information:** | | | | | | |
| 2 | Non Patent Literature | Y36087.PDF | 454511 | no | 14 |
| | | | 212d3bc6289a58f390344e7bb5921364bbda012c | | |

| Warnings: | |
|---|---|
| **Information:** | |

| Total Files Size (in bytes): | 593219 |
|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PTO/SB/30 (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

**Request for Continued Examination (RCE) Transmittal**

Address to:
Mail Stop RCE
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

| | |
|---|---|
| Application Number | 12/637,673 |
| Filing Date | 12/14/2009 |
| First Named Inventor | Ameya S. Bhatawdekar |
| Art Unit | 2452 |
| Examiner Name | Julian Chang |
| Attorney Docket Number | MS1 - 4927US |

**This is a Request for Continued Examination (RCE) under 37 CFR 1.114 of the above-identified application.**

Request for Continued Examination (RCE) practice under 37 CFR 1.114 does not apply to any utility or plant application filed prior to June 8, 1995, or to any design application. See Instruction Sheet for RCEs (not to be submitted to the USPTO) on page 2.

1. ☐ **Submission required under 37 CFR 1.114** Note: If the RCE is proper, any previously filed unentered amendments and amendments enclosed with the RCE will be entered in the order in which they were filed unless applicant instructs otherwise. If applicant does not wish to have any previously filed unentered amendment(s) entered, applicant must request non-entry of such amendment(s).

   a. ☐ Previously submitted. If a final Office action is outstanding, any amendments filed after the final Office action may be considered as a submission even if this box is not checked.

      i. ☐ Consider the arguments in the Appeal Brief or Reply Brief previously filed on _____

      ii. ☐ Other _____

   b. ☑ Enclosed

      I. ☑ Amendment/Reply              iii. ☑ Information Disclosure Statement (IDS)

      ii. ☐ Affidavit(s)/ Declaration(s)   iv. ☐ Other _____

2. ☐ **Miscellaneous**

   a. ☐ Suspension of action on the above-identified application is requested under 37 CFR 1.103(c) for a period of _____ months. (Period of suspension shall not exceed 3 months; Fee under 37 CFR 1.17(i) required)

   b. ☐ Other _____

3. ☑ **Fees** The RCE fee under 37 CFR 1.17(e) is required by 37 CFR 1.114 when the RCE is filed.

   a. ☑ The Director is hereby authorized to charge the following fees, any underpayment of fees, or credit any overpayments, to Deposit Account No. 12-0769 .

      i. ☑ RCE fee required under 37 CFR 1.17(e)

      ii. ☑ Extension of time fee (37 CFR 1.136 and 1.17)

      iii. ☐ Other _____

   b. ☐ Check in the amount of $ _____ enclosed

   c. ☑ Payment by credit card (Form PTO-2038 enclosed)  Payment made via EFS-Web.

   **WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

| SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT REQUIRED | | | |
|---|---|---|---|
| Signature | /Michael Saizan/ | Date | 3-28-2013 |
| Name (Print/Type) | Michael Robert Saizan | Registration No. | 65013 |

| CERTIFICATE OF MAILING OR TRANSMISSION | | |
|---|---|---|
| I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Mail Stop RCE, Commissioner for Patents, P. O. Box 1450, Alexandria, VA 22313-1450 or facsimile transmitted to the U.S. Patent and Trademark Office on the date shown below. | | |
| Signature | VIA EFS WEB | |
| Name (Print/Type) | | Date |

This collection of information is required by 37 CFR 1.114. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Mail Stop RCE, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

| **IN THE UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)** | |
|---|---|
| Application Serial Number | 12/637,673 |
| Confirmation Number | 3736 |
| Filing Date | December 14, 2009 |
| Title of Application | Reputation Based Redirection Service |
| First Named Inventor | Ameya S. Bhatawdekar |
| Assignee | Microsoft Corporation |
| Group Art Unit | 2452 |
| Examiner | Julian Chang |
| Attorney Docket Number | MS1-4927US |

To:     Commissioner for Patents
        PO Box 1450
        Alexandria, VA 22313-1450

From:   Michael Robert Saizan (Tel. 509-324-9256; Fax 509-323-8979)
        Lee & Hayes, PLLC
        601 W. Riverside Ave, Suite 1400
        Spokane, WA 99201

        **Customer Number 22801**

## Response to September 28, 2012 Final Office Action

This communication is being filed with a Request for Continued Examination and a 3-month extension of time. Fees will be paid by credit card through the EFS Web; however, Applicant hereby authorizes the Commissioner to charge any deficiency of fees and credit any overpayments to Deposit Account Number 12-0769.

**Claim Amendments** begin on page 2 of this document.
**Remarks** begin on page 9 of this document.

# C<small>LAIM</small> A<small>MENDMENTS</small>

1. (Currently Amended) One or more computer-readable storage devices, storing processor-executable instructions that, when executed on a processor, configure a processor to perform acts for Uniform Resource Locator (URL) wrapping, the acts comprising:

    receiving an input of a URL for accessing a document available over a network;

    determining a characteristic associated with the received URL;

    creating a security hash based on the received URL and the characteristic associated with the received URL;

    outputting a wrapped URL comprising the received URL, the characteristic associated with the received URL, and the security hash; and

    validating that the wrapped URL has not been tampered with based at least in part upon authenticating the wrapped URL with the security hash.


2. (Previously Presented) The one or more computer-readable devices of claim 1, wherein the wrapped URL further comprises the received URL.


3. (Previously Presented) The one or more computer-readable devices of claim 1, wherein the characteristic associated with the received URL comprises an identifier of a user who originally posted the received URL, a location on the network where the received URL was posted, a container identifier of a container where the received URL was posted, and/or context information comprising a session identifier.

4. (Previously Presented) The one or more computer-readable devices of claim 1, wherein the characteristic associated with the received URL comprises a unique identifier for back-end reputation look-up and/or back-end additional characteristic look-up.

5. (Previously Presented) The one or more computer-readable devices of claim 1, further comprising instructions to perform acts comprising:

determining that the received URL is an un-trusted URL; and

outputting the wrapped URL based on the determination that the received URL is an un-trusted URL.

6. (Previously Presented) The one or more computer-readable devices of claim 1, further comprising instructions to perform acts comprising outputting an error message when the received URL is a malformed URL, a non-URL, a null URL, a URL of an un-supported Uniform Resource Identifier (URI) schema, and/or a URL with a length longer than a predetermined length.

7. (Previously Presented) The one or more computer-readable devices of claim 1, wherein the wrapped URL further comprises a redirection service and/or shortened URL.

8. (Currently Amended) The one or more computer-readable devices of claim 1, wherein ~~the security hash is created based on the received URL and~~ the characteristic associated with the received URL comprises an identifier associated with a person or application which posted the received URL.

9. (Currently Amended) A system for implementing a URL redirection service comprising:

memory and a processor;

a policy module, stored in the memory and executable on the processor, ~~the policy module~~ configured to exclude [[all]] URLs on a same network as the URL redirection service from the URL redirection service and to directly load a destination URL on the same network as the URL redirection service;

a redirection server interface module, stored in the memory and executable on the processor, ~~the redirection server interface module~~ configured to receive a request for handling a wrapped URL comprising the destination URL, a characteristic of the destination URL, and a security hash;

a URL validation/verification module, stored in the memory and executable on the processor, ~~the URL validation/verification module~~ configured to verify that the received wrapped URL has not been tampered with based at least in part upon authenticating the wrapped URL with the security hash;

a reputation lookup module, stored in the memory and executable on the processor, ~~the reputation lookup module~~ configured to determine a reputation rating for the destination URL;

a redirection logic module, stored in the memory and executable on the processor, ~~the redirection logic module~~ configured to output a confidence score and/or a redirection decision based on [[the]] validity of the received wrapped URL, the reputation rating of the destination URL, and/or a characteristic of the destination URL;

a telemetry service module, stored in the memory and executable on the processor, ~~the telemetry service module~~ configured to receive click-through telemetry information from an interstitial page; and

a logging module, stored in the memory and executable on the processor, ~~the logging module~~ configured to create a telemetry report based on the click-through telemetry information and a log report based on the redirection decisions.

10. (Canceled)

11.    (Currently Amended) The system of claim [[10]]9, the characteristic associated with the destination URL comprises an identifier of a user who originally posted the destination URL and a location where the destination URL was posted, the user comprising a human or a machine.

12.    (Currently Amended) The system of claim 9, further comprising a shortened/redirected URL handling module, stored in the memory and executable on the processor, ~~the shortened/redirected URL handling module~~ configured to:

receive a shortened URL or a redirected URL;

determine a final destination URL of the shortened or redirected URL; and

output the final destination URL to the reputation lookup module.

13. (Canceled)

14. (Canceled)

15. (Currently Amended) The system of claim 9, further comprising a configuration module, stored in the memory and executable on the processor, ~~the configuration module~~ configured to maintain system configuration settings in a system configuration store.

16. (Currently Amended) The system of claim 9, the redirection decision comprising determining, based on the reputation rating of the destination URL, when to display [[an]] the interstitial page, the interstitial page comprising an abuse information page, an unknown information page, or an error information page.

17. (Currently Amended) The system of claim 9, the redirection decision comprising determining, based on rules applied to the destination URL or a characteristic of the destination URL, when to display [[an]] the interstitial page, the interstitial page comprising an abuse information page, an unknown information page, or an error information page.

18. (Previously Presented) One or more computer-readable storage devices, storing processor-executable instructions that, when executed on a processor, configure the processor to perform acts for URL Web service calls, the acts comprising:

receiving a Web service call for a destination URL;

determining a redirection decision for the destination URL;

outputting the redirection decision, wherein if the destination URL is invalid, abusive, or unknown, the redirection decision directs a user to an interstitial page; and

logging the redirection decision and click-through telemetry information from the interstitial page.

19. (Previously Presented) The one or more computer-readable devices of claim 18, the redirection decision determined based on a reputation rating of the destination URL.

20. (Currently Amended) The one or more computer-readable devices of claim 18, wherein the acts further comprise comprising instructions to perform acts comprising wrapping the destination URL with a characteristic of the destination URL and a security hash, the characteristic comprising the destination URL, an identifier of [[the]]a user who originally posted the destination URL, and/or a location of where the destination URL was posted.

21. (Currently Amended) The one or more computer-readable devices of claim 1, wherein the acts further comprise comprising instructions to perform acts comprising excluding in-network URLs from [[the]] URL wrapping and directly loading the received URL.

22. (Currently Amended) The one or more computer-readable devices of claim 20, wherein the acts further comprise ~~comprising instructions to perform acts comprising~~ excluding in-network URLs from [[the]] URL wrapping and directly loading the destination URL.

23. (Currently Amended) The one or more computer-readable devices of claim 20, wherein the acts further comprise ~~comprising instructions to perform acts comprising~~ validating that the wrapped URL has not been tampered with based at least in part upon authenticating the wrapped URL with the security hash.

# REMARKS

Applicant respectfully requests reconsideration and allowance of all of the claims of the application.  The status of the claims is as follows:

- Claims 1-9, 11, 12 and 15-23 are currently pending.
- Claims 1, 8, 9, 11, 15-17 and 20-23 are amended herein.

Support for the amendments to claims 1, 8, 9, 11, 15-17 and 20-23 is found in the specification, as originally filed, at least at paragraphs [0039], [0041] and [0044]. The amendments submitted herein do not introduce any new matter.

## Claim 11 Complies With § 112, Second Paragraph

Claim 11 stands rejected under 35 U.S.C. § 112, second paragraph, as allegedly being indefinite.  Applicant herein amends claims 11 as shown above.  Applicant respectfully submits that these amendments render the § 112, second paragraph rejections moot.

## Cited Documents

The following documents have been applied to reject one or more claims of the Application:

- **Saare**: Saare et al., U.S. Patent No. 7,539,776.
- **Kay**:  Kay, James, U.S. Patent Application Publication No. 2008/0256187.
- **Leahy:** Leahy et al., U.S. Patent Application Publication No. 2007/0050716.

- **Prettejohn:**  Prettejohn, Michael Hugh, U.S. Patent Application Publication No. 2008/0172382.
- **Shastri:**  Shastri, Vijnan, U.S. Patent Application Publication No. 2008/0196099.
- **Dixon:** Dixon et al., U.S. Patent Application Publication No. 2006/0253582.

## Claims 1-5, 7 and 8 Are Non-Obvious Over Saare and Kay

Claims 1-5, 7 and 8 stand rejected under 35 U.S.C. § 103(a) as allegedly being obvious over Saare and Kay.  Applicant respectfully requests reconsideration in light of the amendments presented herein.

### _Independent Claim 1_

Claim 1, as amended herein, recites, in part:

> creating a security hash based on the received URL and the characteristic associated with the received URL;
>
> outputting a wrapped URL comprising the received URL, the characteristic associated with the received URL, and the security hash; and
>
> validating that the wrapped URL has not been tampered with based at least in part upon authenticating the wrapped URL with the security hash.

Saare describes "converting between a uniform resource locator and a dynamically compressed uniform resource locator." _Saare_, Abstract.  Kay describes "filtering emails having data therein identifying a link to a remote processing system, which, when activated, causes the recipient to retrieve data from the remote processing system" and "modifying an electronic message during transmission."  _Kay_, Abstract.

However, the combination of Saare and Kay fails to teach or suggest "creating a security hash based on the received URL and the characteristic associated with the received URL" and "outputting a wrapped URL comprising the received URL, the characteristic associated with the received URL, and the security hash," as recited in amended claim 1.

Claim 1 has been amended to incorporate features originally recited in claim 8. In the rejection of original claim 8, the Office asserts that Saare, column 6, lines 1-6 discloses, "the security hash is created based on the received URL and the characteristic associated with the received URL." *Office Action*, page 5. With respect to Saare, Applicant respectfully disagrees. Saare describes, "each URL is parsed to determine[d] the path, static query string parameters and dynamic query string parameters thereof." *Saare*, column 5, lines 61-63. Saare also describes, "[i]f the particular combination of path and static query string parameters is not cached, a token uniquely identifying the combination is generated." *Saare*, column 6, lines 7 - 9.

Applicant respectfully submits that generating a "token" uniquely identifying the combination of "path and static query string parameters" is not the same as "creating a security hash based on *the received URL* and *the characteristic* associated with the received URL," as recited in claim 1. This is true at least because Saare's "path and static query string parameters" is not a URL, but is instead *parsed from* a URL. Thus, Saare's "path and static query string parameters" does not disclose a "received URL," as recited in amended claim 1. Furthermore, Saare makes no mention of "creating a security hash" based on "the received URL *and* the characteristic associated with the received URL," as recited in amended claim 1. Kay does not cure this deficiency.

In the rejection of original claim 1, the Office asserts that Saare, FIG. 6A, 635 and FIG. 1, 160 discloses, "outputting a wrapped URL comprising the characteristic associated with the received URL, and the security hash."  *Office Action*, page 3. Applicant respectfully disagrees.  Saare describes, "each URL is parsed to determine[d] the path, static query string parameters and dynamic query string parameters thereof." *Saare*, column 5, lines 61-63.  Saare also describes, "the corresponding dynamic query string parameters are appended to the corresponding token to generate each compressed URL."  *Saare*, column 6, lines 7 - 9.

At least in view of the amendment, Applicant respectfully submits that generating a "compressed URL" is not the same as "outputting a wrapped URL comprising **the received URL**, the characteristic associated with the received URL, **and** the security hash," as recited in claim 1.  Saare's generating a "compressed URL" does not disclose outputting a "received URL," as recited in amended claim 1 at least because Saare's compressed URL is made from "dynamic query string parameters," which are **parsed from** each URL.  Therefore, Saare's compressed URL is made from parameters that are **parsed from** a URL, as opposed to a wrapped URL made from a "received URL," as recited in claim 1.  Kay does not cure this deficiency.

Also in the rejection of original claim 1, the Office acknowledges that "Saare fails to teach validating that the wrapped URL has not been tampered with based at least on part upon the security hash."  *Office Action*, page 3.  However, the Office asserts that Kay, paragraph [0052] discloses, "validating a wrapped URL has not been tampered with based at least on part upon the security hash."  *Office Action*, page 3.  With respect to Kay, Applicant respectfully disagrees.  Kay describes, "the software component …

wraps (step 403) the encoded original URL within a URL that identifies the web server 203." *Kay*, paragraph [0052]. Kay also describes, "[a] benefit of encoding the original URL is that it securely insures the second URL against tampering." *Kay*, paragraph [0052].

At least in view of the amendment, Applicant respectfully submits that a "benefit of encoding the original URL is that it securely insures the second URL against tampering" is not the same as "***validating*** that the wrapped URL ***has not been tampered with*** based at least in part upon ***authenticating the wrapped URL with the security hash***," as recited in claim 1. This is true at least in part because "insuring" the second URL is not the same as "validating" the wrapped URL, as recited in claim 1. In other words, Kay does not disclose "validating" a wrapped URL. Furthermore, there is no mention in Kay of "authenticating" the wrapped URL with the security hash, as recited in amended claim 1. Saare does not cure this deficiency.

For at least the reasons presented herein, the combination of Saare and Kay does not teach or suggest all of the features of claim 1. Accordingly, Applicant respectfully requests that the Office withdraw the § 103 rejection of claim 1.

## Dependent Claims 2-5, 7 and 8

Claims 2-5, 7 and 8 ultimately depend from independent claim 1. As discussed above, claim 1 is allowable over the cited documents. Therefore, claims 2-5, 7 and 8 are also allowable over the cited documents of record for at least their dependency from an allowable base claim, and also for the additional features that each recites.

## Claim 6 is Non-Obvious Over Saare, Kay and Leahy

Claim 6 stands rejected under 35 U.S.C. § 103(a) as allegedly being obvious over Saare, Kay and Leahy.  Claim 6 ultimately depends from independent claim 1.  As discussed above, claim 1 is allowable over Saare and Kay.   Leahy is directed to "returning an error when a URL is malformed."  *Office Action*, page 5.  However, Leahy fails to remedy the deficiencies of Saare and Kay as noted above with regard to independent claim 1.  Therefore, claim 6 is also allowable over the cited documents of record for at least its dependency from an allowable base claim, and also for the additional features that it recites.

Accordingly, Applicant respectfully requests that the Office withdraw the § 103 rejection of claim 6 and indicate that claim 6 is allowable.


## Claims 9, 11, 12 and 15-17 Are Non-Obvious Over Saare, Kay, Prettejohn and Shastri

Claims 9, 11, 12 and 15-17 stand rejected under 35 U.S.C. § 103(a) as allegedly being obvious over Saare, Kay, Prettejohn and Shastri.  Applicant respectfully requests reconsideration in light of the amendments presented herein.

_Independent Claim 9_

Claim 9, as amended herein, recites, in part:

a redirection server interface module, stored in the memory and executable on the processor, configured to receive a request for handling a wrapped URL comprising the destination URL, a characteristic of the destination URL, and a security hash;

a URL validation/verification module, stored in the memory and executable on the processor, configured to verify that the received wrapped URL has not been tampered with based at least in part upon authenticating the wrapped URL with the security hash.

Prettejohn describes "receiving a resource locator from the browser application and means for providing a security alert if the resource locator fulfills one or more criteria." _Prettejohn_, Abstract.   Shastri describes determining "whether the instant message includes a URL, if so determine whether the URL is in a blacklist." _Shastri_, Abstract.  However, the combination of Saare, Kay, Prettejohn and Shastri fails to teach or suggest a "wrapped URL comprising the destination URL, a characteristic of the destination URL, and a security hash" and "verify that the received wrapped URL has not been tampered with based at least in part upon authenticating the wrapped URL with the security hash" and "receive click-through telemetry information from an interstitial page," as recited in amended claim 9.

In the rejection of original claim 9, the Office asserts that Kay, paragraph [0053] discloses, "the wrapped URL includes the destination URL." _Office Action_, page 6.  Kay describes, "[t]he software component could alternatively wrap the original URL in plain text form." _Kay_, paragraph [0053].  Applicant respectfully submits that wrapping a URL "in plain text form" is not the same as "wrapped URL comprising the **destination URL**, a

*characteristic* of the destination URL, *and* a *security hash*," as recited in claim 9, at least because Kay makes no mention of a wrapped URL that includes a "destination URL," *as well as* a "characteristic of the destination URL" *as well as* "a security hash." Saare, Prettejohn and Shastri fail to remedy this deficiency.

Also in the rejection of original claim 9, the Office acknowledges that "Saare fails to teach a URL validation/verification module configured to verify that the wrapped URL has not been tampered with based at least on part upon the security hash." *Office Action*, page 6. However, the Office asserts that Kay, paragraph [0052] discloses, "validating a wrapped URL has not been tampered with based at least on part upon the security hash." *Office Action*, page 6. With respect to Kay, Applicant respectfully disagrees. For reasons similar to those discussed above for claim 1, Kay does not teach or suggest, "*verify* that the received wrapped URL *has not been tampered with* based at least in part upon *authenticating the wrapped URL with the security hash*," as recited in amended claim 9. Saare, Prettejohn and Shastri fail to remedy this deficiency.

For at least the reasons presented herein, the combination of Saare, Kay, Prettejohn and Shastri does not teach or suggest all of the features of claim 9. Accordingly, Applicant respectfully requests that the Office withdraw the § 103 rejection of claim 9.

## Dependent Claims 11, 12 and 15-17

Claims 11, 12 and 15-17 ultimately depend from independent claim 9. As discussed above, claim 9 is allowable over the cited documents. Therefore, claims 11, 12 and 15-17 are also allowable over the cited documents of record for at least their

dependency from an allowable base claim, and also for the additional features that each recites.

## Claims 18 and 19 Are Non-Obvious Over Dixon and Prettejohn

Claims 18 and 19 stand rejected under 35 U.S.C. § 103(a) as allegedly being obvious over Dixon and Prettejohn.  Applicant respectfully traverses the rejection.

### *Independent Claim 18*

Claim 18 recites, in part:

> logging the redirection decision and click-through telemetry information from the interstitial page.

Dixon describes "presenting an indicia of reputation in association with at least one of the plurality of search results."  *Dixon*, Abstract.  Prettejohn describes "receiving a resource locator from the browser application and means for providing a security alert if the resource locator fulfills one or more criteria."  *Prettejohn*, Abstract.

In the rejection of claim 18, the Office asserts that Prettejohn, paragraph 120 discloses, "logging the redirection decision and click-through telemetry information from the interstitial page."  *Office Action*, page 10.  With respect to Prettejohn, Applicant respectfully disagrees.  Prettejohn describes, "[w]hen a knowledgeable and experienced user visits a previously unreported URL that he believes to be related to a fraud such as a phishing attack, he can report this using the reporting button on the toolbar."  *Prettejohn*, paragraph 120.  Prettejohn also describes, [t]he security information server then records this information against the URL."  *Prettejohn*, paragraph 120.

Applicant respectfully submits that reporting "using the reporting button on the toolbar" and "server then records this information" is not the same as "logging the **redirection decision** and **click-through telemetry** information from **the interstitial page**," as recited in claim 18.  This is true at least in part because Prettejohn makes no mention of an "interstitial page," as recited in claim 18.  In other words, there is no "interstitial page" to log click-through telemetry; instead, Prettejohn discloses a user that "visits a previously unreported URL."  Thus, there can be no "logging" of a redirection decision and click-through telemetry "from the interstitial page," as recited in claim 18.  Dixon does not cure this deficiency.

For at least the reasons presented herein, the combination of Prettejohn and Dixon does not teach or suggest all of the features of claim 18.  Accordingly, Applicant respectfully requests that the Office withdraw the § 103 rejection of claim 18.

### *Dependent Claim 19*

Claim 19 ultimately depends from independent claim 18.  As discussed above, claim 18 is allowable over the cited documents.  Therefore, claim 19 is also allowable over the cited documents of record for at least its dependency from an allowable base claim, and also for the additional features that each recites.


## **Claims 20 and 23 Are Non-Obvious Over Dixon, Prettejohn and Kay**

Claims 20 and 23 stand rejected under 35 U.S.C. § 103(a) as allegedly being obvious over Dixon, Prettejohn and Kay.  Claims 20 and 23 ultimately depend from independent claim 18.  As discussed above, the combination of Dixon and Prettejohn

does not teach or suggest all of the features of claim 18.  Furthermore, Kay fails to remedy the deficiencies of Dixon and Prettejohn.  Therefore, claims 20 and 23 are also allowable over the cited documents of record for at least their dependency from an allowable base claim, and also for the additional features that it recites.

For example, claim 23, as amended, recites, "***validating*** that the wrapped URL has not been tampered with based at least in part upon ***authenticating the wrapped URL with the security hash***."  For reasons similar to those discussed above for claim 1, Kay does not teach or suggest the above feature.  Furthermore, Dixon and Prettejohn fail to remedy this deficiency.

Accordingly, Applicant respectfully requests that the Office withdraw the § 103 rejection of claim 20 and 23 and indicate that claim 20 and 23 are allowable.


## Claim 21 is Non-Obvious Over Saare, Kay and Shastri

Claim 21 stands rejected under 35 U.S.C. § 103(a) as allegedly being obvious over Saare, Kay and Shastri.  Claim 21 ultimately depends from independent claim 1.  As discussed above, claim 1 is allowable over Saare and Kay.  Furthermore, Shastri fails to remedy the deficiencies of Saare and Kay as noted above with regard to independent claim 1.  Therefore, claim 21 is also allowable over the cited documents of record for at least its dependency from an allowable base claim, and also for the additional features that it recites.

Accordingly, Applicant respectfully requests that the Office withdraw the § 103 rejection of claim 21 and indicate that claim 21 is allowable.

## **Claim 22 is Non-Obvious Over Dixon, Prettejohn, Kay and Shastri**

Claim 22 stands rejected under 35 U.S.C. § 103(a) as allegedly being obvious over Dixon, Prettejohn, Kay and Shastri. Claim 22 ultimately depends from independent claim 18. As discussed above, claim 18 is allowable over Dixon and Prettejohn. Furthermore, Saare and Kay fail to remedy the deficiencies of Dixon and Prettejohn as noted above with regard to independent claim 18. Therefore, claim 22 is also allowable over the cited documents of record for at least its dependency from an allowable base claim, and also for the additional features that it recites.

Accordingly, Applicant respectfully requests that the Office withdraw the § 103 rejection of claim 22 and indicate that claim 22 is allowable.

## Conclusion

For at least the foregoing reasons, all pending claims are in condition for allowance.  Applicant respectfully requests reconsideration and prompt issuance of the application.

If any issues remain that would prevent allowance of this application, **Applicant requests that the Examiner contact the undersigned representative before issuing a subsequent Action.**

Respectfully Submitted,

Lee & Hayes, PLLC
Representative for Applicant

 /Michael Saizan/                              Dated: 3/28/2013

Michael Robert Saizan
(michaels@leehayes.com; 512-456-5990)
Registration No.  65013

Brett J. Schlameus
(brett@leehayes.com; 206-876-6022)
Registration No.  60827

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (01-10)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | 12637673 |
| | Filing Date | 2009-12-14 |
| | First Named Inventor | Ameya S. Bhatawdekar |
| | Art Unit | 2452 |
| | Examiner Name | Julian Chang |
| | Attorney Docket Number | MS1-4927US |

## U.S.PATENTS

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 7966553 | | 2011-06-21 | Iverson | |

If you wish to add additional U.S. Patent citation information please click the Add button.

## U.S.PATENT APPLICATION PUBLICATIONS

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 20070208613 | A1 | 2007-09-06 | Backer; Alejandro | |
| | 2 | 20110004693 | A1 | 2011-01-06 | Rehfuss; Paul S. | |
| | 3 | 20110191849 | A1 | 2011-08-04 | Jayaraman; Shankar;  et al. | |

If you wish to add additional U.S. Published Application citation information please click the Add button.

## FOREIGN PATENT DOCUMENTS

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | ☐ |

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT<br>( Not for submission under 37 CFR 1.99) | Application Number | 12637673 |
| | Filing Date | 2009-12-14 |
| | First Named Inventor | Ameya S. Bhatawdekar |
| | Art Unit | 2452 |
| | Examiner Name | Julian Chang |
| | Attorney Docket Number | MS1-4927US |

| If you wish to add additional Foreign Patent Document citation information please click the Add button |
|---|

### NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|
| | 1 | Office action for US Patent Application 12/859,679, mailed on 8/8/12, Colvin et al., "Reputation-based Safe Access User Experience", 15 pages. | ☐ |

| If you wish to add additional non-patent literature document citation information please click the Add button |
|---|

### EXAMINER SIGNATURE

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

EFS Web 2.1.17

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 12637673 |
|---|---|---|
| | Filing Date | 2009-12-14 |
| | First Named Inventor | Ameya S. Bhatawdekar |
| | Art Unit | 2452 |
| | Examiner Name | Julian Chang |
| | Attorney Docket Number | MS1-4927US |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

☐ That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐ See attached certification statement.

☐ The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒ A certification statement is not submitted herewith.

## SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Michael Saizan/ | Date (YYYY-MM-DD) | 2013-03-28 |
|---|---|---|---|
| Name/Print | Michael Robert Saizan | Registration Number | 65013 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 12637673 |
| **Filing Date:** | 14-Dec-2009 |
| **Title of Invention:** | Reputation Based Redirection Service |
| **First Named Inventor/Applicant Name:** | Ameya S. Bhatawdekar |
| **Filer:** | Samuel F. Breeze/Saybra Morris |
| **Attorney Docket Number:** | MS1-4927US |

Filed as Large Entity

## Utility under 35 USC 111(a) Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |
| Extension - 3 months with $0 paid | 1253 | 1 | 1400 | 1400 |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| Request for Continued Examination | 1801 | 1 | 1200 | 1200 |
| **Total in USD ($)** | | | | **2600** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 15383487 |
| **Application Number:** | 12637673 |
| **International Application Number:** | |
| **Confirmation Number:** | 3736 |
| **Title of Invention:** | Reputation Based Redirection Service |
| **First Named Inventor/Applicant Name:** | Ameya S. Bhatawdekar |
| **Customer Number:** | 22801 |
| **Filer:** | Samuel F. Breeze/Saybra Morris |
| **Filer Authorized By:** | Samuel F. Breeze |
| **Attorney Docket Number:** | MS1-4927US |
| **Receipt Date:** | 28-MAR-2013 |
| **Filing Date:** | 14-DEC-2009 |
| **Time Stamp:** | 17:51:00 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $2600 |
| RAM confirmation Number | 5293 |
| Deposit Account | |
| Authorized User | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|

| 1 | | XO4092.PDF | 512803<br><br>002e697220802ae9ad0c48a25c4ac21c605a02a3 | yes | 25 |
|---|---|---|---|---|---|

| **Multipart Description/PDF files in .zip description** | | |
|---|---|---|
| **Document Description** | **Start** | **End** |
| Request for Continued Examination (RCE) | 1 | 1 |
| Amendment Submitted/Entered with Filing of CPA/RCE | 2 | 2 |
| Claims | 3 | 9 |
| Applicant Arguments/Remarks Made in an Amendment | 10 | 22 |
| Information Disclosure Statement (IDS) Form (SB08) | 23 | 25 |

| Warnings: |
|---|
| Information: |

| 2 | Non Patent Literature | VI0276.PDF | 532066<br><br>5e42e86aaf45fd4fc727bdecbdcbf954e00d5119 | no | 15 |
|---|---|---|---|---|---|

| Warnings: |
|---|
| Information: |

| 3 | Fee Worksheet (SB06) | fee-info.pdf | 32249<br><br>9b2edd88337dc3da19c73fb5ff60cabcb116e341 | no | 2 |
|---|---|---|---|---|---|

| Warnings: |
|---|
| Information: |

| **Total Files Size (in bytes):** | 1077118 |
|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PTO/SB/06 (09-11)
Approved for use through 1/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD Substitute for Form PTO-875 | Application or Docket Number 12/637,673 | Filing Date 12/14/2009 | ☐ To be Mailed |
|---|---|---|---|

**ENTITY:** ☒ LARGE ☐ SMALL ☐ MICRO

## APPLICATION AS FILED – PART I

| | (Column 1) | (Column 2) | | |
|---|---|---|---|---|
| FOR | NUMBER FILED | NUMBER EXTRA | RATE ($) | FEE ($) |
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | X $ = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | X $ = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | |

## APPLICATION AS AMENDED – PART II

| | | (Column 1) | (Column 2) | (Column 3) | | |
|---|---|---|---|---|---|---|
| AMENDMENT | **03/28/2013** | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
| | Total (37 CFR 1.16(i)) | * 20 | Minus ** 20 | = 0 | x $80 = | 0 |
| | Independent (37 CFR 1.16(h)) | * 3 | Minus *** 3 | = 0 | x $420 = | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | |
| | | | | | TOTAL ADD'L FEE | **0** |

| | | (Column 1) | (Column 2) | (Column 3) | | |
|---|---|---|---|---|---|---|
| AMENDMENT | | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
| | Total (37 CFR 1.16(i)) | * | Minus ** | = | x $ = | |
| | Independent (37 CFR 1.16(h)) | * | Minus *** | = | x $ = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | |
| | | | | | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

LIE
/DEBORAH NASH/

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 12/637,673 | 12/14/2009 | Ameya S. Bhatawdekar | MS1-4927US | 3736 |

22801          7590          09/28/2012
LEE & HAYES, PLLC
601 W. RIVERSIDE AVENUE
SUITE 1400
SPOKANE, WA 99201

| EXAMINER |
|---|
| CHANG, JULIAN |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2452 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 09/28/2012 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

lhptoms@leehayes.com

PTOL-90A (Rev. 04/07)

| *Office Action Summary* | Application No. | Applicant(s) |
|---|---|---|
| | 12/637,673 | BHATAWDEKAR ET AL. |
| | Examiner | Art Unit |
| | JULIAN CHANG | 2452 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a).  In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment.  See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on <u>01 June 2012</u>.

2a)☒ This action is **FINAL**.        2b)☐ This action is non-final.

3)☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____ ; the restriction requirement and election have been incorporated into this action.

4)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

5)☒ Claim(s) <u>1-9,11,12 and 15-23</u> is/are pending in the application.

5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6)☐ Claim(s) _____ is/are allowed.

7)☒ Claim(s) <u>1-9,11,12 and 15-23</u> is/are rejected.

8)☐ Claim(s) _____ is/are objected to.

9)☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

10)☐ The specification is objected to by the Examiner.

11)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.

Applicant may not request that any objection to the drawing(s) be held in abeyance.  See 37 CFR 1.85(a).

Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

12)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

13)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

a)☐ All  b)☐ Some * c)☐ None of:

1.☐ Certified copies of the priority documents have been received.

2.☐ Certified copies of the priority documents have been received in Application No. _____.

3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

* See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☒ Notice of References Cited (PTO-892)

2)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3)☐ Information Disclosure Statement(s) (PTO/SB/08)
   Paper No(s)/Mail Date _____.

4)☐ Interview Summary (PTO-413)
   Paper No(s)/Mail Date. _____ .

5)☐ Notice of Informal Patent Application

6)☐ Other: _____.

Application/Control Number: 12/637,673                                    Page 2

Art Unit: 2452

## DETAILED ACTION

1.      This Office action is responsive to communication filed on 06/01/12. Claims 1-9,

11, 12, and 15-23 are pending.


## *Claim Rejections - 35 USC § 112*

2.      The following is a quotation of the second paragraph of 35 U.S.C. 112:

> The specification shall conclude with one or more claims particularly pointing out and distinctly
> claiming the subject matter which the applicant regards as his invention.

3.      Claim 11 is  rejected under 35 U.S.C. 112, second paragraph, as being indefinite

for failing to particularly point out and distinctly claim the subject matter which applicant

regards as the invention. Claim 11 recites the limitation "the system of claim 10" in line

1.  There is insufficient antecedent basis for this limitation in the claim.


## *Claim Rejections - 35 USC § 103*

4.      The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set
> forth in section 102 of this title, if the differences between the subject matter sought to be patented and
> the prior art are such that the subject matter as a whole would have been obvious at the time the
> invention was made to a person having ordinary skill in the art to which said subject matter pertains.
> Patentability shall not be negatived by the manner in which the invention was made.

5.      Claims 1-5, 7 and 8 are rejected under 35 U.S.C. 103(a) as being unpatentable

over U.S. Pat. No. 7,539,776 ("Saare"), and further in view of U.S. Pub. No.

2008/0256187 ("Kay").

Application/Control Number: 12/637,673                                        Page 3
Art Unit: 2452

6.      Regarding claim 1, Saare teaches one or more computer-readable storage

media, storing processor-executable instructions that, when executed on a processor,

configure a processor to perform acts for Uniform Resource Locator (URL) wrapping,

the acts comprising:

        receiving an input of a URL for accessing a document available over a network

(Fig. 6A, 605);

        determining a characteristic associated with the received URL ('dynamic query

string parameters,' Col. 5, lines 59-63);

        creating a security hash (Fig. 6A, 625); and

        outputting a wrapped URL comprising the characteristic associated with the

received URL, and the security hash (Fig. 6A, 635; Fig. 1, 160).

        Saare fails to teach validating that the wrapped URL has not been tampered with

based at least on part upon the security hash. Kay teaches validating a wrapped URL

has not been tampered with based at least on part upon the security hash ("wraps the

original URL within a URL that identifies the web server...insures the second URL

against tampering," ¶ [0052]). It would have been obvious to one of skill in the art to

validate a wrapped URL as taught by Kay in order to prevent tampering of a URL to a

secure server.


7.      Regarding claim 2, Saare-Kay teaches the invention as described in claim 1,

including that the wrapped URL further comprises the received URL (Kay: "wrap the

Application/Control Number: 12/637,673                                          Page 4
Art Unit: 2452

original URL in plain text form…providing visibility of what the original URL intended," ¶

[0053]).

8.      Regarding claim 3, Saare-Kay teaches the invention as described in claim 1,

including that the characteristic associated with the received URL comprises an

identifier of a user who originally posted the received URL, a location on the network

where the received URL was posted, a container identifier of a container where the

received URL was posted, and/or context information comprising a session identifier

(Saare: 'session identifier is encoded in each compressed URL of the response,' Col. 5,

lines 10-19).

9.      Regarding claim 4, Saare-Kay teaches the invention as described in claim 1,

including that the characteristic associated with the received URL comprises a unique

identifier for back-end reputation look-up and/or back-end additional characteristic look-

up (Kay: "can further review the URL on the basis of…Domains…username," ¶¶ [0035]-

[0040]).

10.     Regarding claim 5, Saare-Kay teaches the invention as described in claim 1,

including determining that a received URL is an untrusted URL (Kay: Fig. 3, "Score

exceeds threshold"); and outputting the wrapped URL based on the determination that

the received URL is an untrusted URL (Kay: Fig. 3, 311-315; and Fig. 4).

Application/Control Number: 12/637,673                                    Page 5
Art Unit: 2452

11.     Regarding claim 7, Saare-Kay teaches the invention as described in claim 1,

including that the wrapped URL further comprises a redirection service and/or

shortened URL (Saare: 'compressed uniform resource locator,' abstract).


12.     Regarding claim 8, Saare-Kay teaches the invention as described in claim 1,

including that the security hash is created based on the received URL and the

characteristic associated with the received URL (Saare: 'combination of path and static

query string parameters,' Col. 6, lines 1-6).


13.     Claim 6 is rejected under 35 U.S.C. 103(a) as being unpatentable over Saare-

Kay as applied to claim 1 above, and further in view of U.S. Pub. No. 2007/0050716

("Leahy").


14.     Regarding claim 6, Saare-Kay teaches the invention as described in claim 1, but

fails to teach outputting an error message when the received URL is a malformed URL,

a non-URL, a null URL, a URL of an un-supported Uniform Resource Identifier (URI)

schema, and/or a URL with a length longer than a predetermined length. Leahy teaches

returning an error when a URL is malformed (¶ [0049]). It would have been obvious to

one of ordinary skill in the art at the time of applicant's invention to return an error as

taught by Leahy in order to inform the user of an error in the URL they have entered.

Application/Control Number: 12/637,673                                        Page 6
Art Unit: 2452

15.     Claims 9, 11, 12, and 15-17 are rejected under 35 U.S.C. 103(a) as being

unpatentable over Saare, and further in view of Kay, U.S. Pub. No. 2008/0172382

("Prettejohn"), and U.S. Pub. No. 2008/0196099 ("Shastri").


16.     Regarding claim 9, Saare teaches a system comprising:

        memory and a processor (Fig. 5);

        a redirection server interface module, stored in the memory and executable on

the processor, the redirection server interface module configured to receive a request

for handling a wrapped URL (Fig. 6B, 655) comprising a characteristic of the destination

URL (Fig. 1, 130); and

        Saare fails to teach a URL validation/verification module configured to verify that

the wrapped URL has not been tampered with based at least on part upon the security

hash; and a logging module configured to create a log report based on the redirection

decisions. Kay teaches validating a wrapped URL has not been tampered with based at

least on part upon the security hash ("wraps the original URL within a URL that

identifies the web server...insures the second URL against tampering," ¶ [0052]), and

logging redirection decisions (Fig. 5, the "URL legitimate?" step branches, and both

branches create an entry in a list). Kay further teaches that the wrapped URL includes

the destination URL ("wrap the original URL in plain text form...providing visibility of

what the original URL intended," ¶ [0053]) and a security hash (¶ [0052]). It would have

been obvious to one of skill in the art to validate a wrapped URL as taught by Kay in

order to prevent tampering of a URL to a secure server.

Application/Control Number: 12/637,673                                    Page 7
Art Unit: 2452

Saare-Kay fails to teach a reputation lookup module configured to determine a reputation rating for the destination URL; a redirection logic module configured to output redirection decision based on a characteristic of the destination URL; a telemetry service module configured to receive click-through telemetry information from an interstitial page; and a logging module configured to create a telemetry report based on the click-through telemetry information. Prettejohn teaches determining a reputation rating for the destination URL ("risk rating calculated for the web site," ¶ [0091]); a outputting redirection decision ("warning message…displayed in place of the actual web page," ¶ [0103]) based on a characteristic of the destination URL ("known phishing sites share the domain name of the site in question," ¶ [0130]); receiving click-through telemetry information from an interstitial page ('knowledgeable and experienced user visits a previously unreported URL that he believes to be related to a fraud…report this using the reporting button,' ¶ [0120]); and logging the click-through telemetry information ('knowledgeable and experienced user visits a previously unreported URL that he believes to be related to a fraud…report this using the reporting button...sever then records this information,' ¶ [0120]). It would have been obvious to one of ordinary skill in the art to redirect a user to a warning page, and recording telemetry information as taught by Prettejohn in order to prevent phishing attacks.

Saare-Kay-Prettejohn fails to teach a policy module configured to exclude all URLs on a same network as the URL redirection service from the URL redirection service and to directly load a destination URL on the same network as the URL redirection service. While Kay teaches excluding from wrapping URLs in emails that do

not exceed a threshold score (Kay: Fig. 3, Score exceeds threshold? N), including a URL whitelist (Kay: [0048]), Kay fails to teach including in-network URLs in a whitelist. In Kay, URLs that are not wrapped are directly loaded when clicked on by a user. Shastri teaches including a company's intranet URLs in a whitelist (¶ [0159]). It would have been obvious to one of ordinary skill in the art to include intranet URL's in a whitelist as taught by Shastri because these URLs are known non-malicious URLs.

17.      Regarding claim 11, Saare-Kay-Prettejohn-Shastri teaches the invention as described in claim 9, including that the characteristic associated with the destination URL comprises an identifier of a user who originally posted the destination URL and a location where the destination URL was posted (Prettejohn: "country," ¶ [0091]), the user comprising a human or a machine.

18.      Regarding claim 12, Saare-Kay-Prettejohn-Shastri teaches the invention as described in claim 9, including a shortened/redirected URL handling module, stored in the memory and executable on the processor, the shortened/redirected URL handling module configured to: receive a shortened URL or a redirected URL (Kay: "Redirect URLs," ¶ [0037]); determine a final destination URL of the shortened or redirected URL (Kay: "target URL," ¶ [0038]); and output the final destination URL to the reputation lookup module (Kay: "review the URL on the basis of…Redirect URLs," ¶¶ [0035], [0037], [0038]).

Application/Control Number: 12/637,673                                    Page 9
Art Unit: 2452

19.    Regarding claim 15, Saare-Kay-Prettejohn-Shastri teaches the invention as
described in claim 9, including that a configuration module, stored in the memory and
executable on the processor, the configuration module configured to maintain system
configuration settings in a system configuration store (Prettejohn: database 20, ¶
[0076]).


20.    Regarding claim 16, Saare-Kay-Prettejohn-Shastri teaches the invention as
described in claim 9, including that the redirection decision comprising determining,
based on the reputation rating of the destination URL (Prettejohn: ¶¶ [0130]-[0137]),
when to display an interstitial page, the interstitial page comprising an abuse information
page, an unknown information page, or an error information page (Prettejohn: 'warning
message may…be presented in the page display area…in the form of a warning page
displayed in place of the actual web page,' ¶ [0103]).


21.    Regarding claim 17, Saare-Kay-Prettejohn-Shastri teaches the invention as
described in claim 9, including that the redirection decision comprising determining,
based on rules applied to the destination URL or a characteristic of the destination URL
(Prettejohn: "blacklist," ¶ [0050]), when to display an interstitial page, the interstitial page
comprising an abuse information page, an unknown information page, or an error
information page (Prettejohn: 'warning message may…be presented in the page display
area…in the form of a warning page displayed in place of the actual web page,' ¶

Application/Control Number: 12/637,673                                   Page 10
Art Unit: 2452

[0103]).

22.    Claims 18, and 19 are rejected under 35 U.S.C. 103(a) as being unpatentable

over U.S. Pub. No. 2006/0253582 ("Dixon"), and further in view of Prettejohn.

23.    Regarding claim 18 Dixon teaches one or more computer-readable storage

media, storing processor-executable instructions that, when executed on a processor,

configure the processor to perform acts for URL Web service calls, the acts comprising:

        receiving a Web service call for a destination URL (Fig. 4, 402; ¶ [0132]);

        determining a redirection decision for the destination URL('decision may be

made to either provide the requested information…or to provide an alert, caution,

warning…,' ¶ [0132]); and

        outputting the redirection decision (Fig. 4).

        Dixon fails to teach that if the destination URL is invalid, abusive, or unknown,

the redirection decision directs a user to an interstitial page; and logging the redirection

decision and click-through telemetry information from the interstitial page.

        Prettejohn teaches that if the destination URL is invalid, abusive, or unknown

('known phishing attacks,' ¶ [0050]), the redirection decision directs a user to an

interstitial page ('warning message may…be presented in the page display area…in the

form of a warning page displayed in place of the actual web page,' ¶ [0103]); and

logging the redirection decision and click-through telemetry information from the

interstitial page ('knowledgeable and experienced user visits a previously unreported

Application/Control Number: 12/637,673                                      Page 11
Art Unit: 2452

URL that he believes to be related to a fraud…report this using the reporting

button...sever then records this information,' ¶ [0120]). It would have been obvious to

one of ordinary skill in the art to redirect a user to a warning page, and recording

telemetry information as taught by Prettejohn in order to prevent phishing attacks.


24.     Regarding claim 19, Dixon-Prettejohn teaches the invention as described in claim

18, including that the redirection decision is determined based on a reputation rating of

the destination URL (Prettejohn: 'score from 0 to 10,' ¶ [0129]).


25.     Claims 20 and 23 are rejected under 35 U.S.C. 103(a) as being unpatentable

over Dixon-Prettejohn as applied to claim 18 above, and further in view of Kay.


26.     Regarding claim 20, Dixon-Prettejohn teaches the invention as described in claim

18, but fails to teach instructions to perform acts comprising wrapping the destination

URL with a characteristic of the destination URL and a security hash, the characteristic

comprising the destination URL, an identifier of a user who originally posted the

destination URL, and/or a location of where the destination URL was posted.

Kay teaches wrapping a URL with characteristic of the destination URL (i.e.,

domain) and a security hash (¶ [0052]), the characteristic comprising the destination

URL ("alternatively wrap the original URL in plain text form…providing visibility of what

the original URL intended," ¶ [0053]). It would have been obvious to one of ordinary skill

in the art at the time of applicant's invention to include the destination URL in the

Application/Control Number: 12/637,673                                   Page 12
Art Unit: 2452

compressed URL as taught by Kay in order to allow a user to automatically screen

unknown URLs using a secure server.

27.    Regarding claim 23, Dixon-Prettejohn-Kay teaches the invention as described in

claim 20 above, including validating that the wrapped URL has not been tampered with

based at least in part upon the security hash (Kay: "benefit of encoding…insures the

second URL against tampering," ¶ [0052]).

28.    Claim 21 is rejected under 35 U.S.C. 103(a) as being unpatentable over Saare-

Kay as applied to claim 1 above, and further in view of Shastri.

29.    Regarding claim 21, Saare-Kay teaches the invention as described in claim 1

above, including excluding from URL wrapping URL's in emails that do not exceed a

threshold score (Kay: Fig. 3, Score exceeds threshold? N). Kay teaches that this may

take into account whether the URL appears on a whitelist (Kay: [0048]).

      Kay fails to teach including in-network URLs in a whitelist. Shastri teaches

including a company's intranet URLs in a whitelist (¶ [0159]). It would have been

obvious to one of ordinary skill in the art to include intranet URL's in a whitelist as taught

by Shastri because these URLs are known non-malicious URLs.

30.    Claim 22 is rejected under 35 U.S.C. 103(a) as being unpatentable over Dixon-

Prettejohn-Kay as applied to claim 20 above, and further in view of Shastri.

Application/Control Number: 12/637,673                                    Page 13
Art Unit: 2452

31.     Regarding claim 22, Dixon-Prettejohn-Kay teaches the invention as described in

claim 20 above, including excluding from URL wrapping URL's in emails that do not

exceed a threshold score (Kay: Fig. 3, Score exceeds threshold? N). URLs that are not

wrapped are directly loaded when clicked on by a user. Kay teaches that this may take

into account whether the URL appears on a whitelist (Kay: [0048]).

        Kay fails to teach including in-network URLs in a whitelist. Shastri teaches

including a company's intranet URLs in a whitelist (¶ [0159]). It would have been

obvious to one of ordinary skill in the art to include intranet URL's in a whitelist as taught

by Shastri because these URLs are known non-malicious URLs.


### *Response to Arguments*

32.     Applicant's arguments filed 06/01/12 have been fully considered but they are not

persuasive.

        a.      Applicant's amendments to overcome the rejections under section 101

        (remarks p. 8) are sufficient. The rejections under section 101 are withdrawn.

        b.      Applicants arguments with regard to claims 1, 3, 7 and 8 (Remarks pp. 9-

        11) are persuasive, however, a new ground of rejection is presented above in

        view of newly cited reference Kay that overcomes the deficiencies of Saare.

        c.      Applicants arguments with regard to claims 18 and 19 (Remarks pp. 11-

        13) are persuasive, however, a new ground of rejection is presented above in

Application/Control Number: 12/637,673                                    Page 14
Art Unit: 2452

view of newly cited references Prettejohn that overcome the deficiencies of
Dixon.

d.      Applicants arguments with regard to claims 1, 3, 7 and 8 (Remarks pp. 9-
11) are persuasive, however, a new ground of rejection is presented above in
view of newly cited reference Kay that overcomes the deficiencies in Saare.

e.      Applicants arguments with regard to claims 2 and 4-6 (Remarks pp. 13-
15) are persuasive, however, a new ground of rejection is presented above in
view of newly cited reference Kay that overcomes the deficiencies in Saare.

f.      Applicants arguments with regard to claims 9-17 (Remarks pp. 16-19) are
persuasive, however, a new ground of rejection is presented above in view of
newly cited references Kay, Prettejohn, and Shastri that overcomes the
deficiencies in Saare, Dandliker and Dixon.

g.      Applicants arguments with regard to claims 20 (Remarks pp. 19-20) are
persuasive, however, a new ground of rejection is presented above in view of
newly cited references Kay and Prettejohn that overcomes the deficiencies in
Dixon.


### *Conclusion*

33.     Applicant's amendment necessitated the new ground(s) of rejection presented in
this Office action.  Accordingly, **THIS ACTION IS MADE FINAL**.  See MPEP
§ 706.07(a).  Applicant is reminded of the extension of time policy as set forth in 37
CFR 1.136(a).

Application/Control Number: 12/637,673                                    Page 15
Art Unit: 2452

A shortened statutory period for reply to this final action is set to expire THREE

MONTHS from the mailing date of this action.  In the event a first reply is filed within

TWO MONTHS of the mailing date of this final action and the advisory action is not

mailed until after the end of the THREE-MONTH shortened statutory period, then the

shortened statutory period will expire on the date the advisory action is mailed, and any

extension fee pursuant to 37 CFR 1.136(a) will be calculated from the mailing date of

the advisory action.  In no event, however, will the statutory period for reply expire later

than SIX MONTHS from the date of this final action.

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to JULIAN CHANG whose telephone number is (571)272-

8631.  The examiner can normally be reached on Monday thru Friday 9AM to 5PM.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, THU NGUYEN can be reached on (571) 272-6967.  The fax phone number

for the organization where this application or proceeding is assigned is 571-273-8300.

Application/Control Number: 12/637,673                                        Page 16
Art Unit: 2452

Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a

USPTO Customer Service Representative or access to the automated information

system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.


/J. C./
Examiner, Art Unit 2452

/Patrice L Winder/
Primary Examiner, Art Unit 2452

| | Notice of References Cited | Application/Control No. 12/637,673 | Applicant(s)/Patent Under Reexamination BHATAWDEKAR ET AL. | |
|---|---|---|---|---|
| | | Examiner JULIAN CHANG | Art Unit 2452 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-2005/0246761 A1 | 11-2005 | Ross et al. | 726/001 |
| * | B | US-2007/0136279 A1 | 06-2007 | Zhou et al. | 707/006 |
| * | C | US-2008/0109306 A1 | 05-2008 | Maigret et al. | 705/014 |
| * | D | US-2008/0172382 A1 | 07-2008 | Prettejohn, Michael Hugh | 707/6 |
| * | E | US-2008/0196099 A1 | 08-2008 | Shastri, Vijnan | 726/12 |
| * | F | US-2008/0256187 A1 | 10-2008 | Kay, James | 709/206 |
| * | G | US-2012/0131636 A1 | 05-2012 | Ross et al. | 726/1 |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 12637673 | BHATAWDEKAR ET AL. |
| | **Examiner** | **Art Unit** |
| | JULIAN CHANG | 2452 |

## SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| 709 | 217,219,245 | 1/19/2012 | JC |

## SEARCH NOTES

| Search Notes | Date | Examiner |
|---|---|---|
| east search | 9/14/2012 | JC |
| assignee/inventor search with text | 9/14/2012 | JC |
| class search with text | 1/19/2012 | JC |
| google scholar search | 1/19/2012 | JC |

## INTERFERENCE SEARCH

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |

/J.C./
Examiner.Art Unit 2452

**EAST Search History**

**EAST Search History (Prior Art)**

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|-------|------|--------------|-----|------------------|---------|------------|
| S1 | 806 | (short shortened) near3 URL and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 15:58 |
| S2 | 818 | (short shortened tiny) near3 URL and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 15:58 |
| S3 | 52 | (short shortened tiny) near3 URL same redirect$4 and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 15:58 |
| S4 | 10 | (short shortened tiny) near3 URL same redirect$4 and (reputation phishing) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 15:59 |
| S5 | 9 | (short shortened tiny redirection) near URL with (trust$4 trustworth$6 reputation phishing) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 16:02 |
| S6 | 17 | (short shortened tiny redirection) near URL same (trust$4 trustworth$6 reputation ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 16:03 |
| S7 | 9 | tinyurl same (trust$4 trustworth$6 reputation ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 16:04 |
| S8 | 0 | (short shortened) adj url same (trust$4 | US-PGPUB; | OR | ON | 2012/01/19 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | trustworth$6 reputation ) and (@ad<"20091214" @rlad<"20091214") | USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | 16:04 |
| S9 | 64 | (short shortened) near3 (address url locator) same (trust$4 trustworth$6 reputation ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 16:04 |
| S10 | 11 | (short shortened) near3 (address url locator) with (trust$4 trustworth$6 reputation ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 16:05 |
| S11 | 1 | ("20100268739").PN. | US-PGPUB; USPAT | OR | OFF | 2012/01/19 16:15 |
| S12 | 0 | ("2010/0268739").URPN. | USPAT | OR | ON | 2012/01/19 16:15 |
| S13 | 4 | (("20080307044") or ("20070124500") or ("20070124499") or ("20070124414")).PN. | US-PGPUB; USPAT | OR | OFF | 2012/01/19 16:16 |
| S14 | 16 | (short shortened compress$4 tiny) near3 (address url locator) with (trust$4 trustworth$6 reputation ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 16:19 |
| S15 | 69 | (short shortened compress$4 tiny) near3 (address url locator) same (trust$4 trustworth$6 reputation ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 16:20 |
| S16 | 8 | (short shortened compress$4 tiny) near3 (url) same (trust$4 trustworth$6 reputation ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 16:20 |
| S17 | 9 | tinyurl and phishing and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 16:22 |
| S18 | 23 | (short shortened tiny redirection alias$4) near URL same (trust$4 trustworth$6 reputation ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; | OR | ON | 2012/01/19 16:34 |

| | | | | | | |
|------|-----|------------------------------------------------------------------------------------------------------------------------------------------|----------------------------------------------------|----|----|------------------------|
| | | | DERWENT; IBM_TDB | | | |
| S19 | 84 | (short shortened tiny redirect$4 alias$4 shortening) near4 URL same (trust$4 trustworth$6 reputation ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 16:34 |
| S20 | 0 | (13/175812).APP. | USPAT; USOCR | OR | ON | 2012/01/19 16:39 |
| S21 | 0 | ("2011/0258201").URPN. | USPAT | OR | ON | 2012/01/19 16:39 |
| S22 | 0 | (short shortened tiny shortening) near4 URL and warning with trust$4 and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 16:48 |
| S23 | 1 | ((short shortened tiny shortening compress$4 alias$4) near2 URL tinyurl bitly) and warning with trust$4 and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 16:48 |
| S24 | 1 | ((short shortened tiny shortening compress$4 alias$4) near2 URL tinyurl bitly) and warn$4 with trust$4 and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 16:48 |
| S25 | 3 | ((short shortened tiny shortening compress$4 alias$4) near2 URL tinyurl bitly) and match$4 same warn$4 and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 16:49 |
| S26 | 68 | ((short shortened tiny shortening compress$4 alias$4) near2 URL tinyurl bitly) and (spam$4 phishing) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 16:50 |
| S27 | 80 | ((short shortened tiny shortening compress$4 alias$4 redirect$4) near2 URL tinyurl bitly) and warn$4 and (spam$4 phishing) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 16:50 |
| S28 | 16 | reputation same redirect$4 with url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; | OR | ON | 2012/01/19 17:13 |

| S29 | 4 | bea.as. and compress$4 with url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:17 |
| S30 | 43 | (shorten$4 short compress$4) near2 url and (session near2 (identifier id) sessionid) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:18 |
| S31 | 18 | (shorten$4 short compress$4) near2 url same (session near2 (identifier id) sessionid) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:19 |
| S32 | 0 | website with reputation same session and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:25 |
| S33 | 71 | ((url website) with reputation).ab. and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:25 |
| S34 | 11 | reputation with (website URL link hyperlink) same post$4 with identity and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:27 |
| S35 | 0 | reputation with (website URL link hyperlink) same post$4 with where and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:28 |
| S36 | 0 | trust$4 with (website URL link hyperlink) same post$4 with where and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:28 |
| S37 | 2 | trust$4 with (website URL link hyperlink) same post$4 with identity and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; | OR | ON | 2012/01/19 17:28 |

| | | | FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | | | |
|---|---|---|---|---|---|---|
| S38 | 200 | (reputation safe trust$4) with (website URL link hyperlink) and post$4 with identity and (@ad<"20091214" @rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/01/19<br>17:29 |
| S39 | 118 | (reputation safe trust$4) with (website URL link hyperlink) and post$4 near5 identity and (@ad<"20091214" @rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/01/19<br>17:29 |
| S40 | 36 | (reputation safe trust$4) near5 (website URL link hyperlink) and post$4 near5 identity and (@ad<"20091214" @rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/01/19<br>17:29 |
| S41 | 286 | (reputation safe trust$4) near5 (website URL link hyperlink) same identity and (@ad<"20091214" @rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/01/19<br>17:29 |
| S42 | 225 | (reputation safe trust$4) near5 (URL link hyperlink) same identity and (@ad<"20091214" @rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/01/19<br>17:30 |
| S43 | 29 | (reputation) near5 (URL link hyperlink) same identity and (@ad<"20091214" @rlad<"20091214") | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS;<br>EPO; JPO;<br>DERWENT;<br>IBM_TDB | OR | ON | 2012/01/19<br>17:31 |
| S44 | 8 | (("6571256") or ("7580982") or ("7831915") or ("7870203") or ("20030028762") or ("20030097591") or ("20060218403") or ("20070118898")).PN. | US-PGPUB;<br>USPAT | OR | OFF | 2012/01/19<br>17:45 |
| S45 | 20 | (("6367012") or ("6745367") or ("6892178") or ("7562304") or ("20030018585") or ("20030188019") or ("20040122926") or ("20040210602") or ("20060015722") or ("20060253580") or ("20060253582") or ("20070011603") or ("20070078699") or ("20070162349") or ("20070192855") or ("20070250916") or ("20080022384") or ("20080243920") or ("20080288278") or | US-PGPUB;<br>USPAT | OR | OFF | 2012/01/19<br>17:50 |

| S46 | 8 | (("5572643") or ("6819336") or ("7003522") or ("7107530") or ("20050050470") or ("20060095404") or ("20060253584") or ("20070011603")).PN. | US-PGPUB; USPAT | OR | OFF | 2012/01/19 18:03 |
|-----|---|---|---|---|---|---|
| S47 | 30 | reputation with (URL link hyperlink) and (@ad<"20091214" @rlad<"20091214") and (709/217,219,245).ccls. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 19:01 |
| S48 | 0 | ((wrap$4 short$4 tiny) with (URL URI address locator)).ccls. and (microsoft.as. (bhatawdekar with ameya iverson with kristofer).in.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 19:04 |
| S49 | 0 | ((wrap$4 short$4 tiny) with (URL URI address locator)).ccls. and (microsoft.as. (bhatawdekar with ameya iverson with kristofer mills with chad scarrow with john haber with elliott).in.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 19:04 |
| S50 | 47 | ((wrap$4 short$4 tiny) with (URL URI address locator)).clm. and (microsoft.as. (bhatawdekar with ameya iverson with kristofer mills with chad scarrow with john haber with elliott).in.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 19:05 |
| S51 | 1 | ((wrap$4 short$4 tiny) with (URL URI address locator) and reputation).clm. and (microsoft.as. (bhatawdekar with ameya iverson with kristofer mills with chad scarrow with john haber with elliott).in.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 19:05 |
| S52 | 3 | ((wrap$4 short$4 tiny) with (URL URI address locator) and hash$4).clm. and (microsoft.as. (bhatawdekar with ameya iverson with kristofer mills with chad scarrow with john haber with elliott).in.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 19:05 |
| S53 | 16 | (reputation with (URL URI address locator)).clm. and (microsoft.as. (bhatawdekar with ameya iverson with kristofer mills with chad scarrow with john haber with elliott).in.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 19:06 |
| S54 | 9 | (reputation with (url)).clm. and (microsoft.as. (bhatawdekar with ameya iverson with kristofer mills with chad scarrow with john haber with elliott).in.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; | OR | ON | 2012/01/19 19:06 |

| S55 | 21 | ((wrap$4 short$4 tiny) near3 (URL URI address locator)).clm. and (microsoft.as. (bhatawdekar with ameya iverson with kristofer mills with chad scarrow with john haber with elliott).in.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 19:07 |
| S56 | 14 | ((wrapped wrapping short$4 tiny) near3 (URL URI address locator)).clm. and (microsoft.as. (bhatawdekar with ameya iverson with kristofer mills with chad scarrow with john haber with elliott).in.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 19:08 |
| S57 | 14 | dynamic with parameter same refer$4 near3 (website domain) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:27 |
| S58 | 40 | dynamic with parameter same refer$4 near3 (website domain url) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:27 |
| S59 | 8 | dynamic near4 parameter same refer$4 near3 (website domain url) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:28 |
| S60 | 337 | dynamic near4 parameter same post$4 and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:30 |
| S61 | 84 | dynamic near4 parameter with post$4 and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:30 |
| S62 | 0 | dynamic near4 parameter with post$4 same url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:30 |
| S63 | 0 | dynamic near4 (parameter query) with post$4 same url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; | OR | ON | 2012/01/21 14:30 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | EPO; JPO; DERWENT; IBM_TDB | | | |
| S64 | 1248 | (parameter query string) with post$4 same url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:31 |
| S65 | 235 | (query with string) with post$4 same url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:31 |
| S66 | 0 | (query with string)with dynamic with post$4 same url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:31 |
| S67 | 43 | (query with string)with parameter with post$4 same url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:31 |
| S68 | 53 | (query with string)with parameter with (poster posted posting refer$4) same url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:32 |
| S69 | 51 | (query adj string)with parameter with (poster posted posting refer$4) same url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:32 |
| S70 | 0 | (query adj string)with parameter with (poster posted posting refer$4) same url and (@ad<"20091214" @rlad<"20091214") and reputation | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:32 |
| S71 | 51 | (query adj string)with parameter with (poster posted posting refer$4) same url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:33 |
| S72 | 132 | (phishing) and redirect$4 with url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; | OR | ON | 2012/01/23 13:13 |

| | | | US-PGPUB; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
|---|---|---|---|---|---|---|
| S73 | 7 | (phishing) and (deci$4 whether) with redirect$4 with url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:14 |
| S74 | 9 | (phishing) and (safe) with redirect$4 with url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:16 |
| S75 | 2 | (phishing) and (trusted) with redirect$4 with url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:17 |
| S76 | 5 | (reputation) with redirect$4 with url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:17 |
| S77 | 10 | URl with (post$4) with (URL hyperlink link) and reputation and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:36 |
| S78 | 1 | query near2 (parameter string) with (post$4) with (URL hyperlink link) and reputation and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:40 |
| S79 | 0 | query near2 (parameter string) with (poster) with (URL hyperlink link) and reputation and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:40 |
| S80 | 0 | query near2 (parameter string) with (poster posted) with (URL hyperlink link) and reputation and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:40 |

| S81 | 137 | query near2 (parameter string) with (poster posted publish$4 domain) with (URL hyperlink link) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:40 |
| S82 | 35 | query near2 (parameter string) with (poster posted publish$4 ) with (URL hyperlink link) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:40 |
| S83 | 0 | query near2 (parameter string) with (poster posted publish$4 ) with redirect$4 with (URL hyperlink link) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:41 |
| S84 | 0 | query near2 (parameter string) with (poster posted publish$4 ) same redirect$4 with (URL hyperlink link) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:42 |
| S85 | 3 | query near2 (parameter string) with identity same redirect$4 with (URL hyperlink link) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:42 |
| S86 | 1 | identity with (posted poster publish$4) same redirect$4 with (URL hyperlink link) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:42 |
| S87 | 0 | referer with (compress$4 short$4) with (URL URI locator address link hyperlink) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:45 |
| S88 | 2457 | (identity) with (refer$4 publish$4 poster posted) and (compress$4 short$4) with (URL URI locator address link hyperlink) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:45 |
| S89 | 102 | (identity) with (refer$4 publish$4 poster posted) same (compress$4 short$4) with (URL URI locator address link hyperlink) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; | OR | ON | 2012/01/23 13:46 |

| S90 | 150 | (identity) with (refer$4 publish$4 poster posted) same (compress$4 short$4 redirect$4) with (URL URI locator address link hyperlink) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:46 |
| S91 | 4 | (identity) with (referer publish$4 poster posted) same (compress$4 short$4 redirect$4) with (URL URI locator address link hyperlink) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:46 |
| S92 | 4 | (identity) with (referring with (website URL) publish$4 poster posted) same (compress$4 short$4 redirect$4) with (URL URI locator address link hyperlink) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:47 |
| S93 | 237 | reputation with (URL URI) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:47 |
| S94 | 60 | reputation with (URL URI) same (identity identifier) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:47 |
| S95 | 1 | ("20070157216").PN. | US-PGPUB; USPAT | OR | OFF | 2012/01/24 08:53 |
| S96 | 44 | (chang with julian).xa. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 14:21 |
| S97 | 16 | error with malform$4 near3 url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 15:39 |
| S98 | 0 | (11/804017).APP. | USPAT; USOCR | OR | ON | 2012/01/24 15:46 |
| S99 | 40 | untrusted with (URL) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; | OR | ON | 2012/01/24 15:46 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | DERWENT; IBM_TDB | | | |
| S100 | 8 | (untrusted untrustworthy) with (URL) and URL with (redirect$4 alias compress$4 short$6) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 15:49 |
| S101 | 2 | (untrusted untrustworthy) with (URL) same (wrap$4 append$4 insert$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 15:58 |
| S102 | 21 | (untrusted untrustworthy unknown) same (URL) same (wrap$4 append$4 insert$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 15:59 |
| S103 | 12 | (untrusted untrustworthy unknown) with (URL) with (wrap$4 append$4 insert$4 modif$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 15:59 |
| S104 | 74 | (untrusted untrustworthy unknown) with (URL) with (wrap$4 append$4 insert$4 modif$4 rewrit$4 includ$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 15:59 |
| S105 | 1532 | (untrusted untrustworthy unknown) same (URL locator address) near5 (wrap$4 append$4 insert$4 modif$4 rewrit$4 includ$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:00 |
| S106 | 1565 | (untrusted untrustworthy unknown) same (URL locator address URI) near5 (wrap$4 append$4 insert$4 modif$4 rewrit$4 includ$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:00 |
| S107 | 563 | (untrusted untrustworthy unknown) with (URL locator address URI) near5 (wrap$4 append$4 insert$4 modif$4 rewrit$4 includ$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:00 |
| S108 | 117 | (untrusted untrustworthy) with (URL locator address URI) near5 (wrap$4 append$4 insert$4 modif$4 rewrit$4 | US-PGPUB; USPAT; USOCR; | OR | ON | 2012/01/24 16:00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | include$4) and (@ad<"20091214" @rlad<"20091214") | FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
| S109 | 18 | (untrusted untrustworthy) with (URL locator URI) near5 (wrap$4 append$4 insert$4 modif$4 rewrit$4 includ$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:01 |
| S110 | 36 | (untrusted untrustworthy) same (URL locator URI) near5 (wrap$4 append$4 insert$4 modif$4 rewrit$4 includ$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:01 |
| S111 | 47 | (untrusted untrustworthy unsafe) same (URL locator URI) near5 (wrap$4 append$4 insert$4 modif$4 rewrit$4 includ$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:02 |
| S112 | 48 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe)) same (URL locator URI) near5 (wrap$4 append$4 insert$4 modif$4 rewrit$4 includ$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:02 |
| S113 | 6 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe)) same (URL locator URI) near5 (wrap$4 append$4 insert$4 modif$4 rewrit$4 ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:03 |
| S114 | 13 | (unknown) with (URL locator) same (URL locator URI) near5 (wrap$4 append$4 insert$4 modif$4 rewrit$4 ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:05 |
| S115 | 2 | (unknown) with (URL locator) same (URL locator URI) near5 (encod$4 ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:06 |
| S116 | 4 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe)) same (URL locator URI) near5 (encod$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:06 |
| S117 | 340 | (URL locator URI) near5 (encod$4 wrap$4 | US-PGPUB; | OR | ON | 2012/01/24 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | includ$4 insert$4) with (reputation score) and (@ad<"20091214" @rlad<"20091214") | USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | 16:07 |
| S118 | 11 | (URL locator URI) near5 (encod$4 wrap$4 insert$4) with (reputation score) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:08 |
| S119 | 4 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe)) same (URL locator URI) with (flag$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:22 |
| S120 | 0 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe)) same (URL locator URI) with (annotat$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:26 |
| S121 | 3 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe)) same (URL locator URI) with (rewrit$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:26 |
| S122 | 7 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe unknown) same (URL locator URI) with (rewrit$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:26 |
| S123 | 13 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe) unknown) near3 (URL URI locator) and (URL locator URI) with (rewrit$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:27 |
| S124 | 16 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe) unknown) near3 (URL URI locator address) and (URL locator URI) with (rewrit$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:28 |
| S125 | 9 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe) )\near3 (URL URI locator address) and (URL locator URI) with (rewrit$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; | OR | ON | 2012/01/24 16:28 |

| S126 | 9 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe) )near3 (URL URI locator address) and (URL locator URI) with (rewrit$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:28 |
| S127 | 15 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe) )near3 (URL URI locator address) and (URL locator URI) with (wrap$4 short$4 alias$4 redirect$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:29 |
| S128 | 8 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe) )near3 (URL URI locator address) and (URL locator URI) with (wrap$4 short$4 tiny) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:30 |
| S129 | 25 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe) )near3 (URL URI locator address) and (URL locator URI) with (mark$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:31 |
| S130 | 34 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe) )near3 (URL URI locator address) and (URL locator URI) with (mark$4 flag$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:32 |
| S131 | 7 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe) unknown) same (URL locator URI) with (rewrit$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:46 |
| S132 | 3 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe) ) same (URL locator URI) with (rewrit$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:48 |
| S133 | 0 | logging with telemetry with (click clickthrough) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:27 |
| S134 | 0 | logged with telemetry with (click clickthrough) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; | OR | ON | 2012/01/24 17:27 |

| | | | EPO; JPO; DERWENT; IBM_TDB | | | |
|---|---|---|---|---|---|---|
| S135 | 0 | logged same telemetry with (click clickthrough) and (@ad< "20091214" @rlad< "20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:28 |
| S136 | 0 | log same telemetry with (click clickthrough) and (@ad< "20091214" @rlad< "20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:28 |
| S137 | 1 | log$4 same telemetry with (click clickthrough) and (@ad< "20091214" @rlad< "20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:28 |
| S138 | 5726 | log$4 same telemetry and (@ad< "20091214" @rlad< "20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:28 |
| S139 | 2801 | log$4 with telemetry and (@ad< "20091214" @rlad< "20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:28 |
| S140 | 0 | click with through with telemetry and (@ad< "20091214" @rlad< "20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:29 |
| S141 | 453 | logging near3 telemetry and (@ad< "20091214" @rlad< "20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:29 |
| S142 | 0 | logging near3 telemetry same URL and (@ad< "20091214" @rlad< "20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:29 |
| S143 | 0 | logging near3 telemetry same URI and (@ad< "20091214" @rlad< "20091214") | US-PGPUB; USPAT; | OR | ON | 2012/01/24 17:29 |

| | | | USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
|---|---|---|---|---|---|---|
| S144 | 453 | logging near3 telemetry and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:29 |
| S145 | 30 | (logged logging) with report same (userid user adj ident$6) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:31 |
| S146 | 0 | (logged logging) with report same (userid user adj ident$6) with url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:31 |
| S147 | 25 | (logged logging) with report same (userid user near2 ident$6 user) with url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:31 |
| S148 | 7 | (logged logging) with redirect$4 with decision and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:41 |
| S149 | 45 | reputation with domain with URL and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:52 |
| S150 | 41 | reputation with (website) with (host$4 post$4) with (hyperlink link url uri) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:53 |
| S151 | 24 | (reputation trust$4 trustworth$5) with (website) with (host$4 posted posting) with (hyperlink link url uri) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:55 |

| S152 | 24 | (reputation trust$4 trustworth$5) with (website) with (host$4 posted posting poster) with (hyperlink link url uri) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:55 |
| S153 | 489 | (reputation trust$4 trustworth$5) same (link hyperlink URL) with (shar$4 publish$4 posted posting poster) with (hyperlink link url uri) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:02 |
| S154 | 650 | (reputation trust$4 trustworth$5 safe unsafe) same (link hyperlink URL) with (shar$4 publish$4 posted posting poster) with (hyperlink link url uri) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:02 |
| S155 | 650 | (reputation trust$4 trustworth$5 safe unsafe) same (link hyperlink URL) with (shar$4 publish$4 posted posting poster) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:03 |
| S156 | 243 | (reputation trust$4 trustworth$5 safe unsafe) same (link hyperlink URL) near3 (shar$4 publish$4 posted posting poster) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:03 |
| S157 | 895 | (reputation trust$4 trustworth$5 safe) same (link hyperlink URL) with (website domain) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:08 |
| S158 | 229 | (reputation trust$4 trustworth$5 safe) with (URL) with (website domain) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:09 |
| S159 | 105 | (reputation trust$4 trustworth$5 safe) near4 (URL) with (website domain) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:09 |
| S160 | 12 | (reputation trust$4 trustworth$5 safe) near4 (URL) with (website domain) with (host$4 post$4 publish$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; | OR | ON | 2012/01/24 18:09 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | DERWENT; IBM_TDB | | | |
| S161 | 0 | (reputation trust$4 trustworth$5 safe) near4 (URL) with (website domain) with (recommend$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:10 |
| S162 | 0 | (reputation trust$4 trustworth$5 safe) near4 (URL) with (user) with (recommend$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:11 |
| S163 | 0 | (reputation trust$4 trustworth$5 safe) with (URL) with (user) with (recommend$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:11 |
| S164 | 0 | (reputation trust$4 trustworth$5 safe) with (URL locator ) with (user) with (recommend$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:11 |
| S165 | 0 | (reputation trust$4 trustworth$5 safe) with (URL locator ) with website with (recommend$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:11 |
| S166 | 49 | (reputation trust$4 trustworth$5 safe) with (URL locator ) with website with (host$4 post$4 publish$4 linked) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:11 |
| S167 | 205 | (reputation trust$4 trustworth$5 safe) with (URL locator hyperlink link) with (website site domain) near3 trusted and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:14 |
| S168 | 124 | (reputation trust$4 trustworth$5 safe) near4 (URL locator hyperlink link) with (website site domain) near3 trusted and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:14 |
| S169 | 9 | (reputation trust$4 trustworth$5 safe) near4 (URL locator hyperlink link) with (website site domain) near3 trusted with | US-PGPUB; USPAT; USOCR; | OR | ON | 2012/01/24 18:15 |

EAST Search History

| | | | | | | |
|---|---|---|---|---|---|---|
| | | (posted hosted published) and (@ad<"20091214" @rlad<"20091214") | | FPRS; EPO; JPO; DERWENT; IBM_TDB | | |
| S170 | 0 | reputation same (URL locator hyperlink link) with (website site domain) near3 trusted with (posted hosted published) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:16 |
| S171 | 24 | reputation same (URL locator hyperlink link) with (website site domain) near3 (posted hosted published) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:16 |
| S172 | 9 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe) )near3 (URL URI locator address) and (URL locator URI) with ( flag$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:28 |
| S173 | 4 | (untrusted untrustworthy unsafe ("not" un) adj (trust$4 trustworthy safe) ) same (URL locator URI) with ( flag$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:28 |
| S174 | 2 | ((short$6 tiny) near3 url tinyurl) same (tamper$4 integrity authentic$6) with hash$4 and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 18:36 |
| S175 | 261 | ((microsoft msft).as. (bhatawdekar with ameya iverson with kristofer haber with elliott scarrow with john chad with mills).in.) and ((URL wrapped link hyperlink locator) and hash$4).clm. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 19:02 |
| S176 | 84 | ((microsoft msft).as. (bhatawdekar with ameya iverson with kristofer haber with elliott scarrow with john chad with mills).in.) and ((URL wrapped link hyperlink locator uri) with hash$4).clm. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 19:03 |
| S177 | 10 | ((microsoft msft).as. (bhatawdekar with ameya iverson with kristofer haber with elliott scarrow with john chad with mills).in.) and ((URL wrapped link hyperlink locator uri) with hash$4).clm. and (validat$4 tamper$4 authentic$6) with hash$4 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 19:04 |
| S180 | 0 | (risk$4 malware abus$4 invalid danger$4) | US-PGPUB; | OR | ON | 2012/09/14 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | with (url) same interstitial and (@ad<"20091214" @rlad<"20091214") | USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | 19:54 |
| S181 | 86 | (risk$4 malware abus$4 invalid danger$4) with (url) same display$4 with user and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 19:54 |
| S182 | 21 | (risk$4 malware abus$4 invalid danger$4) with (url) same display$4 near4 (warn$4 page webpage) with user and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 19:54 |
| S183 | 440 | (risk$4 malware abus$4 invalid danger$4) with (url) and (warn$4 page webpage) with user and log$4 with (user decision click$6) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 19:57 |
| S184 | 92 | (risk$4 malware abus$4 invalid danger$4) with (url) same (warn$4 page webpage) with user and log$4 with (user decision click$6) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 19:57 |
| S185 | 225 | (risk$4 malware abus$4 invalid danger$4) with (url) and display$4 with (warn$4 page webpage) with user and log$4 with (user decision click$6) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 19:57 |
| S186 | 225 | (risk$4 malware abus$4 invalid danger$4) with (url) and display$4 with (warn$4 page webpage interstitial) with user and log$4 with (user decision click$6) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 19:57 |
| S187 | 63 | (risk$4 malware abus$4 invalid danger$4) with (url) same3 display$4 with (warn$4 page webpage interstitial) with user and log$4 with (user decision click$6) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 19:57 |
| S188 | 32 | (risk$4 malware abus$4 invalid danger$4) with (url) same3 display$4 with (warn$4 page webpage interstitial) with user and log$4 with (decision click$6) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; | OR | ON | 2012/09/14 19:58 |

| S189 | 19 | (risk$4 malware abus$4 invalid danger$4) with (url) same3 display$4 with (warn$4 page webpage interstitial) with user and log$4 with (decision risk) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 19:58 |
|---|---|---|---|---|---|---|
| S190 | 4 | (risk$4 malware abus$4 invalid danger$4) with (url) same display$4 with (warn$4 page webpage interstitial) with user and log$4 with (decision risk) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 19:59 |
| S191 | 13 | (risk$4 malware abus$4 invalid danger$4 suspicious) with (url locator uri address) same display$4 with (warn$4 page webpage interstitial) with user and log$4 with (decision risk) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 19:59 |
| S192 | 58 | (risk$4 malware abus$4 invalid danger$4 suspicious) with (url locator uri address) same display$4 with (warn$4 page webpage interstitial) with user and log$4 with (user click$4 click adj through decision risk) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 19:59 |
| S193 | 27 | (risk$4 malware abus$4 invalid danger$4 suspicious) with (url locator uri address) same display$4 with (warn$4 page webpage interstitial) with user and (log logging logged) with (user click$4 click adj through decision risk) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 20:00 |
| S194 | 13 | (risk$4 malware abus$4 invalid danger$4 suspicious) with (url locator uri) same display$4 with (warn$4 page webpage interstitial) with user and (log logging logged) with (user click$4 click adj through decision risk) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 20:01 |
| S195 | 19 | (risk$4 malware abus$4 invalid danger$4 suspicious) with (url locator uri) same (log logging logged) with (user click$4 click adj through decision risk) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 20:03 |
| S197 | 0 | (risk$4 malware abus$4 invalid danger$4 suspicious) with (url locator uri address) with log$4 and log$4 with telemetry and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 20:06 |
| S198 | 0 | (risk$4 malware abus$4 invalid danger$4 suspicious) with (url locator uri address) same log$4 and log$4 with telemetry and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; | OR | ON | 2012/09/14 20:06 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | EPO; JPO; IBM_TDB | | | |
| S199 | 142 | (risk$4 malware abus$4 invalid danger$4 suspicious unsafe untrust$4 untrustworthy) with (url locator uri) same log$4 with (user url uri locator) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 20:08 |
| S200 | 6 | (risk$4 malware abus$4 invalid danger$4 suspicious unsafe untrust$4 untrustworthy) with (url locator uri) same display$4 with user with (warn$4) and log$4 with (user url uri locator) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/14 20:08 |
| S201 | 9 | (logged log logging) with decision near5 (redirect$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/15 12:00 |
| S202 | 131 | (logged log logging) with url near5 (redirect$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/15 13:03 |
| S203 | 0 | (logged log logging) with url near5 (redirect$4) same (suspicious risk$4 warn$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/15 13:03 |
| S204 | 131 | (logged log logging) with url near5 (redirect$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/15 13:03 |
| S205 | 33 | (logged log logging) near5 url near5 (redirect$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/15 13:04 |
| S206 | 1 | (logged log logging) with decision same url near5 (redirect$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/15 13:05 |
| S207 | 0 | (logged log logging) with decision same url with (abusive suspici$4 warn$4 | US-PGPUB; USPAT; | | | 2012/09/15 13:06 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | malware) and (@ad<"20091214" @rlad<"20091214") | USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
| S208 | 0 | (logged log logging) near5 decision with url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/15 13:06 |
| S209 | 118 | (logged log logging) with url near4 redirect$4 and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/15 13:06 |
| S210 | 22 | (logged log logging) with (decision determination) with redirect$4 and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/15 13:07 |
| S211 | 49 | (logged log logging) with (decision determination) with url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/15 13:09 |
| S212 | 0 | ignor$4 with (internal intranet corporate in adj network) near4 url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/15 13:17 |
| S213 | 230 | (whitelist$4 white adj list trusted ignor$4) with (internal intranet corporate in adj network) near4 (url address$4 uri locator) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/15 13:17 |
| S214 | 196 | (whitelist$4 white adj list ignor$4) with (internal intranet corporate in adj network) near4 (url address$4 uri locator) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/15 13:17 |
| S215 | 196 | (whitelist$4 white adj list$4 ignor$4) with (internal intranet corporate in adj network) near4 (url address$4 uri locator) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/15 13:17 |

| S216 | 0 | (whitelist$4 white adj list$4 ignor$4) with (internal intranet corporate in adj network) near4 (url uri locator) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/15 13:18 |
| S217 | 0 | (whitelist$4 white adj list$4 ignor$4) with (internal intranet corporate in adj network) near4 (url uri locator web adj address$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/15 13:18 |
| S218 | 2319 | (whitelist$4 white adj list$4 ignor$4 trust$4) with (url uri locator ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/15 13:19 |
| S219 | 79 | (whitelist$4 white adj list$4 ignor$4 trust$4) with (url uri locator) same (intranet internal corporate (intra in) adj (net network)) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/15 13:19 |
| S220 | 80 | (whitelist$4 white adj list$4 ignor$4 trust$4) with (url uri locator) same (intranet internal corporate (intra in) adj (net network) (inside within behind) near5 firewall) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/15 13:20 |
| S221 | 1 | ("8108902").PN. | US-PGPUB; USPAT; USOCR | OR | OFF | 2012/09/15 13:25 |
| S222 | 0 | hash$4 with (untrusted suspicious) near5 url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/17 18:26 |
| S223 | 22 | hash$4 with url and (untrusted suspicious) near5 url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/17 18:26 |
| S224 | 0 | (white adj list$4 whitelist$4) with (intranet in adj network innetwork internal corporate) adj URL and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/17 19:13 |
| S225 | 0 | (white adj list$4 whitelist$4) with (intranet in adj network innetwork | US-PGPUB; USPAT; | OR | ON | 2012/09/17 19:13 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | internal corporate) near3 URL and (@ad<"20091214" @rlad<"20091214") | USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | |
| S226 | 0 | (white adj list$4 whitelist$4) with (intranet in adj network innetwork internal corporate) near3 URL and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/17 19:14 |
| S227 | 1 | (white adj list$4 whitelist$4) same (intranet in adj network innetwork internal corporate) near3 URL and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/17 19:14 |
| S228 | 4 | (white adj list$4 whitelist$4 trusted) same (intranet in adj network innetwork internal corporate) near3 URL and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/09/17 19:14 |

**EAST Search History (Interference)**

< This search history is empty>

**9/17/2012 8:25:09 PM**
**H:\ Workspaces\ 12637673.wsp**

| *Index of Claims* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 12637673 | BHATAWDEKAR ET AL. |
| | **Examiner** | **Art Unit** |
| | JULIAN CHANG | 2452 |

| ✓ | **Rejected** | - | **Cancelled** | N | **Non-Elected** | A | **Appeal** |
|---|---|---|---|---|---|---|---|
| = | **Allowed** | ÷ | **Restricted** | I | **Interference** | O | **Objected** |

☐ **Claims renumbered in the same order as presented by applicant**    ☐ CPA   ☐ T.D.   ☐ R.1.47

| CLAIM | | DATE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 01/19/2012 | 09/14/2012 | | | | | | | |
| | 1 | ✓ | ✓ | | | | | | | |
| | 2 | ✓ | ✓ | | | | | | | |
| | 3 | ✓ | ✓ | | | | | | | |
| | 4 | ✓ | ✓ | | | | | | | |
| | 5 | ✓ | ✓ | | | | | | | |
| | 6 | ✓ | ✓ | | | | | | | |
| | 7 | ✓ | ✓ | | | | | | | |
| | 8 | ✓ | ✓ | | | | | | | |
| | 9 | ✓ | ✓ | | | | | | | |
| | 10 | ✓ | - | | | | | | | |
| | 11 | ✓ | ✓ | | | | | | | |
| | 12 | ✓ | ✓ | | | | | | | |
| | 13 | ✓ | - | | | | | | | |
| | 14 | ✓ | - | | | | | | | |
| | 15 | ✓ | ✓ | | | | | | | |
| | 16 | ✓ | ✓ | | | | | | | |
| | 17 | ✓ | ✓ | | | | | | | |
| | 18 | ✓ | ✓ | | | | | | | |
| | 19 | ✓ | ✓ | | | | | | | |
| | 20 | ✓ | ✓ | | | | | | | |
| | 21 | | ✓ | | | | | | | |
| | 22 | | ✓ | | | | | | | |
| | 23 | | ✓ | | | | | | | |

| **IN THE UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)** | |
| --- | --- |
| Application Serial Number | 12/637,673 |
| Confirmation Number | 3736 |
| Filing Date | December 14, 2009 |
| Title of Application | Reputation Based Redirection Service |
| First Named Inventor | Ameya S. Bhatawdekar |
| Assignee | Microsoft Corporation |
| Group Art Unit | 2452 |
| Examiner | Julian Chang |
| Attorney Docket Number | MS1-4927US |

To:    Commissioner for Patents
PO Box 1450
Alexandria, VA 22313-1450

From:    Thomas John Shrum (Tel. 509-324-9256; Fax 509-323-8979)
Lee & Hayes, PLLC
601 W. Riverside Ave, Suite 1400
Spokane, WA 99201

**Customer Number 22801**

## Response to February 3, 2012 Non-Final Office Action

This communication is being filed with a request for a 1-month extension of time.

Fees will be paid by EFS web; however, Applicant hereby authorizes the Commissioner

to charge any deficiency of fees and credit any overpayments to Deposit Account

Number 12-0769.

    **Claim Amendments** begin on page 2 of this document.

    **Remarks** begin on page 8 of this document.

## C̲LAIM A̲MENDMENTS

1. (Currently Amended) One or more computer-readable storage ~~media~~ <u>devices</u>, storing processor-executable instructions that, when executed on a processor, configure a processor to perform acts for Uniform Resource Locator (URL) wrapping, the acts comprising:

receiving an input of a URL for accessing a document available over a network;

determining a characteristic associated with the received URL;

creating a security hash; [[and]]

outputting a wrapped URL comprising the characteristic associated with the received URL, and the security hash<u>; and</u>

<u>validating that the wrapped URL has not been tampered with based at least in part upon the security hash</u>. [[.]]

2. (Currently Amended) The one or more computer-readable ~~media~~ <u>devices</u> of claim 1, wherein the wrapped URL further comprises the received URL.

3. (Currently Amended) The one or more computer-readable ~~media~~ <u>devices</u> of claim 1, wherein the characteristic associated with the received URL comprises an identifier of a user who originally posted the received URL, a location on the network where the received URL was posted, a container identifier of a container where the received URL was posted, and/or context information comprising a session identifier.

4. (Currently Amended) The one or more computer-readable ~~media~~ <u>devices</u> of claim 1, wherein the characteristic associated with the received URL comprises a

unique identifier for back-end reputation look-up and/or back-end additional characteristic look-up.

5. (Currently Amended) The one or more computer-readable ~~media~~ <u>devices</u> of claim 1, further comprising instructions to perform acts comprising:

determining that the received URL is an un-trusted URL; and

outputting the wrapped URL based on the determination that the received URL is an un-trusted URL.

6. (Currently Amended) The one or more computer-readable ~~media~~ <u>devices</u> of claim 1, further comprising instructions to perform acts comprising outputting an error message when the received URL is a malformed URL, a non-URL, a null URL, a URL of an un-supported Uniform Resource Identifier (URI) schema, and/or a URL with a length longer than a predetermined length.

7. (Currently Amended) The one or more computer-readable ~~media~~ <u>devices</u> of claim 1, wherein the wrapped URL further comprises a redirection service and/or shortened URL.[[.]]

8. (Currently Amended) The one or more computer-readable ~~media~~ <u>devices</u> of claim 1, wherein the security hash is created based on the received URL and the characteristic associated with the received URL.[[.]]

9. (Currently Amended) A system for implementing a URL redirection service comprising:

memory and a processor;

a policy module, stored in the memory and executable on the processor, the policy module configured to exclude all URLs on a same network as the URL redirection service from the URL redirection service and to directly load a destination URL on the same network as the URL redirection service;

a redirection server interface module, stored in the memory and executable on the processor, the redirection server interface module configured to receive a request for handling a wrapped URL comprising [[a]] the destination URL, a characteristic of the destination URL, and a security hash;

a URL validation/verification module, stored in the memory and executable on the processor, the URL validation/verification module configured to verify ~~validity of~~ that the received wrapped URL has not been tampered with based at least in part upon the security hash;

a reputation lookup module, stored in the memory and executable on the processor, the reputation lookup module configured to determine a reputation rating for the destination URL; [[and]]

a redirection logic module, stored in the memory and executable on the processor, the redirection logic module configured to output a confidence score and/or a redirection decision based on the validity of the received wrapped URL, the reputation rating of the destination URL, and/or a characteristic of the destination URL;

a telemetry service module, stored in the memory and executable on the processor, the telemetry service module configured to receive click-through telemetry information from an interstitial page; and

a logging module, stored in the memory and executable on the processor, the logging module configured to create a telemetry report based on the click-through telemetry information and a log report based on the redirection decisions.

10.        (Canceled)

11.        (Original) The system of claim 10, the characteristic associated with the destination URL comprises an identifier of a user who originally posted the destination URL and a location where the destination URL was posted, the user comprising a human or a machine.

12.        (Original) The system of claim 9, further comprising a shortened/redirected URL handling module, stored in the memory and executable on the processor, the shortened/redirected URL handling module configured to:

receive a shortened URL or a redirected URL;

determine a final destination URL of the shortened or redirected URL; and

output the final destination URL to the reputation lookup module.

13.        (Canceled)

14.        (Canceled)

15.          (Original) The system of claim 9, further comprising a configuration module, stored in the memory and executable on the processor, the configuration module configured to maintain system configuration settings in a system configuration store.

16.          (Original) The system of claim 9, the redirection decision comprising determining, based on the reputation rating of the destination URL, when to display an interstitial page, the interstitial page comprising an abuse information page, an unknown information page, or an error information page.

17.          (Original) The system of claim 9, the redirection decision comprising determining, based on rules applied to the destination URL or a characteristic of the destination URL, when to display an interstitial page, the interstitial page comprising an abuse information page, an unknown information page, or an error information page.

18.          (Currently Amended) One or more computer-readable storage ~~media~~ <u>devices</u>, storing processor-executable instructions that, when executed on a processor, configure the processor to perform acts for URL Web service calls, the acts comprising:

receiving a Web service call for a destination URL;

determining a redirection decision for the destination URL; [[and]]

outputting the redirection decision<u>, wherein if the destination URL is invalid, abusive, or unknown, the redirection decision directs a user to an interstitial page; and</u>

<u>logging the redirection decision and click-through telemetry information from the interstitial page</u>.

19.      (Currently Amended) The one or more computer-readable ~~media~~ <u>devices</u> of claim 18, the redirection decision determined based on a reputation rating of the destination URL.

20.      (Currently Amended) The one or more computer-readable ~~media~~ <u>devices</u> of claim 18, further comprising instructions to perform acts comprising wrapping the destination URL with a characteristic of the destination URL and a security hash, the characteristic comprising the destination URL, an identifier of [[a]] <u>the</u> user who originally posted the destination URL, and/or a location of where the destination URL was posted.

21.      (New) The one or more computer-readable ~~media~~ <u>devices</u> of claim 1, further comprising instructions to perform acts comprising excluding in-network URLs from the URL wrapping and directly loading the received URL.

22.      (New) The one or more computer-readable ~~media~~ <u>devices</u> of claim 20, further comprising instructions to perform acts comprising excluding in-network URLs from the URL wrapping and directly loading the destination URL.

23.      (New) The one or more computer-readable ~~media~~ <u>devices</u> of claim 20, further comprising instructions to perform acts comprising validating that the wrapped URL has not been tampered with based at least in part upon the security hash.

# REMARKS

Applicant respectfully requests reconsideration and allowance of all of the claims of the application.  The status of the claims is as follows:

- Claims 1-20 are currently pending.
- Claims 10 and 13-14 are canceled herein.
- Claims 1-9 and 18-20 are amended herein.
- New claims 21-23 are added herein.

Support for the amendments to claims 1, 7-9, 18, and 20 and new claims 21-23 is found in the specification, as originally filed, at least at paragraphs [0032], [0039]-[0041], [0044], [0046], [0049], and [0051].  The amendments submitted herein do not introduce any new matter.


## Claims 1-8 and 18-20 Recite Statutory Subject Matter Under § 101

Claims 1-8 and 18-20 stand rejected under 35 U.S.C. § 101 as allegedly being directed to non-statutory subject matter.

Nevertheless, for the sole purpose of expediting prosecution and without commenting on the propriety of the Office's rejections, Applicant herein amends claims 1-9 and 18-20 as shown above.  Applicant respectfully submits that these amendments render the § 101 rejection moot.

## Cited Documents

The following documents have been applied to reject one or more claims of the Application:

- **Saare**: Saare et al., U.S. Patent No. 7,539,776
- **Dixon:** Dixon et al., U.S. Patent Application Publication No. 2006/0253582
- **Bedingfield:** Bedingfield et al., U.S. Patent Application Publication No. 2007/0124414
- **Dandliker:** Dandliker et al., U.S. Patent Application Publication No. 2008/0082662
- **Cheshire**: Cheshire, U.S. Patent No. 7,930,289
- **Leahy:** Leahy et al., U.S. Patent Application Publication No. 2007/0050716
- **Roach:** Roach, U.S. Patent Application Publication No. 2011/0173683

## Saare Fails to Anticipate Claims 1, 3, 7 and 8

Claims 1, 3, 7 and 8 stand rejected under 35 U.S.C. § 102(e) as allegedly being anticipated by Saare.  Applicant respectfully requests reconsideration in light of the amendments presented herein.

### _Independent Claim 1_

Claim 1, as amended herein, recites, in part:

> _validating that the wrapped URL has not been tampered with based at least in part upon the security hash._

Saare, at col. 6 lns. 26-28 and col. 6 lns. 35-36, describes that "[a] dynamic URL compression schema reconstructs a URL from a compressed URL contained in a request," and that "the token is utilized to search the dynamic URL compression table." With this as context, Saare, at col. 6 lns. 35-47 with reference to Fig. 6B, describes:

> At 655, the dynamic URL compression schema receives a request containing a compressed URL from the second device (e.g., client device) . . . At 660, the compressed URL is parsed to determine a token and one or more dynamic query string parameters. At 665, the token is utilized to search the dynamic URL compression table. **The compression object (e.g., record) having the matching token contains the corresponding path and static query string parameters** . . . At 670, the dynamic string parameters contained in the compressed URL are appended to the corresponding path and static query string parameters to generate a reconstructed URL. At 675, **the reconstructed URL is then dispatched for processing by an appropriate JSP**. (emphasis added).

However, claim 1 as amended recites, "*validating that the wrapped URL has not been tampered with based at least in part upon the security hash*." Saare describes using a token to search a record, using the results of the search to reconstruct a compressed URL, and then processing the reconstructed URL. However, Saare does not describe validating a wrapped URL based at least in part upon a security hash.

For at least the reasons presented herein, Saare does not disclose all of the features of claim 1.  Accordingly, Applicant submits that Saare does not anticipate claim 1, and respectfully requests that the Office withdraw the § 102 rejection of claim 1 and indicate that claim 1 is allowable.

## Dependent Claims 3, 7 and 8

Claims 3, 7 and 8 ultimately depend from independent claim 1.  As discussed above, claim 1 is not anticipated by Saare, and is therefore allowable over the cited

document.  Therefore, claims 3, 7 and 8 are also allowable over the cited document of record for at least their dependency from an allowable base claim, and also for the additional features that each recites.

Accordingly, Applicant respectfully request that the Office withdraw the § 102 rejection of claims 3, 7 and 8 and indicate that claims 3, 7 and 8 are allowable.

## Dixon Fails to Anticipate Claims 18 and 19

Claims 18 and 19 stand rejected under 35 U.S.C. § 102(b) as allegedly being anticipated by Dixon.  Applicant respectfully requests reconsideration in light of the amendments presented herein.

### *Independent Claim 18*

Claim 18, as amended herein, recites, in part:

> *outputting the redirection decision, wherein if the destination URL is invalid, abusive, or unknown, the redirection decision directs a user to an interstitial page; and*

> *logging the redirection decision and click-through telemetry information from the interstitial page.*

Dixon, at paragraph [0132], describes:

> Instead of being presented with the requested information, the user may be presented with an alert or other reputation service 410, such as a caution pop-up . . . After the user has been presented with an alert or other reputation service 410, the user may be presented with an option to receive the requested information 412, or the user may be restricted from receiving the information 414.

Also, Dixon, at paragraph [0398], describes:

> However, if the result of the test in logical block 4410 is negative, then processing flow may continue to the test represented by the logical block 4412 (labeled LOG USER'S ACTIVITY). Here, **an indication of an activity by the user that may have caused the activation of this procedure may be written into one of the databases** 1808. For example and without limitation, the user may have selected a promotional Web link from an affiliate Web site for which no fee is associated, but for which a log of user activity may be desired. (emphasis added).

However, claim 18 as amended recites, "*outputting the redirection decision, wherein if the destination URL is invalid, abusive, or unknown, the redirection decision directs a user to an interstitial page; and logging the redirection decision and click-through telemetry information from the interstitial page*." Dixon describes providing a user with an alert, such as a caution pop-up, allowing the user the option to access the information or denying the user access to the information, and then ending the process. Dixon describes logging a user's activity in an unrelated context, namely logging a user's activity as an alternate to paying a fee after clicking on a promotional web link. Dixon does not describe logging the click-through telemetry information from an interstitial page, when the interstitial page was triggered by the destination URL being invalid, abusive, or unknown.

For at least the reasons presented herein, Dixon does not disclose all of the features of claim 18.  Accordingly, Applicant submits that Dixon does not anticipate claim 18, and respectfully requests that the Office withdraw the § 102 rejection of claim 18 and indicate that claim 18 is allowable.

*Dependent Claim 19*

Claim 19 ultimately depends from independent claim 18.  As discussed above, claim 18 is not anticipated by Dixon, and is therefore allowable over the cited document. Therefore, claim 19 is also allowable over the cited document of record for at least its dependency from an allowable base claim, and also for the additional features that it recites.

Accordingly, Applicant respectfully requests that the Office withdraw the § 102 rejection of claim 19 and indicate that claim 19 is allowable.

## Claim 2 Is Non-Obvious Over Saare and Bedingfield

Claim 2 stands rejected under 35 U.S.C. § 103(a) as allegedly being obvious over Saare in view of Bedingfield.   Claim 2 ultimately depends from independent claim 1.  As discussed above, claim 1 is allowable over Saare.  Bedingfield is directed to "compressing a URL while maintaining the domain of the received URL."  <u>Office Action</u>, page 5. However, Bedingfield fails to remedy the deficiencies of Saare as noted above with regard to independent claim 1, at least because Bedingfield is silent regarding "*validating that the wrapped URL has not been tampered with based at least in part upon the security hash*." Therefore, claim 2 is also allowable over the cited documents of record for at least its dependency from an allowable base claim, and also for the additional features that it recites.

Accordingly, Applicant respectfully requests that the Office withdraw the § 103 rejection of claim 2 and indicate that claim 2 is allowable.

## Claim 4 Is Non-Obvious Over Saare, Bedingfield and Dandliker

Claim 4 stands rejected under 35 U.S.C. § 103(a) as allegedly being obvious over Saare and Bedingfield and in further view of Dandliker.  Claim 4 ultimately depends from independent claim 1.   As discussed above, claim 1 is allowable over Saare. Bedingfield and Dandliker are directed to "including the domain in a compressed URL" and "determining a reputation of a URL based on the domain of the URL." Office Action, page 6. However, Bedingfield and Dandliker fail to remedy the deficiencies of Saare as noted with regard to independent claim 1, at least because Bedingfield and Dandliker are silent regarding "*validating that the wrapped URL has not been tampered with based at least in part upon the security hash*." Therefore, claim 4 is also allowable over the cited documents of record for at least its dependency from an allowable base claim, and also for the additional features that it recites.

Accordingly, Applicant respectfully requests that the Office withdraw the § 103 rejection of claim 4 and indicate that claim 4 is allowable.


## Claim 5 Is Non-Obvious Over Saare and Cheshire

Claim 5 stands rejected under 35 U.S.C. § 103(a) as allegedly being obvious over Saare in view of Cheshire.  Claim 5 ultimately depends from independent claim 1. As discussed above, claim 1 is allowable over Saare.   Cheshire is directed to "outputting the wrapped URL based on the determination that the received URL is an untrusted URL." Office Action, page 7. However, Cheshire fails to remedy the deficiencies of Saare as noted above with regard to independent claim 1, at least because Cheshire is silent regarding "*validating that the wrapped URL has not been*

*tampered with based at least in part upon the security hash*." Therefore, claim 5 is also allowable over the cited documents of record for at least its dependency from an allowable base claim, and also for the additional features that it recites.

Accordingly, Applicant respectfully requests that the Office withdraw the § 103 rejection of claim 5 and indicate that claim 5 is allowable.

## Claim 6 Is Non-Obvious Over Saare and Leahy

Claim 6 stands rejected under 35 U.S.C. § 103(a) as allegedly being obvious over Saare in view of Leahy.  Applicant respectfully requests reconsideration in light of the amendments presented herein. Claim 6 ultimately depends from independent claim 1.  As discussed above, claim 1 is allowable over Saare.  Leahy is directed to "returning an error when a URL is malformed." Office Action, page 7.  However, Leahy fails to remedy the deficiencies of Saare as noted above with regard to independent claim 1, at least because Cheshire is silent regarding "*validating that the wrapped URL has not been tampered with based at least in part upon the security hash*." Therefore, claim 6 is also allowable over the cited documents of record for at least its dependency from an allowable base claim, and also for the additional features that it recites.

Accordingly, Applicant respectfully requests that the Office withdraw the § 103 rejection of claim 6 and indicate that claim 6 is allowable.

## **Claims 9-12 and 15-17 Are Non-Obvious Over Saare, Dandliker and Dixon**

Claims 9-12 and 15-17 stand rejected under 35 U.S.C. § 103(a) as allegedly being obvious over Saare and in further view of Dandliker and Dixon. Applicant respectfully requests reconsideration in light of the amendments presented herein.

### _Independent Claim 9_

Claim 9, as amended herein, recites, in part:

> _a policy module, stored in the memory and executable on the processor, the policy module configured to exclude all URLs on a same network as the URL redirection service from the URL redirection service and allow a destination URL on the same network as the URL redirection service to be loaded directly . . ._
>
> _a URL validation/verification module, stored in the memory and executable on the processor, the URL validation/verification module configured to verify that the received wrapped URL has not been tampered with based at least in part upon the security hash . . . [and]_
>
> _a telemetry service module, stored in the memory and executable on the processor, the telemetry service module configured to receive click-through telemetry information from an interstitial page._

Saare, as discussed above, describes using a token to search a record, using the results of the search to reconstruct a compressed URL, and then sending the reconstructed URL for processing

Dandliker, at Fig. 2, describes processing reputation data and associating reputation score values with network resources. Dandliker, at Fig. 3A, determines allowed actions based on a reputation score value, and at Fig. 3B, performs allowed

actions, such as blocking access, providing a warning, or allowing access to a network resource identifier.

Dixon, as discussed above, describes providing a user with an alert, such as a caution pop-up, and logging a user's activity in unrelated contexts. Dixon describes logging a user's activity as an alternate to paying a fee after clicking on a promotional web link.

However, claim 9 as amended recites, "*the URL validation/verification module configured to verify that the received wrapped URL has not been tampered with based at least in part upon the security hash*." For reasons similar to those discussed in relation to independent claim 1, Saare does not describe this feature. Additionally, Dandliker and Dixon do not teach, suggest or disclose this feature.

Consequently, the combination of Saare, Dandliker and Dixon does not teach or suggest at least this feature of claim 9.

Further, claim 9 as amended recites, "*a telemetry service module, stored in the memory and executable on the processor, the telemetry service module configured to receive click-through telemetry information from an interstitial page*." For reasons similar to those discussed in relation to independent claim 18, Dixon does not describe this feature. Additionally, Saare and Dandliker do not teach, suggest, or disclose this feature.

These features were previously included in canceled claims 13 and 14. In the rejection of claims 13 and 14, the Office cites Roach, paragraph [0033] as teaching, "*a telemetry service module, stored in the memory and executable on the processor, the*

*telemetry service module configured to receive click-through telemetry information from an interstitial page*." However, Roach, at paragraph [0033], describes that:

> [a] policy lookup server 108, based on the determined message policy corresponding to the URL, sends a request to logging server 112 for creating a log report of the URL request. The log report may include the website mentioned in the URL request, its category ID, the group ID of user 102a, and associated user details. Logging server 112 may provide the log report to the user or the network administrator.

Roach describes, at best, creating a log report of the URL request, but does not receive click-through telemetry information from an interstitial page. Therefore, Roach does not teach or suggest this feature of claim 9.

Consequently, the combination of Saare, Dandliker, Dixon, and Roach does not teach or suggest at least this feature of claim 9.

Finally, claim 9 as amended recites, "*a policy module configured to exclude all URLs on a same network as the URL redirection service from the URL redirection service and allow a destination URL on the same network as the URL redirection service to be loaded directly*." Applicant has conducted a search of the cited references, and respectfully submits that Saare, Dandliker, Dixon, and the other references of record do not teach or suggest at least this feature of claim 9.

For at least the reasons presented herein, the combination of Saare, Dandliker and Dixon does not teach or suggest all of the features of claim 9. Accordingly, Applicant respectfully requests that the Office withdraw the § 103 rejection of claim 9 and indicated that claim 9 is allowable.

*Dependent Claims 10-12 and 15-17*

Claims 10-12 and 15-17 ultimately depend from independent claim 9.  As discussed above, claim 9 is allowable over the cited documents.  Therefore, claims 10-12 and 15-17 are also allowable over the cited documents of record for at least their dependency from an allowable base claim, and also for the additional features that each recites.

Accordingly, Applicant respectfully requests that the Office withdraw the § 103 rejection of claims 10-12 and 15-17 and indicate that claims 10-12 and 15-17 are allowable.

## Claims 13 and 14 Are Non-Obvious Over Saare, Dandliker, Dixon and Roach

Claims 13 and 14 stand rejected under 35 U.S.C. § 103(a) as allegedly being obvious over Saare, Dandliker, Dixon and in further view of Roach.  As claims 13 and 14 are canceled in this response, without prejudice or disclaiming the scope of their contents, the Applicant respectfully submits the § 103 rejection as to claims 13 and 14 is moot.

## Claim 20 Is Non-Obvious Over Dixon and Bedingfield

Claim 20 stands rejected under 35 U.S.C. § 103(a) as allegedly being obvious over Dixon in view of Bedingfield.  Claim 20 ultimately depends from independent claim 18.  As discussed above, claim 18 is allowable over Dixon.  Bedingfield is directed

to, "includ[ing] the destination URL in the compressed URL." <u>Office Action</u>, page 12. However, Bedingfield fails to remedy the deficiencies of Dixon as noted above with regard to independent claim 18, at least because Bedingfield is silent regarding "*logging the redirection decision and click-through telemetry information from the interstitial page*." Therefore, claim 20 is also allowable over the cited documents of record for at least its dependency from an allowable base claim, and also for the additional features that it recites.

Accordingly, Applicant respectfully requests that the Office withdraw the § 103 rejection of claim 20 and indicate that claim 20 is allowable.

## New Claims 21-23

Applicant adds new claims 21-23 to provide an additional scope of coverage commensurate with the original disclosure. New claims 21-23 depend either directly or indirectly from independent claims 1 or 18 and are allowable over the cited documents of record for at least this dependency from an allowable base claim as well as for the additional features that each recite.

Applicant respectfully requests allowance of new claims 21-23.

## Conclusion

For at least the foregoing reasons, all pending claims are in condition for allowance. Applicant respectfully requests reconsideration and prompt issuance of the application.

If any issues remain that would prevent allowance of this application, **Applicant requests that the Examiner contact the undersigned representative before issuing a subsequent Action.**

Respectfully Submitted,

Lee & Hayes, PLLC
Representative for Applicant

/Thomas J. Shrum/          Dated: March 6, 2012

Thomas John Shrum
(toms@leehayes.com; 509-944-4626)
Registration No. 66466

Benjamin A. Keim
(benjamink@leehayes.com; 509-944-4748)
Registration No. 59217

## Electronic Patent Application Fee Transmittal

| Application Number: | 12637673 |
|---|---|
| Filing Date: | 14-Dec-2009 |
| Title of Invention: | Reputation Based Redirection Service |
| First Named Inventor/Applicant Name: | Ameya S. Bhatawdekar |
| Filer: | Benjamin A. Keim/Jennifer  Phipps |
| Attorney Docket Number: | MS1-4927US |

Filed as Large Entity

## Utility under 35 USC 111(a) Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |
| Extension - 1 month with $0 paid | 1251 | 1 | 150 | 150 |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| **Total in USD ($)** | | **150** | | |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 12917191 |
| **Application Number:** | 12637673 |
| **International Application Number:** | |
| **Confirmation Number:** | 3736 |
| **Title of Invention:** | Reputation Based Redirection Service |
| **First Named Inventor/Applicant Name:** | Ameya S. Bhatawdekar |
| **Customer Number:** | 22801 |
| **Filer:** | Benjamin A. Keim/Jennifer Phipps |
| **Filer Authorized By:** | Benjamin A. Keim |
| **Attorney Docket Number:** | MS1-4927US |
| **Receipt Date:** | 01-JUN-2012 |
| **Filing Date:** | 14-DEC-2009 |
| **Time Stamp:** | 16:40:53 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $150 |
| RAM confirmation Number | 3778 |
| Deposit Account | |
| Authorized User | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|

| 1 | | UU7826.PDF | 301375 | yes | 21 |
| | | | 5542516acc431147f2779752051d0b3438a90999 | | |

| Multipart  Description/PDF files in .zip description | | |
|---|---|---|
| **Document Description** | **Start** | **End** |
| Amendment/Req. Reconsideration-After Non-Final Reject | 1 | 1 |
| Claims | 2 | 7 |
| Applicant Arguments/Remarks Made in an Amendment | 8 | 21 |

**Warnings:**

**Information:**

| 2 | Fee Worksheet (SB06) | fee-info.pdf | 30271 | no | 2 |
| | | | bfb f0477 0563d099b1dcc641601388cfa5014d0c | | |

**Warnings:**

**Information:**

| | | **Total Files Size (in bytes):** | 331646 |
|---|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PTO/SB/06 (07-06)
Approved for use through 1/31/2007. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD<br>Substitute for Form PTO-875 | Application or Docket Number<br>12/637,673 | Filing Date<br>12/14/2009 | ☐ To be Mailed |
|---|---|---|---|

### APPLICATION AS FILED – PART I

| | (Column 1) | (Column 2) | SMALL ENTITY ☐ | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|
| FOR | NUMBER FILED | NUMBER EXTRA | RATE ($) | FEE ($) | RATE ($) | FEE ($) |
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | | N/A | |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | | N/A | |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | X $ = | OR | X $ = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | X $ = | | X $ = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | | TOTAL | |

### APPLICATION AS AMENDED – PART II

| | | (Column 1) | (Column 2) | (Column 3) | SMALL ENTITY | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|
| AMENDMENT | **06/01/2012** | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) | RATE ($) | ADDITIONAL FEE ($) |
| | Total (37 CFR 1.16(i)) | * 20 | Minus | ** 20 | = 0 | X $ = | OR | X  $60= | 0 |
| | Independent (37 CFR 1.16(h)) | * 3 | Minus | *** 3 | = 0 | X $ = | | X  $250= | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | OR | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | OR | TOTAL ADD'L FEE | **0** |

| | | (Column 1) | (Column 2) | (Column 3) | RATE ($) | ADDITIONAL FEE ($) | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|
| AMENDMENT | | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | | | | |
| | Total (37 CFR 1.16(i)) | * | Minus | ** | = | X $ = | OR | X $ = | |
| | Independent (37 CFR 1.16(h)) | * | Minus | *** | = | X $ = | | X $ = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | OR | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | OR | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.

** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".

*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".

The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

Legal Instrument Examiner:
/CURTIS NELLOMS JR/

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 12/637,673 | 12/14/2009 | Ameya S. Bhatawdekar | MS1-4927US | 3736 |

22801          7590          02/03/2012
LEE & HAYES, PLLC
601 W. RIVERSIDE AVENUE
SUITE 1400
SPOKANE, WA 99201

| EXAMINER |
|---|
| CHANG, JULIAN |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2452 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 02/03/2012 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

lhptoms@leehayes.com

| | Application No. | Applicant(s) |
|---|---|---|
| ***Office Action Summary*** | 12/637,673 | BHATAWDEKAR ET AL. |
| | Examiner | Art Unit | |
| | JULIAN CHANG | 2452 | |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on <u>14 December 2009</u>.

2a)☐ This action is **FINAL**.  2b)☒ This action is non-final.

3)☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

5)☒ Claim(s) <u>1-20</u> is/are pending in the application.

   5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6)☐ Claim(s) _____ is/are allowed.

7)☒ Claim(s) <u>1-20</u> is/are rejected.

8)☐ Claim(s) _____ is/are objected to.

9)☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

10)☐ The specification is objected to by the Examiner.

11)☒ The drawing(s) filed on <u>14 December 2009</u> is/are: a)☒ accepted or b)☐ objected to by the Examiner.

   Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

   Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

12)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

13)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

   a)☐ All   b)☐ Some * c)☐ None of:

     1.☐ Certified copies of the priority documents have been received.

     2.☐ Certified copies of the priority documents have been received in Application No. _____.

     3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

   * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☒ Notice of References Cited (PTO-892)

2)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3)☒ Information Disclosure Statement(s) (PTO/SB/08)
   Paper No(s)/Mail Date _____.

4)☐ Interview Summary (PTO-413)
   Paper No(s)/Mail Date. _____ .

5)☐ Notice of Informal Patent Application

6)☐ Other: _____.

Application/Control Number: 12/637,673                                    Page 2
Art Unit: 2452

## DETAILED ACTION

1.      This Office action is responsive to communication filed on 12/14/09. Claims 1-20

are pending.

## *Claim Rejections - 35 USC § 101*

2.      35 U.S.C. 101 reads as follows:

> Whoever invents or discovers any new and useful process, machine, manufacture, or composition of matter, or any new and useful improvement thereof, may obtain a patent therefor, subject to the conditions and requirements of this title.

3.      Claims 1-8 and 18-20 are rejected under 35 U.S.C. 101 because the claimed

invention is directed to non-statutory subject matter.  The claims are directed towards

"one or more computer-readable storage media." Applicant does not explicitly define the

term. ¶ [0032]. The term is understood by one of ordinary skill in the art to cover both

transitory and non-transitory media. As such, the claims are directed towards both

statutory and non-statutory subject matter, and are therefore unpatentable.

## *Claim Rejections - 35 USC § 102*

4.      The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that

form the basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless –
>
> (b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of application for patent in the United States.
> (e) the invention was described in (1) an application for patent, published under section 122(b), by another filed in the United States before the invention by the applicant for patent or (2) a patent granted on an application for patent by another filed in the United States before the invention by the applicant for patent, except that an international application filed under the treaty defined in section 351(a) shall have the effects for purposes of this subsection of an application filed in the United States

Application/Control Number: 12/637,673                                     Page 3

Art Unit: 2452

> only if the international application designated the United States and was published under Article 21(2) of such treaty in the English language.

5.      Claims 1, 7, and 8 are rejected under 35 U.S.C. 102(e) as being anticipated by

U.S. Pat. No. 7,539,776 ("Saare").


6.      Regarding claim 1, Saare teaches one or more computer-readable storage

media, storing processor-executable instructions that, when executed on a processor,

configure a processor to perform acts for Uniform Resource Locator (URL) wrapping,

the acts comprising:

receiving an input of a URL for accessing a document available over a network

(Fig. 6A, 605);

determining a characteristic associated with the received URL ('dynamic query

string parameters,' Col. 5, lines 59-63);

creating a security hash (Fig. 6A, 625); and

outputting a wrapped URL comprising the characteristic associated with the

received URL, and the security hash (Fig. 6A, 635; Fig. 1, 160).


7.      Regarding claim 3, Saare teaches the invention as described in claim 1, including

that the characteristic associated with the received URL comprises an identifier of a

user who originally posted the received URL, a location on the network where the

received URL was posted, a container identifier of a container where the received URL

was posted, and/or context information comprising a session identifier (Saare: 'session

Application/Control Number: 12/637,673                                   Page 4
Art Unit: 2452

identifier is encoded in each compressed URL of the response,' Col. 5, lines 10-19).

8.      Regarding claim 7, Saare teaches the invention as described in claim 1, including that the wrapped URL further comprises a redirection service and/or shortened URL (Saare: 'compressed uniform resource locator,' abstract).

9.      Regarding claim 8, Saare teaches the invention as described in claim 1, including that the security hash is created based on the received URL and the characteristic associated with the received URL (Saare: 'combination of path and static query string parameters…token,' Col. 6, lines 1-6).

10.     Claims 18 and 19 are rejected under 35 U.S.C. 102(b) as being anticipated by U.S. Pub. No. 2006/0253582 ("Dixon").

11.     Regarding claim 18 Dixon teaches one or more computer-readable storage media, storing processor-executable instructions that, when executed on a processor, configure the processor to perform acts for URL Web service calls, the acts comprising:

        receiving a Web service call for a destination URL (Fig. 4, 402; ¶ [0132]);

        determining a redirection decision for the destination URL('HTTP redirections,' ¶ [0188]); and

        outputting the redirection decision (Fig. 4).

Application/Control Number: 12/637,673                                      Page 5
Art Unit: 2452

12.     Regarding claim 19, Dixon teaches the invention as described in claim 18,

including that the redirection decision is determined based on a reputation rating of the

destination URL (Dixon: Fig. 4, 404; ¶ [0132]).


### *Claim Rejections - 35 USC § 103*

13.     The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

14.     Claim 2 is rejected under 35 U.S.C. 103(a) as being unpatentable over Saare as

applied to claim 1 above, and further in view of U.S. Pub. No. 2007/0124414

("Bedingfield").


15.     Regarding claim 2, Saare teaches the invention as described in claim 1, but fails

to teach that the wrapped URL further comprises the received URL. Saare teaches

replacing both the path (i.e., received URL) and static query string parameters with a

token. In the same field of endeavor, Bedingfield teaches compressing a URL while

maintaining the domain of the received URL (Fig. 3C). It would have been obvious to

one of ordinary skill in the art at the time of applicant's invention to generate a

compressed URL containing the original domain (i.e., received URL) as taught by

Bedingfield in order to allow a user of the compressed URL to easily ascertain the

Application/Control Number: 12/637,673                                    Page 6
Art Unit: 2452

domain of a compressed URL.

16.    Claim 4 is rejected under 35 U.S.C. 103(a) as being unpatentable over Saare as applied to claim 1 above, and further in view of Bedingfield, and U.S. Pub. No. 2008/0082662 ("Dandliker").

17.    Regarding claim 4, Saare teaches the invention as described in claim 1, but fails to teach that the characteristic associated with the received URL comprises a unique identifier for back-end reputation look-up and/or back-end additional characteristic look-up. Bedingfield teaches including the domain in a compressed URL (Fig. 3C). Dandliker teaches determining a reputation of a URL based on the domain of the URL (¶ [0073]). It would have been obvious to one of ordinary skill in the art at the time of applicant's invention to include a unique identifier for reputation lookup as taught by Bendingfield-Dandliker in order to serve the dual purpose of allowing a user to quickly determine the reputation of a link by looking at the domain, and preventing phishing through the use of similar looking domain names by employing a back-end server to determine the reputation of a domain.

18.    Claim 5 is rejected under 35 U.S.C. 103(a) as being unpatentable over Saare as applied to claim 1 above, and further in view of U.S. Pat. No. 7,930,289 ("Cheshire").

Application/Control Number: 12/637,673                                      Page 7
Art Unit: 2452

19.      Regarding claim 5, Saare teaches the invention as described in claim 1, including

outputting the wrapped URL based on the determination that the received URL is an un-

trusted URL (Fig. 6A). Saare teaches wrapping URLs regardless of whether the URL is

safe or not, therefore Saare teaches wrapping URLs when they are trusted, and when

they are untrusted. Since applicant does not claim that URL wrapping is performed only

when the URL is untrusted, Saare satisfies the claim limitation.

         Saare fails to teach determining that the received URL is an un-trusted URL.

Cheshire teaches determining whether a URL is an untrusted URL (Col. 3, lines 10-34).

It would have been obvious to one of ordinary skill in the art at the time of applicant's

invention to classify untrusted URLs as taught by Cheshire in order to prevent phishing.


20.      Claim 6 is rejected under 35 U.S.C. 103(a) as being unpatentable over Saare as

applied to claim 1 above, and further in view of U.S. Pub. No. 2007/0050716 ("Leahy").


21.      Regarding claim 6, Saare teaches the invention as described in claim 1, but fails

to teach outputting an error message when the received URL is a malformed URL, a

non-URL, a null URL, a URL of an un-supported Uniform Resource Identifier (URI)

schema, and/or a URL with a length longer than a predetermined length. Leahy teaches

returning an error when a URL is malformed (¶ [0049]). It would have been obvious to

one of ordinary skill in the art at the time of applicant's invention to return an error as

taught by Leahy in order to inform the user of an error in the URL they have entered.

Application/Control Number: 12/637,673                                    Page 8

Art Unit: 2452

22.      Claims 9-12, and 15-17 are rejected under 35 U.S.C. 103(a) as being

unpatentable over Saare, and further in view of Dandliker, and Dixon.


23.      Regarding claim 9, Saare teaches a system comprising:

memory and a processor (Fig. 5);

a redirection server interface module, stored in the memory and executable on

the processor, the redirection server interface module configured to receive a request

for handling a wrapped URL comprising a destination URL (Fig. 6B, 655); and

a URL validation/verification module, stored in the memory and executable on

the processor, the URL validation/verification module configured to verify validity of the

received wrapped URL (Fig. 4, 420; Fig. 6B, 665).

Saare fails to teach redirecting based on a reputation. Dandliker teaches a

reputation lookup module, stored in the memory and executable on the processor, the

reputation lookup module configured to determine a reputation rating for the destination

URL (Fig. 1, 150); and a decision logic module, stored in the memory and executable on

the processor, the decision logic module configured to output a confidence score and/or

a decision (Fig. 3A, 308) based on the validity of the received wrapped URL, the

reputation rating of the destination URL, and/or a characteristic of the destination URL

(Fig. 2). It would have been obvious to one of ordinary skill in the art at the time of

applicant's invention to determine the accessibility of web URLs based on the reputation

of the URL as taught by Dandliker in order to protect the user from malware.

Application/Control Number: 12/637,673                                    Page 9
Art Unit: 2452

Saare-Dandliker fails to teach using reputation to determine a redirection

decision. Dixon teaches determining redirection decisions based on reputation (Fig. 4; ¶

[0185]). It would have been obvious to one of ordinary skill in the art at the time of

applicant's invention to base redirection decisions based on reputation as taught by

Dixon in order to protect users from malware hidden using redirected URLs.


24.     Regarding claim 10, Saare-Dandliker-Dixon teaches the invention as described

in claim 9, including that the wrapped URL further comprising a characteristic

associated with the destination URL and a security hash (Saare: Fig. 1).


25.     Regarding claim 11, Saare-Dandliker-Dixon teaches the invention as described

in claim 9, including that the characteristic associated with the destination URL

comprises an identifier of a user who originally posted the destination URL (Dandliker:

'owned by Fortune 500,' ¶ [0073]) and a location where the destination URL was posted

(Dandliker: 'country the website is hosted in,' ¶ [0073]), the user comprising a human or

a machine.


26.     Regarding claim 12, Saare-Dandliker-Dixon teaches the invention as described

in claim 9, including a shortened/redirected URL handling module, stored in the memory

and executable on the processor, the shortened/redirected URL handling module

configured to: receive a shortened URL or a redirected URL (Saare: Fig. 6B, 655);

determine a final destination URL of the shortened or redirected URL (Saare:

Application/Control Number: 12/637,673                                    Page 10
Art Unit: 2452

'reconstructed URL,' Fig. 6B, 675); and output the final destination URL to the

reputation lookup module (Dandliker: Fig. 3A, 302).

27.     Regarding claim 15, Saare-Dandliker-Dixon teaches the invention as described

in claim 9, including that a configuration module, stored in the memory and executable

on the processor, the configuration module configured to maintain system configuration

settings in a system configuration store (Dandliker: 'configuration file,' ¶ [0053]).

28.     Regarding claim 16, Saare-Dandliker-Dixon teaches the invention as described

in claim 9, including that the redirection decision comprising determining, based on the

reputation rating of the destination URL, when to display an interstitial page, the

interstitial page comprising an abuse information page, an unknown information page,

or an error information page (Dandliker: 'warning,' Fig. 3B, 324).

29.     Regarding claim 17, Saare-Dandliker-Dixon teaches the invention as described

in claim 9, including that the redirection decision comprising determining, based on rules

applied to the destination URL or a characteristic of the destination URL (Dandliker:

'blacklists, blocklist,' ¶ [0039]), when to display an interstitial page, the interstitial page

comprising an abuse information page, an unknown information page, or an error

information page (Dandliker: 'warning,' Fig. 3B, 324).

Application/Control Number: 12/637,673                                          Page 11
Art Unit: 2452

30.     Claims 13 and 14 are rejected under 35 U.S.C. 103(a) as being unpatentable

over Saare-Dandliker-Dixon as applied to claim 9 above, and further in view of U.S.

Pub. No. 2011/0173683 ("Roach"). This rejection relies upon Roach's claim of priority to

provisional application 61/270,351.


31.     Regarding claim 13, Saare-Dandliker-Dixon teaches the invention as described

in claim 9, but fails tot each a telemetry service module, stored in the memory and

executable on the processor, the telemetry service module configured to: receive click-

through telemetry information from an interstitial page; and create a telemetry report

based on the click-through telemetry information. Roach teaches generating a log report

containing telemetry information (¶ [0033]). It would have been obvious to one of

ordinary skill in the art at the time of applicant's invention to generate a telemetry report

as taught by Roach in order to track URL requests.


32.     Regarding claim 14, Saare-Dandliker-Dixon-Roach teaches the invention as

described in claim 13, including a logging module, stored in the memory and executable

on the processor, the logging module configured to: store URL request action data to a

log file (Roach: ¶ [0033]), the redirection action data based on the characteristic

associated with the destination URL and the URL request decision (Roach: Fig. 6A,

612); and store the telemetry report to the log file (Roach: ¶ [0033]). While Roach deals

with URL requests, and not URL redirections, one of ordinary skill in the art would have

found it obvious to apply the logging methods of Roach in the redirection using

Application/Control Number: 12/637,673                                         Page 12
Art Unit: 2452

compressed URL taught by Saare-Dandliker-Dixon in order to log redirection requests.


33.     Claim 20 is rejected under 35 U.S.C. 103(a) as being unpatentable over Dixon as

applied to claim 18 above, and further in view of Bedingfield.


34.     Regarding claim 20, Dixon teaches the invention as described in claim 18, but

fails to teach instructions to perform acts comprising wrapping the destination URL with

a characteristic of the destination URL and a security hash, the characteristic

comprising the destination URL, an identifier of a user who originally posted the

destination URL, and/or a location of where the destination URL was posted.

        Bedingfield teaches compressing (i.e., wrapping) a URL with characteristic of the

destination URL (i.e., domain) and a security hash (Fig. 3C, 130), the characteristic

comprising the destination URL (Fig. 3C, 130 contains the original domain). It would

have been obvious to one of ordinary skill in the art at the time of applicant's invention to

include the destination URL in the compressed URL as taught by Bedingfield in order to

allow a user to easily identify the destination domain.



**Conclusion**

        Any inquiry concerning this communication or earlier communications from the

examiner should be directed to JULIAN CHANG whose telephone number is (571)272-

8631.  The examiner can normally be reached on Monday thru Friday 9AM to 5PM.

Application/Control Number: 12/637,673                                    Page 13
Art Unit: 2452

     If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, THU NGUYEN can be reached on (571) 272-6967.  The fax phone number

for the organization where this application or proceeding is assigned is 571-273-8300.

     Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a

USPTO Customer Service Representative or access to the automated information

system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.


/J. C./
Examiner, Art Unit 2452


/THU NGUYEN/
Supervisory Patent Examiner, Art Unit 2452

| | *Notice of References Cited* | | Application/Control No. 12/637,673 | | Applicant(s)/Patent Under Reexamination BHATAWDEKAR ET AL. | |
|---|---|---|---|---|---|---|
| | | | Examiner JULIAN CHANG | | Art Unit 2452 | Page 1 of 2 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-2006/0253582 A1 | 11-2006 | Dixon et al. | 709/225 |
| * | B | US-2006/0253580 A1 | 11-2006 | Dixon et al. | 709/225 |
| * | C | US-2007/0050716 A1 | 03-2007 | Leahy et al. | 715/706 |
| * | D | US-2007/0124414 A1 | 05-2007 | Bedingfield et al. | 709/217 |
| * | E | US-2007/0118898 A1 | 05-2007 | Morgan et al. | 726/022 |
| * | F | US-2008/0021958 A1 | 01-2008 | Foote, David | 709/204 |
| * | G | US-2008/0082662 A1 | 04-2008 | Dandliker et al. | 709/225 |
| * | H | US-2008/0307044 A1 | 12-2008 | Musson, Scott Allan | 709/203 |
| * | I | US-7,539,776 B1 | 05-2009 | Saare et al. | 709/247 |
| * | J | US-7,562,304 B2 | 07-2009 | Dixon et al. | 715/738 |
| * | K | US-2009/0300012 A1 | 12-2009 | Levow et al. | 707/6 |
| * | L | US-2010/0153404 A1 | 06-2010 | Ghosh et al. | 707/748 |
| * | M | US-2010/0174795 A1 | 07-2010 | Adelman et al. | 709/206 |

**FOREIGN  PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

| *Notice of References Cited* | Application/Control No. 12/637,673 | Applicant(s)/Patent Under Reexamination BHATAWDEKAR ET AL. | |
|---|---|---|---|
| | Examiner JULIAN CHANG | Art Unit 2452 | Page 2 of 2 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-2010/0235918 A1 | 09-2010 | Mizrahi et al. | 726/25 |
| * | B | US-2010/0268739 A1 | 10-2010 | Zalepa, George David | 707/782 |
| * | C | US-7,831,915 B2 | 11-2010 | Averbuch et al. | 715/738 |
| * | D | US-2011/0173683 A1 | 07-2011 | Roach, Perry J. | 726/4 |
| * | E | US-2011/0225652 A1 | 09-2011 | Emigh et al. | 726/22 |
| * | F | US-2011/0258201 A1 | 10-2011 | LEVOW et al. | 707/748 |
| * | G | US-7,930,289 | 04-2011 | Cheshire, Stuart D. | 707/709 |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)                    **Notice of References Cited**                    Part of Paper No. 20120119

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (01-10)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | | 12637673 |
| Filing Date | | 2009-12-14 |
| First Named Inventor | | Ameya S. Bhatawdekar |
| Art Unit | | |
| Examiner Name | | |
| Attorney Docket Number | | MS1-4927US |

### U.S.PATENTS

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 6367012 | | 2002-04-02 | Atkinson, ; et al. | |
| | 2 | 6745367 | | 2004-06-01 | Bates, ; et al. | |
| | 3 | 6892178 | | 2005-05-10 | Zacharia | |
| | 4 | 7562304 | | 2009-07-14 | Dixon, ; et al. | |

If you wish to add additional U.S. Patent citation information please click the Add button.

### U.S.PATENT APPLICATION PUBLICATIONS

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 20030018585 | A1 | 2003-01-23 | Butler, Nicholas David; et al. | |
| | 2 | 20030188019 | A1 | 2003-10-02 | Wesley, Ajamu A. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /JC/

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( **Not for submission under 37 CFR 1.99**)

| | |
|---|---|
| Application Number | 12637673 |
| Filing Date | 2009-12-14 |
| First Named Inventor | Ameya S. Bhatawdekar |
| Art Unit | |
| Examiner Name | |
| Attorney Docket Number | MS1-4927US |

| | | | | | |
|---|---|---|---|---|---|
| 3 | 20040122926 | A1 | 2004-06-24 | Moore, George; et al. | |
| 4 | 20040210602 | A1 | 2004-10-21 | Hillis, W. Daniel; et al. | |
| 5 | 20060015722 | A1 | 2006-01-19 | Rowan; Michael J.; et al. | |
| 6 | 20060253580 | A1 | 2006-11-09 | Dixon; Christopher John; et al. | |
| 7 | 20060253582 | A1 | 2006-11-09 | Dixon; Christopher John; et al. | |
| 8 | 20070011603 | A1 | 2007-01-11 | Makela; Mikko | |
| 9 | 20070078699 | A1 | 2007-04-05 | Scott; James Kevin; et al. | |
| 10 | 20070162349 | A1 | 2007-07-12 | Silver; David | |
| 11 | 20070192855 | A1 | 2007-08-16 | Hulten; Geoffrey John; et al. | |
| 12 | 20070250916 | A1 | 2007-10-25 | Shull; Mark; et al. | |
| 13 | 20080022384 | A1 | 2008-01-24 | Yee; Steven C.; et al. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /JC/

| | | | | | | |
|---|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99**) | Application Number | 12637673 |
| | Filing Date | 2009-12-14 |
| | First Named Inventor | Ameya S. Bhatawdekar |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | MS1-4927US |

| | 14 | 20080243920 | A1 | 2008-10-02 | Newman; Ben; et al. | | |
|---|---|---|---|---|---|---|---|
| | 15 | 20080288278 | A1 | 2008-11-20 | Buss; Duane | | |
| | 16 | 20090076994 | A1 | 2009-03-19 | Ghosh; Rishab Aiyer; et al. | | |

If you wish to add additional U.S. Published Application citation information please click the Add button.

### FOREIGN PATENT DOCUMENTS

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | ☐ |

If you wish to add additional Foreign Patent Document citation information please click the Add button

### NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|
| | 1 | "InterScan Web Security Suite 3.1", retrieved on 6-30-2010 at <<http://www.mcafee.com/us/local_content/solution_briefs/web_gateway_sb.pdf>>, Trend Micro, 2008, pp 1-2. | ☐ |
| | 2 | Josang, et al., "A Survey of Trust and Reputation Systems for Online Service Provision", retrieved on 6-30-2010 at <<http://citeseerx.ist.psu.edu/viewdoc/download?doi=10.1.1.60.1963&rep=rep1&type=pdf>>, Elsevier Science Publishers, Decision Support Systems, Vol. 43, No. 2, 3-2007, pp 618-644. | ☐ |

If you wish to add additional non-patent literature document citation information please click the Add button

### EXAMINER SIGNATURE

| Examiner Signature | /Julian Chang/ | Date Considered | 01/19/2012 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /JC/

| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT**<br>( **Not for submission under 37 CFR 1.99)** | Application Number | 12637673 |
| --- | --- | --- |
| | Filing Date | 2009-12-14 |
| | First Named Inventor | Ameya S. Bhatawdekar |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | MS1-4927US |

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /JC/

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 12637673 | BHATAWDEKAR ET AL. |
| | Examiner | Art Unit |
| | JULIAN CHANG | 2452 |

### SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| 709 | 217,219,245 | 1/19/2012 | JC |

### SEARCH NOTES

| Search Notes | Date | Examiner |
|---|---|---|
| east search | 1/19/2012 | JC |
| assignee/inventor search with text | 1/19/2012 | JC |
| class search with text | 1/19/2012 | JC |
| google scholar search | 1/19/2012 | JC |

### INTERFERENCE SEARCH

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |

/J.C./
Examiner.Art Unit 2452

# EAST Search History

## EAST Search History (Prior Art)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|-------|------|--------------|-----|------------------|---------|------------|
| L3 | 16 | error with malform$4 near3 url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 15:39 |
| L7 | 0 | (11/804017).APP. | USPAT; USOCR | OR | ON | 2012/01/24 15:46 |
| L8 | 40 | untrusted with (URL) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 15:46 |
| L9 | 8 | (untrusted untrustworthy) with (URL) and URL with (redirect$4 alias compress$4 short$6) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 15:49 |
| L10 | 2 | (untrusted untrustworthy) with (URL) same (wrap$4 append$4 insert$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 15:58 |
| L11 | 21 | (untrusted untrustworthy unknown) with (URL) same (wrap$4 append$4 insert$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 15:59 |
| L12 | 12 | (untrusted untrustworthy unknown) with (URL) with (wrap$4 append$4 insert$4 modif$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 15:59 |
| L13 | 74 | (untrusted untrustworthy unknown) with (URL) with (wrap$4 append$4 insert$4 modif$4 rewrit$4 includ$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 15:59 |

| L14 | 1532 | (untrusted untrustworthy unknown) same (URL locator address) near5 (wrap$4 append$4 insert$4 modif$4 rewrit$4 includ$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:00 |
| L15 | 1565 | (untrusted untrustworthy unknown) same (URL locator address URI) near5 (wrap$4 append$4 insert$4 modif$4 rewrit$4 includ$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:00 |
| L16 | 563 | (untrusted untrustworthy unknown) with (URL locator address URI) near5 (wrap$4 append$4 insert$4 modif$4 rewrit$4 includ$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:00 |
| L17 | 117 | (untrusted untrustworthy) with (URL locator address URI) near5 (wrap$4 append $4 insert$4 modif$4 rewrit$4 includ$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:00 |
| L18 | 18 | (untrusted untrustworthy) with (URL locator URI) near5 (wrap$4 append$4 insert$4 modif$4 rewrit$4 includ$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:01 |
| L19 | 36 | (untrusted untrustworthy) same (URL locator URI) near5 (wrap$4 append$4 insert$4 modif$4 rewrit$4 includ$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:01 |
| L20 | 47 | (untrusted untrustworthy unsafe) same (URL locator URI) near5 (wrap$4 append $4 insert$4 modif$4 rewrit$4 includ$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:02 |

| L21 | 48 | (untrusted untrustworthy unsafe ("not" un) adj (trust $4 trustworthy safe)) same (URL locator URI) near5 (wrap$4 append$4 insert$4 modif$4 rewrit$4 includ$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:02 |
| L22 | 6 | (untrusted untrustworthy unsafe ("not" un) adj (trust $4 trustworthy safe)) same (URL locator URI) near5 (wrap$4 append$4 insert$4 modif$4 rewrit$4 ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:03 |
| L23 | 13 | (unknown) with (URL locator) same (URL locator URI) near5 (wrap$4 append $4 insert$4 modif$4 rewrit $4 ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:05 |
| L24 | 2 | (unknown) with (URL locator) same (URL locator URI) near5 (encod$4 ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:06 |
| L25 | 4 | (untrusted untrustworthy unsafe ("not" un) adj (trust $4 trustworthy safe)) same (URL locator URI) near5 (encod$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:06 |
| L26 | 340 | (URL locator URI) near5 (encod$4 wrap$4 includ$4 insert$4) with (reputation score) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:07 |
| L27 | 11 | (URL locator URI) near5 (encod$4 wrap$4 insert$4) with (reputation score) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:08 |
| L28 | 4 | (untrusted untrustworthy unsafe ("not" un) adj (trust $4 trustworthy safe)) same (URL locator URI) with (flag $4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:22 |

| L29 | 0 | (untrusted untrustworthy unsafe ("not" un) adj (trust $4 trustworthy safe)) same (URL locator URI) with (annotat$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:26 |
| L30 | 3 | (untrusted untrustworthy unsafe ("not" un) adj (trust $4 trustworthy safe)) same (URL locator URI) with (rewrit $4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:26 |
| L31 | 7 | (untrusted untrustworthy unsafe ("not" un) adj (trust $4 trustworthy safe) unknown) same (URL locator URI) with (rewrit$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:26 |
| L32 | 13 | (untrusted untrustworthy unsafe ("not" un) adj (trust $4 trustworthy safe) unknown) near3 (URL URI locator) and (URL locator URI) with (rewrit$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:27 |
| L33 | 16 | (untrusted untrustworthy unsafe ("not" un) adj (trust $4 trustworthy safe) unknown) near3 (URL URI locator address) and (URL locator URI) with (rewrit$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:28 |
| L34 | 9 | (untrusted untrustworthy unsafe ("not" un) adj (trust $4 trustworthy safe) )\near3 (URL URI locator address) and (URL locator URI) with (rewrit$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:28 |
| L35 | 9 | (untrusted untrustworthy unsafe ("not" un) adj (trust $4 trustworthy safe) )near3 (URL URI locator address) and (URL locator URI) with (rewrit$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:28 |

| L36 | 15 | (untrusted untrustworthy unsafe ("not" un) adj (trust $4 trustworthy safe) )near3 (URL URI locator address) and (URL locator URI) with (wrap$4 short$4 alias$4 redirect$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:29 |
| L37 | 8 | (untrusted untrustworthy unsafe ("not" un) adj (trust $4 trustworthy safe) )near3 (URL URI locator address) and (URL locator URI) with (wrap$4 short$4 tiny) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:30 |
| L38 | 25 | (untrusted untrustworthy unsafe ("not" un) adj (trust $4 trustworthy safe) )near3 (URL URI locator address) and (URL locator URI) with (mark$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:31 |
| L39 | 34 | (untrusted untrustworthy unsafe ("not" un) adj (trust $4 trustworthy safe) near3 (URL URI locator address) and (URL locator URI) with (mark$4 flag$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:32 |
| L40 | 7 | (untrusted untrustworthy unsafe ("not" un) adj (trust $4 trustworthy safe) unknown) same (URL locator URI) with (rewrit$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:46 |
| L41 | 3 | (untrusted untrustworthy unsafe ("not" un) adj (trust $4 trustworthy safe) ) same (URL locator URI) with (rewrit $4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 16:48 |
| L45 | 0 | logging with telemetry with (click clickthrough) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:27 |

EAST Search History

| L46 | 0 | logged with telemetry with (click clickthrough) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:27 |
| L47 | 0 | logged same telemetry with (click clickthrough) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:28 |
| L48 | 0 | log same telemetry with (click clickthrough) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:28 |
| L49 | 1 | log$4 same telemetry with (click clickthrough) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:28 |
| L50 | 5726 | log$4 same telemetry and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:28 |
| L51 | 2801 | log$4 with telemetry and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:28 |
| L52 | 0 | click with through with telemetry and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:29 |
| L53 | 453 | logging near3 telemetry and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:29 |

| L54 | 0 | logging near3 telemetry same URL and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:29 |
| L55 | 0 | logging near3 telemetry same URl and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:29 |
| L56 | 453 | logging near3 telemetry and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:29 |
| L57 | 30 | (logged logging) with report same (userid user adj ident $6) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:31 |
| L58 | 0 | (logged logging) with report same (userid user adj ident $6) with url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:31 |
| L59 | 25 | (logged logging) with report same (userid user near2 ident $6 user) with url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:31 |
| L61 | 7 | (logged logging) with redirect $4 with decision and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:41 |
| L65 | 45 | reputation with domain with URL and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:52 |

| L66 | 41 | reputation with (website) with (host$4 post$4) with (hyperlink link url uri) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:53 |
| L67 | 24 | (reputation trust$4 trustworth $5) with (website) with (host $4 posted posting) with (hyperlink link url uri) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:55 |
| L68 | 24 | (reputation trust$4 trustworth $5) with (website) with (host $4 posted posting poster) with (hyperlink link url uri) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 17:55 |
| L69 | 489 | (reputation trust$4 trustworth $5) same (link hyperlink URL) with (shar$4 publish$4 posted posting poster) with (hyperlink link url uri) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:02 |
| L70 | 650 | (reputation trust$4 trustworth $5 safe unsafe) same (link hyperlink URL) with (shar$4 publish$4 posted posting poster) with (hyperlink link url uri) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:02 |
| L71 | 650 | (reputation trust$4 trustworth $5 safe unsafe) same (link hyperlink URL) with (shar$4 publish$4 posted posting poster) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:03 |
| L72 | 243 | (reputation trust$4 trustworth $5 safe unsafe) same (link hyperlink URL) near3 (shar$4 publish$4 posted posting poster) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:03 |
| L73 | 895 | (reputation trust$4 trustworth $5 safe) same (link hyperlink URL) with (website domain) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:08 |

| L74 | 229 | (reputation trust$4 trustworth $5 safe) with (URL) with (website domain) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:09 |
| L75 | 105 | (reputation trust$4 trustworth $5 safe) near4 (URL) with (website domain) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:09 |
| L76 | 12 | (reputation trust$4 trustworth $5 safe) near4 (URL) with (website domain) with (host $4 post$4 publish$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:09 |
| L77 | 0 | (reputation trust$4 trustworth $5 safe) near4 (URL) with (website domain) with (recommend$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:10 |
| L78 | 0 | (reputation trust$4 trustworth $5 safe) near4 (URL) with (user) with (recommend$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:11 |
| L79 | 0 | (reputation trust$4 trustworth $5 safe) with (URL) with (user) with (recommend$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:11 |
| L80 | 0 | (reputation trust$4 trustworth $5 safe) with (URL locator ) with (user) with (recommend $4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:11 |
| L81 | 0 | (reputation trust$4 trustworth $5 safe) with (URL locator ) with website with (recommend$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:11 |

| L82 | 49 | (reputation trust$4 trustworth $5 safe) with (URL locator ) with website with (host$4 post$4 publish$4 linked) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:11 |
| L83 | 205 | (reputation trust$4 trustworth $5 safe) with (URL locator hyperlink link) with (website site domain) near3 trusted and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:14 |
| L84 | 124 | (reputation trust$4 trustworth $5 safe) near4 (URL locator hyperlink link) with (website site domain) near3 trusted and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:14 |
| L85 | 9 | (reputation trust$4 trustworth $5 safe) near4 (URL locator hyperlink link) with (website site domain) near3 trusted with (posted hosted published) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:15 |
| L86 | 0 | reputation same (URL locator hyperlink link) with (website site domain) near3 trusted with (posted hosted published) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:16 |
| L87 | 24 | reputation same (URL locator hyperlink link) with (website site domain) near3 (posted hosted published) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:16 |
| L88 | 9 | (untrusted untrustworthy unsafe ("not" un) adj (trust $4 trustworthy safe) )near3 (URL URI locator address) and (URL locator URI) with ( flag$4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:28 |
| L89 | 4 | (untrusted untrustworthy unsafe ("not" un) adj (trust $4 trustworthy safe) ) same (URL locator URI) with ( flag $4) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 18:28 |

| S1 | 806 | (short shortened) near3 URL and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 15:58 |
| S2 | 818 | (short shortened tiny) near3 URL and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 15:58 |
| S3 | 52 | (short shortened tiny) near3 URL same redirect$4 and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 15:58 |
| S4 | 10 | (short shortened tiny) near3 URL same redirect$4 and (reputation phishing) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 15:59 |
| S5 | 9 | (short shortened tiny redirection) near URL with (trust$4 trustworth$6 reputation phishing) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 16:02 |
| S6 | 17 | (short shortened tiny redirection) near URL same (trust$4 trustworth$6 reputation ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 16:03 |
| S7 | 9 | tinyurl same (trust$4 trustworth$6 reputation ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 16:04 |
| S8 | 0 | (short shortened) adj url same (trust$4 trustworth$6 reputation ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 16:04 |

| S9 | 64 | (short shortened) near3 (address url locator) same (trust$4 trustworth$6 reputation ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 16:04 |
| S10 | 11 | (short shortened) near3 (address url locator) with (trust$4 trustworth$6 reputation ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 16:05 |
| S11 | 1 | ("20100268739").PN. | US-PGPUB; USPAT | OR | OFF | 2012/01/19 16:15 |
| S12 | 0 | ("2010/0268739").URPN. | USPAT | OR | ON | 2012/01/19 16:15 |
| S13 | 4 | (("20080307044") or ("20070124500") or ("20070124499") or ("20070124414")).PN. | US-PGPUB; USPAT | OR | OFF | 2012/01/19 16:16 |
| S14 | 16 | (short shortened compress$4 tiny) near3 (address url locator) with (trust$4 trustworth$6 reputation ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 16:19 |
| S15 | 69 | (short shortened compress$4 tiny) near3 (address url locator) same (trust$4 trustworth$6 reputation ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 16:20 |
| S16 | 8 | (short shortened compress$4 tiny) near3 (url) same (trust $4 trustworth$6 reputation ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 16:20 |
| S17 | 9 | tinyurl and phishing and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 16:22 |
| S18 | 23 | (short shortened tiny redirection alias$4) near URL same (trust$4 trustworth$6 reputation ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 16:34 |

| S19 | 84 | (short shortened tiny redirect $4 alias$4 shortening) near4 URL same (trust$4 trustworth $6 reputation ) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 16:34 |
| S20 | 0 | (13/175812).APP. | USPAT; USOCR | OR | ON | 2012/01/19 16:39 |
| S21 | 0 | ("2011/0258201").URPN. | USPAT | OR | ON | 2012/01/19 16:39 |
| S22 | 0 | (short shortened tiny shortening) near4 URL and warning with trust$4 and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 16:48 |
| S23 | 1 | ((short shortened tiny shortening compress$4 alias $4) near2 URL tinyurl bitly) and warning with trust$4 and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 16:48 |
| S24 | 1 | ((short shortened tiny shortening compress$4 alias $4) near2 URL tinyurl bitly) and warn$4 with trust$4 and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 16:48 |
| S25 | 3 | ((short shortened tiny shortening compress$4 alias $4) near2 URL tinyurl bitly) and match$4 same warn$4 and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 16:49 |
| S26 | 68 | ((short shortened tiny shortening compress$4 alias $4) near2 URL tinyurl bitly) and (spam$4 phishing) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 16:50 |
| S27 | 80 | ((short shortened tiny shortening compress$4 alias $4 redirect$4) near2 URL tinyurl bitly) and warn$4 and (spam$4 phishing) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 16:50 |
| S28 | 16 | reputation same redirect$4 with url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:13 |

| S29 | 4 | bea.as. and compress$4 with url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:17 |
| S30 | 43 | (shorten$4 short compress $4) near2 url and (session near2 (identifier id) sessionid) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:18 |
| S31 | 18 | (shorten$4 short compress $4) near2 url same (session near2 (identifier id) sessionid) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:19 |
| S32 | 0 | website with reputation same session and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:25 |
| S33 | 71 | ((url website) with reputation).ab. and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:25 |
| S34 | 11 | reputation with (website URL link hyperlink) same post$4 with identity and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:27 |
| S35 | 0 | reputation with (website URL link hyperlink) same post$4 with where and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:28 |
| S36 | 0 | trust$4 with (website URL link hyperlink) same post$4 with where and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:28 |

| S37 | 2 | trust$4 with (website URL link hyperlink) same post$4 with identity and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:28 |
| S38 | 200 | (reputation safe trust$4) with (website URL link hyperlink) and post$4 with identity and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:29 |
| S39 | 118 | (reputation safe trust$4) with (website URL link hyperlink) and post$4 near5 identity and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:29 |
| S40 | 36 | (reputation safe trust$4) near5 (website URL link hyperlink) and post$4 near5 identity and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:29 |
| S41 | 286 | (reputation safe trust$4) near5 (website URL link hyperlink) same identity and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:29 |
| S42 | 225 | (reputation safe trust$4) near5 (URL link hyperlink) same identity and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:30 |
| S43 | 29 | (reputation) near5 (URL link hyperlink) same identity and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 17:31 |
| S44 | 8 | (("6571256") or ("7580982") or ("7831915") or ("7870203") or ("20030028762") or ("20030097591") or ("20060218403") or ("20070118898")).PN. | US-PGPUB; USPAT | OR | OFF | 2012/01/19 17:45 |

| S45 | 20 | (("6367012") or ("6745367") or ("6892178") or ("7562304") or ("20030018585") or ("20030188019") or ("20040122926") or ("20040210602") or ("20060015722") or ("20060253580") or ("20060253582") or ("20070011603") or ("20070078699") or ("20070162349") or ("20070192855") or ("20070250916") or ("20080022384") or ("20080243920") or ("20080288278") or ("20090076994")).PN. | US-PGPUB; USPAT | OR | OFF | 2012/01/19 17:50 |
| S46 | 8 | (("5572643") or ("6819336") or ("7003522") or ("7107530") or ("20050050470") or ("20060095404") or ("20060253584") or ("20070011603")).PN. | US-PGPUB; USPAT | OR | OFF | 2012/01/19 18:03 |
| S47 | 30 | reputation with (URL link hyperlink) and (@ad<"20091214" @rlad<"20091214") and (709/217,219,245).ccls. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 19:01 |
| S48 | 0 | ((wrap$4 short$4 tiny) with (URL URI address locator)). ccls. and (microsoft.as. (bhatawdekar with ameya iverson with kristofer).in.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 19:04 |
| S49 | 0 | ((wrap$4 short$4 tiny) with (URL URI address locator)). ccls. and (microsoft.as. (bhatawdekar with ameya iverson with kristofer mills with chad scarrow with john haber with elliott).in.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 19:04 |
| S50 | 47 | ((wrap$4 short$4 tiny) with (URL URI address locator)). clm. and (microsoft.as. (bhatawdekar with ameya iverson with kristofer mills with chad scarrow with john haber with elliott).in.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 19:05 |

| S51 | 1 | ((wrap$4 short$4 tiny) with (URL URI address locator) and reputation).clm. and (microsoft.as. (bhatawdekar with ameya iverson with kristofer mills with chad scarrow with john haber with elliott).in.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 19:05 |
| S52 | 3 | ((wrap$4 short$4 tiny) with (URL URI address locator) and hash$4).clm. and (microsoft.as. (bhatawdekar with ameya iverson with kristofer mills with chad scarrow with john haber with elliott).in.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 19:05 |
| S53 | 16 | (reputation with (URL URI address locator)).clm. and (microsoft.as. (bhatawdekar with ameya iverson with kristofer mills with chad scarrow with john haber with elliott).in.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 19:06 |
| S54 | 9 | (reputation with (url)).clm. and (microsoft.as. (bhatawdekar with ameya iverson with kristofer mills with chad scarrow with john haber with elliott).in.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 19:06 |
| S55 | 21 | ((wrap$4 short$4 tiny) near3 (URL URI address locator)).clm. and (microsoft.as. (bhatawdekar with ameya iverson with kristofer mills with chad scarrow with john haber with elliott).in.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 19:07 |
| S56 | 14 | ((wrapped wrapping short$4 tiny) near3 (URL URI address locator)).clm. and (microsoft. as. (bhatawdekar with ameya iverson with kristofer mills with chad scarrow with john haber with elliott).in.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/19 19:08 |
| S57 | 14 | dynamic with parameter same refer$4 near3 (website domain) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:27 |

| S58 | 40 | dynamic with parameter same refer$4 near3 (website domain url) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:27 |
| S59 | 8 | dynamic near4 parameter same refer$4 near3 (website domain url) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:28 |
| S60 | 337 | dynamic near4 parameter same post$4 and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:30 |
| S61 | 84 | dynamic near4 parameter with post$4 and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:30 |
| S62 | 0 | dynamic near4 parameter with post$4 same url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:30 |
| S63 | 0 | dynamic near4 (parameter query) with post$4 same url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:30 |
| S64 | 1248 | (parameter query string) with post$4 same url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:31 |
| S65 | 235 | (query with string) with post $4 same url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:31 |

| S66 | 0 | (query with string)with dynamic with post$4 same url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:31 |
| S67 | 43 | (query with string)with parameter with post$4 same url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:31 |
| S68 | 53 | (query with string)with parameter with (poster posted posting refer$4) same url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:32 |
| S69 | 51 | (query adj string)with parameter with (poster posted posting refer$4) same url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:32 |
| S70 | 0 | (query adj string)with parameter with (poster posted posting refer$4) same url and (@ad<"20091214" @rlad<"20091214") and reputation | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:32 |
| S71 | 51 | (query adj string)with parameter with (poster posted posting refer$4) same url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/21 14:33 |
| S72 | 132 | (phishing) and redirect$4 with url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:13 |
| S73 | 7 | (phishing) and (deci$4 whether) with redirect$4 with url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:14 |

| S74 | 9 | (phishing) and (safe) with redirect$4 with url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:16 |
|---|---|---|---|---|---|---|
| S75 | 2 | (phishing) and (trusted) with redirect$4 with url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:17 |
| S76 | 5 | (reputation) with redirect$4 with url and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:17 |
| S77 | 10 | URI with (post$4) with (URL hyperlink link) and reputation and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:36 |
| S78 | 1 | query near2 (parameter string) with (post$4) with (URL hyperlink link) and reputation and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:40 |
| S79 | 0 | query near2 (parameter string) with (poster) with (URL hyperlink link) and reputation and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:40 |
| S80 | 0 | query near2 (parameter string) with (poster posted) with (URL hyperlink link) and reputation and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:40 |
| S81 | 137 | query near2 (parameter string) with (poster posted publish$4 domain) with (URL hyperlink link) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:40 |

| S82 | 35 | query near2 (parameter string) with (poster posted publish$4 ) with (URL hyperlink link) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:40 |
| S83 | 0 | query near2 (parameter string) with (poster posted publish$4 ) with redirect$4 with (URL hyperlink link) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:41 |
| S84 | 0 | query near2 (parameter string) with (poster posted publish$4 ) same redirect$4 with (URL hyperlink link) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:42 |
| S85 | 3 | query near2 (parameter string) with identity same redirect$4 with (URL hyperlink link) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:42 |
| S86 | 1 | identity with (posted poster publish$4) same redirect$4 with (URL hyperlink link) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:42 |
| S87 | 0 | referer with (compress$4 short$4) with (URL URI locator address link hyperlink) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:45 |
| S88 | 2457 | (identity) with (refer$4 publish$4 poster posted) and (compress$4 short$4) with (URL URI locator address link hyperlink) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:45 |
| S89 | 102 | (identity) with (refer$4 publish$4 poster posted) same (compress$4 short$4) with (URL URI locator address link hyperlink) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:46 |

| S90 | 150 | (identity) with (refer$4 publish$4 poster posted) same (compress$4 short$4 redirect$4) with (URL URI locator address link hyperlink) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:46 |
| S91 | 4 | (identity) with (referer publish$4 poster posted) same (compress$4 short$4 redirect$4) with (URL URI locator address link hyperlink) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:46 |
| S92 | 4 | (identity) with (referring with (website URL) publish$4 poster posted) same (compress$4 short$4 redirect$4) with (URL URI locator address link hyperlink) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:47 |
| S93 | 237 | reputation with (URL URI) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:47 |
| S94 | 60 | reputation with (URL URI) same (identity identifier) and (@ad<"20091214" @rlad<"20091214") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/23 13:47 |
| S95 | 1 | ("20070157216").PN. | US-PGPUB; USPAT | OR | OFF | 2012/01/24 08:53 |
| S96 | 44 | (chang with julian).xa. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2012/01/24 14:21 |

**EAST Search History (Interference)**

< This search history is empty>

**1/24/2012 6:33:50 PM**
**H:\ Workspaces\ 12637673.wsp**

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (01-10)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

<table>
<tr><td rowspan="6"><strong>INFORMATION DISCLOSURE STATEMENT BY APPLICANT</strong><br>( <strong>Not for submission under 37 CFR 1.99</strong>)</td><td>Application Number</td><td>12637673</td></tr>
<tr><td>Filing Date</td><td>2009-12-14</td></tr>
<tr><td>First Named Inventor</td><td>Ameya S. Bhatawdekar</td></tr>
<tr><td>Art Unit</td><td></td></tr>
<tr><td>Examiner Name</td><td></td></tr>
<tr><td>Attorney Docket Number</td><td>MS1-4927US</td></tr>
</table>

| | | | | | |
|---|---|---|---|---|---|
| **U.S.PATENTS** | | | | | |
| Examiner Initial* | Cite No | Patent Number | Kind Code¹ | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |

| Examiner Initial* | Cite No | Patent Number | Kind Code¹ | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 6571256 | | 2003-05-27 | Dorian, ; et al. | |
| | 2 | 7580982 | | 2009-08-25 | Owen, ; et al. | |
| | 3 | 7831915 | | 2010-11-09 | Averbuch, ; et al. | |
| | 4 | 7870203 | | 2011-01-11 | Judge, ; et al. | |

If you wish to add additional U.S. Patent citation information please click the Add button.

| U.S.PATENT APPLICATION PUBLICATIONS | | | | | | |
|---|---|---|---|---|---|---|
| Examiner Initial* | Cite No | Publication Number | Kind Code¹ | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
| | 1 | 20030028762 | A1 | 2003-02-06 | Trilli, Kevin; et al. | |
| | 2 | 20030097591 | A1 | 2003-05-22 | Pham, Khai; et al. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /JC/

| | | | | |
|---|---|---|---|---|
| | Application Number | 12637673 | | |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99**) | Filing Date | 2009-12-14 | | |
| | First Named Inventor | Ameya S. Bhatawdekar | | |
| | Art Unit | | | |
| | Examiner Name | | | |
| | Attorney Docket Number | MS1-4927US | | |

| | | | | | |
|---|---|---|---|---|---|
| 3 | 20060218403 | A1 | 2006-09-28 | Sauve; Aaron J.; et al. | |
| 4 | 20070118898 | A1 | 2007-05-24 | Morgan; Bruce A.; et al. | |

If you wish to add additional U.S. Published Application citation information please click the Add button.

### FOREIGN PATENT DOCUMENTS

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | ☐ |

If you wish to add additional Foreign Patent Document citation information please click the Add button

### NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|
| | 1 | | ☐ |

If you wish to add additional non-patent literature document citation information please click the Add button

### EXAMINER SIGNATURE

| Examiner Signature | /Julian Chang/ | Date Considered | 01/19/2012 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /JC/

| *Index of Claims* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 12637673 | BHATAWDEKAR ET AL. |
| | **Examiner** | **Art Unit** |
| | JULIAN CHANG | 2452 |

| ✓ | **Rejected** | | - | **Cancelled** | | N | **Non-Elected** | | A | **Appeal** |
|---|---|---|---|---|---|---|---|---|---|---|
| = | **Allowed** | | ÷ | **Restricted** | | I | **Interference** | | O | **Objected** |

☐ **Claims renumbered in the same order as presented by applicant**      ☐ CPA   ☐ T.D.   ☐ R.1.47

| CLAIM | | DATE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 01/19/2012 | | | | | | | |
| | 1 | ✓ | | | | | | | |
| | 2 | ✓ | | | | | | | |
| | 3 | ✓ | | | | | | | |
| | 4 | ✓ | | | | | | | |
| | 5 | ✓ | | | | | | | |
| | 6 | ✓ | | | | | | | |
| | 7 | ✓ | | | | | | | |
| | 8 | ✓ | | | | | | | |
| | 9 | ✓ | | | | | | | |
| | 10 | ✓ | | | | | | | |
| | 11 | ✓ | | | | | | | |
| | 12 | ✓ | | | | | | | |
| | 13 | ✓ | | | | | | | |
| | 14 | ✓ | | | | | | | |
| | 15 | ✓ | | | | | | | |
| | 16 | ✓ | | | | | | | |
| | 17 | ✓ | | | | | | | |
| | 18 | ✓ | | | | | | | |
| | 19 | ✓ | | | | | | | |
| | 20 | ✓ | | | | | | | |

PTO/SB/08a (08-03 )
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| | |
|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99**) | |

| | |
|---|---|
| Application Number | 12/128,286 |
| Filing Date | 12/14/2009 |
| First Named Inventor | Ameya S. Bhatawdekar |
| Art Unit | 2452 |
| Examiner Name | chang |
| Attorney Docket  Number | MS1-4927US |

### U.S.PATENTS

| Examiner Initial* | Cite No | Patent Number | Kind Code¹ | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 5572643 | | 1996-11-05 | Judson | |
| | 2 | 6819336 | | 2004-11-16 | Nielsen | |
| | 3 | 7003522 | | 2006-02-21 | Reynar, ; et al. | |
| | 4 | 7107530 | | 2006-09-12 | Blakely, ; et al. | |

If you wish to add additional U.S. Patent citation information please click the Add button.

### U.S.PATENT APPLICATION PUBLICATIONS

| Examiner Initial* | Cite No | Publication Number | Kind Code¹ | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 20050050470 | A1 | 2005-03-03 | Hudson, Margaret G.;  et al. | |
| | 2 | 20060095404 | A1 | 2006-05-04 | Adelman; Warren;  et al. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH.  /JC/

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | |
| Filing Date | |
| First Named Inventor | Ameya S. Bhatawdekar |
| Art Unit | |
| Examiner Name | |
| Attorney Docket Number | MS1-4927US |

| | Cite No | | | | | | |
|---|---|---|---|---|---|---|---|
| | 3 | 20060253584 | A1 | 2006-11-09 | Dixon; Christopher John; et al. | | |
| | 4 | 20070011603 | A1 | 2007-01-11 | Makela; Mikko | | |

If you wish to add additional U.S. Published Application citation information please click the Add button.

## FOREIGN PATENT DOCUMENTS

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | ☐ |

If you wish to add additional Foreign Patent Document citation information please click the Add button

## NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|
| | 1 | US Patent Application 11/759,401, filed on 06/07/2007, Iverson, "Accessible Content Reputation Lookup" | ☐ |
| | 2 | "Actipro SyntaxEditor - Windows Forms .NET Control", available at least as early as Feb 22, 2007, at <<http://www.actiprosoftware.com/Products/DotNet/WindowsForms/SyntaxEditor/SmartTag>>, Actipro Software LLC, 1999-2007, pp 1-2 | ☐ |
| | 3 | "Complete Tasks Quickly with Smart Tags in Office XP", available at least as early as Feb 22, 2007, at <<http://office.microsoft.com/en-us/help/HA010347451033.aspx>>, Microsoft Corporation, 2007, pp 1-11 | ☐ |
| | 4 | "Interfaces in Visual Studio 2005", available at least as early as Feb 22, 2007, at <<http://safari.oreilly.com/0596102070/pnetcomp2-CHP-3-SECT-5>>, Safari Books Online, 2006, pp 1-3 | ☐ |

If you wish to add additional non-patent literature document citation information please click the Add button

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /JC/

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( **Not for submission under 37 CFR 1.99**)

| | |
|---|---|
| Application Number | |
| Filing Date | |
| First Named Inventor | Ameya S. Bhatawdekar |
| Art Unit | |
| Examiner Name | |
| Attorney Docket  Number | MS1-4927US |

| EXAMINER SIGNATURE | | | |
|---|---|---|---|
| Examiner Signature | /Julian Chang/ | Date Considered | 01/19/2012 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through a citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH.  /JC/



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 12/637,673 | 12/14/2009 | Ameya S. Bhatawdekar | MS1-4927US |

**CONFIRMATION NO. 3736**

22801
LEE & HAYES, PLLC
601 W. RIVERSIDE AVENUE
SUITE 1400
SPOKANE, WA 99201

**PUBLICATION NOTICE**

*OC000000048244674*

**Title:** Reputation Based Redirection Service

**Publication No.** US-2011-0145435-A1
**Publication Date:** 06/16/2011

# NOTICE OF PUBLICATION OF APPLICATION

The above-identified application will be electronically published as a patent application publication pursuant to 37 CFR 1.211, et seq. The patent application publication number and publication date are set forth above.

The publication may be accessed through the USPTO's publically available Searchable Databases via the Internet at www.uspto.gov. The direct link to access the publication is currently http://www.uspto.gov/patft/.

The publication process established by the Office does not provide for mailing a copy of the publication to applicant. A copy of the publication may be obtained from the Office upon payment of the appropriate fee set forth in 37 CFR 1.19(a)(1). Orders for copies of patent application publications are handled by the USPTO's Office of Public Records. The Office of Public Records can be reached by telephone at (703) 308-9726 or (800) 972-6382, by facsimile at (703) 305-8759, by mail addressed to the United States Patent and Trademark Office, Office of Public Records, Alexandria, VA 22313-1450 or via the Internet.

In addition, information on the status of the application, including the mailing date of Office actions and the dates of receipt of correspondence filed in the Office, may also be accessed via the Internet through the Patent Electronic Business Center at www.uspto.gov using the public side of the Patent Application Information and Retrieval (PAIR) system. The direct link to access this status information is currently http://pair.uspto.gov/. Prior to publication, such status information is confidential and may only be obtained by applicant using the private side of PAIR.

Further assistance in electronically accessing the publication, or about PAIR, is available by calling the Patent Electronic Business Center at 1-866-217-9197.

Office of Data Managment, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101

Doc code: IDS                                                                                           PTO/SB/08a (01-10)
Doc description: Information Disclosure Statement (IDS) Filed                                      Approved for use through 07/31/2012. OMB 0651-0031
                                                                                         U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99**) | | |
|---|---|---|
| | Application Number | 12637673 |
| | Filing Date | 2009-12-14 |
| | First Named Inventor | Ameya S. Bhatawdekar |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | MS1-4927US |

### U.S.PATENTS

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 6571256 | | 2003-05-27 | Dorian, ; et al. | |
| | 2 | 7580982 | | 2009-08-25 | Owen, ; et al. | |
| | 3 | 7831915 | | 2010-11-09 | Averbuch, ; et al. | |
| | 4 | 7870203 | | 2011-01-11 | Judge, ; et al. | |

If you wish to add additional U.S. Patent citation information please click the Add button.

### U.S.PATENT APPLICATION PUBLICATIONS

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 20030028762 | A1 | 2003-02-06 | Trilli, Kevin; et al. | |
| | 2 | 20030097591 | A1 | 2003-05-22 | Pham, Khai; et al. | |

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 12637673 |
|---|---|---|
| | Filing Date | 2009-12-14 |
| | First Named Inventor | Ameya S. Bhatawdekar |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | MS1-4927US |

| | 3 | 20060218403 | A1 | 2006-09-28 | Sauve; Aaron J.; et al. |
|---|---|---|---|---|---|
| | 4 | 20070118898 | A1 | 2007-05-24 | Morgan; Bruce A.; et al. |

If you wish to add additional U.S. Published Application citation information please click the Add button.

### FOREIGN PATENT DOCUMENTS

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | ☐ |

If you wish to add additional Foreign Patent Document citation information please click the Add button

### NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|
| | 1 | | ☐ |

If you wish to add additional non-patent literature document citation information please click the Add button

### EXAMINER SIGNATURE

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

| | | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99**) | Application Number | 12637673 |
| | Filing Date | 2009-12-14 |
| | First Named Inventor | Ameya S. Bhatawdekar |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | MS1-4927US |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

☐   That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐   That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐   See attached certification statement.

☐   Fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒   None

## SIGNATURE
A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /David A. Divine, Reg. No. 51,275/ | Date (YYYY-MM-DD) | 2011-04-25 |
|---|---|---|---|
| Name/Print | David A. Divine | Registration Number | 51275 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 9950210 |
| **Application Number:** | 12637673 |
| **International Application Number:** | |
| **Confirmation Number:** | 3736 |
| **Title of Invention:** | Reputation Based Redirection Service |
| **First Named Inventor/Applicant Name:** | Ameya S. Bhatawdekar |
| **Customer Number:** | 22801 |
| **Filer:** | David Alan Divine/Cherri Simon |
| **Filer Authorized By:** | David Alan Divine |
| **Attorney Docket Number:** | MS1-4927US |
| **Receipt Date:** | 25-APR-2011 |
| **Filing Date:** | 14-DEC-2009 |
| **Time Stamp:** | 16:35:50 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| Submitted with Payment | no |
|---|---|

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Miscellaneous Incoming Letter | MS1-4927US-EFSWebDepAcct.pdf | 72907<br>684dc4f7efb2b03005292f7e3fd199039efcb1dc | no | 1 |

**Warnings:**

**Information:**

| 2 | Information Disclosure Statement (IDS) Filed (SB/08) | MS1-4927US-IDS.pdf | 35216<br><br>bb9f00ab6b84a5dab2d67b3d5ab7275e11 9d7571 | no | 3 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

This is not an USPTO supplied IDS fillable form

| | **Total Files Size (in bytes):** | 108123 |
|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Serial No. ................................................................................ 12/637,673
Filing Date .............................................................................. 12/14/2009
Confirmation No. ............................................................................3736
First Named Inventor ............................................................ Ameya S. Bhatawdekar
Assignee.................................................................... Microsoft Corporation
Group Art Unit.........................................................................................
Examiner .................................................................................................
Attorney's Docket No. ......................................................... MS1-4927US
Title: ...............................................................Reputation Based Redirection Service


To:       Commissioner for Patents
          P.O. Box 1450
          Alexandria, VA 22313-1450


From:     David A. Divine (Tel.509-944-4733; Fax 509-323-8979)
          **Customer Number: 22801**
          Lee & Hayes, PLLC
          601 W. Riverside Avenue, Suite 1400
          Spokane, WA 99201


Fees will be paid by credit card through the EFS Web; however the Commissioner is hereby authorized to charge any deficiency of fees and credit any overpayments to Deposit Account Number 12-0769.


                              Respectfully Submitted,


Dated: April 25, 2011          By:  /David A. Divine, Reg. No. 51,275/
                                    David A. Divine
                                    Reg. No. 51275
                                    509-944-4733

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (01-10)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

<table>
<tr><td rowspan="6"><b>INFORMATION DISCLOSURE STATEMENT BY APPLICANT</b><br>( <b>Not for submission under 37 CFR 1.99</b>)</td><td>Application Number</td><td>12637673</td></tr>
<tr><td>Filing Date</td><td>2009-12-14</td></tr>
<tr><td>First Named Inventor</td><td>Ameya S. Bhatawdekar</td></tr>
<tr><td>Art Unit</td><td></td></tr>
<tr><td>Examiner Name</td><td></td></tr>
<tr><td>Attorney Docket  Number</td><td>MS1-4927US</td></tr>
</table>

<table>
<tr><th colspan="6" align="center">U.S.PATENTS</th></tr>
<tr><th>Examiner Initial*</th><th>Cite No</th><th>Patent Number</th><th>Kind Code[1]</th><th>Issue Date</th><th>Name of Patentee or Applicant of cited Document</th><th>Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear</th></tr>
<tr><td></td><td>1</td><td>6367012</td><td></td><td>2002-04-02</td><td>Atkinson, ; et al.</td><td></td></tr>
<tr><td></td><td>2</td><td>6745367</td><td></td><td>2004-06-01</td><td>Bates, ; et al.</td><td></td></tr>
<tr><td></td><td>3</td><td>6892178</td><td></td><td>2005-05-10</td><td>Zacharia</td><td></td></tr>
<tr><td></td><td>4</td><td>7562304</td><td></td><td>2009-07-14</td><td>Dixon, ; et al.</td><td></td></tr>
</table>

If you wish to add additional U.S. Patent citation information please click the Add button.

<table>
<tr><th colspan="6" align="center">U.S.PATENT APPLICATION PUBLICATIONS</th></tr>
<tr><th>Examiner Initial*</th><th>Cite No</th><th>Publication Number</th><th>Kind Code[1]</th><th>Publication Date</th><th>Name of Patentee or Applicant of cited Document</th><th>Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear</th></tr>
<tr><td></td><td>1</td><td>20030018585</td><td>A1</td><td>2003-01-23</td><td>Butler, Nicholas David;  et al.</td><td></td></tr>
<tr><td></td><td>2</td><td>20030188019</td><td>A1</td><td>2003-10-02</td><td>Wesley, Ajamu A.</td><td></td></tr>
</table>

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( **Not for submission under 37 CFR 1.99**)

| | |
|---|---|
| Application Number | 12637673 |
| Filing Date | 2009-12-14 |
| First Named Inventor | Ameya S. Bhatawdekar |
| Art Unit | |
| Examiner Name | |
| Attorney Docket Number | MS1-4927US |

| | | | | | |
|---|---|---|---|---|---|
| 3 | 20040122926 | A1 | 2004-06-24 | Moore, George; et al. | |
| 4 | 20040210602 | A1 | 2004-10-21 | Hillis, W. Daniel; et al. | |
| 5 | 20060015722 | A1 | 2006-01-19 | Rowan; Michael J.; et al. | |
| 6 | 20060253580 | A1 | 2006-11-09 | Dixon; Christopher John; et al. | |
| 7 | 20060253582 | A1 | 2006-11-09 | Dixon; Christopher John; et al. | |
| 8 | 20070011603 | A1 | 2007-01-11 | Makela; Mikko | |
| 9 | 20070078699 | A1 | 2007-04-05 | Scott; James Kevin; et al. | |
| 10 | 20070162349 | A1 | 2007-07-12 | Silver; David | |
| 11 | 20070192855 | A1 | 2007-08-16 | Hulten; Geoffrey John; et al. | |
| 12 | 20070250916 | A1 | 2007-10-25 | Shull; Mark; et al. | |
| 13 | 20080022384 | A1 | 2008-01-24 | Yee; Steven C.; et al. | |

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | | 12637673 |
| Filing Date | | 2009-12-14 |
| First Named Inventor | | Ameya S. Bhatawdekar |
| Art Unit | | |
| Examiner Name | | |
| Attorney Docket Number | | MS1-4927US |

| | 14 | 20080243920 | A1 | 2008-10-02 | Newman; Ben; et al. | |
| | 15 | 20080288278 | A1 | 2008-11-20 | Buss; Duane | |
| | 16 | 20090076994 | A1 | 2009-03-19 | Ghosh; Rishab Aiyer; et al. | |

If you wish to add additional U.S. Published Application citation information please click the Add button.

### FOREIGN PATENT DOCUMENTS

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | ☐ |

If you wish to add additional Foreign Patent Document citation information please click the Add button

### NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|
| | 1 | "InterScan Web Security Suite 3.1", retrieved on 6-30-2010 at <<http://www.mcafee.com/us/local_content/ solution_briefs/web_gateway_sb.pdf>>, Trend Micro, 2008, pp 1-2. | ☐ |
| | 2 | Josang, et al., "A Survey of Trust and Reputation Systems for Online Service Provision", retrieved on 6-30-2010 at <<http://citeseerx.ist.psu.edu/viewdoc/download?doi=10.1.1.60.1963&rep=rep1&type=pdf>>, Elsevier Science Publishers, Decision Support Systems, Vol. 43, No. 2, 3-2007, pp 618-644. | ☐ |

If you wish to add additional non-patent literature document citation information please click the Add button

### EXAMINER SIGNATURE

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

EFS Web 2.1.17

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( **Not for submission under 37 CFR 1.99)** | Application Number | 12637673 |
| --- | --- | --- |
| | Filing Date | 2009-12-14 |
| | First Named Inventor | Ameya S. Bhatawdekar |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | MS1-4927US |

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

| | |
|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99**) | Application Number | 12637673 |
| | Filing Date | 2009-12-14 |
| | First Named Inventor | Ameya S. Bhatawdekar |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | MS1-4927US |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

☐ That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐ See attached certification statement.

☐ Fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒ None

## SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Jesse S. Bennett/ | Date (YYYY-MM-DD) | 2010-08-19 |
|---|---|---|---|
| Name/Print | Jesse S. Bennett | Registration Number | 62647 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Serial No. ................................................................................................. 12/637,673
Filing Date ............................................................................................. 12/14/2009
Confirmation No. ................................................................................................3736
First Named Inventor ............................................................... Ameya S. Bhatawdekar
Assignee...................................................................................... Microsoft Corporation
Group Art Unit..................................................................................................................
Examiner .............................................................................................................................
Attorney's Docket No. .........................................................................MS1-4927US
Title:  Reputation Based Redirection Service

To:        Commissioner for Patents
           P.O. Box 1450
           Alexandria, VA 22313-1450

From:      Jesse S. Bennett (Tel.; Fax 509-323-8979)
           Customer Number: 22801
           Lee & Hayes, PLLC
           601 W. Riverside Avenue, Suite 1400
           Spokane, WA 99201

Fees will be paid by credit card through the EFS Web; however the Commissioner is hereby authorized to charge any deficiency of fees and credit any overpayments to Deposit Account Number 12-0769.

Respectfully Submitted,

Dated: <u>August 19, 2010</u>          By:  <u>/Jesse S. Bennett, Reg. No. 62,647/</u>
                                           Jesse S. Bennett
                                           Reg. No. 62647

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 8251963 |
| **Application Number:** | 12637673 |
| **International Application Number:** | |
| **Confirmation Number:** | 3736 |
| **Title of Invention:** | Reputation Based Redirection Service |
| **First Named Inventor/Applicant Name:** | Ameya S. Bhatawdekar |
| **Customer Number:** | 22801 |
| **Filer:** | Jesse S. Bennett/Cherri Simon |
| **Filer Authorized By:** | Jesse S. Bennett |
| **Attorney Docket Number:** | MS1-4927US |
| **Receipt Date:** | 19-AUG-2010 |
| **Filing Date:** | 14-DEC-2009 |
| **Time Stamp:** | 14:06:10 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| Submitted with Payment | no |
|---|---|

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Information Disclosure Statement (IDS) Filed (SB/08) | MS1-4927US-IDS.pdf | 42774 b4954db0be73babzbfdf2cf7463fef0b3998 1947 | no | 5 |

| Warnings: |
|---|
| Information: |

This is not an USPTO supplied IDS fillable form

| 2 | NPL Documents | NK2191.PDF | 241159<br><br>9a1e5f310cc6e89bce8fa65f9ddeb38ecb0790a5 | no | 2 |
|---|---|---|---|---|---|
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | NPL Documents | NK2195.PDF | 504203<br><br>7c646b18b65626320d3c1c23ad0de1e3c45b0b4a | no | 43 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | Miscellaneous Incoming Letter | MS1-4927US-EFSWebDep.pdf | 68302<br><br>92b2de49499065de3b9638a013b6e8b3f0fa6ffd | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 856438 | | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 12/637,673 | 12/14/2009 | 2455 | 1220 | MS1-4927US | 20 | 3 |

**CONFIRMATION NO. 3736**

22801
LEE & HAYES, PLLC
601 W. RIVERSIDE AVENUE
SUITE 1400
SPOKANE, WA 99201

**UPDATED FILING RECEIPT**


*OC000000040551466*

Date Mailed: 03/15/2010

Receipt is acknowledged of this non-provisional patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please submit a written request for a Filing Receipt Correction. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Applicant(s)**

Ameya S. Bhatawdekar, Issaquah, WA;
Kristofer N. Iverson, Redmond, WA;
Elliott J. Haber, Fall City, WA;
John L. Scarrow, Sammamish, WA;
Chad W. Mills, Redmond, WA;

**Assignment For Published Patent Application**

Microsoft Corporation, Redmond, WA

**Power of Attorney:** The patent practitioners associated with Customer Number 22801

**Domestic Priority data as claimed by applicant**

**Foreign Applications**

Permission to Access - A proper **Authorization to Permit Access to Application by Participating Offices** (PTO/SB/39 or its equivalent) has been received by the USPTO.

**If Required, Foreign Filing License Granted:** 12/31/2009

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 12/637,673**

**Projected Publication Date:** 06/16/2011

**Non-Publication Request:** No

**Early Publication Request:** No

page 1 of 3

**Title**

Reputation Based Redirection Service

**Preliminary Class**

709

# PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4158).

# LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

**<u>GRANTED</u>**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as

set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

## NOT GRANTED

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Serial No. ................................................................................................. 12/637,673
Filing Date ........................................................................................... 12/14/2009
Confirmation No. ............................................................................................... 3736
First Named Inventor ................................................................. Ameya S. Bhatawdekar
Assignee .................................................................................. Microsoft Corporation
Group Art Unit ..............................................................................................................
Examiner ......................................................................................................................
Attorney's Docket No. ....................................................................... MS1-4927US
Title:  Reputation Based Redirection Service


To:      Commissioner for Patents
         P.O. Box 1450
         Alexandria, VA 22313-1450


From:    Jesse S. Bennett (Tel.; Fax 509-323-8979)
         Customer Number: 22801
         Lee & Hayes, PLLC
         601 W. Riverside Avenue, Suite 1400
         Spokane, WA 99201


    Fees  will  be  paid  by  credit  card  through  the  EFS  Web;  however  the

Commissioner is hereby authorized to charge any deficiency of fees and credit any

overpayments to Deposit Account Number 12-0769.


                              Respectfully Submitted,


Dated: <u>March 5, 2010</u>          By:  <u>/Jesse S. Bennett, Reg. No. 62,647/</u>
                                      Jesse S. Bennett
                                      Reg. No. 62647

**PATENT APPLICATION**

| DECLARATION AND POWER OF ATTORNEY | |
|---|---|
| ATTORNEY DOCKET NO.   MS1-4927US | MS DOCKET NO.   328518.01 |

As a below named inventor, I hereby declare that:

My residence/post office address and citizenship are as stated below next to my name;

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:  Reputation Based Redirection Service

the specification of which is filed herewith unless the following box is checked:

(X)  was filed on  December 14, 2009 as US Application Serial No. 12/637,673 or PCT International Application Number    and was amended on _____ (if applicable).

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment(s) referred to above.  I acknowledge the duty to disclose all information which is material to patentability as defined in 37 CFR 1.56.

**Authorization To Permit Access To Application by Participating Offices**

(X)  If checked, the undersigned hereby grants the USPTO authority to provide the European Patent Office (EPO), the Japan Patent Office (JPO), and any other intellectual property offices in which a foreign application claiming priority to the above-identified application is filed access to the above-identified patent application, and related applications, in accordance with 37 CFR 1.14(c) and (h).

In accordance with 37 CFR 1.14(c), access may be provided to information concerning the date of filing the Authorization to Permit Access to Application by Participating Offices.

**Foreign Application(s) and/or Claim of Foreign Priority**

I hereby claim foreign priority benefits under 35 U.S.C. 119(a) – (d) or (f), or 365(b)  of any foreign application(s) for patent or inventor(s) certificate(s), or 365(a) of any PCT international application which designated at least one country other than the United States of America, listed below and have also identified below any foreign application for patent or inventor's certificate(s), or any PCT international application having a filing date before that of the application on which priority is claimed:

| COUNTRY | APPLICATION NUMBER | DATE FILED | PRIORITY CLAIMED UNDER 35 U.S.C. 119 |
|---|---|---|---|
| | | | YES:____   NO: |
| | | | YES:____   NO: |

**POWER OF ATTORNEY:**

As a named inventor, I hereby appoint the following attorney(s) and/or agent(s) associated with

Customer No. **22801**

to prosecute this application and transact all business in the Patent and Trademark Office connected therewith.

| Send Correspondence to: | Direct Telephone Calls To: |
|---|---|
| Contact Name  Jesse S. Bennett | Contact Name  Jesse S. Bennett |
| Firm Name   Lee & Hayes, PLLC | Contact Phone Number  (509) 324-9256 |
| Firm Address  601 W. Riverside Avenue, Suite 1400 | |
| City, State  and Zip  Spokane, Washington 99201 | |

| DECLARATION AND POWER OF ATTORNEY |
|---|
| ATTORNEY DOCKET NO.   MS1-4927US        MS DOCKET NO.    328518.01 |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

**Full Name of Inventor:** Ameya S. Bhatawdekar                    **Citizenship:** India

**Residence:** Issaquah, WA

**Post Office Address:** c/o Microsoft Corporation, One Microsoft Way, Redmond, WA 98052

_____                    ___12/15/2009_____
**Inventor's Signature**                                                                  **Date**

**Full Name of Inventor:** Kristofer N. Iverson                    **Citizenship:** USA

**Residence:** Redmond, WA

**Post Office Address:** c/o Microsoft Corporation, One Microsoft Way, Redmond, WA 98052

_____                    _____
**Inventor's Signature**                                                                  **Date**

**Full Name of Inventor:** Elliott J. Haber                    **Citizenship:** USA

**Residence:** Fall City, WA

**Post Office Address:** c/o Microsoft Corporation, One Microsoft Way, Redmond, WA 98052

_____                    _____
**Inventor's Signature**                                                                  **Date**

**Full Name of Inventor:** John L. Scarrow                    **Citizenship:** USA

**Residence:** Sammamish, WA

**Post Office Address:** c/o Microsoft Corporation, One Microsoft Way, Redmond, WA 98052

_____                    _____
**Inventor's Signature**                                                                  **Date**

| DECLARATION AND POWER OF ATTORNEY |
|---|
| ATTORNEY DOCKET NO.   MS1-4927US        MS DOCKET NO.   328518.01 |

**Full Name of Inventor: Chad W. Mills**                                     **Citizenship: USA**

**Residence: Redmond, WA**

**Post Office Address:** <u>c/o Microsoft Corporation, One Microsoft Way, Redmond, WA 98052</u>

_____        _____
**Inventor's Signature**                                                        **Date**

## PATENT APPLICATION
### DECLARATION AND POWER OF ATTORNEY

| ATTORNEY DOCKET NO.   MSI-4927US | MS DOCKET NO.   328518.01 |
|---|---|

As a below named inventor, I hereby declare that:

My residence/post office address and citizenship are as stated below next to my name;

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:  Reputation Based Redirection Service

the specification of which is filed herewith unless the following box is checked:

  (X)  was filed on  December 14, 2009 as US Application Serial No. 12/637,673 or PCT International Application
    Number   and was amended on _____ (if applicable).

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment(s) referred to above.  I acknowledge the duty to disclose all information which is material to patentability as defined in 37 CFR 1.56.

**Authorization To Permit Access To Application by Participating Offices**

(X)  If checked, the undersigned hereby grants the USPTO authority to provide the European Patent Office (EPO), the Japan Patent Office (JPO), and any other intellectual property offices in which a foreign application claiming priority to the above-identified application is filed access to the above-identified patent application, and related applications, in accordance with 37 CFR 1.14(c) and (h).

In accordance with 37 CFR 1.14(c), access may be provided to information concerning the date of filing the Authorization to Permit Access to Application by Participating Offices.

**Foreign Application(s) and/or Claim of Foreign Priority**

I hereby claim foreign priority benefits under 35 U.S.C. 119(a) – (d) or (f), or 365(b)  of any foreign application(s) for patent or inventor(s) certificate(s), or 365(a) of any PCT international application which designated at least one country other than the United States of America, listed below and have also identified below any foreign application for patent or inventor's certificate(s), or any PCT international application having a filing date before that of the application on which priority is claimed:

| COUNTRY | APPLICATION NUMBER | DATE FILED | PRIORITY CLAIMED UNDER 35 U.S.C. 119 | |
|---|---|---|---|---|
| | | | YES: | NO: |
| | | | YES: | NO: |

**POWER OF ATTORNEY:**

As a named inventor, I hereby appoint the following attorney(s) and/or agent(s) associated with

<div align="center">Customer No. <strong>22801</strong></div>

to prosecute this application and transact all business in the Patent and Trademark Office connected therewith.

| Send Correspondence to: | Direct Telephone Calls To: |
|---|---|
| Contact Name  Jesse S. Bennett | Contact Name  Jesse S. Bennett |
| Firm Name  Lee & Hayes, PLLC | Contact Phone Number  (509) 324-9256 |
| Firm Address  601 W. Riverside Avenue, Suite 1400 | |
| City, State  and Zip  Spokane, Washington 99201 | |

## DECLARATION AND POWER OF ATTORNEY

| ATTORNEY DOCKET NO.   MS1-4927US | MS DOCKET NO.   328518.01 |
|---|---|

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Full Name of Inventor: Ameya S. Bhatawdekar

Citizenship: India

Residence: Issaquah, WA

Post Office Address: c/o Microsoft Corporation, One Microsoft Way, Redmond, WA 98052

Inventor's Signature

Date

Full Name of Inventor: Kristofer N. Iverson

Citizenship: USA

Residence: Redmond, WA

Post Office Address: c/o Microsoft Corporation, One Microsoft Way, Redmond, WA 98052

Inventor's Signature

Date

Full Name of Inventor: Elliott J. Haber

Citizenship: USA

Residence: Fall City, WA

Post Office Address: c/o Microsoft Corporation, One Microsoft Way, Redmond, WA 98052

Inventor's Signature

Date 12/15/09

Full Name of Inventor: John L. Scarrow

Citizenship: USA

Residence: Sammamish, WA

Post Office Address: c/o Microsoft Corporation, One Microsoft Way, Redmond, WA 98052

Inventor's Signature

Date 1/7/290

## DECLARATION AND POWER OF ATTORNEY

ATTORNEY DOCKET NO.   MS1-4927US        MS DOCKET NO.   328518.01

Full Name of Inventor: Chad W. Mills                                          Citizenship: USA

Residence: Redmond, WA

Post Office Address: c/o Microsoft Corporation, One Microsoft Way, Redmond, WA 98052

_____                    _____
Inventor's Signature                                          Date

**PATENT APPLICATION**

| DECLARATION AND POWER OF ATTORNEY | |
|---|---|
| ATTORNEY DOCKET NO.   MS1-4927US | MS DOCKET NO.   328518.01 |

As a below named inventor, I hereby declare that:

My residence/post office address and citizenship are as stated below next to my name;

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:  Reputation Based Redirection Service

the specification of which is filed herewith unless the following box is checked:

(X) was filed on  December 14, 2009 as US Application Serial No. 12/637,673 or PCT International Application Number    and was amended on _____ (if applicable).

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment(s) referred to above.  I acknowledge the duty to disclose all information which is material to patentability as defined in 37 CFR 1.56.

**Authorization To Permit Access To Application by Participating Offices**

(X)  If checked, the undersigned hereby grants the USPTO authority to provide the European Patent Office (EPO), the Japan Patent Office (JPO), and any other intellectual property offices in which a foreign application claiming priority to the above-identified application is filed access to the above-identified patent application, and related applications, in accordance with 37 CFR 1.14(c) and (h).

In accordance with 37 CFR 1.14(c), access may be provided to information concerning the date of filing the Authorization to Permit Access to Application by Participating Offices.

**Foreign Application(s) and/or Claim of Foreign Priority**

I hereby claim foreign priority benefits under 35 U.S.C. 119(a) – (d) or (f), or 365(b)  of any foreign application(s) for patent or inventor(s) certificate(s), or 365(a) of any PCT international application which designated at least one country other than the United States of America, listed below and have also identified below any foreign application for patent or inventor's certificate(s), or any PCT international application having a filing date before that of the application on which priority is claimed:

| COUNTRY | APPLICATION NUMBER | DATE FILED | PRIORITY CLAIMED UNDER 35 U.S.C. 119 | |
|---|---|---|---|---|
| | | | YES:____ | NO: |
| | | | YES:____ | NO: |

**POWER OF ATTORNEY:**

As a named inventor, I hereby appoint the following attorney(s) and/or agent(s) associated with

Customer No. **22801**

to prosecute this application and transact all business in the Patent and Trademark Office connected therewith.

| Send Correspondence to: | Direct Telephone Calls To: |
|---|---|
| Contact Name  Jesse S. Bennett | Contact Name  Jesse S. Bennett |
| Firm Name   Lee & Hayes, PLLC<br>Firm Address  601 W. Riverside Avenue, Suite 1400<br>City, State  and Zip  Spokane, Washington 99201 | Contact Phone Number  (509) 324-9256 |

| DECLARATION AND POWER OF ATTORNEY | |
|---|---|
| ATTORNEY DOCKET NO.   MS1-4927US          MS DOCKET NO.    328518.01 | |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

**Full Name of Inventor: Ameya S. Bhatawdekar**                    Citizenship: India

**Residence: Issaquah, WA**

**Post Office Address:** c/o Microsoft Corporation, One Microsoft Way, Redmond, WA 98052

_____          _____
**Inventor's Signature**                                           **Date**

**Full Name of Inventor: Kristofer N. Iverson**                    Citizenship: USA

**Residence: Redmond, WA**

**Post Office Address:** c/o Microsoft Corporation, One Microsoft Way, Redmond, WA 98052

_____          _____
**Inventor's Signature**                                           **Date**

**Full Name of Inventor: Elliott J. Haber**                        Citizenship: USA

**Residence: Fall City, WA**

**Post Office Address:** c/o Microsoft Corporation, One Microsoft Way, Redmond, WA 98052

_____          _____
**Inventor's Signature**                                           **Date**

**Full Name of Inventor: John L. Scarrow**                         Citizenship: USA

**Residence: Sammamish, WA**

**Post Office Address:** c/o Microsoft Corporation, One Microsoft Way, Redmond, WA 98052

_____          _____
**Inventor's Signature**                                           **Date**

| DECLARATION AND POWER OF ATTORNEY | |
| --- | --- |
| **ATTORNEY DOCKET NO.   MS1-4927US** | **MS DOCKET NO.   328518.01** |

**Full Name of Inventor: Chad W. Mills**                                        Citizenship: USA

**Residence: Redmond, WA**

**Post Office Address:** <u>c/o Microsoft Corporation, One Microsoft Way, Redmond, WA 98052</u>

_____                    _____

**Inventor's Signature**                                                                **Date**

**PATENT APPLICATION**

| DECLARATION AND POWER OF ATTORNEY | |
|---|---|
| ATTORNEY DOCKET NO.   MS1-4927US | MS DOCKET NO.   328518.01 |

As a below named inventor, I hereby declare that:

My residence/post office address and citizenship are as stated below next to my name;

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:  Reputation Based Redirection Service

the specification of which is filed herewith unless the following box is checked:

      (X)  was filed on  December 14, 2009 as US Application Serial No. 12/637,673 or PCT International Application
           Number     and was amended on _____ (if applicable).

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment(s) referred to above.  I acknowledge the duty to disclose all information which is material to patentability as defined in 37 CFR 1.56.

**Authorization To Permit Access To Application by Participating Offices**

(X)  If checked, the undersigned hereby grants the USPTO authority to provide the European Patent Office (EPO), the Japan Patent Office (JPO), and any other intellectual property offices in which a foreign application claiming priority to the above-identified application is filed access to the above-identified patent application, and related applications, in accordance with 37 CFR 1.14(c) and (h).

In accordance with 37 CFR 1.14(c), access may be provided to information concerning the date of filing the Authorization to Permit Access to Application by Participating Offices.

**Foreign Application(s) and/or Claim of Foreign Priority**

I hereby claim foreign priority benefits under 35 U.S.C. 119(a) – (d) or (f), or 365(b)  of any foreign application(s) for patent or inventor(s) certificate(s), or 365(a) of any PCT international application which designated at least one country other than the United States of America, listed below and have also identified below any foreign application for patent or inventor's certificate(s), or any PCT international application having a filing date before that of the application on which priority is claimed:

| COUNTRY | APPLICATION NUMBER | DATE FILED | PRIORITY CLAIMED UNDER 35 U.S.C. 119 | |
|---|---|---|---|---|
|  |  |  | YES:____ | NO: |
|  |  |  | YES:____ | NO: |

**POWER OF ATTORNEY:**

As a named inventor, I hereby appoint the following attorney(s) and/or agent(s) associated with

Customer No. **22801**

to prosecute this application and transact all business in the Patent and Trademark Office connected therewith.

| Send Correspondence to: | Direct Telephone Calls To: |
|---|---|
| Contact Name  Jesse S. Bennett | Contact Name  Jesse S. Bennett |
| Firm Name   Lee & Hayes, PLLC<br>Firm Address  601 W. Riverside Avenue, Suite 1400<br>City, State  and Zip  Spokane, Washington 99201 | Contact Phone Number  (509) 324-9256 |

| | |
|---|---|
| **DECLARATION AND POWER OF ATTORNEY** | |
| ATTORNEY DOCKET NO.   MS1-4927US        MS DOCKET NO.   328518.01 | |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

**Full Name of Inventor: Ameya S. Bhatawdekar**                        **Citizenship: India**

**Residence: Issaquah, WA**

**Post Office Address:** <u>c/o Microsoft Corporation, One Microsoft Way, Redmond, WA 98052</u>

_____                    _____
**Inventor's Signature**                                                              **Date**

**Full Name of Inventor: Kristofer N. Iverson**                        **Citizenship: USA**

**Residence: Redmond, WA**

**Post Office Address:** <u>c/o Microsoft Corporation, One Microsoft Way, Redmond, WA 98052</u>

_____                    _____
**Inventor's Signature**                                                              **Date**

**Full Name of Inventor: Elliott J. Haber**                        **Citizenship: USA**

**Residence: Fall City, WA**

**Post Office Address:** <u>c/o Microsoft Corporation, One Microsoft Way, Redmond, WA 98052</u>

_____                    _____
**Inventor's Signature**                                                              **Date**

**Full Name of Inventor: John L. Scarrow**                        **Citizenship: USA**

**Residence: Sammamish, WA**

**Post Office Address:** <u>c/o Microsoft Corporation, One Microsoft Way, Redmond, WA 98052</u>

_____                    _____
**Inventor's Signature**                                                              **Date**

| DECLARATION AND POWER OF ATTORNEY | |
|---|---|
| ATTORNEY DOCKET NO.   MS1-4927US          MS DOCKET NO.   328518.01 | |

**Full Name of Inventor: Chad W. Mills**                                    **Citizenship: USA**

**Residence: Redmond, WA**

**Post Office Address:** c/o Microsoft Corporation, One Microsoft Way, Redmond, WA 98052

_____                              12-15-09
**Inventor's Signature**                                                **Date**

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 12637673 |
| **Filing Date:** | 14-Dec-2009 |
| **Title of Invention:** | Reputation Based Redirection Service |
| **First Named Inventor/Applicant Name:** | Ameya S. Bhatawdekar |
| **Filer:** | Jesse S. Bennett/Cherri Simon |
| **Attorney Docket Number:** | MS1-4927US |

Filed as Large Entity

### Utility under 35 USC 111(a) Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| Utility application filing | 1011 | 1 | 330 | 330 |
| Utility Search Fee | 1111 | 1 | 540 | 540 |
| Utility Examination Fee | 1311 | 1 | 220 | 220 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| Late filing fee for oath or declaration | 1051 | 1 | 130 | 130 |
| **Petition:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| **Total in USD ($)** | | | | **1220** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 7148641 |
| **Application Number:** | 12637673 |
| **International Application Number:** | |
| **Confirmation Number:** | 3736 |
| **Title of Invention:** | Reputation Based Redirection Service |
| **First Named Inventor/Applicant Name:** | Ameya S. Bhatawdekar |
| **Customer Number:** | 22801 |
| **Filer:** | Jesse S. Bennett/Cherri Simon |
| **Filer Authorized By:** | Jesse S. Bennett |
| **Attorney Docket Number:** | MS1-4927US |
| **Receipt Date:** | 05-MAR-2010 |
| **Filing Date:** | 14-DEC-2009 |
| **Time Stamp:** | 12:24:18 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $1220 |
| RAM confirmation Number | 8219 |
| Deposit Account | |
| Authorized User | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|

| 1 | Miscellaneous Incoming Letter | MS1-4927US-EFSWebDep.pdf | 68227<br><br>fd0c9653dcf503fdd3856400c21de825d8fec581 | no | 1 |
|---|---|---|---|---|---|

| **Warnings:** |
|---|

| **Information:** |
|---|

| 2 | Oath or Declaration filed | MS1-4927US-Declaration.pdf | 312990<br><br>37132e0da3716774f8b0a8ae75d6cfb9505b1184 | no | 12 |
|---|---|---|---|---|---|

| **Warnings:** |
|---|

| **Information:** |
|---|

| 3 | Fee Worksheet (PTO-875) | fee-info.pdf | 36512<br><br>c2ff4827ed626f649cda43993a1fd9abcba73570 | no | 2 |
|---|---|---|---|---|---|

| **Warnings:** |
|---|

| **Information:** |
|---|

| **Total Files Size (in bytes):** | 417729 |
|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.



## UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 12/637,673 | 12/14/2009 | 2455 | 0.00 | MS1-4927US | 20 | 3 |

**CONFIRMATION NO. 3736**

22801
LEE & HAYES, PLLC
601 W. RIVERSIDE AVENUE
SUITE 1400
SPOKANE, WA 99201

**FILING RECEIPT**

*OC000000039448008*

Date Mailed: 01/06/2010

Receipt is acknowledged of this non-provisional patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please submit a written request for a Filing Receipt Correction. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Applicant(s)**

    Ameya S. Bhatawdekar, Issaquah, WA;
    Kristofer N. Iverson, Redmond, WA;
    Elliott J. Haber, Fall City, WA;
    John L. Scarrow, Sammamish, WA;
    Chad W. Mills, Redmond, WA;

**Assignment For Published Patent Application**

    Microsoft Corporation, Redmond, WA

**Power of Attorney:** None

**Domestic Priority data as claimed by applicant**

**Foreign Applications**

**If Required, Foreign Filing License Granted:** 12/31/2009

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 12/637,673**

**Projected Publication Date:** To Be Determined - pending completion of Missing Parts

**Non-Publication Request:** No

**Early Publication Request:** No

**Title**

     Reputation Based Redirection Service

**Preliminary Class**

     709

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4158).

## LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

**<u>GRANTED</u>**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as

set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

## NOT GRANTED

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).



### United States Patent and Trademark Office

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 12/637,673 | 12/14/2009 | Ameya S. Bhatawdekar | MS1-4927US |

**CONFIRMATION NO. 3736**

22801
LEE & HAYES, PLLC
601 W. RIVERSIDE AVENUE
SUITE 1400
SPOKANE, WA 99201

**FORMALITIES LETTER**

*OC000000039448009*

Date Mailed: 01/06/2010

## NOTICE TO FILE MISSING PARTS OF NONPROVISIONAL APPLICATION

### FILED UNDER 37 CFR 1.53(b)

*Filing Date Granted*

**Items Required To Avoid Abandonment:**

An application number and filing date have been accorded to this application. The item(s) indicated below, however, are missing. Applicant is given **TWO MONTHS** from the date of this Notice within which to file all required items and pay any fees required below to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

- The statutory basic filing fee is missing.
  *Applicant must submit $330 to complete the basic filing fee for a non-small entity. If appropriate, applicant may make a written assertion of entitlement to small entity status and pay the small entity filing fee (37 CFR 1.27).*
- The oath or declaration is missing.
  *A properly signed oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date, is required.*
  *Note: If a petition under 37 CFR 1.47 is being filed, an oath or declaration in compliance with 37 CFR 1.63 signed by all available joint inventors, or if no inventor is available by a party with sufficient proprietary interest, is required.*

The applicant needs to satisfy supplemental fees problems indicated below.

The required item(s) identified below must be timely submitted to avoid abandonment:

- To avoid abandonment, a surcharge (for late submission of filing fee, search fee, examination fee or oath or declaration) as set forth in 37 CFR 1.16(f) of $130 for a non-small entity, must be submitted with the missing items identified in this notice.

**SUMMARY OF FEES DUE:**

Total additional fee(s) required for this application is **$1220** for a non-small entity
- **$330** Statutory basic filing fee.
- **$130** Surcharge.
- The application search fee has not been paid. Applicant must submit **$540** to complete the search fee.
- The application examination fee has not been paid. Applicant must submit **$220** to complete the examination fee for a non-small entity.

Replies should be mailed to:

Mail Stop Missing Parts
Commissioner for Patents
P.O. Box 1450
Alexandria VA 22313-1450

Registered users of EFS-Web may alternatively submit their reply to this notice via EFS-Web.
https://sportal.uspto.gov/authenticate/AuthenticateUserLocalEPF.html

For more information about EFS-Web please call the USPTO Electronic Business Center at **1-866-217-9197** or visit our website at http://www.uspto.gov/ebc.

If you are not using EFS-Web to submit your reply, you must include a copy of this notice.

/mkibret/

Office of Data Management, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101

PTO/SB/08a (08-03 )
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99**) | | |
|---|---|---|
| Application Number | |
| Filing Date | |
| First Named Inventor | Ameya S. Bhatawdekar |
| Art Unit | |
| Examiner Name | |
| Attorney Docket  Number | MS1-4927US |

| **U.S.PATENTS** | | | | | |
|---|---|---|---|---|---|
| Examiner Initial* | Cite No | Patent Number | Kind Code¹ | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
| | 1 | 5572643 | | 1996-11-05 | Judson | |
| | 2 | 6819336 | | 2004-11-16 | Nielsen | |
| | 3 | 7003522 | | 2006-02-21 | Reynar, ; et al. | |
| | 4 | 7107530 | | 2006-09-12 | Blakely, ; et al. | |

If you wish to add additional U.S. Patent citation information please click the Add button.

| **U.S.PATENT APPLICATION PUBLICATIONS** | | | | | |
|---|---|---|---|---|---|
| Examiner Initial* | Cite No | Publication Number | Kind Code¹ | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
| | 1 | 20050050470 | A1 | 2005-03-03 | Hudson, Margaret G.;  et al. | |
| | 2 | 20060095404 | A1 | 2006-05-04 | Adelman; Warren;  et al. | |

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | |
| Filing Date | |
| First Named Inventor | Ameya S. Bhatawdekar |
| Art Unit | |
| Examiner Name | |
| Attorney Docket Number | MS1-4927US |

| | 3 | 20060253584 | A1 | 2006-11-09 | Dixon; Christopher John; et al. | |
|---|---|---|---|---|---|---|
| | 4 | 20070011603 | A1 | 2007-01-11 | Makela; Mikko | |

If you wish to add additional U.S. Published Application citation information please click the Add button.

## FOREIGN PATENT DOCUMENTS

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | ☐ |

If you wish to add additional Foreign Patent Document citation information please click the Add button

## NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|
| | 1 | US Patent Application 11/759,401, filed on 06/07/2007, Iverson, "Accessible Content Reputation Lookup" | ☐ |
| | 2 | "Actipro SyntaxEditor - Windows Forms .NET Control", available at least as early as Feb 22, 2007, at <<http://www.actiprosoftware.com/Products/DotNet/WindowsForms/SyntaxEditor/SmartTag>>, Actipro Software LLC, 1999-2007, pp 1-2 | ☐ |
| | 3 | "Complete Tasks Quickly with Smart Tags in Office XP", available at least as early as Feb 22, 2007, at <<http://office.microsoft.com/en-us/help/HA010347451033.aspx>>, Microsoft Corporation, 2007, pp 1-11 | ☐ |
| | 4 | "Interfaces in Visual Studio 2005", available at least as early as Feb 22, 2007, at <<http://safari.oreilly.com/0596102070/pnetcomp2-CHP-3-SECT-5>>, Safari Books Online, 2006, pp 1-3 | ☐ |

If you wish to add additional non-patent literature document citation information please click the Add button

| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99**) | Application Number | |
|---|---|---|
| | Filing Date | |
| | First Named Inventor | Ameya S. Bhatawdekar |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket  Number | MS1-4927US |

| **EXAMINER SIGNATURE** | | | |
|---|---|---|---|
| Examiner Signature | | Date Considered | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through a citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | |
|---|---|---|
| | Filing Date | |
| | First Named Inventor | Ameya S. Bhatawdekar |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | MS1-4927US |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

☐ That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐ See attached certification statement.

☐ Fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒ None

## SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Jesse S. Bennett, Reg. No. 62,647/ | Date (YYYY-MM-DD) | 2009-12-14 |
|---|---|---|---|
| Name/Print | Jesse S. Bennett | Registration Number | 62647 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Serial No. ....................................................................................................
Filing Date ..................................................................................................
Confirmation No..........................................................................................
First Named Inventor................................................. Ameya S. Bhatawdekar
Assignee...................................................................... Microsoft Corporation
Group Art Unit.............................................................................................
Examiner .....................................................................................................
Attorney's Docket No. ......................................................................MS1-4927US
Title:  Reputation Based Redirection Service


To:        Commissioner for Patents
           P.O. Box 1450
           Alexandria, VA 22313-1450


From:      Jesse S. Bennett (Tel.; Fax 509-323-8979)
           Customer Number: 22801
           Lee & Hayes, PLLC
           601 W. Riverside Avenue, Suite 1400
           Spokane, WA 99201


**Customer No:** 22801


Fees will be paid by credit card through the EFS Web; however the Commissioner is hereby authorized to charge any deficiency of fees and credit any overpayments to Deposit Account Number 12-0769.


                              Respectfully Submitted,


Dated: <u>December 14, 2009</u>     By:  <u>/Jesse S. Bennett, Reg. No. 62,647/</u>
                                         Jesse S. Bennett
                                         Reg. No. 62647

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 6634044 |
| **Application Number:** | 12637673 |
| **International Application Number:** | |
| **Confirmation Number:** | 3736 |
| **Title of Invention:** | Reputation Based Redirection Service |
| **First Named Inventor/Applicant Name:** | Ameya S. Bhatawdekar |
| **Customer Number:** | 22801 |
| **Filer:** | Jesse S. Bennett/Cherri Simon |
| **Filer Authorized By:** | Jesse S. Bennett |
| **Attorney Docket Number:** | MS1-4927US |
| **Receipt Date:** | 14-DEC-2009 |
| **Filing Date:** | |
| **Time Stamp:** | 20:08:57 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | KP3088.PDF | 229061<br>857c00d5bd8334a10b314cefc256269549f44eca | yes | 29 |

**Multipart Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Specification | 1 | 23 |
| Claims | 24 | 28 |
| Abstract | 29 | 29 |

| | | | | | |
|---|---|---|---|---|---|
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Drawings-only black and white line drawings | KP4941.PDF | 79270 <br> 75bb6264685f99ffdf88b8ab705a2600fdc6b18 | no | 8 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | Application Data Sheet | KP5093.PDF | 52642 <br> 4a3d731d7b9e176b0e8fabfa1f217336a7094278 | no | 5 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| This is not an USPTO supplied ADS fillable form | | | | | |
| 4 | Information Disclosure Statement (IDS) Filed (SB/08) | KP5127.PDF | 37764 <br> a213e4a2c237e6a176891dd506e618b3a077b6be | no | 4 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| This is not an USPTO supplied IDS fillable form | | | | | |
| 5 | NPL Documents | BU7272.PDF | 208936 <br> 12c3a8318e07f94c9585ae67cfb45c1b31c941d6 | no | 30 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 6 | NPL Documents | BC8134.PDF | 132789 <br> 44e348ec983cc9961cba87842cb39889ea3c84d7 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 7 | NPL Documents | BC8132.PDF | 158919 <br> 57d222ff4635dc654e4ccbb65886acf9f3d49e2 | no | 11 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |

| 8 | NPL Documents | BC8136.PDF | 111151 | no | 3 |
| | | | d4b47931d97f6077c8b8b8bebd51ec299847c32d | | |

**Warnings:**

**Information:**

| 9 | Miscellaneous Incoming Letter | KP5134.PDF | 74873 | no | 1 |
| | | | 9e6cd7dd23059d4d686c0a6c6757c2c61643d4da | | |

**Warnings:**

**Information:**

| | | | | |
|---|---|---|---|---|
| | | **Total Files Size (in bytes):** | 1085405 | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

# REPUTATION BASED REDIRECTION SERVICE

## BACKGROUND

[0001]     Today for many World Wide Web users (Web users), the Internet can be a dangerous place full of malicious and abusive websites.  By clicking on a hyperlink, a Web user is directed to a Web document (e.g., a website) residing somewhere on a Web-enabled server.  Unfortunately, the website requested may often lead to abuse, and with the ability to cheaply disseminate abusive hyperlinks, abuse cases are on the rise.

[0002]     The location of a website is described by a Uniform Resource Locator (URL) which defines the precise network location of the resource.  However, a URL does not indicate the characteristics or reputation of the resource or of the network (or website) where the resource resides.  Additionally, a URL can easily disguise the actual location of the resource, such that a Web user may be tricked into accessing a website different from what they intended.

[0003]     In virtually all abuse cases, the intended victim is directed to an abuse website where they are attacked.  The victim's personal credentials may be stolen, the victim's machine may be infected with malware or some other virus, or the victim may be subjected to spam.  In any case, serious damage may be inflicted on an innocent and unsuspecting user.

[0004]     Unfortunately, adequate tools do not exist for checking the reputation of a URL prior to accessing a website.  Redirection services, while available, are used in a small subset of instances.  When used, existing redirection services merely redirect a Web user to alternate websites, and lack the ability to avoid abuse through reputation lookup.  Accordingly, there is a need for a service that can further aid Web users in avoiding abuse websites.

1

Attorney Docket No. MS1-4927US
Client Reference No. 328518.01

## BRIEF SUMMARY

[0005]     This summary is provided to introduce simplified concepts for a reputation based redirection service, which is further described below in the Detailed Description.   This summary is not intended to identify essential features of the claimed subject matter, nor is it intended for use in determining the scope of the claimed subject matter.   Generally, the reputation based redirection service described herein involves building a URL wrapper to allow for the avoidance of abusive websites by redirecting Web users to interstitial pages.

[0006]     In one aspect, a URL wrapper may be built by combining a received URL, a determined characteristic of the URL, and a created security hash.   The determined characteristic may be a unique identifier of a user who originally posted the URL and/or a location on a network where the URL was originally posted.   The URL wrapper my also determine if a URL is trusted, in which case it may output the original URL.   The URL wrapper may output an error message when the URL is invalid or based on an un-supported Uniform Resource Identifier (URI) schema, or it may point to a redirection service.

[0007]     In another aspect, a redirection service may be configured to receive a request for handling a wrapped URL, verify the authenticity of the wrapped URL, determine the reputation rating of the wrapped URL, and output a redirection decision based on the validity and/or the reputation rating of the wrapped URL.   The wrapped URL may contain a destination URL, a security hash, a unique identifier of a user who originally posted the destination URL, and/or a location where the destination URL was originally posted.   The redirection service may also be configured to handle shortened and/or previously redirected URLs by unraveling a shortened and/or previously redirected URL to determine and output a final destination URL.   The redirection service may also be configured to receive and process click-through telemetry information in the form of a telemetry report, store redirection action

2

Attorney Docket No. MS1-4927US
Client Reference No. 328518.01

data and the telemetry reports to a log file, and maintain system configuration settings. Additionally, the redirection service may determine, based on the reputation rating of the wrapped URL, when to display one of the interstitial pages. Interstitial pages may be, but are not limited to, abuse information pages, unknown information pages, and/or error information pages.

[0008]    In yet another aspect, a URL reputation based redirection service may be implemented as a Web service call which may be configured to receive a Web service call for a URL, determine a redirection decision for the URL, and output the redirection decision. The redirection decision may be based on a reputation rating of the URL. Additionally, the URL may be wrapped to include the destination URL, a security hash code, a unique identifier of the user who originally posted the destination URL, and/or the location where the destination URL was originally posted.

## BRIEF DESCRIPTION OF THE DRAWINGS

[0009]    The detailed description is set forth with reference to the accompanying figures. In the figures, the left-most digit(s) of a reference number identifies the figure in which the reference number first appears. The use of the same reference numbers in different figures indicates similar or identical items.

[0010]    FIG. 1 is a block diagram of an illustrative system for a reputation based redirection service.

[0011]    FIG. 2 is a block diagram of a computer environment showing an illustrative system in which a reputation based redirection service system can be implemented.

[0012]    FIG. 3 is a schematic diagram of an illustrative system for URL wrapping for a reputation based redirection service.

3

Attorney Docket No. MSI-4927US
Client Reference No. 328518.01

**[0013]**     FIG. 4 is a flowchart illustrating details of an illustrative URL wrapping method for a reputation based redirection service.

**[0014]**     FIG. 5 is a block diagram of an illustrative system for a reputation based redirection service.

**[0015]**     FIG. 6 is a flowchart illustrating details of an illustrative method of reputation based redirection.

**[0016]**     FIG. 7 is a block diagram of an illustrative system for handling URL reputation look-up Web service calls.

**[0017]**     FIG. 8 is a flowchart illustrating details of an illustrative system for handling URL reputation look-up Web service calls.

## DETAILED DESCRIPTION

### Overview

**[0018]**     This disclosure describes a reputation based redirection service.  In particular, systems and methods are presented for wrapping a URL with its characteristics, checking and logging the reputations of destination URLs, and redirecting users to interstitial Web pages when destination URLs lead to known or suspected abuse websites or have unknown reputations.

**[0019]**     As discussed above, Web abuse cases are potentially damaging to Web users and their equipment, and are becoming more prevalent as the size of the Internet and the relative ease of distributing abusive hyperlinks increases.  These issues could potentially lead to more distrust and less use of the Internet by casual Web surfers, and could even have detrimental effects on the economy.

Attorney Docket No. MS1-4927US
Client Reference No. 328518.01

**[0020]**　　The techniques described in this disclosure may be used for effectively avoiding abuse websites by creating URL wrappers, checking destination URL reputations, and redirecting Web users away from the abuse.  The URL wrapper allows the characteristics of the URL to be stored with redirection information to convert URLs into safe hyperlinks.  Thus, a user need only select a hyperlink in a Web document (i.e., a URL) without being concerned for the safety of the intended destination.

**[0021]**　　URL wrapping entails appending data to a URL to add functionality and/or for redirection purposes.  In one example, as discussed below, the URL to which data may be appended may be the URL of a redirection service.  A system for reputation look-up is also disclosed that allows for redirection only when appropriate, and gives the user click-through options.  Additionally, the ability to receive and handle Web service calls for reputation look-up and redirection is disclosed that allows various Web applications to access the system.

**[0022]**　　For creating wrapped URLs, an illustrative URL wrapping component is described that receives destination URLs (e.g., hyperlinks selected by users) and may convert them to wrapped URLs that can be processed by the redirection service.  Prior to wrapping, an enhanced URL may be created by appending the destination URL's characteristics, and possibly additional parameters, to the destination URL itself.  A security hash, created based on the enhanced URL, may then be appended to the enhanced URL to form a wrapped URL.

**[0023]**　　In some examples, the redirection service may provide the user with an interstitial Web page indicating that the intended destination is a known or suspected abuse website.  In other examples, the interstitial page may indicate that the reputation of the intended destination is unknown or that an error occurred.  Alternatively, the redirection service may send the user directly to the destination site indicating that the website is known to be non-abusive.

5

[0024]     FIG. 1 depicts an illustrative block diagram illustrating a high-level overview of a reputation based redirection service system 100.  The system 100 includes a URL wrapping component 102 which may be embedded in various applications 104 and/or websites 105.  For example, the URL wrapping component 102 may be part of a client application 104 (e.g., email client, word processor, etc.) and/or may be part of a Web service at a host.  Additionally, system 100 includes a URL redirection service 106, a reputation backend 108, several interstitial Web pages 110-114, and destination Web page 116.

[0025]     A URL 118 may be selected by a Web user (not shown) from at least one of many possible locations.  URL 118 may reside in various applications 104 and/or websites 105, or it may be entered into applications 104 and/or websites 105 (e.g., typed by the user).  After URL 118 is recognized by the URL wrapping component 102(A) of application(s) 104, either by user selection, user creation, or some other method, the URL may be wrapped with various appropriate characteristics for processing by the URL redirection service 106 or by the URL wrapping component 102(B) of website(s) 105.  Alternatively, URL 118 may be recognized directly by URL wrapping component 102(B) of websites 105 and then sent to URL redirection service 106.

[0026]     The URL redirection service 106 may determine that the URL 118 describes a website that is safe, abusive, unknown, or inaccurate.  The redirection service 106 may make use of a reputation backend 108 to determine a reputation decision for the URL 118.  Reputation backend 108 may make the decision for the URL redirection service 106 or it may supply reputation data to URL redirection service 106 so that the URL reputation service 106 can make the reputation decision.  Reputation backend 108 may make a redirection decision based on the reputation of the URL, the reputation of the user who posted the URL, the reputation of the website or application where the URL was originally posted, or based on the

6

traffic to the URL.  By way of example, and not limitation, reputation backend 108 may decide to block low reputation URLs posted by users with low reputations or by users in a low account tier, it may decide to block all URLs posted by users with low reputation or by users in a low account tier, or it may decide to block traffic to low reputation URLs after a certain traffic threshold (e.g., more than 10 visits to the URL in one day) is met.  Redirection may also be based on configurable business rules applied to other data stored in the wrapped URLs, such as characteristics, site, user, URL, hash, etc.  Additionally, traffic thresholds may be used for real-time throttling of unknown URLs.  For example, when a traffic threshold is met for a particular URL, reputation backend 108 may flag that URL as abusive even if no reputation information exists for that URL.  In this way, potential abuse sites can be avoided prior to obtaining a reputation.

[0027]    Once a reputation decision has been determined the URL reputation service 106 may direct or redirect the Web user to at least one of several types of Web pages.  For example, in one aspect, the reputation decision may instruct URL reputation service 106 to send the user directly to the destination Web page 116 because the URL 118 was deemed safe.  In another aspect, the URL 118 may be deemed abusive, in which case the URL reputation service 106 may redirect the user to an "abuse" interstitial Web page 110.  The abuse interstitial Web page may, for example, inform the user that the URL 118 is attempting to direct them to a known abuse website.  In another aspect, the URL 118 may point to a website for which the reputation is unknown.  In this case, the URL reputation service 106 may redirect the user to an "unknown" interstitial page 112 which may inform the user that the URL 118 is pointing to a website with little or no known reputation data.  By way of example, and not limitation, the "abuse" interstitial page 110 and/or the "unknown" interstitial page 112 may provide the user with options for reporting the abuse, ignoring the

7

Attorney Docket No. MS1-4927US
Client Reference No. 328518.01

recommendation to avoid, or avoiding the abusive/unknown website and returning to the user's original Web document.  In yet another aspect, the URL redirection service 106 may determine that an error occurred and redirect the user to an "error" interstitial page 114.

[0028]     FIG. 1 provides simplified examples of suitable URL wrapping and URL redirection service systems according to the present disclosure.    However, other configurations are also possible.  For example, while the reputation backend 108 is shown as a separate component, it may be combined with the URL redirection service 106.  Further, URL 118 may reside in non-Web documents and URL wrapping component 102 could be used to wrap URLs that do not reside in Web documents or applications used in conjunction with the Internet, for example, plain text documents, word processing documents, spreadsheet documents, and even Web documents (such as hypertext markup language (HTML) documents) that are not available over any networks but are stored locally or on non-networked devices.

**Illustrative Computing Environment**

[0029]     FIG. 2 provides an illustrative overview of one computing environment 200, in which aspects of the invention may be implemented.  The computing environment 200 may be configured as any suitable computing device capable of implementing a reputation based redirection service.  By way of example and not limitation, suitable computing devices may include personal computers (PCs), servers, server farms, datacenters, or any other device capable of storing and executing all or part of the redirection service.

[0030]     In one illustrative configuration, the computing environment 200 comprises at least a memory 202 and one processing unit (or processor) 204.  The processor 204 may be implemented as appropriate in hardware, software, firmware, or combinations thereof.

8

Attorney Docket No. MS1-4927US
Client Reference No. 328518.01

Software or firmware implementations of the processor 204 may include computer-executable or machine-executable instructions written in any suitable programming language to perform the various functions described.

[0031]    Memory 202 may store program instructions that are loadable and executable on the processor 204, as well as data generated during the execution of these programs. Depending on the configuration and type of computing device, memory 202 may be volatile (such as random access memory (RAM)) and/or non-volatile (such as read-only memory (ROM), flash memory, etc.). The computing device or server may also include additional removable storage 206 and/or non-removable storage 208 including, but not limited to, magnetic storage, optical disks, and/or tape storage. The disk drives and their associated computer-readable media may provide non-volatile storage of computer readable instructions, data structures, program modules, and other data for the computing devices. In some implementations, the memory 202 may include multiple different types of memory, such as static random access memory (SRAM), dynamic random access memory (DRAM), or ROM.

[0032]    Memory 202, removable storage 206, and non-removable storage 208 are all examples of computer-readable storage media. Computer-readable storage media includes, but is not limited to, volatile and non-volatile, removable and non-removable media implemented in any method or technology for storage of information such as computer-readable instructions, data structures, program modules or other data. Memory 202, removable storage 206, and non-removable storage 208 are all examples of computer storage media. Additional types of computer storage media that may be present include, but are not limited to, phase change memory (PRAM), SRAM, DRAM, other types of RAM, ROM, electrically erasable programmable read-only memory (EEPROM), flash memory or other memory technology, compact disc read-only memory (CD-ROM), digital versatile disks

9

Attorney Docket No. MSI-4927US
Client Reference No. 328518.01

(DVD) or other optical storage, magnetic cassettes, magnetic tape, magnetic disk storage or other magnetic storage devices, or any other medium which can be used to store the desired information and which can be accessed by the server or other computing device. Combinations of any of the above should also be included within the scope of computer-readable storage media.

[0033]    The computing environment 200 may also contain communications connection(s) 210 that allow the computing environment 200 to communicate with a stored database, another computing device or server, user terminals, and/or other devices on a network, such as applications 104 and/or websites 105 of FIG. 1.

[0034]    The computing environment 200 may also include input device(s) 212 such as a keyboard, mouse, pen, voice input device, touch input device, etc., and output device(s) 214, such as a display, speakers, printer, etc.

[0035]    Turning to the contents of the memory 202 in more detail, the memory 202 may include an operating system 216 and one or more application programs or services for implementing the reputation based redirection service system 100.   Reputation based redirection service system 100, however, may be implemented via either a Web service host or a client application.   For example, when implemented by a Web service host, the memory 202 may include a URL wrapping module 102.  The URL wrapping module 102 includes, but is not limited to, logic configured to build a URL wrapper containing a received URL, characteristics of the URL, and a security hash code.   In one aspect, the URL wrapping module 102 is located in the memory 202 as shown in FIG. 2.   Alternatively, however, the URL wrapping module 102 may be located onboard the processor 204.   As discussed in further detail, URL wrapping module 102 includes, but is not limited to, logic configured to

10

Attorney Docket No. MS1-4927US
Client Reference No. 328518.01

wrap a received URL with a redirection service URL, the received URL itself, determined characteristics of the received URL, and a created security hash code.

[0036]     The memory 202 may further include a URL redirection service 106 and a URL Web service calling module 222.  The URL redirection service 106 may be configured to redirect a user to informational interstitial Web pages in lieu of directing them to the intended destination.  The URL Web service calling module 222 includes, but is not limited to, logic configured to allow Web applications to utilize the URL redirection service 106 much like an Application Programming Interface (API) without first using the URL wrapping module 102. That is, a Web application may make a call to the URL Web service calling module 222 with an unwrapped URL, based on the protocol set out by the URL Web service calling module 222, and receive a redirection decision or an interstitial Web page in return.  In other words, the URL Web service calling module 222 may expose the methods of the URL redirection service 106 for use by Web applications.

[0037]     Alternatively, as discussed above, the reputation based redirection service 100 may be implemented entirely by a client application, rather than a Web service host as previously described.  In this aspect, memory 202 may include operating system 216 and URL wrapping module 102; however, it may not include URL redirection service 106 and URL web service calling module 222.


**Illustrative URL Wrapping**

[0038]     FIG. 3 is an illustrative schematic diagram illustrating a wrapped URL 302 stored within text 304 of Web document 306.  By way of example, and not limitation, Web document 306 may also include image 308.  However, virtually any Web document layout may be used to store wrapped URL 302.  Additionally, virtually any type of Web document

11

Attorney Docket No. MSI-4927US
Client Reference No. 328518.01

may store wrapped URL 302, e.g., a document on a server available through the Internet, a website, an email message. Further, by way of example, and not limitation, Web document 306 may be located on a network such as the Internet, and its specific location may be described by a URL, or it may be a document that is not available over any network.

[0039]     In one aspect, wrapped URL 302 may contain data received from an input device (not shown), data determined to be a characteristic of the received data, additional optional data, hash code data, and redirection service data. By way of example, and not limitation, wrapped URL 302 contains enhanced URL 310 containing the URL of URL redirection service 106, the received intended destination URL (i.e., the URL selected by the user that may or may not be abusive), several characteristics of the received intended destination, and optional additional parameters. Examples of optional additional parameters may, but need not, include informational identifiers for looking-up wrapped URL information at the reputation backend 108 of FIG. 1. In one example, this informational identifier may be used in combination with the received intended destination URL and other wrapped elements. In another example, the informational identifier may be used in lieu of the enhanced URL elements, and may direct the URL redirection service 106 to look-up the additional elements at the reputation backend 108.

[0040]     Additionally, wrapped URL 302 may also contain a security hash code. In this example, the URL for URL redirection service 106 is http://Redirection_Server.com/ and the destination URL selected by the user is http://www.gogators.com (however, the wrapped URL may not include the http identifier for the destination URL). Additionally, by  way of example, and not limitation, wrapped URL 302 contains the unique user identifier of the user who originally posted the destination URL (www.gogators.com), the particular website or

12

Attorney Docket No. MS1-4927US
Client Reference No. 328518.01

document where the destination URL was originally posted, optional additional parameters relating to URL reputation based redirection, and a security hash code.

[0041]    In one aspect, the redirection service URL points the wrapped URL to URL redirection service 106 for processing.  The redirection service 106 may then determine, based on the destination URL, the unique user identifier, and the data describing the particular site where the URL was rendered, whether the destination URL is abusive, unknown, or safe.  In another aspect, the redirection service may determine whether the destination URL is abusive, unknown, or safe, based on data known, or retrievable, by the reputation backend 108.  By way of example, and not limitation, reputation backend 108 may do a Domain Name System (DNS) look-up to determine what Internet Protocol (IP) address is hosting a particular URL.  In another example, the reputation backend 108 may already have reputation information about a particular URL stored within its memory.  Optional additional parameters may be used for any other features that may be found to be helpful, and the security hash code may be used by URL redirection service 106 to validate, or authenticate, that the wrapped URL 302 has not been maliciously, or unintentionally, tampered with.

[0042]    In one aspect, the security hash code is created based on the enhanced URL 310 prior to completing wrapped URL 302.  For example, the URL wrapping component 102 may generate a security hash with a secret key based on the characteristics of the URL seen in enhanced URL 310.  This security hash may then be appended to the query string to form wrapped URL 302 that contains the characteristics of enhanced URL 310 plus the security hash code.

[0043]    FIG. 4 is a flow diagram of one illustrative method 400 of URL wrapping.  As discussed above, URL wrapping is the process of appending additional data to a URL to add

13

Attorney Docket No. MS1-4927US
Client Reference No. 328518.01

functionality to the URL or for redirection purposes.  The method 400 may, but need not necessarily, be implemented using the reputation based redirection service system 100 shown in FIG. 1.  In this particular implementation, the method 400 begins at block 402 in which the method 400 receives a URL from an input device.  Often, the URL being received will be a URL selected by a user of a website or Web application; however, the URL may also be manually entered by a user, or copied and pasted into a browser's address bar.  At block 404, method 400 will attempt to validate the received URL.  At decision block 406, the method 400 determines whether the URL is valid.  By way of example, and not limitation, the determination of validity may be based on whether the URL is malformed, is of an un-supported URI schema, is missing characters or is null, and/or is too long.

[0044]     If the URL is not valid, method 400 will terminate at block 408 by displaying an error message on an interstitial Web page to the user.  If, on the other hand, the URL is valid, method 400 will continue to block 410 and apply a configurable policy.  By way of example, and not limitation, the policy may be configured to exclude all in-network URLs or all trusted URLs.  At decision block 412, method 400 determines whether the URL is excluded by the policy.  If the URL is excluded (e.g., the URL belongs to the redirection services own network), method 400 will terminate by returning an unwrapped URL, thus allowing the user to proceed directly to the intended destination URL.  However, if the URL is not excluded from the policy, method 400 will generate a query string for the wrapped URL 302 at block 416.  The query string generated at block 416 may contain many different parameters.  As one example of a possible query string, method 400 may encode the received URL at block 418, append the unique user identifier (CID) of the person or application which originally posted the URL at block 420, append the unique website identifier (site ID) where the URL was posted at block 422, sanitize optional parameters at block 424, append the sanitized

14

Attorney Docket No. MS1-4927US
Client Reference No. 328518.01

optional parameters at block 426, and generate and append a security hash code at block 428. In this example, the encoded URL, CID, site ID, sanitized parameters, and generated hash code are all appended to the query string; however, other query strings are possible. As discussed above, the security hash code may be generated at block 428 based on the enhanced URL. In this example, the enhanced URL may include the contents of the query string prior to the generation of the security hash (or after block 426, i.e., the encoded URL, CID, site ID, and sanitized parameters).

[0045]    Once method 400 has completed the generation of the query string (including appending the generated security hash), blocks 416-428, method 400 will add the query string to the redirection server URL (e.g., http://Redirection_Server.com of FIG. 3) at block 430 to form wrapped URL 302. Method 400 may then terminate by returning the wrapped URL as output at block 432.


**Illustrative Redirection Service**

[0046]    FIG. 5 is an illustrative schematic diagram illustrating a redirection service 502 which may contain a redirection service interface 504, a redirection logic component 506, a configuration module 508, a URL reputation file (URF) 510, and log and click-through telemetry reports 512. By way of example, and not limitation, a redirection service may be configured to redirect Web users to interstitial pages when the requested URL is either invalid, abusive, or of unknown reputation. Turning to the contents of the redirection logic component 506 in more detail, the redirection logic component 506 may include a telemetry service module 514, a URL validation module 516, a shortened/redirected URL handling module 518, a reputation lookup module 520, a report processing module 522, a logging

Attorney Docket No. MS1-4927US
Client Reference No. 328518.01

module 524, and a report abuse module 526. Additionally, configuration module 508 may contain a configuration store 528 for storing the configuration data of the redirection service.

[0047]     Redirection service 502 may be communicatively coupled with application 530 or website 531 and may receive wrapped or unwrapped URLs as input from application 530 or website 531. By way of example, and not limitation, application 530 or website 531 may be communicatively coupled directly to redirection service interface 504. In turn, the redirection logic component 506 may include, but is not limited to, logic configured to output, through the redirection service 502, a redirection decision 532. Redirection decision 532 may be sent directly back to the application 530 or website 531 that input the wrapped or unwrapped URL, or it may be sent to another website or application. Additionally, by way of example, redirection logic component 506 may also include logic configured to output a numerical confidence score based on reputation data. Redirection service 502 may also be communicatively coupled with informational interstitial page 534, or a plurality of interstitial pages, by way of the redirection service interface 504. Through the communication link, informational interstitial page 534 may transmit click-through telemetry report 536 for processing and logging by the redirection service 502.

[0048]     Redirection service 502 may also be communicatively coupled with a URL reputation system (URS) 538 and a report abuse control integration system 540. By way of example, and not limitation, reputation lookup module 520 of redirection logic component 506 may contain logic configured to create a URF 510 to be transmitted to URS 538 for lookup. URF 510 may contain the parameters of a wrapped or unwrapped URL for reputation lookup by URS 538. In turn, URS 538 may return URF 510 to reputation lookup module 520 to be handled by report processing module 522. Report processing module 522 may contain logic configured to use the data found in URF 510 for determining and

16

Attorney Docket No. MS1-4927US
Client Reference No. 328518.01

outputting redirection decision 532.  Additionally, and only by way of example, when redirection service 502 returns that a destination URL is bad, redirection decision 532 may direct a user to an abuse interstitial page 110 (as seen in FIG. 1) and report abuse module 526 may contain logic configured to call the report abuse control integration system 540.  The report abuse control integration system 540 may work in conjunction with the URS 538 for storing data about known abuse cases.

[0049]    Turning again to the contents of the redirection logic component 506, telemetry service module 514 may include, but is not limited to, logic configured to receive click-through telemetry report(s) 536 of the informational interstitial page(s) 534 by way of the redirection service interface 504.  Click-through telemetry report 536 may contain data about the particular user (e.g., the user's CID) that is viewing informational interstitial page 534.  It may also contain data associated with the wrapped or unwrapped URL that led to the informational interstitial page 534 (e.g., the URL poster's CID, the origination website, etc.).  Telemetry service module 514 may include, but is not limited to, logic configured to process this data and make use of the logging module 524 to log appropriate data in the log and click-through telemetry reports 512.  URL validation module 516 may be configured to implement business logic for verifying the validity of a wrapped URL.  This verification may be done by checking the security hash code of the wrapped URL to ensure that it has not been tampered with.  If the wrapped URL has been tampered with, the URL validation module 516 may send URL attributes to the logging module 524 and the report abuse module 526.  Additionally, the report processing module 522 may be configured to make a redirection decision 532 without using the reputation lookup module 520.

[0050]    The shortened/redirected URL handling module 518 may include, but is not limited to, logic configured to be used to process URLs that are themselves redirected, or

lee&hayes pllc    509•424•9256

Attorney Docket No. MS1-4927US
Client Reference No. 328518.01

have been shortened by a URL shortening service. By way of example, and not limitation, URL shortening services often shorten overbearingly long URLs. When redirection service 502 receives a wrapped URL that contains a shortened URL, shortened/redirected URL handling module 518 may have to first unravel the shortened URL to determine the final destination URL. Once the shortened/redirected URL handling module 518 finishes unraveling the shortened/redirected URL, it may pass the final destination URL to the reputation lookup module 520 for processing.

[0051]    Logging module 524 may contain logic configured to log redirection actions to log files which may be contained in log and click-through telemetry reports 512. Redirection actions may contain data related to a redirection decision 532 that may have been sent by the report processing module 522 after receiving URF 510 from URS 538 by reputation lookup module 520. Additionally, as discussed above, logging module 524 may also contain logic configured to process and send data from the click-through telemetry report 536 of the informational interstitial page 534 to the log and click-through telemetry reports 512 of the redirection service 502.

[0052]    FIG. 6 is a flow diagram of one illustrative method 600 for implementing a redirection service. As discussed above, a redirection service may be responsible for redirecting Web users to interstitial Web pages to avoid abusive websites, invalid websites, or Web sites of unknown reputation. The method 600 may, but need not necessarily, be implemented using the reputation based redirection service system 100 shown in FIG. 1. In this particular implementation, the method 600 begins at block 602 in which the method 600 receives a request for redirection at an input device from a user. Generally, the request being received will contain a wrapped URL of a URL selected by a user of a website or Web application. At decision block 604, the method 600 determines whether the URL is valid. If

lee&hayes pllc    509•424•9256

Attorney Docket No. MSI-4927US
Client Reference No. 328518.01

the URL is not valid, meaning it is malformed, contains blanks or is null, or has been tampered with, method 600 may terminate by displaying an error message at block 606.  If, on the other hand, the URL is valid, method 600 will determine at decision block 608 whether the URL is a shortened/redirected URL.  As discussed above, a shortened URL is a URL that has been transformed into a shorter version by a URL shortening service, and a redirected URL is one that points to a redirection service rather than the final destination.  In the case of the redirected URL, the redirection service will then point the user to the final destination.  If the URL has been shortened or is a redirected URL, method 600 may unravel the URL and output the final destination URL at block 612, followed by using the reputation lookup module 520 of redirection service 502 to look-up the reputation of the unraveled URL at block 610.  If, however, the URL is not shortened or redirected, method 600 may proceed directly to look-up the reputation of the original URL at block 610.

[0053]     At block 614, the redirection decision may be returned by the redirection logic component 506 based on the URL reputation looked-up at block 610.  Method 600 then may log the redirection action at block 616 which may entail storing the redirection decision 532 in the log and click-through telemetry reports 512.  At block 618, method 600 may return the redirection decision 532 to the client via the redirection service interface 504.  At decision block 620, method 600 determines if the URL is trusted.  By way of example, and not limitation, a URL may be trusted because it resides on the same network as the redirection service.  In another aspect, the URL may be trusted because the user who posted the URL, or the URL itself, is on a trusted list (e.g., a whitelist).

[0054]     If the URL is determined to be trusted, method 600 may terminate by displaying the destination site (i.e., the intended destination that the user originally selected) to the client at block 622.  On the other hand, if the URL is not trusted, method 600 may display an

lee&hayes pllc     509•424•9256

Attorney Docket No. MS1-4927US
Client Reference No. 328518.01

interstitial page to the client at block 624. As detailed above, the interstitial page may be in the form of an abuse information interstitial page, an unknown information interstitial page, or an error information interstitial page. At block 626, method 600 may receive a click-through telemetry report with data about what action the user chose after being presented with the interstitial page and what results occurred if, and when, the user proceeded to either a known abuse site or an unknown site. Method 600 may then process the click-through telemetry report at block 628 and terminate by logging the click-through telemetry report at block 630.

**Illustrative URL Reputation Look-up Web Service Calls**

[0055]    FIG. 7 depicts an illustrative block diagram illustrating a system for handling URL reputation look-up Web service calls 700. By way of example, and not limitation, system 700 depicts a Web service 702, a URL reputation look-up Web service call module 704, and a user 706. Web service 702 may be any type of Web service including, but not limited to, a website that offers services to Web users or companies, a Web application that runs remotely on a user machine, or an API that is made available over the Internet for other users and/or machines to access. By way of example, and not limitation, URL reputation look-up Web service call module 704 may function similar to redirection service 502 and may be implemented by method 600. However, URL reputation look-up Web service call module 704 may function differently than redirection service 502 or method 600 while still producing similar results.

[0056]    In one example, a user may select a hyperlink (1) through Web service 702. URL reputation look-up Web service call module 704 may include, but is not limited to, logic configured to receive a Web service call (2) from Web service 702. As noted above, in one

20

aspect, the Web service call (2) may be a request for a URL reputation look-up based on a hyperlink selected (1) by user 706. In this case, URL reputation look-up Web service call module 704 may contain logic configured to output a reputation score (3) to Web service 702. In another aspect, the Web service call may be a request for reputation based redirection. In this case, URL reputation look-up Web service call module 704 may be configured to output a redirection decision (3) to Web service 702. Alternatively, URL reputation look-up Web service call module 704 may be configured to output one of a plurality of interstitial pages (3) or the destination URL (3) described above rather than, or in conjunction with, the redirection decision. The Web service 702 may then be configured to display the destination website or the returned interstitial page (4) to user 706.

[0057]    FIG. 8 is a flow diagram of one illustrative method 800 for implementing URL reputation look-up Web service call system. As discussed above, a URL reputation look-up Web service call system 800 may be responsible for redirecting Web users to interstitial Web pages to avoid abusive websites, invalid websites, or Web sites of unknown reputation or it may be responsible for simply returning redirection decisions. The method 800 may, but need not necessarily, be implemented using the reputation based redirection service system 100 shown in FIG. 1. In this particular implementation, the method 800 begins at block 802 in which the method 800 receives a Web service call for reputation look-up of a destination URL from a Web application. Alternatively, the Web service call may be received from a user, an automated machine, a website, or an application that is not Web enabled. At block 804, method 800 determines a redirection decision based on a reputation rating for the destination URL. Method 800 may then wrap the destination URL with the URLs attributes or characteristics and a security hash code at block 806. In one aspect, the attributes or characteristics may entail the user who originally posted the URL, the URL itself, and/or the

lee&hayes pllc     509•424•9256                                        Attorney Docket No. MSI-4927US
                                                                       Client Reference No. 328518.01

location of the originally posted URL.  In another aspect, the URL may be wrapped with the URL of a redirection service.  In yet another aspect, the URL may be wrapped with only the destination URL (i.e., the URL itself) or it may not be wrapped at all.  Method 800 may terminate at block 808 by outputting a redirection decision.  As was discussed above, however, method 800 may output appropriate interstitial Web pages for redirection or both a redirection decision and an interstitial page, or plurality of interstitial pages.

[0058]    FIGS. 1-8 provide simplified examples of suitable reputation based redirection services and URL wrapping systems according to the present disclosure.  However, other configurations are also possible.  For example, while the applications 104, websites 105, Web document 306, application 530 or website 531, and Web service 702 are all shown as applications or documents available over the Internet, any application or document available over any network could be used.  Further, URL wrapping systems and methods may be used on applications and documents not available over a network; for example, plain text documents, word processing documents, other spreadsheet documents, and even Web documents that are not available over any networks but are simply stored locally or on non-networked devices.  Additionally, while three types of interstitial pages are shown (e.g., abuse, unknown, and error), any number and/or type of interstitial pages may be used, whether they be informational Web pages as described or documents not available over a network.  Further, while specific URL characteristics and attributes are shown with relation to FIG. 3 and other FIGS., any number and/or type of URL characteristics or attributes may be used for URL wrapping.

[0059]    Illustrative systems and methods of a reputation based redirection service are described above.  Some or all of these systems and methods may, but need not, be implemented at least partially by an architecture such as that shown in FIG. 2.  It should be

lee&hayes pllc      509•424•9256

Attorney Docket No. MSI-4927US
Client Reference No. 328518.01

understood that certain acts in the methods need not be performed in the order described, may be rearranged, modified, and/or may be omitted entirely, depending on the circumstances. Also, any of the acts described above with respect to any method may be implemented by a processor or other computing device based on instructions stored on one or more computer-readable storage media.

**Conclusion**

[0060]    Although the invention has been described in language specific to structural features and/or methodological acts, it is to be understood that the invention is not limited to the specific features or acts described.  Rather, the specific features and acts are disclosed as illustrative forms of implementing the invention.

23

Attorney Docket No. MS1-4927US
Client Reference No. 328518.01

**WHAT IS CLAIMED IS:**

1. One or more computer-readable storage media, storing processor-executable instructions that, when executed on a processor, configure a processor to perform acts for Uniform Resource Locator (URL) wrapping, the acts comprising:

> receiving an input of a URL for accessing a document available over a network;
>
> determining a characteristic associated with the received URL;
>
> creating a security hash; and
>
> outputting a wrapped URL comprising the characteristic associated with the received

URL, and the security hash..

2. The one or more computer-readable media of claim 1, wherein the wrapped URL further comprises the received URL.

3. The one or more computer-readable media of claim 1, wherein the characteristic associated with the received URL comprises an identifier of a user who originally posted the received URL, a location on the network where the received URL was posted, a container identifier of a container where the received URL was posted, and/or context information comprising a session identifier.

4. The one or more computer-readable media of claim 1, wherein the characteristic associated with the received URL comprises a unique identifier for back-end reputation look-up and/or back-end additional characteristic look-up.

lee&hayes pllc      509•424•9256

Attorney Docket No. MS1-4927US
Client Reference No. 328518.01

5. The one or more computer-readable media of claim 1, further comprising instructions to perform acts comprising:

     determining that the received URL is an un-trusted URL; and

     outputting the wrapped URL based on the determination that the received URL is an un-trusted URL.

6. The one or more computer-readable media of claim 1, further comprising instructions to perform acts comprising outputting an error message when the received URL is a malformed URL, a non-URL, a null URL, a URL of an un-supported Uniform Resource Identifier (URI) schema, and/or a URL with a length longer than a predetermined length.

7. The one or more computer-readable media of claim 1, wherein the wrapped URL further comprises a redirection service and/or shortened URL..

8. The one or more computer-readable media of claim 1, wherein the security hash is created based on the received URL and the characteristic associated with the received URL..

9. A system for implementing a URL redirection service comprising:

     memory and a processor;

     a redirection server interface module, stored in the memory and executable on the processor, the redirection server interface module configured to receive a request for handling a wrapped URL comprising a destination URL;

a URL validation/verification module, stored in the memory and executable on the processor, the URL validation/verification module configured to verify validity of the received wrapped URL;

a reputation lookup module, stored in the memory and executable on the processor, the reputation lookup module configured to determine a reputation rating for the destination URL; and

a redirection logic module, stored in the memory and executable on the processor, the redirection logic module configured to output a confidence score and/or a redirection decision based on the validity of the received wrapped URL, the reputation rating of the destination URL, and/or a characteristic of the destination URL.

10. The system of claim 9, the wrapped URL further comprising a characteristic associated with the destination URL and a security hash.

11. The system of claim 9, the characteristic associated with the destination URL comprises an identifier of a user who originally posted the destination URL and a location where the destination URL was posted, the user comprising a human or a machine.

12. The system of claim 9, further comprising a shortened/redirected URL handling module, stored in the memory and executable on the processor, the shortened/redirected URL handling module configured to:

receive a shortened URL or a redirected URL;

determine a final destination URL of the shortened or redirected URL; and

output the final destination URL to the reputation lookup module.

lee&hayes pllc      509•424•9256                                             Attorney Docket No. MSI-4927US
Client Reference No. 328518.01

13. The system of claim 9, further comprising a telemetry service module, stored in the memory and executable on the processor, the telemetry service module configured to:

receive click-through telemetry information from an interstitial page; and

create a telemetry report based on the click-through telemetry information.

14. The system of claim 13, further comprising a logging module, stored in the memory and executable on the processor, the logging module configured to:

store redirection action data to a log file, the redirection action data based on the characteristic associated with the destination URL and the redirection decision; and

store the telemetry report to the log file.

15. The system of claim 9, further comprising a configuration module, stored in the memory and executable on the processor, the configuration module configured to maintain system configuration settings in a system configuration store.

16. The system of claim 9, the redirection decision comprising determining, based on the reputation rating of the destination URL, when to display an interstitial page, the interstitial page comprising an abuse information page, an unknown information page, or an error information page.

17. The system of claim 9, the redirection decision comprising determining, based on rules applied to the destination URL or a characteristic of the destination URL, when to display an interstitial page, the interstitial page comprising an abuse information page, an unknown information page, or an error information page.

27

18. One or more computer-readable storage media, storing processor-executable instructions that, when executed on a processor, configure the processor to perform acts for URL Web service calls, the acts comprising:

      receiving a Web service call for a destination URL;

      determining a redirection decision for the destination URL; and

      outputting the redirection decision.

19. The one or more computer-readable media of claim 18, the redirection decision determined based on a reputation rating of the destination URL.

20. The one or more computer-readable media of claim 18, further comprising instructions to perform acts comprising wrapping the destination URL with a characteristic of the destination URL and a security hash, the characteristic comprising the destination URL, an identifier of a user who originally posted the destination URL, and/or a location of where the destination URL was posted.

lee&hayes pllc      509•424•9256

Attorney Docket No. MS1-4927US
Client Reference No. 328518.01

# REPUTATION BASED REDIRECTION SERVICE

## ABSTRACT

A reputation based redirection service is usable to build URL wrappers for un-trusted and unknown URLs.  Such URL wrappers can be used to protect Web users by, for example, redirecting traffic to interstitial Web pages.  Additionally, reputation decisions can be made by the service to further protect users from malicious URLs.

lee❖hayes pllc      509•424•9256                                                      Attorney Docket No. MS1-4927US
                                                                                          Client Reference No. 328518.01



FIG. 1

Docket #: MS1-4927US
Inventor(s): Ameya S. Bhatawdekar, et al.
Reputation Based Redirection Service

2/8



FIG. 2



FIG. 3

Docket #9331-4927US
Inventor(s): Ameya S. Bhatawdekar, et al.
Reputation Based Redirection Service

4/8



FIG. 4



FIG. 5

Docket #: 8731-4927US
Inventor(s): Ameya S. Bhatawdekar, et al.
Reputation Based Redirection Service

6/8



FIG. 6



FIG. 7

DOCKET #: MS1-4927US
INVENTOR(S): AMEYA S. BHATAWDEKAR, ET AL.
REPUTATION BASED REDIRECTION SERVICE

8/8





FIG. 8

# Application Data Sheet

## Application Information

| | |
|---|---|
| Application number:: | |
| Filing Date:: | |
| Application Type:: | Regular |
| Subject Matter:: | Utility |
| Suggested classification:: | |
| Suggested Group Art Unit:: | |
| CD-ROM or CD-R?:: | None |
| Number of CD disks:: | |
| Number of copies of CDs:: | |
| Sequence submission?:: | |
| Computer Readable Form (CRF)?:: | |
| Number of copies of CRF:: | |
| Title:: | Reputation Based Redirection Service |
| Attorney Docket Number:: | MS1-4927US |
| Request for Early Publication?:: | NO |
| Request for Non-Publication?:: | NO |
| Suggested Drawing Figure:: | 1 |
| Total Drawing Sheets:: | 8 |
| Small Entity?:: | NO |
| Latin name:: | |
| Variety denomination name:: | |
| Petition included?:: | NO |
| Petition Type:: | |
| Licensed US Govt. Agency:: | |
| Contract or Grant Numbers:: | |
| Secrecy Order in Parent Appl.?:: | |

JSB

## Applicant Information

Applicant Authority Type::            Inventor
Primary Citizenship Country::         India
Status::                              Full Capacity
Given Name::                          Ameya
Middle Name::                         S.
Family Name::                         Bhatawdekar
Name Suffix::
City of Residence::                   Issaquah
State or Province of Residence::      WA
Country of Residence::
Street of mailing address::           c/o Microsoft Corporation, One Microsoft Way

City of mailing address::             Redmond
State or Province of mailing address::  WA
Country of mailing address::          US
Postal or Zip Code of mailing address::  98052


Applicant Authority Type::            Inventor
Primary Citizenship Country::         USA
Status::                              Full Capacity
Given Name::                          Kristofer
Middle Name::                         N.
Family Name::                         Iverson
Name Suffix::
City of Residence::                   Redmond
State or Province of Residence::      WA
Country of Residence::
Street of mailing address::           c/o Microsoft Corporation, One Microsoft Way

JSB

City of mailing address::                      Redmond

State or Province of mailing address::   WA

Country of mailing address::          US

Postal or Zip Code of mailing address::  98052


Applicant Authority Type::             Inventor

Primary Citizenship Country::       USA

Status::                              Full Capacity

Given Name::                     Elliott

Middle Name::                   J.

Family Name::                  Haber

Name Suffix::

City of Residence::                  Fall City

State or Province of Residence::     WA

Country of Residence::

Street of mailing address::          c/o Microsoft Corporation, One Microsoft Way

City of mailing address::                      Redmond

State or Province of mailing address::   WA

Country of mailing address::          US

Postal or Zip Code of mailing address::  98052


Applicant Authority Type::             Inventor

Primary Citizenship Country::       US

Status::                              Full Capacity

Given Name::                     John

Middle Name::                   L.

Family Name::                  Scarrow

Name Suffix::

City of Residence::                  Sammamish

JSB

State or Province of Residence::            WA

Country of Residence::

Street of mailing address::                 c/o Microsoft Corporation, One Microsoft Way

City of mailing address::                   Redmond

State or Province of mailing address::      WA

Country of mailing address::                US

Postal or Zip Code of mailing address::     98052


Applicant Authority Type::                  Inventor

Primary Citizenship Country::               USA

Status::                                    Full Capacity

Given Name::                                Chad

Middle Name::                               W.

Family Name::                               Mills

Name Suffix::

City of Residence::                         Redmond

State or Province of Residence::            WA

Country of Residence::

Street of mailing address::                 c/o Microsoft Corporation, One Microsoft Way

City of mailing address::                   Redmond

State or Province of mailing address::      WA

Country of mailing address::                WA

Postal or Zip Code of mailing address::     98052


# Correspondence Information

Correspondence Customer Number::   22801


JSB

4            Initial 12/14/09

## Representative Information

Representative Customer Number::        22801

## Domestic Priority Information

| Application:: | Continuity Type:: | Parent Application:: | Parent Filing Date:: |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## Foreign Priority Information

| Country:: | Application number:: | Filing Date:: | Priority Claimed:: |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## Assignee Information

Assignee name::                            Microsoft Corporation

Street of mailing address::                One Microsoft Way

City of mailing address::                  Redmond

State or Province of mailing address::     WA

Country of mailing address::               US

Postal or Zip Code of mailing address::    98052

JSB

PTO/SB/06 (12-04)

**Filing Date:** **12/14/09**

Approved for use through 7/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD Substitute for Form PTO-875 | Application or Docket Number 12/637,673 |
|---|---|

## APPLICATION AS FILED – PART I

| FOR | (Column 1) NUMBER FILED | (Column 2) NUMBER EXTRA | SMALL ENTITY RATE ($) | SMALL ENTITY FEE ($) | OR | OTHER THAN SMALL ENTITY RATE ($) | OTHER THAN SMALL ENTITY FEE ($) |
|---|---|---|---|---|---|---|---|
| BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | | | N/A | 330 |
| SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | | | N/A | 540 |
| EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | | | N/A | 220 |
| TOTAL CLAIMS (37 CFR 1.16(i)) | 20 | minus 20 = | x$26 | | OR | x$52 | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | 3 | minus 3 = * | x$110 | | | x$220 | |
| APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $270 ($135 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR | | | | | | |
| MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | 195 | | | 390 | |
| | | | TOTAL | | | TOTAL | 1090 |

\* If the difference in column 1 is less than zero, enter "0" in column 2.

## APPLICATION AS AMENDED – PART II

### AMENDMENT A

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY RATE ($) | SMALL ENTITY ADDITIONAL FEE ($) | OR | OTHER THAN SMALL ENTITY RATE ($) | OTHER THAN SMALL ENTITY ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|
| Total (37 CFR 1.16(i)) | * | Minus ** | = | x = | | OR | x = | |
| Independent (37 CFR 1.16(h)) | * | Minus *** | = | x = | | OR | x = | |
| Application Size Fee (37 CFR 1.16(s)) | | | | | | | | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | N/A | | OR | N/A | |
| | | | | TOTAL ADD'T FEE | | OR | TOTAL ADD'T FEE | |

### AMENDMENT B

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY RATE ($) | SMALL ENTITY ADDITIONAL FEE ($) | OR | OTHER THAN SMALL ENTITY RATE ($) | OTHER THAN SMALL ENTITY ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|
| Total (37 CFR 1.16(i)) | * | Minus ** | = | x = | | OR | x = | |
| Independent (37 CFR 1.16(h)) | * | Minus *** | = | x = | | OR | x = | |
| Application Size Fee (37 CFR 1.16(s)) | | | | | | | | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | N/A | | OR | N/A | |
| | | | | TOTAL ADD'T FEE | | OR | TOTAL ADD'T FEE | |

\*   If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
\*\*   If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
\*\*\*   If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
   The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Paten and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS.   **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

# APPENDIX
# 116

US010574628B2

(12) **United States Patent**
Wood

(10) Patent No.: **US 10,574,628 B2**
(45) Date of Patent: **Feb. 25, 2020**

(54) **COMPUTER SECURITY SYSTEM AND METHOD BASED ON USER-INTENDED FINAL DESTINATION**

(71) Applicant: **Michael C. Wood**, Wilton Manors, FL (US)

(72) Inventor: **Michael C. Wood**, Wilton Manors, FL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **16/508,252**

(22) Filed: **Jul. 10, 2019**

(65) **Prior Publication Data**
US 2019/0334867 A1      Oct. 31, 2019

**Related U.S. Application Data**

(63) Continuation of application No. 16/264,579, filed on Jan. 31, 2019, which is a continuation of application No. 16/135,810, filed on Sep. 19, 2018, now Pat. No. 10,320,746, which is a continuation-in-part of application No. 16/116,386, filed on Aug. 29, 2018, which is a continuation-in-part of application No. 15/429,073, filed on Feb. 9, 2017, said application No. 16/135,810 is a continuation-in-part of application No. 15/845,597, filed on Dec. 18, 2017, now Pat. No. 10,348,682, which is a continuation of application No. 15/206,594, filed on Jul. 11, 2016, now Pat. No. 9,882,877, which is a continuation-in-part of application No. 14/706,459,

(Continued)

(51) **Int. Cl.**
H04L 29/06      (2006.01)
H04L 29/12      (2006.01)

H04L 29/08      (2006.01)
H04L 12/721      (2013.01)

(52) **U.S. Cl.**
CPC .......... **H04L 63/0227** (2013.01); **H04L 45/66** (2013.01); **H04L 61/1511** (2013.01); **H04L 61/2038** (2013.01); **H04L 61/2069** (2013.01); **H04L 61/6022** (2013.01); **H04L 63/0236** (2013.01); **H04L 63/101** (2013.01); **H04L 63/1408** (2013.01); **H04L 67/12** (2013.01); H04L 63/168 (2013.01); H04L 67/02 (2013.01)

(58) **Field of Classification Search**
CPC ............. H04L 63/0227; H04L 63/0236; H04L 63/101; H04L 63/1408; H04L 63/168; H04L 45/66; H04L 61/1511; H04L 61/2038; H04L 61/2069; H04L 61/6022; H04L 67/12; H04L 67/02
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,629,930 A * 5/1997 Beshai ................... H04L 45/00 370/396
7,130,262 B1 * 10/2006 Cortez ................. H04J 3/1617 370/216

(Continued)

*Primary Examiner* — Sarah Su
(74) *Attorney, Agent, or Firm* — Johnson & Martin, P.A.; James David Johnson

(57) **ABSTRACT**

A system and method is described for protecting applications against malicious URL links by identifying a final destination. The system and method also includes enabling a user process to directly connect to the final destination, bypassing the original URL altogether; thereby bypassing the hacker's ability to use that URL to programmatically send the application to a malicious site.

**12 Claims, 4 Drawing Sheets**



US 10,574,628 B2

Page 2

### Related U.S. Application Data

filed on May 7, 2015, now Pat. No. 9,467,324, said application No. 16/135,810 is a continuation-in-part of application No. 15/429,073, filed on Feb. 9, 2017.

(60) Provisional application No. 62/757,449, filed on Nov. 8, 2018, provisional application No. 62/552,238, filed on Aug. 30, 2017, provisional application No. 62/439,778, filed on Dec. 28, 2016, provisional application No. 62/395,021, filed on Sep. 15, 2016, provisional application No. 62/354,588, filed on Jun. 24, 2016, provisional application No. 62/350,556, filed on Jun. 15, 2016, provisional application No. 62/348,518, filed on Jun. 10, 2016, provisional application No. 62/328,912, filed on Apr. 28, 2016, provisional application No. 62/314,225, filed on Mar. 28, 2016, provisional application No. 62/295,315, filed on Feb. 15, 2016, provisional application No. 62/717,467, filed on Aug. 10, 2018, provisional application No. 62/682,576, filed on Jun. 8, 2018, provisional application No. 62/211,379, filed on Aug. 28, 2015, provisional application No. 62/192,365, filed on Jul. 14, 2015, provisional application No. 61/991,828, filed on May 12, 2014, provisional application No. 62/587,975, filed on Nov. 17, 2017, provisional application No. 62/579,875, filed on Oct. 31, 2017.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 8,645,300 | B1 * | 2/2014 | Cowdrey | G06F 16/95 |
| | | | | 706/46 |
| 9,094,443 | B1 * | 7/2015 | Martini | G06F 16/9566 |
| 9,137,143 | B2 * | 9/2015 | Parker | H04L 45/04 |
| 9,268,956 | B2 * | 2/2016 | Anakata | G06F 21/604 |
| 9,282,037 | B2 * | 3/2016 | Parker | H04L 45/10 |
| 10,320,746 | B2 * | 6/2019 | Wood | H04L 63/1408 |
| 2002/0073058 | A1 * | 6/2002 | Kremer | G06Q 30/02 |
| 2008/0034073 | A1 * | 2/2008 | McCloy | H04L 63/0236 |
| | | | | 709/223 |
| 2008/0250159 | A1 * | 10/2008 | Wang | G06F 21/6218 |
| | | | | 709/239 |
| 2011/0030058 | A1 * | 2/2011 | Ben-Itzhak | G06F 21/51 |
| | | | | 726/24 |
| 2011/0145435 | A1 * | 6/2011 | Bhatawdekar | G06F 21/566 |
| | | | | 709/238 |
| 2012/0102545 | A1 * | 4/2012 | Carter, III | G06F 21/51 |
| | | | | 726/3 |
| 2014/0289597 | A1 * | 9/2014 | Kim | G06F 16/957 |
| | | | | 715/205 |
| 2015/0163236 | A1 * | 6/2015 | Niemela | H04L 63/1425 |
| | | | | 726/23 |
| 2016/0119344 | A1 * | 4/2016 | Freitas Fortuna dos Santos | H04L 63/1466 |
| | | | | 726/7 |

* cited by examiner



Figure 1



User selects an email
101
Link-Analysis Server retrieves email from Email Server
102
Link-Analysis Server injects interception code into email
103
Link-Analysis Server sends rewritten email to user device.
104
User device displays rewritten email.
105
User clicks on a link inside email
106
No
Yes
Interception code sends link URL to Link-Analysis Server
201
Link-Analysis Server follows the link path.
202
Link-Analysis Server sends a list of all domains in the link path along with the entry URL for each domain
203
User Device displays path domains along with a [visit] button for each domain
204
User clicks a [visit] button.
205
Yes
No
301
User Device is redirected to entry URL of the assoicated domain

Figure 2

**U.S. Patent**          Feb. 25, 2020          Sheet 3 of 4          **US 10,574,628 B2**

Figure 3

http://app.bronto.com/t/l?ssid=34628&subscriber_id=atmtgldkujgnncnttniwjffqhaxbbha&delivery_id=bhrjsqhmftwulbpibjltcwrgkvysbpi&td=

http://li.dailysale.com/click?s=151377&sz=300x250&li=6SKUWT2B&e=estebangato70@yahoo.com&p=65zhu5efg40bo1iiy2b5su6bna0au&

http://p.liadm.com/click?s=151377&sz=300x250&li=6SKUWT2B&m=f29ca7a15227af8f6803fb9cfd9b00b2&sh=357198b2266376713f594a

http://www.birchlane.com/gateway.php?&url=https%3A%2F%2Fwww.birchlane.com%2F&refid=LVNTBL1.OL573&image=46537538&cid

Figure 4

Bronto.com

visit

Dailysale.com

visit

Liadm.com

visit

Birchlane.com

visit

US 10,574,628 B2

**1**

# COMPUTER SECURITY SYSTEM AND METHOD BASED ON USER-INTENDED FINAL DESTINATION

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application claims priority from and is a continuation of: U.S. nonprovisional patent application Ser. No. 16/264,579 filed on Jan. 31, 2019, which is: (a) a nonprovisional of and claims priority from U.S. provisional patent application Ser. No. 62/757,449 filed on Nov. 8, 2018; and (b) a continuation of U.S. nonprovisional patent application Ser. No. 16/135,810 filed on Sep. 19, 2018 (now issued U.S. Pat. No. 10,320,746), which is: (i) a continuation-in-part of U.S. nonprovisional patent application Ser. No. 16/116,386 filed on Aug. 29, 2018, which is: (1) a nonprovisional of and claims priority from U.S. provisional patent application Ser. No. 62/552,238 filed on Aug. 30, 2017, and (2) a continuation-in-part of U.S. nonprovisional patent application Ser. No. 15/429,073 filed on Feb. 9, 2017, which is a nonprovisional of and claims priority from the following: U.S. provisional patent application Ser. No. 62/439,778 filed on Dec. 28, 2016, U.S. provisional patent application Ser. No. 62/395,021 filed on Sep. 15, 2016, U.S. provisional patent application Ser. No. 62/354,588 filed on Jun. 24, 2016, U.S. provisional patent application Ser. No. 62/350,556 filed on Jun. 15, 2016, U.S. provisional patent application Ser. No. 62/348,518 filed on Jun. 10, 2016, U.S. provisional patent application Ser. No. 62/328,912 filed on Apr. 28, 2016, U.S. provisional patent application Ser. No. 62/314,225 filed on Mar. 28, 2016, and U.S. provisional patent application Ser. No. 62/295,315 filed on Feb. 15, 2016; (ii) a nonprovisional of and claims priority from U.S. provisional patent application Ser. No. 62/717,467 filed on Aug. 10, 2018; (iii) a nonprovisional application of and claims priority from U.S. provisional patent application Ser. No. 62/682,576 filed on Jun. 8, 2018; (iv) a continuation-in-part of U.S. nonprovisional patent application Ser. No. 15/845,597 filed on Dec. 18, 2017 (now issued U.S. Pat. No. 10,348,682), which is a continuation of U.S. nonprovisional patent application Ser. No. 15/206,594 filed on Jul. 11, 2016 (now issued U.S. Pat. No. 9,882,877), which is: (1) a nonprovisional application of and claims priority from U.S. provisional patent application Ser. No. 62/211,379 filed on Aug. 28, 2015 and U.S. provisional patent application Ser. No. 62/192,365 filed on Jul. 14, 2015, and (2) a continuation-in-part of U.S. nonprovisional patent application Ser. No. 14/706,459 filed on May 7, 2015 (now issued U.S. Pat. No. 9,467,324), which is a nonprovisional of and claims priority from U.S. provisional patent application Ser. No. 61/991,828 filed on May 12, 2014; (v) a nonprovisional of and claims priority from U.S. provisional patent application Ser. No. 62/587,975 filed on Nov. 17, 2017; (vi) a nonprovisional of and claims priority from U.S. provisional patent application Ser. No. 62/579,875 filed on Oct. 31, 2017; and (vii) a continuation-in-part of U.S. nonprovisional patent application Ser. No. 15/429,073 filed on Feb. 9, 2017, which is a nonprovisional application of and claims priority from the following: U.S. provisional patent application Ser. No. 62/439,778 filed on Dec. 28, 2016, U.S. provisional patent application Ser. No. 62/395,021 filed on Sep. 15, 2016, U.S. provisional patent application Ser. No. 62/354,588 filed on Jun. 24, 2016, U.S. provisional patent application Ser. No. 62/350,556 filed on Jun. 15, 2016, U.S. provisional patent application Ser. No. 62/348,518 filed on Jun. 10, 2016, U.S. provisional patent application Ser. No. 62/328,912 filed on Apr. 28, 2016, U.S. provisional patent application Ser. No. 62/314,225 filed on Mar. 28, 2016, and U.S. provisional patent application Ser. No. 62/295,315 filed on Feb. 15, 2016.

All of the foregoing applications and issued patents and U.S. nonprovisional patent application Ser. No. 15/452,481 filed on Mar. 7, 2017 (now issued U.S. Pat. No. 9,992,233) are incorporated by reference herein in their entireties.

## FIELD OF THE INVENTION

The invention relates to computer security and systems and methods for preventing hacking attacks. More particularly, the invention relates to systems and methods for identifying a final destination site to allow a user process to directly connect to the final destination; bypassing at least the original URL.

## BACKGROUND

The term "phishing" was first coined in 1996. Sophisticated, well-organized phishing campaigns began in earnest in 2003 specifically targeting PayPal users. Phishing links quickly grew to become the number one successful hacking attack. Even to this day, phishing links have continued to be the number one successful hacking attack. Despite state-of-the-art measures by those skilled in the art, solving the problem of phishing links remains a long sought, deeply-felt need.

Phishing links trick users into visiting malicious websites, which then mimic well-known sites (e.g., banking websites) or instantly install malware on the user's computer. Via the installed malware, the hacker can then capture all keystrokes and more, gaining login credentials and a host of other compromising information.

The number of successful hacking attacks via malicious websites continues to escalate despite widespread use of state-of-the-art security measures. In providing protection against visiting malicious sites, current systems and methods generally offer three security measures:

(i) Blacklists are used to prevent users from visiting known malicious sites.

(ii) Email clients show the sender of the email; and browsers display the URL of each link when the cursor is hovering over the link.

(iii) Links are scanned in real time to determine whether they contain any malicious code and whether they redirect to other sites serving malicious code.

Hackers have adopted methodologies that routinely defeat all three security measures above. For example, a study conducted by Webroot revealed an average of 1.4 million unique phishing websites are created every month, with the majority only online for between four and eight hours. Most of these phishing websites pretend to be high-profile technology and banking firms. This technique keeps the first security method (blacklists) continually out of date, and therefore, ineffective.

Spear phishing attacks involve imitating trusted senders. For example, out of the 537,617 spear phishing attacks analyzed by Great Horn: 490,557 used faked display names, 44,726 altered the email's header contents (including the "from" field and other fields), and 2,337 used domain names that looked like trusted domains. These commonly employed tactics actually use the display of sender name against the user. Ironically, the second security method above (sender display) can be used to actually encourage users to trust the spear phishing email. This makes the security method not only ineffective, but even harmful.

US 10,574,628 B2

**3**

The inherent weaknesses of the first two methods led to the current state-of-the-art security method: link scanning. Unfortunately, link scanning solely provides the illusion of security while being trivial for hackers to circumvent. Hackers circumvent link scanning in a simple, straightforward manner: when a security service accesses the link, the hacker's server sends the security service to a clean site; but when a victim's computer accesses the very same link, the server sends the victim to a malicious site. Links are dynamic, not static. Links are easily programmed to have different behaviors for different IP addresses. Therefore, security services are scanning behaviors that are different from the ones that victims will encounter. Thus, the security service renders the link "good"; the user trusts the "good" rating, and then proceeds to get hacked.

Since link scanning is currently in vogue among those skilled in the art, it is worthwhile to explore how easily this security is circumvented. If a security service uses the same IP address to scan links (or the same group of IP addresses) then hackers simply program the links to exhibit good behavior whenever one of those IP addresses is encountered. If a security service uses proxied IP addresses, then the hacker simply needs to send two emails (instead of one) to complete the attack. After all, the security service will have two different IP addresses for the two emails while the victim will likely have one common IP address when opening the two emails. Hence, the second email can then send the common IP address (the victim's IP address) to a malicious site; thereby completing the attack.

In an attempt to overcome the above, link scanning can be implemented on the client device itself. However, this also presents its own problems. First, this method inherently provides the user's IP address to hackers (perhaps for emails that the user might not even click on). Secondly, hackers easily insert simple behavioral tests to determine whether the link is being scanned or actually being accessed by a user. For example, link scanners running on a client device normally would not execute arbitrary code on that device (otherwise that would be a huge security hole). Therefore, the hacker's server simply includes arbitrary test code in the first returned link. If the code is not executed, then the link subsequently redirects to a clean site. But if the test code is executed (i.e., when the user accesses the link) then the link subsequently redirects to a malicious site.

The creative variability of link behavior is demonstrated by the recent 2018 attacks on US government officials. As reported by The Daily Beast: "The attempt against McCaskill's office [in 2018] was a variant of the password-stealing technique used by Russia's so-called 'Fancy Bear' hackers against Clinton's campaign chairman, John Podesta, in 2016."

"The hackers sent forged notification emails to Senate targets claiming the target's Microsoft Exchange password had expired, and instructing them to change it. If the target clicked on the link, he or she was taken to a convincing replica of the U.S. Senate's Active Directory Federation Services (ADFS) login page, a single sign-on point for e-mail and other services."

"As with the Podesta phishing, each Senate phishing email had a different link coded with the recipient's email address." (www.thedailybeast.com/russian-hackers-new-target-a-vulnerable-democratic-senator, bracket annotation added)

Encoding the recipient's email address within the link empowers the hacker's server to customize the link behavior based on the recipient. Furthermore, if the hacker has a database matching email addresses to IP addresses (a trivial

**4**

database to build automatically) then the hacker can send victims to a malicious site (via their IP addresses), while sending government security scanners to a clean site (since the security scanner IP addresses will not match the IP address corresponding to the email).

The bottom line is that links are dynamic. Link behavior is entirely up to the creativity of the hacker. Hence there is literally an infinite, unlimited number of ways in which any given link can behave. This has, until now, provided hackers with a seemingly insurmountable advantage. This has, until now, seemed to be an intractable problem for those skilled in the art.

SUMMARY

The invention disclosed herein describes an elegant solution to the problem of phishing links that has vexed those skilled in the art for decades. The invention disclosed herein is a creative, outside-the-box solution; achieved by approaching the problem from a novel perspective.

Client-side devices communicate with websites and web-app servers via the HTTP(S) communication protocol. Link redirects have been an integral part of this protocol since its inception more than two decades ago. The key to solving the problem is to creatively step outside the presumed rules, and reimagine a new paradigm in which these attacks are not even possible to succeed. The outside-of-the-box paradigm removes link redirect following from client apps; thereby sidestepping the problem altogether.

This present invention changes the whole way in which internet communication flows, while preserving the benefits of link redirection in the process (by relegating them to segregated final-destination determination processes).

Traditional internet communication already includes both security-level processes ("security processes") and user-level processes ("user processes"). In traditional communication, the security processes would follow link redirects; scan all links within the path for malware; and then allow the user process to connect to the original link if all the security tests have been passed. For example, consider an email with a clickable link. The user process aims to connect the user's device to the link's URL when the user clicks on the link. The security process would either allow or block this connection based on the security analysis. In this way, provided the security service permits, user processes themselves ultimately follow the link redirects.

Here is the epiphany: the very problem of traditional internet communication is that user processes are following redirects. (After all, this is the very event that hackers exploit.) This led to another epiphany: if you can take away this event then you fully take away the hacker's ability to exploit. This is indeed a radical notion given that many (if not most) email clicks involve link redirects, and most of these redirects lead to still other redirects. In other words, the vast majority of connection traffic generated by email clicks involves user processes following redirects. Therefore, the invention disclosed herein proposes to alter the way the vast majority of connection traffic flows from user-selected links in emails, SMS apps, messaging apps, social media apps, etc. Hence, it is a creative, outside-the-box solution, albeit elegant.

The first embodiment implemented involved the following: an app with a user-selectable link; a final-destination determination process ("FDDP"); a display; a user process for connecting the app to a remote destination; where the FDDP finds the final destination of the link's URL redirect path upon user selection of the link; the display shows the

US 10,574,628 B2

**5**

final destination along with a choice of whether to connect or not; if the user chooses to connect then the user app connects directly to the final destination, bypassing all other URLs in the redirect path. In this manner, in stark contrast to traditional internet communication, the user process connects directly to the final destination (instead of connecting to the original URL link).

This first embodiment put hackers in an inescapable catch-22. If the hacker sends the FDDP down a clean path (to the desired final destination) then the user process will go straight to the clean destination—fully bypassing the hacker's ability to send the user process to a malicious site. But if the hacker's server sends the FDDP to a malicious destination then the user can see that the final destination does not match the expectation set by the email content; therefore, the user simply chooses not to connect.

Perhaps this embodiment is best explained by way of example. Let's say that a hacker sends an email claiming to be a security alert from Bank of America. Let's further say that the user trusts the email and clicks on the link, and the hacker's server sends the final-destination determination process (FDDP) down a redirect path that ends with banko-famerica.com. (However, the hacker's intention is to send the user process to a malicious site when it accesses the original link.) In the first embodiment, the user will be presented "bankofamerica.com" as the final destination (in this example). If the user chooses to connect, the user process connects directly to bankofamerica.com (not the original URL). Therefore, the hacker cannot send the user process down a different path because the user process never attempts to access the original link.

Meanwhile, if the hacker's server sends the FDDP to a final site other than bankofamerica.com then the user can see that the final destination is not the one expected and therefore choose simply not to connect. Regardless of where the hacker sends the FDDP, the user process (and thereby the user) remains safely out of the hacker's control.

It is not uncommon for websites to have landing URLs which redirect to other URLs within the same domain ("intra-domain redirects"). In this present paradigm, these can be treated distinctly from redirects that go to different domains ("trans-domain redirects"). For example, a redirect from http://bankofamerica.com to https://bankofamerica.com is an intra-domain redirect; whereas a redirect from http://example.com to http://bankofamerica.com is a trans-domain redirect. Thus, in some embodiments, the final destination can be the first URL of the final domain, and intra-domain redirects can be safely accepted and followed.

For example, let's say that a malicious email imitating Bank of America includes a series of redirects that ultimately cross three domains in the following order: example-.com→keylogger-install.com→bankofamerica.com. (The hacker's intention is to install a key logger before connecting the user to Bank of America). Let's further say that the final domain has the following intra-domain redirects: https://bankofamerica.com/landing-page.php/ user=xyz→https://bankofamerica.com/userInfo/index.php. In this example, let's say that going straight to the last URL causes an error (because the website is expecting traffic to come from the landing page). The second embodiment can be implemented where such occurrences are possible. In the second embodiment, the final destination is the first URL of the last domain. In other words, the final destination is the Bank of America's landing page. And since intra-domain redirects are allowed in the second embodiment, the landing page will take the user safely to the final URL.

**6**

As with traditional security, the FDDP can be implemented on the server, the client device, both, or even integrated into client apps themselves. While client-side implementations will indeed expose the user's IP address, they do not suffer the far more major problem encountered by traditional client-side link scanning. As noted above, traditional client-side link scanning still has the user process connect to the initial link in the path (opening the door for the hacker to programmatically send the user process down a different path). In stark contrast, in this present invention, even if client-side FDDP implementations are used, the user process is directly connected to the final destination; thereby bypassing the hacker's ability to send the user process down a malicious path. Thus, high security can be achieved with the FDDP being implemented on the server, the client, an intervening device such as a router, etc. The location of the FDDP does not impact the ultimate result of sending the user process directly to the final destination. Hence, the FDDP can be executed from any location, or even have components of itself executed from multiple locations. Any implementation in which one or more FDDPs enable one or more user processes to connect directly to the final destination is within the spirit and scope of this invention. This includes, but is not limited to, embodiments where the FDDP is integrated into the same app as the user process. In a similar manner, the steps of the FDDP and the step of connecting to the final destination can be accomplished in a single process as well. In other words, the FDDP process and the user process can be merged together into a single process (or can be considered components of a single larger process). Any embodiment in which a final destination is determined to enable an app to connect to that destination in lieu of the original link URL falls within the spirit and scope of this invention.

Enabling users to match final destinations to expected outcomes offers unparalleled security when such users are knowledgeable and technically savvy. In other environments, other embodiments may be chosen. For example, the user process may automatically connect to the final destination if the security service deems the final destination itself to be safe. This, in stark contrast to the traditional model, still bypasses the hacker's ability to programmatically send the user process down a different path. And since such embodiments still involve an FDDP enabling a user process to go to the final destination, such embodiments fall within the spirit and scope of this invention.

It also bears noting that final destination can be computed in various ways. Two ways have been discussed so far: the ultimate URL, or the first URL of the final domain. Yet another calculation can be based on Domain Groups. It is not too uncommon for a legitimate, expected domain to redirect to an outside email tracking service which then redirects back to a different URL on the expected domain. In this example, there are a series of intra-domain and trans-domain redirects: intra-domain redirects on the expected domain; followed by a trans-domain redirect to the external email tracking service; followed by intra-domain redirects on the email tracking service; followed by a trans-domain redirect to yet another URL on the expected domain; followed by intra-domain redirects on the expected domain. In this present invention, we will refer to each trans-domain redirect as demarking a new Domain Group. Hence, in this example, there are three Domain Groups: expected domain URLs (Domain Group 1), marketing service URLs (Domain Group 2), and expected domain other URLs (Domain Group 3). When calculating the final destination, using the first URL of the last domain would result in the entry URL of Domain Group 1 (in this example). This may not be the

US 10,574,628 B2

<table>
<tr><td>7</td><td>8</td></tr>
</table>

desired result for embodiments that wish to layer privacy with phishing protection. Hence, privacy-centric embodiments may choose to calculate the final destination as the first URL of the last Domain Group. In such a determination, the first URL of Domain Group 3 would be the final destination. This determination would thereby allow the user process to not only bypass the hacker's ability to redirect it down a malicious path, but it also bypasses the ability of the email marketing service to track the user's activity as well.

In light of the above, any implementation which allows one or more user processes to bypass one or more URLs of the original link path falls within the spirit and scope of this invention. This includes redirecting users to other URLs not included in the original link path. Any embodiment in which one or more URLs in the original link path are bypassed by one or more user processes is included in the spirit and scope of this invention.

This system and method can be used to secure any app containing a user-selectable link that results in the device connecting to a remote location. Hence, various embodiments can be used to secure:

URL links in emails.
URL links in webpages.
URL addresses entered into browsers.
URL addresses in chat, text, and messaging apps.
URL addresses in social media apps.
URL addresses in any web app.
URL addresses in any client-side app.

Various embodiments can secure any one of the above, any combination of the above, and/or all of the above.

Accordingly, the invention features a system for protecting applications and computing devices against malicious URL links. The system includes a computing device having a processor and an associated memory, a software application running on the computing device and including a link, a communications network, a final destination determination process, and a user process for connecting the software application to a remote destination. The computing device is communicatively connected to the communications network. The final destination determination process identifies a final destination of the link, and the user process connects to the final destination.

In another aspect, the invention can feature the final destination not being an original URL of the link.

In another aspect, the invention can feature the computing device automatically transmitting the link to the final destination determination process.

In another aspect, the invention can feature the final destination determination process being installed on a second computing device.

In another aspect, the invention can feature the user process connecting directly to the final destination if the user selects a connect option.

In another aspect, the invention can feature the software application being or including a web browser, an e-mail application, a text message application, an instant message application, a chat application, a web application, a client-side application, a social media application, or any other software application capable of displaying a link that is selectable to connect to the remote destination.

In another aspect, the invention can feature the system further including a display communicatively connected to the computing device, wherein the display shows the final destination.

In another aspect, the invention can feature the final destination determination process and the user process being merged together into a single process.

In another aspect, the invention can feature the display showing a connect option, wherein the user process connects to the final destination when the connect option is selected and does not connect to the final destination if the connect option is not selected.

In another aspect, the invention can feature the computing device or a device that is connected to the computing device providing an audible or visual representation of the final destination, wherein the representation is or includes at least one of a hyperlink, a URL, a domain name, or a name of an owner of the final destination.

In another aspect, the invention can feature the link being automatically transmitted to the final destination determination process before being displayed on a display that is communicatively connected to the computing device.

In another aspect, the invention can feature the computing device transmitting the link to the final destination determination process when the user selects the link using a user input device, wherein the final destination determination process is remotely located from the computing device.

In another aspect, the invention can feature the user process bypassing connections to all other remote destinations in a path associated with the link when the user process directly connects to the final destination.

In another aspect, the invention can feature the final destination determination process transmitting the final destination of the link to the computing device.

In another aspect, the invention can feature the computing device providing a connect option that may be toggled between: (i) a user-selectable instruction to follow a path to connect from the link to the final destination, wherein the path includes one or more sites between the link and the final destination, or (ii) a user-selectable instruction to connect directly to the final destination without following the path.

The invention also features a system for protecting applications and computing devices against malicious URL links. The system includes a computing device having a processor and an associated memory, a software application running on the computing device and including a link, a display communicatively connected to the computing device, a user input device communicatively connected to the computing device, a communications network, a final destination determination process, and a user process for connecting the software application to a remote destination via the communications network. The computing device is communicatively connected to the communications network. The final destination determination process identifies a final destination, and the final destination of the link is shown on the display upon selection of the link. A user makes a user selection using the user input device to produce an instruction to connect to the final destination or declines to connect to the final destination based on the final destination shown by the display. The computing device allows or disallows a connection to the final destination based on the instruction. Disallowing the connection to the final destination may mean blocking the connection based on receiving a user instruction to block or declining to connect if no user instruction is received.

In another aspect, the invention can feature the final destination not being the original URL of the link.

In another aspect, the invention can feature the computing device automatically transmitting the link to the final destination determination process.

In another aspect, the invention can feature the final destination determination process being installed on a second computing device.

US 10,574,628 B2

9

In another aspect, the invention can feature the user process being installed on the computing device and connecting directly to the final destination if the user selects a connect option.

In another aspect, the invention can feature the software application being or including a web browser, an e-mail application, a text message application, an instant message application, a chat application, a web application, a client-side application, a social media application, or any other software application capable of displaying a link that is selectable to connect to the remote destination.

In another aspect, the invention can feature the display showing a connect option, wherein the user process connects to the final destination when the connect option is selected and does not connect to the final destination if the connect option is not selected.

In another aspect, the invention can feature the display showing a connect option or a block option, wherein the user process connects to the final destination when the connect option is selected and blocks connection to the final destination if the block option is selected.

In another aspect, the invention can feature the display providing a representation of the final destination, wherein the representation is or includes at least one of a hyperlink, a URL, a domain name, or a name of an owner of the final destination.

In another aspect, the invention can feature the link being automatically transmitted to the final destination determination process before being displayed on the display.

In another aspect, the invention can feature the computing device transmitting the link to the final destination determination process when the user selects the link using the user input device.

In another aspect, the invention can feature the user process bypassing connections to all other remote destinations in a path associated with the link when the user process directly connects to the final destination.

In another aspect, the invention can feature the final destination determination process transmitting the final destination of the link to the computing device.

In another aspect, the invention can feature the computing device providing a connect option that may be toggled between: (i) a user-selectable instruction to follow a path to connect from the link to the final destination, wherein the path includes one or more sites between the link and the final destination, or (ii) a user-selectable instruction to connect directly to the final destination without following the path.

The invention also features a method for protecting applications and computing devices against malicious URL links. The method includes the step of: (a) protecting a software application and a computing device against malicious URL links using a system that includes: (i) the computing device, which has a processor and an associated memory; (ii) the software application, which runs on the computing device and includes a link; (iii) a communications network; (iv) a final destination determination process; and (v) a user process for connecting the software application to a remote destination. The computing device is communicatively connected to the communications network. The method further includes the steps of: (b) using the final destination determination process, identifying a final destination of the link; and (c) using the user process, connecting to the final destination.

Unless otherwise defined, all technical terms used herein have the same meaning as commonly understood by one of ordinary skill in the art to which this invention belongs. Although methods and materials similar or equivalent to

10

those described herein can be used in the practice or testing of the present invention, suitable methods and materials are described below. All publications, patent applications, patents and other references mentioned herein are incorporated by reference in their entirety. In the case of conflict, the present specification, including definitions will control.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a diagram showing one embodiment in which a user device is accessing email via an Internet web app that resides on a link analysis server.

FIG. **2** is a flow chart showing one embodiment based on the configuration of FIG. **1**, in which the user selects an email to read, this email-read request is sent to the server, and the server retrieves the email from the email server.

FIG. **3** shows an example of a URL chain that a link having a URL, other links in a chain of links (formally known as "link redirection," wherein each link in the chain of links includes a URL), and a final destination having a URL.

FIG. **4** shows an example "visit" buttons or icons displayed on a display by the computing device, wherein the "visit" buttons or icons are generated from the URLs in FIG. **3**.

DETAILED DESCRIPTION

One sample embodiment is best understood by reference to the detailed drawings and description set forth herein. Embodiments of the invention are discussed below with reference to the drawings; however, those skilled in the art will readily appreciate that the detailed description given herein with respect to these figures is for explanatory purposes as the invention extends beyond these limited embodiments. For example, in light of the teachings of the present invention, those skilled in the art will recognize a multiplicity of alternate and suitable approaches, depending upon the needs of the particular application, to implement the functionality of any given detail described herein beyond the particular implementation choices in the following embodiments described and shown. That is, numerous modifications and variations of the invention may exist that are too numerous to be listed but that all fit within the scope of the invention. Also, singular words should be read as plural and vice versa and masculine as feminine and vice versa, where appropriate, and alternative embodiments do not necessarily imply that the two are mutually exclusive.

The present invention should not be limited to the particular methodology, compounds, materials, manufacturing techniques, uses, and applications, described herein, as these may vary. The terminology used herein is used for the purpose of describing particular embodiments only, and is not intended to limit the scope of the present invention. As used herein and in the appended claims, the singular forms "a," "an," and "the" include the plural reference unless the context clearly dictates otherwise. Thus, for example, a reference to "an element" is a reference to one or more elements and includes equivalents thereof known to those skilled in the art. Similarly, for another example, a reference to "a step" or "a means" may be a reference to one or more steps or means and may include sub-steps and subservient means.

All conjunctions used herein are to be understood in the most inclusive sense possible. Thus, a group of items linked with the conjunction "and" should not be read as requiring that each and every one of those items be present in the

US 10,574,628 B2

<table>
<tr><td>11</td><td>12</td></tr>
</table>

grouping, but rather should be read as "and/or" unless expressly stated otherwise. Similarly, a group of items linked with the conjunction "or" should not be read as requiring mutual exclusivity among that group, but rather should be read as "and/or" unless expressly stated otherwise. Structures described herein are to be understood also to refer to functional equivalents of such structures. Language that may be construed to express approximation should be so understood unless the context clearly dictates otherwise.

Unless otherwise defined, all terms (including technical and scientific terms) are to be given their ordinary and customary meaning to a person of ordinary skill in the art, and are not to be limited to a special or customized meaning unless expressly so defined herein.

Terms and phrases used in this application, and variations thereof, especially in the appended claims, unless otherwise expressly stated, should be construed as open ended as opposed to limiting. As examples of the foregoing, the term "including" should be read to mean "including, without limitation," "including but not limited to," or the like; the term "having" should be interpreted as "having at least"; the term "includes" should be interpreted as "includes but is not limited to"; the term "example" is used to provide exemplary instances of the item in discussion, not an exhaustive or limiting list thereof; and use of terms like "preferably," "preferred," "desired," "desirable," or "exemplary" and words of similar meaning should not be understood as implying that certain features are critical, essential, or even important to the structure or function of the invention, but instead as merely intended to highlight alternative or additional features that may or may not be utilized in a particular embodiment of the invention.

Those skilled in the art will also understand that if a specific number of an introduced claim recitation is intended, such an intent will be explicitly recited in the claim, and in the absence of such recitation no such intent is present. For example, as an aid to understanding, the appended claims may contain usage of the introductory phrases "at least one" and "one or more" to introduce claim recitations; however, the use of such phrases should not be construed to imply that the introduction of a claim recitation by the indefinite articles "a" or "an" limits any particular claim containing such introduced claim recitation to embodiments containing only one such recitation, even when the same claim includes the introductory phrases "one or more" or "at least one" and indefinite articles such as "a" or "an" (e.g., "a" and "an" should typically be interpreted to mean "at least one" or "one or more"); the same holds true for the use of definite articles used to introduce claim recitations. In addition, even if a specific number of an introduced claim recitation is explicitly recited, those skilled in the art will recognize that such recitation should typically be interpreted to mean at least the recited number (e.g., the bare recitation of "two recitations," without other modifiers, typically means at least two recitations, or two or more recitations). Furthermore, in those instances where a convention analogous to "at least one of A, B, and C" is used, in general, such a construction is intended in the sense one having skill in the art would understand the convention (e.g., "a system having at least one of A, B, and C" would include but not be limited to systems that have A alone, B alone, C alone, A and B together, A and C together, B and C together, and/or A, B, and C together, etc.).

All numbers expressing dimensions, quantities of ingredients, reaction conditions, and so forth used in the specification are to be understood as being modified in all instances by the term "about" unless expressly stated oth-

erwise. Accordingly, unless indicated to the contrary, the numerical parameters set forth herein are approximations that may vary depending upon the desired properties sought to be obtained.

The invention provides computer security systems and methods for protecting applications against malicious URL links by utilizing a user-intended final destination to prevent phishing attacks by hackers.

As used herein, a "link" can be a hyperlink (e.g., the type displayed on a webpage, in an email, or in a messaging app, a domain name, a URL, or a domain name owner's name. The link can be text, an image, a video, or any other item represented on the display that is capable of selection on the computing device to follow the link so that a connection is made to a remote site. The link points to a remote site that the user may access or connect to by selecting the link. The link may be selected using a user input device to click on the link, hover over the link, touch the link, tap on the link, or select it by voice or other selection means.

The computing device is a computer (e.g., a desktop computer or a lap top computer), a tablet computer, a cellular telephone (e.g., a smart phone), a personal digital assistant, a television (e.g., a smart television), a gaming device, a router, a server, a printer, a camera, or any other computing device having a processor and an associated memory and being capable of communicatively connecting to a communications network. The second computing device is also a device selected from among any of the foregoing devices.

For convenience, in some instances, the communications network is referred to herein as the Internet; however, in some embodiments, the communications network can be a different type of network, e.g., a local area network (LAN), a wide area network (WAN), or a virtual private network (VPN). The communications network can include one or more of the types of networks identified above, including multiple instances of a type of network and combinations of one or more types of networks. The communications network can be wired, wireless, or a combination of wired and wireless networks.

In embodiments containing a display, the display is a computer monitor or display screen. The display is communicatively connected to the computing device and can be an integral part of the computing device or a separate device that includes a wired connection or a wireless connection to the computing device.

In embodiments containing a user input device, the user input device can be a mouse, a trackball, a touch pad, or a touch screen. The system's display can be a touch screen. In other embodiments, the system can include both a display and a separate touch screen device. In some embodiments, the user input device is a microphone communicatively connected to a computing device that includes software for receiving a voice command to select a link shown on the display. In one embodiment, the user input device used to select the link is a brain-computer interface. In other embodiments, the user input device can be a pointing device, keyboard, joystick, gamepad, jog, dial, camera, button, switch, controller, or voice command device. The user input device is communicatively connected to the computing device and can be an integral part of the computing device or a separate device that includes a wired connection or a wireless connection to the computing device.

In embodiments containing a server, the server can be remote from the location of the computing device or in the same location as the computing device. The server may include an analysis engine, which is software for determining the final destination of the original link appearing in the

US 10,574,628 B2

13

content. The server may also include software for making a safety determination for each link transmitted to the server by a computing device for examination. The software for making the safety determination analyzes the link and determines whether the final destination is a safe site that does not include malicious code, which would receive a safe site determination, or a malicious site that does include malicious code, which would receive a malicious site determination. In some embodiments, the analysis engine is or includes the software for making the safety determination. In other embodiments, the analysis engine and the software for making the safety determination are separate, distinct software applications. In such latter embodiments, the analysis engine may analyze the link before, after, or concurrently with the examination made by the software for making the safety determination.

The term "content," as used herein, includes emails, text messages (e.g., SMS and MMS messages), chat messages, instant messages, and social media application and website posts and messages. "Content" can also include a webpage or document in which a link appears, e.g., a link appearing on a webpage of a website or a hyperlink appearing in a document (e.g., in a Word or PDF document). The examples of "content" described herein may only contain a single link that must be transmitted for analysis, or the content may contain more than one link.

Although the systems and methods described herein may be used with messaging applications (or "apps"), they may also be used to identify final destinations to allow or block any app on any computing device attempting to connect to remote sites.

FIG. 1 shows one embodiment in which a user's computing device 100 is accessing email from an email server 200 via an Internet web app 300 that resides on a link analysis server 400.

FIG. 2 shows one embodiment based on the configuration of FIG. 1, in which the user selects an email 101 to read. This email-read request is sent to the link analysis server, and the link analysis server retrieves the email from the email server 102. The link analysis server then rewrites the email by injecting link interception code into it 103 (so that the user's link selection does not automatically connect to the original URL). The link analysis server then sends the rewritten email to the computing device 104, whereupon a display communicatively connected to the computing device displays the rewritten email 105. The user might not click on any link in the email 106, in which case the user might simply select another email to read 101; or the user might click on a link in the email 106, in which case the link interception code sends the URL of the link to the link analysis server 201.

The link analysis server follows the link path from one URL to another 202. FIG. 3 shows partial URLs of a real world example when a user currently clicks on an ad to "visit Birch Lane" department store.

The link analysis server sends to the computing device the names of all domains in the path (also called "redirect links" or "link redirections") along with the entry URL of each domain 203, whereupon the computing device displays (on the display to which it is communicatively connected) the path domains along with a "visit" button or icon for each domain 204. The button or icon is referred to as a "visit" button or icon, but other language may also be used, e.g., a "connect" or "allow" button or icon. By selecting the "visit" button the computing device is connected to the final destination. FIG. 4 shows an example of such a display generated from the URLs in FIG. 3.

14

The user might choose to not visit any of the domains 205; in which case the user might click on another link in the email 106, or even select another email to read 101.

If the user does click on a [visit] button 205 then the user device is directly connected to the entry URL of the selected domain 301.

FIG. 3 shows a real world example of a URL chain that existed on Apr. 26, 2018. When a user clicks on a link with the first URL, the user is automatically taken to all the other links in the chain. This chaining of links is formally known as "link redirection."

Methodologies for following link redirects are well known in the art. However, the following is novel: using link redirect determination to enable apps to directly connect to a final destination to solve the longstanding, deeply felt problem of phishing links. In fact, those trained in the art are taught the opposite of this approach. For example, Mozilla Firefox, Internet Explorer, and Google Chrome browser software applications account for roughly 95% of the Internet browser market. Yet all of them only show their users the initial link (not the final link) when the user is accessing email, chat, text, and more via these browsers. This disclosure's focus on the final destination turns the longstanding traditional approach upside down; hence, its novelty.

One level of security involves displaying the final destination to the user before the user's computer follows the redirect path. The final destination can be displayed as one or more of the URLs belonging to the final destination, and/or the domain name of the final destination, and/or the owner of the final destination, and/or any visual or auditory symbol, alert, cue, or other conveyance that allows the user to know where the URL link redirects ultimately terminate.

This display of the final destination can be made upon loading the message, and/or sometime after loading the message, and/or in response to human interaction (e.g., via mouse click or selection, touch, or any other input well known in the art). For example, the final destination could be displayed to the user upon hovering the mouse cursor over the link. In another example, the link click is intercepted and then the final destination is displayed so that the user can decide whether to actually commit to the click to follow the link or not.

In all cases, an FDDP traces the link path to enable a user process to directly connect to a final destination. For example, the following sequence describes one embodiment of an exemplary system and method for using a user-intended final destination to prevent a phishing attack by a hacker:

(i) The user clicks on a link in a messaging app (such as an email, text, chat, or online social media platform such as Facebook and Twitter).

(ii) The link is intercepted and sent to a server for analysis.

(iii) The server traces the link redirection path.

(iv) The server sends the full path, or part of the path, or just the final destination to the user's computer.

(v) The user's computer displays the full path, or part of the path, or just the final destination.

(vi) The user is given the opportunity to commit to the link or abandon it.

The path can include the initial link, the final destination, and one or more sites between the initial link and the final destination. In some embodiments of the systems and methods herein, a server determines the path and transmits the path to the computing device. An analysis engine of the server may analyze the path to make a path safety determination that the path is safe for the computing device to

US 10,574,628 B2

15 16

follow or that path is unsafe for the computing device to follow due to malicious code that may be present on some of the sites in the path.

Knowing the final destination and/or link path offers tremendous security far above the current state of the art. In some instances, the embodiment above may be preferred (e.g., when the second level of security discussed below is impractical if the full link path is needed for functionality).

A second level of security finally solves the problem of phishing links once and for all. With the second layer of security, the user is presented the option of going straight to the final destination, bypassing the entire path of redirects altogether.

It should be noted that going to the final destination could involve going to the last URL in the entire chain, or going to the entry URL of the final domain, or another determination as previously discussed. For example, consider a hypothetical scenario in which a link chain involves several domains with the final domain being example.com, and the final domain enters on www.example.com?user=xyz, and this link redirects to www.example.com?houses=33301, and then this link redirects to example.com?houses=fort_lauderdale. In this example, sending the user's computing device to the final destination could involve sending it to example.com?houses=fort_lauderdale (i.e., the ultimate final URL) or sending the it to www.example.com?user=xyz (i.e., the entry URL of the final domain).

This embodiment finally makes it easy for users to avoid phishing links altogether. With this embodiment, all a user must do is:

(i) Look at the final destination.

(ii) Decide if the final destination is the one the user intends to visit.

(iii) If yes, go straight to the final destination, bypassing all redirect paths.

For example, if an email claims to be from PayPal, the user merely needs to check to make certain that PayPal is the final destination. If PayPal is indeed the final destination, then the user then can proceed with following the link to go directly to that final destination (i.e., PayPal's website). If PayPal is not the final destination as determined by the system, then the user simply does not follow the link.

In other words, this embodiment relies on human-intended final destinations. The user is presented with the final destination and given the opportunity to express whether the final destination is the one the user intended to visit or not. If yes, using an input device, the user can cause the computing device to go straight to the final destination. If the system displays or otherwise indicates that the final destination is not the one the user intended to visit or access, the user can avoid the site altogether by declining to follow the link.

In some embodiments, the system further includes a mismatch reporting process for reporting to a service provider a link or content in which the site does not match the context of the content. By including a mechanism for allowing the user to report any mismatch, the system allows the reported mismatch to be used to warn other users who attempt to access the site, even if such other users do not have access to information regarding the site's owner. Reported mismatches may be transmitted from the computing device via the communications network to a remote computing device that records the reported mismatch as an indication of a potential phishing site, analyzes it for positive identification as a phishing site, or both. Such reported mismatches may be received on the remote computing device by a service provider who maintains such records and performs such analyses for the benefit of other users of the system or for the benefit of third parties.

Various embodiments may be implemented based upon various needs.

## Other Embodiments

It is to be understood that while one embodiment of the invention has been described in conjunction with the detailed description thereof, the foregoing description is intended to illustrate and not limit the scope of the invention, which is defined by the scope of the entire specification including the Summary and the appended claims as well. Other aspects, advantages, and modifications are within the scope of the following claims.

What is claimed is:

**1**. A system for protecting applications and computing devices against malicious URL links, the system comprising:

a computing device comprising a processor and an associated memory;

a software application running on the computing device and comprising a link;

a communications network;

a final destination determination process; and

a safetunnel process to safely connect a user process to the final destination;

wherein the safetunnel process imposes limitations while visiting links in a path following the original URL; and

wherein the limitations are removed if the final destination is encountered.

**2**. The system of claim **1**, wherein the final destination determination process identifies a final destination.

**3**. The system of claim **1**, wherein the final destination is conveyed to a user by showing a representation of the final destination of the link on a display upon selection of the link.

**4**. The system of claim **1**, wherein a user makes a user selection using a user input device to produce an instruction to connect to the final destination or declines to connect to the final destination based on the final destination shown by the display.

**5**. The system of claim **4**, wherein the computing device allows or disallows a connection to the final destination based on the instruction.

**6**. The system of claim **1**, wherein the final destination is not the original URL of the link.

**7**. The system of claim **1**, wherein the user process is installed on the computing device and connects directly to the final destination if the user selects a connect option.

**8**. The system of claim **1**, wherein the user process bypasses connections to all other remote destinations in a path associated with the link when the user process directly connects to the final destination.

**9**. The system of claim **1**, wherein the computing device provides at least one user-selectable connect option; and wherein upon selection of the at least one user-selectable connect option, the computing device connects directly to the final destination without following a path associated with the link.

**10**. The system of claim **1**, wherein the computing device provides at least one user-selectable connect option; and wherein upon selection of the at least one user-selectable connect option, the computing device connects to at least one site of a path associated with the link, and the computing device disables programmatic capabilities until a connection is made to the final destination.

US 10,574,628 B2

17                                                18

**11**. A system for protecting applications and computing devices against malicious URL links, the system comprising:

a computing device comprising a processor and an associated memory;

a software application running on the computing device and comprising a link;

a communications network;

a final destination determination process; and

a security service;

wherein the computing device is communicatively connected to the communications network;

wherein the final destination determination process identifies a final destination of the link;

wherein the security service assesses the final destination to make a safety determination;

wherein if the security service deems the final destination to be safe, a user process is connected to a URL in a path associated with the link other than the original URL of the link.

**12**. The system of claim **11**, wherein the URL to which the user process connects belongs to the final destination.

*   *   *   *   *