# APPENDIX
# 117

The Bearded Man LTD - Mikail Tunç

1

# PhishViewer: Phase 1 Report

## Introduction

The purpose of this report is to present my findings with regards to the Microsoft Advanced Threat Protection: Safe Links feature. Specifically around:

- The determination of whether the Office 365 / Outlook.com *Safe Links* feature remains susceptible to *Bypass Method 2* listed in the following article: https://emtunc.org/blog/03/2017/bypassing-safe-links-exchange-online-advanced-threat-protection/

I will go through the testing set-up and approach used to perform the tests; finally I will summarise the findings from the tests.

## Test Set-up

The e-mail account *safe-links-test@outlook.com* was registered on Outlook.com. In order to get access and test the advanced security features (such as *Safe Links*), a premium subscription was purchased.

For the avoidance of doubt, the *Safe Links* feature in Outlook.com and Office 365 are the same. Office 365 allows for granular customisation of *Safe Links* policies however the policies are not in scope of this test nor are they relevant to determine whether *Safe Links* is susceptible to bypass.

During the tests, I used two subdomains: *safe-links.emtunc.org (tests with no bypass techniques were run here)* and *safe-links-2.emtunc.org (tests with bypass techniques were run here).* Both subdomains pointed to a server that I had full control over. This server was running a vanilla install of Ubuntu 19.04 and Apache web server version 2.4.38.

I performed 4 distinct tests for the purpose of producing the report. The tests were run under two different scenarios - one with no bypass techniques implemented and the second *with* bypass techniques implemented - this made for 8 tests in total (4 tests * 2 scenarios)

The bypass technique used was from an open source code repository which can be found here: https://github.com/violentlydave/mkhtaccess_red

In a nutshell, the bypass technique grabs a list of known sandbox/malware-detonation IP addresses and adds them to a special file (.htaccess) which the web server uses to redirect said IP addresses to a fake 'good' page whilst leaving the victim to go to the original, 'bad'

The Bearded Man LTD - Mikail Tunç

2

page. For complete transparency, the contents of the .htaccess file used in these tests can be found here: https://pastebin.com/gWAazFqB

# How does the Safe Links feature work?

To better understand the testing performed and the results obtained, it would be useful to have a brief understanding of the *Safe Links* feature and how it works.

*Safe Links* is a feature designed to protect users falling victim of phishing scams and other malicious activity such as being infected by malware served from malicious web pages. This is how it works:

1. A bad actor sends an email containing a malicious URL in the email body. For argument's sake, let's say the URL in the email is http://*safe-links.emtunc.org/facebook-1*

2. When Outlook/Office 365 processes the email, it rewrites *all* URLs so that although the victim visually sees http://safe-links.emtunc.org/facebook-1, they actually get redirected to a Microsoft owned domain which looks something like this: https://eur01.safelinks.protection.outlook.com/?url=http://safe-links.emtunc.org/facebook-1

   The email will look identical to the below - notice how even though the user visually sees the original URL, it has actually been rewritten to go to a *.safelinks.protection.outlook.com page (look at the highlighted section at the bottom of the screenshot)



The Bearded Man LTD - Mikail Tunç

4

3. When the victim clicks on the URL, they are taken to the Microsoft owned domain which will do one of two things:

   a. If the website has not been scanned yet or is otherwise not marked as 'unsafe': the victim will be redirected from the Microsoft owned domain to http://safe-links.emtunc.org/facebook-1

   b. If the website has been classified as 'unsafe' by *Safe Links* then the victim will remain on the Microsoft owned domain and see a page that looks like this:



Visiting this website might not be safe.

Outlook has blocked the link http://safe-links.emtunc.org/facebook... . This website might harm your computer or cause your personal information to be stolen. We recommend that you do not continue.



Continue anyway (not recommended) ›

The Bearded Man LTD - Mikail Tunç

5

# Summary of Findings

The tests showed that the *Microsoft Advanced Threat Protection Safe Links* feature remains susceptible to trivial bypass techniques. The *Safe Links* feature is highly ineffective against the most basic forms of phishing and malware delivery and should not be solely relied upon to detect and prevent phishing/malware attacks against users.

My findings from the tests are summarised below:

- The *Safe Links* feature is trivially bypassed by using the IP Cloaking technique whereby the security scanner is redirected to a fake 'safe' page but the victim(s) are sent to the original 'bad' page

- When a URL is not marked as 'unsafe', *Safe Links* forwards the victim's browser directly to the original URL that was in the email

- *Safe Links* does *not* have the ability to see the malicious destination if the IP Cloaking technique is used - i.e., if we have tricked the security scanners to go a good page, *Safe Links* will always forward the user on to the original URL- even if the final destination ends up being a URL that is on a *Safe Link* blacklist/unsafe list.

- The Safe Links feature did not scan links before clicking on them - even after leaving sufficient time (5 minutes in one test and upwards of 10 minutes in another) between sending an email with a malicious link and actually clicking on it

- The Safe Links feature scans the page anywhere from 10-21 seconds after the user has already clicked through to the page

To conclude, it is disappointing that a trivial attack against *Safe Links* that was described and reported to Microsoft in January 2017[1], still works in 2019; even after the publication of further and more sophisticated bypasses on the internet.

For transparency, I have included two .PDF files which include my interactions with the Microsoft Security Response Center where they conclude that the IP Cloaking/bypass method (along with other bypass techniquesI communicated with them) *"doesn't meet security servicing bug bar"*

https://drive.google.com/file/d/1jORRuuZxZASwo1vnixSuEv1CB7Puucjh and
https://drive.google.com/file/d/1tExh06fY7k4YLsM2Ru3RmVE8Ssa-0ByV

# Tests - No Bypass Techniques Implemented

*Note: The IP address **88.98.209.138** found in the web server access logs is my IP address. IP addresses other than the above belong to Microsoft Corporation; confirmed by querying publicly available underlined whois data*

## Test 1: Google Phishing Page

- Original URL: http://safe-links.emtunc.org/google-1/
- Rewritten URL:
  https://eur01.safelinks.protection.outlook.com/?url=http%3A%2F%2Fsafe-links.emtunc.org%2Fgoogle-1%2F&data=02%7C01%7C%7C4c59f71bec5c44d0384508d725afba1a%7C84df9e7fe9f640afb435aaaaaaaaaaaa%7C1%7C0%7C63701930897522282 5&sdata=xqvGAv322JXk8bp7T%2Bjh4tg75ICT2ZGM7VskH3fZMtw%3D&reserved=0
- I was taken directly to the phishing page - evidence of this can be seen in the web server access logs
- The web server logs also show that the Microsoft Online Protection scanner connected to the web server 10 seconds after I had already been redirected to the original URL

88.98.209.138 - - [20/Aug/2019:20:49:24 +0000] "GET /google-1/ HTTP/1.1" 200 2266 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [20/Aug/2019:20:49:24 +0000] "GET /google-1/static/css/bootstrap.min.css HTTP/1.1" 200 20084 "http://safe-links.emtunc.org/google-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [20/Aug/2019:20:49:24 +0000] "GET /google-1/static/js/jquery.min.js HTTP/1.1" 200 29885 "http://safe-links.emtunc.org/google-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [20/Aug/2019:20:49:24 +0000] "GET /google-1/static/css/style.css HTTP/1.1" 200 1180 "http://safe-links.emtunc.org/google-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [20/Aug/2019:20:49:24 +0000] "GET /google-1/static/img/dtnk16mcjo.png HTTP/1.1" 304 182 "http://safe-links.emtunc.org/google-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [20/Aug/2019:20:49:24 +0000] "GET /google-1/static/img/yqczrisvt2.png HTTP/1.1" 304 181 "http://safe-links.emtunc.org/google-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [20/Aug/2019:20:49:24 +0000] "GET /google-1/static/img/tmjjgvk28i.png HTTP/1.1" 304 181 "http://safe-links.emtunc.org/google-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
40.107.204.77 - - [20/Aug/2019:20:49:34 +0000] "GET /google-1/ HTTP/1.1" 200 2266 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.107.204.77 - - [20/Aug/2019:20:49:34 +0000] "GET /google-1/static/js/jquery.min.js HTTP/1.1" 200 29885 "http://safe-links.emtunc.org/google-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.107.204.40 - - [20/Aug/2019:20:49:34 +0000] "GET /google-1/static/css/style.css HTTP/1.1" 200 1180 "http://safe-links.emtunc.org/google-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.107.204.16 - - [20/Aug/2019:20:49:34 +0000] "GET /google-1/static/css/bootstrap.min.css HTTP/1.1" 200 20084 "http://safe-links.emtunc.org/google-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.107.204.77 - - [20/Aug/2019:20:49:35 +0000] "GET /google-1/static/img/dtnk16mcjo.png HTTP/1.1" 200 5560 "http://safe-links.emtunc.org/google-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.107.204.77 - - [20/Aug/2019:20:49:35 +0000] "GET /google-1/static/img/yqczrisvt2.png HTTP/1.1" 200 910 "http://safe-links.emtunc.org/google-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.107.204.77 - - [20/Aug/2019:20:49:35 +0000] "GET /google-1/static/img/tmjjgvk28i.png HTTP/1.1" 200 4571 "http://safe-links.emtunc.org/google-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.107.204.77 - - [20/Aug/2019:20:49:37 +0000] "GET /google-1/static/img/oc3czvmbvf.png HTTP/1.1" 200 1616 "http://safe-links.emtunc.org/google-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"

## Test 2: Facebook Phishing Page

- Original URL: http://safe-links.emtunc.org/facebook-1
- Rewritten URL:
  https://nam02.safelinks.protection.outlook.com/?url=http%3A%2F%2Fsafe-links.emtunc.org%2Ffacebook-1%2F&data=02%7C01%7C%7C507f0397e76d464c208908d72 5b21b9d%7C84df9e7fe9f640afb435aaaaaaaaaaaa%7C1%7C0%7C6370193192018 13606&sdata=SDmBS06IZnAIWis3guPRvu5oJdDokeNJGJlAmKc%2BTG4%3D&reserved=0

The Bearded Man LTD - Mikail Tunç

- I was taken directly to the phishing page - evidence of this can be seen in the web server access logs
- The web server logs also show that the Microsoft Online Protection scanner connected to the web server 17 seconds after I had already been redirected to the original URL

```
88.98.209.138 - - [20/Aug/2019:21:16:07 +0000] "GET /facebook-1/ HTTP/1.1" 200 2628 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [20/Aug/2019:21:16:08 +0000] "GET /facebook-1/static/css/normalize.min.css HTTP/1.1" 200 1302 "http://safe-links.emtunc.org/facebook-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [20/Aug/2019:21:16:08 +0000] "GET /facebook-1/static/css/fonts.css HTTP/1.1" 200 558 "http://safe-links.emtunc.org/facebook-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [20/Aug/2019:21:16:07 +0000] "GET /facebook-1/static/js/jquery.min.js HTTP/1.1" 200 29885 "http://safe-links.emtunc.org/facebook-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [20/Aug/2019:21:16:08 +0000] "GET /facebook-1/static/fonts/Lato-700.woff2 HTTP/1.1" 200 16654 "http://safe-links.emtunc.org/facebook-1/static/css/fonts.css" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [20/Aug/2019:21:16:08 +0000] "GET /facebook-1/static/fonts/Lato-regular.woff2 HTTP/1.1" 200 16698 "http://safe-links.emtunc.org/facebook-1/static/css/fonts.css" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [20/Aug/2019:21:16:08 +0000] "GET /facebook-1/static/img/fm5arwc28y.png HTTP/1.1" 200 867 "http://safe-links.emtunc.org/facebook-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
13.86.32.181 - - [20/Aug/2019:21:25 +0000] "GET /facebook-1/ HTTP/1.1" 200 2628 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
13.86.32.181 - - [20/Aug/2019:21:25 +0000] "GET /facebook-1/static/js/jquery.min.js HTTP/1.1" 200 29885 "http://safe-links.emtunc.org/facebook-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
13.86.32.181 - - [20/Aug/2019:21:25 +0000] "GET /facebook-1/static/css/fonts.css HTTP/1.1" 200 558 "http://safe-links.emtunc.org/facebook-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
13.86.32.181 - - [20/Aug/2019:21:25 +0000] "GET /facebook-1/static/css/normalize.min.css HTTP/1.1" 200 1302 "http://safe-links.emtunc.org/facebook-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
13.86.32.181 - - [20/Aug/2019:21:25 +0000] "GET /facebook-1/static/fonts/Lato-700.woff2 HTTP/1.1" 200 16654 "http://safe-links.emtunc.org/facebook-1/static/css/fonts.css" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
13.86.32.181 - - [20/Aug/2019:21:28 +0000] "GET /facebook-1/static/img/fm5arwc28y.png HTTP/1.1" 200 867 "http://safe-links.emtunc.org/facebook-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
```

## Test 3: Eicar Anti-Malware Test File

- Original URL: http://safe-links.emtunc.org/eicar-2/eicar.com.txt
- Rewritten URL:
  https://eur01.safelinks.protection.outlook.com/?url=http%3A%2F%2Fsafe-links.emtunc.org%2Feicar-2%2Feicar.com.txt&data=02%7C01%7C%7C3a7491d3a09846a6b4d208d725b50f13%7C84df9e7fe9f640afb435aaaaaaaaaaaa%7C1%7C0%7C637019331874023346&sdata=tHzOf%2Fl4DH2aXfRq8vhmlJsS%2FQoNx56zJL0lBFjAB6E%3D&reserved=0
- I was taken directly to the malware test file/page - evidence of this can be seen in the web server access logs
- The web server logs also show that the Microsoft Online Protection scanner connected to the web server 14 seconds after I had already been redirected to the original URL

```
88.98.209.138 - - [20/Aug/2019:21:27:41 +0000] "GET /eicar-2/eicar.com.txt HTTP/1.1" 200 352 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
40.94.94.3 - - [20/Aug/2019:21:27:55 +0000] "GET /eicar-2/eicar.com.txt HTTP/1.1" 200 352 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.94.94.3 - - [20/Aug/2019:21:27:58 +0000] "GET /favicon.ico HTTP/1.1" 404 512 "http://safe-links.emtunc.org/eicar-2/eicar.com.txt" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
```

## Test 4: A different Facebook Phishing Page

- Original URL: http://safe-links.emtunc.org/facebook-2
- Rewritten URL:
  https://eur03.safelinks.protection.outlook.com/?url=http%3A%2F%2Fsafe-links.emtunc.org%2Ffacebook-2%2F&data=02%7C01%7C%7C94bc54a1cde5446abe4608d725bbb808%7C84df9e7fe9f640afb435aaaaaaaaaaaa%7C1%7C0%7C63701936047795

The Bearded Man LTD - Mikail Tunç

8

5997&sdata=oe4fO0U22zxXQ7OOKFozvPladnc%2BskLaNPmmrvVJKlo%3D&reserved=0

- Initially, the URL was marked as safe and I was taken directly to the phishing page - evidence of this can be seen in the web server access logs
- The web server logs also show that the Microsoft Online Protection scanner connected to the web server 10 seconds after I had already been redirected to the original URL

```
88.98.209.138 - - [20/Aug/2019:22:14:39 +0000] "GET /facebook-2/ HTTP/1.1" 200 2191 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [20/Aug/2019:22:14:39 +0000] "GET /facebook-2/grid.css HTTP/1.1" 200 1341 "http://safe-links.emtunc.org/facebook-2/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [20/Aug/2019:22:14:39 +0000] "GET /facebook-2/main.css HTTP/1.1" 200 1724 "http://safe-links.emtunc.org/facebook-2/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [20/Aug/2019:22:14:40 +0000] "GET /facebook-2/gasd34sad3.png HTTP/1.1" 304 180 "http://safe-links.emtunc.org/facebook-2/main.css" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [20/Aug/2019:22:14:40 +0000] "GET /facebook-2/O7nsdhjdsXSl.png HTTP/1.1" 304 179 "http://safe-links.emtunc.org/facebook-2/main.css" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
40.107.199.89 - - [20/Aug/2019:22:14:50 +0000] "GET /facebook-2/ HTTP/1.1" 200 2191 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.107.199.89 - - [20/Aug/2019:22:14:50 +0000] "GET /facebook-2/grid.css HTTP/1.1" 200 1341 "http://safe-links.emtunc.org/facebook-2/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.107.199.27 - - [20/Aug/2019:22:14:50 +0000] "GET /facebook-2/main.css HTTP/1.1" 200 1724 "http://safe-links.emtunc.org/facebook-2/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.107.199.27 - - [20/Aug/2019:22:14:50 +0000] "GET /facebook-2/gasd34sad3.png HTTP/1.1" 200 3136 "http://safe-links.emtunc.org/facebook-2/main.css" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.107.199.89 - - [20/Aug/2019:22:14:50 +0000] "GET /facebook-2/O7nsdhjdsXSl.png HTTP/1.1" 200 377 "http://safe-links.emtunc.org/facebook-2/main.css" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.107.199.89 - - [20/Aug/2019:22:14:53 +0000] "GET /facebook-2/favicon.png HTTP/1.1" 200 667 "http://safe-links.emtunc.org/facebook-2/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
```

- However, when I tried to click on the URL within my Outlook.com email again (approximately 13 minutes later), I was shown the warning page below which indicates that the Safe Links feature was finally able to detect that this sub-domain (safe-links.emtunc.org) was serving unsafe content



- Upon clicking on a URL that Microsoft had marked as 'unsafe' - I noticed that I was still receiving connection requests from IP addresses belonging to Microsoft;

The Bearded Man LTD - Mikail Tunç

presumably to re-scan the page and determine whether the content was still unsafe or not

40.94.95.11 - - [20/Aug/2019:22:27:16 +0000] "GET /facebook-2/ HTTP/1.1" 200 2191 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"

40.94.95.50 - - [20/Aug/2019:22:27:17 +0000] "GET /facebook-2/main.css HTTP/1.1" 200 1724 "http://safe-links.emtunc.org/facebook-2/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"

40.94.95.11 - - [20/Aug/2019:22:27:17 +0000] "GET /facebook-2/grid.css HTTP/1.1" 200 1341 "http://safe-links.emtunc.org/facebook-2/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"

40.94.95.50 - - [20/Aug/2019:22:27:17 +0000] "GET /facebook-2/O7nsdhjdsXSl.png HTTP/1.1" 200 377 "http://safe-links.emtunc.org/facebook-2/main.css" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"

40.94.95.11 - - [20/Aug/2019:22:27:17 +0000] "GET /facebook-2/gasd34sad3.png HTTP/1.1" 200 3136 "http://safe-links.emtunc.org/facebook-2/main.css" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"

40.94.95.24 - - [20/Aug/2019:22:27:20 +0000] "GET /facebook-2/favicon.png HTTP/1.1" 200 668 "http://safe-links.emtunc.org/facebook-2/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"

# Tests - Bypass Techniques Implemented

*Note: The IP address **88.98.209.138** found in the web server access logs is my IP address. IP addresses other than the above belong to Microsoft Corporation; confirmed by querying publicly available whois data*

## Test 1: Google Phishing Page

- Original URL: http://safe-links-2.emtunc.org/google-1/
- Rewritten URL:
  https://eur03.safelinks.protection.outlook.com/?url=http%3A%2F%2Fsafe-links-2.emt
  unc.org%2Fgoogle-1%2F&data=02%7C01%7C%7C29604180b0524fd863c608d726
  74150e%7C84df9e7fe9f640afb435aaaaaaaaaaaa%7C1%7C0%7C63702015231155
  5057&sdata=oabn661bhIKu5wXyrAbnitKu93wEr4uGRrhNJ59YseY%3D&reserved=0
- I was taken directly to the phishing page - evidence of this can be seen in the web server access logs
- The web server logs show that the Microsoft Online Protection scanner connected to the web server 10 seconds after I had already been redirected to the original URL
- The web server logs also show the bypass technique working. You can see me (the victim of the phishing page) being sent to **/google-1** but the Microsoft scanner being redirected to **/totally-legitimate-domain/index.html**

```
88.98.209.138 - - [21/Aug/2019:20:14:16 +0000] "GET /google-1/ HTTP/1.1" 200 2266 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [21/Aug/2019:20:14:16 +0000] "GET /google-1/static/js/jquery.min.js HTTP/1.1" 200 29885 "http://safe-links-2.emtunc.org/google-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [21/Aug/2019:20:14:16 +0000] "GET /google-1/static/img/dtnk16mcjo.png HTTP/1.1" 200 5561 "http://safe-links-2.emtunc.org/google-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [21/Aug/2019:20:14:16 +0000] "GET /google-1/static/img/yqczrisvt2.png HTTP/1.1" 200 911 "http://safe-links-2.emtunc.org/google-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [21/Aug/2019:20:14:16 +0000] "GET /google-1/static/css/style.css HTTP/1.1" 200 1180 "http://safe-links-2.emtunc.org/google-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [21/Aug/2019:20:14:16 +0000] "GET /google-1/static/css/bootstrap.min.css HTTP/1.1" 200 20084 "http://safe-links-2.emtunc.org/google-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [21/Aug/2019:20:14:17 +0000] "GET /google-1/static/img/tmjgyk28i.png HTTP/1.1" 200 4571 "http://safe-links-2.emtunc.org/google-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [21/Aug/2019:20:14:17 +0000] "GET /google-1/static/img/oc3czvmbvf.png HTTP/1.1" 200 1616 "http://safe-links-2.emtunc.org/google-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
40.107.204.96 - - [21/Aug/2019:20:14:27 +0000] "GET /google-1/ HTTP/1.1" 302 632 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.2987.133 Safari/537.36"
40.107.204.96 - - [21/Aug/2019:20:14:27 +0000] "GET /totally-legitimate-domain/index.html HTTP/1.1" 302 631 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
```

## Test 2: Facebook Phishing Page

- Original URL: http://safe-links-2.emtunc.org/facebook-1
- Rewritten URL:
  https://nam11.safelinks.protection.outlook.com/?url=http%3A%2F%2Fsafe-links-2.em
  tunc.org%2Ffacebook-1&data=02%7C01%7C%7Ce9aff61362064f9d304608d72674
  e5ad%7C84df9e7fe9f640afb435aaaaaaaaaaaa%7C1%7C0%7C6370201558198424
  80&sdata=FGkKYpenuiuDmXeQqOn1xdeMublLdKAU4w8tTHlXg28%3D&reserved=
  0
- I was taken directly to the phishing page - evidence of this can be seen in the web server access logs

The Bearded Man LTD - Mikail Tunç

- The web server logs show that the Microsoft Online Protection scanner connected to the web server 11 seconds after I had already been redirected to the original URL
- The web server logs also show the bypass technique working. You can see me (the victim of the phishing page) being sent to **/facebook-1** but the Microsoft scanner being redirected to **/totally-legitimate-domain/index.html**

```
88.98.209.138 - - [21/Aug/2019:20:19:47 +0000] "GET /facebook-1 HTTP/1.1" 301 618 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [21/Aug/2019:20:19:47 +0000] "GET /facebook-1/ HTTP/1.1" 200 2627 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [21/Aug/2019:20:19:47 +0000] "GET /facebook-1/static/css/normalize.min.css HTTP/1.1" 200 1302 "http://safe-links-2.emtunc.org/facebook-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [21/Aug/2019:20:19:47 +0000] "GET /facebook-1/static/js/jquery.min.js HTTP/1.1" 200 29885 "http://safe-links-2.emtunc.org/facebook-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [21/Aug/2019:20:19:47 +0000] "GET /facebook-1/static/css/fonts.css HTTP/1.1" 200 558 "http://safe-links-2.emtunc.org/facebook-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [21/Aug/2019:20:19:47 +0000] "GET /facebook-1/static/fonts/Lato-700.woff2 HTTP/1.1" 200 16654 "http://safe-links-2.emtunc.org/facebook-1/static/css/fonts.css" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [21/Aug/2019:20:19:47 +0000] "GET /facebook-1/static/fonts/Lato-regular.woff2 HTTP/1.1" 200 16698 "http://safe-links-2.emtunc.org/facebook-1/static/css/fonts.css" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [21/Aug/2019:20:19:47 +0000] "GET /facebook-1/static/img/fm6arwc28y.png HTTP/1.1" 200 867 "http://safe-links-2.emtunc.org/facebook-1/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
40.107.246.98 - - [21/Aug/2019:20:19:58 +0000] "GET /facebook-1 HTTP/1.1" 301 618 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.107.246.98 - - [21/Aug/2019:20:19:59 +0000] "GET /facebook-1/ HTTP/1.1" 302 631 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.107.246.98 - - [21/Aug/2019:20:19:59 +0000] "GET /totally-legitimate-domain/index.html HTTP/1.1" 200 442 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.107.246.98 - - [21/Aug/2019:20:20:02 +0000] "GET /favicon.ico HTTP/1.1" 404 514 "http://safe-links-2.emtunc.org/totally-legitimate-domain/index.html" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
```

## Test 3 (no bypass techniques implemented): Eicar Anti-Malware Test File

- Original URL: http://safe-links-2.emtunc.org/eicar-2/eicar.com.txt
- Rewritten URL:
  https://nam02.safelinks.protection.outlook.com/?url=http%3A%2F%2Fsafe-links-2.emtunc.org%2Feicar-2%2Feicar.com.txt&data=02%7C01%7C%7C15d265e860e24c47f4b508d726752f3b%7C84df9e7fe9f640afb435aaaaaaaaaaaa%7C1%7C0%7C637020157050172837&sdata=RbCkAiPy3w1azEwSEtbOHmk%2FdvTTSi8rScmGgxgBJ0Q%3D&reserved=0
- I was taken directly to the malware test file/page - evidence of this can be seen in the web server access logs
- The web server logs show that the Microsoft Online Protection scanner connected to the web server 21 seconds after I had already been redirected to the original URL
- The web server logs also show the bypass technique working. You can see me (the victim of the malware page) being sent to **/eicar-2/eicar.com.txt** but the Microsoft scanner being redirected to **/totally-legitimate-domain/index.html**

```
88.98.209.138 - - [21/Aug/2019:20:23:15 +0000] "GET /eicar-2/eicar.com.txt HTTP/1.1" 200 352 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
40.90.216.147 - - [21/Aug/2019:20:23:36 +0000] "GET /eicar-2/eicar.com.txt HTTP/1.1" 302 632 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.90.216.147 - - [21/Aug/2019:20:23:36 +0000] "GET /totally-legitimate-domain/index.html HTTP/1.1" 200 442 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.90.216.147 - - [21/Aug/2019:20:23:40 +0000] "GET /favicon.ico HTTP/1.1" 404 514 "http://safe-links-2.emtunc.org/totally-legitimate-domain/index.html" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
```

## Test 4 (no bypass techniques implemented): A different Facebook Phishing Page

- Original URL: http://safe-links-2.emtunc.org/facebook-2
- Rewritten URL:
  https://nam03.safelinks.protection.outlook.com/?url=http%3A%2F%2Fsafe-links-2.em

tunc.org%2Ffacebook-2&data=02%7C01%7C%7C001ebcf272134507479808d72675e566%7C84df9e7fe9f640afb435aaaaaaaaaaaa%7C1%7C0%7C637020160108401150&sdata=BWvbPmPVCsw%2Fs8q%2FaAdWR%2BmEo2alBYtW79f1J2VLbmg%3D&reserved=0

- I was taken directly to the Facebook phishing page - evidence of this can be seen in the web server access logs
- The web server logs show that the Microsoft Online Protection scanner connected to the web server 11 seconds after I had already been redirected to the original URL
- The web server logs also show the bypass technique working. You can see me (the victim of the phishing page) being sent to **/facebook-2** but the Microsoft scanner being redirected to **/totally-legitimate-domain/index.html**

```
88.98.209.138 - - [21/Aug/2019:20:27:39 +0000] "GET /facebook-2 HTTP/1.1" 301 618 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [21/Aug/2019:20:27:39 +0000] "GET /facebook-2/ HTTP/1.1" 200 2190 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [21/Aug/2019:20:27:40 +0000] "GET /facebook-2/grid.css HTTP/1.1" 200 1341 "http://safe-links-2.emtunc.org/facebook-2/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [21/Aug/2019:20:27:40 +0000] "GET /facebook-2/main.css HTTP/1.1" 200 1724 "http://safe-links-2.emtunc.org/facebook-2/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [21/Aug/2019:20:27:40 +0000] "GET /facebook-2/O7nsdhjdsXSI.png HTTP/1.1" 200 377 "http://safe-links-2.emtunc.org/facebook-2/main.css" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [21/Aug/2019:20:27:40 +0000] "GET /facebook-2/gasd34sad3.png HTTP/1.1" 200 3136 "http://safe-links-2.emtunc.org/facebook-2/main.css" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [21/Aug/2019:20:27:40 +0000] "GET /facebook-2/favicon.png HTTP/1.1" 200 667 "http://safe-links-2.emtunc.org/facebook-2/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
13.66.202.166 - - [21/Aug/2019:20:27:50 +0000] "GET /facebook-2 HTTP/1.1" 301 618 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:64.0) Gecko/20100101 Firefox/64.0"
13.66.202.166 - - [21/Aug/2019:20:27:51 +0000] "GET /facebook-2/ HTTP/1.1" 302 631 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:64.0) Gecko/20100101 Firefox/64.0"
13.66.202.166 - - [21/Aug/2019:20:27:51 +0000] "GET /totally-legitimate-domain/index.html HTTP/1.1" 200 423 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:64.0) Gecko/20100101 Firefox/64.0"
40.94.227.27 - - [21/Aug/2019:20:27:52 +0000] "GET /facebook-2 HTTP/1.1" 301 618 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.94.227.27 - - [21/Aug/2019:20:27:53 +0000] "GET /facebook-2/ HTTP/1.1" 302 631 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.94.227.27 - - [21/Aug/2019:20:27:53 +0000] "GET /totally-legitimate-domain/index.html HTTP/1.1" 200 442 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.94.227.27 - - [21/Aug/2019:20:27:56 +0000] "GET /favicon.ico HTTP/1.1" 404 514 "http://safe-links-2.emtunc.org/totally-legitimate-domain/index.html" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
```

- Interestingly, you can see two Microsoft IPs/scanners connecting to the webpage (13.66.202.166 and 40.94.227.27) - both with different user-agent headers. I could not find an explanation for this but this could potentially be a technique employed by Microsoft to send multiple scanners that *look different* in order to evade bypass techniques.
- The below is me trying 10 minutes later - the URL was still marked ‘safe’

```
88.98.209.138 - - [21/Aug/2019:20:37:14 +0000] "GET /facebook-2/ HTTP/1.1" 200 2191 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
```

- This below is me trying 27 minutes later - the URL was still marked ‘safe’ - notice the two Microsoft scanners again

```
88.98.209.138 - - [21/Aug/2019:20:54:16 +0000] "GET /facebook-2/ HTTP/1.1" 200 2191 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
13.66.202.166 - - [21/Aug/2019:20:54:26 +0000] "GET /facebook-2 HTTP/1.1" 301 618 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:64.0) Gecko/20100101 Firefox/64.0"
13.66.202.166 - - [21/Aug/2019:20:54:26 +0000] "GET /facebook-2/ HTTP/1.1" 302 631 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:64.0) Gecko/20100101 Firefox/64.0"
13.66.202.166 - - [21/Aug/2019:20:54:26 +0000] "GET /totally-legitimate-domain/index.html HTTP/1.1" 200 423 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:64.0) Gecko/20100101 Firefox/64.0"
40.94.227.80 - - [21/Aug/2019:20:54:29 +0000] "GET /facebook-2 HTTP/1.1" 301 618 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.94.227.80 - - [21/Aug/2019:20:54:29 +0000] "GET /facebook-2/ HTTP/1.1" 302 631 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.94.227.80 - - [21/Aug/2019:20:54:30 +0000] "GET /totally-legitimate-domain/index.html HTTP/1.1" 200 442 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
40.94.227.80 - - [21/Aug/2019:20:54:33 +0000] "GET /favicon.ico HTTP/1.1" 404 514 "http://safe-links-2.emtunc.org/totally-legitimate-domain/index.html" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
```

- Finally, me trying the next day to confirm that the directory and sub-domain is still marked ‘safe’, therefore confirming that the bypass technique was successful

```
88.98.209.138 - - [22/Aug/2019:19:38:51 +0000] "GET /facebook-2/ HTTP/1.1" 200 2191 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100
Safari/537.36"
88.98.209.138 - - [22/Aug/2019:19:38:51 +0000] "GET /facebook-2/grid.css HTTP/1.1" 200 1341 "http://safe-links-2.emtunc.org/facebook-2/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [22/Aug/2019:19:38:51 +0000] "GET /facebook-2/main.css HTTP/1.1" 200 1724 "http://safe-links-2.emtunc.org/facebook-2/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [22/Aug/2019:19:38:51 +0000] "GET /facebook-2/O7nsdhjdsXSI.png HTTP/1.1" 304 179 "http://safe-links-2.emtunc.org/facebook-2/main.css" "Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
88.98.209.138 - - [22/Aug/2019:19:38:51 +0000] "GET /facebook-2/gasd34sad3.png HTTP/1.1" 304 180 "http://safe-links-2.emtunc.org/facebook-2/main.css" "Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/76.0.3809.100 Safari/537.36"
40.94.226.69 - - [22/Aug/2019:19:39:05 +0000] "GET /facebook-2 HTTP/1.1" 301 618 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133
Safari/537.36"
40.94.226.69 - - [22/Aug/2019:19:39:06 +0000] "GET /facebook-2/ HTTP/1.1" 302 631 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133
Safari/537.36"
40.94.226.69 - - [22/Aug/2019:19:39:06 +0000] "GET /totally-legitimate-domain/index.html HTTP/1.1" 200 442 "-" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko)
Chrome/57.0.2987.133 Safari/537.36"
40.94.226.69 - - [22/Aug/2019:19:39:09 +0000] "GET /favicon.ico HTTP/1.1" 404 514 "http://safe-links-2.emtunc.org/totally-legitimate-domain/index.html" "Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/57.0.2987.133 Safari/537.36"
```

Testing carried out between:

August 20 - 22, 2019

Report created on:

August 23, 2019

Testing performed by:

Mikail Tunç of The Bearded Man LTD; a London-based Cyber Security Consultancy

*Certified ISO/IEC 27001 Lead Auditor*

*GIAC Web Application Penetration Tester (GWAPT)*

*GIAC Certified Enterprise Defender (GCED)*

*MCSA: Windows Server 2012*

*650-153 - Cisco IronPort Security Associate - Email Security (ESFE)*

# APPENDIX
# 118

Microsoft | Tech Community   Community Hubs ▾   Events ▾   Blogs   Microsoft Learn ▾   Lounge     Search 🔍 Sign In

Home > Microsoft Security and Compliance > Microsoft Security and Compliance
○ Staying ahead of modern-day attacks Part 2: Defense-at-Scale approach with Office 365 ATP

Back to Blog   ‹ Newer Article   Older Article ›

Pragya Pandey Microsoft     09-20-2018 09:00 AM

## Staying ahead of modern-day attacks Part 2: Defense-at-Scale approach with Office 365 ATP

In part 1 of this series, we reviewed the significant enhancements made to Office 365 Advanced Threat Protection (ATP) in recent months. In this blog, we'll delve into the scale of threat signals leveraged by Office 365 ATP and highlight how that scale bolsters our ability to detect and protect against advanced threats quickly and accurately. Our strength of signal is one of the important elements helping Office 365 ATP provide the best security for emails, documents and collaboration. The foundation of Office 365 ATP is the Microsoft Intelligent Security graph which provides **6.5 trillion signals per day**. This number is so large, it is hard to put into perspective but if you could analyze each of the 6.5 trillion signals at one signal per second, it would take roughly 200,000 years to analyze all the signals. With the power of machine learning, Exchange Online Protection (EOP) and Office 365 ATP do this analysis every day. Clearly, the information, learning, and intelligence gained from the Intelligent Security Graph is an impressive differentiator for our security services.



Office 365 ATP leverages these signals to detect malicious content faster and more accurately than any other service. We often reference the **400 billion emails analyzed by Office 365 every month** which translates to more than 150,000 emails analyzed every second. Analyzing these emails provides trillions of signals that help our threat protection engines discern the good from the bad at a granular level, making the service agile and effective. Office 365 ATP has continued to improve even while the volume and sophistication of threats continues to escalate. Our approach to security has been so effective, currently, Office ATP has a **malware catch rate greater than 99.9%**. The rich data set helps fine tune our machine learning algorithms so that we can constantly enhance coverage for unknown and emerging threats in-real time.



Figure 1. Leveraging Machine Learning Models to identify phish lures

### Early detection of malicious content

Because of the volume of data analyzed every day, Office 365 ATP has better visibility into potential malware and phishing. The service can quickly identify suspicious content to protect users from a variety of malware and phishing attacks. For example, this malicious link was caught by Office 365 ATP only a few mins after it was launched. This phishing campaign tries to gather email account details of the recipients.

Microsoft Azure



Figure 2. HTML page mimicking email sign-in page

Note that while other engines had not yet detected the attack, Office 365 ATP flagged the URL as malicious early enough to protect users from clicking on it.



Figure 3. No engine detected the malicious URL per VirusTotal

In another example, attackers were trying to trick users to provide their credentials. This type of phishing vector is rampant because gaining access to emails provides opportunities for attackers to access sensitive data or compromise other accounts owned by the victim.



Figure 4. HTML page mimicking sign-in page for OneDrive

In this instance also, Office 365 ATP flagged it as malicious before any other engine was able to detect it.



Figure 5. No engine detected the malicious URL per VirusTotal

**Flagging suspicious content among a sea of legitimate content**

Of the 400 billion emails analyzed by our threat protection engines monthly EOP and Office 365 ATP **flag around 600 million email messages** as malicious. That means only **0.0015% of all the emails analyzed are bad**. Finding such a small fraction of malicious content among a sea of legitimate emails requires our engines to be smart and accurate. Office 365 ATP acquires that intelligence by learning from the huge amount of data that the Intelligent Security Graph provides. Such precision and granularity are also critical in accurately flagging malicious content and reducing false positives.

The detonation technology used to inspect attachments and links for malicious content also generates huge number of unique signals that can used to train our machine learning algorithms. These signals are shared across our services to improve the overall security posture and enhance their protection and detection capabilities.



Figure 6  Classifying unknown threats using detonation, heuristics, and machine learning.

The strength of signals that Office 365 ATP leverages makes it a powerful engine that provides intelligent detection and industry-leading protection against advanced attacks.

**Experience Office 365 ATP**

If you're attending Microsoft Ignite, please join us to learn more.

- BRK4000 - Leveraging the power of Microsoft threat' protection to secure the modern workplace across ...
- BRK4001 - Secure enterprise productivity with Office 365 threat protection services including EOP, A...
- BRK4002 - Securing your Office 365 environment from advanced phishing campaigns with Office 365 Adva...
- BRK2004 - The future of threat protection: Become efficient, cost effective, and more secure with Of...
- THR2037 Comprehensive threat protection for Office 365
- BRK3279 - So long and thanks for all the (email) phish

If you have not tried Office 365 ATP for your organization yet please begin a free Office 365 E5 Trial today and start securing your organization from the modern threat landscape.

👍 3 Likes                                                                                              ↗ Share

**4 Comments**

---

**Oleg K Super Contributor**                                                              09-20-2018 10:43 AM

Just to think, such immense amount of time and processing power is dedicated not to do some achievement in science, but to. filter email.

👍 0 Likes

---

**Michael Sampson** Occasional Contributor                                                09-21-2018 02:44 PM

@Pragya Pandey Thanks for the overview above. Re this line: "Of the 400 billion emails analyzed by our threat protection engines monthly EOP and Office 365 ATP **flag around 600 million email messages** as malicious. That means only **0.0015% of all the emails analyzed are bad**." Can you please clarify whether you are saying:

1. Microsoft analyses 400 billion emails each month using EOP and ATP, and of these, only 600 million are malicious (according to EOP and ATP); OR
2. Microsoft analyses 400 billion emails each month for threats, and after doing this analysis, EOP and ATP then separately flag 600 million as malicious.

Secondly, for the threats that EOP and ATP do not capture, do you recursively re-calculate the threat error catch rate? e.g., for the phishing emails that are delivered to my Office 365 tenants, are they included in the 0.0015% rate noted above?

👍 0 Likes

---

**Michael Sampson** Occasional Contributor                                                09-24-2018 03:44 PM

@Pragya Pandey Thinking about this overnight ... what I conclude from reading the above is that if ATP and EOP can only identify 0.0015% of emails as being malicious (600 million out of 400 billion), then aren't the two services fundamentally broken and ineffective? This would explain why so many malicious emails are still delivered to user inboxes - ATP and EOP just can't see them, because by implication, your analysis of the email stream says that 99.9985% of all emails are not malicious.

What am I not seeing in what you're trying to say?

👍 0 Likes

---

**dobby_the_elf** Occasional Visitor                                                       01-11-2019 07:52 AM

@Pragya Pandey what do signals means here. Is it all network calls.

👍 0 Likes

---

You must be a registered user to add a comment. If you've already registered, sign in. Otherwise, register and sign in.                    ✕

Comment

| What's New | Microsoft Store | Education | Enterprise | Developer | Company |
| --- | --- | --- | --- | --- | --- |
| Surface Pro X | Account profile | Microsoft in education | Azure | Microsoft Visual Studio | Careers |
| Surface Laptop 3 | Download Center | Office for students | Appsource | Window Dev Center | About Microsoft |
| Surface Pro 7 | Microsoft Store support | Office for schools | Automotive | Developer Network | Company news |
| Windows 10 Apps | Returns | Deals for students & parents | Government | TechNet | Privacy at Microsoft |
| Office apps | Order tracking | Microsoft Azure in education | Healthcare | Microsoft developer program | Investors |
| | Store locations | | Manufacturing | Channel 9 | Diversity and inclusion |
| | Buy Online, pick up in store | | Financial Services | Office Dev Center | Accessibility |

English (United States)

Sitemap     Contact Microsoft     Privacy & cookies     Terms of use     Trademarks     Safety & eco     About our ads     © 2020 Microsoft

# APPENDIX
# 119



Techzine / / Microsoft CISO: Big data is 'giving us an edge over hackers' 

SECURITY

# Microsoft CISO: Big data is 'giving us an edge over hackers'





**Get a free Techzine subscription!**

name@business.com    Submit

■ Morning Bytes  ■ Weekly Advisor

The ability to utilize massive resources is giving Microsoft the upper hand in the battle against cybercriminals.

The enormous size and diversity of signal data that Microsoft's security teams have at their disposal has dramatically improved the company's response to cyber security threats.

So declared Microsoft CISO Bret Arsenault at a recent press briefing. He then explained that this has given Microsoft a critical edge over cybercriminals because the hackers simply don't have access to the same amount of information.

"This is one of the things where I feel we are, for the first time, advantaged over the bad actors, who don't generally have the same access to the scale that we are talking about here, and the ability to go do this," said Arsenault. "And that is one of the important changes that's happened as a result of cloud transition and is a key part of Microsoft's approach to protecting both our own company and our customers writ large."

## Big data is getting bigger and so is Microsoft's ability to analyze it

The information Microsoft can access has expanded from just network signals to also include endpoint, application, email and identity signals, among other data points. Once amassed, the company then applies internal analysis, including the use of machine learning models, to further enhance overall threat detection and prevention.

"That signal isn't available to everyone, because you have to have access to massive data centres, you have to have access to massive networking, you have to have access to massive mail telemetry, massive application usage telemetry. The cloud providers have that, and the customers who use them have that, but writ large the bad actors don't have access to that."

## Leveraging economies of scale for threat elimination

Arsenault also gave an example of how the expanded use of data and analytics has improved threat detection.

Previously, if a customer were to receive a suspicious email, his team would have once had to first understand the nature of the email, whether or not it was a phishing attempt, and then manually remove the message if declared unsafe. They then carry out this painstaking process on a customer-by-customer basis.

Now, as soon as they detect a dangerous message in one place, his team can quickly remove it from every instance across their entire customer base.

**Tip:** Cybercrime becomes more sophisticated: 'we can't continue like this'



## Read more

› Microsoft acquires data model company ADRM Software
› Microsoft takes over domain names from hackers linked to North Korea
› Microsoft introduces portable rugged Azure Data Box Edge
› Microsoft and Informatica help enterprises with cloud migration of data analytics



**Red Hat**

**Take Java to the cloud**
Quarkus is a Java framework for container-native dev

Get the checklist

**RECENT IN SECURITY**

Google is banning Stalkerware apps in the Play Store with exceptions

Android users warned after Cerberus leaks to the dark web

Nearly all companies report email-related

Android users warned after Cerberus leaks to the dark web

Nearly all companies report email-related breaches

**JOBS**

Senior/Lead Solution Engineer — salesforce

C# Developer — mendix

Cloud Foundry / Cloud Platform Engineer — mendix

Nearly all companies report email-related breaches

**JOBS**

Senior/Lead Solution Engineer — salesforce

C# Developer — mendix

Cloud Foundry / Cloud Platform Engineer — mendix

Platform Engineer — mendix



# APPENDIX
# 120

https://www.computerweekly.com/news/2240104974/Microsoft-Office-365-Could-security-be-the-differentiator 09/22/2020

**ComputerWeekly.com**

# Microsoft Office 365: Could security be the differentiator?

Since the release of Microsoft's Office 365 cloud-based service, the pros and cons of how it stacks up against its competitors in terms of cost and usability have been hotly debated, but it is Office 365's security credentials that really sets it apart, according to the company's Trustworthy Computing Group.

By Warwick Ashford, Senior analyst

Published: 07 Jul 2011 5:06

Since the release of Microsoft's Office 365 cloud-based service, the pros and cons of how it stacks up against its competitors in terms of cost and usability have been hotly debated, but it is Office 365's security credentials that really sets it apart, according to the company's Trustworthy Computing Group.

Microsoft, the group says, is the only cloud services provider that addresses security at every level in the stack, starting with the underlying infrastructure, which is certified as complying with the ISO 27001 information security management standard.

Microsoft has also used the related ISO 27002 standard on information security practices and techniques to build a control matrix that includes firewalls, anti-virus patching and other controls drawn from the payment card industry's data security standard.

"We ended up with around 800 preventive, detective and corrective controls that were physical, administrative and technical. Then we took the defence-in-depth approach and put the controls throughout the stack," said John Howie, a senior director of technical security services for the online services security and compliance team within global foundation services at Microsoft in Redmond.

## Added privacy mechanisms and technologies

Office 365, like other Microsoft online services, sits on top of that foundation, then has its own security provisions enabled by the same technologies used for the infrastructure stack from global foundation services.

"Office 365 builds on the old Business Process Online Suite (BPOS), also known as Microsoft online services, in terms of end-to-end security and privacy capabilities," said Howie.

As part of Microsoft's security development lifecycle that is applied to all products and services, developers built additional privacy mechanisms and technologies into Office 365.

"This is, in part, due to the fact that the latest versions of our Office products, such as Exchange 2010 SP1, SharePoint 2010 and the new Lync Server, have additional security features over the 2007 versions," said Howie.

An example of one improvement over BPOS is that users of Exchange Online can now audit access to the mailbox, which enables the business to know who is logging in and conduct checks to ensure no administrators are abusing their access rights.

Rights management is also enabled in Office 365, which provides businesses with a way of rights-protecting e-mail messages in Exchange and documents in SharePoint in the Microsoft cloud, which was not available in the previous online service.

## Security advantages for SMEs

Is there any specific security advantage to small and medium-sized enterprises (SMEs), at which Office 365 is mainly aimed?

"When you are running on premise in your own server room you are responsible for everything. So in addition to managing identities, maintaining active directory, installing server software and installing applications, you are responsible for securing them appropriately to your business needs as well as everything else, such as running antivirus and applying security patches," said Howie.

All this adds cost and pressure on limited human resources, he says, which in turn ties up talented operational staff with mundane tasks.

Moving to cloud computing is always going to be more cost effective, says Howie, as it means

**Latest News**

Twitter investigates image cropping algorithm for racist bias

Wielding influence: The challenges CIOs face under Covid-19

**Related Content**

Cloud computing: Could it cost more?

Snowden revelations have changed attitudes to cloud...

RSA 2012: Rationalise security compliance obligations...

processes to service providers, it means not having to worry about the expenditure on hardware and depreciation, and it frees up talented operational staff to work on more strategic projects.

Microsoft, like its competitors, argues that with dedicated teams and resources, it can probably do a far better job than any mid-size business could do themselves, but also claims the additional benefit of experience as an online service provider, having introduced Hotmail as long ago as 1996.

---

» Read the Computer Weekly review: Microsoft Office 365 versus Google Apps for Business

"For a small and medium enterprise, it is a very easy discussion between on-premise and cloud, with the exception only of a few select industries with very specific statutory and regulatory compliance obligations that might make it difficult to go to the cloud, such as a lawyers' offices where, for the purposes of client confidentiality under certain jurisdictions, they may not be able to put all of their data in the cloud," said Howie.

But even in those cases, he says, there will always be data that can go into the cloud and other data that will have to remain on-premise under tight wraps. In these cases, Office 365 has been designed to make it easy for businesses to have on-premise and in-the-cloud positions and allow easy interoperability between the two.

Microsoft offers this while also maintaining end-to-end security and privacy, which Howie says it competitors do not offer. "If you look at other cloud-based offerings, there is no on-premise equivalent, nor is there the flexibility of being able to pull back the data and the applications to on-premise under the same licensing model and without additional charge," he said.

### Complying with European data privacy regulations

To comply with European data privacy regulations, Office 365 uses a regional model to ensure that European customer data resides only in Microsoft's European datacentres in Dublin and Amsterdam.

"Between those two datacentres we can provide failover, so if one of them goes down, servers will switch to the other," said Howie.

While Microsoft says it will do everything possible to keep data in its European datacentres for those customers who require it, Office 365 customers can also failover to the US under some circumstances.

"We can do that while maintaining our customer's privacy through a number of mechanisms, including the US Department of Commerce's Safe Harbor framework for data privacy and information sharing between Europe and the US, as well as other legal derogations to the data privacy directive that allow us to move customer data out of Europe to the US at the customer's request," says Howie.

### Cloud savings appeal to businesses of all sizes

The types of organisation most likely to be the first adopters of Office 365 are start-ups, according to Howie. "Why [as a start-up] would I want to buy servers and run Exchange, SharePoint and Lync, because that is going to take away from me making money," he said.

Although Office 365 is aimed mainly at SMEs, Howie believes it is appropriate for companies and organisations of all sizes, and first movers are likely to be those where physical servers or software products are approaching end-of-life.

"These situations provide a natural opportunity for organisations of any size to move to the cloud to save costs, but right now, the economic drivers for adopting cloud computing are so strong that everyone is looking at it. Reduced costs and increased business agility are both essential for an economic recovery today," he said.

"I am not saying a large multinational corporation is going to put everything in the cloud, because there will always be some data they want to keep on-premise or are obliged to through compliance obligations, but there is a wealth of data, transactions and applications that they would love to move off-premise into a public cloud. So even a multinational organisation will find there is a lot of stuff they can push into the cloud," he said.

Cloud computing is attractive not only to younger, more tech-savvy companies. Banks in Portugal, for example, see it as an opportunity to make savings, says Howie. They like the fact that using Windows Azure, they can move from identifying a business opportunity to being up and running with a service in around a week, as opposed to months using traditional IT.

"When you have such a conservative industry sector looking at cloud computing in such a fashion, you have to wonder who would not look at the cloud these days. Pharmaceutical companies, telecoms companies and the services industry are also looking at the cloud," he said.

### Cloud security reaching maturity

Security concerns have been one of the biggest hurdles to organisations adopting cloud-based services from the start, but Microsoft claims that its experience in running online services, coupled with its trusted stack, distributed controls and security development lifecycle, has achieved a level of maturity in terms of security that makes the benefits of cloud computing practically accessible to all organisations.



CELEBRATING TWO DECADES
OF CONTENT EXCELLENCE

| | | |
|---|---|---|
| Meet The Editors | Contributors | Quizzes |
| Contact Us | Reprints | Photo Stories |
| Privacy Policy | Answers | Tips |
| Our Use of Cookies | E-Products | Tutorials |
| Advertisers | Events | Videos |
| Business Partners | In Depth | Computer Weekly Topics |
| Media Kit | Guides | |

# APPENDIX
# 121

https://www.google.com/search?q=%22The+Total+Economic+Impact+Of+Microsoft+Office+365%22&oq=%22The+Total+Economic+Impact+Of+Microsoft+Office+365%22&aqs=chrome..69i57j0l2.1423j0j15&sourceid=chrome&ie=UTF-8    09/22/2020



"The Total Economic Impact Of Microsoft Office 365"    ✕    🎤    🔍

Sign in

🔍 All    📰 News    🖼 Images    ▶ Videos    🛒 Shopping    ⋮ More          Settings    Tools

About 7,930 results (0.67 seconds)

---

download.microsoft.com › download ▾ · PDF
### The Total Economic Impact™ Of Microsoft Office 365
From the information provided in the interviews, Forrester has constructed a Total Economic Impact (TEI) framework for those organizations considering implementing Microsoft Office 365. The objective of the framework is to identify the cost, benefit, flexibility, and risk factors that affect the investment decision.

query.prod.cms.rt.microsoft.com › cmsi › api › binary ▾ · PDF
### The Total Economic Impact™ Of Microsoft Office 365 Threat ...
Forrester Consulting provides independent and objective research-based consulting to help leaders succeed in their organizations. Ranging in scope from a short ...

download.microsoft.com › download ▾ · PDF
### The Total Economic Impact Of Microsoft Office 365
Forrester Consulting. The Total Economic Impact Of Microsoft Office 365 – Midsize Customers. Page 1. TABLE OF CONTENTS. Executive Summary.

query.prod.cms.rt.microsoft.com › binary › RCsEMX ▾ · PDF
### Forrester, "The Total Economic Impact of Microsoft Office 365 ...
Additional benefits included increased project management performance, reduced infrastructure costs, and better resource management. Microsoft Office 365 PPM ...

download.microsoft.com › Tei_of_office_365_enterprise ▾ · PDF
### The Total Economic Impact Of Microsoft Office 365
Forrester Consulting. The Total Economic Impact Of Microsoft Office 365 – Enterprise Customers. Page 1. TABLE OF CONTENTS. Executive Summary.

info.microsoft.com › 112-YPQ-597 › images › fatreste... ▾ · PDF
### Small businesses save time and money with Office ... - Microsoft
·This document is an abridged version of a full case study. The Total Economic Impact Of Microsoft Office 365, August 2015, ·The study was commissioned by ...

www.exactive.co.uk › wp-content › uploads › 2017/10 ▾ · PDF
### The Total Economic Impact Of Microsoft Office 365 ... - Exactive
METHODOLOGY. Microsoft commissioned Forrester. Consulting to conduct a Total Economic Impact™ (TEI) study to provide business and IT leaders with an ...

wellingtone.co.uk › total-economic-impact-microsoft-o... ▾
### The Total Economic Impact of Microsoft Office 365 PPM ...
Oct 15, 2019 · The Total Economic Impact of Microsoft Office 365 PPM · Improved visibility into project performance reduced project budget overruns by 5% ...

www.readitquik.com › white-paper › in-premises › the-... ▾
### The Total Economic Impact of Microsoft Office 365 | ReadItQuik
The Total Economic Impact of Microsoft Office 365. Microsoft commissioned Forrester Consulting to conduct a Total Economic ImpactTM study and examine the ...

technology-signals.com › download › the-total-econom... ▾
### The Total Economic Impact Of Microsoft Office 365 ...
The Total Economic Impact Of Microsoft Office 365. By Nilesh Donk. Posted on March 11, 2019. Share. Tweet. Share. Share · Email · Comments ...

---

Ad · www.insight.com/microsoft/365-tei ▾ · (888) 904-3952
### Total Economic Impact: M365 - The Microsoft 365 Impact
Discover How Microsoft 365 On Microsoft Surface Delivers Up To 168% Return On Investment. Improve Collaboration, Productivity And Efficiency With Microsoft 365 On Surface Devices. Payback 14 months. Business Benefits. Get A Business Assessment.
★★★★★ Rating for insight.com: 4.3 · 103 reviews
Microsoft Partner Award · Contact Us

Ad · www.episerver.com/ ▾
### Forrester Consulting Study - 299% ROI over 3 years
Discover the everyday & lifetime business benefits & cost savings of Episerver. Learn more in this new Forrester Total Economic Impact (TEI) of Episerver study. Worldwide support. Fully ISO 27001 compliant. Gartner 2020 DXP Leader. Advanced Personalization.
Pricing and Packages · Talk to Our Experts · Episerver CMS · Episerver Commerce

Ad · info.mimecast.com/m365 ▾
### Plan for M365 Security Gaps - Free Resources from Mimecast
Close the Gaps in Microsoft 365 Baseline Security. Get the Resources from Mimecast. Attachment Protection. Impersonation Protection. 100+ Countries Served. Over 38,000 Customers. Making Email Safer. Data Leak Prevention.
Get a Demo · Archiving Solutions · Security Solutions · Get a Quote



Goooooooooogle ›
1 2 3 4 5 6 7 8 9 10    Next

---

🌐 Miami-Ft. Lauderdale FL, Florida · From your internet address · Use precise location · Learn more

Help    Send feedback    Privacy    Terms

# APPENDIX
# 122

**A Forrester Total Economic Impact™ Study Prepared For Microsoft**

# The Total Economic Impact Of Microsoft Office 365

Enterprise Customers

Project Director: Jonathan Lipsitz

June 2011

The Total Economic Impact Of Microsoft Office 365 – Enterprise Customers

# TABLE OF CONTENTS

Executive Summary.................................................................................................................. 2

    Factors Affecting Benefits And Costs ............................................................................. 6

    Disclosures ......................................................................................................................... 7

TEI Framework And Methodology ..................................................................................... 8

Analysis................................................................................................................................... 9

    Interview Highlights......................................................................................................... 9

    Costs ................................................................................................................................. 12

    Benefits ............................................................................................................................ 19

    Flexibility ........................................................................................................................ 31

    Risk .................................................................................................................................. 32

Financial Summary ............................................................................................................. 35

Microsoft Office 365: Overview ....................................................................................... 37

Appendix A: Composite Organization Description ...................................................... 40

Appendix B: Total Economic Impact™ Overview........................................................ 41

Appendix C: Glossary ........................................................................................................ 42

Appendix D: Considering This Study in Context with Other Recently Published TEI Studies........................... 43

Appendix E: Endnotes ....................................................................................................... 47

© 2011, Forrester Research, Inc. All rights reserved. Unauthorized reproduction is strictly prohibited. Information is based on best available resources. Opinions reflect judgment at the time and are subject to change. Forrester®, Technographics®, Forrester Wave, RoleView, TechRadar, and Total Economic Impact are trademarks of Forrester Research, Inc. All other trademarks are the property of their respective companies. For additional information, go to www.forrester.com.

**About Forrester Consulting**

Forrester Consulting provides independent and objective research-based consulting to help leaders succeed in their organizations. Ranging in scope from a short strategy session to custom projects, Forrester's Consulting services connect you directly with research analysts who apply expert insight to your specific business challenges. For more information, visit www.forrester.com/consulting.

## Executive Summary

Enterprises are recognizing and gradually realizing value from moving computing from their premises to the cloud.  Companies that were the "producers" of their own computing in-house capabilities are now becoming designers and strategists around their vastly expanding computational requirements, as well as consumers of the computing power and applications, from 3rd party producers, that help make their companies competitive. The reasons are simple. First, in order to be relevant and justify their cost, IT professionals need to be doing things that drive an organization's top line and bottom line, not just keeping the hardware and software running. So if a cloud service provider can provide a business-ready alternative more securely, more efficiently, and at a competitive price, then IT organizations should be investigating those alternatives and redeploying IT staff to more business-critical projects. Second, as the workforce continues to become more remote, more mobile, and more reliant on multiple devices, the cloud is the right architecture to deliver services to employees anywhere, anytime, on any device, to keep them productive and enable them to collaborate. Today's cloud services have the points of presence, the scale, and the focus on mobile devices needed in today's location-flexible world; most on-premises solutions do not.  For both reasons, IT organizations focused on business growth should ask the question, "can we run this in the cloud" first, and then look for reasons why a workload should remain on-premises.

In December 2010, Microsoft commissioned Forrester Consulting to examine the total economic impact and potential return on investment (ROI) companies may realize by deploying Office 365, consisting of cloud deployments of Exchange Online (with Forefront Online Protection for Exchange), Lync Online, SharePoint Online, and Office Professional Plus.  The purpose of this study is to provide readers at "enterprise" organizations, defined by Microsoft as having at least 250 users, with a framework to evaluate the potential financial impact of Office 365 on their organizations. This study does not include all of the potential benefits associated with each individual product but describes the general benefits of the entire suite and the benefits of moving to Microsoft's cloud solution. Readers should refer to the individual, detailed Total Economic Impact™ (TEI) studies for Office 2010, SharePoint 2010, Exchange 2010 and Lync 2010 which can be searched for at www.microsoft.com/bpio. Appendix D contains a summary of these TEI studies.

**Office 365 delivered a 315% return on investment with a four month payback period for the composite# enterprise organization.  Office 365 has a lower TCO, and greatly reduces implementation times compared to a similar on premises solution.**

The focus of this study is 10 organizations (see page 9 for their descriptions) that have made a commitment to moving all or part of their communications and collaboration computing into the cloud.  Some have previous experience with Microsoft Business Productivity Online Suite (BPOS) and are now upgrading to Office 365. None of the IT leaders in our study would describe themselves as experts in cloud computing, yet these customers expect sizeable benefits from their decisions to move computing beyond the walls of their

---

# Forrester created a composite organization that reflects the characteristics of the ten interviewed customers. The financial results are for the enterprise composite organization.

companies. They will see cost savings in specific categories that are described in detail in this study: hardware, software, IT labor, less travel, and end users and IT administrators will experience increased productivity.

Forrester found that a composite organization, based on the companies we interviewed, could achieve benefits over and above the value accruing from its existing on premises software capabilities. Their knowledge workers will enjoy new software features and upgrades as soon as they are available instead of months or years later. Costs for the move to Office 365 are predictable and spread over time as operating expenses instead of capital expenditures, which the finance chiefs count on the plus side of the ledger. One of the IT leaders interviewed for this study summed it up when he told us, "The CIO is working with the CFO to drive costs out of the company. [Adopting Office 365] is one of the ways they have identified to do that." For others, greater mobility for information workers tops the list of value; "The world is now our office. We are not hindered by location. There is a real opportunity for remote working and reduced commuter time. Office 365 is a godsend." Forrester also learned of expected benefits from improved availability and disaster recovery; archiving and compliance; and IT security.

Forrester's one-on-one interviews with 10 Office 365 beta customers and subsequent financial analysis found that a composite organization based on these customer companies we interviewed can expect to experience the risk-adjusted ROI, costs, and benefits shown in Table 1. See Appendix A for a description of the composite organization.

**Table 1**

Composite Organization Three-Year Risk-Adjusted ROI[i]

| ROI | Payback period | Internal rate of return (IRR) | Total benefits (PV) | Total costs (PV) | Net present value (NPV) | NPV per user |
|-----|----------------|-------------------------------|---------------------|------------------|-------------------------|--------------|
| 315% | 4 months | 452% | $5,426,329 | ($1,307,074) | $4,119,255 | $4,119 |

Source: Forrester Research, Inc.

The time to deploy the solution and the payback period, measured from the go live date, were both substantially shorter than had the comparable solution been built on premises.

- **Benefits.** The composite organization experienced the following benefits (the first ten are included in the ROI analysis) that represent benefits experienced by the interviewed companies:

  o **Eliminated hardware.** As a cloud solution, Office 365 largely eliminates the need for installing and managing any hardware. Over three years, more than $217,000 to purchase and host Exchange, SharePoint, and Lync servers, along with storage, are eliminated. This includes the primary facility as well as a limited backup capability.

  o **Eliminated third party software.** Office 365 includes many features that are paid for separately in an on premises solution, typically from third-party vendors. More than $45,000 was saved by eliminating additional email antivirus/anti-spam (Forefront Online Protection for Exchange is included with Exchange Online) and email backup agent solutions.

o **Web conferencing savings.** Office 365 includes Microsoft Lync Online, a full feature web conferencing solution. Lync will replace much of the use of an existing web conferencing solution, saving $150,000 over three years.

o **Teleconferencing savings.** In addition to a web conferencing solution, the composite organization also has a traditional, phone based teleconferencing solution. The usage of this solution is reduced as more internal conference calls are completed using the Lync online solution. This amounts to $72,000 over three years.

o **Enterprise Agreement (EA) licenses substituted with Office 365 subscription.** Full, on premises, EA licenses are substituted with the Office 365 subscriptions along with Core CAL Bridge for Office 365 and Windows Software Assurance. Some organizations may find the move from capex to opex beneficial. Over the three-year period, nearly $477,000 in EA licenses are substituted. This benefit is a partial offset for the Microsoft Subscription and License costs described later in the study, and are included so that only the net increase in costs are factored into the ROI analysis. This does not represent any type of discount or a reduction in the total costs paid to Microsoft.

o **Avoided on premises implementation labor.** The time required to implement Office 365 is typically less than for a comparable on premises installation. Approximately $63,000, in on premises implementation costs was avoided.

o **Reduced IT support effort.** Office 365 eliminates the need to manage hardware as described above and greatly reduces the effort to manage applications. In the Office 365 model, Microsoft provides a help desk service, which also eliminates some third-tier help desk activity. The composite organization was able to reassign IT support and help desk resources, saving $525,000 over three years.

o **Reduced travel costs and corresponding CO2 emissions.** The Lync Online solution, along with other collaboration and productivity tools in Office 365, reduces the need for face-to-face meetings – both with customers and internally. More than $993,000 is saved, and the corresponding CO2 reduction from air travel is 238,000 kilograms.

o **Knowledge worker productivity gain.** The 2010 solution suite consisting of Exchange Online, Lync Online, SharePoint Online, and Office Professional Plus delivers substantial productivity benefits to all knowledge workers. This is largely attributable to improved communication and knowledge sharing. This benefit is similar in nature for both the online Office 365 solution and the on premises versions. $4,380,000 in productivity gains are realized over the life of the study.

o **Mobile worker incremental productivity gain.** In addition to the general productivity gain described above, Office 365 delivers incremental productivity gains for mobile workers who have better access to IT resources and documents while traveling. This covers 250 senior consultants and salespeople and results in approximately a $956,000 productivity gain over three years.

o **Improved/latest functionality and ease of upgrade (nonquantified).** Office 365 makes the latest features and functionality available without the need for the IT department to complete any upgrades. Users will see additional benefits from earlier availability of these features.

o **Better user experience (nonquantified).** Office 365 delivers better user experiences by providing improved access for working outside of the office, larger mailbox sizes, and easier collaboration with customers.

o **Improved IT security (nonquantified).** Office 365 can provide better IT security because all patching and updates are done by Microsoft as soon as available. Additionally, Microsoft may provide better encryption and authentication than a company's previous on premises solution.

o **Improved archiving and compliance (nonquantified).** Office 365 can improve archiving by eliminating local Outlook .PST files for email and by centralizing document storage in SharePoint folders. This simplifies and quickens discovery and compliance activities.

o **Improved availability and disaster recovery (nonquantified).** Office 365 offers full geographic redundancy of data storage and enables users to access their information from anywhere. Additionally, Microsoft provides a 99.9% uptime service-level agreement (SLA) for all components of Office 365. Readers should take into consideration the cost of failure to their organization when evaluating the value of improved availability and disaster recovery.

o **Enabled mixed on premises/cloud hybrid solutions (nonquantified).** Office 365 supports hybrid solutions in which some components and/or users are hosted on premises and others in the cloud. This allows greater flexibility to realize cost savings in some areas without giving up functionality from highly customized applications. Several of the customers interviewed indicated that they would be pursuing a hybrid solution, especially for SharePoint.

- **Costs.** The composite organization experienced the following costs:

o **Initial planning and pilot labor.** The time to plan and test Office 365 will vary greatly based on the size of the company and migration. Two IT resources spent 2.5 months on this activity at a cost of approximately $22,000.

o **Implementation/migration labor.** The actual implementation and migration is also driven by the number of users. Companies interviewed took either a phased or big-bang approach to migrating users. The composite organization had three IT resources working on this effort two months at a total cost of $35,000.

o **Hardware.** In order to achieve SSO and identity federation, it is necessary to have an Active Directory Federation Services server (ADFS) on premises. For high availability, two may be required. The composite organization installed two servers and, along with three years of internal hosting, spent a little more than $21,000.

o **Microsoft subscription and licenses.** During the first year in which a user is migrated to Office 365, the subscription is covered under the existing EA and server licenses. Beginning in the second year, a monthly subscription is charged, along with Core CAL Bridge for Office 365 and Windows Software Assurance 'true up' licenses. Over the life of the study, the composite organization spent approximately $1,013,000 on subscriptions and 'true up' licenses.

o **Training.** End user training for SharePoint, Lync, etc., in the cloud is the same as for the on premises solution. Nonetheless, these costs are included in the financial analysis to give an accurate TCO for upgrading to the 2010 solution suite. Additionally, there is some limited training required

for the IT department on how to administer Office 365. Between these two categories, $90,000 was spent on training.

o **Ongoing administration.** Administering Office 365 requires significantly less effort than a comparable on premises solution. This is reflected in the corresponding benefit above. The composite organization required 1.5 full-time equivalent (FTE) resources to manage Office 365 for users in the US and two European countries. The total cost over three years was $315,000.

o **Additional bandwidth.** The need for additional bandwidth can vary greatly depending on the existing bandwidth available, number of users, and how much traffic they generate. The composite organization spent $60,000 over three years to increase bandwidth at headquarters and one other large office.

**Figure 1**

Composite Organization Three-Year Risk-Adjusted Cumulative Cash Flow



Source: Forrester Research, Inc.

## Factors Affecting Benefits And Costs

Table 1 illustrates the risk-adjusted financial results the composite organization can expect to achieve. The risk-adjusted values take into account any potential uncertainty or variance that exists in estimating the costs and benefits, which produces more conservative estimates. The following factors may affect the financial results that an organization may experience:

- **Number of users.** Office 365 subscription costs are calculated on a per-user basis. Additionally, a greater number of users may require more data to be migrated, which would lengthen the implementation period and cost. Conversely, the larger the user base, the larger the benefits that should be realized. For productivity related benefits, larger organizations should see significantly larger gains that would increase the ROI and NPV.

The Total Economic Impact Of Microsoft Office 365 – Enterprise Customers

- **Existing license structure**. The total license and subscription costs can vary based on existing license levels, having an EA and/or Software Assurance in place, and when the previous version (if applicable) was implemented. The composite organization had a Professional Desktop EA in place. Because determining these costs can be very complicated, the reader is strongly encouraged to work with Microsoft or their channel partner to understand any new license/subscription costs as well as previous license costs that may be eliminated.

- **Office 365 solution components used**. An organization may decide not to implement all of the Office 365 solution components – Exchange Online with Forefront Online Protection for Exchange, Office Professional Plus, Lync Online, and SharePoint Online. This will reduce the monthly subscription cost, but can also result in some of the benefit categories discussed in the study not being realized. The reader should take into consideration which, if any, benefits would not be realized if the entire suite is not being implemented.

## Disclosures

The reader should be aware of the following:

- The study is commissioned by Microsoft and delivered by the Forrester Consulting group.

- Forrester makes no assumptions as to the potential ROI that other organizations will receive. Forrester strongly advises that readers should use their own estimates within the framework provided in the report to determine the appropriateness of an investment in Microsoft Office 365.

- Microsoft reviewed and provided feedback to Forrester, but Forrester maintains editorial control over the study and its findings and does not accept changes to the study that contradict Forrester's findings or obscure the meaning of the study.

- The customer names for the interviews were provided by Microsoft.

The Total Economic Impact Of Microsoft Office 365 – Enterprise Customers

# TEI Framework And Methodology

*Introduction*

From the information provided in the interviews, Forrester has constructed a Total Economic Impact™ (TEI) framework for those organizations considering implementing Microsoft Office 365. The objective of the framework is to identify the cost, benefit, flexibility, and risk factors that affect the investment decision.

*Approach And Methodology*

Forrester took a multistep approach to evaluate the impact that Microsoft Office 365 can have on an organization (see Figure 2). Specifically, we:

- Interviewed Microsoft marketing and sales personnel and Forrester analysts to gather data relative to Office 365 and the marketplace for cloud based collaboration and productivity solutions.

- Interviewed 10 organizations currently in beta with Microsoft Office 365 to obtain data with respect to costs, benefits, and risks.

- Designed a composite organization based on characteristics of the interviewed organizations (see Appendix A).

- Constructed a financial model representative of the interviews using the TEI methodology. The financial model is populated with the cost and benefit data obtained from the interviews as applied to the composite organization.

**Figure 2**

TEI Approach



Source: Forrester Research, Inc.

Forrester employed four fundamental elements of TEI in modeling Microsoft Office 365:

1. Costs.

2. Benefits to the entire organization.

3. Flexibility.

4. Risk.

Given the increasing sophistication that enterprises have regarding ROI analyses related to IT investments, Forrester's TEI methodology serves the purpose of providing a complete picture of the total economic impact of purchase decisions. Please see Appendix B for additional information on the TEI methodology.

## Analysis

### Interview Highlights

A total of 10 interviews were conducted for this study, involving representatives from the following companies (Microsoft customers based in the US and Europe):

1.  International consulting company: global leader in consulting, technology, outsourcing, and local professional services with more than 100,000 employees. A worldwide company including IT services and hosted Microsoft services; currently running one global instance of Exchange 2007 along with Office Professional 2007 and Office Communications Server 2007 R2 (OCS 2007 R2).

2.  Municipal utility company: municipal utility with 600 employees that is separating shared IT services from the city; currently using a mix of Office Professional 2003, 2007 and 2010, along with Exchange 2003. All Microsoft solutions will need to be replaced as part of the separation from the city infrastructure.

3.  University: a private university with 12,000 users, including 6,000 students. The university has a homegrown email system and a third-party calendaring system that need to be replaced. There are 300 users on SharePoint 2007. The university has educational licenses for Microsoft products.

4.  ICT professional services company: Europe-based ICT services company with more than 12,000 employees; currently using a mix of Office Professional 2007 and 2010, Exchange 2007, SharePoint 2007, and OCS 2007 R2.

5.  Architecture firm: architecture firm with 600 employees spread across 13 offices — eight in the US and five spread around the world. The company uses 2003 versions of Exchange, SharePoint, and Office Professional.

6.  Bank: This bank is working with a Microsoft partner on implementing Office 365. It has 1,500 employees and uses the 2003 versions of Exchange and Office Professional.

7.  Media company: This company has outsourced a large part of its IT operations and infrastructure to a Microsoft partner. The company has more than 800 users who are on the 2007 versions of Exchange and Office Professional.

8.  Agricultural commodity logistics company: This organization has 1,500 users of the Microsoft solutions out of a total of 4,000 employees. Employees are spread across dozens of countries around the world. Various versions of Exchange, SharePoint, and Office Professional are in use. There are also locations using solutions not authorized by the central IT group that will be eliminated as part of the global Office 365 rollout.

9.  Automotive parts company: Europe-based company with 5,500 employees, 1,200 of whom are knowledge workers who will be using Office 365. The remainder are working on the factory floor. There are 11 offices spread across Europe, North America, and Asia. The company currently uses Exchange 2000 and Office Professional 2007.

10. Standards and testing organization: The company has more than 7,000 employees spread across dozens of countries. It is migrating from a competing email solution. Office Professional 2010, SharePoint 2010, and OCS 2007 R2 are currently deployed on premises.

The 10 interviews uncovered the following salient points:

- The main reasons given for upgrading/migrating to Office 365 were the desire to reduce TCO, simplify administration, and more quickly deliver the latest features. Selected comments from interviewees include:

  o "The basic driver was that I don't want to manage the hardware, software, or people needed to maintain the solution."

  o "We wanted to implement latest versions of SharePoint and Outlook. Basically, we want to have more capabilities and flexibility."

  o "We have grown significantly over the last few years, both organically and from acquisitions. IT has been playing catch-up. So, we were looking for a way of becoming more efficient in how we provide technology services to the firm."

  o "Our company is very decentralized across many countries. We operate a very lean IT organization. Using the cloud takes away the local complexity."

  o "The reason to go to the cloud was driven by cost savings. Letting Microsoft run email ensures that everything works well together."

  o "From a cost perspective, 365 was the most interesting solution. Especially since we already have an EA with Microsoft. From a functionality perspective, 2010 gives us a lot more than previous versions, especially Lync."

- Significantly reducing the costs and effort associated with typical three-to-four-year refresh cycles was very important.

  o "We would face upgrading all the hardware every three or four years. This, along with the associated labor, becomes very expensive."

  o "Eliminating the need to refresh our IT estate every few years is a huge win for us."

- Existing EA licenses and Software Assurance made the decision to switch to Office 365 very easy.

  o "It was a pretty simple decision since we had a Software Assurance agreement in place."

  o "Office 365 was offered as part of our EA upgrade."

  o "We were already on BPOS, so moving to Office 365 is a natural progression."

- Office 365 includes a lot of new, valuable services.

  o "Anti-spam/antivirus is included, which makes one less thing for me to worry about."

  o "The disaster recovery aspects of Office 365 are great."

- "The improvements to SharePoint and OCS [Lync] are very important to our users."

- IT departments are excited to free up time to work on more strategic projects.

  - "We want our IT folks focused on strategic projects, not babysitting infrastructure."

  - "Our clients are looking for ways to free themselves from doing commodity [IT] work."

- Providing larger mailboxes is seen as important.

  - "More capacity will help with productivity. We have users spending a lot of time cleaning their inbox because they can no longer send email."

  - "Larger mailboxes will save IT time because this is the reason people are banging on the door — requesting a bigger inbox."

  - "Mailbox space is running out, and we can't effectively provide larger mailboxes with an on premises solution."

- The beta implementation and migration of Office 365 was viewed as pretty straightforward.

  - "Defining security policies for email took some time, but it was something we needed to do anyway."

  - "Setting up the ADFS servers was a little confusing, but the documentation on this has improved a lot."

  - "Data migration is not presenting any challenges, and it is providing us with a great opportunity to clean our data."

- There was a wide range of opinions on the benefit of capital expenditures (capex) versus operational expenditures (opex), but for the companies that preferred opex, deploying Office 365 is very useful.

  - "Opex was attractive because it makes it easier to bill internal groups for mandatory and optional services."

  - "The importance of one model over the other varies from year to year. Right now, it is easier to get opex funding."

  - "More and more companies are looking to reduce capex. Not buying hardware every three years and hiring consultants to do the work is very beneficial."

  - "A cloud solution was appealing from an opex perspective. Looking at the TCO, we found it was a better approach."

*Composite Organization*

Based on the interviews with the 10 existing customers provided by Microsoft, Forrester constructed a TEI framework, a composite company, and an associated ROI analysis that illustrates the areas financially affected. The composite organization that Forrester synthesized from these results represents a US-based manufacturing company with some operations in Europe. There are a total of 3,500 employees, 1,000 of whom

are knowledge workers being migrated to Office 365. The organization is moving from Office Professional and Exchange 2003, along with a limited deployment of SharePoint 2003. It will be implementing the full Office 365 E3 suite, consisting of Exchange Online, SharePoint Online, Office Professional Plus, and Lync Online. As part of its existing licensing, the composite organization had Professional Desktop EA and Software Assurance contracts in place. A more detailed description of the composite organization can be found in Appendix A.

*Framework Assumptions*

Table 2 provides the model assumptions that Forrester used in this analysis.

**Table 2**

Model Assumptions

| Ref. | Metric | Value |
|------|--------|-------|
| A1 | Annual fully burdened cost* per IT FTE resource | $70,000 |
| A2 | Annual fully burdened cost* per mobile worker | $106,250 |
| A3 | Annual fully burdened cost* per knowledge worker (across all roles in the organization) | $60,000 |
| A4 | Number of users on Office 365 | 1,000 |
| *Fully burdened cost includes insurance, paid vacation, and any other cost borne by the organization. | | |

Source: Forrester Research, Inc.

The discount rate used in the PV and NPV calculations is 12%, and time horizon used for the financial modeling is three years. Organizations typically use discount rates between 8% and 16% based on their current environment. Readers are urged to consult with their respective company's finance department to determine the most appropriate discount rate to use within their own organizations.

All calculations in this study are done in US dollars even though some of the customers interviewed use the euro as their primary currency. Some dollar values presented in this study have been rounded to the nearest whole cent or dollar. Therefore, some of the calculation results in the subsequent tables may not exactly match the results if the reader follows the formulas and values presented.

## Costs

Office 365 largely follows a software-as-a-service (SaaS) cost model, with many cost categories being replaced by a service subscription. As with any large IT project, there are upfront planning and implementation costs. For some of the cost categories, there is a corresponding benefit. These are referenced in the individual cost areas and fully explored in the Benefits section. Many of the costs can vary widely depending on the size of the reader's organization. Therefore, the reader is strongly encouraged to use this model as a basis for determining the TEI to their own organization.

*Initial Planning And Pilot Labor Costs*

The customers who participated in this study were all beta users of Office 365. The effort required for the beta is taken as a proxy for initial planning and conducting a pilot. Overall, customers described the process as straightforward. The time for this phase varied from one month, in the case of a BPOS customer migrating, to four months for a customer moving from a non-Microsoft solution. In all cases, the majority of the time was spent on defining the solution and migrating users' mailboxes. Typically, one week was spent setting up the ADFS infrastructure.

The composite organization completed this effort solely with internal labor. If external consultants are used, the total costs should be more or less the same, but with external labor substituted for internal labor.

For the composite organization, two FTEs spent 2.5 months working on this. The monthly fully loaded cost for one FTE was $5,833. Two FTEs x 2.5 months x $5,833 is equal to $21,875.

**Table 3**

Initial Planning And Pilot Labor Costs

| Ref. | Metric | Calculation | Initial |
|------|--------|-------------|---------|
| B1 | Number of IT FTEs | | 2 |
| B2 | Number of months | | 2.5 |
| B3 | Monthly fully burdened cost | A1/12 months | $5,833 |
| Bt | Initial planning and pilot labor costs | B1*B2*B3 | $21,875 |

Source: Forrester Research, Inc.

*Implementation/Migration Labor Costs*

The majority of this effort is spent defining policies and migrating data — mailboxes and SharePoint documents. The duration of this effort is directly tied to the number of users and/or the amount of data to be migrated. At one end of the spectrum, an organization with more than 100,000 users is planning on one year for the migration. For organizations in the 500-to-2,000-employee range, the general feeling was one to two months.

Companies followed a typical implementation and testing methodology followed by the migration. One interviewee said, "the speed of migration is dependent on the appetite for disrupting normal operations." The typical approach was to migrate a certain number of users each night or over the weekend, completing one location or group at a time. Once all users were migrated, the on premises infrastructure was decommissioned.

Training is also completed during this period and is covered in a separate cost category later on in this study.

This effort can be completed by in-house IT staff if the skills exist. Most of the customers interviewed were, in fact, using in-house resources. Another alternative is to use IT services organizations. One such organization estimated that the charge for design services alone would be approximately $10,000 to $20,000, while

outsourced management of a full migration could be $30,000 to $100,000 (or higher) depending on the number of users. The composite organization used in-house resources.

This total effort is less than what would be expected for an on premises installation. The corresponding benefit is covered in the Benefits section of this study.

**Table 4**

Implementation/Migration Labor Costs

| Ref. | Metric | Calculation | Initial |
|------|--------|-------------|---------|
| C1 | Number of IT FTEs | | 3 |
| C2 | Number of months | | 2 |
| C3 | Monthly fully burdened cost | A1/12 months | $5,833 |
| Ct | Implementation/migration labor costs | C1*C2*C3 | $35,000 |

Source: Forrester Research, Inc.

*Hardware Costs*

While Office 365 allows an organization to eliminate hardware, there is still a need for an ADFS server for identity federation and SSO. This typically requires one server, and a second can be added for high availability. The technical requirements are not great, so a typical middle-of-the-road server configuration will suffice.

The servers can be hosted on premises or at a collocation-type facility. Most of the companies interviewed are hosting these on-site. The composite organization hosts the servers on-site and allocates overheads for power, space, cooling, etc. These servers would be replaced every three to four years, following the organization's regular refresh cycle.

The corresponding benefit for the Exchange, Lync, and SharePoint servers not installed is covered in the Benefits section of this study.

Forrester Consulting

The Total Economic Impact Of Microsoft Office 365 – Enterprise Customers

**Table 5**

Hardware Costs

| Ref. | Metric | Calculation | Initial | Year 1 | Year 2 | Year 3 | Total |
|------|--------|-------------|---------|--------|--------|--------|-------|
| D1 | Number of ADFS servers | | 2 | | | | |
| D2 | Cost per server | | $7,000 | | | | |
| D3 | Maintenance | (D1*D2) [initial period]*10% | | $1,400 | $1,400 | $1,400 | |
| D4 | In-house hosting costs | D1 [initial period]*$500 | | $1,000 | $1,000 | $1,000 | |
| Dt | Hardware costs | (D1*D2)+D3+D4 | $14,000 | $2,400 | $2,400 | $2,400 | $21,200 |

Source: Forrester Research, Inc.

*Microsoft Subscription And Licenses*

Office 365 is a subscription service that is priced per user per month. There are various price points depending on which solution components are included. The composite organization is consuming the E3 solution set, which includes the latest versions of Exchange Online, Lync Online, SharePoint Online, and Office Professional Plus. The list price is $24 per user per month, with volume and length of contract discounts available. During the first year a user is migrated to Office 365, all subscription costs are covered under the existing EA. In subsequent years, the subscription model is used, and these charges are credited against existing EA charges.

EAs typically cover additional components beyond the user-facing products in Office 365. According to Microsoft: "CAL Suite Bridges are used when transitioning from a CAL Suite (on premises) to a comparable Product and Online service combination. As such, CAL Suite Bridges are comprised of those CAL Suite workloads not found in Office 365 or Windows Intune, and [they] allow existing CAL Suite customers to retain their SA coverage, companywide commitment, and corresponding platform discounts for those workloads remaining on-premises."

Software Assurance often covers the Windows operation system in addition to the applications running on it. Office 365 does not include an upgrade path for Windows. Therefore, a reader's organization may wish to pay separately for Software Assurance on the Windows operating system in addition to the Office 365 and CAL Suite Bridge costs.

In order to provide a true apple-to-apple comparison, the composite organization has elected to pay for the Core CAL Bridge for Office 365 and Windows Software Assurance. The result is that every Microsoft solution license the organization had prior to the migration is still in place.

The composite organization continues to pay the EA for Professional Desktop and server licenses during the initial period, when planning and migration are under way, as well as Year 1. For the initial period, this is equivalent to 4.5 months of costs.

The EA costs that have been substituted beginning in Year 2 are included in the Benefits section of this study to reflect the credits.

**Table 6**

Microsoft Subscription And Licenses

| Ref. | Metric | Calculation | Initial | Year 1 | Year 2 | Year 3 | Total |
|------|--------|-------------|---------|--------|--------|--------|-------|
| E1* | EA and server licenses (Initial and Year 1 only) | | $89,314 | $238,171 | $0 | $0 | |
| E2* | Office 365 subscription costs (beginning Year 2) | $23.25*1,000 users [A3]*12 months | | | $279,000 | $279,000 | |
| E3* | Core CAL Bridge for Office 365 | | | | $15,000 | $15,000 | |
| E4* | Windows Software Assurance | | | | $49,000 | $49,000 | |
| Et | Microsoft subscription and licenses | E1+E2+E3+E4 | $89,314 | $238,171 | $343,000 | $343,000 | ($1,013,485) |

*These reference numbers are row designates and should not be confused with Office 365 solution sets.

Source: Forrester Research, Inc.

*Training*

User training for Office 365 would be the same for the on premises solution, and the level required depends on what version the users are migrating from, i.e., Office Professional 2003. Nonetheless, user training costs are included so the reader has a complete TCO picture. Some of the companies interviewed were using external training organizations, and others were using in-house resources to deliver training. It was typically a mix of classroom and online training. Many users would likely opt out of training.

There is some specialized training on Office 365 administration required by the IT organization. The number of individuals sent can vary based on the size of the company, but the consensus number for a company the size of the composite organization was two IT resources.

The Total Economic Impact Of Microsoft Office 365 – Enterprise Customers

**Table 7**

Training

| Ref. | Metric | Calculation | Initial | Year 1 | Year 2 | Year 3 | Total |
|------|--------|-------------|---------|--------|--------|--------|-------|
| F1 | IT training | | $10,000 | $0 | $0 | $0 | |
| F2 | End user training | | $80,000 | $0 | $0 | $0 | |
| Ft | Training | F1+F2 | $90,000 | $0 | $0 | $0 | $90,000 |

Source: Forrester Research, Inc.

*Ongoing Administration*

The effort to administer Office 365 is significantly less than for a comparable on premises solution. The level of effort varies by the number of users. The smaller companies interviewed planned on at least one FTE, regardless of size. An organization with 10,000 users was planning for three FTEs, one for Exchange and two for SharePoint. For the composite organization, 1.5 FTEs is in line with what companies of this size were planning. These resources will cover both the US and European operations. The majority of the effort is spent in user account management, configuration of Office 365, and upkeep of the ADFS servers.

The administration effort savings is covered in the Benefits section of this study.

**Table 8**

Ongoing Administration

| Ref. | Metric | Calculation | Initial | Year 1 | Year 2 | Year 3 | Total |
|------|--------|-------------|---------|--------|--------|--------|-------|
| G1 | Number of IT FTEs | | | 1.5 | 1.5 | 1.5 | |
| G2 | Annual IT fully burdened cost | A1 | | $70,000 | $70,000 | $70,000 | |
| Gt | Ongoing administration | G1*G2 | | $105,000 | $105,000 | $105,000 | $315,000 |

Source: Forrester Research, Inc.

*Additional Bandwidth*

None of the companies interviewed had decided yet how much, if any, additional bandwidth would be required. Microsoft provides many tools and whitepaper for calculating bandwidth needs. The additional bandwidth required depends on both the size of the pipe already in place and the expected future usage. One of the companies interviewed that is also a Microsoft consulting company said that: "I haven't had a client yet that has needed to increase bandwidth for BPOS [the predecessor to Office 365]. If there is a situation where an upgrade is needed, it is usually a company that has a T1 and needs to add another one (probably $500 to

$700 a month). If it is a larger company, maybe it needs to move from a few T1s to a fiber connection (100 MB). A 100 MB connection can be had in my city for $700 to $1,000 a month."

For the composite organization, a placeholder of $20,000 a year for additional bandwidth at the headquarters and possibly some other large offices has been assumed. The reader is encouraged to work with Microsoft to calculate future bandwidth requirements and make the necessary provisions. Without this, there is a risk of performance problems and unexpected costs.

**Table 9**
Additional Bandwidth

| Ref. | Metric | Calculation | Initial | Year 1 | Year 2 | Year 3 | Total |
|------|--------|-------------|---------|--------|--------|--------|-------|
| H1 | Additional bandwidth | | $0 | $20,000 | $20,000 | $20,000 | |
| Ht | Additional bandwidth | H1 | $0 | $20,000 | $20,000 | $20,000 | $60,000 |

Source: Forrester Research, Inc.

*Total Costs*
Total costs incurred by the composite organization to implement and manage the Office 365 solution are shown in Table 10 below.

**Table 10**
Total Costs (Non-Risk-Adjusted)

| Ref. | Costs | Initial | Year 1 | Year 2 | Year 3 | Total |
|------|-------|---------|--------|--------|--------|-------|
| Bt | Initial planning and pilot labor costs | ($21,875) | | | | **($21,875)** |
| Ct | Implementation/migration labor costs | ($35,000) | | | | **($35,000)** |
| Dt | Hardware costs | ($14,000) | ($2,400) | ($2,400) | ($2,400) | **($21,200)** |
| Et | Microsoft subscription and license costs | ($89,314) | ($238,171) | ($343,000) | ($343,000) | **($1,013,485)** |
| Ft | Training | ($90,000) | | | | **($90,000)** |
| Gt | Ongoing administration | | ($105,000) | ($105,000) | ($105,000) | **($315,000)** |
| Ht | Additional bandwidth | | ($20,000) | ($20,000) | ($20,000) | **($60,000)** |
| | **Total** | **($250,189)** | **($365,571)** | **($470,400)** | **($470,400)** | **($1,556,560)** |

Source: Forrester Research, Inc.

## Benefits

The first half of the Benefits section details the quantitative benefits of the composite organization included in the ROI analysis. The second half describes the qualitative benefits that the interviewed customers experienced but cannot be fully described in the financial model. The qualitative benefits are potentially as valuable as the quantitative ones and should be taken into consideration when analyzing the total ROI realized by implementing Office 365.

*Eliminated Hardware*

Office 365 removes the need for Exchange, SharePoint, and Lync servers. It also removes the need for a large storage implementation — SAN and/or direct attach. The size of the on premises infrastructure estate depends on the number of users, locations, mailbox size, etc. Additionally, Microsoft offers 25 GB mailboxes, which would be very difficult for a company to deploy at a reasonable cost on premises. Creating an infrastructure with full geographic redundancy like the one Microsoft offers would also add significant cost.

Companies larger than the composite organization can expect significantly larger benefits in this category. As an example, one interviewed customer with more than 10,000 users is expecting to eliminate 40 Exchange servers. It is also very important for the reader to consider that all hardware costs would be incurred again every three to four years, based on the regular refresh cycle.

For the composite organization, the cost of moving from a 250 MB to a 1 GB mailbox is included. The server count in the table below is based on building out a high-availability infrastructure. There would be two Exchange servers residing in one of the European offices for those users. In addition to the primary 13 servers, four servers have been set up in a 'cold' disaster recovery facility to provide limited, key services in case of a major disaster. This does not come close to providing the level of disaster recovery resiliency inherent in Office 365. A further discussion on disaster recovery is included in the qualitative benefits section of this study.

The storage would most likely be a combination of SAN for SharePoint and direct attach for Exchange. For simplicity, a single price per terabyte was used across the board.

**Table 11**

Eliminated Hardware

| Ref. | Metric | Calculation | Year 1 | Year 2 | Year 3 | Total |
|------|--------|-------------|--------|--------|--------|-------|
| I1 | Number of Exchange servers | | 6 | | | |
| I2 | Number of SharePoint servers | | 4 | | | |
| I3 | Number of Lync servers | | 3 | | | |
| I4 | Additional servers for 'cold' DR facility | | 4 | | | |
| I5 | Cost per server | | $7,000 | | | |
| I6 | Storage not added (TB) — Exchange and SharePoint | | 4 | 0 | 2 | |
| I7 | Cost per terabyte | | $5,000 | $5,000 | $5,000 | |
| I8 | Total hardware costs | ([I1+I2+I3+I4]*I5)+(I6*I7) | $139,000 | $0 | $10,000 | |
| I9 | Avoided maintenance | Sum I8 [through current year]*10% | $13,900 | $13,900 | $14,900 | |
| I10 | In-house hosting costs | (I1+I2+I3+I4)*$500 | $8,500 | $8,500 | $8,500 | |
| It | Eliminated hardware | I8+I9+I10 | $161,400 | $22,400 | $33,400 | $217,200 |

Source: Forrester Research, Inc.

*Eliminated Third Party Software*

Office 365 includes some features that would otherwise be purchased separately – typically from third party vendors. Examples given by interviewed customers include email antivirus/anti-spam (which is included in Office 365 with Forefront Online Protection for Exchange), enterprise mailbox search, email backup, and archiving. The composite organization only had anti-virus/anti-spam and email backup solutions, so these costs are included in the study.

Another area to possibly eliminate third party software and solution costs is voicemail systems. Exchange Online includes a full hosted voicemail solution for on-premises phone systems. Customers who integrate their on-premises phone systems with Exchange Online can retire their on-premises voicemail systems and eliminate the associated maintenance and backup costs. None of the interviewed customers had implemented this option, but a couple were considering it.

Forrester Consulting

The Total Economic Impact Of Microsoft Office 365 – Enterprise Customers

**Table 12**

Eliminated Third Party Software

| Ref. | Metric | Calculation | Year 1 | Year 2 | Year 3 | Total |
|------|--------|-------------|--------|--------|--------|-------|
| J1 | Antivirus/anti-spam | 1,000 users [A4]*$1/month*12 | $12,000 | $12,000 | $12,000 | |
| J2 | Email backup agent | ($1,000*I1)+20% | $7,200 | $2,600 | $2,600 | |
| Jt | Eliminated third party software | J1+J2 | $19,200 | $13,200 | $13,200 | $45,600 |

Source: Forrester Research, Inc.

*Web Conferencing Savings*

Lync Online provides a full feature web conferencing solution that will result in less usage of third party web conferencing solutions in favor of integrated, simplified multimodal communications. The benefit is less in Year 1 as users get accustomed to Lync Online and migrate away from the incumbent web conferencing solution.

**Table 13**

Web Conferencing Savings

| Ref. | Metric | Calculation | Year 1 | Year 2 | Year 3 | Total |
|------|--------|-------------|--------|--------|--------|-------|
| K1 | Web conferencing solution fees | | $30,000 | $60,000 | $60,000 | |
| Kt | Web conferencing savings | K1 | $30,000 | $60,000 | $60,000 | $150,000 |

Source: Forrester Research, Inc.

*Teleconferencing Savings*

In addition to web conferences that will migrate to Lync Online, a significant portion of internal, phone based teleconferences will also be completed using Lync Online. Presence, one click conferencing, and other features make setting up and conducting conference calls much easier. This drives the behavioral change to use Lync instead of setting up a teleconference. In the first year of the study fewer calls are completed using Lync as this behavioral change takes place.

Readers should note that the current version of Lync Online does not include traditional PSTN voice telephone service. Therefore, this benefit reflects a migration of some conference calls from a teleconference solution and not a complete elimination of the third party service.

**Table 14**

Teleconferencing Savings

| Ref. | Metric | Calculation | Year 1 | Year 2 | Year 3 | Total |
|------|--------|-------------|--------|--------|--------|-------|
| L1 | Cost per minute | | $0.12 | $0.12 | $0.12 | |
| L2 | Average reduced usage per user (minutes) | | 120 | 240 | 240 | |
| L3 | Number of users | A4 | 1,000 | 1,000 | 1,000 | |
| Lt | Teleconferencing savings | L1*L2*L3 | $14,400 | $28,800 | $28,800 | $72,000 |

Source: Forrester Research, Inc.

**Enterprise Agreement (EA) licenses substituted for Office 365 subscription**

The nuances of EA licenses were discussed earlier in the corresponding cost category. Beginning in Year 2, the prior EA licenses for Professional Desktop, as well as relevant server licenses such as Exchange, are replaced by Office 365 subscriptions. The composite organization also pays for Core CAL Bridge for Office 365 and Windows Software Assurance to 'true up' the offering. This benefit shows the original EA costs that have been substituted. If the reader's organization will be a new Microsoft customer, it should determine what the license costs for a new, on premises solution would be and include them here.

These substituted costs are included in the benefits section so that the ROI analysis will be based on the incremental solution costs paid to Microsoft. That is to say the difference between the Office 365 subscription costs and the on premises license costs. That way, readers can get a clearer understanding of the financial impact associated with benefits they may realize by investing more for Office 365 compared to maintaining their older Microsoft solutions. This does not reduce the total payments to Microsoft as outlined in the cost section of the study.

**Table 15**

EA Licenses Substituted

| Ref. | Metric | Calculation | Year 1 | Year 2 | Year 3 | Total |
|------|--------|-------------|--------|--------|--------|-------|
| M1 | EA licenses substituted | E1 [Year 1] | $0 | $238,171 | $238,171 | |
| Mt | EA licenses substituted | M1 | $0 | $238,171 | $238,171 | $476,342 |

Source: Forrester Research, Inc.

*Avoided On Premises Implementation Labor*

This avoided cost is the corollary to the cost of implementing the cloud version of the solution. In addition to the either/or nature of these two costs, the on premises implementation would also require more time and

effort. One customer said: "I doubt we would have been able to set up Lync, Exchange, and SharePoint by end of year. All the communication features Lync offers is something we really need today so our employees spread around the world can collaborate more effectively and serve our customers better."

For the interviewed companies roughly the size of the composite organization, the consensus view was that the on premises installation would take a couple of FTEs four to six months. If one of the components (i.e., SharePoint) is being added for the very first time, the duration would be on the high end of this range. For the composite organization, this is the first time it is implementing Lync Online to take advantage of the IM, Presence, and Web Conferencing features. The implementation also includes a full rollout of SharePoint Online.

It is also worth noting that a portion of these labor costs would be incurred again whenever the hardware or software solution is updated as part of a company's normal refresh life cycle.

**Table 16**

Avoided On Premises Implementation Labor

| Ref. | Metric | Calculation | Year 1 | Year 2 | Year 3 | Total |
|------|--------|-------------|--------|--------|--------|-------|
| N1 | Number of man-days avoided | | 200 | | | |
| N2 | Daily IT fully burdened cost | A1/220 workdays | $318.18 | | | |
| Nt | Avoided on premises implementation labor | N1*N2 | $63,636 | | | $63,636 |

Source: Forrester Research, Inc.

*Reduced IT Support Effort*

A major advantage of Office 365, like other SaaS solutions, is a greatly reduced effort for IT administration. This includes eliminating all effort associated with managing servers and reducing the effort for user account management. How this savings is realized will vary from organization to organization. Some may avoid hiring additional resources, and other may be able to redeploy surplus capacity to work on more strategic projects.

For companies the size of the composite organization, the range of savings was 1.5 to four FTEs. For a larger organization, the savings should be much greater. One organization with more than 10,000 users thought it would be able to reduce IT support from 1.5 to seven FTEs. It will also be possible to hire lower-skill/lower-cost IT support resources going forward.

As part of Office 365, Microsoft provides a tier-3 help desk. This will allow further resource savings. For companies the size of the organization, one to two FTEs was the anticipated savings. For larger organizations, help desk savings ranged from four to more than 10 FTEs.

For both categories of workers, a smaller savings was realized in Year 1 since it takes time to transition staff out of existing roles and into new ones.

The Total Economic Impact Of Microsoft Office 365 – Enterprise Customers

**Table 17**

Reduced IT Support Effort

| Ref. | Metric | Calculation | Year 1 | Year 2 | Year 3 | Total |
|------|--------|-------------|--------|--------|--------|-------|
| O1 | Number of additional IT administrator FTEs avoided | | 1 | 2 | 2 | |
| O2 | Number of tier-three help desk FTEs avoided | | 0.5 | 1 | 1 | |
| O3 | Annual fully burdened cost | A1 | $70,000 | $70,000 | $70,000 | |
| 0t | Reduced IT support effort | (O1+O2)*O3 | $105,000 | $210,000 | $210,000 | $525,000 |

Source: Forrester Research, Inc.

*Reduced Travel And CO2 Emissions*

The Lync Online and other collaboration and communication tools included in Office 365 will reduce the amount of travel required – both for visits to customers and for internal meetings. In addition to the cost savings, there are quality of life benefits for those who would otherwise be travelling. The 250 mobile workers travel, on average, 15 times per year, and another 400 employees travel, on average, two times per year. In the first year of the study, total travel was reduced by 2.5% as users become comfortable with replacing face-to-face meetings with online communication and collaboration. By Year 2, this has increased to 5% of all travel, or 265 trips per year.

**Table 18**

Reduced Travel

| Ref. | Metric | Calculation | Year 1 | Year 2 | Year 3 | Total |
|------|--------|-------------|--------|--------|--------|-------|
| P1 | Number of mobile workers | | 300 | 300 | 300 | |
| P2 | Average number of mobile worker trips per year | | 15 | 15 | 15 | |
| P3 | Number of in-office employees travelling | | 400 | 400 | 400 | |
| P4 | Average number of in-office worker trips per year | | 2 | 2 | 2 | |
| P5 | Average cost per trip | | $1,500 | $1,500 | $1,500 | |
| P6 | Percent of trips avoided via online collaboration, video conferencing, etc. | | 2.5% | 5.0% | 5.0% | |
| Pt | Reduced travel | ((P1*P2)+(P3*P4))*P5*P6 | $198,750 | $397,500 | $397,500 | $993,750 |

Source: Forrester Research, Inc.

Table 19 shows the metric calculation for the corresponding improvement in the composite organization's carbon footprint, an important input for sustainability and corporate social responsibility reporting.[ii]

**Table 19**

Reduced CO2 Emissions

| Ref. | Metric | Calculation | Year 1 | Year 2 | Year 3 | Total |
|------|--------|-------------|--------|--------|--------|-------|
| Q1 | Number of air travel trips avoided | ((P1*P2)+(P3*P4))*P6 | 133 | 265 | 265 | |
| Q2 | Average distance (kilometers) | | 2,000 | 2,000 | 2,000 | |
| Q3 | Passenger kilometers avoided | Q1*Q2 | 266,000 | 530,000 | 530,000 | |
| Q4 | CO2 emissions reduction | Kilograms CO2 per passenger air kilometer | | 0.18 | 0.18 | |
| Qt | Carbon footprint improvement: KG CO2 | Q3*Q4 | 47,880 | 95,400 | 95,400 | 238,680 |

Source: Forrester Research, Inc.

*Knowledge Worker Productivity Gain*

Office 365, like the on premises solution, provides many tools for increased productivity in SharePoint, Lync and Office Professional. Features in Lync Online that contribute to productivity gains which were cited by the companies interviewed include Presence, IM, and unified communications. For SharePoint Online, interviewees talked about easier collaboration and document search/retrieval. Outlook was especially important for productivity gains in Office Professional.

Increasing to a 25GB mailbox will save users time from having to regularly delete items to free up space. In addition to consuming time, this activity is also a source of annoyance for users. Users will also save time from other features such as conversation view and scheduling assistant.

Below is a sampling of quotes from the interviewed customers describing ways in which productivity will improve.

- "Lync will reduce driving time for our employees between multiple locations. We currently have 50 to 100 people driving around a lot."

- "We will use videoconference with our customers and vendors to reduce the amount of travel."

- "I expect a 25% increase in productivity from better scheduling, document sharing, etc."

- "Users will save time spent cleaning out mailboxes because they are too small."

The Total Economic Impact Of Microsoft Office 365 – Enterprise Customers

- "There will be a lot of savings with SharePoint. Collaboration with contractors will be good for running projects more efficiently."

- "We will save several days (20%) in RFI/RFP response times."

- "In the collaboration realm, we expect to see lots of positive change. Users love our current, small, on premises SharePoint solution and beg to use it. We have to say no because we can't support expanding it."

A smaller benefit is realized in Year 1 of the study as users become more familiar with the Office 365 solutions.

**Table 20**

Knowledge Worker Productivity Gain

| Ref. | Metric | Calculation | Year 1 | Year 2 | Year 3 | Total |
|------|--------|-------------|--------|--------|--------|-------|
| R1 | Exchange (inbox management, conversation view, etc.) - minutes saved per week | | 5 | 5 | 5 | |
| R2 | Lync (IM, Presence, unified communication) - minutes saved per week | | 20 | 70 | 70 | |
| R3 | SharePoint (document search and collaboration) - minutes saved per week | | 15 | 40 | 40 | |
| R4 | Office Professional plus - (co-authoring, OneNote, and enhanced features) minutes saved per week | | 15 | 40 | 40 | |
| R5 | Hourly time savings per week | (R1+R2+R3+R4) / 60 minutes | 0.92 | 2.58 | 2.58 | |
| R6 | Work weeks per year | | 48 | 48 | 48 | |
| R7 | Number of users | A4 | 1,000 | 1,000 | 1,000 | |
| R8 | Average hourly fully burdened cost (knowledge worker) | A3/2,000 hours | $30.00 | $30.00 | $30.00 | |
| R9 | Total potential productivity gain | R4*R5*R6*R7 | $1,320,000 | $3,720,000 | $3,720,000 | |
| R10 | Percent captured | | 50% | 50% | 50% | |
| Rt | Knowledge worker productivity gain | R8*R9 | $660,000 | $1,860,000 | $1,860,000 | $4,380,000 |

Source: Forrester Research, Inc.

**Note on percent captured:** Forrester assumes that for knowledge workers, only a portion of the time gained from improved productivity – ranging from 50% to 75% - will actually be realized by the organization; not all of the time saved will be converted into productive output. This percentage is higher for workers engaged in more task- and process-related activities, and lower for workers in knowledge-intensive roles.

*Mobile Worker Incremental Productivity Gain*

Most of the interviewed companies discussed the ways in which Office 365 will improve the productivity of workers on the road. This would mainly be achieved by allowing them to access corporate IT resources more easily, collaborating with SharePoint Online, and utilizing Lync Online. This is incremental to the general productivity gains discussed above. Some comments heard include:

- "Everything is in the cloud, so it doesn't matter where the person is located. They will have easy access to Exchange, Lync, and documents. That is something I really like about the solution. When I go home, I just take my laptop and can get access to everything without a VPN."

- "Office 365 will remove one layer of pain for our consultants and improve their productivity. It will provide key users with the tools to be as effective as they need to be in the field. Painless access to email and SharePoint, without a VPN, is great. With Lync, a lot productivity tools are at their fingertips, and [this] makes them able to respond more quickly in any situation."

For the composite organization, 250 high value users are regularly on the road. They are senior engineers and sales people. It was conservatively assumed that a 60 minute per week incremental productivity gain is realized, and that only half of this gain is realized in Year 1 as users become more familiar with the Office 365 solution. Readers are encouraged to think about how many mobile users face difficulties that can be solved by Office 365, and what type of productivity gain can be expected.

**Table 21**

Mobile Worker Incremental Productivity Gain

| Ref. | Metric | Calculation | Year 1 | Year 2 | Year 3 | Total |
|------|--------|-------------|--------|--------|--------|-------|
| S1 | Number of mobile workers | P1 | 300 | 300 | 300 | |
| S2 | Additional productivity gain - minutes per week | | 30 | 60 | 60 | |
| S3 | Work weeks per year | R6 | 48 | 48 | 48 | |
| S4 | Average hourly fully burdened cost (mobile worker) | A2/2,000 hours | $53.13 | $53.13 | $53.13 | |
| S5 | Total potential productivity gain | (S1*S2*S3*S4)/60 minutes | $382,500 | $765,000 | $765,000 | |
| S6 | Percent captured | | 50% | 50% | 50% | |
| St | Mobile worker incremental productivity gain | S5*S6 | $191,250 | $382,500 | $382,500 | $956,250 |

Source: Forrester Research, Inc.

*Total Quantified Benefits*

Table 22 below summarizes the total quantified benefits the composite organization realized by implementing Microsoft Office 365.

**Table 22**
Total Quantified Benefits (Non-Risk-Adjusted)

| Ref. | Benefits | Year 1 | Year 2 | Year 3 | Total |
|------|----------|--------|--------|--------|-------|
| It | Eliminated hardware | $161,400 | $22,400 | $33,400 | **$217,200** |
| Jt | Eliminated third party software | $19,200 | $13,200 | $13,200 | **$45,600** |
| Kt | Web conferencing savings | $30,000 | $60,000 | $60,000 | **$150,000** |
| Lt | Teleconferencing savings | $14,400 | $28,800 | $28,800 | **$72,000** |
| Mt | EA licenses substituted with Office 365 subscription | | $238,171 | $238,171 | **$476,342** |
| Nt | Avoided on premises implementation labor | $63,636 | | | **$63,636** |
| Ot | Reduced IT support effort | $105,000 | $210,000 | $210,000 | **$525,000** |
| Pt | Reduced travel | $198,750 | $397,500 | $397,500 | **$993,750** |
| Rt | Knowledge worker productivity gain | $660,000 | $1,860,000 | $1,860,000 | **$4,380,000** |
| St | Mobile worker incremental productivity gain | $191,250 | $382,500 | $382,500 | **$956,250** |
| | **Total** | **$1,443,636** | **$3,212,571** | **$3,223,571** | **$7,879,778** |

Source: Forrester Research, Inc.

*Qualitative Benefits*

***Improved/Latest Functionality And Ease Of Upgrade***

Office 365 provides a simple way to provide users with the latest functionality with very little effort. All updates and new features are included in the subscription cost. They can be rolled out to some or all users through automated provisioning. The interviewed customers provided some specific examples of how they will take advantage of new features and functionality and how this process will be simplified.

- "It will be easier to migrate to newer of versions. Microsoft does most of the migration work for you. You just need to make sure it works in your business processes."

- "We will get everything sooner and be able to stay on the latest versions."

- "When Microsoft upgrades, we get the latest and greatest without paying extra to build it out. And Microsoft is doing integration testing between the various Office 365 components and ensuring backward compatibility."

- "The additional features and functionality we will get through Office 365 are very valuable, especially compared to the older version of online SharePoint and OCS."

- "People are excited about possibilities with Lync. We do not have any online meeting tools now. I can see may new ways users will communicate with each other."

### Better User Experience

End users should have improved experiences with Office 365 compared with a typical on premises installation. Examples provided by the interviewees include:

- Mailboxes increased to 25 GB.

- Better remote access allowing them to work from home.

- Less downtime and faster resolution of some access problems.

- Easier collaboration with customers and other third parties.

### Improved IT Security

Some large enterprises are able to provide world-class IT security. In these cases, security with Office 365 should be just as good. For many companies, it is hard to keep on top of all the security challenges, and these organizations should see improved IT security. Some of the reasons for improved IT given by the companies interviewed include:

- "The infrastructure security provided by Microsoft is better than we could put in ourselves, especially in the areas of encryption and authentication."

- "Data security will be much better since all files will be stored centrally instead of on local drives."

- "We will have improved granularity and control of security settings compared to some of our current in-house solutions and BPOS."

- "We will still have to manage our own firewalls, but email and SharePoint security is all filtered by Exchange. This will reduce security issues by 98%."

- "We will not have to worry about having the latest patches in place."

- "From a security perspective, this is a no-brainer for us. Especially for small, satellite offices."

### Improved Archiving And Compliance

Office 365 will provide great benefits in the areas of archiving and compliance because of larger mailboxes and shared data stores, as well as features like legal hold and Web-based e-discovery that have been added to Exchange Online. The time required to fulfil compliance and discovery research obligations should be reduced. There is a hard benefit associated with these solutions that is not included in the ROI analysis.

Readers should take this potential cost avoidance into consideration when determining the full financial impact on their organizations.

- "Our current policy is we retain everything forever. The plan is to use SharePoint for document management in order to improve archiving and data retention. This is still a couple of years away, but it will free up storage in the future."

- "We are moving more to electronic storage in SharePoint. This is one of the main reasons we are moving to Office 365. Users are scanning and storing more, which will improve our archiving."

- "Discovery can be very painful. There are a lot of nice features in Office 365 to help with this."

- "At a minimum, it will force us to think about archiving policy. It will differ by country and customer, which can be very complicated."

- "We are putting in place new data retention policy for email for email. Archiving will only be allowed within Office 365; no more PST archiving."

- "For the IT department, I don't have to get my team to do research for compliance and discovery. Legal can directly access the Office 365 document stores. I estimate we spend 250 hours per year on these efforts."

- "We get audited three times a year, and this will make it easier."

### Improved Availability And Disaster Recovery

Microsoft's infrastructure for Office 365 will be better, in terms of reliability and availability, than what many companies could reasonably afford to build out in-house. Full geographic redundancy is one area that would be especially difficult to replicate. For many of the companies interviewed, this was a major selling point. The quantitative portion of this study includes a limited disaster recovery capability that does not come close to meeting the full capabilities of Office 365. Below are some statements heard on the value of the Office 365 high availability and disaster recovery capabilities:

- "Availability should be better when it is outsourced to Microsoft. Their geospatial failover protection is something we would not be able to do in-house. The reliability and SLA is important."

- "Availability will absolutely be better. We have several outages a year. I can sleep better at night knowing that if there was a problem with the email server, Microsoft will take care of it — probably before I am even aware of it."

- "Multiple data centers are great. The 99.9% uptime SLA is important because my internal customers want email to up all the time."

- "Microsoft has dual location infrastructure that companies like ours can't fully create. We will now have a hot spare instead of disaster recovery location that we test once a year. This is critical because I consider email the most used application and central to work."

- "Microsoft provides a highly resilient failover capability that we don't have now. This will result in better recovery times."

***Enabled mixed on premises/cloud hybrid solutions***

Office 365 allows for hybrid solutions to be deployed in which components, i.e. Exchange, can be hosted on premises, in the cloud, or in rich coexistence. This was viewed as very valuable by several of the interviewed companies because it gives them the ability to maintain highly customized applications, typically SharePoint, and to support different user groups based on local requirements. Readers should consider which Office 365 components might continue to be hosted on premises or in a coexistence model. Some statements heard from the interviewees include:

- "The ability to handle a hybrid model is very important to us. We will have on premises and cloud solutions running in tandem."

- "We are looking at a hybrid model with online and remote versions of the Office 365 solution components running side by side. This will allow tighter integration with our SharePoint applications."

- "The ability to integrate regardless of where mailboxes are located is very important. This will change, depending on if an employee is in the office or on the road."

## Flexibility

Flexibility, as defined by TEI, represents an investment in additional capacity or capability that could be turned into business benefit for some future additional investment. This provides an organization with the "right" or the ability to engage in future initiatives but not the obligation to do so. There are multiple scenarios in which a customer might choose to implement Office 365 and later realize additional uses and business opportunities. Flexibility would also be quantified when evaluated as part of a specific project (described in more detail in Appendix B).

Office 365 creates inherently more flexible organizations both in terms of structure and business processes. Organizationally, outsourced infrastructure enables greater scalability, ability to reorganize, and the ability to work from remote locations. Business processes are more flexible because collaboration is made easier and workflows are not set in stone. Interviewees were quite vocal regarding the way in which their organizations will see improved flexibility.

- "We will have the flexibility to accommodate reorganization efforts."

- "Faster integration of acquisitions will now be possible."

- "Office 365 makes us more agile. We are in a business where our capability to rapidly integrate a company after an acquisition is important. Outsourced infrastructure will help with this. We just pay for more seats and can onboard new employees as soon as they exist in the directory."

- "We can scale much faster than if we had to build out more infrastructure in-house."

- "Collaboration allows things to get done faster."

- "We can more easily add new features in the future when the business needs them. Additionally, we can give these features to a subset of users only. This will save money compared to traditional licenses."

- "In the next five years, there will be a revolution in how we work. Remote working will benefit everyone and may result in lower heating and real estate costs."

- "The world is now our office. We are not hindered by location. There is a real opportunity for remote working and reduced commuter time. In fact, I am working from home today. Office 365 is a godsend."

Because Office 365 can be run in rich coexistence, it gives organizations the flexibility to migrate users over a longer period of time or to keep some users permanently in a hybrid, on premises solution. This can be very valuable in larger organizations with many users to move.

None of the flexibility benefits were included in the ROI analysis.

## Risk

Forrester defines two types of risk associated with this analysis: implementation risk and impact risk. "Implementation risk" is the risk that a proposed investment in Office 365 may deviate from the original or expected requirements, resulting in higher costs than anticipated. "Impact risk" refers to the risk that the business or technology needs of the organization may not be met by the investment in Office 365 resulting in lower overall total benefits. The greater the uncertainty, the wider the potential range of outcomes for cost and benefit estimates.

Quantitatively capturing investment and impact risk by directly adjusting the financial estimates results in more meaningful and accurate estimates and a more accurate projection of the ROI. In general, risks affect costs by raising the original estimates, and they affect benefits by reducing the original estimates. The risk-adjusted numbers should be taken as "realistic" expectations, as they represent the expected values considering risk.

The following implementation risks that affect costs are identified as part of this analysis:

- Initial implementation timelines can be longer for larger organizations or ones that are migrating from non-Microsoft solutions.

- Microsoft license and subscription costs can be significantly higher if an EA and Software Assurance agreements are not already in place.

The following impact risks that affect benefits are identified as part of the analysis:

- Eliminated costs such as implementation labor, hardware, and software may not be fully realized if only a subset of users is moved to the cloud solution. The cost of maintaining an in-house infrastructure will not be entirely removed.

- Productivity savings unique to Office 365 may not exist if there are very few mobile workers. However, the general productivity benefits associated with integrating the 2010 solutions — Exchange, Lync, SharePoint, and Office Professional — will all still apply.

There are four risks not associated with the ROI analysis that are unique to the Office 365 solution.

1. The first is allowing sensitive data to reside outside of the organization. While this was mentioned by a couple of interviewees, they felt that the risk of a data breach would actually be less in a Microsoft data center than in their own.

2. The second risk is associated with giving up some level of control in terms of configuration and rollout schedules of the Microsoft solution. It was said that this risk is the same as with any

Forrester Consulting

The Total Economic Impact Of Microsoft Office 365 – Enterprise Customers

outsourcing opportunity, and the key to addressing this is having a clear channel of communication with the outsourcing vendor.

3. The third risk is Microsoft's service going down. While Microsoft has designed their solution and provides a 99.9% uptime SLA, there is always the risk that Microsoft could experience a data center outage or some other type of service glitch. This risk of the service going down is, in most cases, less than for an on premises solution. Additionally, if Microsoft does not meet an SLA, the customer will be entitled to a service credit.

4. Lastly, there is the risk a company's connection to the Internet goes down. While this is unlikely to occur, it is something that should be taken into consideration. One interviewee said, "The risk of this is not great enough to deter us from going with Office 365." Additionally, this risk can be mitigated by using SharePoint Workspaces (previously called Groove) which allows users to work in an offline mode and sync document changes when the internet becomes available.

Table 23 shows the values used to adjust for risk and uncertainty in the cost and benefit estimates. The TEI model uses a triangular distribution method to calculate risk-adjusted values. To construct the distribution, it is necessary to first estimate the low, most likely, and high values that could occur within the current environment. The risk-adjusted value is the mean of the distribution of those points. Readers are urged to apply their own risk ranges based on their own degree of confidence in the cost and benefit estimates.

**Table 23**

Cost And Benefit Risk Adjustments

| Costs | Low | Most likely | High | Mean |
|---|---|---|---|---|
| Initial planning and pilot labor costs (medium risk) | 100% | 100% | 115% | 105% |
| Implementation/migration labor costs (medium risk) | 100% | 100% | 115% | 105% |
| Hardware costs (low risk) | 98% | 100% | 105% | 101% |
| Microsoft subscription and license costs (low risk) | 98% | 100% | 105% | 101% |
| Training (medium risk) | 100% | 100% | 115% | 105% |
| Ongoing administration (low risk) | 98% | 100% | 105% | 101% |
| Additional bandwidth (medium risk) | 100% | 100% | 115% | 105% |
| **Benefits** | **Low** | **Most likely** | **High** | **Mean** |
| Eliminated hardware (low risk) | 90% | 100% | 105% | 98% |
| Eliminated third party software (medium risk) | 80% | 100% | 103% | 94% |
| Web conferencing savings (medium risk) | 80% | 100% | 103% | 94% |
| Teleconferencing savings (medium risk) | 80% | 100% | 103% | 94% |
| EA licenses substituted with Office 365 (low risk) | 90% | 100% | 105% | 98% |
| Avoided on premises implementation labor (low risk) | 90% | 100% | 105% | 98% |
| Reduced IT support effort (medium risk) | 80% | 100% | 103% | 94% |
| Reduced travel (medium risk) | 80% | 100% | 103% | 94% |
| Knowledge worker productivity gain (high risk) | 50% | 100% | 100% | 83% |
| Mobile worker incremental productivity gain (medium risk) | 80% | 100% | 103% | 94% |

Source: Forrester Research, Inc.

## Financial Summary

The financial results calculated in the Costs and Benefits sections can be used to determine the ROI, IRR, NPV, and payback period for the organization's investment in Microsoft Office 365. These are shown in Table 24 below.

**Table 24**
Cash Flow — Non-Risk-Adjusted

| Cash flow — original estimates | | | | | | |
|---|---|---|---|---|---|---|
| | **Initial** | **Year 1** | **Year 2** | **Year 3** | **Total** | **PV** |
| Costs | ($250,189) | ($365,571) | ($470,400) | ($470,400) | ($1,556,560) | ($1,286,413) |
| Benefits | | $1,443,636 | $3,212,571 | $3,223,571 | $7,879,778 | $6,144,477 |
| Net benefits | ($250,189) | $1,078,065 | $2,742,171 | $2,753,171 | $6,323,218 | $4,858,064 |
| ROI | 378% | | | | | |
| IRR | 532% | | | | | |
| Payback period | 3 months | | | | | |

Source: Forrester Research, Inc.

Table 25 below shows the risk-adjusted ROI, IRR, NPV, and payback period values. These values are determined by applying the risk-adjustment values from Table 23 in the Risk section to the cost and benefits numbers in Tables 10 and 20.

**Table 25**
Cash Flow — Risk-Adjusted

| Cash flow — risk-adjusted estimates | | | | | | |
|---|---|---|---|---|---|---|
| | **Initial** | **Year 1** | **Year 2** | **Year 3** | **Total** | **PV** |
| Costs | ($258,566) | ($370,027) | ($475,904) | ($475,904) | ($1,580,401) | ($1,307,074) |
| Benefits | | $1,293,420 | $2,825,640 | $2,836,420 | $6,955,479 | $5,426,329 |
| Net benefits | ($258,566) | $923,393 | $2,349,736 | $2,360,516 | $5,375,078 | $4,119,255 |
| ROI | 315% | | | | | |
| IRR | 452% | | | | | |
| Payback period | 4 months | | | | | |

Source: Forrester Research, Inc.

The Total Economic Impact Of Microsoft Office 365 – Enterprise Customers

**Figure 3**

Composite Organization Three-Year Risk-Adjusted Cumulative Cash Flow



Source: Forrester Research, Inc.

# Microsoft Office 365: Overview

Microsoft provided the following description of Office 365.

### Office 365 High-Level Description

Microsoft Office 365 brings together cloud versions of communications and collaboration products with the latest version of desktop software and companion web applications. Office 365 is designed to meet the needs of organizations of all sizes — from independent professionals to small, midsize and large businesses and from government agencies to educational institutions.

Office 365 is collaboration for everyone. Office 365 has Office at the core which is the heart of collaboration, and is known and recognized for ease of use, familiarity, productivity. Office 365 is a cloud service provided and backed by Microsoft, and some of the best partners in the world.

### Office 365 For Enterprises (Plans E1-E4) — For Organizations With Internal IT Or Partner IT

Microsoft Office 365 takes the industry's most recognized set of productivity and collaboration tools and delivers them as a subscription service. With our cloud services, your organization can lower overall costs and deliver the right set of tools for the right users, all with appropriate layers of security and compliance. Microsoft is a trusted provider — millions of customers use the Microsoft Business Productivity Online Services suite today. And, Office 365 includes a financially-backed service-level agreement, allowing you to feel confident that you chose the best cloud solution.

### Office Professional Plus

Microsoft Office Professional Plus (available in select Microsoft Office 365 service plans) delivers Microsoft Office as a flexible, pay-as-you-go service—a complete, enterprise-class Office experience for organizations of all sizes. Microsoft Office Professional Plus provides the latest version of the Office desktop applications and the Office Web Apps, seamlessly connected and delivered with cloud services, to access your documents, email, and calendars from most devices.

Features:

- Manage the inbox and calendar with Conversation View and other advanced management tools in Microsoft Outlook.

- Leverage the power of business and social networking within Outlook with the Outlook Social Connector.

- Collaborate with control and confidence with real-time co-authoring.

- Instantly share slideshows across town or around the world with Microsoft PowerPoint Broadcast Slide Show.

- Create enhanced presentations using new video and photo editing tools in PowerPoint.

- Work from virtually any place and on any device with Office Web Apps.

### Exchange Online

Microsoft Exchange Online is a full-featured email, calendar, and contacts solution delivered as a service hosted by Microsoft. Built on the same technologies as Microsoft Exchange Server, Exchange Online provides end users with a familiar experience across PCs, the Web and mobile devices, while giving IT administrators Web-based tools for managing their online deployment.

Exchange Online provides the core features of Exchange Server, including:

- Large mailboxes: Each user gets 25 GB of mailbox storage standard and the ability to send attachments up to 25 MB in size.

- Antivirus/anti-spam: Forefront Online Protection for Exchange is included, providing multiple filters and virus-scanning engines to help protect your organization from spam, viruses, and phishing scams.

- Web-based access: For web-client access, Outlook Web App provides a premium browser-based experience that matches the look and feel of the full Outlook client.

- Mobility: Mobile access is available from all phones capable of receiving email, including Windows Phone, iPhone, Android, Palm, and Nokia and Blackberry devices.

- Shared calendar and contacts: Users can compare calendars to schedule meetings with Exchange Online and have access to collaboration features like shared calendars, groups, global address list, external contacts, tasks, conference rooms, and delegation.

### SharePoint Online

Microsoft SharePoint Online brings together the familiar Microsoft SharePoint Server technology now delivered as an online service. SharePoint Online helps businesses create sites to share documents and insights with colleagues, partners, and customers.

Features

- Manage and share personal documents and insights with colleagues by using MySites.

- Keep teams in sync with shared document libraries, task lists, and calendars with Team Sites.

- Stay up to date on company news, events, and business updates with Intranet Sites.

- Create Microsoft Office documents and save them directly to SharePoint Online.

- A single console for service provisioning, monitoring, and reporting to simplify management.

- Protect sensitive content with document-level permissions.

- Access important documents offline by using SharePoint Workspace.

- Enable real-time communication with colleagues from within SharePoint Online.

### Lync Online

Microsoft Lync Online is a next-generation cloud communications service that connects people in new ways, anytime, from virtually anywhere. Lync Online provides intuitive communications capabilities with presence,

Forrester Consulting

The Total Economic Impact Of Microsoft Office 365 – Enterprise Customers

instant messaging, audio/video calling, and a rich online meeting experience with PC-audio, video, and web conferencing.

Lync Online enables IT administrators to reduce investment in IT infrastructure and to stay in control of end-users permissions and policies.

Features

- Connect with others through instant messaging (IM), video calls, Lync contact photos, activity update feed, and interactive contact card in Microsoft Office.

- Conduct online presentations to customers and colleagues including audio, video, screen sharing, and a virtual whiteboard.

- Invite external contacts to easily join online meetings through a native or web-based client.

- Communicate with external organizations running Lync by using IM, audio, and video through Lync federation.

- Connect with Windows Live Messenger contacts by using IM, audio, and video calls directly from Lync.

- View presence status and click to communicate from within Microsoft Outlook, SharePoint, and other Office applications.

### *On-premises Microsoft Lync Server for full enterprise voice (not included in the TEI Study)*

Organizations that want to leverage the full benefits of Microsoft Unified Communications can purchase and deploy Microsoft Lync Server 2010 on their premises as part of Microsoft Office 365. Lync Server 2010 on-premises delivers full enterprise voice and premises-based, dial-in audio conferencing, enabling customers to reduce costs and increase productivity by replacing or enhancing traditional PBX systems. This deployment option requires that all Lync workloads (instant messaging, meetings, and voice) be deployed on-premises. Lync Server 2010 on-premises interoperates with Exchange Online and SharePoint Online, allowing customers to choose how to move to the cloud.

The Total Economic Impact Of Microsoft Office 365 – Enterprise Customers

## Appendix A: Composite Organization Description

Based on interviews with 10 enterprise customers currently in beta with Office 365, Forrester constructed a composite organization that encompasses characteristics heard across the interviews. Forrester then created a TEI financial framework and an associated ROI analysis for this composite company. By aggregating the findings from the customer interviews and portraying a composite organization that has benefited from replacing their on premises deployment of the 2003 version of various Microsoft solutions with Microsoft Office 365, this Forrester study illustrates the financial impact of using Microsoft Office 365 for a typical enterprise customer.

Forrester named the composite organization Sigma Safety Systems. Sigma is a tier-two supplier to the aircraft industry, providing a range of flight safety systems. The company manufactures, sells, and distributes its products. Headquartered in Oklahoma, the majority of operations are in the US, with a small but quickly expanding business in Europe. There are a total of 3,500 employees — 1,000 knowledge workers and 2,500 manufacturing employees. Of the knowledge workers, 800 are spread across six offices in the US. Two hundred of them work out of three European offices. Across the organization, there are 200 sales and consulting employees who would be considered "road warriors," mobile workers spending the majority of their time traveling to customer sites.

All 1,000 knowledge workers are being migrated to the Office 365 E3 solution set — Exchange, Lync, SharePoint, and Office Professional Plus. Previously, all users were on Exchange 2003 and Office Professional 2003. There was a very limited deployment of SharePoint 2003, and no one was using Lync/OCS. The implementation of the previous solution took place in 2005.

Sigma decided that it was time to upgrade the 2003 versions of Exchange and Office Professional to take advantage of new features, and that the company would benefit from adding Lync and SharePoint. Reducing costs and administrative effort led the IT organization to compare implementing the 2010 solution set on premises versus using Office 365 cloud services. In the end, the company decided to go with Office 365, with all documents, mailboxes, and administrative tools in the cloud. The applications — i.e., Word, Outlook, SharePoint, etc. — are installed on users' computers. This study explores the reasons Sigma decided to deploy Office 365 instead of the equivalent on premises solution.

## Appendix B: Total Economic Impact™ Overview

Total Economic Impact is a methodology developed by Forrester Research that enhances a company's technology decision-making processes and assists vendors in communicating the value proposition of their products and services to clients. The TEI methodology helps companies demonstrate, justify, and realize the tangible value of IT initiatives to both senior management and other key business stakeholders. The TEI methodology consists of four components to evaluate investment value: benefits, costs, risks, and flexibility.

*Benefits*

Benefits represent the value delivered to the user organization — IT and/or business units — by the proposed product or project. Often product or project justification exercises focus just on IT cost and cost reduction, leaving little room to analyze the effect of the technology on the entire organization. The TEI methodology and the resulting financial model place equal weight on the measure of benefits and the measure of costs, allowing for a full examination of the effect of the technology on the entire organization. Calculation of benefit estimates involves a clear dialogue with the user organization to understand the specific value that is created. In addition, Forrester also requires that there be a clear line of accountability established between the measurement and justification of benefit estimates after the project has been completed. This ensures that benefit estimates tie back directly to the bottom line.

*Costs*

Costs represent the investment necessary to capture the value, or benefits, of the proposed project. IT or the business units may incur costs in the form of fully burdened labor, subcontractors, or materials. Costs consider all the investments and expenses necessary to deliver the proposed value. In addition, the cost category within TEI captures any incremental costs over the existing environment for ongoing costs associated with the solution. All costs must be tied to the benefits that are created.

*Risk*

Risk measures the uncertainty of benefit and cost estimates contained within the investment. Uncertainty is measured in two ways: 1) the likelihood that the cost and benefit estimates will meet the original projections, and 2) the likelihood that the estimates will be measured and tracked over time. TEI applies a probability density function known as "triangular distribution" to the values entered. At minimum, three values are calculated to estimate the underlying range around each cost and benefit.

*Flexibility*

Within the TEI methodology, direct benefits represent one part of the investment value. While direct benefits can typically be the primary way to justify a project, Forrester believes that organizations should be able to measure the strategic value of an investment. Flexibility represents the value that can be obtained for some future additional investment building on top of the initial investment already made. For instance, an investment in an enterprisewide upgrade of an office productivity suite can potentially increase standardization (to increase efficiency) and reduce licensing costs. However, an embedded collaboration feature may translate to greater worker productivity if activated. The collaboration can only be used with additional investment in training at some future point in time. However, having the ability to capture that benefit has a present value that can be estimated. The flexibility component of TEI captures that value.

## Appendix C: Glossary

**Discount rate:** The interest rate used in cash flow analysis to take into account the time value of money. Although the Federal Reserve Bank sets a discount rate, companies often set a discount rate based on their business and investment environment. Forrester assumes a yearly discount rate of 10% for this analysis. Organizations typically use discount rates between 8% and 16% based on their current environment. Readers are urged to consult their respective organization to determine the most appropriate discount rate to use in their own environment.

**Net present value (NPV):** The present or current value of (discounted) future net cash flows given an interest rate (the discount rate). A positive project NPV normally indicates that the investment should be made, unless other projects have higher NPVs.

**Present value (PV):** The present or current value of (discounted) cost and benefit estimates given at an interest rate (the discount rate). The PV of costs and benefits feed into the total net present value of cash flows.

**Payback period:** The breakeven point for an investment. The point in time at which net benefits (benefits minus costs) equal initial investment or cost.

**Return on investment (ROI):** A measure of a project's expected return in percentage terms. ROI is calculated by dividing net benefits (benefits minus costs) by costs.

*A Note On Cash Flow Tables*

The following is a note on the cash flow tables used in this study (see the example table below). The initial investment column contains costs incurred at "time 0" or at the beginning of Year 1. Those costs are not discounted. All other cash flows in Years 1 through 3 are discounted using the discount rate (shown in Framework Assumptions section) at the end of the year. Present value (PV) calculations are calculated for each total cost and benefit estimate. Net present value (NPV) calculations are not calculated until the summary tables and are the sum of the initial investment and the discounted cash flows in each year.

**Table [Example]**
Example Table

| Ref. | Category | Calculation | Initial cost | Year 1 | Year 2 | Year 3 | Total |
|------|----------|-------------|--------------|--------|--------|--------|-------|
|      |          |             |              |        |        |        |       |

Source: Forrester Research, Inc.

## Appendix D: Considering This Study in Context with Other Recently Published TEI Studies

Microsoft has commissioned Forrester Research to conduct Total Economic Impact™ case studies to calculate the potential return on investment (ROI) for many of the company's desktop and server products and online services. Each study contains a detailed quantitative analysis based on interviews with multiple Microsoft customers that have been using one or more products. Forrester relies on the experience of these customers and their articulation of the costs, benefits, flexibility options and risks as they relate to those financial impacts.

The reader of these studies should be careful in drawing conclusions about comparative value solely based on the ROI metric calculated by Forrester. ROI is a metric that will vary by size and type of organization as well as use cases of a given product. As a result, comparing the anticipated ROIs across studies without the full context of the assumptions behind the ROIs will not result in a fair comparison. When reviewing multiple Forrester TEI case studies we recommend you take the following into consideration:

- Each study bases its findings on a different set of customer organizations, of varied sizes and different industries.

- The "composite" organization that Forrester synthesizes based on the interviews conducted for each study vary by size, industry and use case, from 150 users to more than 5,000.

- Customers' deployments of Microsoft products vary in extent; at the time of the study many are still testing prior to full-scale deployment.

- Differences in the product features, functionality and their use cases (Lync Server 2010 versus Lync Online as part of Office 365, for example), will produce different cost, benefit and ROI calculations.

***

*The Total Economic Impact ™ Of Microsoft Exchange 2010 Online*
*Prepared for Microsoft Corporation, July 2011 by Amit Diddee*

*"Forrester's in-depth interviews with Microsoft Exchange Online's customers yielded several important observations. Based on information collected in interviews with current Microsoft Exchange Online customers, Forrester found that organizations can realize benefits in the form of cost avoidance of storage, IT labor savings, cost avoidance of Microsoft Exchange and Windows server, enhanced message filtering, cost avoidance of providing mobile access to BlackBerry users, savings in backup systems and staff, and cost effective scalability.*

*Based on these findings, companies looking to implement Microsoft Exchange Online can see cost savings and productivity benefits. Using the TEI framework, many companies may find the potential for a compelling business case to make such an investment."*

*The Total Economic Impact TM Of Microsoft Forefront Endpoint Protection (FEP) 2010*
*Prepared for Microsoft Corporation, May 2011 by Michael Speyer*

*"The interviewed companies experienced the following economically quantifiable benefits:*

     o   *Reduced labor effort for remediating malware infections.*

- o   *Reduced labor effort for investigating malware alerts.*

- o   *Reduced labor effort for desktop administration.*

- o   *Cost avoided for license fees associated with retired third party antimalware software.*

*The labor savings for investigating and remediating malware infections arises from fewer malware incidents and reduced effort needed for remediation. We note that there are additional benefits that we have not quantified such as reduced exposure of sensitive date, disruption to business processes or data theft. Cumulatively, these represent a reduction in enterprise risk.”*

### The Total Economic Impact ™ Of Microsoft Lync Server 2010
### Prepared for Microsoft Corporation, November 2010 by Jeffrey North

*“Forrester’s in-depth interviews with Microsoft Lync Server 2010 customers yielded important observations on the business value of the Lync 201 investment. Forrester found that organizations can realize benefits in the form of:*

- o   *Replacing PBX telephone systems with Lync Server 2010 software.*

- o   *Cost reductions for Web- and teleconferencing charges.*

- o   *IT and help desk labor cost savings.*

- o   *Enhanced individual and workgroup productivity.*

- o   *Travel cost savings.*

*Further, although not quantified for this case study, Forrester recommends that prospective Lync Server 2010 implementers examine potential future options for these categories as well:*

- o   *Embedding enhanced communications into line-of-business applications, changing the way these tools serve the enterprise.*

- o   *Extending unified communication beyond the enterprise, to partners, customers, and suppliers, through federation.*

- o   *Extending rich presence, audio conferencing, and access to multiple communication capabilities to mobile workers.*

*Forrester believes that Lync Server 2010 offers the promise of significant competitive advantage in making employee, customer, and supplier/partner relationships stronger for firms that adopt these collaboration technologies.”*

### The Total Economic Impact ™ Of Microsoft Office SharePoint 2010
### Prepared for Microsoft Corporation, March 2010 by Jeffrey North

*“In conducting the interviews with Microsoft customers, Forrester found that organizations can achieve significant financial benefits from consolidating collaboration, document management, internal and external portal software, and search onto SharePoint Server 2010. The new capabilities of SharePoint*

*2010 can encompass line of business applications – accounting and finance, business intelligence, and other complex workloads for some customer organizations, allowing organizations to reduce the number of vendors and achieve lower software license and maintenance costs. Additional benefits can be accrued from lower IT administration and simplified application development by upgrading SharePoint 2003 and 2007 environments to SharePoint Server 2010.*

*The study also uncovered benefits of improved collaboration and information worker productivity and indications of even stronger collaboration in the future as customer organizations take advantage of new capabilities in SharePoint Server 2010."*

### The Total Economic Impact ™ Of Microsoft Office 2010
### Prepared for Microsoft Corporation, May 2010 by Bob Cormier

*"In conducting the interviews with Microsoft customers, Forrester found that the composite Organization can achieve significant <u>risk-adjusted</u> benefits in the following areas (see Benefits section for more details):*

  o   *Coauthoring productivity benefits in a sales and business development group.*

  o   *OneNote productivity benefits for 40 discrete project teams.*

  o   *Elimination of 3rd party photo/video editing tool.*

  o   *Benefits associated with "can't live without" features of Office 2010 in productivity benefits associated with the aggregate use of the following Office 2010 features/functionality: Microsoft Office Backstage view, Enhanced Ribbon across Office 2010 applications, Microsoft's Protected View feature, Paste/Preview, Conversation View, Quick Steps feature, Calendar Preview and Sparklines and Slicers (Excel 2010)."*

### The Total Economic Impact ™ Of Implementing Microsoft's Productivity Platform
### Prepared for Microsoft Corporation, May 2010 by Michelle Bishop

*"The focus of this study was organizations that have implemented multi-product solutions based upon Microsoft's latest Office productivity-related offerings, often in conjunction with a Windows Server 2008 R2-based infrastructure. Forrester found that these organizations achieved additional "better together" benefits of integrating the products for end users and for IT administrators. In particular, we found that the composite organization, based on the companies we interviewed collectively, could achieve:*

*Improved Productivity and Collaboration*

- *Improvements in workforce productivity, resulting in savings, on average, of 82.33 hours per year or 3.96% of time per employee per day for the composite organization. Productivity gains were due to:*

  1.  *Less switching between applications as collaboration features among the different products are more integrated and work better together.*

  2.  *Direct and efficient access to team members' availability through Presence that accelerates connecting to the person that can help.*

3.  *Improved ease of finding and accessing topic and skills-based expertise and knowledge through SharePoint MySites, Active Directory, and better search capabilities.*

4.  *Less time searching and managing documents and email due to improved search and better email management features.*

5.  *Faster application use and higher feature use due to the consistency of the Ribbon User Interface (UI) interface across all applications.*

6.  *Improved reporting - incorporating, analyzing, and sharing of data - for business intelligence (BI) users.*

- *Improved collaboration process via improvements like the document coauthoring feature for distributed teams, such as sales, clinical trial teams, or professional service.*

*Cost Savings*

- *Cost savings from replacing legacy business intelligence (BI) solutions and lessening demand for expensive developer resources due to functionality available in SharePoint 2010 and Excel 2010.*

- *Reduced instances of travel resulting in cost savings from more integrated and seamless conferencing collaboration and communications experiences, as well as viewing and editing on different devices with Microsoft Office 2010 and SharePoint 2010.*

- *Conferencing and long-distance telecom costs avoided by utilizing features such as Voice over IP (VoIP), web/video and dial-in audio conferencing.*

- *IT administration savings through implementing a standardized environment, with common administration and management tools across SharePoint 2010, Exchange 2010 and Office Communications Server.*

- *Reduction in email storage costs).*

- *Reduction in training costs primarily driven by a consistent user interface across applications.*

*The study also identified possible areas of future benefits as customer organizations take advantage of new capabilities in enterprise voice and the flexibility of implementing hosted or on-premises solutions of SharePoint."*

The Total Economic Impact Of Microsoft Office 365 – Enterprise Customers

# Appendix E: Endnotes

[i] Forrester risk-adjusts the summary financial metrics to take into account the potential uncertainty of the cost and benefit estimates.

[ii] $CO_2$ emission in air travel vary by length of flight ranging from .24KG $CO_2$ per passenger mile for short flights down to .18 KG $CO_2$ for long flights. Source: Emissions factor based on 2006 data collected in the United Kingdom available from The World Resource Institute.

# APPENDIX
# 123

Learn more about remote working, online schooling and community support during the COVID-19 outbreak

 Microsoft | Stories   Our Company ∨   News and Stories ∨   Press Tools ∨       All Microsoft ∨   Search 🔍   Cart 🛒

# European educational organizations maximize student and faculty outcomes with Office 365

April 29, 2013 | Microsoft News Center



**REDMOND, Wash. — April 29, 2013 —** Cloud computing has the power to change the way students learn and staff teach, especially in rapidly transforming regions such as Central and Eastern Europe. To prepare students for a world based on technology, education institutions across the region, including School Center Skofja Loka (Slovenia), EDUCATIVA (Romania), TEI Kalamata (Greece), Kozminski University (Poland), University of Maribor, Faculty of Economics and Business (Slovenia), and Vaikystes Sodas (Lithuania), are adopting Microsoft Office 365 to serve a variety of their cloud-computing needs for students and staff alike. Goals met through their focus on technology include the following:

· Improved communication. Office 365 enables students and staff to communicate across time zones and countries with the click of a mouse. As more and more young people become accustomed to real-time communication and "always-on" technologies, Central and Eastern Europe schools are using Microsoft Lync Online to enrich their learning environments and student outcomes.

· Increased productivity. Office 365 helps schools eliminate inefficiencies in email management with Microsoft Exchange Online and improve knowledge-sharing, internal collaboration and document management with Microsoft SharePoint Online.

· Cost benefits without compromise. Office 365 enables IT departments to spend more resources focusing on mission-critical projects instead of performing costly maintenance. Since Office 365 offers the rich capabilities and familiar experience of Office as a cloud service that's backed by Microsoft, IT administrators aren't forced to compromise on privacy or security.

"Technology is a powerful engine of economic growth and competitiveness, enabling innovation that creates new companies, industries, opportunities and jobs around the world," said Don Grantham, president for the CEE region at Microsoft. "We are honored to work with so many educational institutions, helping them to use technology to improve student outcomes as well as address their staff and faculty IT needs through enhanced collaboration, communications and productivity."

### School Center Skofja Loka Streamlines Management and Broadens Visibility

School Center Skofja Loka wanted to boost its visibility in the education field and find a solution for both students and staff that would be familiar, secured and cost-effective. Not only did Office 365 fill those requirements, it also provided the school with a streamlined way to manage its PCs and provide enhanced communication and collaboration among students and teachers. The school was also able to consolidate its global address list, which includes over 2,000 contacts.

### EDUCATIVA Boosts Efficiency

After implementing Office 365 and eliminating IT inefficiencies, employees at EDUCATIVA, a provider of specialty counseling and education services to students in Romania, were able to efficiently respond to more than 25,000 email requests for information about its products and services and provide educational counseling services to 3,200 students during the 2011–2012 academic year. With Office 365, each EDUCATIVA consultant can now support 600 students with counseling services at a time — twice as many as before.

"The integration between Exchange Online and our existing Microsoft Outlook client is seamless," said Bogdan Kochesch, business manager at EDUCATIVA. "Not only do we have a reliable email solution, we also have access to tools, like SharePoint, that help us manage documents, host our internal team sites, improve knowledge sharing and effectively organize internal collaboration."

### TEI Kalamata Upgrades Educational Services

Technological Educational Institute (TEI) of Kalamata is one of the first public higher-education institutions in Greece to use Office 365. With the technology, the institution can now devote more funds and resources to research and education, all while upgrading to a secured, more reliable communication and collaboration platform. Office 365 enables the IT department to better focus on mission-critical projects as well. This includes two European Union-funded projects that aim to provide digital services, ranging from personnel management to administrative task support for the entire academic community of TEI Kalamata.

Students were familiar with the Office suite before the Office 365 deployment, which paved the way for an easy transition. Now, Office 365 has become an integral part of how students and academic staff communicate about homework assignments and other related activities.

### Kozminski University Realizes Long-Term Vision

Kozminski University has a long-term vision for the development of and cooperation with its graduates. Office 365 has enabled the university to provide students with more secured email accounts that stay with them after graduation, which helps maintain their connection with the university. The ability for current students to consult with both lecturers and other students alike regardless of location via instant messaging and video calling with Lync Online extends that vision even further.

### University of Maribor Increases Collaboration

The University of Maribor, Faculty of Economics and Business, implemented Office 365 to increase communication and collaboration between its nearly 4,000 students and professors. In addition, Office 365 provides a consolidated solution that is cost-effective and has the potential to scale as the faculty continues to grow.

"Office 365 has provided all of our students and professors with centralized tools to effectively communicate and collaborate, and they are using it for a variety of tasks," said Dr. Samo Bobek, dean at Faculty of Economics and Business. "Conferencing, open office hours, calendars, document sharing and email notifications to students are just some of the benefits we've already taken advantage of."

### Vaikystes Sodas Improves Communication

Good communication between educators and the families of children attending Vaikystes Sodas, a kindergarten alternative in Lithuania, is critical to providing quality services to their youth. The school chose Office 365 to help streamline the management of its internal documents and the school's intranet to generate strong communication between teachers and parents.

"Parents of preschoolers need to know that their children spend their days safely and purposefully all while having fun," said Austeja Landsbergiene, Ph.D., founder and director of Vaikystes Sodas. "The involvement of parents in the education process can only be ensured through daily communication, liaison and information sharing. The possibility to find all the information that they need, and to check it virtually anywhere, anytime on a computer, cellphone or tablet, will allow parents to be significantly more involved."

More information about how organizations are turning to Microsoft technology is available on the Microsoft European Spotlight newsroom.

Founded in 1975, Microsoft (Nasdaq "MSFT") is the worldwide leader in software, services and solutions that help people and businesses realize their full potential.

*Note to editors:* For more information, news and perspectives from Microsoft, please visit the Microsoft News Center at http://www.microsoft.com/news. Web links, telephone numbers and titles were correct at time of publication, but may have changed. For additional assistance, journalists and analysts may contact Microsoft's Rapid Response Team or other appropriate contacts listed at http://www.microsoft.com/news/contactpr.mspx.

## Related Posts

Open Data Campaign: exploring the power of open data ›

How Microsoft Premonition can help in the global fight against disease outbreaks ›

Shell, Microsoft find common ground in drive to reduce CO2 emissions ›

How HoloLens 2 is helping build NASA's Orion spacecraft ›

Shell and Microsoft form alliance to help address carbon emissions ›

Follow us: f 🐦 ᯤ     Share this page: f 🐦 in

What's new     Microsoft Store     Education     Enterprise     Developer     Company

| Surface Go 2 | Download Center | Office for students | | Windows Dev Center | About Microsoft |
| Surface Book 3 | Microsoft Store support | Office 365 for schools | | Developer Center | Company news |
| Microsoft 365 | Returns | Deals for students & parents | Government | Microsoft developer program | Privacy at Microsoft |
| Surface Pro X | Order tracking | Microsoft Azure in education | Healthcare | Channel 9 | Investors |
| Windows 10 apps | Virtual workshops and training | | Manufacturing | Office Dev Center | Diversity and inclusion |
| | Microsoft Store Promise | | Financial services | Microsoft Garage | Accessibility |
| | | | Retail | | Security |

Sitemap    Contact Microsoft    Privacy & cookies    Terms of use    Trademarks    Safety & eco    About our ads    © Microsoft 2020

# APPENDIX
# 124

https://www.google.com/search?source=hp&ei=RURqX-yXE6yx5wL3hoKIBg&q=%22gartner%22+site%3Amicrosoft.com&oq=%22gartner%22+site%3Amicrosoft.com&gs_lcp=CgZwc3ktYWlQAzoICAAQsQMQgwE6BQgAELEDOg4ILnCxAxCDARDH    09/22/2020
ARCJoCCAA6EQguELEDEIMBEMcBEKMCEJMCOgUIABCSAzoLCC4QsQMQxwEQowI6CAguELEDEIMBOg4ILhCxAxDHARCjARCTAjoICC4QsQM6CAguELEDEJMCOggILhDHARCvAToECC4QCJoHCC4QCHCTAjoGCAAQFhAeUJwOWNg3YPY5aAFwAHgAgAFmiAHRESIBB0INDN1LjSYAQCgAQQqAQdnd3Mtd2l6&sclient=psy-ab&ved=0ahUKEwiszuqBtP3rAhWs2FkKHXeDAOEQ4dUDCA&uact=5



# APPENDIX
# 125



# Predictive Defense and Real-Time Insight

## The Next Step in Advanced Threat Protection for the Enterprise.

*"Enterprises are overly dependent on blocking and prevention mechanisms that are decreasingly effective against advanced attacks. Comprehensive protection requires an adaptive protection process integrating predictive, preventive, detective and response capabilities."*

*-- Neil MacDonald and Peter Firstbrook, Gartner*

As clearly evidenced by the daily headlines about security breaches, traditional defense tools are failing to protect enterprises from advanced targeted attacks and new sophisticated forms of malware.

Researchers cited phish as the origin of 95% of targeted and APT-driven threats in the last year[i], and over 76% of IT security and operations staff have stated they'd been impacted by exploits or malware that had evaded their existing Intrusion Detection and Antivirus solutions[ii].

Gartner's conclusion: Organizations can't rely solely on traditional blocking gateways, but must invest in prevention, detection, response and predictive capabilities for complete protection.

**In this report:**

4
From the Gartner Files: Designing an Adaptive Security Architecture for Protection From Advanced Attacks

18
About Targeted Attack Protection

20
About Proofpoint, Inc.

[i]2013 Verizon Data Breach Investigations Report

[ii]Ponemon Institute study, "The State of Advanced Persistent Threats", Dec 2013

Featuring research from Gartner

**Gartner**

a modern, mobile workforce, Enterprise-owned and employee-owned devices must all also be

URLs in phish (20%) happens while the user is off the corporate network[iii].

business, and cannot be interrupted – so any successful solution must also be effectively transparent to the end user, and trigger only when a threat is conclusive.

But triggering only reactively – when a user has already clicked on a link and started to view a                                        fective. The multi-vector execution engines and dynamic malware analysis systems ("sandboxes") that do so must catch every inbound malware binary – a risky

polymorphic malware (malware that generates a different signature on every download).  Many such reactive solutions also can't intercept https connections, meaning malware is free to download and communicate data back out without fear of detection.

Effective protection demands predictive defense capability.  Proofpoint's Predictive Defense technology uses big-data analysis and advanced statistical modeling to proactively perform advanced dynamic malware analysis on potentially suspicious URLs and e-mail

click links or open attachments.

## Effective protection demands predictive defense capability.

But some attacks will always penetrate the defensive perimeter.  Which is why effective defenses acknowledge and plan for that inevitability, providing a responsive capability – ideally one with real-time, actionable intelligence, so that IT may act in a timely and effective way. Proofpoint's Targeted Attack Protection solution's real-time dashboard and "follow-me" protection provide an ongoing view into and defense against these attacks, identifying by name exactly which users clicked, what they clicked on, the forensics of the exploit, and more.

This combination of reduced time-to-detection and end-to-end insight and protection enables proactive protection of an organization's users, minimizing computer compromises within the enterprise, and reducing incident response time, effort, and costs.

Evaluating Proofpoint's Targeted Attack Protection solution against Gartner's reccomendations clearly shows why Proofpoint is considered a leading solution in the marketplace.

[iii]proofpoint.com/humanfactor

| Gartner Research Criteria | Proofpoint Solution Functionality |
|---|---|
| **Predictive;** ability to anticipate new attack types | **Predictive Defense;** Proofpoint's Big Data driven prediction and real-time scoring engine utilizing a cloud-based statistical model to predict URL destinations likely to be malicious as part of an emerging attack. |
| **Detective;** capabili- | **Next-generation Detection;** Proofpoint's Dynamic Malware Analysis Service enables detection of sophisticated targeted attacks, including those using polymorphic and zero-day malware, malicious attachments, and other advanced exploits |
| **Preventive;** policies, products and processes to prevent an attack | **Follow-me Protection:** Proofpoint provides the URL re-writing of links within all suspicious emails to enable click-time protection via the URL Defense Service that is agnostic to browser, user device, and user location – on or off the network, local, mobile or global – to ensure continuous productive operations. |
| **Retrospective**; ability to investigate and remediate/ root cause analysis | **Threat Insight Service:** Proofpoint provides real-time visibility into threat<br><br>require investigation, and other critical security metrics |

For more information on Proofpoint's Targeted Attack Protection products, please visit proofpoint.com/tap – and read Gartner's research on **Designing an Adaptive Security Architecture for Protection From Advanced Attacks**, available in the following pages.

Source: Proofpoint

3

**proofpoint.**

**From the Gartner Files:**

# Designing an Adaptive Security Architecture for Protection From Advanced Attacks

Enterprises are overly dependent on blocking and prevention mechanisms that are decreasingly effective against advanced attacks. Comprehensive protection requires an adaptive protection process integrating predictive, preventive, detective and response capabilities.

## Key Challenges

- Existing blocking and prevention capabilities

  advanced attackers.

- Most organizations continue to overly invest in prevention-only strategies.
- Detective, preventive, response and predictive capabilities from vendors have been delivered in nonintegrated silos, increasing costs and decreasing their effectiveness.
- Information security doesn't have the continuous visibility it needs to detect advanced attacks.
- Because enterprise systems are under continuous attack and are continuously compromised, an ad hoc approach to "incident response" is the wrong mindset.

## Recommendations

Information security architects:

- Shift your security mindset from "incident response" to "continuous response," wherein systems are assumed to be compromised and require continuous monitoring and remediation.
- Adopt an adaptive security architecture for protection from advanced threats using Gartner's 12 critical capabilities as the framework.
- Spend less on prevention; invest in detection, response and predictive capabilities.
- Favor context-aware network, endpoint and application security protection platforms from vendors that provide and integrate prediction, prevention, detection and response capabilities.

- Develop a security operations center that supports continuous monitoring and is responsible for the continuous threat protection process.
- Architect for comprehensive, continuous monitoring at all layers of the IT stack:

  user behaviors and application transactions.

## Strategic Planning Assumptions

By 2020, 60% of enterprise information security budgets will be allocated to rapid detection and response approaches — up from less than 10% in 2014.

By 2020, 40% of enterprises will have established a security data warehouse — up from less than 5% in 2014.

By 2018, 80% of endpoint protection platforms will include user activity monitoring and forensic capabilities — up from less than 5% in 2013.

## Introduction

This document was revised on 18 February 2014. The document you are viewing is the corrected version. For more information, see the Corrections page on gartner.com.

Most enterprise security protection efforts and products have focused primarily on blocking and prevention techniques (such as antivirus) as well

to block threats (the upper-right quadrant of Figure 1). However, perfect prevention is impossible (see "Prevention Is Futile in 2020: Protect Information Via Pervasive Monitoring and Collective Intelligence"). Advanced targeted

and signature-based prevention mechanisms. All organizations should now assume that they are

proofpoint

in a state of continuous compromise. However, organizations have deluded themselves into believing that 100% prevention is possible, and they have become overly reliant on blocking-based and signature-based mechanisms for protection. As a result, most enterprises have limited capabilities to detect and respond to breaches[1] (the bottom half of Figure 1) when they inevitably occur, resulting in longer "dwell times" and increased damage.

In reality, going forward, improved prevention, detection, response and prediction capabilities are all needed to deal with all types of attacks, "advanced" or not (see Note 1). Furthermore, these should not be viewed as siloed capabilities; rather, they should work intelligently together as an integrated, adaptive system to constitute a complete protection process for advanced threats.

## Analysis

To help enterprises design an architecture and select from among competing solutions for adaptive protection from advanced threats, we have developed an architecture composed of four high-level categories of competencies, with three drill-down capabilities in each category, for a total of 12 capabilities (described in more detail later in this research). It is necessary to focus on capabilities within each category to deliver comprehensive, adaptive protection from attacks.

## Critical Competencies of an Adaptive Protection Architecture

1  **"Preventive"** describes the set of policies, products and processes that is put in place to prevent a successful attack. The key goal of this category is to raise the bar for attackers by reducing their surface area for attack, and by blocking them and their attack methods before they impact the enterprise.

2  **"Detective"** capabilities are designed to

   category. The key goal of this category is to reduce the dwell time of threats and, thus, the potential damage they can cause. Detection capabilities are critical because the enterprise must assume that it is already compromised.

**Figure 1. The Four Stages of an Adaptive Protection Architecture**



Source: Gartner (February 2014)

5

3  **"Retrospective"**
to investigate and remediate issues discovered by detective activities (or by outside services), to provide forensic analysis and root cause analysis, and to recommend new preventive measure to avoid future incidents.

4  **"Predictive"** capabilities enable the security organization to learn from external events via external monitoring of the hacker underground to proactively anticipate new attack types against the current state of systems and information that it is protecting, and to proactively prioritize and address exposures. This intelligence is then used to feed back into the preventive and detective capabilities, thus closing the loop on the entire process.

The adaptive protection architecture is a useful framework to help enterprises classify existing and potential security investments to ensure that there is a balanced approach to security investments. Rather than allowing the "hot" security startup of

organizations should evaluate their existing investments and competencies to determine

The adaptive protection architecture is also useful in classifying and evaluating vendors. Those that provide capabilities in multiple categories are more strategic than vendors .

## Security Protection as a Continuous Process

In an era of continuous compromise, enterprises need to shift from a mindset of "incident response" — wherein incidents are thought of as occasional, one-off events — to a mindset of continuous response — wherein attacks are relentless, hackers' ability to penetrate systems and information is never fully blocked, and systems must be assumed to be continuously compromised, and, thus, they must be continuously monitored (see Figure 2).

## Continuous Monitoring and Analytics Is at the Core of the Adaptive Protection Architecture

As shown in Figure 2, to enable a truly adaptive and risk-based response to advanced threats, the core of a next-generation security protection

**Figure 2. Continuous Monitoring Required for an Adaptive Protection Architecture**



Source: Gartner (February 2014)

process will be continuous, pervasive monitoring and visibility that are constantly analyzed for indications of compromise. This will generate , big data is only big noise unless appropriate analytics (supplemented with external sources of context, community and threat intelligence to improve accuracy) are used to distill it into actionable insight for the enterprise. The data can be analyzed using a variety of techniques, including heuristics, statistical analysis, inference modeling, machine learning, clustering analysis, entity link analysis and Bayesian modeling.

We believe that, going forward, all effective security protection platforms will include domain-, in addition to traditional security information and event management (SIEM) systems. Enterprise monitoring should be pervasive and encompass as many layers of the IT stack as possible, including network activity, endpoints, system interactions, application transactions and user activity monitoring. This visibility must include enterprise-owned and employee-owned devices,

and it must span enterprise data centers as well as the consumption of services from cloud-based providers.[2] The future of defense in-depth lies not only in layers of controls, but also in layers of monitoring and visibility (see Figure 3).

An enterprise's continuous monitoring of all entities and layers will generate a greater volume, velocity and variety of data than traditional SIEM systems can effectively monitor. This is one reason why Gartner research has established that big data analytics will be brought to next-generation security protection solutions (see "Information Security Is Becoming a Big Data Analytics Problem"), and also one of the reasons why, by 2020, 40% of enterprises will have established a "security data warehouse" for the storage of this monitoring data to support retrospective analysis. By storing and analyzing the data over time, as well as by incorporating context and including outside threat and community intelligence, patterns of "normal" can be established and data analytics can be used to identify when meaningful deviations from normal have occurred. As technologies supporting these

**Figure 3. Continuous Monitoring of All Technology Layers**



Application back end

people

information

Continuous Monitoring and Analytics

Application front end

endpoint

network

Source: Gartner (February 2014)

**proofpoint.**

capabilities become more mainstream, we believe that the adaptive protection architecture will also move into the mainstream as platform vendors that have numerous component pieces integrate the capabilities and provide an embedded analytics engine that is pretuned and ready to use out of the box.

## Six Key Inputs Into the Adaptive Protection Architecture

Before we explore the 12 capabilities of the adaptive protection architecture, there are six key inputs that should be an integral part of the architecture and used throughout the process for security decision making (see Figure 4).

**Policy:** organization's requirements for system

connectivity, applications that are allowed to be executed, applications that are banned, anti-malware scanning frequency, sensitive data protection, what to do in the event of an outbreak and so on. These are typically derived from

as regulatory requirements. Policies drive how

enterprise security platforms will proactively prevent and reactively respond to advanced threats.

**Context:** Context-aware security (see Note 2) is the use of supplemental information to improve information security decision making at the time a decision is made, based on current conditions (for example, location, time of day, vulnerability state and so on). The use of context will be critical to identifying attacks that have bypassed traditional security protection mechanisms, and in helping to identify meaningful deviations from normal behavior without increasing the amount of false positives (see "The Future of Information Security Is Context Aware and Adaptive").

**Community intelligence:** To better protect against advanced threats, information should be aggregated, analyzed and shared across cloud-based communities that, ideally, have the ability to aggregate and analyze data for organizations in similar industries and geographic regions. This "crowdsourced" intelligence can then be shared to improve the overall protection capabilities of all participants. For example, community intelligence

**Figure 4. Policy, Context, Vulnerability Insight, Community Intelligence and Threat Intelligence Are Critical for Comprehensive Protection**



Source: Gartner (February 2014)

**proofpoint.**

will help answer questions such as, "What are other enterprises like mine seeing? Have other people encountered this application/URL/IP address before? Has one of my peers developed a new way to detect an advanced threat and made this information available to others?" Thus, better communities will enable enterprises to share best practices, knowledge and techniques in a peering fashion. Larger communities will

fect. Some communities will be self-forming, like FS-ISAC;[3] some will be government-sponsored, such as the United States Computer Emergency Readiness Team (US-CERT); and others will be created by the security vendor, its partner ecosystem and users of its platform.[4]

**Threat intelligence:** The core of threat intelligence will be reputation feeds that provide insight into the trustworthiness of objects — for example, IP
applications and so on. However, advanced threat intelligence services (see "Technology Overview for Security Threat Intelligence Service Providers") will also provide enterprises with insight into how attackers and campaigns

are attacking. In addition, these services will

can protect their systems and information from these attackers. Increasingly, threat intelligence is being delivered in machine-readable formats that are more easily and directly integratable into network, Web, email and endpoint security platforms that are designed to consume them (see "Technology Overview for Machine-Readable Threat Intelligence").

**Vulnerability insight:** This information provides insight on vulnerabilities to devices, systems, applications and interfaces that the enterprise may have in use. In addition to known vulnerabilities, this insight should include visibility into unknown vulnerabilities that are present in an enterprise's custom and third-party applications. This can be accomplished by

proactively testing these applications, libraries and interfaces for unknown vulnerabilities.

**Vendor labs:** Most security protection platform vendors provide information feeds that directly support their protection solutions — for example, signature updates as well as rule and pattern updates to provide protection from newly discovered threats.

## 12 Critical Capabilities of an Adaptive Protection Process

To enable a comprehensive adaptive security

capabilities are necessary to augment our ability to block and prevent attacks, as well as detect and respond to attacks (see Figure 5).

Below is a brief description of the 12 categories of capabilities, starting in the upper-right quadrant and moving clockwise. Note that the ordering does not imply importance; rather, all 12 capabilities should be considered equally important for comprehensive protection.

**Harden and isolate systems:** We believe the foundation of any information security protection architecture should start by reducing the surface area of attack by using a combination of techniques. These techniques limit a hacker's

target and get malware to execute. Traditional "default deny" (also referred to as "whitelisting") is a powerful capability and approach that falls into this category
(only communicate on this port/protocol) or the system application control level (only allow these applications to execute; see "How to Successfully Deploy Application Control"). Data encryption can be thought of as a form of whitelisting and hardening at the information level. Vulnerability and patch management approaches to identify and close vulnerabilities also map to this category. Emerging endpoint isolation and "sandboxing" techniques, which proactively limit the ability of a network/system/process/application to

proofpoint.

**Figure 5. 12 Critical Capabilities of Gartner's Adaptive Security Architecture**



Source: Gartner (February 2014)

interact with others, are another example from this category[5] (see "Technology Overview for Virtualization and Containment Solutions for Advanced Targeted Attacks").

**Divert attackers:** Simply stated, techniques applied in this evolving category try to address the asymmetric advantages that hackers have in time. These techniques waste hackers' time

legitimate systems and vulnerabilities to attack, hiding or obfuscating system interfaces and information through a variety of techniques (such as the creation of fake systems, vulnerabilities and information). For example, the Mykonos technology acquired by Juniper Networks creates the illusion of application layer vulnerabilities where none exist,[6] thereby providing an active form of honeypots.[7] Unisys Stealth hides networked systems,[8] and CSG's Invotas solution implements a variety of diversion techniques.[9] While security through

consider these capabilities in a layered, defense-in-depth protection strategy.

In addition to wasting hackers' time, these techniques can, with high assurance, quickly identify anyone trying to access fake systems, vulnerabilities and information as a hacker (since legitimate users would not be accessing these), and prevent them from causing damage. At the user interface layer, newer vendors, such as Shape Security,[10] harden applications at the user interface layer to protect against automated attacks.

**Prevent incidents:** This category maps to well-established approaches to prevent hackers from gaining unauthorized access to systems; it includes traditional "signature based" anti-malware scanning as well as network and host-based intrusion prevention systems. "Behavioral signatures" may also be used at different layers here — for example, to prevent systems from communicating with known command-and-control centers by using threat intelligence from third-party reputation service feeds and integrating it into network, gateway or host-based controls (or within a host, thereby preventing one process from injecting itself into the memory space of another).

**Detect incidents:** Some attacks will inevitably bypass traditional blocking and prevention mechanisms, in which case it is key to detect the intrusion in as short a time as possible to minimize the hacker'

A variety of techniques may be used here (see Note 3), but most rely on the analysis of data gathered by continuous monitoring at the core of the adaptive protection architecture, by detecting anomalies from normal patterns of network or endpoint behavior, by detecting outbound connections to known bad entities, or by detecting sequences of events and behavioral signatures as potential indictors of compromise.

The continuous and pervasive monitoring at the heart of Figure 5 becomes critical to perform analytics on what is currently being observed versus what has been normal in the past so that the security operations analyst can identify anomalies. Going forward, the development of a continuous security operations center and skilled security operations analysts will become critical competencies for enterprises.

Once a potential incident has been detected, it needs to

compromise across different entities — for example, comparing what a network-based threat detection system sees in a sandboxed environment to what is being observed on actual endpoints in terms of processes, behaviors, registry entries and so on. This ability to share intelligence across networks and endpoints is one of the primary reasons cited by FireEye in its recent acquisition of Mandiant.[11] Based on internal and external context — such as the user, his or her role, the sensitivity of the information being handled and the business value of the asset — this issue should be prioritized by the risk to the enterprise, and be visually presented so that the security operations analyst can focus

**Contain incidents:** Once an incident has been

works to contain the threat by isolating the compromised system or account from accessing other systems. Common containment capabilities are, for example, endpoint containerization, account lockout, network-level isolation, killing a system process, and immediately preventing others from executing the same malware or accessing the same compromised content.

**Investigate/forensics:** Once the compromised systems or accounts have been contained, the root cause and full scope of the breach should be determined using retrospective analysis of what exactly happened, using the data gathered from the ongoing and continuous monitoring at the core of Figure 5. How did the hacker gain a foothold? Was an unknown or unpatched

contained the attack? How many systems were

In some cases, enterprises may want to know more about the origin and motivation of the hackers — for example, Was this a nation-state-sponsored attack? If so, which nation? This category requires detailed historical monitoring information for the security analyst to answer

More advanced security operations centers use full packet capture at the network (and the equivalent at the endpoint, in terms of system activity monitoring), along with associated advanced analytics tools, to answer these types of questions. Likewise, as new signatures/rules/patterns are delivered from the vendor's labs and research capabilities, they should also be run against historical data to see if the enterprise has already been targeted with this attack, and the attack has remained previously undetected.

**Design/model change:** To prevent new attacks or reinfection of systems, it is likely that changes to policies or controls will be needed — for example,

vulnerabilities closed, network ports closed,

training changed or information protection options strengthened (such as encryption). More advanced platforms should be capable of automatically generating new signatures/rules/patterns to address newly discovered advanced attacks — in essence, providing a "custom defense." However, before these are implemented, the change should be modeled against the historical data that has been gathered from the continuous monitoring to proactively test for false positives and false negatives.

**Remediate/make change:** Once modeled and determined to be effective, the change must be implemented. Some responses can be automated using emerging security orchestration systems, and policy changes can be pushed to security policy enforcement points, such as

application control or anti-malware systems. For example, there are emerging security response orchestration solutions that are designed to automate and orchestrate this process.[12] However, at this early stage, many enterprises still prefer that security operations specialists, network security specialists or endpoint support staff members implement the change, rather than automated systems.

**Baseline systems:** Changes will be continually made to systems; new systems (such as mobile devices and the use of cloud-based services) will be continually introduced; user accounts will constantly come and go; new vulnerabilities will be disclosed; new applications will be deployed; and ongoing adaptations to new threats will be made. Thus, there must be a continuous rebaselining and discovery of end-user devices, back-end systems, cloud services, identities, vulnerabilities, relationships and typical interactions.

**Predict attacks:** This category is emerging and

growing in importance. Based on reconnaissance of hacker attention, hacker marketplaces and bulletin boards; on vertical industry interest; and on the type and sensitivity of the data being protected, this category is designed to proactively anticipate future attacks and targets so that enterprises can adjust their security protection strategies to compensate. For example, based on intelligence

application or OS (see Note 4), the enterprise

protection, strengthen authentication requirements or proactively block certain types of access.[13]

**Proactive exposure analysis:** With the latest intelligence gathered internally and externally, exposure and risk to enterprise assets must be continually assessed against predicted and anticipated risks, and adjustments to enterprise policies or controls may be needed. For example, when consumption of new cloud-based services is discovered, what risk does this represent?[14] Are compensating controls, such as data encryption, needed? The same is true for new applications that are discovered, whether they are enterprise applications or applications on mobile devices: What risk do these represent? Have they been scanned for known and unknown vulnerabilities? Are compensating controls, such as application

## Capabilities Must Work Together as a System

The end result should not be 12 silos of disparate information security solutions. The end goal should be that these different capabilities integrate and share information to build a security protection system that is more adaptive and intelligent overall. For example, while the enterprise may not have had a "signature" to prevent a breach initially, after the attack is discovered, the enterprise can use the knowledge gained by a forensic analysis of the attack to block further infections, in essence developing a "custom defense" against

the attack. Thus, the notion that "signatures are dead" is misguided hyperbole. Signature-based prevention techniques still play a useful role in the process, even if the "signature" to block the attack from spreading comes after the initial breach. In another example, a network-based advanced threat detection appliance can exchange indicators of compromise with

hold on enterprise systems.11 Thus, the adaptive protection architecture works throughout the life cycle of an attack (see Figure 6).

Security intelligence emerges from this continuous process as the categories of capabilities and different layers of security controls exchange intelligence, creating a need for a new generation of Intelligence-Aware Security Controls (IASC; see "Agenda Overview for TSP Security Solutions, 2014"). Like integrating threads of

the exchange of intelligence between them, and the exchange of intelligence to and from the community and threat intelligence providers deliver overall greater protection.

## Evaluating Vendors and Solutions Against This Architecture

Complete protection requires prevention, detection, retrospective analysis and predictive capabilities. More capable security protection platforms will include competencies in more

capabilities in each stage. For example, the next generation of network security platforms

capabilities and detection capabilities, such as content analysis capabilities.[15]

Furthermore, there is an opportunity for vendors that span different layers in the stack to provide a more integrated offering across different layers of the IT stack. For example, a vendor that has network-based protection and endpoint protection capabilities may link these for improved overall protection (see "Five Styles of Advanced Threat Defense"). Where a vendor doesn't directly have capabilities in an area, it should partner to improve the protection capabilities of its offerings.

**Figure 6. Mapping the Adaptive Protection Process to the Life Cycle of an Attack**



Source: Gartner (February 2014)

**proofpoint.**

The ability to integrate with external context and intelligence feeds, as shown in Figure 4, is also a critical differentiator. For example, what types of context — location, time of day, device, reputation and so on — can the vendor understand and incorporate into its security decision making? Does the vendor support and nurture a robust cloud-based community of its customers for the exchange of community security intelligence? What types of reputation feeds can the platform support for improved security protection — for example, taking into consideration IP, URL,

decision-making process?

Finally, we believe that leading next-generation security platforms should provide risk-prioritized actionable insight derived from embedded

the platform. The built-in analytics capabilities will work against the data gathered from the continuous monitoring at the center of these platforms to deliver the actionable insight at the top of the pyramid in Figure 2.

The goal is not to replace traditional SIEM systems, but rather to provide high-assurance,

into threats, helping enterprises to focus their security operations response processes on the threats and events that represent the most risk to them. SIEM systems will still be needed to support near-real-time detection of threats across different layers of monitoring data, and, rather than blindly consuming all events, these systems

intelligence produced by the next generation of security protection platforms, thus providing more effective SIEM results as well.

## Evidence

[1]Industry data shows that it takes an average of 243 days to detect a breach (see Mandiant's "M-Trends 2013: Attack the Security Gap" at www.mandiant.com/resources/mandiant-reports).
[2]Visibility into cloud-based services can be achieved in a variety of ways. A cloud access security broker (see "The Growing Importance of Cloud Access Security Brokers" [Note: This document has been archived; some of its content

gain visibility. Alternatively, the cloud provider may make logs available for analysis, such as Amazon Web Service's (AWS's) recent announcement of CloudTrail. Visibility may be provided by security controls that run in the cloud itself — such as CloudLock for Google Apps and salesforce.com or Alert Logic for AWS. In other cases, agents running within the virtual machines in cloud-based infrastructure-as-a-service offerings can deliver the same visibility as workloads in enterprise data centers, such as those from CloudPassage, Dome9 and Trend Micro.
[3]See Financial Services Information Sharing and Analysis Center (FS-ISAC).
[4]See Imperva's ThreatRadar Reputation Services and HP Threat Central.
[5]An entire set of vendors is appearing to deliver isolation and sandboxing capabilities on Windows and mobile devices.

Application-layer containment:
• Blue Ridge Networks AppGuard Enterprise
• Bromium micro-virtualization vSentry
• MirageWorks vDesk and iDesk
• Trustware BufferZone
• Invincea Enterprise Edition
• Sandboxie

Browser isolation via sandboxing:
• Check Point WebCheck Endpoint Software Blade
• Quarri Protect On Q
• Sirrix Browser in the Box
• Dell KACE Secure Browser
• Light Point Web Enterprise

Browser isolation via remote presentation:
• Armor5
• Light Point Security
• Spikes Security

[6]See Juniper Networks' Mykonos Web Security.
[7]See SANS Institute's "Intrusion Detection FAQ: What Is a Honeypot?"
[8]See Unisys Stealth Solution Suite.
[9]See "Cyber Attackers Don't Fight Fair. Why Should You?" from CSG International about Invotas.
[10]See Shape Security.
[11]See "FireEye Computer Security Firm Acquires Mandiant," by Nicole Perlroth and David E. Sanger, nytimes.com, 2 January 2014.
[12]See NetCitadel and Intelliment Security.
[13]Several vendors' research organizations are actively researching malware ecosystems (also referred to as "malnets" or "darknets") to gain an early understanding of attackers, malware and malware delivery networks in development before they are released. By understanding attackers, attacks and attack infrastructure earlier in their development, this intelligence can be used to provide proactive protection once the attack is released. Examples include Blue Coat's malnet research ("Blue Coat Malnet Dashboard"), Juniper's Spotlight Secure attacker intelligence service, Norse's darknet research and OpenDNS's Umbrella predictive intelligence service.
[14]Risk I/O, for example, provides a risk processing engine for this type of analysis.
[15]There are many examples of network, email, Web and endpoint security protection platforms adding integrated detection capabilities, such as:
•                    s FireAMP and Advanced Malware Protection for Networks technologies, now acquired by Cisco
• Check Point's ThreatCloud Emulation Service and devices
• Blue Coat's Advanced Threat Protection offering, and its acquisitions of Solera Networks and Norman Shark
• Proofpoint's advanced threat discovery capability
• Palo Alto Networks' integration of its WildFire technology
• McAfee's acquisition of ValidEdge
• Trend Micro's Deep Discovery

**Note 1. "Advanced Attacks"**

Most enterprises consider an attack to be "advanced" when it bypasses their traditional blocking and prevention controls. The reality is that many of these attacks are not advanced in techniques; they are simply designed to bypass traditional signature-based mechanisms. What enterprises need and what this research describes is an architecture for an adaptive protection process that is capable of addressing all types of attacks, advanced or not. It must be assumed that some of these attacks will bypass the traditional blocking and signature-based protection capabilities of the upper-right quadrant in Figure 1.

**Note 2. Gartner'                          ware Computing**

Context-aware computing is a style of computing wherein situational and environmental information is used to proactively offer enriched, situation-aware and usable content, functions and experiences. Context-aware security is the use of this context for improved security decision making.

**Note 3. Techniques for Detecting Indicators of Compromise (IOCs)**

Monitoring at all layers will be needed, as shown in Figure 3. This includes the following:

•                                                               address of known botnets, is an effective way to detect resident malware. Representative vendors include Damballa and leading secure Web gateway vendors (see "Magic Quadrant for Secure W and IPSs also support integration with reputation services for this type of monitoring.

•                                                                                           endors that can help with network analysis include Blue Coat (via its acquisition of Solera Networks), RSA (via its acquisition of NetWitness), Fidelis Cybersecurity Solutions (acquired by General Dynamics), Lancope, TraceV                          s Advanced Malware Protection (AMP; acquired by Cisco).

• Continuous monitoring of user activities, logins, system access and behaviors, and analyzing this information for indications of account compromise or insider threats — examples include Click Security, Fortscale, GuruCul and Securonix.

• Comprehensive monitoring of endpoints — such as monitoring applications executed,

  — is a good way to detect indicators of compromise. For example:

  • Application control solutions, such as those from vendors Bit9, Kaspersky Lab, McAfee, Trend Micro and Lumension, are useful for this purpose by monitoring which applications have been executed at an endpoint.

continue

**proofpoint.**

- Likewise, more detailed monitoring can provide more data for detecting indicators of compromise (for example, which network ports/protocols and IP addresses were contacted). There is an emerging group of dedicated IOC detection solutions from vendors like Carbon Black, CounterTack, CrowdStrike, Cybereason, RSA ECAT, Ziften and ZoneFox.
- Another useful way to detect indicators of compromise is to monitor all changes on a system. Triumfant uses this approach in its solution and then analyzes the data for meaningful patterns.
- Some IT operational tools that perform continuous endpoint monitoring are also turning their attention to security use cases (for example, ExtraHop, Promisec and Nexthink).
- Other monitoring capabilities that previously focused on forensic use cases are also evolving to support monitoring for IOCs, including Mandiant (acquired by FireEye), HBGary (acquired by ManTech), Guidance Software and AccessData Group.

**Note 4. Example of Predictive Capabilities**

A

XP machines. This intelligence and subsequent exposure analysis result in the enterprise making machines. It also results in a discovery activity to see if variants are already present in the organization.

Source: Gartner Research, G00259490, Neil MacDonald, Peter Firstbrook, 12 February 2014

proofpoint.

# About Targeted Attack Protection

Proofpoint Targeted Attack Protection™ is the industry'
combatting targeted threats using a full lifecycle approach, monitoring suspicious messages containing malicious URLs or malicious attachments, and observing user clicks as they attempt to reach out. Proofpoint Targeted Attack Protection uses Big Data analysis techniques with Cloud Architecture to add additional layers of security that cannot be matched by traditional security solutions and gateways.

## Why Proofpoint Targeted Attack Protection?

Advanced targeted attacks represent one of the most dangerous advanced threats facing enterprises today. Many of these threats, begin with a spear-phishing attack: a single, carefully crafted email that tricks a recipient into clicking a link to download malware or open a malicious attachments. Proofpoint Targeted Attack Protection provides real time threat prevention against these kind of targeted attacks and defends against these threats with a full lifecycle strategy that includes:

## Next Generation Detection

Proofpoint Targeted Attack Protection uses sophisticated techniques to evaluate advanced threats that are traditionally missed by signature-based and reputation-based solutions.

These techniques include:
- Malicious List Check - Check for emerging campaigns and known new malicious websites
- Code Analysis Check – Check for suspicious behavior, obfuscated scripts, malicious code snippets, and redirects to other malicious sites
- Dynamic Analysis – Sandbox a destination or sandbox a suspicious attachment to simulate a real user to a machine to observe changes made to a system

## Predictive Defense

Proofpoint Targeted Attack Protection uses Big Data techniques and machine learning heuristics to predictively determine what 'could likely' be malicious, and take preemptive steps before any user clicks on it. It is achieved by:
- Modeling every user's email patterns and

  user to determine which email is suspicious and anomalous.
- Building Cloud based statistical model using history, Alexa ranking, IP block reputation, velocity of email sent from an originating IP, and a set of other criteria. Predicting malicious URLs, and proactively sandboxing with the help of real time scoring against this statistical model.

## Follow-Me Protection

Proofpoint Targeted Attack Protection enables the solution to provide protection on any device, at any time, from any location, by following the email and checking for the URL destination's safety in real-time. A frequent technique used by hackers has been to drive recipients to click on a link directing them to a website which is initially harmless but turns malicious after a period of time. With Proofpoint Targeted Attack Protection, users are still protected: whether they access the message from the corporate network, home network, mobile device, or a public network.
- Protects users and organizations on and off the corporate VPN across all devices including Mobile, Tablet and Laptops.
- Architected to help comply with existing corporate security controls and acceptable use policies by redirecting the user's browser to safe destinations rather than acting like a proxy service.

proofpoint.

## End-to-End Insights

Proofpoint Threat Insight Service provides increased visibility and a real-time view to administrators and security professionals, to see how many and what types of threats are currently being received. It includes a web-based graphical threat analysis dashboard that provides data at an organizational-level, threat-level, and user-level helping to take immediate action, if required. Proofpoint's Threat Insight Service dashboard enables organizations to know critical information like:

- Is our organization under attack?
- Who is being targeted and what threats have been received?
- What is the status of each threat? Have we blocked it? Or, have they been neutralized? Or, are they still valid threats?

Sign up for live demonstration.

Source: Proofpoint

**Figure 1. Proofpoint Threat Insight Service**



Source: Proofpoint

## About Proofpoint, Inc.

Proofpoint Inc. (NASDAQ:PFPT) is a leading security-as-a-service provider that focuses on cloud-based solutions for threat protection, compliance, archiving and governance, and secure communications. Organizations around the world depend on Proofpoint's expertise, patented technologies and on-demand delivery system to protect against phishing, malware and spam, safeguard privacy, encrypt sensitive information, and archive and govern messages and critical enterprise information. More information is available at www.proofpoint.com.

Predictive Defense and Real-Time Insight is published by Proofpoint Editorial content supplied by Proofpoint is independent of Gartner analysis. All Gartner research is used with Gartner's permission, and was originally published as part of Gartner's syndicated research service available to all entitled Gartner clients. © 2014 Gartner, Inc. and/or All rights reserved.  The use of Gartner research in this publication does not indicate Gartner's endorsement of Proofpoint's products and/or strategies. Reproduction or distribution of this publication in any form without Gartner's prior written permission is forbidden. The information contained herein has been obtained from sources believed to be reliable. Gartner disclaims all warranties as to the accuracy, completeness or adequacy of such information. The opinions expressed herein are subject to change without notice. Although Gartner research may include a discussion of related legal issues, Gartner does not provide legal advice or services and its research should not be construed or used as such. Gartner is a public company research. Gartner's Board of Directors may include                                        produced independently by its research organization without

pendence and Objectivity" on its website, http://www.gartner.com/technology/about/ombudsman/omb_guide2.jsp.

# APPENDIX
# 126

https://www.idg.com/tools-for-marketers/2015-cloud-computing-study/                                                                                09/23/2020

 **IDG**   Our Brands   Our Solutions   Product Specs   Tools for Marketers   About IDG        Work Here   Contact   Q         CONTACT US

# Tools For Marketers

CLOUD, RESEARCH TOPIC | SAMPLE SLIDES

## Cloud Computing Survey 2015

11/17/2015

Today, 72% of organizations have at least one application in the cloud or a portion of their computing infrastructure in the cloud, and they are not stopping there. As 56% of technology decision-makers are still investigating where cloud use can be leveraged, it is important to understand usage plans across various cloud service models, investments and business drivers. The 2015 IDG Enterprise Cloud Computing study deeply measures all of these areas and ultimately explains the impact cloud computing has on business strategy.

Key Findings include:

- Cloud investments continue to rise and enterprise organizations are investing significantly more than SMBs.
- Cloud computing investments continue to be driven by lower total cost of ownership, enablement of business continuity and speed of deployment.
- Traditional "as-a-service" models remain significant, and there's movement towards Storage-as-a-Service, Monitoring-as-a-Service and Disaster-Recovery as-a-Service.
- Sensitivity of data and importance to business determine which applications are migrating to the cloud.
- Security remains the top adoption challenge, with over half of organizations saying that vendors must ensure security measures can meet their compliance requirements.
- Organizations have strong relationships with cloud vendors, but vendor support is still needed to fully embrace cloud solutions.

IDG Enterprise's 2015 Cloud Computing Survey was conducted online among the audiences of IDG Enterprise brands (CIO, Computerworld, CSO, InfoWorld, ITworld and Network World). Results are based on 962 qualified respondents.

Want to know more about cloud computing? View our infographic.

For more information on this study, view the excerpt below. To request a meeting with an IDG Enterprise sales executive to walk through the full study, please complete the form below.

### Related Tools For Marketers

11/17/2015

Cloud: The Technology Powerhouse

CLOUD, RESEARCH TOPIC

### Request Research Briefing

Are you involved in technology marketing?*
- ○ Yes
- ○ No

First Name*

Last Name*

Work Email*

Job Title*

Company Name*

Phone Number

Country*
- Please Select -

Request Briefing

Are you involved in technology marketing?*
- ○ Yes
- ○ No

First Name*          Last Name*

Email*

Phone Number

Job Title*

 CONTACT US

Company Name

Country*

- Please Select -

Postal Code*

Submit!

**Share:**



# APPENDIX
# 127

Google served cookies to analyze traffic to this site. Information about your use of our site is shared with Google for that purpose.   See details   Ok, got it



Monthly Issues     Leadership     Data & Analytics     Infrastructure     Productivity     App Development     About Build     <

# What's behind the growing confidence in cloud security

S ecurity concerns have traditionally ranked among the top inhibitors of cloud
adoption. But in a striking reversal, security has now become a key reason
businesses choose cloud solutions, according to a global survey of more than
500 IT decision-makers conducted on behalf of Google Cloud in association with MIT
SMR Custom Studio. Three out of four respondents said their confidence in the security
of cloud applications and infrastructure has grown over the last two years, while only 1
percent reported decreased confidence.

What's behind companies' newfound belief that the cloud is just as secure as — or more
secure than — on-premises systems? The survey suggests that the proof is in the pudding:
Two-thirds of respondents attributed their rising confidence in cloud security to positive
firsthand experiences with it. The more business and IT leaders use the cloud, in other
words, the more they trust it with their most important data. Half of participants said their
confidence grew after a detailed audit or examination comparing cloud and on-premises
security. These assessments highlighted cloud providers' advanced security tools and
support for security and compliance standards, in addition to other benefits, respondents
said.

Due in part to this uptick in confidence, use of
cloud expanded from 24 percent of
workloads in 2015 to 44 percent in 2017, and
it's expected to reach 65 percent in 2019, the
survey found. Respondents also connected
this trend to two more traditional drivers of
cloud adoption: increased need for agility and
speed and cost savings. Top current and
future use cases for the cloud include data
storage, collaboration and productivity,
application development, and IoT, while
machine learning and artificial intelligence are
the fastest-growing applications.

With many businesses ramping up their reliance on cloud computing, pockets of doubt
remain, the research reveals. Among cloud skeptics who participated in the survey, forty-
one percent cited security concerns as a barrier to cloud deployment.

Notably, business decision-makers were more likely to lack confidence in cloud security
than IT respondents, and senior executives at large companies had the most apprehension.
Lack of visibility into cloud security controls may be a reason for these lingering fears,
especially among those accustomed to running their own in-house infrastructure, according
to an expert quoted in the report.

In spite of this skepticism, the study make a strong case that the tide is turning when it
comes to perceptions of cloud security. Google Cloud Marketing Lead for Trust and Security
Rob Sadowski acknowledges this fact in an introduction to the report, writing, "It's gratifying
to see IT leaders recognizing that, in many cases, moving to the cloud can actually enhance
security." But he also reminds technology decision-makers that security capabilities vary
from one vendor or implementation model to another, making it essential to ensure that
potential cloud partners can meet business-specific security requirements.

To find out more, access the complete report by MIT SMR Custom Studio, entitled "Behind
the Growing Confidence in Cloud Security."

# Keep Building

ARTICLE   ⏱ 8 MIN READ   <              ARTICLE   ⏱ 7 MIN READ   <              TEST   ⏱ 8 MIN READ   <

The cloud is not what you think

Public cloud pricing explained

Is your vendor truly open? Here's how to find out.

Sure, cloud computing has cut costs and boost efficiency, but that's not all. It's changing business as we know it. See why it's time to reframe our thoughts on cloud.

Does cloud pricing make your head spin? Learn the basics so you can find a great deal for your business. See how public cloud providers calculate their costs, make sure you're asking all the right questions, and learn ways to save.

1. Have they open-sourced any software?

2. Do they contribute to open source projects?

3. Are their internal tools compatible with the external versions?

Google    About Google    Privacy    Terms    About Build    Feedback

# APPENDIX
# 128



# Organizational Security & Compliance Practices in Office 365

Research conducted by CollabTalk LLC
and the BYU Marriott School

Commissioned by Spanning, RecordPoint,
tyGraph, Rencore, and Microsoft

# Table of Contents

Introduction ........................................................................................................ 2

  Methodology ................................................................................................... 2

  Demographics .................................................................................................. 3

Insights and Definitions ...................................................................................... 8

  Industry Perspectives ...................................................................................... 9

    Public Sector ............................................................................................... 9

    Education Sector ........................................................................................ 10

    Financial Services Sector ........................................................................... 10

    Healthcare Sector ..................................................................................... 11

  The Maturity of Office 365 Security and Compliance Standards ................................. 12

  Security Concerns ........................................................................................... 13

  Addressing Compliance Concerns ...................................................................... 17

    Data Loss Prevention (DLP) ....................................................................... 18

    eDiscovery in the Security & Compliance Center ...................................... 18

    Archiving in Office 365 .............................................................................. 18

    Continuous Compliance Services ............................................................... 18

    International Compliance Standards and Certifications .............................. 19

  The Ownership Dilemma ................................................................................. 21

  The Confidence Gap ....................................................................................... 22

Overall Analysis and Recommendations ............................................................. 32

Advisory Panel .................................................................................................. 36

Sponsors ........................................................................................................... 37

ABOUT COLLABTALK

CollabTalk LLC is an independent research and technical marketing services company, founded with the goal of empowering customers to create and manage effective and engaging content and marketing strategies. CollabTalk focuses on tools and trends in the enterprise collaboration, social, and business intelligence ecosystems, and provides community-driven events, original research, and thought-leadership content.
For more information, visit https://collabtalk.com.

© 2019, CollabTalk LLC. All rights reserved. Unauthorized reproduction is strictly prohibited. Information is based on original research and best available resources. Opinions reflect judgement at the time and are subject to change. All images licensed through 123RF.com. All trademarks are the property of their respective companies.



## Introduction

The number one area of concern identified by customers as they began planning for their move to the cloud is security and compliance. Cloud security and compliance is an increasingly important topic for all industries as increasing cost efficiencies drive organizations towards the cloud. "End-user spending for the information security market is estimated to grow at a compound annual growth rate of 8.5% from 2017 through 2022 to reach $170 billion in constant currency."[1]

Looking at the Office 365 platform, with the core workloads of Exchange, SharePoint, OneDrive, and Skype, they include decades of on-premises history with robust and mature security, compliance and governance capabilities as standalone offerings. Customers around the world have relied on the on-premises versions of Exchange, SharePoint, OneDrive, and Skype, and are now deciding whether to adopt them as online services via the Office 365 platform. While the Office 365 platform inherits the robust and mature security, compliance and governance capabilities of its on-premises standalone predecessors, customers need to include a review their security, governance and compliance requirements as they migrate to Office 365 to ensure that requirements are being met and any gaps can be managed.

This research focuses on how organizations have evolved (or not evolved) their governance planning and activities as they've moved from on-premises environments to the cloud (primarily Office 365), and seeks to provide CIOs, IT management, and security and compliance officers with a better understanding of the impacts of not evolving.

## Methodology

For this research project, CollabTalk partnered with the Marriott School of Business at Brigham Young University to conduct primary research that included surveys, interviews with customers, partners and Microsoft Most Valuable Professionals (MVP's), and secondary research of academic and industry research and content to answer key questions surrounding the level of governance awareness and readiness from a cross-section of Office 365 customers around the world.

The goal of this research is to examine how organizations are managing security and compliance today, looking specifically at the evolving patterns of end user and team collaboration, and identifying the changing workplace habits that are impacting costs and risks due to security and compliance gaps in the business processes and technologies used. While the primary focus of this research will be on SharePoint customers, which is where most governance activities are generally managed, the research will look at the broader enterprise collaboration story, encompassing Office 365, Windows, and mobility.

Some of the questions we plan to address:

- How do IT organizations assess and tackle security and compliance problems?
- What is the "business view" of security and compliance?
- How do viewpoints of security and compliance change between industries?
- What are the common workplace scenarios that are undergoing change, and what is the cost/impact of these changes (or lack of change)?
- How much is the work that we do changing due to these standards?
- What industry trends are important to consider?
- Where does security and compliance with Office 365 need to be improved?

Overall, our findings reveal that security and compliance is a topic that is highly misunderstood. Most organizations believe that security is an area of continuous improvement but see compliance as adherence

---

[1] https://www.gartner.com/doc/3883783/forecast-information-security-worldwide-



to standardized laws. Both security and compliance are aspects of corporate risk management, and security is more prioritized because the effects of security failings are costlier than the effects of compliance failings.

## Demographics

In order to answer key questions, the research team conducted a detailed survey with IT professionals, c-level executives, and compliance officers globally. The data represents 195 responses across 19 industries. Additionally, pulse surveys were conducted in APAC and the EU, asking fewer but more granular questions about their security and compliance activities and confidence in Office 365 capabilities, providing the research team with another 76 responses and additional perspectives. The companies represented range from under 50 employees to more than 10,000 employees, running environments that range from legacy hardware to cloud and hybrid.

Respondents were surveyed as representing their own companies, or for consultants, their current clients rather than an aggregate of past clients. The following figures are provided as a demographic overview of the survey respondents:



*Figure 1 - Company size of survey respondents*

The global cloud security market size was valued at USD 4.88 billion in 2016. It is expected to rise at a compound annual growth rate (CAGR) of 13.9 percent until 2024. Cloud computing security, also known as cloud security, incorporates all plans, policies, and their execution controls essential to safeguard and protect application data, infrastructure as well as compliance adherence associated with cloud. (Research, n.d.)

CollabTalk



*Figure 2 - US cloud security market size, by application, 2014-2024 (USD Million)*

IT and Telecom and Financial Services are the two largest application segments in the market. They are likely to remain prominent throughout the forecast period. There is expected to be an exponential increase in spending on cloud services across industries. From a report, it is expected to reach $160 billion by the end of 2018, an increase of 23.2 percent from 2017 and reach $227 billion by 2021. (Zola, n.d.)

Survey respondents came from a variety of industries, although "Technology" is a broad category that consists of Information Technology and services, consulting, and cloud-based solutions and providers.

*Table 1 - Industries represented by survey respondents*

| Answer | % |
|---|---|
| Healthcare | 2.74% |
| Finance or Insurance | 6.16% |
| Public Sector or Government | 29.45% |
| Resource Industries (Oil & Gas, Mining, Utilities) | 6.85% |
| Education | 6.16% |
| Entertainment and Recreation | 0.68% |
| Manufacturing | 2.74% |
| Technology | 26.71% |
| Retail | 1.37% |
| NGO | 2.74% |
| Services | 6.16% |
| Non-profit | 2.74% |
| Other | 5.48% |

Rather than ask survey respondents to identify the versions of platforms and tools used, since the primary scope for this research was Office 365, we asked respondents to identify the state of their move to the cloud, providing more granularity to their responses, as shown in Table 2 - *Environments in use from survey respondents* below. Based on this, the top three environments identified by respondents were:

CollabTalk

1. Hybrid solutions (combination of Office 365 and on-prem components) (22.99%)
2. Other public cloud solutions such as Box, Dropbox, G Suite (17.24%)
3. Cloud-based CRM such as Salesforce, Microsoft Dynamics Online (14.18%)

What this helps illustrate is that customers that maintain a single OEM vendor relationship (for example, only using the Microsoft technology stack) are no longer typical. Furthermore, the majority of environments are currently leveraging or are planning to move to hybrid scenarios[2]. Due to multi-vendor and hybrid complexity, organizations need to understand their security and compliance requirements beyond the out-of-the-box capabilities supported by individual workloads.

On the topic of multi-vendor usage, some of our research advisory panel were surprised by some of the data points. For example, Jussi Roine (@JussiRoine), Chief Research Officer at Sulava Oy in Helsinki, Finland and a Microsoft Regional Director and MVP commented:

> *"Very surprised to see "other public cloud solutions such as Box, Dropbox, G Suite" so high. It's expected but still, it's surprising especially for companies that are already using Office 365."*

Less surprising, however, was the hybrid data. As stated by Eric Overfield (@EricOverfield), President of PixelMill in Davis, California, and a Microsoft Regional Director and MVP:

> *"On-prem is not going anywhere soon, over 60% are utilizing hybrid solutions."*

*Table 2 - Environments in use from survey respondents*

| Answer | % |
|---|---|
| On-premises Microsoft solutions only | 6.13% |
| Office 365 only | 9.20% |
| Hybrid solutions (combination of Office 365 and on-prem components) | 22.99% |
| Other dedicated cloud solutions, such as Rackspace or other private hosters | 13.41% |
| Other public cloud solutions such as Box, Dropbox, G Suite | 17.24% |
| Legacy Enterprise Content Management platforms such as Documentum, FileNet, HP TRIM | 11.11% |
| Microsoft Cloud for Government for U.S. Federal, State, and Local Government | 2.68% |
| Cloud-based CRM such as Salesforce, Microsoft Dynamics Online | 14.18% |
| Other | 3.07% |

As *Table 3* shows, the vast majority of survey respondents are using the Office 365 Enterprise (E Plans) licensing, which is where Microsoft and partners have been directing customers as they provide the most comprehensive set of features and solutions.

---

[2] CollabTalk, 2017. "Understanding the State of Hybrid SharePoint Ecosystem"



*Table 3 - Office 365 licensing from survey respondents*

| Answer | % |
|--------|---|
| Office 365 Small Business (P Plans) | 4.71% |
| Office 365 Midsize Business (M Plans) | 3.53% |
| Office 365 Enterprise (E Plans) | 78.82% |
| Office 365 Kiosk (K Plans) | 7.06% |
| Other | 5.88% |

With our focus on security and compliance, it was expected that a sizeable percentage of respondents would consist of compliance and records management personnel (24%), executives (13%) and senior managers (11%), and consultants (11%), together comprising two-thirds of all respondents and interview participants.

*Table 4 - Roles of survey respondents*

| Answer | % |
|--------|---|
| Senior Leadership/Executive | 13.33% |
| Director/Senior Manager | 11.33% |
| IT Manager | 9.33% |
| Compliance Officer / Legal / Records Manager | 24.00% |
| Team Lead | 8.00% |
| Engineer/Developer | 3.33% |
| Project/Product Manager | 6.67% |
| Consultant | 11.33% |
| Information Worker | 7.33% |
| Other | 5.33% |

Commenting on the role of upper management, Nicki Borell (@NickiBorell), a Microsoft Regional Director and MVP, and co-founder of Experts Inside commented:

> Security and Compliance topics are still not under the focus of top-level management. They know about it, and they know they should take care of it, but they don't really engage in it. The solution is to be honest, show upper management the data breach examples, and talk about the story behind these topics.

Another interesting data pivot point is shown in Figure 3, which allowed the research team to explore survey responses based on primary workload, as well as by role, company size, and other demographic details. Where this comes into play later within this research is around confidence levels in specific Office 365 security and compliance capabilities, and whether these workloads are perceived as "high" or "low"

CollabTalk

risk against organizational requirements. Several of the research advisory panel were surprised by some of the responses within our sample size.

For example, Antonio Maio (@AntonioMaio2), a Microsoft MVP and an Associate Director & Senior Enterprise Architect at Protiviti, shared his feedback:

> *"This result is surprising, because when looking at moving into the Microsoft Cloud from a SaaS perspective, from our experience the general approach that most organizations follow is to migrate Exchange first, then OneDrive for Business and then SharePoint. Exchange and OneDrive for Business tend to migrate first because you are typically migrating a person's mailboxes or a person's dedicated network file share.  The fact that those entities are tied to a person tends to make the migration process simpler to plan and execute, and organizations don't tend to take the opportunity to re-organize or clean those up the way they do with SharePoint sites. As a result, as organizations make their journey to the cloud, we tend to see most already have Exchange and/or OneDrive for Business, as opposed to SharePoint."*

*Figure 3 - Which Microsoft workloads are currently used within your organization?*



Less surprised about the high number of responses for Microsoft Teams was Jussi Roine:

> *"Teams is fast closing in on SharePoint. People might not realize O365 Groups is partially the same category. Planner remains a niche, but it would be interesting to ask how many respondents use Project Online with Planner – which seems to be growing."*

CollabTalk

## Insights and Definitions

Throughout our research, one theme was consistently expressed by respondents as well as our advisory panel: Security and Compliance should not be the sole responsibility of IT, as summarized in comments made by Antonio Maio:

> *"We see a lot of conversations happening about data security and compliance at the C-suite and board level these days. It has become a priority for executives in many organizations to evaluate and improve the security posture and regulatory compliance controls of their companies. I believe this is in part the reason why we have compliance officers and senior leadership factoring so highly in this survey.*
>
> *"This is driven in part by the constant data breaches we see at many major enterprises, and leadership's desire to protect their business reputation. This is also driven by new regulations that are designed to protect personal data for the individual, such as the General Data Protection Regulation (GDPR) out of the EU and the California Consumer Privacy Act or 2018 (AB 275), with their wide-ranging mandates and extreme fines.*
>
> *"We also see circumstances where IT managers or IT team members have a very good sense for the organization's security exposures, but they have a difficult time starting a conversation with their internal legal or compliance departments. From the point of view of raising the conversations about security and compliance within organizations, the fact that so many in a leadership or compliance position are responding to this type of survey is a positive result."*

Security and compliance are rapidly evolving areas within the collaboration technology sector. Many organizations are overly reliant on the tools and platforms they use to provide the right security and compliance coverage. Unfortunately, it is far too common that companies do not do more in these areas until there has been a security breach, or under the threat of fines due to non-compliance. For example, organizations that do business in or with customers in the European Union scrambled to understand and prepare for the General Data Protection Regulation (GDPR) which went into effect in May 2018, rather than proactively create data management policies and procedures to meet these and future industry and governmental changes.

The Office 365 platform supports customers around the world with many different standards and regulations guiding the handling of information assets. As such, Microsoft is constantly adding to the list of compliance and security standards supported, while at the same time expanding their data center footprint to reach customers in under-served areas of the world. While Microsoft's efforts should inform your organizational security and compliance planning, a more holistic and comprehensive review of industry research and trends, expert guidance, and your own internal experience.

CollabTalk

## Industry Perspectives

As mentioned, it can be important to understand and periodically review major trends and issues within your own and parallel industries. As part of our secondary research, we looked at the topics of security and compliance in several of the leading industries to identify definitions and trends that span all industries, as well as any factors that were unique to a single industry.

We've highlighted some of this research within four key sectors: Public (Federal, State and Local Government), Education, Financial Services, and Healthcare.

### Public Sector

In one presentation given to public sector leaders, compliance was defined as:

> *"the process of ensuring and proving that policies (internal and external) are being followed." (Governance, Risk & Compliance for Public Sector, n.d.)*

A secondary definition that clarifies the most important laws to follow is provided below:

> *"For U.S. Federal agencies, the major security and privacy compliance concerns include the Clinger-Cohen Act of 1996, the Office of Management and Budget (OMB) Circular No. A-130, particularly Appendix III, the Privacy Act of 1974, the E-Government Act of 2002 and its accompanying OMB guidance, and the Federal Information Security Management Act (FISMA) of 2002.11 Also of importance are National Archives and Records Administration (NARA) statutes, including the Federal Records Act (44 U.S.C. Chapters 21, 29, 31, 33) and NARA regulations (Title 36 of the Code of Federal Regulations, Chapter XII, Subchapter B)." (Jansen, 2011)*

From this information, we can infer that the public sector focuses strictly on compliance to specific and extensive regulation, and that the internal processes are not focused on as much as in the Financial Sector.

In our survey, we generally found that members of this industry noticed less clear ownership of security and compliance, focusing more on product lifecycle, and a much higher spread in security and compliance confidence levels between products.

- Specific compliance threats that are larger for this industry than with other industries: Content lifecycle (e.g. all content is retained forever)
- Specific security threats that are larger for this industry than with other industries: No monitoring solution specifically looking for security breaches
- An overview of the Office 365 Security and Compliance Center can be found at https://docs.microsoft.com/en-us/office365/securitycompliance/
- Additional Office 365 security and compliance guidance for the Public Sector can be found at http://bit.ly/O365_PublicSector, which includes links to the Office 365 US Government service plan and plans for Germany, China (21Vianet), and other Public Sector options.



## Education Sector

The education industry views compliance very similarly to the public sector. Although there is no definition specific to the industry, the following passage helps to understand the viewpoint of the industry:

> *"In addition to the usual security concerns for any enterprise, educational institutions, by virtue of their diverse operations, are subject to numerous compliance regimes, and when it comes to compliance, universities are well aware that you can outsource responsibility, but you can't outsource accountability." (Sasikala, 2010)*

In addition to this viewpoint, a comprehensive list of other laws and regulations can be found at [www.higheredcompliance.com](www.higheredcompliance.com)

Compliance in the education sector, similarly to the public sector, is concerned with strict adherence to a large amount of regulations without proactive investments.

In our survey, we generally found that members of this industry noticed security ownership completely by IT departments and about average compliance and security confidence scores.

- Specific compliance threats that are larger for this industry than with other industries: Content lifecycle (e.g. all content is retained forever)
- Specific security threats that are larger for this industry than with other industries: Lack of adequate encryption
- Additional Office 365 security and compliance guidance for the Education Sector can be found within the service plan details at [http://bit.ly/O365_EDU](http://bit.ly/O365_EDU).

## Financial Services Sector

The financial industry is the most concerned with remaining compliant out of the industries researched here. For the financial services industry, compliance is a proactive endeavor, as described by worldfinance.com

> *"Regulation in the financial services sector will continue to pose a challenge to firms both large and small. Compliance is not just about recognizing the key regulatory pressures facing financial institutions, but also proactively ensuring the company is improving its processes and streamlining its operations. As the challenges around compliance continue to put pressure on firms, finding new solutions and methods will be vital." (World Finance, n.d.)*

For the financial industry more than any others, the focus is on reducing cost and streamlining the internal processes that lead to compliance. Another definition of compliance is given by the International Compliance Association below:

> *"In the context of financial services, businesses compliance operates at two levels. Level 1 - compliance with the external rules that are imposed upon an organization as a whole. Level 2 - compliance with internal systems of control that are imposed to achieve compliance with the externally imposed rules." (International Compliance Association, n.d.)*



Compliance in the Financial Services industry is also meant to preserve reputation. "Protect against loss of reputation" is in the top five priorities for banks in the financial services industry (MetricStream, 2014). Most of this work tends to show in "Level 2" of the definition above, in increasing efficiency of internal processes to more effectively achieve compliance with external rules.

In our survey, we generally found that members of this industry were less familiar (most people not familiar at all) with general trends in security and compliance. Ownership of these problems is at CXO level and CXO's do tend to be somewhat familiar with trends. Security and compliance confidence scores, however, are mostly low.

- Specific compliance threats that are larger for this industry than with other industries: Content lifecycle (e.g. all content is retained forever)
- Specific security threats that are larger for this industry than with other industries: Data protection and recovery from loss and lack of adequate encryption
- Additional Office 365 security and compliance guidance for the Financial Services Sector can be found within the Microsoft Trust Center overview at https://www.microsoft.com/en-us/trustcenter/cloudservices/financialservices

### Healthcare Sector

The Healthcare industry's typical definition of compliance is:

> *"The ongoing process of meeting, or exceeding the legal, ethical, and professional standards applicable to a particular healthcare organization or provider...Healthcare compliance covers numerous areas including, but not limited to, patient care, billing, reimbursement, managed care contracting, OSHA, Joint Commission on Accreditation of Healthcare Organizations, and HIPAA privacy and security to name a few. " (Healthcare Compliance, n.d.)*

Although Healthcare is regulated carefully, the Healthcare sector views compliance to these regulations as the extent of their security. In the Compliance Effectiveness Survey, the following conclusion was reached by the researchers:

> *"For any compliance program, a critical measure of success is its ability to prevent incidents from occurring. Determining how many events are avoided is difficult, though. Employees rarely come forward to report, 'I was about to commit a felony and then remembered that compliance training I received.'"*

This statement from an industry-standard source implies that the Healthcare industry views compliance as a type of security, and that compliance to regulation is intended to prevent "incidents", one of the goals of a security strategy.

- There are no specific security or compliance threats that are larger for this industry than with other industries.
- Additional Office 365 security and compliance guidance for the Healthcare Sector can be found within the Microsoft Trust Center overview at https://www.microsoft.com/en-us/trustcenter/cloudservices/health



# The Maturity of Office 365 Security and Compliance Standards

To some organizations, moving to the cloud may seem like an unnecessary risk. Microsoft has made huge strides in educating their customers about the stability and security of the cloud, but as our research will help illustrate, there is still much work to be accomplished to help customers understand where their planning and administration efforts may be falling short.

Whether your environment is on-premises, in the cloud, or in a temporary or permanent hybrid state, it is critical that organizations clearly understand their security and compliance requirements, and whether these requirements are being met. All planning should begin with a detailed, step-by-step review of security and compliance policies and procedures, mapping out how each of them is currently accomplished. As organizations consider moving to the cloud, they should use this baseline to understand how each will be accomplished within the future environment, and how current metrics and key performance indicators (KPIs) will be updated.

Antonio Maio shared some insights from his consulting work:

> *"We see many organizations struggle with the fact that their organizational data is spread across so many different systems and applications, making it extremely difficult to manage regulatory compliance controls across all of their data in a consistent manner.  Along with the wide-spread storage of data, we see organizations struggle with data ownership – having individuals internally identified as data owners, having data owners understand their responsibilities and having data owners take that responsibility seriously.  Classification is just one aspect of being able to control data, in that it helps identify the sensitivity of data.  However, applying classification across all an organization's information, not just Office documents and PDFs, is a large undertaking.  It requires not only users to classify their data but also systems which will automatically classify information, and whole applications to be classified if they store a particular type of data (ex. a CRM system which stores contact and account data being classified as storing sensitive customer information).*
>
> *"Generally, inventorying all the systems and applications within an organization which store information and enable collaboration on that information is an effective place to start.  Regular compliance assessments and audits of those systems allows organizations to identify where security gaps exist.  Consolidating systems is also a strategy used by many organizations, which then tends to precipitate migration projects to move corporate data to a single cloud environment, like Office 365.  As part of a move to the cloud, it is recommended that organizations take that opportunity to improve the maturity of their governance policies and procedures, and implement effective compliance controls as part of a migration or digital transformation initiative."*

Microsoft is making tremendous investments in data security and compliance to ensure that they are compliant with local, regional and international security and compliance regulations and standards. Additionally, they are also creating tools and guidelines to help customers become or remain compliant, as well. Microsoft is investing heavily in this area, because they understand that to convince enterprise customers to give up real or perceived control of their data and environments, the company needs to be a leader in security and compliance.



Microsoft has three primary strengths that are helping to accelerate the maturity of their cloud platforms, with Office 365 at the center:

- **Their focus on business.** Microsoft cloud's strength lies in its extensive product base. It is the most attractive solution provider for enterprise customers who already use Microsoft products and are invested (Cloud Cruiser, 2016). There are now 1.2 billion Office users and 60 million Office 365 commercial customers (CALLAHAM, 2016). Both for SMB and Enterprise customers, Microsoft Office products seem to be the foundation for business operations in modern society.  In part because of this, Microsoft wants to focus on targeting businesses instead of specific industries or market segments (Carey, 2017).

- **Rapid expansion of PaaS and IaaS**: Microsoft Azure originally started as a Platform as a Service (PaaS) offering but has since moved toward Infrastructure as a Service (IaaS) (Cloud Cruiser, 2016). Microsoft has made Azure, and other cloud services, a high priority and has gained traction with current Microsoft customers because of Azure's tight integration with existing Microsoft products (AFourTech, 2017).

- **Security as design principle.** Due to the technology shift, more and more customers are willing to move their data to the Microsoft cloud. But their major concern is the security issue. Therefore, Microsoft has invested heavily and focused on improving the security of its cloud products. Recently, according to Microsoft, cyber security has become one of their most important design principles and features because hackers are becoming more sophisticated and organized (MPN Team, 2016). Microsoft offers three levels of security, namely physical security, logical security and data security (MS Office 365, 2016). Apart from these, Office 365 also offers enterprise user and admin controls (Dianne Faigel, 2017). See a list of security features in Appendix A.

This research seeks to determine viewpoints on the governance of security and compliance for organizations in the midst of this shift from on-premises environments to the cloud, helping organizations to better understand where they are in relation to recommended security and compliance standards and best practices. It is also important to address any gaps in organizational planning, whether through the upgrading of tools and reports, modifying well-established IT and business processes, or by trying to better understand how Microsoft is evolving and where their various product and support teams are shifting their own focus – which is often a clear signal to customers and partners about how they must also prepare for change.

## Security Concerns

Cyber-security has become a hot topic in recent years. IT and executive management are on high alert since the breach of Equifax compromised the personal identity of millions of US customers (Daitch, 2017), with seemingly monthly failures of systems owned by banks, online retailers, and other consumer-based product and service providers.

Cyber-security is defined as:

> "... the protection of computer systems from the theft and damage to their hardware, software or information, as well as from disruption or misdirection of the services they provide"[3]

---

[3] Wikipedia, https://en.wikipedia.org/wiki/Computer_security



Why is it important to protect computer systems? Many companies gather information about who they do business with, such as banks with credit card applications. If the sensitive information used to identify you gets out to the public, others could claim they are you based on possessing that information. Companies therefore have an ethical obligation to safeguard their customers personal information.

As shown in *Table 5 - What are your biggest security challenges?*, the leading cause of concern from our survey respondents is "Shadow IT" (15.9%) followed closely by "Lack of security training for all employees" (15.61%), which could be argued is a clear contributor to the problems with Shadow IT. Shadow IT is defined as:

> *"Shadow IT refers to information technology projects that are managed outside of, and without the knowledge of, the IT department. At one time Shadow IT was limited to unapproved Excel macros and boxes of software employees purchased at office supply stores. It has grown exponentially in recent years, with advisory firm CEB estimating that 40% of all IT spending at a company occurs outside the IT department. This rapid growth is partly driven by the quality of consumer applications in the cloud such as file sharing apps, social media, and collaboration tools, but it's also increasingly driven by lines of business deploying enterprise-class SaaS applications."[4]*

Shadow IT may not be a problem within the workloads of Office 365 and Microsoft Office family of productivity tools, but the use of unauthorized third-party tools and cloud-based services is a problem within most organizations, regardless of company size or industry.

Companies also have information, trade secrets and other sensitive information about what they are developing, that if also compromised could cause them to lose their competitive advantage or cease to be able to operate. Office 365 handles both information types, and it is critical that companies wanting to benefit from using the platform can trust that it will not leak out sensitive information. However, it can be configured to reduce external threats by preventing unauthorized release of sensitive information.

*Table 5 - What are your biggest security challenges?*

| Survey Responses | % |
|---|---|
| Mission critical applications running on legacy hardware | 8.67% |
| Mission critical applications not running latest version or patched | 7.23% |
| Firewall and Protection platforms out of date | 4.91% |
| Lack of adequate encryption | 10.12% |
| No monitoring solution specifically looking for data and security breaches | 13.29% |
| Lack of security training for all employees | 15.61% |
| Lack of security policies and controls | 13.58% |
| Data protection and recovery from loss | 8.96% |
| Shadow IT - apps being used but not under IT management | 15.90% |
| Other | 1.73% |

---

[4] SkyHigh Networks, https://www.skyhighnetworks.com/cloud-security-university/what-is-shadow-it/



As stated in the SkyHigh Networks research mentioned above, the problem of Shadow IT is much larger than the response rate in our research would indicate, encompassing several of the other categories. Our advisory panel was not surprised that Shadow IT was at the top of the respondent data.

From Jussi Roine:

> *"Very expected. Shadow IT, together with BYOD (from previous chart) is a persistent problem for organizations. This reflects with the E1/E3 license plans, that often lack the security tooling and mobile device management capabilities."*

From Microsoft MVP Joanne Klein (@JoanneCKlein), an independent SharePoint and Office 365 Consultant and owner of NexNovus Consulting based in Saskatchewan, Canada:

> *"This demonstrates to me the importance of us getting this right! Either we make the sanctioned tools the "tool of choice" for end-users or they will go elsewhere. Having clearly articulated security policy and controls in place and then training end-users is key."*

Added Antonio Maio:

> *"Shadow IT is a very significant problem for enterprises today.  As we know, it's very easy for information workers to sign up for their own cloud services, such as DropBox or Box, and use that to collaborate with others both inside and outside of their organizations.  As a result, this is starting to drive IT teams, security teams and compliance teams to enable more collaboration solutions which are easy-to-use and corporate approved for their information workers.  They are starting to enable external sharing within SharePoint and OneDrive for Business and self-service site creation or team creation for end users.  This is happening in an effort to enable the business and information workers with the tools they need or want, so that they can be productive day to day.*
>
> *"However, this also creates challenges for IT, security and compliance teams because they still have a mandate to protect and control corporate information, in part due to internal corporate policies but in many cases also due to regulatory compliance requirements.*
>
> *"We see this driving many organizations to create controls around the self-service model, so that users may still request or create their own collaboration spaces but so that IT, security and compliance teams are still informed and can control these spaces. Security training for employees is a continuing challenge as well.  We see more and more organizations requiring employees to take annual information security training in order to improve how information workers manage and security the information they use every day.  In addition, monitoring tools such as Microsoft Cloud App Security enable those with a security and compliance mandate to monitor for suspicious behavior, automatically enforce governance policies and use machine learning to adapt automatically to changing threat landscape."*

Eric Overfield provides some thoughts on how to address this growing problem within your own organization:



> *"Shadow IT rears its ugly head. Work with your end users, determine what it is they need, and find a way to provide them a reasonable solution within the framework of your organization's policies and procedures. Shadow IT translates to your employees have jobs to do, while the organization has yet to provide the proper tools or training to address those workloads."*

In a 2017 research conducted by CollabTalk and BYU[5], a survey was used to generate key insights into the perceived gaps in Office 365 security. Most of the responses came from small businesses (less than 50 employees) in the technology sector, many of whom identified as consultants who provided development and deployment services for their customers.

- Barely over half of the respondents use Multi-Factor-Authentication, but it was still the most commonly used product (54%). The next most used was Exchange Online Protection (46%)
- When asked how Microsoft could enhance the security of their products, 83% of respondents that commented requested more assistance in understanding and implementing Microsoft products.

This showed a few important points: only about half of the respondents were willing to pay for additional security features. Also, most of the comments pointed to a general confusion around cyber-security with Office 365 products. In other words, they did not know what was available through the platform, whether these features were all (or in part) in use, or whether the features provided exceed, met, or missed their industry and organizational requirements. This lack of education is emphasized in these additional findings from the survey:

- Of those that thought Microsoft security was sufficient, 80 percent have either not run security checks, or do not know if they have
- Of those that did not think Microsoft security was sufficient, only 29 percent have not run, or do not know if they have run, security checks
- Of those who did not think the current security protection offered by Microsoft was sufficient, 57 percent were not aware of Microsoft's cyber-security division, and 71 percent were not aware of Microsoft's overall security strategy
- Only 39 percent of respondents were aware of both Microsoft's overall security strategy and their cyber-security division (55% at least knew about the C.S. division)
- 100 percent of respondents who had experienced a security breach did not think Microsoft security was sufficient, regardless of the cause of the breach (and vice versa, 100% who did not think the security was sufficient has experienced a security breach)
- 88 percent of respondents who did not experience a security breach either do not currently run security checks or do not know if they run security checks

These results highlight a few important points: Those who are confident in the security of Office 365 products are not as careful in running security checks, while those who are skeptical are more cautious. Those who are skeptical, however, do not seem to be aware of Microsoft's cyber-security efforts. Also, every respondent that had experienced a security breach did not think Office 365 security was sufficient, even though none of the reasons indicated were attributable to Microsoft. Finally, less than half of all respondents were aware of Microsoft's overall security strategy and their cyber-security division.

These results lead us to believe that those that believe Office 365 security is sufficient are very trusting, to the point that they do not run security checks, and also that those who don't believe the security is

---

[5] CollabTalk, April 2018. "Understanding Microsoft Cloud Services and Security." https://rencore.com/blog/cyber-security-report-understanding-microsoft-cloud-services-and-security/



sufficient are skeptical because they have experienced data breaches. We also learned that there is a perceived gap in security from a lack of education.

## Addressing Compliance Concerns

One rapidly evolving area within Office 365 is the expansion of auditing and compliance capabilities. Organizations that are considering moving to the cloud entirely or using a hybrid model need to understand the differences between reporting, compliance, and governance capabilities within their existing on-premises and online tools and platform and set expectations about what can be managed out-of-the-box and where third-party solutions will need to be utilized.

Much of the admin experience inside of Office 365 streamlines and automates tasks that you previously had granular control over within the individual on-premises workloads. From an auditing and compliance perspective, this means you need to understand:

1. Your organizational requirements, standards, and policies.
2. What capabilities are possible within each of your hybrid components, from discovery through technical enforcement.
3. What can be managed centrally versus within each individual system or component, and by whom.

Creating a unified administrative experience across on-premises and Office 365 environments is a lofty goal and will require further development and extensibility from Microsoft as well as the partner community. Microsoft is making huge investments in cloud security and compliance, with new hybrid management and security capabilities through the Microsoft Operations Management Suite, targeting three core areas:

1. Insights and Analytics
2. Automation and Control
3. Protection and Recovery

Where Microsoft is putting most of their resources is in expanding the Office 365 Security and Compliance Center (https://protection.office.com/ requires Office 365 login), which is your primary portal for protecting data within Office 365, and for managing all of your auditing and compliance requirements.

Commercial organizations have regulations and policies that they must comply with to operate businesses in various industries. These policies can be a mix of external regulatory requirements that vary depending on industry and geographical location of the organization and internal company-based policies.

Office 365 provides built-in capabilities and customer controls to help customers meet both various industry regulations and internal compliance requirements, staying up-to-date with many of today's ever-evolving standards and regulations, giving customers greater confidence.  To bolster this and to continue earning your confidence, Microsoft undergoes third-party audits by internationally recognized auditors as an independent validation that they comply with all policies and procedures for security, compliance and privacy.

Key aspects of built-in compliance capabilities include third-party audits that verify that Office 365 meets many key world-class industry standards and certifications. Office 365 utilizes a control framework that employs a strategic approach of implementing extensive standard controls that in turn satisfy various industry regulations. Office 365 supports over 900 controls[6] that enable Microsoft to meet complex standards and offer contracts to customers in regulated industries or geographies, like ISO 27001, the EU Model Clauses, HIPAA Business Associate Agreements, FISMA/FedRAMP.

---

[6] https://products.office.com/en/business/office-365-trust-center-compliance



In addition, Microsoft employs a comprehensive Data Processing Agreement to address privacy and security concerns around customer data, helping customers comply with local regulations. Read more in Microsoft's *Regulatory Compliance FAQ.*

To give customers the most control over compliance in Office 365, Microsoft provides the following:

### Data Loss Prevention (DLP)

DLP is a strategy and tools to help administrators control the flow of sensitive or critical information outside of the corporate network.

DLP enables administrators to configure policies based on your organization's compliance needs to help reduce the chance that financial information, personally identifiable information (PII), or other key intellectual property data might be inadvertently released. DLP policy tips place notifications directly into your users' email in order to alert them of a potential risk prior to sending an email. These notifications can also act as an educational tool for employees on your corporate compliance policies.

### eDiscovery in the Security & Compliance Center

Electronic Discovery, or eDiscovery, is the process through which electronic records are sought, searched, located, and secured with the intent of using it for legal matters.

This capability on Office 365 allows you to search for content across SharePoint Online sites, Exchange Online mailboxes, OneDrive for Business accounts, or across all of them. The Security & Compliance center allows you to create "cases" which will provide a collaborative space for you to gather key components required for your evidentiary requirements. With eDiscovery in Office 365, you are able to discover any of the content stored in your environment, including archived emails.

### Archiving in Office 365

Messaging records management (MRM) is the technology at the heart of data retention in Office 365. The configuration options allow you to apply records management policies to both Exchange Online and SharePoint content in order to specify content that should be retained and clean-up content that is no longer needed. Audit logging and reporting is available to track anything from Administrator actions to document access and deletion. There are many logging and reporting options that can be configured to fit your needs.

Combining email archiving and eDiscovery can make life easier for both users and administrators by reducing the amount of inbox organizing to be done, and automatically applying data retention policies based on the type of content being used. The added benefit of email archiving is that even if your users store emails in independent archive files on local machines or in cloud storage like Dropbox, the archived emails are still within reach of your IT team.

### Continuous Compliance Services

Office 365 Security & Compliance provides a framework of processes and controls that Office 365 uses to proactively monitor and manage the platform. With over 900 controls in place, and more being added every month, Microsoft is continually reviewing its own data handling policies and procedures to ensure that evolving customer and industry standards are being upheld.

As new customers are added to the service, each customer agreement details the privacy, security, and data handling processes necessary for you to comply with local data regulations.



Microsoft is constantly reviewing evolving and changing industry standards to ensure that Office 365 compliance framework is current.

Additionally, legal hold and eDiscovery capabilities are built into the system to help you find, preserve, analyze, and package electronic content for legal request or investigation, and Data Loss Prevention to help you identify, monitor, and protect sensitive information.

### *International Compliance Standards and Certifications*

Microsoft recognizes that customers around the world are subject to various laws and regulations. The legal requirements and standards in one country or region may not be applicable in other regions. As Microsoft expands into more regions, countries, and economic zones, the company is constantly expanding their services and capabilities to enable compliance across a wide range of regulations and privacy mandates to meet their customer needs.

The list below provides an overview of some of the leading compliance standards and certifications provides through the Office 365 platform. However, it is ultimately up to the customer to determine whether these standards satisfy your regulatory requirements. You can find out about the latest Microsoft certifications at https://servicetrust.microsoft.com/

- Health Insurance Portability and Accountability Act (HIPAA)
- Data processing agreements (DPAs)
- Federal Information Security Management Act (FISMA)
- Federal Risk and Authorization Program (FedRAMP)
- ISO 27001
- European Union (EU) General Data Protection Regulation (GDPR)
- EU-U.S. Privacy Shield Framework
- Family Educational Rights and Privacy Act (FERPA)
- Statement on Standards for Attestation Engagements No. 16 (SSAE 16)
- Canadian Personal Information Protection and Electronic Documents Act (PIPEDA)
- Gramm–Leach–Bliley Act (GLBA)

Based on our research, Table 6 shows that the top three most widely cited compliance challenges identified by the survey respondents include:

1. End users don't classify data correctly and/or take required actions (38%)
2. Content stored in legacy content systems (35%)
3. Content spread across multiple workloads (34%)



*Table 6 - What are your biggest compliance challenges?*

| Answer | % |
|---|---|
| End users don't classify data correctly and / or take required actions | 37.95% |
| Content stored in Legacy content systems, such as File Shares, Documentum, FileNet, HP TRIM, etc. | 35.38% |
| Content spread across multiple workloads (Exchange/Outlook, Teams, Yammer) | 33.85% |
| Content lifecycle (e.g. all content is retained forever) | 32.82% |
| Insufficient planning and/or poorly executed compliance strategy | 27.69% |
| Difficulty incorporating conflicting or differing compliance rules across the organization | 18.97% |
| Bring Your Own Device (BYOD) policies and procedures | 10.77% |
| Protecting consumer data | 10.26% |
| Difficulty with business partner or contractor compliance | 9.23% |
| Other (please specify) | 2.05% |

Our advisory panel had ample feedback for the lack of controls, and over-reliance on end users to "do the right thing" when it comes to compliance. According to Joanne Klein:

> *"This demonstrates to me how the end-user is seen as the key player in compliance and the importance of not only training, but implementing as many automated controls as possible. This will reduce the risk of an end-user not taking the right action on their own."*

More specifically, Microsoft MVP and CTO of Toronto-based 2toLead, Richard Harbridge (@RHarbridge) pointed to the problem end users (and experts alike) have in keeping up with the rapid pace of change in the platform:

> *The biggest issue with a company's security and compliance strategy is the lack of expertise. This space is moving fast. You need to be up to date on what's possible, what works well, what doesn't and what you should prioritize. Many customers just don't have the right people focused on this, or don't support them by modernizing technology faster and more effectively. Most of the issues are worse when you have legacy technology and/or legacy approaches.*

Continued Eric Overfield:

> *"Why is this no shocker that the primary compliance challenge is the lack of end user provided classification and metadata? I only blame the end user to a point, before this point, I look at those that created the system in the first place. What roadblocks were unnecessarily added, or unnecessarily left in place that could be removed. It is incumbent upon the solution architects to consider the end users' experience.*

> *"On the other end of the spectrum, I am also not surprised that few are blaming Office 365 in general. The tools exist, we need to use them correctly. That takes an upfront investment for sure, yet worth it in the long run."*

Going back to the core problem of Shadow IT, Joanne Klein once again identifies the problems that can occur due to a lack of end user education:

> *End-user's general lack of understanding of security and compliance risks needs to be addressed for handling controls, security controls, compliance (retention) controls. You can have all of the advanced tools in place, but if an end-user wants to circumvent the sanctioned tools, they will. However, if they understand the risks in doing that, they will be less likely to do so.*

## The Ownership Dilemma

Looking across all security and compliance requirements, there is rarely one role or a single group or program that addresses all of these functions. The executive role of Chief Security Officer is uncommon for most enterprises – and non-existent within smaller companies. Instead, IT teams are tasked with ownership of the technology platforms and physical security operations, with compliance managed through operations, which can sometimes mean the Support team or a formal Project Management Organization (PMO). Without clear ownership and leadership from the top-down, security and compliance are not adequately monitored and managed.

As one respondent summarized, "This needs to change. No longer can IT have ownership of Security and Compliance since this is more than just a technical challenge."

As shown below in *Figure 4,* our survey respondents fit within industry norms, pointing toward IT departments as the primary owner. Surprisingly, executives were identified as the second highest response, which may indicate a slow but steady wave of change as organizations begin to understand the importance of these topics to the company's bottom-line.



*Figure 4 - Who owns security and compliance within your organization?*

Antonio Maio points out one of the repercussions of relying too much on IT to manage legal and compliance issues:

> *"This reflects what we see in industry, where IT tends to own security and compliance. However, security and compliance should be owned by a Chief Information Security Officer (CISO), Compliance Team or Legal Team, so that corporate security initiatives have appropriate executive level sponsorship.  In cases where IT owns security and compliance, we often see that IT has a hard time starting or carrying conversations with legal and compliance teams in order to get that executive level buy in."*

One of the biggest areas of concern for organizations that surfaced consistently within the individual interviews but was not reflected within the surveys (not included as a possible answer): whether Microsoft will be compliant, or can help them become compliant, to these standards. Respondents wanted to better understand what more Microsoft could do to help manage their security and compliance issues.

One response to this comment is with moving to the cloud itself. Microsoft is able to move much more quickly than individual companies to ensure that rapidly changing laws and standards are being met by the Office 365 platform. Additionally, they are better able to adapt and change to the ever-changing threats that are intentional or unintentional, rolling out updates and improvements to customers as quickly as necessary, providing real-time protection of their data and systems. This is one of the primary benefits of the cloud model – reducing the work and cost of proactive security of your data and intellectual property.

## The Confidence Gap

One of the surveys and interview techniques used was to ask broad questions about knowledge and confidence in the functional capabilities of the Office 365 platform, followed by more granular questions to determine how accurately the broader questions were answered. It is very common for respondents to overly attribute positive responses to questions about their company's understanding of their own requirements, the completeness of their planning activities, and whether all available options and features are being utilized.

In other words, respondents will generally paint their organization in the most positive light. By also asking specific questions about core capabilities, we begin to identify a confidence gap across all three areas: most organizations do not fully understand their own requirements, therefore they do not conduct proper planning, and most do not utilize (or are even aware of) all of the features that are available and whether these unused capabilities would help them meet their requirements.

As you can see in Table 7 below, most respondents indicated that they are "Not At All Familiar" or "Somewhat Familiar" with Office 365's security and compliance capabilities.



*Table 7 - How familiar are you with Microsoft's security & compliance offerings for Office 365?*

| Question | Not at all familiar | Somewhat Familiar | Familiar | Very Familiar |
|---|---|---|---|---|
| Alerts: Alerting on end user and admin actions, as well as content | 19.35% | 29.03% | 29.03% | 22.58% |
| Classifications: Labels and Policies to categorize content and retention | 19.35% | 32.26% | 19.35% | 29.03% |
| Data Loss Prevention: Data Loss Prevention policies for controlling sensitive data such as PII | 22.22% | 28.57% | 28.57% | 20.63% |
| Data Governance: Archive and supervisory review of user's communication | 30.65% | 37.10% | 17.74% | 14.52% |
| Threat Management: Advanced Threat Protection for emails and links. Also, attack simulation for testing end-user security | 29.03% | 35.48% | 22.58% | 12.90% |
| Data Privacy: GDPR Dashboard, and Data Subject Request case management | 32.26% | 30.65% | 22.58% | 14.52% |
| Search & Investigation: Content and Audit Log investigation. eDiscovery and Cloud App Security | 20.97% | 33.87% | 25.81% | 19.35% |

The question is: how do you interpret this information? Again, if you factor into your analysis the organizational bias that most people have, typically attributing an overly-positive score to their own teams, these numbers are likely top-heavy–which is reflected in the larger gaps in the more granular, feature-specific questions.  As Eric Overfield points out, there is a definite education gap:

> *"I am not sure how to interpret this, as across the board only one-third of respondents are claiming to be familiar with each of the different features highlighted. My best guess is that, in general, the available features are not making it into the conversation enough to hit the radars of those responsible for implementing and/or utilizing security and compliance features."*

According to Antonio Maio, however, progress is being made:

> *"We are seeing familiarity with security and compliance capabilities growing, but many organizations are still discovering which security and compliance tools are available to them in the cloud."*

We also asked respondents to share their thoughts on their most-used Office 365 workloads. The purpose of including this question was not to test respondent knowledge of the security and compliance capabilities within each workload, but to gauge their confidence in both security and compliance standards.



*Table 8 - How confident are you that the services and solutions are meeting organizational and industry security standards?*

| Field | Minimum | Maximum | Mean | Std Deviation | Variance |
|---|---|---|---|---|---|
| Exchange | 1.00 | 7.00 | 5.20 | 1.63 | 2.67 |
| OneDrive for Business | 1.00 | 7.00 | 4.64 | 1.89 | 3.59 |
| SharePoint | 1.00 | 7.00 | 4.63 | 1.84 | 3.38 |
| Skype for Business | 1.00 | 7.00 | 4.83 | 1.70 | 2.89 |
| Microsoft Teams | 1.00 | 7.00 | 4.67 | 1.82 | 3.32 |
| Office 365 Groups | 1.00 | 7.00 | 4.70 | 1.90 | 3.61 |
| Yammer | 1.00 | 7.00 | 4.50 | 2.04 | 4.16 |
| Power BI | 1.00 | 7.00 | 4.75 | 2.10 | 4.40 |
| Planner | 1.00 | 7.00 | 4.69 | 2.08 | 4.34 |
| PowerApps | 1.00 | 7.00 | 4.95 | 2.06 | 4.26 |
| Microsoft Flow | 1.00 | 7.00 | 5.09 | 2.00 | 3.99 |
| Microsoft Forms | 0.00 | 7.00 | 4.38 | 2.34 | 5.47 |
| Other | 4.00 | 4.00 | 4.00 | 0.00 | 0.00 |

The advisory panel was surprised by some of these responses, as captured by Joanne Klein:

> *"This one surprises me a bit. Perhaps Microsoft Flow is #1 because there's been a better job at educating people on DLP around it? Generally, it appears non-IT people have the most confidence in the Power Tools."*

While our research did not explore the features and limitations of each of the workloads, what it did provide was a perspective of where respondents are putting their trust – highlighting areas which organizations may want to review and ensure that internal and external requirements are being met.

As one of the fastest-growing products in Microsoft's history, Microsoft Teams landed in the bottom half of the confidence scale. Whether the lower scoring is due to perceptions or concerns over specific security and compliance deficiencies is undetermined within our study, but as Eric Overfield suggests, it's becoming too important a component for organizations to ignore:

> *"As with compliance, we are seeing a lack of confidence around security for Microsoft Teams. There is such room for mistakes with Microsoft Teams that the Compliance Officers must get their heads around. Simply turning off Microsoft Teams, which is destined to be the canvas of the digital workplace, is not an option. Teams provides far too much power for end users to ignore, they will jump instead to other 3rd party solutions, i.e. shadow IT."*

As we explored respondent confidence within the Office 365 compliance capabilities, you can once again see a similar pattern: people have high confidence in their own primary workloads, and low confidence in the systems they do not actively use. As shown in *Table 9* - If audited, how confident are you that your



organization is meeting or exceeding industry compliance standards?, overall respondents are reasonably confident that their primary workloads would pass an unexpected audit.

*Table 9 - If audited, how confident are you that your organization is meeting or exceeding industry compliance standards?*

|  | Minimum | Maximum | Mean | Std Deviation | Variance |
|---|---|---|---|---|---|
| Confidence level | 0.00 | 7.00 | 4.13 | 1.66 | 2.74 |

*Table 10 - How confident are you that the services and solutions are meeting all organizational and industry compliance standards?*

| Field | Minimum | Maximum | Mean | Std Deviation | Variance |
|---|---|---|---|---|---|
| Exchange | 0.00 | 7.00 | 4.64 | 1.71 | 2.91 |
| OneDrive for Business | 1.00 | 7.00 | 4.35 | 1.76 | 3.11 |
| SharePoint | 1.00 | 7.00 | 4.29 | 1.71 | 2.92 |
| Skype for Business | 2.00 | 7.00 | 4.73 | 1.62 | 2.64 |
| Microsoft Teams | 1.00 | 7.00 | 4.33 | 1.77 | 3.13 |
| Office 365 Groups | 1.00 | 7.00 | 4.47 | 1.77 | 3.13 |
| Yammer | 1.00 | 7.00 | 4.27 | 2.00 | 4.02 |
| Power BI | 1.00 | 7.00 | 4.18 | 2.19 | 4.79 |
| Planner | 1.00 | 7.00 | 4.06 | 2.11 | 4.43 |
| PowerApps | 1.00 | 7.00 | 4.68 | 2.18 | 4.74 |
| Microsoft Flow | 1.00 | 7.00 | 4.86 | 2.18 | 4.75 |
| Microsoft Forms | 1.00 | 7.00 | 4.50 | 2.10 | 4.39 |
| Other | 4.00 | 4.00 | 4.00 | 0.00 | 0.00 |

Another interesting insight the research team reviewed was how specific roles responded to these questions. Specifically, the differences between respondents identifying as Compliance Officers to Executives (some additional data points are included within the Appendix).

The Compliance Officer is typically a middle-manager role outside of IT, and as shown in *Figure 5,* the confidence that respondents have in some of the newest Microsoft solutions was surprising to our advisory panel, while some of the most mature solutions (SharePoint and Exchange) fall to the bottom half.

CollabTalk

Commented Antonio Maio:

> *"Again, I'm surprised that Compliance Officers feel most comfortable in the compliance capabilities of Microsoft Flow.  Microsoft Flow is still a relatively young product, and its security and compliance capabilities are still maturing.  With Microsoft Flow's ability for any user to send data to any endpoint on the internet, we certainly hope that organizations are using and enforcing the data loss prevention policies that are available with Microsoft Flow in order to mitigate risks of data exposure."*



*Figure 5 - Confidence by Role: Compliance Officer*

What this data illustrates, emphasized by the feedback the panel advisors, is that there is clearly a gap in respondent understanding of the security and compliance capabilities across most of the Microsoft offerings. The research team observed through individual interviews that the more familiar the respondents were with the workload, the more critical they were about granular security and compliance capabilities. The less familiar they were with a workload, the more they trusted in the high-level product marketing messaging—until they were asked more detailed questions about the individual workloads, at which point their confidence levels decreased.

Eric Overfield continued with his commentary on Microsoft Teams:

> *"Compliance Officers lack of confidence in regard to Microsoft Teams is a cause for concern. Teams is being piloted and adopted by hundreds of thousands of organizations. The conversations that are happening there have to be secured and compliancy must be maintained as with any other form of communication or collaboration. Compliance Officer training and support with Microsoft Teams must become top of mind for most organizations."*

CollabTalk

The confidence levels from survey respondents identifying as Executives or Senior Leaders was much more in-line with what the advisory panel expected to see from this data, as shown in *Figure 6 - Confidence by Role: Executive / Senior Leader*



*Figure 6 - Confidence by Role: Executive / Senior Leader*

Stated Antonio Maio:

> *"Confidence in the compliance capabilities of SharePoint is in line with what we see in the market from executives and senior leadership.  SharePoint has a long history of storing and enabling collaboration on sensitive data, and its compliance capabilities have evolved significantly over time."*

As stated earlier, the additional questions around the more granular features showed that when asked for specifics versus general confidence / awareness, survey respondents showed less organizational bias, with most answers trending down.

*Table 11 - How often do you use the Alerts feature?*

| Answer | % |
|---|---|
| Never | 39.06% |
| Sometimes | 35.94% |
| About half the time | 9.38% |
| Most of the time | 10.94% |
| Always | 4.69% |

*Table 12 - Do you use Labels for classification?*

| Question | Never | Sometimes | About half the time | Most of the time | Always |
|---|---|---|---|---|---|
| Office 365 Labels | 49.18% | 26.23% | 6.56% | 11.48% | 6.56% |
| Custom or 3rd-party classification solution | 63.33% | 15.00% | 3.33% | 8.33% | 10.00% |



Table 13 - How often do you use the Data Loss Prevention (DLP) feature?

| Answer | % |
|---|---|
| Never | 36.67% |
| Sometimes | 26.67% |
| About half the time | 10.00% |
| Most of the time | 13.33% |
| Always | 13.33% |

Table 14 - How often do you use these data governance features?

| Question | Never | Sometimes | About half the time | Most of the time | Always |
|---|---|---|---|---|---|
| PST Import | 64.91% | 22.81% | 1.75% | 8.77% | 1.75% |
| Content Archive | 42.86% | 30.36% | 5.36% | 12.50% | 8.93% |
| Content Retention | 33.93% | 23.21% | 12.50% | 17.86% | 12.50% |
| Content Dispositions | 48.21% | 19.64% | 10.71% | 12.50% | 8.93% |
| Supervisory Review | 51.79% | 21.43% | 3.57% | 10.71% | 12.50% |

Table 15 - How often do you use these threat management features?

| Question | Never | Sometimes | About half the time | Most of the time | Always |
|---|---|---|---|---|---|
| Attack Simulator | 50.00% | 20.83% | 6.25% | 14.58% | 8.33% |
| ATP Anti-phishing | 42.86% | 18.37% | 4.08% | 18.37% | 16.33% |
| ATP Safe Attachments | 43.75% | 16.67% | 8.33% | 12.50% | 18.75% |
| ATP Safe Links | 47.92% | 14.58% | 6.25% | 12.50% | 18.75% |
| Anti-spam | 27.08% | 18.75% | 6.25% | 14.58% | 33.33% |
| DKIM | 44.44% | 15.56% | 6.67% | 17.78% | 15.56% |
| Anti-malware | 29.17% | 20.83% | 6.25% | 16.67% | 27.08% |
| Message Trace | 29.17% | 33.33% | 8.33% | 18.75% | 10.42% |

Table 16 - How often do you use these data privacy features?

| Question | Never | Sometimes | About half the time | Most of the time | Always |
|---|---|---|---|---|---|
| GDPR Dashboard | 54.00% | 24.00% | 4.00% | 8.00% | 10.00% |
| DSR Request | 64.58% | 16.67% | 4.17% | 8.33% | 6.25% |

CollabTalk

*Table 17 - How often do you use these search & investigation features?*

| Question | Never | Sometimes | About half the time | Most of the time | Always |
|---|---|---|---|---|---|
| Content Search | 16.33% | 22.45% | 24.49% | 8.16% | 28.57% |
| Audit Log Search | 22.45% | 26.53% | 18.37% | 10.20% | 22.45% |
| eDiscovery | 26.53% | 26.53% | 16.33% | 6.12% | 24.49% |
| Cloud App Security | 32.65% | 26.53% | 2.04% | 18.37% | 20.41% |

Another interesting data pivot is to understand where third-party tools are in use, which may indicate one of three things:

1. Low confidence in the comparable out-of-the-box features
2. Education / awareness issue with comparable out-of-the-box features
3. Missing features in the platform



*Figure 7 - What other third-party or custom-built solutions does your organization use for security and compliance?*

Eric Overfield showed some concern over the low number of respondents using third-party cyber-security tools, stating:

> *"Only 13.5% of respondents are using cyber security 3rd party tools, that appears to me to be far too low than what we would want to see. Security has to be top of mind of organizations."*

However, this may also reflect the strengthening cyber-security story from the out-of-the-box Office 365 capabilities in which customers are finding that they no longer need to purchase additional solutions to augment their platforms. Based on industry data, however, a more likely scenario is that they are not fully

CollabTalk

aware of the gaps in their cyber-security strategies and are overly reliant on Microsoft and other key solution providers.

Antonio Maio makes a similar point:

> *"This is an interesting outcome – and is in line with some client environments and the needs of Compliance Officers. Where we recommend backup of content from Office 365, to either on-premises systems or to other cloud hosted backup systems, is to meet specific regulatory compliance needs where maintaining full backups of all corporate content is a strict requirement.*

> *"From a security and compliance perspective, our clients are often investing in third-party tools for data loss prevention, identity and access management, and advanced control of privileged user access.  As well, as part of digital transformation initiatives, we often see organizations invest in third-party tools for data and solution migration.  In addition, we see third-party tool investment in records management tools for compliance with record retention requirements in the Microsoft Cloud continuing to occur.  Microsoft's tool set for record retention and record management in their Cloud offerings has made significant advancements recently, but there are still some gaps that require the use of third-party tools."*

As shown in

*Table 18 - Reasons for using 3rd* party solutions, we then asked the survey respondents to share their reasoning for using these outside tools and solutions. Interestingly, there were no categories in which the majority of respondents believed these third-party tools to be better than what Office 365 provides.

*Table 18 - Reasons for using 3rd party solutions*

| Question | I have a very specific need that only this tool can address | My company bought this tool/legacy application | I believe this tool to be better than what Microsoft can provide in the cloud |
|---|---|---|---|
| Back Up/Recovery | 31.82% | 45.45% | 22.73% |
| Data/Solution Migration | 33.33% | 33.33% | 33.33% |
| Compliance/Auditing | 23.08% | 30.77% | 46.15% |
| eDiscovery/Legal | 8.33% | 50.00% | 41.67% |
| Cyber-Security | 27.27% | 27.27% | 45.45% |
| User/Org Provisioning | 20.00% | 80.00% | 0.00% |
| Lifecycle Management | 40.00% | 30.00% | 30.00% |
| End-to-end Admin/ Automation | 40.00% | 40.00% | 20.00% |

According to Antonio Maio:

> *"This is very much in line with what we see in the market.  Third-party tools for data and solution migration are often utilized by consultants working in client environments,*



> *where solutions for backup/recovery are often utilized by internal company staff such as IT managers or administrators."*

Finally, we asked the survey respondents whether they believed the current security and compliance features were sufficient for their organizational requirements. For security features, a strong majority (66.67%) agreed the Office 365 "Definitely Yes" or "Probably Yes" met all of their requirements. However, for compliance features, just under half (45.1%) of respondents agreed that it "Definitely" or "Probably" met all of their requirements, with the largest response being "Might or Might Not." Once again, the research team believes this can be attributed to the education gap around Office 365 compliance capabilities.

*Table 19 - Do you think the current security protection for Office 365 is sufficient?*

| Answer | % |
|---|---|
| Definitely yes | 19.61% |
| Probably yes | 47.06% |
| Might or might not | 19.61% |
| Probably not | 11.76% |
| Definitely not | 1.96% |

*Table 20 - Do you think the current compliance capabilities in Office 365 are sufficient?*

| Answer | % |
|---|---|
| Definitely yes | 15.69% |
| Probably yes | 29.41% |
| Might or might not | 33.33% |
| Probably not | 13.73% |
| Definitely not | 7.84% |

CollabTalk

## Overall Analysis and Recommendations

At its core, Office 365 operates some of the most secure data centers in the world, adhering to Microsoft's internally-developed Security Development Lifecycle. Many of the best practices were developed over decades of Microsoft's own enterprise software development efforts, and since the late 1990's, this has included a host of online services. Per the Microsoft Trust Center[7]:

> *Office 365 is verified to meet the requirements specified in ISO 27001, European Union (EU) Model Clauses, the Health Insurance Portability and Accountability Act Business Associate Agreement (HIPAA BAA), and the Federal Information Security Management Act (FISMA). Our data processing agreement details the privacy, security, and handling of customer data, which helps you comply with local regulations.*

The Office 365 platform provides enterprise-grade user and administrator controls, giving organizations the ability to manage and scale their environments with the assurance that all physical, logical, and data security layers adhere to industry best practices (or better).  Microsoft makes continuous improvements to the security of the Office 365 platform, from port and perimeter scanning to regular auditing of operator/administrator activities and access.

While organizations need to understand how they are meeting their security and compliance needs today, and how Microsoft can improve on that, customers of Office 365 are ultimately responsible for their own data. Microsoft provides broad oversight of the service plan, including service uptime and SLAs. Customer requirements for security and compliance will likely extend beyond these capabilities – and organizations need to understand the limitations of their service plans and have strategies in place to mitigate these gaps.

However, the top issue identified by respondents was not the technology, but administrator and end user education:

- When asked how Microsoft could enhance the security of their products, 83% of respondent requested more assistance in understanding and implementing Microsoft products.

- Of those that thought Microsoft security was sufficient, 80% of respondents have either not run security and compliance checks, or do not know if they have.

- Of those who did not think the current security protection offered by Microsoft was sufficient, 57% of respondents were not aware of Microsoft's security division.

- Of those who did not think the current security protection offered by Microsoft was sufficient, 71% of respondents were not aware of Microsoft's overall security and compliance strategy.

The overall governance of your Office 365 environment has less to do with the technology and more to do with the practices and procedures you put in place to administrate your information assets. Office 365 provides the tools and capabilities you require to develop sound governance standards and meet your internal and industry-defined governance requirements.

---

[7] https://products.office.com/en/business/office-365-trust-center-compliance



On the reliance on Office 365 to meet most, if not all, of your security and compliance requirements, Microsoft MVP Erica Toelle (@EricaToelle) a Product Evangelist at RecordPoint in Seattle, Washington, commented:

> *Before the cloud, people managed security and compliance all on their own. Outsourcing this to Microsoft is a good idea. Microsoft has more budget to hire the industry-leaders, so they are more secure. People don't perceive this because their understanding is immature. They don't know how much Microsoft is protecting them or not. They also don't really have complete control over the situation.*

Based on our primary and secondary research, six key recommendations were identified to improve organizational security and compliance practices within Office 365:

1. **Approach security and compliance more holistically**, looking at it as an integrated business solution rather than through functional silos or individual workloads. Make each topic part of your existing or future governance oversight committee meetings, as review and management of security and compliance issues will likely comprise a large portion of your ongoing operational activities. Develop metrics for each workload that will be meaningful at the company-level, as well as the business unit or team-level and provide deeper insights into how different user groups are adhering to company security and compliance standards.

2. **Identify feature gaps and create an operational strategy** for those gaps, allowing CSOs, IT Managers, and other key business stakeholders to understand the features and limitations of each workload within Office 365 (For example, OneDrive can only restore deleted files for 93 days[8]) and more transparently manage employee expectations.

3. **Conduct scheduled inventory audits** on a regular basis to help clean up and classify data and improve information architecture (IA) across the board. Setting security and compliance policies is difficult when managers and employees do not know the state and disposition of their information assets. Audits provide visibility, and present opportunities to re-evaluate the priority of information assets, as well as to make policies and procedures around the content lifecycle clear to everyone.

4. **Create a training plan to better disseminate policies and procedures** that moves beyond one-time training and makes awareness of security and compliance standards part of a mandatory education plan. Training plans that incorporate multiple tools and distribution methods are always more effective than simply providing a digital training PDF or posting a single training video to the company intranet. Organizations should take the time to create training assets that match the learning culture within the organization, providing self-help tools (videos, content, internal quizzes) and both formal and informal sessions (classroom, brown bags, ask me anything (AMA) discussions) to reach the broadest audience.

5. **Develop necessary governance and change management programs and committees** to advance these ideas, support transparency, and to hold the organization accountable. This is especially critical as the pace of the Office 365 change release process is incredibly fast (including monthly and weekly builds), and organizations can easily miss key improvements or new features if they fail to stay on top of these releases.

---

[8] https://support.office.com/en-us/article/restore-deleted-files-or-folders-in-onedrive-949ada80-0026-4db3-a953-c99083e6a84f



6. **Better leverage the latest technology**, getting "out in front of it" by "dogfooding" the latest features (pilots) to understand how new features can be utilized. More than ever, Microsoft tries to provide business guidance and user scenarios for all new features and capabilities, documenting administrator and end user guidance to help customers quickly adopt. Organizations that create an environment where new features are quickly testing and deployed will have a distinct competitive advantage over those who fail to adapt and adopt new solutions. This is especially true with security and compliance features, which can have an immediate impact through risk reduction.

On the idea of starting your planning with an audit, Eric Overfield stated:

> *"Companies need the right person (expertise) to run audits and decide to dedicate resources to security and compliance. You need someone who intrinsically understands common situations and holes in security. You need to start with an audit, then you need to lock things down. Network, workstations, client data. Go after security first and then compliance."*

Microsoft's high-level guidance for Office 365 on the topics of security and compliance is straight-forward: monitor and proactively manage. Along with your users, data is the lifeblood of your organization. As a result, it's critical to lay the groundwork to lock down access, manage the content (and end user) lifecycle, and protect your system from risk – and external threats.

To accomplish this, Microsoft recommends leveraging the Security & Compliance Center to:

- Set up and monitor alerts
- Regularly review access and usage reports
- Use the Threat Intelligence tools to research and respond to threats
- Filter and quarantine your organization's email
- Follow all of Microsoft's recommendations, based on your license types and usage patterns
- Leverage the new Advanced Security Management features to investigate and mitigate potential issues
- Regularly check your Office 365 Secure Score to identify areas for improvement

A cohesive, holistic and practical approach to governance is required for platforms like Office 365, where the reach is extensive. With the simplification of development practices in the move to a cloud environment, you now are able to more easily shift resources to concentrate on process and governance where doing so was difficult in the past.

When approaching governance of your Office 365 environment, is it important to review your strategy and tactical plans to execute your strategy. Consider each of these four areas:

### Foundation

Set the ground rules for how your platform operates and what information technology security parameters it must operate in to remain secure and compliant. Address the structure and support your organization will provide to keep your environment in working order.

### Administration

Placing an emphasis on teamwork between your administrative teams will streamline issue resolution and promote the nature of the platform's collaboration core. As with any team environment, definition of roles and responsibilities will be key to success. Also be sure to set a clear vision for the future in order for your administrators to manage your environment with the future in mind.



### Communication

One of the clearest forms of collaboration is communication. Be straightforward and open when it comes to your Office 365 platform. Just as nature abhors a vacuum, successful communication requires collaboration with management, stakeholders, and your end users. Bring your voice and vision to the forefront and give your employees a voice in the process.

### Adoption

Focus resources on user engagement, awareness and recognition in order to ensure adoption of new features. Empowering your end users will encourage them to explore and become personally invested in the technology and how it can benefit their day to day work.

There are many great online resources available with guidance on how to approach modern governance. While Microsoft provides many of the tools and guidance you need to build and maintain your governance standards, also take advantage of Microsoft's incredibly strong partner ecosystem and community of experts and practitioners to leverage the wisdom of the crowd – in addition to your own internal expertise.

On this point, long-time Microsoft MVP Matthew McDermott (@MatthewMcD), Principal Technical Marketing Engineer at Spanning Cloud Apps, stated:

> *"Companies should invest in personnel and tools to ensure compliance and secure systems.  It's not enough, with today's threat landscape, to be reactive.  We need to be proactive in our approach to keeping our assets and customer data safe and secure."*

His guidance was echoed by Antonio Maio:

> *"Overall, we see security and compliance knowledge and requirements within the enterprise maturing at a steady pace.  As our cloud environments evolve with new capabilities, and as new threats come onto the landscape, there is a need for compliance officers, security teams, IT managers and senior leadership to continue to invest in and mature their understanding of what compliance in the cloud looks like, how they demonstrate compliance in the cloud, what tools are available to them and what tools are right for specific tasks.  Annual training for end users on corporate information security policies is still highly recommended for all organizations to address many of the challenges faced.  Finally, rolling out new cloud capabilities to end users in a well-defined and controlled manner is also highly recommended, so that information workers have the tools they need to be productive day to day and so that IT, Security and Compliance teams have appropriate controls in place to meet corporate security and compliance requirements."*

The first step in moving forward is to understand your security and compliance goals and priorities.



## Advisory Panel

**Liam Cleary**
CEO/Owner at SharePlicity, and
Product Owner - Security at
Rencore
Microsoft MVP
@helloitsliam
linkedin.com/in/liamcleary/

**Jussi Roine**
Chief Research Officer at Sulava
Microsoft MVP & RD
@JussiRoine
linkedin.com/in/jroine/

**Eric Overfield**
President of PixelMill
Microsoft MVP & RD
@ericoverfield
linkedin.com/in/ericoverfield/

**Antonio Maio**
Associate Director & Senior
Enterprise Architect at Protiviti
Microsoft MVP
@AntonioMaio2
linkedin.com/in/antonio-maio-
b082191/

**Joanne Klein**
SharePoint Consultant at NexNovus
Consulting
Microsoft MVP
@JoanneCKlein
linkedin.com/in/joannecklein/

**Joel Oleson**
Sr. Manager at Blizzard Entertainment
Microsoft MVP & RD
@joeloleson
linkedin.com/in/joeloleson/

**Richard Harbridge**
CTO at 2toLead
Microsoft MVP
@rharbridge
linkedin.com/in/rharbridge/

**Nicki Borell**
Managing Consultant at Xperts at Work
Microsoft MVP & RD
@NickiBorell
linkedin.com/in/nicki-borell/

**Brian Culver**
Enterprise Solutions Architect & Consultant
at Expert Point Solutions
@SPBrianCulver
linkedin.com/in/bculver



## Sponsors



Microsoft develops, manufactures, licenses, supports and sells computer software, consumer electronics, personal computers, and services. Our mission is to empower every person and every organization on the planet to achieve more.
www.Microsoft.com



Spanning Cloud Apps, a Kaseya company, is the leading provider of backup and recovery for SaaS applications, helping organizations around the globe protect their information in the cloud. The company provides powerful, enterprise-class data protection for Microsoft Office 365, G Suite, and Salesforce. With data centers located in North America, the EU, and Australia, Spanning Backup is the most trusted cloud-to-cloud backup solution for thousands of companies and millions of users around the world. Learn more at www.spanning.com. Follow Spanning on Twitter @spanningbackup.  www.Spanning.com



RecordPoint is a global records management and compliance solution provider and pioneer of cloud-based recordkeeping. Recognized as a Cool Vendor by Gartner in 2018, RecordPoint is leading the way in the content services segment and providing organizations with the ability to manage records from across multiple services and platforms using a single, federated solution.

With support for Office 365, SharePoint, File Shares, E-mail, Box, Dropbox, G-Suite and many other applications, RecordPoint demonstrates how easy federated compliance can be with a modern, trusted cloud solution.  www.RecordPoint.com



tyGraph is an award-winning software company that provides intelligent tools for better collaboration, using Machine Learning (ML) and Artificial Intelligence (AI) platforms to extract the strongest signals from the billions of rows of data processed for our customers each month. Many Fortune 500 companies across the globe trust tyGraph to deliver the analytics they need to take action on insights.  www.tyGraph.com



Rencore is a software company providing award-winning solutions essential to the SharePoint and Office 365 space. The Rencore Platform is based on four pillars: App Security, App Governance, App Management, and App Modernization. The Rencore Platform securely automates everyday tasks, finds app issues and vulnerabilities in the DevOps process, and discovers and monitors customizations in the Pre-Production, Production or Modernization phases.  www.Rencore.com

## In-Kind












# APPENDIX
# 129



The use of the cloud enables employees to share, collaborate, and work much more efficiently and flexibly—helping organizations to reach their goals and scale with ease. Naturally, this means that the adoption of cloud-based tools has continued to proliferate across organizations around the world and has changed the way that work is done in the modern enterprise.

To learn about the rate at which companies are deploying cloud services, Bitglass performed an automated analysis of over 138,000 companies. This allowed Bitglass to uncover the adoption rates for popular SaaS apps, AWS, and single sign-on (SSO) solutions across various industries. Read on to learn more.

# The Growth of Cloud Adoption

Bitglass has conducted this study multiple times over the last half of a decade and, year after year, the percentage of organizations using the cloud has grown. Today, a staggering 86% of enterprises have deployed cloud-based tools. Organizations that migrate to the cloud are able to remain competitive and keep pace with the ever-growing productivity and flexibility demands placed upon them by the market.



### Organizations using the cloud

- 24% — 2014
- 59% — 2016
- 81% — 2018
- 86% — 2019

# THE RISE OF CLOUD APPS

Despite an early lead in the cloud productivity market, Google's G Suite has slowed down in the past several years, increasing from **25%** in 2018 to **33%** in 2019. Microsoft Office 365 on the other hand, still reigns supreme as the cloud productivity suite of choice with **79%** adoption as of 2019.

The use of cloud applications has grown tremendously over the last year; the adoption of Salesforce and Slack increased by **55%** and **44%**, respectively. Rapid cloud adoption means that organizations must be ready to protect sensitive data within any application.

|  | 2014 | 2016 | 2018 | 2019 |
|---|---|---|---|---|
| Office 365 | 8% | 34% | 56% | 79% |
| G Suite | 16% | 25% | 25% | 33% |

|  | 2018 | 2019 |
|---|---|---|
| salesforce | 11% | 17% |
| slack | 43% | 62% |
| box | 17% | 17% |



# AWS in the Enterprise

Organizations that use infrastructure as a service (IaaS) benefit in various ways; from mitigating the need for costly, on-premises IT infrastructure to being able to scale with the click of a button. In 2019, the percentage of organizations using AWS reached **20%**, reflecting a **43%** increase from last year's **14%**.

## Top 5 Industries Using AWS



### 2018

**Technology**
22%

**Education**
20%

**Media**
15%

**Agriculture**
13%

**Finance**
12%

### 2019


**Technology**
32%


**Media**
28%


**Telecommunications**
27%


**Education**
26%


**Non-Profit**
20%

# Industry Breakdown

## Education



O365
**81%**

SSO
**61%**

Education is a major user of cloud apps, adopting Office 365 (**81%**) and G Suite (**59%**) for student and faculty use. Salesforce (**30%**) and Okta (**18%**) were adopted the most by education. Education was also the second-largest user of Slack (**77%**).

## Technology



O365
**80%**

SSO
**33%**

Since 2018, technology has leaped from **22%** AWS adoption to **32%**. Technology is also the leading adopter of Slack (**79%**) and the third largest user of G Suite (**49%**). Interestingly, technology was not in the top 5 for SSO (**33%**).

## Finance



O365
**82%**

SSO
**41%**

Finance was the fourth largest adopter of Office 365 (**82%**) and the third largest for SSO. Since last year, SSO adoption has gone from **29%** to **41%**—this **41%** increase is good news for financial service customers.

## Healthcare



O365
**79%**

SSO
**30%**

Healthcare was another leading adopter of Office 365 at **79%**. As for SSO, the healthcare industry fell into 10th place with only a **30%** adoption rate—a concerning statistic that could affect millions of patients.



# THE SIGNIFICANCE OF SSO

Single sign-on (SSO) is a security tool that organizations employ in order to authenticate users that are attempting to access data in the cloud. Unfortunately, while the percentage of companies deploying cloud applications has grown to **86%**, SSO adoption is a mere **34%** today. Regardless, tools like SSO are table stakes when it comes to protecting data in the cloud. As such, the difference between cloud adoption and single sign-on usage should be far less sizable.

## TOP 5 SSO ADOPTERS



EDUCATION
61%

GOVERNMENT
46%

FINANCE
41%

TELECOMMUNICATIONS
40%

ENERGY
39%

## IDENTITY PROVIDERS IN USE



Centrify  5%

PING  8%

onelogin  33%

OTHER  10%

15%

ADFS

29%  okta

# CLOUD ADOPTION BY ORGANIZATION SIZE

Cloud applications give organizations the ability to scale much more easily. With that being said, it should come as no surprise that larger organizations adopt the below cloud applications the most often. Fortunately, small and medium-sized companies aren't too far behind for many of these apps. However, larger organizations are clear frontrunners when it comes to SSO adoption.

**64%** of large firms utilize SSO, nearly **50%** more than medium-sized companies, and more than twice as often as small organizations.

| Size | salesforce | Office 365 | G Suite | box | slack | servicenow | aws | Single Sign-on |
|------|-----------|-----------|---------|-----|-------|-----------|-----|----------------|
| < 500 | 14% | 77% | 34% | 13% | 59% | 1% | 17% | 25% |
| 500-1,000 | 21% | 85% | 28% | 22% | 65% | 4% | 21% | 45% |
| > 1,000 | 29% | 83% | 33% | 33% | 78% | 11% | 31% | 64% |



# Wrap-Up

Over the last five years, cloud adoption has grown at an astonishing rate—from 24% to 86%. Consequently, employees have been able to work more efficiently and flexibly, allowing organizations to enhance their operations in various ways. With that being said, the need for data protection is more vital than ever, and security strategies that organizations are implementing must be shaped around a cloud-first environment. Fortunately, utilizing a cloud access security broker (CASB) allows companies to embrace the benefits of the cloud without the risk of data leakage. Want to learn how? Download the <u>Top CASB Use Cases</u>.



## bitglass

Phone: (408) 337-0190
Email: info@bitglass.com

www.bitglass.com

## About Bitglass

Bitglass, the Next-Gen CASB company, is based in Silicon Valley with offices worldwide. The company's cloud security solutions deliver zero-day, agentless, data and threat protection for any app, any device, anywhere. Bitglass is backed by Tier 1 investors and was founded in 2013 by a team of industry veterans with a proven track record of innovation and execution.

# Appendix

| Industries | Salesforce | Office 365 | G Suite | Box | ServiceNow | Slack | AWS | SSO |
|---|---|---|---|---|---|---|---|---|
| Agriculture | 10% | 82% | 24% | 11% | 1% | 47.1% | 12% | 26% |
| Biotech | 18% | 86% | 26% | 20% | 4% | 55% | 15% | 34% |
| Construction | 9% | 79% | 21% | 16% | 2% | 42% | 8% | 23% |
| Education | 30% | 81% | 59% | 34% | 8% | 77% | 26% | 61% |
| Energy | 16% | 85% | 23% | 17% | 6% | 54% | 17% | 39% |
| Entertainment | 13% | 77% | 38% | 13% | 2% | 61% | 17% | 23% |
| Finance | 19% | 82% | 19% | 17% | 4% | 53% | 17% | 41% |
| Food and Bev | 11% | 77% | 29% | 15% | 3% | 57% | 14% | 31% |
| Government | 24% | 70% | 26% | 30% | 6% | 66% | 19% | 46% |
| Healthcare | 9% | 79% | 25% | 15% | 3% | 46% | 13% | 30% |
| Hospitality | 12% | 74% | 32% | 13% | 2% | 50% | 12% | 22% |
| Manufacturing | 15% | 82% | 24% | 14% | 3% | 53% | 14% | 27% |
| Media | 16% | 69% | 50% | 18% | 3% | 75% | 28% | 30% |
| Non-profit | 18% | 86% | 41% | 16% | 2% | 63% | 20% | 30% |
| Other | 15% | 77% | 31% | 16% | 2% | 61% | 17% | 29% |
| Retail | 12% | 71% | 34% | 16% | 3% | 61% | 17% | 29% |
| Technology | 22% | 80% | 49% | 16% | 2% | 79% | 32% | 33% |
| Telecommunications | 23% | 75% | 29% | 19% | 6% | 73% | 27% | 40% |
| Transportation | 18% | 79% | 29% | 15% | 4% | 60% | 18% | 35% |

# APPENDIX
# 130

**mimecast**

# Security-as-a-Service:
# Threat mitigation from the cloud



**You can't treat security as a set of isolated point systems. That's true of your business information in general and of your email architecture specifically. Protecting information is one side of the coin; making it available and accessible is the other and if you do both right you can improve productivity as well as avoid risk.**

The cloud isn't just the most effective place to secure email, before any threats or intruders ever reach your network; it's also the most efficient. Cloud-based email services can offer full protection with the promise of availability and reliability too.

# Contents

**03   Securing email in the cloud**

    03  **Security with universal accessibility**

    04  **Email intelligence**

    04  **Managing email security yourself**

    05  **Risk management and security**

    05  **Fragmented security systems**


**06   Making security a service**

    06  **Security in the cloud**

    06  **Security with Mimecast: at rest, in transit and in use**

    07  **Anti-malware**

    07  **Anti-spam**

    08  **Zero-day protection**

    09  **Policy enforcement**

    10  **Audit trails**

    10  **Securing the cloud**


**11   Security is holistic**

    11 **Scaled-up security**

# Executive Summary

A cloud email platform needs to have four key features:
- Confidentiality
- Integrity
- Availability
- Control

That's what you get from Mimecast's security services, without having to patch and update a mixture of different security tools in your own network. It's a complete risk management and compliance platform, with anti-malware, anti-spam, zero-day protection, and policy enforcement. At the same time, there's a complete audit trail and secure encrypted storage on the Mimecast® storage grid.

# Securing email in the cloud

## Security with universal accessibility

Security is more than keeping unauthorized users out of your network and viruses off your desktops. It's not just about encrypting data or blocking spam, monitoring compliance, ensuring privacy or protecting company resources, important as all of those are. If you take the wider view, security means ensuring the confidentiality, integrity and availability of business information. While line-of-business applications and back-end databases are crucial, more and more of that business information is in email on desktops and laptops, which makes it both convenient and vulnerable. It doesn't matter where in the value or supply chain you are, you're relying on email for all manner of vital communications.



Securing email – at rest, in use and in motion – is a key part of any IT security strategy and doing that in the cloud has significant advantages for confidentiality, integrity and availability. For one thing, you're protected from spam and malware before it ever reaches your premises; keeping up with thousands of new threats a day is an unnecessary battle for individual businesses to fight. For another, as with other cloud services you're gaining the expertise and economies of scale of a dedicated service, which means savings on up-front costs and ongoing administration, making a big difference to how quickly you can see value from the system you put in place.



And for email in particular, having it protected in the cloud means it's available in the cloud; as convenient as having it on your laptop but without the security risks. That makes the difference between security that gets in the way of users, forcing them to resort to insecure workarounds to get their job done, and security that gives you the flexibility and control to allow business users to stay productive. At best, security is usually seen as a necessary evil; at worst it actually hampers the business. More than 80% of IT security and business executives say they've given up opportunities for innovation in business because of concerns about









# Securing email in the cloud

## Email intelligence

You can give users access to a mass of useful information about customers, products, colleagues, negotiations, existing contracts and useful contacts, just by letting them search their email efficiently. Who is the best person to work with at a company you haven't dealt with recently? How quickly does a supplier usually get back to you? How often has a potential partner been recommended by colleagues? Often, the information they need is sitting in an old message, but if mail server quotas mean they only have a few weeks of email in their inbox then they're faced with losing access to key business information or keeping PST files on their hard drive, which exposes the information to a host of security threats and impedes eDiscovery should it be required.



Making email available and searchable in the cloud means that it stays secure, but is still accessible. It's the best of both worlds for the user, the IT administrator and the business. Users are no longer restricted by lack of resources, and can take advantage of being able to work anywhere, and at anytime.

## Managing email security yourself

Implementing on-premise infrastructure required to ensure an email system is secure and compliant takes time and requires significant post-installation maintenance. As the email attack surface is large, it's important for businesses to keep their security platform up to date – but this has significant time and budgetary impact, as well as affecting the resources available to IT departments. Time spent maintaining an email security system is time that's not being spent developing new systems or improving business processes.



Putting security in place isn't a one-time deal. It needs ongoing management, to ensure security infrastructure is kept up to date and regularly maintained. Mail administrators need to regularly patch and upgrade software to deal with new techniques employed by malware and spam authors. Significant investment will be required for hardware and software – which is an ongoing expense – as well as subscriptions to support services. Appliance lifetimes are typically short, like PCs and servers, and they will need to be replaced every three or four years. Replacing appliances is another risk, as cover needs to be kept in place while new hardware is installed, and services are migrated between what are likely to be very different security platforms.



The cost of an administrator's time needs to be taken into account too, as effective management of an email security platform will often require the equivalent of at least one, or maybe more, full-time positions. And beyond the individual costs, this is a permanently defensive approach to security, and one that means that mail security will always be a cost to a business, where it will be hard to identify any return on security investment. Getting and collating reports to help understand the returns is an issue in its own right, as fragmented servers and services make it hard to get the right level of visibility into the operations of your mail platform. Mail security teams will find it hard to report in terms of business benefits when the only effective metric is the number of days between security failures.

# Securing email in the cloud



## Risk management and security

And you can't simply ignore the problem because of the costs; effective email security is a business necessity. Email introduces risks into the organization, and risks need to be managed. Insecure mail opens you up to all manner of attacks and issues. Spam gets in the way of normal mail traffic, and distracts staff. Productivity drops every time a user has to delete a spam message, and with 80 – 85% of a user's email being spam, it's wasted time that quickly adds up.



It's not just advertising spam, either. Spam is now one of the main routes malware takes into a company. A plausible message with an attachment is a ticking time bomb that could end up compromising machines, adding them to botnets and opening up their file systems to the prying eyes of criminals. It's not just obvious spam that delivers malware; it can also come from trusted sources.

## Fragmented security systems



Once in place, email security infrastructure is a key component of your business protection, mitigating risks and reducing exposure to third-party threats. However it needs to be a coherent, easy-to-manage system. That's seldom the case if you have a patchwork of systems each that were put into place to answer specific threats. Separate anti-virus tools sit next to anti-spam appliances, getting updates on different schedules, while data loss prevention tools add to the complexity. Managing them all is another complex task, as they'll each have their own management tools, and system administrators will find themselves working with a mix of web user interfaces, remote desktops, and console applications. Making sure everything is up to date becomes a full time task, not to mention testing rules and updated applications to ensure they don't affect your business processes – an updated spam filter that stops customer emails from arriving is something no one wants.



There's another problem that's exacerbated by the complexity of managing your own email security infrastructure: the window of vulnerability. Email security is an arms race with spammers, phishers and malware authors – and they will often have the upper hand. Filters and signatures can only be updated after attacks have been identified and categorized, so you'll be left waiting for updates to be tested and installed hours or days after the bad guys have started using the loophole you're waiting to close. Fifty percent of systems are still unpatched 60 days after patches are released – that's a long time to risk getting infected with malware.

# Making security a service

Treating security as just a series of defenses doesn't give you much opportunity to differentiate your business. The place to add value and improve productivity is through what you enable with security.

## Security in the cloud

You could outsource the management of your on-premise email infrastructure, but the problems (and costs) of the DIY security architecture remain. The alternative is to shift the burden of management off the IT department by moving it out of your network completely. This approach is often partially in place, with anti-spam facilities already outsourced to services that partly or wholly run in the cloud. Important as they are, anti-spam and anti-virus services are only part of the security story, especially in light of the current regulatory environment. Putting all your email security in the cloud will relieve your IT department of a considerable burden. There's no need to test patches, no need to wait for updates to install – and above all, little or no down time.

## Security with Mimecast: at rest, in transit and in use

Mimecast's unified email management service provides a lot more than email management and business continuity. It's a complete email risk management and compliance platform, able to protect your mail while it's stored, when users are working with it, and while it's being sent and received. The layers of protection include anti-malware tools, anti-spam, anti-phishing, Denial of Service protection, policy enforcement and encrypted storage.

Email is one of the main gateways into your business, and its security is a key requirement at all times. Regulatory requirements mean that a larger proportion of email now needs to be stored for many years, and you need to be sure that its integrity is preserved, and that full audit trails exist to show just who looked at a message, and where and when. That's all part of the role of Mimecast's security platform, which aims to ensure that your mail is always secure, whenever and wherever it's being read.

**A well-designed security system needs to provide businesses with four key features:**

- It needs to be available at all times, to the appropriate users
- It needs to provide a business with the means to ensure the integrity of its systems
- It needs to be confidential (making sure that only your company and partners can access mail and mail based processes)
- It needs to give you the means to control user actions

Delivering all four is a complex task, and requires a mix of tools and technologies making it well suited to a cloud service.







# Making security a service

## Anti-malware

No two anti-malware tools are identical. They all work differently, and they all update on different schedules. Some push out updates to their signature files every few minutes, with weekly or even daily updates to their engines. Others are slower, but offer a wider range of anti-virus features. It's important to use a mix of different anti-virus engines if you want to keep a network as secure as possible with as wide as possible coverage. If one engine is being updated, the others will still be working, and messages will continue to flow, but if you're doing this in house you'll need to find a way of staggering updates.



Building a suite of anti-malware tools takes time, as you need to continually monitor evolving threats and available technologies in the market. Another good reason to work with a cloud service is it can use its dedicated resources to ensure you always have the best in class anti-virus tools protecting your mail. That's why Mimecast uses multiple anti-malware technologies from Cloudmark, Commtouch, Clam, AVG, Eset and its own anti-malware stack. Intrusion Prevention tools look for not just traditional malware, but also specially crafted attacks that take advantage of application and operating system vulnerabilities.

## Anti-spam

The same is true of anti-spam tools and services. An effective anti-spam solution is a mix of different tools and approaches. Producing the most effective blend requires significant investment – and continual monitoring. False positives need to be kept to a minimum, as do false negatives. With spam techniques and sources changing from hour to hour and day to day, an email security network needs to be able to respond quickly, something that's difficult for a small network without full-time support. By using a cloud service, both large and small business get access to enterprise-grade tools and software, as well as the enterprise-grade staffing and support needed to keep the service running.



Effective anti-spam protection also comes from accurate reputation services. Mail accepted by a customer of a cloud email service will count towards the reputation score of the sender, and mail that's rejected will compromise that reputation. Low reputation scores can mean a message is automatically flagged as spam, stopping you being able to email some companies at all.

Maintaining your email reputation with cloud services like Mimecast will avoid this problem. While on-premise mail services can subscribe to reputation services, they can be hard to manage, and it's often unclear what the source of, or how accurate, the reputation data is. A cloud service with many clients will automatically have a large and diverse user base from which to build its own reputation service, so you get effective protection.

# Making security a service

Phishing messages that try to trick users into revealing bank account or confidential corporate information are still a serious problem. Finely targeted so-called 'spear-phishing' attacks are on the increase too. A cloud mail service can protect its clients by using a dynamic URL list of known phishing sites; Mimecast constantly refreshes and updates this list and proactively checks new domain registrations to see if they need to be added to the list – particularly looking for new registrations that are a deliberate mis-spelling or lookalike of a financial or commercial domain. Phishing messages often contain similar contents; with a large enough number of messages you can create fingerprints to help detect current and future versions of the attack and Mimecast updates its fingerprint database every 45 seconds.

## Zero-day protection

It's hard for a single-site mail system to offer effective zero-day protection against new threats. The key to effective zero-day protection is working with an enormous number of incoming emails, looking for the signs of a malware outbreak or a new type of spam. Any zero-day protection scheme needs to be able to identify possible malware, and quarantine it before it can be delivered to your users. Mimecast's Zero Hour Adaptive Risk Assessor (ZHARA™) examines suspicious messages as part of the process of splitting them into isolated pieces for processing and storage in the Mimecast grid.

Possible malware is automatically routed to the Dark Traffic, Analysis Group to be reverse engineered. The system also monitors the pattern of incoming connections and the profile of traffic from mail servers to look for unusual behavior and help protect against distributed Denial of Service attacks. None of this is possible unless you're dealing with a large enough amount of email to receive new threats quickly and you have the expertise to detect and remediate problems. In addition to the tens-of-millions of emails Mimecast deals with on behalf of its customers every day, Mimecast uses a network of honeypots to gather spam and malware in the wild, proactively protecting customers from attack.

Cloud services like Mimecast can provide security without compromising email delivery speed; email is an important business tool and it needs to be delivered in a timely fashion. With this combination of pro-active techniques, Mimecast is able to stop an average of 99.5% of malware and spam at the protocol level, without needing to analyze the content. And even though it uses a variety of detection engines to ensure all threats are detected, the Mimecast Mail Transfer Agent, ARMed SMTP™ undertakes much of the analysis in parallel to avoid slowing down email to an unacceptable level.




# Making security a service

## Policy enforcement

Email security isn't just about protecting your staff from threats in incoming messages. It's also about managing the content of the messages they sent. Controlling exactly what information leaves your network is becoming increasingly important, to protect customer data and to make sure your business complies with the appropriate regulations. It's also important to make sure that you apply appropriate controls based on user roles: your CEO is likely to want to be able to send anything, while your customer service staff probably don't need to be able to send attachments or messages that contain customers' personal information.

This is where policy enforcement tools come into play. A cloud service will be able to give you one dashboard where you can control everything from user access to mail, to what they can send – and to whom. Data loss prevention tools let you scan for key words and phrases to make sure sensitive information isn't leaving your company, and the same tools help you ensure your business complies with all the appropriate regulations. Policy enforcement tools can also be used to make sure that all mail you and your staff send is encrypted, and signed with appropriate digital signatures – giving you a level of integrity and non-repudiation that is hard to match with conventional on-premise mail tools.

Mimecast offers TLS (Transport Layer Security) encryption, sending messages through a secure tunnel to the target mail server, which can be triggered by the domain, the specific email address or keywords in the subject or body of the message. If the target mail server doesn't support TLS, Mimecast can utilize 'closed circuit' messaging to deliver it through secure Webmail; that gives tamper proof secure mail with non-repudiation without having to exchange digital certificates in advance. And when staff need to share files with customers, partners or vendors but you don't want the risk of an attachment leaving the business or can't guarantee the receiving server can handle the attachment type or size, Mimecast can automatically strip the attachment and replace it with a URL for accessing the file on a secure Mimecast Web server.







# Making security a service

## Audit trails

In the cloud doesn't mean out of sight; with Mimecast you can still view a complete audit trail for your mail, indicating who sent it, who read it (and how many times), and even where they read it. Audit trails give you the tools you need to ensure that your users aren't attempting to circumvent regulatory restrictions, as well as giving you the assurance that you will be able to provide proof of user actions if regulators or legal actions require it.



## Securing the cloud

Your mail may be secure as it travels across the Internet, but what about the cloud service that's hosting your mail? It needs to be able to protect itself (and your mail) from Denial of Service attacks, it also needs to make sure that your mail is strongly encrypted and partitioned well away from any other customers – using different encryption keys to ensure that only you and your staff can access your mail. Mimecast's storage grid is separate from its processing grid, and spreads stored email across multiple geographically dispersed data centres in each territory ensuring data is stored in its jurisdiction. Content is stored using AES 256 encryption, and the keys are fragmented across the grid, reducing the risk of anyone accessing your mail either inadvertently or deliberately.



# Security is holistic

### Scaled-up security

Outsourcing your email security to a cloud service gives you a full-time security service. Cloud services support large numbers of users, and economies of scale mean that they have staff dedicated to manage their security tools. Heuristic spam and malware detection tools running in the cloud can detect problematic messages quickly, because scanning all the messages targeted at all their clients' mailboxes gives them so much material to work with. Malware patterns will show up quickly, and detection rules will be applied as soon as they have been reliably developed.

These techniques mean that cloud services have a very short, or non-existent, window of vulnerability to new spam and malware messages. A cloud service can also offer increased protection by using several protection mechanisms – typically using several anti-malware and anti-spam tools, or more than one heuristic analysis tool. With more tools, your email presents a much smaller attack surface, reducing your business risk. You could run multiple protection tools in house, but that increases the burden of management and can reduce the performance of your mail servers.

One area where cloud services excel is helping to calculate ROI. A single place to manage all your email security means there's one place to get reports on system performance. A per-user billing cycle also means that it's easy to tie costs to departments and specific business processes, making it easier to calculate the service ROI. A fixed fee also makes it easier to include the service costs in departmental budgets, rather than lumping costs into a single annual IT budget. There's another benefit too, in the shape of no capital costs. All the equipment needed to run an email security service is hosted and managed by the cloud service provider – so there's no need to budget for new servers and security appliances.

Cloud services are designed to do one thing and to do it well, so by entrusting your email security to a cloud provider you're working with experts. Of course no two services are the same, so you should evaluate the capabilities of your chosen service carefully, to ensure suitability with your needs.

Security may be part of your wider business issues, but it's also a fundamental IT issue. Unless security is part of your business' core expertise you'll be able to reduce risk, cost and complexity by using cloud services to achieve unified security. Keeping your email in the cloud ensures you can keep it secure and make it universally accessible, therefore extracting the business value from it without any of the usual disadvantages. With cloud security like Mimecast's you could derisk email and turn it into a true business resource.





Mimecast is a leading provider of essential cloud services for Microsoft Exchange. Mimecast delivers enterprise email management services that include security, continuity and archiving. This suite of services provides total end-to-end control of business email, while minimizing risk and reducing both cost and complexity. Founded in 2003, Mimecast serves thousands of customers worldwide and has offices in Europe, North America and Africa.

© 2011 Mimecast. ALL RIGHTS RESERVED.

# APPENDIX
# 131

# Ignite 2019 Parties

Unofficial list of Microsoft Ignite 2019 Conference and Vendor Parties

Ignite Parties    Guide of Guides    Site Sponsorship    More Conference Parties    Contact

Home » Sponsors

## Sponsors

This site is NOT Affiliated with Microsoft.

### Our Exclusive Sponsor





| NOTE: SPONSORS FROM IGNITE 2018 | | |
|---|---|---|
| Sponsor | Booth | Type |
| 1E | 127 | Exhibitor |
| 2toLead | 1948 | Exhibitor |
| 5nine | 346 | Exhibitor |
| A10 Networks | 225 | Gold |
| Accenture and Avanade | 1000 | Diamond |
| Actiance, now part of Smarsh | 1605 | Gold |
| Actiontec \| ScreenBeam | 2106 | Exhibitor |
| Adaptiva | 1925 | Platinum |
| Add-On Products | 214 | Exhibitor |
| Adobe | 2118 | Platinum |
| Adobe + Microsoft Recharge Lounge | 325 | Exhibitor |
| Advanced Micro Devices | 234 | Exhibitor |
| Advanced Systems Concepts, Inc. | 407 | Gold |
| Agari | 1933 | Gold |
| AgreeYa Solutions Inc | 2048 | Exhibitor |
| Alteryx | 441 | Exhibitor |
| ANYWHERE365 | 1805 | Gold |
| Archive360 | 2034 | Exhibitor |
| Arista Networks | 213 | Gold |
| AT&T Business | 1304 | Gold |
| Attunity | 134 | Exhibitor |
| Audio Codes | 1829 | Gold |
| AvePoint | 1831 | Gold |
| Avi Networks | 537 | Gold |
| Backupify | 1644 | Exhibitor |
| baramundi software USA Inc. | 804 | Gold |
| Barco | 1741 | Exhibitor |
| BCC | 2035 | Exhibitor |
| Beezy Inc | 2132 | Exhibitor |
| Beyondsoft Consulting Inc. | 846 | Exhibitor |
| BeyondTrust | 243 | Exhibitor |
| Binary Tree | 1807 | Gold |
| BindTuning | 2131 | Exhibitor |
| BIO-key international, Inc. | 1647 | Exhibitor |
| Bitdefender | 848 | Exhibitor |
| Bitscape | 945 | Exhibitor |
| Blue Medora | 236 | Exhibitor |
| Blue Prism | 2129 | Gold |
| BlueJeans Network | 647 | Exhibitor |
| BMC Software | 431 | Gold |
| Boldon James | 1645 | Exhibitor |
| Bomgar | 429 | Gold |
| Box | 540 | Exhibitor |
| BrainStorm, Inc. | 2135 | Exhibitor |
| Bressner - Pleroro | 1443 | Exhibitor |



| CalCom | 1543 | Exhibitor |
|---|---|---|
| Capgemini | 215 | Gold |
| Caphyon | 944 | Exhibitor |
| Cardiolog Analytics | 1844 | Exhibitor |
| Cayosoft Inc. | 110 | Exhibitor |
| CData Software | 1140 | Exhibitor |
| CDW | 607 | Gold |
| Cemtrex, Inc. | 748 | Exhibitor |
| Check Point Software Technologies | 306 | Gold |
| Chef | 304 | Gold |
| Cisco | 418 | Platinum |
| Citrix | 414 | Platinum |
| Cloud Academy | 1945 | Exhibitor |
| Cloud FastPath | 1341 | Exhibitor |
| Cloudability | 1141 | Exhibitor |
| Cloudbase Solutions | 1045 | Exhibitor |
| Cloudera | 640 | Exhibitor |
| CloudHealth Technologies | 541 | Exhibitor |
| Cloudian | 1345 | Exhibitor |
| Cloudneeti | 1947 | Exhibitor |
| Code42 | 507 | Gold |
| Cohesity | 1105 | Diamond |
| Comcast Business | 837 | Gold |
| Commvault | 1237 | Gold |
| Comparex USA | 1700 | Gold |
| Computer Talk Technology Inc. | 940 | Exhibitor |
| Concept Searching | 212 | Exhibitor |
| ConnectWise | 446 | Exhibitor |
| ControlUp | 117 | Exhibitor |
| ConvergeOne | 1941 | Exhibitor |
| CoreView | 118 | Gold |
| Coveo | 1445 | Exhibitor |
| Crestron Electronics | 1707 | Gold |
| Crossware Ltd | 107 | Exhibitor |
| Cygna Labs | 438 | Exhibitor |
| Cyviz | 1641 | Exhibitor |
| Darktrace | 435 | Gold |
| Datadog | 341 | Exhibitor |
| DataON | 221 | Gold |
| Datrium | 400 | Gold |
| Dell EMC | 1100 | Diamond |
| Denodo | 1747 | Exhibitor |
| Densify | 335 | Exhibitor |
| Derdack Corp | 1746 | Exhibitor |
| DigiCert | 228 | Exhibitor |
| Digital Guardian | 547 | Exhibitor |
| DivvyCloud | 240 | Exhibitor |
| Docker Inc. | 644 | Exhibitor |
| DocuSign | 334 | Exhibitor |
| Dome9 Security | 1803 | Gold |
| Dynatrace | 1340 | Exhibitor |
| Eaton | 1541 | Exhibitor |
| eG Innovations | 1243 | Exhibitor |
| Embrava | 2044 | Exhibitor |
| Enhansoft | 2113 | Exhibitor |

| Equinix | 1705 | Gold |
|---|---|---|
| ESET | 238 | Exhibitor |
| Esri | 1903 | Gold |
| Exclaimer | 337 | Exhibitor |
| Exoprise Systems Inc. | 2006 | Exhibitor |
| ExtraHop | 211 | Gold |
| F5 Networks | 1337 | Gold |
| Figure Eight | 546 | Exhibitor |
| First Tech Federal Credit Union | 946 | Exhibitor |
| Five9 | 133 | Exhibitor |
| Flexera | 941 | Exhibitor |
| Forcepoint | 139 | Exhibitor |
| Fortinet | 312 | Gold |
| Fourvision | 543 | Exhibitor |
| FSLogix | 443 | Exhibitor |
| Fujitsu | 309 | Gold |
| Genesys | 1847 | Exhibitor |
| GSX Solutions | 2009 | Exhibitor |
| Hanu | 230 | Exhibitor |
| Hive Streaming | 943 | Exhibitor |
| HPE | 2125 | Platinum |
| HubStor Inc. | 646 | Exhibitor |
| IBM | 1306 | Platinum |
| Icertis | 1825 | Platinum |
| Igneous | 843 | Exhibitor |
| Illumio | 120 | Gold |
| Imanami | 1544 | Exhibitor |
| Imanis Data | 841 | Exhibitor |
| Imperva | 329 | Gold |
| Insight | 1441 | Exhibitor |
| Instana | 448 | Exhibitor |
| Intel Corporation | 806 | Platinum |
| Ionic Security | 1703 | Gold |
| IR | 2032 | Exhibitor |
| ITProTV | 747 | Exhibitor |
| Ivanti | 1600 | Gold |
| Ixia A Keysight Business | 1448 | Exhibitor |
| Jabra | 2138 | Exhibitor |
| Jamf | 1640 | Exhibitor |
| Juniper Networks | 948 | Exhibitor |
| K2 | 404 | Gold |
| Kelverion | 743 | Exhibitor |
| Kensington | 136 | Exhibitor |
| KnowledgeLake | 1905 | Gold |
| Kollective Technology | 2015 | Exhibitor |
| Komprise | 1447 | Exhibitor |
| Lakeside Software | 242 | Exhibitor |
| Landis Technologies | 2012 | Exhibitor |
| Learn on Demand Systems | 114 | Exhibitor |
| Lenovo | 1005 | Diamond |
| Letsignit | 113 | Exhibitor |
| Linux Academy | 645 | Exhibitor |
| Liquidware | 643 | Exhibitor |
| LiveTiles | 1506 | Platinum |
| LMS365 by ELEARNINGFORCE International | 2107 | Exhibitor |

| | | |
|---|---|---|
| Logicworks | 641 | Exhibitor |
| Logitech Inc. | 1811 | Gold |
| Lookout | 1648 | Exhibitor |
| ManageEngine | 440 | Exhibitor |
| MAQ Software | 447 | Exhibitor |
| Mazik Global | 544 | Exhibitor |
| McAfee | 741 | Exhibitor |
| Men & Mice | 108 | Exhibitor |
| Messageware Incorporated | 229 | Exhibitor |
| Microexcel Inc | 2007 | Exhibitor |
| Micron | 209 | Gold |
| Microsoft 365 Shift lounge | 1637 | Exhibitor |
| Microsoft 365 Shift lounge | 637 | Exhibitor |
| Mimecast | 1137 | Gold |
| Miracle Software Systems Inc. | 1840 | Exhibitor |
| Mobilize.Net | 235 | Exhibitor |
| Modality Systems | 2112 | Exhibitor |
| Mover | 1935 | Gold |
| NEC | 340 | Exhibitor |
| Nectar Services Corp. | 2037 | Exhibitor |
| NetApp | 600 | Platinum |
| NetEnrich | 444 | Exhibitor |
| NETGEAR | 947 | Exhibitor |
| Netskope | 1744 | Exhibitor |
| Netwrix | 1504 | Gold |
| New Horizons Computer Learning Centers | 437 | Exhibitor |
| Nfina Technologies Inc. | 937 | Gold |
| NiCE IT Management Solutions GmbH | 844 | Exhibitor |
| Nigel Frank International | 130 | Exhibitor |
| Nintex | 1814 | Platinum |
| Nucleuz Inc | 248 | Exhibitor |
| Numonix | 1743 | Exhibitor |
| Nutanix | 1300 | Platinum |
| Okta | 1800 | Gold |
| OpenText | 1910 | Gold |
| Optimal IdM | 344 | Exhibitor |
| Optiv | 1946 | Exhibitor |
| Paessler AG - PRTG Network Monitor | 1843 | Exhibitor |
| Palo Alto Networks | 606 | Platinum |
| Parallels | 1043 | Exhibitor |
| PCCW Global | 648 | Exhibitor |
| Peer Software Inc. | 233 | Exhibitor |
| Pexip | 1241 | Exhibitor |
| Ping Identity | 302 | Gold |
| Plantronics | 1918 | Platinum |
| Pluralsight | 604 | Gold |
| Polycom | 1918 | Platinum |
| Powell Software | 1047 | Exhibitor |
| Prevedere | 331 | Gold |
| PrinterLogic | 1440 | Exhibitor |
| Proofpoint | 1929 | Gold |
| Protera Technologies | 746 | Exhibitor |
| PST Migrator | 1748 | Exhibitor |
| Puppet | 740 | Exhibitor |
| Pure Storage | 402 | Gold |

| | | |
|---|---|---|
| Quadrotech | 1037 | Gold |
| Qualys | 1737 | Gold |
| Qubole | 845 | Exhibitor |
| Quest | 1818 | Platinum |
| Rackspace | 140 | Exhibitor |
| Radiant Logic | 227 | Exhibitor |
| RecordPoint | 1247 | Exhibitor |
| Red Hat | 503 | Gold |
| Redgate Software | 1740 | Exhibitor |
| RedLock | 1446 | Exhibitor |
| Rencore | 2010 | Exhibitor |
| ResourceXpress Inc. | 445 | Exhibitor |
| Ribbon Communications | 1915 | Gold |
| Riverbed | 500 | Gold |
| Robert Half & Protiviti | 2046 | Exhibitor |
| RSM US | 840 | Exhibitor |
| Rubrik | 1500 | Platinum |
| SailPoint | 128 | Exhibitor |
| Samsung | 1900 | Gold |
| Savision | 1344 | Exhibitor |
| Semperis | 231 | Exhibitor |
| Sennheiser Communications A/S | 1940 | Exhibitor |
| SentinelOne | 1745 | Exhibitor |
| ServiceNow | 1931 | Gold |
| Sharegate | 1912 | Gold |
| Site24x7 | 206 | Exhibitor |
| Sitecore | 1846 | Exhibitor |
| SkySync | 2031 | Exhibitor |
| Snowflake | 425 | Platinum |
| SoftNAS Inc. | 744 | Exhibitor |
| SoftwareCentral | 217 | Gold |
| SolarWinds | 1607 | Gold |
| SonarSource SA | 131 | Exhibitor |
| Sophos | 219 | Gold |
| Spanning | 1041 | Exhibitor |
| Spectrum Enterprise | Navisite | 737 | Gold |
| Splunk | 1548 | Exhibitor |
| SPYRUS Inc. | 2038 | Exhibitor |
| Squared Up Ltd | 2016 | Exhibitor |
| STEALTHbits Technologies | 1643 | Exhibitor |
| Sumo Logic | 1444 | Exhibitor |
| Super Micro Computer, Inc. | 1646 | Exhibitor |
| SUSE | 116 | Exhibitor |
| Symantec | 1834 | Gold |
| Sync - N - Scale | 2029 | Gold |
| Synergy Technical | 208 | Exhibitor |
| Taos | 1848 | Exhibitor |
| Targus US LLC | 1540 | Exhibitor |
| TE-SYSTEMS | 1346 | Exhibitor |
| Teamline by StarLeaf | 1347 | Exhibitor |
| Theobald Software | 1943 | Exhibitor |
| ThinPrint | 847 | Exhibitor |
| Thycotic | 1040 | Exhibitor |
| TransVault | 338 | Exhibitor |
| Trend Micro | 1537 | Gold |

| | | |
|---|---|---|
| Turbot | 347 | Exhibitor |
| tyGraph/UnlimitedViz Inc. | 1348 | Exhibitor |
| Unify Square | 2013 | Exhibitor |
| Unily | 1547 | Exhibitor |
| Unimax | 1343 | Exhibitor |
| Unisys | 1907 | Gold |
| Unitrends | 1937 | Gold |
| Uno Platform / Nventive | 137 | Exhibitor |
| Valo Intranet | 1245 | Exhibitor |
| Varonis | 1240 | Exhibitor |
| Veeam Software | 800 | Platinum |
| Vembu Technologies | 545 | Exhibitor |
| Verint | 111 | Exhibitor |
| Veritas Technologies | 410 | Platinum |
| ViewSonic | 207 | Gold |
| Vitalyst | 1841 | Exhibitor |
| VMWare | 1603 | Gold |
| WANdisco | 548 | Exhibitor |
| West Safety Services | 1546 | Exhibitor |
| WhiteSource | 348 | Exhibitor |
| Whitlock | 2134 | Exhibitor |
| Winntap | 1837 | Gold |
| XMedius | 1944 | Exhibitor |
| Xpertdoc | 745 | Exhibitor |
| Yealink | 2137 | Exhibitor |
| YTRIA Inc. | 1545 | Exhibitor |
| Yubico | 239 | Exhibitor |
| Zerto | 319 | Gold |
| Ziften | 433 | Gold |

This site is NOT Affiliated with Microsoft.

Copyright © 2019 | Conference Parties, LLC | All Rights Reserved

Ignite Parties    Guide of Guides    Site Sponsorship    More Conference Parties    Contact