APPENDIX
57

https://www.prnewswire.com/news-releases/idgs-computerworld-names-cme-group-to-2011-list-of-best-places-to-work-in-information-technology-124183329.html

## IDG's Computerworld Names CME Group to 2011 List of Best Places to Work in Information Technology



CME Group —
Jun 20, 2011, 09:34 ET

CHICAGO, June 20, 2011 /PRNewswire/ -- CME Group, the world's leading and most diverse derivatives marketplace, today announced that it has been selected by IDG's Computerworld as a Best Place to Work in IT honoree for the seventh consecutive year, one of 100 top organizations that challenge their IT employees while providing great benefits and compensation. This recognition is part of the bi-weekly IT publication's 18th annual Best Places to Work in IT survey, which was published in the June 20 issue and online at www.computerworld.com. Once again, CME Group is the only financial exchange company to receive this honor.

Since 1994, Computerworld's annual "Best Places to Work in IT" feature has ranked the top 100 work environments for technology professionals, based on a comprehensive questionnaire regarding company offerings in categories such as benefits, diversity, career development, training and retention.

"Receiving this award would not be possible without our talented IT team and their commitment to providing cutting-edge technology across all areas of the business," said CME Group COO and Managing Director, Products and Services Bryan Durkin. "Technology plays a key role in advancing our global business development, and we look forward to continuing to build on our capabilities as we work to reach new markets and clients around the world. We want to thank our employees for their strong focus on meeting our clients' global trading and risk management needs."

"To be among the Best Places to Work in IT, it's not enough to seek out and hire the most talented IT professionals, offer them competitive pay and provide great benefits," said Scot Finnie, editor in chief of Computerworld. "Smart IT people realize that they need to get up to speed on their employers' revenue opportunities. The organizations that made this year's Best Places to Work list are creating a work environment that both trains and encourages IT personnel to pursue business-driven priorities."

Some of the factors that contributed to CME Group's recognition by Computerworld included the following:

- Electronic trading represents approximately 84 percent of CME Group's total volume to date in 2011 versus only 15 percent in 2000. In that same timeframe, average daily total volume has grown from 917,000 to approximately 13.6 million contracts traded.
- CME Globex operates in approximately 100 countries and foreign territories and offers global access to the broadest array of futures and options products across all major asset classes. It is one of the most efficient and robust electronic trading platforms available today, capable of executing customer trades in milliseconds. CME Group's technology team is charged with continuously enhancing the system's speed, reliability and scalability to support ongoing growth and customer demand.
- The company built a world-class data center and co-location facility with an initial customer launch slated for 2012.
- CME Group is partnering with its global strategic partner, BM&FBOVESPA, to jointly develop a new multi-asset class electronic trading platform.

**About CME Group**

As the world's leading and most diverse derivatives marketplace, CME Group (www.cmegroup.com) is where the world comes to manage risk. CME Group exchanges offer the widest range of global benchmark products across all major asset classes, including futures and options based on interest rates, equity indexes, foreign exchange, energy, agricultural commodities, metals, weather and real estate. CME Group brings buyers and sellers together through its CME Globex electronic trading platform and its trading facilities in New York and Chicago. CME Group also operates CME Clearing, one of the world's leading central counterparty clearing providers, which offers clearing and settlement services for exchange-traded contracts, as well as for over-the-counter derivatives transactions through CME ClearPort. These products and services ensure that businesses everywhere can substantially mitigate counterparty credit risk in both listed and over-the-counter derivatives markets.

CME Group is a trademark of CME Group Inc. The Globe Logo, CME, Globex and Chicago Mercantile Exchange are trademarks of Chicago Mercantile Exchange Inc. CBOT and the Chicago Board of Trade are trademarks of the Board of Trade of the City of Chicago, Inc. NYMEX, New York Mercantile Exchange and ClearPort are registered trademarks of New York Mercantile Exchange, Inc. COMEX is a trademark of Commodity Exchange, Inc. All other trademarks are the property of their respective owners. Further information about CME Group (NASDAQ: CME) and its products can be found at www.cmegroup.com.

**About Computerworld**

Computerworld is the leading source of technology news and information for IT influencers worldwide, providing peer perspective, IT leadership and business results. Computerworld's award-winning Web site (www.computerworld.com), focused conference series and custom research form the hub of the world's largest (40-edition) global IT media network. In the past two years alone, Computerworld has won more than 100 awards, including Magazine of the Year by American Society of Business Publication Editors (ASBPE) awards in 2010, the 2009 Best Blog from the Neal awards and 2008 Best Overall Web Publication from ASBPE. Computerworld leads the industry with an online audience of over 3.5 million unique monthly visitors (comScore Media Metrix, August 2010). Computerworld is

published by IDC Enterprise, a subsidiary of International Data Group (IDG), the world's leading media, events, and research company. Company information is available at www.idgenterprise.com.

Note: All product and company names are trademarks of their respective organizations.

CME-G

SOURCE CME Group



APPENDIX
58

https://www.computerworld.com/article/2510507/google-highlights-trouble-in-detecting-web-based-malware.html



COMPUTERWORLD   UNITED STATES ▾        IDG TECH TALK COMMUNITY    WINDOWS    MOBILE    OFFICE SOFTWARE    APPLE    SHARK TANK    EVENTS

Home > Security

NEWS

# Google highlights trouble in detecting web-based malware

No one system is effective in detecting increasingly complex malicious software, the company said

By Jeremy Kirk



Intelligent storage for your hybrid multicloud strategy

Explore IBM Storage →

Let's put smart to work.

IBM

Google issued a new study on Wednesday detailing how it is becoming more difficult to identify malicious websites and attacks, with antivirus software proving to be an ineffective defense against new ones.

The company's engineers analyzed four years worth of data comprising 8 million websites and 160 million web pages from its Safe Browsing service, which is an API (application programming interface) that feeds data into Google's Chrome browser and Firefox and warns users when they hit a website loaded with malware.

Google said it displays 3 million warnings of unsafe websites to 400 million users a day. The company scans the Web, using several methods to figure out if a site is malicious.

**[ Keep up on the latest thought leadership, insights, how-to, and analysis on IT through Computerworld's newsletters. ]**

"Like other service providers, we are engaged in an arms race with malware distributors," according to a blog post from Google's security team.

That detection process is becoming more difficult due to a variety of evasion techniques employed by attackers that are designed to stop their websites from being flagged as bad, according to the report.

The company uses a variety of methods to detect dangerous sites. It can test a site against a "virtual machine honeypot," which is a virtual machine that visits a website and notes its behavior. It also uses browser emulators for the same purpose, which record an attack sequence. The browser emulator is an HTML parser and a modified open-source JavaScript engine.

Other methods include ranking a website by reputation based on its hosting infrastructure, and another line of defense is antivirus software.

## RECOMMENDED WHITEPAPERS



The Essential Guide to Security 2020

Top 10 Security Events to Monitor in Azure AD and Office 365

The Definitive Guide to SharePoint Migration Planning

One of the ways hackers get around VM-based detection is to require the victim to perform a mouse click. Many sites are rigged to automatically deliver an exploit and execute an attack if an unpatched software program is found.

Google describes it as a kind of social engineering attack, since the malicious payload appears only after a person interacts with the browser.





Leading Through Recovery

WHITE PAPERS

The Essential Guide to Security 2020

Top 10 Security Events to Monitor in Azure AD and Office 365

The Definitive Guide to SharePoint Migration Planning

SEE ALL WHITE PAPERS



THE NEW BUSINESS PROCESS MANDATE
AI & AUTOMATION

REGISTER

PRESENTED BY CIO

Google is working around the issue by configuring its virtual machines to do a mouse click.

Browser emulators can be confused by attacks when the malicious code is scrambled, a method known as obfuscation. Since the browser emulator isn't a real browser, it won't necessarily execute the obfuscated JavaScript code in the same way as a real browser. The only explanation for the more complex JavaScript is that it is designed to halt emulated browsers and make manual analysis of the code more difficult, the engineers wrote.

Google is also encountering "IP cloaking," where a malicious website will refused to serve harmful content to certain IP ranges, such as those known to be used by security researchers. In August 2009, Google found that some 200,000 sites were using IP cloaking. It forces researchers to scan the sites from IP ranges that are "unknown by the adversary," the report said.

Antivirus software programs rely on signatures as one method to detect attacks. But the engineers wrote that the software often missed code that has been "packed," or compressed in a way that is unrecognizable but will still execute.

Since it can take time for AV vendors to refine their signatures and remove ones that cause false positives, the delay allows the malicious content to stay undetected.

"While AV vendors strive to improve detection rates, in real time they cannot adequately detect malicious content," the Google researchers wrote. "This could be due to the fact that adversaries can use AV products as oracles before deploying malicious code into the wild."

The study was authored by Moheeb Abu Rajab, Lucas Ballard, Nav Jagpal, Panayiotis Mavrommatis, Daisuke Nojiri, Niels Provos and Ludwig Schmidt.

*Send news tips and comments to jeremy_kirk@idg.com*

Related   Security   Networking   Cyber Crime   Disaster Recovery   Malware
Network Security   Endpoint Protection

## YOU MAY ALSO LIKE



How to replace Edge as the default browser in Windows 10 — and why you shouldn't



Microsoft's Surface Duo is a big-picture product



How much will Macs with Apple Silicon cost?



Can AR and VR help save New Zealand tourism?



Windows 10 quick tips: Get the most out of Cortana



2020: Apple's still got a handful of songs to sing



Time to think different on Apple's Stocks app



Is there anything else I can help you with?



Cost, flexibility drive SD-WAN adoption in Australia



It's time to squirrel away a clean copy of Win10 version 1909



15 power user tips for Microsoft Teams







Slack, Atlassian deepen ties with app integrations and account 'passport'

Slack talks up security with new encryption options, FedRAMP certification

Wiskunde als hoeksteen van innovatie op ICT-gebied





Intel Sapphire Rapids belooft DDR5 en PCI-e 5.0 voor datacenters in 2021

Q&A: CBT Architects CIO sees a 'hybrid' remote-work plan as harder than WFH







Windows 10 Insider Previews: A guide to the builds

12 fast fixes for common Android problems

Samsung belooft 3 Android OS versie updates voor Galaxy topmodellen





Duurzaamheid, Telecom & Huawei

How to create a complete Microsoft experience on Android







Intel Tiger Lake and Microsoft's Surface Duo/Neo: Redefining mobile hardware

New iMac specs: Should you buy it?

Operators mull proposal for national New Zealand IoT network





How to save on mobile plans: Look beyond the Big Four mobile carriers

Tech event calendar 2020: Upcoming shows, conferences and IT expos







Memory-Lane Monday: Great idea, except …

Memory-Lane Monday: An unexpectedly DIY job

NZ IT workforce plan buffeted by pandemic, but not derailed









Mozilla launches its first revenue-generating service, VPN for Firefox

Friday Fry Up: Scouts take on tech, Security angles, Health IT revived, Election app developer to vote, SOS business sold

## SHOP TECH PRODUCTS AT AMAZON

1. Ikey Spone YAFH-LI 230L FLT Laptop Computer with Corel Am16-M with 495 4996 54GB eMMC, 802.11ac WIFI, USB, 90 Hours of Battery Life Microsoft 365 Personal, Primary Blue in Matte — $292.99

2. ASUS ZenBook 14 Thin and Light Laptop, 14" FHD Display, Intel Core i5-10210U, 8GB RAM, 512GB PCIe SSD, NumberPad, TPM, Windows 10 Home — More, Gray/Gray, PE1540-AS54 — $481.98

3. HP 17.3 inch FHD Laptop, 10th Gen Intel Core i5-1035G1, 8 GB RAM, 256 GB Solid State Drive, Windows 10 Home (17-bs153cdx, Ash Silver) — $579.99

Ads by Amazon



As business changes, your VPN performance doesn't have to. Learn how NETSCOUT can help.

Join the IDG TECHtalk Community, an exclusive online network where IT experts find resources to enhance their knowledge and career.

Unleash HR industry transfers terabytes of files, emails, databases, web data. See safe for hundreds of reviews enterprise & developer communities.

10,000 new VPN connections. 1 solution to secure them. NETSCOUT, get protected.

When the lifeline of your company depends on staying connected, trust NETSCOUT.

**COMPUTERWORLD**  The Voice of Business Technology

FOLLOW US

APPENDIX
59



COMPUTERWORLD    UNITED STATES ▾    IDG TECHTALK COMMUNITY    WINDOWS    MOBILE    OFFICE SOFTWARE    APPLE    SHARKTANK    EVENTS    INSIDER

Home > Security

ANALYSIS

# Malware danger rises from stealth sites cloaked to be invisible to scanners

Want to be listed as safe? Show safe content when Google is there and malware when it's not

By Kevin Fogarty
Reporter



After four years of checking the web pages it indexes for malware that could infect customers and 3 million warnings per day to users about to click on search results that might net them a dose of malware as well as information, Google has learned a few lessons about how hard it is to spot malware.

It issued a report explaining how hard it is to identify malware embedded in a malicious site, and what it has done about it.

Usually the problem with tech-industry surveys is that the number of respondents or volume of data aren't high enough to offer a statistically valid sample.

[ Keep up on the latest thought leadership, insights, how-to, and analysis on IT through Computerworld's newsletters. ]

Not this time. Google's analysis covers 160 million web pages on 8 million sites, focusing on both the social and technical engineering malware distributors use to get their bits of nasty to launch on your hard drive.

The most frequent use of social engineering is to have malware pose as an anti-virus product or browser plugin, but only 2 percent of the sites went the social route.

Most are drive-by downloads – which exploit a weakness in the browser to keep it from blocking malware from downloading and installing automatically.

Drive-bys are where the malware and anti-malware are most directly at odds. Antivirus and operating-system vendors update their recognition tables and plug vulnerabilities so quickly that malware writers have to keep switching from one exploit to another to keep from being flagged and blocked.

RECOMMENDED WHITEPAPERS


The Essential Guide to Security 2020


Top 10 Security Events to Monitor in Azure AD and Office 365


The Definitive Guide to SharePoint Migration Planning

The freakiest technique is "IP cloaking" – a way to hide a malware-download site in plain sight by setting it up to it will show legitimate content to anything it identifies as a malware scanner and malicious content to everyone else.



Sponsored by ALTEN

DESCUBRE HOY LA LÍNEA DE AUTOS ACURA

Estrena un Acura hoy. Aprovecha nuestras ofertas en el evento Summer of Performance Acura, en tu concesionario o en Internet.

In their blog about the report, Google's security team makes a point of saying they run their scans in different ways to make it harder for IP-


THE NEW BUSINESS PROCESS MANDATE
AI & AUTOMATION
REGISTER
PRODUCED BY CIO

WHITE PAPERS


The Essential Guide to Security 2020


Top 10 Security Events to Monitor in Azure AD and Office 365


The Definitive Guide to SharePoint Migration Planning

SEE ALL WHITE PAPERS


IDC
Women In IT Leadership
Accelerating the Journey

cloaked sites to identify them as a scanner rather than a browser.

Judging by the steep increase in use of cloaking for individual sites and entire domains, Google's emulation isn't all that effective.

Cloaking based on IP addresses is simple and dirt cheap, requiring only a few tweaks to the web server so it knows what content to serve to whom.

The number of malware sites that hide behind IP cloaks went up from about 7 percent in 2008 to 49 percent in 2010, Google report said


Sponsored by Adobe

**Meeting the Challenge of Connecting with Your Customers in Real Time**
What's the biggest disconnect between digital marketing systems and the customers they serve? Customers behave, in real time, and marketing systems do not.

Cloaking can also be used to increase traffic by offering more than one type of content or keywords to spiders.

That's why, according to Optimization-Nation, you can do a keyword search, click on a good result and end up on a page with no content related to the keyword.

The Google team talk a lot about what they do to get around the blocks malware writers put up and four methods of malware search they use so they can compare results that will highlight as malicious sites whose results from the different approaches don't match.

They don't say much about any long-term or highly successful countermeasure to IP cloaking, which makes me think – along with the impressive variety of really well informed people who are really enthusiastic about cloaking and do not have the best interests of the rest of us in mind – we're going to see a lot more trouble with cloaked sites in the future than we have until now.

If there's one thing malware distributors have gotten good at, it's hitting the users where the malware scanners ain't. From a malware perspective, cloaking seems like a perfect answer.

*This story, "Malware danger rises from stealth sites cloaked to be invisible to scanners" was originally published by ITworld.*

Related   Security   Software

*Kevin Fogarty is a reporter, editor, analyst and blogger whose work appears in leading technology and business publications and who focuses on developments in technology, science and medicine that are genuinely useful, truly revolutionary or really, really cool*

Follow  👤  ✉  🐦  in  🔊

© Copyright 2021 IDG Communications, Inc.

## YOU MAY ALSO LIKE

Recommended by Outbrain


Google to trial drastically truncated URLs in Chrome in anti-phishing move


Cost, flexibility drive SD-WAN adoption in Australia


How AI helps scientists fight COVID-19


12 fast fixes for common Android problems


Is Microsoft finally getting its Windows update act together?


City West Water shares its secret to a successful Microsoft 365 upgrade


Slack talks up security with new encryption options, FedRAMP certification


Tech event calendar 2020: Upcoming shows, conferences and IT expos


Memory-Lane Monday: An unexpectedly DIY job



It's time to squirrel away a clean copy of Win10 version 1909



Q&A: CBT Architects CIO sees a 'hybrid' remote-work plan as harder than WFH



Nieuwe IBM Power10 processor maakt weergeheugen van petabyte(s) mogelijk



Facebook Portal adds Zoom, Cisco video app access



Here's what needs to happen next with Android upgrades



The best Android password managers



10 things to do before, during and after your performance review



Epic vs. Apple is not about 'freedom'



Microsoft pegs savings from Edge, Office 365 search as high as $43M



Biggest Tech IPOs 2020



Post-COVID surveys (and evolving tech needs) suggest a coming change in PC/tablet design



10 Signal tips for iPhone, Mac and iPad users



UK government rolls out a second attempt at contact tracing



Adobe's iOS Lightroom crisis shows need for backup



NZ Consumer Data Right targeted for next government's agenda





Xcode becomes vector for new Mac malware attack                    Wayback Wednesday: The ABCs, or the 1-2-3's?



Red Hat brengt Kubernetes naar edge          10 ways to get more out of your Mac          Technologie voor een betere planeet: Huawei's inzet voor milieubescherming





Memory-Lane Monday: The glass land          The Galaxy Chromebook and the problem with promises

### SHOP TECH PRODUCTS AT AMAZON

1  $481.98

2  $579.99

3  $336.98

Ads by Amazon



Let AI do it for you.

Learn more about Antigena Email

DARKTRACE
World-Leading Cyber AI

As botnets channel your VPN performance doesn't have to. Learn how NETSCOUT can help

Join the IDG TECHtalk Community, an exclusive online network where IT experts find resources to enhance their knowledge and career

IDG cloud instantly searches terabytes of titles, emails, databases, web data. See site for hundreds of sources, enterprise & developer evaluations.

30,000 new VPN connections. 1 solution to secure them. NETSCOUT got protected.

When the lifeline of your company depends on staying connected, trust NETSCOUT.

**COMPUTERWORLD**  FROM IDG          The Voice of Business Technology

FOLLOW US

IDG   Copyright © 2020 IDG Communications, Inc.

Explore the IDG Network

# APPENDIX
# 60

http://www.thefreelibrary.com/ZIFF-DAVIS+UNIFIES+ITS+ONLINE+SERVICES+UNDER+A+NEW+NAME:+ZD+NET-a0   Go

11 captures
1 May 2011 - 25 Feb 2020

MAY  OCT
11
2011  2012

About this capture

THE FREE LIBRARY BY FARLEX
17,566,791 articles and books

○ Periodicals  ○ Literature
○ Keyword  ○ Title  ○ Author  ○ Topic

Search

Member login
User name
Password

Login  □ Remember me
Join us   Forgot password?

Submit articles free

The Free Library > Business and Industry > Business > PR Newswire > June 20, 1995
The Free Library > Communications > News, opinion and commentary > PR Newswire > June 20, 1995
The Free Library > Date > 1995 > June > 20 > PR Newswire

# ZIFF-DAVIS UNIFIES ITS ONLINE SERVICES UNDER A NEW NAME: ZD NET

Link to this page

ZD Net Family is the World's Most Successful Special-Interest
Online Information Service

NEW YORK, PC EXPO, June 20 /PRNewswire/ -- Ziff-Davis Publishing today announced a new, unified brand name -- ZD Net(TM) -- for all of its online information services about computing. The announcement follows the company's successful launch of the ZD Net/World Wide Web Edition on the Internet, and is in preparation for the forthcoming launch of new services on the AT&T Interchange Online Network(SM) and The Microsoft Network later this year.

Through its Ziff-Davis Interactive division, the company provides special-interest information services focused on computing, using both online and CD-ROM media. The company's pioneering online service, previously known as ZiffNet, provides more than 275,000 members with computing information over CompuServe, PRODIGY, AppleLink and eWorld. The service is world's most successful special-interest online information service and one of the largest overall commercial online services.

"The ZD Net name accurately represents the dramatic growth and expansion of our services over the last few years," said David Shnaider, ZDI's vice president and general manager. "Ziff-Davis -- ZD -- is synonymous with top-quality computing information, and Net represents the worldwide electronic community our members live in today, including commercial online networks and the Internet. When members join ZD Net, they'll know now, more than ever, that they're getting the richest online resource about computing, regardless of how they choose to access it: through the World Wide Web, CompuServe, the Interchange network, The Microsoft Network, or other leading online platforms."

The ZD Net product family includes the following:

ZD Net/CompuServe Edition (formerly ZiffNet) -- the premier online resource about computing. ZD Net/CompuServe Edition features news, information, interactive discussions and downloadable software that help people understand, buy, use and support personal computer products. ZiffNet currently has more than 275,000 members on CompuServe, and Ziff- Davis has been publishing on CompuServe since the mid-1980s.

ZD Net/World Wide Web Edition -- an innovative, advertiser-supported site about computing on the Internet's World Wide Web. ZD Net/World Wide Web Edition is one of the most popular publisher-operated sites on the Web, recording more than 2.5 million "hits" per week, including more than 700,000 documents viewed.

ZD Net/AT&T Interchange Edition -- a new online service that combines information about computing with the industry-leading technology of AT&T Corp.'s new Interchange Online Network. ZD Net/AT&T Interchange Edition is currently in the final stages of Beta testing and will be available later this summer.

ZD Net/Microsoft Network Edition (available on the forthcoming Microsoft Network)

ZD Net/PRODIGY Edition (formerly ZiffNet for PRODIGY)

ZD Net/AppleLink Edition

ZD Net/eWorld Edition

The new name change is effective immediately for all services except ZD Net/CompuServe Edition, which will change over from ZiffNet later this year.

The ZD Net product family is designed for individuals and professionals with a serious

## Article Details

Printer friendly  Cite/link  Email  Feedback

Publication:  PR Newswire
Date:  Jun 20, 1995
Words:  797
Previous Article:  NEW NOTEBOOK AND DESKTOP POWERPC SYSTEMS UNVEILED AT PC EXPO
Next Article:  LRQA-HOBOKEN ANNOUNCES NEW U.S. PROGRAM
Topics:  Database industry
    Names
    Information services
    Services
    Information services industry
    Services

http://www.thefreelibrary.com/ZIFF-DAVIS+UNIFIES+ITS+ONLINE+SERVICES+UNDER+A+NEW+NAME:+ZD+NET-a0    Go

11 captures
11 May 2011 - 25 Feb 2020

MAY **11** 2011    OCT 2012    About this capture

product experts, leading vendors and industry leaders. ZD Net is staffed by veteran Ziff-Davis editors, who frequently take advantage of the immediacy of the online medium to break important stories online. For example, PC Week posted on ZD Net the first story on IBM's takeover bid of Lotus (at 10:30 a.m. ET on June 5, 1995) and posted an additional eight stories, including an exclusive interview with Lotus CEO Jim Manzi, in the 48 hours following the announcement of the bid.

Each version of ZD Net is customized to take advantage of the specific platform. For example, the forthcoming ZD Net/AT&T Interchange Edition will exploit the hyperlinking feature and compound multimedia documents of the Interchange network to provide rich editorial packages, which combine text, graphics, software and interactive discussions on a single topic. ZD Net/World Wide Web Edition exploits the graphical documents and hyperlinking features of the World Wide Web.

Ziff-Davis Publishing publishes the leading magazines about computing, including PC Magazine, PC Computing, PC Week, Computer Shopper, MacUser, MacWEEK, Windows Sources, Computer Gaming World, ComputerLife, Family PC and Inter@ctive Week in the U.S., as well as seven publications in Europe. The company recently announced ZD Internet Life, which will appear at newsstands later in the year.

NOTE: ZiffNet and ZD Net are trademarks of Ziff-Davis Publishing. Interchange and Interchange Online Network are service marks of AT&T Corp.

~0~                    6/20/95

/CONTACT: Janice Brown of Janice Brown and Assocs., Inc., 617-332-8066 or Cara Washburn of Ziff-Davis Interactive, 617-252-5282/

CO: Ziff-Davis Publishing ST: New York IN: CPR SU:

BM -- NE007 -- 7428 06/20/95 08:48 EDT

COPYRIGHT 1995 PR Newswire Association LLC
No portion of this article can be reproduced without the express written permission from the copyright holder.
Copyright 1995 Gale, Cengage Learning, All rights reserved.

**Please bookmark with social media, your votes are noticed and appreciated:**



Reader ratings:            0 [0 vote(s)] You can rate this article by selecting 1 to 5 stars on the left.

**Reader Opinion**

Title:

Comment:

Submit

# APPENDIX
# 61

https://community.broadcom.com/symantecenterprise/communities/community-home/librarydocuments/viewdocument?DocumentKey=7bf00447-fdca-41f6-a853-0bc3e0c4f62b&CommunityKey=1cef5055-9545-4dd6-b084-4e4a7f5f5e68&tab=li 03/21/2020

brandydocuments



Home    My Communities    Communities ▼    Blogs ▼    Events ▼    iBlades    Water Cooler    Groups ▼    Members

## Endpoint Protection

🔒 View Only

◀ Back to Library



## Web-Based Malware Distribution Channels: A Look at Traffic Redistribution Systems

Over the last few months we have been trying to look deeper into how Web-based malware gets distributed. A lot has been written about the underground economy and how one can buy exploit kits, such as Blackhole, from underground websites. But once the attacker has bought the exploit kit, how do they infect computers? This blog focuses on a distribution channel that makes use of Traffic Distribution Systems or TDS for short.

How does a TDS work? In a nutshell a TDS vendor buys and sells Web traffic. While that is a very old concept, it has become really popular for exploit delivery over the last few years.

Let's say you own a website and you want to make money from it. One way you could do that is by having various interesting and consensus links on your page. When a visitor clicks one of these links, the click is redirected to a TDS vendor. Essentially you are selling the click on your website to this TDS vendor, who in turn sees the click or traffic to the highest bidder.

So the attacker, instead of trying to infect websites or purchase stolen credentials, just buys clicks or traffic from these TDS vendors. As long as the conversion rate is good and the attacker earns more than they spend on traffic acquisition, there is profit to be made.

Enterprising attackers are known to buy ad space from popular advertising networks. The click-through URLs of these ads point to the TDS vendors. In fact there is an arbitrage opportunity here. If the user can buy ad space cheaply and resell the clicks to TDS vendors for a slightly higher margin, it ensures profitability. Some websites such as pornographic or fake search engines, are also known to directly sell to a TDS vendor.

**Figure 1.** URLs that show popular ad networks directing traffic to a TDS vendor.

Technically anyone can buy traffic from a TDS vendor. Sometimes there are secondary and tertiary vendors that buy the traffic and resell it. For example, we often see a popular Russian traffic exchange website buying traffic from these TDS vendors.

**Figure 2.** Categories of traffic to be bought and sold on a traffic exchange website.

Most of the time, this traffic terminates on a pornographic, gaming, advertisement, or survey website. However attackers are also known to buy traffic from TDS vendors and redirect the request to malicious websites hosting exploit kits. In these cases, the click terminates at a website containing the malware, used in drive-by download attacks.

For the attacker this is easy work. No hacking or purchase of hacked Web servers is necessary. It is as easy as finding a TDS vendor and buying traffic to the malicious website from them. TDS vendors guarantee a steady stream of traffic to the malicious website. Anyone can become a TDS vendor by purchasing and installing a TDS software package on a Web server, which simply consists of easy to install server-side scripts.

There are many TDS software packages available on the market offering a variety of features. Sutra TDS and TS Kinsto TDS, and Simple TDS are some of them. For instance, the TDS Sutra package comes with many features such as weight distribution of target URLs and redirection based on an incoming URL's geography, proxy, keywords, and delayed statistics. They also provide a feature called "UPTIME, BOT" that is essentially a module for tracking whether the target URL is active and the in-page doesn't have any malicious code.

**Figure 3.** The Sutra 3.4 traffic manager interface.

The TS package (from the same company that makes Sutra TDS and TS) is a management platform for operating a traffic exchange and is described as a universal system for purchase, sale and distribution of Web traffic. Unlike the TDS package, which is used for redirecting traffic based things via weight and keywords, the TS package allows the vendor to buy and sell traffic across multiple entities and manage an online traffic exchange system. The TS system also has a lot of features such as embed detection (detecting any click bots), Web payments management of different pay rates per country, support for classifying different traffic types for the buyers, and statistic reporting. The cost of buying these scripts or software packages ranges between US$49 and US$275.

A lot of small-time, grey users are known to install and operate these TDS packages and become TDS vendors. Not all TDS vendors are controlled by attackers or sell their traffic to malicious entities. There are some legitimate TDS vendors as well.

To sum up, here is the process of how a computer gets compromised:

1. This user visits a legitimate website.
2. The website displays an ad from one of the ad networks.
3. The user clicks the ad and is redirected to the TDS.
4. The TDS redirects the user to the final destination URL. In most cases this is a legitimate website that though the traffic click. In the case the final destination URL is a website hosting drive-by download exploits.
5. The computer is compromised as a result of the drive-by download exploits.

Although the use of TLS vendors for malware delivery isn't really a new phenomenon, we are seeing an increase in the use of this technique to deliver these by-download exploits. The use of advertisement networks in this chain is also something that we are seeing more of. Logonvale advertising companies need to put better systems in place to vet their buyers.

We advise all our customers to keep their security software up to date and not to click on any links that seem suspicious.

## Tags and Keywords

## Related Entries and Links

No Related Response entries

PRODUCTS     APPLICATIONS     SUPPORT     COMPANY     HOW TO BUY

Copyright © 2005-2020 Broadcom. All Rights Reserved. The term "Broadcom" refers to Broadcom Inc. and/or its subsidiaries. Hosted by Higher Logic, LLC on the behalf of Broadcom - Privacy Policy | Cookie Policy | Supply Chain Transparency.

Terms of Use   Sitemap



# APPENDIX
62

# Knowing Your Enemy: Understanding and Detecting Malicious Web Advertising

Zhou Li[*], Kehuan Zhang[†]
Indiana University Bloomington
{lizho, kehzhang}@indiana.edu

Yinglian Xie, Fang Yu
MSR Silicon Valley
{yxie, fangyu}@microsoft.com

XiaoFeng Wang
Indiana University Bloomington
xw7@indiana.edu

## ABSTRACT

With the Internet becoming the dominant channel for marketing and promotion, online advertisements are also increasingly used for illegal purposes such as propagating malware, scamming, click frauds, etc. To understand the gravity of these malicious advertising activities, which we call *malvertising*, we perform a large-scale study through analyzing ad-related Web traces crawled over a three-month period. Our study reveals the rampancy of malvertising: hundreds of top ranking Web sites fell victims and leading ad networks such as DoubleClick were infiltrated.

To mitigate this threat, we identify prominent features from malicious advertising nodes and their related content delivery paths, and leverage them to build a new detection system called *Mad-Tracer*. MadTracer automatically generates detection rules and utilizes them to inspect advertisement delivery processes and detect malvertising activities. Our evaluation shows that MadTracer was capable of capturing a large number of malvertising cases, 15 times as many as Google Safe Browsing and Microsoft Forefront did together, at a false positive rate of around 0.1%. It also detected new attacks, including a type of click-fraud attack that has never been reported before.

## Categories and Subject Descriptors

H.3.5 [[**Information Storage and Retrieval**]: Online Information Services Web-based services

## Keywords

Online Advertising, Malvertising, Statistical Learning

## 1. INTRODUCTION

Visiting any commercial Web site today, rarely will you not bump into banner advertisements (*ads* for short). Such Web advertising has already grown into billion-dollar businesses [36]. Compared to traditional media, online advertising is more convenient and economic. One can easily set up an account with major advertisers such as DoubleClick, and immediately push her marketing messages to a large population. Unfortunately, this bless can also turn into a curse: hackers and con artists have found Web ads to be a low-cost and highly-effective means to conduct malicious and fraudulent activities. In this paper, we broadly refer to such ad-related malicious activities as *malvertising*, which can happen to any link on an ad-delivery chain, including publishers, *advertising networks* (*ad network*), and advertisers. A well-known example is New York Times' malvertising incident, in which a fake virus scanner was found on its home page [32]. Indeed, malvertising becomes a vibrant underground business today, endangering even those who trust only the contents from reputable Web sites.

**Anti-malvertising.** Both industry and academia have been working on this threat, typically through inspecting ads to detect their malicious content [22]. However, malicious ads often use obfuscation and code packing techniques to evade detection. Further complicating the situation is the pervasiveness of *ad syndication*, a business model in which an ad network sells and resells the spaces it acquires from publishers to other ad networks and advertisers. Ad syndication significantly increases the chance of posting malicious content on a big publisher's Web site. It allows a malicious ad network to deliver ads directly to a user's browser, without the need of submitting them through the more reputable ad networks and publishers from whom it gets the ad space. Furthermore, attackers continue to invent new, stealthy strategies for exploiting ad-delivery channels: a prominent example is leveraging a compromised publisher page to hijack user traffic into clicks (Appendix C).

Thus, despite years' effort, anti-malvertising remains challenging with many open questions. Particularly, little is known about the infrastructure used to deliver malicious ad content. One may ask: how do attackers get onto the ad networks? what roles do malicious nodes [1] play in a malvertising campaign? how do they hide their activities from detection? An in-depth understanding of these issues can help identify the weakest link in the malvertising infrastructure, and present a new angle to address them using information that characterizes not just individual entities, but their roles and interactions with each other.

**Our new findings.** In this paper, we report an extensive study on the malvertising infrastructure, based upon a crawling of 90,000 leading Web sites over a 3-month span. Using the Web traffic traces collected through the crawling, we perform a fine-grained, in-depth analysis on the malvertising cases reported by Google Safe Browsing and Microsoft Forefront, and make the following discoveries:

• *Malvertising scale:* Not only does malvertising infect top Web sites, it also infiltrates leading ad networks like DoubleClick.

---

[*]Part of the work was done during Zhou Li's intern at Microsoft Research.

[†]Kehuan Zhang is also affiliated with The Chinese University of Hong Kong.

Permission to make digital or hard copies of all or part of this work for personal or classroom use is granted without fee provided that copies are not made or distributed for profit or commercial advantage and that copies bear this notice and the full citation on the first page. To copy otherwise, to republish, to post on servers or to redistribute to lists, requires prior specific permission and/or a fee.
*CCS'12*, October 16–18, 2012, Raleigh, North Carolina, USA.
Copyright 2012 ACM 978-1-4503-1651-4/12/10 ...$15.00.

[1]Here a node represents an entity (e.g., publisher, ad network, advertiser, etc.) on an ad-delivery chain.

• *Evading strategies:* Different cloaking techniques are deployed over malvertising nodes, which work together to evade detection.

• *Properties of malicious parties:* Malicious parties exhibit distinctive features, including their ad-related roles, domain and URL properties, the popularity and the lifetimes of their URLs, and their pairing relations. These features, when viewed in isolation, are often not reliable enough for detection. But when they are viewed collectively in the context of ad delivery infrastructure, they offer a good characterization of malvertising activities.

• *Ad delivery topology:* A malvertising path usually involves multiple malicious domains and they tend to stand close to each other in distance. This observation reveals the topological connection among these malicious parties in the ad context, which can be leveraged to characterize their malicious behaviors (Section 5).

**New techniques.** The dynamic interactions among malvertising entities and their distinctive features present unique opportunities for detection. As a first step, we model ad-delivery topologies using a simple representation in terms of short path segments that describe the redirection relations among domains. Previous work has also measured the redirection chains of malicious Web activities [27]. However, little has been done to explore such topology information for detection. As malicious nodes often stay close along redirection chains, the use of short ad path segments, combined with node features, effectively leverages this observation as well as other properties specific in the ad context. For example, it is unusual to see multiple consecutive domains irrelevant to ads along an ad-delivery path and our representation naturally captures such suspicious cases. Since this approach does not depend on Web page content, it is robust to code obfuscation. Further, it is fundamentally difficult for attackers to alter the features and the interconnect relations of multiple ad entities, especially when some of them are controlled by legitimate domains.

Based on the new representation, we design and implement *Mad-Tracer*, the first infrastructure-based malvertising detection system. We utilize a machine learning framework to automatically generate detection rules on three-node path segments annotated with node attributes. Applying our system to the crawled data from Jun to Oct, 2011, we detect 9568 malvertising redirection chains, each of which involves a unique domain sequences (called *domain-path*, see Section 3.2). Compared to what are detected by Safe Browsing and Forefront combined, our system increases detection coverage by 15 times. Over 95% of the detected malvertising cases have been confirmed so far, either through our collaboration with Microsoft Forefront or by manual validation. Apart from drive-by downloads and fake-AV scams, our system also discovers a new type of click fraud attacks, in which attackers compromise Web sites and hijack normal user traffic into fraudulent ad clicks.

**Roadmap.** The rest of the paper is organized as follows: Section 2 provides the necessary background information and presents a case study; Section 3 describes the datasets and the terminologies we use; Section 4 elaborates our measurement study; Section 5 describes our new detection techniques; Section 6 reports our experimental results; Section 7 compares our work with related prior research; Section 8 discusses deployment scenarios and future work; Section 9 concludes the whole paper.

## 2. BACKGROUND

### 2.1 Online Advertising

Our research focuses on *display ads*, whose contents are loaded automatically to a Web page without the need of user clicks. Display ads are extremely popular, appearing on most highly-ranked Web pages today. Here we describe how this type of ads work.

**Actors in Web advertising.** Display ads are delivered through a Web-based infrastructure that involves the following major parties:

• *Publishers* display ads on their Web pages on behalf of advertisers. They usually make profit by either *pay-per-impression*, i.e., paid by the number of user views, or *pay-per-click*, i.e., paid by the number of ad-clicks.

• *Advertisers* create ads. They are the revenue sources of online advertising. During an ad delivery process, ad networks play the role of match-makers to bring together publishers and advertisers. Large ad networks often provide platforms (e.g., Google Display Network [2]) where advertisers can select publishers and specify targeted audience. Ad networks could also resell ad spaces in their inventory to other ad networks through ad syndication.

• *Audiences*, or users visit publisher pages and receive ad contents (e.g., ad banners). When they click these ads, they will be redirected to the corresponding advertiser Web sites.

In addition to these main actors, there are several other parties playing different roles in ad delivery. For example, *trackers* gather delivery statistics, which is important to the performance measurement of ad campaigns.

**Ad delivery process.** Figure 1 shows how these parties interact to deliver ads.



**Figure 1: (a) Direct delivery (b) Ad syndication.**

A publisher first embeds *ad tags* [14], which is a piece of HTML or JavaScript code, on its Web page for ad networks. Whenever a user visits the publisher page, the tags on the page will generate a request to an ad network for ad contents, including code, images, and others. The above dynamic process allows an ad network to customize the type of ads according to user geographic locations, behaviors, and activity histories. Alternatively, an ad network could also serve as an ad syndicator as shown in Figure 1(b), reselling ad spaces to other ad networks. When this happens, the code that the browser receives from the syndicator will fetch ad tags from third-party ad networks, which will either provide ad contents directly or further outsource the spaces to other parties.

### 2.2 How Malvertising Works: An Example

Online advertising has been extensively used by miscreants for malicious activities. To explicate how such malvertising works, we describe a real malicious ad campaign discovered by our study in June, 2011 and later confirmed by `BlueCoat Security Lab` in July, 2011 [17].

This is a fake Anti-Virus (AV) campaign that infected 65 publisher pages from June 21st to August 19th, 2011. One of them was the home page of `freeonlinegames.com`, an Alexa top 2404 Website. The page's ad tag first queried Google and DoubleClick, which referred the visitors to a third-party ad network `adsloader.com`. This ad network turned out to be malicious: it delivered an ad tag which automatically redirected the user's browser to a fake AV site and tried to trick the visitor to download a malware executable. Figure 2 illustrates this delivery process.

```
Publisher                 Ad Syndicator              Ad Syndicator
freeonlinegames.com       googleadservices.com       doubleclick.net


Malicious Ad Network       Redirector                Fake Virus Scanner
adsloader.com             enginedelivery.com          eafive.com
```

**Figure 2: An example delivery chain of a fake AV campaign.**



**Figure 3: An ad delivered by adsloader.com.**

What makes this campaign interesting is that its delivery path includes DoubleClick, a popular ad exchange network. The attackers set up a third-party ad network called `adsloader.com` (this domain name resembles `adloader.com`, held by a legitimate ad company) to syndicate with DoubleClick. When accessed by a victim, `adsloader.com` displayed an image (Figure 3).

Besides delivering an ad image, `adsloader.com` also injected a hidden iframe pointing to `enginedelivery.com`, which redirected users to `eafive.com` (a fake AV site), whose HTML code was classified by Forefront as TrojanDownloader:HTML/Renos.

After visiting the publisher with different configurations, we found that all of the involved malicious parties performed cloaking to evade detection. Specifically, `adsloader.com` never redirected the visitor from the same IP address to `enginedelivery.com` twice, and only did the redirection if the user agent was IE. It also checked a request's referrer field and did not inject the iframe when it was empty. The redirector `enginedelivery.com` did not send malicious contents to requests from certain IP ranges (e.g., Amazon EC2 IP ranges). Finally, the fake-AV Web site `eafive.com` attacked only IE-6 users. The attackers recruited in total over 24 ad networks, 16 redirectors, and 18 fake-AV scanners, and rotated them throughout the campaign. This strategy worked well: only 4 redirectors and 11 fake-AV sites were caught by Google Safe Browsing; none of the malicious ad networks were blocked.

This attack exhibits the following features:

● Each attack in this campaign requires three types of entities (ad-networks, redirectors, and fake-AV hosts) to work together.

● These entities could be controlled by different malicious parties. The Whois records [34] of the malicious ad networks are quite different from those of the redirectors and the fake-AV sites, suggesting that they may have been registered by different parties.

● All malicious domains were registered after 2010 and set to expire in one year, suggesting that they are registered by attackers within a short period.

These findings indicate that malvertising has distinctive infrastructure features. Such features, particularly those of the entities involved in an ad delivery process and their relations may provide valuable information for malvertising detection.

## 2.3   Attacks Leveraging Malvertising

We consider the following three categories of attacks in our research. All of them leverage the ad-delivery infrastructure to conduct malicious activities.

● *Drive-by download:* Such attacks exploit the vulnerabilities of browsers or plugins using dynamic contents in JavaScript or Flash.

● *Scam and phishing:* These attacks include fake-AVs or others that attempt to trick users into disclosing sensitive information, e.g., usernames, passwords, and bank account numbers.

● *Click-fraud:* Publishers routinely embed advertiser URLs with clickable links on their Web pages as *contextual ads*. Only when a user clicks such a link will the user be redirected to an advertiser page. However, we find that attackers set up malicious publisher sites and redirect user traffic (e.g., via hidden iframes) to advertiser pages automatically without user awareness, thus generating fraudulent clicks [13, 23].

In all of these attacks, attackers store malicious contents on either their own Web sites or compromised sites. To attract victims, traditionally, attackers promote these sites via blackhat SEO techniques [20, 16] or spam campaigns [30]. As online advertising reaches a large user population today, attackers have started exploiting ad networks, including DoubleClick and Zedo, to launch attacks in different ways. For example, drive-by-downloads, scams, and phishing typically exploit malicious advertisers or ad networks to reach victims, whereas click frauds often go through malicious or compromised publishers.

## 3.   DATASET AND TERMINOLOGY

Our research focuses on the ad infrastructure, which links multiple ad-related parties during an ad delivery process. By *infrastructure*, we broadly refer to the collective set of entities involved, their roles in Web advertising, and their interactions and relationships with each other. Our goal is to identify distinguishing infrastructure-related characteristics and to leverage them for developing detection techniques. To this end, we crawl popular Web pages, which we call *publisher pages*, to measure and analyze *ad-redirection chains*. In this section, we describe our data collection process and define the concepts to be used throughout this paper.

### 3.1   Dataset Collection

To collect ad-related traces, we build a crawler as a Firefox add-on. We configure its user-agent string to make it look like IE-6 and have it automatically clear cookies after visiting a Web page. We deploy the crawler using 12 Windows virtual machine (VM) instances on 12 different IP addresses from 3 subnets. These instances continuously crawl the home pages of Alexa's top 90,000 Web sites from Jun 21st to Sep 30th, 2011. Our crawler visits each of the pages once every three days. During each visit, a browser refreshes a page three times, in an attempt to obtain different ads. Since we primarily study display ads, the crawler just follows the automatic redirections triggered by the visit and does not click on any links, including the ad links embedded in the crawled pages. Our crawler could thus miss the cases when the malicious code is triggered only when an ad link is clicked.

For each visited page, we record all network requests, responses, browser events, and the code retrieved. Then, we reconstruct ad redirection chains by identifying the causal relations among the set of HTTP requests (URLs) originated from the page. Recall the ad delivery process illustrated in Figure 1: the publisher's Web page first redirects the audience's browser to an ad network, which either returns an ad directly or performs a further redirection. The redirections are typically implemented through JavaScript, HTML code, or HTTP redirection (e.g., through status code 302 in response). To reconstruct redirection chains, we can connect two HTTP requests through a request's Referral field (the page downloaded by Request A generates Request B) or the Location field of a request's response (Request A's response redirects the browser to URL B). However, for the redirections caused by scripts, we are unable to

use Referrer and Location to establish such a causal relation. Our solution is to extract the URLs from the script code and match them to those used by the HTTP requests observed after the execution of the script: once a script is found to contain the URL to which the browser produces a request, we have reasons to believe that the request may come from the script. This approach fails when the script actually concatenates several strings to build a redirection link and therefore does not contain a complete URL. We address this problem by simply identifying the domain names from each script code and assume that follow-up requests to these domains are produced by the corresponding script. In this way, we obtain 24,801,406 unique redirection chains and 21,944,174 unique URLs during the data collection. A similar approach has also been used by Google Safe Browsing [27]. We acknowledge that our current way to build the redirection chains may be less effective in the presence of Javascript obfuscation, but this problem can be addressed through analyzing the behavior of the code dynamically, which has been used for XSS detection [24].

## 3.2   Node, Path, and Domain-Path



**Figure 4: An example illustrating node, path, and domain path.**

The large set of redirection chains provide us with a collective view on both the individual parties in advertising and the overall topologies of the entire infrastructure. Below we define the entities that we study in this paper.

- *Node:* We use the term *node* to refer to each URL encountered during the data crawling.
- *Path:* We call a reconstructed URL redirection chain a *path*. A path consists of a set of nodes (i.e., URLs), *ordered* by their redirection relations based on inferred causality.
- *Domain-path:* We observe that different crawls sometimes result in slightly different URLs along ad redirection (e.g., for user tracking purpose, or the delivery of different ads), but these URLs correspond to the same set of Web domains. So for each path, we extract its corresponding URL domains to build a unique *domain-path*. Note that one publisher may be associated with multiple domain paths.

The aforementioned concepts are illustrated in Figure 4. Publisher pages always correspond to source nodes. While paths describe the dynamic interactions between URLs, domain-paths are more stable and capture the business relationships between domains.

## 3.3   Role Marking

Not all the paths collected by our crawler are related to ads. To identify ad-delivery paths, we inspect individual nodes on each path using two well-known lists EasyList [26] and EasyPrivacy [26]. EasyList includes domains and URL patterns for ad-related hosts, and is used by the popular browser plugin Adblock plus [1] to block ads. EasyPrivacy is a list complementary to EasyList for identifying Web sites that track users. With these two lists, we further classify nodes as follows:

- *Publisher node:* We mark nodes from the publisher domains as *publisher nodes*. Publisher nodes are usually from the landing domains (the source nodes). However, they can appear at other locations on a path as well, for example, when they perform redirections. In our data, we find that 2.25% of the paths contain publisher nodes in the middle.

- *Ad node:* We label a non-publisher node as an ad node if it matches the features reported by EasyList or EasyPrivacy [26]. In addition, we label nodes showing images or SWFs [4] as ad nodes if they share a path with other identified ad nodes. These nodes were mostly used for delivering graphical ads.
- *Unknown node:* If a node is neither a publisher nor an ad node, we label it as unknown.

| Paths | Nodes | Publisher Nodes | Ad Nodes | Domain-Paths |
|---|---|---|---|---|
| 24,801,406 | 21,944,174 | 393,569 | 20,036,475 | 2,396,271 |

**Table 1: Crawling statistics.**

Accordingly, we treat a path as ad-related if it includes at least one ad node. Out of the 90,000 crawled publisher pages, 53,100 of them led to ad-related paths [2]. Among these paths, we marked 93.1% of the nodes as either publishers or ad nodes. Table 1 shows the statistics of the data collected and the ad-related roles marked.

## 3.4   Problem Statement and Challenges

Our goal is to broadly detect malicious and fraudulent activities that exploit display ads. In particular, if any node on an ad-delivery path performs malicious activities (e.g., delivering malicious content, illicitly redirecting user click traffic, etc.), we call the node a *malicious node*. Correspondingly, we call any path containing a malicious node a *malvertising path*, and the source node (i.e., the publisher's URL) of a malvertising path an *infected publisher*. Note that once we identify a malicious node, the following nodes on the same path are *not* always malicious. For example, when a malicious node cloaks, it may redirect a user to a legitimate Web site. In addition, click-fraud attacks use malicious nodes to redirect traffic to legitimate ad networks.

Malvertising detection is a challenging task. First, the partner relations of ad entities are often determined in real time by ad-exchange and are thus highly dynamic. From external observations, both legitimate and malicious ads can be delivered through multiple dynamic redirections, with new interactions coming up all the time, making it hard to distinguish malicious behaviors from legitimate ones. Further, this challenge cannot be effectively addressed by inspecting the contents of individual nodes or their features (e.g., URL or domain features): attackers not only use sophisticated code packing techniques to obfuscate content, but also compromise legitimate Web sites and turn them into malicious ad networks; it is thus difficult to differentiate between malicious and legitimate entities in isolation. Finally, malvertising attacks are of diverse categories (e.g., drive-by-downloads, phishing, and click frauds), each exhibiting different behaviors, making detection even harder.

To address these challenges, we perform a measurement study on the malvertising cases we encountered and compare them with legitimate cases. Based on our findings, we derive a simple and novel representation of the ad infrastructure that captures a variety of malvertising attacks in the wild. We present our measurement study and the detection methodology in the follow-up sections.

## 4.   MEASUREMENT RESULTS

Using the dataset we collected, we analyze the malvertising activities and their infrastructure features in this section.

### 4.1   Malvertising Attacks Encountered

We scan all the nodes on the identified ad paths using the Google Safe-Browsing API and Microsoft Forefront 2010 to detect malvertising. If any node is flagged by either of the two scanners, we

---

[2]Not all Alexa top Web site include ads on their home pages (e.g., http://www.google.com).

assume that it is a malicious node and flag its publisher as an infected publisher page. Among our data, Forefront detects 89 infected publisher pages and Safe Browsing detects 199. In total we identify 286 infected pages, with 543 malicious nodes coming from 263 domains, resulting in 938 malicious domain-paths.

We further classify attacks into three categories (drive-by-download, scam, and click fraud) as follows: if Forefront reports a node as "Exploit" or "Trojan", we label the attack as drive-by-download; if Forefront reports "Rogue", we treat it as scam. For the remaining cases, we manually examine the traces to determine the natures of the attacks.

Table 2 shows the statistics of identified malvertising attacks. We observe several distinguishing features. First, each of these three types of malvertising attacks takes a significant portion of all the attacks detected, suggesting attackers extensively exploit online advertising in multiple ways. Several publisher pages were associated with more than one type of attacks. For example, the porn Web site `privatepornclips.net` was exploited for both click frauds and drive-by-downloads. The domain-path via `gesttube.com` → `heatube.com` led to a pay-per-click ad network `clickpayz.com` for click fraud attacks, while domain-path `gesttube.com` → `sexyadultdating.net` led to drive-by-download attacks[3].

Second, the average malvertising path length is 8.11 nodes, much longer than the average crawled ad path length of 3.59 nodes, possibly due to both the existence of multiple entities (e.g., exploit servers and redirectors) and the use of ad syndication. We further investigate the correlations between malvertising and ad syndication in Section 4.3.

Third, the average life time of a particular malicious domain in our data is relatively short, ranging from 1 to 5 days, while the overall campaign can last for months (Section 2.2 shows an example campaign). Thus the individual malvertising domains can be more dynamic and harder to detect due to their transient nature and the use of domain rotations by attackers.

Finally, the infected publisher sites have large variations in their rankings at Alexa, suggesting that attackers target both large and small domains. Popular, trusted domains may also become victims. This feature is quite different from previously reported SEO attacks that primarily target small domains [16].

## 4.2   Properties of Malvertising Nodes



**Figure 5: CDF of the durations between the registration dates and the expiration dates of Web domains.**

Through analyzing the malicious nodes captured by Safe Browsing and Forefront, we discover the following features that could be used to distinguish malicious nodes from legitimate ones.

---

[3]The URLs were flagged as "delivering malware" by the scanners. Our manual examination shows that they performed click frauds as well.

*Node roles:* While a vast majority (93.1%) of the nodes on ad paths can be labeled as either a publisher or an ad node, most (91.6%) of the malicious nodes detected are marked as unknown. This comes with little surprise, as malicious nodes are often exploit servers whose URLs do not conform to well-known ad URL conventions.

*Domain registration:* The registration times of malicious node domains also differ significantly from the remaining ones. Figure 5 shows that most of the malicious domains expire within one year of registration. Further, many of them are newly registered in 2011. Since malicious domains usually get blacklisted quickly, attackers may have no incentives to register long-living domains. In contrast, normal nodes have longer expiration dates as their business is expected to operate for years. This observation is more prominent for advertising business: only 0.4% of legitimate ad nodes use newly registered domains comparing to 3.6% from legitimate none-ad nodes.

*URL patterns:*   Many malicious domains belong to free domain providers such as `.co.cc`. Moreover, many of the exploit servers and redirectors have distinctive URL features. For example, the URL pattern `/showthread\.php\?t=\d{8}` matches the URLs of 34 different malicious nodes, suggesting that attackers have used templates or scripts to generate URLs.



**Figure 6: Two frequency features.**

In addition to the above features extracted from individual malicious nodes in isolation, we also observe the following two features that describe a node based on our global crawling results.

*Node frequency:* This metric measures the popularity and stability of node domains. For each node, we identify its domain and count the number of different publishers that are associated with this domain on each day. We then compute the total number of such occurrences over the days to find out the frequency of the node. Figure 6 (a) shows that most (nearly 80%) of the malicious nodes belong to the low frequency category, quite different from those within the legitimate category. This observation suggests that attackers usually create new ad networks or hijack small, unpopular ones, rather than directly targeting large, popular ad networks that are better managed and harder to compromise.

*Node-pair frequency:* This metric describes the stability of the business partnerships among different entities. We examine the frequency of two neighboring nodes on ad paths (referred to as *node pairs*) in a similar way by computing the corresponding domain pair popularity. Frequent pairs indicate stable partnerships (e.g., `youtube.com` to `doubleclick.net`). We find popular pairs are less likely associated with malicious nodes (Figure 6 (b)). In contrast, malicious nodes are more likely to appear in new, infrequent pairs (e.g., `doubleclick.net` to `adsloader.com`).

The above two features are tightly associated with the ad infrastructure and the relations among different nodes. They are more robust to the attacker's possible counter strategies than individual node features. However, these features by themselves cannot be used straightforwardly for detection. For example, ad partnerships

| | # of publisher pages | Avg path length | Avg malicious domain life time (days) | Max ranking | Min ranking |
|---|---|---|---|---|---|
| Drive-by-download | 168 | 6.94 | 3.00 | 89814 | 314 |
| Scam | 66 | 6.52 | 1.21 | 85994 | 400 |
| Click-fraud | 63 | 12.61 | 5.75 | 89814 | 7659 |
| All | 286 | 8.11 | 2.96 | 89814 | 314 |

**Table 2: Malvertising attacks captured by Google Safe Browsing and Microsoft Forefront from June to September.**

sometimes are determined in realtime by ad-exchange, so it is also common to see newly appeared, legitimate node pairs in Figure 6 (b).

### 4.3    Properties of Malvertising Paths

In addition to individual nodes, our measurement study further examines malvertising paths to understand the infrastructure behind those malicious activities.

| | One ad network | Multiple ad networks |
|---|---|---|
| With DoubleClick | 8 | 93 |
| Without DoubleClick | 330 | 507 |

**Table 3: The number of domain-paths vs. the number of ad networks on the malvertising paths.**

*The use of ad syndication:* We find that 64% of the malvertising domain-paths involve more than one ad networks on the paths (Table 3). These paths may be associated with ad syndication, where large ad networks such as DoubleClick resell ad spaces to small ad networks that are more vulnerable. Indeed, we find that 86 well known, legitimate ad networks, including `doubleclick.com`, `openx.com` and `admeld.com`, are tricked into referring malicious ad networks to Web clients. Out of the 101 malvertising domain-paths involving DoubleClick, there exist only 8 domain-paths where DoubleClick directly connects to a malicious node; the remaining ones all involve multiple ad networks and are likely caused by ad syndication.



**Figure 7: For each node on the malvertising paths, the minimum distance to a node detected by Safebrowsing or Forefront (alarm node) vs. the number of infected publishers that it is associated with.**



**Figure 8: Node registration dates.**

*Path distances among malicious nodes:* Section 4.1 shows that malvertising paths are usually longer. This finding is consistent with previous observations [27]. However, we find that longer paths

are not solely caused by ad syndication as reported before, since malvertising paths tend to include multiple nodes whose roles are unknown. These unknown nodes are often close in distance to the malicious nodes detected by Safe Browsing or Forefront, suggesting they are also suspicious. Specifically, we find 15.53% of the known malvertising paths include 3 consecutive nodes, all with unknown roles. In contrast, only 0.23% of the remaining paths have such cases. However, the exact positions of malicious nodes on these paths differ in different types of attacks (as shown Figure 14 in Appendix D).

Figure 7 further shows that the closer a node stands to a malicious node, the more likely it is involved in multiple malvertising domain-paths. Since the detected malicious nodes are often redirectors or exploit servers, their neighboring nodes are also likely part of the malvertising infrastructure. We further inspect the registration dates of the neighboring nodes that are within 1 or 2 hops to the malicious nodes. Figure 8 shows that a large fraction of such nodes are newly registered in 2011. As a comparison, we also show in Figure 8 the registration date distributions of two other sets of nodes: the first includes the set of nodes that are at least 3 hopes away from a reported malicious node, and the second is a set of randomly sampled nodes. In both cases, fewer than 20% of them are newly registered.

### 4.4    Summary of Findings

Our measurement study shows that common node features, such as node roles and domain registration times, do help differentiate malicious ad nodes from legitimate ones to some extent. However, using these features in isolation is not reliable for detection. Even when they are used in combination on the individual nodes, the differentiation power is still limited (see Appendix A).

On the other hand, ad redirections also have unique conventions and characteristics that are different from typical Web site redirections. When we combine node features with ad paths, they become more distinctive for identifying attacks. For example, the roles played by different legitimate nodes (e.g., publishers, ad networks, and trackers) and their orders are not completely random. It is unusual to observe multiple consecutive nodes, completely unrelated with ads, staying together along the redirection chain of a normal ad. We also find that newly registered ad domains are much rarer than newly registered normal Web sites. So studying the topology and interactions among nodes, combined with their features, provides great opportunities for detection.

Finally, the observation that malicious nodes tend to stay together is helpful for detection. It suggests that we do not need to go beyond short path segments for detection—immediate neighbors often provide rich information for characterizing malvertising activities.

### 5.    MALVERTISING DETECTION

In this section, we present the design and implementation of our system, called *MadTracer*, for detecting malvertising activities. Our measurement findings motivate us to explore ad-redirection paths, annotated with rich node features, to represent the underlying ad topology. Previous work has also studied and measured the characteristics of malicious Web redirection chains (e.g., [27]). The question is how to leverage the topologies and the interactions among ad nodes for detection.

Although we find malicious ad paths tend to be longer than normal ad paths, directly relying on the entire redirection paths for detection has two problems. First, a malicious path usually has mixed malicious and legitimate nodes. The presence of legitimate nodes adds noise to detection, especially when there exist multiple of them playing different roles, e.g., publishers, ad networks, and trackers. Second, the locations of the malicious nodes on a path are usually not fixed and we have encountered different cases in our study. For example, in drive-by-downloads, the malicious nodes often locate at the path tails. In click-fraud attacks, the malicious nodes usually locate in the middle of a path, between legitimate publishers and legitimate pay-per-click ad networks. Such diversified path behaviors add additional complexity in detection.

On the other hand, exploring simple, lightweight short ad-path segments holds great promise. Given malicious nodes usually stay close to each other on a path, as shown in Section 4.3. using short path segments mitigates the noises introduced by the presence of legitimate nodes. In addition, they are cleaner representations that eliminate the requirement of precisely identifying malicious node positions. Finally, such a formulation significantly reduces the complexity of our problem space and allows efficient solutions. While we do lose some information regarding the knowledge of entire paths, we find that short path segments are often sufficient to characterize the interactions among malicious entities. We show in Section 6 that such a representation works effectively in practice.

MadTracer consists of two major components. The first component identifies malvertising paths by analyzing ad paths and their features. The second is an analyzer component that intensively monitors the infected publisher pages, so as to study cloaking techniques and to expand our detection results. Figure 9 shows the architecture of MadTracer.



**Figure 9: The infrastructure of MadTracer.**

## 5.1 Detection Methodology

Our detection technique is based on analyzing annotated ad path segments. For each segment, we annotate every node with a set of attributes, including node popularity, its role in ad delivery, the domain registration information, and URL properties. These features, when applied to individual nodes, is not reliable for detection as we will show in Appendix A, but they add value to detection when they are combined with the topology information.

We adopt a statistical learning framework based on decision trees to automatically generate a set of detection rules. Figure 10 shows the process flow. Given input ad paths, MadTracer first annotates each node with a set of predefined attributes. It then extracts path segments and selects a subset of them as training data to learn rules. When new data arrive, MadTracer apply the set of already learned rules. Meanwhile it also generates new rules periodically. We elaborate the details below.

**Node annotation.** Based upon our measurement study, we use the following four types of attributes to annotate a node:

*Frequency attributes:* The popularity of nodes and node pairs across the entire ad topology provides information about the scales of the corresponding Web sites and their business pairing relation-



**Figure 10: The process flow of malicious ad detection.**

ships. MadTracer computes the frequency of every node and node pair in the collected data, and classifies them into the *popular* and *unpopular* categories according to an occurrence threshold (which was set to 10 in our research). For a pair of consecutive nodes A→B, we mark the pair's popularity attribute at B.

*Role attributes:* As discussed in Section 4, a node belonging to a known publisher or an ad-related entity is much less likely a malicious one. In contrast, those with unknown roles are more suspicious. Therefore, MadTracer annotates individual nodes with the roles they played using EasyList and EasyPrivacy, as described in Section 3.

*Domain registration attributes:* Our measurement suggests that domain registration and expiration dates can help differentiate legitimate domains from malicious ones. Therefore, for each node, MadTracer queries the Whois server [34] to obtain the *registered lifetime* of its domain, i.e., the duration between its registration and expiration dates. We label a domain's lifetime as *long* if it is longer than one year and *short* otherwise.

*URL attributes:* Section 4.2 shows that some malicious nodes can be characterized by the unique features of their domain names and URLs. We use the following two methods to derive such features. First, we identify free domain providers in our data (e.g., co.cc); many of them are also widely used by spammers [11]. MadTracer annotates all the nodes from such domains as *domain-suspicious* and others as *domain-normal*. Second, we derive URL regular expressions for each malvertising campaign captured in the training data. Similar to the previous approach using URL features to detect SEO campaign [16], we extract lexical features from URLs alarmed by Safebrowsing and Forefront, and cluster the URLs that share the same features. The lexical features include subdirectory name, filename, and argument name. Then we manually generate regular expressions from the URL clusters. Note that this step can be automated using regular expression generation tools such as AutoRE [35]. In total we generate 37 URL regular expressions. If a node matches any of the 37 regular expressions, MadTracer annotates it as *url-suspicious* and otherwise as *url-normal*.

**Ad path segment extraction.** After annotating nodes, MadTracer proceeds to derive ad path segments. Given our interest is in the ad-delivery topology rather than specific publishers, MadTracer first removes all the known publishers from the input paths. Furthermore, if a set of consecutive nodes from the same domain share identical attributes, MadTracer merges them into one node. After this preprocessing, MadTracer extracts all possible 3-node path segments from the input paths. For example, from a path $a \to b \to c \to d \to e$, we can generate 3 segments: $a \to b \to c$, $b \to c \to d$

and $c \to d \to e$. If a path is shorter than three hops, we use empty nodes (with all `null` attributes) as its prefix.

We find that 3-node path segments work well empirically. As discussed earlier, longer path segments might carry more information, but they tend to be too specific and often involve legitimate nodes. The classification complexity also grows substantially with longer segments, as the possible number of node attribute combinations will grow significantly.

**Training data selection.** MadTracer uses a "known bad" dataset and a "likely good" dataset to generate detection rules. The "known bad" set includes the malvertising paths detected by Safe Browsing or Forefront. The second dataset contains all the remaining paths that correspond to long-lasting domain-paths in our data. The rationale is that individual malvertising domain-paths are usually short-lived, with the average lifetime being a few days as shown in Section 4.1. Therefore, if a domain-path segment has a long life-span, it reflects legitimate, stable business partnerships. So MadTracer treats domain-paths whose lifetimes (between their first and last appearances) are longer than one month as "likely good". Although this approach does not guarantee that the training set does not include any malicious nodes, it significantly reduces the chance for such contamination to happen.

**Learning and detection.** MadTracer generates a set of detection rules via building a full decision tree. Since each node has 6 different attributes, the entire decision tree can have a large number of leaf nodes. We take advantage of the relatively small "known bad" dataset and prune the tree by selecting a subset of the leaf nodes that can detect at least one malicious node from the training data. We then sort them in an ascending order according to their false positive rates on the "likely good" training data, and return a set of $l$ leaf nodes whose rules each result in a false positive rate no higher than a pre-selected threshold $fp_n$ (set to 0.02% in our research). Finally, we merge these selected rules along the tree structure (e.g., if a certain attribute is agnostic, we remove it from the rules) to obtain a set of more compact detection rules.

Detection can take place either online during crawling, or offline periodically. In the detection phase, MadTracer does not require Safebrowsing or Forefront. It uses the already produced rules to match against each ad-path to be detected. If a path segment matches any of the learned rules, MadTracer reports the corresponding path as a malvertising path, and mark the corresponding publisher as infected. The detected publishers are then handed over to the analyzer component for further monitoring and analysis.

## 5.2 Attack Monitoring and Analysis

For each alarmed publisher page, the analyzer intensively crawls it with different configurations in order to conduct further analysis, including understanding cloaking and identifying more malicious nodes and paths.

We deploy 12 VMs at three different geo-locations to perform the monitoring [4]. These VMs monitor already detected publishers using different browser user-agent configurations (IE 6 and Firefox 3.6) and cookie clearing strategies ("always clear cookies" and "always store cookies"). Each VM continuously visits the entire set of detected publisher pages one by one, each time refreshing a page three times consecutively before moving on to the next one. As soon as it goes through the entire list, it restarts this process from the beginning. The monitoring allows the discovery of new malvertising domain-paths, which we report in our evaluation study. The analyzer also gathers data useful for understanding cloaking strategies. Finally, both the detected and the newly discovered malvertising paths can serve as new learning data to adjust detection rules. Although the scale of our current cloaking study is rel-

---

[4] These VMs are deployed in Chicago, San Diego and Florida.

atively small, a few interesting observations have already emerged (e.g. , the preferences on browser types). Appendix C reports our findings for this study.

## 6. EVALUATION RESULTS

We evaluate MadTracer using four-month data. In this section, we first categorize the detected attacks and validate them. Then, we summarize newly identified malvertising characteristics and their cloaking strategies. Finally, we compare our detection results with those produced by existing methods.

## 6.1 Training and Detection Results

| Dataset | # of 3-node path segments |
|---|---|
| Training-known-bad | 1,254 |
| Training-likely-good | 9,346,436 |
| Testing-likely-good | 9,346,436 |
| Testing-Jun-Sep | 842,985 |
| Testing-Oct | 7,954,268 |

**Table 4: Training and testing datasets**

| | # Total | #FP | %FP |
|---|---|---|---|
| pages | 51,444 | 57 | 0.11% |
| domain-paths | 1,198,136 | 899 | 0.075% |

**Table 5: False positive rates (Testing-likely-good dataset).**

| | # detected | #FP | %FD |
|---|---|---|---|
| scam pages | 56 | 0 | 0.00% |
| drive-by-download pages | 172 | 17 | 9.88% |
| click-fraud pages | 155 | 17 | 10.97% |
| all pages | 326 | 29 | 8.90% |
| scam domain-paths | 104 | 0 | 0.00% |
| drive-by-download domain-paths | 1171 | 73 | 6.23% |
| click-fraud domain-paths | 4221 | 173 | 4.10% |
| all domain-paths | 5496 | 246 | 4.48% |

**Table 6: Detection results (Testing-Jun-Sep dataset).**

Our training data are derived from the traces collected between Jun 21st, 2001 and Sep 30th. 2011. The data are classified into "likely good", "known bad", and "unknown" categories using the method in Section 5.1. We further divide the "likely good" data into two equal-size subsets. One of them (*Training-likely-good*) and the "known bad" dataset are used for training. The other (*Testing-likely-good*) is for evaluating false-positives (FP). The "unknown" data serves as one testing dataset (*Testing-Jun-Sep*) for studying the coverage of MadTracer, together with another testing set (*Testing-Oct*) crawled from Oct 1st to Oct 30th, 2011. Table 4 summarizes these datasets.

MadTracer generates 82 rules from the training data. We first check the false-positives caused by these rules using the subsequences in *Testing-likely-good*, and measure the false positive rate. Here the false positive (FP) rate is defined as $N_{FP}/(N_{FP}+N_{TN})$, where $N_{FP}$ denotes the number of false positives and $N_{TN}$ is the number of true negatives. MadTracer detects 0.11% pages and 0.075% domain-paths in the set, which are supposed to be false alarms. This indicates that the FP rate introduced by our approach is very low. The details of the study are shown in Table 5.

We then evaluate the performance of MadTracer on *Testing-Jun-Sep* and *Testing-Oct*. MadTracer detects 617 infected publishers and 9,568 unique malve-rtising domain-paths in total with a false detection (FD) rate around 5%. We define the FD rate here as the number of falsely detected domain-paths or pages over the total number of detected domain-paths or pages: that is, $N_{FP}/(N_{FP}+$

| | #MadTracer | #S&F | #FP | #S&F-MadTracer | #MadTracer-S&F | FD(%) | New findings (%) |
|---|---|---|---|---|---|---|---|
| scam pages | 12 | 0 | 0 | 0 | 12 | 0.00% | 100.00% |
| drive-by-download pages | 216 | 104 | 20 | 8 | 120 | 9.26% | 51.85% |
| click-fraud pages | 89 | 7 | 13 | 1 | 83 | 14.61% | 92.13% |
| all pages | 291 | 111 | 32 | 9 | 189 | 11.00% | 61.86% |
| scam domain-paths | 23 | 0 | 0 | 0 | 23 | 0.00% | 100.00% |
| drive-by-download domain-paths | 627 | 216 | 87 | 20 | 431 | 13.88% | 65.55% |
| click-fraud domain-paths | 3422 | 42 | 125 | 26 | 3406 | 3.65% | 98.77% |
| all domain-paths | 4072 | 258 | 212 | 46 | 3860 | 5.21% | 93.66% |

**Table 7: Detection results (Testing-Oct dataset). "MadTracer" denotes our detection results. "S&F" denotes the results detected by Safe Browsing and Forefront. The "New findings" column computes the percentage of attacks detected by MadTracer over the total number of attacks detected by MadTracer, SafeBrowsing, or ForeFront.**

$N_{TP}$), where $N_{TP}$ is the number of true positives. Given 53,100 out of 90,000 crawled publisher Web pages have display-ad-related paths, we observe from our data that over 1% of the top Alexa home pages lead to malvertising. Since these are well reputable domains with a high volume of traffic, malvertising through them could have reached a large victim user population. Tables 6 and 7 elaborate the results.

## 6.2   Attack Classification and Validation

MadTracer is designed to capture the common features of malvertising. It does not distinguish the type of attacks (scam, drive-by downloads and click frauds) for the suspicious paths it detects. To validate its detection results, we first classify those detected cases heuristically and then work on the cases in individual categories according to the suspicious behavior that they exhibit. This validation process is elaborated below.

**Scam.** For malicious paths that trigger scam popup windows, we place them in the *likely scam* category, as popup windows are frequently related to scam attempts. Those images typically display catchy contents such as "Your computer is infected" or "You are the winner". Besides fake-AV, we also find another type of scam—lottery phishing, as shown in Table 8. Lottery phishing attacks redirect a user's browser to a phishing page, which announces that the visitor has won a big prize (e.g., Figure 11). Then the user is asked to fill in private information such as her cell phone number and bank account numbers. The information collected can be sold to a third party or used for identity theft.
**Validation:** We manually go through the images in the popup windows to validate these scam cases, as their number is small.

**Drive-by-downloads.** For malicious paths that do not trigger popup windows, we analyze the locations of the detected 3-node segments. If such a path segment appears after ad nodes (identified by EasyList and EasyPrivacy) on the path, it corresponds to the situation where attackers redirect users from ad networks to malicious servers, so we classify it as a likely drive-by-download.
**Validation:** To validate these attacks, we first scan all the nodes involved using Safe Browsing and Forefront. For the remaining ones, we submit them to Microsoft Forefront for in-depth analysis. They confirmed that a vast majority of the detected path segments contain malicious executables using new signatures. We conservatively treat all unconfirmed cases as false positives. For the ones detected by Forefront, we notice that more than half of them are under the category Exploit:JS/Blacole. This type of exploit is generated by the Blackhole exploit kit, which is widely used by attackers to set up exploit servers [25]. This toolkit also includes malicious code exploiting a number of recent vulnerabilities in Java and Adobe PDF.

**Click-fraud.** We find that the remaining cases are mostly related to click fraud. In contrast to legitimate publishers who display ad links (pointing to advertiser's landing pages) that users can click,

fraudulent or compromised publishers redirect user traffic through pay-per-click (PPC) ad networks to ad landing pages automatically, without showing the ads to users and without the need of user clicks. Up to our knowledge, this type of click frauds has not been reported before. Safe Browsing and Forefront fail to detect most of such click fraud attacks since these attacks do not involve malicious executables. We present the details of the attacks in Appendix B.
**Validation:** To validate such attacks, we examine the detected ad paths based on two prominent properties of click fraud. First, we examine whether a publisher page contains an invisible iframe [13] to redirect user traffic automatically without the need of user clicks. Second, we check whether the path eventually reaches an ad landing page through a PPC ad network. If a path has both properties, it means that the publisher page successfully redirects a browser to an ad landing page without actual user clicks, which fulfills a fraudulent click. However, not all click frauds are successful, some of them may be detected by the PPC networks, so the traffic could not reach the final ad landing pages. To validate such failed cases, we compare their paths with the successful click-fraud paths. If they went through the same redirection domain chains as the successful ones, we regard them as likely click frauds as well.

Tables 6 and 7 list the detailed evaluation results based on the above validation process. The overall FD rate of our detected malvertising domain-paths is 4.48% for the Testing-Jun-Sep dataset and 5.21% for the Testing-Oct dataset. We present the details of our findings and the study on cloaking techniques in Appendix C.

| | # of publisher pages | # of domain-paths |
|---|---|---|
| Lottery | 16 | 63 |
| Fake AV | 52 | 64 |

**Table 8: Detected phishing attack break-down**



**Figure 11: The lottery scam page.**

## 6.3   Comparison with Existing Techniques

We compare our detection results with those obtained by using URL and domain attributes only. We find 10.2% of the detected

malicious domain-paths display suspicious URL patterns. Thus compared to URL-based approaches, MadTracer can significantly increase the detection coverage.

Compared with Safe Browsing or Forefront, our method does miss 46 domain-paths detected by them. However, for the attacks that were successfully detected by MadTracer, our approach catches them earlier than existing solutions. Specifically, throughout October, we ran MadTracer Safe Browsing, and Forefront on the traces collected from the beginning of the month on a daily basis. We find that Forefront usually detects malicious domains on the same day as our approach, but Safe Browsing on average needs 10.5 more days before it reports the domain-paths that we caught. Figure 12 shows a histogram that illustrates Safe Browsing's delays in detection. We find that several malvertising domain-paths in our Testing-Jun-Sep dataset detected by our approach were not reported by Safe Browsing until October, which introduces significant delay in taking measures to stop these ongoing attacks.

The early detection coverage and the higher coverage of our approach demonstrate the power of detection using ad paths and rich node attributes. By focusing on the malvertising infrastructure instead of malicious ad contents, MadTracer has the ability to detect new, stealthy malvertising activities that slip under the existing malware scanners.



**Figure 12: Early detection results.**

## 7.  RELATED WORK

**Research on malvertising.** Malvertising is an emerging threat but grows fast in recent years [9]. Prior research on this threat mainly focuses on controlling the behavior of ads in order to prevent malvertising (e.g., [19]). However, these approaches usually cannot defend against common attacks such as drive-by-download, and they also requires publishers to change their Web sites.

More general static and dynamic analysis techniques (e.g., [7] and [21]) could be applied to detect drive-by-download. An ad network could restrict and sanitize dynamic contents using static verifiers such as ADSafe [8] and its improvements (e.g., [10, 19, 12]). These countermeasures raise the bars for attackers who directly upload malicious contents to legitimate ad networks. But they could be easily circumvented by either sophisticated packing and anti-emulation techniques, or the use of malicious ad networks through ad syndication.

Ad syndication allows attackers to directly inject malicious code into a browser without being examined. Previous study [27] showed that ad syndication is a popular way to distribute drive-by-downloads. In our study, we move one step further to understand the detailed properties of malvertising paths, including the roles of each entity along the paths and the relationships among them. Our work complements the existing defense mechanisms. It also allows us to detect a broader set of other malicious advertising behaviors such as phishing and click frauds in a lightweight fashion.

Stone-Gross et al. [28] recently reported a study on fraudulent activities in online ad exchange based on traffic collected from an ad network. Different from our work, they have not investigated the topology of malvertising. Wang et al. [33] studied ad distribution networks and their properties. Their focus is on network performance and user latency, while we focus on the implications of ad network topologies for attack detection.

Our detection approach is based on analyzing 3-node ad path segments. Previous work has leveraged the n-gram model for predicting the next item in a sequence [5] or clustering malware samples [6]. Instead of exploiting the n-gram similarly as previous work, we work with annotated n-grams with rich node attributes. We reformulate the malvertising detection problem ad network topologies. From this perspective, we contribute by proposing a new presentation of topology using simple n-grams as well as demonstrating its effectiveness.

**Research on other attack channels.** In addition to online advertising, Blackhat SEO campaigns and spam emails are two other popular methods for attracting naive Web users. Recent work has studied the properties of these attacks and proposed a few detection strategies [16, 20, 15, 18]. Compared to SEO and spam, malvertising has received relatively less attention so far, yet it may pose a much more serious threat to Web security for two reasons. First, attackers may infiltrate large ad networks and thus infect top ranking Web sites with more visitors. Second, attackers could specify audience profiles at their choice through advertising agreements, and target attacks at the most vulnerable populations (e.g., grandparent visitors). Previous work has also shown the effectiveness of leveraging URL features in detecting redirectors [37] and compromised servers [16]. In our case, we find that using URL features alone is not sufficient, though it does provide a useful signal that can augment the topological information for detection.

## 8.  DISCUSSION

Our study shows that malvertising is a severe problem on the Internet. By crawling just the top 90,000 Alexa home pages (among them 53,100 are publisher pages), we find that more than 1% of these well-maintained sites have been exploited to deliver malicious contents or to conduct fraudulent clicks. Considering our crawling scale is small, the actual malvertising problem can be more severe. This study calls for the research community to pay more attention to the malvertising problem.

Towards detection, we make a first step toward examining topologies and develop a method based on analyzing 3-node path segments. We demonstrate initial success in this direction with real data and a wide set of real attacks detected. On the other hand, we have not incorporated other useful features into our design, path length in particular, not to mention the whole topology of ad networks as a graph that could be used to achieve more effective detection. Further study on these issues is an interesting direction for future research.

The evaluation results show that MadTracer can detect a large number of malicious advertising cases, with an FD rate round 5%. We aim to detect as many malvertising cases as possible, instead of sacrificing the true-positive rate for a low FD rate. For end users, blocking malicious ads is perhaps more important than mistakenly blocking legitimate ads. This is different from detecting other malicious activities such as spam, where flagging legitimate emails as spam bears more serious consequences.

To evade detection, attackers may exploit the node features that we adopt, e.g., by modifying URL patterns or using compromised old domains instead of registering new domains. Those attempts, however, should be less effective against MadTrace than approaches that just look at individual nodes. By exploring the ad infrastructure, MadTrace forces the attackers to change a sequence of nodes and their relations, which can be a hard task as those nodes may be controlled by different malicious parties within the underground

ecosystem [31]. Also, faking ad-specific features that we utilize can be more difficult than it appears to be. Take the role feature as an example: the attacker who assigns an ad-related URL to a compromised non-ad host could risk exposing that host, due to the discrepancy between what the host was and what it looks like now. On the other hand, further research is needed to better prepare our approach for these evasion attacks.

We envision that MadTracer can benefit both service providers and Web users in multiple aspects. Large ad networks can use Mad-Tracer to identify fraudulent activities, compromised and malicious syndicators, and infected publishers. The detected malicious ad contents can be fed into anti-virus systems to generate new content-based attack signatures. Finally, a browser-based protection mechanism can utilize the knowledge of malicious ad paths and their topological features to raise an alarm when a user's browser starts to walk down a suspicious ad path, protecting the user before she reaches an exploit server.

## 9. CONCLUSION

Today's Web advertising is permeated by malicious ads, which pose a serious threat to the Web users and legitimate businesses. This paper reports our measurement study for better understanding the infrastructure for delivering malicious ads. Based on a large-scale Web crawling, we reveal the gravity of the threat. We show that such attacks infected hundreds of publisher pages and infiltrated major ad networks including DoubleClick. The insights gained through the measurement study leads us to develop a new topology-based detection system—MadTracer. Our evaluation shows that MadTracer works effectively against real-world malvertising activities: it caught 15 times as many malicious domain-paths as Google Safe Browsing and Microsoft Forefront combined, and also discovered several large-scale malvertising campaigns, including a new type of click-fraud attack. A more detailed summary of our findings will be released on www.madtracer.org. Our work demonstrates that topology-based detection holds a great promise to more effectively mitigate malvertising threats.

### Acknowledgements

We thank anonymous reviewers for their insightful comments. We are grateful for the help provided from Microsoft Forefront for attack analysis. IU authors also acknowledge NSF CNS-1017782 and CNS-1223477 for the support.

## 10. REFERENCES

[1] Adblock plus. http://adblockplus.org/en/.
[2] Display network google ads. http://www.google.com/ads/displaynetwork/.
[3] Wordpress, blog tool, publishing platform, and cms. http://wordpress.org/.
[4] Adobe. Adobe flash platform. http://www.adobe.com/flashplatform, 2011.
[5] P. F. Brown, P. V. deSouza, R. L. Mercer, V. J. D. Pietra, and J. C. Lai. Class-based n-gram models of natural language. Computational Linguistics, 18:467–479, 1992.
[6] S. K. Cha, I. Moraru, J. Jang, J. Truelove, D. Brumley, and D. G. Andersen. SplitScreen: enabling efficient, distributed malware detection. In Proceedings of the 7th USENIX conference on Networked systems design and implementation, NSDI'10, page 25, Berkeley, CA, USA, 2010. USENIX Association.
[7] M. Cova, C. Kruegel, and G. Vigna. Detection and analysis of drive-by-download attacks and malicious javascript code. In Proceedings of the 19th international conference on World wide web, WWW '10, pages 281–290, New York, NY, USA, 2010. ACM.
[8] D. Crockford. Adsafe. http://www.adsafe.org.
[9] B. Edelman. Benjamin edelman - publications. http://www.benedelman.org/publications/, July 2012.
[10] M. Finifter, J. Weinberger, and A. Barth. Preventing capability leaks in secure javascript subsets. In NDSS. The Internet Society, 2010.
[11] D. Fisher. Google removes .co.cc subdomains over phishing, spam concerns. http://threatpost.com/en_us/blogs/google-removes-cocc-subdomains-over-phishing-spam-concerns-070611, 2011.
[12] S. Ford, M. Cova, C. Kruegel, and G. Vigna. Analyzing and detecting malicious flash advertisements. Computer Security Applications Conference, Annual, 0:363–372, 2009.
[13] M. Gandhi, M. Jakobsson, and J. Ratkiewicz. Badvertisements: Stealthy click-fraud with unwitting accessories. Journal of Digital Forensics Practice, 1(2), 2006.
[14] Google. What is an ad tag? - doubleclick for publishers help. http://support.google.com/dfp_premium/bin/answer.py?hl=en&answer=1131465.
[15] S. Hao, N. A. Syed, N. Feamster, A. G. Gray, and S. Krasser. Detecting spammers with snare: spatio-temporal network-level automatic reputation engine. In Proceedings of the 18th conference on USENIX security symposium, SSYM'09, pages 101–118, Berkeley, CA, USA, 2009. USENIX Association.
[16] J. P. John, F. Yu, Y. Xie, A. Krishnamurthy, and M. Abadi. deseo: combating search-result poisoning. In Proceedings of the 20th USENIX conference on Security, SEC'11, pages 20–20, Berkeley, CA, USA, 2011. USENIX Association.
[17] C. Larsen. Busting a big malvertising / fake-av attack. http://www.bluecoat.com/security/security-archive/2011-07-25/busting-big-malvertising-fake-av-attack-0, July 2011.
[18] K. Levchenko, N. Chachra, B. Enright, M. Felegyhazi, C. Grier, T. Halvorson, C. Kanich, C. Kreibich, H. Liu, D. McCoy, A. Pitsillidis, N. Weaver, V. Paxson, G. M. Voelker, and S. Savage. Click Trajectories: End-to-End Analysis of the Spam Value Chain. In Proceedings of 32nd annual Symposium on Security and Privacy. IEEE, May 2011.
[19] M. T. Louw, K. T. Ganesh, and V. N. Venkatakrishnan. Adjail: practical enforcement of confidentiality and integrity policies on web advertisements. In Proceedings of the 19th USENIX conference on Security, USENIX Security'10, pages 24–24, Berkeley, CA, USA, 2010. USENIX Association.
[20] L. Lu, R. Perdisci, and W. Lee. Surf: detecting and measuring search poisoning. In Proceedings of the 18th ACM conference on Computer and communications security, CCS '11, pages 467–476, New York, NY, USA, 2011. ACM.
[21] L. Lu, V. Yegneswaran, P. Porras, and W. Lee. Blade: an attack-agnostic approach for preventing drive-by malware infections. In Proceedings of the 17th ACM conference on Computer and communications security, CCS '10, pages 440–450, New York, NY, USA, 2010. ACM.
[22] McAfee. Mcafee web gateway. http://www.mcafee.com/us/products/web-gateway.aspx#vtab-Benefits, 2011.
[23] B. Miller, P. Pearce, C. Grier, C. Kreibich, and V. Paxson. What's clicking what? techniques and innovations of today's

clickbots. In *Proceedings of the 8th international conference on Detection of intrusions and malware, and vulnerability assessment*, DIMVA'11, pages 164–183, Berlin, Heidelberg, 2011. Springer-Verlag.

[24] F. Nentwich, N. Jovanovic, E. Kirda, C. Kruegel, and G. Vigna. Cross-site scripting prevention with dynamic data tainting and static analysis. In *In Proceeding of the Network and Distributed System Security Symposium (NDSS'07)*, 2007.

[25] A. NS. Blackhole exploit kit 1.0.2. http://www.airdemon.net/blackhole.html, 2011.

[26] R. Petnel. The official easylist web site. http://easylist.adblockplus.org/en/.

[27] N. Provos, P. Mavrommatis, M. A. Rajab, and F. Monrose. All your iframes point to us. In *Proceedings of the 17th conference on Security symposium*, pages 1–15, Berkeley, CA, USA, 2008. USENIX Association.

[28] B. Stone-Gross, R. Stevens, R. Kemmerer, C. Kruegel, G. Vigna, and A. Zarras. Understanding fraudulent activities in online ad exchanges. In *Proceedings of Internet Measurement Conference*, IMC '11, 2011.

[29] Sucuri. Mass infection of wordpress sites due to timthumb. http://blog.sucuri.net/2011/08/mass-infection-of-wordpress-sites-counter-wordpress-com.html, 2011.

[30] K. Thomas, C. Grier, J. Ma, V. Paxson, and D. Song. Design and evaluation of a real-time url spam filtering service. In *Proceedings of the 2011 IEEE Symposium on Security and Privacy*, SP '11, pages 447–462, Washington, DC, USA, 2011. IEEE Computer Society.

[31] TrendLabs. Follow the money trail. http://blog.trendmicro.com/follow-the-money-trail/, March 2012.

[32] A. VANCE. Times web ads show security breach. http://www.nytimes.com/2009/09/15/technology/internet/15adco.html, 2009.

[33] Y. Wang, D. Burgener, A. Kuzmanovic, and M.-F. Gabriel. Understanding the network and user-targeting properties of web advertising networks. In *ICDCS*, pages 613–622, 2011.

[34] Whois.net. Whois lookup - domain names search, registration, & availability. http://www.whois.net/, 2011.

[35] Y. Xie, F. Yu, K. Achan, R. Panigrahy, G. Hulten, and I. Osipkov. Spamming botnets: signatures and characteristics. In *Proceedings of the ACM SIGCOMM 2008 conference on Data communication*, SIGCOMM '08, pages 171–182, New York, NY, USA, 2008. ACM.

[36] ZenithOptimedia. Global ad expenditure to return to pre-recession peak level this year. http://www.zenithoptimedia.com/files/media/image/news/Press%20Release%20files/2011/July/Adspend%20forecasts%20July%202011.pdf, 2011.

[37] J. Zhang, C. Seifert, J. W. Stokes, and W. Lee. Arrow: Generating signatures to detect drive-by downloads. In *Proceedings of the 20th international conference on World wide web*, WWW '11, pages 187–196, New York, NY, USA, 2011. ACM.

# APPENDIX

## A. COMPARISON WITH INDIVIDUAL NODE CLASSIFIER

As a comparison, we evaluate the effectiveness of malvertising detection by applying the combination of features (as described in Section 5.1) on individual nodes for detection. We also use the same method and datasets as described in Section 5.1 and 6.1 for learning a set of detection rules.

Such individual node based classifier detects 20,533 domain-paths in the Testing-Jun-Sep dataset. However 17,614 of them are actually false-positives. Using the Testing-Oct dataset, the classifier detects 25,308 domain-paths with 23,140 of them being false-positives. For both datasets, the false detection (FD) rates are over 85%, and are significantly higher than those of MadTracer.

We sample a subset of the false positive domain-paths and find that most of them are detected because they either involve newly registered ad networks or ad networks that do not follow the URL patterns defined by EasyList. However, such ad networks all have legitimate portal sites and are unlikely to be hosted by attackers.

Meanwhile, the number of truly malicious pages and domain-paths that are successfully detected by the single-node based classifier is smaller than that by using MadTracer. We find that the rules that can detect malicious pages or domain-paths also incur a high false positive rate on the training data. So these rules are not selected by the learning framework for detection.

## B. A LARGE CLICK-FRAUD ATTACK DETECTED



**Figure 13: The flow graph of a click-fraud case.**

Figure 13 shows the traffic flow of a big click-fraud campaign that we detected. The major entities involved in this campaign include compromised Web sites, attacker created shady (i.e.,fraudulent) search engines, legitimate pay-per-click (PPC) ad networks, and legitimate advertisers. Below, we present how this click-fraud attack exploits online advertising channels.

In this example, attackers control a large number of Web sites that are set up using old versions of WordPress [3] with known vulnerabilities. These sites were compromised [29] to redirect traffic to the attackers' domains (e.g., counter-wordpress.com). When a user visits any of these compromised Web sites, his traffic will be further redirected to multiple attacker-created *shady search engines*, which are actually a set of fraudulent domains (e.g., getnewsearcher.com) resembling search engines. The purpose of the shady search engines is to affiliate with legitimate PPC networks and to refer click traffic to them. Specifically, once user traffic reaches the shady search engines (without user awareness),



**Figure 14: For the detected malicious nodes on the malvertising paths, their positions on the paths vs the corresponding path lengths.**

it will be converted into fraudulent ad clicks and further redirect to the affiliated legitimate PPC networks through a set of redirectors, and eventually to advertisers.

After receiving the fraudulent click traffic, the advertiser pays the PPC network, which in turn pays the attacker-controlled shady search engines. In order to maximize revenue, attackers aggressively turn one user visit into multiple fraud clicks. In an extreme case, we observed that a user visit were turned into 37 clicks to 4 different PPC ad networks simultaneously. All the traffic redirection activities happen without user clicks or awareness, yet they significantly slow down the browser performance and negatively impact the user experience.

Using our approach, we identify 219 such shady search engines and 50 affiliated redirectors associated with this type of click frauds. Most of these cases were not detected by Safe Browsing or ForeFront as they are not used for delivering malicious contents. To evade detection by PPC ad networks, attackers intentionally redirects traffic through different shady search engines and redirectors so that the redirection paths look diversified and more legitimate. However, by examining the interactions among different entities along ad-related paths, our approach can successfully detect the hidden malicious infrastructure, even for these stealthy attacks.

## C. FINDINGS AND CLOAKING STUDY

After validation, we revisit Tables 6 and 7 and notice several interesting observations. First, on average, each infected publisher page corresponds to multiple (15.5) malvertising domain-paths, where attackers rotate domains to evade detection. This attacker strategy, used for attack evasion, can actually help us discover more malicious nodes on the malvertising infrastructure by continued monitoring of infected publisher pages.

Compared with drive-by-download, click frauds are more dynamic. They infected a smaller number of publisher pages (138 in Jun-Sep and 76 in Oct) compared with drive-by-download (155 in Jun-Sep and 196 in Oct), the number of different domain-paths used for click fraud is significantly larger. Our manual investigation shows that attackers use a larger set of domains to serve as different roles for rotation. Though these domains usually do not exhibit distinguishing URL or domain features, they are detected by our approach because they usually form uncommon combinations in topology.

The detected suspicious cases were further fed to the monitoring component of MadTracer for continuous crawling. Our monitoring started in Oct 2011 and we reported our findings using the 126 detected publisher pages while the attack was still alive. We observe that all of the infected Web pages led to new malvertising domain-paths, with a coverage increase of 96.3%. In addition, we find that attackers often have strong preferences on browser settings. Internet Explorer (IE) is the most targeted browser type. Among the 126 pages, 95 of them deliver attacks successfully to IE, and 57 do not display malicious contents when visited by Firefox. The location preference, however, is not obvious from the monitoring results generated from different IP ranges, perhaps due to the fact that all of our VMs are located in the U.S.

## D. THE POSITION OF MALICIOUS NODES ON MALVERTISING PATHS

Figure 14 shows the scatter plot in terms of the malvertising path lengths vs. the position of different alarmed nodes on the paths. Each point corresponds to one or more known malicious nodes in our measurement (multiple points may overlap at one position). The X-axis shows the path lengths, and the Y-axis shows the positions of the malicious nodes on the paths. We observe many points along the $Y = X$ line, meaning these malicious nodes are the last hop on the redirection chains. Such cases usually correspond to drive-by-download attacks, where the malicious nodes are the exploit servers. However, we also observe many malicious nodes locating in the middle of their redirection chains. Such cases are likely click-fraud attacks, where the malicious nodes serve as the purpose to redirect traffic from (legitimate or malicious) publishers to legitimate pay-per-click ad networks. These findings indicate that the positions of the malicious nodes on the ad paths are not fixed due to the diversified attack categories.

# APPENDIX
# 63

2013 IEEE Symposium on Security and Privacy

# Finding the Linchpins of the Dark Web: a Study on Topologically Dedicated Hosts on Malicious Web Infrastructures

Zhou Li, Sumayah Alrwais
*Indiana University at Bloomington*
{lizho, salrwais}@indiana.edu

Yinglian Xie, Fang Yu
*MSR Silicon Valley*
{yxie, fangyu}@microsoft.com

XiaoFeng Wang
*Indiana University at Bloomington*
xw7@indiana.edu

*Abstract*—Malicious Web activities continue to be a major threat to the safety of online Web users. Despite the plethora forms of attacks and the diversity of their delivery channels, in the back end, they are all orchestrated through *malicious Web infrastructures*, which enable miscreants to do business with each other and utilize others' resources. Identifying the linchpins of the dark infrastructures and distinguishing those valuable to the adversaries from those disposable are critical for gaining an upper hand in the battle against them.

In this paper, using nearly 4 million malicious URL paths crawled from different attack channels, we perform a large-scale study on the topological relations among hosts in the malicious Web infrastructure. Our study reveals the existence of a set of topologically dedicated malicious hosts that play orchestrating roles in malicious activities. They are well connected to other malicious hosts and do not receive traffic from legitimate sites. Motivated by their distinctive features in topology, we develop a graph-based approach that relies on a small set of known malicious hosts as seeds to detect dedicate malicious hosts in a large scale. Our method is general across the use of different types of seed data, and results in an expansion rate of over 12 times in detection with a low false detection rate of 2%. Many of the detected hosts operate as redirectors, in particular Traffic Distribution Systems (TDSes) that are long-lived and receive traffic from new attack campaigns over time. These TDSes play critical roles in managing malicious traffic flows. Detecting and taking down these dedicated malicious hosts can therefore have more impact on the malicious Web infrastructures than aiming at short-lived doorways or exploit sites.

## I. INTRODUCTION

Technological progress often comes with side effects. Look at today's Web: not only does it foster a booming Web industry, but it also provides new opportunities to criminals who are rapidly industrializing their dark business over the Web. Today once you unfortunately click a malicious URL, chances are that those who victimize you are no longer individual, small-time crooks but an underground syndicate: some luring you to visit malicious websites through various channels (Spam, tweets, malicious advertising, etc.), some buying and selling your traffic through redirection, and the receiving ends of the traffic performing different exploits (drive-by downloads, scams, phishing etc.) on your system on behalf of their customers. Such a complicated attack is orchestrated through *malicious Web infrastructures*, which enable those miscreants to do business with each other and utilize others' resources to make money from their

misdeeds. Indeed, such infrastructures become the backbone of the crimes in today's cyberspace, delivering malicious web content world wide and causing hundreds of millions in damage every year.

**Malicious Web infrastructures**. Given the central role those infrastructures play, an in-depth understanding of their structures and the ways they work becomes critical for counteracting cybercrimes. To this end, prior research investigated the infrastructures associated with some types of channels (e.g., Spam [2], black-hat Search-Engine Optimization (SEO) [11]) and exploits (e.g., drive-by downloads [23]). What have been learnt includes the parties involved in a malicious campaign (e.g., affiliates, bot operators [28]), the underground economy behind such campaigns and how these parties work together [15], [12]. Of particular interest is the discovery of extensive sharing of resources (e.g., compromised systems, redirection servers, exploit servers) within some categories of malicious activities.

With progress being made in this domain, still our knowledge about the malicious Web Infrastructures is rather limited. Particularly, all these prior studies stay at individual redirection chains that deliver malicious content through a specific channel (e.g., spam [2], twitter [14], malvertising [16]) or lead to a specific type of illicit activities (e.g., drive-by downloads, underground pharmaceutical business). What is missing here is an in-depth understanding of the big picture: what is the topological view of today's malicious Web infrastructures, and how are malicious entities related to each other and the legitimate part of the Web, across different redirection chains, different channels, and exploits? The answer to these questions could help us identify the linchpins of the dark infrastructures, differentiating those valuable to the adversary from those expendable. As a result, we will be able to build more effective and robust techniques that disrupt malicious activities at their common weak spots, without knowing their semantics and relying on any channel/attack specific features such as URL patterns that often can be easily evaded by the adversary. Also, knowing the topological relations among malicious entities, one can make better use of what has already been detected) to discover other malicious parties.

**Topologically dedicated malicious hosts**. To gain further understanding of malicious Web infrastructures, we study



nearly 4 million malicious URL paths crawled from different feeds, particularly the topological relations among the hosts involved and their connectivity with legitimate Web entities. Our key finding is the existence of a set of *topologically dedicated malicious hosts* that play orchestrating roles in the infrastructures. From the data we have, all URL paths going through them are confirmed to be malicious. These dedicated malicious hosts have a set of distinctive topological features. First, they seem to have strong connections with each other by forming tight *Host-IP Clusters* (HICs) that share IP addresses and Whois information. Second, they are extensively connected to other malicious parties, hosting over 70% of the malicious paths in our dataset. Finally, they are not found to receive any legitimate inputs, though they may redirect traffic to legitimate parties, e.g., when they cloak.

**Our work**. Since these topologically dedicated hosts and their HICs play a central role in linking different malicious paths together, it becomes important to detect them for breaking the malicious infrastructures. In our research, we come up with a new topology-based technique designed to catch these hosts without relying on the semantics of the attacks they are involved in. Intuitively, these dedicated hosts are rather easy to reach from the dark side of the Web while extremely hard to reach from the bright side. This observation fits perfectly with the concept of PageRank [3]: that is, they should be popular in the dark world but unpopular outside. Our approach starts with a relatively small set of known malicious HICs as seeds and a large number of known legitimate HICs as references, and propagates their initial scores across a Web topology using the PageRank algorithm to compute legitimate and malicious scores for other unknown HICs. In the end, those highly endorsed by the malicious hosts but way less so by the legitimate ones are identified as dedicated malicious HICs.

Our approach works surprisingly well: in our evaluation based upon 7-month data crawled from Alexa top websites [1], our approach detects about 5,000 new topologically dedicated malicious hosts and over 20,000 malicious host paths that are not captured by existing solutions, at a false detection rate as low as 2%. Our study further reveals the roles, the operation models, and the monetization strategies of these dedicated malicious hosts, particularly those that work as Traffic Distribution Systems (TDSes), which are professional traffic buying and selling systems that manage and keep record of traffic-exchange transactions. Our major detection results and interesting findings include:

- Our algorithm achieves a high detection rate. Even with a small set of seed malicious HICs (5% of the labeled ones), we can discover a large number of other malicious HICs, with an expansion rate of 12 times.

- Our detection algorithm is general across the use of different malicious seeds, including drive-by downloads and Twitter spam in our experiments. It can also detect malicious hosts set up through different attack channels, such as drive-by downloads and scam in our data.

- For the set of dedicated malicious hosts that serve as TDSes, they are much more long-lived than doorways or exploit sites (65 days vs. 2.5 hours). They receive malicious traffic from new attack campaigns over time. Disrupting their operations has more long-lasting effects than taking down doorways or exploit sites.

- Our study shows that even after TDSes are taken down, they continue to receive a large amount of traffic, 10 times more than legitimate parked domains. Such traffic is leveraged by domain owners through parking services to continue to gain revenues from ad networks.

**Contributions**. The contributions of the paper are summarized as follows:

- *New findings*. We conduct the first study on topologically dedicated malicious hosts, and discover their pervasiveness in malicious Web infrastructures and the critical roles they play. Our study reveals their topological features and the way they are utilized. We show that TDSes play an important role in managing and exchanging traffic flows the adversary uses to deliver malicious content and bring to the light how these malicious dedicated hosts evolve with time and how they are monetized by domain owners through parking services even after their domain names are taken down.

- *New techniques*. We develop a new technique that expands from known malicious seeds to detect other malicious dedicated hosts, based upon their unique features. Our approach works effectively on large-scale real data, capturing a large number of new malicious hosts at a low false detection rate.

**Roadmap**. The rest of the paper is organized as follows: Section II presents the background information of our research, including how data was collected; Section III discusses a measurement study over the data, which reveals the important role played by dedicated malicious hosts and their prominent features; Section IV describes the design and implementation of our detection technique; Section V evaluates our detection system on its efficacy; Section VI reports a study on all the malicious dedicated hosts we found; Section VII discusses a few issues of our study and potential future work; Section VIII reviews the related research and Section IX concludes the paper.

## II. DATA COLLECTION

In this section, we explain the data collection process and the methodology we use to label data for our study. This process serves two purposes: (1) It helps us prepare data for building the Web topology graph (Section III); (2) It labels known malicious and legitimate portions of the Web using existing techniques, so that we can study their distinctive topological features for detection. Later in Section IV, we show how we can leverage the topological features learned during this process to detect malicious URLs and hosts not identified before.

## A. Data Sources

| Feed | Start | End | # Doorway URLs |
|---|---|---|---|
| Drive-by-download | 3/2012 | 8/2012 | 1,558,690 |
| Warningbird | 3/2012 | 8/2012 | 358,232 |
| Twitter | 3/2012 | 8/2012 | 1,613,924 |
| Top sites | 2/2012 | 8/2012 | 2,040,720 |

Table I
DATA FEEDS USED IN THE STUDY.

We use four different data feeds to bootstrap data collection. Each data feed includes a set of doorway URLs that we leverage to crawl and analyze the redirection topology. Our data feeds include:

• *Drive-by-download feed:* Microsoft provides us with around 30 million doorway URLs that were found to deliver malicious contents (mostly drive-by downloads) and we sample 5% (1.5 million) from them for study.

• *Warningbird feed:* We download the malicious URL set posted by the WarningBird project [14]. This set includes over 300k suspicious URLs in Twitter spam.

• *Twitter feed:* We run Twitter Search APIs [29] to pick top 10 trending terms every day. We use these terms to collect related tweets and extract all the URLs they contain. This process gives us 1.6 million URLs.

• *Top-site feed:* We gather Alexa top 1 million web sites and update them every week. We obtain 2 million URLs in total, most of which are legitimate.

All together, we have gathered about 5.5 million initial URLs, which serve as inputs to a set of crawlers described below during a 7-month period to collect data.

## B. Redirection Chain Crawling

We deploy 20 crawlers, each hosted on a separate Linux virtual machine with a distinctive IP address, to explore the URL redirection paths of these 5.5 million doorway URLs. Each crawler is built as a Firefox add-on, which keeps track of all the network requests, responses, browser events and page content it encounters in a visit. Based on such information, our approach automatically reconstructs a redirection URL path for the visit, which links all related URLs together.

More specifically, such URL paths are built in a mostly standard way, similar to Google's approach [23] except the part for analyzing Javascript. Our approach detects redirections from HTTP status code (e.g. 302), Meta refresh tag, HTML code (e.g., iframe tag) and JavaScript. The dots (URLs) here are connected using different techniques under these different types of redirections. Actually, Firefox gives away the source and destination URLs through browser events when the redirection has HTTP 3xx status code or is triggered by Meta refresh, which allows us to link the source to the destination. For those caused by HTML, we can find out the URL relation according to the Referral field of the destination URL. What gives us trouble is the redirection triggered by Javascript code, which is not specified upfront by any HTTP and HTML fields. This problem is tackled in prior research [23] by simply searching the script code to look for the string similar to the URLs involved in the HTTP requests produced after running the code: if the edit distance between the URL in the request and part of the content the script carries is sufficiently small, a causal relation is thought to be found and the URL of the document hosting the script is connected to the request.

A problem for the approach is that it cannot capture a redirection when the adversary obfuscates the JavaScript code, which is common on today's Web: what has been found is that increasingly sophisticated obfuscation techniques have been employed to evade the detection that inspects redirections [5]. To mitigate this threat, we resort to dynamic analysis, instrumenting all JavaScript DOM APIs that can be used to generate redirections, e.g., `document.write`. When such an API is invoked, our crawler inspects the caller and callee to connect the URLs of their origins.

To increase our chance of hitting malicious websites, we set the crawler's user-agent to IE-6, which is known to contain multiple security-critical vulnerabilities. In addition, to avoid some malicious servers from cloaking to the requests with an empty Referral field [7], we set the Referral field of the initial request for each URL to `http://www.google.com/`. After visiting a web page, the crawler also cleans cookies to avoid tracking.

## C. Data Labeling

For each visit, our crawler generates a set of URLs and connects them according to their causal relations, which gives us a set of *URL paths* in terms of URL redirection chains. From URL paths, we further derive a set of *host paths* that keep only host names along the redirection chains. We proceed to label all the crawled URLs, URL paths, and host paths as malicious or legitimate using a combination of existing tools and methods.



Figure 1. Redirections from a Forefront alarmed Page. The first redirection path is not marked as malicious since it leads to only a legitimate party. The second redirection path is a malicious path as the redirection is generated from an iframe injected by an attacker.

**Labeling of malicious URLs and paths**. Specifically, we first use Microsoft Forefront, an Anti-Virus scanner, to scan the contents associated with individual URLs encountered

during the crawling.[1] Once a node (i.e., a URL) is flagged by the scanner as containing malicious contents (typically code), the URL is labeled as *malicious*. The data crawled from Alexa top sites and Twitter feeds yield mostly legitimate URLs. The data crawled from the drive-by download and the Warningbird feeds, however, do not always yield malicious URLs for each visit. The reason is that drive-by download doorway URLs are sometimes hosted on compromised hosts, which may have already been cleaned up when we visit them. Therefore, the scan we perform helps avoid falsely marking them as malicious.

Once we label a URL as malicious, we treat all the URL paths going through it as *suspicious paths*. However, not all suspicious paths are malicious. For example, a malicious doorway page may lead to multiple paths, and only one of them leads to exploits. This happens when a malicious doorway page contains multiple URLs, some of which are legitimate and redirect to other legitimate sites (e.g., doubleclick), as illustrated in Figure 1. To avoid marking them as malicious, we further inspect whether there exists another non-doorway URL on a suspicious path also marked as malicious. If so, we label the corresponding path as a *malicious path*. For the paths whose doorway pages directly contain exploit code, we label these paths as malicious without the need of examining other URLs. If all the URL paths corresponding to a host path are labeled as malicious, we label the host path as malicious as well.

| | paths | malicious paths | malicious URLs | legitimate URLs |
|---|---|---|---|---|
| Drive-by-download | 17,228,137 | 3,789,640 | 238,596 | 1,079,903 |
| WarningBird | 19,858 | 19,858 | 5,587 | 6,871 |
| Twitter | 10,429 | 10,429 | 464 | 3,100 |
| Top Sites | 339,877 | 105,428 | 6,121 | 23,219 |
| Total | 17,598,301 | 3,925,321 | 250,627 | 1,111,104 |

Table II
DATA STATISTICS AFTER LABELING.

**Labeling of legitimate URLs.** We also label the remaining URLs that correspond to reputable domains or known ad services as legitimate URLs. To do so, we first cluster the non-malicious URLs based on their domains and manually examine the URL clusters with over 1,000 URLs each. Among these clusters, we identify 19 reputable ones, such as google.com and facebook.com, and we use them to label legitimate URLs. In addition, we use EasyList [21] and EasyPrivacy [22] to identify ad-networks and trackers. These two lists are also utilized by the popular browser plugin Adblock plus [20] to block ads and tracking scripts. Finally, since URL shorteners (e.g., t.co) are extensively used by Twitter users to embed URLs in Tweets, we also identify them using a known list compiled for this purpose [18].

Of course, this labeling process is not exhaustive. All

---

[1] We do not use Google Safebrowsing because a reported malicious URL may be hosted on a compromised site and already be cleaned by the time of our crawl.

it does is to provide a set of URLs and paths that are confirmed malicious or legitimate based on existing tools (e.g., Forefront, whitelists). The rest of the URLs (78.51%) are treated as *unknown* and our goal is to come up with a methodology for automatically detecting malicious parties from them.

## III. TOPOLOGY-BASED MEASUREMENTS

In this section, we study the properties of malicious URLs and host paths. We focus on examining the topologies and the connections of malicious and legitimate entities. Our measurements reveal the existence of a set of topologically dedicated hosts that play critical roles in malicious activities. The unique properties of these hosts inspire us to develop a graph-based detection approach, which can capture these hosts without any information about their semantics, e.g., the content they accommodate or the code they run.

### A. Hostname-IP Cluster (HIC) Construction

To study Web entity topologies, one natural way is to examine individual URLs or hostnames. However, prior research shows that attackers often register hundreds of malicious hostnames, all pointing to a small set of IP addresses under one domain registrar [19]. Once a hostname is detected, attackers can quickly switch to another one in the pool. From the topology perspective, the signals of such short-lived individual URLs or hostnames may not be strong enough to distinguish them.

Instead, we explore the groups of URLs or hostnames that are controlled by the same attackers. For this purpose, we construct *Hostname-IP Clusters (HICs)* that capture the intrinsic sharing relations between hostnames and IP addresses. The concept of HICs has been used in prior research [33] to detect servers that play central roles in drive-by download campaigns. A problem of their definition is that it is solely based upon the relations between IPs and hostnames, which does not work well on today's Web, where attackers increasingly utilize hosting or cloud services. When this happens, all the hosts running on a cloud server will be clustered together.

Our solution is to use the Whois information [31] to guide this clustering process: two hosts sharing IPs are considered to be related only if their domain names are from the same registrar. Since malicious hosts strongly prefer low-cost, less well known registrars (see Section III-C), this treatment turns out to be very effective. More precisely, our HIC construction process is as follows:

I We assign a unique HIC instance to every hostname.

II We start to merge these HICs in a similar way to that in prior work [33]. The construction process iteratively inspects every pair of HICs. We first compute the overlapping of their IPs. Let $IPS_1$ be the IP set for HIC $H_1$, and $IPS_2$ be that of HIC $H_2$. $H_1$ and $H_2$ are considered to be merged if the Jaccard distance $\frac{IPS_1 \cap IPS_2}{IPS_1 \cup IPS_2}$ is larger than a threshold $T_{IPS}$. Similar

to [33], we set this threshold to 0.5, to accommodate the IP variations caused by content-distribution networks (CDN) and fast-fluxing [10]. Besides this criterion, we take an additional step to check their Whois information. Only if their registrars are also identical can we merge them together. The above process iterates until no HIC pairs can further merge.

Figure 2 illustrates this process. $HIC_1$ and $HIC_2$ can be merged since their IP address overlapping is 60% and they have the same registrar. $HIC_3$ is not merged with any other HICs because its registrar is different from others.



Figure 2.  HIC generation process.

## B. Topologically Dedicated Malicious HICs

All together, we obtain 1,951,313 HICs using the above method from our data. Among them, 15,273 are found to *only* host confirmed malicious URL paths (and the corresponding host paths) in our datasets (collected over a 7-month period). This topological property differentiates them from other HICs, which contain at least one URL path that we cannot confirm. We call the former *dedicated malicious HICs* and the latter *non-dedicated malicious HICs*.

These dedicated HICs apparently play a critical role in the malicious activities: they are attached to 76.2% of the malicious paths across all the data sources in Table II. Although we have no ground truth about whether the dedicated malicious HICs are indeed set up by malicious parties, we find that their hostnames usually exhibit patterns of domain rotations and that they are often registered under unpopular domain registrars[2]. Table III lists the top 10 (ranked by the number of paths going through) dedicated malicious HICs in our datasets. Such observations suggest that these HICs may correspond to dedicated hosts that are set up for just malicious uses, e.g., "central servers" for drive-by download campaigns [33].

## C. Graph Properties of Dedicated Malicious HICs

When we examine the inter-connections among HICs, we find that these dedicated HICs are not isolated. Instead, they tend to connect to each other. To understand their

[2]According to [6], the five best domain providers are NameCheap, 1&1, Go Daddy, Name and Gandi.

connectivity, we build an *HIC graph* by linking two HICs with a directed edge if there is an URL redirection between their hosts. In total, we have 1,951,313 HIC nodes and 9,058,597 edges on the HIC graph.

Closely examining these dedicated malicious HICs, we find that they are highly intertwined: among 15,273 dedicated malicious HICs, 12,942 (84.74%) are located on a fully connected subgraph. The dedicated malicious HICs are also intensely connected with other non-dedicated malicious HICs: 80.40% of non-dedicated malicious HICs are directly or indirectly connected to at least one dedicated HIC. This observation indicates that the dedicated malicious HICs are quite easy to reach from the "dark" world. Starting from a few malicious URLs and following their redirect chains, you may easily reach some dedicated malicious HICs.



Figure 3.  CDF of the number of Legitimate Link-in HIC between Dedicated HICs and Non-dedicated HICs



Figure 4.  CDF of the number of Legitimate Link-out HIC between Dedicated HICs and Non-dedicated HICs

In contrast, these dedicated malicious HICs rarely receive traffic from legitimate or unknown parties (labeled by the methodology in Section II-C), even when these legitimate parties do appear on malicious paths. In terms of such a "link-in" relation, the dedicated malicious HICs are more remote to legitimate parties than non-dedicated malicious HICs. Figure 3 shows that 97.75% of the dedicated malicious HICs do not receive any traffic redirections from legitimate HICs. For the rest 2.25% of dedicated malicious HICs that do, they mostly correspond to malicious entities that have

| Rank | Hostnames | Registrar |
|------|-----------|-----------|
| 1 | lsbppxhgckolsnap.ru, vznrahwzgntmfcqk.ru, ... | NAUNET-REG-RIPN |
| 2 | viagrabuytoday.com, buycialistodoors.com, ... | INTERNET.BS CORP |
| 3 | searchstr.com, ssrsearch.com | INTERNET.BS CORP |
| 4 | sqwlonyduvpowdgy.ru, qlihxnncwioxkdls.ru, ... | NAUNET-REG-RIPN |
| 5 | tadalafil-mastercard.ordercialisonlineus.com, viagra-brand-viking.cialisshopsale.com, ... | INTERNET.BS CORP |
| 6 | soxfarspwauosdis.ru, iqsxbaoyzweerppq.ru, ... | NAUNET-REG-RIPN |
| 7 | freshlds.eu | PDR Ltd. |
| 8 | puvbgoizrqsxsxzq.ru, fkffqgkqfqdxekvq.ru, ... | NAUNET-REG-RIPN |
| 10 | michaelmazur.net | TUCOWS.COM CO. |

Table III
TOP RANKED HICs

infiltrated legitimate ad networks (e.g., Doubleclick) and receive traffic from them [16]. By comparison, 25.70% of non-dedicated malicious HICs receive traffic redirections from other legitimate HICs. This observation shows that compared to legitimate or non-dedicated malicious HICs, the topologically dedicated malicious HICs are much harder to reach from the bright side of the Web.

In terms of the "link-out" relations, dedicated malicious HICs are less likely to redirect traffic to legitimate HICs. This usually happens when those malicious parties cloak. Figure 4 shows that 28.30% of the dedicated malicious HICs redirect their visitors to legitimate hosts, compared with 61.53% of non-dedicated malicious HICs that do the same.

The graph properties of these dedicated malicious HICs show that they are well connected and easy to reach from known malicious URLs, but they are much harder to get to from legitimate ones. This observation provides strong implications for developing the right technique to detect them. Particularly, the well-known PageRank algorithm fits well with such topological properties, and therefore we adopt it in our research to detect those hosts without relying on their semantic information. Note that what we focus on here is *dedicated* malicious HICs. Those non-dedicated, particularly compromised hosts, may not have such graph properties. As a result, the PageRank approach may not be applicable to find them. In the next section, we explain the this detection method in detail.

## IV. DETECTING DEDICATED MALICIOUS HICs

Our measurement study shows that there exist a set of topologically dedicated malicious HICs. These dedicated HICs are important because they appear to be the linchpins of malicious Wed infrastructures, linking to 76.2% malicious host paths across all the datasets we have crawled over a 7-month period. Since all the paths going through the corresponding hosts are malicious, detecting such dedicated malicious HICs can help us discover many other malicious hosts including doorways, redirectors, and others.

To detect such dedicated hosts, we explore the unique topological features of these HICs. Of most interest are their strong connections with other malicious hosts, and their tenuous relations with legitimate hosts (Section III-C).

Compared with prior approaches [5], [11], [33] that rely on the contents (e.g., URL patterns) or semantics (e.g.,

drive-by downloads) of specific types of attacks or specific data sources for detection, our approach utilizes *only the topological information of malicious Web infrastructures*. An important advantage of this approach is that it works on different types of attacks and different sources of data, regardless whether the attack is drive-by download, scam, or is carried through spam tweets [14] or malvertising [16], as long as it exhibits the same topological properties used for detection, which in our case is the connectivity of dedicated malicious HICs. Moreover, such an approach can be more difficult to evade by active adversaries: the dedicated malicious HICs could cloak to the crawlers, redirecting traffic to google.com, but they cannot easily change their connection structures to receive more traffic from legitimate hosts or less traffic from other malicious hosts.

### A. PageRank-based Detection

The connectivity features of the dedicated malicious HICs are well captured by the concept of *PageRank* [3], a technique widely used to evaluate the importance of web pages. In the web site ranking scenario, a web page is considered to be important and therefore has a high rank if it is well connected, easy to reach from other (randomly-selected) pages. This rank is computed by propagating the initial score of each web page across a directed hyperlink graph and iteratively updating the page's score based on the ranks of the pages that link to it. This idea has also been applied to detect web spam pages [9], comment spams [32] and spammers on social graphs [4].

In our case, what makes the dedicated malicious HICs unique is their unbalanced connections from (dedicated or non-dedicated) malicious HICs v.s. those from legitimate ones. Using PageRank as the yardstick, malicious HICs get high ranks from the dark Web and low ranks from the bright side of the Web. Therefore, our idea is to compute two different ranks and use them together for detection.

Specifically, each HIC on the HIC graph maintains a pair of scores, the good one that models its popularity among legitimate hosts, and the bad one that describes its rank among malicious hosts. The use of both scores help balance the good traffic that malicious hosts receive, for example, when DoubleClick is used to forward traffic to a malicious ad network [16], as well as the bad traffic that legitimate hosts gets, for example, when a malicious

host cloaks, redirecting a visitor's traffic to `google.com`. Given the fact that the overwhelming majority of the HICs are legitimate and tend to connect to each other and to even non-dedicated malicious HICs (that may correspond to compromised hosts), not only truly legitimate HICs but also those non-dedicated malicious ones tend to have much higher good scores than their bad scores. On the other hand, those whose bad scores are high but good scores are low are very likely to have played key roles connecting different malicious parties, while being separated from the legitimate world. In other words, they are likely dedicated malicious HICs. Thus if the bad score of an HIC is above a preset threshold $\alpha$ and the ratio of the good score to the bad score is below a threshold $\beta$, we consider this HIC as a dedicated malicious HIC. We discuss the settings for $\alpha$ and $\beta$ in Section V-A.

Specifically, our approach runs the PageRank algorithm on the HIC graph described in Section III-C. The PageRank scores are computed by iteratively applying the following operations on each HIC on the graph, starting from a set of initial scores assigned to these HICs. The operation updates the score (bad or good) $PR_{i+1}(A)$ of an HIC $A$ at the $i+1$ iteration using the score of another HIC $X$ that has an directed edge originating from $X$ to $A$ at the $i$th step:

$$PR_{i+1}(A) = 1 - d + d \sum_{X \in M(A)} \frac{PR_i(X)}{L(X)} \quad (1)$$

where $d$ is a damping factor, $M(A)$ is the set of HICs pointing to $A$, and $L(X)$ is the number of outgoing edges from $X$ to $A$.

Prior research [16] shows that malicious hosts on a path tend to stay together and those further away from them are less likely to be malicious. To model this observation and further control the level of the malicious rank (score) a non-dedicated host (e.g., a compromised website) receives, we adjust the scores of individual HICs, after the PageRank iterations, as follows. Consider a node $A$, which stands $i$ hops away from its closest known bad node (see Section IV-B), its PageRank score $s$ (good or bad) is adjusted to $s \times \theta^{i-1}$, where $\theta$ is a constant value. In our research, we set $\theta = 0.8$ when computing a bad score, which exponentially weakens as a host is further away from a malicious node. Therefore, only those very close to the dark world can receive a high bad score, as such a reputation does not propagate too far. In contrast, we use $\theta = 1$ for computing a good score, allowing the influence of a good host to propagate undamped throughout the HIC graph. In this way, any host (legitimate or not) with substantial connections to the legitimate world tends to get a high good score.

### B. PageRank Score Settings and Propagation

To bootstrap the initial scores, we utilize Alexa top 60,000 sites and EasyList sites to assign initial good scores and Microsoft Forefront to find those that need to be given non-zero initial bad scores. Both known good and known

bad hosts receive 1 as their initial good and bad scores respectively. Others just get 0 to start with. On the HIC graph, an HIC's good/bad scores are simply the aggregate scores of their corresponding hosts. For example, an HIC with $n$ known legitimate hosts (on the whitelist) and $m$ known malicious hosts (detected by the scanner) get an initial good score of $n$ and a bad score of $m$.

These initial scores are propagated across the HIC graph through iterated updates of each HIC's scores using Equation 1, except that only part of the score $PR_i(X)$ is used to update $PR_{i+1}(A)$, based upon the *weight* of $X$'s outbound link to $A$. This weight is determined by the ratio between the number of hosts $A$ has and the total number of the hosts within all the HICs receiving inputs from $X$. In other words, if there are $S$ hosts within the HICs getting traffic from $X$, and $S_A$ of them are in $A$, we use $\frac{S_A}{S}$ to update $PR_{i+1}(A)$. Figure 5 illustrates how this update works.



Figure 5. Weight distribution. Assuming A has an initial score 1, child B will receive a score $1 - d + d \times \frac{2}{3}$ and child C will receive a score $1 - d + d \times \frac{1}{3}$, as the number of host names within B is two times that of C.

### C. Dedicated malicious HIC identification



Figure 6. Detection Framework

After rounds of iterations, the scores of individual HICs converge. At that point, we can pick up a set of possibly dedicated malicious HICs whose bad scores are high and whose good to bad score ratios are low according to the thresholds $\alpha$ and $\beta$. To mitigate false positives[3], we conservatively remove from the detection results all the HICs that involve either a host name on the lists used for bootstraping good scores or a host name with a doorway URL discovered by our crawler. The doorway URLs are used here as a heuristic because they often correspond to compromised web sites as

---

[3]Note that false positive here refers to the situation that a non-dedicated malicious HIC or a legitimate one is labeled as dedicated malicious.

opposed to dedicate malicious sites. Figure 6 summarizes the entire processing flow of our detection.

## V. EVALUATION AND RESULT ANALYSIS

In this section, we report our evaluation of the topology-based detection method. We first describe our experiment setup, and then elaborate our experiment results, including a comparison study between our technique and the existing approaches that utilize simple topological features, in-degree, for ranking malicious websites. Finally we analyze detected HICs to understand their roles (e.g., exploit servers, redirectors) in malicious activities.

### A. Evaluation

**Experiment settings.** We run the PageRank algorithm on the constructed HIC graph as specified in Section III-C with a threshold for bad score $\alpha = 0.9$. Since malicious hosts could redirect visitors to legitimate services, e.g., when they cloak, this lower-bound threshold (which is pretty high for a legitimate host) conservatively ensures that these legitimate parties will not be misclassified as malicious.

For the threshold $\beta$ that records the ratio between good and bad scores, we select it according to the number of HICs that have non-zero initial scores. Suppose $S_G$ HICs have non-zero good scores and $S_B$ HICs have non-zero bad scores during bootstrap, the threshold $\beta$ will be selected as $\beta = \frac{S_G}{S_B}\gamma$, where $\gamma$ is a parameter and we set it to 10. This definition reduces the impact of the particular input dataset on the detection results.

Our HIC graph contains in total 60,856 HICs (91,464 host names) with non-zero initial good scores, using the Alexa top 60,000 site list and EasyList described in Section IV-B. We also have in total 52,847 HICs (106,872 host names) marked as malicious by Forefront. In our experiments, we randomly select a varying subset (1%, 5%, 10%, 50%, and 90%) of known malicious HICs as seeds for setting the initial bad scores, simulating scenarios where we have knowledge about different numbers of confirmed malicious HICs for detection. In each case, $\beta$ will be set differently based on the number of the bad seeds. For all experiments, we run 20 PageRank iterations to propagate scores. Note that the labeled seed sets may not be clean, as many malicious hosts cloak or have parked. We consider such cases common in practice, as it is in general hard to obtain clean, noise-free seed data.

| Metric | Definition |
|---|---|
| Recall | $N_{TP}/(N_{TP} + N_{FN})$ |
| False Detection Rate (FDR) | $N_{FP}/(N_{FP} + N_{TP})$ |
| False Positive Rate (FPR) | $N_{FP}/(N_{FP} + N_{TN})$ |

Table IV
METRICS DEFINITION. $N_{TP}$ IS THE NUMBER OF TRUE-POSITIVES. $N_{FN}$ IS THE NUMBER OF FALSE-NEGATIVES. $N_{FP}$ IS THE NUMBER OF FALSE-POSITIVES. $N_{TN}$ IS THE NUMBER OF TRUE-NEGATIVES.



Figure 7.    (a) Recall. (b) Expansion rate.



Figure 8.    (a) New findings. (b) FDR/FPR.

**Results.** We use several metrics to evaluate our results (see Table IV). First, we evaluate the recall of malicious host paths by examining the percentage of all confirmed malicious paths being correctly detected by varying our seed data size. Note that once we detect an HIC as malicious, we treat all the host paths going through this HIC as malicious. Figure 7 shows that using 5% known (dedicated or non-dedicated) malicious HICs as seeds, which correspond to 33,547 (6%) malicious host paths, we can detect 242,776 (48.59%) other malicious host paths[4], resulting in over 7 times of expansion in detection. The recall and the expansion rate gradually converge as we increase the percentage of seed malicious HICs. This trend is expected as we approach the limit of the recall that we can achieve.

In addition to detecting already labeled malicious paths, our method can also detect malicious paths that are not identified by existing solutions. Figure 8 (a) shows that our detector discovers more than 20,000 new malicious host paths using 90% labeled malicious HICs as seeds. These newly detected paths are mostly crawled from the Top-site and Twitter feeds, and they go through 6,080 unique host names. Through manual analysis, we find that most of these cases are not detected by Forefront because they either use HTTP status code (e.g., 302) for redirection, without relying on the use of malicious code, or their script signatures are not included by Forefront.

Finally, we evaluate our false detection and false positive rates in Figure 8 (b). For newly detected malicious HICs, we use several methods in combination to validate them, including comparing against the Google Safebrowsing list, performing content clustering analysis and URL pattern analysis (Section V-B). For the small set of remaining cases that cannot be resolved using these methods, we manually

---

[4]This result already excludes false-positive paths.

go through each case. The validation process shows that our false positive rate (FPR) is very low, less than 0.025%. The false detection rate (FDR) is also as low as 0.34% when using 5% seeds. Since our seed data may not be clean, the false detection rate grows with using more seeds, and it reaches 2.36% in the worst case.

**Detection with seed rolling.** To further improve the detection coverage, we repeat the detection process by feeding the set of detected results as new seeds to the system and re-calculate the PageRank scores. This "seed rolling" process can iterate a few times. To demonstrate the value of seed rolling, we use 5% known malicious HICs as seeds and iterate our detection for 3 times. For each new round of detection, the seed data are appended with doorway hosts (and HICs) that link to the detected HICs in the last round. We use only doorway hosts to pick new seeds. This is a conservative option because in a majority of cases, a malicious path is always associated with a malicious doorway (in addition to other malicious hosts along the redirection chain).

Figure 9 shows that after 3 iterations, the detection coverage can be significantly increased: the number of detected host paths is increased from 242,776 (48.59%) to 361,675 (72.38%), resulting in over 12 times of expansion. More prominently, it helps us discover 30,358 new host paths. In the meantime, the false detection rate (FDR) is bound to 2.63%, still low for practical use.



Figure 9.   New Findings and FDR with Seed Rolling

**Comparison with the in-degree based approach.** Previous studies (e.g., [30], [27]) have proposed simple topological features such as "in-degrees" for ranking malicious sites. Intuitively, if a site receives traffic from many other malicious sites, it is also suspicious. For comparison, we also implement an in-degree based approach for detection based on the HIC graph. For each HIC node, we measure its malicious in-degree from other known malicious HICs. If the malicious in-degree is above a threshold, we detect this HIC as also malicious.

Similarly, we use 5%, 10%, 50% and 90% of the known malicious HICs as seeds and examine the false detection rate under different requirements of recall.  As comparison,



Figure 10.   Comparison between in-degree based approach and our PageRank based approach. Both approaches are evaluated under the requirement of 40% and 50% recall of malicious host paths.

we change the threshold of the good/bad score ratio for PageRank based detection to adjust the recall rates accordingly. Figure 10 shows that the in-degree based approach causes much larger FDR than our approach. The reason is that many legitimate sites, such as google.com, may also frequently receive redirected traffic from malicious sites. Simply picking HICs by in-degree will mistakenly identify them as malicious.



Figure 11.   CDF of the in-degree distribution of the HICs that are detected by our approach (using 5% seed).

In addition to causing high false positive rates, the in-degree based approach will also miss malicious HICs that have small in-degrees. Figure 11 shows the in-degree distribution of the set of HICs detected by PageRank. With 5% seeds, our detector identifies 508 malicious HICs and their in-degree distribution is quite diverse, ranging from 1 to 3,514. Therefore, using our approach, we can detect not only big central servers, but also dedicated smaller servers in malicious activities.

**Detection with different seeds and result sharing.** One practical question for our approach is the sensitivity of its detection results to the use of different types of seeds. Whoever using our tools may wish to bootstrap detection based on any malicious data feeds that they may obtain. To answer this question, we compare the detection results using two different types of feeds. The first type is the drive-

by download feed, and the second type is the combined Top-site and Twitter feed. For both types of feeds, we use Forefront to scan the crawled data and identify malicious HICs as initial seeds. We then compare the results using 5% seeds derived from the drive-by-download feed and all the seeds derived from the Top-site and Twitter feed, so that the number of initial seeds are roughly similar. Table V presents the results. These two different seed sets result in similar numbers of detected host names, and the FDRs from both sets are low. This result shows that our approach is general across different types of seed data.

When we compare the detection results, we find that although we obtain these two seed sets through different channels, they have large overlaps in the set of detected results, among which 29.91% host names and 37.09% host paths are detected in both cases.

|  | $N_D$ | $N_T$ | $\frac{N_D \cap N_T}{N_D \cup N_T}$ |
|---|---|---|---|
| Host names | 5,458 | 5,157 | 29.91% |
| Host paths | 236,763 | 118,544 | 37.09% |
| FDR (host paths) | 0.34% | 0.75% | - |

Table V
COMPARISON OF THE RESULTS DETECTED USING 5% SEEDS DERIVED FROM THE DRIVE-BY-DOWNLOAD FEED AGAINST THAT FROM THE TOP-SITE AND TWITTER FEED. $N_D$ IS THE NUMBER USING THE DRIVE-BY-DOWNLOAD FEED AND $N_T$ IS THE NUMBER USING THE TOP SITE AND TWITTER FEED.

We also find that using the seeds from the drive-by-download feed, we could detect scam attacks crawled from the WarningBird feed. Using all of the bad seeds from the drive-by-download feed, we identify 6 overlapping malicious host names and 4,125 (56.21%) overlapping malicious host paths crawled from the WarningBird feed (See Table VI). These malicious hosts are not directly flagged by Forefront but are detected through PageRank. Most of the detected paths go through (188.72.233.144), which is powered by an open-source tracker kit. Many scam pages from the WarningBird feed redirect traffic to this host. This observation indicates that attackers are already leveraging dedicated services from different channels and using them for different purposes.

|  | Total | PageRank | Scanner |
|---|---|---|---|
| Host names | 4,456 | 6 | 0 |
| Host paths | 7,338 | 4,125 | 0 |

Table VI
DETECTED HOST NAMES AND HOST PATHS THAT OVERLAP WITH THE WARNINGBIRD FEED, USING THE DRIVE-BY-DOWNLOAD SEEDS.

### B. Detection Result Analysis

The low false positive rates of our detection suggest that those captured HICs are likely dedicated malicious HICs. One important question then is "what are the roles played by these hosts in the malicious Web infrastructures?" To answer this question, we focus on the set of dedicated malicious

| Role | URLs | URL paths |
|---|---|---|
| exploit | 13,216 | 89,019 |
| click-fraud | 5,955 | 36,761 |
| scam | 29,411 | 632,644 |
| fakeav | 1,604 | 1,805 |
| other | 1,031 | 90,962 |
| redirector | 286,275 | 2,479,695 |
| unknown | 69,062 | 526,952 |
| total | 406,553 | 3,088,741 |

Table VII
ROLES OF URLS.

HICs and categorize their URLs based the roles that they play in an attack. We use several methods to perform such categorization, including:

- *Forefront reporting:* When Forefront detects a piece of malicious code, it also provides a type code such as `Exploit:JS/Blacole.BK`, `Rogue:JS/FakePAV`, which can be used to infer its role.

- *Content and URL clustering:* We cluster page contents based on their DOM structures as well as URLs based on the URL patterns. We then manually examine large clusters to determine their categories.

- *Safebrowsing reporting:* We check if an URL is also reported by Safebrowsing, which sometimes provides hint about its role, e.g., malware, or phishing.

Table VII shows the role breakdown of the set of malicious URLs associated with the dedicated malicious HICs. We find that the dedicated malicious HICs are tied to a variety of roles including exploit servers, scam hosts, redirectors, etc.

Among these categories, redirectors are of a dominant fraction (70.4%) and they play active roles on 80% of the malicious paths. Among these redirectors, 31.98% of them are hosts that run Traffic Distribution Systems (TDS), a suite of traffic buying and selling tool kits that are extensively used in underground ecosystems. We discover these systems using the URL patterns of known TDS tool kits [7]. Several large TDSes that carry obvious URL patterns (hence not including less famous TDS services) alone count for 56.25% of the malicious paths. Compared with exploit servers, redirectors are less well studied and little has been known about their operations. Given the important roles that they play in malicious activities, in the next section, we report an in-depth study on these TDSes to understand their characteristics and monetization strategies.

### VI. IN-DEPTH STUDY ON TDS

As discussed in Section V-B, over 50% of the malicious paths turn out to go through Traffic Direction Systems [7], which are underground traffic brokers who buy from traffic generators (e.g., malicious doorways) and sell to traffic consumers (e.g., exploit servers). Such services facilitate traffic exchanges between malicious parties, allowing attack executors to dedicate their resources to running and managing their attacks rather than wasting their time and resources

on procuring traffic. Although such systems have been there for years, relatively little is known about how they operate in the wild, compared with other types of dedicated hosts such as exploit services [8].

In our research, we focus on those TDSes as the representative of topologically-dedicated malicious hosts. This section reports the most interesting observations we made, particularly, our discovery of their important roles in malicious activities (connecting to over 52.67% of doorway URLs, Section VI-A), their surprisingly long life span (65.21 days of median life time, Section VI-C) and the monetization activities involving them even after they are parked (receiving possibly 10 times as much traffic as legitimate parking domain does, Section VI-D).

*A. Landscape*

To understand how these TDSes work, we first need to find out what tool kits they use, how popular they are, where they get traffic from and where they send traffic to.

| Feed | Doorway URLs(%) | Malicious Paths(%) |
|---|---|---|
| Drive-by-download | 53.85 | 58.06 |
| Warningbird | 0.93 | 0.34 |
| Top sites | 34.51 | 10.39 |
| Twitter | 26.25 | 1.40 |
| All | 52.67 | 56.25 |

Table VIII
TDS PREVALENCE PER FEED

As described in Section V-B, we identify TDSes from their URLs, which bear unique patterns of the tool kits they are built upon. A recent report [7] shows that just like the kits extensively used by exploit services, there are a whole set of off-the-shelf TDS kits that can be conveniently utilized by adversaries to manage, administrate and log traffic coming in and out of their systems. Among them, the most popular ones are Sutra TDS, Simple TDS, and Advanced TDS. Using known URL patterns, we find that the Sutra TDS kit is the most popular one, covering 71.02% of the TDS URLs in our set. Sutra is not a free kit, whose price ranges from $200 to $270, but it has a wide range of supported features [13]. The second most popular kit is the Simple TDS, an open source kit that covers 10.19% of the TDS URLs.

**Prevalence**. In Section V-B, we show that TDSes have taken a lion's share among all the detected dedicated HICs: 52.67% of doorway URLs are found to send web traffic to these TDSs. Table VIII further illustrates the important roles they play in funneling traffic from different data sources. Except Warningbird, all data sources have significant numbers of URLs that lead to TDSes. We also find TDSes to be prevalent in paths not alarmed by ForeFront.

**Inbound Traffic**. Over 97.1% of TDSes receive web traffic directly from doorways while only 6.37% of them get traffic from non-doorway redirectors. For the doorways that bring traffic to TDSes, some of them are intentional, e,g, adult sites. Many others are compromised sites.

Figure 12 shows the cumulative percentage of new doorway domains and IP addresses that bring traffic to TDSes during our crawling period. We can clearly see a step function, which shows that doorway domains are often compromised and set up by attackers in batches and correspond to different attack campaigns. Thus, studying the incoming traffic to TDSes can also be used to detect attack campaigns. It is also worth noting that there is sharing of IP addresses among compromised doorway domains. In total there are 18,369 new doorway pages and 12,711 unique IP addresses.



Figure 12.  Cumulative percentage of new doorway domains and IPs that redirect traffic to TDSes during our 7 months of crawling.

| TDS Status | | TDS URLs(%) | TDS hosts(%) | TDS Paths(%) |
|---|---|---|---|---|
| Inactive TDSes | Parked | 69.66 | 23.9 | 51.07 |
| | Suspended | 12.69 | 12.25 | 4.91 |
| | Appear to be down | 8.58 | 55.65 | 2.58 |
| Active TDSes | Redirecting to search engines | 0.03 | 1.14 | 0.004 |
| | Redirecting to None search engines | 15.50 | 21 | 41.43 |
| All TDSes | | 126,180 | 3,168 | 2,211,291 |

Table IX
LANDSCAPE OF TDS OPERATION. PERCENTAGES ARE CALCULATED TO THE TOTAL OF ALL TDSS

**Outbound Traffic**. During our crawling, we find that some TDSes would not redirect traffic further to other websites. We call them *inactive* TDSes. These inactive TDSes can be suspended for resell, parked, or appears to be down (not resolving to an IP address or send back error response code). Table IX shows the breakdown among the inactive TDSes. A majority (69.66%) of the TDS URLs are parked, 12.69% are suspended and 8.58% appear to be down by either giving us error codes or not resolving.

Note that the TDSes giving us error response codes may not be truly inactive. Actually, it is reported that TDSes tool kits can perform IP filtering [13] [7]. This finding has also been confirmed by our analysis of the Simple TDS kit. Indeed, we have observed that among the TDSes that have been crawled multiple times, some of them lead to exploit servers when we first crawl them, but later give 404 responses or forward the crawler to google.com on subsequent visits. A more detailed look into the intersection between the live TDSes and the TDSes of other categories is provided in Table X where we find that 23.08% of the live TDSes are taken down in subsequent visits. Note that our

subsequent visits happen only when the same TDS appears in another path for a later crawl.

| In parked hosts | 21 (3.11%) |
|---|---|
| In suspended hosts | 0 |
| In hosts not resolving | 156 (23.08%) |
| In hosts responding with error codes | 205 (30.33%) |

Table X
ACTIVE TDSES APPEARING IN OTHER CATEGORIES

We further study attack types associated with the active TDS paths, except those that cloak by leading to search engines. 49.11% of them are found to connect to exploit servers, 3.40% go to scam sites, and 60.80% of them redirect to the places whose attack types cannot be confirmed. The percentages here do not add up to 100%, as some TDS hosts lead to multiple types of attacks.

### B. TDS hosting infrastructure

As discussed before, we study TDSes as a representative of topologically dedicated services. For this type of services, a question we hope to answer is how these services, at least their domains, are hosted. In our research, we find that these TDS hosts extensively utilize free web services like free domain providers and dynamic DNS (DDNS) providers. DDNS providers such as `freetcp.com` let users register sub-domains (e.g.,aaa.freetcp.com) and resolve them to the users' own IPs. Similarly, free domain providers such as `uni.me` also give away sub-domains for free, but unlike DDNS services, they offer free hosting on their IP addresses.

To quantify the TDSes hosted by different infrastructures, we utilize a few known lists to identify free domain providers, DDNS providers, and URL shorteners. The lists are downloaded from `malwaredomains.com`, which are updated on a daily base. Using these lists, we find that 26.44% of the TDSes use DDNS, 14.39% use free domain providers and 0.7% use URL shortners. Please note that these figures are lower bounds because the lists could be incomplete. The actual number can be higher.

Additionally, we find that many TDSes share IP addresses. The top 12% of the IP addresses cover 21.5% of the TDSes. More interestingly, many of these TDSes' IP addresses share IP prefixes: the top 5 (out of 131) autonomous system numbers (ASN) associated with these TDSes belong to a few small cloud and hosting service providers, as illustrated in Table XI.

| # | ASN# | ASN Name | Country | Number of IPs |
|---|---|---|---|---|
| 1 | 16265 | LEASEWEB | NL | 45 |
| 2 | 24940 | HETZNER | DE | 33 |
| 3 | 28753 | LEASEWEB-DE | DE | 19 |
| 4 | 44050 | PIN-AS | RU | 13 |
| 5 | 21788 | NOC-Network | US | 10 |

Table XI
TOP 5 ASNS HOSTING TDSES

### C. TDS malicious life time

During our investigations of TDSes and their operations, we observe that, unlike exploit domains, they tend to live long before they're detected. In this section we attempt to estimate their life times.

**Data source**. We leverage the "PassiveDNS" data set, which contains DNS records collected by the Security Information Exchange (SIE) [26] since April 2010. This data source has also been used in prior research [8], where raw DNS records for two months were used. For our study, we have an aggregated list of records over a 2 year period through the SIE API [25]. Each record contains two time stamps to indicate the first and the last times the record has been observed to have the same value (i.e. the Rdata field in a DNS packet).

To identify the *malicious* life span of a given host, we find that it is not enough to only consider the time between the first and the last valid A record (i.e. IP address lookup) as the prior work does [8]. This is because that even after a malicious domain is taken down and has no valid A records for a while, it could be acquired by a domain registrar who wants to sell it. During the reselling period, the domain has a valid DNS record and is resolvable. More over, after a domain is repurchased, it may become legitimate. Therefore, the simple way of computing the duration between the first and last valid DNS records would just estimate the *up time* of a domain, rather than the *malicious* life time.

To avoid the overestimates incurred by the above approach, we take a more conservative approach to just look for a *lower* bound of a host's malicious life span. That lower bound is estimated based on the time interval between the first and the last observed A records that carry at least one of the IP address(s) of a given host as discovered by our crawler when it is associated with malicious activities. As a result, what we get is the malicious life span for the TDSes whose IPs are known to our crawlers. In total, there are 1,334 hostnames for such TDSes.

**Observations**. Querying the "PassiveDNS" dataset for those TDSes, we retrieve the DNS records of 1308 hosts. Table XII lists the malicious life times per hosting type (DDNS, Free Domain hosts and others). The standard deviations in all categories are quite high and thus we also consider their medians. The median malicious life time for the hosts running on possibly dedicated domains (in the "neither" category) is 65.21 days, which is much higher than most malicious domains reported in the literature, e.g. 2.5 hours [8] . We observed some TDS hosts live for years. For example, `tr-af.com` started resolving to the same IP address since *11th Jan, 2011* and it is still up. Also interestingly, we find that hosts using DDNS tend to be taken down sooner than those using free domain providers. We believe this is due to the difference in the ways they operate. As DDNSs just provide DNS services, when they are noticed of malicious domains, they can simply choose to not resolving IPs for

123

such domains. For free domain providers, they provide both DNS and hosting service. Therefore, when they are notified of malicious domains and they see these domains still have a lot of incoming traffic (details in the next sub section), they could choose to monetize such traffic by redirecting such traffic to ad networks.

|  | DDNS hosts | Free domain hosts | Neither |
|---|---|---|---|
| Mean | 43.20 d | 105.32 d | 138.59 d |
| Standard Deviation | 99.02 d | 128.74 d | 200.88 d |
| Median | 5.75 d | 61.76 d | 65.21 d |
| Total # of TDSes | 371 | 154 | 745 |

Table XII
TDS MALICIOUS LIFE TIMES IN DAYS. NEITHER INDICATES HOSTS RUNNING ON DEDICATED DOMAINS (I.E. NOT USING DDNS OR FREE DOMAIN PROVIDERS)

### D. TDS Parking

In Section VI-A, we discovered that the TDS hosts in 51% of TDS paths were parked. Such a high presence of domain parking warrants a closer look into the motivation behind such behavior which we elaborate on in this section. Before we study how these malicious domains are parked, we first review how regular domains are parked.

**Legitimate domain parking.** Parking services offer a way for newly acquired, underdeveloped domains, or domains reserved for future use to monetize their traffic through advertising. Domains can be parked either by setting the authoritative name server NS record to point to that of the parking services or using a redirector to send traffic to the parking services. Upon arriving at the parking services, there are two ways for monetization. The traditional way is to navigate a visitor to a page filled with sponsored contextual ads. Recently, a new model called ZeroClick was introduced to redirect the visitor directly to an advertiser's Web page in which case the visitor never lands at the parked domain.

Per parking service agreements [24], parking services allow only real user type-in traffic. They do not allow third party sites to redirect to parked domains. As legitimate parked domains are not actively in use, they typically do not receive a lot of traffic, except those that share very similar spellings with well-known sites, who get traffic through users typos.

**TDS parking.** TDSes receive redirections from many doorway pages, so they naturally have a lot of incoming traffic. As doorway pages usually reside on compromised domains owned by different entities, it is hard to clean all of them quickly. Therefore, even if an attack is detected and the corresponding malicious domains are taken down, there could still be a lot of traffic leading towards TDSes.

Domainers (i.e. domain owners) smartly leverage such a rich source of traffic by purchasing those suspended domains and monetizing their traffic through domain parking. Indeed, our dataset shows that 51.07% of the paths lead to parked TDSes. Using the "PassiveDNS", we identify 642 parked

TDSes by checking whether the NS (Name Server) record or the hosting IP belongs to a parking service. The top 10 parking services and the number of TDSes parked with them are shown in Table XIII. Among them, Bodis Parking is the most popular parking service targeted by the new domain owners of TDS hosts. It is used to park 263 different TDS hosts. Besides parking services, we find that there are also parking managers who offer a centralized approach to manage a portfolio of domains parked with a number of parking services. Above.com is one such parking manager who acts as a middle man.

| # | Parking Service | # TDSes |
|---|---|---|
| 1 | Bodis Parking | 263 |
| 2 | Dopa Parking | 246 |
| 3 | Oversee Parking | 148 |
| 4 | Above.com | 86 |
| 5 | Name-services.com | 61 |
| 6 | Parkpage.foundationapi.com | 53 |
| 7 | Sedo Parking | 33 |
| 8 | Name Drive Parking | 18 |
| 9 | Parking-page.net | 17 |
| 10 | Internet Traffic Corp | 11 |

Table XIII
TOP 10 PARKING SERVICES

**Traffic comparison before and after parking.** We first compare the amount of traffic to these TDS domains before and after they are parked. Before parking, they can redirect traffic to exploit servers to monetize traffic while after parking, the new domain owners can monetize the incoming traffic through the advertising models offered by parking services. To compare the traffic volume, we utilize the previously introduced "PassiveDNS" dataset. As each aggregated DNS record contains the start time, end time, and lookup count, we calculate the number of lookups per day. Note that such numbers are lower bounds, as many lookups may be resolved through caching by local resolvers. Figure 13(a) displays the number of lookups per day before and after parking. As we can see from the figure, the amount of traffic does not change significantly after the domain is parked. Compromised door way pages still redirect traffic to the TDS domains, even after the TDSes are taken down and parked.

**Traffic comparison between regular parked domains and parked TDSes.** Next, we want to examine whether monetizing TDSes through parking is more profitable for domainers than regular domains. To achieve this, we obtain 664 regular parked domains on TrafficZ name servers on Nov15, one of the most reputable parking services, and obtain their lookup rates from the PassiveDNS dataset. Figure 13(b) shows traffic volume of regular vs TDS parked domains. It is surprising that parked TDSes have more than 10 times the amount of lookups per day than the regular parked domains. This observation shows that even after the TDSes are taken down, they can still bring remarkable revenue to domainers.

**Traffic monetization**. We find that 61.66% of the parked TDSes use ad-networks and ad exchanges such as *DoubleClick* and *BidSystem*. While 56% go through tracker networks used for targeted advertising, 3.94% of the parked paths monetizing traffic directly through the ZeroClick model.

 

(a) Before and after TDS parking. The After TDSes are taken down and parked, they continue to receive similar amount of traffic from compromised doorways.

(b) Regular vs TDS parking. The median lookup rate of TDSes is over 10 times higher than regular parked domains.

Figure 13. CDF of Traffic hits per day

## VII. DISCUSSION

Although some types of dedicated malicious services have long been known [8], topological studies on the hosts playing dedicated roles in malicious Web infrastructures, regardless of the specific types of malicious activities they are involved in, have never been done before. Such studies are important because they can bring us to new types of malicious services and help detect these linchpins of the dark Web even before knowing what they exactly do. Here we discuss what we have learnt from our first step on this direction and what needs to done in the follow-up research.

Based on the large amount of data crawled from the Web during a long period of time, we discover interesting topological features of these malicious hosts: they tend to have very close relations with malicious hosts but rather tenuous connections to even highly popular legitimate services. This finding leads us to the PageRank-based approach, which works effectively in detecting those dedicated services, without relying on their malicious semantics. On the other hand, we are far from fully exploiting the opportunities even our preliminary discoveries present to us: as an example, the paths associated with those dedicated hosts link to a large number of malicious nondedicated hosts, which need to be captured with right techniques. Also, progress can still be made on the detection of such dedicated hosts, particularly those also serving doorway pages.

Our preliminary analysis of those topologically dedicated hosts has already brought us to a type of understudied malicious services—TDSes. With all the findings we make, including their unexpectedly long life span and the way they are monetized even after taken down, more questions have been raised than solved. For example, to what extent do they monetize traffic? How can an ad network trace whether the traffic is redirected from malicious channels? Answers to these questions would be invaluable to the online industry.

While we are studying the attacker's infrastructures, attackers are actively tracing us as well. They now smartly record IP addresses of visitors and only deliver malicious content to each IP once. They can also employ various cloaking techniques. Moving forward, we feel the research community should unite to build a distributed crawling infrastructure and also leverage normal user inputs to better fight against attackers.

Finally, we call for the regulation on the usage and resell of takedown domains. Our study shows that even after TDSes are taken down, they continue to receive a large amount of traffic from compromised doorway pages. Such traffic is currently leveraged by domain owners to gain revenue from the ad networks. These actions should be prohibited as such traffic is not valid human generated ones.

## VIII. RELATED WORK

**Study on malicious Web infrastructures**. Malicious activities are becoming more organized and even turning into a big underground business. Prior research focuses on the malicious infrastructures associated with specific attack channels, such as Spam [2], black-hat Search-Engine Optimization (SEO) [11] and malvertising [16]. These studies analyze the different parties in the underground business and how the malicious campaigns operate. Our study provides a topological view of the malicious Web infrastructures and we study the dedicated malicious hosts and their relationships with other entities.

**Detection of malicious entities**. To detect malicious entities, prior research either relies on content analysis or redirection chain analysis. However, these approaches are not robust against attackers' ever-changing strategies. Code analysis [5] and URL patterns [11] can be evaded if attackers change signatures. Researchers have also explored the features of redirection chains including length, short sub-sequences, cross-site redirections [14], [16], [17]. These features are proved to be effective against specific attacks but they may not be fundamental to the malicious infrastructures. Instead, we utilize the topological features, such as the relationships between different entities, which are more difficult to evade. The detected hosts are dedicated for a variety of different malicious purposes, more than just the central servers studied in [33].

**PageRank algorithm**. Our approach adopts the PageRank algorithm [3] to differentiate the malicious and legitimate entities. This algorithm has been used to detect spammers in social networks [9], online comments [32] and web spam pages [4]. Our study shows that the malicious Web infrastructures have similar properties and PageRank is also effective on their topology graphs.

## IX. CONCLUSION

In this paper, we report our study on a set of topologically dedicated hosts discovered from malicious Web infrastructures. Those hosts are found to play central roles in the dark

Web, serving over 70% of the nearly 4 million malicious redirection paths collected in our research and rarely being connected to by any legitimate hosts. Leveraging this unique feature, we develop a topology-based technique that detects these hosts without even knowing exactly what they do. This approach utilizes the PageRank algorithm to capture those with high status on the dark side of the Web but very much unknown on the bright side, and brings to the light thousands of dedicated hosts missed by the state-of-the-art malware scanner. Taking a close look at our findings, we learn that many of those hosts are actually TDSes, which play a key role in traffic exchange in malicious activities. Our further study on such services reveals their unusually long life span (65 days), compared with the exploit services studied before, and the way they are used to monetize traffic, even after their domains have been taken down.

## Acknowledgements

We thank anonymous reviewers for their insightful comments. This work is supported in part by NSF CNS-1223477 and CNS-1117106. Alrwais also acknowledges the fund from the College of Computer and Information Sciences, King Saud University, Riyadh, Saudi Arabia.

## References

[1] Alexa. Alexa top 500 global sites. http://www.alexa.com/topsites.

[2] D. S. Anderson, C. Fleizach, S. Savage, and G. M. Voelker. Spamscatter: characterizing internet scam hosting infrastructure. In *Proceedings of 16th USENIX Security Symposium on USENIX Security Symposium*, SS'07, pages 10:1–10:14, Berkeley, CA, USA, 2007. USENIX Association.

[3] S. Brin and L. Page. The anatomy of a large-scale hypertextual web search engine. In *Proceedings of the seventh international conference on World Wide Web 7*, WWW7, pages 107–117, Amsterdam, The Netherlands, The Netherlands, 1998. Elsevier Science Publishers B. V.

[4] P.-A. Chirita, J. Diederich, and W. Nejdl. Mailrank: using ranking for spam detection. In *Proceedings of the 14th ACM international conference on Information and knowledge management*, CIKM '05, pages 373–380, New York, NY, USA, 2005. ACM.

[5] C. Curtsinger, B. Livshits, B. G. Zorn, and C. Seifert. Zozzle: Fast and precise in-browser javascript malware detection. In *USENIX Security Symposium*. USENIX Association, 2011.

[6] J. Fitzpatrick. Five best domain name registrars. http://lifehacker.com/5683682/five-best-domain-name-registrars, November 2012.

[7] M. Goncharov. Traffic direction systems as malware distribution tools. http://www.trendmicro.es/media/misc/malware-distribution-tools-research-paper-en.pdf, 2011.

[8] C. Grier, L. Ballard, J. Caballero, N. Chachra, C. J. Dietrich, K. Levchenko, P. Mavrommatis, D. McCoy, A. Nappa, A. Pitsillidis, N. Provos, M. Z. Rafique, M. A. Rajab, C. Rossow, K. Thomas, V. Paxson, S. Savage, and G. M. Voelker. Manufacturing compromise: the emergence of exploit-as-a-service. In *Proceedings of the 2012 ACM conference on Computer and communications security*, CCS '12, pages 821–832, New York, NY, USA, 2012. ACM.

[9] Z. Gyöngyi, H. Garcia-Molina, and J. Pedersen. Combating web spam with trustrank. In *Proceedings of the Thirtieth international conference on Very large data bases - Volume 30*, VLDB '04, pages 576–587. VLDB Endowment, 2004.

[10] T. Holz, C. Gorecki, K. Rieck, and F. C. Freiling. Measuring and detecting fast-flux service networks. In *NDSS*. The Internet Society, 2008.

[11] J. P. John, F. Yu, Y. Xie, A. Krishnamurthy, and M. Abadi. deseo: combating search-result poisoning. In *Proceedings of the 20th USENIX conference on Security*, SEC'11, pages 20–20, Berkeley, CA, USA, 2011. USENIX Association.

[12] C. Kanich, N. Weavery, D. McCoy, T. Halvorson, C. Kreibichy, K. Levchenko, V. Paxson, G. M. Voelker, and S. Savage. Show me the money: characterizing spam-advertised revenue. In *Proceedings of the 20th USENIX conference on Security*, SEC'11, pages 15–15, Berkeley, CA, USA, 2011. USENIX Association.

[13] Kytoon. Sutra tds. http://kytoon.com/sutra-tds.html.

[14] S. Lee and J. Kim. WarningBird: Detecting suspicious URLs in Twitter stream. In *Proceedings of the 19th Annual Network & Distributed System Security Symposium*, Feb. 2012.

[15] K. Levchenko, N. Chachra, B. Enright, M. Felegyhazi, C. Grier, T. Halvorson, C. Kanich, C. Kreibich, H. Liu, D. McCoy, A. Pitsillidis, N. Weaver, V. Paxson, G. M. Voelker, and S. Savage. Click Trajectories: End-to-End Analysis of the Spam Value Chain. In *Proceedings of 32nd annual Symposium on Security and Privacy*. IEEE, May 2011.

[16] Z. Li, K. Zhang, Y. Xie, F. Yu, and X. Wang. Knowing your enemy: understanding and detecting malicious web advertising. In *Proceedings of the 2012 ACM conference on Computer and communications security*, CCS '12, pages 674–686, New York, NY, USA, 2012. ACM.

[17] L. Lu, R. Perdisci, and W. Lee. Surf: detecting and measuring search poisoning. In *Proceedings of the 18th ACM conference on Computer and communications security*, CCS '11, pages 467–476, New York, NY, USA, 2011. ACM.

[18] Malwaredomains. url_shorteners. http://mirror1.malwaredomains.com/files/url_shorteners.txt.

[19] U. Parasites. Runforestrun now encrypts legitimate js files. http://blog.unmaskparasites.com/2012/07/26/runforestrun-now-encrypts-legitimate-js-files/, 2012.

[20] R. Petnel. Adblock plus. http://adblockplus.org/en/.

[21] R. Petnel. Easylist. https://easylist-downloads.adblockplus.org/easylist.txt.

[22] R. Petnel. Easyprivacy. https://easylist-downloads.adblockplus.org/easyprivacy.txt.

[23] N. Provos, P. Mavrommatis, M. A. Rajab, and F. Monrose. All your iframes point to us. In *Proceedings of the 17th conference on Security symposium*, pages 1–15, Berkeley, CA, USA, 2008. USENIX Association.

[24] Sedo. Domain parking terms and conditions. https://sedo.com/us/about-us/policies/domain-parking-terms-and-conditions-sedocom/?tracked=1&partnerid=38758&language=us.

[25] 1. SIE. Isc dnsdb api. https://dnsdb.isc.org/doc/isc-dnsdb-api.html.

[26] 1. SIE. Security information exchange (sie) portal. https://sie.isc.org/.

[27] J. W. Stokes, R. Andersen, C. Seifert, and K. Chellapilla. Webcop: locating neighborhoods of malware on the web. In *Proceedings of the 3rd USENIX conference on Large-scale exploits and emergent threats: botnets, spyware, worms, and more*, LEET'10, pages 5–5, Berkeley, CA, USA, 2010. USENIX Association.

[28] B. Stone-Gross, M. Cova, L. Cavallaro, B. Gilbert, M. Szydlowski, R. Kemmerer, C. Kruegel, and G. Vigna. Your botnet is my botnet: analysis of a botnet takeover. In *Proceedings of the 16th ACM conference on Computer and communications security*, CCS '09, pages 635–647, New York, NY, USA, 2009. ACM.

[29] Twitter. Using the twitter search api. https://dev.twitter.com/docs/using-search, 2012.

[30] Y. Wang, D. Beck, X. Jiang, and R. Roussev. Automated web patrol with strider honeymonkeys: Finding web sites that exploit browser vulnerabilities. In *In Proceeding of the Network and Distributed System Security Symposium (NDSS'06)*, 2006.

[31] Whois.net. Whois lookup - domain names search, registration, & availability. http://www.whois.net/, 2011.

[32] J. Zhang and G. Gu. Neighborwatcher: A content-agnostic comment spam inference system. In *In Proceeding of the Network and Distributed System Security Symposium (NDSS'13)*, 2013.

[33] J. Zhang, C. Seifert, J. W. Stokes, and W. Lee. Arrow: Generating signatures to detect drive-by downloads. In *Proceedings of the 20th international conference on World wide web*, WWW '11, pages 187–196, New York, NY, USA, 2011. ACM.

# APPENDIX
# 64





https://web.archive.org/web/20130902152945/http://www.windowsitpro.com/blog/will-exchange-customers-trust-cloud-provide-anti-malware-protection 09/21/2020

WayBack Machine · 9 captures · SEP 02 2013 · AUG · 2015

## TONY REDMOND'S EXCHANGE UNWASHED BLOG

# Will Exchange Customers Trust the Cloud to Provide Anti-Malware Protection?

by Tony Redmond in Tony Redmond's Exchange Unwashed Blog Sep. 13, 2012

EMAIL SHARE COMMENTS

The news (announced on September 12) that Microsoft will discontinue producing standalone releases of their Forefront branded anti-malware products will come as a bit of a shock to many, but I think it makes reasonable sense. Here's why.

First, the world of threat prevention and cure has come a long way since the first wave of email-transmitted viruses hit at the end of the last century. Although some spammers and virus authors might consider using a vector similar to the famous "I Love You" virus that launched an industry for email AV engines, I doubt that their work would make it past the first line of defense of any AV product available today. Much more intelligence (some might say deviousness) is exerted to penetrate the sophisticated AV scanning that exists today.

Second, because threats now operate at a different level, the old race to update AV engines with data that could identify new threats is not really where the action is. It's still important to keep AV databases updated so that threats can be detected and deflected, but it's now become more important to recognize the way that threats mutate through social engineering techniques and cloaking.

This work is best left to security professionals, such as the teams employed by the AV vendors – and the results of their work is implemented fastest when deployed in centralized services such as Office 365 (Google does the same with its Postini service). Few system administrators have the bandwidth to keep a constant eye on emerging threats, nor do they understand the vectors used by viruses to penetrate defenses and propagate payloads. Administrators diligently apply updates to AV engines as they are released, but it's inevitable that some time lapses between an AV vendor releasing an update and its application.

Third, whereas fighting viruses might have been deemed exciting at the start of the contest, now it's just one of those mundane and boring everyday tasks that system administrators have to handle. Relieving some pressure by using a cloud-based service should release some time that hopefully can be applied to more productive tasks.

For example, now that Exchange 2013 has modern public folders, time is needed to assess the current use of public folders (if indeed your company uses public folders), figure out how to migrate the old to the new, and then how to manage the new public folders in production. Or maybe time could be devoted to considering how best to use Exchange 2013 and SharePoint 2013 in terms of site mailboxes, multi-platform searches, and so on. These tasks are in the future as they depend on Exchange 2013, but so is the move to a cloud-based AV solution if that's what you choose to do.

Fourth, it's not as if Microsoft has dumped on-premises AV totally. Exchange 2013 includes a malware scanning and suppression capability. Sure, it's based on a single AV engine (something that would have been deemed to be a "very bad thing" in the past), but the same AV engine is used successfully in other Microsoft products (such as System Center's end-point protection) and it should be capable of providing good defense against viruses and spam that penetrate a company's network far enough to arrive on an email server.

It's true that Exchange's code operates within the transport system rather than the Store so any bad stuff that gets through will be downloaded to client systems. This should be a rare event, assuming that your incoming email stream is cleansed before it gets to Exchange. It's also true that you can't swap out the Microsoft-provided AV engine with one of your own choice. However, at the end of the day, if you don't like Exchange 2013's anti-malware feature, you can disable it and run something else – or run Exchange's AV engine alongside whatever other product you choose to deploy. Security vendors such as Symantec and Trend Micro will, no doubt, be glad to talk with you.

Last, there still exists a distrust of cloud-based services in some quarters that influences any discussion about moving work into the cloud. It's right and good to cast a skeptical eye on the claims of cloud vendors when they proclaim that everything is so much better when floating on some vapors. But in this case the hype might live up to the claims. Microsoft's Office 365 service got off to a very rocky start with fairly severe outages in August and September 2011. Since then I'm not aware of any other major Office 365 outage. Certainly, I haven't been affected by an outage since and I think I would notice if my email wasn't flowing.

From what I hear, Microsoft has done a good job running its Forefront Online Protection for Exchange (FOPE) service and has achieved an SLA of over 99.999% recently (no independent data, just anecdotes). Assuming that this is true and that Office 365 continues to hum along nicely, there doesn't seem to be much risk in using Microsoft's online AV service. Those who see the black side of these situations will point to the migration period that Microsoft has to go through soon in Office 365 to deploy the Wave 15 products (Exchange 2013, etc.). This is true. Migrations are horrible at the best of times and we shall have to see how this one goes.

There will be those who hate Microsoft's decision. To be fair, good reasons exist to ask why Microsoft has chosen to move now away from the investment in on-premises anti-malware technology that they began with the purchase of Sybari in June 2005 (fair disclosure: I was an external director of Sybari – a company that *always* had a good time at every technical conference at which they had a stand!). It could just be a case that the cost of engineering, marketing, and supporting all the Forefront on-premises products means that there's no profit for Microsoft here.

Customers who have invested in the Forefront product family will ask why they are being let down now. Those who want to have messages scanned on-premises and don't trust the cloud will ask why Microsoft is apparently forcing them down the cloud route. The lack of a successor product to Forefront Threat Management Gateway (TMG) is another worrying development for customers, especially as TMG's mainstream support will cease in April 2015 (not too far away now) and you won't be able to buy the product after December 1, 2012 (even sooner).

And people who consider that the use of multiple virus analysis and detection engines

IT/Dev Connections Exchange Server

Las Vegas
September 30th - October 4th

You'll have the opportunity to experience
- Future Deployments and Integrations
- Hybrid Deployments
- Exchange Online
- Windows 8 Deployment and much more!

Come See Tony Redmond & Mark Minasi in Person!

Register Now!

Windows IT Pro Community

Sign up for Exchange & Outlook newsletter

Current Issue

August 2013 - For Windows Server 2012 Microsoft wanted to make Server Message Block, a file-level storage protocol that could be used for crucial enterprise workloads such as Microsoft Hyper-V and SQL Server

CURRENT ISSUE / ARCHIVE / SUBSCRIBE

Featured Products

Testing with Visual Studio 2012
September 18th @ 11am ET
Presented by Brian Minisi
Early Bird...

IT/Dev Connections Conference
September 30th - October 4th
Mandalay Bay Las Vegas
Unlike any other training...

Tech After Dark: Essential Skills for SQL Server DBAs
September 17th, 18th and 19th @ 8pm ET
Presented by Michael K. Campbell

VIEW CATALOG VIEW SHOPPING CART

Windows Forums

Get answers to questions, share tips, and engage with the Windows Community in our Forums.

What's Tony Redmond's Exchange Unwashed Blog?

On-premises and cloud-based Microsoft Exchange Server and all the associated technology that runs alongside Microsoft's enterprise messaging server

Contributors

*Tony Redmond*

Tony Redmond is a senior contributing editor for Windows IT Pro and the author of Microsoft Exchange Server 2010 Inside Out (Microsoft Press) and Microsoft Exchange Server 2013 Inside Out: Mailbox...

View all Contributors

Blog Archive







provides better and more reliable AV protection will halt Exchange 2013's anti-malware feature. But most of all, I think many customers will feel blind-sided and bruised by Microsoft's sudden change in strategy, if only because any desire to continue to use on-premises servers appears to be railroaded by Microsoft's rush to embrace cloud platforms.

Complaints are made all the time that Microsoft stifforates innovation by incorporating features first seen in other products into new versions of its products. In this case, Microsoft is leaving several gaps for third parties to fill. I hope that innovation duly flourishes. In the interim, this month's MEC should be interesting when customers get to quiz Microsoft about their new strategy for security products. I have the feeling that some strong words will be used.

Follow Tony @12Knocksinna



**PREVIOUS POST**
< Exchange 2013 Site Mailboxes: a new beginning for collaboration?

**NEXT POST**
Microsoft learning kills MCM and MCA accreditations >

Please Log In or Register to post comments.

**Related Articles**

Do iOS Devices need Anti-Malware Software?

Is free anti-malware software sustainable  >

Mobile device anti-malware  >

Why do people let their anti-malware subscriptions expire?

Exchange Server Q&A: Nathan Winters on Exchange 2013, FOPE, and PSTs



# APPENDIX
# 65

**The Frugal Law Firm – Tech Essentials on a Budget**

*Microsoft 365, Clio, Amicus Cloud, NetDocs, Freshbooks and other cloud-based sites let legal professionals launch practices with minimal initial cash outlay.  What are the risks and benefits of these new technologies?  Are security and privacy and ethical risks real?  What about data retention, storage and regulator requirements?*

**"Levelling the Playing Field"**
Brian Mauch and Andre Coetzee

The proliferation of high-speed internet connections and web-based application development has opened the door to a new option for law firms: cloud-based applications.  There is no shortage of websites that are offering pay-as-you-go online services to small law firms, which previously would have required significant capital investment in on-premise hardware, software, and ongoing maintenance.  The effect of these cloud-based applications has been to "level the playing field" by giving small firms access to productivity tools which formerly only large firms could afford.  However, there are potential drawbacks using cloud-based applications.  Security, privacy, and ethical risks are often cited – as are concerns about data concerns, storage and regulator requirements.  The paper will summarize some of the commonly-used cloud-based applications, as well as the risks and concerns.

**The Applications**

Microsoft Office 365 (office.microsoft.com)

Like all software vendors, Microsoft is seeking recurring, subscription-based revenue.  Traditionally, law firms have purchased perpetual Office software licences for Word, Outlook, etc. and used them until there was a compelling need to upgrade to a newer version.  Microsoft's new Office 365 offering comes in many different options, but the common theme is a recurring subscription fee.  Aside from Office software licenses, the primary cloud-based application that can be included is hosted Exchange-based email service.  Most law firms use Exchange-based email, which is necessary to achieve the full capabilities of synchronizing Outlook data with smartphone, tablets, and legal software applications.

Previously, law firms would need to invest in their own on-premise Exchange server.  Microsoft had made this easier to afford for small businesses by bundling Exchange with its Small Business Server software package.  But with the release of Office 365's hosted Exchange, Microsoft has discontinued the Small Business Server package – making it more difficult for small firms to afford an on-premise Exchange server, and forcing them towards a hosted Exchange service.

The hosted Exchange service bundled with Office 365 works well, but it has some caveats.  Microsoft's mail servers occasionally go down, the mailbox size limit is 50GB, and most importantly for Canadian law firms, the mail servers are located outside of Canada.  This last caveat triggers concerns about confidential client data (in this case, emails sent to and received from clients) residing outside of BC.  The price of Microsoft's hosted exchange service is inexpensive when compared to BC-based

alternatives, so any firm considering hosted Exchange would need to decide if using the Microsoft offering is worth any additional risks.

Clio ([www.goclio.com](www.goclio.com))

Clio is one of the better-known cloud-based practice management applications, since it was developed locally in North Vancouver. Clio provides the usual collection of practice management tools (task management, time and billing, collaboration, etc.) – all accessible via a website. Despite being a Canadian company, Clio has a large client base in the USA, and keeps their cloud servers outside of Canada. Clio users save their emails and documents on the Clio website, and can then access them again from any computer on that website. Like all web-based services, the data is secured by a username and password, which subscribers use to log into the website with. Lawyers using web-based services must be diligent in using strong passwords and changing them frequently, in order to prevent unauthorized access.

Amicus Cloud ([www.amicus-cloud.com](www.amicus-cloud.com))

Amicus is another Canadian success story, with a large user base in the USA. They have recently released their Amicus Cloud service, as an alternative to their on-premise practice management products. Amicus Cloud does all the same things as Clio, and like Clio, Amicus has chosen to keep their cloud servers outside of Canada - in Microsoft's worldwide data centres.

NetDocuments ([www.netdocuments.com](www.netdocuments.com))

Unlike a comprehensive practice management application, NetDocuments is focused solely on document management. It is a cloud-based document and email management service, which can integrate with some of the other cloud-based systems such as Clio. NetDocuments' servers are located outside of Canada.

Worldox GX3 Cloud ([www.worldox.com](www.worldox.com))

Worldox is a popular on-premise document and email management program, and they have recently released a cloud-based service to compete with NetDocuments. The Worldox servers are located outside of Canada.

Freshbooks ([www.freshbooks.com](www.freshbooks.com))

Freshbooks is an online invoicing, accounting, and billing software service. Instead of using an on-premise legal accounting package such as PCLaw or ESI-Law, Freshbooks users keep all of their accounting records on a website. Freshbooks provides generic small business accounting, and is not specifically designed for lawyers. Freshbooks' servers are located outside of Canada.

**The Benefits**

Access your data from anywhere, from any device. The appeal of cloud-based technology as is pervasive as the internet itself – as long as you have internet access, you can access your data. And with the

combination of ADSL, cable, fiber, 3G/4G and Wi-Fi options, there are very few places that lawyers don't have internet access.  Further, almost all computing devices now have web browsers, whether they are PCs, Macs, tablets, smartphones, e-book readers or televisions.  This makes cloud-based technology universally available and platform agnostic.  It also allows lawyers to access their data on multiple devices, depending on the situation.  They can use PCs or Macs while seated at the office, tablets while working from temporary locations (like court), or quickly check their smartphone while on the move.

**The Risks**

Data stored in cloud-based applications will reside on one more hard drives, located in one or more locations, conceivably anywhere in the world.  By saving their client's confidential data to one of these services, lawyers have potentially exposed their client's data to access by unauthorized individuals.

The risks of cloud-based technology are well documented in the Law Society of BC's Report of the Cloud Computing Working Group (January 2012, available on the LSBC website), which poses a multitude of considerations that should be taken into account by a lawyer using cloud services.  Generally speaking, the risks fall under the following categories:

1.  Security: Have reasonable security arrangements been taken to guard against all risks of loss, destruction, and unauthorized access?

2.  Privacy:  Is the use of cloud services supported by any applicable privacy legislation?

3.  Ethical:   Was the cloud technology designed for lawyers, does it have the ethical requirements of lawyers in mind, and is its use consistent with lawyers' professional obligations?

All of these risks are real, and should be taken into account when a lawyer is considering using a cloud-based technology.  To help lawyers assess these risks, and make the best decision for their practice and their clients, the LSBC has provided lawyers with due diligence guidelines and best practices.

**Data Storage and Retention**

Lawyers practicing in BC are regulated by the LSBC, and data stored in cloud services are subject to the same storage and retention requirements that apply to on-premise electronic storage.  However, it is more difficult to ensure these storage and retention practices are being maintained, because they are outside of the lawyer's control.

Lawyers have record retention obligations, which are complex enough with paper, but are even more complex with digital online records.  The LSBC has determined that "Lawyers have a positive obligation to ensure proper records management systems are in place.  This obligation extends to ensuring that any third party record storage provider is keeping the data archived in an accessible format, available on demand."

For cloud services, this means that lawyers need to ensure that their data is being backed up, and can be restored.  Not just a current version of the data, but also past iterations should be retrievable.

**Conclusion**

Cloud-based applications can "level the playing field" by allowing small law firms to utilize the same productivity tools that larger firms have on-premise, for a minimal initial investment.  There are a variety of offerings available, from practice management to document management to accounting.   Lawyers should be aware of the risks and requirements for using these services, and follow the due diligence guidelines and best practices published by the LSBC.