APPENDIX
157

**CSO**
FROM IDG

CSO      NEWS    BREACHES    CSOM    SECURITY LEADERS    NEWSLETTERS    RESOURCE LIBRARY    FROM OUR PARTNERS

# Phishing frenzy: vendors backdoor phishing kit they sell

on 01 November, 2017 08:34

💬 0 Comments    f ▾    in    🐦    🖨    ✉



A study of 3,200 unique phishing kits has found that 200 of the kits contained a backdoor, allowing the seller to claim compromised websites without doing the leg work.

The study, by Jordan Wright, a researcher at two-factor authentication firm Duo Labs, looked at 3,200 unique phishing kits that were found after scanning 66,000 suspected phishing URLs.

Phishing kits have been around for a few years, offering a package of tools for reusing across multiple phishing campaigns, such as fake login pages for PayPal, Office 365, banking sites and so on, multi-language support, methods for validating credentials that victims enter, and redirects to the real page.

As noted by Wright, the kits, which are often bundled in .zip files, are usually uploaded to a host that's been comprised through a CMS vulnerability, which is used to send phishing emails with links to a new phishing site. Captured credentials are often emailed to the attacker.

Interestingly, but not surprisingly, Wright found that phishing kit vendors frequently free-ride off customers by hiding backdoors in the kits. One particular backdoor was found in 200 phishing kits.

"This shows that attackers who are selling or distributing these phishing kits to other criminals are actively backdooring them to give themselves access to the compromised hosts. Clearly there's no honor among thieves," wrote Wright.

Wright's paper offers a look at how to do large scale research on phishing kits. He found that many phishing attackers simply leave the .zip files, allowing anyone to download the kit and analyze it, including what it's collected and where it's sent. The 3,200 kits were found after sifting through 66,000 URLs that had been submitted to crowdsourced phishing URL feeds Phishtank and OpenPhish over a month.

The study looked at tactics phishing kit users use to remain on a compromised server, which included blocking IP ranges for popular threat intelligence services, such as Netcraft, Sophos, abuse.ch, Fortinet and Kaspersky.

The research found that most phishing kits were hosted on WordPress sites that likely were compromised. Though this doesn't necessarily reflect poorly on WordPress, which is by far the most popular CMS in use, followed by others like Magento.

**Read more:** Microsoft takes on Gmail: pay for Office 365 and you and four Outlook users get more security, no ads, and a 50 GB inbox

However, to avoid harming visitors, WordPress users will need to update apply another update as soon as possible. WordPress developers released WordPress 4.8.3 today, which contains a security fix for an SQL-injection flaw found by engineer Anthony Ferrara.

He detailed his six week ordeal in getting WordPress volunteer developers to fix the problem, which was initially brushed off as a non-security issue. He's also posted advice on what site owners should do to remediate the problem.

**Read More:**

- 8 Ways to Secure Your Web Browsing Against Identity Thefts and Attacks
- The hacker-prone C-Suite: Why executives tend to get the short straw when it comes to cyber risk
- Measuring cyber resilience – a rising tide raises all ships
- Internet already "poisoned" as businesses defy cybersecurity common sense by installing, trusting IoT devices
- Australia helps EU in latest crack down on money mules
- Got a Drupal or WordPress site? It's time to update
- Do I really have to say it? Stop resisting multifactor authentication

Tags   phishing    paypal    Wordpress    attackers    Duo Labs

---

**0 Comments**   CSO Australia   🔒 Disqus' Privacy Policy    🔴 Login ▾

♡ Recommend    🐦 Tweet   f Share    Sort by Best ▾



Copyright 2020 IDG Communications. ABN 14 001 592 650. All rights reserved. Reproduction in whole or in part in any form or medium without express written permission of IDG Communications is prohibited.

IDG Sites: PC World | GoodGearGuide | Computerworld Australia | CIO | CMO | ARN | CIO Executive

# APPENDIX
# 158



# MEDIA KIT

Digital • Events • Marketing Services • Community





# Business Risk Leadership

Organizations continue to face security risks and obstacles threatening their success and prosperity. Security departments need products and services to address these challenging times. CSO continues to be the single resource that connects security buyers and sellers, helping to make them both successful.

Identifying and gaining access to the person with the authority and budget to purchase your products or services can be a difficult task. Addressing customers' needs and closing the sale can be even more challenging. Security purchases almost always require the CSO's buy-in, and many layers of security decision-makers are involved in the recommendation process. CSO's marketing channels provide access to this wide group of end-users in an effective way to help accelerate the sales cycle.



**BOB BRAGDON**
PUBLISHER, *CSO*

"**Risk and compliance have become a constant force driving security practices and spending within the enterprise. As the security role continues to evolve and become more of a business requirement, CSO is there to share best practices and insight.**

**Since our launch in 2002, CSO has evolved with the demands of the role to remain the primary resource for this highly influential audience through a highly valued website, award-winning editorial, industry leading events and timely research, creating a community of knowledge and best practices.**"





# Table of Contents

CSO Role ......................................................................................... **4**

Snapshot of the CSO Audience ......................................................... **5**

CSO Editorial Mission ....................................................................... **6**

Converged Media and Marketing ...................................................... **8**

CSO Marketing Channels .................................................................. **9**

CSOonline.com ............................................................................... **10**

CSO Strategic Marketing Services ................................................... **12**

CSO Executive Programs ................................................................. **13**

CSO Direct Marketing ..................................................................... **15**

Sales Contacts ............................................................................... **16**





# CSO Role

### Organizations with a Dedicated CSO/CISO
- **66%** Enterprise organizations
- **24%** SMB organizations

SOURCE: 2017 IDG ENTERPRISE SECURITY PRIORITIES SURVEY

### CSOs Top Areas of Involvement
1. **Access control systems**
2. **Endpoint Security**
3. **Intrusion detection/prevention**
4. **Firewalls/Next-generation firewalls**
5. **Application security**
5. **Encryption**

SOURCE: CSO AUDIENCE PROFILE SURVEY, 2017

### Top Information Resources for CSOs
*CSO* provides access to the information CSOs need in the resource type they rely most on.
1. Security/technology content sites
2. White papers
3. Webcasts / webinars
4. Peers outside your company

SOURCE: : IDG ENTERPRISE ROLE & INFLUENCE OF THE TECHNOLOGY DECISION-MAKER STUDY, 2016

## MAKING IT SECURITY & PHYSICAL SECURITY DECISIONS

## 48%
### Both IT and corporate/physical security decisions

| Enterprise | **40%** |
|---|---|
| SMB | **56%** |

## 41%
### IT security decisions only

| Enterprise | **48%** |
|---|---|
| SMB | **33%** |

## 4%
### Corporate/ physical security decisions only

| Enterprise | **4%** |
|---|---|
| SMB | **4%** |

## 7%
### None of the above

| Enterprise | **7%** |
|---|---|
| SMB | **6%** |

SOURCE: 2017 IDG ENTERPRISE SECURITY PRIORITIES SURVEY



# Snapshot of the CSO Audience

## CSOonline.com Audience

Trusted digital resources for security decision-makers...

- **786,000** average page views per month
- **395,000** monthly unique visitors
- **$128 million** average security budget[1]
- **$6.7 billion** average company revenue[1]

SOURCE: OMNITURE, 6 MONTH AVERAGE, JULY-DECEMBER 2016; [1] CSOONLINE.COM SITE PROFILE SURVEY, 2017

## CSO Event Attendees

The preferred venue for networking with security decision-makers...

- **Hundreds of CSO and security decision-maker attendees** across the national conferences, regional seminars, Pipeline Dinner Programs and executive roundtables.
- **$29.2 million** average annual security budget
- **$9.1 billion** average company revenue
- **23,000** average number of employees

SOURCE: CSO50 EXECUTIVE SUMMARY, 2016

**For more information about the CSO audience, please visit: www.IDGEnterprise.com.**



## SECURITY BUDGET

During the next 12 months, **95%** of security decision-makers **expect their security budget to increase or remain the same**, showcasing the importance of security for businesses.

SOURCE: 2017 IDG ENTERPRISE SECURITY PRIORITIES SURVEY





# CSO Editorial Mission

*CSO* targets all of its information resources (digital, conferences and more) at keeping security decision-makers ahead of the evolving threats and challenges to their businesses. *CSO* equips security end-users confronting all operational risk management disciplines—corporate and IT security, fraud and loss prevention, privacy, business continuity and more—with information of unparalleled depth and insight in support of their decisions and investments. *CSO* helps its audience create safer and more profitable enterprises. We continually invest in that audience and the security market by conducting original research, providing tools for benchmarking and creating the most effective security strategies.

## TIMELY CONTENT

The levels of articles indicate a direct pulse of the struggles of CSO and CISO people in the work place.

**CSOONLINE VISITOR**



## BEST RESOURCE

[I read *CSO*] to keep tabs on the CSO 'industry' and to use articles to persuade executives to invest in new technology/ methodology. Succinct articles that seem to have less personal opinion rather than just the facts.

**CSOONLINE VISITOR**



## INNOVATIVE SITE

Structure of articles are business, but with sufficient technical content to help in meeting/addressing issues presented by non-tech business executives.

**CSOONLINE VISITOR**







# Thought Leadership & Actionable Insights

Backed by an award-winning, dedicated editorial team with deep knowledge of security issues, CSO provides security decision-makers (from CSOs to security managers) and business leaders with high-level information, best practices and strategic insight, helping them balance the security of their enterprise with the pursuit of business opportunity.

We continually recommit ourselves to unearthing pressing IT and corporate/physical security topics and trends for top security decision-makers. Since our launch in 2002, CSO continues to explore changes in the security world through research and strategic partnerships, including the CSO/CIO/PwC Global Information Security Survey. CSO is able to provide tools to benchmark security spending; strategies to help CSOs do their job better, smarter and safer; and market intelligence for security marketers.

Our thought leadership, long-standing commitment to educating security-focused decision-makers about the importance of security and access to security experts, uniquely positions us to understand the challenges facing security decision-makers and create information resources for them. The CSO portfolio reaches all influencers throughout the security buying cycle, allowing our readers the opportunity to create the vendor short list, demo products or sign-off on new initiatives as well as research their peers' best practices.



## Security Smart

From the editors of *CSO*, Security Smart is a quarterly newsletter that provides personal and organizational security awareness tips that all employees can learn from and implement.

**To read a sample issue and learn more, visit: www.securitysmartnewsletter.com**





# Converged Media and Marketing

## Explore marketing opportunities with the world's most trusted security brand.

Marketing tools and distribution channels may evolve, but a strong and integrated marketing strategy still starts with building campaigns and promotions that promote key messaging through converged media channels—paid, earned and owned.

Our brand portfolio offers many options for engaging your prospects and customers through converged marketing, an approach that leverages your integrated marketing efforts through content, community, conversation and commerce, across converged media channels to showcase your solutions and accelerate your marketing results. This portfolio supplies you with the tools you need to connect with your target audiences no matter where those audiences are, and what platform or device they are using.

Explore our diverse product offerings. Or go directly to the product library at: www.idgenterprise.com/product-library



### Integrated Media
Align your message with our must read content through digital advertising, native and topical deep dive sponsorships.



### Targeting
Target customers, and create new leads strategically, and scale appropriately, using our unparalleled 1st party data and branded sites.



### Marketing Services
We are here to help you elevate your content, craft thoughtful assets and scale your reach across our media channels and beyond.



### Events
Foster peer relationships and join the conversation by sponsoring an event, or create your own custom event.



### Alliance Marketing
Together, let's bridge your messaging with unified content, social engagement, events and training.



### Sales Enablement
Marketing and sales alignment is critical to ensure a smooth transition from "lead" to customer. We can help you enable sales for success.



# CSO Marketing Channels

CSO surrounds North America's top security decision-makers with the information resources they rely on. Our loyal visitors access information through CSOonline.com regularly, CSO e-mail newsletters, face-to-face conferences and marketing services vehicles.

With CSO you reach and influence the most important executive security decision-makers controlling enterprise-wide corporate/physical and IT security policies, standards, business practices and vendor selections. Let CSO customize an integrated program for you to reach our audience of influential security executives in the public and private sectors.



## SPEED UP YOUR SALES CYCLE WITH CSO

The average enterprise large technology/security purchase, from a familiar vendor or a vendor that IT/security executives have experience with, takes an average of **3 MONTHS LESS** to finalize than the same enterprise IT/security purchase, when made from a vendor that IT/security executives are not familiar with or do not have experience with.

Dramatically improve your sales cycle by reaching out to the security executives that make purchase decisions with CSO.

SOURCE: IDG ENTERPRISE ROLE & INFLUENCE OF THE TECHNOLOGY DECISION-MAKER STUDY, 2014



# CSOonline.com

CSOonline.com reaches a large community of security decision-makers that search for answers to security issues and concerns through articles, peer experiences, White Papers, webcasts, video, vendor content and more. These security end-users are regular visitors to the website because of the continuous upload of thought-provoking, web-exclusive content.

## Content Channels

- Business Continuity
- Data Protection
- Identity & Access
- Physical Security
- Security Leadership
- Tools & Templates

## Columns & Departments

- **Translating Security Value:** How to change behaviors by making security value make sense. Explore translating value, effective communication, influence, measurement, and leadership issues.

- **CSO Daily Dashboard:** CSO's online Daily Dashboard is a quick glance at the day's news, safety alerts, and vulnerability disclosures.

- **Salted Hash blog:** IT security news analysis, fresh every morning.

- **Leading Edge blog:** Change management, staff development and more leadership topics.

- **Events:** Educational and networking opportunities for CSOs.

- **Movers & Shakers:** A who's who guide to security executives moving up the ladder.

- **CSO Security Recruiter Directory:** To find the right security job or hire the right candidate, you first need to find the right recruiter.







# Online Branding & Lead Generation Opportunities

CSOonline.com needs to be a key tool in your company's marketing mix. With 395k unique visitors per month, your opportunities for client exposure, via a variety of carefully targeted online opportunities, can lead to the client-conversion results you need from your marketing and business development investment.

CSOonline.com's portfolio of rich media and interactive products includes banners, white papers and custom programs that will showcase your products and solutions within one of the industry's most highly-respected web marketing programs.

**Branding:** CSO provides a wide variety of advertising units to match your communication needs. From traditional banners ads in all varieties, or ones that incorporate video or social elements, CSO branding units are an excellent way to surround our expert content with your promotions. And we can hone in on your target, using our first-party contextual data to create audience segments on our site. Combining this with our audience expansion across the web, using programmatic solutions, we can position your customized message in front of its intended audience.

**Demand Gen:** CSO's demand gen solutions are designed to lead customers and prospects through the customer journey. With lead generation options spanning content syndication, multichannel personalized content engagement, lead nurture, lead consulting, account-based marketing, and BANT, CSO has the full funnel approach to helping you meet your demand gen goals.

**Brand Gen:** Brand-Gen units give you the ability to gain extra exposure for lead generating assets by providing expansive visual real estate with a fully branded experience, designed to drive site visitors to a landing page or download. And for added impact, units such as the Content Reel, or Solution Center, package assets in powerful way to engage and educate around a specific topic.

**Engagement:** Banner creative exposing or socializing media assets drives engagement. With units that expand on rollover to provide expansive real estate, include dynamic social functionality, multiple assets or video, CSO's advertising options are designed to create further action–drive visitors to a landing page, download an asset, engage socially–whatever the goal.

**Thought Leadership:** CSO Survival Guides dforward-thinking insights and actionable advice on a single security topic.

For specific product information, visit our product library at
dgenterprise.com/product-library/

**Contact your CSO sales executive for more information about online branding and lead generation opportunities with CSOonline.com.**

















# CSO Strategic Marketing Services

## Converged Marketing Programs and Services Integrating Content · Design · Digital/Social Platforms · User Experience · Audience · Data Optimization

Grow your content library, enhance your engagement across multiple platforms and expand your reach to enterprise security decision-makers through programs built and executed by CSO's Strategic Marketing Services (SMS) group. The SMS team specializes in converged marketing solutions and services with expertise ranging from the creation of individual content assets, to a full portfolio of editorial services and end-to-end integrated marketing programs and services. SMS continues to explore and cultivate the next-generation of marketing tools bringing additional focus on design, digital transformation and scale to marketers' initiatives.

## USE SMS FOR:

**Content:** Position your company and its executives as thought leaders through custom produced content from social media engagement to video interviews, white papers and beyond. Incorporate research and best practices with your brands positioning to build customer engagement and demand generation.

**Design:** Build engaging user experiences through highly innovative design across multiple platforms.

**Digital/Social Platforms:** Accelerate the growth of your social media footprint and engagement by leveraging our social media expertise and advertising best practices in reaching your customers.

**User Experience:** Drive maximum performance and engagement across multiple media platforms with innovative design and functionality.

**Audience:** Reach enterprise security decision-makers and scale your programs to their fullest capacity with our premium audiences, data targeting capabilities and extended reach.

**Data Optimization:** Elevate program performance through data analysis.

### CONTENT IS CRUCIAL, LET CSO'S SMS HELP YOU TELL YOUR STORY



**Pieces of Content Consumed**

MAJOR ENTERPRISE IT PURCHASE

| LESS THAN 5 | 5-9 | 10-14 | 15-19 | 20-24 | 25+ |
|---|---|---|---|---|---|
| 38% | 33% | 13% | 3% | 2% | 5% |

On average, IT decision-makers download **7 pieces of content** during the purchase process.

SOURCE: IDG ENTERPRISE CUSTOMER ENGAGEMENT RESEARCH, 2017



# 66%

**of ITDMS say association with a known familiar source increases trust in online information.**

SOURCE: 2017 IDG ENTERPRISE CUSTOMER ENGAGEMENT

For more information please contact your CSO sales executive or Strategic Marketing Services program director: www.IDGEnterprise.com/contact-us



# CSO Executive Programs

CSOs consider their peers a top resource when they are faced with planning and implementing a new strategy. *CSO*'s executive conferences attract the nation's leading CSOs from the private, public and government sectors by providing a platform of unmatched education and peer networking opportunities. Program content is delivered by the foremost industry visionaries in an environment that fosters an open exchange of ideas, issues, challenges and best practices.

## 2017 Programs

### CSO50 Conference + Awards
**May 1-3, 2017 | Scottsdale, Arizona**
CSO's premier security event for security and business decision-makers returns in 2016 with an expanded line-up due to popularity. CSO50, brought to you by CSO—the leading authority in the security community. Conference attendees will exchange ideas during presentations—in 18-minute rapid-fire sessions and keynote sessions—as well as during networking time. The CSO50 Conference + Awards, the 13th annual national CSO event, plans to drive more innovative presentations and spark additional discussions.



As a security solution provider, the CSO50 Conference + Awards offers you the opportunity to educate and network with security decision-makers. Your company's representatives will have daily opportunities to engage attendees during breaks, meals and evening receptions. In addition, you will have the opportunity to participate as a presenter—based on your sponsorship level—to share your thought-leadership on a specific topic.

For many attendees, this is the only event that they attend all year, so don't miss the opportunity to build and strengthen relationships with these executives in an environment built for discussion and education.

### SecurIT
**June 21, 2017 | Washington DC**
Managing risk and security is becoming ever more important for information technology and security executives. SecurIT is the place where senior decision-makers come to learn from peers and experts and explore information security solutions to enhance their security posture. Take a seat at the table to hear their latest challenges and provide the expert insights they're looking for. As part of IDG's Security Day, the CIO/CSO SecurIT event delivers an unparalleled opportunity for sponsors to amplify their security messaging.

## TOP NETWORKING

❝ For someone that is trying to build a security program for a relatively young and fast growing company, I could not think of a better learning opportunity. ❞

CSO50 CONFERENCE ATTENDEE

❝ It was the right size conference to meet people and have good conversations. Also the single track helped with networking. ❞

CSO50 CONFERENCE ATTENDEE





# Additional CSO Executive Programs

## CSO Executive Dinner Program

As the sponsor of a CSO Executive Dinner, you'll have the opportunity to influence everything from audience generation and topic development to site selection, creating an event that meets or exceeds your most demanding marketing program requirements. Executive Dinners provide an opportunity to engage with leading security executives in an informal and entertaining environment. All of your attendees will take great pleasure in participating in the discussion that you have crafted in partnership with CSO.



## CSO Executive Roundtables

CSO Executive Roundtables are an opportunity to build stronger relationships with security and IT decision-makers in the region of your choice. Gain valuable insights on attendee's technical and organizational goals and challenges while engaging them in a dialogue. Sponsors have an opportunity to work with CSO Executive Programs to select a topic and recruit attendees to participate in a roundtable discussion.

## Meet-Up

Build relationships and brand awareness with customers and prospects in a casual atmosphere at a Meet-ups. As our exclusive Meet-up sponsor, we invite you to welcome attendees, set the tone for the event, and leverage a 5-7 minute speaking opportunity. The evening continues over drinks and provides you and your team with the perfect environment to strengthen relationships with your key buyers and prospects.



## Keynote & Cocktails

Keynote & Cocktails offer an ideal mix of networking and educational engagement with key customers and prospects. Set in a private room, Keynote & Cocktails kicks-off with a 20-minute topic-focused research presentation by an IDG Enterprise moderator. The content portion of the evening continues with a 15-minute presentation delivered by your sponsor executive. Attendees and your sponsor representatives then mingle with conversation over cocktails. Thought provoking content and relaxed networking opportunities make your sole-sponsorship of Keynote & Cocktails a new and special way to connect with your target audience.



## CSO Custom Events

Work with CSO to create an event that best fits your marketing goals. Our executive programs team creates an agenda based on the topic(s) of your choice and invites our targeted audience so that you can lead discussions with the security and IT decision-makers you want to reach.

**For more information about CSO Executive Programs, please visit: idgenterprise.com/engage/events**







# CSO Direct Marketing

Tap into our direct marketing and research resources to enhance
your marketing programs and increase your customer base and profits.

## List Services

*CSO's* carefully defined database of subscribers is the only source that lets you deliver customized
messages to key decision-makers with top-level purchasing authority. For more information on
*CSO* subscriber lists, contact IDG List Services at 888.IDG.LIST.

## Reprints

Editorial reprints of *CSO* articles that feature your organizations' executives or highlight your
security solutions provides a credible endorsement that augments your organizations' in-house
marketing literature. Online reprints offer instant web access to *CSO* articles that put you in the
best light. For more information on reprints contact The YGS Group at 800.290.5460.

## Security Smart Subscription Scholarship

Order an annual subscription to the Security Smart newsletter on behalf of your client and receive
quarterly exposure and goodwill with the security executive and their entire organization. Each
quarter, the selected recipient(s) will receive a pdf version of the security awareness newsletter
from CSO—highlighting personal and organizational security tips useful to all employees—includ-
ing your logo, which they will distribute to their employees.





# 10 Steps to Sell to the CSO

Based on feedback from executive-level security decision-makers, these are 10 recommendations on how to reach, communicate and sell to this powerful audience.

1. **Understand the CSO's industry and needs**, including whether he/she is responsible for corporate security, IT security, compliance issues or all three.

2. **Identify what drives security assessment** within the CSO's organization and the time constraints on purchase decisions.

3. **Reach the CSO through the information sources** he uses in order to generate brand awareness, prior to a face-to-face meeting and to support your positioning during the sales process.

4. **Understand how your product and technology work.** If the CSO asks you a question that you do not know the answer to, be up front and call them back with the correct answer: Never guess.

5. **Explain the business value and ROI of your product**, not just its benefits, including customer case studies and success stories.

6. **Explain the benefits of your solution** instead of downgrading the competition.

7. **Speak the same language** as the CSO: Business.

8. **Create a mutual understanding** of how to measure success.

9. **Follow up** in order to address any issues that may occur after implementation.

10. **Sell the CSO what he needs**—not what you want to sell—so that the CSO can be a star.

**For more information on how to access, communicate with, and sell to this important and growing group of security executives, contact Bob Bragdon, CSO VP/Publisher, at 508.935.4443 or bbragdon@idgenterprise.com or any member of the IDG Enteprise team at idgenterprise.com/contact-us/.**

# Sales Contacts

| HEADQUARTERS/EASTERN | WESTERN |
|---|---|
| 492 Old Connecticut Path | 501 Second Street |
| P.O. Box 9208 | Suite 600 |
| Framingham, MA 01701-9208 | San Francisco, CA 94107 |
| Phone: 508.872.0080 | Phone: 415.243.8585 |
| Fax: 508.879.6063 | Fax: 415.543.2358 |

For more information on CSO, please visit: **idgenterprise.com/reach/cso**

# APPENDIX
# 159

https://www.cyren.com/blog/articles/evasive-phishing-driven-by-phishing-as-a-service 09/30/2020



LOGIN ▾  SUPPORT  CONTACT  BLOG  ⊕ EN ▾  🔍        GET A DEMO ▸

PRODUCTS  RESEARCH  EXPERT CONTENT  COMPANY

# Cyren Security Blog



## Evasive Phishing Driven by Phishing-as-a-Service

👤 by Tinna Thuridur Sigurdardottir and Magni Sigurdsson   📅 July 1, 2019

The phishing-as-a-service industry is making easy-to-use phishing attack tools and even full campaigns available at cheap rates, with full-service subscription prices typically varying from $50 to $80 per month, depending on the level of service, and realistic phishing web kits available for download for as little as $50. Cyren's research lab has turned up 5,334 new, unique phishing kits deployed to the web so far this year, an indication of the scope and scale of turn-key phishing offerings.



*Fig. 1 – Different style scam pages targeting Office 365 credentials on offer from a Phishing-as-a-Service web site—and with a $10 discount!*

## Phishing-as-a-Service Is embedding evasive phishing attacks

A straight line can be drawn between the availability of such kits and turn-key phishing platform services and the growth in evasive phishing—phishing attacks that use tactics to confound detection by email security systems. Today's reality is that we are seeing more evasive phishing campaigns in the hands of more attackers at less effort and lower cost than in the past, as technically sophisticated phishing attack developers have adopted a SaaS business model to let even the most amateur criminal wanna-be spoof targeted web sites with a high degree of authenticity and embedded evasive tactics.

**87% of phishing kits include evasive techniques**

Cyren's security lab also found that 87 percent of phishing kits sold on the dark web include at least one type of basic evasive technique. As mentioned above, blocking or redirect functions are the most common included tactic, usually implemented via a .htaccess file containing a PHP script. One expectation for the future is that phishing developers will begin to combine many techniques together, as we've seen with malware. I recall a single piece of malware that did 26 different checks to try and avoid detection—we expect phishing to continue to evolve in this direction, with layers of detection evasion techniques being used."



*Fig. 2– Fake Microsoft log-in page fools even discerning users with legitimate windows.net domain and legitimate SSL certificate*

## Methods for the madness

Much like the evolution of evasive malware tactics over the past 30 years, professional phishing developers are utilizing more methods to fool automated defenses, and are including those methods in pre-packaged campaigns and phishing services made widely available on the dark web.

|   | Most Common Evasive Phishing Techniques |
|---|---|
| 1 | HTML character encoding |
| 2 | Content encryption |
| 3 | Inspection blocking |
| 4 | URLs in attachments |
| 5 | Content injection |
| 6 | Legitimate cloud hosting |

Among the growing number of techniques being used today to fool automated email security systems, most common are:

**Transfer character encoding**—similar to the above technique, the page's HTML code contains characters that represent something different than what is displayed. This means crawlers looking through the code will not be able to read the content, missing keywords associated with phishing like "password" and "credit card" in an example from a spoofed PayPal site.

**Content encryption**—a tacticsimilar to encoding, because the content in the code does not show as readable text. But here, rather than changing the representation of a word with character encoding, the entire content is encrypted, and a key is needed to decrypt it. The encrypted file usually looks very small, but when decrypted, often done by a JavaScript file, we see the real content.

**Inspection blocking**—the technique most regularly incorporated into phishing kits, phishers employ block lists forconnections from specific IP addresses and hosts in order to keep security systems and security analysts from evaluating and seeing the true nature of a phishing site, and to prevent access from security bots, crawlers or other user agents that are searching for phishing sites, like the Googlebot, Bingbot, or Yahoo! Slurp.When someone on the block list tries to access the page, they are usually presented with a "404 page not found" message.

**URLs in attachments**—a growing phishing trend over the past year has been to not place links in the body of emails, but instead hide them in attachments, in order to make detection more difficult. A typical example might be a simple PDF constructed of images and made to look like a OneDrive document, with a single button that links to a phishing site.

**Content injection**—this is not a new technique, but a tried and true method used to lull the user and complicate detection by changing a part of the content on the page of a legitimate website. The unsuspecting user is then taken to the phishing page, outside the legitimate website.

**Legitimate cloud hosting**—this is a tactic that has grown significantly recently. By hosting phishing websites on legitimate cloud services, like Microsoft Azure, phishers are able to present legitimate domains and SSL certificates, lulling even the most attentive user into thinking a given phishing page is trustworthy. Further, many security vendors whitelist certain domains.

This reading provides a summary 5-minute walk-through of evasive phishing tactics and attack examples, including a breakdown of the code behind them.

**Phishing is getting through**

The impact on organizations everywhere is quite clear. According to survey data from Osterman Research, in 2018 44% of organizations reported they suffered at least one successful phishing attack, up from 30% in 2017—a percentage that increases to 54% for organizations using Office 365. In the same survey, these managers estimated that total phishing emails reaching their users were up 25% in volume last year, and that targeted spear-phishing emails were up 23%.

Want to learn more about cloud-based email security? Contact us here!

SUBSCRIBE TO THIS BLOG          READ ANOTHER ARTICLE



# APPENDIX
# 160

# Exchange Online Protection
## Overview

Speaker name
Title
Microsoft corporation



"SaaS secure Web and e-mail gateways frequently provide **efficiency and cost advantages**, and a growing number of offerings are delivering an **improved level of security** that exceeds what most organizations can achieve with on-premises software or appliances."

Gartner Report - Moving E-Mail and Web Security to the Cloud
Author: Peter Firstbrook  Published:  6 April 2011



# 740 million messages per day



# Exchange Online Protection (EOP)

Next generation of Forefront Online Protection for Exchange (FOPE)



## Comprehensive protection

Multi-engine antivirus
Continuously evolving anti-spam protection



## Enterprise class reliability

Geographically load-balanced datacenters

Queuing capabilities to help ensure no mail is lost

Live Phone Support



## Streamlined administration console

Office 365 integration

Detailed reporting



# EOP connection to Exchange



Save costly bandwidth by delivering only clean mail to your network

Maintain outbound server reputation

## Simple to Deploy

1. Add and verify domain ownership, and setup MX record
2. Fine tune anti-malware and anti-spam settings
3. Create rules to meet business needs
4. Run Hybrid Wizard to configure connectors



# Directory Synchronization



**On-premises**

Office 365 Directory Sync

Secure mail flow

Existing email environment

**Exchange Online Protection**

## Optional configuration to manage users/groups

Office 365 Active Directory Synchronization

Policy rules for specific users/groups
Synchronize Outlook safe/block sender lists

# Anti-spam



# Multi-layered anti-spam protection

## 1. Connection filtering

Blocks up to 80% of all spam based on IP block/allow lists.

## 2. Sender-Recipient Filtering

Blocks up to 15% of all spam based on internal lists and sender reputation.

## 3. Content Filtering

Blocks up to 5% of all spam based on internal lists and heuristics.





# Granular anti-spam filtering controls



## Connection filtering
Static IP allow/block list
Opt-in to Microsoft-maintained reputable sender list

## Content spam categories
Obvious spam
High confidence spam

## Content Filtering Actions
Delete
Quarantine
Add X-Header
Modify Subject
Redirect



general
actions
international spam
▸ advanced options

advanced options
Increase Spam Score
Specify whether to increase the spam score for messages that include these types of links or URLs.
Image links to remote sites:
[ Off ▾ ]
Numeric IP address in URL:
[ Off ▾ ]
URL redirect to other port:
[ Off ▾ ]
URL to .biz or .info websites:
[ Off ▾ ]

Mark as Spam
Specify whether to mark messages that include these properties as spam.
Empty messages:
[ Off ▾ ]
JavaScript or VBScript in HTML:
[ Off ▾ ]
Frame or IFrame tags in HTML:
[ Off ▾ ]
Object tags in HTML:
[ Off ▾ ]
Embed tags in HTML:
[ Off ▾ ]
Form tags in HTML:
[ Off ▾ ]
Web bugs in HTML:
[ Off ▾ ]
Apply sensitive word list:
[ Off ▾ ]
SPF record- hard fail:
[ Off ▾ ]
Conditional Sender ID filtering- hard fail:
[ Off ▾ ]
NDR backscatter:
[ Off ▾ ]

Block all bulk email messages:
[ On ▾ ]

○ Send a Bcc message to this address:

# Improved spam blocking

## Bulk Mail control

Mark all bulk messages as spam

## Block external threats quickly

Advanced fingerprinting technologies that identify and stop new spam and phishing vectors in real time.


Exchange



# International spam

## Block unwanted email based on language or geographic origin



# Junk mail management



Recommendation: Send suspected junk mail to the Outlook junk mail folder.

Spam quarantine managed by administrators.

Users can manage safe senders and block lists through Outlook.



# Reporting False Negatives and False Positives

## Outlook Junk Mail Reporting Tool for missed spam

http://www.microsoft.com/en-us/download/details.aspx?id=18275

## Send spam email as an attachment to
abuse@messaging.microsoft.com

## Send false positive messages to
false_positive@messaging.microsoft.com







# EOP Outbound Filtering



# Anti-malware



# Simple configuration

## Delete messages
## Delete attachments

## Robust, customizable notifications

### Malware Detection Response

When malware is detected in any attachment, select whether to block the entire message or to delete all message attachments.

- ◉ Block the entire message
- ○ Delete all attachments and use default alert text
- ○ Delete all attachments and use custom alert text

*Custom alert text:

### Notifications

Sender Notifications
Sends a message to the sender of the undelivered message.

- ☐ Notify internal senders
- ☐ Notify external senders

**Sender notifications**

Sends a message to the administrator of the undelivered message.

- ☐ Notify administrator for undelivered messages from internal senders

Administrator email address:

**Admin notifications**

save

**E⊠ Exchange**

# Managing Policy

# Streamlined management console

Anti-spam and anti-malware controls accessed through the Office 365 Admin Center

**Office 365** admin center

dashboard

setup

users and groups

domains

licensing

**service settings**

service health

reports

support

purchase services

**mail protection**   passwords

### protection

Protect email from spam and malware, and help keep your data confidential

Anti-malware policies

Anti-spam connection filter policies

Anti-spam content filter policies

Outbound spam policies

### mail flow

Manage mail flow, and track delivery of messages sent by or received from y

Custom mail rules ⓘ

### don't see what you're looking for?

Manage additional settings in the Exchange Administration Center



# Simple Policy Management

## Built on Exchange transport rules engine

Conditions

Actions

Exceptions



# Flexible rule conditions

*Apply this rule if...

| Select one ▼ |
| --- |
| **Select one** |
| The sender... ▶ |

| is this person | ▶ |
| --- | --- |
| is external/internal | ▶ |
| is a member of this group | ▶ |
| address includes any of these words | ▶ |
| address matches any of these text patterns | ▶ |
| is on a recipient's supervision list | ▶ |
| has specific properties including any of these words | |
| has specific properties matching these text patterns | |
| has overridden the action | |
| IP address is in any of these ranges or exactly matches | |
| domain matches these text patterns | |

The sender...IP matches any of these addresses

Attachment scanning

Any attachment...has executable content

The message...size exceeds



# Flexible rule actions

Block or redirect messages

Modify messages

Apply additional security

Route messages through specific connectors



# Rule options

Rules can be configured to run for a specific time period time

Rules can be run in Test Mode





Administration Demo





# Built-in granular reporting options

Provides a clear view on spam filtering and malware attacks





Office 365


spam

6/25/2012 - 6/28/2012

Total Spam Mail                    45,739



Top Spam Recipients

user1@testo365suiterepo
rtse3.ccsctp.net

user2@testo365suiterepo
rtse3.ccsctp.net

user4@testo365suiterepo
rtse3.ccsctp.net

user3@testo365suiterepo
rtse3.ccsctp.net

user5@testo365suiterepo
rtse3.ccsctp.net



Inbound Spam

■ Spam Content Filtered
■ Spam Envelope Filtered
■ Spam Connection Filtered



Outbound Spam

■ Spam Envelope Filtered    ■ Spam Content Filtered

| Row Labels | INBOUND SPAM CONNECTION FILTER | INBOUND SPAM ENVELOPE FILTER | INBOUND SPAM CONTENT FILTER | INBOUND SPAM CUSTOM FILTER | OUTBOUND SPAM CONTENT FILTER | OUTBOUND SPAM ENVELOPE FILTER |
|---|---|---|---|---|---|---|
| ⊞ 6/25/2012 | 2,707 | 2,630 | 3,454 | 268 | 519 | 786 |
| ⊞ 6/26/2012 | 2,982 | 2,305 | 3,255 | 245 | 1,202 | 796 |
| ⊞ 6/27/2012 | 2,633 | 3,981 | 4,062 | 1,427 | 1,179 | 2,032 |
| ⊞ 6/28/2012 | 2,379 | 2,222 | 2,438 | 213 | 807 | 1,217 |

# Excel mail protection reports

Excel Workbook available to enable self-service analysis

Connects to the reporting web service

Data can be refreshed from within the workbook at any time

Drill through from recent summary data to the underlying detailed information



# Message tracing



admin center

rules **message trace** accepted domains connectors

nagement

Search for email messages from or to a user or users. You can specify user names or fully qualified email addresses. Wildcards are supported.

Sender:

[ ] [ add users... ]

Recipient:

[ ] [ add users... ]

Message was sent or received:

[ Last 48 hours            ∨ ]

Delivery status:

[                          ∨ ]

Message ID:

[                            ]

[ 🔍 search ]

Message Trace Results

✏ 🔄

| DATE (UTC) ∨ | SENDER | RECIPIENT | SUBJECT |
| --- | --- | --- | --- |

Powerful troubleshooting tools for mail flow issues

Simple search interface
(no required fields)

Top 1000 of the last 48h of message results

Wildcard support for multiple email addresses or domain names.

Results include date, from, to, subject, summary status



# Differences between EOP and FOPE

| | FOPE | EOP |
|---|---|---|
| **Administration Console** | Specific FOPE Console with different look/feel. | Console with similar look/feel to Exchange 2013 and Office 365 |
| **Policy Rules** | FOPE specific policy rules | Flexible rules based on Exchange Transport Rules engine with attachment scanning |
| **RegEx** | Basic RegEx | .Net RegEx Engine |
| **Regional Routing** | US Only | EU and US routing |
| **Intelligent Routing** | Virtual Domains | Criteria Based Routing |
| **Reporting** | Online reports only | Detailed online reports and downloadable excel workbook |
| **Spam management** | Granular spam management | Granular spam management including bulk mail and international spam blocking |
| **Malware** | Multi-engine anti-malware scanning | Multi-engine anti-malware scanning with attachment blocking |
| **Quarantine** | End-User and Admin Access | Admin Only (at GA) |



# EOP Availability

## Released with the next version of Office 365

Try - 30 day trial from web site

Buy

- Stand-alone version
- Exchange ECAL with Services
- Part of all Office 365 plans

## Migration from FOPE

Customer communication prior to migration

Policy settings will be automatically migrated

New administration console



# Exchange Online Protection



## Protect communications

Multi-engine anti-malware and enhanced spam filtering to help protect your email environment from threats



## Enforce policy

Flexible tools for policy enforcement that provide the right level of control



## Streamlined management

Flexible administration of anti-spam, anti-malware and policy rules



# Microsoft®

© 2012 Microsoft Corporation. All rights reserved. Microsoft, Windows, and other product names are or may be registered trademarks and/or trademarks in the U.S. and/or other countries. The information herein is for informational purposes only and represents the current view of Microsoft Corporation as of the date of this presentation. Because Microsoft must respond to changing market conditions, it should not be interpreted to be a commitment on the part of Microsoft, and Microsoft cannot guarantee the accuracy of any information provided after the date of this presentation. MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

*All statements in this report attributable to Gartner represent Microsoft interpretation of data, research opinion or viewpoints published as part of a syndicated subscription service by Gartner, Inc., and have not been reviewed by Gartner. Each Gartner publication speaks as of its original publication date (and not as of the date of this presentation). The opinions expressed in Gartner publications are not representations of fact, and are subject to change without notice.*



# APPENDIX
# 161





| | |
|---|---|
| https://tailspintoys.com is listed as a blocked website. Lee receives an email message that contains a URL to https://tailspintoys.com/aboutus/trythispage. Lee clicks the URL. | the list of blocked URLs. See Set up a custom blocked URLs list using ATP Safe Links. |
| Jamie, Jean's colleague, sends an email to Jean, not knowing that the email contains a malicious URL. | It depends on whether ATP Safe Links policies are defined for email sent within the organization. See Set up ATP Safe Links policies in Office 365. |

## Feedback

Submit and view feedback for

[ This product ⬚ ]  [ ◯ This page ]

Download PDF

◯ View all page feedback ⬚

# APPENDIX
# 162

# ROBS' MODERN WORKPLACE BLOG

Thoughts, Updates and randomness on all things "Modern Workplace"

Home     About Rob



SEPTEMBER 25, 2019 BY RQUICKENDEN

## Another critical step to preventing Identity and Information Theft…

One of my earlier posts talked about how enabling Multi-Factor Authentication across your organisation can dramatically reduce your risk of attack/breach or data theft by Identity Compromise however after reading some of the comments and talking to some other IT admins and CSOs, I felt this needed a Part #2.

*According to Symantec, 91% of all Cyber Attacks start with a spear phishing email*

## Protecting Corporate Email

Its fair to say that "most" organisations who use Microsoft Exchange Online for their corporate email services use some form of additional security or protection….

## Exchange Online Protection

Microsoft provides Exchange Online Protection (EOP) as a standard service with Exchange which essentially is an anti-spam and antivirus service.

Every and any mail security company, Symantec, proof point, mimecast, you name it, will heavily criticise Microsoft for its "lack" of protection against modern and zero-day threats and to be honest they are quiet right too but what many people aren't aware of (and I don't think Microsoft shout about it loud enough) – they have some pretty good advanced services you can enable (or buy).  Any security officer will tell you that they key to security is defence in depth and there isn't a single  "master of all" platform or vendor out there that can protect an organisation from attack, regardless of what form it comes in.

Having multiple defences (not necessarily multiple vendors) in place helps because if spam sneaks by the first line, it might be stopped by the second.

As you'd expect there are many 3rd party products and services available that complement the standard Exchange Online Protection services available including ProofPoint, Symantec, Mimecast etc, but if your organisation uses Microsoft Exchange Online then, depending on your licensing level, you have some pretty impressive advanced security features which to be honest, you should be using especially if you don't use any 3rd party bolt-ons. This Office 365 ATP (note, its not specifically focuses on Exchange).

## Hello Office 365 ATP

Microsoft Office Advanced Threat Protection (ATP), which is part of Office 365 E5 (or an add-on) builds on the Microsoft EOP and provides two key features aimed at protecting users from phishing attacks, malicious attachments and other advanced threat vectors which typically target users but getting them to click something, fill something in or download something. **Again, according to Symantec 1 in 4 people will click a link in an email without checking the**

---

Search …

### RECENT POSTS

Microsoft Defender now unifies SIEM and XDR

Microsoft Ignite 'flooded' with these incredible new #MicrosoftTeams enhancements

6 new countries added to Microsoft Cloud Calling Plans

A new world of possibilities comes to SurfaceHub2S

What's new in Teams for August 2020? – Spotlight, Call Merge, and more

### RECENT COMMENTS

rquickenden on 6 new countries added to Microsoft Cloud Calling Plans

A new world of possibilities comes to SurfaceHub2S – Robs' Modern Workplace Blog on Major software updates coming for SurfaceHub 1 and 2 but Hub 2X upgrade is cancelled for now.

Jernatety on You can now include system audio in Teams meetings

rquickenden on You can now include system audio in Teams meetings

rquickenden on You can now include system audio in Teams meetings

### ARCHIVES

September 2020
August 2020
July 2020
June 2020
May 2020
April 2020
March 2020
February 2020
January 2020
December 2019
November 2019
October 2019
September 2019
August 2019
July 2019
May 2019
April 2019

CATEGORIES

Business

Cloud and Data Center

Collaboration and Productivity

Geeky Stuff

Security and Compliance

Uncategorised

Windows 10

WorkFlow and Automation

META

Log in

Entries feed

Comments feed

WordPress.org

Of course Microsoft claim Office ATP is the best line of defence for their Office 365 customers. As you'd expect. Third-party mail hygiene services beg to differ and say that their solutions offer better protection. Either way, you're better protected when EOP is not the only line of defence.

## So what's Office ATP Include?

Office ATP delivers two key security enhancements for Exchange (and Office 365 in general) including **ATP Safe Attachments** and **ATP Safe Links**, both features designed to prevent or stop malicious content arriving in user mailboxes and indeed across the other key Office 365 services.

### ATP Safe Attachments

The concept behind ATP Safe Attachments is fairly simple and is designed with protecting users against emails that may contain malicious attachments. ATP Safe Attachments helps here by intercepting all emails before they hit the users inbox, essentially detonates the attachment to makes sure its safe. ATP Safe Attachments also stops infections caused by malware being uploaded to SharePoint Online and OneDrive for Business sites, including the SharePoint Online sites used by Microsoft Teams (which is enough for Microsoft to claim ATP support for Teams).

There are a couple of configuration options around how Safe Attachments works which are mainly designed to control how attachments get delivered to users.



The options are relatively self explanatory. For avoidance of doubt, I'd strongly recommend using Dynamic Delivery, which means all users receive their email messages (at first) without the attachments (well, they get a place-holder) while those attachments are being scanned by Microsoft to check they are safe.

Safe Attachments doesn't generally take long to process attachments and in my experience the delay is usually less than 30 seconds (though that can feel like ages if you are waiting for the scan to complete in order to open your attachment – especially if its a sales PO!).

### ATP Safe Links

ATP Safe Links as the name implies, provides "click-time" URL Protection to blocks malicious links by analyzing them at arrival time and also each and every time the user clicks on the link to protect against spear phishing attacks that weaponize a link after an email is delivered.

While links are being checked, users are prevented from getting to these to the sites. Yes, this can delay mail recipients from being able to get to information but given the amount of bad sites that exist on the internet (and that more than 91% of phishing attacks original from email), this is a fair compromise, even if users are sometimes frustrated when they can't immediately reach a site because of a blocked link.

A newish feature in the ATP Safe Links policy allows Office 365 administrators to "delay message delivery" until all links in an email message are scanned (see below). This seems to be "off" by default but is definitely one I think should be enabled.

"alt="" aria-hidden="true" />





## What are my other Options?

I'm not going to go into the pros and cons of the other services in this blog, the 3rd party vendors will do this, but depending on your licensing level, need or desire to use multiple vendors for security or to standardise your security products across other key strategic vendors, you may choose to explore. Which is best – its hard to say but if you have nothing, I'd start with Office ATP as its most likely included within your licensing plan (and if not its easy to set-up a trial with your partner).

- Symantec ATP
- Cisco Email Security
- Proof Point
- Mimecast

## Summary

Microsoft and also many 3rd parties provide Advanced Threat Protection services across Exchange Online . At time of writing, Microsoft, however, are the only vendor that extend these services across other Office 365 services including SharePoint Online, One Drive for Business and therefore Teams.

**Share this:**

[ Twitter ] [ Facebook ] [ LinkedIn ]

**Like this:**

[ Like ]

Be the first to like this.

| What Microsoft announced at the 2020 RSA Conference. | Protect yourself from COVID-19 themed "PHISHING" attacks | Why you should be using Azure Identity Protection |
| --- | --- | --- |
| February 25, 2020 | March 25, 2020 | May 28, 2019 |
| In "Business" | In "Security and Compliance" | In "Cloud and Data Center" |

⊚  **COLLABORATION AND PRODUCTIVITY, SECURITY AND COMPLIANCE**

### 3 Replies to "Another critical step to preventing Identity and Information Theft…"

**nuwittingly**

MARCH 23, 2020 AT 12:03 PM

Excellent pieces. Keep posting such kind of info on your site.Im really impressed by your site.Hello there, You've performed a fantastic job.

★

↩ Reply



**그래프풍머니**

MARCH 25, 2020 AT 12:13 AM

I think this is one of the most important info for me. And i'm glad reading your article.But want to remark on some general things, The website style is perfect.

★

↩ Reply

**지퍼찾기게임**

MARCH 25, 2020 AT 7:10 PM

I'm not that much of a internet reader to be honest but your blogs really nice,keep it up! I'll go ahead and bookmark your websiteto come back later on. Many thanks

★

↩ Reply

**Leave a Reply**

Your email address will not be published. Required fields are marked *

**Comment**

**Name** *

**Email** *

# APPENDIX
163

https://www.proserveit.com/about/our-story/ 09/30/2020

PROSERVEIT    SERVICES    CLOUD SOLUTIONS    INDUSTRIES    ABOUT    BLOG    CONTACT

**Our Vision is to improve people's lives by leading businesses adopting cutting edge technology.**

      

## A Multi-Award Winning Team Of IT Experts

ProServeIT Corporation (ProServeIT) is a multi-award winning Microsoft Gold Partner and Citrix Partner, specialized in a comprehensive focus on cloud transformation, managed services, software development, IT service desk and technology consulting services. We have worked with companies of all sizes in all industries to provide them with the customized IT solutions that can give them a competitive advantage.

Established in 2002, ProServeIT was one of the first Canadian Microsoft Partners to spearhead the adoption of Cloud computing. To provide consistent 24×7 customer service, ProServeIT is headquartered in Mississauga, Ontario, with offices in Prince Edward Island, Illinois, New Mexico, Paris, France and Ho Chi Minh City in southern Vietnam.

 

## Our Values



People Matter.



Be Like Gumby.



Do It Right.

## Awards We've Won



2020 Regional Cloud Solution Provider  Microsoft IMPACT Award



2018 Partner of the Year Winner Partner for Social Impact Award



2018 Canada's Top Small & Medium Employers Award



2018 Microsoft IMPACT Award Finalist: Modern Workplace Innovation Award



2018 Microsoft IMPACT Award Finalist: Modern Marketing Innovation Award



2017 Microsoft IMPACT Award Finalist: SMB Cloud Productivity Innovation Award



2017 Microsoft IMPACT Award Finalist: Modern Marketing Innovation Award



2016 Microsoft IMPACT Award Winner: SMB Cloud Packaged Solution Innovation Award



2016 Microsoft WPC Award Finalist: Small & MidMarket Cloud Solutions Partner of the Year



2016 BitTitan Partner of the Year 2016: Canadian Region



2015 Microsoft WPC Partner of the Year: Canada



2014 Microsoft Impact Award Winner: Business Productivity Innovation



2014 Microsoft Impact Award Winner: Winning Together



2014 Microsoft Impact Award Finalist: SMB Canada Central Cloud Provider of the Year

## Meet Our Team



**Eric Sugar – President**

Eric Sugar, President of ProServeIT, acquired significant experience by working his way up from Principal Consultant to Director of Projects, then VP of Sales & Marketing before becoming President.  Working at ProServeIT was a natural fit with Eric's passion for teaching businesses how they can leverage technology to enable growth and added value.

Aside from doing strategic planning for ProServeIT's future growth and direction and speaking at worldwide technology conferences, Eric also helps customers to explore and set strategic directions for implementing and optimizing technology within their organizations.



**Jaime McMahon – VP, Sales and Marketing**

Jaime McMahon, VP of Sales and Marketing at ProServeIT, has been with the company for over 10 years, working both Sales and Senior Technical roles before taking on his current role.  Jaime was inspired to join ProServeIT because of the corporate culture of investing in employees and allowing them to be a crucial part in the growth of the company.

Aside from the strategic planning of ProServeIT's sales and marketing activities, Jaime's role is also to ensure that ProServeIT's customers are empowered to be more productive internally, engaging their own clients in a more meaningful manner. Jaime believes that this, in turn, adds to ProServeIT's own success. Seeing his team and ProServeIT's clients excel, especially the ones who have been with ProServeIT for several years, is what keeps Jaime coming into work every day.



**Corey Reyneker – VP, Alliances**

Corey Reyneker, VP of Alliances at ProServeIT, has been in the IT industry for over 14 years, immersing himself within Systems Integration, Managed Services and Cloud Solutions portfolios. Corey is an expert at facilitating and guiding customers through the journey to more strategic IT adoption. For Corey, ProServeIT's company culture and reputation within the IT marketplace were the main drivers behind his decision to join the team.

As the VP of Alliances, Corey oversees all ProServeIT's strategic alliances, as well as growing the organization's portfolio within the partner channel. He works with ProServeIT's various partners to provide their resellers with relevant and sophisticated IT solutions to the marketplace. Corey loves how dynamic his role is and enjoys the opportunity to help customers benefit from ProServeIT's solutions.



**Pedro Alfonzo – VP, Services**

Pedro Alfonzo, VP of Services, started off his career with a fifteen-year post at Microsoft, where he provided customer service support. He moved onto other client-facing roles with varying responsibilities within Microsoft. Through his work at Microsoft, Pedro became familiar with ProServeIT's positive corporate culture. That, combined with its diversified portfolio with true end-to-end service offerings inspired Pedro to become part of the team at ProServeIT.

As the VP of Service, Pedro invests in his team members, enhances ProServeIT's service offerings by suggesting process improvements, and helps to deliver, develop and position the products that ProServeIT offers. Pedro enjoys the constantly changing priorities that his role encompasses and loves to help customers transform their businesses to the digital era. His decision to come to ProServeIT is validated daily by the people he works with and culture of the organization.



Admin & Finance Team



Professional Services Team



Managed Services Team



Software Development Team







Project Management Team



Solutions Architects Team



Sales Team

Marketing & Inside Sales Team

**GET IN TOUCH**

First Name*

Last name*

Your Email*

Company name*

Your Message*

SEND MESSAGE

**ABOUT US**

ProServeIT Corporation (ProServeIT) is a multi-award winning Microsoft Gold Partner and Citrix Partner, specialized in a comprehensive focus on cloud transformation, managed services, software development, IT service desk and technology consulting services.

Gold
Microsoft
Partner
Microsoft

**LATEST BLOG NEWS**

ProServeIT Earns Microsoft Adoption & Change Management Advanced Specialization

ProServeIT Earns Windows Server & SQL Server Migration to Microsoft Azure Advanced Specialization

ProServeIT Wins 2020 Regional Cloud Solution Provider IMPACT Award!

Speaking Out Against Racism

Making the Most of MS Power BI Dataflows

**SEARCH THE BLOG**

Search...

**TAGS**

AZURE   OFFICE 365   SECURITY

TECHNOLOGY INVESTMENTS   MICROSOFT

NEWS   POWER BI

BUSINESS APPLICATIONS

DATA MANAGEMENT   TEAMS

SHAREPOINT   TRENDS   SMBS

PRODUCTIVITY   DYNAMICS 365

EXECUTIVE BLOGS   DR   DATA BREACHES

NONPROFIT   CONTENT MANAGEMENT

WINDOWS 10   CONTENT MANAGEMENT

IT ROADMAP   INSIGHTS & AUTOMATION

ONENOTE   CAPEX   INDUSTRIES

BUDGET   CUSTOM DEVELOPMENT

DRAAS   GOVERNMENTS

MANAGED SERVICES   ONEDRIVE

WANNACRY   OPEX   YAMMER   CITRIX

LEGAL   USER EXPERIENCE

BUSINESS OBLIGATIONS

© 2019 ProServeIT   |   Privacy Policy   |   Terms of use   |   Payment

Hello! Want to chat about your IT needs? We are here to help!