# APPENDIX
# 164

https://www.proserveit.com/blog/four-most-common-phishing-attacks

09/30/2020

PROSERVEIT

Services ⌄    Cloud Solutions ⌄    Industries ⌄    About ⌄    Blog    Contact    🔍

Digital Transformation blog - learn from the ProServeIT experts                    Categories ▾



By Stephanie Baskerville on October 12, 2017

# 4 Most Common Types of Phishing Attacks

Security

From an overall industry standpoint, 91% of security breaches begin with phishing or spear-phishing (Source: Wired), and Verizon's 2017 Data Breach Investigations Report has said that one in 14 people clicked on a link or opened an attachment in a phishing message.

We've recently been told by many of our customers that they want to be better informed about prevalent phishing attacks so that they can proactively educate their team and protect against such attacks. Among various phishing attacks, here are the top four most common attacks that you're most likely to see.

- Related: Dominant Cyberthreats – Detect and Prevent Social Engineering Attacks

## What can I do to protect my team against phishing attacks?

There are various tools you can implement to successfully detect phishing attacks. One inexpensive tool you can easily utilize is Microsoft Office 365 Advanced Threat Protection (ATP).



ATP helps protect your inbox from phishing attacks in various ways such as:

- Safe Attachments (protecting against unknown malware and viruses)
- Safe Links (protecting against malicious URLs and Safe Links)
- URL detonation (combination of Safe Attachments and Safe Links)
- Reporting and Tracing (providing URL trace and reporting on advanced threats)
- Office 365 ATP Enhanced Reporting (showing malware and spam trends in an organization)

Some of our team members have recently been targeted by attackers, but ATP flagged the phishing emails as fraudulent and alerted those who were targeted. Want to hear more about how we were targeted? We've put together a blog post about the phishing attacks we recently experienced:

- Related: Phishing Scams: Our Own Experience & Tips to Avoid Them

From: Eric Sugar
Sent: Tuesday, August 22, 2017 1:04:26 PM
To: Jaime McMahon
Subject: Re: Company's Obligation

| This sender failed our fraud detection checks and may not be who they appear to be. Learn about spoofing     Feedback |

Jaime, I need you to make a wire transfer for the company today. What would you need it to be done?

Eric Sugar

Sent from my iPhone



## Protect Your Organization from Phishing Attacks

Whether you want to implement the ATP or **want to discuss other ways** to protect your organization from phishing attacks, our team is here to help. **Drop us a line** to get all your questions answered.

## 4 Common Types of Phishing Attacks

For those who would like to learn about the four common types of phishing attacks in greater detail:

### 1. Deceptive Phishing



- **What It Is:** Deceptive Phishing is the most common type of phishing attack, and it refers to any attack where the **attacker impersonates a legitimate company** in an attempt to steal your personal information or your login credentials. The link actually leads to a fraudulent website with a URL that is almost identical to the official URL (typically only one letter will be out of place).
- **An Example:** You get an email from a bank claiming that your account has been frozen unless you click on the link provided and enter your account information.

### 2. Spear Phishing



- **What It Is:** Spear Phishing is a **much more personalized** way for attackers to get to you. They customize their emails with your name, position, company, work phone number, or other personal information that is available online (typically through company websites or social media platforms like LinkedIn), in an effort to make you think that they have a connection with you. Their goal is to lure you into clicking on a malicious URL or an email attachment, which will in turn give them access to your personal data. According to **this detailed Forbes article**, the most effective spear phishing attacks are often the simplest and simply mimics the normal day-to-day operational activities that might occur in your own role within your organization.
- **An Example**: You get an email that's supposedly from your organization's HR department asking you to verify your benefits policy information.

### 3. CEO Fraud



- **What It Is**: CEO Fraud is when the attacker has successfully spear phished a CEO or other top executive of the company (known as "whaling"), and they've managed to steal his or her login credentials. The attacker then sends an email from the CEO's account, or creates a new domain name that's off by one letter or number and duplicates the CEO's credentials, and requests that employee to perform a wire transfer of funds to a financial institution of their choice. These types of attacks rarely set off typical spam traps because they're not mass emailed — the victims are carefully targeted by the attacker.
- **An Example**: You get an email that's supposedly from your CEO saying they need you to wire transfer the money, and to let you know when you're free so they can send you the information of where it needs to go.

## 4. Malware-Based Phishing



- **What It Is**: Malware-based Phishing is when the attacker sends an email attachment or downloadable file to the victim that exploits the security vulnerabilities of the user's machine. When that attachment or file is clicked on, it triggers the malicious software that's been embedded within the file/attachment. Malware (including computer viruses, worms, Trojan horses, ransomware, or other malicious programs) then run on the host's computer, and, in some cases, spread to others to infect them (as in the recent "WannaCry" and "GoldenEye" ransomware attacks).
- **An Example**: You get an email from someone you don't know asking you to download an invoice.

---

Published by *Stephanie Baskerville* October 12, 2017

Comments ⌄



Azure

By Stephanie Baskerville on October 12, 2017

### Introducing a Remote Desktop Solution – Windows Virtual Desktop!

Azure

By Stephanie Baskerville on October 12, 2017

### Remote Working Technology & The Benefits of Windows Virtual Desktop

Azure

By Stephanie Baskerville on October 12, 2017

### 5 Top Features of Office 365 Advanced Threat Protection



Security

By Stephanie Baskerville on October 12, 2017

### Information Security Requirements: Your Obligations & Considerations







Hello! Want to chat about your IT needs? We are here to help!

# APPENDIX
# 165

# Office 365
# Advanced Threat Protection

Frequently Asked Questions

Updated 11/08/2016

# Table of Contents

General ...........................................................................................................................................2

Pricing and Licensing ...................................................................................................................5

Safe Attachments .........................................................................................................................6

Safe Links ......................................................................................................................................7

New and future features .............................................................................................................9

Reporting and analysis .................................................................................................................9

Compete Scenarios .....................................................................................................................11

## General

**What is Office 365 Advanced Threat Protection?**
Office 365 Advanced Threat Protection (ATP) helps to secure your mailboxes against advanced threats, providing time-of-click protection against unknown malware and zero-day attacks. Advanced Threat Protection delivers several capabilities including Safe Attachments, Safe Links and rich reporting to help combat sophisticated attacks.

**Will ATP catch 100% of malicious attacks?**
No. In fact, no advanced threat protection product can catch 100% of malicious attacks, despite claims to the contrary. The notion of 100% protection is a misperception that is driven by the marketing and sales messages of some vendors in this industry.

**What is Microsoft's SLA on virus and spam detection?**
Microsoft's SLA on known viruses is 100%, with a spam effectiveness SLA of greater than 90%, a false positive ratio SLA of 1:250,000, and a monthly uptime SLA of 99.999%. Additionally, we keep continuously updated lists of malicious URLs that is checked approximately every 20 minutes.

**Do I need to assign licenses and configure policies in order for Advanced Threat Protection to work?**
Enabling ATP requires the configuration of policies in order to activate and target specific users, groups or domains to be protected by the service. You can configure separate policies for ATP to check links, attachments, or both. Safe Links and Safe Attachments policies can each be applied to specific sets of users. Learn how to do this at Set up a Safe Attachments policy in ATP and Set up a Safe Links policy in ATP. You can also create individualized policies within the Safe Links and Safe Attachments settings so that subgroups of users can have custom protection settings.

Assigning licenses is not a technical requirement, but it is required to be compliant.

**How long does it take for Advanced Threat Protection policies to be effective?**
Once a change is made to an Advanced Threat Protection policy, it can take up to 30 minutes for that change to propagate.

**Does Advanced Threat Protection only work for Exchange Online mailboxes?**

Advanced Threat Protection works for Exchange Online cloud-hosted mailboxes; on-premises customers running Exchange Server 2010, Exchange Server 2013, and Exchange Server 2016; and on-premises customers running non-Microsoft mail servers.

**Can a user be configured only for Safe Attachments or only for Safe Links?**
Yes, there are separate policies for Safe Links and Safe Attachments.  Each policy can be applied to a specific set of users, distribution groups, or domains. It is also possible to have unique policies within Safe Links and Safe Attachments so each group of users can have custom settings.

**Does it protect only internal mailboxes?**
Safe Attachments scans incoming mail from outside the organization for all customers, as well as internal emails between employees for hosted mailbox customers. Safe Links is only applied for inbound traffic from external senders to internal recipients.

**Does Exchange Online Protection (EOP) anti-malware work with Advanced Threat Protection?**
Yes, Advanced Threat Protection complements EOP anti-malware filtering. Only those attachments that successfully pass EOP anti-malware scanning are impacted by Safe Attachments or Safe Links policies. The EOP anti-malware filtering is also designed to learn from ATP. Our ATP customers are protected immediately when ATP identifies a new threat, but we are also working constantly to improve the protection across the entire service.

**Can on-premises organizations use Advanced Threat Protection?**
Yes, Exchange organizations with on-premises mail servers can use Advanced Threat Protection, so long as they use Exchange Online Protection to route incoming messages.

**What additional bandwidth is required once ATP is enabled for a tenant of 80k users? Will I see latency in service now that all email is ATP-scanned?**
- **Email delivery**. If the Safe Attachments policy that applies to a particular recipient has an action of Block, the email will not be delivered until the attachments can be detonated by the Safe Attachments technology in ATP. Safe Attachments will launch a unique hypervisor to open the attachment. This can result in a delivery delay of 2-30 minutes for each mail evaluated by Safe Attachments.
- **Dynamic Delivery**. Dynamic Delivery is a new Office 365 ATP capability that is scheduled to be released later this year. Dynamic Delivery will eliminate the latency described above by delivering the body of an email with a placeholder attachment, to be replaced by the actual attachment after it has undergone a Safe Attachments scan. This allows recipients to read and respond to the message immediately, while also notifying them that the original attachment is still being analyzed.
- **Web browsing**. If a link points to a website recognized as not malicious, Safe Links adds very little latency to loading the target page. If the link points to a website recognized as malicious, the user is routed to a warning page and has to go through it (if click-through is enabled) in order to continue on to the site.

**Note**: After a change is made to an ATP policy, it can take up to 30 minutes for that change to propagate to every server.

**Why should I be interested in Office 365 Advanced Threat Protection if I'm already using Windows Defender Advanced Threat Protection?**

Windows Defender Advanced Threat Protection (WDATP) is a new service that builds on the existing pre-breach security features and services Windows 10 offers today. Windows Defender ATP provides a new post-breach layer of protection to the Windows 10 security stack that enables customers to detect, investigate, and respond to advanced and targeted attacks on their networks. Office 365 Advanced Threat Protection further supplements these defenses by providing focused protection for customers' email and messaging environments. Together, Windows Defender ATP and Office 365 ATP provide a comprehensive and robust set of protection and threat analysis tools for our customers. For more information, see Announcing Windows Defender Advanced Threat Protection.

**How do we respond to Proofpoint's collateral that accuses Microsoft of missing a lot of malware attacks and positions us as an incomplete solution?**
The recent Proofpoint materials are comparing their full solution to Exchange Online Protection only, and not Office 365 ATP. This is not a valid comparison of our competing security offerings.

**Can ATP protect me from crypto malware (i.e. ransomware)? How does it determine this?**
Both Crypto Locker and Locky are detected by Office 365 ATP. Office 365 ATP uses an internal sandbox technology which detonates the attachments in VMs and detects any anomalies. It uses several internal tools to detect vulnerabilities triggered by the sample being examined as well as other behavioral analysis to identify malicious activity.

**Ok, but I need a solution that protects me from ransomware on my desktops and tablets. Does Office 365 ATP offer this?**
Windows Defender ATP, not Office 365 ATP, provides protection for Windows. However, Office 365 ATP and WDATP share signals which provide a holistic solution.

**In June 2016, Office 365 was the target of a massive, zero-day Cerber ransomware attack. How did Microsoft respond to the attack when it affected customers of EOP/ATP security?**
Microsoft has a responsibility to continue to evolve the service to be ahead of the malware attacks. As part of our ongoing effort to provide better malware protection, the July 2016 release of the Microsoft Malicious Software Removal Tool (MSRT) includes detection for Win32/Cerber, a prevalent ransomware family. These additions to MSRT complement our Cerber-specific family detection in Windows Defender, and our ransomware-dedicated cloud protection features.

**Does ATP identify phishing?  How does it determine this?  If so, what is the false positive rate?**
Here are some of the key features as part of EOP and ATP that help combat phishing email threats:
- EOP has strengthened its counterfeit detection by over 500 percent and helps to protect against insider spoofing, also known as whale attacks, that target high profile users in an organization.
- Advanced Threat Protection, such as "Time of Click" malicious URL and "Zero-day" unknown malware protection.
- Strengthened coverage against malicious URLs by EOP and ATP.
- Implementation of key sender authentication technologies, such as DKIM and DMARC, provided by EOP.
- Improved protection against bulk mail provided by EOP.

## Pricing and Licensing

**What are the license requirements for shared mailboxes?**
Shared mailboxes need to be licensed for Advanced Threat Protection.  See the following example:

Company has 5 users in Office 365. Each has a mailbox. There is 1 shared mailbox. They need a license for:
**6 seats of Exchange Online Protection (5 users + 1 shared mailbox)**
**6 seats of Advanced Threat Protection (5 users + 1 shared mailbox)**

If licensing for Shared Mailboxes is blocking the deal, please escalate to the business desk.

**Why is there an additional charge for Advanced Threat Protection?**
Advanced security capabilities such as Advanced Threat Protection provide an additional level of security and control for those customers who require it. ATP is available as an add-on to all enterprise plans, in addition to being included in the E5 plan.

**Am I able to try ATP without changing my MX record?**
The supported method is for you to use Exchange Online Protection and point your MX record to Microsoft. If this is not possible, there is an alternative but not recommended (nor supported) method documented here: https://technet.microsoft.com/EN-US/library/jj937232(v=exchg.150).aspx.

**Will my Exchange service change now that I've added the ATP feature?**
Other than ATP adding 2 new layers of protection…no. Depending on the actions configured, email delivery delays may occur and/or all URLs will be rewritten, as mentioned previously.

**Are any additional steps needed to verify ATP is working as expected?**
The best way to verify that ATP is working is to test and then review ATP reporting trends to see whether the ATP actions have been taken. For Safe Links, reporting captures and displays the URLs that are recorded at the time of click. For Safe Attachments, you can run message trace to see whether a message with an attachment has been processed by ATP. The best perspective, however, will be provided by ATP's reporting features. Disposition reports show all of the actions that have been taken by ATP (i.e. Blocked, Monitored, etc.) and additional reporting breaks down those detections by file types. One thing to keep in mind is that with Safe Attachments, lower numbers of actions taken by ATP indicate higher performance by the overall EOP service. Safe Attachments policies are designed to capture zero-day (unknown) attacks. If the number of files you see being blocked in ATP is high, that means they've been able to slip through EOP. The real indicator of success is in the overall quantity of malware blocked by EOP and ATP, and the reduction in the number of escalations you have internally due to attacks getting through.

**Please provide guidance on how to enable, manage, and monitor the service.**
Learn how to do this at Set up a Safe Attachments policy in ATP and Set up a Safe Links policy in ATP.

**How does the per user licensing model for Office 365 ATP work? Is it a tenant-wide solution or can customers choose to only protect a portion of the environment?**
Customers can set up separate policies for ATP to check either links or attachments or both. Each policy can be applied to a specific set of users. Learn how to do this at Set up a Safe Attachments policy in ATP

and Set up a Safe Links policy in ATP. Customers can also create individualized policies within the Safe Links and Safe Attachments settings so that subgroups of users can have custom protection settings.

**What happens (in tenant) after licenses are procured?**
The ATP Advanced Threats tab should show up in the EAC within 30-60 minutes. When it does, this means that ATP is provisioned and ready to be configured to protect.

**How can I get a trial set up for my customer?**
You can set up a trial for your customers by sending your customer information to ATPTrials@microsoft.com and requesting a 30-day trial that includes 25 users. Alternatively, customers can try out Advanced Threat Protection and other advanced services when they obtain an Office 365 Enterprise E5 Trial subscription.

**How do you enable ATP in my tenant?**
Please refer to the TechNet article, Advanced threat protection for Safe Attachments and Safe Links.

## Safe Attachments

**What is Safe Attachments?**
Safe Attachments helps to protect against zero day exploits in email attachments by blocking messages or attachments that could be malicious. Safe Attachments leverages sandboxing technology via a virtual environment to identify suspicious activity. Attachments that don't have a known malware signature are sandboxed and not released until a behavior analysis is performed and the attachments are determined to be safe. It is designed to detect malicious attachments even before antivirus signatures are available. If an email has multiple attachments ATP will treat them all as malicious if even one is identified as malicious.

**What is the email delivery latency for attachments that are scanned by Safe Attachments?**
This can result in a delivery delay of up to 30 minutes for each mail evaluated by Safe Attachments. The delay time varies depending on the file type with the average time being ~4 minutes.

**Why is there a delay during scanning?**
Typically, malicious payloads will activate in the sandboxing environment in a few seconds. As attackers become more sophisticated, they have built in delays of several minutes before activation in an effort to trick the sandboxing environment and evade detection. Office 365 ATP helps to safeguard organizations against delayed malware activation by conducting thorough scanning, which on average takes 4 minutes. Given enough time, all malware could be detected and blocked, but that would be very disruptive to mail flow because we would never be able to actually release the messages. Even with ATP protecting your mail flow it is important to ensure safe message handling practices are being used by your recipients.

**What is Dynamic Delivery?**
We recently announced a new capability in Office 365 Advanced Threat Protection called Dynamic Delivery. Dynamic Delivery eliminates latency by delivering the body of the email with a placeholder attachment while the actual attachment undergoes a Safe Attachment scan. Recipients can read and respond to the message, which includes notification that the original attachment is being analyzed. If the real attachment is cleared, it is automatically attached to the original message and replaces the

placeholder; if not, the message attachment is updated with an attachment which tells the recipient that their original message was identified as malware.

**Can ATP identify malicious macros being executed? How does it determine this, since macros are commonly used by businesses?**
Yes. A malicious macro would be detected with statistics and heuristics of our ATP detection system. In addition to ATP, a new policy-setting in Office 2016 allows administrators to block macros from untrusted sources.

**Can ATP identify PowerShell being executed?**
Yes. This would happen during detonation in the sandbox.

**Can Advanced Threat Protection scan archives for malware? If so, what archive formats can it scan?**
Advanced Threat Protection can drill into container files (e.g. archive, compression, special types) so long as they are not protected with a password. Advanced Threat Protection does not scan password protected archives or encrypted files.

**How does Office 365 Advanced Threat Protection work with DRM/IRM encryption?**
Office 365 ATP can drill into archive (compressed) files (such as .zip files). Advanced Threat Protection does not scan password protected archives or encrypted files. It does support container files (i.e. archive, compression, special types) as long as they are not protected with a password.

**How does Advanced Threat Protection treat multiple versions of the same file? Does Advanced Threat Protection scan duplicates? For example, if 1000 users received the same file would all 1000 messages be detonated by Advanced Threat Protection?**
Once the first file is scanned, the outcome will be applied to other recipients who have received the same file. For example, if File #1 was sent to Employee A and blocked, File #1 will be blocked for all other employees. File # 1 will also be blocked by reputation immediately for all other ATP tenants.

**What file types will Safe Attachments detonate?**
Safe attachments will analyze attachments that are common targets for malicious content, such as Office documents, PDFs, executable file types, and Flash files.

**Is there a way to exclude a file from Safe Attachments inspection?**
You can configure an Exchange Transport Rule to insert an X-Header, *X-MS-Exchange-Organization-SkipSafeAttachmentProcessing*, which ATP looks for in order to bypass ATP scanning.

**How do I set up a Safe Attachments policy in ATP?**
Please refer to the TechNet article, [Set up a Safe Attachments policy in ATP](#).


## Safe Links

**What is Safe Links?**
Safe Links provides real-time, time-of-click protection against phishing and malicious web sites by warning users when they click a link in email that has been determined to be unsafe. When a message is processed by EOP, all URLs are scanned and compared with our lists of known bad URLs. ATP Safe Links provides an opportunity to re-check the URL reputation lists when the recipient tries to follow the link.

Safe Links utilizes URL trace capabilities that allow you to track individual malicious links in messages that have been clicked to support faster remediation.

**Does Safe Links add any latency to the browsing experience?**
Safe Links adds very little latency to loading target web pages that have not been identified as malicious. Most people will not notice it at all. If the link points to a potentially malicious web site, then the user is routed to a warning page and must click through (if click through is enabled) to continue on to the site.

**What logic does Safe Links use to detect malicious URLs? Does it have a special original malicious URL list or check the web site whenever a user clicks the URL?**
We keep a continuously updated list of malicious URLs that is updated approximately every 20 minutes.

**Does Safe Links also decrypt HTTPS and check what's inside of Host Header?**
Safe Links does not decrypt https, it checks the destination URL to see if it is malicious or not.

**How long is a Safe Links rewritten URL valid for? Will it ever expire?**
The rewrite does not expire/time out.

**Is our Safe Links technology a redirect or a fully-fledged proxy? How does it behave with a customer's own proxy device/service?**
Safe Links is not a proxy service and does not follow the URL; it checks the health of the URL on an exact match at the time-of-click. We keep a continuously updated list of malicious URLs that is checked approximately every 20 minutes.

**Can a URL be excluded from being rewritten?**
Yes. This can be configured within a Safe Links policy using the "Do not rewrite the following URLs" option.

**How does Safe Links identify a link within an email message?**
For messages in HTML, Safe Links identifies any tag that uses the HREF attribute. For messages in plain text, Safe Links uses custom logic to identify any text resembling a URL.

**How many links will Safe Links analyze (for example, when you click on a URL and you are redirected to another and another)?**
It can handle the nested redirects if the first URL is a redirector that we trust (e.g., bit.ly). We are also working on enhancing Safe Links with URL detonation, which will sandbox-test URLs that point to a downloadable object like a PDF or application file.

**Is there a way to exclude a URL from Safe Links inspection?**
You can configure an Exchange Transport Rule to insert an X-Header, *X-MS-Exchange-Organization-SkipSafeLinksProcessing*, which ATP looks for in order to bypass ATP scanning.

**Explain the URL routing for a customer utilizing EOP/ATP for Safe Links and a 3rd party URL category filtering product (for example: Websense, Barracuda).**
Customers should have a good understanding of the routing and verify that other protections are not impacted by introducing this technology. The routing scenarios vary slightly if the customer is purely on-premises, online, or hybrid. For more information, see Transport routing in Exchange hybrid deployments.

**How do I set up a Safe Links policy in ATP?**
Please refer to the TechNet article, Set up a Safe Links policy in ATP.

## New and future features

**What is URL detonation?**
URL detonation provides deeper protection against malicious URLs than can be provided by lists alone.
In addition to checking the reputation of a link at time of click, Office 365 ATP's URL detonation feature
will perform real-time behavioral malware analysis of suspicious attachments found at destination URLs
within a secure sandbox environment. URL reputation checks are part of Advanced Threat Protection
today; URL detonation will be in Preview by the last quarter of 2016.

**How will ATP work across other Office 365 workloads such as SharePoint Online and Office
applications?**
ATP crawls the SharePoint library and detonates files after they've been uploaded to a SharePoint
library. If a file is determined to be malicious, the icon representing the file will be marked to let the
person who uploaded the file know that it's malicious. The same person will still be able to access the
file. But to other users the file will not be visible.

Similar protection has been extended to Office applications Word, Excel, and PowerPoint. When a user
clicks a link in a file created by one of these applications, Safe Links will provide time-of-click protection
just as it does for links in email. And just like with email, URL trace capabilities will allow administrators
to track individual malicious links that have been clicked to support faster remediation.

**What is Office 365 Threat Intelligence?**
The Threat Intelligence dashboard in the Office 365 Security & Compliance center will provide insight
into the global threat landscape as well as the main risks to your organization. It will analyze data from
Windows endpoints, Azure Advanced Threat Analytics, and Office 365 Advanced Threat Protection to
alert organizations to threats being seen globally. Security administrators can use this data to track
threat actors and trends as they unfold to better defend their organization's assets. The Threat
Intelligence dashboard will go into preview the first quarter of 2017 and Generally Available (GA) the
second quarter of 2017.

For more information about Office 365 Threat Intelligence, see the Threat Intelligence Internal FAQ.

**What is Threat Explorer?**
The Threat Intelligence dashboard helps admins understand the threat landscape in their organization
and around the globe by displaying a variety of charts and widgets. Threat Explorer is the user interface
where investigations are actually carried out. Using Threat Explorer, admins can get a detailed picture of
the types of attacks they are facing, which of their users are being targeted, where malicious traffic is
coming from, and remedial information to respond to those attacks. Threat Intelligence and Threat
Explorer will greatly improve our reporting and analysis story related to ATP.

## Reporting and analysis

**Does ATP perform and capture static analysis, network analysis, and dropped files?**
The ATP sandbox solution performs a combination of static and runtime analysis on files and URLs to
detect security vulnerabilities. It is not a simple behavioral monitoring, but also involves tools running

along with the app associated with the attachment (i.e. Word, Excel). We are building solutions to take advantage of signals across not only cloud services, but also desktop endpoints to detect suspicious behavior across the entire organization.

**Does ATP permit syslog export?**
No.

**Are files quarantined in EOP or ATP?**
In EOP, spam is quarantined, but malware is not. In ATP, a copy of the original message along with any attachments tagged as unknown malware can be forwarded to a specific email address for further investigation, but they are not quarantined.

**Can an email that was identified as malware be secured by a Security professional for additional analysis?  Can this occur without releasing it to the intended recipient?**
Yes. In ATP, a copy of the original message along with the attachment seen as having unknown malware can be redirected to a specific email address.

**How can a customer get a report on Advanced Threat Protection detections?**
Safe Attachments has two traffic reports which show aggregated data for a tenant by disposition (blocked, replaced etc.) and by file type. The report also shows detailed data (i.e. date, sender, recipient, ID, subject). Message trace and URL trace provide query options to see the details of the Advanced Threat Protection flow and actions on URLs and attachments. A few examples of behavior that would indicate the presence of malware would be content that:

- Writes to the system folder
- Injects a thread into an existing process
- Re-launches/deletes itself

The full list is dynamic and continually evolving as new methods are implemented by the adversaries. One thing to keep in mind is that with Safe Attachments, the lower the number in the report, the better the overall EOP service is working. Safe Attachments policies are designed to capture zero-day (unknown) attacks. If the number of files you see being blocked in ATP is high, that means they've been able to slip through EOP. The real indicator is the overall malware blocked by EOP and ATP, and the reduction in the number of escalations you have internally due to attacks getting through.

**How can we get more detailed Advanced Threat Protection reports?**
We are in the process of collecting feedback on which reports are most useful for our customers.  We are committed to continually improving Advanced Threat Protection and publishing regular updates.  To see a recent example, visit the Office blog where we updated the Advanced Threat Protection service to include Dynamic Delivery of attachments.

**What is the latency for "Message Trace" results to show up in the reports?**
Message Tracing shows every message in near real-time detail, including ATP verdict, evidence, and disposition. This information can also address helping organizations respond to mass attack situations and identify if there is a false positive since it includes the file name as well.

**My customer is getting a lot of false positives. How can they report these to Microsoft and get feedback?**

We recommend the customer take the following steps:

1. Check the following configuration settings:

   o **Safe Attachment settings**:  Timeouts with Safe Attachments may be creating false positive. Check ATP Safe Attachment configuration and verify that the "Apply the above selection if malware scanning for attachments times out or error occurs" is not checked. You may want to keep the checkbox set to OFF to prevent losing any good attachments in case of error/timeout. The timeout for Safe Attachments scanning is 30 minutes. With the check box on, if a verdict is not reached within 30 minutes, the selected Safe Attachments unknown malware response action will be applied. If the checkbox is OFF, the message hitting the timeout/error will be delivered and assumed clean.

   o **Safe Attachment redirection**: In case of false positives, we recommend enabling Safe Attachments attachment redirection. This will help administrators recover any false positives due to error/timeout during scanning of the message by sending a copy of the original email and attachment to email address configured as part of the Safe Attachments policy.

   o **Safe Links policy setting**:  A policy setting for Safe Links allows admins to configure the "Do not rewrite the following URLs" option which can help in addressing false positives by excluding certain URLs from being rewritten. Customers should also leverage the malware (anti-spam, antimalware) False Positive/False Negative (FP/FN) submission processes to submit email attachments.

2. If the customer is still seeing false positives, they can submit a report using the following link: https://www.microsoft.com/en-us/security/portal/submission/submit.aspx. To view the status of the report, click **Track your submission**.  Note, response times may vary so we recommend opening a support case as well.  For large customers or time sensitive issues, we also recommend opening a case with Premier Support.

We are always working to reduce false positives and appreciated your feedback as it helps to improve the customer experience.  We are committed to continually improving our service and publish regular updates.  To see a recent example, visit the Office blog where we updated the Advanced Threat Protection service to include Dynamic Delivery of attachments.

**I have mail that I suspect contains a malicious URL. Can I submit this to Microsoft?**
Yes, you can send email by using the Subject, "[Potential Malicious URL Submission]", to safelinksfeedback@microsoft.com.  Please modify the URL so that the link cannot be accidentally clicked (i.e. change the '.' within the link to '_').

## Compete Scenarios

**How does Office 365 ATP compare to your competitor's solution in providing protection against unknown malware via email which typically goes undetected by traditional signature-based technologies?**
The EOP/ATP filtering pipeline offers world class malware protection. Verdicts and reputation are shared between EOP and ATP to provide one integrated solution against malware. Both technologies protect

you from spam, commodity malware, targeted malware, advanced persistent threats, phishing, and spoofing by using a combination of reputation blocking, filtering, heuristics clustering, behavioral analysis, sandboxing, etc. Furthermore, Microsoft is uniquely positioned to respond to the evolving threat space. We have the team that built the hypervisor where we do the detection, the team that built the sandbox on top of the hypervisor, the Windows engineering group that built the operating systems that are being attacked, and a collection of cyber-attack hunters and the people that protect Microsoft from malware, all of which provide full end-to-end coverage. And coming soon, ATP will be extended across Office 365 to protect documents and files in SharePoint Online, and Office applications including Word, Excel, and PowerPoint.

**Ease of use and administration. How much effort is involved?**
ATP can take less than a minute or two to set up. Setup simply requires the quick creation of Safe Attachments and Safe Links policies.

**Does Office 365 ATP provide malware sandboxing capabilities and threat insight to reveal who was targeted and a reporting summary to show incident history?**
Yes, Safe Attachments scanning occurs in a sandbox environment where we spin up multiple hypervisor environments, each running various versions of the OS, Office, and common 3rd party applications. Evidence gathered as a result of detonation is presented within message trace. ATP Safe Attachments provides various traffic reports which show gathered data for a tenant by disposition (was it blocked, replaced, etc.?) and by file type. Reports also show detailed data (i.e. date, sender, recipient, ID, subject). Message trace and URL tracing also provide query options to see the details of the ATP flow/evidence and actions on URLs and attachments.

**Does Office 365 ATP provide visibility and reporting for user actions like clicks on URLs? (Ex. What was the malicious URL that was blocked, who clicked on it and when did it occur?).**
Yes, message trace and URL trace provide insight as to the URL that was clicked, the user that clicked it, and the time it was clicked.

**Tell me what threats exist in my environment. Tell me which users are compromised by advanced threats. Protect me from commodity threats.**
EOP and ATP protect you from commodity threats, targeted threats, and advanced persistent threats. We are actively working on improving our reporting. By the end of 2016 we will be rolling out a new UI called Threat Explorer which will allow you to drill down and navigate through your threat data to pinpoint hot spots to get a deep understanding of attacks, and let you quickly identify top threats, top targeted users. Threat Explorer will also support full search capabilities. We will also be releasing a Threat Intelligence dashboard in 2017 that will give you insight into the threat landscape both within your organization and around the world.

**Data about threats is interesting but I want to see and understand the big picture.**
See above – regarding Threat Intelligence dashboard.

**Will your solution work by exposing APIs that allow organizations to pull alerts and threat intelligence data into SIEMs and log processing tools?**
Common SIEM vendors include Splunk, AlienVault, and LogRhythm. While it is too soon to say which solutions we will integrate with or how, we will be exposing APIs that will allow organizations to pull our alerts and threat intelligence data into their SIEMs and log processing tools.

**Do you provide a UI that is specific to the investigation of threats?**
Both Threat Explorer and the Threat Intelligence dashboard will provide UIs with charts, graphs, data points, etc. that you can use to investigate threats and trends.

# APPENDIX
# 166

https://www.linkedin.com/in/tomeralpert/?originalSubdomain=il   09/30/2020

**Looking for Board Roles?** - Advisory Boards are Seeking CEOs Right Now - Search 42 Currently Open.   Ad  ···

🔍 Search | Home | My Network | Jobs | Messaging | Notifications | Me ▾ | Work ▾ | Reactivate Premium

Ad ···

Michael, explore jobs at Facebook that match your skills

See jobs

## Tomer Alpert

Software Engineer, Calibra at Facebook

Israel · 434 connections · Contact info

Facebook
The Hebrew University

[Connect]  [Message]  [More...]

### People Also Viewed

- **Tal Benesh** · 3rd+
  Software Engineer at Facebook
- **Roni Aloni** · 3rd+
  Software Team Leader at Tufin
- **Ofir Hasbani** · 3rd+
  Software Development Team Lead at Innovid
- **Carmi Grushko** · 3rd+
  Software Engineer at Facebook
- **Yaara Cohen** · 3rd+
  Software Engineer at Microsoft
- **Shy Shalom** · 3rd+
  Wizard
- **Hanna Fadida** · 3rd+
  Principal Software Engineer at Redis Labs
- **Sigal Weiner** · 3rd 🏅
  Software Development Manager, CloudEndure...
- **Gilad Karni** · 3rd+
  Big Data R&D and Architecture
- **Shahar Bar** · 3rd
  Computer Vision & Deep Learning Researcher a...

### Experience

**Software Engineer**
Facebook
Mar 2019 – Present · 1 yr 7 mos
Tel Aviv – Jaffa, Tel Aviv District, Israel

**Microsoft**
9 yrs 10 mos

**Senior Software Engineer, WDATP**
Oct 2016 – Feb 2019 · 2 yrs 5 mos
Leading some cyber investigation features in the SecurityCenter.Windows.com portal.
Doing a bit of everything, based on the project needs - technical lead, cyber & data analysis, backend dev, frontend dev, PM and coffee. :)

**Senior Development Lead, WDATP**
Dec 2015 – Sep 2016 · 10 mos
Leading the detection team of Windows Defender Advanced Threat Protection during its first release.
Built detection logics and algorithms to identify Cyber attacks against our customers, utilizing our security expertise and machine learning know-how, as well as some really big data. :)

Show 3 more roles ⌄

**Team Leader**
IDF
Apr 2005 – May 2006 · 1 yr 2 mos
Team leader

**IDF**
3 yrs 1 mo

**Teacher and Counselor**
May 2004 – Feb 2005 · 10 mos
Teacher and Counselor in an IDF course.
Teaching mostly about computer networks and script-programming.

**Script programmer**
Feb 2002 – Apr 2004 · 2 yrs 3 mos
Programming mainly in Python, Perl, TCSH and SQL.
Also, conducted network analysis and technology analysis.

### Education

**The Hebrew University**
BSc, Computer Sciences, Cognition Sciences
2006 – 2009

Grades points average of 97.
Graduated Summa Cum Laude - top 2%.

Grades points average of 97.
Graduated Summa Cum Laude - top 2%.

Michael, learn what hiring managers look for in answers to top interview questions

▶ Tell me about a time you had to learn something quickly.

▶ Describe your most challenging project.

▶ Why do you want to work here?

See all questions

See all questions

### Skills & Endorsements

**Perl** · 13
Endorsed by 3 of Tomer's colleagues at Microsoft

**C#** · 13
Endorsed by David Bahat, who is highly skilled at this
Endorsed by 5 of Tomer's colleagues at Microsoft

**Python** · 10
Endorsed by Amir Rothschild and 3 others who are highly skilled at this

Show more ⌄

### Promoted ···

**Looking for Board Roles?**
Advisory Boards are Seeking CEOs Right Now - Search 42 Currently Open.

**$30K Tuition Scholarship**
Apply to Vanderbilt's online M.S. in computer science program by Nov 13.

**Need Developers ASAP?**
Hire the top 3% of developers in 48 hours. $0 Recruiting fee. Start now.

### Accomplishments

**1 Language**
Hebrew

### Interests

**Django**
35,822 members

**The Hebrew University of Jerusal...**
85,634 followers



Facebook
6,383,488 followers

The Israeli Navy Community
8,713 members

Job Networking in Israel
59,000 members

8200 Fellowship - Israeli IDF
12,971 members

See all

LinkedIn

About          Accessibility          Talent Solutions          Questions?          Select Language
                                                                Visit our Help Center.       English (English)

Messaging

Search messages

Liza from LinkedIn Premium
LinkedIn Offer • Thanks for being a...

Rodney Crater
Sponsored • Now Offering Online T...

Everett Stern
Everett: Hi Michael, great I will reach...

# APPENDIX
# 167



# Office 365 Advanced Threat Protection
Productivity built on security

# MICROSOFT THREAT PROTECTION
## INTELLIGENT & INTEGRATED

| IDENTITY | APPS & DATA | DEVICES | INFRASTRUCTURE |
|---|---|---|---|

    

| IDENTITY | APPS & DATA | DEVICES | INFRASTRUCTURE |
|---|---|---|---|
| MICROSOFT ADVANCED THREAT ANALYTICS | EXCHANGE ONLINE PROTECTION | WINDOWS DEFENDER ADVANCED THREAT PROTECTION | AZURE SECURITY CENTER |
| AZURE SECURITY CENTER | OFFICE 365 ADVANCED THREAT PROTECTION | | |
| AZURE ACTIVE DIRECTORY | OFFICE 365 THREAT INTELLIGENCE | | |
| MICROSOFT CLOUD APP SECURITY | | | |

# Integration across our platforms and services



Strengthening each platform and service through information sharing

1 billion
Windows devices updated

450 billion
Microsoft Azure user authentications

400 billion
Office emails analyzed

Exchange Online Protection

Preventing signature-based malware

Advanced Threat Protection

Preventing exposure to "unknown" threats

Cloud App Security

Understanding user behavior to customize policies

Threat Intelligence

Developing proactive cybersecurity strategy

# Office 365 Advance Threat Protection addresses our customer's challenges



Protect business
critical data



Detect compromised users



Gain visibility to
respond to threats

Protect your data

# Protect business critical data

Most security experts agree that email remains the #1 attack vector

**400 Billion**

emails analyzed every month in office 365

Large attack surface

**~57%**

of all email traffic is spam (Mar '17)[2]

Majority of email negatively impacts productivity

**6000%**

increase in ransomeware-infected emails

(2016-2017)[1]

The threat level is increasing

# Protect your data

- **Advanced Threat Protection Safe Attachments:** detonating  malicious attachments



# Our approach to security has made Office ATP exceptional



> 99.9%
malware catch rate

**2017**

**2015**

**2016**







# Protect your data

- Our features and enhancements limit the impact to user productivity: Dynamic Delivery





Dynamic delivery: Reducing the impact from sandboxing latency

Continuously lowering latency times

# Protect your data

- Our features and enhancements limit the impact to user productivity: Document Preview



# Protect your data

- **Advanced Threat Protection Safe Links:** Time of click protection for malicious links



Rewriting URLs to redirect to a web server.

User clicking URL is taken to EOP web servers for the latest check at the "time-of-click"

Web servers perform latest URL reputation check

# Office 365 Phish Protection Stack (*Enhanced*)



**Mail Flow Protection**  **Post Delivery Protection**  **Detect & Respond**

Edge Block

Sender Authentication Checks

*Soon:* ATP User Intelligence

AV Engine Scan

ATP Machine Learning Models

Implicit Intra Org Domain Spoof Detection

*Soon:* ATP User Impersonation Detection

URL Reputation Scan

ATP Heuristic Clustering

*Soon:* ATP Implicit External Domain Spoof Detection

*Soon:* ATP Domain Impersonation Detection

Phish Content Analysis Heuristics/Rules

*New:* ATP block of attachments with bad URLs

*New:* Windows 10 based Rep Scan

*New:* ATP Attachment Detonation for phishing

ATP Safe link Time of click Protection

ATP ZAP

*New:* Safe link for Internal Mail

Multi factor Authentication for Office 365

*Enhanced:* Safe link for Office Clients

*Enhanced:* Client Tips for Suspicious Mails

Tenant Block URL for Safe links

Monitor for risky user/App activity

*Enhanced:* Threat Explorer

*New:* Rich Reports & Insights

*New:* Explore malicious submissions in Threat Explorer

12

# **Protect** leveraging Machine Learning Models identifying phish lures



# **Protect** with Office 365 ATP enhanced Anti-phish Capabilities



## Standard protection

- Implicit Spoof Protection; DMARC; SPF
- Content based protection
- URL verification against known phishing lists
- Safety Tips for mails detected as phish
- Inline Reporting

## Advanced protection

- Machine Learning Models
- Time of Click Protection (Safe links)
- Detonation of Content
- Users contact graph

**Protect**: Admins can create enhanced <u>Anti-impersonation settings</u>

- User impersonation

- Domain impersonation

- Mailbox Intelligence



# **Protect** with Mailbox Intelligence

- First Contact Graph

- Machine Learning

- Provides tip when email is received from for first time from address



# **Protect**: Admins can apply internal safe links for intra-org emails

- Protects against compromised accounts

- Only security service that can do intra-org link analysis within compliance boundary of Office 365

- Easily enabled



# **Protect**: Admins can apply sophisticated anti-spoof settings



# **Protect** users by enabling <u>message reporting</u> of potential phish



**Report Message Add-in**

- Admins can <u>enable</u> the 'Report Message' add-in
- Button enables end users to report suspicious emails directly to Microsoft for analysis
- Emails can be classified:
  - Phish
  - Junk
  - Not Junk

# Protect your data

- **Advanced threat protection:** URL detonation



# Protect your data

- Threat protection extends to your entire Office 365 ecosystem

Email is only one attack vector

Threat protection has extended coverage

Microsoft enables security for multiple office workloads



# Protect your data

- Advanced threat protection for your collaboration workloads

SharePoint          OneDrive               Microsoft Teams



# Protect your data

- Advanced security for your desktop clients

Word            Excel            PowerPoint        Visio

Improve your security against advanced threats, unknown malware, and zero-day attacks

Protect users from malicious links with time-of-click protection

Safeguard your environment from malicious documents using virtual environments



# Detect compromised users

# Reporting dashboard



# Detect compromised users

## Security & compliance center reporting dashboard

- Inbound vs. Outbound Malware



# Detect compromised users

## Security & compliance center reporting dashboard

- Inbound vs. Outbound Malware
- ATP Safe Attachment File Disposition



# Detect compromised users

Security & compliance center reporting dashboard

- Inbound vs. Outbound Malware

- ATP Safe Attachment File Disposition

- ATP Safe Attachment Files Caught *(Excel, PPT, Word, etc.)*



# Detect compromised users

**Security & compliance center reporting dashboard**

- Inbound vs. Outbound Malware

- ATP Safe Attachment File Disposition

- ATP Safe Attachment Files Caught *(Excel, PPT, Word, etc.)*

- Malware caught in tenant



# Detect compromised users

Security & compliance center
reporting dashboard

- Inbound vs. Outbound Malware

- ATP Safe Attachment File Disposition

- ATP Safe Attachment Files Caught
  *(Excel, PPT, Word, etc.)*

- Malware caught in tenant

- Message details/trace



# Detect compromised users

**Advanced reporting
for advanced threat protection**

- Detection technology used
  (Safe Links/Safe Attachments/EOP)

- Detonation details (also offered in
  Threat Intelligence)

- Links blocked with emails for the
  last 7 days

- Message details/trace (also offered in
  Threat Intelligence)



# Gain visibility to respond to threats

# Gain Visibility : Office ATP Dashboard



















# Today and Beyond

# Security Focused Investments for Advanced Threat Protection



| 2015 | 2016 | 2017 |
|---|---|---|
| Safe Attachments | Safe Attachments | Safe Attachments |
| Safe Links | Safe Links | Safe Links |
| Reporting (URL Trace/Message Trace) | Reporting (URL Trace/Message Trace) | Reporting (URL Trace/Message Trace) |
| Detonation Latency ~ 6 mins | Windows Integration Beginning | Reporting Dashboard |
| | Detonation Latency ~ 4 mins | Protection Status Report |
| | | Per-tenant Block List |
| | | Wildcarding |
| | | Dynamic Delivery |
| | | Document Preview |
| | | SIEM Integration |
| | | Deeper Windows Integration |
| | | Integration with Edge |
| | | 3ML models for Anti-phish |
| | | Expanding coverage to other workloads |
| | | Detonation Latency ~ **60 s** |

# What's next?

**ATP SIEM Integration**
We will be enabling SIEM integration for ATP.  ATP's threat feeds will be available through the Office 365 Management Activity API which can then connect to several different SIEM solutions.

**Safe Links Native Link Rendering**
ATP Safe Links solution will soon enable users to see the original link when they hover over a URL.  This feature is especially useful for users who have been trained on looking for malicious indicators for URLs.





© 2017 Microsoft Corporation. All rights reserved.

45

# APPENDIX
# 168

# What's next?

**ATP SIEM Integration**
We will be enabling SIEM integration for ATP. ATP's threat feeds will be available through the Office 365 Management Activity API which can then connect to several different SIEM solutions.

**Safe Links Native Link Rendering**
ATP Safe Links solution will soon enable users to see the original link when they hover over a URL. This feature is especially useful for users who have been trained on looking for malicious indicators for URLs.



# APPENDIX
# 169



# Tech Summit Roadshow

Build your cloud Skills with the latest in
Azure, Microsoft 365 & Dynamics 365





# Secure Productivity with Office 365 Threat Protection

Olivier Charron
Technical Solutions Professional
Threat Management



# Digital trends are changing the way people work



Of all cyberattacks, of both incidents and breaches, are delivered via phishing emails



Of people click on any given phishing campaign



Intent of phishing attacks are to steal a user's credentials



Of breaches took months, or longer to discover

[1]Multiple industry sources

# Evolving Threat Landscape: Growth in Phishing Attacks

Surge in P                                                             s Links



Phishing
Messages

## We are taking new steps against broadening threats to democracy

Aug 20, 2018   |   Brad Smith - President

### An expansion of political targets

Last week's order transferred control of the six internet domains listed below from Strontium to Microsoft, preventing Strontium from using them and enabling us to more closely look for evidence of what Strontium intended to do with the domains. These six domains are listed here:

my-iri.org

hudsonorg-my-sharepoint.com

senate.group

adfs-senate.services

adfs-senate.email

office365-onedrive.com

# Ransomware in the past year?



# Shift towards File less attacks

- **Fileless is growing:** Poneman Institute projects fileless techniques will be used in 35% of compromises in FY 2018[1]

- **Fileless attacks are effective:** 77% of reported successful attacks were fileless[2]



[1,2] The 2017 State of Endpoint Security Risk Report

# The challenge of securing your environment



Bad actors are using increasingly creative and sophisticated **attacks**

The digital estate offers a very broad surface area that is difficult to **secure**

Intelligent correlation and action on signals is difficult, time-consuming, and **expensive**

# Microsoft Intelligent Security Graph

Unique insights, informed by trillions of signals

Outlook

OneDrive

Shared threat data from partners, researchers, and law enforcement worldwide

**5B** threats detected on devices every month

**400B** emails analyzed

**1.2B** devices scanned each month

**200+** global cloud consumer and commercial services

Windows

Botnet data from Microsoft Digital Crimes Unit

Microsoft accounts

Azure

Enterprise security for **90%** of Fortune 500

Bing

**18B+** Bing web pages scanned

**450B** monthly authentications

**750M**+ Azure user accounts

Xbox Live



# Microsoft Threat Protection

**Identities**

Users and Admins

**Endpoints**

Devices and Sensors

**User Data**

Email messages and documents

**Cloud Apps**

SaaS Applications and Data Stores

**Infrastructure**

Servers, Virtual Machines, Databases, Networks

Intelligent Security Graph
**6.5 TRILLION** signals per day

# Microsoft Threat Protection

① **Identities:** Validating and verifying both user and admin accounts

② **Endpoints:** protecting user devices and signals from sensors

③ **User Data:** evaluating email messages and documents for malicious content

④ **Cloud Apps:** protecting SaaS applications and their associated data stores

⑤ **Infrastructure:** protecting servers, virtual machines, databases and networks across cloud and on-premises locations


Azure Active Directory


Azure Advanced Threat Protection


Microsoft Cloud App Security


Microsoft Intune


Windows 10


Azure Security Center


Windows Defender Advanced Threat Protection


Office 365 Advanced Threat Protection


Office 365 Threat Intelligence


Windows Server Linux


Exchange Online Protection


SQL Server

# Integration across our platforms and services







# Protect Your Data





6000% increase in ransomeware-infected emails (2016-2017)

400 Billion emails analyzed every month in Office 365

57% of all email traffic is spam

Living off the land. Attackers use evasion-techniques

# Modern Phishing Threat Chain



# Protect your data

- **Advanced Threat Protection Safe Attachments**: detonating  malicious attachments



# Our approach to security has made Office ATP exceptional



**2017**

**2016**

**2015**







# Protect your data

- Our features and enhancements limit the impact to user productivity: Dynamic Delivery





Dynamic delivery: Reducing the impact from sandboxing latency

Continuously lowering latency times

# Protect your data

- Our features and enhancements Limit the impact to user productivity: Document Preview



# Protect your data

- **Advanced Threat Protection Safe Links:** Time of click protection for malicious links



Rewriting URLs to redirect to a web server.

User clicking URL is taken to EOP web servers for the latest check at the "time-of-click"

Web servers perform latest URL reputation check

# Office 365 Phish Protection Stack

Mail Flow Protection
Post Delivery Protection
Detect & Respond
Edge Block
Sender Authentication Checks
Implicit Intra Org Domain Spoof Detection
ATP Implicit External Domain Spoof Detection
ATP User Intelligence
ATP User Impersonation Detection
ATP Domain Impersonation Detection
AV Engine Scan
URL Reputation Scan
Phish Content Analysis Heuristics/Rules
Windows 10 based Rep Scan
ATP Machine Learning Models
ATP Heuristic Clustering
ATP block of attachments with bad URLs
ATP Attachment Detonation for phishing
ATP Safe link Time of click Protection
ATP ZAP
Safe link for Internal Mail
Multi factor Authentication for Office 365
Safe link for Office Clients
Client Tips for Suspicious Mails
Tenant Block URL for Safe links
Monitor for risky user/App activity
Threat Explorer
Rich Reports & Insights
Explore malicious submissions in Threat Explorer

# **Protect** leveraging Machine Learning Models identifying phish lures



# **Protect** with Office 365 ATP enhanced Anti-phish Capabilities



## Standard protection

- Implicit Spoof Protection; DMARC; SPF
- Content based protection
- URL verification against known phishing lists
- Safety Tips for mails detected as phish
- Inline Reporting

## Advanced protection

- Machine Learning Models
- Time of Click Protection (Safe links)
- Detonation of Content
- Users contact graph

**Protect**: Admins can create enhanced <u>Anti-impersonation settings</u>

- User impersonation

- Domain impersonation

- Mailbox Intelligence



# **Protect** with Mailbox Intelligence

- First Contact Graph

- Machine Learning

- Provides tip when email is received from for first time from address



# **Protect**: Admins can apply internal safe links for intra-org emails

- Protects against compromised accounts

- Only security service that can do intra-org link analysis within compliance boundary of Office 365

- Easily enabled



# **Protect**: Admins can apply sophisticated anti-spoof settings



# **Protect** users by enabling [message reporting](message reporting) of potential phish



**Report Message Add-in**

- Admins can [enable](enable) the 'Report Message' add-in
- Button enables end users to report suspicious emails directly to Microsoft for analysis
- Emails can be classified:
  - Phish
  - Junk
  - Not Junk

# Protect your data

- **Advanced threat protection**: URL detonation



# Enhancing Securing the End User



Office 365 ATP Safe Links: Native Link rendering showing the original URL in **Outlook**



Summary of New Office 365 ATP Safe Links Warning Pages for time-of-click protection

# Securing your productivity scenarios:

## Office clients and Office online





**Word iOS client** showing **Office 365 ATP Safe Links** block from a click within a document.

**Word Online** showing **Office 365 ATP Safe Links** block from a click within a document.

# Protect your data

- Threat protection extends to your entire Office 365 ecosystem

Email is only one attack vector

Threat protection has extended coverage

Microsoft enables security for multiple office workloads



# Protect your data

- Advanced threat protection for your collaboration workloads

SharePoint OneDrive Microsoft Teams



# Securing your collaboration scenarios:

## SharePoint Online, OneDrive for Business and Microsoft Teams



**OneDrive iOS app** showing files detected and blocked by Office 365 ATP



**SharePoint Online WebUX** showing files detected and blocked by Office 365 ATP



**Microsoft Teams desktop client** showing files detected and blocked by Office 365 ATP

# Securing your collaboration scenarios:

## Office 365 ATP Safe Links protection in Microsoft Teams



Malicious URL in conversations from Guest/External user in **Teams desktop client**

**Office 365 ATP** blocks a malicious link click from **Teams desktop client**

# Protect your data

- Advanced security for your desktop clients

Word          Excel          PowerPoint          Visio

Improve your security against advanced threats, unknown malware, and zero-day attacks

Protect users from malicious links with time-of-click protection

Safeguard your environment from malicious documents using virtual environments





# Detect Compromised Users





200+Median number of days attackers are present on a victims network before detection

Living off the land. Attackers use evasion-techniques

Difficult to make sense of the threats detected

# Reporting dashboard



# Detect compromised users

Security & compliance center reporting dashboard

- Inbound vs. Outbound Malware



# Detect compromised users

## Security & compliance center reporting dashboard

- Inbound vs. Outbound Malware
- ATP Safe Attachment File Disposition



# Detect compromised users

## Security & compliance center reporting dashboard

- Inbound vs. Outbound Malware

- ATP Safe Attachment File Disposition

- ATP Safe Attachment Files Caught *(Excel, PPT, Word, etc.)*



# Detect compromised users

## Security & compliance center reporting dashboard

- Inbound vs. Outbound Malware

- ATP Safe Attachment File Disposition

- ATP Safe Attachment Files Caught *(Excel, PPT, Word, etc.)*

- Malware caught in tenant



# Detect compromised users

## Security & compliance center reporting dashboard

- Inbound vs. Outbound Malware

- ATP Safe Attachment File Disposition

- ATP Safe Attachment Files Caught *(Excel, PPT, Word, etc.)*

- Malware caught in tenant

- Message details/trace



# Detect compromised users

**Advanced reporting
for advanced threat protection**

- Detection technology used
  (Safe Links/Safe Attachments/EOP)

- Detonation details (also offered in
  Threat Intelligence)

- Links blocked with emails for the
  last 7 days

- Message details/trace (also offered in
  Threat Intelligence)



# Detect compromised users

Insight within the security dashboard

- Highlighting Users targeted by phishing campaigns

- Alerts and insights help improve your configurations





# Gain Visibility to Respond to Threats





More threats detected

Cyber-capacity problem

Manual investigation requires time

People do not like to do jobs machines can do

# Gain Visibility : Office ATP Dashboard



















# Real-time investigation surface

Malware and phish in emails and files + emails reported by users can be investigated real-time.

- ✓ **Real-time reports** with Email > Malware, Phish and User-reported messages

- ✓ Includes **URL clicks** and **URL views** in Email > Phish view.

- ✓ These enhanced admin views are critical to powering your security investigation scenarios.



**Real-time investigation for** showing emails quarantined as spam, malware, phish or due to mail flow rules from EOP and Office 365 ATP



# Empowering you to protect your organization

Improved **quarantine** investigation experience (email and files) – aggregates, export message list, enhanced actions.



# Empowering you to protect your organization

End user spam notifications (**ESNs**) with enhanced actions and deep-links to quarantine UX.



# Office 365 Management API for threat events

Customers can leverage the ATP email malware and phish events in the Office 365 Management API

 **Schema** for Office 365 ATP and Threat Intelligence events in the Management API.



Schema for **Office 365 ATP** malware and phish detections in the Office 365 Management API

# Office 365 Management API for threat events

Customers can leverage the ATP email malware and phish events in the Office

 Sample Office 365 ATP malware, phish, time-of-click events from Management API

```
{
"CreationTime": "2C
"Id": "13c8000f-dce
"Operation": "TIMai
"OrganizationId": "e
"RecordType": 28,
"UserKey": "ThreatI
"UserType": 4,
"Version": 1,
"Workload": "Threat
"ObjectId": "ee0ea6
"UserId": "jdjadhj6>
"DetectionMethod":
"DetectionType": "I
"InternetMessageId
"MessageTime": "2C
"NetworkMessageId
"P1Sender": "termn
"P2Sender": "jdjadh
"Recipients": [
   "johndoe@o365TISDFV2.onmicrosoft.com"
],
"SenderIp": "66.114.104.70",
"Subject": "Important tax information",
"Verdict": "Phish"
},
```

```
{"CreationTime":"2018-09-12T17:36:53",
 "Id":"bb0b7728-e5da-4ffe-aa8c-78990d9d418b",
 "Operation":"TIUrlClickData",
 ""OrganizationId"":"e3d69322-d40b-45c2-b17c-7d6b981d7c7b",
 "RecordType":41,
 "UserKey":"ThreatIntel",
 "UserType":4,"Version":1,
 "Workload":""ThreatIntelligence",
 ""UserId"":""johndoe@o365TISDFV2.onmicrosoft.com",
 "AppName":""Mail"",
 "Blocked":true,
 "ClickedThrough":false,
 "SourceId":"500c0791-1104-4397-3168-08d618466683",
 "TimeOfClick":""2018-09-12T17:36:24",
 "Url"":""http://service.freebie.com/"",
 "UserIp":"131.107.147.30"}
},
```

```
...i.protection.outlook.com>",
```

```
 "DetectionType": "Inline",
 "InternetMessageId": "<DC2BB636.ED634A3B@gmail.com>",
 "MessageTime": "2018-08-07T05:47:37",
 "NetworkMessageId": "93f2dca8-2579-4c54-a37c-08d5fc294743",
 "P1Sender": "termmatch@freebie.org",
 "P2Sender": "husechristena45cafgi@gmail.com",
 "Recipients": [
    "johndoe@o365TISDFV2.onmicrosoft.com"
 ],
 "SenderIp": "66.114.104.70",
 "Subject": "Reach Millions of FB Groups Members with our service",
 "Verdict": "Malware"
},
```

# Automated investigation and response:

Helping SOC teams protect their organizations against threats/risks that start with Office 365 with improved effectiveness and efficiency

✓ **Security** focused dashboard
showing key security, investigation and threat metrics and trends

✓ **Automated investigation and response**
on security events alerts





**Today and Beyond...**

# How we stacked up last year





# How we stack up today



Normalized miss by vendor

Mail flow volume

# Microsoft Threat Protection

| | |
|---|---|
|  1 | Phishing Protection |
| 2 | Protect against Mining and advanced malware |
| 3 | Protect against fileless malware |

 Azure Active Directory

 Azure Advanced Threat Protection

Microsoft Cloud App Security

Microsoft Intune

 Windows 10

Azure Security Center

 Windows Defender Advanced Threat Protection

 Office Advanced Threat Protection

 Office Threat Intelligence

 Windows Server Linux

 Exchange Online Protection

SQL Server

# Microsoft Threat Protection



Azure Active Directory


Azure Advanced Threat Protection


Microsoft Cloud App Security

① Phishing Protection


Microsoft Intune


Windows 10


Azure Security Center

② Protect against Mining and advanced malware


Windows Defender Advanced Threat Protection


Office Advanced Threat Protection


Office Threat Intelligence

③ Protect against fileless malware


Windows Server Linux

Exchange Online Protection

SQL Server

# Microsoft Threat Protection

 

① Phishing Protection

② Protect against Mining and advanced malware

③ Protect against fileless malware


Azure Active Directory


Azure Advanced Threat Protection


Microsoft Cloud App Security


Microsoft Intune


Windows 10


Azure Security Center


Windows Defender Advanced Threat Protection


Office Advanced Threat Protection


Office Threat Intelligence


Windows Server Linux

Exchange Online Protection

SQL Server

## SIGN UP FOR THE TRIAL
Office E5 Trial

## DOCS RESOURCES
Configuration

## ADVANCED THREAT PROTECTION KIT
https://aka.ms/atpkit



# Office
## Advanced Threat Protection

Protect your email, files, and Office 365 applications against unknown and sophisticated attacks. .



START TRIAL

APPENDIX
170

https://www.theguardian.com/technology/2014/may/27/hacker-sabu-walks-free-sentenced-time-served                     09/30/2020



Advertisement



## Support The Guardian
Available for everyone, funded by readers

Contribute →   Subscribe →

Search jobs   Sign in   Search ⌄   US edition ⌄

# The Guardian

**News**   **Opinion**   **Sport**   **Culture**   **Lifestyle**   More ⌄

US  Elections 2020  World  Environment  Soccer  US Politics  Business  Tech  Science  Newsletters

**Hacking**

⬤ This article is more than **6 years old**

# LulzSec hacker 'Sabu' released after 'extraordinary' FBI cooperation

**Authorities credit Hector Xavier Monsegur with helping them cripple Anonymous in lenient sentence of time served**


**Ed Pilkington** *in New York*

🐦 @edpilkington
Tue 27 May 2014 16.38 EDT

f  🐦  ✉  ⧉
1,006   💬 328



Advertisement



▲ Hector Xavier Monsegur, the notorious hacker known as Sabu, arrives for sentencing on Tuesday. Photograph: Brendan McDermid/Reuters

Hector Xavier Monsegur, who by the US government's calculations participated in computer hacker attacks on more than 250 public and private entities at a cost of up to $50m in damages, was released from a Manhattan courtroom on Tuesday after the judge saluted his "extraordinary cooperation" with the FBI.

Monsegur, or "Sabu" as the celebrated hacker was known, was sentenced to time served - equivalent to the seven months he spent in prison last year - plus a year's supervised release, in reward for having spent much of the past three years working as a federal informant. He had been facing a maximum sentence according to official guidelines of more than 26 years.

His lenient sentence seals his reputation as one of the hacker world's most hated figures, a skilled technician who turned from having been a leading figure of the Anonymous and LulzSec collectives into what was in effect an undercover FBI agent. Dressed in grey trousers and a loose black shirt, Monsegur told the court: "I'm not the same person I was three years ago. I've come a long way. I've had to do a lot of thinking and soul-searching."



Advertisement

As she announced her decision, Loretta Preska, the chief judge of the federal district court for the southern district of New York, repeatedly praised what she called his "truly extraordinary cooperation". She said he had provided "sophisticated and complex assistance to the government allowing them to pierce the secrecy surrounding LulzSec and successfully prosecute its members".

Preska added that his work as an informant was all the more exceptional because it was carried out at considerable personal risk, federal officials having revealed that Monsegur was working for them early on in the operation. "There is no question that Mr Monsegur and his family were subject to threats and assaults," she said.

But condemnation from those who Monsegur had betrayed was swift and strong. A spokesperson for Anonymous told the Guardian that "Monsegur is, first and foremost, a criminal; the FBI's cyber crime task force are his co-conspirators. While operating under their supervision, Monsegur committed numerous felonies which should in no way be excused due to his protected informant status."



▲ Anonymous told the Guardian the FBI uses informants 'with the hope of pacifying online dissent and snuffing out journalistic investigations into the US government's misconduct'. Photograph: Janos Marjai/AP

Anonymous added: "The FBI continues to use captured informants, who commit egregious crimes in pursuit of reduced sentences, for the sole purpose of creating 'examples' to frighten the public. They do this with the

**most viewed in US**


The family whose Black Lives Matter sign shook their conservative town


Donald Trump ensures first presidential debate is national humiliation


Moderator Chris Wallace criticized as Biden drowned out by Trump in debate


How the chaos of the first debate was received at three very different watch parties


I visited Donald Trump's state park and it's not a park

hope of pacifying online column and muffling out journalistic investigations into the US government's misconduct."

In a sentencing memorandum released by Preet Bharara, the US attorney for the southern district of New York, on Friday the government revealed that Monsegur had directly helped to identify and convict eight of his peers in the Anonymous and LulzSec hacker collectives. Most notably, he was seminal in nailing Jeremy Hammond, who at the time was the FBI's number one most wanted cybercriminal in the world, for his role in hacking into the private intelligence firm Stratfor.

Advertisement



Hammond was sentenced to 10 years in prison last November for his role in the computer breach. What was not discussed during Monsegur's sentencing on Tuesday was that when he was convicted, Hammond claimed that Monsegur himself had directed much of his criminal activity, including attempts to break into the websites of foreign governments.

Hammond said that Monsegur, operating as "Sabu", had supplied him with lists of foreign countries vulnerable to attack including Brazil, Iran and Turkey. Hammand went so far as to suggest that the FBI had been using him to launch cyber-attacks around the world, with Monsegur acting as the coordinator.

Hammond told Preska - the same judge who let Monsegur walk free on Tuesday - as she sentenced him to 10 years: "The government celebrates my conviction and imprisonment, hoping that it will close the door on the full story. I took responsibility for my actions, by pleading guilty, but when will the government be made to answer for its crimes?"

In addition to Hammond, Monsegur was also key to the convictions of other LulzSec members, including in the UK Jake Davis, who went by the internet handle "Topiary", who was sentenced to two years in a young offender institution; Ryan Ackroyd, aka "Kayla", sentenced to 30 months' imprisonment; Ryan Cleary, sentenced to 32 months in prison; and Mustafa Al-Bassam, aka "T-Flow", sentenced to 20 months suspended for two years. LulzSec members in Ireland, Darren Martyn and Donncha O'Cearrbhail, were also caught in the Sabu net.

One defendant, Matthew Keys, a former Reuters journalist, is awaiting trial in the US on charges that he permitted unauthorized access to the computer systems of an old employer, the Tribune Company.



▲ Hector Xavier Monsegur,outside the US district court for the southern district of New York.
Photograph: Brendan McDermid/Reuters

The sentencing hearing and memorandum have opened a window into the extent the FBI will go in turning prominent hackers into informants. Monsegur's defence attorney, Peggy Cross-Goldenberg, told the court that a camera had been installed in his apartment in a public housing project in Manhattan so that his computer activities could be monitored 24 hours a day. "For nine months, he gave everything he had," she said.

The memorandum discloses that in order to catch Hammond, Monsegur had been put at the hub of a vast web of surveillance. During the Hammond investigation, it says, Monsegur in New York "engaged in online chats with Hammond (who was then in Chicago), while coordinating with FBI agents in New York, physical surveillance teams deployed in Chicago, and an electronic surveillance unit in Washington DC."

Monsegur began hacking computers in 2003, and by 2006, the government says, he was engaged in criminal hacking for his own personal gain. His first act of political "hacktivism" appears to have been with Anonymous when he took part in distributed denial of service DDoS attacks on PayPal, Mastercard and Visa in protest at the companies' refusal to handle donations to the free information group WikiLeaks.

In May 2011 he became a founder member of LulzSec, a splinter of Anonymous, that operated as a tight team of highly skilled hackers in the US, UK and Ireland. Together they went on an audacious spree of attacks, ranging from the internet security firm HB Gary, the website of X-Factor on Fox Television, Nintendo's computer system and the website of the US senate. An FBI affiliate in Atlanta, Infragard/Unveillance, was also breached.

On 7 June 2011, FBI agents knocked on Monsegur's door in Manhattan. His transformation from a hacker legend into an informant was instantaneous - he agreed to cooperate with the government immediately. The speed of his conversion was significant, and praised by Preska during her sentencing on Tuesday, as it prevented a security mechanism kicking in among LulzSec members who had agreed to destroy all their files should any of them go offline for any length of time.

As Monsegur begins his year's supervised release, including close monitoring of his computer use, questions are likely to remain over the nature of his lenient sentence, and particularly his alleged role in spearheading attacks on foreign governments while acting on behalf of the FBI.

Professor Ahmed Ghappour of UC Hastings college of the law, an expert in

complete law, albeit was one thing to help the FBI as a sting operation or perpetrators of a crime already in motion, and another when you contribute to the creation, inducement and execution of a crime that never was. Particularly when those crimes may very well affect our foreign policy."

### America faces an epic choice ...

... in the coming months, and the results will define the country for a generation. These are perilous times. Over the last four years, much of what the Guardian holds dear has been threatened – democracy, civility, truth.

The country is at a crossroads. The Supreme Court hangs in the balance – and with it, the future of abortion and voting rights, healthcare, climate policy and much more. Science is in a battle with conjecture and instinct to determine policy in the middle of a pandemic. At the same time, the US is reckoning with centuries of racial injustice – as the White House stokes division along racial lines. At a time like this, an independent news organization that fights for truth and holds power to account is not just optional. It is essential.

Like many news organizations, the Guardian has been significantly impacted by the pandemic. We rely to an ever greater extent on our readers, both for the moral force to continue doing journalism at a time like this and for the financial strength to facilitate that reporting.

We believe every one of us deserves equal access to fact-based news and analysis. We've decided to keep Guardian journalism free for all readers, regardless of where they live or what they can afford to pay. This is made possible thanks to the support we receive from readers across America in all 50 states.

As our business model comes under even greater pressure, we'd love your help so that we can carry on our essential work. **If you can, support the Guardian from as little as $1 – and it only takes a minute. Thank you.**

[ Support The Guardian → ]   VISA   masterpass   AMERICAN EXPRESS   P PayPal   Diners Club   DISCOVER

Topics
**Hacking**

Anonymous · news

🟠 🐦 ✉️ in 📌                    Reuse this content

---

**comments** (328)

Sign in or create your Guardian account to join the discussion.

Order by Oldest ∨    Threads Collapsed ∨         1  2  3  4  ... ∨  ›

👤 **truthspeaker**  27 May 2014 12:24                    119 ↑
Snitch
‹ Share                                              Report

---

See options →

The Guardian's complete digital subscription is built to fit with any routine. Two innovative apps, plus ad-free reading on theguardian.com, will give you an enhanced experience of our reporting across all your devices with a 14-day free trial.

Subscribe now →

Get a global perspective on the issues that matter. Subscribe to The Guardian's essential new magazine.
6-Issues for $6

Subscribe now →

### Related stories

**Prosecutors seek leniency for hacker Sabu who helped tackle Anonymous**
🕑 26 May 2014   💬 23

**LulzSec hacker arrested over Sony attack**
🕑 29 Aug 2013

**Alleged LulzSec hacker may escape extradition to US**
🕑 11 Jun 2013

**Alleged British hacker accused of LulzSec attack on CIA website**
🕑 16 Mar 2013

LulzSec's Sabu: 'ask me about the CIA'
🕑 7 Mar 2012

LulzSec leader Sabu was working for us, says FBI
🕑 7 Mar 2012

Know your Anonymous from your LulzSec
🕑 7 May 2012

Lulzsec mastermind Sabu: an elite hacker and star FBI informant
🕑 6 Mar 2012

---

**comments** (328)

Sign in or create your Guardian account to join the discussion.

Order by Oldest ∨    Threads Collapsed ∨         1  2  3  4  ... ∨  ›

👤 **truthspeaker**  27 May 2014 12:24                    119 ↑
Snitch
‹ Share                                              Report

👤 **TheMarkyD** → truthspeaker  27 May 2014 12:30      26 ↑
Took the word straight out of my mouth!
Ahh what the hell... Snitch!
‹ Share                                              Report

👤 **User266429** → TheMarkyD  27 May 2014 12:34      9 ↑
Beats dropping the soap in the prison showers.
‹ Share                                              Report

⊕ Show 29 more replies

👤 **nofxer**  27 May 2014 12:25                         17 ↑
Not much honour amongst thieves then...
‹ Share                                              Report

👤 **vikingaktig** → nofxer  27 May 2014 15:12          42 ↑
Is Anonymous a bunch of thieves? They oppose bulk surveillance by NSA and GCHQ. In this case the thieves are those who stole our right to privacy.
‹ Share                                              Report

👤 **User499930** → vikingaktig  27 May 2014 17:32      9 ↑
Anonymous don't exactly respect privacy. Nor are they accountable to anybody. They choose agendas and victims arbitrarily, based on their own fluid moral code. For example, long before the NSA revelations, they attacked institutions representing entertainment artists because they do not respect copyright law.
‹ Share                                              Report

+ Show 3 more replies

+ View more comments

**Most popular**

The family whose Black Lives
Matter sign shook their
conservative town

Proud Boys: who are far-right group
that backs Donald Trump?

# APPENDIX
# 171

https://www.itproportal.com/2014/05/27/lulzsec-leader-turned-informant-helped-fbi-foil-300-cyber-attacks/

09/30/2020

 ITProPortal

  RSS    Search 🔍

🏠   News   Best VPN   Reviews   Features   Resources   Categories ▼

ITProPortal is supported by its audience. When you purchase through links on our site, we may earn an affiliate commission. Learn more

Home  >  News

# Lulzsec leader turned informant helped FBI foil 300 cyber attacks

By Paul Cooper    May 27, 2014

The former "leader" of notorious hacking group LulzSec has helped the FBI stop more than 300 cyber attacks since his arrest for hacking in 2011.

Hector Xavier Monsegur, who went by the online handle "sabu", was one of Lulzsec's six core members, and was described by The Economist as their "most expert" hacker. While a member of Lulzsec, he served primarily as a "rooter," analysing code for vulnerabilities which could then be exploited to gain access to restricted systems.

The group, whose unofficial motto was "laughing at your security since 2011", carried out a huge variety of attacks on media outlets, government agencies and contractors, as well as private companies.



What Can an Answering Service Do For My Business?
Sponsored by PatLive                    Learn More ▶

Monsegur was arrested in June 2011, and agreed to turn informant for the FBI while continuing his online persona, something that has gained him a huge amount of notoriety online.

At a secret bail hearing in August 2011, one US defence attorney argued that "since literally the day he was arrested, the defendant has been cooperating with the government proactively," sometimes staying up all night engaging in conversations with co-conspirators to help the government build cases against them.

As an informant, Monsegur provided the FBI with details enabling the arrest of five other hackers associated with the groups Anonymous, Lulzsec and Antisec.

Now it turns out that he has been an integral part of the American authorities' war against cyber crime, with the FBI describing him as "an extremely valuable and productive cooperator."

25 Innovative Gadgets Of 2020
They're selling like crazy. Everyone wants them.                    Ad

"Monsegur's consistent and corroborated historical information, coupled with his substantial proactive cooperation and other evidence developed in the case, contributed directly to the identification, prosecution, and conviction of eight of his major co-conspirators, including Jeremy Hammond, who at the time of his arrest was the FBI's number one cyber-criminal target in the world," a sentencing memo among the documents filed said.

He also helped prevent major hacking attacks that were being planned. Victims of the attacks would have included the US Armed Forces, the US Congress and NASA as well as a "television network, a video game manufacturer and an electronics conglomerate".

Using Monsegur's help, "the FBI estimates that it was able to disrupt or prevent at least 300 separate computer hacks... Although difficult to quantify, it is likely that Monsegur's actions prevented at least millions of dollars in loss to these victims."

For his cooperation, prosecutors have recommended that he receives a reduced sentence.

Get updates from all sorts of things that matter to you

SUBSCRIBE TO PUSH NOTIFICATIONS

Advertisement

 Nest                    $129.99
Alerts let you know what's happening around your home.
Nest Cam Indoor
Buy now

✉ GET WEEKLY NEWS AND ANALYSIS

Sign up below to get the latest from ITProPortal, plus exclusive special offers, direct to your inbox!

Your Email Address

Receive news and offers from our other brands?
○ Yes   ○ No

Receive mail from us on behalf of our trusted partners or sponsors?
○ Yes   ○ No

SIGN ME UP

No spam, we promise. You can unsubscribe at any time and we'll never share your details without your permission.

Advertisement

 mimecast

90% of breaches start with your employees

Fight back with secure email protection and employee training.

GET RESOURCES

 MOST READ    MOST SHARED

How to insert a tick or a cross symbol in Microsoft Word and Excel

TOPICS

ANONYMOUS | FBI | FEDERAL BUREAU OF INVESTIGATION | HACKERS

HECTOR XAVIER MONSEGUR | JEREMY HAMMOND | LEADER | LULZSEC | NASA

SABU | UNITED STATES

PayPal accidentally creates world's first quadrillionaire

3  Five ways Artificial Intelligence is transforming finance

4  Many employees have access to sensitive data they do not need

5  How to set a background picture on your Android or iOS smartphone

Taboola Feed



**Microsoft is making a significant change to its Office suite**
The single-purchase version of the collaboration suite may get another release next year.
ITProPortal

Advertisement

Nest
Alerts let you know what's happening around your home.
Nest Cam Indoor
$129.99
Buy now
Terms apply.



**Most Mac Users Use This Tip to Free Up Mac Disk Space. Try Now**
MacKeeper | Sponsored



**Skip the Doctor and Upgrade to the World's Smartest CPAP**
The Easy Blog by Breatheeasy.com | Sponsored



**The softest, most comfortable, reusable masks are finally available in Miami/fort Lauderdale! Millions sold with over…**
Joannuu | Sponsored



**This Reusable Face Mask Made By A Medical Scrubs Company Has Sold Millions.**
Joannuu | Sponsored

 

**UK SMBs think innovation is important for recovery from Covid-19**
ITProPortal

**Remote workers struggling to locate the company information they need**
ITProPortal



**Cyberthreats are getting more intense**
Microsoft says hacking groups are getting harder to spot.
ITProPortal



**The 1 Clever Trick Most Mac Owners Don't Know (Do It Today)**
SecuritySavers | Sponsored

