APPENDIX
172

https://www.usatoday.com/story/money/business/2014/06/16/computer-hacker-sabu-monsegur-took-risks/9731443/          09/30/2020



**BUSINESS**

# How master hacker Sabu turned FBI cybersleuth

**Kevin McCoy** USA TODAY
Published 3:38 p.m. ET Jun. 16, 2014 | Updated 3:46 p.m. ET Jun. 16, 2014



Hector Xavier Monsegur, a computer hacker known as Sabu, and a former member of LulzSec and Anonymous, leaves federal court in New York. Andrew Gombert, EPA

NEW YORK — Helping federal investigators disrupt cyberattacks and nab hackers was more than just a tough job for the computer maven known by his one-word nom de Net: Sabu.

As authorities and his attorneys tell it, the 30-year-old New Yorker's efforts provoked Internet threats that labeled him a snitch and worse, plus one violent attack. Two young relatives were nearly forced into foster homes.

Sabu agreed to cooperate almost immediately after FBI agents went to a public housing project on Manhattan's Lower East Side in June 2011 and confronted the man who'd grown up there as Hector Xavier Monsegur.

He admitted involvement in major computer hacks of Fox Television, FBI affiliate Infragard/Unveillance, the U.S. Senate, Visa, MasterCard, PayPal and other targets.

Flipping Monsegur gave the FBI a prized informant in a battle against growing intrusions on government and private-sector computer networks — an informant who had collaborated with international hackers, was well-versed on cyberattacks, had up-to-date Internet and Dark Web knowledge and regularly chatted online with admiring fans.

He was a skilled "rooter," who analyzed computer code for vulnerabilities that "could then be exploited," Assistant U.S. Attorney James Pastore wrote in a sentencing memo in May. For months, Monsegur worked around the clock, communicating with fellow hacktivists about prospective attacks while investigators monitored the activity.

Federal prosecutors estimated his assistance helped disrupt at least 300 cyberattacks.

Unknown to other hackers at the time, Monsegur pleaded guilty to computer hacking, credit card fraud, conspiracy to commit bank fraud and other charges after agreeing to cooperate.

**More Stories**

Uncle Ben's rice to get new name, Ben's Original
MONEY

Bill Gates thinks this company is clear COVID-19 vaccine leader
MONEY

How parents can help get their finances on track this back-to-school season
REVIEWED

Missing SEO Traffic?
Bruce Clay, Inc.          OPEN

reveal something that little people knew about the sport of golf, and...
VIEW MORE

SPONSORED BY
ROCKET Mortgage



News of his FBI-monitored sleuthing exploded across cyberspace, in headlines and on TV and radio broadcasts in early March 2012, when authorities announced arrests and criminal charges against core members of the LulzSec and Internet Feds hacking collectives.

The announcement disclosed similar charges against Monsegur — and noted his guilty plea. Including that detail was roughly akin to updating a Facebook page with the announcement of a new line of employment: Rat.

Monsegur couldn't return home afterward, his defense lawyers Peggy Cross-Goldenberg and Philip Weinstein wrote in a sentencing memo in May. His name and face were all over the Internet, making him a potential retribution target.

He wasn't alone. Social Security numbers, home addresses and other identifying information about his relatives were distributed online.

"While the technical details of his hacking activities may have passed under the radar on the Lower East Side, the concept of 'snitching' did not," the defense attorneys wrote. Some in the area suspected cause-and-effect when New York City police conducted a drug raid near Monsegur's building soon after the government announcement.

"Mr. Monsegur's younger brother, who stood by his side every day throughout the whole ordeal, was threatened and actually physically attacked," the attorneys wrote.

Internet postings spread speculation that Monsegur played a role in last October's FBI arrest of Ross William Ulbricht, the suspect accused of setting up and running the Silk Road black market website using the online name "Dread Pirate Roberts."

Pastore insisted that wasn't true, but the prosecutor wrote, "During the course of his cooperation, the threat to Monsegur and his family became severe enough that the FBI relocated Monsegur and certain of his family members."

Knowing the potential risks, why did Monsegur agree to cooperate? Had he renounced political activism his attorneys said was sparked in part by the Arab Spring? He declined a USA TODAY interview request, but his attorneys say the answer wasn't political, legal or even online — it was his family.



**China wants Trump victory**
Trump's damage to US power and global democracy outweighs any harm to China.

Learn More →

When his grandmother, Irma, died in June 2010, he became the caregiver for two younger cousins. Like him, they were part of an extended family living in the older woman's sixth-floor apartment at the Jacob Riis Houses, a low-income rental complex of 13 brick towers near the East River and FDR Drive.

"The girls were the most important thing in his life," the attorneys wrote. "He was involved in their education, walking them to and from school and helping with their homework."

If Monsegur had balked at cooperating when the FBI came knocking, he could have been held in jail while the criminal case against him ground through the federal court system. If he went to trial and lost, he faced a 124-year maximum sentence.

Either way, the girls would have probably been sent to foster homes.

"It was not a difficult choice for him," Monsegur's attorneys wrote. "However strong his political beliefs, his family came first."

Ultimately, even what prosecutors described as Monsegur's "extraordinary" cooperation didn't entirely avert the threat of a family breakup. After his guilty plea was made public, New York City child welfare system workers initially moved to place his cousins in foster care.

care of their mother, who'd recently been released from prison.

Where defense lawyers and federal agents saw a family man or born-again patriot, others saw a self-serving traitor.

Jeremy Hammond, the FBI's top cybercrime target in 2012, collaborated with Monsegur as they and other hacktivists broke into corporate computer systems. The roster included geopolitical intelligence firm Stratfor, which Hammond later said in court he'd known nothing about until Monsegur brought it to his attention.



REWARD

UNITED
Explorer
MileagePlus

The United™
Explorer Card

VISA

Learn more

Only later did he learn that his onetime partner had helped investigators arrest him in 2012. Hammond later argued he had been set up by an improper government sting.

"At the time, Sabu was encouraging people to invade systems and helping to strategize and facilitate attacks," Hammond said during his federal court sentencing last November. "He even provided me with vulnerabilities of targets passed on by other hackers, so it came as a great surprise when I learned that Sabu had been working for the FBI the entire time.

"These intrusions, all of which were suggested by Sabu while cooperating with the FBI, affected thousands of domain names and consisted largely of foreign government websites," Hammond said. He named Turkey, Brazil and Iran before U.S. District Court Judge Loretta Preska instructed him not to identify specific countries.

Federal prosecutor Pastore wrote in the government sentencing memo for Monsegur that the informant learned of many computer attacks by Hammond and other conspirators, "including hacks of foreign government computer servers."

The information enabled the government "to notify the victims, wherever feasible, so the victims could engage in remediation efforts and prevent further damage or intrusions," Pastore wrote.

A June 5 report by Motherboard, an online magazine and video channel, included what were described as previously secret chat logs showing that Monsegur facilitated attacks on Brazilian websites while working for the FBI.

Hammond said at sentencing that he'd acted out of civil disobedience to "expose and confront injustice." Preska sentenced him to the maximum statutory punishment, 10 years in prison, based in part on "the widespread harm suffered by countless individuals and organizations" he'd hacked.

In contrast, Preska allowed Monsegur to walk free with a sentence of time served at a sentencing hearing in May. He'd spent seven months behind bars, the penalty for making unauthorized online postings while working for the government.

"One of the things I realized is that I hurt my family the most, my friends and victims in the case," Monsegur told the court. "And i have gained such regret for even putting anyone through this. I assure you I will not be in this courtroom ever again."

Monsegur is trying to start over. His spotty work experience includes a stint around 2002 as a technology intern for iMentor, an organization that encourages students from low-income communities to graduate from high school and pursue college.

"He hopes to be able to use his very prolific computer skills in his future employment," defense lawyer Cross-Goldenberg said after Monsegur's sentencing. "Any company would be lucky to have him."

He'll probably "always have concern for his safety" as a result of his role as a government informant, she said.

"Hopefully, it will dissipate," she said, "and he and his family will be able to move on."

**Taboola** Feed



**If You Can Qualify for Any Credit Card, These Are the Top 6**
NerdWallet | Sponsored



**Cover An Emergency Expense With a Personal Loan. See Best Rates**
NerdWallet | Sponsored



**Not Sure What Laptop To Get? No Worries. Here's The Top Ones!**
Stuff Answered | Sponsored



**New Method Traces Ancestry Back Thousands of Years**
CRI Genetics | Sponsored



**They Were Famous in the 70s. This Is Them Now**
Upbeat News | Sponsored



**Research The Best 5 Medicare Supplement Plans. Medicare Changes Seniors Need To Know This Year**
Yahoo Search | Sponsored



**Most Apple Mac Owners Don't Know This (Do It Today)**
SecurtiySavers | Sponsored



**If You Like to Play, this City-Building Game is a Must-Have. No Install.**
Forge Of Empires | Sponsored



**This Is Who Really Makes Costco's Kirkland Items**
It's Rosy | Sponsored



**Genius New Armored Shoes Taking Over US**
Armored Shoes | Sponsored

**Deal of the Day**



**This Coffee Maker Will Blow Your Keurig Away—and It's on Sale**
STORY FROM REVIEWED | USA TODAY Network
View Deal ↗

Recommendations are independently chosen by our editors. Purchases you make through our links may earn us a commission.

**Recommended Content**



**Walmart's new membership program saves time and money on groceries, gadgets, gas and more**

# APPENDIX
# 173

# NEWS

Home | US Election | Coronavirus | Video | World | US & Canada | UK | Business | Tech | Science | Stories | ☰ More

Tech

ADVERTISEMENT



# LulzSec hacker helps FBI stop over 300 cyber attacks

🕐 26 May 2014



Prosecutors called Mr Monsegur's help "extraordinary"

The former "leader" of hacking group LulzSec has helped the FBI stop more than 300 cyber attacks since his arrest on hacking charges in 2011.

The co-operation of Hector Xavier Monsegur has helped to prevent losses of millions of dollars, according to court documents filed by prosecutors.

Mr Monsegur will be sentenced on Tuesday for his role in major online hacking attacks.

Prosecutors have recommended that he receives a reduced sentence.

LulzSec was formed in approximately May 2011 when Mr Monsegur - also known as Sabu - and five other members of the Anonymous hacking movement joined forces.

**According to the documents filed with the court** the group was responsible for "major hacks" into and "thefts" from computer servers belonging to companies including Fox Television, Nintendo and Sony.

Mr Monsegur was arrested in June 2011 and pleaded guilty, as part of a co-operation agreement with the US government, to nine counts related to computer hacking, amongst others.

## 'Extraordinarily valuable'

The documents that were filed in a New York court last week state that Mr Monsegur's most substantial assistance came from his "co-operation against significant cybercriminals" affiliated with Anonymous, LulzSec and Internet Feds - another hacking group.

Because of his help the FBI say they were able to identify, prosecute and convict the "number one cybercriminal target in the world" at the time - Jeremy Hammond.



Mr Monsegur was the leader of hacking group LulzSec

He also helped prevent major hacking attacks that were being planned by active cybercriminals.

Mr Monsegur was in contact with hackers and received information from them about attacks that were being planned. He shared this knowledge with the FBI.

Victims of the attacks were to include the US Armed Forces, the US Congress and Nasa as well as a "television network, a video game manufacturer and an

## Top Stories

### How the world reacted to the presidential debate

"Childish", "grueling" and an "unwatchable fever dream" - how the world saw Tuesday's debate.

🕐 5 hours ago

### Who are Proud Boys and antifa?

🕐 8 hours ago

### Azerbaijan to fight until Armenia 'exits our land'

🕐 41 minutes ago

ADVERTISEMENT



If there's a better price, we'll find it.

Unlock Coupons

## Features



**Uncovering the secrets of Australia's hidden reefs**



**Mariah Carey's memoir: Six key revelations**



**Sixty years of Nigeria in six images**



**My life as a Koran reciter**



## Electrical grid hack

"The FBI used this information, wherever feasible, to prevent or mitigate harm that otherwise would have occurred," the prosecutors' filing said.

"The FBI estimates that it was able to disrupt or prevent at least 300 separate computer hacks in this fashion.

"Although difficult to quantify, it is likely that Monsegur's actions prevented at least millions of dollars in loss to these victims."

He is also credited with providing officials with information about vulnerabilities that could have led to attacks on a water utility for a US city and a foreign energy company.

"Law enforcement used the information Monsegur provided to secure the water utility, and the information about the energy company was shared with appropriate government personnel," prosecutors said.

A hack on the US electrical grid was also found to be a hoax after Mr Monsegur communicated with members of Anonymous. This saved the government "substantial time and resources".

Under US sentencing guidelines Mr Monsegur could be sentenced to between 21 and 26 years in prison.

Prosecutors have called Mr Monsegur's help "extraordinarily valuable and productive" and have recommended that his sentence is limited to "time served". He has already spent seven months in jail after breaking conditions of his bail in 2012.

---

### Related Topics

Cyber-security

---

### More on this story

**Lulzsec hacker group handed jail sentences**

16 May 2013

**Former Lulzsec hacker Jake Davis on his motivations**

16 May 2013

**'Lulzsec hackers' arrested in international swoop**

8 March 2012



**Hydrogen-powered train makes UK maiden journey**



**Swearing parrots removed from public display**



**The cat who hitched a lift on a worldwide tour**



**Japan Airlines to use gender-neutral greetings**



**Sorkin: 'Right time' to tell Chicago riots story**

### Most Read

| | |
|---|---|
| Presidential debate: How the world's media reacted | 1 |
| US election 2020 polls: Who is ahead - Trump or Biden? | 2 |
| US Election 2020: Who are the Proud Boys - and who are antifa? | 3 |
| Berlin patient: First person cured of HIV, Timothy Ray Brown, dies | 4 |
| Joyce Echaquan: Outcry in Canada over treatment of dying indigenous woman | 5 |
| Space station crew woken up to hunt for air leak | 6 |
| Presidential debate: 'The loser is us, the American people' | 7 |
| Presidential debate: Trump and Biden's claims fact-checked | 8 |
| Gabrielle Union: America's Got Talent judge settles over show departure | 9 |
| Parisians alarmed by sonic boom by warplane | 10 |

ADVERTISEMENT

honey

**Stack up rewards at Reebok with Honey.**

Start Earning

| Home | Sport | Worklife | Future | Music | Weather |
| News | Reel | Travel | Culture | TV | Sounds |

Terms of Use    About the BBC    Privacy Policy    Cookies    Accessibility Help    Parental Guidance    Contact the BBC    Get Personalised Newsletters    Why you can trust the BBC

Advertise with us    AdChoices / Do Not Sell My Info

© 2020 BBC. The BBC is not responsible for the content of external sites. **Read about our approach to external linking.**

# APPENDIX
# 174

**welivesecurity** BY (eset)

Menu ≡

# 18 years of Googling: Malware can still be just one click away

18 years of Googling is certainly something to behold, but on this anniversary, ESET's Ondrej Kubovič is keen to highlight the cybersecurity threat.

 Ondrej Kubovič

2 Sep 2016 · 01:30PM

Share



How do you navigate through virtual reality? What is the first webpage you open when you are looking for something online? Where do you go to answer a 'how to' question most often? For the majority of users, the answer would be Google.

It's been 18 years since Stanford PhD students Larry Page and Sergey Brin founded their company and steered it to global dominance in the search engine universe, beating the next 14 largest competitors combined. However, with as many as 1.6 billion visitors each month, it is not only the biggest player in the game, but also one of the most interesting ways for cybercriminals to find future victims.

## Black hat SEO

Recently, ESET warned users not to get lured into traps by websites offering fake tickets for the UEFA Euro Championship and the Rio Olympic Games. Despite being malicious and fraudulent, many of these pages ranked at the top of 'Euro 2016 tickets' and 'Rio 2016 tickets' search queries.

"How is that even possible, with all the security mechanisms in place?" you might ask. The reason is so-called black hat SEO (search engine optimization). The term describes how bad guys take advantage of rules set up by Google to acquire the highest position in search queries.

There are multiple ways to exploit the rules. One of the most sophisticated methods, dubbed 'cloaking', displays one type of content and/or URL to the user, and a different set to the search engine crawler – thus the ranking scores higher but leads users to irrelevant pages.

Another way to gain more attention during a web search is to notify the servers of new content, several times per minute. This creates the illusion that new things are being posted there often, helping the pages rise in the rankings.

However, not all scammers are opting for such complicated methods. Much simpler are link farms – multiple pages with mostly low quality content controlled by scammers, linking to each other in an attempt to improve their visibility in search. Stuffing websites with keywords, although the content is not related to them, is also considered a black hat SEO technique.

## Bad intentions

What all these malevolent practices have in common are the end goals – to phish victims' sensitive information or serve them malicious content such as ransomware, banking trojans or spyware. In an effort to plant malware onto victims' computers, the bad guys often use exploit kits.

Do you still run Flash, use an old version of Internet Explorer, or any outdated and un-patched applications? Just by visiting an infected page, your computer can be scanned for vulnerabilities by the exploit kit and misuse these loopholes to get access to your device. No additional clicks or permissions needed.

Remember this next time you are Googling and clicking the first link that comes up. Without proper multilayered protection – through security software – your machine can end up infected, your sensitive information stolen, or even worse all of your data encrypted.

**Ondrej Kubovič**

2 Sep 2016 - 01:30PM

## Similar Articles



Google hit with €1.49 billion antitrust fine by EU

Latest Chrome update plugs a zero-day hole

Google aims for password-free app and site logins on Android

Google – "Here's how we cracked down on bad apps last year"

## Discussion

0 Comments    WeLiveSecurity.com    🔒 Disqus' Privacy Policy                          ❌ Login ⌄

♡ Recommend      🐦 Tweet     f Share                                              Sort by Best ⌄

    Start the discussion…

LOG IN WITH                 OR SIGN UP WITH DISQUS ⓘ

Ⓓ 🅕 🐦 Ⓖ          Name

Be the first to comment.

✉ Subscribe    Ⓓ Add Disqus to your site    ⚠ Do Not Sell My Data                 **DISQUS**

**welive**
**security** ™
BY eset

Home            Sitemap          Research         RSS Configurator
About Us         Our Experts      How To           News Widget
Contact Us       ESET            Categories

Privacy policy    Legal Information                          Copyright © ESET, All Rights Reserved

# APPENDIX
# 175

# PhishFarm: A Scalable Framework for Measuring the Effectiveness of Evasion Techniques Against Browser Phishing Blacklists

Adam Oest*, Yeganeh Safaei*, Adam Doupé*, Gail-Joon Ahn*§, Brad Wardman†, Kevin Tyers†

*Arizona State University, § Samsung Research, †PayPal, Inc.

{aoest, ysafaeis, doupe, gahn}@asu.edu, {bwardman, ktyers}@paypal.com

*Abstract*—Phishing attacks have reached record volumes in recent years. Simultaneously, modern phishing websites are growing in sophistication by employing diverse cloaking techniques to avoid detection by security infrastructure. In this paper, we present *PhishFarm*: a scalable framework for methodically testing the resilience of anti-phishing entities and browser blacklists to attackers' evasion efforts. We use *PhishFarm* to deploy 2,380 live phishing sites (on new, unique, and previously-unseen .*com* domains) each using one of six different HTTP request filters based on real phishing kits. We reported subsets of these sites to 10 distinct anti-phishing entities and measured both the occurrence and timeliness of native blacklisting in major web browsers to gauge the effectiveness of protection ultimately extended to victim users and organizations. Our experiments revealed shortcomings in current infrastructure, which allows some phishing sites to go unnoticed by the security community while remaining accessible to victims. We found that simple cloaking techniques representative of real-world attacks— including those based on geolocation, device type, or JavaScript— were effective in reducing the likelihood of blacklisting by over 55% on average. We also discovered that blacklisting did not function as intended in popular mobile browsers (Chrome, Safari, and Firefox), which left users of these browsers particularly vulnerable to phishing attacks. Following disclosure of our findings, anti-phishing entities are now better able to detect and mitigate several cloaking techniques (including those that target mobile users), and blacklisting has also become more consistent between desktop and mobile platforms— but work remains to be done by anti-phishing entities to ensure users are adequately protected. Our *PhishFarm* framework is designed for continuous monitoring of the ecosystem and can be extended to test future state-of-the-art evasion techniques used by malicious websites.

## I. INTRODUCTION

Phishing has maintained record-shattering levels of volume in recent years [1] and continues to be a major threat to today's Internet users. In 2018, as many as 113,000 unique monthly phishing attacks were reported to the APWG [2]. Beyond damaging well-known brands and compromising victims' identities, financials, and accounts, cybercriminals annually inflict millions of dollars of indirect damage due to the necessity of an expansive anti-abuse ecosystem which serves to protect the targeted companies and consumers [3]. With an ever-increasing number of Internet users and services— in particular on mobile devices [4]— the feasibility of social engineering on a large scale is also increasing. Given the potential for lucrative data, phishers are engaged in a tireless cat-and-mouse game with the ecosystem and seek to stay a step ahead of mitigation efforts to maximize the effectiveness of their attacks. Although new phishing attack vectors are emerging (e.g. via social media as a distribution channel [5]), malicious actors still primarily deploy "classic" phishing websites [2]. These malicious sites are ultimately accessed by victim users who are tricked into revealing sensitive information.

Today's major web browsers, both on desktop and mobile platforms, natively incorporate anti-phishing blacklists and display prominent warnings when a user attempts to visit a known malicious site. Due to their ubiquity, blacklists are a user's main and at times only technical line of defense against phishing. Unfortunately, blacklists suffer from a key weakness: they are inherently reactive [6]. Thus, a malicious website will generally not be blocked until its nature is verified by the blacklist operator. Phishing sites actively exploit this weakness by leveraging cloaking techniques [7] to avoid or delay detection by blacklist crawlers. Cloaking has only recently been scrutinized in the context of phishing [8]; to date, there have been no formal studies of the impact of cloaking on blacklisting effectiveness (despite numerous empirical analyses of blacklists in general). This shortcoming is important to address, as cybercriminals could potentially be causing ongoing damage without the ecosystem's knowledge.

In this paper, we carry out a carefully-controlled experiment to evaluate how 10 different anti-phishing entities respond to reports of phishing sites that employ cloaking techniques representative of real-world attacks. We measure how this cloaking impacts the effectiveness (i.e. site coverage and timeliness) of native blacklisting across major desktop and mobile browsers. We performed preliminary tests in mid-2017, disclosed our findings to key entities (including *Google Safe Browsing*, *Microsoft*, browser vendors, and the *APWG*), and conducted a full-scale retest in mid-2018. Uniquely and unlike prior work, we created our own (innocuous) PayPal-branded phishing websites (with permission) to minimize confounding effects and allow for an unprecedented degree of control.

Our work reveals several shortcomings within the anti-phishing ecosystem and underscores the importance of robust, ever-evolving anti-phishing defenses with good data sharing. Through our experiments, we found that cloaking can prevent browser blacklists from adequately protecting users by *signif-*

icantly decreasing the likelihood that a phishing site will be *blacklisted*, or *substantially delaying blacklisting*, in particular when geolocation- or device-based request filtering techniques are applied. Moreover, we identified a gaping hole in the protection of top mobile web browsers: shockingly, mobile Chrome, Safari, and Firefox failed to show *any* blacklist warnings between mid-2017 and late 2018 despite the presence of security settings that implied blacklist protection. As a result of our disclosures, users of the aforementioned mobile browsers now receive comparable protection to desktop users, and anti-phishing entities now better protect against some of the cloaking techniques we tested. We propose a number of additional improvements which could further strengthen the ecosystem, and we will freely release the PhishFarm framework[1] to interested researchers and security organizations for continued testing of anti-phishing systems and potential adaptation for measuring variables beyond just cloaking. Thus, the contributions of this work are as follows:

- A controlled empirical study of the effects of server-side request filtering on blacklisting coverage and timeliness in modern desktop and mobile browsers.
- A reusable, automated, scalable, and extensible framework for carrying out our experimental design.
- Identification of actionable real-world limitations in the current anti-phishing ecosystem.
- Enhancements to blacklisting infrastructure after disclosure to anti-phishing entities, including phishing protection in mobile versions of Chrome, Safari, and Firefox.

## II. BACKGROUND

Phishing is a type of social engineering attack that seeks to trick victims into disclosing sensitive information, often via a fraudulent website which impersonates a real organization. Attackers (phishers) then use the stolen data for their own monetary gain [9], [10], [11]. Cybercriminals are vehement in their attacks and the scale of credential theft cannot be overstated. Between March 2016 and 2017, malware, phishing, and data breaches led to 1.9 *billion* usernames and passwords being offered for sale on black market communities [12].

### A. Phishing Attacks

An online phishing attack consists of three stages: preparation, distribution, and data exfiltration, respectively. First, prior to involving any victims, an attacker deploys a spoofed version of a legitimate website (by copying its look and feel) such that it is difficult for an average user to discern that it is fake. This deployment can be done using a phishing kit, as discussed in Section II-B. Second, the attacker sends messages (such as spam e-mails) to the user (leveraging social engineering to insist that action is needed [13]) and lures the user to click on a link to the phishing site. If the victim is successfully fooled, he or she then visits the site and submits sensitive information such as account credentials or credit card numbers. Finally, the phishing site transmits the victim's information back to the

phisher, who will attempt to fraudulently use it for monetary gain either directly or indirectly [14].

Phishing attacks are ever-evolving in response to ecosystem standards and may include innovative components that seek to circumvent existing mitigations. A current trend (mimicking the wider web) is the adoption of HTTPS by phishing sites, which helps them avoid negative security indicators in browsers and may give visitors a false sense of security [15], [16]. At the end of 2017, over 31% of all phishing sites reported to the APWG used HTTPS, up from less than 5% a year prior [2]. Another recent trend is the adoption of redirection links, which allows attackers to distribute a link that differs from the actual phishing landing page. Redirection chains commonly consist of multiple hops [17], [18], each potentially leveraging a different URL shortening service or open redirection vulnerability [19]. Notably, redirection allows the number of unique phishing links being distributed to grow well beyond the number of unique phishing sites, and such links might thus better slip past spam filters or volume-based phishing detection [20]. Furthermore, redirection through well-known services such as *bit.ly* may better fool victims [5], though it also allows the intermediaries to enact mitigations.

Ultimately, phishers cleverly attempt to circumvent existing controls in an effort to maximize the effectiveness of their attacks. The anti-phishing community should seek to predict such actions and develop new defenses while ensuring that existing controls remain resilient.

### B. Phishing Kits

A phishing kit is a unified collection of tools used to deploy a phishing site on a web server [21]. Kits are generally designed to be easy to deploy and configure; when combined with mass-distribution tools [9], they greatly lower the barrier to entry and enable phishing on a large scale [22]. They are part of the cybercrime-as-a-service economy [23] and are often customized to facilitate a specific attack [24]. In the wild, they are deployed on compromised infrastructure or infrastructure managed directly by malicious actors.

#### 1) *Cloaking:* A recent study found that phishing kits commonly use server-side directives to filter (i.e. block or turn away) unwanted (i.e. non-victim) traffic, such as search engine bots, anti-phishing crawlers, researchers, or users in locations that are incompatible with the phishing kit [8]. Attributes such as the visitor's IP address, hostname, user agent, or referring URL are leveraged to implement these filtering techniques.

Similar approaches, known as *cloaking*, have historically been used by malicious actors to influence search engine rankings by displaying different web content to bots than human visitors [7]. Users follow a misleading search result and are thus tricked into visiting a site which could contain malware or adware. Relatively little research has focused on cloaking outside of search engines; our experiment in Section III is the first controlled study, to the best of our knowledge, that measures the impact of cloaking within phishing attacks.

---

[1]Framework details are available at https://phishfarm-project.com

TABLE I: Overview of market share and blacklist providers of major web browsers (* denotes browsers we tested).

| Browser Name | Phishing Blacklist Provider | Est. Market Share (Worldwide) [28], [4] | |
|---|---|---|---|
| | | 7/2017 | 7/2018 |
| **Desktop Web Browsers** | | | |
| **Google Chrome*** | *Google* | 63.48% | 67.60% |
| **Mozilla Firefox*** | *Safe Browsing* | 13.82% | 11.23% |
| **Safari*** | *(GSB)* | 5.04% | 5.01% |
| **Internet Explorer (IE)*** | Microsoft | 9.03% | 6.97% |
| **Microsoft Edge*** | SmartScreen | 3.95% | 4.19% |
| **Opera*** | Opera | 2.25% | 2.48% |
| **Others** | Varies | 2.43% | 2.52% |
| **Mobile Web Browsers** | | | |
| **Google Chrome*** | GSB | 50.07% | 55.98% |
| **Safari*** | GSB | 17.19% | 17.70% |
| **UC Browser** | None | 15.55% | 12.49% |
| **Samsung Internet** | None | 6.54% | 5.12% |
| **Opera* (non-mini)** | Opera | 5.58% | 4.26% |
| **Android Browser** | None | 3.41% | 1.95% |
| **Mozilla Firefox*** | GSB | 0.06% | 0.31% |
| **Others** | Varies | 1.60% | 2.19% |

## C. Anti-phishing Ecosystem

Even though phishing attacks only directly involve the attacker, the victim, and the impersonated organization, a large amount of collateral damage is caused due to the abuse of a plethora of independent systems which ultimately facilitate the attack [25]. Moreover, credential re-use, fueled by the sale of credentials in underground economies [9], [26], causes phishing threats aimed at one organization to potentially affect others. Over time, an anti-phishing ecosystem has matured; it consists of commercial security vendors, consumer antivirus organizations, web hosts, domain registrars, e-mail and messaging platforms, and dedicated anti-phishing entities [27], [8]. These entities consist of enterprise firms that operate on behalf of victim organizations, clearinghouses that aggregate and share abuse data, and the blacklists which directly protect web browsers and other software.

## D. Detecting Phishing

The distribution phase of phishing attacks is inevitably noisy, as links to each phishing site are generally sent to a large set of potential victims. Thus, the thousands of phishing attacks reported each month easily translate into messages with millions of recipients [29]. Detection can also occur during the preparation and exfiltration stages. As artifact trails propagate through the security community, they can be used to detect and respond to attacks. Detection methods include classification of e-mails [30], [31], analyzing underground tools and drop zones [10], identifying malicious hostnames through passive DNS [32], URL and content classification [33], [20], [34], [35], malware scanning by web hosts [36], monitoring domain registrations [26] and certificate issuance [37], and receiving direct reports. All of these potential detection methods can result in reports which may be forwarded to anti-phishing entities that power blacklists [6].

## E. Browser Blacklists

The final piece of the puzzle in defending against phishing is the conversion of intelligence about attacks into the protection of users. Native browser blacklists are a key line of defense

against phishing and malware sites, as they are enabled by default in modern web browsers and thus automatically protect even unaware users. In the absence of third-party security software, once a phishing message reaches a potential victim, browser blacklists are the only technical control that stands between the victim and the display of the phishing content. Studies have shown that blacklists are highly effective at stopping a phishing attack whenever a warning is shown [6]. Such warnings are prominent, but typically only appear *after* the blacklist operator's web crawling infrastructure verifies the attack; some are also based on proactive heuristics [6].

Today's major web browsers are protected by one of three different blacklist providers, as shown in Table I. While Google Safe Browsing (GSB) and SmartScreen are well-documented standalone blacklists, Opera is not publicly disclose the sources for its blacklist. Prior work by NSS Labs suggests that PhishTank and Netcraft are among Opera's current third-party partners [38]; this is supported by our experimental results. We know that blacklists are effective when they function as intended [39], but is this always the case? Do blacklists offer adequate protection against phishers' evasion efforts such as cloaking, or are phishers launching attacks with impunity? We focus on answering these questions in the rest of this paper.

## III. EXPERIMENTAL METHODOLOGY

Our primary research goal is to measure how cloaking affects the occurrence and timeliness of blacklisting of phishing sites within browsers. On a technical level, cloaking relies on filtering logic that restricts access to phishing content based on metadata from an HTTP request. Filtering is widely used in phishing kits [8]; attackers aim to maximize their return on investment by only showing the phishing content to victims rather than anti-abuse infrastructure. If a phishing kit suspects that the visitor is not a potential victim, a 404 "not found", 403 "forbidden", or 30x redirection response code [40] may be returned by the server in lieu of the phishing page. Attackers could also choose to display benign content instead.

Prior studies of browser blacklists have involved observation or honeypotting of live phishing attacks [25], [6], [39], but these tests did not consider cloaking. It is also difficult to definitively identify cloaking techniques simply by observing live sites. Our experimental design addresses this limitation.

## A. Overview

At a high level, we deploy our own (sterilized) phishing websites on a large scale, report their URLs to anti-phishing entities, and make direct observations of blacklisting times across major web browsers. We divide the phishing sites into multiple batches, each of which targets a different entity. We further sub-divide these batches into smaller groups with different types of cloaking. Once the sites are live, we report their URLs to the anti-phishing entity being tested, such that the entity sees a sufficient sample of each cloaking technique. We then monitor the entity's response, with our primary metric being the time of blacklisting relative to the time we submitted

each report. We collect secondary metrics from web traffic logs of each phishing site. Our approach is thus empirical in nature, however is distinct from prior work because we fully control the phishing sites in question and, therefore, have ground truth on their deployment times and cloaking techniques.

All the phishing sites that we used for all of our experiments spoofed the *PayPal.com* login page (with permission from PayPal, Inc.) as it appeared in mid-2017 (we discuss the hosting approach in Section IV-C2). Our phishing sites each used new, unique, and previously-unseen *.com* domain names, and were hosted across a diverse set of IP addresses spanning three continents. As part of our effort to reliably measure the time between our report and browser blacklisting for each site, we never reported the same phishing site to more than one entity, nor did we re-use any domains. To summarize, each experiment proceeded as follows:

1) Selecting a specific anti-phishing entity to test.
2) Deploying a large set of new, previously-unseen PayPal phishing sites with desired cloaking techniques.
3) Reporting the sites to the entity.
4) Measuring if and when each site becomes blacklisted across major web browsers.

We split our experiments into two halves: preliminary testing of 10 anti-phishing entities (mid-2017) and full follow-up testing of five of the best-performing entities (mid-2018). The latter test involved a large sample size designed to support statistically significant inferences. In between the two tests, we disclosed our preliminary findings to key entities to afford them the opportunity to evaluate any shortcomings we identified. We discuss our approach in more detail in the following sub-sections and present the results in Section V.

*1) Targeted Web Browsers:* We strove to maximize total market share while selecting the browsers to be tested. In addition to traditional desktop platforms, we wanted to measure the extent of blacklisting on mobile devices— a market which has grown and evolved tremendously in recent years [41]. We thus considered all the major desktop and mobile web browsers with native anti-phishing blacklists, as listed in Table I. Although we also identified a handful of other web browsers with blacklist protection, such as *CM Browser*, we did not test them due to their low market share [4].

*2) Filter Types:* We choose a set of request filtering techniques based on high-level cloaking strategies found in a recent study of *.htaccess* files from phishing kits [8]. Exhaustively measuring every possible combination of request filters was not feasible with a large sample size; we therefore chose a manageable set of filtering strategies which we felt would be effective in limiting traffic to broad yet representative groups of potential victims while remaining simple (for criminals) to implement and drawing inspiration from techniques found in the wild [7]. Table III summarizes our filter selections.

It would not be responsible of us to disclose the exact conditions required of each filter, but we can discuss them at a high level. *Filter A* served as our control group; our expectation was for every site in this group to be blacklisted at least as quickly as other sites. *Filter B* sought to study how well mobile-only

TABLE II: Entities targeted by our experiments.

| Entity (Report Location) | Report Type | URLs |
|---|---|---|
| **Full + Preliminary Tests** | | |
| APWG (reportphishing@apwg.org) | E-mail | |
| Google Safe Browsing ([42]) | Web | 40 (prelim.) |
| Microsoft SmartScreen ([43]) | Web | 396 (full) |
| PayPal (spoof@paypal.com) | E-mail | per entity |
| PhishTank (phish-{username}@phishtank.com) | E-mail | |
| **Preliminary Tests Only** | | |
| ESET ([44]) | Web | |
| Netcraft ([45]) | Web | 40 |
| McAfee ([46]) | Web | per entity |
| US CERT (phishing-report@us-cert.gov) | E-mail | |
| WebSense (asa@websense.com) | E-mail | |
| **10 Entities Total** | | **2,380 URLs** |

TABLE III: Cloaking techniques used by our phishing sites.

| | Cloaking Filter Name | HTTP Request Criteria |
|---|---|---|
| A | Control | Allow all |
| B | Mobile Devices | Allow if user agent indicates: Android or iOS |
| C | US Desktop GSB Browsers | Allow if IP country (is/is not) US and user agent indicates: Chrome, Firefox, or Safari; and Windows, Macintosh, or Linux; and not Opera, IE, or Edge; and not iOS or Android |
| D | Non-US Desktop GSB Browsers | |
| E | Block Known Security Entities | Allow if user agent, referrer, hostname, and IP: not known to belong to a security entity or bot |
| F | "Real" Web Browsers | Allow all; content retrieved asynchronously during JavaScript onload event |

phishing sites are blacklisted, coinciding with the recent uptick in mobile users and phishing victims [28], [2]. *Filters C and D focus specifically on desktop browsers protected by GSB, which span the majority of desktop users today. We also included geolocation, which while not as frequent in the wild as other cloaking types [8], is highly effective due to low detectability and characteristics of spearphishing.* A secondary motivation was to see how well entities other than GSB protect this group. *Filter E is the most elaborate, but it also directly emulates typical real-world phishing kits. It is based on top .htaccess filters from a large dataset of recent phishing kits [8]. This filter seeks to block anti-phishing entities by hundreds of IP addresses, hostnames, referrers, and user agents.* Finally, *Filter F* only displays phishing content if the client browser can execute JavaScript, which may defeat simple script-based web crawlers. This filter is common in modern search engine cloaking [7] and further motivated by an ongoing study we are conducting of JavaScript use in real-world phishing sites. Although today's phishing kits tend to favor straightforward filtering techniques (namely approaches such as *Filter E* or geolocation), growing sophistication and adoption of cloaking (and other types of evasion) is technically feasible and to be expected as a risk to the anti-phishing ecosystem.

*3) Tested Entities:* In addition to the phishing operators themselves, major clearinghouses, and PayPal's internal anti-phishing system, we wanted to test as many of the other types of anti-phishing entities discussed in Section II-C as possible. We started with a recently-published list of entities commonly targeted for evasion by phishers [8]. We then made selections from this list, giving priority to the more common (and thus potentially more impactful) entities in today's ecosystem. We had to exclude some entities of interest, as not all accept direct

external phishing reports and thus do not fit our experimental design. Also, we could not be exhaustive as we had to consider the domain registration costs associated with conducting each experiment. Table II summarizes our entity selections.

*4) Reporting:* When the time came for us to report our phishing sites to each entity being tested, we would submit the site URLs either via e-mail or the entity's web interface (if available and preferred by the entity). In all cases, we used publicly-available submission channels; we had no special agreements with the entities, nor did they know they were being tested. In the case of the web submission channel, we simply used a browser to submit each phishing site's exact URL to the entity. E-mail reports were slightly more involved, as the industry prefers to receive attachments with entire phishing e-mails in lieu of a bare URL. We thus used PayPal-branded HTML e-mail templates to create lookalike phishing messages. Each message contained a random customer name and e-mail address (i.e. of a hypothetical victim) within one of many body templates. We sent e-mails from unique accounts across five security-branded domains under our control.

Reports of real-world phishing sites might be submitted in the exact same manner by agents on behalf of victim brands. Our reporting approach is thus realistic, though many larger victim organizations contract the services of enterprise security firms, which in turn have private communication channels to streamline the reporting process.

### B. Preliminary Tests

Our preliminary testing took place in mid-2017 and carried out the full experimental approach from Section III-A on a small scale. We will now detail the execution of each test.

One of our key goals was to minimize confounding effects on our experimental results. In other words, we did not want any factors other than our report submission and cloaking strategy to influence the blacklisting of our phishing sites. As part of this, we wanted to secure a large set of IP addresses, such that no anti-phishing entity would see two of our sites hosted on the same IP address. With the resources available to us, we were able to provision 40 web servers powered by Digital Ocean, a large cloud hosting provider [47] (we informed Digital Ocean about our research to ensure the servers would not be taken down for abuse [48]). Each server had a unique IP address hosted in one of the host's data centers in Los Angeles, New York, Toronto, Frankfurt, Amsterdam, or Singapore. Our batch size was thus 40 phishing sites per preliminary test, for a total of 400 sites across the 10 entities being tested. Within each batch, six sites used filter types *A* and *F*, while seven used filter types *B* through *E*.

We also wanted to mimic actual phishing attacks as closely as possible. We studied the classification of phishing URL types submitted to the Anti-phishing Working Group's eCrime Exchange in early 2017 and crafted our URLs for each of the 40 phishing sites while following this distribution as closely as possible [8], [49]. We registered only *.com* domains for our URLs, as the *.com* TLD accounts for the majority of real-world phishing attacks. In addition, we chose GoDaddy as our

registrar, which is among the most-abused registrars by real phishers [1]. Furthermore, to prevent crawlers from landing on our phishing sites by chance (i.e. by requesting the bare hostname), paths were non-empty across all of our URLs.

Using URLs that appear deceptive is a double-edged sword: while it allows us to gain insight into how various URL types are treated by entities, it is also a factor which may skew blacklisting speed. However, we decided to proceed with this in mind as the purpose of the preliminary tests was to *observe* more than *measure*, given the use of a relatively small sample size per batch. Table IV shows the distribution of URL types and filters per batch of sites.

We registered the required domain names and finalized configuration of our infrastructure in May 2017. In July, we started our experiments by systematically deploying and reporting our phishing sites. For each day over the course of a 10-day period, we picked one untested entity at random (from those in Table II), fully reported a single batch of URLs (over the course of several minutes), and started monitoring blacklist status across each targeted web browser. Monitoring of each URL continued every 10 minutes for a total of 72 hours after deployment. Over this period and for several days afterward, we also logged web traffic information to each of our phishing sites in an effort to study crawler activity related to each entity. Prior empirical tests found blacklists to show their weakness in early hours of a phishing attack [6]. Our 72-hour observation window allows us to study blacklist effectiveness during this critical period while also observing slower entities and potentially uncovering new trends.

### C. Responsible Disclosure

Our analysis of the preliminary tests yielded several security recommendations (discussed in Section VI). We immediately proceeded to disclose our findings to the directly impacted entities (i.e. browser vendors, the brand itself, and major blacklist operators) which we also intended to re-test. We held our first disclosure meeting with PayPal in August 2017. Following PayPal's legal approval, we also disclosed to Google, Microsoft, Apple, Mozilla, and the APWG in February 2018. Each meeting consisted of a detailed review of the entity's performance in our study, positive findings, specific actionable findings, and high-level comparisons to other entities. Our

TABLE IV: URL and filter distribution for each experiment.

| Phishing URL Content<br>Sample URL | (Type [8], [49]) | Qty. | Filters Used |
|---|---|---|---|
| **Full Tests** | | | |
| Non-deceptive (random)<br>*http://www.florence-central.com/logician/retch/* | (V) | 396 | A (66), B (66), C (66),<br>D (66), E (66), F (66) |
| **Preliminary Tests** | | | |
| Non-deceptive (random)<br>*http://receptorpeachtreesharp.com/cultivable/* | (V) | 10 | A (1), B (2), C (2),<br>D (2), E (2), F (1) |
| Brand in Domain<br>*http://www.https-official-verifpaypal.com/signin* | (IVa) | 6 | |
| Deceptive Domain<br>*http://services-signin.com/login/services/account/* | (IVb) | 6 | |
| Brand in Subdomain<br>*http://paypal1.com.835anastasiatriable.com/signin* | (IIIa) | 6 | A (1), B (1), C (1),<br>D (1), E (1), F (1) |
| Deceptive Subdomain<br>*http://services.account.secure.lopezben.com/signin* | (IIIb) | 6 | |
| Deceptive Path<br>*http://simpsonclassman.com/paypa1.com/signin* | (II) | 6 | |

disclosures were generally positively received and resulted in close follow-up collaboration with Google, Mozilla, and the APWG; this ultimately resulted in the implementation of effective blacklisting within mobile GSB browsers and general mitigations against certain types of cloaking. We clearly stated that we would repeat our experiments in 4-6 months and thereafter publish our findings.

We did not immediately disclose to the blacklists powering Opera as we had not originally expected to have the resources to re-test a fifth entity. Additionally, given lesser short-term urgency with respect to the remaining entities (and in the absence of close relationships with them), at the time we felt it would be more impactful to disclose to them the preliminary findings *alongside* the full test findings. This approach ultimately allowed us to better guide our recommendations by sharing deeper insight into the vulnerabilities within the broader ecosystem. After the completion of the full tests, we reached out the all remaining entities via e-mail; all but PhishTank and Opera responded and acknowledged receipt of a textual report containing our findings. US CERT and ESET additionally followed up for clarifications once thereafter.

### D. Full-scale Tests

We believed that key ecosystem changes resulting from our disclosures would still be captured by our original experimental design. Thus, we did not alter our retesting approach beyond increasing the scale to enable statistically significant observations. In addition, rather than using the URL distribution from the preliminary experiments, we solely used non-deceptive paths and hostnames (i.e. with randomly-chosen English words) in order to remove URL classification as a possible confounding factor in our cloaking evaluation.

We registered the required domains in May 2018 and initiated sequential deployment of our full-scale tests in early July. We re-tested all entities to which we disclosed. As our budget ultimately allowed for an additional entity, we decided to also include PhishTank for its promising performance in the preliminary test. Each of the resulting five experiment batches consisted of 396 phishing sites, evenly split into six groups for each cloaking technique. Our reporting method did not change, though we throttled e-mailing such that the reports were spread over a one-hour period. Reporting through Google and Microsoft's web interfaces spanned a slightly longer period of up to two hours due to the unavoidable manual work involved in solving required CAPTCHA challenges.

### E. Sample Size Selection

For our full tests, we chose a sample size of 384 phishing sites for each entity. Our goal was to obtain a power of 0.95 at the significance level of 0.05 in a one-way independent ANOVA test, which, for each entity, could identify the presence of a statistically significant difference in mean blacklisting speed between the six cloaking filters. Based on Cohen's recommendation [50] and our preliminary test results, we assumed a *medium* effect size ($f$) of 0.25. We added 12 sites (2 per filter) to each experiment to serve as backups in



Fig. 1: PhishFarm framework architecture.

case of unforeseen technical difficulties. All sites ultimately delivered 100% uptime during deployment, thus we ended up with an effective sample size of 396 per experiment. While the assumption of $f=0.25$ introduced some risk into our experimental design, we accepted it given the high cost of registering a new .com domain for each site.

## IV. PHISHFARM TESTBED FRAMEWORK

In order to execute our experimental design at scale, we designed *PhishFarm*: a comprehensive framework for deploying phishing sites, reporting them to anti-abuse entities, and measuring blacklist response. The framework operates as a web service and satisfies three important requirements: automation, scalability, and reliability. We eliminated as many manual actions as technically feasible to ensure that the difference between launching hundreds and thousands of sites was only a matter of minutes. Actual site deployment can thus happen instantly and on-demand. Apart from up-front bulk domain registration (IV-A) and reporting phishing through a web form, all framework components feature end-to-end automation.

The framework consists of five interconnected components as shown in Figure 1: bulk domain registration and DNS setup, stateless cloud web servers to display the phishing sites, an API and database that manages configuration, a client that issues commands through the API, and a monitoring system that regularly checks in which browsers each phishing is blacklisted. In total, we wrote over 11,000 lines of PHP, Java, and Python code for these backend components. We extensively tested each component— in particular, the hosting and monitoring infrastructure— to verify correct operation.

### A. Domain and DNS Configuration

A core component of any phishing site is its URL, which consists of a hostname and path [49]. Our framework includes a script to automatically generate hostnames and paths per the experimental design. We then manually register the required domain names in bulk and point them to our cloud hosting provider's nameservers. Finally, we automatically create DNS

records such that the domains for each experiment are evenly spread across the IP addresses under our control. We set up wildcard CNAME records [51] such that we could programmatically configure the subdomain of each phishing site on the server side. In total, registration of the 400 preliminary domains took about 15 minutes, while registration of the 1,980 domains for the full tests took 30 minutes; apart from the domain registration itself, no manual intervention is needed.

## B. Research Client

We implemented a cross-platform client application to control the server-side components of the framework and execute our research. This client enables bulk configuration of phishing sites and cloaking techniques, bulk deployment of experiments, automated e-mail reporting, semi-automated web reporting, monitoring of status, and data analysis.

## C. Server-Side components

The server-side components in our framework display the actual phishing sites based on dynamic configuration. They are also responsible for logging request data for later analysis and monitoring blacklist status.

*1) Central Database and API:* At the heart of our framework is a central API that serves as an interface to a database with our phishing site and system state. For each site, the database also maintains attributes such as date activated, reported, and disabled; blacklisting status; site and e-mail HTML templates; server-side and JavaScript request filtering code; and access logs. We interact with this API via the client whenever we define new sites or deploy sites as part of an experiment. All traffic to and from the API is encrypted.

*2) Hosting Infrastructure:* Our hosting infrastructure consists of Ubuntu cloud servers which run custom intermediate software on top of Apache. The intermediate software captures all requests and enables dynamic cloaking configuration and enhanced traffic logging. Each server obtains all of its configuration from the API, which means that the number of servers can flexibly be chosen based on testing requirements (40 in our case). When an HTTP request is received by any server, the server checks the request URL against the list of live phishing sites from the API, processes any cloaking logic, responds with the intended content, and logs the request. In order to quickly handle incoming requests, system state is cached locally on each server to minimize API queries.

We served all our phishing sites over HTTP rather than HTTPS, as this was typical among real-world phishing sites at the time we designed the preliminary tests [1]. While our framework supports HTTPS, we did not wish to alter the experimental design between tests. Both approaches generate potential artifacts that might benefit the anti-phishing ecosystem: unencrypted sites allow network-level packet sniffing, while encrypted sites leave an evidence trail at the time a certificate is issued. We mitigated the former risk to a large extent through the design of our monitoring system.

Our framework supports arbitrary, brand-agnostic web page content to be displayed for each phishing site. For our experiments, we hosted all resources (e.g. images and CSS) locally

on each server to avoid confounding detection through external web requests to these files. In the wild, we have observed that sophisticated phishing kits follow a similar strategy to reduce detectability, though today's typical kits merely embed resources from the legitimate website.

*3) Monitoring Infrastructure:* The purpose of the monitoring system is to identify, at a fine granularity, how much time elapses before a reported phishing site is blacklisted (if at all). To obtain a clear picture of the early hours of blacklist response, we configured the monitoring system to access each live phishing URL at least once every 10 minutes in *each* target desktop browser (the shortest interval feasible given our resources). We check the blacklist status of each URL by analyzing a screenshot of the respective browser window; this is similar to the approach taken by Sheng et al [6]. We chose this approach for its universal applicability and lack of dependencies on browser automation libraries, which commonly force-disable phishing protection. For our purposes, it sufficed to check if the dominant color in each image [52] was similar to red (used in the warning messages of the browsers we considered). Although this image-based approach proved reliable and can be fully automated, it does not scale well because each browser requires exclusive use of a single system's screen.

To satisfy the scalability requirement, our monitoring system follows a distributed architecture with multiple autonomous nodes that communicate with the API; each node is a virtual machine (VM) that runs on a smaller set of host systems. Software on each VM points a browser to the desired URL via command line and sends virtual keystrokes, as needed, to close stale tabs and allow for quick page loads. During our experiments, we used three types of nodes: Mac OS X 10.12 VMs with Chrome, Safari, Opera, and Firefox; Windows 10 VMs with Edge and Internet Explorer (IE) 11; and Windows 8.1 VMs with IE 11. In total, the full experiments required 31 desktop nodes across four host machines (collectively with 18 Intel Core i7 CPU cores and 96 Gb of RAM) to deliver the required level of monitoring performance and redundancy. Each node informs the API of the browsers it supports; it then awaits a command consisting of a set of URLs for a target browser, and in real time, reports the monitoring results back to the API. We freshly installed the latest stable version of each browser at the time of each test and kept default security settings (or, in the case of IE and Edge, recommended settings when prompted).

We were unable to obtain such a large number of mobile devices, and official emulators at the time would force-disable blacklist warnings. Thus, we only tested mobile browsers hourly and relied on our observation that their behavior was tied to the behavior their desktop counterparts. We used a physical Samsung Galaxy S8 and Google Pixel phone to test mobile Chrome, Firefox, and Opera; and an iPhone 7 (preliminary) or 8 (full) to test mobile Safari. A future version of the framework could be improved to leverage Android VMs, in lieu of physical or emulated devices, to perform monitoring similar to that of desktop browsers.

TABLE V: Overview of crawler and blacklisting activity across all experiments.

| | Phishing Sites Deployed | | Crawler(s) Attempted Retrieval | | Successful Crawler Retrievals | | Crawled Sites Blacklisted | | Mean Time Before 1st Blacklisting | | Mean Page Loads per Site | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | w/ Cloaking | w/o | w/ | w/o | w/ | w/o | w/ | w/o | w/ | w/o | w/ | w/o |
| **Prelim.** | 340 | 60 | 294 (86.5%) | 51 (85.0%) | 156 (53.1%) | 49 (96.1%) | 124 (42.2%) | 42 (82.4%) | 173 min | 79 min | 80 | 464 |
| **Full** | 1650 | 330 | 1333 (80.8%) | 271 (82.7%) | 818 (61.4%) | 264 (97.4%) | 306 (23.0%) | 134 (49.4%) | 238 min. | 126 min. | 162 | 334 |

Lastly, we wanted to ensure that the large number of requests from our monitoring system did not affect the blacklist status of our phishing sites (i.e. by triggering heuristics or network-level analysis [6]). Therefore, rather than displaying the phishing content in the monitoring system's browsers, we simply displayed a blank page with a 200 status code. While we had the option of querying the GSB API directly as a supplement to empirically monitoring the browsers it protects, we chose not to do so for the same reason. Finally, our monitors used an anonymous VPN service (NordVPN) in an effort to bypass any institution- and ISP-level sniffing.

### D. Ethical and Security Concerns

Over the course of our experiments, we were careful in ensuring that no actual users would visit (let alone submit credentials to) our phishing sites: we only ever shared the site URLs directly with anti-phishing entities, and we sterilized the login forms such that passwords would not be transmitted in the event of form submission. In the hands of malicious actors with access to the necessary hosting and message distribution infrastructure, and with malicious modifications, our framework could potentially be used to carry out real and evasive phishing attacks on a large scale. We will thus not release the framework as open source software; however, we will share it privately with vetted security researchers.

Another potential concern is that testing such as ours could degrade the response time of live anti-phishing systems or negatively impact data samples used by their classifiers. Given the volume of live phishing attacks today [2], we do not believe that our experiments carried any adverse side-effects; the entities to which we disclosed did not raise any concerns regarding this. With respect to classifiers based on machine learning, effective methodology has already been proposed to ensure that high-frequency phishing sites do not skew training samples [20]. Nevertheless, it would be prudent for any party engaged in long-term or high-volume testing of this nature to first consult with any targeted entities.

## V. Evaluation

PhishFarm proved to deliver reliable performance over the course of our tests and executed our experimental methodology as designed. Following the completion of all tests, we had collected timestamps of when blacklisting occurred, relative to the time we reported the site, for each of our phishing sites in each of the desktop and mobile browsers tested. This totaled over 20,000 data points across the preliminary and full tests, and had added dimensionality due to the various entities and cloaking techniques tested. Table V shows the breakdown of crawler and blacklisting activity on our phishing sites. Overall, we found that sites with cloaking were both slower and less likely to be blacklisted than sites without cloaking: in the full tests, just 23.0% of our sites with cloaking (which were crawled) ended up being blacklisted in at least one browser— far fewer than the 49.4% sites without cloaking which were blacklisted. Cloaking also slowed the average time to blacklisting from 126 minutes (for sites without cloaking) to 238 minutes.

However, closer scrutiny is required to make insightful conclusions about the conditions under which cloaking is effective, as we found that each anti-phishing entity exhibited distinctive blacklisting of different cloaking techniques alongside varying overall speed. For example, the mobile-only *Filter B* showed 100% effectiveness against blacklisting across all entities. On the other hand, the JavaScript-based *Filter F* was 100% effective for some entities, delayed blacklisting for others, but was in fact more likely to be blacklisted than *Filter A* by others still. In many cases, there was also a lack of blacklisting of *Filter A* sites (i.e. those *without* cloaking). Entities— in particular, the clearinghouses— at times failed to ultimately blacklist a reported site despite extensive crawling activity. Although it is possible that our direct reporting methodology led to some sites being ignored altogether, the exceptional performance of GSB with respect to *Filter A* shows that a very high standard is realistic. We detail each entity's behavior in Section V-F.

To provide meaningful measurements of entity performance with respect to different browsers and cloaking filters, we propose a scoring system in Section V-B which seeks to capture both the response time and number of sites blacklisted by each anti-phishing entity for each browser and/or filter. In addition, we summarize our findings visually in Figures 2 and 3 by plotting the cumulative percentage of sites blacklisted over time, segmented by each browser or by each cloaking technique, respectively. Lastly, we analyze web traffic logs to make observations about the distinctive behavior of each anti-phishing entity. Although much of our analysis focuses on the results of the large-scale full tests, we also make comparisons to the preliminary test data when appropriate.

### A. Crawling Behavior

Of all sites that we launched during the preliminary and full tests, most (81.9%) saw requests from a web crawler, and a majority of sites therein (66.0%) was successfully retrieved at least once (i.e. bypassing cloaking if in use). In a handful of cases, our reports were ignored by the entities and thus resulted in no crawling activity, possibly due to volume or similarity

TABLE VI: Aggregate entity blacklisting performance scores in the full tests (colors denote subjective assessment: green— good, yellow— lacking, red— negligible blacklisting).

| GSB | | Filter A | Filter B | Filter C | Filter D | Filter E | Filter F | $S_b$ | |
|---|---|---|---|---|---|---|---|---|---|
| $S_{bf}$ | GSB | 0.942 | 0 | 0.030 | 0.899 | 0.104 | 0.692 | 0.533 | |
| | IE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | Edge | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | Opera | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| $PB_f$ | | 0.970 | 0 | 0.031 | 0.953 | 0.106 | 0.712 | 0.457 | S |
| $TB_f$ (min.) | | 112 | N/A | 50 | 100 | 81 | 107 | 0.947 | C |

| SmartScreen | | Filter A | Filter B | Filter C | Filter D | Filter E | Filter F | $S_b$ | |
|---|---|---|---|---|---|---|---|---|---|
| $S_{bf}$ | GSB | 0.005 | 0 | 0.005 | 0 | 0 | 0.009 | 0.004 | |
| | IE | 0.176 | 0 | 0.003 | 0 | 0.301 | 0.411 | 0.296 | |
| | Edge | 0.183 | 0 | 0.003 | 0 | 0.329 | 0.421 | 0.311 | |
| | Opera | 0 | 0 | 0.005 | 0 | 0 | 0 | 0 | |
| $PB_f$ | | 0.212 | 0 | 0.016 | 0 | 0.364 | 0.455 | 0.038 | S |
| $TB_f$ | | 548 | N/A | 2889 | N/A | 391 | 298 | 0.649 | C |

| APWG | | Filter A | Filter B | Filter C | Filter D | Filter E | Filter F | $S_b$ | |
|---|---|---|---|---|---|---|---|---|---|
| $S_{bf}$ | GSB | 0.563 | 0 | 0.356 | 0 | 0.777 | 0 | 0.339 | |
| | IE | 0.113 | 0 | 0 | 0 | 0.626 | 0 | 0.246 | |
| | Edge | 0.129 | 0 | 0 | 0 | 0.761 | 0 | 0.297 | |
| | Opera | 0.242 | 0 | 0.185 | 0 | 0.545 | 0 | 0.262 | |
| $PB_f$ | | 0.576 | 0 | 0.344 | 0 | 0.803 | 0 | 0.328 | S |
| $TB_f$ | | 194 | N/A | 243 | N/A | 125 | N/A | 1 | C |

| PhishTank | | Filter A | Filter B | Filter C | Filter D | Filter E | Filter F | $S_b$ | |
|---|---|---|---|---|---|---|---|---|---|
| $S_{bf}$ | GSB | 0.077 | 0 | 0 | 0 | 0 | 0.026 | 0.024 | |
| | IE | 0.096 | 0 | 0 | 0 | 0 | 0 | 0.028 | |
| | Edge | 0.085 | 0 | 0 | 0 | 0 | 0 | 0.028 | |
| | Opera | 0.074 | 0 | 0 | 0 | 0 | 0.024 | 0.032 | |
| $PB_f$ | | 0.106 | 0 | 0 | 0 | 0 | 0.136 | 0.025 | S |
| $TB_f$ | | 386 | N/A | N/A | N/A | N/A | 2827 | 0.467 | C |

| PayPal | | Filter A | Filter B | Filter C | Filter D | Filter E | Filter F | $S_b$ | |
|---|---|---|---|---|---|---|---|---|---|
| $S_{bf}$ | GSB | 0.133 | 0 | 0.149 | 0.052 | 0.198 | 0.167 | 0.104 | |
| | IE | 0.102 | 0 | 0.040 | 0 | 0.074 | 0.137 | 0.140 | |
| | Edge | 0.123 | 0 | 0.056 | 0.046 | 0.193 | 0.163 | 0.160 | |
| | Opera | 0.119 | 0 | 0.029 | 0 | 0.191 | 0.120 | 0.143 | |
| $PB_f$ | | 0.167 | 0 | 0.172 | 0.078 | 0.288 | 0.182 | 0.138 | S |
| $TB_f$ | | 675 | N/A | 440 | 1331 | 1077 | 338 | 0.995 | C |

TABLE VII: Formulas for aggregate scores (per test).

$$\forall \, b, \; URL \in B \times U, \; S_{URL_b} = \qquad (1)$$

$$\begin{cases} 1 - \dfrac{T_{URL\ blacklisted_b} - T_{URL\ reported}}{T_{window}} & \text{blacklisted in } b \\ 0 & \text{otherwise} \end{cases}$$

$$\forall \, b, \; f \in B \times F, \; S_{bf} = \sum_{URL, \; F_{URL} = f} \frac{S_{URL_b}}{n} \qquad (2)$$

$$\forall \, b \in B, \; S_b = \sum_{f, \; accessible(b, f)} \frac{S_{bf}}{n} \qquad (3)$$

$$S = \sum_b \frac{MS_b}{MS_B} \cdot S_b \qquad (4)$$

to previous reports; we mitigated this risk through the large sample size and discuss it in more detail in Section V-G. The distribution of crawler hits was skewed left, characterized by a small number of early requests from the entity to which we reported, followed by a large stream of traffic from it as well as other entities. Importantly, different cloaking techniques showed no significant effect on the time of the first crawling *attempt*; the median response time ranged from 50 to 53 minutes, from the time of reporting, for all filter types.

During our full experiments, *only* sites which were crawled were ultimately blacklisted. Generally, the crawling also had to result in successful retrieval of the phishing content for blacklisting to occur, though in 10 cases (all in the GSB experiment with *Filter D*), a site would be blacklisted despite a failed retrieval attempt; possible factors for this positive phishing classification are described in prior work [20].

### B. Entity Scoring

For each entity tested, let $U$ be the set of phishing URLs reported to the entity, let $B$ be the set of browsers monitored, let $T$ be the set of observed blacklisting times, let $F$ be the set of cloaking filters used, and let $MS$ denote the worldwide browser market share. Additionally, we define the value of the function *accessible(b, f)* to be true if and only if a phishing site with filter $f$ is designed to be accessible in browser $b$.

For each URL-browser combination in $B \times U$, per Formula 1, we define a normalized performance score $S_{URL_b}$ on the range $[0, 1]$, where 0 represents no blacklisting and 1 represents immediate blacklisting relative to the time reported. The score decays linearly over our 72-hour observation window

(e.g. a site blacklisted after 36 hours would have $S_{URL_b} = 0.5$). We take the average of all these URL-browser scores for each browser-filter combination, as $S_{bf}$, per Formula 2.

We further aggregate the $S_{bf}$ scores to meaningfully summarize the protection of each browser by each entity: the browser score $S_b$, as per Formula 3, is the average of all $S_{bf}$ for a given browser $b$, but limited to filters $f$ *accessible* in $b$. To gauge the blacklisting of each cloaking filter, we report $PB_f$ as the raw proportion of sites blacklisted in at least one browser for each respective filter. Note that $PB_f$ will always be greater than or equal to any $S_{bf}$ because the former is not reduced by poor timeliness; we thus additionally report $TB_f$, the mean time to blacklisting for each filter $f$ (in minutes).

To capture the overall real-world performance of each entity, we average all $S_b$, weighted by the market share of each browser, to produce $S$, as per Formula 4. The scores $S$ allow us to efficiently compare the performance between entities and would be useful in modeling long-term trends in future deployments of *PhishFarm*. We also include the proportion of all sites crawled, $C$, to illustrate the entity's response effort.

We present the aforementioned aggregate scores in Table VI for all entities in the full tests. Indeed, the large number of *0* or *near-0* scores was disappointing and representative of multiple ecosystem weaknesses which we discuss in the following sections. Scores for the preliminary tests are found in Table VIII in Appendix II. Note that because Chrome, Firefox, and Safari showed nearly identical scores across all experiments, we simplify the table to report the highest respective score under the *GSB* heading. We make a similar simplification for IE 11 on Windows 10 and 8.1.

We do not separately report the performance of mobile browsers because we observed the behavior of mobile browsers to be directly related to their desktop counterparts. During the preliminary tests, mobile Firefox and Opera mirrored the blacklisting— and thus also the scores— of their desktop versions. Mobile Chrome and mobile Safari showed no blacklist warnings *whatsoever* for any of our phishing sites and thus receive $S_b$ scores of *0*. During the full tests, the behavior of mobile Chrome, Safari, and Opera remained unchanged. Firefox stopped showing blacklist warnings, and its scores thus dropped to *0* (the *0* scores of mobile browsers represented a serious issue; this was corrected after we contacted Google and Mozilla after the full tests, as discussed in Section VI-A1). We did not test mobile versions of Microsoft



Fig. 2: Blacklisting over time in each browser (full tests).



Fig. 3: Effect of cloaking on blacklisting over time (full tests).

browsers because mobile IE is no longer supported; Edge for Android and iOS was released after we began testing.

### C. Preliminary vs. Full Tests

We observed many core similarities when comparing the performance same entity between the preliminary and full tests. We also saw improvements related to the recommendations we shared during our disclosure meetings, in particular with respect to the APWG's treatment of *Filters C* and *E*. Notably, during the full tests, crawler traffic to sites *with* cloaking increased by 44.7% relative to sites *without* cloaking, while the overall traffic volume also increased by 89.7%. We discuss all entity-specific improvements in section V-F.

The comparison also revealed some surprises, however. The main experimental difference between the two sets of tests, apart from sample size, was our exclusive use of random URLs in the full tests. On the other hand, the preliminary tests included a sampling of deceptive URLs. In the preliminary tests, we observed that Edge and IE were quick to display blacklist warnings for sites with certain deceptive URLs. In fact, many Type IV URLs (with domain names containing either the PayPal brand or deceptive keywords) saw proactive zero-hour warnings in these browsers without any prior crawler activity. Figure 5b in Appendix II shows the effect of URL type on blacklisting in the preliminary tests. During the full tests, no phishing site was blacklisted unless it had previously been visited by a crawler. In the absence of deceptive URLs, we thus observed all the blacklists to be purely reactive; this, in turn, led to lower $S_b$ scores of Edge, IE, and sites with *Filter B*, and a lower overall score $S$ for SmartScreen.

### D. Browser Performance

Figure 2 shows the percentage of our phishing sites blacklisted over the course of all the full experiments, grouped by browser, but limited to sites intended to be *accessible* in each respective desktop browser (i.e. *Filter B* was excluded for all and *Filters C* and *D* were excluded for IE, Edge, and Opera).

Chrome, Safari, and Firefox consistently exhibited the highest overall blacklisting speed and coverage, but were still far from covering all cloaked sites. Opera generally outperformed the Microsoft browsers during the first four hours, but was later overtaken for the remainder of our experimental period. In the

absence of deceptive phishing URLs, Edge and IE simply lost their edge in the full tests; Figure 5c in Appendix II shows their superior performance in the preliminary tests.

*1) Consistency Between Browsers:* Chrome, Firefox, and Safari are all protected by the GSB blacklist; our tests confirmed these browsers do consistently display blacklist warnings for the same set of websites. However, during our full tests, Chrome displayed warnings up to 30 minutes earlier than Safari, and up to one hour earlier than Firefox; the warnings became consistent after the five-hour mark. Upon further investigation, we believe that this disparity was caused by different caching implementations of the *GSB Update API (v4)* in each browser (this API ensures privacy and quick lookups but requires periodic refreshes of the entire blacklist [53]). Latency is a notable shortcoming of blacklists [6] and it appears that browser blacklist caching can still be improved from a security perspective.

Edge and IE 11 (both protected by SmartScreen) proved far less consistent. In the full tests, Edge displayed warnings up to two hours earlier *and* covered more sites than IE until the 24-hour mark. However, in the preliminary tests— which involved deceptive URLs detectable by heuristics— IE would often display preemptive warnings for sites which would not be blocked in Edge for several hours, if at all. These deviations were evident in the preliminary APWG, SmartScreen, and PayPal tests as per Table VIII in Appendix II.

### E. Filter Performance

Figure 3 shows the percentage of our phishing sites blacklisted over the course of all the full experiments, grouped by cloaking filter type. Because this summary view masks some of the distinctive per-entity behavior we observed in Table VI, Figure 4 in Appendix I should be consulted as a supplement. Note that because these figures consider *all* browser-filter combinations, their Y-axes differ from Figure 2 and the $S_{bf}$ scores in Table VI. Nevertheless, they all convey the finding that there exist considerable gaps in today's blacklists.

The overall earliest blacklisting we observed occurred after approximately 40 minutes, in Chrome. Significant growth took place between 1.5 and 6.5 hours and continued at a slower rate thereafter for the full 72-hour period. Compared to sites without cloaking, our cloaking techniques showed moderate

to high effectiveness throughout the life of each phishing site. *Filter B* saw no blacklisting whatsoever across any desktop or mobile browser we tested. *Filters E* and *F* proved most effective in the early hours of deployment, while the geo-specific *Filters C* and *D* saw the lowest amount of blacklisting in the long term. Between 48 and 72 hours after deployment, sites with *Filter E* overtook *Filter A* sites by a small margin; upon further analysis, we found that this was due to a high level of interest in such sites following reporting to the APWG. All other types of sites with cloaking were on average less likely to be blacklisted than sites without.

### F. Entity Performance

Although no single entity was able to overcome all of the cloaking techniques on its own, collectively the entities would be successful in doing so, with the exception of *Filter B* (this has since been corrected as per the discussion in Section VI-A1).

*1) Google Safe Browsing:* Due to the high market share of the browsers it protects, GSB is the most impactful anti-phishing blacklist today. It commanded the highest score $S$ in both the preliminary and full tests. GSB's key strength lies in its speed and coverage: we observed that a crawler would normally visit one of our sites just seconds after we reported it. 94.7% of all the sites we reported in the full tests were in fact crawled, and 97% of sites without cloaking (*Filter A*) ended up being blacklisted. Blacklisting of *Filter D* was comparable, and *Filter F* improved over the preliminary tests.

However, GSB struggled with *Filter E*, which blocked hostnames specific to Google crawlers. It also struggled with *Filter C*, which denied non-US traffic. The reason the respective $PB_f$ scores are low is that if the initial crawler hit on the phishing site failed, GSB would abandon further crawling attempts; the initial hit almost always originated from a predictable non-US IP address. Another weakness appears to be data sharing, as none of the sites we reported to GSB ended up being blacklisted in Edge, IE, or Opera.

*2) Microsoft SmartScreen:* SmartScreen proved to be the only native anti-phishing blacklist to leverage *proactive* URL heuristics to blacklist phishing sites, which allowed Microsoft browsers to achieve high scores during the preliminary tests. These heuristics were mainly triggered by URLs with a deceptive domain name. In the preliminary tests, Edge proved to be exceptionally well-protected, achieving a top $S_b$ score of 0.87— the highest of any browser.

In the full tests, the performance of IE improved over the preliminary tests and became more consistent with that of Edge. Surprisingly, SmartScreen was more likely to blacklist sites *with* cloaking than those without, possibly due to use of classification of cloaking (which would be commendable) alongside low trust of our phishing reports (see *Limitations*).

Reporting to SmartScreen did not seem to significantly affect any non-Microsoft browsers; the entity thus shares a similar shortcoming with GSB. SmartScreen was also among the slowest entities to reactively respond to phishing reports, and its overall coverage was poor, which is its key weaknesses.

*3) APWG:* The APWG was the second-highest scoring entity in our full tests and showed consistent protection of all browsers. Its score $S$ increased substantially compared to the preliminary tests due to improvements to bypass *Filters C* and *E*, which allowed APWG reports to result in blacklisting of such sites in GSB browsers— something not achieved when we reported directly to GSB. The APWG also generated the highest level of crawler traffic of any entity we tested.

Unfortunately, the APWG failed to blacklist any sites with *Filter D* or *F* in the full tests; its preliminary success proved to have been related solely to the detection of deceptive URLs by IE and Edge. Interestingly, we saw a large increase in the blacklisting of sites with *Filter E* after the 24-hour mark; after analyzing the traffic logs we believe that this is due to data sharing with PayPal (this trend is also reflected in Figure 4e).

*4) PhishTank:* PhishTank is a community-driven clearinghouse that allows human volunteers to identify phishing content [54]; it also leverages a network of crawlers and partners to aid in this effort. It was the second-highest performer in our preliminary tests thanks to its expeditious blacklisting in GSB browsers. In the full tests, we were surprised to see that only 46.7% of sites were crawled, and very few sites were ultimately blacklisted. Despite this, PhishTank generated the second-highest volume of total crawler traffic. We do not know the reasons for its shortcomings and PhishTank did not reply to our disclosure; we suspect that the manual nature of classification by PhishTank may be a limiting factor.

*5) PayPal:* During the preliminary tests, PayPal's own abuse reporting service struggled to bypass *Filters D* and *F*, but overcame the latter in the full tests while maintaining a moderate degree of blacklisting. Its protection of Opera also improved between the two tests. Despite crawling all but two of the sites we reported in the full tests, the average response time and browser protection ended up being poor overall. We cannot disclose the reasons for this but expect to see a future improvement as a result of our findings.

*6) Remaining Entities:* Performance scores for entities only included in the preliminary tests are found in Table VIII within Appendix II. High-level descriptions of each follow.

All sites we reported to *ESET* ended up being crawled, but only a fraction of those– all with *Filter A*– were actually blacklisted. Overall timeliness was poor, though the blacklisting did span multiple browsers. *Netcraft* yielded the best protection of Opera in the preliminary tests, but overall it struggled with most of our cloaking techniques and did not deliver timely blacklisting. In retrospect, given the unexpectedly poor performance of *PhishTank* in the full tests, we would have been interested in re-testing *Netcraft*. Reports to the *US CERT* led to minimal crawler activity and blacklisting; disregarding heuristics from the Microsoft browsers, only a single site was blacklisted. Phishing reports we sent to *McAfee* effectively bypassed *Filter A* and *Filter E* but only appeared to lead to timely blacklisting in Microsoft Edge. Reports to *WebSense* had no effect beyond crawler traffic related to the URL heuristics used by Microsoft; while we were hopeful the e-mail reporting channel we used would prove fruitful, this is

understandable given that the company focuses on protection of its enterprise customers.

### G. Limitations

Our findings are based on a controlled (to the extent possible without sending out real spam e-mails) empirical experiment and observations from a large set of supporting metadata and a high volume of anti-abuse crawler traffic. Our study focuses exclusively on *native* phishing blacklist protection that is available by default in the browsers and platforms tested. Systems with third-party security software may see enhanced protection [6], though cloaking can also have an impact on systems powering such software.

Within its scope, our analysis should still be considered with certain limitations in mind. We suspect that real-world blacklisting of phishing attacks may be more timely than what our results otherwise suggest, as our efforts to isolate cloaking as a variable in our experimental design (i.e. by using randomized domain names, never rendering the actual phishing content in browsers being monitored, and using *.com* domains months after registration) also eliminated many of the methods that the ecosystem can use to detect or classify phishing (e.g. URL-, network-, or DNS-based analysis). However, this reduced detectability is offset, to an extent, by the possibility of malicious actors to likewise evade such forms of detection. We observed in the preliminary tests that only URLs containing brand names were quicker to be blacklisted than others; in the wild, there is also a shifting tendency to abuse compromised infrastructure and distribute random phishing URLs in lieu of more deceptive alternatives [8], [49]. In terms of factors under our control, it was not financially feasible to achieve a one-to-one mapping between IP addresses and all of our domains; this is a skewing factor which may have acted in favor of blacklists in the full tests, such as with the 10 *Filter D* sites which were blacklisted despite not being successfully retrieved during the GSB experiment.

Finally, we only submitted a *single* and *direct* report for each phishing site deployed. Although real-world phishing sites might see a much higher volume of automated reports (e.g. from sources such as spam filters), the volume of per-URL phishing reports in the wild can in fact be reduced by attackers (e.g. through the use of redirection links). More importantly, direct reports such as ours (in particular to the blacklist operators) might be subject to more suspicion because anti-phishing entities must account for adversaries who willingly submit false reports or seek to profile crawling infrastructure. Although the blacklist operators to which we disclosed did not express concern with our reporting methodology, we learned that crawling infrastructure used to respond to direct reports is indeed designed to be unpredictable to mitigate adversarial submissions. SmartScreen's lower crawl rate may be explained by this; GSB, on the other hand, consistently responded quickly and seemed to give our direct reports a high level of priority. It is therefore possible that either classification of reporting channel abuse works very accurately, or that reporting channels are more vulnerable to adversarial submissions

than what the entities otherwise believe; regardless, to improve the future effectiveness of reporting, we propose an alternative approach in Section VI-B2.

Ultimately, if each report represents a chance that a phishing site will be blacklisted, we believe that our experimental design still captures trends therein; moreover, our findings with respect to cloaking effectiveness are consistent with internal PayPal e-mail and web traffic data pertaining to actual victims of phishing. To address its current limitations, our framework could be adapted to follow a different (possibly collaboratively arranged) reporting methodology, consider a broader range of cloaking techniques, or even be applied to proactively-detected live phishing URLs for which cloaking can be profiled.

*1) Statistical Tests:* In the full tests, we were surprised to find the blacklisting performance of each entity with respect to the different filters to have far more clear-cut gaps than in the preliminary tests; 11 of the 30 per-entity filter groups saw no blacklisting whatsoever (per Table VI). Although ANOVA as originally planned could still be meaningfully applied to the subset of entities which had three or more filter groups that satisfied homogeneity of variance [50] (i.e. had some blacklisting activity), we chose not to perform such tests as the resulting power would be below our target, and instead relied on direct observations supported by crawler metadata. If our experiment were to be repeated to validate improvements in blacklisting or continuously test the ecosystem, we believe that statistical tests could be highly useful in assessing whether per-entity blacklisting performance improved significantly for each respective cloaking filter.

## VI. SECURITY RECOMMENDATIONS

Based on analysis of our experimental findings, we propose several possible improvements to the anti-phishing ecosystem.

### A. Cloaking

Our first set of recommendations focuses specifically on the cloaking techniques we tested.

*1) Mobile Users:* We believe that the highest priority within the current ecosystem should be effective phishing protection for mobile users. Such users are not only inherently more vulnerable to phishing attacks [41], but now also comprise the majority of web traffic [4].

Our work has been impactful in better securing mobile users by enhancing existing anti-phishing systems. For over a year between mid-2017 and late 2018, GSB blacklists (with nearly 76% global market share) simply did not function properly on mobile devices: none of our phishing sites with *Filter A, E* or *F* (targeting both desktop and mobile devices) showed any warnings in mobile Chrome, Safari, or Firefox despite being blacklisted on desktop. We confirmed the disparity between desktop and mobile protection through periodic small-scale testing and by analyzing an undisclosed dataset of traffic to real phishing sites. Following our disclosure, we learned that the inconsistency in mobile GSB blacklisting was due to the transition to a new mobile API designed to optimize data usage, which ultimately did not function as intended. Because

blacklisting was not rectified after our full tests, we contacted the entities anew. As a result, in mid-September 2018 Mozilla patched Firefox (from version 63) such that all desktop warnings were also shown on mobile. Google followed suit days thereafter with a GSB API fix that covered mobile GSB browsers retroactively; mobile Chrome and Safari now mirror desktop listings, albeit with a shorter-lived duration to lower bandwidth usage. Chrome, Safari, and Firefox thus again join Opera as mobile browsers with effective blacklists, though some popular mobile browsers still lack such protection [41].

Upon close inspection of the preliminary test results, we found that *Filter B* sites were solely blacklisted due to their suspicious URLs rather than our reports. During our full tests, not a single site with *Filter B* was blacklisted in any browser, interestingly despite the fact that crawlers did successfully retrieve many of these sites. GSB addressed this vulnerability in mid-September 2018, together with the aforementioned API fix. Through a subsequent final redeployment of PhishFarm, we verified that sites with *Filter B* were being blacklisted following reports to GSB, the APWG, and PayPal. Other entities— including ones we did not test— should ensure that sites targeted at mobile users are being effectively detected.

*2) Geolocation:* Although our experiments only considered two simple geolocation filters (US and non-US), our findings are indicative of exploitable weaknesses in this area. Given the overwhelming amount of crawler traffic from the US (79%, per Table IX in Appendix III), *Filter C* should *not* have been as effective as it proved to be. We hypothesize that other geo-specific filters would have similarly low blacklisting rates, in part due to the crawler characteristics discussed in Section V-F1. Country- or region-specific filtering paired with localized page content is not an unusual sight in real-world PayPal phishing kits that we have analyzed.

*3) JavaScript:* It is trivial to implement JavaScript-based cloaking such as *Filter F*. This technique proved to be effective in slowing blacklisting by three of the five entities in our full tests. Fortunately, SmartScreen bypasses this technique well, and PayPal started doing so following our disclosure. The broader ecosystem should better adapt to client-side cloaking, in particular if its sophistication increases over time.

### B. Anti-phishing Entities

We also offer a number of more general recommendations for anti-phishing systems of tomorrow.

*1) Continuous Testing:* The mere failure of mobile black-listing that we observed during our experiments is sufficient to warrant the need for continuous testing and validation of black-list performance. Periodic deployment of PhishFarm could be used for such validation. In addition, continuous testing could help ensure that future cloaking techniques— which may grow in sophistication— can effectively be mitigated without compromising existing defenses. As an added benefit, trends in the relative performance of different entities and the overall timeliness and coverage of blacklisting could be modeled.

*2) Trusted Reporting Channels:* The phishing reporting channels we tested merely capture a suspected URL or a malicious e-mail. While the latter is useful in identifying spam origin, we believe a better solution would be the implementation of standardized trusted phishing reporting systems that allow the submission of specific phishing metadata (such as victim geolocation or device). Trusted channels could allow detection efforts to more precisely target high-probability threats while minimizing abuse from deliberate false-negative submissions; they could also simplify and expedite collaboration efforts between anti-phishing entities and abused brands, which may hold valuable intelligence about imminent threats.

*3) Blacklist Timeliness:* The gap between the detection of a phishing website and its blacklisting across browsers represents the prime window for phishers to successfully carry out their attacks. At the level of an individual entity, cloaking has a stronger effect on the *occurrence* rather than the timeliness of blacklisting. However, if we look at the ecosystem as a whole in Figure 3, cloaking clearly delays blacklisting overall. Our test results show that blacklisting now typically occurs in a matter of hours— a stark improvement over the day- or week-long response time observed years ago [6], [55]. However, given the tremendous increase in total phishing attacks since then (on the order of well over 100 attacks per hour in 2018 [2]), we believe that even today's 40-minute best-case blacklist response time is too slow to deter phishers and effectively protect users. The gap needs to be narrowed, especially by slower entities (i.e. those not directly in control of blacklists). Future work should investigate the real-world impact of delays in blacklisting on users and organizations victimized by phishing attacks in order to accurately establish an appropriate response threshold.

*4) Volume:* GSB, the APWG, and PayPal crawled nearly all of the phishing sites we reported. In particular, GSB proved to deliver a consistently agile response time despite the high number of reports we submitted. Other entities fell short of this level of performance. With increasing volumes of phishing attacks, it is essential that all players in the ecosystem remain robust and capable of delivering a consistent response.

*5) Data Sharing:* Data sharing has long been a concern within the ecosystem [56]. We found that the two main blacklist operators (GSB and SmartScreen) did not appear to effectively share data with each other, as per Table VI. However, clearinghouse entities (APWG and PhishTank) and PayPal itself showed consistent protection across all browsers. Unfortunately, the timeliness and overall coverage of clearing-houses appear to be inferior to those of the blacklist operators in their respective browsers. Closer cooperation could thus not only speed up blacklisting, but also ensure that malicious sites are blocked universally. Strengthening this argument, perhaps a breakdown in communication between infrastructure used by different entities accounted for those of our sites which were successfully crawled but not ultimately blacklisted.

## VII. RELATED WORK

To the best of our knowledge, our work is the first controlled effort to measure the effects of cloaking in the context of

phishing. Several prior studies measured the general effectiveness of anti-phishing blacklists and the behavior of phishing kits; none of the prior work we identified considered cloaking, which may have had a skewing effect on the datasets and ecosystem findings previously reported. Cloaking itself has previously been studied with respect to malicious search engine results; Invernizzi et al. [7] proposed a system to detect such cloaking with high accuracy. Oest et al. [8] later studied the nature of server-side cloaking techniques within phishing kits and proposed approaches for defeating each.

The work most similar to ours is NSS Labs' [39] recent use of a proprietary distributed testbed [57] to study the timeliness of native phishing blacklisting in Chrome, Firefox, and Edge. The main limitation of NSS Labs' approach is the reliance on feeds of known phishing attacks; any delay in the appearance of a site in each source feed can affect the accuracy of blacklisting time measurements. Furthermore, phishing sites could be overlooked in the case of successful cloaking against the feeds. We address these limitations by having full control over the deployment and reporting time of phishing sites.

Sheng et al. [6] took an empirical approach to measure the effectiveness of eight anti-phishing toolbars and browsers powered by five anti-phishing blacklists. The authors found that heuristics by Microsoft and Symantec proved effective in offering zero-hour protection against a small fraction of phishing attacks, and that full propagation across phishing blacklists spanned several hours. This work also found that false positive rates in blacklists are near-zero; we thus did not pursue such tests in our experiments. While Sheng et al.'s work was based on phishing sites only 30 minutes old, and was thus better controlled than earlier blacklist tests [58], the datasets studied were of limited size and heterogeneous in terms of victim brands; the anti-phishing tools evaluated are now dated. In addition, Sheng et al. checked blacklist status with a granularity of one hour— longer than our 10 minutes.

Han et al. [25] analyzed the lifecycle of phishing sites by monitoring cybercriminals' behavior on a honeypot web server. The authors timed the blacklisting of the uploaded sites across Google Safe Browsing and PhishTank. Uniquely, this work sheds light on the time between the creation and deployment of real phishing sites. A key difference in our work is our ability to customize and test different configurations of phishing kits instead of waiting for one to be uploaded. For instance, we could target specific brands or configure our own cloaking techniques to directly observe the ecosystem's response. Our experiments suggest a significantly faster blacklist response time by the ecosystem than what Han et al. found; our test sample size was also nearly five times larger.

Virvilis et al. [41] carried out an evaluation of mobile web browser phishing protection in 2014 and found that major mobile web browsers at the time included no phishing protection. Like that of Sheng et al., this evaluation was empirical and based on a set of known phishing URLs. In our work, we found that mobile Chrome, Safari, and Firefox now natively offer blacklist protection, but that this protection was not functioning as advertised during our tests.

The differences between today's phishing trends and those seen in prior work show that the ecosystem is evolving quickly. This warrants regular testing of defenses and re-evaluation of criminals' circumvention techniques and attack vectors; it also underscores the importance of scalable and automatable solutions. Our testbed shares some similarities with previous work [39], [6] but it is the only such testbed to offer full automation without the need for intervention during the execution of experiments, and the only one to actively deploy sites and directly send reports to entities.

## VIII. Conclusion

By launching and monitoring a large set of phishing sites, we carried out the first controlled evaluation of how cloaking techniques can hamper the timeliness and occurrence of phishing blacklist warnings in modern web browsers. As a result of our disclosure to anti-phishing entities, mobile blacklisting is now more consistent, and some of the cloaking techniques we tested are no longer as effective; others represent ongoing vulnerabilities which could be addressed through tweaks to existing detection systems. Such tweaks should also seek to improve overall timeliness of blacklists to better counter the modern onslaught of phishing attacks. Blacklist protection should not be taken for granted; continuous testing— such as that supported by our framework— is key to ensuring that browsers are secured sufficiently, and as intended.

Cloaking carries a detrimental effect on the occurrence of blacklisting due to the fundamentally-reactive nature of the main detection approach currently used by blacklists; it thus has the potential to cause continuous damage to the organizations and users targeted by phishers. Although no single entity we tested was able to individually defeat all of our cloaking techniques, collectively the requisite infrastructure is already in place. In the short term, collaboration among existing entities could help address their individual shortcomings. We observed that proactive defenses (such as the URL heuristics of SmartScreen) proved to deliver superior protection— but only under the right circumstances. In the long term, the ecosystem should move to more broadly implement general-purpose proactive countermeasures to more reliably negate cloaking. It is important for the ecosystem to be able to effectively bypass cloaking because it is merely one way in which phishing sites can be evasive. For instance, with cloaking alongside redirection chains or bulletproof hosting, phishing sites might otherwise avoid existing mitigations far more successfully than what we have observed.

Phishing has proven to be a difficult problem to solve due to attackers' unyielding persistence, the cross-organizational nature of infrastructure abused to facilitate phishing, and the reality that technical controls cannot always compensate for the human weakness exploited by social engineers. We believe that continuous and close collaboration between all anti-abuse entities, which can lead to a deep understanding of current threats and development of intelligent defenses, is the crux of optimizing controls and delivering the best possible long-term protection for phishing victims.

## ACKNOWLEDGMENTS

The authors would like to thank the reviewers for their insightful feedback and suggestions. This work was partially supported by PayPal, Inc. and a grant from the Center for Cybersecurity and Digital Forensics at Arizona State University.

## REFERENCES

[1] "Anti-Phishing Working Group: APWG Trends Report Q4 2016," (Date last accessed 23-August-2017). [Online]. Available: https://docs.apwg.org/reports/apwg_trends_report_q4_2016.pdf

[2] "Anti-Phishing Working Group: APWG Trends Report Q1 2018," (Date last accessed 31-August-2018). [Online]. Available: https://docs.apwg.org/reports/apwg_trends_report_q1_2018.pdf

[3] J. Hong, "The state of phishing attacks," *Communications of the ACM*, vol. 55, no. 1, pp. 74–81, 2012.

[4] "Desktop vs mobile vs tablet market share worldwide," http://gs.statcounter.com/platform-market-share/desktop-mobile-tablet, 2018, [Online; accessed 31-Aug-2018].

[5] S. Chhabra, A. Aggarwal, F. Benevenuto, and P. Kumaraguru, "Phi. sh/$ ocial: the phishing landscape through short urls," in *Proceedings of the 8th Annual Collaboration, Electronic messaging, Anti-Abuse and Spam Conference*. ACM, 2011, pp. 92–101.

[6] S. Sheng, B. Wardman, G. Warner, L. F. Cranor, J. Hong, and C. Zhang, "An empirical analysis of phishing blacklists," 2009.

[7] L. Invernizzi, K. Thomas, A. Kapravelos, O. Comanescu, J.-M. Picod, and E. Bursztein, "Cloak of visibility: Detecting when machines browse a different web," in *Proceedings of the 37th IEEE Symposium on Security and Privacy*, 2016.

[8] A. Oest, Y. Safaei, A. Doupé, G. Ahn, B. Wardman, and G. Warner, "Inside a phisher's mind: Understanding the anti-phishing ecosystem through phishing kit analysis," in *2018 APWG Symposium on Electronic Crime Research (eCrime)*, May 2018, pp. 1–12.

[9] K. Thomas, D. McCoy, C. Grier, A. Kolcz, and V. Paxson, "Trafficking fraudulent accounts: The role of the underground market in Twitter spam and abuse." in *USENIX Security Symposium*, 2013, pp. 195–210.

[10] T. Holz, M. Engelberth, and F. Freiling, "Learning more about the underground economy: A case-study of keyloggers and dropzones," *Computer Security–ESORICS 2009*, pp. 1–18, 2009.

[11] D. K. McGrath and M. Gupta, "Behind phishing: An examination of phisher modi operandi." *LEET*, vol. 8, p. 4, 2008.

[12] K. Thomas, F. Li, A. Zand, J. Barrett, J. Ranieri, L. Invernizzi, Y. Markov, O. Comanescu, V. Eranti, A. Moscicki, D. Margolis, V. Paxson, and E. Bursztein, Eds., *Data breaches, phishing, or malware? Understanding the risks of stolen credentials*, 2017.

[13] R. Dhamija, J. D. Tygar, and M. Hearst, "Why phishing works," in *Proceedings of the SIGCHI Conference on Human Factors in Computing Systems*. New York, NY, USA: ACM, 2006, pp. 581–590.

[14] A. Emigh, "ITTC report on online identity theft technology and countermeasures 1: Phishing technology, chokepoints and countermeasures," *Radix Labs*, Oct 2005.

[15] C. Jackson, D. Simon, D. Tan, and A. Barth, "An evaluation of extended validation and picture-in-picture phishing attacks." Microsoft Research, January 2007.

[16] M. Wu, R. C. Miller, and S. L. Garfinkel, "Do security toolbars actually prevent phishing attacks?" in *Proceedings of the SIGCHI Conference on Human Factors in Computing Systems*. ACM, 2006, pp. 601–610.

[17] G. Stringhini, C. Kruegel, and G. Vigna, "Shady paths: Leveraging surfing crowds to detect malicious web pages," in *Proceedings of the 2013 ACM SIGSAC Conference on Computer & Communications Security*, ser. CCS '13, 2013, pp. 133–144.

[18] Y. Takata, S. Goto, and T. Mori, "Analysis of redirection caused by web-based malware," *Proceedings of the Asia-Pacific advanced network*, vol. 32, pp. 53–62, 2011.

[19] "CWE-601: URL Redirection to Untrusted Site ('Open Redirect')." [Online]. Available: http://cwe.mitre.org/data/definitions/601.html

[20] C. Whittaker, B. Ryner, and M. Nazif, "Large-scale automatic classification of phishing pages," in *NDSS '10*, 2010. [Online]. Available: http://www.isoc.org/isoc/conferences/ndss/10/pdf/08.pdf

[21] H. McCalley, B. Wardman, and G. Warner, "Analysis of back-doored phishing kits." in *IFIP Int. Conf. Digital Forensics*, vol. 361. Springer, 2011, pp. 155–168.

[22] M. Cova, C. Kruegel, and G. Vigna, "There is no free phish: An analysis of "free" and live phishing kits," in *Proceedings of the 2nd Conference on USENIX Workshop on Offensive Technologies*, ser. WOOT'08. Berkeley, CA, USA: USENIX Association, 2008, pp. 4:1–4:8.

[23] D. Manky, "Cybercrime as a service: a very modern business," *Computer Fraud & Security*, vol. 2013, no. 6, pp. 9–13, 2013.

[24] D. Birk, S. Gajek, F. Grobert, and A. R. Sadeghi, "Phishing phishers - observing and tracing organized cybercrime," in *Second International Conference on Internet Monitoring and Protection*, July 2007, p. 3.

[25] X. Han, N. Kheir, and D. Balzarotti, "Phisheye: Live monitoring of sandboxed phishing kits," in *Proceedings of the 2016 ACM SIGSAC Conference on Computer and Communications Security*. ACM, 2016, pp. 1402–1413.

[26] S. Hao, M. Thomas, V. Paxson, N. Feamster, C. Kreibich, C. Grier, and S. Hollenbeck, "Understanding the domain registration behavior of spammers," in *Proceedings of the 2013 conference on Internet measurement conference*. ACM, 2013, pp. 63–76.

[27] Z. Ramzan, "Phishing attacks and countermeasures," in *Handbook of information and communication security*. Springer, 2010, pp. 433–448.

[28] "Statcounter: Desktop browser market share worldwide," http://gs.statcounter.com/browser-market-share/, [Online; accessed 20-Aug-2017].

[29] M. Matsuoka, N. Yamai, K. Okayama, K. Kawano, M. Nakamura, and M. Minda, "Domain registration date retrieval system of urls in e-mail messages for improving spam discrimination," in *Computer Software and Applications Conference Workshops (COMPSACW), 2013 IEEE 37th Annual*. IEEE, 2013, pp. 587–592.

[30] M. Khonji, Y. Iraqi, and A. Jones, "Enhancing phishing e-mail classifiers: A lexical url analysis approach," *International Journal for Information Security Research (IJISR)*, vol. 2, no. 1/2, p. 40, 2012.

[31] S. Duman, K. Kalkan-Cakmakci, M. Egele, W. Robertson, and E. Kirda, "Emailprofiler: Spearphishing filtering with header and stylometric features of emails," in *Computer Software and Applications Conference (COMPSAC)*, vol. 1. IEEE, 2016, pp. 408–416.

[32] L. Bilge, E. Kirda, C. Kruegel, and M. Balduzzi, "Exposure: Finding malicious domains using passive dns analysis." in *NDSS*, 2011.

[33] B. Liang, M. Su, W. You, W. Shi, and G. Yang, "Cracking classifiers for evasion: A case study on Google's phishing pages filter," in *Proceedings of the 25th International Conference on World Wide Web*. International World Wide Web Conferences Steering Committee, 2016, pp. 345–356.

[34] G. Xiang, J. Hong, C. P. Rose, and L. Cranor, "Cantina+: A feature-rich machine learning framework for detecting phishing web sites," *ACM Trans. Inf. Syst. Secur.*, vol. 14, no. 2, pp. 21:1–21:28, Sep. 2011.

[35] Y. Zhang, J. I. Hong, and L. F. Cranor, "Cantina: A content-based approach to detecting phishing web sites," in *Proceedings of the 16th International Conference on World Wide Web*, 2007, pp. 639–648.

[36] D. Canali, D. Balzarotti, and A. Francillon, "The role of web hosting providers in detecting compromised websites," in *Proceedings of the 22nd International Conference on World Wide Web*, 2013, pp. 177–188.

[37] A. Lukovenko, "Let's Automate Let's Encrypt," *Linux Journal*, no. 266, Jun. 2016.

[38] J. P. Randy Abrams, Orlando Barrera, "Browser Security Comparative Analysis - Phishing Protection," *NSS Labs*, 2013, https://www.helpnetsecurity.com/images/articles/Browser%20Security%20CAR%202013%20-%20Phishing%20Protection.pdf.

[39] NSS Labs, "NSS Labs Conducts First Cross-Platform Test of Leading Web Browsers," Oct 2017. [Online]. Available: https://www.nsslabs.com/company/news/press-releases/nss-labs-conducts-first-cross-platform-test-of-leading-web-browsers/

[40] R. Fielding, J. Gettys, J. Mogul, H. Frystyk, L. Masinter, P. Leach, and T. Berners-Lee, "Hypertext transfer protocol – HTTP/1.1," United States, 1999.

[41] N. Virvilis, N. Tsalis, A. Mylonas, and D. Gritzalis, "Mobile devices: A phisher's paradise," *2014 11th International Conference on Security and Cryptography (SECRYPT)*, pp. 1–9, 2014.

[42] "Google Safe Browsing: Report Phishing Page." [Online]. Available: https://safebrowsing.google.com/safebrowsing/report_phish/

[43] "SmartScreen: Report a Website." [Online]. Available: https://feedback.smartscreen.microsoft.com/feedback.aspx?t=0url=

[44] "ESET: Report a Phishing Page." [Online]. Available: http://phishing.eset.com/report/

[45] "NetCraft: Report a Phishing URL." [Online]. Available: http://toolbar.netcraft.com/report_url

[46] "McAfee: Custom URL ticketing System." [Online]. Available: "https://www.trustedsource.org/en/feedback/url?action=checksingle

[47] "Digitalocean: Cloud computing, simplicity at scale." [Online]. Available: https://www.digitalocean.com/

[48] T. Moore and R. Clayton, "Examining the impact of website take-down on phishing," in *Proceedings of the anti-phishing working groups 2nd annual eCrime researchers summit*. ACM, 2007, pp. 1–13.

[49] S. Garera, N. Provos, M. Chew, and A. D. Rubin, "A framework for detection and measurement of phishing attacks," in *Proceedings of the 2007 ACM Workshop on Recurring Malcode*, ser. WORM '07, pp. 1–8.

[50] J. Cohen, "Statistical power analysis for the behavioral sciences." 1988.

[51] E. Lewis, "The role of wildcards in the domain name system," United States, 2006.

[52] K. Ravishankar, B. Prasad, S. Gupta, and K. K. Biswas, "Dominant color region based indexing for cbir," in *Image Analysis and Processing, 1999. Proceedings. International Conference on*. IEEE, 1999, pp. 887–892.

[53] "Overview — safe browsing apis (v4) — google developers." [Online]. Available: https://developers.google.com/safe-browsing/v4/

[54] D. G. Dobolyi and A. Abbasi, "Phishmonger: A free and open source public archive of real-world phishing websites," in *Intelligence and Security Informatics, 2016 IEEE Conference on*, pp. 31–36.

[55] T. Moore, R. Clayton, and H. Stern, "Temporal correlations between spam and phishing websites." in *LEET*, 2009.

[56] T. Moore and R. Clayton, "How hard can it be to measure phishing?" *Mapping and Measuring Cybercrime*, 2010.

[57] NSS Labs, "Web browser security: Phishing protection test methodology v3.0," Jul 2016. [Online]. Available: https://research.nsslabs.com/reports/free-90/files/TestMethodology_WebB/Page4

[58] C. Ludl, S. McAllister, E. Kirda, e. H. B. Kruegel, Christopher, and R. Sommer, "On the effectiveness of techniques to detect phishing sites," in *Detection of Intrusions and Malware, and Vulnerability Assessment*. Berlin, Heidelberg: Springer Berlin Heidelberg, 2007, pp. 20–39.

## Appendix I: Full test Per-entity Blacklisting

Each entity we tested exhibited a characteristic blacklisting behavior with respect to the different cloaking techniques; the aggregate view of filter performance in Figure 3 masks some of these characteristics. Figure 4 includes similar charts for each individual entity as a supplement to Figure 3 and the entity scores in Table VI. Each chart shows detailed blacklisting performance over time, aggregated for all browsers, for each filter type.



(a) GSB



(b) SmartScreen



(c) APWG



(d) PhishTank



(e) PayPal

Fig. 4: Blacklisting over time by filter (full tests).

APPENDIX II: PRELIMINARY TEST DATA

Table VIII includes detailed performance scores for all entities in the preliminary tests. These scores are based on the formulas in Section V-B and are the basis of our comparative discussion in Section V-C. We visualize the preliminary test performance of only the subsequently re-tested entities (GSB, SmartScreen, AWPG, PhishTank, and PayPal) in Figure 5a.

Figure 5b illustrates the increased likelihood of URLs with a deceptive domain (Type IV [8], [49]) to be blacklisted during the preliminary tests. As previously discussed, this increase is linked to heuristics used by SmartScreen browsers; the positive effect that this had on IE and Edge blacklisting can be seen in the browser performance breakdown in Figure 5c. The latter two charts are based on data from all 10 preliminary tests.

TABLE VIII: Aggregate entity blacklisting performance scores in the preliminary tests.

| GSB | | Filter A | Filter B | Filter C | Filter D | Filter E | Filter F | $S_b$ |
|---|---|---|---|---|---|---|---|---|
| $S_{bf}$ | GSB | 0.988 | 0 | 0 | 0.846 | 0 | 0.493 | 0.466 |
| | IE | 0 | 0.142 | 0 | 0 | 0 | 0.148 | 0.049 |
| | Edge | 0.950 | 0.130 | 0 | 0.709 | 0 | 0.703 | 0.551 |
| | Opera | 0.138 | 0 | 0 | 0.236 | 0 | 0 | 0.046 |
| | $PB_f$ | 1.000 | 1.000 | 0 | 0.857 | 0 | 0.833 | **0.421** | S |
| | $TB_f$ | 38 | 10 | N/A | 43 | N/A | 151 | 0.900 | C |

| SmartScreen | | Filter A | Filter B | Filter C | Filter D | Filter E | Filter F | $S_b$ |
|---|---|---|---|---|---|---|---|---|
| $S_{bf}$ | GSB | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | IE | 0 | 0.142 | 0.284 | 0.142 | 0.135 | 0.166 | 0.100 |
| | Edge | 0.956 | 0 | 0 | 0 | 0.952 | 0.703 | 0.870 |
| | Opera | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | $PB_f$ | 1.000 | 0.143 | 0.286 | 0.143 | 1.000 | 0.833 | **0.045** | S |
| | $TB_f$ | 10 | 10 | 14 | 18 | 162 | 7 | 1 | C |

| APWG | | Filter A | Filter B | Filter C | Filter D | Filter E | Filter F | $S_b$ |
|---|---|---|---|---|---|---|---|---|
| $S_{bf}$ | GSB | 0.648 | 0 | 0 | 0.141 | 0 | 0 | 0.158 |
| | IE | 0.255 | 0.432 | 0.306 | 0.306 | 0.524 | 0.178 | 0.319 |
| | Edge | 0.958 | 0.142 | 0.137 | 0 | 0.821 | 0.632 | 0.804 |
| | Opera | 0.345 | 0 | 0 | 0 | 0 | 0 | 0.115 |
| | $PB_f$ | 1.000 | 1.000 | 1.000 | 0.857 | 1.000 | 0.333 | **0.198** | S |
| | $TB_f$ | 73 | 286 | 199 | 154 | 276 | 188 | 1 | C |

| PhishTank | | Filter A | Filter B | Filter C | Filter D | Filter E | Filter F | $S_b$ |
|---|---|---|---|---|---|---|---|---|
| $S_{bf}$ | GSB | 0.971 | 0.141 | 0.261 | 0 | 0.399 | 0.303 | 0.387 |
| | IE | 0.314 | 0 | 0 | 0 | 0.286 | 0.167 | 0.255 |
| | Edge | 0.771 | 0 | 0 | 0.124 | 0.522 | 0.295 | 0.529 |
| | Opera | 0.112 | 0.123 | 0 | 0 | 0 | 0 | 0.037 |
| | $PB_f$ | 1.000 | 0.286 | 0.286 | 0.125 | 0.714 | 0.333 | **0.372** | S |
| | $TB_f$ | 95 | 309 | 344 | 3784 | 162 | 363 | 0.975 | C |

| PayPal | | Filter A | Filter B | Filter C | Filter D | Filter E | Filter F | $S_b$ |
|---|---|---|---|---|---|---|---|---|
| $S_{bf}$ | GSB | 0.637 | 0 | 0.276 | 0 | 0.408 | 0 | 0.264 |
| | IE | 0.345 | 0.517 | 0.448 | 0.306 | 0.525 | 0 | 0.290 |
| | Edge | 0.213 | 0 | 0 | 0.173 | 0 | 0.145 | 0.119 |
| | Opera | 0.102 | 0 | 0.253 | 0 | 0 | 0 | 0.034 |
| | $PB_f$ | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 0.167 | **0.255** | S |
| | $TB_f$ | 121 | 181 | 128 | 179 | 154 | 3694 | 0.925 | C |

| ESET | | Filter A | Filter B | Filter C | Filter D | Filter E | Filter F | $S_b$ |
|---|---|---|---|---|---|---|---|---|
| $S_{bf}$ | GSB | 0.297 | 0 | 0 | 0 | 0 | 0 | 0.059 |
| | IE | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Edge | 0.256 | 0 | 0 | 0 | 0 | 0 | 0.085 |
| | Opera | 0.137 | 0 | 0 | 0 | 0 | 0 | 0.046 |
| | $PB_f$ | 0.333 | 0 | 0 | 0 | 0 | 0 | **0.055** | S |
| | $TB_f$ | 444 | N/A | N/A | N/A | N/A | N/A | 1 | C |

| WebSense | | Filter A | Filter B | Filter C | Filter D | Filter E | Filter F | $S_b$ |
|---|---|---|---|---|---|---|---|---|
| $S_{bf}$ | GSB | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | IE | 0 | 0 | 0.142 | 0 | 0 | 0.331 | 0.110 |
| | Edge | 0 | 0 | 0.128 | 0 | 0 | 0.299 | 0.100 |
| | Opera | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | $PB_f$ | 0 | 0 | 0.143 | 0 | 0 | 0.286 | **0.014** | S |
| | $TB_f$ | 444 | N/A | 4 | N/A | N/A | 6 | 0.275 | C |

| Netcraft | | Filter A | Filter B | Filter C | Filter D | Filter E | Filter F | $S_b$ |
|---|---|---|---|---|---|---|---|---|
| $S_{bf}$ | GSB | 0 | 0.135 | 0 | 0.538 | 0 | 0 | 0.108 |
| | IE | 0.166 | 0 | 0.142 | 0 | 0.134 | 0 | 0.100 |
| | Edge | 0.389 | 0 | 0.129 | 0 | 0 | 0 | 0.130 |
| | Opera | 0.302 | 0.260 | 0.130 | 0 | 0.130 | 0 | 0.144 |
| | $PB_f$ | 0.667 | 0.429 | 0.182 | 0.571 | 0.182 | 0 | **0.109** | S |
| | $TB_f$ | 531 | 334 | 206 | 241 | 318 | N/A | 0.975 | C |

| US CERT | | Filter A | Filter B | Filter C | Filter D | Filter E | Filter F | $S_b$ |
|---|---|---|---|---|---|---|---|---|
| $S_{bf}$ | GSB | 0 | 0 | 0.139 | 0 | 0 | 0 | 0.028 |
| | IE | 0 | 0.127 | 0.142 | 0 | 0.134 | 0 | 0.045 |
| | Edge | 0 | 0.127 | 0.127 | 0 | 0.127 | 0 | 0.042 |
| | Opera | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | $PB_f$ | 0 | 0.143 | 0.286 | 0 | 0.143 | 0 | **0.029** | S |
| | $TB_f$ | N/A | 28 | 70 | N/A | 248 | N/A | 0.200 | C |

| McAfee | | Filter A | Filter B | Filter C | Filter D | Filter E | Filter F | $S_b$ |
|---|---|---|---|---|---|---|---|---|
| $S_{bf}$ | GSB | 0 | 0 | 0 | 0 | 0 | 0.160 | 0.032 |
| | IE | 0.167 | 0.127 | 0.143 | 0.143 | 0 | 0 | 0.056 |
| | Edge | 0.939 | 0 | 0 | 0 | 0.955 | 0.118 | 0.671 |
| | Opera | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | $PB_f$ | 1 | 0.143 | 0.143 | 0.143 | 1 | 0.167 | **0.059** | S |
| | $TB_f$ | 134 | 466 | 3702 | 3702 | 180 | 172 | 1 | C |



(a) By filter (re-tested entities only)



(b) By URL type (all entities)



(c) By browser (all entities)

Fig. 5: Blacklisting over time (preliminary tests).

## Appendix III: Crawler Traffic Analysis

Our 2,380 phishing sites logged a total of 2,048,606 HTTP requests originating from 100,959 distinct IP addresses. A substantial proportion of requests was characterized by crawlers scanning for phishing kit archives (i.e. zip files) or credential dump files; such requests resulted in 404 "not found" errors. It is beneficial for the security community to be able to identify compromised user information and study phishing kits [8], [10], but such crawling is noisy. By monitoring traffic to their phishing sites, cybercriminals could become aware of the ecosystem's knowledge of their tools, and adapt accordingly.

Figure 6 aggregates the web traffic to all phishing sites from the full tests over the course of a 2-week period relative to initial deployment (along a logarithmic scale). Not unexpectedly, we observed the largest amount of traffic in the hours immediately after reporting each phishing site. Smaller spikes occurred several hours or days thereafter as additional infrastructure started accessing the sites. We automatically disabled each site at the end of its 72-hour deployment; crawlers would thus start seeing 404 errors thereafter. We observed a spike in traffic at this point with characteristics similar to the initial crawler traffic, followed by an immediate sharp decline (presumably once the offline state of each site was verified). Over the following seven days, we logged a consistent yet slowly-declining level of traffic. It is clear that an effort is being made to ensure that offline phishing content does not make a return. After about 10 days, we saw a second sharp decline, after which the traffic reached insignificant levels. We did not study blacklist warning persistence across browsers; this could be an interesting area to explore in the future.

*1) Geographical Origin:* Using the GeoLite2 IP database, we found that traffic to our phishing sites originated from 113 different countries across the majority of North America, Europe, and Asia, and some of Africa, as shown in Table IX. 79.02% of all unique IP addresses were based in the US; this accounted for a slightly lower 64.73% of all traffic but still constituted an overwhelming majority overall.

*2) Entity Crawler Overlap:* We provide a summary of IP address overlap between entities in Table X. The data is indicative of collaboration between certain entities, as discussed in Section VI-B5. A per-entity analysis of long-term crawler traffic is outside the scope of this work.



Fig. 6: Traffic to our phishing sites over time (full tests).

TABLE IX: Geographical distribution of requests to our sites.

| Country | Total Traffic | Unique IPs |
|---|---|---|
| United States | 64.73% | 79.02% |
| United Kingdom | 6.66% | 2.42% |
| Germany | 4.72% | 1.30% |
| Brazil | 1.99% | 2.04% |
| Italy | 1.80% | 0.34% |
| Japan | 1.73% | 0.43% |
| Netherlands | 1.73% | 0.76% |
| India | 1.54% | 0.76% |
| Canada | 1.36% | 1.28% |
| France | 1.21% | 0.68% |
| Belgium | 0.85% | 0.13% |
| Singapore | 0.65% | 0.30% |
| Ireland | 0.65% | 0.66% |
| Norway | 0.65% | 0.18% |
| Australia | 0.63% | 0.34% |
| Korea | 0.50% | 0.17% |
| Denmark | 0.50% | 0.12% |
| Estonia | 0.48% | 0.07% |
| Austria | 0.45% | 0.15% |
| Russia | 0.42% | 2.23% |
| Unknown | 3.99% | 1.96% |
| 93 Others | 2.75% | 4.65% |

TABLE X: Crawler IP overlap between entities.

| Entity | Unique IPs | IP Overlap | | | | |
|---|---|---|---|---|---|---|
| | | GSB | MS | APWG | Phish-Tank | PayPal |
| GSB | 1,788 | | 7.94% | 31.20% | 18.40% | 53.52% |
| MS | 475 | 29.89% | | 29.89% | 23.16% | 38.11% |
| APWG | 6,165 | 11.08% | 2.30% | | 11.13% | 47.96% |
| PhishTank | 2,409 | 13.66% | 4.57% | 28.48% | | 47.11% |
| PayPal | 17,708 | 5.40% | 1.02% | 16.70% | 6.41% | |

TABLE XI: Web traffic during and after site deployment.

| | | Total HTTP Requests | | Unique IP Addresses | |
|---|---|---|---|---|---|
| | | Valid URL | Invalid URL | Valid URL | Invalid URL |
| **Prelim.** | Sites Live | 271,943 | 452,049 | 6,528 | 11,869 |
| | Day 3-14 | 262,141 | | 7,230 | |
| | Total | 986,133 | | 20,874 | |
| **Full** | Sites Live | 355,093 | 545,704 | 22,929 | 54,392 |
| | Day 3-14 | 161,676 | | 21,991 | |
| | Total | 1,062,473 | | 80,085 | |

# APPENDIX
# 176

# Cloak of Visibility: Detecting When Machines Browse A Different Web

Luca Invernizzi*, Kurt Thomas*, Alexandros Kapravelos†,
Oxana Comanescu*, Jean-Michel Picod*, and Elie Bursztein*
*Google, Inc. {invernizzi, kurtthomas, elieb, oxana, jmichel}@google.com
†North Carolina State University kapravelos@ncsu.edu

*Abstract*—The contentious battle between web services and miscreants involved in blackhat search engine optimization and malicious advertisements has driven the underground to develop increasingly sophisticated techniques that hide the true nature of malicious sites. These *web cloaking* techniques hinder the effectiveness of security crawlers and potentially expose Internet users to harmful content. In this work, we study the spectrum of blackhat cloaking techniques that target browser, network, or contextual cues to detect organic visitors. As a starting point, we investigate the capabilities of ten prominent cloaking services marketed within the underground. This includes a first look at multiple IP blacklists that contain over 50 million addresses tied to the top five search engines and tens of anti-virus and security crawlers. We use our findings to develop an anti-cloaking system that detects split-view content returned to two or more distinct browsing profiles with an accuracy of 95.5% and a false positive rate of 0.9% when tested on a labeled dataset of 94,946 URLs. We apply our system to an unlabeled set of 135,577 search and advertisement URLs keyed on high-risk terms (e.g., luxury products, weight loss supplements) to characterize the prevalence of threats in the wild and expose variations in cloaking techniques across traffic sources. Our study provides the first broad perspective of cloaking as it affects Google Search and Google Ads and underscores the minimum capabilities necessary of security crawlers to bypass the state of the art in mobile, rDNS, and IP cloaking.[1]

## I. Introduction

The arms race nature of abuse has spawned a contentious battle in the realm of *web cloaking*. Here, miscreants seeking to short-circuit the challenge of acquiring user traffic turn to search engines and advertisement networks as a vehicle for delivering scams, unwanted software, and malware to browsing clients. Although crawlers attempt to vet content and expunge harmful URLs, there is a fundamental limitation to browsing the web: not every client observes the same content. While *split views* occur naturally due to personalization, geo optimization, and responsive web design, miscreants employ similar targeting techniques in a blackhat capacity to serve enticing and policy-abiding content exclusively to crawlers while simultaneously exposing victims to attacks.

Where as a wealth of prior work focused on understanding the prevalence of cloaking and the content behind cloaked doorways, none precisely measured the spectrum of cloaking techniques in the wild as it affects search engines and ad networks. Indeed, earlier studies predicated their analysis on

a limited set of known cloaking techniques. These include redirect cloaking in search engine results [16], [18], [24], [27], [33], [34] or search visitor profiling based on the `User-Agent` and `Referer` of HTTP requests [32], [35]. An open question remains as to what companies and crawlers blackhat cloaking software targets, the capabilities necessary for security practitioners to bypass state of the art cloaking, and ultimately whether blackhat techniques generalize across traffic sources including search results and advertisements.

In this paper, we marry both an underground and empirical perspective of blackhat cloaking to study how miscreants scrutinize an incoming client's browser, network, and contextual setting and the impact it has on polluting search results and advertisements. We root our study in the blackmarket, directly engaging with specialists selling cloaking software. In total, we obtain ten cloaking packages that range in price from $167 to $13,188. Our investigation reveals that cloaking software spans simple Wordpress plugins written in PHP that check the User-Agent of incoming clients, to fully customized forks of the Nginx web server with built-in capabilities for blacklisting clients based on IP addresses, reverse DNS, User-Agents, HTTP headers, and the order of actions a client takes upon visiting a cloaked webpage. We also obtain access to multiple IP blacklist databases, one of which covers 54,166 IP addresses associated with Bing, Yahoo, Google, Baidu, and Yandex, and a second that contains over 50 million IP addresses from universities (e.g., MIT, Rutgers), security products (e.g., Kaspersky, McAfee), VPNs, and cloud providers. Our analysis yields a unique perspective of which web services miscreants seek to evade and the technical mechanisms involved.

We leverage our tear-down of blackhat cloaking techniques to build a scalable de-cloaking crawler and classifier that detects when a web server returns divergent content to two or more distinct browsing clients. We fetch content from 11 increasingly sophisticated user emulators that cover a combination of Chrome, Android, and a simple robot accessing the Internet via residential, mobile, and data center networks including one associated with Google's crawling infrastructure. In total, we crawl 94,946 labeled training URLs multiple times from each profile, totaling over 3.5 million fetches. We then build a classifier that detects deviations in the content, structure, rendering, linguistic topics, and redirect graph between all pairs of crawlers, accurately distinguishing blackhat cloaking from mobile and geo targeting with 95.5% accuracy

---

[1] Draft version: To abide to IEEE copyright policy, the final version of this paper will be released on the 5th of May, 2017.

and a false positive rate of 0.9%. We analyze in depth which features and browser profiles are critical to detecting cloaking, finding no single approach covers all cloaking techniques.

We apply our system to an unlabeled set of 135,577 Google Search and Google Ads URLs keyed on high-risk terms commonly targeted by miscreants (e.g., luxury products, weight loss supplements) and find 11.7% of the top 100 search results and 4.9% of ads cloak against the Googlebot crawler. Of these, the most popular blackhat cloaking techniques involve detecting JavaScript, blacklisting Googlebot's User-Agent and IP, and requiring that visitors interact with content before the server finally delivers the de-cloaked payload. Despite a menagerie of cloaking techniques in the wild that vary drastically between search and ads, our system nevertheless succeeds at generalizable detection. We dig into specific case studies and their monetization approaches, revealing a thriving market that attempts to capitalize on legitimate consumer interest in nutraceuticals, mobile gaming, and online shopping.

Finally, we explore the fragility of de-cloaking systems, including our own, to miscreant's adapting their cloaking techniques. Rather than persist in the arms race to defeat increasingly sophisticated browser fingerprinting techniques, we argue our approach of comparing the content that cloaked servers deliver to multiple browsing clients naturally extends to real rather than emulated clients. We discuss the potential for client-side detection of cloaking as well as centralized reporting and scoring. Both of these approaches hinder the ability of malicious servers to show benign content exclusively to crawlers, though their adoption must overcome potential privacy concerns.

In summary, we frame our contributions as follows:

- We provide the first broad study of blackhat cloaking techniques and the companies affected.

- We build a distributed crawler and classifier that detects and bypasses mobile, search, and ads cloaking, with 95.5% accuracy and a false positive rate of 0.9%.

- We measure the most prominent search and ad cloaking techniques in the wild; we find 4.9% of ads and 11.7% of search results cloak against Google's generic crawler.

- We determine the minimum set of capabilities required of security crawlers to contend with cloaking today.

## II. BACKGROUND & RELATED WORK

We begin by outlining the incentives that bad actors have to conceal their webpages from crawlers. We also summarize existing techniques that websites employ to distinguish between crawlers and organic traffic. For the purposes of our study, we consider websites that deliver optimized content to small screens or localized visitors to be benign—our focus is exclusively on *blackhat cloaking*.

### A. Web Cloaking Incentives

Web cloaking refers to the set of techniques that a web server uses to fingerprint incoming visitors in order to customize page content. Benign examples include servers that redirect mobile clients to pages optimized for small screens (e.g., m.nytimes.com) as opposed to content-rich desktop equivalents. The more insidious variety involves serving entirely distinct content to (security) crawlers in order to inflate a page's search ranking to drive traffic, evade ad quality scanners, or stealthily deliver drive-by exploits only to vulnerable clients. These techniques create a discrepancy in how the web is observed by bots and how it is perceived by organic clients.

There are many areas where blackhat cloaking can be beneficial for miscreants, but here we focus on the following three categories: search results, advertisements and drive-by downloads.

**Search results:** Cloaking is one tool in an arsenal of techniques that miscreants use for Search Engine Optimization (SEO). Servers will manipulate fake or compromised pages to appear enticing to crawlers while organic visitors are shepherded to (illegal) profit-generating content such as storefronts selling counterfeit luxury products, pharmaceuticals, and dietary supplements [16], [31], [32].

**Advertisements:** As an alternative to duping crawlers for free exposure, miscreants will pay advertising networks to display their URLs. Miscreants rely on cloaking to evade ad policies that strictly prohibit dietary scams, trademark infringing goods, or any form of deceptive advertisements–including malware [9], [36]. Ad scanners see a benign page while organic visitors land on pages hosting scams and malware. Time of check versus time of use (e.g., delayed URL maliciousness) may also play into a miscreant's cloaking strategy.

**Drive-by downloads:** Miscreants compromise popular websites and laden the pages with drive-by exploits. In order to evade security crawlers like Wepawet or Safe Browsing that visit pages with vulnerable browsers [6], [26], these payloads will first fingerprint a client and only attack vulnerable, organic visitors. While we include this for completeness, we focus our study on search and ad cloaking.

### B. Prevalence of Cloaking

Previous studies have shown that finding instances of cloaking in the wild requires intimate knowledge of the search keywords or the vulnerable pages that miscreants target. Wang et al. estimated only 2.2% of Google searches for trending keywords contained cloaked results [32]. A broader method for finding cloaked URLs involved targeted searches for specific cocktails of terms such as "viagra 50mg canada" where 61% of search results contained some form of cloaking [32]. Leontiadis et al. reported a complementary finding where 32% of searches for pharmaceutical keywords advertised in spam emails led to cloaked content [16]. Keyword targeting extends to other realms of fraud: Wang et al. found 29.5% of search results for cheap luxury products contained URLs that redirected visitors to a cloaked storefront [31]. Our strategy for selecting URLs to crawl is built on top of these previous findings in order to minimize the bandwidth wasted fetching benign content.

## C. Cloaking Detection Techniques

Researchers have responded to the steady adaptation of cloaking techniques over time with a medley of anti-cloaking (or de-cloaking) techniques. Early approaches by Wang et al. relied on a cross-view comparison between search results fetched by a browser configured like a crawler and a second fetch via a browser that emulated a real user [33], [34]. They classified a page as cloaking if the redirect chain deviated across fetches. This same approach dominates subsequent cloaking detection strategies that fetch pages via multiple browser profiles to examine divergent redirects (including JavaScript, 30X, and meta-refresh tags) [16], [17], [32], inspect the redirection chains that lead to poisoned search results [18], isolate variations in content between two fetches (e.g., topics, URLs, page structure) [31], [32], [35], or apply cloaking detection to alternative domains such as spammed forum URLs [24]. Other approaches exclusively target compromised webservers and identify clusters of URLs all with trending keywords that are otherwise irrelevant to other content hosted on the domain [14]. Our study improves upon these prior detection strategies. To wit, we build an anti-cloaking pipeline that addresses previously unexplored cloaking techniques as gleaned from the underground; and we explore additional approaches for cross-view comparisons that contends with page dynamism, interstitial ads, network-based cloaking, and the absence of divergent redirect paths. Our pipeline also improves on prior work as it discerns adversarial cloaking from geo targeting and content optimization for small screens. It does so by comparing across views both in terms of textual topic and entities detected in images. These improvements allow us to measure the dominant cloaking strategies in the wild, and in turn, inform search, ad, and malware pipelines that must contend with web cloaking.

## III. Underground Perspective of Cloaking

Cloaking—like the commoditization of exploits, proxies, and hosting [2], [28]—is an infrastructure component for sale within the underground. To identify potential cloaking services and software, we first exhaustively crawled and indexed a selection of underground forums. We then ranked forum discussions based on the frequency of keywords related to cloaking software. The most discussed cloaking package was mentioned 623 times, with the author of the software engaging with the community to provide support and advertise new deals. The least popular service was mentioned only 2 times. Through manual analysis and labor, we successfully obtained the top ten most popular cloaking packages which ranged in price from $167 for entry level products up to $13,188 for the most sophisticated advertised features. We note that for legal protection and to avoid any potential de-anonymization of our underground identities, we cannot publicly disclose the names of the underground forums we harvested, or the names of the cloaking software under analysis.

We analyzed all ten cloaking packages in order to gain an insight into (1) fingerprinting capabilities; (2) switch logic for displaying targeted content; and (3) other built-in SEO

**TABLE I:** Cloaking fingerprinting capabilities reverse engineered from the most sophisticated six samples of cloaking software.

| Capability | Cloaking Type | $C_1$ | $C_2$ | $C_3$ | $C_4$ | $C_5$ | $C_6$ |
|---|---|---|---|---|---|---|---|
| IP Address | Network | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| rDNS | Network | – | ✓ | ✓ | ✓ | – | ✓ |
| Geolocation | Network | ✓ | – | ✓ | ✓ | – | ✓ |
| User-Agent | Browser | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| JavaScript | Browser | ✓ | – | ✓ | – | – | ✓ |
| Flash | Browser | – | – | – | – | – | – |
| HTTP `Referer` | Context | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Keywords | Context | ✓ | – | ✓ | – | – | – |
| Time window | Context | – | – | ✓ | – | ✓ | – |
| Order of operations | Context | – | – | ✓ | – | – | ✓ |

capabilities such as content spinning and keyword stuffing. We use this tear down later in Section IV to design an anti-cloaking system capable of defeating all of the cloaking techniques we discover. We make no claim our investigation exhaustively covers cloaking software or whether our ten particular programs are widely used by miscreants. Indeed, the price and skill set required to operate some of the packages ensures their exclusivity to only the most affluent or sophisticated miscreants. That said, in conducting our analysis, we observed that the set of cloaking techniques among the packages we analyzed quickly converged to a fixed set of signals. This may indicate that while our coverage of cloaking software may be incomplete, the best cloaking techniques are frequently shared (or copied) much like exploit kits.

### A. Cloaking Software Analysis

Of the cloaking applications we analyzed, only one (co-incidentally, the most expensive) protected itself with a tool with no publicly available unpacker. Languages for the various cloaking applications ranged from C++, Perl, JavaScript, and PHP. Sophistication ranged from drop-in scripts and plugins for Wordpress pages, while others included a custom compilation of Nginx for serving cloaked content. For each of the applications, we manually investigated the underlying cloaking logic and any embedded blacklists.

### B. Cloaking Techniques

Cloaking techniques among the services we analyzed span a gamut of network, browser, and contextual fingerprinting. We present a detailed breakdown of key capabilities in Table I. These techniques only scratch the surface of browser fingerprinting that can otherwise enumerate screen size, font lists, header orders, and divergent JavaScript and HTML implementations [3], [7], [8], [20]–[23], [29]. Intuitively, cloaking services need only to deliver a fingerprinting technique to consumers that works. Without external pressure, there is no reason for cloaking developers to adapt toward more complex approaches proposed in research.

**TABLE II:** Breakdown of crawling bots covered by the blacklist-as-a-service. The top five search engines include Bing, Yahoo, Google, Baidu, and Yandex.

| Crawler | Operator | Blacklisted IPs | Overall |
|---------|----------|-----------------|---------|
| msn.com | Bing | 21,672 | 40.01% |
| yahoo.com | Yahoo | 15,069 | 27.82% |
| googlebot.com | Google | 5,398 | 9.97% |
| baidu.com | Baidu | 2,846 | 5.25% |
| yandex.com | Yandex | 1,092 | 2.02% |
| *Other* | Ask, Lycos, etc. | 1,117 | 2.06% |
| *Unknown* | – | 6,972 | 12.87% |

### 1) Network Fingerprinting

**IP Address:** Some crawlers make no effort to obfuscate the IP addresses ranges they appear from. This allows cloaking services to enumerate the set of bot IPs. Of the ten cloaking services we examine, four embed an IP blacklist; the others allowed operators to upload their own IP blacklist. Of the four IP blacklists, three mirrored the same blacklist-as-a-service available for a $350 annual fee. The list, updated twice daily, contained 54,166 unique IP addresses tied to popular search engines and crawlers at the time of our analysis. This same service provided a capability for cloaking clients to report back all IP addresses and HTTP headers tied to incoming visitors to a centralized server which the blacklist service recommended for timely detection of new crawling activities. We note that, despite us crawling sites that we later learned via side-channels relied on this blacklist, our IPs were never identified (potentially due to limited crawling or ineffective detection on the service's part).

Examining the blacklist-as-a-service in detail, we find that reverse DNS queries on the IP addresses surface crawlers from Bing, Yahoo, Google, Baidu, and Yandex as detailed in Table II—the top five search engines based on Alexa ranking [1]. A tiny fraction of IPs relate to Ask, Lycos, and smaller search engines. Consequently, any attempt to de-cloak content from these IPs—even with seemingly organic browser profiles—will fail. Another 6,972 IPs (12.9%) have no rDNS information and appear from a distinct /16 CIDR block than the top five search engines (which operate out of 77 CIDR /16 blocks). We examine whether any of these overlap with contemporaneous lists of proxies including 1,095 Tor exit nodes and 28,794 HideMyAss IPs. We find no evidence of Tor or HideMyAss blacklisting.

The last of the four blacklists contained a significant static list of CIDR blocks encompassing 51,713,860 IP addresses from 122 business entities as annotated in the blacklist (shown in Table III). The coverage advertised by the blacklist includes 30 security and anti-virus companies (e.g., Avira, Comodo, Kaspersky) as well as 9 popular search engines (e.g., Google, Microsoft, Yahoo). The list also covers multiple hosting providers, public clouds (e.g., Amazon), registrars, and proxy networks such as TOR that are unlikely sources of organic traffic. We also find CIDR blocks that blacklist entire ISPs, which as the blacklist author annotates, serve

**TABLE III:** Breakdown of the types of businesses targeted by the static blacklist, including the number of subnets and IP addresses in those ranges.

| Entity Type | Distinct Entities | Subnets | IP Coverage |
|-------------|-------------------|---------|-------------|
| Hosting providers | 42 | 508 | 12,079,768 |
| Security companies | 30 | 346 | 541,860 |
| Internet service providers | 27 | 49 | 1,419,600 |
| Search companies | 9 | 32 | 1,392,640 |
| Other companies | 3 | 12 | 34,628 |
| Proxy networks | 3 | 10 | 1,334 |
| Academic institutions | 2 | 14 | 17,106,682 |
| Hacker collectives | 2 | 4 | 60 |
| Individuals | 2 | 4 | 780 |
| Registrars | 2 | 4 | 19,136,508 |
| Total | 122 | 983 | 51,713,860 |

the crawlers for some security companies. Finally, the list contains a few academic institutions (e.g., MIT, Rutgers), hacker collectives (e.g., Germany's Chaos Computer Club), and individual researchers. We note that the abnormally large number of IP addresses associated with academic institutions results from universities such as MIT controlling an entire Class A subnet that the blacklist owner opted to cover.

Interestingly, when comparing the blacklist-as-a-service and the static list of IPs, we find only two subnets in common, both of which belong to Google. This indicates that the blacklist-as-a-service is geared toward targeting search engines for SEO, whereas the second blacklist focuses on security companies and researchers.

**Reverse DNS:** In the event a crawler appears from a non-blacklisted IP, four of the ten cloaking services perform a rDNS lookup of a visitor's IP. In the absence of a `NXDOMAIN` error, the software compares the rDNS record against a list of domains substrings belonging to Google (*1e100, google*), Microsoft, Yahoo, Baidu, Yandex, Ask, Rambler, DirectHit, and Teoma. Some of the cloaking services in turn add newly identified crawler IPs to their embedded blacklists. As such, any anti-cloaking pipeline must at a minimum crawl from IPs with non-overlapping (or completely absent) rDNS information.

**Geolocation:** We find that four of the ten cloaking services allow geographic targeting at a country level granularity based on mappings. One goes so far as to embed a duplicate of the MaxMind public GeoIP list for live querying. We do not observe any pre-configured list of blocked geo origins; all targeting is left to the software's operator. This poses a significant challenge to anti-cloaking pipelines as network infrastructure must support arbitrary network vantage points around the globe. However, as we previously discussed, most cloaking services fail to block Tor or major proxy providers. As such, we consider these services as a potentially acceptable sources of IP diversity.

TABLE IV: User-Agent substrings used by cloaking software to identify crawlers.

| Crawler User-Agent substrings | | | | | |
|---|---|---|---|---|---|
| altavista | aol | askj | baidu | bingbot | crawler |
| gigablast | google | jeeves | lycos | msn | slurp |
| sogou | spider | teoma | yahoo | yandex | |

### 2) Browser Fingerprinting

**User-Agent:** Well-behaving search and advertisement crawlers announce their presence with specialized User-Agent strings commonly advertised on the operator's website. Examples include Google's *googlebot*; Microsoft's *bingbot* and *msnbot*; and Yahoo's *slurp*. We find cloaking services ubiquitously rely on User-Agent comparisons to explicitly block Google, Bing, Yahoo, Ask, Baidu, Teoma, and Yandex. The cloaking services also carve out generic exceptions for *crawler* and *spider* to trigger cloaking logic. We provide a detailed breakdown of the exact substring matching patterns in Table IV. Some substrings capture overly broad applications. One cloaking product contends with this fact by including a whitelist covering *code.google.com/appengine* (third-party services operating on Google's infrastructure) and *via translate.google.com* (incoming translation requests likely from users); however, all other services make no exception.

**JavaScript & Flash:** JavaScript and Flash (or the lack thereof) can serve as both a crawler fingerprinting technique as well as a redirection delivery method. We find three cloaking services rely on JavaScript execution as a technique for blocking rudimentary crawlers. We find no support for Flash-based cloaking, though there is evidence of such attacks in the past [9]. One service also allows for operators to input custom JavaScript fingerprinting logic executed on each visit—a potential route to configure SEO-focused cloakers for drive-by exploit targeting, though we argue such attacks are orthogonal and more likely to come via exploit kits [12]. For our study, we opt to support both JavaScript and Flash when crawling to cover all possible bases.

### 3) Contextual Fingerprinting

**HTTP `Referer`:** The final ubiquitous cloaking technique we observe across blackhat applications involves scanning the HTTP `Referer` of incoming visitors to verify users originate from search portals. The default whitelist matches major crawlers (previously discussed in Table IV), though miscreants can disable this feature. This technique prevents crawlers from harvesting URLs and visiting them outside the context they first appeared. We contend with this cloaking approach by always spoofing a HTTP `Referer`, the details of which we expand on in Section IV.

**Incoming Keywords:** Keyword cloaking—supported by two services—takes HTTP `Referer` cloaking a step further and checks the validity of the search keywords that brought a purported visitor to a miscreant's page. Mechanistically, the cloaking software extracts the list of search terms embedded in the HTTP `Referer` using a set of customized regular expressions for each search portal and then compares the terms against an operator-provided list of negative keywords and positive keywords (e.g., viagra, Tiffany) associated with a page. The software triggers cloaking logic if a HTTP `Referer` contains any negative keywords or lacks any positive keywords. We adapt to this technique by embedding expected keywords in our HTTP `Referer`—derived from ad targeting criteria or page content. We note that since Google has been serving search results over TLS to logged-in users since 2013, and therefore not passing keywords in the HTTP referrer, the effectiveness of keyword cloaking has diminished. We have found that keyword cloaking is no longer pivotal, as it has been in previous works [32].

**Time Window:** Timing-based cloaking prohibits visitors from accessing uncloaked content more than once in a specific time window. The two services we find offering this capability rely on server side logs of a visitor's IP address. Any repeat visitors within 24 hours are redirected to cloaked content as if they were a crawler. This raises a potential issue of false negatives for an anti-cloaking pipeline without a sufficiently large IP pool.

**Order of Operations:** While most of the cloaking services we study rely on a single *doorway* page through which all cloaking logic triggers, two of the services supports multiple hops. Upon visiting a page, the software sets a short lived cookie (e.g., minutes). When legitimate users interact with the page, such as clicking on a URL, the next doorway checks whether this cookie is present and within the expiration window. This allows cloaked websites to enforce a specific sequence of actions (e.g., visit, click) where crawlers would likely enqueue the URL for visiting at a later time or on an entirely different machine. Our pipeline consolidates all crawling of a domain to a single short window.

### C. Redirection Techniques

We observe three techniques that cloaking applications rely on to deliver split-view content upon successfully fingerprinting a client. The first involves redirecting clients via meta-refresh, JavaScript, or `30X` codes. Crawlers are either stopped at a *doorway* or redirected to an entirely different domain than legitimate clients. Alternatively, websites dynamically render content via server-side logic to include new page elements (e.g., embedding an iframe) without changing the URL that appears in a browser's address bar. The last technique involves serving only crawlers a `40X` or `50X` error. We account for each of these techniques when designing our anti-cloaking pipeline.

### D. Built-in SEO Services

All but one ($C_6$) of the cloaking software under analysis supports automatic content generation aimed at SEO either natively or through third-party plugins (e.g., SEnuke, XRumer which are content spinning programs that create topically

related documents [37]). The most advanced built-in solution takes a set of targeted search terms from the software's operator, after which the program will automatically query popular search engines for related content, scrape top-ranked links, and synthesize the content into a seemingly relevant document from a crawler's perspective. Furthermore, these systems automatically detect and exclude copyright infringing content and trademarked names to avoid penalization or removal by search ranking algorithms. As part of this document construction, the software will intersperse targeted search terms with stolen content to increase the frequency of related terms. We rely on this observation later in Section IV in order to detect contextual cloaking that requires a visitor's HTTP `Referer` to contain specific keywords as previously discussed in this section.

## IV. DETECTING CLOAKING

We leverage our tear-down of blackhat cloaking techniques to build a scalable anti-cloaking pipeline that detects when two or more distinct browsers are shown divergent content. We preview our system's design in Figure 1. We start by aggregating a diverse sample of URLs to scan for cloaking (❶). We then fetch each of these URLs via multiple browser profiles as well as network vantage points to trigger any cloaking logic (❷). We finally compare the content, structure, and redirect graph associated with each fetch (❸) before feeding these features into a classifier to detect the presence of blackhat cloaking (❹). While we note multiple prior studies have proposed techniques to de-cloak URLs in specific settings—particularly redirection cloaking—our goal with this system is to understand which anti-cloaking techniques *generalize* across web cloaking (including mobile and reverse-proxy cloaking), and similarly, to understand the *minimum* set of capabilities required of security scanners to contend with the current cloaking arms race. We defer concrete implementation details till Section V.

### A. Candidate URL Selection

To conduct our study we aggregate a stream of URLs from popular websites, search results, and mobile-targeted advertisements. We split our dataset into two: one part for training a classifier based on labeled data from previous studies of cloaking outlined in Table V; and a second sample that we feed into our classifier to analyze an unbiased perspective of cloaking in the wild shown in Table VI.

Our training corpus of benign URLs consists of a random sample of pages appearing in the Alexa Top Million, all of which we assume to be non-cloaked.[2] We later validate this assumption in Section VII. For labeled instances of cloaked domains we rely on a feed of counterfeit luxury storefronts that fingerprint Google's search bot, maintained by Wang et al. [31], collected between February, 2015–May, 2015. In total, we rely on 94,946 URLs for training. We note our labeled

**TABLE V:** Breakdown of labeled data we use for training and evaluating our classifier.

| Labeled Dataset | Source | Volume |
|---|---|---|
| Legitimate websites | *Alexa* | 75,079 |
| Cloaked storefronts | *SEO abuse [31]* | 19,867 |
| **Total** | | **94,946** |

**TABLE VI:** Breakdown of unlabeled data that we classify to study cloaking in the wild.

| Unlabeled Dataset | Source | Volume |
|---|---|---|
| Luxury storefronts | *Google Search* | 115,071 |
| Health, software ads | *Google Ads* | 20,506 |
| **Total** | | **135,577** |

dataset has a class imbalance toward non-cloaked content which helps to emphasize false negatives over false positives.

For studying blackhat fingerprinting techniques, we rely on a sample of unlabeled URLs tied to Google Search and Google Ads targeting mobile users.[3] Unlike our training corpus, these carry no biases from previous de-cloaking systems. Due to the targeted nature of cloaking as previously explored by Wang et al. [32], we predicate our searches on high-value keywords related to luxury products (e.g., gucci, prada, nike, abercrombie) and ad selection on keywords related to weight loss (e.g., garcinia, keatone, acai) and popular mobile software applications (e.g., whatsapp, mobogenie). While it is possible this targeting biases our evaluation, we argue that the content that miscreants serve is independent from the underlying technology used to fingerprint crawlers. In total, we collect 135,577 URL samples, only a fraction of which we assume will actually cloak.

### B. Browser Configuration

While our dataset may appear small, this is because we crawl each URL with 11 distinct browser and network configurations in an attempt to trigger any cloaking logic, repeating each crawl three times to rule out noise introduced by dynamic content or network errors. In total, we perform over 7 million crawls. We detail each crawl configuration in Table VII. We chose this set based on our domain knowledge of reversed blackhat services which target various platforms, environment variables, JavaScript, Flash, and cookie functionality. Also, these configurations cover the three possible vantage points of anti-cloaking deployments: a search engine advertising its crawlers with their User Agents and IP addresses, a browser farm deployed in the cloud, and a stealthy deployment using mobile and residential networks. In section VI-D, we evaluate how each of these vantage points contribute to our overall cloaking detection performance.

In total, we provide three native platforms for fetching content: Chrome on Desktop; Chrome on Android; and a

---

[2]We reiterate that we treat personalization, geo targeting, and reactive design as benign and thus non-cloaking. Many of these techniques are present in the Alexa Top Million. We use a cloaking label only for blackhat techniques.

[3]We assume that Google deploys some defenses against cloaking. As such, our dataset will capture only mature cloaking techniques that evade immediate detection by Google crawlers.

**TABLE VII:** List of browser, network, and contextual configurations supported by our system.

| Profile Name | Platform | User-Agent | Network | Referrer | Click |
|---|---|---|---|---|---|
| Googlebot Basic | HTTP Request only | Googlebot | Google | ✗ | ✗ |
| Googlebot Desktop | Chrome Desktop | Googlebot | Google | ✗ | ✓ |
| Googlebot Android | Chrome Android | Googlebot | Google | ✗ | ✓ |
| Basic Cloud (no referer) | HTTP Request only | Chrome OSX | Cloud | ✗ | ✗ |
| Basic Cloud | HTTP Request only | Chrome OSX | Cloud | ✓ | ✗ |
| Chrome Desktop Cloud (no referer) | Chrome Desktop | Chrome OSX | Cloud | ✗ | ✓ |
| Chrome Desktop Cloud | Chrome Desktop | Chrome OSX | Cloud | ✓ | ✓ |
| Chrome Mobile Cloud (no referer) | Chrome Android | Chrome Android 4.4 | Cloud | ✗ | ✓ |
| Chrome Mobile | Chrome Android | Chrome Android 4.4 | Cloud | ✓ | ✓ |
| Desktop User | Chrome Desktop | Chrome OSX | Residential | ✓ | ✓ |
| Mobile User | Chrome Android | Chrome Android 4.4 | Mobile | ✓ | ✓ |

basic HTTP fetch that supports cookies and `30X` redirects, but does not handle Flash, JavaScript, meta redirects, or embedded content (e.g., `iframes`, images). We then configure the User-Agent of each platform to mirror the latest version of Chrome on Mac OSX; Chrome on a Nexus 5 Android device; or the Google search bot. Finally, we wire the browser to proxy all requests through a pre-defined network (e.g., mobile, cloud) described shortly. After a successful fetch, we save both the HTML content of a page along with a screenshot. Due to the possibility of URL visits introducing browser state, we tear down our environment and clear all cookies between fetches. As we show later in Section VII, in practice only a few of these profiles are necessary to detect all cloaked content (though not measure the precise cloaking logic). Security crawlers can adopt this slimmed-down configuration to increase overall throughput.

**Context Selection:** We support spoofing three contextual features when fetching URLs: the keywords a user searches for; the path our crawler takes to reach a destination (e.g., the HTTP `Referer`); and user actions taken upon reaching a page (e.g., clicking). To determine which keywords to spoof, we first fetch every non ad-based URL with a basic Googlebot absent any HTTP `Referer` and then extract the (stuffed) keywords on the page. Methodologically, we filter a page's HTML to include only visible, non-stopword text, after which we select the top three most frequent words. Due to how miscreants spin content to achieve a high search rank (as discussed in Section III), these keywords are identical to those miscreants expect from legitimate clients. For ad-based URLs, the process is simpler: we rely on the keywords the advertiser bids on for targeting (gathered from Google AdWords).

Since browsers have complex policies on when to set the referrer (depending on whether the source and destination URLs are over TLS, and the type of redirect [30], [33]), we have opted not to spoof a crawler's path by simply overwriting the `Referer` field, as the difference in referrer handling might not trigger the uncloaking of a target website. Instead, we first load a Google search page and explicitly create a new element on the page via JavaScript that directs to the destination URL along with the aforementioned keywords embedded in the URL's parameters, after which we click the

element. We support this approach for all types of URLs.

Finally, to handle click walls that appear due to order of operation-style cloaking, upon reaching a URL's final landing page we wait a few seconds and then select the largest element and simulate a user click event. If the click fails to cause the browser to load a different URL, we ignore the element and repeat the process until a loading event occurs or no elements are left to consider. In this fashion we create a realistic context in which a user visits a search engine, enters an appropriate search query, clicks on the cloaked page's search, ad, or drive-by URL; and ultimately interacts with the cloaked page's content. Note that we only click when using Chrome Desktop or Mobile, and not when using the simple HTTP fetcher (per Googlebot's typical behavior).

**Network Selection:** We proxy network requests through a tap that records all inbound and outbound traffic. Additionally, this tap provides a configurable exit IP belonging to either Google's network; a mobile gateway in the United States belonging to AT&T or Verizon; a datacenter network belonging to Google Cloud; or a residential IP addresses belonging to the researchers involved in this project. As some of our mobile and residential IPs exist behind NATs with dynamically allocated IP addresses, we establish a reverse tunnel to an entry point with a statically allocated IP address that forwards requests on to the exit node. Our diverse IP address pool allows us to evade or trigger network-based cloaking on demand.

### C. Features

Deviations in page content introduced by cloaking include entirely unique HTML, distinct link locations, alternate cross-origin content, or only a new button appearing on a page. We compare the textual, visual, topical, and structural similarity of content between all possible pairs of browser configurations (e.g., Googlebot, Mobile User). Given we crawl every URL three times per candidate profile, we heuristically select the fetch that generated the largest volume of HTTP logs to serve as the representative sample. We make no assumptions on how significantly documents must differ to constitute blackhat cloaking. Instead, we rely on classification to learn an optimal cut that differentiates divergent content due solely to blackhat cloaking versus benign dynamism (e.g., breaking news, mobile optimization).

*1) Pairwise Similarity Features*

**Content Similarity:** We detect cloaking that returns entirely distinct content by estimating the similarity of each document's visible text and overall HTML. We begin by removing all whitespace and non-alphanumeric content (e.g., punctuation, formatting). We then tokenize the content using a sliding window that generates successive ngrams of four characters. Finally, we calculate a 64-bit simhash of all of the tokens which converts high-dimensional text into a low-dimensional representation amenable to quick comparison, originally pioneered for de-duping documents in search indexes [5]. To measure the similarity of two documents, we calculate the Hamming distance between two simhashes which is proportional to the number of document tokens that failed to match. A high score indicates two documents differ significantly. We run this calculation twice, once for only paragraph and heading text (that is, visible text in the page) and again for all HTML content.

**Screenshot Similarity:** Our second similarity score estimates visual differences in the layout and media presented to browsing profiles of the same window dimensions (e.g., Mobile, Desktop). This approach helps cover syntactically insignificant HTML changes, such as introducing an `iframe`, that significantly change a page's visible content. During each crawl, we take a screenshot both upon visiting a URL and after clicking on the largest hotlinked element. We convert these screenshots from RGB into a grayscale $n \times m$ array, after which we normalize each cell's pixel intensity to a range $[0, 255]$. We then calculate the per-pixel differences between two screenshots $S_1$ and $S_2$, opting to measure the total pixels that differ rather than the absolute value of their difference:

$$diff = \sum_{x=0}^{n} \sum_{y=0}^{m} S_{x_1, y_1} \neq S_{x_2, y_2} \qquad (1)$$

A high score in this regard indicates a substantially different visual layout.

**Element Similarity:** While textual differences between crawls may arise due to dynamic advertisements or newly generated comments, deviations between a website's template should be less likely. To capture this intuition, we extract the set of URIs $E$ associated with all embedded images per document. We then calculate the difference in media content between two documents by using the Jaccard similarity coefficient:

$$1 - \frac{|E_1 \cap E_2|}{|E_1 \cup E_2|} \qquad (2)$$

A high score indicates there were multiple embedded images absent from one or another crawl. To measure the similarity in the page HTML structure, we repeat this same process with `divs` and `iframes`, first stripping the elements of any attributes, and then calculating the fraction of overlapping tags as an additional measure of structural similarity.

**Request Tree Similarity:** We compare the network requests generated while crawling to detect divergent redirects, mismatched network errors, and additional content. We begin by representing a sequence of network events (e.g., `GET`, `POST` requests) as $E = \{e_1, e_2, \dots e_n\}$ where an event $e_i$ consists of a tuple ⟨*Method, Domain, Response Code, Path*⟩. For two sequences $E_1$ and $E_2$ of potentially variable length, we calculate the number of differing requests independent of any timing information using the Jaccard similarity calculation previously outlined in Equation 2. A high score indicates that crawls triggered divergent network behavior. As an extension, we separately calculate the difference in total response packet size between two browsing profiles.

**Topic Similarity:** As an alternative to the previous fine-grained similarity metrics which may suffer in the presence of dynamic website content, we compare the overall semantic similarity of webpage content by extracting representative topics based on visible text. Mechanistically, we rely on an Latent Dirichlet allocation (LDA) implementation to extract a set of at most ten topics $T$ per document [10], [13]. We then calculate the similarity between two document's topics $T_1, T_2$, repeating the Jaccard index calculation presented in Equation 2. A high score indicates the topics between pages differs significantly.

**Screenshot Topic Similarity:** Finally, due to potentially heavy reliance on media rather than text, we also compare the topic similarity of documents as detected by a deep convolutional neural network that uses screenshots as an input [15]. As with our text-based approach, for each screenshot we determine up to ten topics $T$ that describe the visual content. We then repeat the same similarity calculation as outlined with text-based topics. We use this method to catch pages that display additional spam images (typically with sexual or pharmaceutical content) that drastically changes a page's perceived topic.

*2) Per-page Dynamism Features*

We estimate the natural, potentially legitimate dynamism of individual pages per browser configuration to help our classifier identify a minimum threshold above which divergent content is likely indicative of blackhat cloaking. As previously noted, we crawl each URL three times per browsing profile which we denote $C_1, C_2, C_3$ for clarity. We recompute all of the previous metrics for each possible pair $C_i, C_j$ for $i \neq j$, averaging each metric to arrive at a single per-feature, per-page dynamism estimate. Finally, we provide the classifier both these similarity scores as well as the previous cross-browser pairwise similarity metrics divided by our dynamism estimates for that same feature (effectively calculating the ratio of cross-profile dynamism with intra-profile dynamism).

*3) Domain-specific Features*

We extend our feature set with domain-specific signals that target the entire collection of content crawled per URL (as opposed to pairwise metrics), outlined below. We use these for both classification as well as to simplify analysis by

embedding meta-data about how miscreants cloak.

**JavaScript, Meta, Flash Redirection:** We include a single boolean feature for whether a server redirects our crawler via JavaScript, `meta-refresh` tag, or Flash to a domain that does not match the final landing page. Such behavior is common for (compromised) doorway pages where cloaking logic operates.

**Googlebot Errors:** We compare the size of requests returned to our basic Googlebot profile against all other profiles to determine whether a server provides the crawler an error. Several of the cloaking packages we reverse engineered offer an option of serving Googlebot a page aimed at downplaying the relevance of the page. Examples include a 404 interstitial (e.g., "this site is no longer available"), parked domain page, or fake security message such as "this site has been banned").

**Landing Domains:** We annotate each URL with the total number of landing page domains reached during all of our 33 visits, with an intuition that divergent landing sites are highly suspicious.

### D. Classification

We employ Extremely Randomized Trees—an ensemble, non-linear, supervised learning model constructed from a collection of random forests where candidate features and thresholds are selected entirely at random [11]. For training, we rely on our labeled dataset of benign URLs from Alexa and cloaked search (discussed earlier in this section). Prior to classification, we normalize all features into a range $(0, 1)$ to simplify the interpretation of which signals are most salient. During classification, we rely on ten-fold cross validation. We discuss the overall performance of this classifier in Section V and its application to a holdout testing set for analysis in Section VII.

### V. Implementation

We implement our system on Google Cloud Engine with crawling and featurization distributed among 20 Ubuntu machines. The classification is performed on a single instance. Our scheduler is built on top of Celery backed by Redis. We compose crawling tasks as a tuple of a URL and profile that includes the target browser, network vantage point, and context to appear from. Celery handles distributing tasks to workers, monitoring success, and resubmitting failed jobs to live workers. We operate three types of crawlers: a basic robot that fetches URL content via the Python Requests library, akin to `wget`; a headless instantiation of Chrome controlled via Selenium, configured with a User-Agent for Mac OSX; and the same Chrome browser except in mobile emulation mode mimicking the Nexus 5 device with version 4.4 of the Android operating system. Our network vantage points include the authors' residential networks, Google's cloud network, Google's internal network via an agreement for this project, and mobile gateways belonging to AT&T and Verizon as purchased via pre-paid plans. We capture and log all network requests via mitmproxy. Finally, for featurization and classification we rely

**TABLE VIII:** Performance of the supervised-learning classifier on the labeled train/test set, with 10-fold stratified cross validation.

| Accuracy | TN Rate | TP Rate | FN Rate | FP Rate |
|---|---|---|---|---|
| 95.5% | 99.1% | 82.0% | 18.0% | 0.9% |



**Fig. 2:** Receiver operating characteristic curve for the supervised classifier (log-scale).

on scikit-learn [25], Pandas [19], and a mixture of libraries previously mentioned in Section IV for estimating content similarity and topic modeling.

### VI. Evaluation

In this section, we explore the overall performance of our classifier, sources of false positives, the most salient features, and the feasibility of unsupervised clustering. To conduct our evaluation, we first train and test a decision tree classifier using 10-fold cross validation over our imbalanced dataset of 75,079 non-cloaked URLs and 19,867 cloaked URLs previously detailed in Section IV. We rely on a grid search to tune classifier parameters related to our decision forest (e.g., number of trees, depth of trees), ultimately electing the configuration with the optimum overall accuracy.

### A. Overall Supervised Performance

We present the overall accuracy of our system in Table VIII. We correctly detect 99.1% of Alexa URLs as non-cloaked with a false positive rate of 0.9%. To achieve this degree of accuracy, we overlook 18.0% of potentially cloaked counterfeit storefronts. If we examine the trade-off our system achieves between true positives and false positives, presented in Figure 2, we find no inflection point to serve as a clear optimum. As such, operators of de-cloaking pipelines must determine an acceptable level of false positives. For the remainder of our study we rely on a false positive rate of 0.9%.

### B. Source of Errors

**False Positives:** We manually investigate a random sample of URLs our classifier mislabeled to understand the principle

cause of errors. Qualitatively, we find three sources of false positives: (1) websites revising content between crawls, (2) connectivity issues, and (3) noisy labels where some Alexa URLs in fact cloak. In our current crawler implementation, we fail to enforce a time window during which all crawls must complete. This raises the risk that content substantially changes between successive fetches, incorrectly triggering our detection. We can solve this problem moving forward by enforcing an SLA on time-to-crawl. A similar problem arises if our crawler receives a `40X` error or if a page is not fully loaded when we take a screenshot, resulting in divergent image-based and network-based similarity scores. Along this vein, we also find instances where CloudFlare DDoS protection automatically blocks a fraction of our crawls, instead displaying an interstitial "checking your browser" which we mistake for a malicious interstitial. Finally, in rare cases, we find that some of the top Alexa sites serve cloaked ads that swap content when presenting to a crawler, likely unbeknownst to the site embedding the ad. These instances, as observed from our classifier, are in fact true positives, thus our overall false positive rate will be lower in practice.

**False Negatives:** We execute a similar qualitative analysis for false negatives, finding the majority of errors arise due to stability issues tied to cloaked websites. In particular, while crawling pages multiple times from the same profile we often find that the storefronts involved will throw transient errors. This causes intra-profile similarity metrics to deviate as strongly as cross-profile metrics, preventing an accurate assessment. We investigate whether cloaking servers introduce these errors intentionally (e.g., potentially blacklisting our crawler's IP address), but we find no correlation between a successful crawl and repeated errors afterward. Instead, errors appear randomly during any crawl. Similarly, we find some of the URLs were taken down or expired by the time we crawled them. These pages return the same error regardless of profile, thus leading the classifier to believe they are not cloaking. We also find a high volume of counterfeit storefronts that do not cloak, indicating that our labeled dataset is noisier than expected from a cloaking perspective (while its original collection was to study scams). These latter two sources of errors indicate that our false negative rate is likely lower in practice, though non-negligible.

**Comparison to Previous Work:** We note that our definition of cloaking is the most comprehensive to date, including mobile cloaking, graphical-only cloaking, and testing advanced cloaking techniques such as rDNS cloaking. Because of this, the performance of our classifier is not comparable with previous works that target specific types of cloaking, such as redirection cloaking [18], [27] or referrer and user agent cloaking [32]. If we restrict our detection to a specific type of cloaking, such as redirection cloaking, our classifier exhibits low to no false positives. However, such technique-specific restrictions yield a low recall that overlook sophisticated cloaking types such as when cloaking software replaces a single embedded image's content to deliver a cloaked ad offering. As our study aims

to give a comprehensive overview of cloaking techniques in the wild, we opted to favor high recall at the expense of some false positives.

Additionally, our work is the first to distinguish between benign cloaking (e.g., mobile optimization, geolocalization, personalized results) from blackhat cloaking. For example, our detector is capable of determining that the mobile and desktop version of cnn.com differ in content, but that difference results exclusively from content optimization and should not be labeled as blackhat cloaking. This challenge leads to a higher degree of false negatives as we favor precision over recall to reduce false positives from polluting our subsequent analysis.

### C. Salient Features

We rank the importance of the top 20 features that impact the accuracy of our classifier according to their Gini importance [4], effectively calculating the weight of the feature across all trees in our decision forest. We present our findings in Figure 3. The classifier associates the highest weight with JavaScript redirects that cross an origin boundary. Indeed, 41.8% of labeled cloaking URLs rely on this technique compared to 0.62% of presumed non-cloaking URLs. The remaining top 19 features span a spectrum of feature categories covering content, network request, topic, and screenshot similarity among multiple combinations of browsing profiles. This indicates all of our similarity metrics and profiles contribute to classification results, each covering a non-overlapping approach to cloaking.

Exploring feature salience in more detail, we examine the overall accuracy of our system when trained only a single class of similarity metrics. Figure 4 indicates that comparing the structure of pages is the most effective technique for minimizing false negatives, whereas topic, embedded element, and screenshot-based similarity metrics perform the worst in isolation. We recast this same measurement in Figure 5, except this time removing only a single comparison method from training. We find that a model with no screenshot similarity introduces the most false negatives, while removing page structure alone has the least impact. Our findings reiterate that an ensemble of comparison techniques are required to accurately detect split-view content.

### D. Minimum Profile Set

Finally, we quantify the trade-off between anti-cloaking pipeline performance, and its efficiency and complexity. To do so, we start with the full system described here, and we repeatedly identify the crawling profile that, when removed, least impacts the false positive rate. The result of this greedy search of the anti-cloaking pipeline with the minimum capabilities is shown in Figure 6.

As with all classification scores shown here, the scores are the mean values in a ten-fold stratified cross validation. The results indicate that an anti-cloaking pipeline would still have an acceptable performance without a mobile user on a mobile network, and without the content similarity feature class. If any more capabilities are subtracted, the false negative rate



**Fig. 4:** Classifier performance when training only a single feature class. We include a magnified false positive rate ($5x$) to emphasize an otherwise minimal variation. We order feature classes by ascending false positive rates.



**Fig. 5:** Classifier performance when training on all but one class of features. We include a magnified false positive rate ($5x$) to emphasize an otherwise minimal variation. We order feature classes by ascending false positive rates.

doubles, whereas the false positive rate remains fairly low even for a pipeline composed only by a mobile browser, desktop browser and Googlebot, all crawling from Google IPs and cloud IPs. These browsers support clicking, taking screenshots, and visit URLs with the same profile repeatedly. Since any further simplification of this basic anti-cloaking pipeline doubles the false positive rate, we have established that this is the minimum anti-cloaking platform that is both efficient, by avoiding unnecessary crawling and featurization, and effective against current cloaking. We caution readers that this evaluation of the minimum viable anti-cloaking pipeline should be performed routinely, so to react in a timely manner to a spread in popularity of more advanced cloaking tech-



**Fig. 6:** Classifier performance degradation, when repeatedly removing the crawling profile that least affects the false positive rate.

**TABLE IX:** Performance of the unsupervised-learning classifier on the labeled train/test set.

| Accuracy | TN Rate | TP Rate | FN Rate | FP Rate |
|---|---|---|---|---|
| 84.6% | 90.3% | 61.1% | 38.9% | 9.7% |

niques.

### E. Unsupervised Alternative

Supervised learning requires a steady stream of training data in the event miscreants adapt their techniques for displaying split-view content. As a potential alternative, we compare our supervised classifier's accuracy to that of an unsupervised clustering equivalent based on Gaussian mixture models. We measure accuracy based on the cluster's separation of our labeled dataset. We present our results in Table IX. Unsupervised learning achieves an overall accuracy 84.6% and false positive rate of 9.7% compared to supervised learning which achieves an accuracy of 95.5% with 0.9% false positives. While this indicates there is substantial power in merely comparing the similarity of content between multiple clients, a supervised classifier far outperforms clustering when labeling edge cases.

## VII. Cloaking in the Wild

Having vetted our classifier, we apply it to an unlabeled dataset of 135,577 search results and advertisements targeting high-value, commonly abused keywords related to luxury products, weight loss, and mobile gaming. We measure the prevalence of cloaking in the wild and categorize the blackhat techniques involved.

### A. Frequency

In Table X, we show the incidence of cloaked content for Google Search results and Google Ads. We estimate 4.9% of mobile-targeted advertisements predicated on high-risk keywords direct to cloaked content. This demonstrates

**TABLE X:** Prevalence of cloaking in Google Search and Ads for URLs tied to high-risk keywords.

| Source | Keyword Category | % Cloaking |
|---|---|---|
| *Google Ads* | Health, software ads | 4.9% |
| *Google Search* | Luxury storefronts | 11.7% |

that miscreants readily attempt to abuse the advertisement ecosystem as a distribution channel for nutraceuticals and knock-off mobile games and justifies a heightened scrutiny for specific ad targeting practices. We make no claim that Google fails to detect these cloaked URLs; only that miscreants purposefully provide evasive content to Googlebot while URLs remain operational.[4] For search, we find 11.7% of URLs in the top 100 results direct to cloaked content. This is consistent with previous estimates of pharmaceutical-based cloaking in Google search results where Wang et al. estimated 9.4% of search results linked to cloaked doorways [32]. Our results illustrate that cloaking remains a common blackhat practice requiring constant maintenance on the part of security crawlers to keep pace with the arms race. That said, our measurements show that miscreants more commonly target search results over advertisements, likely due to the cost of advertising.

### B. Targeting Techniques

Cloaking sites hide their payload from everyone but the intended audience of organic users. We analyze how miscreants arrive at this distinction and study any differences between ad and search-based cloaking. To do so, first we mark all cloaking URLs in the unlabeled dataset with our full classifier. Then, for each class of targeting techniques, such as checking that the visitor has a HTTP `Referer` set, we train a classifier on our labeled dataset but specifically exclude browser profiles that include the targeting technique under evaluation. We then measure the fraction of cloaking URLs in the unlabeled dataset that this new classifier identifies as cloaking, effectively acting as a proxy for which targeting criteria is critical to receive decloaked content (and thus accurate detection). Note that we use the unlabeled classifier as our test set to mitigate any bias in our labeled dataset.

We show the fingerprinting checks miscreants use for Google Search and Google Ads in Table XI. We find the most prominent targeting criteria is the presence of JavaScript which miscreants use for 49.6% of cloaked ads and 22.4% of cloaked search results. This is followed in popularity by checking for Googlebot's IP address and User-Agent, and finally evidence that a client interacts with a page (e.g., clicking). Our results highlight that any anti-cloaking pipeline must come outfitted with each of these capabilities to accurately contend with cloaking.

### C. Delivery Techniques

Cloaking sites deliver their uncloaked content to organic visitors in a variety of ways. Some sites opt to redirect visitors

---

[4]We do not track whether URLs are eventually pulled, precluding any longitudinal evaluation for how long it takes before ads are disabled.

**TABLE XI:** Fingerprinting techniques in the wild that are used to make a cloaking decision. Broken down for Google Search and Ads.

| Fingerprinting check | *Google Search* | *Google Ads* |
|---|---|---|
| Has referrer set? | 6.1% | 5.4% |
| User has clicked? | 10.6% | 18.0% |
| Is Google (IP, User Agent)? | 14.3% | 20.7% |
| Has JavaScript support? | 22.4% | 49.6% |
| Is mobile device? | 4.9% | 8.5% |

**TABLE XII:** Delivery techniques in the wild, broken down for Google Search and Ads. Same-page modifications include server-side targeting as well as client-side rendering.

| Cloaking Type | *Google Search* | *Google Ads* |
|---|---|---|
| 30X redirections | 33.6% | 19.9% |
| 40X client errors | 12.0% | 8.5% |
| 50X server errors | 2.5% | 4.4% |
| JavaScript redirections | 29.9% | 6.6% |
| Same-page modifications | 22.0% | 60.6% |

to a monetized URL, either via a server-side decision (via a 30X redirection), or on the client-side via JavaScript. To be less conspicuous, other sites opt to display the uncloaked content directly in the landing page, either through a reverse proxy, or a modification of the DOM such as adding `div`, `img`, or `iframe` elements. We analyze the most popular delivery techniques in our dataset as determined by our network logs for sites labeled as cloaking, broken down by type in Table XII. We find delivery techniques in the wild differ substantially between search results and advertisements. For instance, JavaScript redirects account for 29.9% of cloaked search URLs compared to 6.6% of ads, with ads instead favoring same-page modifications. Our result highlights that while miscreants may cloak against products using a variety of techniques, our anti-cloaking system nevertheless succeeds at generalizing and captures each approach. Any security crawler must address each of these techniques as well as prepare for future iterations of the cloaking arms race.

## VIII. CASE STUDIES

In this section we present case studies exemplary of the monetization strategies among the Google Search and Google Ads URLs we identified as cloaking.

**Lead Generation for Mobile Apps:** We encountered multiple sites that entice mobile users to install both dubious and legitimate third-party apps. Interestingly, a minority of Alexa's top domains also exhibit this behavior. For example, we show how mobile and desktop visitors see opensubtitles.org in Figure 7. When this site detects a visitor with an Android mobile User-Agent and a HTTP referrer set, it adds a new *div* element via JavaScript. This element randomly loads an ad for a legitimate Android app, or is stylized as fake Android notification. When clicked, this notification leads to a dubious app that acts as a free app store. When installed, this app



Desktop version

Android fake notification   Mobile ad, full screen

**Fig. 7:** Observing opensubtitiles.org from different devices can yield completely different content.



**Fig. 8:** Cloaking site that redirects to advertisements.

riddles the device with unwanted ads (through the AirPush library).

**Malware:** A few of the cloaking websites we identified are distributing malware. For example, *saomin.com*, delivers to mobile user an Android app that is flagged as malicious by 19 AntiVirus engines on VirusTotal. In another case, the user was encouraged to install a malicious browser extension called *FromDocToPDF*.

**Traffic Resellers:** We have also observed cloaking sites selling their organic traffic to a ring of advertisers. For example, in Figure 8 we show a screenshot of *pancakeshop.kim*. This site redirects users to third-party advertisers based on the type of platform and *Referer* header. Also, this site geolocates the visitor and uses this information to decide which ads to run. Visiting the site from outside the US yields a blank page, or a message "We currently don't have any sponsors for this domain name".

Some traffic reseller employ a wide set of rules to decide what content to display. An example of this is macauwinner.tk, which pretends to be a parked domain when visited from outside the US, whereas it delivers tailored content to users on residential and mobile networks, detecting their Internet provider (e.g., it also displays "Dear AT&T Uverse user"). Also, it delivers content specific to the operating system of the user, mimicking its appearance when creating fake windows

and alert boxes. The pages to which users get redirected range from fake AntiViruses, to fake popular websites (e.g., Facebook), to surveys.

**Affiliate fraud:** We found cases where the cloaking site performs affiliate fraud. For example, *drseks.com*, redirects every other user to a major shopping retailer with an affiliate id set. By doing so, this retailer shares a fraction of the profits from a sale to the cloaked domain.

## IX. BREAKING THE CLOAKING ARMS RACE

As miscreants adopt increasingly sophisticated application-specific cloaking techniques, it becomes difficult for defenders to keep pace with the cloaking arms race. Currently, our system is a viable solution, as it is designed to defeat current cloaking capabilities. We have determined the minimum capabilities a current anti-cloaking pipeline would need precisely to guide the design of such a pipeline, spending engineering time efficiently. On the long run, however, we envision that miscreants will add to their cloaking arsenal (e.g., carrier-specific mobile cloaking), increasing the cost of detection at the expense of driving less organic traffic to their concealed offers. To counter this trend, we propose two possible alternatives that would render significantly harder to deliver split-view content, although they would require an in-browser component.

**Client-side Cloaking Detection:** As cloaking hinges on serving benign content to search engine and ad network crawlers, one option is for those same services to embed a succinct digest of a webpage's content in the parameters tied to search and advertisement URLs. When users are redirected after clicking on one of these URLs, the user's browser can compare the newly served content against the crawler's digest. If the two substantially differ, the browser can raise a warning interstitial that alerts the user to a suspected scam, phishing, or malware attack. Mechanistically, this comparison naturally follows the pairwise features we laid out for our anti-cloaking system. The benefit over our current architecture is that crawlers no longer need to maintain multiple browsing profiles or network vantages—clients provide the second view. Additionally, this approach respects the privacy of the users, as only the potentially-dangerous pages will be reported by the participating (i.e., opted-in) users.

There are however some open challenges with this approach. First, dynamic content remains a concern. If miscreants can limit the deviations introduced by cloaking to within typical norms (e.g., including only a small new button or URL), the system may fail to detect the attack. That said, this also constrains an attacker in a way that reduces click through from users. Additionally, there is a risk with news sites and other frequently updated pages that a crawler will serve incoming visitors a stale digest due to an outdated crawl, thus burdening users with alerts that are in fact false positives. To avoid this, the crawler would either need to immediately re-crawl the page to confirm the change and suppress the alert, or the digest

should account for the category of the site, allowing for a higher threshold for news sites.

**Distributed Client Content Reporting:** To overcome the problem of staleness, we consider an alternative model where a user's browser opts to anonymously report a content digest after clicking on a search result or advertisement to the associated search engine or ad network. This server would then review the incoming digest against the copy fetched by its crawler. In the event of a mismatch, the server would immediately re-crawl the URL to rule out the possibility of an outdated digest. If there is still a client-server mismatch after crawling, the search engine or ad network involved could pull the reported URL from public listing to protect all future clients. From a privacy perspective, the server receiving reports would already be aware the user clicked on the URL, such as how search engines currently redirect visitors through analytic interstitials. However, as users may click through to a signed-in page containing sensitive content (e.g., facebook.com), the digest reported must not leak personalized content. Furthermore, this approach opens servers up to an abuse problem where malicious clients may spoof digests to unduly trigger the removal of legitimate search results and advertisements. However, assuming there are more legitimate clients than malicious and some form of rate limiting, servers can rely on majority voting to solve this problem, though the long tail of URLs may yet pose a challenge.

## X. Conclusion

In this work, we explored the cloaking arms race playing out between security crawlers and miscreants seeking to monetize search engines and ad networks via counterfeit storefronts and malicious advertisements. While a wealth of prior work exists in the area of understanding the prevalence of content hidden from prying eyes with specific cloaking techniques or the underlying monetization strategies, none marries both an underground and empirical perspective that arrives at precisely how cloaking operates in the wild today. We addressed this gap, developing an anti-cloaking system that covers a spectrum of browser, network, and contextual blackhat targeting techniques that we used to determine the minimum crawling capabilities required to contend with cloaking today.

We informed our system's design by directly engaging with blackmarket specialists selling cloaking software and services to obtain ten of the most sophisticated offerings. The built-in capabilities of these packages included blacklisting clients based on their IP addresses, reverse DNS, User-Agent, HTTP headers, and the order of actions a client takes upon visiting a miscreant's webpage. We overcame each of these techniques by fetching suspected cloaking URLs from multiple crawlers that each emulated increasingly sophisticated legitimate user behavior. We compared and classified the content returned for 94,946 labeled URLs, arriving at a system that accurately detected cloaking 95.5% of the time with a false positive rate of 0.9%.

When we deployed our crawler into the wild to scan 135,577 unknown URLs, we found 11.7% of the top 100 search results related to luxury products and 4.9% of advertisements targeting weight loss and mobile applications cloaked against Googlebot. In the process, we exposed a gap between current blackhat practices and the broader set of fingerprinting techniques known within the research community which may yet be deployed. As such, we discussed future directions for breaking the cloaking arms race that included clients reporting browsing perspective to crawler operators, hindering the ability of miscreants to show benign content exclusively to search engines and ad networks.

## References

[1] Alexa. Alexa top 500 global sites. http://www.alexa.com/topsites, 2012.

[2] Ross Anderson, Chris Barton, Rainer Böhme, Richard Clayton, Michel J.G. van Eeten, Michael Levi, Tyler Moore, and Stefan Savage. Measuring the cost of cybercrime. In *Proceedings of the Workshop on Economics of Information Security (WEIS)*, 2012.

[3] Károly Boda, Ádám Máté Földes, Gábor György Gulyás, and Sándor Imre. User tracking on the web via cross-browser fingerprinting. In *Information Security Technology for Applications*, pages 31–46. Springer, 2012.

[4] Leo Breiman, Jerome Friedman, Charles J Stone, and Richard A Olshen. *Classification and regression trees*. CRC press, 1984.

[5] Moses S Charikar. Similarity estimation techniques from rounding algorithms. In *Proceedings of the thiry-fourth annual ACM symposium on Theory of computing*, pages 380–388. ACM, 2002.

[6] M. Cova, C. Kruegel, and G. Vigna. Detection and analysis of drive-by-download attacks and malicious JavaScript code. In *Proceedings of the 19th International Conference on World Wide Web*, 2010.

[7] Peter Eckersley. How Unique Is Your Web Browser? In *Privacy Enhancing Technologies (PET)*, 2010.

[8] David Fifield and Serge Egelman. Fingerprinting web users through font metrics. In *Proceedings of the International Conference on Financial Cryptography and Data Security*, 2015.

[9] Sean Ford, Marco Cova, Christopher Kruegel, and Giovanni Vigna. Analyzing and detecting malicious flash advertisements. In *Computer Security Applications Conference, 2009. ACSAC'09. Annual*, 2009.

[10] gensim. models.ldamodel – Latent Dirichlet Allocation. https://radimrehurek.com/gensim/models/ldamodel.html, 2015.

[11] Pierre Geurts, Damien Ernst, and Louis Wehenkel. Extremely randomized trees. *Machine learning*, 63(1):3–42, 2006.

[12] Chris Grier, Lucas Ballard, Juan Caballero, Neha Chachra, Christian J. Dietrich, Kirill Levchenko, Panayiotis Mavrommatis, D. McCoy, Antonio Nappa, Andreas Pitsillidis, et al. Manufacturing compromise: The emergence of exploit-as-a-service. In *Proceedings of the ACM Conference on Computer and Communications Security (CCS)*, 2012.

[13] Matthew Hoffman, Francis R Bach, and David M Blei. Online learning for latent dirichlet allocation. In *Neural Information Processing Systems*, 2010.

[14] John P John, Fang Yu, Yinglian Xie, Arvind Krishnamurthy, and Martín Abadi. deseo: Combating search-result poisoning. In *Proceedings of the USENIX Security Symposium*, 2011.

[15] Alex Krizhevsky, Ilya Sutskever, and Geoffrey E Hinton. Imagenet classification with deep convolutional neural networks. In *Advances in neural information processing systems*, pages 1097–1105, 2012.

[16] Nektarios Leontiadis, Tyler Moore, and Nicolas Christin. Measuring and analyzing search-redirection attacks in the illicit online prescription drug trade. In *USENIX Security Symposium*, 2011.

[17] Nektarios Leontiadis, Tyler Moore, and Nicolas Christin. A nearly four-year longitudinal study of search-engine poisoning. In *Proceedings of the 2014 ACM SIGSAC Conference on Computer and Communications Security*, 2014.

[18] Long Lu, Roberto Perdisci, and Wenke Lee. Surf: detecting and measuring search poisoning. In *Proceedings of the 18th ACM conference on Computer and communications security*, 2011.

[19] Wes McKinney. Data structures for statistical computing in python. In *Proceedings of the 9th*, volume 445, pages 51–56, 2010.

[20] Keaton Mowery, Dillon Bogenreif, Scott Yilek, and Hovav Shacham. Fingerprinting information in javascript implementations. In *Proceedings of the Workshop on Web 2.0 Security and Privacy*, 2011.

[21] Keaton Mowery and Hovav Shacham. Pixel perfect: Fingerprinting canvas in html5. In *Proceedings of the Workshop on Web 2.0 Security and Privacy*, 2012.

[22] Martin Mulazzani, Philipp Reschl, Markus Huber, Manuel Leithner, Sebastian Schrittwieser, Edgar Weippl, and FC Wien. Fast and reliable browser identification with javascript engine fingerprinting. In *Proceedings of the Workshop on Web 2.0 Security and Privacy*, 2013.

[23] Nick Nikiforakis, Alexandros Kapravelos, Wouter Joosen, Christopher Kruegel, Frank Piessens, and Giovanni Vigna. Cookieless monster: Exploring the ecosystem of web-based device fingerprinting. In *Security and Privacy (SP), 2013 IEEE Symposium on*, pages 541–555. IEEE, 2013.

[24] Yuan Niu, Hao Chen, Francis Hsu, Yi-Min Wang, and Ming Ma. A quantitative study of forum spamming using context-based analysis. In *NDSS*. Citeseer, 2007.

[25] F. Pedregosa, G. Varoquaux, A. Gramfort, V. Michel, B. Thirion, O. Grisel, M. Blondel, P. Prettenhofer, and et al. Weiss. Scikit-learn: Machine learning in Python. *Journal of Machine Learning Research*, 12:2825–2830, 2011.

[26] Niels Provos, Panayiotis Mavrommatis, Moheeb Abu Rajab, and Fabian Monrose. All your iFRAMEs point to us. In *Proceedings of the 17th Usenix Security Symposium*, pages 1–15, July 2008.

[27] Gianluca Stringhini, Christopher Kruegel, and Giovanni Vigna. Shady paths: Leveraging surfing crowds to detect malicious web pages. In *Proceedings of the 2013 ACM SIGSAC conference on Computer & communications security*, pages 133–144. ACM, 2013.

[28] Kurt Thomas, Danny Yuxing Huang, David Wang, Elie Bursztein, Chris Grier, Thomas J. Holt, Christopher Kruegel, Damon McCoy, Stefan Savage, and Giovanni Vigna. Framing dependencies introduced by underground commoditization. In *Proceedings of the Workshop on the Economics of Information Security*, 2015.

[29] Thomas Unger, Martin Mulazzani, Dominik Fruhwirt, Markus Huber, Sebastian Schrittwieser, and Edgar Weippl. Shpf: enhancing http(s) session security with browser fingerprinting. In *Proceedings of the International Conference on Availability, Reliability and Security*, 2013.

[30] W3C. Referrer Policy. http://w3c.github.io/webappsec/specs/referrer-policy/, 2015.

[31] David Y Wang, Matthew Der, Mohammad Karami, Lawrence Saul, Damon McCoy, Stefan Savage, and Geoffrey M Voelker. Search+ seizure: The effectiveness of interventions on seo campaigns. In *Proceedings of the 2014 Conference on Internet Measurement Conference*, 2014.

[32] David Y Wang, Stefan Savage, and Geoffrey M Voelker. Cloak and dagger: dynamics of web search cloaking. In *Proceedings of the ACM Conference on Computer and Communications Security*, 2011.

[33] Yi-Min Wang and Ming Ma. Detecting stealth web pages that use click-through cloaking. In *Microsoft Research Technical Report, MSR-TR*, 2006.

[34] Y.M. Wang, M. Ma, Y. Niu, and H. Chen. Spam double-funnel: Connecting web spammers with advertisers. In *Proceedings of the International World Wide Web Conference*, pages 291–300, 2007.

[35] Baoning Wu and Brian D Davison. Detecting semantic cloaking on the web. In *Proceedings of the 15th international conference on World Wide Web*, 2006.

[36] Apostolis Zarras, Alexandros Kapravelos, Gianluca Stringhini, Thorsten Holz, Christopher Kruegel, and Giovanni Vigna. The dark alleys of madison avenue: Understanding malicious advertisements. In *Proceedings of the 2014 Conference on Internet Measurement Conference*, 2014.

[37] Qing Zhang, David Y Wang, and Geoffrey M Voelker. Dspin: Detecting automatically spun content on the web. In *Symposium on Network and Distributed System Security (NDSS)*, 2014.



**Fig. 1:** Cloaking detection pipeline. We crawl URLs from the Alexa Top Million, Google Search, and Google Ads (❶). We dispatch requests to a farm of stratified browser profiles covering mobile, desktop, and simple crawlers and network configurations that encompass residential, mobile, and cloud IP addresses to fetch content (❷). We then compare the similarity



**Fig. 3:** Top 20 features selected by our classifier ranked by their weight in our model.

# APPENDIX
# 177

https://www.zdnet.com/article/facebook-sues-chinese-malware-operator-for-abusing-its-ad-platform/                    09/30/2020



EDITION: US

VIDEOS   WINDOWS 10   5G   IOT   CLOUD   AI   SECURITY   MORE   NEWSLETTERS   ALL WRITERS



MUST READ: What is phishing? Everything you need to know to protect yourself from scam emails and more

# Facebook sues Chinese malware operator for abusing its ad platform

Facebook sues ILikeAd and two Chinese nationals for using Facebook ads to trick users into downloading malware.

COHESITY | aws    Modern Data Management for the Cloud Era
Join us for the reveal!
Wednesday, Oct 14 | 11 am PT        Reserve Your Spot

By Catalin Cimpanu for Zero Day | December 5, 2019 -- 19:25 GMT
(11:25 PST) | Topic: Security



Facebook filed a lawsuit today against a Chinese company and two Chinese nationals for abusing the Facebook ad platform to run a malware scheme.

The accused are ILikeAd Media International Company Ltd., a Hong Kong-based company founded in 2016, and Chen Xiao Cong and Huang Tao, the two men behind it.

Facebook said today that ILikeAd used Facebook ads to lure victims into downloading and installing malware.

Once installed, the malware would compromise victims' Facebook accounts and use access to these accounts to place new ads, on behalf of the infected users.

Facebook said ILikeAd sometimes used images of celebrities in their ads to entice people to click, a practice the company calls "celeb bait."

In addition, ILikeAd also used a technique called "cloaking."

Cloaking refers to hiding an ad's real destination URL. Advertisers who engage in cloaking serve a version of an ad's destination URL to Facebook scanners, but redirect real users to another web page, usually hosting malicious content.



**Protect yourself against Cybercriminals.**
Protect smartphones and laptops with a no-log VPN. And break-in grade Anti-break-in into every (more information)
information/overview and private.
Sponsored by Norton LifeLock

"Cloaking schemes are often sophisticated and well organized, making the individuals and organizations behind them difficult to identify and hold accountable. As a result, there have not been many legal actions of this kind," Facebook's legal team said today.

The social network said it refunded victims whose accounts were used to run unauthorized ads on behalf of ILikeAd.

Facebook also said it helped these users secure their accounts, as their accounts were also compromised as part of this scheme.

This is the second lawsuit that Facebook has filed against a rogue advertiser this year. It filed a first in August against LionMobi and JediMobi, two China-based Android app developers. Facebook claimed the two companies ran a "click injection fraud" scheme against Facebook ads, by using fake clicks to increase revenues.

**Facebook's worst privacy scandals and data...**          SEE FULL GALLERY

    

CNET



**Decade in Review: 2010-2019**
From the iPad to selfies to fake meat, we look back at an action-packed decade
Read More

MORE FROM CATALIN CIMPANU



Microsoft
**Windows XP leak confirmed after user compiles the leaked code into a working OS**



Security
**GitHub rolls out new Code Scanning security feature to all users**



Security
**Linkury adware caught distributing full-blown malware**

 

Security
**Twitter hires new CISO in industry veteran Rinki Sethi**

NEWSLETTERS

**ZDNet Security**
Your weekly update on security around the globe, featuring research, threats, and more.

Your email address        SUBSCRIBE

SEE ALL


bluehost
**Get Started Today for $2.95**
Get Online the Right Way
Everything You Need To Build
The Perfect Website

MORE RESOURCES

**Windows 10 Start menu hacks**
eBooks from TechRepublic Premium



READ NOW

SECURITY

This worm phishing campaign is a game-changer in password theft, account takeovers

$15 million business email scam campaign in the US exposed

Best security keys in 2020: Hardware-based two-factor authentication for online protection

Best password managers for business in 2020: 1Password, Keeper, LastPass, and more

Cyber security 101: Protect your privacy from hackers, spies, and the government

Why supply chain weaknesses make you easy pickings for hackers (ZDNet YouTube)

Top 6 cheap home security devices in 2020 (CNET)

What are IT pros concerned about in the new normal? (TechRepublic)

RELATED TOPICS:  LEGAL   SECURITY TV   DATA MANAGEMENT   CXO   DATA CENTERS

By Catalin Cimpanu for Zero Day | December 5, 2019 — 19:25 GMT (11:25 PST) | Topic: Security

**Recommended For You**                                         Sponsored Links by Taboola

Amazon Prime Increased Its Prices. Now What?
*WikBuy*

The Gerber Life Grow-Up® Plan - Get A Free Quote
*Gerber Life Insurance*

20 Questions to Tell If You're Ready to Retire
*SmartAsset*

These Self Adjustable Glasses Promise Crystal Clear Vision (No Tools...
*ProperFocus*

Kristy McNichol, 57, Is A Walking Talking Beauty
*BoredomTreatment*

Eat Clean This Fall - Order Wild Caught Fish Right To Your Door
*Wild Alaskan Company*

Lesser-Known World War 2 Stories That Should Be Movies
*Review*

Jeri Ryan Has Left Nothing To Imagination At 52
*Best Of Senior*

💬 SHOW COMMENTS



---

Social engineering: A cheat sheet for business professionals (free PDF)

Downloads from TechRepublic

⬇ DOWNLOAD NOW

Video teleconferencing do's and don'ts (free PDF)

eBook from TechRepublic

READ NOW

**RELATED STORIES**

‹  1 of 3  ›

**Windows XP leak confirmed after user compiles the leaked code into a working OS**
The Windows XP source code that leaked last week is incomplete, lacking some components, but is authentic.

**GitHub rolls out new Code Scanning security feature to all users**
New Code Scanning feature will tell GitHub users when they've added known security flaws in their code

**Linkury adware caught distributing full-blown malware**
Linkury (SafeFinder) installations linked to infections with the Socelars and Kpot infostealer trojans.

We just lowered our rates by a national average of 11%*
*StateFarm*

---

HP + Google Chrome for Enterprise helps you work anywhere securely, simply and efficiently.

---

**JUST IN**

GitHub rolls out new Code Scanning security feature to all users
45 minutes ago

Linkury adware caught distributing full-blown malware
45 minutes ago

Rotten phish spoils employee experience
2 hours ago

Innovators' 101: Which ideas to realize and why
2 hours ago

Facebook adds chat interoperability

With HP's Reverb 2, the Omnicept

**NEWSLETTERS**

ZDNet Week in Review - US
A weekly summary of the news that matters in business technology.

Your email address            SUBSCRIBE

# APPENDIX
# 178

*Vairav Technology Blog*

Home    Contact Us

# 600+ organization hit by Microsoft Office365 Phishing Campaign

*August 16, 2020*

Vairav Technology has uncovered a Microsoft office365 phishing campaign using a spoofed email address and has targeted more than 600+ organizations worldwide.

We have been monitoring the various cyber threats involving Nepal, as being targeted to become a victim of a phishing email or using a Nepali domain for hosting phishing sites. But this time we have discovered a massive phishing campaign not only targeting Nepali Banking and Finance Institution but also Fortune 500 companies, Government Agency and Financial Institutions all over the world.

In this blog, we explore the ongoing phishing campaign that has been targeting Microsoft Office 365 users.

This phishing campaign can be summarized as follows:

- A spoofed email from reputed company C-suite.
- Email claims that the user's password is about to expire. Instructions are given to click on the "Keep the same password" button to renew their password within 24 hours.
- Email contains a URL of a website (compromised) which redirects to a phishing page.



Phishing Page:

Before diving into the details about the phishing campaign, it is important to note two things.

First, this recent version of this stealth campaign targeted corporate and big financial users of Microsoft's Office 365 service, the same approach could be leveraged to ensnare users of many other cloud service providers. Second, this attack is not exactly a new type of but massive campaign

Still, this phishing technique is worth highlighting because the resulting compromise is quite persistent and sophisticated, and it seems likely we will see this type of approach will be exploited more frequently in the future.



The email was fabricated as a password reset for Office365, pointing email link to spoofed and company-specific, Office 365 sign-in page which appeared so realistic that users would get trapped and ultimately followed by credential theft.

## Phishing Page Analysis

We analyze the malicious URL that was embedded in the email was redirecting to multiple phishing pages (please find the page link in the IOC sections) with Microsoft Office365 theme.



Phishing Page Source Code

Initially, the phishing page alerts the "incorrect Password" and re-entering the password will further redirect to Microsoft Office official website which is encoded in base64. The messages are encoded with base64 algorithm, which decrypts to basic information.

| Base64 Encoded | Base64 Decode |
|---|---|
|  |  |

Search...

**Recent Posts**

VAIRAV TECHNOLOGY NAMED TO MSSP ALERT'S TOP 250 MSSP'S LIST FOR 2020

Malware Analysis: Snake Ransomware

Cyber Attacks and Data Breaches in August 2020

600+ organization hit by Microsoft Office365 Phishing Campaign

Cyber Attacks and Data Breaches in July 2020

**Categories**

Advisory

news

newsletter

Press Release

Research

**CVE Data Feeds**

CVE-2020-4629
IBM WebSphere Application Server 7.0, 8.0, 8.5, and 9.0 could allow a local user with specialized access to obtain sensitive information from a detailed technical error message. This information could be used in further attacks against the system. IBM X-Force ID: 185370.

CVE-2019-17099
Use of hard-coded cryptographic key vulnerability in August Connect Wi-Fi Bridge App. Connect Firmware allows an attacker to decrypt an intercepted payload containing the Wi-Fi network authentication credentials. This issue affects: August Connect Wi-Fi Bridge App version v10.11.0 and prior versions on Android. August Connect Firmware version 2.2.12 and prior versions.

CVE-2020-15731
An Improper Input Validation vulnerability in the code handling file renaming and recovery in Bitdefender Engines allows an attacker to write an arbitrary file in a location hardcoded in a specially-crafted malicious file name. This issue affects: Bitdefender Engines versions prior to 7.85448.

CVE-2020-5132
SonicWall SSL-VPN products and SonicWall firewall SSL-VPN feature misconfiguration leads to possible DNS flaw known as domain name collision vulnerability. When the users publicly display their organizationÄ¿Ä¬s,cs internal domain names in the SSL-VPN authentication page, an attacker with knowledge of internal domain names can potentially take advantage of this vulnerability.

CVE-2020-13116
In gosmidsig (XML Digital Signatures implemented in pure Go) before version 1.1.0, with a carefully crafted XML file, an attacker can completely bypass signature validation and pass off an altered file as a signed one. A patch is available, all users of gosmidsig should upgrade to at least revision f6188feb0c29d7ffe26a0436212b19cb9615e64 or version 1.1.0

CVE-2020-4607
(security_verify_privilege_vault_cloud_(4) (premise)
IBM Security Secret Server (IBM Security Verify Privilege Vault Remote 1.2) could allow a local user to bypass security restrictions due to improper input validation. IBM X-Force ID: 184884.

CVE-2019-25770

| W5nIHNIbuNpdGl2ZSBpbmZvLCB5b3Ug ... | need to verify your password... |
|---|---|
| WW91ciBhlbWTpbCBpcyBub3cgdmVyaWZpZWQgYW5kIGVucm9sbGVkIGZvciBwcm90ZWN0aW9uIH...cm90ZWN0aW9uIGZyb20gcG90ZW50aWFsIHZpcnVzIGluZmVjdGlvbi4uLg FsHIZpcnVzZGluZmVjdGlvbi4uLg | Your email is now verified and enrolled for protection from potential virus infection... |
| QWNJb3VudCBWZXJpZmllZA | Account Verified |
| aHR0cHM6Ly9vZmZpY2UuY29t | https://office.com |

## HTTP Header Analysis



Retrieving headers of crafted links, we get status code 302 which indicates that the resource requested has been temporarily moved to the URL given by the Location header poisoning the .htaccess, a service provided by Apache server, which is in fact a popular technique for phishing the targets. In this case:

Redirect 302 // hXXps://mgwproductions.com/meh/?08909598527009&email=/

Moreover, submission of the IP address to VirusTotal reveals, there are 180 domains (till now) related to IP address with familiar pattern 'that includes signature letter sg' in front of the targeted organization name.

www.sgwaters.nestle.com.hydrojall.com

We have recorded 600+ redirecting subdomains from 42 compromised websites targeting companies such as Nestle, Microsoft, Coca-Cola and many other Government Agency, F&B, Health Technology, Financial technology, Banking and Financial Institution, Consumer Product, Medical and Device Manufacturer, Country Council, IT Service Provider, Oil and Gas, Media, E commerce, national laboratory (nuclear energy research and development), business process outsourcing, Media House, Education Technology.

## Further Analysis

Hunting down the compromised websites, we too found an opendir (Open Directory) that contains the .zip file that is in fact the phish kit. The kit included the mass mailer web application written in PHP that is suspected to be used in this campaign.



Phishing Kit



Mass Mailer

## Summarized Investigation Map



CVE-2020-24561

An out-of-bounds read information disclosure vulnerabilities in Trend Micro Apex One may allow a local attacker to disclose sensitive information to an unprivileged account on vulnerable installations of the product. An attacker must first obtain the ability to execute low-privileged code on the target in order to exploit these vulnerabilities. The subs affected in this [...]

CVE-2020-24561

An out-of-bounds read information disclosure vulnerabilities in Trend Micro Apex One may allow a local attacker to disclose sensitive information to an unprivileged account on vulnerable installations of the product. An attacker must first obtain the ability to execute low-privileged code on the target in order to exploit these vulnerabilities. The subs affected in this [...]

CVE-2020-25775

The Trend Micro Security 2020 (v16) consumer family of products is vulnerable to a security race condition arbitrary file deletion vulnerability that could allow an unprivileged user to manipulate the product's secure erase feature to delete files with a higher set of privileges.

CVE-2020-25774

A vulnerability in the Trend Micro Apex One ServerMigrationTool component could allow an attacker to trigger an out-of-bounds red information disclosure which would disclose sensitive information to an unprivileged account. User interaction is required to exploit this vulnerability in that the target must visit a malicious page or open a malicious file.

## Remediation

- Educate your team members and conduct training sessions with mock phishing scenarios.
- Employ clear guidelines – If you know the sender, be hesitant. If you don't know the sender, either check with your IT or Security department or delete or avoid the email.
- Implement Email Security Gateway
- Two factor authentications should be deployed to prevent hackers who have compromised a user's credentials from ever gaining access.
- Install modern antivirus or anti-malware

Since the campaign is ongoing and has been targeting multiple organizations and the cyber adversaries are using compromised websites. In order to minimize the impact of the phishing campaigns used by these malicious actors, the IP addresses or URL from the following indicator of compromise needs to be blocked.

## Indicator of Compromise (IOC)

### Phishing URLs

usdbcentre[.]net

lazoo[.]in

reallaunchers.co[.]in

ngwproductions[.]com

memoryvita[.]in

tambahtujuh[.]com

www.falkonnartifacts[.]de

reisulpremoldados.com[.]br

tambahsiayang[.]com

afoola[.]com

pharmateam[.]co

andaibisakutahan[.]com

pradaphoebe[.]com

strudellimb[.]com

sventhiessen[.]com

conexaogoias[.]com

pienzo[.]net

oldsomerbypc.co[.]uk

strudellimb[.]com

sigonauthdashboard-92874hdj[.]com

hoyongesbuah[.]com

auth-dashboard587144ceb8006f445300350dde2a6c43[.]com

myloginapp1acd76bcf62b16acel[.]com

authlogink78435034097345092[.]com

app-loginsecurebdaf9798c16d8c8d05e57f0b4b475092[.]com

viewmessages1e311585dda01ddbd1c8f2a9e1c7a35f[.]com

dashboard-authd6bec68c5352736[.]com

kkpgilbertrelydanrekan[.]com

toyotajtb[.]id

masliplas[.]pt

invisionagency[.]co.ke

adams-tech[.]net

realprofits2u[.]com

hayoangkat[.]com

architame[.]com

lalusanta[.]com

falkonnartifacts[.]de

realbuzzadz[.]com

kavinproducts[.]com

**IP Addresses**

166.62.92[.]48

143.95.236[.]7

143.95.243.192

162.241.149[.]224

52.147.196[.]61

104.45.198[.]58

162.241.121[.]186

149.56.42[.]73

3.82.182[.]253

104.223.83[.]77

143.95.147[.]158

143.95.243[.]192

141.8.224[.]93

185.53.59[.]4

62.28.133[.]6

167.250.49[.]16

103.250.186[.]101

162.241.149[.]21

**Compromised Domains**

usdbcentre[.]net

hydrojal[.]com

vinayaklawcollege[.]com

realprofits2u[.]com

skybluetouch[.]com

whsclub[.]com

polexi[.]com

infinitydonation[.]com

ethgoldcoin[.]com

thegiftcardcentral[.]com

hotelclub[.]ng

flamingoesportes.com[.]br

abuson[.]com

arteconchas.com[.]br

infinitydonation[.]com

andturturismo.com[.]br

assistencialpaxsantana.com[.]br

uqsi.com[.]ve

btacontadores[.]com

ecodominio[.]site

materialesamg[.]com

mundokimport[.]com

drrondonpediatra[.]com

segurosinternacionales[.]org



# APPENDIX
# 179

SUPPORT   FAQ   PRIVACY POLICY   TERMS OF USE   PARTNERS PROGRAM   CORPORATE ID PROGRAM   CONTACT US   BLOG

PROTECTIMUS   How it works   Solutions   Tokens   Pricing   Features   Docs

Log In   Sign Up

Enabling Two Factor Authentication in Roundcube

## Best Roundcube 2FA plugin

Two-factor authentication is essential when protecting access to email. Using the Protectimus Roundcube OTP plugin, you can set up two-factor authentication in the Roundcube webmail client in just 15 minutes.



roundcube
open source webmail software

The Roundcube 2 factor authentication plugin from Protectimus enables you to easily integrate a professional, OATH-certified MFA solution into the Roundcube webmail client, giving you the maximum protection against unauthorized account access. When logging into Roundcube, users will be asked first for their normal passwords, and then for a one-time password.   ↻ Download

### 2FA from professionals

Multi-factor authentication plugin for Roundcube and Protectimus multifactor authentication solution itself are developed by leading IT security engineers. The Protectimus two-factor authentication service has been protecting payment systems, corporate infrastructures, and personal computers all around the world since 2013. Protectimus is a coordinating member of the OATH initiative.

### Adding 2FA to Roundcube in 15 minutes

It takes just 15 minutes to configure two-factor authentication in Roundcube and secure access to Roundcube using one-time passwords. We offer a customer-tested, ready-to-use 2FA plugin, Protectimus Roundcube OTP. If you have any questions, we invite you to contact our support team.

### OTP delivery methods

Choose your Roundcube two-factor authentication methods: hardware tokens, the Protectimus Smart one-time password generator app; SMS-based OTP delivery; or chatbots on Telegram, Viber, and Messenger. These are virtually all of the one-time password delivery methods available today. The Protectimus two-factor authentication service is available as a cloud service or an on-premise solution.

## See also

| Image | Token Model | Price, pcs | | | | | Brief Description | |
|---|---|---|---|---|---|---|---|---|
| | | 1 | 50 | 500 | 1000 | 5000 | | |
| | PROTECTIMUS ONE | - | - | $5.93 | $8.95 | $7.30 | The most popular solution, secure two-factor authentication on your resource at an affordable price | |
| | PROTECTIMUS TWO | $11.35 | $11.45 | $10.90 | $9.90 | $9.90 | Bulletproof OTP token, reliable, waterproof, stylish | Buy |
| | | $2 when paying service in advance for a year | | | | | | |
| | PROTECTIMUS CRYSTAL | $12.90 | $12.45 | $11.90 | $10.90 | $9.95 | The most stylish and handy hardware TOTP token | |
| | PROTECTIMUS ULTRA | - | - | $14.95 | $13.90 | $11.30 | The most secure solution, ideal for the most sensitive system areas | |
| | PROTECTIMUS SLIM NFC | $29.90 | $28.95 | $26.90 | $24.95 | $21.95 | Reprogrammable NFC token, that fits any two-factor authentication system | Buy |
| | PROTECTIMUS SMART | | | free | | | Available for all key Android and iPhone platforms | Demo |
| | PROTECTIMUS BOT | | | free | | | OTP delivery via messenger — easy, secure, convenient. The service is available on Telegram, Viber and Facebook Messenger. | |
| | PROTECTIMUS SMS | | | $2 per user/month | | | Minimum hassle. | |
| | PROTECTIMUS MAIL | | | free | | | Minimum costs. | |

## KNOWLEDGE BASE

When setting up the Roundcube Webmail client, make sure that all the basic security rules have been taken into account: the connection between Roundcube and the mail server is protected with an SSL certificate, email encryption is set up, and 2-factor authentication plugin for Roundcube Webmail security is built in. With Protectimus Roundcube OTP Plugin adding two-factor authentication to Roundcube will be done in just a few clicks.

HOW TO SECURE ROUNDCUBE?

WHY DO I NEED TWO-FACTOR AUTHENTICATION IN ROUNDCUBE?

WHY I NEED EITHER IS THE BEST ROUNDCUBE 2FA PLUGIN?

WHAT ROUNDCUBE TWO-FACTOR AUTHENTICATION METHOD SHOULD I CHOOSE?

HOW DO TO SET UP TWO-FACTOR AUTHENTICATION IN ROUNDCUBE?


App Store   Google play

How it works   Solutions   Tokens   Pricing   Features   Docs

ALL RIGHTS RESERVED. PROTECTIMUS SOLUTIONS LLP 2020

VISA   oath   OATH CERTIFIED



We're Online!
How may I help you today?

# APPENDIX
# 180

Zozzle: Low-overhead Mostly Static JavaScript Malware Detection

Charles Curtsinger          Benjamin Livshits and Benjamin Zorn          Christian Seifert

UMass at Amherst                Microsoft Research                Microsoft

**Microsoft Research Technical Report**

MSR-TR-2010-156



## Abstract

JavaScript malware-based attacks account for a large fraction of successful mass-scale exploitation happening today. From the standpoint of the attacker, the attraction is that these drive-by attacks can be mounted against an unsuspecting user visiting a seemingly innocent web page. While several techniques for addressing these types of exploits have been proposed, in-browser adoption has been slow, in part because of the performance overhead these methods tend to incur.

In this paper, we propose ZOZZLE, a low-overhead solution for detecting and preventing JavaScript malware that can be deployed in the browser. Our experience also suggests that ZOZZLE may be used as a lightweight filter for a more costly detection technique or for standalone offline malware detection.

Our approach uses Bayesian classification of hierarchical features of the JavaScript abstract syntax tree to identify syntax elements that are highly predictive of malware. Our extensive experimental evaluation shows that ZOZZLE is able to detect JavaScript malware through mostly static code analysis effectively. In our experiments, the most accurate classifier did not produce any false positives, implying a false positive rate of below 0.01%. Despite this high accuracy, the classifier is very fast, with a throughput at over 1 MB of JavaScript code per second.

## I. INTRODUCTION

In the last several years, we have seen mass-scale exploitation of memory-based vulnerabilities migrate towards heap spraying attacks. This is because more traditional vulnerabilities such as stack- and heap-based buffer overruns, while still present, are now often mitigated by compiler techniques such as StackGuard [11] or operating system mechanisms such as NX/DEP and ALSR [18]. While several heap spraying solutions have been proposed [12, 34], arguably, none are lightweight enough to be integrated into a commercial browser.

Specifically, NOZZLE is an effective heap spraying prevention technique with a low false positive and false negative rate. However, the overhead of this runtime technique may be 10% or higher, which is too much overhead to be acceptable in today's competitive browser market [34]. This paper is based on our experience using NOZZLE for offline (HoneyMonkey-style) heap spray detection. By deploying NOZZLE on a large scale, in the context of a dynamic web crawler, we are able to scan millions of URLs daily and find thousands of heap spraying attacks in the process. Offline URL scanning is a practical alternative to online, in-browser detection. Malicious URLs detected in this manner are used in the following two ways: to enhance a browser-based blacklist of malicious URLs as well as a blacklist of sites not to serve with a search engine.

However, a browser-based detection technique is still attractive for several reasons. Offline scanning is often used in modern browsers to check whether a particular site the user visits is benign and to warn the user otherwise. However, because it takes a while to scan a very large number of URLs that are in the observable web, some URLs will simply be missed by the scan. Offline scanning is also not as effective against transient malware that appears and disappears frequently, often at new URLs. In this paper we present a third application of offline scanning techniques: we show how to use NOZZLE offline scanning results on a large scale to train ZOZZLE, a lightweight heap spraying JavaScript malware detector.

ZOZZLE is a *mostly static* detector that is able to examine a page and decide if it contains a heap spray exploit. While its *analysis* is entirely static, ZOZZLE has a runtime component: to address the issue of JavaScript obfuscation, ZOZZLE is integrated with the browser's JavaScript engine to collect and process JavaScript code that is created at runtime. Note that *fully* static analysis is difficult because JavaScript code obfuscation and runtime code generation are so common in both benign and malicious code.

This paper discusses the design and evaluation of ZOZZLE and proposes two deployment strategies. We show how to integrate such a detector into the JavaScript parser of a browser in a manner that makes the runtime performance overhead minimal. We also suggest how to combine ZOZZLE with a secondary detection technique such as NOZZLE within the browser, as well as using it for offline scanning. In our experience, ZOZZLE finds many more malware pages than NOZZLE, in part because NOZZLE requires an attack to be initiated for a successful detection, whereas with ZOZZLE, it is enough for the underlying JavaScript code to appear malicious.

Classifier-based tools are susceptible to being circumvented by an attacker who knows the inner workings of the tool and is familiar with the list of features being used, however, our preliminary experience with ZOZZLE suggests that it is capable of detecting thousands of malicious sites daily in the wild.

While we acknowledge that a determined attacker may be able to design malware that ZOZZLE will not detect, our focus in this paper is in creating a very low false positive, low-overhead scanner. Just as is the case with anti-virus tools, often the penalty for a single false positive — marking a benign site as malicious — for a malware detector — is considerably higher than the cost of a false negative. Consequently, the main focus of both our design and experimental evaluation is on ensuring that the false positive rate of ZOZZLE remain very low. In our experiments conducted on a scale of millions of URLs, we show that ZOZZLE produces false positive rates of a fraction of 1%, while incurring only a small runtime overhead, usually not exceeding a few milliseconds per JavaScript file.

### A. Contributions

This paper makes the following contributions:

- **Mostly static malware detection.** We propose ZOZZLE, a highly precise lightweight mostly static JavaScript malware detection approach. ZOZZLE is based on extensive experience analyzing thousands of real malware sites found, while performing dynamic crawling of millions of URLs using the NOZZLE runtime detector [34].

- **AST-based detection.** We describe an AST-based technique that involves the use of hierarchical (context-sensitive) features for detecting malicious JavaScript code, which scales to over 1,000 features, while remaining fast enough to use on-the-fly, in the context of a web browser. This is in part due to our fast, parallel feature matching that is a considerable improvement over the naïve sequential feature matching approach.

- **Evaluation.** We evaluate ZOZZLE in terms of performance and malware detection rates (both false positives and false negatives) using thousands of labeled code samples. Our most accurate classifier did not produce any false positives, implying a false positive rate of below 0.01%. Despite this high accuracy, the classifier is very fast, with a throughput at over 1 MB of JavaScript code per second for deployable classifier configurations.

- **Staged analysis.** We advocate the use of ZOZZLE as a first stage for NOZZLE or anti-virus-based detection. In this setting, the use of ZOZZLE drastically reduces the expected end-user overhead for in-browser protection. We also evaluate ZOZZLE extensively by using it in the context of offline scanning.

### B. Paper Organization

The rest of the paper is organized as follows. Section II gives some background information on JavaScript exploits and their detection and summarizes our experience of performing

3

```
<html>
  <body>
    <button id="butid" onclick="trigger();"
                       style="display:none"/>

    <script>
    // Shellcode
    var shellcode=unescape('\%u9090\%u9090\%u9090\%u9090...');
    bigblock=unescape('\%u0D0D\%u0D0D');
    headersize=20;
    shellcodesize=headersize+shellcode.length;
    while(bigblock.length<shellcodesize){bigblock+=bigblock;}
    heapshell=bigblock.substring(0,shellcodesize);
    nopsled=bigblock.substring(0,
                       bigblock.length-shellcodesize);
    while(nopsled.length+shellcodesize<0x25000){
      nopsled=nopsled+nopsled+heapshell
    }

    // Spray
    var spray=new Array();
    for(i=0;i<500;i++){spray[i]=nopsled+shellcode;}

    // Trigger
    function trigger(){
      var varbdy = document.createElement('body');
      varbdy.addBehavior('#default#userData');
      document.appendChild(varbdy);
        try {
        for (iter=0; iter<10; iter++) {
            varbdy.setAttribute('s',window);
        } catch(e){ }
        window.status+='';
      }
        document.getElementById('butid').onclick();
    }
    </script>
  </body>
</html>
```

**Fig. 1:** Heap spraying attack example.



**Fig. 2:** Distribution of different exploit samples in the wild.

offline scanning with NOZZLE on a large scale. Section III describes the implementation of our analysis. Section IV describes our experimental methodology. Section V describes our experimental evaluation. Sections VI and VII discusses related and future work, and, finally, Section VIII concludes.

## II. OVERVIEW

This section is organized as follows. Section II-A gives overall background on JavaScript-based malware, focusing specifically on heap spraying attacks. Section II-B summarizes our experience of offline scanning using NOZZLE and categorizes the kind of malware we find using this process. Section II-C digs deeper into how malware is usually structured, including the issue of obfuscation. Finally, Section II-D provides a summary of the ZOZZLE techniques.

### A. JavaScript Malware Background

Figure 1 shows an example of malicious JavaScript containing a typical heap-spraying attack. Such an attack consists of three relatively independent parts. The shellcode is the portion of executable machine code that will be placed on the browser heap when the exploit is executed. It is typical to precede the shellcode with a block of NOP instructions (so-called *NOP sled*). The sled is often quite large compared to the size of the subsequence shellcode, so that a random jump into the process

address space is likely to hit the NOP sled and slide down to the start of the shellcode.

The next part is the spray, which allocates many copies of the NOP sled/shellcode in the browser heap. In JavaScript, this may be easily accomplished using an array of strings. Spraying of this sort can be used to defeat address space layout randomization (ASLR) protection in the operating system [18]. The last part of the exploit triggers a vulnerability in the browser; in this case, the vulnerability is a well-known flaw in Internet Explorer 6 that exploits a memory corruption issue with function addBehavior.

Note that the example in Figure 1 is entirely unobfuscated, with the attacker not even bothering to rename variables such as shellcode, nopsled, and spray to make the attack easier to spot. In practice, many attacks are obfuscated prior to deployment, either by hand, or using one of many available obfuscation kits [17]. To avoid detection, the primary techniques used by obfuscation tools is to use eval *unfolding*, i.e. self-generating code that uses the eval construct in JavaScript to produce more code to run.

### B. Characterizing Malicious JavaScript

To gather the data we use to train the ZOZZLE classifier and evaluate it, we employed a web crawler to visit many ranomly selected URLs and process them with NOZZLE to

| Sample Name | Shellcode | Spray | CVE |
|---|---|---|---|
| 01.js | unescape | yes | 2009-0075 |
| 02.js | unescape | yes | 2009-1136 |
| 03.js | unescape | yes | 2010-0806 |
| 04.js | unescape | yes | 2010-0806 |
| 05.js | none | no | 2010-0806 |
| 06.js | hex, unescape | yes | none |
| 07.js | replace, unescape | no | none |
| 09.js | unescape | yes | 2009-1136 |
| 08.js | replace, hex, unescape | yes | 2010-0249 |
| 10.js | custom, unescape | yes | 2010-0806 |
| 11.js | unescape | yes | none |
| 12.js | replace, array | yes | 2010-0249 |
| 13.js | unescape | yes | none |
| 14.js | unescape | yes | 2009-1136 |
| 15.js | replace, unescape | no | none |
| 16.js | replace, unescape | yes | none |
| 17.js | unescape | yes | 2010-0249 |
| 18.js | unescape | yes | 2010-0806 |
| 19.js | hex, unescape | yes | 2008-0015 |
| 20.js | unescape | no | none |
| 21.js | replace, unescape | no | none |
| 22.js | unescape, array | yes | 2010-0249 |
| 23.js | replace, unescape | yes | 2010-0806 |
| 24.js | replace, unescape | yes | 2010-0806 |
| 25.js | replace, unescape | yes | none |
| 26.js | replace, unescape | yes | none |

**Fig. 3:** Malware samples described.



**Fig. 5:** Transience of detected malicious URLs after several days. The number of days is shown of the $x$ axis, the percentage of remaining malware is shown on the $y$ axis.

identified and classified.

Figure 2 shows the observed distribution of distinct malware instances based on 169 malware samples we investigated.

detect if malware was present. Note that because we use NOZZLE to identify malicious JavaScript, the malware we detect always contains a heap-spray in addition to shellcode and the vulnerability.

Once we determine that JavaScript is malicious, we invested a considerable effort in examining the code by hand and categorizing it in various ways. Here we present summary statistics about the body of malicious JavaScript that we have



**Fig. 4:** Saturation: discovering more exploit samples over time. The $x$ axis shows the number of examined malware samples, the $y$ axis shows the number of unique ones.



**Fig. 6:** Unfolding tree: an example. Rectangles are documents, and circles are JavaScript contexts. Gray circles are benign, black are malicious, and dashed are "co-conspirators" that participate in deobfuscation. Edges are labeled with the method by which the context or document was reached. The actual page contains 10 different exploits using the same obfuscation.

5



**Fig. 7:** Distribution of context counts for malware and benign code.

The figure shows that the malware we detected observes a highly skewed distribution, with one of the samples accounting for more than 50% of the total malware observed. We give each unique sample a label, and Figure 3 provides additional details about each sample, including the CVE number of the vulnerability being exploited, how the shellcode and NOP sled is constructed, and how the spray is executed.

Shellcode and nopsled type describe the method by which JavaScript (or HTML) values are converted to the binary data that is sprayed throughout the heap. The 'decode' type is an ad-hoc encoding scheme developed as a part of the exploit. Most shellcode and nopsleds are written using the `%u` or `\x` encoding and are converted to binary data with the JavaScript `unencode` function. Finally, some samples include short fragments inserted at many places (such as the string `CUTE`) that are removed or replaced with a call to the JavaScript `replace` function. In all but one case, the heap-spray is carried out using a `for` loop. The 'plugin' spray is executed by an Adobe Flash plugin included on the page, and not by JavaScript code. The CVE is the identifier assigned to the vulnerability exploited by the sample. CVEs (Common Vulnerabilities and Exposures) are assigned when new vulnerabilities are discovered and verified. This database is maintained by the MITRE Corporation.

Any offline malware detection scheme must deal with the issues of transience and cloaking. Transient malicious URLs go offline or become benign after some period of time, and cloaking is when an attack hides itself from a particular user agent, IP address range, or from users who have visited the page before. While we tried to minimize these effects in practice by scanning from a wider range of IP addresses, in general, these issues are difficult to fully address.

Figure 5 summarizes information about malware transience. To compute the transience of malicious sites, we re-scan the set of URLs detected by Nozzle on the previous day. This procedure is repeated for three weeks (21 days). The set of all discovered malicious URLs were re-scanned on each day of this three week period. This means that only the URLs discovered on day one were re-scanned 21 days later. The URLs discovered on day one happened to have a lower transience rate than other days, so there is a slight upward

slope toward the end of the graph.

Any offline scanning technique cannot keep up with malware exhibiting such a high rate of transience–Nearly 20% of malicious URLs were gone after a single day. We believe that in-browser detection is desirable, in order to be able to detect new malware before it has a chance to affect the user regardless of whether the URL being visited has been scanned before.

### C. Dynamic Malware Structure

One of the core issues that needs to be addressed when talking about JavaScript malware is the issue of *obfuscation*. In order to avoid detection, malware writers resort to various forms of JavaScript code obfuscation, some of which is done by hand, other with the help of many available obfuscation toolkits [17]. Many approaches to code obfuscation exist. In practice, we often see `eval` unfolding as the most prominent. The idea is to use the `eval` language feature to generate code at runtime in a way that makes the original code difficult to pattern-match. Often, this form of code unfolding is used repeatedly, so that many levels of code are produced before the final, malicious version emerges.

**Example 1** Figure 6 illustrates the process of code unfolding using a specific malware sample obtained from a web site http://es.doowon.ac.kr. At the time of detection, this malicious URL flagged by Nozzle contained 10 distinct exploits, which is not uncommon for malware writers, who tend to "over-provision" their exploit. To increase the chances of successful exploitation, they may include multiple exploits within the same page. Each exploit in our example is pulled in with an `<iframe>` tag.

Each of these exploits is packaged in a similar fashion. The leftmost context is the result of a `eval` in the body of the page that defines a function. Another `eval` call from the body of the page uses the newly-defined function to define another new function. Finally, this function and another `eval` call from the body exposes the actual exploit. Surprisingly, this page also pulls in a set of benign contexts, consisting of page trackers, JavaScript frameworks, and site-specific code.   □

Note, however, that the presence of `eval` unfolding does *not* provide a reliable indication of malicious intent. There are plenty of perfectly benign pages that also perform some form of code obfuscation, for instance, as a weak form of copy protection to avoid code piracy. Many commonly used JavaScript library frameworks do the same, often to save space through client-side code generation.

We instrumented the Zozzle deobfuscator to collect information about which code context leads to other code contexts, allowing us to collect information about code unfolding depth. Figure 7 shows a distribution of JavaScript context counts for benign and malicious URLs. The majority of URLs have only several JavaScript code contexts, however, many can have 50 or more, created through either `<iframe>` or `<script>` inclusion or `eval` unfolding. Some pages, however, may have as many as 200 code contexts. In other words, a great deal of



**Fig. 8:** ZOZZLE architecture.

dynamic unfolding needs to take place before these contexts will "emerge" and will be available for analysis.

It is clear from the graph in Figure 7 that, contrary to what might have been thought, the number of contexts is *not* a good indicator of a malicious site. Context counts were calculated for all malicious URLs from a week of scanning with NOZZLE and a random sample of benign URLs over the same period.

### D. ZOZZLE Overview

Much of ZOZZLE's design and implementation has in retrospect been informed by our experience with reverse engineering and analyzing real malware found by NOZZLE. Figure 8 illustrates the major parts of the ZOZZLE architecture. At a high level, the process evolves in three stages: JavaScript context collection and labeling as benign or malicious, feature extraction and training of a naïve Bayesian classifier, and finally, applying the classifier to a new JavaScript context to determine if it is benign or malicious. In the following section, we discuss the details of each of these stages in turn.

**Caveats and limitations:** As with any classifier-based tool, the issue of false negatives is difficult to avoid. In particular, knowing the list of features used by ZOZZLE, a determined attacker may be able to design exploits that would not be detected, especially if ZOZZLE is available as an oracle for experimentation purposes while the attacker is debugging her exploit. A weakness of any classifier-based approach that is easier to circumvent than runtime detection techniques such as NOZZLE, although we believe it is impossible for an attacker to remove all informative features from an attack, particularly JavaScript language constructs required for the exploit to succeed.

We believe that ZOZZLE is one of several measures that can be used as part of a defense-in-depth strategy. Moreover, our experience suggests that in many cases, attackers are slow to adopt to the changing detection landscape. Indeed, despite wide availability of obfuscation tools, in our NOZZLE detection experiments, we still find many sites not using any form of obfuscation at all, using obvious variable names such as `shellcode`, `nopsled`, etc.

**Deployment:** Several deployment strategies for ZOZZLE exist. The most attractive one, we believe, is in-browser deployment. ZOZZLE has been designed to require only occasional offline re-training so that classifier updates can be shipped off to the browser every several days or weeks. The *code* of the in-browser detector does not need to change, only the list of features and weights needs to be sent, similarly to updating signatures in an anti-virus product. Note that our detector is designed in a way that can be tightly integrated into the JavaScript parser, making malware "scoring" part of the overall parsing process; the only thing that needs to be maintained as the parse tree (AST) is being constructed is the set of matching features. This, we believe, will make the incremental overhead of ZOZZLE processing even lower than it is now.

Another way to deploy ZOZZLE is as a filter for a more heavy-weight technique such as NOZZLE or some form of control- or dataflow integrity [1, 9]. As such, the *expected* end-user overhead will be very low, because both the detection rate of ZOZZLE and the rate of false positives is very low; we do not necessarily object to the user taking a performance hit in the case of an actual exploit taking place.

Finally, ZOZZLE is suitable for offline scanning, either in the case of dynamic web crawling using a web browser, or in the context of purely static scanning that exposes at least some part of the JavaScript code to the scanner.

## III. IMPLEMENTATION

In this section, we discuss the details of the ZOZZLE implementation.

### A. Training Data Extraction and Labeling

ZOZZLE makes use of a statistical classifier to efficiently identify malicious JavaScript. The classifier needs training data to accurately classify JavaScript source, and we describe the process we use to get that training data here. We start by augmenting the JavaScript engine in a browser with a "deobfuscator" that extracts and collects individual fragments of JavaScript. As discussed above, exploits are frequently buried under multiple levels of JavaScript `eval`. Unlike Nozzle, which observes the behavior of running JavaScript code, ZOZZLE must be run on an unobfuscated exploit to reliably detect malicious code.

While detection on obfuscated code may be possible, examining a fully unpacked exploit is most likely to result in accurate detection. Rather than attempt to decipher obfuscation techniques, we leverage the simple fact that an exploit must unpack itself to run.

Our experiments presented in this paper involved instrumenting the Internet Explorer browser, but we could have

used a different browser such as Firefox or Chrome instead. Using the Detours binary instrumentation library [20], we were able to intercept calls to the `Compile` function in the JavaScript engine located in the `jscript.dll` library. This function is invoked when `eval` is called and whenever new code is included with an `<iframe>` or `<script>` tag. This allows us to observe JavaScript code at each level of its unpacking just before it is executed by the engine. We refer to each piece of JavaScript code passed to the `Compile` function as a *code context*. For purposes of evaluation, we write out each context to disk for post-processing. In a browser-based implementation, context assessment would happen on the fly.

### B. Feature Extraction

Once we have labeled JavaScript contexts, we need to extract features from them that are predictive of malicious or benign intent. For ZOZZLE, we create features based on the hierarchical structure of the JavaScript abstract syntax tree (AST). Specifically, a feature consists of two parts: a context in which it appears (such as a loop, conditional, `try/catch` block, etc.) and the text (or some substring) of the AST node. For a given JavaScript context, we only track whether a feature appears or not, and not the number of occurrences. To efficiently extract features from the AST, we traverse the tree from the root, pushing AST contexts onto a stack as we descend and popping them as we ascend.

To limit the possible number of features, we only extract features from specific nodes of the AST: expressions and variable declarations. At each of the expression and variable declarations nodes, a new feature record is added to that script's feature set.

If we use the text of every AST expression or variable declaration observed in the training set as a feature for the classifier, it will perform poorly. This is because most of these features are not informative (that is, they are not correlated with either benign or malicious training set). To improve classifier performance, we instead pre-select features from the training set using the $\chi^2$ statistic to identify those features that are useful for classification. A pre-selected feature is added to the script's feature set if its text is a substring of the current AST node and the contexts are equal. The method we used to select these features is described in the following section.

### C. Feature Selection

As illustrated in Figure 8, after creating an initial feature set, ZOZZLE performs a filtering pass to select those features that are most likely to be most predictive. For this purpose, we used the $\chi^2$ algorithm to test for correlation. We include only those features whose presence is correlated with the categorization of the script (benign or malicious). The $\chi^2$ test (for one degree of freedom) is described below:

$$A = \text{malicious contexts with feature}$$

$$B = \text{benign contexts with feature}$$

$$C = \text{malicious contexts without feature}$$

$$D = \text{benign contexts without feature}$$

$$\chi^2 = \frac{(A*D - C*B)^2}{(A+C)*(B+D)*(A+B)*(C+D)}$$

We selected features with $\chi^2 \geq 10.83$, which corresponds with a 99.9% confidence that the two values (feature presence and script classification) are not independent.

### D. Classifier Training

ZOZZLE uses a naïve Bayesian classifier, one of the simplest statistical classifiers available. When using naïve Bayes, all features are assumed to be statistically independent. While this assumption is likely incorrect, the independence assumption has yielded good results in the past. Because of its simplicity, this classifier is efficient to train and run.

The probability assigned to label $L_i$ for code fragment containing features $F_1, \ldots, F_n$ may be computed using Bayes rule as follows:

$$P(L_i|F_1, \ldots, F_n) = \frac{P(L_i)P(F_1, \ldots, F_n|L_i)}{P(F_1, \ldots, F_n)}$$

Because the denominator is constant regardless of $L_i$ we ignore it for the remainder of the derivation. Leaving out the denominator and repeatedly applying the rule of conditional probability, we rewrite this as:

$$P(L_i|F_1, \ldots, F_n) = P(L_i)\prod_{k=1}^{n} P(F_k|F_1, \ldots, F_{k-1}, L_i)$$

Given that features are assumed to be conditionally independent, we can simplify this to:

$$P(L_i|F_1, \ldots, F_n) = P(L_i)\prod_{k=1}^{n} P(F_k|L_i)$$

Classifying a fragment of JavaScript requires traversing its AST to extract the fragment's features, multiplying the constituent probabilities of each discovered feature (actually implemented by adding log-probabilities), and finally multiplying by the prior probability of the label. It is clear from the definition that classification may be performed in linear time, parameterized by the size of the code fragment's AST, the number of features being examined, and the number of possible labels.

The processes of collecting and hand-categorizing JavaScript samples and training the ZOZZLE classifier are detailed in Section IV.

### E. Fast Pattern Matching

An AST node contains a feature if the feature's text is a substring of the AST node. With a naïve approach, each feature must be matched independently against the node text. To improve performance, we construct a state machine for each feature that reduces the number of character comparisons required. There is a state for each unique character occurring at each position in the features for a given context.

A pseudocode for the fast matching algorithm is shown in Figure 10. State transitions are selected based on the next character in the node text. Every state has a bit mask with bits corresponding to features. Bits are set only for those features that have the state's incoming character at that position. At the beginning of the matching, a bitmap is set to all ones. This mask is AND-ed with the mask at each state visited during matching. At the end of matching, the bit mask contains the set of features present in the node. This process is repeated for each position in the node's text, as features need not match at the start of the node.

**Example 2**  An example of a state machine used for fast pattern matching is shown in Figure 9. This string matching state machine can identify three patterns: `alert`, `append`, and `insert`. Assume the matcher is running on input text `appert`. During execution, a bit array of size three, called the matched list, is kept to indicate the patterns that have been matched up to this point in the input. This bit array starts with all bits set. From the leftmost state we follow the edge labeled with the input's first character, in this case an `a`.

The match list is bitwise-anded with this new state's bit mask of `110`. This process is repeated for the input characters `p`, `p`, `e`. At this point, the match list contains `010` and the remaining input characters are `r`, `t`, and `null` (also notated as `\0`). Even though a path to an end state exists with edges for the remaining input characters, no patterns will be matched. The next character consumed, an `r`, takes the matcher to a state with mask `001` and match list of `010`. Once the match list is masked for this state, no patterns can possibly be matched. For efficiency, the matcher terminates at this point and returns the empty match list.

The maximum number of comparisons required to match an arbitrary input with this matcher is 17, versus 20 for naïve matching (including null characters at the ends of strings). The worst-case number of comparisons performed by the matcher is the total number of distinct edge inputs at each input position. The sample matcher has 19 edges, but at input position 3 two edges consume the same character ('e'), and at input position 6 two edges consume the null character. In practice, we find that the number of comparisons is reduced significantly more than for this sample, due to the large number of features. This is because of the pigeonhole principle. □

For a classifier using 100 features, a single position in the input text would require 100 character comparisons with naïve matching. Using the state machine approach, there can be no more than 52 comparisons at each string position (36 alphanumeric characters and 16 punctuation symbols), giving a reduction of nearly 50%. In practice there are even more features, and input positions do not require matching against every possible input character.

Figure 11 clearly shows the benefit of fast pattern matching over a naive matching algorithm. The graph shows the average number of character comparisons performed per-feature using both our scheme and a naive approach that searches an AST node's text for each pattern individually. As can be seen from the figure, the fast matching approach has far



**Fig. 9:** Fast feature matching illustrated.

$matchList \leftarrow \langle 1, 1, \dots, 1 \rangle$
$state \leftarrow 0$
**for all** $c$ **in** $input$ **do**
  $state \leftarrow matcher.getNextState(state, c)$
  $matchList \leftarrow matchList \land matcher.getMask(state)$
  **if** $matchList\langle 0, 0, \dots, 0 \rangle$ **then**
    **return** $matchList$
  **end if**
**end for**
**return** $matchList$

**Fig. 10:** Fast matching algorithm.



**Fig. 11:** Comparisons required per-feature with naïve vs. fast pattern matching. The number of features is shown on the $x$ axis.

fewer comparisons, decreasing asymptotically as the number of features approaches 1,500.

## IV. METHODS

In order to train and evaluate ZOZZLE, we created a collection of malicious and benign JavaScript samples to use as training data and for evaluation.

### A. Gathering Malicious Samples

To gather the results for Section V, we first dynamically scanned URLs with a browser running both NOZZLE and the ZOZZLE JavaScript deobfuscator. In this configuration, when NOZZLE detects a heap spraying exploit, we record the URL and save to disk *all* JavaScript contexts seen by the deobfuscator. All recorded JavaScript contexts are then hand-examined to identify those that contain any malware elements (shellcode, vulnerability, or heap-spray).

Malicious contexts can be sorted efficiently by first grouping by their md5 hash value. This dramatically reduces the required effort because of the lack of exploit diversity

| Feature |
|---|
| `try : unescape` |
| `loop : spray` |
| `loop : payload` |
| `function : addbehavior` |
| `string : 0c` |

**Fig. 12:** Examples of hand-picked features used in our experiments.

explained first in Section II and relatively few identifier-renaming schemes being employed by attackers. For exploits that do appear with identifier names changed, there are still usually some identifiers left unchanged (often part of the standard JavaScript API) which can be identified using the `grep` utility. Finally, hand-examination is used to handle the few remaining unsorted exploits. Using a combination of these techniques, 919 deobfuscated malicious contexts were identified and sorted in several hours. The frequency of each exploit type observed is shown in Figure 2.

### B. Gathering Benign Samples

To create a set of benign JavaScript contexts, we extracted JavaScript from the `Alexa.com` top 50 URLs using the ZOZZLE deobfuscator. The 7,976 contexts gathered from these sites were used as our benign dataset.

### C. Feature Selection

To evaluate ZOZZLE, we partition our malicious and benign datasets into training and evaluation data and train a classifier. We then apply this classifier to the withheld samples and compute the false positive and negative rates. To train a classifier with ZOZZLE, we first need a define a set of features from the code. These features can be hand-picked, or automatically selected (as described in Section III) using the training examples. In our evaluation, we compare the performance of classifiers built using hand-picked and automatically selected features.

The 89 hand-picked features were selected based on experience and intuition with many pieces of malware detected by NOZZLE and involved collecting particularly "memorable" features frequently repeated in malware samples.

Automatically selecting features typically yields many more features as well as some features that are biased toward benign JavaScript code, unlike hand-picked features that are all characteristic of malicious JavaScript code. Examples of some of the hand-picked features used are presented in Figure 12.

For comparison purposes, samples of the automatically extracted features, including a measure of their discriminating power, are shown in Figure 13. The middle column shows whether it is the presence of the feature (✓) or the absence of it (✗) that we are matching on. The last column shows the number of malicious (M) and benign (B) contexts in which they appear in our training set.

In addition to the feature selection methods, we also varied the types of features used by the classifier. Because each token in the Abstract Syntax Tree (AST) exists in the context of a tree, we can include varying parts of that AST context as part

| Feature | Present | M : B |
|---|:---:|---|
| `function : anonymous` | ✓ | 1 : 4609 |
| `try : newactivexobject("pdf.pdfctrl")` | ✓ | 1309 : 1 |
| `loop : scode` | ✓ | 1211 : 1 |
| `function : $(this)` | ✓ | 1 : 1111 |
| `if : "shel" + "l.ap" + "pl" + "icati" + "on"` | ✓ | 997 : 1 |
| `string : %u0c0c%u0c0c` | ✓ | 993 : 1 |
| `loop : shellcode` | ✓ | 895 : 1 |
| `function : collectgarbage()` | ✓ | 175 : 1 |
| `string : #default#userdata` | ✓ | 10 : 1 |
| `string : %u` | ✗ | 1 : 6 |

**Fig. 13:** Sample of automatically selected features and their discriminating power as a ratio of likelihood to appear in a malicious or benign context.

| Features | Hand-Picked | Automatic | Features |
|---|:---:|:---:|:---:|
| flat | 95.45% | 99.48% | 948 |
| 1-level | 98.51% | 99.20% | 1,589 |
| $n$-level | 96.65% | 99.01% | 2,187 |

**Fig. 14:** Classifier accuracy for hand-picked and automatically selected features.

| Features | Hand-Picked | | Automatic | |
|---|:---:|:---:|:---:|:---:|
| | False Pos. | False Neg. | False Pos. | False Neg. |
| flat | 4.56% | 4.51% | 0.01% | 5.84% |
| 1-level | 1.52% | 1.26% | 0.00% | 9.20% |
| $n$-level | 3.18% | 5.14% | 0.02% | 11.08% |

**Fig. 15:** False positives and false negatives for flat and hierarchical features using hand-picked and automatically selected features.

of the feature. Flat features are simply text from the JavaScript code that is matched without any associated AST context. We should emphasize that flat features are typically used in various *text* classification schemes. What distinguishes our work is that, through the use of *hierarchical features*, we are taking advantage of the contextual information given by the code structure to get better precision.

Hierarchical features, either 1- or $n$-level, contain a certain amount of AST context information. For example, 1-level features record whether they appear within a loop, function, conditional, `try`/`catch` block, etc. Intuitively, a variable called `shellcode` declared or used right after the beginning of a function is perhaps less indicative of malicious intent than a variable called `shellcode` that is used with a loop, as is common in the case of a spray.

For $n$-level features, we record the entire stack of AST contexts such as

$$\langle \text{a loop, within a conditional, within a function, } \ldots \rangle$$

The depth of the AST context presents a tradeoff between accuracy and performance, as well as between false positives and false negatives. We explore these tradeoffs in detail in Section V.

## V. EVALUATION

In this section, we evaluate the effectiveness of ZOZZLE using the benign and malicious JavaScript samples described in Section IV. The purpose of this section is to answer the following questions:




**Fig. 17:** False positive and false negative rates as a function of training set size.




**Fig. 18:** False positive and false negative rates as a function of feature set size.



**Fig. 16:** Classification accuracy as a function of training set size for hand-picked and automatically selected features.

- How effective is ZOZZLE at correctly classifying both malware and benign JavaScript?
- What benefit do we get by including context information from the abstract syntax tree in creating classifiers?
- In terms of the amount of malware detected, how does ZOZZLE compare with other approaches, such as NOZZLE?
- What is the performance overhead of including ZOZZLE in a browser?

To obtain the experimental results presented in this section, we used an HP xw4600 workstation (Intel Core2 Duo E8500 3.16 Ghz, dual processor, 4 Gigabytes of memory), running Windows 7 64-bit Enterprise.

## A. ZOZZLE *Effectiveness: False Positives and False Negatives*

Figure 14 shows the overall classification accuracy of ZOZZLE when evaluated using our malicious and benign JavaScript samples[1]. The accuracy is measured as the number of successful classifications divided by total number of samples. In this case, because we have many more benign samples than malicious samples, the overall accuracy is heavily weighted by the effectiveness of correctly classifying benign samples.

In the figure, the results are sub-divided first by whether the features are selected by hand or using the automatic technique described in Section III, and then sub-divided by the amount of context used in the classifier (flat, 1-level, and $n$-level).

The table shows that overall, automatic feature selection significantly outperforms hand-picked feature selection, with an overall accuracy above 99%. Second, we see that while some context helps the accuracy of the hand-picked features, overall, context has little impact on the accuracy of automatically selected features. We also see in the fourth column the number of features that were selected in the automatic feature selection. As expected, the number of features selected with the $n$-level classifier is significantly larger than the other approaches.

Figure 15 expands on the above results by showing the false positive and false negative rates for the different feature selection methods and levels of context. The rates are computed

---

[1]Unless otherwise stated, for these results 25% of the samples were used for classifier training and the remaining files were used for testing. Each experiment was repeated five times on a different randomly-selected 25% of hand-sorted data.



**Fig. 20:** Classification time as a function of JavaScript file size. File size in bytes is shown on the $x$ axis and the classification time in ms is shown on the $y$ axis.



**Fig. 19:** A Venn diagram showing the quantitative relationship between ZOZZLE, NOZZLE, and Google SafeBrowsing. The callout at the bottom of the figure shows the percentage of NOZZLE findings that are covered by SafeBrowsing (80%).



**Fig. 21:** Classifier throughput and accuracy as a function of the number of features, using 1-level classification with .25 of the training set size.

as a fraction of malicious and benign samples, respectively.

We see from the figure that the false positive rate for all configurations of the hand-picked features is relatively high (1.5-4.5%), whereas the false positive rate for the automatically selected features is nearly zero. The best case, using automatic feature selection and 1-level of context, has no false positives in any of the randomly-selected training and evaluation subsets. We note, however, that the differences between the automatic false positive rates are so small that the variation (0% versus 0.02%) may be the result of noise due to the randomness of training set selection.

In contrast to the lower false positive rates, the false negative rates of the automatically selected features are higher than they are for the hand-picked features. The insight we have is that the automatic feature selection selects many more features, which improves the sensitivity in terms of false positive rate, but at the same time reduces the false negative effectiveness because extra benign features can sometimes mask malicious intent. We see that trend manifest itself among the alternative

amounts of context in the automatically selected features. The $n$-level classifier has more features and a higher false negative rate than the flat or 1-level classifiers. Since we want to achieve a very low false positive rate with a moderate false negative rate, and the 1-level classifier provided the best false positive rate in these experiments, in the remainder of this section, we consider the effectiveness of the 1-level classifier in more detail.

**Training set size:** To understand the impact of training set size on accuracy and false positive/negative rates, we trained classifiers using between 1% and 25% of our benign and malicious datasets. For each training set size, ten classifiers were trained using different randomly selected subsets of the dataset for both hand-picked and automatic features. These classifiers were evaluated with respect to overall accuracy in Figure 16 and false positives/negatives in Figure 17.

The figures show that training set size does have an impact on the overall accuracy and error rates, but that a relative small training set ($<$ 10% of the overall data set) is sufficient to realize most of the benefit. The false positive rate using automatic feature selection benefits the most from additional

training data, which is explained by the fact that this classifier has many more features and benefits from more examples to fully train.

**Feature set size:** To understand the impact of feature set size on classifier effectiveness, we trained the 1-level automatic classifier, sorted the selected features by their $\chi^2$ value, and picked only the top $N$ features. For this experiment (due to the fact that the training set used is randomly selected), there were a total of 1,364 features originally selected during automatic selection.

Figure 18 shows how the false positive and false negative rates vary as we change the size of the feature set to contain between 50 and 1300 features. The figures show that both the false positive and false negative rates are significantly higher and variable with small feature sets but after approximately 200 features, both rates steadily drop until we have approximately 500 features, at which point the rates stabilize. For both rates, using more than 600 features has little overall effect.

### B. Comparison with Other Techniques

In this section, we compare the effectiveness of ZOZZLE to that of other malware detection tools, including NOZZLE and Google's Safe Browsing API [14]. SafeBrowsing is a frequently updated blacklist of malicious sites that is used by Google Chrome and Mozilla Firefox to warn users of potentially malicious URLs they might be visiting. The list is distributed in the form of hash values, with original URLs not actually being exposed.

Our approach is to consider a collection of benign and malicious URLs and determine which of these is flagged as malicious by the different detection tools.

To compute the relative numbers of detected URLs for NOZZLE, ZOZZLE, and SafeBrowsing, we first take the total number of NOZZLE detections from our dynamic crawler infrastructure. It is infeasible to run ZOZZLE on every URL visited by the crawler on our single test machine (collecting deobfuscated JavaScript is the bottleneck here), so instead we use a random sample (4% of all crawled URLs) in order to estimate the number of ZOZZLE and SafeBrowsing detections for a single day. None of the randomly selected URLs were detected by NOZZLE, so we also ran ZOZZLE on all the URLs detected by NOZZLE. This gives us the exact number of URLs detected by both techniques. Dividing this count by the approximate number of ZOZZLE detections (ZOZZLE detections divided by sample rate) for the whole set of URLs gives us an estimate as to what fraction of ZOZZLE-detected URLs are also detected by NOZZLE. This same procedure was repeated for SafeBrowsing.

Our results are shown in Figure 19. This diagram illustrates the relative numbers of URLs detected by NOZZLE, ZOZZLE, and Google SafeBrowsing. We see that SafeBrowsing detects a large fraction of the URLs detected by NOZZLE, while ZOZZLE detects them all. SafeBrowsing detects less than half of the URLs found by ZOZZLE, but we have hand-verified a large number of these and have found that they are not false positives. ZOZZLE detects a large fraction of SafeBrowsing's URLs, but not all. Some URLs are flagged by SafeBrowsing as being part of a malware network, even if these URLs do not contain an actual exploit. Some URLs were flagged by the client-side SafeBrowsing tool, but Google's diagnostics page for the URL indicated that it was not malicious, which we believe can result from hash conflicts in the SafeBrowsing database sent to clients. Finally, there are legitimately malicious URLs detected by SafeBrowsing and not by ZOZZLE. Some of these are missed detections, while others are exploits that do not expose themselves to all browsers.

### C. Classifier Performance

Figure 20 shows the classification time as a function of the size of the file, ranging up to 10 KB. We used automatic feature selection, a 1-level classifier trained on .25 of the hand-sorted dataset with no hard limit on feature counts to obtain this chart. This evaluation was performed on a classifier with over 4000 features, and represents the worst case performance for classification. We see that for a majority of files, classification can be performed in under 4ms. Moreover, many contexts are in fact eval contexts, which are generally smaller than JavaScript files downloaded from the network. In the case of eval contexts such as that, the classification overhead is usually 1 ms and below.

Figure 21 displays the overhead as a function of the number of classification features we used and compares it to the average parse time of .86 ms. Despite the fast feature matching algorithm presented in Section III, having more features to match against is still quite costly. As a result, we see the average classification time grow significantly, albeit linearly, from about 1.6 ms for 30 features to over 7 ms for about 1,300 features. While these numbers are from our prototype implementation, we believe that ZOZZLE's static detector has a lot of potential for fast on-the-fly malware identification.

## VI. RELATED

Detection and prevention of drive-by-download attacks has been receiving a lot of attention over the last few years. Some of the methods have been incorporated into browser plug-ins, intrusion detection and prevention systems or client honeypots. This section focuses on the underlying techniques as opposed to the means by which they are deployed. We first review related work on detection of malicious web pages followed by a brief review on specific protection approaches.

### A. Detection

High-interaction client honeypots have been at the forefront of research on drive-by-download attacks. Since they were first introduced in 2005, various studies have been published [26, 33, 39, 45–47]. High-interaction client honeypots drive a vulnerable browser to interact with potentially malicious web page and monitor the system for unauthorized state changes, such as new processes being created. Similar to ZOZZLE, they are capable to detect zero-days, but they are known to miss attacks. For a client honeypot that monitors the effect of a successful attack, the attack needs to succeed. As such, a client

honeypot that is not vulnerable to a specific attack is unable to detect the attack (e.g. a web page that attacks Firefox browser cannot be detected by a high-interaction client honeypot that runs Internet Explorer.) ZOZZLE mines JavaScript features that are indiscriminative of the attack target and therefore does not have this limitation.

The detection of drive-by-download attacks can also occur through the analysis of the content retrieved from the web server. When captured at the network layer or through a static crawler, the content of malicious web pages is usually highly obfuscated opening the door to static feature based exploit detection [13, 33, 38, 42, 43]. While these approaches, among others, consider static JavaScript features, ZOZZLE is the first to utilize hierarchical features extracted from ASTs. However, all produce some false positives and therefore are usually employed as a first stage to follow a more in-depth detection method, such as NOZZLE or high-interaction client honeypots.

Recent work by Canali *et al.* [8] presents a lightweight static filter for malware detection called Prophiler. It combines HTML-, JavaScript-, and URL-based features into one classifier that is able to quickly discard benign pages. While their approach has elements in common with ZOZZLE, there are also differences. First, ZOZZLE focuses on classifying pages based on unobfuscated JavaScript code by hooking into the JavaScript engine enty point, whereas Prophiler extracts its features from the *obfuscated* code and combine them with HTML- and URL-based features into one classifier. Second, ZOZZLE applies an automated feature extraction mechanisms that selects *hierarchical* features from the AST, whereas Prophiler hand-picks a variety of statistical and lexical JavaScript features including features from a generated AST. Their feature "presence of decoding routines " seems to utilize loop context information of long strings and is recognized as an effective feature correlated with malicious code by ZOZZLE as well. However, we should emphasize that ZOZZLE more generically extracts context-related information from the AST in an automated fashion. Third, the emphasis of ZOZZLE is on very low false positive rates, which sometimes imply higher false negative rates, whereas Prophiler has a more balanced approach to both. Fourth, the focus of ZOZZLE is on heap spraying detection, whereas Prophiler is more general. More narrow focus allows us to train ZOZZLE more precisely, using NOZZLE results, while perhaps not finding as many malicious sites as Prophiler is capable of detecting. We believe that there is room for combining interesting aspects of both tools.

Besides static features focusing on HTML and JavaScript, shellcode injection exploits also offer points for detection. They usually consist of several parts: the NOP sled, shellcode, the spray, and a vulnerability. Existing techniques such as Snort [36] use pattern matching to identify attacks in a database. This approach most likely fails to detect attacks that are not already in the database. Polymorphic attacks that vary shellcode on each exploit attempt can avoid pattern-based detection unless improbable properties of shellcode are used to detect such attacks, as in Polygraph [29]. Like ZOZZLE, Polygraph utilizes a naive bayes classifier, but only applies it to the detection of shellcode.

Abstract Payload Execution (APE) by Toth and Kruegel [44], STRIDE by Akritidis *et al.* [3, 31], and NOZZLE by Ratanaworabhan, Livshits and Zorn [34] all focus on analysis of the shellcode and NOP sled used by a heap spraying attack. Such techniques can detect heap sprays with low false positive rates, but incur higher runtime overhead than is unacceptable for always-on deployment in a browser (10-15% is fairly common). As mentioned earlier, ZOZZLE could be used to identify potential sprays and enable one of these detection tools when suspicious code is detected to dramatically reduce the overhead of spray detection when visiting benign sites.

Dynamic features have been the focus of several groups. Nazario, Buescher, and Song propose systems that detect attacks on scriptable ActiveX components [7, 28, 41]. They capture JavaScript interactions — either by instrumenting or simulating a browser — and use vulnerability specific signatures to detect attacks (e.g. method foo with a long first parameter on vulnerable ActiveX component bar.) This method is very effective in detecting attacks due to the relative homogeneous characteristic of the attack landscape. However, while they are effective in detecting known existing attacks on ActiveX components, they fail to identify unseen attacks, or those that do not involve ActiveX components, which ZOZZLE is able to detect.

Cova *et al.* present a system JSAND that conducts classification based on static and dynamic features [10]. In this system, potentially malicious JavaScript is emulated to determine runtime characteristics around deobfuscation, environment preparation, and exploitation, such as the number of bytes allocated through string operations. These features are trained and evaluated with known good and bad URLs. Results show 0% false positives and 0.2% false negative rate. ZOZZLE's approach is similar, but has some distinct differences. ZOZZLE only considers AST features from the JavaScript that is compiled within the browser whereas JSAND extracts manually selected runtime features, such as number of specific shellcode strings. ZOZZLE's feature selection is entirely automated.

Karanth et al. also attempt to identify malicious JavaScript based on features present in the code [21]. Like us, they use known malicious and benign JavaScript files and train a classifier based on features present. They show that their technique can detect malicious JavaScript with high accuracy and that, over a period of four months, they were able to detect a previously unknown zero-day vulnerability. Unlike our work, they use a set of 34 hand-picked features for training and classification. While we use an off-the-shelf nave Bayesian classifier, their ranking algorithm is more specialized for their task. Their approach generates a precision of 100% with a recall up to about 70%, with the precision falling off after that. Overall, our approach has a lower false positive and false negative rate than theirs.

As mentioned above, some approaches chose to emulate a browser (such as JSAND or Nazario's PhoneyC [28]) whereas others use instrumented versions of the browser, such as ZOZ-

ZLE and Song's system [41]. Both approaches have advantages and disadvantages. Emulation, for instance, can be used to impersonate different browser personalities, but could also be detected by malicious web pages to evade the system as illustrated by Ruef as well as Hoffmann [16, 37]. Usually the implementation approach is not a design limitation of the method. Conceptually one method can be implemented on an emulated or instrumented platform. However, the implementation choice does need to be taken into account when considering the false negative rate as this design choice may influence this detection aspect.

### B. Protection

Besides detection, protection-specific methods are presented. For instance, while ZOZZLE focuses on detecting malicious JavaScript, other techniques take different approaches. Recall that heap spraying requires an additional memory corruption exploit, and one method of preventing a heap-spraying attack is to ignore the spray altogether and prevent or detect the initial corruption error. Techniques such as control flow integrity [1], write integrity testing [2], data flow integrity [9], and program shepherding [22] take this approach. Detecting all such possible exploits is difficult and, while these techniques are promising, their overhead has currently prevented their widespread use.

Numerous research efforts are under way to directly protect the client application. BrowserShield, for instance, defuses malicious JavaScript at run-time by rewriting web pages and any embedded scripts into safe equivalents [35]. XSS-GUARD [6] proposes techniques to learn allowed scripts from unintended scripts. The allowed scripts are then white-listed to filter out unintended scripts at runtime. ConScript aims to use aspects to restrict how JavaScript can interact with its environment and the surrounding page [23]. Noncespaces, XSS Auditor, or "script accenting," make changes to the web browser that make it difficult for an adversary's script to run to avoid cross-site scripting attacks [5, 15, 27]. ZOZZLE can operate or be combined with one of these tools to provide protection to the end user from malicious JavaScript.

Protection mechanisms that do not involve JavaScript have also been explored, such as the ClearView system [30]. This research protects commercial off-the-shelve (COTS) software by detecting attacks in a collaborative environment and automatically applying generated patches to prevent such attacks in the future. Application of this method on the Firefox browser serves as a proof-of-concept. Anagnostakis *et al.* use anomaly detection and shadow honeypots to protect, among others, client applications, such as a web browser [4]. Before the web browser is permitted to process the requested data, suspicious data is forwarded to the shadow honeypot, an instrumented browser that detects memory violation attacks. If no attack is detected, the data is forwarded to the end user; if an attack is detected, the data is dropped and the end user effectively protected. A similar approach that uses execution-based web content analysis in disposable virtual machines is presented by Moshchuk *et al.* [25]. ZOZZLE could operate in a similar

```
shellcode = unescape("%u9090%u9090%u54EB…");
var memory = [];
var spraySize = "548864" - shellcode.length * "2";
var nop = unescape("%u0c0c%u0c0c");
while (nop.length < spraySize / "2")
{
    nop += nop;
}
var nops = nop.substring("0", spraySize / "2");
delete nop;
for(i = "0"; i < "270"; i++)
{
    memory[i] = nops + nops + shellcode;
}
function payload()
{
    var body =
    document.createElement("BODY");
    body.addBehavior("#default#userD
    ata");
    document.appendChild(body);

    try
    {
        for(i = "0"; i < "10"; i++)
        {
            body.setAttribute("s", window);
        }
    }
    catch(e)
    {
    }
    window.status += "";
}

document.getElementById("bo").onclick();
```

shellcode
spray
exploit

**Fig. 22:** Colored malware sample.

fashion with very little runtime overhead.

Some existing operating systems also support mechanisms, such as Data Execution Prevention (DEP) [24], which prevent a process from executing code on specific pages in its address space. Implemented in either software or hardware (via the no-execute or "NX" bit), execution protection can be applied to vulnerable parts of an address space, including the stack and heap. With DEP turned on, code injections in the heap cannot execute.

While DEP will prevent many attacks, we believe that ZOZZLE is complementary to DEP for the following reasons. First, security benefits from defense-in-depth. For example, attacks that first turn off DEP have been published, thereby circumventing its protection [40]. Second, compatibility issues can prevent DEP from being used. Despite the presence of NX hardware and DEP in modern operating systems, existing commercial browsers, such as Internet Explorer 7, still ship with DEP disabled by default [19]. Third, runtime systems that perform just-in-time (JIT) compilation may allocate JITed code in the heap, requiring the heap to be executable.

## VII. FUTURE WORK

We believe that much remains to be done in the area of precise classification of JavaScript, with ZOZZLE paving the way for the following major areas of future work.

### A. Automatic Script Analysis and Script "Coloring"

ZOZZLE can be extended to classify at a finer granularity than entire scripts. A trained classifier could be used to identify

the malicious *components* of a script. This could be taken a step further with a specially-trained classifier to distinguish between the components of an attack: the *shellcode*, *heap spray*, *vulnerability*, and *obfuscation*. This second, more powerful approach requires hand-labeled data. Our preliminary results are promising, which can be seen in Figure 22. This capability demonstrates the enormous power of source-level analysis and classification. For binary malware reverse-engineering and analysis this level of precision is unprecedented. With further work the process of annotating collected exploits could be automated by extending Nozzle to trace heap sprays back to JavaScript source lines.

### B. Automatic Malware Clustering

Using the same features extracted for classification, it is possible to automatically cluster attacks into groups. There are two possible approaches that exist in this space: supervised and unsupervised clustering.

Supervised clustering would consist of hand-categorizing attacks, which has actually already been done for about 1,000 malicious contexts, and assigning new scripts to one of these groups. Unsupervised clustering would not require the initial sorting effort, and is more likely to successfully identify new, common attacks. It is likely that feature selection would be an ongoing process; selected features should discriminate between different clusters, and these clusters will likely change over time.

### C. Substring Feature Selection

For the current version of Zozzle, automatic feature selection only considers the entire text of an AST node as a potential feature. While simply taking all possible substrings of this and treating those as possible features as well may seem reasonable, the end result is a classifier with many more features and little (if any) improvement in classification accuracy.

An alternative approach would be to treat certain types of AST nodes as "divisible" when collecting candidate features. If the entire node text is not a good discriminative feature, its component substrings can be selected as candidate features. This avoids introducing substring features when the full text is sufficiently informative, but allows for simple patterns to be extracted from longer text (such as %u or %u0c0c) when they are more informative than the full string. Not all AST nodes are suitable for subdivision, however. Fragments of identifiers don't necessarily make sense, but string constants and numbers could still be meaningful when split apart.

### D. Feature Flow

At the moment, features are extracted only from the text of the AST nodes in a given context. This works well for whole-script classification, but has yielded more limited results for fine grained classification. To prevent a particular feature from appearing in a particularly informative context (such as COMMENT appearing inside a loop, a component the Aurora exploit [32]) an attacker can simply assign this string to a variable outside the loop and reference the variable within the loop. The idea behind feature flow is to keep a simple lookup table for identifiers, where both the identifier name *and* its value are used to extract features from an AST node.

By ignoring scoping rules and loops, we can get a reasonable approximation of the features present in both the identifiers and values within a given context with low overhead. This could be taken one step further by emulating simple operations on values. For example, if two identifiers set to strings are added, the values of these strings could be concatenated and then searched for features. This would prevent attackers from hiding common shellcode patterns using concatenation.

## VIII. Conclusions

This paper presents Zozzle, a mostly static malware detector for JavaScript code. Zozzle is a versatile technology that may be deployed in the context of a commercial browser, staged with a more costly runtime detector like Nozzle, or used standalone, for offline URL scanning. Much of the novelty of Zozzle comes from its hooking into the JavaScript engine of a browser to get the final, expanded version of JavaScript code to address the issue of deobfuscation. Compared to other classifier-based tools, Zozzle uses contextual information available in the program Abstract Syntax Tree (AST) to perform fast, scalable, yet precise malware detection.

This paper contains an extensive evaluation of our techniques. We evaluated Zozzle in terms of performance and malware detection rates (both false positives and false negatives) using thousands of pre-categorized code samples. We conclude that the most accurate classifier did not produce any false positives, implying a false positive rate of below 0.01%. Despite this high accuracy, the classifier is very fast, with a throughput at over 1 MB of JavaScript code per second.

We see tools like Zozzle deployed both in the browser to provide "first response" for users affected by JavaScript malware and used for offline dynamic crawling, to contribute to the creation and maintenance of various blacklists.

## Acknowledgments

This work would not have been possible without the help of many people, including Sarmad Fayyaz, David Felstead, Michael Gamon, Darren Gehring, Rick Gutierrez, Engin Kirda, Jay Stokes, and Ramarathnam Venkatesan. We especially thank Rick Bhardwaj for working closely with malware samples to help us understand their properties in the wild.

## References

[1] M. Abadi, M. Budiu, Úlfar Erlingsson, and J. Ligatti. Control-flow integrity. In *Proceedings of the Conference on Computer and Communications Security*, pages 340–353, 2005.

[2] P. Akritidis, C. Cadar, C. Raiciu, M. Costa, and M. Castro. Preventing memory error exploits with WIT. In *Proceedings of the IEEE Symposium on Security and Privacy*, pages 263–277, 2008.

[3] P. Akritidis, E. P. Markatos, M. Polychronakis, and K. G. Anagnostakis. STRIDE: Polymorphic sled detection through instruction sequence analysis. In R. Sasaki, S. Qing, E. Okamoto, and H. Yoshiura, editors, *Proceedings of Security and Privacy in the Age of Ubiquitous Computing*, pages 375–392. Springer, 2005.

[4] K. Anagnostakis, S. Sidiroglou, P. Akritidis, K. Xinidis, E. Markatos, and A. Keromytis. Detecting targeted attacks using shadow honeypots. In *Proceedings of the USENIX Security Symposium*, 2005.

[5] D. Bates, A. Barth, and C. Jackson. Regular expressions considered harmful in client-side XSS filters. *International World Wide Web Conference*, 2010.

[6] P. Bisht and V. N. Venkatakrishnan. XSS-GUARD: precise dynamic prevention of cross-site scripting attacks. In *Detection of Intrusions and Malware, and Vulnerability Assessment*, 2008.

[7] A. Buescher, M. Meier, and R. Benzmueller. MonkeyWrench - boesartige webseiten in die zange genommen. In *Deutscher IT-Sicherheitskongress*, Bonn, 2009.

[8] D. Canali, M. Cova, G. Vigna, and C. Kruegel. Prophiler: A fast filter for the large-scale detection of malicious web pages. Technical Report 2010-22, University of California at Santa Barbara, 2010.

[9] M. Castro, M. Costa, and T. Harris. Securing software by enforcing data-flow integrity. In *Proceedings of the Symposium on Operating Systems Design and Implementation*, pages 147–160, 2006.

[10] M. Cova, C. Kruegel, and G. Vigna. Detection and analysis of drive-by-download attacks and malicious JavaScript code. In *Proceedings of the International World Wide Web Conference*, Raleigh, NC, April 2010.

[11] C. Cowan, C. Pu, D. Maier, H. Hinton, J. Walpole, P. Bakke, S. Beattie, A. Grier, P. Wagle, and Q. Zhang. Stackguard: Automatic adaptive detection and prevention of buffer-overflow attacks. In *Proceedings of the USENIX Security Symposium*, January 1998.

[12] M. Egele, P. Wurzinger, C. Kruegel, and E. Kirda. Defending browsers against drive-by downloads: Mitigating heap-spraying code injection attacks. In *Proceedings of the Conference on Detection of Intrusions and Malware, and Vulnerability Assessment*, pages 88–106, 2009.

[13] B. Feinstein and D. Peck. Caffeine Monkey: Automated collection, detection and analysis of malicious JavaScript. In *Proceedings of Black Hat USA*, Las Vegas, 2007.

[14] Google, Inc. Google safe browsing API. http://code.google.com/apis/safebrowsing/.

[15] M. V. Gundy and H. Chen. Noncespaces: using randomization to enforce information flow tracking and thwart cross-site scripting attacks. *Proceedings of the Annual Network & Distributed System Security Symposium*, 2009.

[16] B. Hoffman. Circumventing automated JavaScript analysis. In *Proceedings of Black Hat USA*, Las Vegas, 2008.

[17] F. Howard. Malware with your mocha: Obfuscation and anti-emulation tricks in malicious JavaScript. http://www.sophos.com/security/technical-papers/malware_with_your_mocha.pdf, Sept. 2010.

[18] M. Howard. Address space layout randomization in Windows Vista. http://blogs.msdn.com/b/michael_howard/archive/2006/05/26/address-space-layout-randomization-in-windows-vista.aspx, May 2006.

[19] M. Howard. Update on Internet Explorer 7, DEP, and Adobe software. http://blogs.msdn.com/michael_howard/archive/2006/12/12/update-on-internet-explorer-7-dep-and-adobe-software.aspx, 2006.

[20] G. Hunt and D. Brubacher. Detours: Binary interception of Win32 functions. In *Proceedings of the USENIX Windows NT Symposium*, pages 135–143, 1999.

[21] S. Karanth, S. Laxman, P. Naldurg, R. Venkatesan, J. Lambert, , and J. Shin. Pattern mining for future attacks. Technical Report MSR-TR-2010-100, Microsoft Research, 2010.

[22] V. Kiriansky, D. Bruening, and S. P. Amarasinghe. Secure execution via program shepherding. In *Proceedings of the USENIX Security Symposium*, pages 191–206, 2002.

[23] L. Meyerovich and B. Livshits. ConScript: Specifying and enforcing fine-grained security policies for Javascript in the browser. In *IEEE Symposium on Security and Privacy*, May 2010.

[24] Microsoft Corporation. Data execution prevention. http://technet.microsoft.com/en-us/library/cc738483.aspx, 2003.

[25] A. Moshchuk, T. Bragin, D. Deville, S. D. Gribble, and H. M. Levy. SpyProxy: execution-based detection of malicious web content. In *Proceedings of the USENIX Security Symposium*, Boston, 2007. ACM.

[26] A. Moshchuk, T. Bragin, S. D. Gribble, and H. M. Levy. A crawler-based study of spyware on the web. In *Proceedings of the Network and Distributed System Security Symposium*, San Diego, 2006. The Internet Society.

[27] Y. Nadji, P. Saxena, and D. Song. Document structure integrity: A robust basis for cross-site scripting defense. In *Proceedings of the Network and Distributed System Security Symposium*, 2009.

[28] J. Nazario. PhoneyC: A virtual client honeypot. In *Proceedings of the Usenix Workshop on Large-Scale Exploits and Emergent Threats*, Boston, 2009.

[29] J. Newsome, B. Karp, and D. Song. Polygraph: Automatically generating signatures for polymorphic worms. In *Proceedings of the IEEE Symposium on Security and Privacy*, pages 226–241, 2005.

[30] J. H. Perkins, S. Kim, S. Larsen, S. P. Amarasinghe, J. Bachrach, M. Carbin, C. Pacheco, F. Sherwood, S. Sidiroglou, G. Sullivan, W.-F. Wong, Y. Zibin, M. D. Ernst, and M. C. Rinard. Automatically patching errors in deployed software. In *Proceedings of the 22nd Symposium on Operating Systems Principles (22nd SOSP'09), Operating Systems Review (OSR)*, pages 87–102, Big Sky, MT, Oct. 2009.

[31] M. Polychronakis, K. G. Anagnostakis, and E. P. Markatos. Emulation-based detection of non-self-contained polymorphic shellcode. In *Proceedings of the Symposium on Recent Advances in Intrusion Detection*, pages 87–106, 2007.

[32] Praetorian Prefect. The "aurora" IE exploit used against Google in action. http://praetorianprefect.com/archives/2010/01/the-aurora-ie-exploit-in-action/, Jan. 2010.

[33] N. Provos, P. Mavrommatis, M. A. Rajab, and F. Monrose. All your iFRAMEs point to us, 2008. Available from http://googleonlinesecurity.blogspot.com/2008/02/all-your-iframe-are-point-to-us.html; accessed on 15 Feburary 2008.

[34] P. Ratanaworabhan, B. Livshits, and B. Zorn. Nozzle: A defense against heap-spraying code injection attacks. In *Proceedings of the USENIX Security Symposium*, Montreal, Canada, August 2009.

[35] C. Reis, J. Dunagan, H. J. Wang, O. Dubrovsky, and S. Esmeir. Browser-Shield: Vulnerability-driven filtering of dynamic HTML. In *Proceedings of the Symposium on Operating Systems Design and Implementation*, Seattle, 2006. Usenix.

[36] M. Roesch. Snort - lightweight intrusion detection for networks. In *Proceedings of the USENIX conference on System administration*, pages 229–238, 1999.

[37] M. Ruef. browserrecon project, 2008. Available from http://www.computec.ch/projekte/browserrecon/; accessed on 20 August 2008.

[38] C. Seifert, P. Komisarczuk, and I. Welch. Identification of malicious web pages with static heuristics. In *Australasian Telecommunication Networks and Applications Conference*, Adelaide, 2008.

[39] C. Seifert, R. Steenson, T. Holz, B. Yuan, and M. A. Davis. Know your enemy: Malicious web servers, 2007. Available from http://www.honeynet.org/papers/mws/; The Honeynet Project; accessed on 20 August 2010.

[40] Skape and Skywing. Bypassing windows hardware-enforced DEP.

17

*Uninformed Journal*, 2(4), Sept. 2005.

[41] C. Song, J. Zhuge, X. Han, and Z. Ye. Preventing drive-by download via inter-module communication monitoring. In *ASIACSS*, Beijing, 2010.

[42] R. J. Spoor, P. Kijewski, and C. Overes. The HoneySpider network: Fighting client-side threats. In *First*, Vancouver, 2008.

[43] T. Stuurman and A. Verduin. Honeyclients - low interaction detection methods. Technical report, University of Amsterdam, 2008.

[44] T. Toth and C. Krügel. Accurate buffer overflow detection via abstract payload execution. In *Proceedings of the Symposium on Recent Advances in Intrusion Detection*, pages 274–291, 2002.

[45] K. Wang. HoneyClient, 2005. Available from http://www.honeyclient. org/trac; accessed on 2 Janurary 2007.

[46] Y.-M. Wang, D. Beck, X. Jiang, R. Roussev, C. Verbowski, S. Chen, and S. King. Automated web patrol with Strider HoneyMonkeys: Finding web sites that exploit browser vulnerabilities. In *Proceedings of the Network and Distributed System Security Symposium*, San Diego, 2006. Internet Society.

[47] J. Zhuge, T. Holz, C. Song, J. Guo, X. Han, and W. Zou. Studying malicious websites and the underground economy on the Chinese web. Technical report, University of Mannheim, 2007.