# EXHIBIT 3

```
 1                UNITED STATES DISTRICT COURT
                  Southern  DISTRICT OF FLORIDA
 2                CIVIL ACTION NO. 0:20-cv-60416

 3

 4    TOCMAIL, Inc.,

 5           Plaintiff,

 6    -vs-

 7    MICROSOFT CORPORATION,

 8           Defendant.
      _____/

 9

10
                         ZOOM REMOTE PROCEEDINGS
11                       Friday, March 19, 2021
                         10:07 a.m. - 2:55 p.m.
12

13       VIDEO TELECONFERENCE DEPOSITION OF MICHAEL WOOD

14

15

16

17

18

19

20

21

22

23            Taken on behalf of the Defendants before
      Robyn Maxwell, RPR, FPR, RSA, Notary Public in and for
24    the State of Florida at Large, pursuant to Notice of
      Taking Deposition in the above cause.

25
```

Page 1

1        Q.    Okay.  So tell the jury what company it was
2    that purchased your technology back in the early 90s?
3        A.    Micromuse.
4        Q.    And was it subsequently sold to any other
5    company?
6        A.    Micromuse was sold to IBM.
7        Q.    All right.  IBM, generally reputable, well
8    known computer company; wouldn't you say?
9        A.    Yeah, it was acquired during a time
10   after -- after the time that plug and play started coming
11   in.  And, therefore, my technology was no longer needed
12   by -- by IBM at the time.  My technology -- the patented
13   implementation was needed during the window of time that
14   the network management protocols were not standardized.
15   I think it's simple network management protocol, SNMP.
16   Once SNMP was standardized, it replaced the need -- it
17   obviated the need for my patent.
18       Q.    Okay.  So in other words, at some point
19   like all -- like all systems for technology, that
20   technology became obsolete?
21       A.    But not all -- you said "all".
22       Q.    Well, okay.  I know -- sir, I'm not -- I'm
23   trying to do basic background questions here.  We're
24   going to be here all day.
25             So I'm simply saying you said that IBM no

```
 1   longer needed your solution.  The problem you were
 2   solving for had been resolved otherwise, and IBM did not
 3   need it anymore when they purchased Micromuse, correct?
 4        A.   No one needed it by that time because of
 5   the simple network management protocol was standardized.
 6        Q.   Okay.  So you are an inventor who sold a
 7   product for roughly a hundred million dollars to a
 8   company that was subsequently acquired by IBM, correct?
 9        A.   That is all correct.
10        Q.   Okay.  Not many -- not many inventors have
11   that kind of pedigree, sir.
12             So my question for you is:  Given your --
13   did you consider your hundred million dollar product
14   revolutionary at the time?
15        A.   I considered it -- I considered it
16   revolutionary for the need that it was addressing.
17   Certainly nothing to the magnitude of the problem that
18   we're talking about today, but for its specific problem,
19   it was revolutionary.
20        Q.   And so, since the time that you have
21   created TocMail, you have not gone to a single potential
22   investor and said, you know, I'm Michael Wood, I sold a
23   prior invention for a hundred million dollars.  IBM
24   eventually bought out the company.  I know what I'm
25   talking about.  This is a big solution.  Invest in
```

Page 42

```
 1   is correct.
 2         Q.    Has TocMail ever created a malicious
 3   website?
 4         A.    Well, we wouldn't want -- no, because we
 5   wouldn't want some -- to accidentally cause somebody to
 6   be harmed.
 7         Q.    Yeah.  That's just what I thought.  So in
 8   this demonstration with Mr. Tunc what you're doing is
 9   having Safe Links redirect to a non-malicious site; true?
10         A.    Yes, Safe Links was redirected to a
11   non-malicious site.  Therefore, there was wasn't a log
12   created on Microsoft's side.
13         Q.    Right.  In other words, if it had been a
14   known malicious website, then Safe Links would have trace
15   reported it, correct?
16         A.    If we redirected Safe Links to a known
17   malicious website, Safe Links would have recorded that.
18         Q.    All right.  But in your tests, you weren't
19   checking for a malicious website, such as Mr. Tunc
20   correctly says that Safe Links does, you were redirecting
21   to a site that wouldn't harm anyone because you, TocMail,
22   and you, Mr. Woods specifically, would never ethically
23   put a malicious website out on the web, right?
24         A.    Well, we were simulating the behavior on
25   the Safe Links' side that an attacker does.  The attacker
```

Page 56

```
 1   a -- as far as -- I knew the -- I knew the data, how the
 2   data was going to be, but when the actual -- I'm sure you
 3   have seen the video.  The -- when I was able to get the
 4   traffic displayed in a way that anybody can understand
 5   the problem with Safe Links and why TocMail solves the
 6   problem, that was also a huge factor in deciding that his
 7   expert report would not be necessary as well.
 8           Q.   Yeah, but one of the factors was that you
 9   and he had a fundamental difference of opinion that you
10   said would have prevented you from collaborating on his
11   report, correct?
12           A.   That was one of the factors.
13           Q.   All right.  Let's go to tab 52, TocMail
14   '9097.  This will be Exhibit 5 [sic].
15                (Defense Exhibit 6 was marked.)
16   BY MS. LOVETT:
17           Q.   There is a long one, so we're going to blow
18   it up.  This is the Tactical Rabbit emails.
19           A.   Oh, yeah.
20           Q.   So what is Tactical Rabbit?
21           A.   That is a very good question.  After
22   multiple conversations with Everett Stern, I can't even
23   answer that question which is why I've had no more
24   conferences with Mr. Stern.  I really don't.
25                I mean, he talks in such nebulous terms of,
```

```
 1              A.    Okay.
 2              Q.    So that we -- we don't waste time, but at
 3   page 10 you say, "Fifth" -- you're making multiple
 4   points.  "Free software exists called MKHTAccess_Red,
 5   which redirects ATP Safe Links IP addresses to a benign
 6   URL and sends the intended payload to everyone else."
 7                    We can -- we can blow that up, but is
 8   that -- is that your expert testimony?
 9              A.    Yes.  And I would say that an attacker can
10   use it to do that.  And that's all the software that they
11   need other than providing the payload, of course.
12              Q.    Right.  You stand by the characterization
13   of MKHTAccess_Red, correct?
14              A.    On October 1st, 2020 MHKT Access_Red, when
15   redirecting to a site such as PayPal.com, will have that
16   characteristic as written.
17              Q.    Yes.  I'm -- I'm -- all I'm doing, sir, is
18   getting -- I'm trying to get your full position.
19                    MS. LOVETT:  And Rachel, if you can blowup
20          where it says "Fifth, because I want -- I want the
21          witness to be able to see it.
22   BY MS. LOVETT:
23              Q.    MHTK_Access Red, for the jury's benefit, is
24   a hacking kit for lack of a better word, right?
25              A.    That's fair.
```

Page 95

```
 1            Q.    You can -- you can buy it online and it
 2   gives you a list of known IP addresses?
 3            A.    You can't buy it.  It's free.
 4            Q.    Oh, it's free even.  So would you have to
 5   go -- and I'm just asking, like to get something like
 6   this, would you have to go to the dark web?
 7            A.    No.  That's actually available on Git- --
 8            Q.    On what?
 9            A.    GitHub.  It's a company owned by Microsoft.
10            Q.    Okay.  And this -- and MKHTAccess_Red, you
11   say, in your report, "automatically creates the IP
12   cloaking rules with all of Safe Links' IP addresses
13   included right out of the box."
14            A.    Okay.  It can be used to redirect
15   100 percent -- it can -- hey, let he see here.  I said,
16   "The demo created was using free MHKTAccess_Red," right.
17   The manner in which I used it would have that effect.
18   That's a very -- it's an important distinction.  And I am
19   sure -- would you -- can I clarify why?
20            Q.    Well, actually, I think I have it in the
21   next question which is:  Does -- does -- I'm going to
22   call it MHKTAccess, because I'm tired of saying,
23   "underscore red", if we can have that.
24                  So does MHKTAccess, does its ability to
25   create IP cloaking depend on obtaining a complete
```

Page 96

```
 1   another page that says, "you just got hacked", right,
 2   that's the one with the little -- it's a -- it's your --
 3   your --
 4           A.   Oh, yeah, yeah, yeah.  It's just a --
 5   it's -- that part is illustrative.  The traffic itself is
 6   real.  That's actual traffic for how the traffic flows.
 7           Q.   Right.
 8           A.   The other stuff is just here -- here's what
 9   would happen in the real world, but we're not going to
10   intentionally infect Mikail Tunc's phone with malware.
11           Q.   So -- so in the video, and in the example,
12   just so we're clear and the jury's clear, Safe Links
13   didn't allow any malicious content to reach the user,
14   right?
15           A.   That is correct.  And we would not dare
16   state -- use the video in any manner that communicates
17   that sentence.
18           Q.   Okay.  So let's see.  I want to -- I want
19   to sort of look at your -- and again, I apologize.  I
20   think I managed to get my outline well out of order, but
21   we're chopping through it.
22                You're -- you're aware of the marketplace,
23   the competitive market, for cyber security, right?
24           A.   In general, I mean.  I -- it's so big I
25   would have to know specifically what segment you're
```

Page 103

```
 1              CERTIFICATE OF OATH OF WITNESS
 2
 3   THE STATE OF FLORIDA      )
                               )  SS:
 4   COUNTY OF PALM BEACH      )
 5
 6
 7              I, Robyn Maxwell, Registered Professional
 8   Reporter, Registered Professional Reporter, Notary Public
 9   in and for the State of Florida at Large, certify that
10   the witness, MICHAEL WOOD, personally appeared before me
11   on March 19, 2021 and was duly sworn by me.
12              WITNESS my hand and official seal this
13   19th day of March, 2021.
14              [signature: Roy Maxwell]
15
                Robyn Maxwell, RPR, FPR, CLR
16              Realtime Systems Administrator
                Notary Public, State of Florida at Large
17
18   Notary No. GG 194507
19   My Commission Expires: 4/4/2022
20
21
22
23
24
25
```

Page 147

```
 1            REPORTER'S DEPOSITION CERTIFICATE
 2
 3    THE STATE OF FLORIDA   )
 4    COUNTY OF PALM BEACH   )
 5
 6              I, Robyn Maxwell, Florida Professional
 7    Reporter, certify that I was authorized to and did
 8    stenographically report the deposition of MICHAEL WOOD,
 9    the witness herein on March 19, 2021; that a review of
10    the transcript was requested; that the foregoing pages
11    numbered pages 1 through 150; and that the transcript is
12    a true and complete record of my stenographic notes.
13              I further certify that I am not a
14    relative, employee, attorney, or counsel of any of the
15    parties, nor am I a relative or employee of any of the
16    parties' attorney or counsel connected with the action,
17    nor am I financially interested in the action.
18
19              DATED this 19th day of March, 2021.
20
21        [signature: Roy Maxwell]
22
              Robyn Maxwell, RPR, FPR, CLR
23            Realtime Systems Administrator
24
25
```

Page 148