Case 0:20-cv-60416-AMC   Document 69-33   Entered on FLSD Docket 05/26/2021   Page 1 of 1

# EXHIBIT 9
# (Under Seal)