UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60416-CIV- CANNON/HUNT

TOCMAIL INC, a Florida corporation,

        Plaintiff,

v.

MICROSOFT CORPORATION, a
Washington corporation,

        Defendant.
_____/

**PLAINTIFF'S CONSENTED MOTION TO FILE UN-REDACTED VERSION OF PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S *DAUBERT* MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF PLAINTIFF'S EXPERTS UNDER SEAL**

    Plaintiff, TOCMAIL INC ("Plaintiff" or "TocMail"), by and through undersigned counsel and pursuant to Local Rule 5.4 of the United States District Court for the Southern District of Florida and Section 9 of the CM/ECF Administrative Procedures, and with the consent of Defendant, MICROSOFT CORPORATION ("Microsoft" or "Defendant"), respectfully moves to file the un-redacted version of Plaintiff's Memorandum of Law in Opposition to Defendant's *Daubert* Motion to Exclude the Opinions and Testimony of Plaintiff's Experts, along with certain accompanying exhibits, under seal ("Opposing Memorandum of Law to *Daubert* Motion"), and in support thereof states as follows:

    1.    On or before June 9, 2021, Plaintiff intends to electronically file redacted versions of Plaintiff's Opposing Memorandum of Law to *Daubert* Motion and various supporting exhibits. Plaintiff's Opposing Memorandum of Law to *Daubert* Motion reference and attach exhibits and deposition testimony that were designated "CONFIDENTIAL" or "CONFIDENTIAL-

1

COUNSEL ONLY" by Microsoft in this action pursuant to the Agreed Confidentiality Order dated August 25, 2020 (ECF No. 36).  All of the materials and exhibits sought to be redacted were designated as confidential *by Microsoft*.  Thus, while TocMail may not necessarily agree with Microsoft's designations, TocMail is filing this Motion seeking to file an unredacted version of TocMail's Opposing Memorandum of Law to *Daubert* Motion under seal for Microsoft's benefit and to protect information Microsoft claims is "CONFIDENTIAL" or "CONFIDENTIAL-COUNSEL ONLY."

2. If this Motion is granted, Plaintiff will file an unredacted version of the Opposing Memorandum of Law to *Daubert* Motion and accompanying exhibits under seal, but will also electronically file a redacted version of the Opposing Memorandum of Law to *Daubert* Motion. Additionally, Plaintiff will not include exhibits that were designated "CONFIDENTIAL" or "CONFIDENTIAL- COUNSEL ONLY" by Microsoft with the redacted filing.

3. Accordingly, Plaintiff requests that the Court allow Plaintiff to file the un-redacted versions of Plaintiff's Opposing Memorandum of Law to *Daubert* Motion and accompanying exhibits under seal.  Plaintiff also requests that the Clerk maintain the un-redacted versions of Plaintiff's Opposing Memorandum of Law to *Daubert* Motion and accompanying exhibits under seal until the conclusion of any direct appeal in this action.  Upon expiration of the time specified in the Court's sealing order, Plaintiff requests that the un-redacted version of Plaintiff's Opposing Memorandum of Law to *Daubert* Motion and exhibits be returned to Plaintiff's counsel.

4. Plaintiff will serve a copy of the un-redacted version of the Opposing Memorandum of Law to *Daubert* Motion and exhibits on Defendant subsequent to filing thereof.

WHEREFORE, Plaintiff, TOCMAIL INC, respectfully requests this Court to enter an Order permitting Plaintiff to file the un-redacted versions of Plaintiff's Memorandum of Law in

Opposition to Defendant's *Daubert* Motion to Exclude the Opinions and Testimony of Plaintiff's Experts and accompanying exhibits under seal, and for such other and further relief this Court deems just and proper.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), I hereby certify that counsel for the movant conferred with all parties who may be affected by the relief sought in this motion, including counsel for the Defendant, and Defendant consents to the relief sought in this Motion.

                                            /s/Joshua D. Martin
                                            Joshua D. Martin, Esq.

Dated: June 8, 2021                          Respectfully submitted,

                                          By: /s/ Joshua D. Martin
                                          Joshua D. Martin
                                          Florida Bar No. 028100
                                          josh.martin@johnsonmartinlaw.com
                                          JOHNSON & MARTIN, P.A.
                                          500 W. Cypress Creek Rd., Suite 430
                                          Fort Lauderdale, Florida 33309
                                          Telephone: (954) 790-6699
                                          Facsimile: (954) 206-0017
                                          *Attorneys for Plaintiff, TocMail Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 8th day of June 2021, the foregoing document is being served this day on all counsel of record on the service list via electronic mail.

                                     By: /s/ Joshua D. Martin
                                         Joshua D. Martin

## SERVICE LIST

### *TOCMAIL INC. v. MICROSOFT CORPORATION*
### 20-60416-CIV- CANNON/HUNT

**Joshua D. Martin**
E-Mail: josh.martin@johnsonmartinlaw.com
JOHNSON & MARTIN, P.A.
500 W. Cypress Creek Rd.
Suite 430
Fort Lauderdale, Florida 33309
Telephone: (954) 790-6699
Facsimile: (954) 206-0017

**Francisco O. Sanchez**
E-Mail: sanchezo@gtlaw.com
           orizondol@gtlaw.com
**Evelyn A. Cobos**
E-Mail: cobose@gtlaw.com
           MiaLitDock@gtlaw.com
GREENBERG TRAURIG, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

**Mary-Olga Lovett** *(admitted pro hac vice)*
E-Mail: lovettm@gtlaw.com
**Rene Trevino** *(admitted pro hac vice)*
E-Mail: trevinor@gtlaw.com
GREENBERG TRAURIG LLC
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 374-3541
Facsimile: (713) 374-3505