UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60416-CIV- CANNON/HUNT

TOCMAIL INC., a Florida corporation,

        Plaintiff,

v.

MICROSOFT CORPORATION, a
Washington corporation,

        Defendant.

_____/

**[PROPOSED] ORDER GRANTING PLAINTIFF'S CONSENTED MOTION TO FILE UN-REDACTED VERSION OF PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S *DAUBERT* MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF PLAINTIFF'S EXPERTS UNDER SEAL**

    This matter having come before the Court upon Plaintiff's Consented Motion to File Un-Redacted Version of Plaintiff's Memorandum of Law in Opposition to Defendant's *Daubert* Motion to Exclude Opinions and Testimony of Plaintiff's Experts Under Seal ("Motion") (ECF No. __), filed herein on June 8, 2021.  The Court has considered the Motion and is otherwise fully advised in the premises.

    The Motion to Seal is **GRANTED.**  Plaintiff may file an un-redacted version of Plaintiff's Memorandum of Law in Opposition to Defendant's *Daubert* Motion to Exclude Opinions and Testimony of Plaintiff's Experts and accompanying exhibits under seal, and such un-redacted version and exhibits shall be sealed and shall remain sealed until the conclusion of any direct appeal, at which time the Clerk shall return the un-redacted version of Plaintiff's Memorandum of Law in Opposition to Defendant's *Daubert* Motion to Exclude Opinions and Testimony of Plaintiff's Experts and accompanying exhibits to Plaintiff's counsel.

2

DONE AND ORDERED in Chambers at Fort Pierce, Florida, this ___ day of _____ 2021.

                                                                                                                                                             _____

                                                                                                                                                             Aileen M. Cannon
                                                                                                                                                             United States District Judge

Copies furnished to:  All Counsel of Record