**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO**. **20-60416-CIV-CANNON/Hunt**

**TOCMAIL INC**,

      Plaintiff,

v.

**MICROSOFT CORPORATION**,

      Defendant.

_____/

## ORDER GRANTING MOTION TO SEAL

**THIS CAUSE** is before the Court upon Plaintiff's Consented Motion to File Un-Redacted Version of Plaintiff's Memorandum of Law in Opposition to Defendant's Daubert Motion to Exclude Opinions and Testimony of Plaintiff's Experts Under Seal (the "Motion") [ECF No. 71], filed on June 8, 2021. The Court has considered the Motion, the record, and is otherwise fully advised.

It is hereby **ORDERED AND ADJUDGED** that:

1.     Plaintiff's Motion [ECF No. 71] is hereby **GRANTED**.

2.     Plaintiff may file an un-redacted version of Plaintiff's Memorandum of Law in Opposition to Defendant's Daubert Motion to Exclude Opinions and Testimony of Plaintiff's Experts and accompanying exhibits under seal.

3.     The unredacted copies are to be kept under **SEAL** until further order of the Court.

[CONTINUED ON NEXT PAGE]

CASE NO. 20-60416-CIV-CANNON/Hunt

**DONE AND ORDERED** in Fort Pierce, Florida this 9th day of June 2021.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record

2