# EXHIBIT 1

# MARCIE D. BOUR, CPA

| | |
|---|---|
| Education | B.B.A., Major in Accounting, with Distinction, Emory University (1984) |
| Professional History | Yip Associates, Partner, Forensic Accounting and Litigation Services (April 2015-) |
| | Marcie D. Bour, CPA, P.A./Florida Business Valuation Group, Forensic Accounting and Litigation Consulting Services, President (March 2003-2018) |
| | Valuation & Forensic Partners, LLC, Managing Director (2013-2014) |
| | Fiske & Company, Certified Public Accountants, Director Litigation Consulting Services (October 1999 - February 2003) |
| | Pinchasik, Strongin, Muskat, Stein & Co., Senior Manager (October 1998 - October 1999) |
| | Marcie D. Bour, CPA, Self Employed Litigation Consultant (May 1998 - October 1998) |
| | Kapila & Company, Manager (January 1998 - May 1998) |
| | Rachlin, Cohen & Holtz, Certified Public Accountants, Manager, Litigation Consulting and Business Valuation (October 1995 - January 1998) |
| | Bour & Yaverbaum, P.C. Certified Public Accountants, Pennsylvania, President and Managing Shareholder (May 1990 - August 1995) |
| | Felty & Company, Certified Public Accountants, Pennsylvania, Director of Taxes (September 1986 to May 1990) |
| | Laventhol & Horwath, Pennsylvania, Tax Specialist (July 1984 - September 1986) |
| Licenses & Accreditations | Certified Public Accountant, Florida (Pennsylvania, inactive) |
| | Accredited in Business Valuation |
| | Accredited in Business Appraisal Review |
| | Business Valuator Accredited for Litigation (credential retired 2012) |
| | Certification in Distressed Business Valuation |
| | Certified Valuation Analyst |
| | Certified Fraud Examiner |
| | Master Analyst in Financial Forensics (formerly Certified Forensic Financial Analyst) |
| | Qualified Arbitrator, Florida |
| | Licensed Real Estate Broker, Florida (1983-1991) |

**Marcie D. Bour, CPA**
Page 2 of 5

| | |
|---|---|
| Professional Affiliations | Member, American Institute of Certified Public Accountants (AICPA): Forensic and Valuation Section |
| | Member, Florida Institute of Certified Public Accountants (FICPA): Valuation, Forensic Accounting and Litigation Services (VFALS) Section Resource Council (2006-2013); Chair VFALS Section Steering Committee (2013-2014); Chair 2012 VFALS Conference Planning Committee |
| | Member, FICPA North Dade South Broward Chapter: Board of Directors (2002-2005, 2009 -2017); President (2008-2009): President Elect (2007-2008); Treasurer (2005-2007); CPE Chair (2005) |
| | Affiliate Member, American Bar Association: Business Law Section |
| | Affiliate Member, Florida Bar: Business Law Section |
| | Member, National Association of Certified Valuators and Analysts (NACVA): Executive Advisory Board (2008); Litigation Forensics Board Member (2006-2008); Chair, Litigation Track of 2005 Annual Conference; Co-Chair, Litigation Track of 2006 Annual Conference; Co-Chair Advanced Business Valuation Track of 2007 Annual Conference; Consultants' Training Institute, Instructor "Calculating Business Damages"; Team Leader and Instructor, "Loss of Business Income Claims Workshop" |
| | Member, Association of Certified Fraud Examiners |
| | Member, Institute of Business Appraisers (2002-2012): Board of Governors (2008-2011, Chair 2011-2012); 2010 Annual Symposium Chair; 2011 Volunteer of the Year Award |
| | Member, 17th Judicial District of Florida Grievance Committee (1998-2001, 2004-2007, 2010-2013) |
| | Member, Florida Bar Unlicensed Practice of Law Committee (2001-2004, 2016-2018); Florida Bar Unlicensed Practice of Law Standing Committee (2019-) |
| | Member (through 2017) American Woman's Society of Certified Public Accountants (AWSCPA): South Florida Affiliate Board Member (2006-2013; 2015-2017); South Florida Affiliate President (2014-2015); South Florida Affiliate President Elect (2013-2014); 2013 AWSCPA National Public Service Award |
| Range of Experience | Extensive experience performing litigation consulting in areas of valuation, proof of damages, proof of lost profits, forensic accounting, asset tracing and fraud examination.  Assistance with discovery, site and document inspections, document management, research, strategy, deposition and trial preparation.  Expert deposition or trial testimony in Federal and State Courts regarding shareholder disputes, damages, alter ego, insolvency and usury. |
| | Trademark licensure and patent infringement issues including valuation, lost profits, and reasonable royalty rates.  Litigation consulting regarding franchise relationships in areas of damages related to breach of contract, proof of lost profits and causation. |
| | Consulting with regard to various employment issues including lost |

**Marcie D. Bour, CPA**
Page 3 of 5

wages/earnings, lost profits, lost benefits, and mitigation in discrimination, wrongful death, personal injury, and wrongful termination.

Business valuations prepared for various purposes involving a wide variety of industries including: healthcare, retail, professional services, marketing, insurance, real estate, marine, Internet-based, technology, travel, trucking, packaging, light manufacturing, auto dealerships, and wholesale/distribution. Also valuations for undivided interests in real estate.

Litigation consulting regarding divorce cases including discovery, forensic accounting with regard to hidden assets, fraud, valuation, equitable distribution and other economic considerations.

| | |
|---|---|
| Publications and Speaking Engagements | *Insolvency Analysis in Bankruptcy,* Southern Palm Beach County Bar, May 21, 2019. |

*A New Look at an Old Question: are pass through entities worth more than C corporations?,* Southeast Chapter of Business Appraisers Annual Conference, Atlanta, GA (February 2018)

*Industry and Company Research for the Risk Assessment Process,* FICPA Accounting & Business Show, Ft. Lauderdale, FL (September 2017)

*Back to School: Lessons in industry and company research for the risk assessment process*, South Florida Affiliate of American Women's Society of CPAs, Davie, FL (June 2017)

Coauthor, <u>Financial Valuation Applications and Models, Fourth Edition</u>, Wiley, 2017

*Misadventures in Accounting: A forensic accounting perspective*, FICPA University of Florida Accounting Conference, Gainesville, FL (November 2016); FICPA Mega Conference, Orlando, FL (June 2016); Southeast Chapter of Business Appraisers, Annual Conference, Atlanta, GA (September 2015); FICPA North Dade South Broward Chapter, Fort Lauderdale, FL (February 2015); FICPA South Dade Chapter, Miami, FL (February 2015)

*Expert Panel: Common Mistakes in Business Valuation,* Southeast Chapter of Business Appraisers, Annual Conference, Atlanta, GA (September 2015)

*Cost of Capital: A Case Study Approach,* NACVA Florida Conference, Coral Springs, FL (December 2014)

*Crossing the Bridge between Valuation and Litigation: How Valuation changes when the intended use is litigation,* Southeast Chapter of Business Appraisers, Annual Conference, Atlanta, GA (September 2014)

*What Business Appraisers Need to know about Litigation: A Non-Lawyer Expert's Viewpoint*, American Business Appraisers, Annual Conference, San Francisco, CA (April 2014)

*Business Interruptions: A primer to policy provisions and loss claims*, NACVA and the CTI, 2013 Annual Consultants' Conference Washington, DC (June 2013)

*Benchmarking Data: Do you know enough about the data?* Tennessee Society of CPAs, Southeast Forensic & Valuation Service Conference, Nashville, TN (October 2013); FICPA Valuation Forensic Accounting and Litigation Services Conference, Fort Lauderdale, FL (January 2013); Southeast Chapter of Institute of Business Appraisers, Annual Conference, Atlanta, GA (September 2012)

"Do Business Valuations and Lost Profits Methodologies Produce the Same Damage Results?" *Dunn on Damages*: *The Economic Damages Report for Litigators and Experts*, Issue 5, Winter, 2011

*Application of the Transaction Method*, AICPA Business Valuation Conference, Las Vegas, NV (November 2011)

*Using the Direct Market Data Method*, Institute of Business Appraisers/NACVA, Southeast Chapter Conference, Atlanta, GA (September 2011)

*Calculations of Damages for Litigation*, FICPA Accounting Show, Fort Lauderdale, FL (September 2011)

*Ibbotson and Duff & Phelps: You can't just mix and match,* NACVA, 2011 Annual Consultants' Conference, San Diego, CA (June 2011)

Coauthor, <u>Financial Valuation Applications and Models, Third Edition</u>, Wiley, 2011

*Transaction Databases Update: Pratt's Stats®, BIZCOMPS® and the IBA*, VPS STRAIGHTtalk Series Webinar (May 2011)

*Cost of Capital*, Institute of Business Appraisers, Southeast Regional Conference, Atlanta, GA (October 2010)

*Publish blog at http://www.bizvalblog.com*

*Calculation of Economic Losses Due to Catastrophic Events*, NACVA, Webinar Moderator (July 2010)

*Loss Claims Resulting from the Deepwater Horizon Oil Spill and the BV Claims Process*, NACVA, Webinar Moderator (July 2010)

"Liability Insurance: Covering business interruptions when they happen," *AccountingWeb.com,* November 2009

"What Every CPA Should Know About Business Valuation: Part Two, Fundamentals and Form," *AWSCPA National News*, October 2008

*S Corporations: Are they worth more than C Corporations?*, Institute of Business Appraisers, Southeast Chapter Conference, Atlanta, GA, (September 2008)

"What Every CPA Should Know About Business Valuation: Part One, Fundamentals and Form," *AWSCPA National News*, February 2008

*What Every Accountant Should Know About Business Valuation*, AWSCPA/ASWA Joint Conference, Orlando, FL (October 2007)

**Marcie D. Bour, CPA**
Page 5 of 5

"Business Valuation in Litigation: Where NOT to Cut Corners," *National Litigation Consultants' Review*, Volume. 7, Issue 1, June 2007

*The Relevance of Revenue Ruling 59-60 to Business Valuations Today:* FICPA Florida Accounting & Business Expo™, Orlando, FL (May 2007); FICPA's 22nd Annual Accounting Show, Fort Lauderdale, FL (Sept 2007)

*Valuation Issues for Professional Practices,* FICPA North Dade South Broward Chapter, Fort Lauderdale, FL (January 2007)

*Business Valuation v. Lost Profits: Reconciling the Inherent Differences in Methodologies for Measuring Damages,* NACVA, Thirteenth Annual Consultants' Conference, San Francisco, CA (June 2006)

"Valuation Issues in E-Business," co-author, paper presented at the Society for Advancement of Management, 2006 International Business Conference, Orlando, FL (April 2006)

*Exposure Draft – Proposed Statement on Standards for Valuation Services: the Impact on CPAs*, FICPA North Dade South Broward Chapter, Hollywood, FL (July 2005); AWSCPA South Florida Affiliate, Fort Lauderdale, FL (February 2006)

*Calculation of Lost Profits Damages: Methods, Deductible Costs and Other Key Issues*, NACVA, Twelfth Annual Consultants' Conference, Philadelphia, PA (June 2005)

*Comparison of Economic Damages and Business Valuation Methodologies,* Webinar Presented by Shannon Pratt and Business Valuation Resources, Speaker (February 2005)

*Business and Commercial Damages: Lost Profits,* Institute of Business Appraisers, Southeast Chapter Conference, Atlanta, GA (September 2004)

*Business and Commercial Damages*, Florida Atlantic University, Forensic Accounting Conference, Fort Lauderdale, FL (June 2004)

Instructor, Master Class, *Business & Commercial Damages,* Institute of Business Appraisers, Annual Conference, Orlando, FL (June 2003)

Regularly speaks on topics including commercial damages, lost profits methodology, valuation methodology, and standards for professional groups and associations.

Updated July 2019

| | Marcie D. Bour, CPA/ABV, CVA, CFE, MAFF, ABAR, CDBV | | | | | |
|---|---|---|---|---|---|---|
| | Testimony Log - Prior Four Years | | | | | |
| Date of Testimony | Case Style | Case No. | Jurisdiction | Attorney | Plaintiff/ Defendant | Type of Testimony |
| March 2016 | PSP MRC Debt Portfolio S 1 P vs. Project Orlando LLC, et al. | Case No.: 2013-CA-005076-O | 9th Judicial Circuit, Orange County, Florida | James M. Talley, Esq., Baker Donelson | Defendant | Deposition |
| May 2016 | Stylian Cocalides v. Raul D. Segredo and Avionica, Inc. and Archeion Holdings, LLC | JAMS Arbitration No. 14600002440 | Arbitration | Peter F. Valori, Esq., Damian & Valori LLP | Plaintiff | Arbitration Proceedings |
| August 2016 | William J. Hebding, Individually and as Trustee of The Pamela M. Hebding Trust A-1; Triad Services, Inc. v. Cecilia Kresty, Daniel Kresty, Skill-Metric Machine and Tool, Inc. | Case No.: 502016CA001438XXXXMBAD | 15th Judicial Circuit, Palm Beach County, Florida | Scott G. Hawkins, Esq., Jones Foster P. A. | Plaintiff | Deposition |
| September 2016 | In Re: The Marriage of James L. Fleming and Dorothea C. Fleming v. James L. Fleming and Tropic Traditions, Inc. | Case No.: 01-2015-DR-3543 | 8th Judicial Circuit, Alachua County, Florida | Justin Jacobson, Esq., Knellinger, Jacobson & Associates | Wife/ Respondent | Trial |
| December 2016 | Top Secret Nutrition LLC v. FHG Corporation d/b/a Capstone Nutrition f/k/a Integrity Nutraceuticals | | Arbitration | Jesse Bernheim, Esq., Bernheim Dolinsky Kelley, LLC | Plaintiff | Arbitration Proceedings |
| January 2017 | William J. Hebding, Individually and as Trustee of The Pamela M. Hebding Trust A-1; Triad Services, Inc. v. Cecilia Kresty, Daniel Kresty, Skill-Metric Machine and Tool, Inc. | Case No.: 502016CA001438XXXXMBAD | 15th Judicial Circuit, Palm Beach County, Florida | Scott G. Hawkins, Esq., Jones Foster P. A. | Plaintiff | Deposition |
| March 2017, April 2017 | Dreamhouse Entertainment, LLC and Latele Novela Network, LLC v. Olympusat, Inc. | Case No.: 12-16082 CA 30 | 11th Judicial Circuit, Miami-Dade County, Florida | Robert Einhorn, Esq., Zarco Einhorn Salkowski Brito PA | Defendant | Depositions |
| October 2017 | Daniel R. Smith & Associates v. Al Eldredge, et al. | Case No.: 50201CA016887XXXXMB | 15th Judicial Circuit, Palm Beach County, Florida | Gerald F. Richman, Esq., Richman Greer | Plaintiff | Trial |
| May 2018 | Preserve Grove Isle, LLC and Grove Isle Associates, Inc. vs. Grove Isle Yacht & Tennis Club, LLC, Grove Isle Club, Inc., and Grove Isle Associates, LLLP | Case No.: 15-009106CA04 (Limited Consolidation with Case No. 17-007277 CA 04) | 11th Judicial Circuit, Miami-Dade County, Florida | John Shubin, Esq., Shubin & Bass, P.A. | Defendant | Deposition |

| | Marcie D. Bour, CPA/ABV, CVA, CFE, MAFF, ABAR, CDBV | | | | | |
|---|---|---|---|---|---|---|
| | Testimony Log - Prior Four Years | | | | | |
| Date of Testimony | Case Style | Case No. | Jurisdiction | Attorney | Plaintiff/ Defendant | Type of Testimony |
| July 2018 | Express Logistics, LLC and Express Carriers LLC v. General Electric Company, Thomas Kirschner and Frank Kirschner | Case No. 2014 CA 002358 | 15th Judicial Circuit, Palm Beach County, Florida | James Beasley, Esq., Beasley & Galardi, P.A. and Donald Fountain, Esq., Clark, Fountain, La Vista, Prather, Keen & Littky- | Plaintiff | Deposition |
| August 2018 | Maria Yip, as Trustee of Providence Financial Investments, Inc. and Providence Fixed Income Fund, LLC v. Wilton Perez and Financial Assurance Group, Inc. | Case No. 16-20516-AJC; Case No. 16-20517-AJC | United States Bankruptcy Court, Southern District of Florida, Miami Division | Bryan West, Esq., Akerman LLP | Plaintiff | Trial |
| September 2018 | Maria Yip, as Trustee of Providence Financial Investments, Inc. and Providence Fixed Income Fund, LLC v. Maxwell Ortiz Vega and Elinte Max Consulting PSC | Case No. 16-20516-AJC; Case No. 16-20517-AJC | United States Bankruptcy Court, Southern District of Florida, Miami Division | Bryan West, Esq., Akerman LLP | Plaintiff | Trial |
| November 2018 | In re: 160 Royal Palm, LLC, Debtor | Case No. 18-19441-BKC-EPK | United States Bankruptcy Court, Southern District of Florida, West Palm Beach Division | Philip J. Landau, Esq., Shraiberg, Landau, & Page P.A. | Debtor | Deposition |
| December 2018 | In re: 160 Royal Palm, LLC, Debtor | Case No. 18-19441-BKC-EPK | United States Bankruptcy Court, Southern District of Florida, West Palm Beach Division | Philip J. Landau, Esq., Shraiberg, Landau, & Page P.A. | Debtor | Evidentiary Hearing |
| January 2019, February 2019 | In re: 160 Royal Palm, LLC, Debtor | Case No. 18-19441-BKC-EPK | United States Bankruptcy Court, Southern District of Florida, West Palm Beach Division | Philip J. Landau, Esq., Shraiberg, Landau, & Page P.A. | Debtor | Trial |
| March 2019 | Comfort Cove RE LLC and BSV International Holdings LLC v. Climatic Conditioning Company, Inc., et al. | Case No. 2017 CA 002534 AX | Twelfth Judicial Circuit, Manatee County, Florida | Carlos E. Sardi, Esq., Sardi Law PLLC | Plaintiff | Deposition |

| | Marcie D. Bour, CPA/ABV, CVA, CFE, MAFF, ABAR, CDBV | | | | | |
|---|---|---|---|---|---|---|
| | Testimony Log - Prior Four Years | | | | | |
| Date of Testimony | Case Style | Case No. | Jurisdiction | Attorney | Plaintiff/ Defendant | Type of Testimony |
| April 2019 | Eduardo and Carmen Amorin, et al, individually and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a/ Shandong Taihe Dongxin Co., Ltd.; Taian Taishan Plasterboard Co., Ltd, et al. | Case No. 1:11-CV-22408-MGC | Untied States District Court, Southern District of Florida | Bernard Taylor, Sr. Esq., Alston & Bird LLP | Defendant | Deposition |
| June 2019 | Mayfield Condominium Association, Inc. v. AG-M Miami Hotel Owner, LLC; Mast Capital, Inc.; and Holborn LLC. | Case No. 2018-017095-CA-44 | 11th Judicial Circuit, Miami-Dade County, Florida | Jason Alderman, Esq., The Alderman Law Firm | Plaintiff | Deposition |
| July 2019 | Javier Ardura v. Moris Beracha, an individual, Fernando Fiksman, Luis Otero, Fastel S.A. DE C.V., and Cel Consumer Electronics Logistics, S.A. DE C.V | Case No. 10-018316 CA | 11th Judicial Circuit, Miami-Dade County, Florida | Alberto Martin, General Counsel of Celistics Holdings; Francisco Rodriguez and Sandra Millor, | Defendant | Deposition |
| September 2019 | Comfort Cove RE LLC and BSV International Holdings LLC v. Climatic Conditioning Company, Inc., et al. | Case No. 2017 CA 002534 AX | Twelfth Judicial Circuit, Manatee County, Florida | Carlos E. Sardi, Esq., Sardi Law PLLC | Plaintiff | Deposition |
| November 2019 | Schmitz Development Company, John W. Schmitz, individually and as Director of Schmitz Development Company, and John and Lucila Schmitz in Joint Trust with Right of Survivorship in their capacity as shareholders of Schmitz Development Company vs. Dorothy Joan Schmitz, individually and as the Executrix of the Estate of Thomas Schmitz and in capacity as Trustee of the Thomas Schmitz Family Trust, Cheryl Schmitz, individually and as Co-Trustee of the Michael D. Schmitz GST Non-Exempt Marital Trust Dated 1/1/2000, and The Northern Trust Company, as Co-Trustee of the Michael D. Schmitz GST Non-Exempt Marital Trust Dated 1/1/2000 | Case No. 2018-000931 CA 01 (44) | Eleventh Judicial Circuit, Miami-Dade County, Florida | Alejandro Brito, Esq., Zarco Einhorn Salkowski Brito PA | Plaintiffs-Couter Defendants | Deposition |

| | Marcie D. Bour, CPA/ABV, CVA, CFE, MAFF, ABAR, CDBV | | | | | |
|---|---|---|---|---|---|---|
| | Testimony Log - Prior Four Years | | | | | |
| | | | | | | |
| Date of Testimony | Case Style | Case No. | Jurisdiction | Attorney | Plaintiff/ Defendant | Type of Testimony |
| February 2020 | Schmitz Development Company, John W. Schmitz, individually and as Director of Schmitz Development Company, and John and Lucila Schmitz in Joint Trust with Right of Survivorship in their capacity as shareholders of Schmitz Development Company vs. Dorothy Joan Schmitz, individually and as the Executrix of the Estate of Thomas Schmitz and in capacity as Trustee of the Thomas Schmitz Family Trust, Cheryl Schmitz, individually and as Co-Trustee of the Michael D. Schmitz GST Non-Exempt Marital Trust Dated 1/1/2000, and The Northern Trust Company, as Co-Trustee of the Michael D. Schmitz GST Non-Exempt Marital Trust Dated 1/1/2000 | Case No. 2018-000931 CA 01 (44) | Eleventh Judicial Circuit, Miami-Dade County, Florida | Alejandro Brito, Esq., Zarco Einhorn Salkowski Brito PA | Plaintiffs-Couter Defendants | Trial |
| June 2020 | ConSeal International Incorporated vs. Neogen Corporation | Case No. 19-cv-61242-BLOOM/Valle | United States District Court, Southern District of | Joshua Martin, Johnson & Martin, P.A. | Plaintiff | Deposition |
| | | | | | | |
| *updated 07/02/2020* | | | | | | |