# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-60416-CIV- CANNON/HUNT**

TOCMAIL INC., a Florida corporation,

       Plaintiff,

v.

MICROSOFT CORPORATION, a
Washington corporation,

       Defendant.
_____/

**<u>DECLARATION OF MARCIE D. BOUR, CPA</u>**

I, Marcie D. Bour, CPA, hereby declare and state:

1.     I am over the age of 21 and am otherwise sui juris.

2.     I have personal knowledge of the matters set forth herein.

3.     I am a partner at YIP Associates and am a Certified Public Accountant who has over thirty-five (35) years of professional experience, providing forensic accounting and litigation consulting services, including experience in methodologies for damages' calculation, in Florida and throughout the United States. I am also a Master Analyst in Financial Forensics and a Certified Fraud Examiner. I also hold the designations of Accredited in Business Valuation and Certified Valuation Analyst.

4.     I have over 40 publications and speaking engagements, including at national and regional conferences, on topics focused on forensic accounting, calculating economic damages for litigation, business valuation, and methodologies for calculating lost profits. In addition, I have been an instructor on "Calculating Business Damages" for the National Association of Certified

1

Valuators and Analysts' program for its Master Analyst in Financial Forensics as well as other damage courses.

5. I have also served in numerous leadership positions including National Association of Certified Valuators and Analysts' Executive Advisory Board and its Litigation Forensics Board. I currently serve on the Florida Bar Unlicensed Practice of Law Standing Committee.

6. I have performed in excess of 100 and possibly in excess of 200 lost profits analyses.

7. I have served as an expert witness in forensic accounting matters for over 25 years and have provided expert testimony approximately 22 times in the past four years alone.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: June 9, 2021.   By: _____
                               Marcie D. Bour, CPA