# EXHIBIT 17

```
 1                    UNITED STATES DISTRICT COURT
                      Southern  DISTRICT OF FLORIDA
 2                    CIVIL ACTION NO. 0:20-cv-60416

 3

 4    TOCMAIL, Inc.,

 5             Plaintiff,

 6    -vs-

 7    MICROSOFT CORPORATION,

 8             Defendant.
      _____/
 9

10
                         ZOOM REMOTE PROCEEDINGS
11                       Friday, March 19, 2021
                         10:07 a.m. - 2:55 p.m.
12

13      VIDEO TELECONFERENCE DEPOSITION OF MICHAEL WOOD

14

15

16

17

18

19

20

21

22

23            Taken on behalf of the Defendants before
      Robyn Maxwell, RPR, FPR, RSA, Notary Public in and for
24    the State of Florida at Large, pursuant to Notice of
      Taking Deposition in the above cause.
25
```

Page 1

```
 1    APPEARANCES (VIA VIDEO TELECONFERENCE):
 2
           ON BEHALF OF THE PLAINTIFF:
 3             JOSHUA DAVID MARTIN, ESQUIRE
               josh.martin@johnsonmartinlaw.com
 4             JOHNSON & MARTIN, P.A.
               500 W. Cypress Creek Road
 5             Suite 430
               Fort Lauderdale, FL 33309
 6             954.790.6699
 7
 8         ON BEHALF OF THE DEFENDANT:
               MARY-OLGA LOVETT, ESQUIRE
 9             lovettm@gtlaw.com
               RENE TREVINO, ESQUIRE
10             trevinor@gtlaw.com
               AMY HOUSINGER, ESQUIRE
11             housingera@gtlaw.com
               GREENBERG TRAURIG LLC
12             1000 Louisiana Street
               Suite 1700
13             Houston, TX 77002
               713.374.3541
14
15             EVELYN ANNE COBOS, ESQUIRE
               cobose@gtlaw.com
16             GREENBERG TRAURIG
               333 Avenue of the Americas
17             Suite 4400
               Miami, FL 33131
18             305.579.0506
19
           VIDEOGRAPHER:  MICHAEL PETERMAN
20
           ALSO PRESENT:
21             RACHEL HYMEN, CAMERON ROTH
22
23
24
25
```

Page 2

```
 1                       INDEX OF PROCEEDINGS
 2
 3     WITNESS                                                  PAGE
 4     MICHAEL WOOD
       DIRECT EXAMINATION BY MS. LOVETT                           6
 5
       CERTIFICATE OF OATH OF WITNESS                            147
 6     REPORTER'S DEPOSITION CERTIFICATE                         148
       READ & SIGN LETTER TO WITNESS                             149
 7     ERRATA SHEET                                              150
 8
 9                          DEFENSE EXHIBITS
10        EXHIBIT              DESCRIPTION                      PAGE
11       Exhibit 1     Agreed Confidentiality Order              21
12       Exhibit 2     12/28/2020 email chain from               29
                       Brandon Smith to Michael Wood, CC
13                     Kevin Galanis; Subject: Re: Your
                       Fastspring Inquiry
14                     (TOCMAIL_00005916 - 5920)
                       CONFIDENTIAL
15
         Exhibit 3     9/8/2020 email chain from Michael         48
16                     Wood to Mikail Tunc, Subject: Re:
                       Must For New Relationship
17                     (TOCMAIL_00005499 - 5502)
                       CONFIDENTIAL
18
         Exhibit 4     9/17/2020 email chain from                53
19                     Michael wood to Mikail Tunc,
                       Subject: Re: One very important
20                     final step
                       (TOCMAIL_00005422 - 5423)
21                     CONFIDENTIAL
22       Exhibit 5     9/28/2020 email chain from                58
                       Michael Wood to Mikail Tunc,
23                     Subject: Re: One very important
                       final step
24                     (TOCMAIL_00006976 - 6978)
                       CONFIDENTIAL
25
```

```
 1      Exhibit 6    10/19/2020 email chain from         60
                     Everett Stern to Michael Wood,
 2                   Subject: Intelligence Operation
                     (TOCMAIL_00009097 - 9099)
 3                   CONFIDENTIAL
 4      Exhibit 7    Gartner Report                     105
 5      Exhibit 8    Appendix 5                         118
 6
        Exhibit 9    Appendix 6                         129
 7
 8      Exhibit 10   Apache Log                         136
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1    Messers Patel and Rogers, right?
 2         A.    That is correct.
 3         Q.    And in each case, your attorney,
 4    Mr. Martin, asked if Microsoft had tested TocMail's
 5    software.  Do you recall that?
 6         A.    I would say he asked much more specific
 7    questions than that, but that topic did come up, yes.
 8         Q.    Yes.  Why is it that you -- and I don't
 9    want you to disclose any attorney-client privileged
10    information, but why is it that you, TocMail, have
11    refused to provide the source code for your product to
12    Microsoft so that Microsoft can test it?
13         A.    Well, I have to reject the premise of the
14    question that we refused to give the software.  When the
15    source code for -- first of all, their -- Microsoft asked
16    for TocMail to provide the software for testing IP
17    cloaking.
18               (Reporter asks for clarification.)
19         A.    It's called IP cloaking, C-L-O-A-K-I-N-G.
20    You're going to hear that word a lot today.
21               So source code is not needed to test IP
22    cloaking.  Hector Monsignor tested Safe Links for IP
23    cloaking.  No source code for Safe Links.  Crypton
24    Security tested Safe Links' inability to stop IP
25    cloaking; no source code needed.
```

Page 7

1    A.    With all due respect, I will answer the
2    question specifically, not generally.  And specifically,
3    the source code that is non-public is unrelated to this
4    case.
5    Q.    Sir, we have to take your word for that
6    because Microsoft has not been provided the source code.
7    So you are critical of Microsoft for not testing TocMail;
8    true?
9    A.    Again, specifically, we are critical of --
10   of Microsoft not testing our product specifically related
11   to IP cloaking.
12   Q.    Yet you want to tell Microsoft how they
13   should be doing the testing and you're critical of how
14   they have chosen not to proceed, right?
15   A.    There's a standard methodology for testing
16   it, and it's not Michael Wood's methodology.  And why
17   Microsoft has chosen not to use the standard way that all
18   other cyber security professionals do, yeah, I'm very
19   critical of that.
20   Q.    Yeah, Mr. Wood, you haven't surveyed what
21   all other cyber security professionals would do in a
22   situation where they have a product that is cloud-based
23   and they're being asked to drop your software into that
24   cloud where it could affect hundreds of millions of
25   users.

Page 9

```
 1   of time of click.  I'm not even sure if that's provided
 2   by Google itself.  So no, they're not a secure email
 3   gateway.
 4            Q.   Okay.  So, so I guess my question -- what I
 5   heard you say is Google doesn't have a solution.  Would
 6   your Google ads have targeted individuals at Google who
 7   were interesting -- interested in stopping pfishing?
 8            A.   People who are -- yes, who are interested
 9   in stopping pfishing, yes.
10            Q.   And you're saying that Google does not have
11   a, to your knowledge, a solution for this issue?
12            A.   That they rely on a third party for this
13   type of protection.
14            Q.   Okay.  But the third party they rely on,
15   whomever that may be, is not TocMail, correct?
16            A.   Oh, that is correct.
17            Q.   Okay.  How many customers can TocMail now
18   onboard, let's say, per hour?
19            A.   Well, given that we're a web app on a cloud
20   platform -- that's why we chose Digital Ocean and Linode,
21   because they can -- we can scale at will.
22            Q.   Okay.  So you're saying if 50 million
23   customers are ready to go in the next hour, you can scale
24   that?
25            A.   I would have to check with Digital Ocean on
```

Page 116

```
 1    that, but I wouldn't say 50 million in an hour, but 50
 2    million rapidly, yeah, they have -- they have that
 3    capacity.
 4           Q.   What's the marginal cost of onboarding a
 5    customer on Digital Ocean?
 6           A.   That is something that Marcy looked into.
 7    I would have to defer to my financial expert on that.
 8           Q.   So let's say -- let's assume, and I'm
 9    trying to think if you have anything specific here.  But
10    if you're trying to onboard customers on mass from a
11    single company, what is your capability to do that?  How
12    many customers could you do?  And you said rapidly, but
13    can you give me a time period?
14           A.   I would think, off the top of my head, that
15    we could do 50 million.  I don't know if it would be
16    days.  If it would be measured in days, if not hours.  It
17    would all depend on Digital Ocean's capacity, but it --
18    let me get -- let me put it to you this way:
19                If a hundred thousand companies signed up,
20    then -- if one company signs up, we would send one API
21    call.  The automated server builder would then reach out,
22    and then it becomes Digital Ocean's problem.  If a
23    hundred thousand go out, then the provisioning for all
24    100,000 would be sent to Digital Ocean and then it
25    becomes their problem.
```

Page 117

```
 1         Q.    Well, that's not something that you've
 2   explored with Digital Ocean in terms of any particular
 3   number, correct?
 4         A.    Well, I -- I've looked at their capacity,
 5   both Digital Ocean and Linode, and that's also why we
 6   also have Linode as a backup; is if Digital Ocean wasn't
 7   able to handle that capacity and we also have an account
 8   with Amazon as a third tiered back up so that we can
 9   handle the overflow.  The idea was that if Digital Ocean
10   can't -- if we get an explosion that's beyond Digital
11   Ocean's capabilities, the overflow first goes to Linode.
12   If Linode can't handle that, then it goes to Amazon.  And
13   definitely Amazon's cloud -- Amazon's cloud could handle
14   it all in the beginning, but it's tech- -- it's
15   significantly more expensive.
16               So the idea was that it would flow to
17   Amazon temporarily, and then once Digital Ocean and
18   Linode quickly got their capacity up to speed, then we
19   would transfer the accounts from the Amazon back to
20   Linode and Digital Ocean so that we could maintain the
21   operating costs.  That -- that's the idea -- that's the
22   idea on how we would scale.
23         Q.    Okay.  Let's go to -- in your report I want
24   to go to your appendix, which is pages 76 to 85, Rachel.
25               (Defense Exhibit 8 was marked.)
```

Page 118

```
 1    talked about before.  All others, this language is used.
 2         Q.   So and -- and -- and we will be able to go
 3    through those statements in detail with the jury.
 4              My point is, reading this document
 5    altogether, Microsoft is saying what you've already said,
 6    that no one solution can stop pfishing campaigns?
 7         A.   All pfishing campaigns.
 8         Q.   That's right.  So -- and, in fact, when I
 9    asked you to testify about what pfishing campaigns
10    TocMail could stop, you said TocMail could stop the vast
11    majority of pfishing campaigns.
12         A.   Yes.
13         Q.   But not all campaigns, all right?
14         A.   Because not all campaigns rely on cloaking.
15         Q.   Yeah.  You heard Mr. Patel say, and
16    Mr. Rogers say that the hackers never stop.  That the
17    tricks and the tactics never cease.  Do you disagree with
18    that?
19         A.   I agree that when you're a threat detection
20    company you -- not only do the attackers never cease but
21    you're going to have to -- when you're that type of
22    company with that type of product, you have to be
23    constantly evolving your software.
24         Q.   But you don't because your software, as it
25    is right now, you testified yesterday, is -- is -- will
```

Page 132

```
 1   provide the same protection a hundred years from now.
 2          A.    And I offered twice to give you an example,
 3   and I'll offer again if you -- if you'd like.
 4          Q.    Well, no, I'm just trying to get -- you
 5   said that the software has to evolve.  If you're a threat
 6   protection company like Microsoft, does your software
 7   have to evolve also?
 8          A.    I said threat detection company.  We're not
 9   a threat detection company.
10          Q.    Okay.  So you're -- so your software will
11   be good a hundred years from now protecting threats,
12   whatever the technology looks like, protecting against
13   this particular threat?
14          A.    Fourth time, I'll be happy to give you an
15   example if you would like.
16          Q.    Go ahead and tell me your example.  I know
17   you're -- I know you have it all ready to go.
18          A.    I do because it's an -- it's one that came
19   up when we were looking at the ESI.
20                A perfect example of the attackers
21   introducing a new threat that would be -- have a
22   tremendously different impact on Microsoft versus us is
23   the CAPTCHA form of cloaking.  Are you familiar with that
24   from the --
25          Q.    I am.  That's when you look at -- you get
```

Page 133

1  those annoying little boxes that say click on every box
2  that has a stoplight in it?
3         A.   Yes, but what they're doing is that
4  clicking broadly is the concept.  And I know you know
5  this, but it's important also for the jury.
6              Cloaking is when the security service sees
7  something different than the user.  And so what's
8  happened recently -- so this is a great example because
9  it's also an example that came after TocMail has been on
10 the market, after we have our product, that phishers are
11 now using CAPTCHAs so that they only display the
12 malicious content after the CAPTCHA has been completed so
13 that the security scanner that can't complete the CAPTCHA
14 will never get the malicious content, only the user that
15 completes the CAPTCHA will.
16             And then in April 2020, Microsoft wrote
17 that it does not know of any way to solve that issue.
18 I'm paraphrasing, but it's in the evasion roadmap.  And
19 it's -- by the way, let me make something very clear
20 about my attorneys.  The moment you classify something as
21 AEO, they make sure it's gone out of my world.  I have
22 read these -- however, I have actively read, and you know
23 my memory by now.  So everything that I'm saying if --
24 if -- I don't even know if this would be a reclassified
25 document or not.  But if I cite something that does come

Page 134

```
 1   from an AEO, it's from my memory prior to any
 2   reclassification.  Let me make that very clear.
 3                So in the April 2020 roadmap was mentioned
 4   specifically the CAPTCHA problem and specifically that
 5   there's going to have to be a new solution, Microsoft is
 6   looking for a new solution, et cetera.
 7                The reason that it does not affect us, it's
 8   a perfect example of the attackers doing something that
 9   we don't even have to anticipate, is let's say the
10   attacker sends an email pretending to be PayPal.  And so
11   in the email when you click the link, you -- it has a
12   pfishing page, it looks like PayPal, you have to complete
13   the CAPTCHA to get the malicious download or whatever.
14                With our system, either the final
15   destination is PayPal itself, in which case you go
16   straight there, or you are shown the owner of the site.
17   Because the owner of the site -- of the pfishing site is
18   not PayPal, you know not to go there.  It doesn't matter
19   if they're using IP cloaking, CAPTCHA or something new
20   that they developed tomorrow.  It's not -- we're not
21   trying to detect the threat.  We're solving the problem
22   by letting the user know whether or not the other site is
23   who they expect it to be.
24                And, therefore, when -- when tomorrow when
25   they come up with yet another attack for a threat
```

Page 135

```
 1   detection company like Microsoft, you've got to identify
 2   the threat, you've got to find out how to integrate,
 3   et cetera, we don't.
 4              And that's why -- that's why an example I
 5   wanted to offer, when it's not just offer a pre-narrative
 6   but it provides a nice way that we can talk about the
 7   issue, and without the example, I think it would be very
 8   hard to show the huge difference between our approach,
 9   which is not threat detection, versus all of the
10   expenses, time, et cetera, that go into a threat
11   detection company.
12         Q.    All right.  Thank you for the example.
13              Attached to your report we also have
14   something called the Apache web log.
15         A.    Yes.
16         Q.    Can you tell the jury what the Apache web
17   log is?
18         A.    The Apache log records -- I shouldn't say
19   records because it leaves out a lot of information.  It's
20   a high level view of -- of the connections made to the
21   web server, I think would be a fair way of saying it.
22              (Defense Exhibit 10 was marked.)
23   BY MS. LOVETT:
24         Q.    Okay.  And you included this in your
25   report, I think we'll find it on page 92.  We can -- we
```

Page 136

```
 1              CERTIFICATE OF OATH OF WITNESS
 2
 3   THE STATE OF FLORIDA      )
                               ) SS:
 4   COUNTY OF PALM BEACH      )
 5
 6
 7             I, Robyn Maxwell, Registered Professional
 8   Reporter, Registered Professional Reporter, Notary Public
 9   in and for the State of Florida at Large, certify that
10   the witness, MICHAEL WOOD, personally appeared before me
11   on March 19, 2021 and was duly sworn by me.
12             WITNESS my hand and official seal this
13   19th day of March, 2021.
14        [signature: Roy Maxwell]
15
               Robyn Maxwell, RPR, FPR, CLR
16             Realtime Systems Administrator
               Notary Public, State of Florida at Large
17
18   Notary No. GG 194507
19   My Commission Expires: 4/4/2022
20
21
22
23
24
25
                                              Page 147
```

```
 1              REPORTER'S DEPOSITION CERTIFICATE

 2

 3   THE STATE OF FLORIDA   )

 4   COUNTY OF PALM BEACH   )

 5

 6              I, Robyn Maxwell, Florida Professional

 7   Reporter, certify that I was authorized to and did

 8   stenographically report the deposition of MICHAEL WOOD,

 9   the witness herein on March 19, 2021; that a review of

10   the transcript was requested; that the foregoing pages

11   numbered pages 1 through 150; and that the transcript is

12   a true and complete record of my stenographic notes.

13              I further certify that I am not a

14   relative, employee, attorney, or counsel of any of the

15   parties, nor am I a relative or employee of any of the

16   parties' attorney or counsel connected with the action,

17   nor am I financially interested in the action.

18

19              DATED this 19th day of March, 2021.

20

21              [signature: Roy Maxwell]

22

                Robyn Maxwell, RPR, FPR, CLR
23              Realtime Systems Administrator

24

25
```

Page 148