# EXHIBIT 18

```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA


               CASE NO. 0:20-CV-60416-AMC


   TOCMAIL INC., a Florida
   corporation,

              Plaintiff,

   vs.

   MICROSOFT CORPORATION, a
   Washington corporation,
              Defendant.
   _____/


                           March 18, 2021
                           10:10 a.m. - 4:40 p.m. EDT




         VIDEOTAPED DEPOSITION OF MICHAEL WOOD
            TAKEN VIA ZOOM TELECONFERENCE

      Taken on behalf of the Defendant before
   Alice J. Teslicko, RMR, Notary Public in and for the
   State of Florida at Large, pursuant to a Rule 30(b)(6)
   Notice of Taking Deposition in the above cause.
```

Page 1

```
 1   APPEARANCES VIA TELECONFERENCE:
 2
         JOHNSON & MARTIN, P.A.
 3       BY:  JOSHUA D. MARTIN, ESQ.
         500 W. Cypress Creek Road, Suite 430
 4       Fort Lauderdale, FL 33309
         (954) 790-6699
 5       josh.martin@johnsonmartinlaw.com
         Attorneys for the Plaintiff
 6
 7       GREENBERG TRAURIG, LLP
         BY:  MARY-OLGA LOVETT, ESQ.
 8            KYLE DUGAN, ESQ.
              EVELYN COBOS, ESQ.
 9       1000 Louisiana Street, Suite 1700
         Houston, TX 77002
10       (713) 374-3541
         lovettm@gtlaw.com
11       duganky@gtlaw.com
         cobose@gtlaw.com
12       Attorneys for the Defendant
13
14       Also Present:   Cameron Roth
                         Rachel Hymel
15                       Orlando Jimenez - Videographer
16                             - - -
17
18
19
20
21
22
23
24
25

                                               Page 2
```

```
 1                    I N D E X

 2   WITNESS                                           PAGE

 3

 4   MICHAEL WOOD

 5   Direct Examination by Mr. Martin                     8

 6   Certificate of Oath                                216

 7   Errata Sheet                                       220

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

|   | DEFENDANT'S EXHIBITS | |
|---|---|---|
| EXHIBIT | DESCRIPTION | PAGE |
| Exhibit 1 | Email chain dated 9/8/2020 | 14 |
| Exhibit 2 | Email from Freelancer.com dated 12/31/2020 | 76 |
| Exhibit 3 | Email chain dated 1/5/2020 | 78 |
| Exhibit 4 | U.S. Patent No. 10,574,628 B2 | 83 |
| Exhibit 5 | TocMail Inc. press release dated 2/26/2020 | 84 |
| Exhibit 6 | TocMail Offering Pitch Deck | 97 |
| Exhibit 7 | Assignment | 107 |
| Exhibit 8 | U.S. Patent Application Publication No. 2020/0186497 A1 | 110 |
| Exhibit 9 | Florida Division of Corporation information for TocMail Inc. | 114 |
| Exhibit 10 | Email from Michael Wood dated 10/24/2019 | 115 |
| Exhibit 11 | Email from ClouDNS dated 2/17/2020 | 122 |
| Exhibit 12 | AP News press release dated 3/2/2021 | 129 |
| Exhibit 13 | Email chain dated 6/10/2020 | 133 |
| Exhibit 14 | Email from Michael Wood dated 6/18/2020 | 135 |
| Exhibit 15 | Email chain dated 6/22/2020 | 141 |
| Exhibit 16 | Email from Michael Wood dated 6/23/2020 | 154 |

```
 1              DEFENDANT'S EXHIBITS - CONTINUED
 2    EXHIBIT              DESCRIPTION                      PAGE
 3
      Exhibit 17    Email to Michael Wood dated              160
 4                  7/1/2020
 5    Exhibit 18    Newswire Content                         182
                    Distribution Stats
 6                  published 3/2/2021
 7    Exhibit 19    Plaintiff's Answers and                  186
                    Objections to Defendant's
 8                  First Set of
                    Interrogatories
 9
      Exhibit 20    Plaintiff's Answers and                  186
10                  Objections to Defendant's
                    Second Set of
11                  Interrogatories
12    Exhibit 21    Email from Michael Wood                  201
                    dated 9/28/2020
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1   correct.  He did not -- he was not an expert in the
 2   case in any sense of the word.  As stated in the
 3   expert report, Mr. Tunc's role was to click on an
 4   email link in two emails.  I don't consider that to
 5   be -- to rise to the level of an expert, expert
 6   knowledge, to click on two links.
 7        Q    Sir, do you know what the law is on the
 8   definition of experts?
 9        A    No, I don't.
10        Q    Do you know what Rule 702 of the Federal
11   Rules of Evidence says about expert testimony?
12        A    I've read it, but again, I wouldn't trust
13   myself to parse that.
14             You're asking me what I believe.  You asked
15   me to testify that he was an expert.  I can't testify
16   to something I don't believe.  If my lawyer tells me
17   that that qualifies as an expert, then I would have to
18   change my mind.  But to the best of my knowledge,
19   that's not an expert.
20             Now, if the law says something else, then I
21   need to know that.  But all I can testify to is what I
22   know.
23        Q    In your report -- in your report you rely on
24   videos and product testing that is done in conjunction
25   with Mr. Tunc, correct?
```

Page 18

1  A  I rely on videos done in conjunction -- I
2  made the videos.  I videotaped -- well, I guess he
3  videotaped his phone and sent those screen shots to
4  me.  So yes, he videotaped his phone and sent me the
5  copy of those videos.
6  Q  Right.  And you intend to rely on those as
7  part of your expert opinion in this case.  Those are
8  part of your report that you cite to in your report,
9  correct?
10  A  I will agree that it's in my report.  I will
11  agree that I plan on using the video.  To say that I
12  rely on it in the form of an expert, that's not how I
13  would express it.  I feel like you're putting words in
14  my mouth.
15  Q  No, sir.  Actually, I'm trying to get words
16  out of your mouth, because I'm entitled to understand
17  how you intend to use the videos and report and I'm
18  entitled to test the bounds of the report.  So I'm
19  going to try again.
20  In your report you reference videos made by
21  Mr. Tunc, correct?
22  A  In my report I do have a link to the raw
23  video that Mr. Tunc provided to me.
24  Q  All right.  And did you think -- first of
25  all, you were the only expert for TocMail in this

Page 19

1   Mr. Tunc assisted you with a video demonstration of
2   Safe Links versus TocMail?
3       A   He assisted me in the way that is in the
4   report.
5       Q   Yes, and it goes on to say:  "The videos
6   capture actual traffic generated by Safe Links and
7   TocMail in response to clicking on the same link in
8   the same email.  The same email was sent to two email
9   addresses.  One email address was protected by TocMail
10  and the other by Safe Links"; is that correct?
11      A   Yes, and Mr. Tunc did that clicking.
12      Q   Yes, and then you say:  "It's highly
13  recommended that the reader view the narrative video
14  demonstration before reading the written explanation,
15  the set-up that follows."
16          And then you link to the actual
17  demonstration that Mr. Tunc did, correct?
18      A   I link to the narrated video that contains
19  some screen shots, some of the portions that he had
20  included, most of that video.
21          So yes, was his video part of that video,
22  yes, the video that he sent of his side.  There's more
23  to the video than that.
24      Q   Yes, I understand.  But the question I have
25  is, at this point you had already determined that

Page 37

1      A    I believe I started yes, and I did read -- I
2   mean, no, I did not meet him, but I did read many
3   articles about him.
4      Q    Okay, fair enough.  So just to be very clear
5   for the record, you're not relying on Mr. Monsegur or
6   on Mr. Tunc or on Rhino.  You derived your own expert
7   opinion based on your own testing that Safe Links, in
8   your opinion, does not function as advertised; am I
9   correct?
10     A    That is not what I said.  What I said was if
11  I -- even if I did not have them, would I come to the
12  same conclusion because of my testing, yes.  However,
13  Hector Monsegur gave me some ideas on how to test from
14  his article.
15          The reason that you put all of these things
16  into a report is that it is my understanding that
17  anything that led up to the conclusion has to be
18  included and disclosed in the report.
19          There was an entire evolution -- I didn't
20  wake up one day and say oh, my goodness, Safe Links
21  does not do what it advertised.  It took a lot of
22  research, a lot of time, a lot of investigating to
23  make sure that that was indeed the case.
24          I came across his blog article that said
25  what I had suspected, but I do not believe that we're

Page 47

1  So when it comes to names of what is part of
2  EOP, what's part of Safe Links, does Mr. Rogers know
3  the server configuration, etc., yes.  You now went to
4  a different topic of whether it would be classified as
5  EOP servers and there seems to be -- in the ESI
6  Mr. Patel put out a -- for example, yesterday, if I
7  remember correctly, Mr. Rogers said that Sonar does
8  not run on EOP IP addresses, that they're separate IP
9  addresses.
10             In the ESI, Mr. Patel provided one single
11  link for both EOP/Sonar IP addresses and the URL
12  specifically says that it's EOP, Exchange Online
13  Protection IP addresses.
14             So if the label, the URL says something
15  different than Mr. Rogers, I don't think Mr. Rogers is
16  trying to say something wrong.  I think just, it
17  appears that the labels get -- there's some
18  disagreement in Microsoft whether the label is
19  something that's EOP, ATP, Safe Links, etc.
20       Q    Well, I'm reading to you from Mr. Rogers'
21  deposition taken yesterday.  This is from the rough
22  drafts, because I want to make sure -- for counsel's
23  benefit, it's page 136.
24             I'm going specifically to line seven:  "So
25  do you agree with the conclusion that Mr. Wood seems

```
 1   mean --
 2        Q    It's not a trick question.  I'm just
 3   saying --
 4        A    I'm not trying to be evasive.  I'm trying to
 5   understand -- I'm trying to understand what you're
 6   looking for and I'm trying to give it to you.
 7        Q    All I'm trying to do is make sure that we
 8   have an understanding between us that you have not
 9   withheld any opinions or held back any opinions?
10        A    No, not at all.
11        Q    If you're going to opine about it, it's in
12   that report?
13        A    Well, I might need to file after the
14   discovery -- I've already -- I'm going to need to file
15   and update my report with additional items.  But at
16   the time that I wrote my report I did not hold
17   anything back.  I put in everything that I could think
18   of at the moment and now that I know certain things
19   from discovery, I will want to update the report so
20   that you know in advance what, from a cybersecurity
21   expert standpoint, our positions are on certain things
22   that we could only write about post-discovery.
23        Q    Where was the last place that you were
24   employed as a cybersecurity expert?
25        A    As a cybersecurity expert?  All my
```

Page 207

1   cybersecurity expertise is all self-taught, including
2   the paper that I co-authored with Dr. Kusick when I
3   was 19 or 20.
4          But I've been self-taught in cybersecurity
5   since the age of 19 or 20, when I developed what is
6   still -- I believe is still the strongest block
7   cipher.  I've been studying ever since.
8      Q   I need to ask you, but you won't feel bad
9   because I'm probably older than you, what year were
10  you born?
11     A   I'm old, 1968.
12     Q   I'm '69.  I'm good with it.
13     A   I didn't mean to call you old.
14     Q   That's okay.  So '68, by the time you were
15  19 or 20 you considered yourself a cybersecurity
16  expert.  So putting that around '87, '88, I mean, the
17  first computer I knew of then was one my dad had that
18  was a TRS with a cassette tape drive that I played
19  "Hamurabi Revenge" on.
20         So I'm trying to figure out as a
21  cybersecurity expert, for the jury's benefit, you
22  weren't working on -- not even Windows, but not even
23  probably DOS at that point, right?
24     A   I was working on cryptography, which
25  translates to everything today.  So much of

Page 208

```
 1                    CERTIFICATE OF OATH
 2
 3         I, Alice J. Teslicko, RMR, a Notary Public
 4     for the State of Florida at large, do hereby
 5     certify that the witness, Michael Wood, appeared
 6     via teleconference before me and was duly sworn.
 7         Signed and sealed this 21st day of March,
 8     2021.
 9
10
11
12                       Alice J. Teslicko, RMR
13
14   Commission No. GG249076
     My Commission Expires:
15   December 14, 2022
16
17
18
19
20
21
22
23
24
25
```

Page 215

```
 1                        CERTIFICATE
 2    STATE OF FLORIDA      )
                            )   ss.
 3    COUNTY OF MARTIN      )
 4
              I, ALICE TESLICKO, RMR, a Registered
 5    Merit Reporter and Notary Public for the State of
      Florida at Large, do hereby certify that I reported
 6    the deposition of Michael Wood, a witness called by
      the Defendant in the above-styled cause; and that the
 7    foregoing pages constitute a true and correct
      transcription of my shorthand report of the deposition
 8    of said witness.
 9            I further certify that I am not an attorney
      or counsel of any of the parties, nor a relative or
10    employee of counsel connected with the action, nor
      financially interested in the action.
11
              WITNESS my hand and official seal in the
12    City of Stuart, County of Martin, State of Florida,
      this 21st day of March, 2021.
13
14                         [signature]

15                         Alice J. Teslicko, RMR
16    My commission expires:
      December 14, 2022
17    Commission No. GG249076
18
19
20
21
22
23
24
25

                                                   Page 216
```

TocMail Inc, v. Microsoft Corporation

Michael Wood - 30b6 Job No. 4459898

Errata Sheet

**Page** 51 **Line** 20
**Change:** Change "You see Indent did research on Microsoft's own employees" to "You see I did research on Microsoft's own employees"
**Reason:** The current transcript does not make grammatical sense.

**Page** 53 **Line** 16
**Change:** Change "contacts" to "contents"
**Reason:** The word was transcribed incorrectly.

**Page** 80 **Line** 3
**Change:** Change 'plan' to 'client.'
**Reason:** The transcript has the wrong word.

**Page** 97 **Line** 14
**Change:** Change ".htx" to ".htaccess"
**Reason:** The transcript has the wrong word.

**Page 119 Line 12**
**Change:** Change "I am a seat programmer" to "I am a C programmer"
**Reason:** The transcript has the wrong word.

**Page 119 Line 14**
**Change:** Change "in the seat program" to "in the C program"
**Reason:** The transcript has the wrong word.

**Page** 121 **Line** 17
**Change:** Change "Fish Viewer" to "Phishviewer"
**Reason:** The transcript has the wrong word.

**Page** 126 **Line** 9
**Change:** Change "cut and dried" to "cut and dry"
**Reason:** The transcript has the wrong word.

Page 217a
Continued on the following page

**Page** 137 **Line** 1
**Change:** Change "two attachments" to "to attachments"
**Reason:** The transcript has the wrong word.

**Page** 137 **Line** 3
**Change:** Change "Trojan Tracker" to "Trojan Trapper"
**Reason:** The transcript has the wrong word.

**Page** 142 **Line** 18
**Change:** Change "For a statement" to "For Esteban"
**Reason:** The transcript has the wrong words.

**Page** 156 **Line** 5
**Change:** Change "Osvi" to "Ozzy"
**Reason:** The transcript has the wrong word.

**Page** 205 **Line** 4
**Change:** Change "valuable" to "vulnerable"
**Reason:** The transcript has the wrong word.

_____
Michael Wood - 30b6

April 19, 2021

```
1   Tocmail, Inc.,  v. Microsoft Corporation
2   Michael Wood - 30b6 4459898
3                ACKNOWLEDGEMENT OF DEPONENT
4      I, Michael Wood - 30b6, do hereby declare that I
5   have read the foregoing transcript, I have made any
6   corrections, additions, or changes I deemed necessary as
7   noted above to be appended hereto, and that the same is
8   a true, correct and complete transcript of the testimony
9   given by me.
10
11   _Michael C. Wood_____        ___04/19/2021_____
12   Michael Wood - 30b6                              Date
13   *If notary is required
14   State of Nevada            SUBSCRIBED AND SWORN TO BEFORE ME THIS
     County of Clark
15                                 __19th__ DAY OF _____April_____, 20_21__.
16
17
18                                  _____Judee Wheeler_____
19                                  NOTARY PUBLIC
                                                    Judee Wheeler
                                                    NOTARY PUBLIC
                                                    STATE OF NEVADA
                                                    Appt. No. 20-8410-01
20   Notarized online using audio-video communication   Expires November 6, 2024
21
22
23
24
25
                                                              Page 218
```