# EXHIBIT 19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60416-CIV- CANNON/HUNT

TOCMAIL INC., a Florida corporation,

        Plaintiff,

v.

MICROSOFT CORPORATION, a
Washington corporation,

        Defendant.
_____/

**DECLARATION OF MICHAEL WOOD**

I, Michael Wood, hereby declare and state:

1. I am over the age of 21 and am otherwise sui juris.

2. I have personal knowledge of the matters set forth herein.

3. I began my professional career in late 1980's designing network security (cybersecurity) products.

4. I realized that the effectiveness of these network security products was dependent on the strength of the cryptographic algorithm being used. Therefore, I designed and patented the strongest block cipher at this time. *See* U.S. Patent No. 5,003,596.

5. I also co-authored a published paper with cryptography researcher Dr. Thomas Cusick (PhD in Cryptography from Cambridge University) regarding the mathematical innovations upon which my cryptography is built. (Cusick T.W., Wood M.C. (1991) The Redoc II Cryptosystem. In: Menezes A.J., Vanstone S.A. (eds) Advances in Cryptology-CRYPTO' 90. CRYPTO 1990. Lecture Notes in Computer Science, vol 537. Springer, Berlin, Heidelberg. https://doi.org/10.1007/3-540-38424-3_38.). My security breakthrough is included in *Applied*

1

*Cryptography* by Bruce Schneir, which is recommended reading by Yale for their Cryptography and Computer Security students and by MIT for their Computer and Network Security students. It has been academically studied as "a potential replacement for DES" — the US National Encryption Standard designed by the National Security Agency (NSA). (Guerrero F., Noras J.M. (1995) Customised hardware based on the REDOC III algorithm for high performance data ciphering. In: Moore W., Luk W. (eds) Field-Programmable Logic and Applications. FPL 1995. Lecture Notes in Computer Science, vol 975. Springer, Berlin, Heidelberg. https://doi.org/10.1007/3-540-60294-1_103.).

6.  For the next decade, I worked in Information Technology, which included over seven years overseeing all aspects of a network infrastructure including security. Additionally, during the latter part, I invented a methodology to automatically create a blueprint of an organization's physical network infrastructure, worldwide, accurate to the hour. I patented this methodology and also served as the lead programmer on the commercial version. I negotiated the sale of my patent and technology to Micromuse Inc., a network management software company, for $42 million in stock with a one-year stock lockup stipulation. My technology proved so valuable to Micromuse that it catapulted the stock value of the multi-national corporation, resulting in a stock value in excess of $95 million by the time the stock lockup period expired. This technology has applications to both network management and to hacking (as a reconnaissance tool).

7.  Following the sale of my technology to Micromuse, I continued developing other inventions, all involving Software Engineering.

8. In 2014, I returned to focusing full time on cybersecurity due to hackers remotely controlling my computers. Unable to find an off-the-shelf product to block the miscreants, I devoted myself full-time to the study of hacking, devouring dozens of highly technical books on the subject (including the 488-page tome *Hacking: the Art of Exploitation*).

9. I then programmed my own software firewall which instantly identified the (two) IP addresses being used to access my computers, and blocked them.

10. I then designed a Window's version of the product called Hacker Deterrent.

11. However, when Microsoft changed from Windows as a product to Windows as a service (aka Windows 10), it forbade developers from offering users full control over their network traffic. I therefore moved to focusing on solving the problem of phishing, during which time I immersed myself in every study I could find on the issue of cloaking (the reason that phishing is a big problem in the first place).

12. I designed, patented, and developed my initial technology to effectively block email phishing links, naming the technology PhishViewer. Although PhishViewer solved the problem of cloaking, PhishViewer always required users to *manually* make a choice.

13. However, on May 23, 2019, I was notified that another patent was going to issue — a patent whose claimed methodology solves the problem of cloaking while also automatically taking users to approved sites.

14. Therefore, I shifted my focus to adding the automated methodology to PhishViewer thereby creating TocMail — a cybersecurity service that TocMail Inc introduced to the marketplace in December 2019.

15. My innovations in cybersecurity have led to the issuance of seven cybersecurity patents — including two for solving the problem of IP Cloaking (i.e. the PhishViewer patent and the TocMail patent).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: June 9, 2021.    By: _____
                                Michael Wood