# EXHIBIT 20

# Michael Wood

 Michael.wood@tocmail.net               754-246-9651

 linkedin.com/in/michael-wood-7662141a8

## Summary

My passion is problem solving through programming. Pursuit of this passion has led to ground-breaking software development in cryptography, automatic root-cause identification of network issues in world-wide data communication infrastructures, real-time monitoring of the human autonomic nervous system, PTSD rehabilitation, and cybersecurity. The uniqueness of the problem solving is shown in the 10 patents that I have been granted. These projects required a combination of assembler, C, PHP, JAVA, React, Node.js, Javascript, HTML and CSS along with Linux networking and kernel development, Android programming, and REST consumption and development as well.

I've been writing fast, efficient, optimized code to solve a wide variety of problems for over 30 years. Problem solving through programming is a passion I continue to pursue every single day.

## Experience

 **Chief Executive Officer**
TocMail Inc.
Oct 2019 - Present (1 year +)
Founded TocMail Inc., and developed the TocChat and TocMail apps.

TocChat is an Android messaging app that integrates patented anti-phishing on shared links and unique privacy modes as well. It was written in Java using Google Firebase for authentication, Google's Firestore realtime database, and SendBird's messaging infrastructure.

TocMail's backend involves a combination of Linux C networking services (including custom IMAP/SMTP services) as well as PHP/MySQL with new services being written in JAVA/MySQL. The front-end is written in JavaScript, HTML, and CSS.

**Software Engineer**
Freelance
Feb 2014 - Oct 2019 (5 years 9 months)
Developed eight patented cybersecurity methodologies and implemented them in Linux C, Node.js, Java, PHP/MySQL, React, Javascript, HTML, and CSS.

**Software Engineer**
Freelance
Mar 2007 - Jan 2014 (6 years 11 months)
Developed Android (Java) and iOS (Objective C) software driven brain exercise to interrupt PTSD episodes and lessen their severity over time with continued practice (based on EMDR and Bessel van der Kolk's brain imaging studies).

 **Senior Software Engineer**
Helicor, Inc.

Jun 2004 - Feb 2007 (2 years 9 months)
Helicor produced a medical biofeedback device that incorporated my patented methodology for monitoring real-time vagus nerve activity. I assisted with the assembler, direct to chip programming.

This device was the winner of Frost & Sullivan's 2006 Technology Innovation Award. It was the best-in-class medical biofeedback device, outperforming its competitors in multiple clinical studies. The technology was acquired by Respironics, Inc.

### Independent Medical Biofeedback Researcher
Freelance
Oct 2001 - May 2004 (2 years 8 months)
Designed a patented methodology for detecting subtle changes in heart rythm to non invasively measure absolute autonomic system balance (between the parasympathetic and sympathetic branches).

### Senior Network Engineer
Freelance
Jan 2001 - Sep 2001 (9 months)
Designed various solutions to a variety of TCP/IP networking issues. Primarily involved Linux network programming in C with some kernel development.

### Senior Vice President Software Development
Micromuse
Jan 2000 - Dec 2000 (1 year)
I managed the development team, and served as lead developer, to integrate Calvin Alexander Networking's root-cause analysis technology I invented into Micromuse's NetCool Suite. The integration was successfully completed in less than a year's time. The value of Micromuse's stock more than doubled during this time.

### Chief Executive Officer
Calvin Alexander Networking
Oct 1998 - Dec 1999 (1 year 3 months)
Calvin Alexander Networking was established to develop and market the automated network management invention that I created while at Scudder Stevens and Clark. In addition to company management, I also served as the lead developer responsible for the Linux C network programming components. Calvin Alexander Networking was acquired by Micromuse Inc.

### Data Communications Consultant for Scudder Stevens and Clark
Scudder Stevens & Clark
Jun 1991 - Oct 1998 (7 years 5 months)
Designed the entire network infrastructure for Scudder Stevens and Clark's Manhattan Office Building. Managed data communication operations.

I invented and patented an automated method for discovering all the devices that exist in a world-wide network along with accurately deducing how they were physically cabled together (e.g. Switch A slot 4 has

a 100 Mb ethernet cable connecting to Switch B slot 2 port 3). The invention was expanded to automatically pinpoint the root cause of network congestion or failure.

**Chief Executive Officer**
Cryptech Inc.
Feb 1990 - Jun 1991 (1 year 5 months)
Cryptech developed products based on the REDOC-II encryption system I developed while attending college. The cryptographers who broke the US encryption standard (DES) published a paper attesting that my encryption could not be broken by their methods. This cryptography remains unbroken, and is studied in the textbook Advanced Cryptography by Bruce Schneir. The encryption patent and technology was acquired by Libera Inc.

## Education

**Jamestown Community College**
Mathematics

## Skills

C (Programming Language)   •   Linux   •   JavaScript   •   PHP   •   HTML   •   Cryptography   •   Java   •   MySQL   •   Assembler   •   Cascading Style Sheets (CSS)

## Honors & Awards

**Patent #US5003596: Method of cryptographically transforming electronic digital data from one form to another** - US Patent Office
Mar 1991

**Patent #US7691049: Method and apparatus for determining accurate topology features of a network** - US Patent Office
Aug 2000

**Patent #US7691049: Methods and Devices for Relieving Stress** - US Patent Office
Apr 2010

**Patent #US9467324: Firewall security for computers with internet access and method** - US Patent Office
Oct 2016

**Patent #US9742734: Firewall security for computers with internet access and method** - US Patent Office
Aug 2017

**Patent #US9882877: Transparent traffic control device and method for securing internet-connected devices** - US Patent Office

Jan 2018

**Patent #US9992233: Enhanced firewall and method for securing internet communications** - US Patent Office

Jun 2018

**Patent #US10320746: Computer security system and method based on user-intended final destination** - US Patent Office

Jun 2019

**Patent #US10348682: Transparent traffic control device and method** - US Patent Office

Jul 2019

**Patent #US10574628: Computer security system and method based on user-intended final destination** - US Patent Office

Feb 2020