# EXHIBIT 21

| | |
|---|---|
| **From:** | Josh Martin |
| **To:** | LovettM@gtlaw.com |
| **Cc:** | cobose@gtlaw.com; GT-MSFT-TOC@gtlaw.com |
| **Subject:** | RE: TocMail v. Microsoft- Mikhail Tunc |
| **Date:** | Monday, March 15, 2021 5:45:00 PM |

Mo:

To be clear, TocMail is not refusing to produce Mr. Tunc for deposition.  TocMail simply has no way to offer him.  A couple comments:

- TocMail (including Mr. Wood) has not had any contact with Mr. Tunç in approximately 5 months.
- Mr. Tunç is not an employee of TocMail nor has Mr. Tunç ever been an employee of TocMail. He served as a consultant for a brief period of time.
- TocMail has no plans to hire Mr. Tunç as an employee.
- TocMail will not be relying on Mr. Tunç's expertise at trial.
- With respect to the pitch deck you introduced today (which TocMail set aside many months ago), while Mr. Tunç and Wood were exploring the possibility of establishing an advisory board at the time the pitch deck was created, such a board never materialized.  In fact, to the best of TocMail's recollection, TocMail cannot name one investor who has actually seen the pitch deck.
- We disagree that Ms. Bour relied on Mr. Tunç in any capacity.  She was merely shown a pitch deck that she had never seen prior to deposition that listed Mr. Tunç as an advisor.   None of her opinions or analyses were based on that pitch deck or Mr. Tunç.

To reiterate, we have no problem with you deposing Mr. Tunç.  We just do not have the ability to produce him for deposition. However, as I mentioned, TocMail does not object to Microsoft deposing him on fact witness related issues (e..g. Tunc communicating with Microsoft prior to this lawsuit years ago unrelated to TocMail).

Thanks,
Josh



**Joshua D. Martin, Esq.**
**Direct Dial (954) 790-6699**

**From:** LovettM@gtlaw.com <LovettM@gtlaw.com>
**Sent:** Monday, March 15, 2021 3:45 PM
**To:** Josh Martin <josh.martin@johnsonmartinlaw.com>

**Cc:** cobose@gtlaw.com; GT-MSFT-TOC@gtlaw.com
**Subject:** Re: TocMail v. Microsoft- Mikhail Tunc

Josh,

Thanks for your response. To some degree, it appears that Ms. Bour relied on conclusions reach by Mr. Tunç, and assumed that Mr. Tunç would be part of the TocMail business structure going forward. Additionally, videos provided by Mr. Wood also reference findings and alleged incursions past Safe Links that are seminal to TocMail's narrative and purported ongoing business plan.

Again, It is apparent that your client is in regular contact with Mr. Tunç, and include plans to include him in his business structure. You simply can't have this both ways. If you intend to refer to Mr. Tunç, or any communications he made to Microsoft at any point, or his ongoing inclusion in the TocMail business plan, or to refer to his work in anyway, we have a right to depose him. As he will be working for Mr. Wood, you certainly have constructive control over him. If despite all this, TocMail is refusing to produce Mr. Tunç for a deposition, please state that directly.

**Mary-Olga Lovett**
Senior Vice President

Greenberg Traurig, LLP
1000 Louisiana Street | Suite 1700 | Houston, TX 77002
T +1 713.374.3541   |   F +1 713.754.7541   |   C +1 713.553.1882   | C +1 212-671-2913
LovettM@gtlaw.com   |   www.gtlaw.com   |   View GT Biography

> On Mar 15, 2021, at 2:35 PM, Josh Martin <josh.martin@johnsonmartinlaw.com> wrote:
>
> ***EXTERNAL TO GT***
>
> Evelyn:
>
> Mr. Tunc was a non-testifying consultant retained briefly during the litigation. While Mr. Wood did mention Mr. Tunc in his report, Mr. Wood did not in any way rely on Mr. Tunc's expertise and will not do so at trial in providing his expert opinion, as you may learn during Mr. Wood's deposition this week.
>
> If Microsoft seeks to depose Mr. Tunc as a fact witness outside of work product privileged issues, TocMail does not have an objection. However, TocMail has no authority over Tunc or the ability to offer him for deposition.
>
> Thanks,
> Josh

&lt;image003.jpg&gt;

**Joshua D. Martin, Esq.**

**Direct Dial (954) 790-6699**

**From:** cobose@gtlaw.com &lt;cobose@gtlaw.com&gt;
**Sent:** Friday, March 12, 2021 6:23 PM
**To:** Josh Martin &lt;josh.martin@johnsonmartinlaw.com&gt;
**Cc:** GT-MSFT-TOC@gtlaw.com
**Subject:** TocMail v. Microsoft- Mikhail Tunc

Josh,

Although TocMail had previously represented that it will not be bringing Mr. Tunc to trial, given that TocMail and Mr. Wood, in his report, rely on Mr. Tunc's expertise and testing of Safe Links, and Mr. Tunc made himself available to TocMail and Mr. Wood to do so, please advise if TocMail will make Mr. Tunc available to Microsoft for deposition.

Thank you

**Evelyn Cobos**
Shareholder

Greenberg Traurig, P.A.
333 S.E. 2nd Avenue | Miami, FL 33131
T +1 305.579.0726
cobose@gtlaw.com   |   www.gtlaw.com   |   View GT Biography

&lt;image004.png&gt;

&lt;image005.png&gt;

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.