UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 0:20-cv-60416-CANNON/HUNT

TOCMAIL INC., a Florida corporation,

    Plaintiff,

v.

MICROSOFT CORPORATION, a Washington corporation,

    Defendant.

**JOINT MOTION FOR CLARIFICATION OF PAPERLESS ORDER (ECF NO. 67), AND EXTENSION OF PAGES FOR THE PARTIES' REPLIES IN SUPPORT OF SUMMARY JUDGMENT AND *DAUBERT* MOTIONS AND OPPOSITIONS AND REPLIES TO STATEMENT OF MATERIAL FACTS**

Plaintiff TocMail, Inc. ("TocMail") and Defendant, Microsoft Corporation ("Microsoft," and together with TocMail, the "Parties") respectfully request clarification of the Court's Paperless Order (Dkt. 67) ("the Order"), and pursuant to Southern District of Florida Local Rule 7.1(c)(2), request 15 pages for their Replies in support of Summary Judgment, 15 pages for their Replies in support of *Daubert* motions, 15 pages for the Opponent's Statement of Material Facts, 8 pages for the Opponent's Additional Facts, and 8 pages for Reply Statement of Material Facts. In support thereof, the Parties state as follows:

    1.    On May 21, 2021, the Parties filed a Joint Motion seeking 30 double-spaced pages for their respective Summary Judgment and *Daubert* Motions and incorporated memoranda of law and the Parties' responses in Opposition to the respective motions, 15 pages for the Parties' Statements of Material Facts in support of their Motions for Summary Judgment, and 15 pages for their Reply memoranda in support of Summary Judgment and *Daubert*. [ECF No. 65, ¶ 11].

2. On May 24, 2021, the Court entered the Order:

"PAPERLESS ORDER granting the parties' 65 Joint Motion to Exceed Page Limitation. The page limitation for the parties' Motions for Summary Judgment and Daubert Motions, including Responses in Opposition to those respective motions is hereby enlarged from twenty (20) pages to thirty (30) pages. The page limitation for the parties' Statements of Material Facts is hereby enlarged from ten (10) pages to fifteen (15) pages. All filings should be prepared using 12-point Times New Roman typeface that is double-spaced and fully justified. Signed by Judge Aileen M. Cannon on 5/24/2021. (ad) Modified text on 5/25/2021 (tgs). (Entered: 05/24/2021)"

*See* ECF 68, Clerk's Notice of Docket Correction of ECF No. 67.

3. The Order is silent with regards to the Parties' joint request for 15 double-spaced pages for the Parties' Replies in Support of *Daubert* Motions and 15 double-spaced pages for their Replies in Support of Summary Judgment.

4. The Parties thus, request clarification of the Order, and renew their request to exceed page limitations to have up to:

- 15 double-spaced pages for the Parties' Replies in Support of *Daubert* Motions; and

- 15 double-spaced pages for the Parties' Replies in Support of Summary Judgment.

5. In addition, the Parties jointly request to exceed page limitations to have up to:

- 15 double-spaced pages for the Opponent's Statement of Material Facts under L.R. 56.1(b)(2)(D);

- 8 double-spaced pages for the Opponent's "Additional Facts" under L.R. 56.1(b)(2)(D); and

- 8 double-spaced pages for the Reply Statement of Material Facts under L.R. 56.1(b)(3).

6. This case involves a claim for false advertising under the Lanham Act regarding Microsoft's Safe Links, which is a feature within Microsoft's Advanced Threat Protection ("ATP") that purportedly protects users when they click links in emails and documents.

7. Specifically, the Amended Complaint alleges that TocMail and Microsoft are competitors and that Microsoft's advertising of Safe Links is false or misleading because, among other things, Microsoft promotes that Safe Links provides protection against a hacking attack called IP cloaking, and TocMail contends it does not. The Amended Complaint further alleges that TocMail has developed the only cloud-based, time-of-click service that can provide such protection.

8. Thus, the issues in this case necessarily involve an understanding of the technology, function, product offering, marketing, and sales of Safe Links, ATP, Office 365 with ATP, and TocMail over the course of many years.

9. To that end, during the discovery period, the Parties have exchanged hundreds of thousands of pages of documents and deposed 10 witnesses, some over the course of two days.

10. TocMail has also engaged its CEO, Michael Wood, as a designated technical expert and as a lay technical expert on cybersecurity issues and has engaged a damages expert to provide an opinion on TocMail's purported disgorgement of profits and lost profits.

11. Microsoft has designated two of its Safe Links engineers as lay expert witnesses to explain the technology behind Safe Links and its function. It has also designated a rebuttal damages expert.

12. Accordingly, there is a significant amount of evidence in this case that will be referred to in the Parties' Summary Judgment and Daubert motions in support of the substantive

arguments therein. These motions will also discuss highly technical topics, which require detailed explanations.

13.     Given the complexity and technicality of the issues, the Parties respectfully move the Court to allow for 15 pages for their Replies in support of Summary Judgment, 15 pages for their Replies in support of *Daubert* motions, 15 pages for the Opponent's Statement of Material Facts, 8 pages for the Opponent's additional facts, and 8 pages for Reply Statement of Material Facts.

14.     This motion is filed in good faith and on an unopposed basis, and no party will be unfairly prejudiced by the granting of the relief requested herein.

WHEREFORE, the Parties respectfully request that the Court enter the Order in the form attached hereto as "**Exhibit 1**" granting the relief requested herein and any other or additional relief the Court deems just and proper.

## CERTIFICATION REGARDING PRE-FILING CONFERENCE

In accordance with Local Rule 7.1(a)(3), counsel for TocMail has conferred with counsel for Microsoft and neither party opposes the relief requested herein.

Dated: June 16, 2021                        Respectfully submitted,

*/s/ Joshua D. Martin*
JOHNSON & MARTIN, P.A.
Joshua D. Martin
500 W. Cypress Creek Rd., Suite 430
Ft. Lauderdale, FL 33602
Tel: (954) 790-6699
Fax: (954) 206-0017
Email: josh.martin@johnsonmartinlaw.com

Dated: June 16, 2021                    Respectfully submitted,

*/s/ Evelyn A. Cobos*
Evelyn A. Cobos

**GREENBERG TRAURIG, LLC**
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 374-3541
Facsimile: (713) 374-3505
MARY-OLGA LOVETT
Email: lovettm@gtlaw.com

**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
FRANCISCO O. SANCHEZ
Florida Bar No. 598445
Email: sanchezo@gtlaw.com
         orizondol@gtlaw.com
EVELYN A. COBOS
Florida Bar No. 092310
Email: cobose@gtlaw.com
         FLService@gtlaw.com

***Attorneys for Microsoft Corporation***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of June, 2021, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Evelyn Cobos
EVELYN COBOS

**SERVICE LIST**

JOHNSON & MARTIN, P.A.
Joshua D. Martin
500 W. Cypress Creek Rd., Suite 430
Ft. Lauderdale, FL 33602
Tel: (954) 790-6699
Fax: (954) 206-0017
Email: josh.martin@johnsonmartinlaw.com

*Attorneys for Plaintiff*