UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 0:20-cv-60416-CANNON/HUNT

TOCMAIL INC., a Florida corporation,

    Plaintiff,

v.

MICROSOFT CORPORATION, a Washington corporation,

    Defendant.

### [PROPOSED] ORDER GRANTING JOINT MOTION FOR CLARIFICATION OF PAPERLESS ORDER (ECF NO. 67), AND EXTENSION OF PAGES FOR THE PARTIES' REPLIES IN SUPPORT OF SUMMARY JUDGMENT AND *DAUBERT* MOTIONS AND OPPOSITIONS AND REPLIES TO STATEMENT OF MATERIAL FACTS

**THIS CAUSE** came before the Court on the Parties' Joint Motion for Clarification of Paperless Order (ECF No. 67), and Extension of Pages for the Parties' Replies in Support of Summary Judgment and *Daubert* Motions and Oppositions and Replies to Statement of Material Facts. The Court, having considered the joint motion, and otherwise being advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the motion is **GRANTED**.

The Parties are allowed:

- 15 double-spaced pages for the Parties' Replies in Support of *Daubert* Motions;
- 15 double-spaced pages for the Parties' Replies in Support of Summary Judgment;
- 15 double-spaced pages for the Opponent's Statement of Material Facts under L.R. 56.1(b)(2)(D);
- 8 double-spaced pages for the Opponent's "Additional Facts" under

- L.R. 56.1(b)(2)(D); and

- 8 double-spaced pages for the Reply Statement of Material Facts under L.R. 56.1(b)(3).

**DONE AND ORDERED** in Chambers in Fort Pierce, Florida, this ___ day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE

cc: Counsel of record via CM/ECF