UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 0:20-cv-60416-CANNON/HUNT

TOCMAIL INC., a Florida corporation,

     Plaintiff,

v.

MICROSOFT CORPORATION, a Washington
corporation,

     Defendant.

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO FILE UNDER SEAL EXHIBITS TO DEFENDANT'S REPLY IN SUPPORT OF ITS *DAUBERT* MOTION AND DEFENDANT'S MOTION TO STRIKE UNTIMELY SUPPLEMENTAL REPORT**

     **THIS CAUSE** is before the Court upon Defendant Microsoft Corporation's ("Microsoft") Unopposed Motion to File Under Seal Exhibits to Defendant's Reply in Support of Its *Daubert* Motion and Defendant's Motion to Strike Untimely Report (the "Motion"). The Court has carefully considered the Motion, and is otherwise advised in the premises.

     Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

    1.    Defendant's Motion is hereby **GRANTED**.

    2.    Defendant shall file unredacted copies of the *Daubert* Reply, Exhibit 1 to the *Daubert* Reply, and Exhibits 1, 2, 3, and 7 to the Motion to Strike, under seal.

     **DONE** and **ORDERED** in Chambers, in Fort Pierce, Florida this _____ day of June 2021.

                                         _____
                                         UNITED STATES DISTRICT JUDGE

cc: Counsel of Record