# EXHIBIT 4

```
 1                  UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
 2
                     CASE NO. 0:20-CV-60416-AMC
 3
 4      TOCMAIL INC., a Florida
        corporation,
 5
                     Plaintiff,
 6
        vs.
 7
        MICROSOFT CORPORATION, a
 8      Washington corporation,
 9              Defendant.
10      _____/
11
                                     March 18, 2021
12                                   10:10 a.m. - 4:40 p.m. EDT
13
14
15
16          VIDEOTAPED DEPOSITION OF MICHAEL WOOD
17              TAKEN VIA ZOOM TELECONFERENCE
18
19         Taken on behalf of the Defendant before
20      Alice J. Teslicko, RMR, Notary Public in and for the
21      State of Florida at Large, pursuant to a Rule 30(b)(6)
22      Notice of Taking Deposition in the above cause.
23
24
25

                                                       Page 1
```

```
 1    15 percent, somewhere around there, maybe 20 percent.
 2             I tend to give all my money away, which is
 3    why --
 4        Q    A hundred million from your other license?
 5        A    That is correct.
 6        Q    But let's not conflate --
 7        A    It's not conflating.  You asked me basically
 8    would I be sharing the money with the consumer and
 9    yes -- oh, I'm sorry, I misunderstood your question.
10        Q    No, I think you soft-balled the question
11    back to yourself in a way so you could virtue signal,
12    so let me go back.
13             What you said before was, you were asking
14    because of the harm done to many consumers, you were
15    asking Microsoft or you were asking the jury to award
16    damages against Microsoft that were somewhere in the
17    single to double billions; did I get that right?
18        A    Yes, that part is correct.
19        Q    And you're asking that the jury award that
20    to TocMail, correct?
21        A    Yes, because TocMail is the one with
22    standing, that is correct.
23        Q    Let me ask you about your position that
24    TocMail has.  You claim that Microsoft has kept
25    TocMail from entering the market with these allegedly
```

Page 62

```
 1   false statements.  What efforts have you made to
 2   attempt to enter the market?
 3        A    Well, we placed enough advertisements to
 4   have tens of thousands of visitors and so all the
 5   visitors who are coming to the site have an interest
 6   in stopping cloaking -- I'm sorry, in stopping
 7   phishing.
 8             Our advertising is specifically -- excuse
 9   me, my mouth is dry -- is specifically designed to
10   attract those who are interested in stopping phishing,
11   and so the dilemma that I have with this particular
12   company is we have tens of thousands of people highly
13   motivated to stop phishing, highly motivated because
14   it is the thing that keeps security professionals up
15   at night.
16             So they're very motivated to stop phishing,
17   but they don't have any inclination to stop cloaking,
18   which is the reason to stop the phishing.
19        Q    Who is "they"?
20        A    The visitors to the website.
21        Q    The visitors to your website?
22        A    The visitors to my website, yes.
23             Maybe I did not explain well.  We have
24   advertised specifically targeting people who are
25   interested in preventing phishing and stopping it.
```

Page 63

```
 1   examples from you.
 2           But that's your testimony, is your work is
 3   done in terms of you don't need to adjust anything to
 4   TocMail based on what criminal hackers may be doing a
 5   hundred years from now?
 6       A    For email phishing links, that is correct,
 7   which is the subject of this litigation.
 8           MS. LOVETT:  Okay.  So let's go to -- sorry,
 9       this last exhibit would have been Exhibit 9, I
10       believe.  Is that correct, Ms. Teslicko?
11           THE COURT REPORTER:  I believe so.
12           MS. LOVETT:  So we're going to go to TocMail
13       6484, which will be -- actually, sorry, Rachel,
14       6367, which will be Exhibit 9 (sic) and if you
15       can blow that up for me, please.
16           (Whereupon a document/item was marked for
17       identification as Defendant's Exhibit 15.)
18   BY MS. LOVETT:
19       Q    So this is an email from you to Mr. Serrano,
20   who you mentioned before.
21       A    That is correct.
22       Q    You say:  "Here's the sample email that we
23   will send to investors tomorrow.  Please give me your
24   feedback by end of today."
25           Do you see that?
```

```
 1        A    Yes, and I remember the email.
 2        Q    So this was an email that you sent that was
 3   focused on data breaches and cost companies
 4   $1.2 trillion.  Do you see that?
 5        A    I do, and that was linking to the pitch deck
 6   that I referred to earlier.
 7             MS. LOVETT:  Okay.  So give me one second,
 8        because I have a seemingly child and he doesn't
 9        appear to know that I am on -- I don't know if
10        you guys can hear him, but I can hear him.  So
11        give me one second, because I need to get him to
12        be quiet.  One second.
13             (Discussion off the record.)
14   BY MS. LOVETT:
15        Q    So looking at this email, Mr. Serrano was
16   your friend of many years and your business partner in
17   certain issues, correct?
18        A    He's a shareholder.  I wouldn't call him a
19   business partner.  He doesn't understand technologies.
20   So I want to be careful of that word.  He's not a very
21   technical person.
22        Q    Okay.  Well, and I guess that's why the
23   pitch deck, what you tell folks is important.
24             You asked for his feedback here.  As part of
25   what you sent with the pitch deck you say:
```

Page 141