# EXHIBIT 7
# (Redacted)

TRANSCRIPT CONTAINS CONFIDENTIAL PORTIONS

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2
                 CASE NO. 0:20-CV-60416-AMC
 3
 4    TOCMAIL INC., a Florida
      corporation,
 5
                    Plaintiff,
 6
      vs.
 7
      MICROSOFT CORPORATION, a
 8    Washington corporation,
 9               Defendant.
10    _____/
11
                           March 15, 2021
12                         9:08 a.m. - 2 p.m. EST
13
14
              VIDEOTAPED DEPOSITION OF MARCIE BOUR
15
                 TAKEN VIA ZOOM TELECONFERENCE
16
17
18        Taken on behalf of the Defendant before
19    Alice J. Teslicko, RMR, Notary Public in and for the
20    State of Florida at Large, pursuant to a Notice of
21    Taking Deposition in the above cause.
22
23
24
25
```

Page 1

TRANSCRIPT CONTAINS CONFIDENTIAL PORTIONS



Page 24

TRANSCRIPT CONTAINS CONFIDENTIAL PORTIONS

1    could happen, yes.

2         Q    Could, that could happen?

3         A    Yes, if you desire -- if you wanted to

4    transition tomorrow, that that could happen.

5         Q    Is it your understanding that as Mr. Wood

6    says in his live complaint, which has not been

7    modified, that 100 million users would have changed to

8    TocMail?

9              Is it your understanding that if they all

10   decided to switch today, that TocMail has the

11   resources, the servers and the personnel to be able to

12   service those accounts and keep everyone's email up

13   and running tomorrow?

14        A    In a single day, no, that was not projected.

15   But over a short period of time, yes, it could be

16   accomplished.

17        Q    What period of time?

18        A    Three months.  Actually, three months to

19   start staging people in and then a period -- so a

20   total of about five months.

21        Q    Mr. Wood told you that he could move,

22   successfully integrate and migrate with any Enterprise

23   server with a hundred million customers within five

24   months; is that what he told you?

25              MR. MARTIN:  Objection to form.

Page 35

TRANSCRIPT CONTAINS CONFIDENTIAL PORTIONS

```
 1        A    Yes.

 2        Q    Let's talk about how that actually works.

 3   Other features including -- other features including

 4   calendar, OneNote Enterprise service systems like

 5   Microsoft Dynamics AX, did he discuss with you --

 6   well, first of all, who's his team?

 7             Other than Josh Martin, his attorney, with

 8   whom have you met that is on the TocMail ready-to-go

 9   team?

10        A    I have not met with anybody else.

11        Q    Did you visit Mr. Wood at his office for

12   TocMail?

13        A    No, I have not.  I have not visited with

14   anybody in the past year.

15        Q    So fair on the pandemic.  Did Mr. Wood tell

16   you how many employees he currently has?

17        A    No.

18        Q    Do you know if there's any employee of

19   TocMail other than he?

20        A    No, I do not.

21        Q    Okay.  So you're basing his ability to scale

22   and scale this up very quickly and migrate folks based

23   on what he's told you, right?

24        A    Yes.

25        Q    I want to talk about just for a minute the
```

Page 36

TRANSCRIPT CONTAINS CONFIDENTIAL PORTIONS

1      Q    So do you know what -- you make a comment

2    about the marketing in your report about a press

3    release.  Do you recall that?

4      A    Yeah, the initial marketing.  I mentioned

5    the initial marketing as a press release, yes.

6      Q    And you believe that the press release would

7    have been sufficient -- that that initial press

8    release would have been sufficient to reach all of the

9    potential parties so that Mr. Wood and his company

10   could have realized significant sales in a short

11   period of time, within a year?

12     A    No.

13     Q    Okay.  Why don't you tell me -- why don't

14   you tell me what you believe your report is telling us

15   about the press release?

16     A    Well, the press release is the impetus in

17   the initial marketing that would be done.  There is a

18   budget incorporated that there will be a marketing

19   campaign, a PR firm would handle a marketing campaign.

20          There is s a budget in the first -- there's

21   an annual budget of over $2 million for marketing as

22   well as an allowance for two account reps, two large

23   account reps who would handle corporate accounts,

24   large corporate accounts, and that would --

25     Q    Go ahead, I'm sorry.

Page  44

TRANSCRIPT CONTAINS CONFIDENTIAL PORTIONS

1      A    And they would -- and that would be

2   initiated from the startup.

3      Q    Okay.  That would all happen in the first

4   year; is that right?

5      A    Starting at -- yes, starting at the

6   beginning, that would happen over the course of the --

7   no, it would happen every year.

8           I mean, it's part of the budget every year

9   that there's marketing.  But the initial press release

10  would be the impetus, the start of it, and then the

11  marketing program and account reps would step in and

12  accelerate and be able to take that forward.

13     Q    So let me -- I want to get a little bit of

14  information.  There's something I found in your report

15  and I couldn't find any specific support about it, and

16  I just want to make sure I hadn't missed anything.

17          If you'd look with me at page 27 of your

18  report, I think we were talking about different

19  expenses, including marketing and sales and that sort

20  of thing.  Do you see that?

21     A    Are we talking about in 87B?

22     Q    Yes.

23     A    Yes.

24     Q    87B, and then so this says:  "Other expenses

25  have been forecasted as follows."  Do you see that?

Page 45

TRANSCRIPT CONTAINS CONFIDENTIAL PORTIONS

```
 1        A    Yes.

 2        Q    And there's a category there for accounting

 3   fees, legal fees -- this says patent defense, rent and

 4   utilities?

 5        A    Yes.

 6        Q    Set up office, all of those things were

 7   created.  Where did you get those numbers?

 8        A    Those numbers were developed in conjunction

 9   with Mr. Wood.

10        Q    So I was looking at -- I'm trying to find

11   and I couldn't, but sometimes I mix the exhibits up.

12             I didn't see any support for any of these.

13   In other words, that Mr. Wood had gone to a marketing

14   firm or sales or PR firm and they had said look, "this

15   is what we would charge you", or for anything else

16   either.  Have you seen any back-up for any of these

17   forecast expenses projected by Mr. Wood?

18             I mean, other than this chart, which I

19   suppose came from Mr. Wood, have you seen any other

20   expenses?

21        A    Actually, Mr. Wood did not send me this

22   chart.

23        Q    Okay, I'm sorry.  Who sent you the chart?

24        A    I developed the chart based on my discussion

25   with Mr. Wood of the various expenses and what would
```

Page 46

TRANSCRIPT CONTAINS CONFIDENTIAL PORTIONS

1    be reasonable for them.

2            So for example, accounting fees, we

3    discussed what appropriate accounting fees would be

4    for the firm, for TocMail.

5        Q    Okay.  Are you basing this on TocMail being

6    a billion dollar a year company?

7        A    Yes, I'm -- yes, I am.

8        Q    And were you the expert that contributed

9    that $60,000 fee or was that -- since that is your

10   area of expertise?

11       A    We discussed accounting fees and what would

12   be necessary as far as the record-keeping for the

13   company and that number is -- the company has a

14   relatively simple operating model and that number was

15   appropriate and reasonable.

16       Q    Okay.  So you believe that for a company

17   with a billion to a billion and a half dollars in

18   revenue, $60,000 in legal fees would be sufficient?

19            MR. MARTIN:  Objection to form.

20   BY MS. LOVETT:

21       Q    You may answer.

22       A    Based the operating model and what would be

23   involved with the company, yes.

24       Q    And then we've got -- for example, if I look

25   down here at your rent and utilities, that seems to be

Page 47

TRANSCRIPT CONTAINS CONFIDENTIAL PORTIONS



Page 80

TRANSCRIPT CONTAINS CONFIDENTIAL PORTIONS

1              All right.  Do you have documents supporting

2     the spending of other companies on $125 or -- or of

3     consumer companies spending $125 billion annually?

4         A     Not that I recall.

5         Q     Have you seen or been presented with any

6     documents that the highest spending priority for those

7     companies is cloaking?

8         A     No, not that I recall.

9         Q     Let's go on up, Rachel.

10             "Underlying Magic.  Over 95 percent of

11     professional phishing sites use cloaking to

12     successfully evade scanners."

13             It describes how cloaking is simple and then

14     says that:  "TocMail has solved the design flaw that

15     makes other email services defenseless against

16     cloaking."

17             It goes on to talk about the breadth of the

18     patent and says that:  "It will likely be the sole

19     provider for over 15 years."

20             Did you as part of your assumptions make the

21     assumption that TocMail, despite the highly

22     competitive environment and companies spending

23     $125 billion annually on security, did you make the

24     assumption that there would be no competitors to the

25     TocMail patent for over 15 years?

Page 99

TRANSCRIPT CONTAINS CONFIDENTIAL PORTIONS

```
 1        A    Yes.

 2        Q    Let's go upstairs one more -- upstream, I

 3   should say, and I think this is the second-to-last

 4   slide.

 5             "Solution", and here Mr. Wood is saying:

 6   "Almost all data breaches begin with a phishing email.

 7   95 percent of these phishing sites use a specific

 8   hacking technique and TocMail can block that technique

 9   every single time."  Do you see that?

10        A    Yes.

11        Q    I believe the prior email is going to be the

12   one that lays out the problem.  Go ahead, Rachel.

13             "95 percent of breaches, guaranteed."  So I

14   want to stop here for a second.  TocMail is not --

15   based on this document produced by them, TocMail

16   cannot prevent a hundred percent of breaches a hundred

17   percent of the time, can it --

18             MR. MARTIN:  Objection to form.

19        Q    -- based on what this says?

20             MR. MARTIN:  Same objection.

21        A    Excuse me, I am not an expert on

22   cybersecurity.  It says what it says and I have no

23   opinion with regard to that.

24             But the next page goes ahead and says that

25   they can stop 95 percent -- I believe if you go back,
```

Page 100

TRANSCRIPT CONTAINS CONFIDENTIAL PORTIONS

1    be proven for the damages to be awarded.

2         Q    Did you do an analysis as to the source of

3    the allegedly deceptive statements, as to whether or

4    not those product guides are still widely available?

5         A    No.

6         Q    Or what level of consumers they might reach

7    if they still contain the statements that plaintiff

8    contends are allegedly deceptive?

9         A    No.

10        Q    I'm looking at my notes, because I may be

11   close to finished.

12             So your lost profits damages assumed that

13   within two months after first selling its product in

14   April of 2020, TocMail would be able to make sales to

15   each and every at-issue Microsoft seat, correct?

16        A    No.

17        Q    All right.  Tell me where it says

18   differently in your report.

19        A    In paragraph 82 on page 23.

20        Q    Okay.

21        A    The first month it would -- it's projected

22   they'd be able to capture 50 percent of available

23   seats and then in the second month they'd be able to

24   capture 75 percent of the projected seats.

25        Q    Right, but your position is that by April of

Page 145

TRANSCRIPT CONTAINS CONFIDENTIAL PORTIONS

1    2020 all of the remaining customers, meaning all the

2    remaining Microsoft customers, would switch to TocMail

3    in April of 2020; is that right?

4         A    Yes.

5         Q    So in other words, you say:  "During

6    December -- November of '19 I have assumed that

7    TocMail would be the subject of a press release which

8    would generate interest in the product," right?

9         A    Yes.

10        Q    And then you say:  "It would take 30 to 90

11   days for companies to investigate TocMail and the

12   claims in the press release," right?

13        A    Yes.

14        Q    Then the revenue goes to 50 percent of the

15   projected Microsoft seats, but by February of 2020,

16   right?

17        A    Yes.

18        Q    75 percent of the projected Microsoft seats

19   in March of 2020, correct?

20        A    Yes.

21        Q    And all of the customers would switch to

22   TocMail by April of 2020, correct?

23        A    Yes.

24        Q    And those are the assumptions that you made

25   based on the issuance -- I didn't see any other

Page 146

TRANSCRIPT CONTAINS CONFIDENTIAL PORTIONS

1    marketing plans or any of the other things you and

2    Mr. Wood talked about.  This is just based on this

3    press release, correct?

4         A    No, it would be based on a press release and

5    the start of actual marketing and sales reps being in

6    place and specifically target marketing specific

7    companies.

8         Q    Well, what this specifically says, ma'am, is

9    that you assume that the press release would generate

10   interest and then companies would investigate TocMail

11   for 30 to 90 days and then by April -- basically, from

12   November of '19 there would be a press release and in

13   five months all 100 million Microsoft seats at issue

14   would have migrated to TocMail, correct?

15        A    I don't know that the number was a hundred

16   million seats.  I would have to check the number as to

17   the number of seats that -- the number of seats that

18   were produced in the Microsoft documentation as

19   relative to these products.

20             So it is not -- I don't believe it's a

21   hundred million seats.

22        Q    Do you know how many seats it is?  Do you

23   have any ballpark?

24        A    Well, I know exactly what the number is.  I

25   just don't recall exactly what the number is.

Page 147