# Exhibit 1
# (Redacted)

Page 1

1            UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF FLORIDA
2            CIVIL ACTION NO. 0:20-cv-60416

3

4   TOCMAIL, INC., a Florida corporation,

5             Plaintiff,

6   -vs-

7

    MICROSOFT CORPORATION, a Washington
8   corporation,

9

              Defendant.
10  _____/

11

12

13

                     Zoom Remote Proceedings
14                   Monday, March 22, 2021
                     11:04 a.m. - 5:53 p.m.

15

16      VIDEOTAPED VIDEO TELECONFERENCE DEPOSITION OF
                     KEITH URGONE, Ph.D.

17

18

19

20

21

22

23

              Taken before Robyn Maxwell, RPR, FPR,
24   RSA, and Notary Public in and for the State of Florida at
     Large, pursuant to Notice of Taking Deposition filed in
25   the above-mentioned cause.



Case 0:20-cv-60416-AMC Document 78-1 Entered on FLSD Docket 06/16/2021 Page 4 of 7



Veritext Legal Solutions
800-726-7007
305-376-8800



Page 67



