UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 20-60416-CIV-CANNON/Hunt

**TOCMAIL INC**,

    Plaintiff,

v.

**MICROSOFT CORPORATION**,

    Defendant.

_____/

**ORDER GRANTING MOTION TO SEAL**

**THIS CAUSE** is before the Court upon Defendant's Unopposed Motion to File Under Seal Exhibits to Defendant's Reply in Support of Its *Daubert* Motion and Defendant's Motion to Strike Untimely Report (the "Motion") [ECF No. 76], filed on June 16, 2021. The Court has considered the Motion, the record, and is otherwise fully advised.

It is hereby **ORDERED AND ADJUDGED** that:

1. Defendant's Motion [ECF No. 76] is hereby **GRANTED**.

2. Defendant may file un-redacted copies of the *Daubert* Reply, Exhibit 1 to the *Daubert* Reply, and Exhibits 1, 2, 3, and 7 to the Motion to Strike, under seal.

3. The unredacted copies are to be kept under **SEAL** for the duration of the case and **DESTROYED** upon the conclusion of the action.

**DONE AND ORDERED** in Fort Pierce, Florida this 17th day of June 2021.

                                            _____
                                            **AILEEN M. CANNON**
                                            UNITED STATES DISTRICT JUDGE

cc:    counsel of record