UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60416-CIV- CANNON/HUNT

TOCMAIL INC, a Florida corporation,

        Plaintiff,

v.

MICROSOFT CORPORATION, a
Washington corporation,

        Defendant.
_____/

**PLAINTIFF'S CONSENTED MOTION TO FILE UN-REDACTED EXHIBITS TO PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO STRIKE SUPPLEMENTED EXPERT REPORT OF MARCIE D. BOUR UNDER SEAL**

Plaintiff, TOCMAIL INC ("Plaintiff" or "TocMail"), by and through undersigned counsel and pursuant to Local Rule 5.4 of the United States District Court for the Southern District of Florida and Section 9 of the CM/ECF Administrative Procedures, and with the consent of Defendant, MICROSOFT CORPORATION ("Microsoft" or "Defendant"), respectfully moves to file un-redacted Exhibits to Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Strike Supplemented Expert Report of Marcie D. Bour under seal ("Opposing Memorandum of Law"), and in support thereof states as follows:

1.    On or before June 30, 2021, Plaintiff intends to electronically file its Opposing Memorandum of Law to Motion to Strike along with supporting exhibits. Certain exhibits to Plaintiff's Opposing Memorandum of Law were designated "CONFIDENTIAL" or "CONFIDENTIAL- COUNSEL ONLY" by Microsoft in this action pursuant to the Agreed Confidentiality Order dated August 25, 2020 (ECF No. 36).

2. Accordingly, Plaintiff requests that the Court allow Plaintiff to file un-redacted versions of exhibits that were designated "CONFIDENTIAL" or "CONFIDENTIAL- COUNSEL ONLY" under seal. Plaintiff also requests that the Clerk maintain the un-redacted exhibits under seal until the conclusion of any direct appeal in this action. Upon expiration of the time specified in the Court's sealing order, Plaintiff requests that the un-redacted exhibits be returned to Plaintiff's counsel.

3. Plaintiff will serve a copy of the un-redacted exhibits on Defendant subsequent to filing thereof.

WHEREFORE, Plaintiff, TOCMAIL INC, respectfully requests this Court to enter an Order permitting Plaintiff to file un-redacted exhibits attached to Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Strike Supplemented Expert Report of Marcie D. Bour under seal, and for such other and further relief this Court deems just and proper.

### CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), I hereby certify that counsel for the movant conferred with all parties who may be affected by the relief sought in this motion, including counsel for the Defendant, and Defendant consents to the relief sought in this Motion.

/s/Joshua D. Martin
Joshua D. Martin, Esq.

Dated: June 29, 2021

Respectfully submitted,

By: /s/ Joshua D. Martin
Joshua D. Martin
Florida Bar No. 028100
josh.martin@johnsonmartinlaw.com
JOHNSON & MARTIN, P.A.
500 W. Cypress Creek Rd., Suite 430
Fort Lauderdale, Florida 33309

>Telephone: (954) 790-6699
>Facsimile: (954) 206-0017
>*Attorneys for Plaintiff, TocMail Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 29th day of June 2021, the foregoing document is being served this day on all counsel of record on the service list via electronic mail.

>By: /s/ Joshua D. Martin
>Joshua D. Martin

## SERVICE LIST

*TOCMAIL INC. v. MICROSOFT CORPORATION*
20-60416-CIV- CANNON/HUNT

**Joshua D. Martin**
E-Mail: josh.martin@johnsonmartinlaw.com
JOHNSON & MARTIN, P.A.
500 W. Cypress Creek Rd.
Suite 430
Fort Lauderdale, Florida 33309
Telephone: (954) 790-6699
Facsimile: (954) 206-0017

**Francisco O. Sanchez**
E-Mail: sanchezo@gtlaw.com
orizondol@gtlaw.com
**Evelyn A. Cobos**
E-Mail: cobose@gtlaw.com
MiaLitDock@gtlaw.com
GREENBERG TRAURIG, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

**Mary-Olga Lovett** *(admitted pro hac vice)*
E-Mail: lovettm@gtlaw.com
**Rene Trevino** *(admitted pro hac vice)*
E-Mail: trevinor@gtlaw.com
GREENBERG TRAURIG LLC
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 374-3541
Facsimile: (713) 374-3505