**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-60416-CIV- CANNON/HUNT**

TOCMAIL INC., a Florida corporation,

   Plaintiff,

v.

MICROSOFT CORPORATION, a
Washington corporation,

   Defendant.

_____/

**[PROPOSED] ORDER GRANTING PLAINTIFF'S CONSENTED MOTION TO FILE UN-REDACTED EXHIBITS TO PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO STRIKE SUPPLEMENTED EXPERT REPORT OF MARCIE D. BOUR UNDER SEAL**

  This matter having come before the Court upon Plaintiff's Consented Motion to File Un-Redacted Exhibits to Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Strike Supplemented Expert Report of Marcie D. Bour Under Seal ("Motion") (ECF No. __), filed herein on June 29, 2021.  The Court has considered the Motion and is otherwise fully advised in the premises.

  The Motion to Seal is **GRANTED.**  Plaintiff may file un-redacted exhibits to Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Strike under seal, and such un-redacted exhibits shall be sealed and shall remain sealed until the conclusion of any direct appeal, at which time the Clerk shall return the un-redacted exhibits to Plaintiff's counsel.

  DONE AND ORDERED in Chambers at Fort Pierce, Florida, this ___ day of _____ 2021.

                _____
                Aileen M. Cannon
                United States District Judge

Copies furnished to:  All Counsel of Record