# EXHIBIT 3

| | |
|---|---|
| **From:** | cobose@gtlaw.com |
| **To:** | Josh Martin |
| **Cc:** | bacae@gtlaw.com; trevinor@gtlaw.com |
| **Subject:** | RE: TocMail/Microsoft - Updated Financial Records |
| **Date:** | Friday, March 26, 2021 2:43:16 PM |
| **Attachments:** | image001.png |
| | image002.png |

Josh,

As we previously explained, this is a very labor intensive endeavor.  We are happy to get you updated data, but we usually do it before trial so that we have to most up to date information at trial.  We can begin to do the process now, but we will not undertake this process again to update for a third time before trial.  Please let us know if you prefer that we work on this now or closer to trial.

Thank you

**Evelyn Cobos**
Shareholder

Greenberg Traurig, P.A.
333 S.E. 2nd Avenue | Miami, FL 33131
T +1 305.579.0726
cobose@gtlaw.com  |  www.gtlaw.com   |  View GT Biography



---

**From:** Josh Martin <josh.martin@johnsonmartinlaw.com>
**Sent:** Friday, March 26, 2021 2:17 PM
**To:** Cobos, Evelyn (Shld-Mia-LT) <cobose@gtlaw.com>
**Cc:** Baca, Elisa H. (Assoc-MIA-LT) <bacae@gtlaw.com>; Trevino, Rene (Shld-Hou-LT) <trevinor@gtlaw.com>
**Subject:** TocMail/Microsoft - Updated Financial Records

**\*EXTERNAL TO GT\***

Evelyn:

Microsoft previously indicated that it would provide updated financial records throughout the case, but we have not received any updated information since the original production in the fall.  We request that Microsoft please provide or update the following through at least February 28, 2021.

- Monthly Product Breakdown Reports for July 2020 through current date (at least February 28, 2021)
- Pivot tables for data through current date (at least February 28, 2021) in native format (last

   update was through June 30, 2020):
     - O366/M365 Commercial Products that Include OATP, US Safe Links Usage Summary including Safe Links Email, Safe Links Office and Safe Links Teams Pivot
     - M365 Consumer Products that Include Safe Links, US License Summary
     - O365/M365 Commercial Products that Include OATP, US Assigned Units Pivot
     - O365/M365 Products that Include OATP and/or Safe Links, US Adjusted Revenue Pivot
     - Surface with M265 Consumer, US Units Pivot
     - Outlook Premium, US Adjusted Revenue& License Pivot
- Historical Price Data for O365/M365 products that include OATP and/or Safe Links as previously requested and collected by Ms. Griffith as she indicated in her deposition on 3/23/2021.

Thanks,
Josh

**Description: logo280**

**Joshua D. Martin, Esq.**
**Shareholder**

**500 West Cypress Creek Rd.**
**Suite 430**
**Fort Lauderdale, Florida  33309**
**(954) 790-6699** Direct Dial
**(954) 206-0017** Facsimile
[josh.martin@johnsonmartinlaw.com](mailto:josh.martin@johnsonmartinlaw.com)
**website:  [www.johnsonmartinlaw.com](http://www.johnsonmartinlaw.com)**

NOTICE: This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by reply e-mail or by telephone at 954-790-6700 and delete this message.

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.