UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60416-CIV- CANNON/HUNT

TOCMAIL INC, a Florida corporation,

       Plaintiff,

v.

MICROSOFT CORPORATION, a
Washington corporation,

       Defendant.
_____/

**PLAINTIFF'S CONSENTED MOTION TO FILE UN-REDACTED VERSIONS OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, PLAINTIFF'S STATEMENT OF MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT, AND PLAINTIFF'S *DAUBERT* MOTION, AS WELL AS SUPPORTING EXHIBITS, UNDER SEAL**

    Plaintiff, TOCMAIL INC ("Plaintiff" or "TocMail"), by and through undersigned counsel and pursuant to Local Rule 5.4 of the United States District Court for the Southern District of Florida and Section 9 of the CM/ECF Administrative Procedures, and with the consent of Defendant, MICROSOFT CORPORATION ("Microsoft" or "Defendant"), respectfully moves to file the un-redacted versions of Plaintiff's Motion for Summary Judgment and Incorporated Memorandum of Law ("Motion for Summary Judgment"), Plaintiff's Statement of Material Facts in Support of Its Motion for Summary Judgment as to Liability along with certain accompanying exhibits ("Statement of Material Facts"), and Plaintiff's *Daubert* Motion and Memorandum of Law in Support along with certain accompanying exhibits ("*Daubert* Motion") under seal, and in support thereof states as follows:

1

1. On or before July 9, 2021, Plaintiff intends to electronically file redacted versions of Plaintiff's Motion for Summary Judgment, Statement of Material Facts, *Daubert* Motion and various supporting exhibits in support thereof. Plaintiff's Motion for Summary Judgment, Statement of Material Facts, and *Daubert* Motion reference and attach exhibits and deposition testimony that were designated "CONFIDENTIAL" or "CONFIDENTIAL- COUNSEL ONLY" by Microsoft in this action pursuant to the Agreed Confidentiality Order dated August 25, 2020 (ECF No. 36). All of the materials and exhibits sought to be redacted were designated as confidential *by Microsoft*. Thus, while TocMail may not necessarily agree with Microsoft's designations, and in fact TocMail does not agree with many of Microsoft's designations, TocMail is filing this Motion seeking to file un-redacted versions of TocMail's Motion for Summary Judgment, Statement of Material Facts, and *Daubert* Motion under seal for Microsoft's benefit and to protect information Microsoft claims is "CONFIDENTIAL" or "CONFIDENTIAL- COUNSEL ONLY."

2. If this Motion is granted, Plaintiff will file un-redacted versions of the Motion for Summary Judgment, Statement of Material Facts, *Daubert* Motion and accompanying exhibits under seal, but will also electronically file redacted versions of the Motion for Summary Judgment, Statement of Material Facts, and *Daubert* Motion.

3. Accordingly, Plaintiff requests that the Court allow Plaintiff to file the un-redacted versions of Plaintiff's Motion for Summary Judgment, Statement of Material Facts, *Daubert* Motion and accompanying exhibits under seal. Plaintiff also requests that the Clerk maintain the un-redacted versions of Plaintiff's Motion for Summary Judgment, Statement of Material Facts, *Daubert* Motion and accompanying exhibits under seal until the conclusion of any direct appeal in this action. Upon expiration of the time specified in the Court's sealing order, Plaintiff requests

that the un-redacted versions of Plaintiff's Motion for Summary Judgment, Statement of Material Facts, *Daubert* Motion and exhibits be returned to Plaintiff's counsel.

4. Plaintiff will serve copies of the un-redacted versions of the Motion for Summary Judgment, Statement of Material Facts, *Daubert* Motion and exhibits on Defendant subsequent to filing thereof.

WHEREFORE, Plaintiff, TOCMAIL INC, respectfully requests this Court to enter an Order permitting Plaintiff to file the un-redacted versions of Plaintiff's Motion for Summary Judgment, Plaintiff's Statement of Material Facts in Support of Its Motion for Summary Judgment along with certain accompanying exhibits, and Plaintiff's *Daubert* Motion along with certain accompanying exhibits under seal, and for such other and further relief this Court deems just and proper.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), I hereby certify that counsel for the movant conferred with all parties who may be affected by the relief sought in this motion, including counsel for the Defendant, and Defendant consents to the relief sought in this Motion.

          /s/Joshua D. Martin
          Joshua D. Martin, Esq.

Dated: July 6, 2021          Respectfully submitted,

          By: /s/ Joshua D. Martin
          Joshua D. Martin
          Florida Bar No. 028100
          josh.martin@johnsonmartinlaw.com
          JOHNSON & MARTIN, P.A.
          500 W. Cypress Creek Rd., Suite 430
          Fort Lauderdale, Florida 33309
          Telephone: (954) 790-6699
          Facsimile: (954) 206-0017

*Attorneys for Plaintiff, TocMail Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 6th day of July 2021, the foregoing document is being served this day on all counsel of record on the service list via electronic mail.

By:   /s/ Joshua D. Martin
          Joshua D. Martin

## SERVICE LIST

### *TOCMAIL INC. v. MICROSOFT CORPORATION*
### 20-60416-CIV- CANNON/HUNT

**Joshua D. Martin**
E-Mail: josh.martin@johnsonmartinlaw.com
JOHNSON & MARTIN, P.A.
500 W. Cypress Creek Rd.
Suite 430
Fort Lauderdale, Florida 33309
Telephone: (954) 790-6699
Facsimile: (954) 206-0017

**Francisco O. Sanchez**
E-Mail: sanchezo@gtlaw.com
          orizondol@gtlaw.com
**Evelyn A. Cobos**
E-Mail: cobose@gtlaw.com
          MiaLitDock@gtlaw.com
GREENBERG TRAURIG, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

**Mary-Olga Lovett** *(admitted pro hac vice)*
E-Mail: lovettm@gtlaw.com
**Rene Trevino** *(admitted pro hac vice)*
E-Mail: trevinor@gtlaw.com
GREENBERG TRAURIG LLC
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 374-3541
Facsimile: (713) 374-3505