UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60416-CIV- CANNON/HUNT

TOCMAIL INC., a Florida corporation,

        Plaintiff,

v.

MICROSOFT CORPORATION, a
Washington corporation,

        Defendant.
_____/

**[PROPOSED] ORDER GRANTING PLAINTIFF'S CONSENTED MOTION TO FILE UN-REDACTED VERSIONS OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, PLAINTIFF'S STATEMENT OF MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT, AND PLAINTIFF'S *DAUBERT* MOTION, AS WELL AS SUPPORTING EXHIBITS, UNDER SEAL**

This matter having come before the Court upon Plaintiff's Consented Motion to File Un-Redacted Version of Plaintiff's Motion for Summary Judgment, Plaintiff's Statement of Material Facts in Support of Its Motion for Summary Judgment, along with certain accompanying exhibits, and Plaintiff's *Daubert* Motion, along with certain accompanying exhibits Under Seal ("Motion") (ECF No. __), filed herein on July 6, 2021. The Court has considered the Motion and is otherwise fully advised in the premises.

The Motion to Seal is **GRANTED.** Plaintiff may file an un-redacted versions of Plaintiff's Motion for Summary Judgment, Statement of Material Facts in Support of Its Motion for Summary Judgment, and *Daubert* Motion, along with exhibits, under seal, and such un-redacted versions and exhibits shall be sealed and shall remain sealed until the conclusion of any direct appeal, at which time the Clerk shall return the un-redacted versions of Plaintiff's Motion for Summary

Judgment, Plaintiff's Statement of Material Facts in Support of Its Motion for Summary Judgment and exhibits, and Plaintiff's *Daubert* Motion and exhibits to Plaintiff's counsel.

DONE AND ORDERED in Chambers at Fort Pierce, Florida, this __ day of _____ 2021.

_____
Aileen M. Cannon
United States District Judge

Copies furnished to:  All Counsel of Record