UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 20-60416-CIV-CANNON/Hunt

**TOCMAIL INC**,

    Plaintiff,

v.

**MICROSOFT CORPORATION**,

    Defendant.
_____/

## ORDER GRANTING MOTION TO SEAL

**THIS CAUSE** is before the Court upon Plaintiff's Consented Motion to File Un-Redacted Exhibits to Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Strike (the "Motion") [ECF No. 83], filed on June 29, 2021. The Court has considered the Motion, the record, and is otherwise fully advised.

It is hereby **ORDERED AND ADJUDGED** that:

1. Plaintiff's Motion [ECF No. 83] is hereby **GRANTED**.

2. Plaintiff may file un-redacted exhibits to Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Strike under seal.

3. The unredacted copies are to be kept under **SEAL** for the duration of the case and **DESTROYED** upon the conclusion of the action.

4. The Parties are on notice that the Court will not be granting future motions to seal in this case absent extraordinary circumstances not heretofore presented. The Court already has granted three separate motions to seal *Daubert* motion briefings and exhibits.

CASE NO. 20-60416-CIV-CANNON/Hunt

**DONE AND ORDERED** in Fort Pierce, Florida this 7th day of July 2021.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record