UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 20-60416-CIV-CANNON/Hunt

TOCMAIL INC,

      Plaintiff,

v.

MICROSOFT CORPORATION,

      Defendant.

_____/

## ORDER DENYING PLAINTIFF'S MOTION TO SEAL

**THIS CAUSE** comes before the Court upon Plaintiff's Consented Motion to File Un-Redacted Versions of plaintiff's Motion For Summary Judgment, Plaintiff's Statement of Material Facts in Support of Its Motion For Summary Judgment, and Plaintiff's *Daubert* Motion, as well as Supporting Exhibits, Under Seal ("Motion") [ECF No. 85].  For the reasons set forth below, Plaintiff's Motion [ECF No. 85] is **DENIED**.

District courts possess "discretion to determine which portions of the record should be placed under seal, but [that] discretion is guided by the presumption of public access to judicial documents." *Perez-Guerrero v. U.S. Att'y Gen.*, 717 F.3d 1224, 1235 (11th Cir. 2013).  "The presumption of openness may be overcome only by an overriding interest based on findings that closure is essential to preserve higher values and is narrowly tailored to serve that interest." *Press-Enter. Co. v. Superior Court of California, Riverside Cty.*, 464 U.S. 501, 510 (1984).  As such, parties seeking to seal court records must set forth a particularized basis for their request and establish that an important right is being undermined by publicity of the records at issue. *See United States v. Sajous*, 749 F. App'x 943, 945 (11th Cir. 2018) (affirming district court's denial

CASE NO. 20-60416-CIV-CANNON/Hunt

of motion to seal because movant failed to provide adequate basis for sealing entries in court docket).

Plaintiff asks this Court to seal Plaintiff's Motion for Summary Judgment, Statement of Material Facts in Support of Its Motion for Summary Judgment, and *Daubert* Motion, along with exhibits [ECF No. 85 ¶3]. Plaintiff explains that it seeks this request to remain consistent with Microsoft's confidentiality designations pursuant to the Agreed Confidentiality Order [ECF No. 36] until the Court can determine the confidentiality of these pages [ECF No. 85 ¶1]. The Court denies this request. The designated documents must be publicly filed absent extraordinary reasons, none of which appear in the Motion. Accordingly, Plaintiff's Motion is **DENIED**. Plaintiff may file these documents with appropriate redactions if necessary.

**DONE AND ORDERED** in Fort Pierce, Florida this 7th day of July 2021.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record