UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60416-CIV- CANNON/HUNT

TOCMAIL INC., a Florida corporation,

      Plaintiff,

v.

MICROSOFT CORPORATION, a
Washington corporation,

      Defendant.
_____/

**PLAINTIFF'S UNOPPOSED MOTION TO FILE VIDEO AND AUDIO EVIDENCE IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT, STATEMENTS OF FACTS AND OTHER SUMMARY JUDGMENT MEMORANDA**

    Plaintiff, TocMail Inc. ("TocMail" or "Plaintiff"), by and through undersigned counsel and without opposition from Defendant, MICROSOFT CORPORATION ("Defendant" or "Microsoft"), hereby respectfully moves for leave to file video and audio files as evidence in support of Plaintiff's Motion for Summary Judgment ("Motion for Summary Judgment") and Statements of Material Facts ("Statement of Fact"), as well as in support of other Summary Judgment Memoranda, and in support thereof states:

    1.    This is a false advertising case regarding various Microsoft promotions. Relevant audio and video files were produced as ESI during discovery in this case, including a Microsoft video that contains one of the subject false advertisements at issue.

    2.    On or before July 9, 2021, Plaintiff intends to file Plaintiff's Motion for Summary Judgment and supporting Statement of Material Facts. In support, Plaintiff intends to cite to certain audio and/or video files produced in discovery in this case, including at least the Microsoft video

that contains a subject false advertisement. That video, and potentially other video and audio files, are highly relevant.

3. Parties are unable to file video and audio files electronically through the Court's CM/ECF filing system. Rather, parties are required to request the Court for an Order to file video and audio files conventionally.

4. Thus, Plaintiff respectfully requests the Court for an Order to permit Plaintiff to file video and/or audio files conventionally via a flash drive or in such other manner as the Court deems appropriate. Plaintiff's request is specifically for its upcoming Motion for Summary Judgment and Statement of Material Facts. However, Plaintiff also requests authorization to file video and audio files in support of other Summary Judgment memoranda, including a Response to any Motion for Summary Judgment filed by Microsoft and Plaintiff's Reply Brief.

WHEREFORE, Plaintiff, TOCMAIL INC, respectfully requests this Court to enter an Order permitting Plaintiff to file video and audio files in support of its Motion for Summary Judgment, Statements of Material Facts and other Summary Judgment memoranda, and for such other and further relief this Court deems just and proper.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), I hereby certify that counsel for the movant conferred with all parties who may be affected by the relief sought in this motion, including counsel for the Defendant, and Defendant does not oppose to the relief sought in this Motion.

                                                /s/Joshua D. Martin
                                                Joshua D. Martin, Esq.

Dated: July 8, 2021                        Respectfully submitted,

                                                By: /s/Joshua D. Martin
                                                Joshua D. Martin
                                                Florida Bar No. 028100

        josh.martin@johnsonmartinlaw.com
        JOHNSON & MARTIN, P.A.
        500 W. Cypress Creek Rd., Suite 430
        Fort Lauderdale, Florida 33309
        Telephone: (954) 790-6699
        Facsimile: (954) 206-0017

*Attorneys for Plaintiff, TocMail Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 8th day of July 2021, I electronically served the foregoing document on all counsel of record on the attached service list via electronic mail.

        By:  /s/ Joshua D. Martin
             Joshua D. Martin

## **SERVICE LIST**

### *TOCMAIL INC. v. MICROSOFT CORPORATION*
### 20-60416-CIV- CANNON/HUNT

**Joshua D. Martin**
E-Mail: josh.martin@johnsonmartinlaw.com
JOHNSON & MARTIN, P.A.
500 W. Cypress Creek Rd.
Suite 430
Fort Lauderdale, Florida 33309
Telephone: (954) 790-6699
Facsimile: (954) 206-0017

**Francisco O. Sanchez**

E-Mail: sanchezo@gtlaw.com
        orizondol@gtlaw.com
**Evelyn A. Cobos**

E-Mail: cobose@gtlaw.com
        FLService@gtlaw.com
GREENBERG TRAURIG, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

**Mary-Olga Lovett** *(admitted pro hac vice)*
E-Mail: lovettm@gtlaw.com
**Rene Trevino** *(admitted pro hac vice)*
E-Mail: trevinor@gtlaw.com
GREENBERG TRAURIG LLC
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 374-3541
Facsimile: (713) 374-3505