**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-60416-CIV- CANNON/HUNT**

TOCMAIL INC., a Florida corporation,

        Plaintiff,

v.

MICROSOFT CORPORATION, a
Washington corporation,

        Defendant.

_____/

**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO FILE VIDEO AND AUDIO EVIDENCE IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT, STATEMENTS OF FACTS AND OTHER SUMMARY JUDGMENT MEMORANDA**

       This matter having come before the Court upon Plaintiff's Unopposed Motion to File Video and Audio Evidence in Support of Its Motion for Summary Judgment, Statements of Facts and other Summary Judgment Memoranda (the "Motion") (ECF No. __), filed herein on July 8, 2021. The Court has considered the Motion and is otherwise fully advised in the premises.

       The Motion is **GRANTED.** Plaintiff may conventionally file video and audio files in support of its Motion for Summary Judgment, Statements of Facts or other Summary Judgment memoranda. All video and audio files being filed shall be identified by exhibit number in the appropriate Statement of Facts and submitted on a flash drive to Chambers via US Mail or other appropriate courier or shipping service.

       DONE AND ORDERED in Chambers at Fort Pierce, Florida, this __ day of _____ 2021.

                                              _____
                                              Aileen M. Cannon
                                              United States District Judge

Copies furnished to:  All Counsel of Record