UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 0:20-cv-60416-CANNON/HUNT

TOCMAIL INC., a Florida corporation,

    Plaintiff,

v.

MICROSOFT CORPORATION, a Washington corporation,

    Defendant.

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO FILE UNDER SEAL EXHIBITS TO THE PARTIES' JOINT STATEMENT OF UNDISPUTED FACTS

**THIS CAUSE** is before the Court upon Defendant Microsoft Corporation's ("Microsoft") Unopposed Motion to File Under Seal Exhibits to the Parties' Joint Statement of Undisputed Facts (the "Motion"). The Court has carefully considered the Motion, and is otherwise advised in the premises.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. Defendant's Motion is hereby **GRANTED**.

2. Defendant shall file unredacted copies of Exhibits 3 and 4 to the Parties' Joint Statement of Undisputed Facts, under seal.

**DONE** and **ORDERED** in Chambers, in Fort Pierce, Florida this _____ day of June 2021.

                                              UNITED STATES DISTRICT JUDGE

cc: Counsel of Record