UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 0:20-cv-60416-CANNON/HUNT

TOCMAIL INC., a Florida corporation,

    Plaintiff,

v.

MICROSOFT CORPORATION, a Washington corporation,

    Defendant.

## JOINT STATEMENT OF UNDISPUTED FACTS

Pursuant to the Second Amended Scheduling Order [ECF No. 61], Plaintiff TocMail, Inc. ("TocMail") and Defendant Microsoft Corporation ("Microsoft") respectfully set forth the following facts about which there is no material dispute:

1.    Microsoft's Safe Links is a cybersecurity feature incorporated within a cloud-based email filtering service that was originally named "Advanced Threat Protection" ("ATP") but was recently renamed "Microsoft Defender for Office 365" ("Defender") (referred to herein interchangeably as "ATP" or "Defender"). *See* ATP Product Guide, TOCMAIL_00005145 at 48 ("**Exhibit 1**"); ECF No. 42 ("Am. Compl.") ¶ 57; Deposition of Jason Rogers dated March 17, 2021 ("**Exhibit 2**") at 10:11-14; Deposition of Microsoft Corporate Representative Jason Rogers dated March 16, 2021 ("**Exhibit 3**") at 13:9-21.

2.    The Safe Links feature was made available in 2015. **Exhibit 3** at 12:25-13:8; Am. Compl. ¶ 64.

3.    Safe Links is not a stand-alone product and therefore cannot be purchased on its own. Customers obtain access to Safe Links when they purchase ATP as a separate add-on service

to Office 365 or purchase an Office 365 suite that includes ATP. Deposition of Microsoft's Corporate Representative Kathryn Griffith dated March 23, 2021 ("**Exhibit 4**") at 9:5-17; Am. Compl. ¶ 57; ECF Nos. 42-3, 42-5 at p. 84.

4. On December 12, 2019, TocMail's product was first made available. TocMail's Second Amended Response to Microsoft's First Set of Interrogatories ("**Exhibit 5**") at Response No. 1; Am. Compl. ¶ 90.

Dated: July 9, 2021

Respectfully submitted,

*/s/ Evelyn A. Cobos*
Evelyn A. Cobos

**GREENBERG TRAURIG, LLP**
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 374-3541
Facsimile:  (713) 374-3505
MARY-OLGA LOVETT
Email: lovettm@gtlaw.com

**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile:  (305) 579-0717
FRANCISCO O. SANCHEZ
Florida Bar No. 598445
Email: sanchezo@gtlaw.com
orizondol@gtlaw.com
EVELYN A. COBOS
Florida Bar No. 092310
Email: cobose@gtlaw.com
         FLService@gtlaw.com

*Attorneys for Microsoft Corporation*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of July, the foregoing document is being served this day on all counsel of record on the service list via electronic mail.

/s/ *Evelyn A. Cobos*
EVELYN A. COBOS

**SERVICE LIST**

JOHNSON & MARTIN, P.A.
Joshua D. Martin
500 W. Cypress Creek Rd., Suite 430
Ft. Lauderdale, FL 33602
Tel: (954) 790-6699
Fax: (954) 206-0017
Email: josh.martin@johnsonmartinlaw.com

*Attorneys for Plaintiff*