# EXHIBIT 2

CONFIDENTIAL

Page 1

1              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA

2

                  CASE NO. 0:20-CV-60416-AMC

3

4    TOCMAIL INC., a Florida
     corporation,

5

                  Plaintiff,

6

     vs.

7

     MICROSOFT CORPORATION, a

8    Washington corporation,

9                 Defendant.

10   _____/

11

                            March 17, 2021

12                          12:04 p.m. - 6:20 p.m.

13

14

           VIDEOTAPED DEPOSITION OF JASON ROGERS

15

           TAKEN VIA ZOOM TELECONFERENCE

16

17

18       Taken on behalf of the Defendant before

19   Alice J. Teslicko, RMR, Notary Public in and for the

20   State of Florida at Large, pursuant to an Amended

21   Notice of Taking Video-Taped Deposition in the above

22   cause.

23

24

25

CONFIDENTIAL



```
 1    ███████████████████████████████████

 █    ███████████████████████████████████

 █    ████████████████████████████████████

 █    ████████████████████████████████████

 █    ███████████████████████

 █         █    █████████████████████    ██████████████

 █         █████

 █         █    █████████████

 █         █    ██████████████    █████████████████

 █    █████

11         A    Microsoft Defender for Office 365.  So

12    that's the -- when we talk about OATP, it's gone

13    through a number of name changes.  So the latest name

14    is MDO.

15         █    ███████████████████████████████████████

 █         █    ██████

 █         █    █████████████

 █         █    █████████████████████

 █    ████████████████████████████████████████

 █    ██████████████████████████████████████

 █    ████████████████████████████████████

 █    ██████████████████████████

 █         █    ████████████████████████████████████

 █    ██████████████████████████████████████

 █    ███████████
```