# EXHIBIT 3

```
                                                              Page 1

 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2
 3         Civil Action No. 20-60416-CIV- CANNON/HUNT
 4
 5    TOCMAIL INC., a Florida
      corporation,
 6
                    Plaintiff,
 7
      -vs-
 8
      MICROSOFT CORPORATION, a
 9    Washington corporation,
10                  Defendant.
      _____/
11
12
                    VIDEOTAPED DEPOSITION OF
13                       JASON ROGERS
                 TAKEN PURSUANT TO RULE 30(b)(6)
14
15
                   Tuesday, March 16, 2021
16                   12:06 p.m. - 2:39 p.m.
17
18
                       By videoconference
19
20
21
22
23
24
                   Stenographically Reported By:
25                   Dianelis Hernandez, FPR
```

Page 12



1 ▮

25   Q.   The title of the article says, "Introducing

Page 13

1  Exchange Online Advanced Threat Protection."  So is it
2  fair to say that Exchange Online and Advanced Threat
3  Protection was introduced around April 2015?
4       A.   Yes, I believe the actual GA date, the
5  general availability date, was, I want to say, May 31,
6  2015.  So this would have been slightly in advance of it
7  being generally available.  It was probably on public
8  preview when this was launched or when this was written.
9       Q.   Was Exchange online Advanced Threat
10  Protection later renamed to Office 365 Advanced Threat
11  Protection?
12       A.   Yes, it was.  And now it's actually
13  referred to as MDO, Microsoft Defender for Office 365 is
14  the current name.
15       Q.   Do you know when it was changed to
16  Microsoft Defender for Office 365?
17       A.   It was just this past year.
18       Q.   So today if I refer to OATP, would you
19  understand that to mean all three of those different
20  names?
21       A.   Yes, that's certainly fine.
22  ███████████ ███ ████████████████
   ███████████
   █ █████████████████████████████████
   ████████████████████████████████