# EXHIBIT 4

CONFIDENTIAL

Page 1

```
 1            UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
 2
 3        Civil Action No. 20-60416-CIV-CANNON/HUNT
 4
 5   TOCMAIL INC., a Florida
     corporation,
 6
                  Plaintiff,
 7
     -vs-
 8
     MICROSOFT CORPORATION, a
 9   Washington corporation,
10                Defendant.
     _____/
11
12                      CONFIDENTIAL
                   VIDEOTAPED DEPOSITION OF
13                     KATHRYN GRIFFITH
                  TAKEN PURSUANT TO RULE 30(b)(6)
14
15
                   Tuesday, March 23, 2021
16                 12:00 p.m. - 12:42 p.m.
17
18                  By videoconference
19
20
21
22
23           Stenographically Reported By:
                Dianelis Hernandez, FPR
24
25
```

Veritext Legal Solutions
800-726-7007                                            305-376-8800

Page 9

1  █████████████████ █████████████████████████
   ████████████████████████████████
   ██ ████ ████████████████████████
   █████████████
5       A.   We collected standalone revenue related to
6  office Advanced Threat Protection as well as products
7  that contained Office Advanced Threat Protection.
8       ██ ████████████████████████
   █████████████████████████████████████
   █████████████████████████████
   ██ █████████████████████████████
12 two sets, either where Microsoft was receiving revenue
13 for the standalone transaction of OATP or where it was
14 sold as part of a suite and you would have the revenue
15 attributable to that suite.  ██████████████████
   ████████████████████████████████
   █████████████████████
   ██ █████████████████████████████
   ████████
   ██ ███████
   ██ ██████████████████████
   ██ ██████████████████████████
   █████████████████████████ ██████████
   █████████████████████████████████
   ██████