# EXHIBIT 2

# Microsoft Ignite



# Understand how Microsoft protects you against Spoof, Phish, Malware, and Spam emails

Jason Rogers & Isabella Lubin
Program Managers on O365

 Microsoft

# E-Mail Threats – By the numbers

*Your users' productivity and security is more challenged than ever by different types of attacks.*

## 80 Billion

**Inbound Messages to Office365 in 1 month – only 31% core business mails**

## 55 Billion

**Spam and Bulk mails that could have crowded users' mailboxes**

## Malware ↑ 600%

**Volume of malware targeting O365 has increased 600% in the past year**

# Multi-layered Protection

# Spam Protection

## Attackers are sending more spam than ever

- New Feature:

  - **Zero-Hour Auto Purge** moves spam identified after delivery from Inbox to junk for hosted users

  - **ZAP** is enabled by default for all hosted mailboxes but can be disabled by admins.



# Types of Phishing E-Mails

*Phishing relies on various forms of deception in an attempt to coerce adverse action from a recipient.*

| Scams | Brand Spoofing | IT Phishing | Spear Phishing |
|---|---|---|---|

**Widespread**
**Generic**
**Value in aggregate**

**Targeted user / org**
**Customized / personalized**
**High impact / value**

| Content Analysis | Client UX | Anti-Spoofing | ATP | R&D |
|---|---|---|---|---|
| • Fingerprint clustering<br>• Content ML models<br>• URL reputation | • Safety Tips in OWA<br>• Safety Tips inserted directly into message | • Email authentication methods (SPF, DKIM, DMARC)<br>• **EOP anti-spoofing protection** | • Safe attachments<br>• Safe links<br>• Threat intelligence | • Leveraging communication history for signs of impersonation<br>• Implicit authentication |





# Antispoofing Protection

```
HELO
MAIL FROM: mailer@o365marketing.com
RCPT TO: customers@o365marketing.com
data

    From: "Satya Nadela" <satyan@microsoft.com>
    To: "Office 365 Customers"
    Subject: Office 365 Security& Compliance
    ...
```

SMTP protocol allows one domain to send on behalf of another – this is called "Spoofing":

- Spoofing is sometimes legitimate but can also be exploited for phishing

**Office 365 antispoofing protection** detects fraudulent spoofing of customer domains even if the domains don't have proper authentication configured.

7



# Demo: Anti-Spoof Protection and Safety Tips



# Safety Tips



Wed 9/21/2016 11:49 AM

Satya Nadella <satyan@microsoft.com>

**End of fiscal**

To    Isabella Lubin

Retention Policy    JunkMail (30 days)                                    Expires    Never

Report Suspicious Email

This sender failed our fraud detection checks and may not be who they appear to be. Learn about spoofing

Isabella, can you send the final fiscal numbers? I'm mobile, so send as attachment.

...e suspicious or unsafe.

...fe.

This message is from a trusted sender.

A gray Safety Tip indicates the message was not filtered for spam because the sender is considered safe by the organization or user.

Your organization marked this message as safe, so it wasn't filtered for spam.

9



# Evolving Threat Space

- Malware volumes are on the rise.

- Most attacks in email are Trojans with secondary payload downloaded later.

- Campaigns are highly morphed and use obfuscation and evasion techniques to avoid detection.







# ATP: built into Office 365

Edge Block

AV Scanners

Reputation Blocking

Heuristic Clustering

ATP Safe Attachments

Antispam Phish Spoof

ATP Safe Links

# Preventing advanced attacks



O365 Edge

```
sender ip: 10.2.1.1
sender: badguy@malicious.com
recipient: goodguy@contoso.com
internal reputation: bad
external reputation: bad
```

Internet

# Preventing advanced attacks

## Signature AV Scans



## Reputation Block



# Preventing advanced attacks

## Heuristic Clustering



## ATP Safe Attachments



## Sandbox

memory scan                          registry

obfuscation                          network

evasion                              C2 server

encryption                           file I/O

# Preventing advanced attacks



Anti-Spam/Phish/Spoof Filters                    fe Links

Safe Links Server

Fingerprinting    Content Filters
Clustering       Analyst Rules
URL Reputation   Spoof Detection
Sender Rep       Block Lists

To: gopi@contoso.com

Check out this URL.

Target Server

# Preventing advanced attacks



# Defense in depth



# The future of false positives/negatives



Organization Allow / Block

- Empower admins to block or allow specific URLs or files for their organization.
- Will provide an early signal to O365 that an FP or FN is impacting customers.

- Release malware caught mail to the recipient or an admin mailbox for further investigation.

False Positives
False Negatives

Malware Quarantine

O365 Submissions

- Easily submit files, urls, or messages to O365 as spam, malware, phish, etc...
- Get admin feedback on the status of your submissions.

# ATP vs. 3rd Party Solutions

- The EOP/ATP filtering pipeline offers world class malware protection.

- ATP is built in to EOP.  Setup takes less than a minute.

- ATP will protect more than just email.

- Microsoft is uniquely positioned to respond to the evolving threat space.



**O365 Catch After 3rd Party Filtering (192 tenants sampled)**



# SOLID PROTECTION DEMOS



## Dynamic Email Delivery
Receive every email immediately.  Safe Attachments scanning occurs in the background and email attachments become automatically available when we know the attachments are safe.



## Linked Content Detonation
Merging the technologies behind Safe Links and Safe Attachments to provide full sandbox protection for content pointed to by links in emails.



# Expanding Advanced Threat Protection





# FULL SUITE SOLUTION DEMOS



## Safe Attachments in SharePoint Online
Extending the protection of Safe Attachments to files stored in SharePoint Online.



## Safe Links in Office Clients
Native integration of Safe Links in Office 2016 clients will provide time of click protection, even inside of documents.



# Office 365 Information Protection Sessions

| CODE | SESSION |
| --- | --- |
| THR2190 | Secure your sensitive email with Office 365 message encryption |
| THR1003 | Take control of your security and compliance with Office 365 |
| THR2007 | Fight back with Office 365 Advanced Threat Protection and Threat Intel |
| BRK3018 | Take control of your security and compliance with Office 365 |
| THR3007 | Protect your sensitive information with Office 365 Data Loss Prevention |
| BRK3249 | Gain visibility and control with Office 365 Advanced Security Management |
| BRK3016 | Take control of your data with intelligent data governance in Office 365 |
| BRK2035 | Learn about Office 365 Advanced Threat Protection |
| BRK3021 | Protect your sensitive information with Office 365 Data Loss Prevention |
| THR2006 | Get an edge over attackers – what you need to know about email threats |
| BRK4001 | Customize and tune Microsoft Office 365 Data Loss Prevention |
| BRK3015 | Reduce costs and challenges with Office 365 eDiscovery and Analytics |
| THR3009 | Understand how Microsoft protects you against Spoof, Phish, Malware, and Spam emails |
| BRK3017 | Monitor and investigate actions taken on your data with Office 365 Auditing and Insights |
| THR3008 | Gain visibility and control with Office 365 Advanced Security Management |
| BRK3023 | Understand how Microsoft protects you against Spoof, Phish, Malware, and Spam emails |
| BRK3024 | Build security and compliance solutions using Office 365 security and compliance APIs |