# EXHIBIT 3

THR2007R

# Fight back with advancements in Office 365 Advanced Threat Protection

Phil Newman & Jason Rogers
Program Manager on O365



# Evolving Threat Space

- Malware volumes are on the rise.

- Most attacks in email are Trojans with secondary payload downloaded later.

- Campaigns are highly morphed and use obfuscation and evasion techniques to avoid detection.





# ATP: built into Office 365

- Edge Block
- AV Scanners
- Reputation Blocking
- Heuristic Clustering
- ATP Safe Attachments
- Antispam Phish Spoof
- ATP Safe Links

# Preventing advanced attacks

ATP Safe Attachments



Sandbox

| | |
|---|---|
| memory scan | registry |
| obfuscation | network |
| evasion | C2 server |
| encryption | file I/O |

# Preventing advanced attacks






# HOW TO SETUP ATP DEMO



### Basic setup of Safe Attachments and Safe Links
Enabling ATP for your tenant is fast and easy.



### Advanced setup using Exchange Transport Rules
Exclude Safe Attachments or Safe Links using Exchange Transport Rules and the skip headers:
- X-MS-Exchange-Organization-SkipSafeAttachmentProcessing
- X-MS-Exchange-Organization-SkipSafeLinksProcessing





# Want to learn more about ATP…

**BRK3023** - **Understand how Microsoft protects you against Spoof, Phish, Malware, and Spam emails**

Thursday
Sidney Marcus Auditorium
2:15 PM - 3:30 PM

Learn how Microsoft Office 365 protects its customers against rapidly growing Spoof, Phish, Malware and Spam attacks. Get actionable insights for InfoSec as well as Mail Admins - into How to harden your protection against undesirable emails by setting up the right configurations and email routing.

© 2016 Microsoft Corporation. All rights reserved.



# Please evaluate this session
Your feedback is important to us!



From your PC or Tablet visit MyIgnite at
http://myignite.microsoft.com

From your phone download and use the Ignite Mobile App by scanning the QR code above or visiting https://aka.ms/ignite.mobileapp



© 2016 Microsoft Corporation. All rights reserved.