# EXHIBIT 5

Page 1

1                  UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA
2
3              CASE NO. 20-60416-CIV- CANNON/HUNT
4
5    TOCMAIL INC., a Florida
     corporation,
6
                       Plaintiff,
7
     -vs-
8
     MICROSOFT CORPORATION, a
9    Washington corporation,
10                     Defendant.
     _____/
11
12
13                 VIDEOTAPED DEPOSITION OF
                          AMAR PATEL
14
15
16              Wednesday, March 10, 2021
                 12:02 p.m. - 8:58 p.m.
17
18
                      By videoconference
19
20
21
22
23
24              Stenographically Reported By:
                  Dianelis Hernandez, FPR
25

Page 2

```
 1    APPEARANCES:

 2

 3    On behalf of the Plaintiff:
          JOHNSON & MARTIN, P.A.
 4        500 W. Cypress Creek Road
          Suite 430
 5        Fort Lauderdale, Florida 33309
          954-790-6699
 6        BY: Joshua D. Martin, Esquire via videoconference
          josh.martin@johnsonmartinlaw.com
 7

 8

      On behalf of the Defendant:
 9        GREENBERG TRAURIG, LLC
          1000 Louisiana Street
10        Suite 1700
          Houston, Texas 77002
11        713-374-3541
          BY: Mary-Olga Lovett, Esquire via videoconference
12        lovettm@gtlaw.com

13

14

      VIDEOGRAPHER:    Edan Cope
15
      ALSO PRESENT:    Michael Wood
16                     Aaron Wolke
                       Rachel Hymel
17                     Evie Cobos

18

19

20

21

22

23

24

25
```

Page 3

```
 1                     INDEX OF PROCEEDINGS
 2    WITNESS                                    PAGE
      AMAR PATEL
 3    DIRECT EXAMINATION BY MR. MARTIN              5
 4    CERTIFICATE OF OATH                         238
      CERTIFICATE OF REPORTER                     239
 5    READ & SIGN LETTER TO WITNESS               240
      ERRATA SHEET                                241
 6
 7
                        PLAINTIFF EXHIBITS
 8    EXHIBIT            DESCRIPTION              PAGE
      Exhibit 1    Expert disclosures             14
 9    Exhibit 2    PowerPoint presentation        24
      Exhibit 3    E-mail chain                   32
10    Exhibit 4    E-mail chain                   42
      Exhibit 5    Expert report                  46
11    Exhibit 6    Sonar phish anti-evasion update 49
      Exhibit 7    E-mail chain                   63
12    Exhibit 8    10/11/2016 E-mail              66
      Exhibit 9    PowerPoint presentation        67
13    Exhibit 10   3/10/2017 E-mail               81
      Exhibit 11   PowerPoint presentation        81
14    Exhibit 12   E-mail chain                   85
      Exhibit 13   E-mail chain                   91
15    Exhibit 14   Bosh discussion prep           99
      Exhibit 15   PowerPoint presentation       111
16    Exhibit 16   E-mail chain                  117
      Exhibit 17   E-mail chain                  133
17    Exhibit 18   E-mail chain                  146
      Exhibit 19   Hypothetical example          157
18    Exhibit 20   Targeted PDF                  167
      Exhibit 21   8/21/2018 E-mail              179
19    Exhibit 22   4/27/2020 E-mail              181
      Exhibit 23   PowerPoint presentation       182
20    Exhibit 24   3/13/2019 E-mail              194
      Exhibit 25   PowerPoint presentation       194
21    Exhibit 26   Appendix                      203
      Exhibit 27   E-mail chain                  208
22    Exhibit 28   PowerPoint presentation       225
23
24
25
```

Page 15

1    BY MR. MARTIN:

2         Q.    So if you look in that first paragraph, it

3    said that Microsoft identifies and discloses Jason Rogers

4    and Amar Patel, employees of Microsoft, as persons who

5    may be used at trial to present evidence of Rules 702,

6    703 or 705 of the Federal Rules of Evidence.

7              Did you know that Microsoft has disclosed

8    you as someone that may provide evidence that would be

9    considered expert evidence at trial?

10        A.    Yes.

11             MS. LOVETT:  Amar, yeah, that's fine.  I

12             caution you that if you know any of that because

13             you discussed it Microsoft lawyers or anybody in

14             the Microsoft inhouse team, I don't want you to

15             discuss any content of those conversations.  I

16             think you've answered the question, though.

17   BY MR. MARTIN:

18        Q.    Yeah, and I'm not looking for any of that.

19             So just to clarify for the record, you

20   said, yes, you were aware?

21        A.    Yes.

22             MR. MARTIN:  Aaron, can you scroll to

23             page 3, please.

24   BY MR. MARTIN:

25        Q.    Okay.  Here is where it says that Microsoft

Page 20

1    most commonly observed cyberthreats?

2            A.    Yes.

3            Q.    And you said that that started around 2015,

4    2016?

5            A.    We observed phishing scaling up in the

6    2017, sort of the -- I would say December, January and

7    then going into -- December, January 2000 -- January 2017

8    and the escalating in the year 2017.

9            Q.    Do you know when did Microsoft first start

10   seeing phishing in any capacity?

11           A.    I don't know the answer to that.

12           Q.    The next sentence there says, "he will

13   explain how Safe Links was developed."  Can you please

14   explain how Safe Links was developed?

15           A.    Yeah.  So Safe Links was originally

16   created --

17                 MS. LOVETT:  I'm going to object to

18           vagueness of the question.  I'm sorry.

19                 But, Mr. Patel, go ahead and do your best.

20                 THE WITNESS:  Okay.

21           A.    So Safe Links was originally created as a

22   reputation service where we used a reputation server to

23   evaluate links clicked on by users who receive links

24   within Microsoft mail, Office 365 mail.  It eventually

25   evolved as the sort of state or the art -- attacker state

```
                                                  Page 23
 1         A.    Well, the -- would you mind if I clarify a
 2   little bit?
 3         Q.    Sure.
 4         A.    When we think about observed cyberattack,
 5   in my context a cyberattack is -- there is a difference
 6   between -- what a cyberattack is and the tactics used to
 7   conduct these cyberattacks.  A cyberattack can be a
 8   phishing attack or it can be a ransomware attack or it
 9   can be what's referred to as advance persistent threat
10   where an attacker is trying to gain a foothold in some
11   kind of corporate infrastructure.  And so these are what
12   we think about as cyberattacks.
13              When we think about this network evasion we
14   think of that as a tactic where the attacker is trying to
15   use a technique in order to increase the likelihood of
16   success in their attack.  And so I just wanted to be
17   clear on the language.  Commonly cyberattacks today
18   include phishing attacks, you know, ransomware attacks,
19   more targeted attacks on infrastructure to gain foothold.
20   But a common -- a tactic that we have observed that is
21   used today is network evasion.  And, yes, you can say
22   it's a common tactic.
23         Q.    So I mean, would you call network evasion
24   an attack vector?
25         A.    I would say -- I would call network evasion
```

1  a tactic for evading detection for an -- a tactic an

2  attacker uses to evade security products.  That's how I

3  would refer to it.

4          Q.   Okay.  So regarding the statement here,

5  "Mr. Patel will opine that network evasion is not the

6  most commonly observed cyberattack," would you change the

7  wording of that in any way?

8          A.   I think the wording is fine.  I think

9  what's stated here is accurate, but I'm just trying to

10  clarify, you know, how I think about the problems.  You

11  are asking me my opinion, but I think the way it's stated

12  here is fine.

13          Q.   Okay.  What cyberattacks would be more

14  common sitting here in 2021 than network evasion?

15          A.   Well, phishing is a type of cyberattack

16  that is very common today.

17          Q.   Is it the most common?

18          A.   Phishing I would say it's most common, yes.

19              MR. MARTIN:  Aaron, can you pull MICROSOFT

20          42251, please?

21              (Plaintiff's No. 2 was marked for

22          identification.)

23  BY MR. MARTIN:

24          Q.   Okay.  This is what we are marking as

25  Exhibit 2 to your deposition today.  Have you seen this

```
 1    what that means?
 2          A.    No, I think that's exactly -- my
 3    explanation prior is -- was saying exactly that.  I guess
 4    I was a little bit more brief in that bullet point.
 5          Q.    So how are attackers able to show malicious
 6    URL payloads in a target region and clean elsewhere?
 7          A.    They are able to understand what region the
 8    recipients are in based on the visits to their website.
 9          Q.    Okay.  Number 2 there, "in the past ATP
10    FN'd because we would cache a clean verdict and apply the
11    reputation globally."  Just from yesterday, ATP means
12    Advanced Threat Protection, correct?
13          A.    Yes.
14          Q.    And FN means false negative?
15          A.    Yes.
16          Q.    And, again, can you just refresh what is a
17    false negative?
18          A.    A false negative is a situation where we
19    rendered a clean verdict on something that was actually
20    bad.
21          Q.    And what's a false positive?
22          A.    That's when you render a bad verdict on
23    something that's actually clean.
24          Q.    So going back to that Number 2, so why did
25    that happen in the past?  Why did caching a clean verdict
```

Page 31

1    and applying reputation globally cause false negatives

2    for ATP?

3             A.     Because of bullet Number 1.

4             Q.     Because hackers were able to show the

5    malicious URL payloads in the target region and clean

6    elsewhere?

7             A.     Yes.

8             Q.     When did you first learn that geo -- that

9    attackers were using geo evasion to cause ATP false

10   negatives?

11            A.     In terms of phishing?

12            Q.     Yeah.

13            A.     In terms of phishing, this initially, I

14   believe, we reported this out in the June time frame.

15   The work for this -- the specification work, I believe,

16   for this feature started in the May 2018 time frame.  So

17   you know, sometime in the first quarter, second quarter

18   of 2018 we were seeing geo distributed FNs associated

19   with bullet Number 1, and that motivated the work that

20   culminated in the release of this feature.

21            Q.     Okay.  So and that was with respect to

22   phishing.  What about with anything else, when did

23   attacker -- when did you first note that attackers were

24   using geo evasion to cause ATP false negatives?

25            A.     We observed attackers using geo evasion

Page 36

```
 1    identity protection where we can actually identify a
 2    anomalous activity on that user's account and then enable
 3    that -- notify and enable the user to reset their account
 4    so no harm can be done.
 5            Q.    Okay.  Specifically with respect to Sonar,
 6    which is referenced here, so geo evasion was able to
 7    bypass it here in 2020?
 8            A.    That's what this says, yeah.
 9                  MR. MARTIN:  Aaron, can you scroll up?
10            Keep going up.  Hold on.  Right there.  Stop.
11    BY MR. MARTIN:
12            Q.    Okay.  And right there in the -- it's in
13    the middle of the page.  Again, that's from Mr. Partyka
14    on February 20, 2020 at 7:53 a.m.; do you see that?
15            A.    Yes.
16            Q.    Okay.  And it was to you and some others at
17    Microsoft, correct?
18            A.    Correct.
19            Q.    Do you see under "past due:  Invoice"
20    there, do you see where it says the second bullet point,
21    "site is using geo evasion so Sonar returned always good
22    verdict even at the time of click or after submission."
23    Do you see that?
24            A.    I do.
25            Q.    And we said earlier, what is the verdict
```

Page 37

1   again?

2          A.    A verdict is just the determination from

3   Sonar whether it thought the website -- the link was good

4   or bad.

5          Q.    Okay.  So a good verdict means the link was

6   good?

7          A.    The good verdict means that at the time we

8   evaluated that URL we determined it was clean.  The

9   reason why I'm making that clarification is URLs can be

10  submitted to detonation so we may see the same URL

11  multiple times and we may render a different verdict at a

12  different time.

13         Q.    Okay.  And what is -- it goes on to say,

14  "even at the time of click."  What is time of click?

15         A.    Time of click is when Safe Links is enabled

16  for a customer and the user clicks on a link in the mail,

17  and at that time of click the link is then routed to the

18  detonation service.

19         Q.    Okay.  So what does it mean that Sonar --

20  where it says here, "Sonar returned always good verdict

21  even at the time of click or after submission?"

22         A.    Let me see here.  I'm just trying to find

23  that sentence again.

24         Q.    Yeah.  Right next to where Aaron's arrow is

25  on the bullet point.

1   Microsoft as to why these IP ranges were out there.

2   Certainly, I was curious myself, obviously.

3        Q.    So are the IP ranges for EOP and Sonar

4   still publicly available today?

5        A.    I don't know the answer to that.

6        Q.    So this e-mail was in October of 2018, do

7   you know if they were made public or updated at any point

8   after that?

9        A.    I don't know.

10       Q.    Now, when you were just in that answer a

11  second ago, you mentioned colleagues, and I want to be

12  clear I'm never going to ask you to disclose anything --

13  any communication you've had with attorneys, but if --

14  when you say the words colleagues, if you are not

15  referring to your attorneys, what colleagues did you

16  speak with regarding this?

17       A.    Yeah, I don't recall their names, but I was

18  referred to folks in the exchange organization who had

19  knowledge of why these IP addresses were available to the

20  public.

21            They also educated me at that time -- well,

22  they also reminded me that IP address information is

23  public information already.  And, you know, attackers

24  could easily get this information on their own as well

25  through, you know, IP look up services and things like

Page 50

1       A.      Which bullet is it?

2       Q.      The third bullet point.

3       A.      Yes.

4       Q.      Okay.  So how does routing traffic through

5   anonymous proxy services combat Microsoft IP evasion?

6       A.      Sure.  So just to refresh when we think

7   about IP evasion, IP evasion is where an attacker is

8   choosing to show the recipient of the link that they had

9   sent a website based on where they are coming from, what

10  IP ranges they are coming from.  And so in this case when

11  we would say Microsoft IP evasion the attacker is

12  Microsoft's IP ranges and then deciding based on that

13  information to show them, you know, Site B versus Site A,

14  for example.

15              In this case if we are able to route our

16  traffic through non-Microsoft IP ranges we have the

17  ability to show the attacker a set of IP ranges that are

18  not associated with Microsoft.

19      Q.      Okay.  Can you explain so how would that

20  combat Microsoft IP evasion?

21      A.      So if attacker is deciding to show a bad

22  payload based on Microsoft IP ranges and they see

23  non-Microsoft IP ranges then we have the opportunity to

24  see that bad payload during the detonation process.

25      Q.      Okay.  The bullet point right above that

```
                                              Page 81
 1   slide are two different things.  They are not the same
 2   thing --
 3             Q.    Okay.
 4             A.    -- first of all.  And then can you just
 5   repeat your question?
 6             Q.    Yeah.  So can attackers use IP evasion to
 7   hide malicious content from other cybersecurity vendors,
 8   not just Microsoft?
 9             A.    Yes.
10             MR. MARTIN:  Aaron, will you pull up 42010.
11             (Plaintiff's No. 10 was marked for
12             identification.)
13   BY MR. MARTIN:
14             Q.    Okay.  This is an e-mail from you dated
15   March 10, 2017, correct?
16             A.    Yes.
17             Q.    And it has an attachment?
18             A.    Yes, it does.
19             Q.    Okay.  And this is Exhibit 10.
20             MR. MARTIN:  Aaron, can you go ahead and
21             now pull up 42011?
22             (Plaintiff's No. 11 was marked for
23             identification.)
24   BY MR. MARTIN:
25             Q.    This is TechReady 24, was this the
```

1    URL, but that URL isn't recognized as an URL in the body

2    of the e-mail when the recipient receives it.  That's

3    what I'm reading here.

4             And so if -- what that means is if text in

5    the body of the e-mail is only recognized as text instead

6    of an URL, it won't be clickable.  And so what can happen

7    is a user can cut and paste that text into a browser and

8    visit it as opposed to clicking on it.  It wouldn't be

9    clickable in the mail but they might cut and paste it and

10   directly put in the address bar of the browser.

11            So if we don't recognize text as an URL in

12   an e-mail for Office 365 then it doesn't become

13   clickable, and in order to trigger Safe Links a user has

14   to first click on a link.

15       Q.    Well, under the result there, it says,

16   "therefore, the protection is evaded and the victim is

17   able to click on the link without Safe Links."  It seems

18   like there was a link there for them to click on.

19       A.    Yeah, I don't know if I can conclude that

20   because what they are saying here, if you note in the

21   result section, the first sentence, "Safe Links does not

22   detect some of the URLs in the mail."

23            And Safe Links does not -- is not meant to

24   detect URLs in the mail.  The mail itself, the Office 365

25   mail client is supposed to detect whether a string of

Page 98

```
 1   used which is easily attributable to Microsoft."  So why
 2   is an IP address range used which is easily attributable
 3   to Microsoft?
 4           A.    So we have a Microsoft service and we route
 5   our traffic out Microsoft IP ranges, that's a fact.  For
 6   the vast majority of services, you know, in Microsoft
 7   that's perfectly fine.  Because we discovered and also
 8   know about this idea of where an attacker will attempt to
 9   evade detection by identifying Microsoft's IP ranges and
10   serve a different payload, we introduced IP Anonymization
11   to address that situation.
12              And so, again, the reason why I was asking
13   above.
14              THE WITNESS:  If we can scroll up in the
15          mail, please.
16          A.    In regards to that comment I didn't know
17   what they had turned on, and that's why I asked are they
18   running their entire -- our entire security stack?  Is
19   Safe Links turned on?  Is safe attachments turned on?
20   It's not just one switch that turns everything on.  You
21   actually have to configure the services to turn on the
22   different protections and select for whom.
23              I think you'll notice in the mail that the
24   person indicated, you know, they did it for a small group
25   of users.  So we weren't sure, you know, what was turned
```

```
 1              A.    There are situations where an attacker will
 2     identify Microsoft's IP ranges and then decide to serve a
 3     different kind of website.  They may serve Website B
 4     instead of Website A.  And so in situations where
 5     attackers are trying to determine what kind of web pages
 6     to serve a user we use Proxify as a way to route
 7     detonation traffic out non-Microsoft IP ranges.
 8              Q.    So what is its purpose?
 9              A.    The purpose of Proxify is to provide a
10     mechanism to route our detonation traffic out of
11     non-Microsoft IP ranges.
12              Q.    And what is Proxify?
13              A.    Can you be more specific in your question?
14              Q.    Yeah.  What is Proxify?  I mean, what
15     exactly is it?
16              A.    It's a company that provides a service for
17     routing traffic.
18              Q.    For routing IP traffic?
19              A.    For routing internet, outbound internet
20     traffic.
21                   MR. MARTIN:  Okay.  So if you keep
22              scrolling there, Aaron, there is a chart there
23              that says Proxify effectiveness.
24     BY MR. MARTIN:
25              Q.    What exactly is this showing?
```

Page 145

1  some of our trade secrets.  We don't necessarily -- let
2  me put it in a different way.
3          We don't actually have to determine if we
4  get a 200 OK or not 200 OK to determine if we should
5  route a link clicked to Proxify.  We don't actually need
6  to know whether it's 200 OK or non-200 OK to route an URL
7  clicked through Proxify today.
8      Q.    Okay.  So you are saying the status code is
9  no longer the criteria that's used to determine whether
10 URLs are routed through Proxify?
11     A.    Status code is used.  We still use the
12 non-200 OK and non-zero, but we have added a new approach
13 where we do not need to know the status code to route.
14     Q.    And that's how you are saying that some 200
15 status code would actually be routed through Proxify?
16     A.    That's right.  I don't -- you know, I don't
17 know, but I assume that given the volume we are talking
18 about some of them will be 200 OK.  I think it's safe to
19 say that.
20     Q.    Okay.  So when did that new criteria start
21 where it was more than just non-200 and non-zero response
22 code being routed through Proxify?
23     A.    You know, we have been working on it for
24 I'd say six to eight months, and recently rolled out,
25 probably near the beginning of this year or -- I'd say in

Page 146

1    this quarter.

2         Q.    Okay.  So and I don't want to misstate what

3    you are saying.  So where this says here, "we currently

4    route only non-200 and non-zero response code unscrambled

5    URLs to Proxify," that was the old way and that was up

6    through maybe Q1 of this year, and now there is a new

7    criteria where some 200 status code could get routed

8    through Proxify?

9         A.    Yeah.  You know, we have evolved our

10   techniques.  We have identified new novel ways to do this

11   routing so we have been working on developing that

12   technology last year and we've now been able to get it in

13   production earlier this year.

14              MR. MARTIN:  Okay.  Aaron, can you pull up

15        58185?

16              (Plaintiff's No. 18 was marked for

17        identification.)

18   BY MR. MARTIN:

19         Q.    Okay.  This is an e-mail chain.  The first

20   e-mail there is April 16, 2020; do you see that?

21         A.    Yes.

22              MR. MARTIN:  Okay.  Aaron go down to -- and

23        this is Exhibit 18 -- go down to 58188.  You can

24        keep going down.

25

1   oversimplifying for sake of example -- the attacker will

2   be able to see that.  So we haven't really helped

3   ourselves in addressing the problem.  That's why it's

4   better to be selective where you are not making drastic

5   changes to the system where they are completely

6   noticeable and traceable.

7          Q.    Okay.  So you are saying you can't route

8   100 percent through Proxify because of what you just

9   explained, attackers will catch on?

10         A.    Yeah.  My sentiment in 5(c)(iii), Number 1,

11  the IP can't route, is this idea that if you change

12  behavior wholesale it is noticeable and the attackers

13  will notice that.  And so by doing that we are actually

14  doing ourselves harm by indicating to the attacker a

15  telegraphing move, as they say.

16         Q.    What does black list mean?

17         A.    Black list is -- you can interpret this in

18  a couple of ways.  If you recall in the other exhibit

19  that we had discussed there was a piece of malware that

20  had names of, you know, different companies where they

21  said, hey, if traffic originates from these companies do

22  something else.  The concept here is the same, where if

23  an attacker notices the entire body of traffic moves from

24  one range to another range they will simply conclude that

25  new range is where all the traffic is coming from and

Page 150

1   evade that particular range of IPs, because we basically

2   told them that we changed our IP ranges based on

3   behavior.

4           Q.   Okay.  So if you routed -- if you routed

5   100 percent through Proxify attackers then would black

6   list them?

7           A.   Attackers may assume that, okay, Microsoft

8   just changed its IP ranges to these other set of IP

9   ranges so I'm going to assume it's Microsoft and do the

10  same kind of IP evasion on those ranges too.

11          Q.   So would attackers black listing IP

12  addressing -- black listing Proxify IP addresses result

13  in an increase or decrease of Safe Links' effectiveness?

14          A.   Can you repeat the question?

15          Q.   Yes.  Would attackers black listing Proxify

16  IP addresses result in a increase or decrease in Safe

17  Links' effectiveness?

18               MS. LOVETT:  Objection.  Assumes facts not

19          in evidence.

20               You may answer.

21          A.   It's hard to say, and the reason why it's

22  hard to say is I can't predict what an attacker will do.

23  And the reason I'm saying that is this company Proxify,

24  we are not its only customer.  And so if an attacker

25  chose to do such a thing then they would render, you

Page 152

1    threats, you know.  And we call that a single point of

2    failure in the security world.

3                 In general, we don't want to have a single

4    point of failure because if you are, you know, hinging on

5    one thing going right 100 percent of the time, you know,

6    we know just based on human experience that's not a wise

7    thing to do.  And so that's why we have these different

8    layers of protection, which I mentioned prior, like the

9    time travel, like the identity protection, like heuristic

10   clustering, the types of technology we use if there is a

11   compromise.  And so it doesn't necessarily mean that we

12   are not going to catch attacks that are employing IP

13   evasion.

14         Q.    Could an attacker black list both Microsoft

15   IP addresses and Proxify IP addresses to redirect safe

16   Safe Links to a benign site every time Safe Links

17   connects to the site?

18         A.    An attacker can choose to black list

19   anyone.

20         Q.    Yeah.  So if -- can an attacker black list

21   both Microsoft IP addresses and Proxify IP addresses to

22   redirect Safe Links to a benign site every time Safe

23   Links connects?

24         A.    They could choose to do that, but if they

25   did that they are telling us something about them.  You

```
 1              THE WITNESS:  I'm sorry.  Go ahead.
 2              MS. LOVETT:   The objection is
 3         mischaracterizes testimony.  Go ahead.
 4         A.    The detonation service sends get requests
 5    to -- so we can evaluate the pages as the user would see
 6    it.  Regarding Safe Links, the portion of Safe Links that
 7    are not the detonation service I do not know if they do
 8    head requests.  I don't recall that information.
 9    BY MR. MARTIN:
10         Q.    Okay.  And you said Sonar is the
11    detonation?
12         A.    Yes.  Sonar is a detonation service.  It is
13    its own service.
14         Q.    Okay.
15         A.    But it is a feature of Safe Links.
16         Q.    Okay.  So let's rephrase it then using
17    Sonar.  Again, this is in 2020, if Safe
18    Links connected -- I'm sorry, we are replacing Safe Links
19    to Sonar.  If Sonar connected to the attacker's web page,
20    where would Sonar had been redirected to in this example?
21         A.    If an attacker was using IP evasion where
22    Sonar attempted to use that web page and that attacker
23    determined that our traffic was coming from Microsoft IP
24    ranges and that attacker wanted to show Website B instead
25    of Website A, as an example, that could be possible.
```

Page 163

1        Q.    I'm sorry, just to clarify, what could be
2    possible?
3        A.    So again, just going back to our definition
4    of IP evasion, an attacker can create a link where when
5    Sonar visits that link the attacker can determine the IP
6    ranges of our visit.  If they decide, if they determine
7    our visit from Sonar detonation is coming from
8    Microsoft's IP range they can choose to use that
9    information to display whatever web page they wish to.
10       Q.    So in that situation the Sonar would be
11   redirected to a phishing site in this example?
12       A.    If that's what the attacker wanted to do
13   then it's a possibility, yeah.
14       Q.    Is that the case of even though Microsoft
15   used IP Anonymization in 2020?
16       A.    Is what the case?
17       Q.    That the attacker could -- would be -- that
18   it would be redirected to the phishing site doing IP
19   evasion as you mentioned, could that be the case even
20   though Microsoft did IP Anonymization in 2020?
21       A.    The purpose of using anonymization
22   infrastructure was to be able to show ranges that are not
23   attributed to Microsoft so that if an attacker was
24   looking for Microsoft attributed IP ranges they would not
25   see that and we would have the opportunity to do, as you

Page 165

1   think that's exactly what we are discussing in your

2   example.  I believe I'm answering your question.

3          Q.    Okay.  So earlier we were talking about how

4   the IP Anonymization was used only whenever an URL

5   returned a non-200 status code, correct?

6          A.    Yes, non-200 or non-zero.

7          Q.    Yes.  And so in this example the URL

8   returned a 200 OK status code.  So in this case the URL

9   would not have been redirected to Proxify, correct?

10         A.    It's possible it may not have been in that

11  case, yes.  But again, as I've said previously when we

12  see new and emerging threats and new behavior we will

13  evolve our technology to advance the state of the art.

14  You can think of them as bug or new feature requests.

15         And as I noted we wanted to enable the

16  ability to route the traffic that you mentioned, you

17  know, traffic such as 200 OK, and as I've testified

18  previously, we have been developing that's technology for

19  some time and we've actually rolled that technology out.

20  And so, you know, our work is never done.  You can't sort

21  of take a point in time and decide that's how we approach

22  problems because the attack landscape doesn't work that

23  way, you know, and neither do we.

24         Obviously, our health monitoring systems,

25  the feedback we get back from customer, the red teams

1   that technology and make it work correctly.

2               And so as you noted, it may not have been

3   available when we started, but certainly it is available,

4   and we knew about it, and we were evolving the technology

5   to advance the state of the art.  And that's what I

6   wanted to clarify.

7          Q.   Okay.  I appreciate that.

8               So just so I'm understanding so while

9   things were in the works in 2020, this URL in this

10  example would not have been routed through Proxify

11  because it returned a 200 OK status, correct?

12         A.   If an URL -- when we first launched IP

13  anonymization, if an URL gave us a 200 OK we would not

14  have routed to Proxify as noted by the documentation we

15  reviewed previously where the -- it was stated we used

16  non-200 OK, non-zero.  And subsequently we changes that

17  criteria as we have discussed prior.

18              MR. MARTIN:  Aaron, can you show the

19         targeted PDF?

20              (Plaintiff's No. 20 was marked for

21         identification.)

22  BY MR. MARTIN:

23         Q.   Okay.  Looking at another example here.  In

24  this case the hypothetical target company has an internet

25  address of 172.217.0.132; do you see that?

1              MS. LOVETT:  I'm going to object to the

2         incomplete hypothetical.  Go ahead.

3         A.    I'm not sure what the question is here.

4    Sorry, I guess I -- my okay was, okay, I heard what you

5    said.  I wasn't answering your question.  I'm still

6    trying to figure out what the question here is.

7    BY MR. MARTIN:

8         Q.    Yeah.  There is no question, we were just

9    going through it to see if you understood what this is

10   indicating.

11             So my question is:  In this hypothetical

12   would the web age redirect Safe Links to paypal.com every

13   time Safe Links connects to the web page?

14        A.    I think we covered this in the prior

15   example.  An attacker can decide to route a visitor to

16   whatever web page they wish by looking at the inbound IP

17   range, originating IP ranges.  Those IP ranges could be

18   Microsoft IP ranges in the prior example.

19             So an attacker, again, can evaluate from

20   what origin a visitor is coming from, determine its IP

21   address, and then decide what page to show that person.

22   That's a common functionality today for benign use, and

23   it's certainly a way attackers conduct attacks.

24        Q.    Okay.  Yes, so this is the targeted

25   specific tenant or user that we discussed earlier today,

Page 189

1   in an e-mail and I have Zscaler as my outbound network

2   routing to the internet, and an attacker is looking for

3   those Zscaler IP ranges to decide whether or not to show

4   a clean or bad payload, and the fact they see those

5   ranges they are going to show a clean payload, well, in

6   that case the user only sees the benign payload and they

7   are protected.

8          Q.   Okay.  So are those expected outcomes

9   because Sonar and the customer are accessing the internet

10  through the same IP ranges?

11         A.   No.  The outcome, the potential flaw is a

12  benefit, Item Number 1 has nothing to do with Sonar

13  detonation service or Microsoft.

14         Q.   Okay.  In this scenario, in these

15  scenarios, would Sonar or the customer be accessing the

16  same IP addresses?

17         A.   It's possible.  If we were able to

18  collaborate to Zscaler to route our detonation traffic

19  out the Zscaler IP ranges then we would be using those

20  same outbound IP ranges.

21         Q.   Okay.  So in that case the customer and

22  Sonar would be accessing the internet through the same IP

23  addresses?

24         A.   The same Zscaler IP ranges.

25         Q.   Okay.  And was this hypothesis, was Zscaler

Page 196

1   You can think of it as the forensic analysis to kind of

2   figure out what happened.

3          Q.    Okay.  So this user got compromised, and

4   this is basically, you called it a forensic analysis of

5   identifying how she got compromised?

6          A.    Yeah, how she was lured to sharing or

7   credentials on a phishing site, just to be precise.

8          Q.    Okay.  In the box there is -- so there is a

9   snapshot, I guess, on the e-mail and right below that

10  there is a box that says, "long time network message ID

11  URL domain."  So you see that?

12         A.    Yes.

13         Q.    And at the very last column there it says,

14  "URL action."  Do you see that?

15         A.    Yes.

16         Q.    And underneath it, it says, "redirect to

17  original URL."  What does that mean?

18         A.    So the box, if you notice the callout box

19  in the red, she only clicked on one URL in the previous

20  seven days, it was not known to be bad, and a click

21  through was allowed.  It means that when the user clicked

22  on the URL, that user was allowed to pass through and

23  visit the URL.

24         Q.    Okay.  That's why it says, "redirect to

25  original URL?"

Page 238

1                         CERTIFICATE OF OATH

2

3        THE STATE OF FLORIDA )

4        COUNTY OF PALM BEACH )

5

6

7                         I, the undersigned authority, certify that

8

9        Amar Patel appeared remotely before me and was duly sworn

10

11       on the 10th day of March, 2021.

12

13                         Signed this 14th day of March, 2021.

14

15

16

17

18

19

20

21       _____

22       Dianelis Hernandez, FPR

23       Notary Public - State of Florida

24       My Commission No. GG136887

25       My Commission Expires: 9/23/2021

Page 239

1                   CERTIFICATE OF REPORTER

2

3        THE STATE OF FLORIDA )

4        COUNTY OF PALM BEACH )

5

6                    I, Dianelis Hernandez, Florida

7        Professional Reporter, certify that I was authorized to

8        and did stenographically report the deposition of Amar

9        Patel remotely, pages 1 through 237; that a review of the

10       transcript was requested; and that the transcript is a

11       true and complete record of my stenographic notes.

12                    I further certify that I am not a

13       relative, employee, attorney, or counsel of any of the

14       parties, nor am I a relative or employee of any of the

15       parties' attorney or counsel connected with the action,

16       nor am I financially interested in the action.

17

18                    DATED this 14th day of March, 2021.

19

20

21

22

23

24       _____

25                    Dianelis Hernandez, FPR