# EXHIBIT 6

Page 1

1                UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF FLORIDA
2
              Case No. 20-60416-CIV-CANNON/HUNT
3
4
   TOCMAIL INC., a Florida
5  corporation,
6                    Plaintiff,
7  -vs-
8  MICROSOFT CORPORATION, a
   Washington corporation,
9
                     Defendant.
10 _____/
11
12            VIDEOTAPED DEPOSITION OF
                      AMAR PATEL
13         TAKEN PURSUANT TO RULE 30(b)(6)
14
15            Tuesday, March 9, 2021
              12:07 p.m. - 6:07 p.m.
16
17
                 By videoconference
18
19
20
21
22
23
24         Stenographically Reported By:
              Dianelis Hernandez, FPR
25

```
                                                     Page 2

 1    APPEARANCES:
 2
 3    On behalf of the Plaintiff:
          JOHNSON & MARTIN, P.A.
 4        500 W. Cypress Creek Road
          Suite 430
 5        Fort Lauderdale, Florida 33309
          954-790-6699
 6        BY: Joshua D. Martin, Esquire via videoconference
          josh.martin@johnsonmartinlaw.com
 7
 8
      On behalf of the Defendant:
 9        GREENBERG TRAURIG, LLC
          1000 Louisiana Street
10        Suite 1700
          Houston, Texas 77002
11        713-374-3541
          BY: Mary-Olga Lovett, Esquire via videoconference
12        BY: Rene Trevino, Esquire via videoconference
          lovettm@gtlaw.com
13
14
      VIDEOGRAPHER:  Edan Cope
15
16
      ALSO PRESENT:  Michael Wood
17                   Rachel Hymel
                     Cameron Roth
18                   Aaron Wolke
19
20
21
22
23
24
25
```

Page 3

```
 1                    INDEX OF PROCEEDINGS
 2    WITNESS                                          PAGE
      AMAR PATEL
 3    DIRECT EXAMINATION BY MR. MARTIN                    5
 4    CERTIFICATE OF OATH                               173
      CERTIFICATE OF REPORTER                           174
 5    READ & SIGN LETTER TO WITNESS                     175
      ERRATA SHEET                                      176
 6

                      PLAINTIFF EXHIBITS
 7    EXHIBIT            DESCRIPTION                    PAGE
      Exhibit 1    Deposition notice                      7
 8    Exhibit 2    PowerPoint                            43
      Exhibit 3    10/15/2020 E-mail                     50
 9    Exhibit 4    6/20/2016 E-mail                      56
      Exhibit 5    Microsoft presentation                62
10    Exhibit 6    E-mail chain                          77
      Exhibit 7    Sonar Phish Anti-Evasion Update       78
11                 report
      Exhibit 8    3/19/2018 E-mail                     103
12    Exhibit 9    Article                              105
      Exhibit 10   E-mail chain                         107
13    Exhibit 11   E-mail chain                         118
      Exhibit 12   Attachment to e-mail                 123
14
15
16
17
18
19
20
21
22
23
24
25
```

1    that is part of Advanced Threat Protection, ATP.

2           Q.    How does it work exactly?

3           A.    So when a user receives an e-mail,

4    oftentimes they will receive e-mails that might be

5    phishing e-mails, and in those phishing e-mails there can

6    be a URL, a link to a website.  When a user will click on

7    that link with Safe Links protection turned on that link

8    will then be evaluated by what's called a reputation

9    service, which is a part of Safe Links.

10                And you can think of that as a list of URLs

11   that are known to be bad.  And if that list of URLs, if

12   the link that was clicked matches then the user will be

13   prevented from visiting that URL.

14                The second piece of the solution includes

15   the detonation service.  And so there are times where we

16   will also route a user's click on a URL to my detonation

17   that my team builds after the reputation check is

18   completed, and that detonation service will also do some

19   analysis to then determine if that service is good or

20   bad -- excuse me, the URL was good or bad.

21           Q.    So it has two parts, the reputation service

22   and detonation service; is there anything else?

23           A.    There is the reputation service.  There is

24   the detonation service.  Those are the two primary

25   components.

1          A.     Yes, sir.

2          Q.     What is evasion?

3          A.     Evasion is a situation where an attacker

4     will try to be deceptive where they will try to pull

5     protection measures into thinking that their attempt is

6     benign in order to circumvent any kind of prevention

7     measures that would prevent a piece of e-mail, for

8     example, from reaching an end user.

9          Q.     Are there different types of evasion?

10         A.     Yes.

11         Q.     Can you -- let's start with this, what are

12    the different types of evasion that you are aware of?

13         A.     There is IP evasion or network evasion;

14    otherwise referred to as network evasion.  Geo evasion.

15    There can be human interaction based evasion.

16         Q.     Any others?

17         A.     There can be sandbox evasion.  And I think

18    those sort of encompasses a large group of categories

19    associated with that top.

20         Q.     Okay.  Let's start with IP evasion.  You

21    said IP evasion and network evasion are the same thing?

22         A.     We use those terms interchangeably, yes.

23         Q.     And what is IP evasion?

24         A.     Essentially, an attacker will try to

25    understand the IP ranges from which you are visiting your

Page 20

1    referring to the website; is that what you mean?

2           A.    I use the word payload because they could

3    be serving a file.  So links can link to files as well.

4    So payload could be a document or it could be a website.

5    And that's why I was using the word payload.

6           Q.    So next one you said was Geo evasion, what

7    is Geo evasion?

8           A.    Geo evasion is similar in concept to IP

9    evasion except for the attacker is looking for the

10   visiting geography or locale.  So if the user is coming

11   from the U.S., for example, you know, maybe they will

12   show the user a malicious site, but if the user is coming

13   from the UK, for example, they may show the user a benign

14   site.

15          Q.    Third one, human interaction evasion, what

16   is that?

17          A.    An attacker may put user interface elements

18   in between the bad website and the user, and the idea is

19   for the user to try solve or click on elements of that

20   user interface.

21          Q.    So that's -- is that the same thing as user

22   interphase evasion?

23          A.    We call it human interaction evasion

24   because it could be a button or it could be a CAPTCHA

25   where the site is trying to determine if you are a

Page 21

1    machine or a person.

2         Q.   Okay.  And then the fourth one you said was

3    sandbox evasion, sandbox, what is sandbox evasion?

4         A.   Attackers will try to see if they are

5    inside an emulated or simulated environment.

6         Q.   What kind of simulated environment are you

7    referring to?

8         A.   As a part of the detonation service we

9    evaluate content inside of what's called a virtual

10   machine.  It's an environment created to mimic a victim

11   machine.  And so an attacker will try to see if they are

12   inside of that kind of environment.

13        Q.   Are you familiar with the term cloaking?

14        A.   Not before these proceedings.

15        Q.   Is it your understanding that cloaking

16   refers to the same thing as evasion now based on what

17   you've learned from these proceedings?

18        A.   I don't know how cloaking has -- I'm not

19   sure what that term means.  The term that I'm familiar

20   with is network evasion.

21        Q.   If I refer to cloaking today throughout the

22   deposition will you know that I'm using that

23   interchangeably with the word evasion?

24        A.   I would -- for -- to be accurate I would

25   use the term network evasion or IP evasion.

 1          A.    We do forensic analysis on our attacks and

 2     we can identify if an attack exhibited IP evasion.

 3          Q.    When did IP evasion become a known threat?

 4          A.    Can you repeat the question?

 5          Q.    Yeah.  Sure.  When did Microsoft first

 6     become aware of IP evasion as a known threat?

 7          A.    As a part of the work I've done in the

 8     detonation service we became aware of IP evasion becoming

 9     more prevalent as a technique, I would say, in the 2018

10     time frame when it was becoming more of a problem for

11     customers.

12          Q.    Were you aware of it at all before 2018 and

13     then it just became more prevalent in 2018 or was 2018

14     the first time that Microsoft really became aware of it?

15          A.    It was a technique used prior to that time

16     frame, but it wasn't the most serious set of problems

17     that were -- that we were concerned about in regards to

18     protecting customers.

19          Q.    What is reputation block?

20          A.    A reputation block is a situation where you

21     identify known threats and then you take that knowledge

22     and put it inside of a service -- you can think of it as

23     memory -- where you can evaluate that reputation service

24     to compare something you see today to see if that URL is

25     actually noted inside of the reputation service.  And if

Page 25

```
 1    there is a match then you can take an action based on
 2    that match.
 3            Q.    Does it provide effective protection
 4    against IP evasion?
 5            A.    It can.
 6            Q.    Okay.  Can you explain how?
 7            A.    So given that threats are constantly, you
 8    know, changing and evolving, and also given the fact that
 9    attackers will use the same URL and send it to a wide
10    range of customers of Microsoft, once we identify a
11    threat it becomes a known threat.  And if that threat,
12    that URL, employs evasion and if we have it in the
13    reputation cache we can actually prevent that URL from
14    being delivered to users without having to evaluate it.
15            Q.    Okay.  So it would be effective when it's
16    been used before, when the attack has been used before,
17    it's, as you've said, stored in memory, that's when
18    reputation block would be effective against IP evasion?
19            A.    That's right.  There are other --
20            Q.    When -- sorry.  Go ahead.
21            A.    Go ahead and ask your question.
22            Q.    When did Safe Links start using reputation
23    block?
24            A.    Reputation block was a part of the original
25    feature set for Safe Links.
```

Page 37

1    advance the state of the art.

2         Q.    What is time-of-click detonation?

3         A.    Time-of-click detonation is a part of Safe

4    Links.  And so if a user clicks on a link in a mail they

5    receive, a reputation check is performed, and if the

6    reputation check doesn't yield bad the URL then will be

7    routed to the detonation service where we will then

8    evaluate the URL with the detonation service itself.

9         Q.    So what is -- the detonation service checks

10   the content in URL?

11        A.    So what the detonation service does is when

12   we receive a link we will follow that link to the

13   website, and then we'll do a couple of things.  We'll try

14   to look at the page as if a human eye would.  Human eyes

15   are very good at identifying things that are fake or

16   real, and so we built technology to look at that page as

17   if a human eye would.

18             We also know attackers can make small

19   changes in websites when they are trying to create a fake

20   website that are imperceptible to the human eye.  So we

21   use computer vision and other techniques to identify

22   changes that can't be perceived easily to then determine

23   if that website is good or bad.

24        Q.    Does it provide effective protection

25   against IP evasion?

1        A.     Detonation enables us to catch attacks that

2   employ IP evasion.

3        Q.     And how so?

4        A.     We have different techniques that we can

5   use.  If the website -- if we have essentially

6   fingerprint for the characteristics of the website itself

7   we can train machine learning models to recognize these

8   websites and enable us to block them.  We also have the

9   ability to route the traffic out non-Microsoft IP ranges

10  and be able to show the traffic instead of IP ranges that

11  don't belong in Microsoft.

12       Q.     And what's the difference between linked

13  content detonation and time-of-click detonation?

14       A.     Time-of-click detonation is a sequencing

15  difference.  One is a threat type and one is a feature.

16  Time-of-click detonation is a feature of Safe Links for

17  when you enable Safe Links part of receiving that

18  capability includes the idea that when a user will click

19  on a link we will route the link to detonation as a part

20  of the check.

21              Linked content detonation is an attack, is

22  a type of attack where instead of showing the user a

23  website the attacker will link the URL to a some kind of

24  document.

25       Q.     What is time of click, what does that mean?

Page 47

```
 1          A.     Not to my recollection.
 2          Q.     Is there anyone at Microsoft who would know
 3     the answer to that for sure?
 4          A.     I mean --
 5                 MS. LOVETT:  If you know.
 6          A.     I don't know who that would be.
 7                 MS. LOVETT:  Counsel, just to move it
 8          along, I believe Mr. Rogers can address that in
 9          more detail.
10     BY MR. MARTIN:
11          Q.     Do you know then if Safe Links and EOP have
12     the same IP addresses?
13          A.     I don't know the answer to that one.
14                 MR. MARTIN:  Aaron, can you go to 10,
15          please?
16     BY MR. MARTIN:
17          Q.     Okay.  So this says, Advanced Threat
18     Protection URL detonation.  I know we talked a little bit
19     about detonation, but what is URL detonation?
20          A.     So URL detonation is a protection measure
21     where when a user receives a link inside of an e-mail or
22     URL, I'll use link and URL interchangeably, and they
23     chick on that link we have the ability to visit that URL
24     as a part of our detonation service.  And the detonation
25     services is essentially a sandbox environment designed to
```

Page 51

1    BY MR. MARTIN:

2         Q.    What does C and E mean?

3         A.    It just means cloud and enterprise.  There

4    is a different Amar Patel in the company so we use these

5    little monikers to differentiate us.

6         Q.    I'm sorry, I couldn't hear you, you said

7    cloud?

8         A.    Cloud and enterprise.  It was just

9    referring to name of our division.  Today our division is

10   now called cloud and AI.

11              MR. MARTIN:  Aaron, can you scroll down to

12        35564?  Keep going down.  Okay.  Right there.

13   BY MR. MARTIN:

14        Q.    Right there it says, "Sonar is part of

15   Office 365 ATP," right there in the center of that

16   e-mail.  What is Sonar?

17        A.    Sonar is an internal name that refers to

18   our detonation service.

19        Q.    Does it do anything other than detonation?

20        A.    No.

21        Q.    So when Microsoft refers to URL detonation,

22   is that also referring to Sonar?

23        A.    Yes.

24        Q.    Does Sonar update the reputation server

25   that Safe Links uses?

1       A.      We provide -- Sonar provides verdicts and

2  we provide that information to the ATP reputation

3  service, and we do update the reputation service with the

4  verdicts that we -- an example would be a bad verdict on

5  URL.  We do update those servers.

6       Q.      So if Sonar was to conclude that a

7  malicious URL is safe, would Safe Links also identify

8  that malicious URL as being safe?

9       A.      Can you just repeat the question?

10      Q.      Yeah.  If Sonar were to conclude that a

11 malicious URL was safe, would Safe Links also identify

12 that URL as safe?

13      A.      Not necessarily, it just depends on how we

14 update those servers.

15      Q.      Okay.  Can you give me a situation in which

16 it would -- where Sonar would conclude that a malicious

17 URL is safe but then Safe Links would not identify it as

18 safe?

19      A.      So example of that would be we have this

20 ability to identify false -- essentially, a false

21 positive -- excuse me, a false negative.  What you are

22 referring to is a situation that we call false negative

23 where we make a determination that a URL is actually

24 clean, but it's actually bad.  We have technology in our

25 systems to reevaluate the verdicts that we render for

```
 1              mind scrolling up so I can read the -- it's just
 2              helpful to get the context.  I'm just reading.
 3              Okay.  Thank you.
 4                   MR. MARTIN:  Okay.  Scroll down, Aaron.
 5    BY MR. MARTIN:
 6              Q.   Okay.  So there we say -- you said on
 7    January 5th, the AUS data centers have spiked and it
 8    appears it's due to Safe Links' URL detonation, is this
 9    expected?"  Do you see that?
10              A.   I do see that.
11              Q.   What are AUS data centers?
12              A.   AUS is just an acronym for Australia.
13              Q.   Okay.  And where you say, "Safe Links URL
14    detonation," is that referring to Sonar's URL detonation
15    we have been discussing?
16              A.   That's right.
17                   MR. MARTIN:  Aaron, would you pull 42450?
18    BY MR. MARTIN:
19              Q.   This is a document titled "Sonar Phish
20    Anti-Evasion Update," dated September 12, 2018; have you
21    seen this document?
22                   (Plaintiff's No. 7 was marked for
23              identification.)
24              A.   If you are able to scroll to the body I can
25    better understand if I've seen it before.  Yes.
```

Page 79

1  BY MR. MARTIN:

2          Q.    Okay.  What is this document?

3          A.    This document is describing the various

4  evasion threats that we have been observing in this time

5  frame, and outlines some of the observations, some of the

6  testing, and some of the recommendations.

7          Q.    Do you know who created it?

8          A.    Yes.

9          Q.    Who created it?

10         A.    A person in my team.

11         Q.    Who is that?

12         A.    Her name is Swaroopa, and I also

13  collaborated with her on this document.

14         Q.    Okay.  On the first page it said that the

15  document was created on September 12, 2018; does that

16  date sound correct?

17         A.    Yes.

18         Q.    Okay.  So earlier you mentioned that you

19  first started seeing IP evasion as being highly prevalent

20  around 2018, correct?

21         A.    We've seen -- we've known IP evasion has

22  been a problem.  It hasn't been the most serious problem.

23  In this time frame when phishing attacks started

24  escalating we saw this technique starting to be used in

25  this time frame.

                                                    Page 132

 1   number one is not network evasion?

 2          A.    A redirection can be associated with a

 3   human/machine validation evasion.  So a redirection

 4   doesn't necessarily equate to network evasion.  A

 5   website -- an attacker could put redirections for

 6   different reasons.

 7                For example, if they are targeting a

 8   particular geo, they may choose -- based on the geo where

 9   the user is coming from they may redirect the user to a

10   website of their choosing.  So if I'm coming, you know,

11   I'm visiting a site from the U.S. they could decide to

12   redirect my traffic to Website A, but if I'm coming from

13   the UK they can choose to redirect my traffic to Website

14   B.  And so the fact that there is a redirect doesn't

15   necessarily mean it's IP evasion.  IP evasion employs

16   redirection so that's a true statement.

17          Q.    So it could be IP evasion?

18          A.    IP evasion does employ redirection, that's

19   correct.

20          Q.    Okay.  And at the end of her sentence there

21   she specifically says, "due to network or time-based

22   evasion," correct?

23          A.    I'm just reading the sentence.  She is

24   making the observation that in situations where there are

25   redirects where we didn't, you know, where we did not

Page 133

1    necessarily get the precise or the full redirect there

2    can be instances where the root cause for that false

3    negative could have been network or time-based evasion as

4    she's written.  She said network or time based.

5            Q.    Okay.  So is a gap in IP Anonymization a

6    gap in Sonar security?

7            A.    I'm not sure I understand.

8            Q.    Would you equate if there is a gap -- she

9    says the word gap.  If there is a gap in IP

10   Anonymization, does that equate to there being a gap in

11   Sonar evasion?

12               MS. LOVETT:  Objection.  Assumes facts not

13           in evidence.

14           A.    What Swaroopa is pointing out is one of

15   the -- when we write documents like this, she is trying

16   to be very objective, you know.  We ask our team members

17   to be -- have humility, to just represent the facts and

18   not be defensive, right, because we are trying to protect

19   our customers.  And so when we identify problems we want

20   to just plainly state what the problem is so that we can

21   then all understand it and then decide how we tackle it

22   together for the benefit for our customers.

23               And so what she is trying to express here

24   is the fact that, yes, we do see false negatives.  Yes,

25   we do see situations where redirection occurs.  And, yes,

Page 134

1   those false negatives associated with URLs that have

2   redirection can be network or time-based evasion as she's

3   written right there.

4   BY MR. MARTIN:

5          Q.    And would those cause a gap in Sonar

6   security?

7          A.    If we are unable --

8                MS. LOVETT:  Objection.  Assumes -- hang

9          on, Amar.  Assumes facts not in evidence.

10               You may answer.

11               THE WITNESS:  Thank you.

12         A.    If we see a gap in our protection we try to

13  identify and discover those gaps through the health

14  monitoring systems we have, the red teams, the hackers we

15  hire, the customer reports that we get.  You know, a lot

16  of times we also discover bugs in our system.  And so,

17  you know, we use that signal to improve the product.  We

18  don't guarantee that we are going to provide 100 percent

19  protection, but we do ensure that we take every step we

20  can to identify bugs in our system, problems, and

21  continue to evolve the state of the art in terms of

22  threat protection.

23  BY MR. MARTIN:

24         Q.    So at the time this document was created or

25  I guess sent to you via e-mail in May 2020, did Microsoft

Page 173

1                    CERTIFICATE OF OATH

2

3        THE STATE OF FLORIDA )

4        COUNTY OF PALM BEACH )

5

6

7                        I, the undersigned authority, certify that

8

9        Amar Patel appeared remotely before me and was duly sworn

10

11       on the 9th day of March, 2021.

12

13                    Signed this 12th day of March, 2021.

14

15

16

17

18

19

20

21

22              Dianelis Hernandez, FPR

23              Notary Public - State of Florida

24              My Commission No. GG136887

25              My Commission Expires: 9/23/2021

Page 174

1                    CERTIFICATE OF REPORTER

2

3          THE STATE OF FLORIDA )

4          COUNTY OF PALM BEACH )

5

6                    I, Dianelis Hernandez, Florida

7     Professional Reporter, certify that I was authorized to

8     and did stenographically report the deposition of Amar

9     Patel, pages 1 through 172; that a review of the

10    transcript was requested; and that the transcript is a

11    true and complete record of my stenographic notes.

12                    I further certify that I am not a

13    relative, employee, attorney, or counsel of any of the

14    parties, nor am I a relative or employee of any of the

15    parties' attorney or counsel connected with the action,

16    nor am I financially interested in the action.

17

18                    DATED this 12th day of March, 2021.

19

20

21

22

23

24

25                    Dianelis Hernandez, FPR