# EXHIBIT 7

**PageVault**

| | |
|---|---|
| Document title: | Create a page URL - Commerce \| Dynamics 365 \| Microsoft Docs |
| Capture URL: | https://docs.microsoft.com/en-us/dynamics365/commerce/create-page-url |
| Captured site IP: | 104.86.81.75 |
| Page loaded at (UTC): | Thu, 08 Jul 2021 11:28:08 GMT |
| Capture timestamp (UTC): | Thu, 08 Jul 2021 11:28:34 GMT |
| Capture tool: | v7.9.1 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | 7435bab4-823f-4487-a760-64e2f2aa8cf9 |
| User: | jmlaw-jcooper |

PDF REFERENCE #:    6Lqkmc7FxdmPfWT5A3HEYr

Microsoft | Docs    Documentation   Learn   Q&A   Code Samples

Dynamics 365    Get Dynamics 365    Release plans    Support    Regional availability    Trust Center    AppSource

Dynamics 365 / Dynamics 365 Commerce / Manage your e-commerce site / Manage your site content / Site navigation / Create a page URL

- Dynamics 365 Commerce
  - Dynamics 365 Commerce home page
  - Get started
  - Architectural overview
  - Set up your channels
  - Merchandising your products and services
  - Manage your orders
  - Manage your customers
  - Manage your financials
  - Manage worker tasks
  - Manage your e-commerce site
    - E-commerce site overview
    - Create an e-commerce site
    - Sample site overview
    - Manage your site settings
    - Manage your site content
      - Ways to add content
      - Page model glossary
      - Document states and lifecycle
      - Work with publish groups
      - Enable and use cross-channel sharing
      - Brand your site and add store details
      - Modules
      - Fragments
      - Templates
      - Pages
      - Site navigation
        - Customize site navigation
        - **Create a page URL**
    - Manage digital assets
    - Make your site compliant
    - Module library
    - Search
    - Reporting
    - Experimentation
    - Error handling
  - Fraud protection
  - B2B e-commerce
  - Monitoring and analysis
  - Globalization
  - Reporting and Power BI integrations
  - Electronic reporting
  - Finance and Operations (Dynamics 365) mobile app
  - Office integration
  - Organization administration
  - Extensibility
  - Troubleshooting
- Finance and Operations apps development and administration
- Dynamics 365 Finance
- Dynamics 365 Supply Chain Management

# Create a page URL

10/01/2019 • 3 minutes to read

This topic covers the basic concepts and procedures for creating a page URL on your site.

The full, or absolute, URL that points to a page on your site consists of distinct parts. For example, the URL `https://www.contoso.com/en-us/contactus` has the following parts:

- `https://www.contoso.com` – The HTTP protocol and the site's domain.
- `/en-us` – The site's language path.
- `/contactus` – The relative URL for the **Contact Us** page. A relative URL is also known as a URL *slug*.

You establish your site's domain and optional language path when you set up the site. You can add more domains and language paths to your site through the online stores page in the site's settings.

The URL slug for a page exists as a standalone entity in the site authoring environment. A page URL consists of two parts: a name that represents the URL slug, and a pointer to a page on either your site or an external site. A page URL can also be configured to act as a redirect to another page on either your site or an external site.

## Create a page URL

There are two ways to create page URLs:

- Automatically, when you create a page
- Manually, from the **URLs** page

### Create a page URL when you create a page

If you provide a name in the **URL** field when you create a new page, a page URL that points to that page is automatically created on the **URLs** page. After you publish the URL and the page that it points to, site users (your customers) can access the page that is associated with the URL.

> ⓘ Note
>
> If you publish a URL without publishing the page that it points to, site users receive a 404 error when they try to access the page. If you publish a page without publishing the URL that points to it, the page can't be accessed by using a URL.

### Manually create a page URL

When you create new pages, you aren't required to specify a page URL. If you leave the URL field blank, the page is created in an unlinked state. In this case, customers won't be able to access the page, even if it's published. To make the page accessible, you must manually create the URL and link it to the page.

To manually create the page URL for a page, follow these steps.

1. On the **URLs** page, select **New**.
2. Select the site page to associate with the URL.
3. Enter the URL slug, and then select **OK**.

At this point, the URL is in a draft state. It must be published before site users can access the associated page.

## Update a page URL

To update the target page of a page URL, follow these steps.

1. On the **URLs** page, select the URL to update.
2. In the property pane on the right, select the ellipsis button (…) next to the target page field.
3. In the dialog box, select a different page, and then select **OK**.
4. Save and publish the URL.

## Redirect a page URL

Sometimes, you might want your customers to view a different page when they request a specific URL. In these cases, the best and easiest approach is often to change the page that the page URL points to. However, you might have legitimate reasons for using HTTP 301 or 3023 redirects to redirect requests for a URL to a different URL.

To redirect a URL to a different URL, follow these steps.

1. On the **URLs** page, select the URL to update.
2. In the property pane on the right, select **Redirect**.
3. Select a destination for the redirect:
   - To point to another page on your site, select **Internal URL**, select the ellipsis button (…), and then select the URL to redirect to.
   - To point to a page on an external site, select **External URL**, and then enter the full URL for that page. Be sure to include the protocol. For example, enter `https://domain.com/new/page`. If the URL already redirects to an internal URL, you must select **Clear selection** before you can enter an external URL.
4. Select a redirect type:
   - **Permanent redirect (301)** – Select this option when you know that your content is moving permanently and won't revert to its previous URL. Search engines will assign the search engine optimization (SEO) value of the redirecting URL to the URL that is being redirected to and update their record to show the new URL.



## Update a page URL

To update the target page of a page URL, follow these steps.

1. On the **URLs** page, select the URL to update.
2. In the property pane on the right, select the ellipsis button (...) next to the target page field.
3. In the dialog box, select a different page, and then select **OK**.
4. Save and publish the URL.

## Redirect a page URL

Sometimes, you might want your customers to view a different page when they request a specific URL. In these cases, the best and easiest approach is often to change the page that the page URL points to. However, you might have legitimate reasons for using HTTP 301 or 3023 redirects to redirect requests for a URL to a different URL.

To redirect a URL to a different URL, follow these steps.

1. On the **URLs** page, select the URL to update.
2. In the property pane on the right, select **Redirect**.
3. Select a destination for the redirect:
   - To point to another page on your site, select **Internal URL**, select the ellipsis button (...), and then select the URL to redirect to.
   - To point to a page on an external site, select **External URL**, and then enter the full URL for that page. Be sure to include the protocol. For example, enter `https://domain.com/new/page`. If the URL already redirects to an internal URL, you must select **Clear selection** before you can enter an external URL.
4. Select a redirect type:
   - **Permanent redirect (301)** – Select this option when you know that your content is moving permanently and won't revert to its previous URL. Search engines will assign the search engine optimization (SEO) value of the redirecting URL to the URL that is being redirected to and update their record to show the new URL.
   - **Temporary redirect (302)** – Select this option to redirect traffic without updating search engines. This approach is typically used if the content will soon revert to its previous URL.
5. When you're ready to implement the redirect, save and publish the URL.

## Additional resources

Customize site navigation

Add a new site page

Configure your domain name

Add languages to your site



