# EXHIBIT 8

PageVault

| | |
|---|---|
| Document title: | Microsoft - Official Home Page |
| Capture URL: | https://www.microsoft.com/en-us/?ql=3 |
| Captured site IP: | 23.50.125.163 |
| Page loaded at (UTC): | Wed, 07 Jul 2021 11:49:37 GMT |
| Capture timestamp (UTC): | Wed, 07 Jul 2021 11:50:06 GMT |
| Capture tool: | v7.9.1 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | 174d5270-1619-473e-a732-2c88bd36ecaf |
| User: | jmlaw-jcooper |

PDF REFERENCE #:     w6RYkQceK5A2JPvXoBH9kW

Microsoft | Microsoft 365 | Office | Windows | Surface | Xbox | Deals | Support    All Microsoft | Search | Cart | Sign in

Back-to-School Sale
## $100 off Surface Go 2
This study partner does their part (but you'll get all the credit). Nail every assignment with the ultra-portable Surface Go 2. Questions? Book an online appointment.

Shop now >   Book an appointment >



 Buy Xbox games and consoles
 Shop Surface devices
 Choose your Microsoft 365
 Shop for students
 Find your next PC
Shop Business


**The most powerful Surface yet**
Get desktop power and the flexibility of a laptop, tablet, and portable studio in Surface Book 3.
Shop now >


**Microsoft 365**
Premium Office apps, extra cloud storage, advanced security, and more—all in one convenient subscription.
For up to 6 people >   For 1 person >


**Do more with Windows**
Shop tablets, laptops, all-in-ones, gaming PCs, and more.
Find your next PC >


**Never miss a beat**
Discover the latest audio from Surface, featuring ultra-comfortable design, immersive sound, and all-day battery.
Shop Surface Earbuds >
Shop Surface Headphones 2 >

## Life's better together
Now use Microsoft Teams to chat, call, and make plans with family and friends

Learn more >



## For business






### Life's better together

Now use Microsoft Teams to chat, call, and make plans with family and friends.

Learn more >

## For business



**Surface for Business**
No matter what you do, there's a Surface to help you do it. Our product experts can help determine the best hardware, solutions, and pricing plan for your unique needs.

Shop now >   Book a consultation >



**Microsoft 365 for business**
Stay a step ahead with powerful apps for productivity, connection, and security.

Shop now >



**Hybrid work solutions**
Learn about our approach, the lessons Microsoft is learning along the way, plus how to empower your employees and meet new customer needs.

Learn more >



**HoloLens 2 devices**
Develop a new reality for your business.

Shop now >

## Microsoft's response to COVID-19

Read how we're responding to the COVID-19 outbreak, and get resources to help.

Learn more >



**Up your game to save the Tune Squad**
Test your skills and take on our four challenges inspired by Space Jam: A New Legacy

Join the Tune Squad >

© 2021 WBEI

Follow Microsoft    

| What's new | Microsoft Store | Education | Enterprise | Developer | Company |
|---|---|---|---|---|---|
| Surface Laptop 4 | Account profile | Microsoft in education | Azure | Microsoft Visual Studio | Careers |
| Surface Laptop Go | Download Center | Office for students | AppSource | Windows Dev Center | About Microsoft |
| Surface Go 2 | Microsoft Store support | Office 365 for schools | Automotive | Developer Center | Company news |
| Surface Pro X | Returns | Deals for students & parents | Government | Microsoft developer program | Privacy at Microsoft |
| Surface Duo | Order tracking | Microsoft Azure in education | Healthcare | Channel 9 | Investors |
| Microsoft 365 | Virtual workshops and training | | Manufacturing | Microsoft 365 Dev Center | Diversity and inclusion |
| Windows 10 apps | Microsoft Store Promise | | Financial services | Microsoft 365 Developer Program | Accessibility |
| HoloLens 2 | Financing | | Retail | Microsoft Garage | Security |

English (United States)   Sitemap   Contact Microsoft   Privacy   Terms of use   Trademarks   Safety & eco   About our ads   © Microsoft 2021