# EXHIBIT 9

**Page Vault**

| | |
|---|---|
| Document title: | Microsoft Office is part of Microsoft 365 |
| Capture URL: | https://www.microsoft.com/en-us/microsoft-365/microsoft-office |
| Captured site IP: | 23.195.65.12 |
| Page loaded at (UTC): | Wed, 07 Jul 2021 11:53:21 GMT |
| Capture timestamp (UTC): | Wed, 07 Jul 2021 11:53:49 GMT |
| Capture tool: | v7.9.1 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | 2ce442b0-e378-4ad8-89a6-3f5b95aa6b59 |
| User: | jmlaw-jcooper |

Microsoft | Microsoft 365   Products   Resources   Templates   Support   Buy now   All Microsoft   Search   Sign in

# If you're looking for Office, you're in the right place

The Office apps you know and love are now included in Microsoft 365.

## Your productivity cloud across work and life

Learn what this means for you

 Word
 Excel
 PowerPoint
 Outlook
 Teams

and more apps!



**For home**
Microsoft 365—new name, more value, same price.

Powerful productivity apps for individuals and families.

Learn more >   See plans and pricing >



**For business**
Microsoft 365—new name, same great value, same price.

Productivity solutions for small and medium sized businesses.

Learn more >   See plans and pricing >



**For enterprise**
Microsoft 365—same name, same great value, same price.

Enterprise-grade productivity, management, and security.

Learn more >   See plans and pricing >

## Frequently asked questions

Expand all | Collapse all

> What Office apps do I get with Microsoft 365?

> What is the difference between Office 365 and Microsoft 365?

> What Microsoft 365 plans are available?

> What happens to existing Office 365 subscriptions for home and business?

> Does Microsoft 365 cost more?

> What Office 365 plans are still available?

> Is internet access required for Microsoft 365?

> What are the steps to get started with Microsoft 365?

## Learn more about Microsoft 365

   

Document title: Microsoft Office is part of Microsoft 365
Capture URL: https://www.microsoft.com/en-us/microsoft-365/microsoft-office
Capture timestamp (UTC): Wed, 07 Jul 2021 11:53:49 GMT



Word   Excel   PowerPoint   Outlook   Teams   and more apps!





**For home**

Microsoft 365—new name, more value, same price.

Powerful productivity apps for individuals and families.

Learn more  ›   See plans and pricing  ›

**For business**

Microsoft 365—new name, same great value, same price.

Productivity solutions for small and medium sized businesses.

Learn more  ›   See plans and pricing  ›

**For enterprise**

Microsoft 365—same name, same great value, same price.

Enterprise-grade productivity, management, and security.

Learn more  ›   See plans and pricing  ›

## Frequently asked questions

Expand all | Collapse all

› What Office apps do I get with Microsoft 365?

› What is the difference between Office 365 and Microsoft 365?

› What Microsoft 365 plans are available?

› What happens to existing Office 365 subscriptions for home and business?

› Does Microsoft 365 cost more?

› What Office 365 plans are still available?

› Is internet access required for Microsoft 365?

› What are the steps to get started with Microsoft 365?

## Learn more about Microsoft 365



**Home**

Learn more  ›



**Business**

Learn more  ›



**Enterprise**

Learn more  ›



**Education**

Learn more  ›

Follow Microsoft 365   in   🐦   ✏️

| What's new | Microsoft Store | Education | Enterprise | Developer | Company |
|---|---|---|---|---|---|
| Surface Laptop 4 | Account profile | Microsoft in education | Azure | Microsoft Visual Studio | Careers |
| Surface Laptop Go | Download Center | Office for students | AppSource | Windows Dev Center | About Microsoft |
| Surface Go 2 | Microsoft Store support | Office 365 for schools | Automotive | Developer Center | Company news |
| Surface Pro X | Returns | Deals for students & parents | Government | Microsoft developer program | Privacy at Microsoft |
| Surface Duo | Order tracking | Microsoft Azure in education | Healthcare | Channel 9 | Investors |
| Microsoft 365 | Virtual workshops and training | | Manufacturing | Microsoft 365 Dev Center | Diversity and inclusion |
| Windows 10 apps | Microsoft Store Promise | | Financial services | Microsoft 365 Developer Program | Accessibility |
| HoloLens 2 | Financing | | Retail | Microsoft Garage | Security |

🌐 English (United States)

Sitemap   Contact Microsoft   Privacy   Terms of use   Trademarks   Safety & eco   About our ads   © Microsoft 2021

Document title: Microsoft Office is part of Microsoft 365
Capture URL: https://www.microsoft.com/en-us/microsoft-365/microsoft-office
Capture timestamp (UTC): Wed, 07 Jul 2021 11:53:49 GMT