# EXHIBIT 10

| | |
|---|---|
| **From:** | William Su </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=873D5A7083C748D4AF6D316D7807FD3A-RUIWEN SU> |
| **To:** | Brian Wilcox; John Engels; Sumit Malhotra |
| **CC:** | Jason Rogers |
| **Sent:** | 10/8/2019 11:18:35 PM |
| **Subject:** | RE: Safe Links URL time of click blocks |

We should consider hulling the old list and migrating it into this one, somehow. You can consider that as part of URL Effectiveness, I suppose.

The current list supports up to three wildcards. Why this one only supports two?

# William Su

Senior Program Manager
Microsoft Threat Protection | Office 365 ATP
Studio B\3808, Redmond
Microsoft

**From:** Brian Wilcox <brwilcox@microsoft.com>
**Sent:** Tuesday, October 8, 2019 4:03 PM
**To:** John Engels <John.Engels@microsoft.com>; William Su <ruiwensu@microsoft.com>; Sumit Malhotra <sumitm@microsoft.com>
**Cc:** Jason Rogers <jarogers@microsoft.com>
**Subject:** RE: Safe Links URL time of click blocks

Hey John,

You'll be happy to know this is already the default for the new stuff we are rolling out:

MSFT_TOC00098818



Not only will expirations be available for both URL and Hash entities, but 30 days will be the standard lifecycle (rationale is phishing URLs are short lived, ATP will catch up, etc).

At least on the cmdlet side adding the same link twice would be treated as an update not two entries. We had discussed search in the past but it seems to have gotten lost along with other filtering options, I will bring that one up.


---
Brian Wilcox
Program Manager II – Advanced Threat Protection
LinkedIn | Github

**From:** John Engels <John.Engels@microsoft.com>
**Sent:** Tuesday, October 8, 2019 3:00 PM
**To:** Brian Wilcox <brwilcox@microsoft.com>; William Su <ruiwensu@microsoft.com>; Sumit Malhotra <sumitm@microsoft.com>
**Subject:** RE: Safe Links URL time of click blocks

PMs only…

If we really are going to keep URL blacklists around – we eventually should put a bit more lifecycle management into it.  Specifically – expiring out links after a period of time (admin configurable timeframe), automatically removing redundant links (e.g. same link twice or removing more specific links that are covered by base URLs), and searching the list.

John E.

**From:** Brian Wilcox <brwilcox@microsoft.com>
**Sent:** Tuesday, October 8, 2019 11:40 AM
**To:** William Su <ruiwensu@microsoft.com>; Sumit Malhotra <sumitm@microsoft.com>; Archana M <Archana.Manoharan@microsoft.com>; Jagadeesh Parameswaran (DSRE) <jagadeesh.parameswaran@microsoft.com>
**Cc:** Kristin Burke <Kristin.Burke@microsoft.com>; John Engels <John.Engels@microsoft.com>
**Subject:** RE: Safe Links URL time of click blocks

I was on the call but if there are any new questions about the mail flow block list feel free to ask them here.


---
Brian Wilcox
Program Manager II – Advanced Threat Protection
LinkedIn | Github

**From:** William Su <ruiwensu@microsoft.com>
**Sent:** Tuesday, October 8, 2019 11:15 AM
**To:** Sumit Malhotra <sumitm@microsoft.com>; Archana M <Archana.Manoharan@microsoft.com>; Jagadeesh Parameswaran (DSRE) <jagadeesh.parameswaran@microsoft.com>; Brian Wilcox <brwilcox@microsoft.com>
**Cc:** Kristin Burke <Kristin.Burke@microsoft.com>; John Engels <John.Engels@microsoft.com>
**Subject:** RE: Safe Links URL time of click blocks

The list can hold about 500 URLs. When it gets full, it does thrown an error not allowing more to be added onto the list.
Eventually we'll pivot away from this list to go with a single list used by URL submissions.

+BrianW

## William Su
Senior Program Manager
Microsoft Threat Protection | Office 365 ATP
Studio B\3808, Redmond
▓▓ Microsoft

**From:** Sumit Malhotra <sumitm@microsoft.com>
**Sent:** Tuesday, October 8, 2019 8:54 AM
**To:** William Su <ruiwensu@microsoft.com>; Archana M <Archana.Manoharan@microsoft.com>; Jagadeesh Parameswaran (DSRE) <jagadeesh.parameswaran@microsoft.com>
**Cc:** Kristin Burke <Kristin.Burke@microsoft.com>; John Engels <John.Engels@microsoft.com>
**Subject:** RE: Safe Links URL time of click blocks

Also adding @Jagadeesh


**From:** Sumit Malhotra
**Sent:** Tuesday, October 8, 2019 8:48 AM
**To:** William Su <ruiwensu@microsoft.com>; Archana M <Archana.Manoharan@microsoft.com>
**Cc:** Kristin Burke <Kristin.Burke@microsoft.com>; John Engels <John.Engels@microsoft.com>
**Subject:** Safe Links URL time of click blocks

Hey @William – DSRE on a call this AM asked if there is any public documentation that explains the behavior of the Safe Links URL time of click block list.

More specifically, if there are any limits on the block list and what the behavior is when the list is full – i.e. does the first entry drop off or does it throw an error.

CONFIDENTIAL

MSFT_TOC00098821