# EXHIBIT 11

# Office 365
# Advanced Threat Protection

Frequently Asked Questions

Updated 5/11/2018

# Table of Contents

General.................................................................................................................................2

Safe Attachments...............................................................................................................5

Safe Links...........................................................................................................................7

Reporting and Analysis.......................................................................................................9

Integration with SharePoint Online, OneDrive for Business, and Teams ....................... 11

Compete Scenarios .......................................................................................................... 17

Deployment and Trials ..................................................................................................... 18

Pricing and Licensing........................................................................................................ 20

## General

**What is Office 365 Advanced Threat Protection?**
Office 365 Advanced Threat Protection (ATP) extends the protection against traditional spam and malware by protecting your email, SharePoint, OneDrive, and Teams documents, Office 365 ProPlus apps and PDF files from advanced threats such as unknown malware, zero-day attacks, and malicious URLs. Office 365 ATP features working behind the scenes include Safe Attachments, Dynamic Delivery, Safe Links, and URL detonation.

**What is the difference between Exchange Online Protection and ATP?**
Exchange Online Protection (EOP) protects organizations against known, signature-based email threats. Office 365 Advanced Threat Protection provides additional protection against signature-less threats which are often the most devastating such as zero-day attacks, targeted phishing campaigns, ransomware, etc. Combined, EOP and ATP secures email against nearly all email threats in the threat landscape.

**Does EOP antimalware work with ATP?**
Yes, ATP complements EOP antimalware filtering. Only those attachments that successfully pass EOP antimalware scanning are impacted by Safe Attachments or Safe Links policies. The EOP antimalware filtering is also designed to learn from ATP. Our ATP customers are protected immediately when ATP identifies a new threat, but we are also working constantly to improve the protection across the entire service.

**Will ATP catch 100% of malicious attacks?**
No. Despite claims to the contrary, no advanced threat protection product can catch 100% of malicious attacks. The notion of 100% protection is a misperception that is driven by the marketing and sales messages of some vendors in this industry.

**What is Microsoft's SLA on virus and spam detection?**
Microsoft's SLA on known viruses is 100%, with a spam effectiveness SLA of greater than 90%, a false positive ratio SLA of 1:250,000, and a monthly uptime SLA of 99.999%. Additionally, we keep continuously updated lists of malicious URLs that is checked approximately every 20 minutes.

**What are the anti-spam/malware engines used by ATP?**
ATP protects against signature-less threats so there are no associated AV engines with ATP. However, as EOP is a requisite for ATP, at least three AV engines are used at all times (including the Microsoft AV engine) through EOP.

**Can a user be configured only for Safe Attachments or only for Safe Links?**
Yes, there are separate policies for Safe Links and Safe Attachments. Each policy can be applied to a specific set of users, distribution groups, or domains. It is also possible to have unique policies within Safe Links and Safe Attachments so each group of users can have custom settings.

**Do ATP features protect only internal mailboxes?**
No. Safe Attachments and Safe Links both check incoming mail from outside the organization for all customers, as well as internal emails between employees for hosted mailbox customers.

**Why should I be interested in Office 365 Advanced Threat Protection if I'm already using Windows Defender Advanced Threat Protection?**
Windows Defender Advanced Threat Protection (WDATP) is a new service that builds on the existing pre-breach security features and services Windows 10 offers today. Windows Defender ATP provides a new post-breach layer of protection to the Windows 10 security stack that enables customers to detect, investigate, and respond to advanced and targeted attacks on their networks. Office 365 Advanced Threat Protection further supplements these defenses by providing focused protection for customers' email and messaging environments. Together, Windows Defender ATP and Office 365 ATP provide a comprehensive and robust set of protection and threat analysis tools for our customers. For more information, see Windows Defender Advanced Threat Protection.

**How does Office 365 ATP integrate with Windows Defender ATP?  What is the difference between the two?**
Office 365 ATP performs a behavioral analysis of a simulated endpoint opening an attachment or URL being delivered in email. Windows Defender ATP performs a similar behavioral analysis on the endpoint itself to detect when and how malicious behavior has occurred. The tooling and detections are shared between both solutions. Threat Intelligence will show other users impacted in email by a malicious detection in Windows Defender ATP.

**Can ATP protect me from crypto malware (i.e. ransomware)? How does it determine this?**
Both Crypto Locker and Locky are detected by Office 365 ATP. Office 365 ATP uses an internal sandbox technology which detonates the attachments in VMs and detects any anomalies. It uses several internal tools to detect vulnerabilities triggered by the sample being examined as well as other behavioral analysis to identify malicious activity.

**Ok, but I need a solution that protects me from ransomware on my desktops and tablets. Does Office 365 ATP offer this?**
Windows Defender ATP, not Office 365 ATP, provides protection for Windows. However, Office 365 ATP and WDATP share signals which provide a holistic solution.

**In June 2016, Office 365 was the target of a massive, zero-day Cerber ransomware attack. How did Microsoft respond to the attack when it affected customers of EOP/ATP security?**
Microsoft has a responsibility to continue to evolve the service to be ahead of the malware attacks. As part of our ongoing effort to provide better malware protection, the July 2016 release of the Microsoft

Malicious Software Removal Tool (MSRT) includes detection for Win32/Cerber, a prevalent ransomware family. These additions to MSRT complement our Cerber-specific family detection in Windows Defender, and our ransomware-dedicated cloud protection features.

**Does ATP identify phishing?  How does it determine this?  If so, what is the false positive rate?**
Here are some of the key features as part of EOP and ATP that help combat phishing email threats:

- The ATP policy suite now includes a policy specifically for phishing defense. Administrators can create policies here to protect internal users and domains within their organization from being impersonated. Downstream, this will reduce successful impersonation attempts of those entities defined and therefore limit the amount of successful phishing attacks on their users. Detailed guidance can be found here.
- EOP has strengthened its counterfeit detection by over 500 percent and helps to protect against insider spoofing, also known as spear phishing and whaling, that target high profile users in an organization.
- Advanced Threat Protection, such as "time-of-click" malicious URL and "zero-day" unknown malware protection.
- Strengthened coverage against malicious URLs by EOP and ATP.
- Implementation of key sender authentication technologies, such as SPF, DKIM, and DMARC, supported by EOP.
- Improved protection against bulk mail provided by EOP.

**How can customers buy Office 365 ATP?**
A pre-req for ATP is Exchange Online Protection. With EOP, customers can get ATP through purchase of an E5 license or as a standalone service for $2/u/m

**What type of deployment does ATP support (e.g. on-prem)**
- ATP supports a fully hosted exchange server (e.g. Exchange Online), hybrid and full on-premise mailboxes. In order use ATP for an on-premises or a hybrid solution, you will also need to use and configure Exchange Online Protection.
- Note that features such as zero-hour auto purge (ZAP) and Dynamic Delivery can only work against fully hosted online mailboxes.

**Are there any limitations to using ATP in an on-prem or hybrid deployment scenario?**
- ATP Dynamic Delivery can only work against online mailboxes (we need direct access to the mailbox in order to reattach an attachment) in a hybrid setup as long as the hybrid setup is not the centralized mail transport (CMT). Dynamic Delivery is not available for on-premises mailboxes.
- Some challenges if MX record is pointing to something else than EOP (when customer use 3rd party solution for mail gateway AV/AS)
    - EOP scanning will have limited effectiveness
    - Most of the spoof protection built into the EOP service is dependent on signals collected at the network ingress from the sender, and these are lost when mail is not coming directly to EOP (EOP see the 3rd party mail gateway as the mail originator instead of the real sender)

**Can customers trial ATP?**
Customers can request a 30-day trial for ATP available from our website.

**What is the maximum file size that ATP Safe Attachments can scan?**
The file size limit for ATP is actually imposed by Exchange. The default file size for attachments in Exchange Online is 25 MB. However, an administrator can increase the allowable file size of attachments up to 150 MB in Outlook and 35 MB in Outlook on the web (OWA). For more details, see Office 365 now supports larger email messages—up to 150 MB and Message Limits.

**In which GEO's or regions is ATP currently offered?**
ATP is currently available globally. Also, ATP is live in all (but not limited to) data centers which are listed here: https://www.microsoft.com/online/legal/v2/?docid=25.

**What happens when ATP detonates a URL link which has SSL certification?**
No difference.

**What is the roadmap for email quarantining for EOP & ATP?**
Malware detected by EOP is automatically quarantined and can only be released by administrators. Depending on the configuration of the policy, signature-less malware detected by ATP Safe Attachments is blocked and can be redirected to an admin for further inspection.

**How does Office 365 ATP integrate with Office 365 Threat Intelligence?  What is the difference between the two?**
ATP is the feature of detection and protection, whereas Threat Intelligence is for admin investigation and remediation.

**What OS does Office 365 ATP work for?**
Currently Safe Attachments detonation is done on Windows 7, Windows 8, and Windows 8.1. The detonation team will also soon support Windows 10. Safe Links protection applies to URLs in email as well as URLs in Office 365 ProPlus documents, such as Word, Excel, PowerPoint on Windows, iOS, and Android devices, and Visio files on Windows. Safe Links protection for URLs in Word, Excel, and PowerPoint on MacOS is coming soon (as of April 2018).

**Can I export ATP reporting and tracing? Does it integrate with major SIEM products, e.g. Splunk?**
Yes. ATP subscriptions provide access to feeds from the Office 365 Management Activity API, which can then be connected to third-party SIEM products. For more information on this integration, please see:

1. Office 365 Management API documentation
2. Schema for email malware events for ATP and E5 customers in the O365 Management API

**Can I whitelist some of the ATP services? If yes, can I target specific senders and or recipients?**
Yes, Safe Attachments or Safe Links can be skipped using mail flow rules. The full set of conditions available in mail flow rules can be leveraged for your specific situation including skipping ATP for internal emails, emails from a specific IP, or emails sent between two sets of specific users.

**Does ATP have any effect on email signing?**
Some email signing solutions will be impacted by any change to the body of the email message. Safe Links will change the body of the email during transit and can impact the effectiveness of email signing.

Safe Attachments

**What is Safe Attachments?**

Safe Attachments helps to protect against zero-day exploits in email attachments by blocking messages or attachments that could be malicious. Safe Attachments leverages sandboxing technology via a virtual environment to identify suspicious activity. Attachments that don't have a known malware signature are sandboxed and not released until a behavior analysis is performed and the attachments are determined to be safe. It is designed to detect malicious attachments even before antivirus signatures are available. If an email has multiple attachments ATP will treat them all as malicious if even just one is identified as malicious.

**What happens to email attachments which are detonated in the ATP hypervisor?**

The hypervisors are 100% contained inside the same compliance boundary as every other part of our services. Post-detonation files remain on Sonar servers within our compliance boundary for 7 days. We store the files for 7 days so they can be automatically rescanned and we can determine if there was a false negative and Time Travel (aka Zero-Day Auto Purge) if we did. This is the same retention period that we have for shadow copy where the mails are stored for 7 days so we can do an emergency replay if required for recovery scenarios. Once again, customer data is always inside the compliance boundary.

**What operating systems are supported in the sandbox?**

Safe Attachments scanning occurs in a sandbox environment where we spin up multiple hypervisor environments, each running various versions of the OS, Office, and common 3rd party applications.

**How does Safe Attachments compare on latency with other similar products on the market?**

All advanced threat protection solutions for email which provide sandboxing and attachment detonation will experience a delay in arrival of the email. The delay time varies depending on the file type with the average time being 60 seconds. ATP latency effects are on par or less cumbersome than industry competitors. Additionally, ATP is the only service that focuses on productivity layered with security and offers feature capabilities such as Dynamic Delivery and Document Preview so that latency has minimal impact on productivity.

**Why is there a delay during scanning?**

Each time a new attachment is scanned by ATP, a suite of new hypervisor environments are spun up with the most current, and recent, combinations of OS versions, applications and updates. Typically, malicious payloads will activate in the sandboxing environment in a few seconds. As attackers become more sophisticated, they have built in delays of several minutes before activation in an effort to trick the sandboxing environment and evade detection. Office 365 ATP helps to safeguard organizations against delayed malware activation by conducting thorough scanning, which on average takes 4 minutes. Given enough time, all malware could be detected and blocked, but that would be very disruptive to mail flow because we would never be able to actually release the messages. Even with ATP protecting your mail flow it is important to ensure safe message handling practices are being used by your recipients.

**What is Dynamic Delivery?**

Dynamic Delivery eliminates latency by delivering the body of the email with a placeholder attachment while the actual attachment undergoes a Safe Attachments scan. Recipients can read and respond to the message, which includes notification that the original attachment is being analyzed. If the real attachment is cleared, it is automatically attached to the original message and replaces the placeholder;

if not, the message is updated with an attachment which tells the recipient that their original message was identified as malware.

**Can Safe Attachments identify malicious macros being executed? How does it determine this, since macros are commonly used by businesses?**
Yes. A malicious macro would be detected with statistics and heuristics of our ATP detection system. In addition to ATP, a new policy-setting in Office 2016 allows administrators to block macros from untrusted sources.

**Can Safe Attachments identify PowerShell being executed?**
Yes. This would happen during detonation in the sandbox.

**Can Safe Attachments scan archives for malware? If so, what archive formats can it scan?**
ATP Safe Attachments can drill into container files (e.g. archive, compression, special types) so long as they are not protected with a password. It does not scan password-protected archives or encrypted files.

**How does ATP work with DRM/IRM encryption?**
Office 365 ATP can drill into archive (compressed) files (such as .zip files). ATP does not scan password-protected archives or encrypted files. It does support container files (i.e. archive, compression, special types) as long as they are not protected with a password.

**How does Safe Attachments treat multiple versions of the same file? Does Safe Attachments scan duplicates? For example, if 1000 users received the same file would all 1000 messages be detonated by ATP?**
Once the first file is scanned, the outcome will be applied to other recipients who have received the same file. For example, if File #1 was sent to Employee A and blocked, File #1 will be blocked for all other employees. File # 1 will also be blocked by reputation immediately for all other ATP tenants. This also speaks directly to our efforts to combat latency – once one copy of a file is blocked, there is no latency for any other user on the same tenant.

**What file types will Safe Attachments detonate?**
Safe Attachments will analyze attachments that are common targets for malicious content, such as Office documents, PDFs, executable file types, and Flash files.

**Is there a way to exclude a file from Safe Attachments inspection?**
Yes, by creating a mail flow rule that inserts the header, *X-MS-Exchange-Organization-SkipSafeAttachmentProcessing*, with a value of 1.

**How do I set up a Safe Attachments policy in ATP?**
Please refer to Set up Office 365 ATP Safe Attachments policies.

**What is the maximum file size that ATP Safe Attachments can scan?**
Safe Attachments has no file size limit. However, the cap on attachment size for email is 25 MB. Therefore, by default, this is the file size limit for attachments that are scanned.

Safe Links

**What is ATP Safe Links?**

Safe Links provides real-time, time-of-click protection against phishing and malicious web sites by warning users when they click a link in email that has been determined to be unsafe. When a message is processed by EOP, all URLs are scanned and compared with our lists of known bad URLs. ATP Safe Links provides an opportunity to re-check the URL reputation lists when the recipient tries to follow the link. Safe Links utilizes URL trace capabilities that allow you to track individual malicious links in messages that have been clicked to support faster remediation.

**What is URL detonation?**

URL detonation combines elements of Safe Links and Safe Attachments into a single feature to protect users in the event a link points to a malicious file on a web server. When you click a link to a file on a web server, we download that content into the Safe Attachments sandbox environment and detonate it just like we would an email attachment. As the content is being analyzed, a web page is presented to the user explaining that a scan is in process. If the file is ultimately determined to be malicious, then the user is redirected to a warning page advising the user that the site is malicious.

**Does Safe Links add any latency to the browsing experience?**

Safe Links adds very little latency to loading target web pages that have not been identified as malicious. Most people will not notice it at all. If the link points to a potentially malicious web site, then the user is routed to a warning page and must click through (if click through is enabled in the Safe Links policy) to continue on to the site.

**What logic does Safe Links use to detect malicious URLs? Does it have a special original malicious URL list or check the web site whenever a user clicks the URL?**

We keep a continuously updated list of malicious URLs that is updated approximately every 20 minutes.

**Does Safe Links also decrypt HTTPS and check what's inside of the host header?**

Safe Links does not decrypt https; it checks the destination URL to see if it is malicious or not.

**How long is a Safe Links rewritten URL valid for? Will it ever expire?**

The rewrite does not expire/time out.

**Is our Safe Links technology a redirect or a fully-fledged proxy? How does it behave with a customer's own proxy device/service?**

Safe Links is not a proxy service and does not follow the URL; it checks the health of the URL on an exact match at the time-of-click. We keep a continuously updated list of malicious URLs that is checked approximately every 20 minutes.

**Can a URL be excluded from being rewritten?**

Yes. This can be configured within a Safe Links policy setting using the **Do not rewrite the following URLs** option. For more information, see Set up a custom "do not rewrite" URLs list using ATP Safe Links.

**How does Safe Links identify a link within an email message?**

For messages in HTML, Safe Links identifies any tag that uses the HREF attribute. For messages in plain text, Safe Links uses custom logic to identify any text resembling a URL.

**How many links will Safe Links analyze (for example, when you click on a URL and you are redirected to another and another)?**

It can handle the nested redirects if the first URL is a redirector that we trust (e.g., bit.ly). We are also working on enhancing Safe Links with URL detonation, which will sandbox-test URLs that point to a downloadable object like a PDF or application file.

**Is there a way to exclude a URL from Safe Links inspection?**

Yes, by creating a mail flow rule to insert the header, *X-MS-Exchange-Organization-SkipSafeLinksProcessing*, with a value of 1.

**Explain the URL routing for a customer utilizing EOP/ATP for Safe Links and a 3rd party URL category filtering product (for example: Websense, Barracuda).**

Customers should have a good understanding of the routing and verify that other protections are not impacted by introducing this technology. The routing scenarios vary slightly if the customer is purely on-premises, online, or hybrid. For more information, see <u>Transport routing in Exchange hybrid deployments</u>.

**How do I set up a Safe Links policy in ATP?**

Please refer to the TechNet article, <u>Set up a Safe Links policy in ATP</u>.

**What is the limit to the number of characters in URLs that can be excluded by Safe Links?**

The limit is currently 320 characters and there is a pending DCR to increase this limit. However, this rule is controlled by the AAD team and we do not have a concrete date on when this number will be increased or to what the new limit may be.

## Reporting and Analysis

**Does ATP perform and capture static analysis, network analysis, and dropped files?**

The ATP sandbox solution performs a combination of static and runtime analysis on files and URLs to detect security vulnerabilities. It is not a simple behavioral monitoring as it also involves tools running along with the app associated with the attachment (i.e. Word, Excel). We are building solutions to take advantage of signals across not only cloud services, but also desktop endpoints to detect suspicious behavior across the entire organization.

**Does ATP permit syslog export?**

No.

**Are files quarantined in EOP or ATP?**

In EOP, spam is quarantined, but malware is not. In ATP, a copy of the original message along with any attachments tagged as unknown malware can be forwarded to a specific email address for further investigation, but they are not quarantined.

**Can an email that was identified as malware be secured by a security professional for additional analysis?  Can this occur without releasing it to the intended recipient?**

Yes. In ATP, a copy of the original message along with the attachment seen as having unknown malware can be redirected to a specific email address. This option is configurable as part of the ATP Safe Attachments policy.

MSFT_TOC00001087

**How can a customer get a report on Advanced Threat Protection detections?**
Safe Attachments has two traffic reports which show aggregated data for a tenant by disposition (blocked, replaced etc.) and by file type. The report also shows detailed data (i.e. date, sender, recipient, ID, subject). Message trace and URL trace provide query options to see the details of the Advanced Threat Protection flow and actions on URLs and attachments. A few examples of behavior that would indicate the presence of malware would be content that:

- Writes to the system folder
- Injects a thread into an existing process
- Re-launches/deletes itself

The full list is dynamic and continually evolving as new methods are implemented by adversaries. One thing to keep in mind is that with Safe Attachments, the lower the number in the report, the better the overall EOP service is working. Safe Attachments policies are designed to capture zero-day attacks. If the number of files you see being blocked in ATP is high, that means they've been able to slip through EOP. The real indicator is the overall malware blocked by EOP and ATP, and the reduction in the number of escalations you have internally due to attacks getting through.

**When will more detailed reporting be available and what will be included in the reporting?**
Additional reporting has been implemented in ATP to provide tenants with additional information including reports on top malware, threat protection status, malware detections, spoof mail, spam detections, and sent and received email.

**What is the latency for "Message Trace" results to show up in the reports?**
Message Tracing shows every message in near real-time detail, including ATP verdict, evidence, and disposition. This information can also address helping organizations respond to mass attack situations and identify if there is a false positive since it includes the file name as well.

**My customer is getting a lot of false positives. How can they report these to Microsoft and get feedback?**
We recommend the customer take the following steps:
1. Check the following configuration settings:

   o **Safe Attachments settings**:  Timeouts with Safe Attachments may be creating false positive. Check ATP Safe Attachments configuration and verify that the "Apply the above selection if malware scanning for attachments times out or error occurs" is not checked. You may want to keep the checkbox set to OFF to prevent losing any good attachments in case of error/timeout. The timeout for Safe Attachments scanning is 30 minutes. With the check box on, if a verdict is not reached within 30 minutes, the selected Safe Attachments unknown malware response action will be applied. If the checkbox is OFF, the message hitting the timeout/error will be delivered and assumed clean.

   o **Safe Attachments redirection**: In case of false positives, we recommend enabling Safe Attachments redirection. This will help administrators recover any false positives due to error/timeout during scanning of the message by sending a copy of the original email and attachment to email address configured as part of the Safe Attachments policy.

      o  **Safe Links policy setting**:  A policy setting for Safe Links allows admins to configure the "Do not rewrite the following URLs" option which can help in addressing false positives by excluding certain URLs from being rewritten. Customers should also leverage the malware (anti-spam, antimalware) False Positive/False Negative (FP/FN) submission processes to submit email attachments.

2.  If the customer is still seeing false positives, they can submit a report using the following link: https://www.microsoft.com/en-us/security/portal/submission/submit.aspx. To view the status of the report, click **Track your submission**. Note, response times may vary so we recommend opening a support case as well. For large customers or time sensitive issues, we also recommend opening a case with Premier Support.

We are always working to reduce false positives and appreciated your feedback as it helps to improve the customer experience. We are committed to continually improving our service and publish regular updates. To see a recent example, visit the Office blog where we updated the Advanced Threat Protection service to include URL detonation and Dynamic Delivery of attachments.

**I have mail that I suspect contains a malicious URL. Can I submit this to Microsoft?**
Yes, you can send email by using the Subject, "[Potential Malicious URL Submission]", to safelinksfeedback@microsoft.com. Please modify the URL so that the link cannot be accidentally clicked (i.e. change the '.' within the link to '_').

## Integration with SharePoint Online, OneDrive for Business, and Teams
**What collaboration workloads does Office 365 ATP protect?**
Office 365 Advanced Threat Protection (ATP) helps secure your content within SharePoint Online (SPO), OneDrive for Business (ODB) and Teams against advanced threats including unknown malware and zero-day attacks.

**Why integrate O365 ATP with SPO, ODB, and Teams?**
Threat feeds and malware signals point to malicious content typically being spread through collaboration and sharing (internal and external). Office 365 was created to help organizations with productivity, and collaboration and sharing are foundations of productivity. Extending ATP protection to SPO/ODB and Teams provides advanced security to protect our customers as they collaborate and share. ATP does this by:
- Securing the organization against malicious content using a combination of reputation filters, advanced machine learning, inspection, and detonation capabilities
- Using smart heuristics, which change and improve over time, to determine when to apply detonation, to draw the right balance between experience and security.
- Leveraging the power of shared signals across Office 365 workloads to provide customers with deeper insights into malware and other threats facing their environment.

**How does licensing work for Office 365 ATP integration with SPO, ODB, and Teams?**
Any active Office 365 ATP license will include ATP coverage for SharePoint Online/OneDrive for Business/Teams. While Microsoft does not enforce licensing for ATP users, abuse of licensing requirements may lead to service disruption for ATP and thus for protection for these new workloads. It is advisable that customers adhere to the expected compliance of a license per user for ATP.

MSFT_TOC00001089

**How does Office 365 ATP integrate with SPO, ODB, and Teams?**
Office 365 ATP leverages signals and smart heuristics as quality indicators to identify the files within your tenant that may contain malicious content, as shown in Figure 1 below. This includes correlating the file activity signals from SPO, ODB, and Teams within your tenant with the Microsoft Intelligent Security Graph threat feeds. Examples of file activity signals include anonymous, companywide or explicit sharing, or activity from guest users. Office 365 ATP leverages several threat feeds, including known malware in email or SPO, Windows Defender/Defender ATP detections, suspicious or risky logins, and other indicators of irregular file activity within your tenant. Once Office 365 ATP identifies activity from users within SPO, ODB, and Teams based on the threat feeds, the scope of scanning is automatically retargeted to include other types of file activity from the user (e.g. create, update, uploads and modify events). For further context, see the Ignite 2017 slides, the GA blog post, and the support article on this topic.

Files identified as malicious are denoted directly within the SPO file store. Office 365 ATP leverages existing user experiences within SPO, ODB, and Teams for how infected files are blocked from end users.



*Figure 1: O365 amplifying your protection*

**How does the Office 365 ATP integration work across e-mail and SPO, ODB, and Teams?**
We leverage a common stack of infrastructure, technology, and signals with Office 365 ATP to integrate across e-mail, SPO, ODB, and Teams. This provides a single pane of glass experience for our customers when it comes to policy configurations and reporting across Office 365 services for our customers.

**When will I be able to leverage the Office 365 ATP and SPO, ODB, and Teams integration?**
This protection feature GA'ed in March 2018.

**How do I configure Office 365 ATP for SPO, ODB, and Teams?**

MSFT_TOC00001090

A policy option will be available within the Threat management section of the Security & Compliance Center (S&CC) to enable O365 ATP for SPO, ODB, and Teams.

There is also a tenant-level configuration option within SPO that allows or blocks the download of an infected file. This configuration is leveraged by the different native user experiences that are triggered within SPO, ODB, and Teams. Tenant admins can be update this setting using a PowerShell script. See Office 365 ATP for SPO.

**Why does it sometimes take much longer to detect infected files in SPO, ODB, and Teams?**
The delay time varies depending on when the SPO event (e.g. file sharing) is received by ATP and the type of file in question (e.g. large zips with multiple files). Detection can take up to 15 minutes.

*Note: Since the GA in December, over 3,000 tenants have enabled the protection features, we have seen averages of 3-4 minutes with the 95th percentile being 5-6 minutes and 99th percentile of 9-10 minutes. This includes the Microsoft IT tenant which is one of the largest SPO tenants globally.*

As attackers become more sophisticated, they have built in delays of several minutes before activation to trick the sandboxing environment and evade detection. Office 365 ATP safeguards organizations against delayed malware activation by conducting thorough scanning.

**What will I experience when O365 ATP detects a file as being malicious within SPO, ODB, and Teams?**
In the SPO and ODB web UX, the blocked file will be superimposed with a red warning sign, as seen in Figure 2 below. There are a few different experiences that users may see across the web UX and mobile clients - irrespective, the experience will result in a block on the opening or download of the infected file.

*Note: The SPO and ODB engineering teams are also looking to refresh these infected file experiences as part of the overall file coherence work stream with updates expected H1CY18. The Teams engineering group will be focusing on the file coherence work in H2CY18.*

CONFIDENTIAL



*Figure 2: Blocked file superimposed with a red warning sign in SPO and ODB Web UX.*

## How does reporting work?

ATP reporting is available via the Security & Compliance Center. We have made several improvements to Office 365 ATP reporting in the past few quarters. Aligned with these enhancements, we will be integrating the SPO, ODB, and Teams file detections from Office 365 ATP into the existing Threat protection status report. The report can be viewed by selecting the View data by "Content" option in the Threat protection status dashboard. See figures 4 and 5 below for additional details.

CONFIDENTIAL



Figure 4: Threat protection status for files in SPO, ODB, and Teams.



Figure 5: Threat protection status details for files in SPO, ODB, and Teams.

**How can an admin be notified in the event of a malware detection with files in SPO, ODB, and Teams?**
The admin can configure custom alerts using native S&CC alerting. This leverages the Malware detected in file event in the SPO Audit events. See Figure 6 below for an example of an alert policy.



*Figure 6: Activity alerts within the Security and Compliance Center.*

In addition, if the customer has E5, they can get more advanced alerts with activity details (who accessed the files).



*Figure 7: Advanced E5 alerts within the Security and Compliance Center.*

CONFIDENTIAL

**Are the malware detections in files in SPO, ODB, and Teams surfaced in Threat Explorer?**
The detonations from ATP for SPO, ODB, and Teams will also surface in Threat Intelligence. See Figure 8 below for additional details. These enhancements in the Explorer views are expected to be available in Q1 CY2018.



**Is Office 365 ATP Safe Links available for SPO, ODB, and Teams?**
Office 365 ATP Safe Links provides real-time, time-of-click protection against phishing and malicious web sites by warning you when you click a link that has been determined to be unsafe. Integrating Safe Links with SPO, ODB, and Teams is on our roadmap and we expect to provide additional updates on when this feature will be available in CY 2018 H2. We are currently tracking a few different scenarios for integrating Safe Links into SPO, ODB, and Teams. See table below for additional details. Please reach out to sumitm@microsoft.com if you would like to see other scenarios included in here.

| Workload | Scenario | Timelines (Tentative) |
|----------|----------|----------------------|
| SPO and ODB | Links uploaded as .URL files in the document library. Provide protection on upload, modification and time of click. | H1 CY2018 |
| SPO and ODB | Links included in lists. Provide protection on upload, modification and time of click. | TBD |
| SPO | Links and scripts embedded in SPO web pages. Protection at time of creation, modification, and click. | TBD |
| Teams | Links in Teams conversations and 1:1 chats. Provide protection on link being included in conversation and at time of click. | H2 CY2018 |
| Teams | Links to webpages as tabs in Teams clients. Provide protection at time of tab being created, update and at time of click | TBD |

MSFT_TOC00001095

**Will the O365 ATP detections for e-mail, SPO, ODB, and Teams be available via the Office 365 management API?**

The O365 ATP detections for a tenant across e-mail, SPO, ODB, and Teams will be available via the Office 365 management API in H1 CY18. The schema for the detections will be similar to the O365 Threat Intelligence feed documented at https://msdn.microsoft.com/en-us/office-365/office-365-management-activity-api-schema#threat-intelligence-schema.

**What other roadmap features do you have for ATP integration with SPO, ODB, and Teams?**

Our goal is to continuously improve the signals and heuristics that we use. These include:

- Leveraging quarantine experience for infected files across SPO, ODB, and Teams
- Correlating potentially compromised users sending phish and spam in e-mail with activity from these users in SPO, ODB, and Teams
- Integration with AAD, MCAS, and O365 CAS for impossible travel, and risky or suspicious login events
- Extending Office 365 ATP Safe Links in SPO and ODB (see section and table above)
  - Links uploaded to document libraries; links within files and links within item lists
  - Links in Microsoft Teams conversations

## Compete Scenarios

**How does Office 365 ATP compare to your competitor's solution in providing protection against unknown malware via email which typically goes undetected by traditional signature-based technologies?**

The EOP/ATP filtering pipeline offers world class malware protection. Verdicts and reputation are shared between EOP and ATP to provide one integrated solution against malware. Both technologies protect you from spam, commodity malware, targeted malware, advanced persistent threats, phishing, and spoofing by using a combination of reputation blocking, filtering, heuristics clustering, behavioral analysis, sandboxing, etc. Furthermore, Microsoft is uniquely positioned to respond to the evolving threat space. We have the team that built the hypervisor where we do the detection, the team that built the sandbox on top of the hypervisor, the Windows engineering group that built the operating systems that are being attacked, and a collection of cyber-attack hunters and the people that protect Microsoft from malware, all of which provide full end-to-end coverage. And as of December 2017, ATP now extends across Office 365 to protect documents and files in SharePoint Online, and Office applications including Word, Excel, and PowerPoint.

**How do we respond to Proofpoint's collateral that accuses Microsoft of missing a lot of malware attacks and positions us as an incomplete solution?**

The recent Proofpoint materials are comparing their full solution to Exchange Online Protection only, and not Office 365 ATP. This is not a valid comparison of our competing security offerings.

**Ease of use and administration. How much effort is involved?**

ATP can take less than a minute or two to set up. Setup simply requires the quick creation of Safe Attachments and Safe Links policies. Note, it can take up to 30 minutes for policy changes to take effect.

**Does Office 365 ATP provide malware sandboxing capabilities and threat insight to reveal who was targeted and a reporting summary to show incident history?**

CONFIDENTIAL

Yes, Safe Attachments scanning occurs in a sandbox environment where we spin up multiple hypervisor environments, each running various versions of the OS, Office, and common 3rd party applications. Evidence gathered as a result of detonation is presented within message trace. ATP Safe Attachments provides various traffic reports which show gathered data for a tenant by disposition (was it blocked, replaced, etc.?) and by file type. Reports also show detailed data (i.e. date, sender, recipient, ID, subject). Message trace and URL tracing also provide query options to see the details of the ATP flow/evidence and actions on URLs and attachments.

**Does Office 365 ATP provide visibility and reporting for user actions like clicks on URLs? (Ex. What was the malicious URL that was blocked, who clicked on it and when did it occur?).**
Yes, message trace and URL trace provide insight as to the URL that was clicked, the user that clicked it, and the time it was clicked.

**Tell me what threats exist in my environment. Tell me which users are compromised by advanced threats. Protect me from commodity threats.**
EOP and ATP protect you from commodity threats, targeted threats, and advanced persistent threats. We are actively working on improving our reporting. In 2017, we began rolling out Office 365 Threat Intelligence which includes features such as the threat dashboard and threat explorer. The threat dashboard gives CISO's and admins insight into the threat landscape both within their tenant and around the world. Threat explorer allows security analysts to drill down and navigate through threat data to pinpoint hot spots to get a deeper understanding of attacks, and quickly identify top threats and top targeted users. Threat explorer also supports full search capabilities with the ability to filter and pivot.

**Data about threats is interesting but I want to see and understand the big picture.**
See above – regarding the threat dashboard.

**Will your solution work by exposing APIs that allow organizations to pull alerts and threat intelligence data into SIEMs and log processing tools?**
Yes. ATP and TI subscriptions provide access to feeds from the Office 365 Management Activity API which can then be connected into SIEMs and log processing tools.  For more information on how this works, please see:
1. Office 365 Management API documentation
2. Schema for email malware events for ATP and E5 customers in the O365 Management API

**Do you provide a UI that is specific to the investigation of threats?**
Both threat explorer and threat dashboard provides charts, graphs, data points, and reports that you can use to investigate threats and trends.


Deployment and Trials
**How can I get a trial set up for my customer?**
Customers can request a trial by completing the submission form at
https://portal.microsoftonline.com/Signup/ and requesting a 30-day trial that includes 25 users.
Alternatively, customers can try out Advanced Threat Protection and other advanced services when they obtain an Office 365 Enterprise E5 Trial subscription. For any extended trials, you can send mail on

behalf of the customer to atptrials@microsoft.com or complete the submission form at
https://microsoft.sharepoint.com/teams/Office365trials/SitePages/ExtensionRequest.aspx.

**How do you enable ATP in my tenant?**
Please refer to the TechNet article, Advanced threat protection for Safe Attachments and Safe Links.

**Am I able to try ATP without changing my MX record?**
The supported method is for you to use Exchange Online Protection and point your MX record to
Microsoft. If this is not possible, there is an alternative but not recommended (nor supported) method
documented here: https://technet.microsoft.com/EN-US/library/jj937232(v=exchg.150).aspx.

**Will my Exchange service change now that I've added the ATP feature?**
Other than ATP adding 2 new layers of protection...no. Depending on the actions configured, email
delivery delays may occur and/or all URLs will be rewritten, as mentioned previously.

**Are any additional steps needed to verify ATP is working as expected?**
The best way to verify that ATP is working is to review ATP reporting trends to see whether the ATP
actions have been taken. For Safe Links, reporting captures and displays the URLs that are recorded at
the time of click. For Safe Attachments, you can run message trace to see whether a message with an
attachment has been processed by ATP. The best perspective, however, will be provided by ATP's
reporting features. Disposition reports show all of the actions that have been taken by ATP (i.e. Blocked,
Monitored, etc.) and additional reporting breaks down those detections by file types. One thing to keep
in mind is that with Safe Attachments, lower numbers of actions taken by ATP indicate higher
performance by the overall EOP service. Safe Attachments policies are designed to capture zero-day
(unknown) attacks. If the number of files you see being blocked in ATP is high, that means they've been
able to slip through EOP. The real indicator of success is in the overall quantity of malware blocked by
EOP and ATP, and the reduction in the number of escalations you have internally due to attacks getting
through.

**Can on-premises organizations use Advanced Threat Protection?**
Yes, Exchange organizations with on-premises mail servers can use Advanced Threat Protection, so long
as they use Exchange Online Protection to route incoming messages.

**What additional bandwidth is required once ATP is enabled for a tenant of 80k users? Will I see
latency in service now that all email is ATP-scanned?**
- **Email delivery**. If the Safe Attachments policy that applies to a particular recipient has an action
  of Block, the email will not be delivered until the attachments can be detonated by the Safe
  Attachments technology in ATP. Safe Attachments will launch a unique hypervisor to open the
  attachment. This can result in a delivery delay on average of 60 seconds for each mail evaluated
  by Safe Attachments.
- **Dynamic Delivery**. Dynamic Delivery is a feature that will eliminate the latency described above
  by delivering the body of an email with a placeholder attachment, to be replaced by the actual
  attachment after it has undergone a Safe Attachments scan. This allows recipients to read and
  respond to the message immediately, while also notifying them that the original attachment is
  still being analyzed.
- **Web browsing**. If a link points to a website recognized as not malicious, Safe Links adds very
  little latency to loading the target page. If the link points to a website recognized as malicious,

MSFT_TOC00001098

the user is routed to a warning page and has to go through it (if click-through is enabled) in order to continue on to the site.

Note: After a change is made to an ATP policy, it can take up to 30 minutes for that change to propagate to every server.

**In which GEO's or regions is ATP currently offered?**
ATP is currently globally available, including in the Government Cloud. Also, ATP is live in all (but not limited to) data centers which are listed here: https://www.microsoft.com/online/legal/v2/?docid=25.

**What clients are supported by ATP?**
Currently mail is not limited to one client but we recommend the latest version of Outlook and Outlook on the web. ATP for SharePoint Online, OneDrive for Business, and Microsoft Teams have GA'd. ATP Safe Links has been extended to URLs in Word 2016, Excel 2016, PowerPoint 2016, and Visio 2016 on Windows, as well as Office 365 ProPlus on Android and iOS devices. Soon, ATP Safe Links will also apply to URLs in Word 2016, Excel 2016, and PowerPoint 2016 on Mac.

**Please provide guidance on how to enable, manage, and monitor the service.**
Learn how to do this at Set up a Safe Attachments policy in ATP and Set up a Safe Links policy in ATP.

**Do I need to assign licenses and configure policies in order for Advanced Threat Protection to work?**
Enabling ATP requires the configuration of policies in order to activate and target specific users, groups or domains to be protected by the service. You can configure separate policies for ATP to check links, attachments, or both. Safe Links and Safe Attachments policies can each be applied to specific sets of users. Learn how to do this at Set up a Safe Attachments policy in ATP and Set up a Safe Links policy in ATP. You can also create individualized policies within the Safe Links and Safe Attachments settings so that subgroups of users can have custom protection settings.

Note: Assigning licenses is not a technical requirement, but it is required to be compliant.

**How long does it take for Advanced Threat Protection policies to be effective?**
Once a change is made to an Advanced Threat Protection policy, it can take up to 30 minutes for that change to propagate.

**Is ATP available for on-prem or hybrid deployments?  Are there any limitations to using ATP in an on-premises or hybrid deployment scenario?**
Advanced Threat Protection works for Exchange Online cloud-hosted mailboxes; on-premises customers running Exchange Server 2010, Exchange Server 2013, and Exchange Server 2016; and on-premises customers running non-Microsoft mail servers. Note, Dynamic Delivery and zero-hour auto purge are only available for mailboxes hosted in Exchange Online. This is due to needing access to the mailbox to reattach the attachments after scanning.


Pricing and Licensing
**How can customers buy Office 365 ATP?**
A prerequisite for ATP is Exchange Online Protection. With EOP, customers can get ATP through purchase of an E5 license or as a standalone service for $2/u/m?

MSFT_TOC00001099

**What are the license requirements for shared mailboxes?**
Shared mailboxes need to be licensed for Advanced Threat Protection. See the following example:

Company has 5 users in Office 365. Each has a mailbox. There is 1 shared mailbox. They need a license for:
**6 seats of Exchange Online Protection (5 users + 1 shared mailbox)**
**6 seats of Advanced Threat Protection (5 users + 1 shared mailbox)**

**Note**: If licensing for Shared Mailboxes is blocking the deal, please escalate to the business desk.

**Why is there an additional charge for Advanced Threat Protection?**
Advanced security capabilities such as Advanced Threat Protection provide an additional level of security and control for those customers who require it. ATP is available as an add-on to all enterprise plans, in addition to being included in the E5 plan.

**How does the per user licensing model for Office 365 ATP work? Is it a tenant-wide solution or can customers choose to only protect a portion of the environment?**
Customers can set up separate policies for ATP to check either links or attachments or both. Each policy can be applied to a specific set of users. Learn how to do this at Set up a Safe Attachments policy in ATP and Set up a Safe Links policy in ATP. Customers can also create individualized policies within the Safe Links and Safe Attachments settings so that subgroups of users can have custom protection settings.

**What happens (in tenant) after licenses are procured?**
The ATP Advanced Threats tab should show up in the Security & Compliance Center (under Threat management>Policy) within 30-60 minutes. When it does, this means that ATP is provisioned and ready to be configured to protect.

**Since ATP policies are applied by domain, group, or mailboxes and there is a cap of 5000 users max in groups, how can we extend ATP protection to more than 5000 users?**
There are two ways to extend ATP protection to larger sets of users: (1) apply the policy by domain, rather than by group; or, (2) create additional groups and additional policies to cover as many users as needed.