# EXHIBIT 13

| | |
|---|---|
| **From:** | Aaron Guilmette </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS /CN=9D5F8589603648BBA5741763CED91D69-AARON GUILM> |
| **To:** | Abhishek Agrawal (CDM); Debraj Ghosh; Jason Rogers; Tony Sims; Girish Chander; Exchange Online Protection Discussion; Neelamadhaba Mahapatro; Amar Patel (C AND E); Chandler Bootchk; Nitin Kumar Goel |
| **Sent:** | 1/12/2018 4:19:08 AM |
| **Subject:** | RE: ATP Issues at FL DEP |

See comments in-line.

Regards,

Aaron Guilmette
Technology Solutions Professional -
Collaboration
Microsoft
State and Local Government / South East
Level up - Microsoft Office 365 Administration Inside Out   http://aka.ms/thebookonit
http://aka.ms/aaroncalendar | http://aka.ms/aaronblog | http://aka.ms/aarongallery

  

**From:** Abhishek Agrawal (CDM)
**Sent:** Thursday, January 11, 2018 10:06 PM
**To:** Debraj Ghosh <deghos@microsoft.com>; Aaron Guilmette <Aaron.Guilmette@microsoft.com>; Jason Rogers <jarogers@microsoft.com>; Tony Sims <Tony.Sims@microsoft.com>; Girish Chander <gchander@microsoft.com>; Exchange Online Protection Discussion <eop15@microsoft.com>; Neelamadhaba Mahapatro <neelmah@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>; Chandler Bootchk <chanb@microsoft.com>; Nitin Kumar Goel <Nitin.Goel@microsoft.com>
**Subject:** RE: ATP Issues at FL DEP

Thanks Aaron for your inputs and call outs.
1. The links you listed (there were two) have been blocked. The bitly/tinyrul link is dead so will redirect to their takedown page. We process links through few channels (safelink feedback, support and report message based submissions). We are continuously improving the response rate on all the channels.

   *It's not blocked yet. I received this message at 10:08PM ET, and I went and clicked on the link I reported from my customer. The link target was changed to a TinyURL link, which then redirected me to this page. TinyURL is reporting this link as bad now, not us.*

   *https://na01.safelinks.protection.outlook.com/?url=http%3A%2F%2Fbit.ly%2F2DfGVD6& data=02%7C01%7Ckabott%40microsoft.com%7C5fa466684c914db8c5fc08d5588470f0%7C72f988bf86f141af91ab2d7cd011db47%7C1%7C1%7C636512248242668068& sdata=E7333XxTIoyUn3hV1arR94bfdl4XX%2FJwQQbQEQZJ%2FdM%3D&reserved=0*

CONFIDENTIAL

MSFT_TOC00216380



2. Customer can use tenant level block lists to block URLs for a tenant.

   *That's all well and good, but it's prettymuch negating the value of the intelligent security graph and ATP. It's closing the barn door after the animals have escaped. It's updating your signature-based AV filters after your machines have been infected. We can't say "buy this advanced threat detection engine, and add the constantly evolving threats to this handy list." That's no different than what they've been doing, and is administrative overhead. Maybe it's helpful in some instances (say, "we're going to block all links to angelfire webhost sites that get delivered to us through email"), but the customer may as well just implement that protection in their proxy solution. It doesn't help us sell the value of ATP.*

3. As Jason mentioned we are actively improving URL detection/detonation logic for Phish websites.
4. We also continuously look for 3rd party/first party reputation sources to add to ours. Chrome benefits from their install base and their search index. We also consume Windows Edge signals into office 365. There was a recent 3rd party report which claimed windows 10/edge did better than chrome. We have seen cases where we catch urls that chrome will miss. Either ways, it is about continuously gathering signals as quickly as we can and enhancing our reputation and we are super focused on doing that using all available sources.

   *If we are looking third-party reputation sources, why aren't we using the Google API? If we're talking about the Chrome user base being so large, their reputation database seems to be a good thing to investigate (https://developers.google.com/safe-browsing/v4/). Maybe we are, maybe we did, maybe that's anathema for me to mention it and I apologize if I offend anyone by bringing it up. It's free, does have its usage limits, but it also seems like a partnership opportunity to improve services offered to everyone… Just thought I'd throw that out there.*

5. While the discussion below has been about link reputation, we are also actively enhancing our filters to not have the message land in the inbox to begin with (based of things like spoof, impersonation and other detections). Debraj can share the detailed roadmap/plans around it.
   a. We can lean in and guide the customer to tune their environment further (More aggressive ML settings etc.) and also share our approach with them.

   *What ML settings can the customer "tune"? ATP is a black-box product with just a handful of checkboxes (enable, disable, allow click through, track, etc.). There's nothing about refining the level of intelligence or the types of activity to look at. There are potentially some settings in EOP, but again, as this discussion that is ATP-based, telling a customer that's been compromised to go update settings in EOP will make them question why they purchased ATP.*

6. End to end solution needs to include identity protection (MFA, user behavior anomaly monitoring etc.) which is where CAS and AAD solutions are important.

*While this may be a situation where MFA "could" potentially help, having to rely on MFA as the "backup" to ATP/phish filters not catching something makes the customer wonder why they're paying for a premium service.*

This is a top priority for us and we are super focused on reducing this attack scenario.

Thanks,
Abhishek Agrawal, Principal PM Lead, Office 365


**From:** Debraj Ghosh
**Sent:** Thursday, January 11, 2018 6:43 PM
**To:** Aaron Guilmette <Aaron.Guilmette@microsoft.com>; Jason Rogers <jarogers@microsoft.com>; Tony Sims <Tony.Sims@microsoft.com>; Girish Chander <gchander@microsoft.com>; Exchange Online Protection Discussion <eop15@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Neelamadhaba Mahapatro <neelmah@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>; Chandler Bootchk <chanb@microsoft.com>
**Subject:** RE: ATP Issues at FL DEP

This is our phishing FAQ which is separate from the ATP FAQ that is referenced below. It does not specifically answer the questions below, but is more detailed and focused on phish. We'll be updating the FAQ again soon. Thanks.


**From:** Aaron Guilmette
**Sent:** Thursday, January 11, 2018 9:47 AM
**To:** Jason Rogers <jarogers@microsoft.com>; Tony Sims <Tony.Sims@microsoft.com>; Girish Chander <gchander@microsoft.com>; Exchange Online Protection Discussion <eop15@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Neelamadhaba Mahapatro <neelmah@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>; Chandler Bootchk <chanb@microsoft.com>
**Cc:** Debraj Ghosh <deghos@microsoft.com>
**Subject:** Re: ATP Issues at FL DEP

So, per:

"2. Detonation of suspicious URLs in our sandbox at time of delivery. And the sample you provided would meet the bar for being suspicious because it is using bit.ly."

If that's the case, why is it still (as of this moment) allowing me to click through?

And:

"3. Detonation of URLs asynchronously at time of click. This will update reputation at time of click to catch sites that have good content at time of delivery and are switched to bad after delivery."

Again. Either of the URL samples I submitted are still allowing me through, a solid 24-36 hours after reporting.

Maybe this is part of the disconnect—what should be the anticipated behavior? How many end users have to report that sample as bad (and what's the best way to do it) and how long does that take from when that "# of users submission threshold" has been met until the service blocks it?

Aaron Guilmette
Technology Solutions Professional - Business Productivity
Microsoft
State and Local Government / Central
Mobile: +1 (248) 915-8636
aaron.guilmette@microsoft.com
http://aka.ms/aaroncalendar | http://aka.ms/aaronblog | http://aka.ms/aarongallery

Get Outlook for iOS

CONFIDENTIAL

**From:** Jason Rogers
**Sent:** Thursday, January 11, 2018 11:07:05 AM
**To:** Tony Sims; Aaron Guilmette; Girish Chander; Exchange Online Protection Discussion; Abhishek Agrawal (CDM); Neelamadhaba Mahapatro; Amar Patel (C AND E); Chandler Bootchk
**Cc:** Debraj Ghosh
**Subject:** RE: ATP Issues at FL DEP

Tony and Aaron,
As part of the enhanced phish detection solutions in ATP we detect malicious URLs in the following ways:
1. URL ML models that detect malicious URLs at the time of delivery.
2. Detonation of suspicious URLs in our sandbox at time of delivery.  And the sample you provided would meet the bar for being suspicious because it is using bit.ly.
3. Detonation of URLs asynchronously at time of click.  This will update reputation at time of click to catch sites that have good content at time of delivery and are switched to bad after delivery.
4. Of course we continue to do the linked content detonation you described in your mail, but 1-3 is specifically to catch phishing URLS outside of reputation.

These technologies were rolled out in the fall and are still undergoing tuning.  We expect the effectiveness of our brand detections as part of the phishing lure detection logic inside of our sandboxes to improve dramatically over the next 6 weeks.

Debraj,
Can you help get the FAQ updated to be a more accurate reflection of our newest tech?

Tony and Aaron,
Who is your threat TSP or threat GBB counterparts?

Thanks,
Jason


**From:** Tony Sims
**Sent:** Thursday, January 11, 2018 7:45 AM
**To:** Aaron Guilmette <Aaron.Guilmette@microsoft.com>; Girish Chander <gchander@microsoft.com>; Exchange Online Protection Discussion <eop15@microsoft.com>
**Cc:** Debraj Ghosh <deghos@microsoft.com>
**Subject:** RE: ATP Issues at FL DEP

@Aaron Guilmette thanks for providing all the detailed examples.  I'd like to add some context that I'm seeing in my accounts.

I'm seeing Credential Theft sites as the most common way my customers are getting breached. (see attached TTP I have documented).   IMHO, we really need to prioritize some type of dynamic URL detonation, both in the email and any links in attachments, that can better detect and block these sites.  Unfortunately, SmartScreen and reputation checking aren't cutting it.  It is pretty easy for an attacker to change domain names and/or IP addresses on the fly.

Malicious URL detection is definitely impacting our ability to compete with companies like ProofPoint.


**From:** Aaron Guilmette
**Sent:** Thursday, January 11, 2018 9:22 AM
**To:** Girish Chander <gchander@microsoft.com>; Exchange Online Protection Discussion <eop15@microsoft.com>
**Cc:** Debraj Ghosh <deghos@microsoft.com>
**Subject:** RE: ATP Issues at FL DEP

*So, to be clear, sellers positioning ATP to help phishing attempts are positioning the product wrong.  Is it correct to say that ATP (whether SafeLinks or SafeAttachments) is really only examining attachments (either in an email or specifically named in the URI), and a URL containing a phishing attempt (like the attached emails) with no specific file named (just pointing to www.phishingattemptdomain.com) will *not* be blocked unless sufficient numbers of users have reported email messages containing a wrapped version of the link?*

CONFIDENTIAL
MSFT_TOC00216383

This is **critical** to get right because we keep falling down in front of customers. I've had at least 5 or 6 of these in the last month from customers (both with ATP and without), and the push has been to try to sell them ATP if they don't have it and refer them to Premier if they already do to sure they configured it correctly. If ATP is not suited for this task, then we need to be recommending a solution that is and make sure that we are positioning ATP correctly.

I have three attachments:
- The first attached email, "January Conference Meeting," which I received in my Junk Mail 6 days ago. It contains a link to a credentials capturing site that ATP is not blocking (I clicked on it while typing this message to test).
- The second attachment, "FW: Dave Herbster – Clicked on Email and filled out form" is from my customer. They reported the email and that the user had acted on it, and included the URL. The link that had been delivered to the end user is a bit.ly shortened URL. The bit.ly URL is bit.ly/2DfGVGD6. ATP wrapped it (the wrapped URL is https://na01.safelinks.protection.outlook.com/?url=http%3A%2F%2Fbit.ly%2F2DfGVD6&data=02%7C01%7Ckabott%40microsoft.com%7C5fa466684c914db8c5fc08d5588470f0%7C72f988bf86f141af91ab2d7cd011db47%7C1%7C1%7C636512248242668068&sdata=E7333XxTloyUn3hV1arR94bfdI4XX%2FJwQQbQEQZJ%2FdM%3D&reserved=0), the end user clicked on it, and filled out the credential form. I just clicked on it a minute ago as well, and it is still active.
- The third attachment, "2018-01-10_15-12-17.mp4," is a video of the reporting customer clicking on the email from inside Outlook and being redirected to the site. Side by side, he copies the URL and drops it into Chrome, which blocked it.

Regards,

Aaron Guilmette
Technology Solutions Professional - Collaboration
Microsoft
State and Local Government / South East
Level up - Microsoft Office 365 Administration Inside Out    http://aka.ms/thebookonit
http://aka.ms/aaroncalendar | http://aka.ms/aaronblog | http://aka.ms/aarongallery

 


**From:** Girish Chander
**Sent:** Thursday, January 11, 2018 8:59 AM
**To:** Aaron Guilmette <Aaron.Guilmette@microsoft.com>; Exchange Online Protection Discussion <eop15@microsoft.com>
**Cc:** Debraj Ghosh <deghos@microsoft.com>
**Subject:** RE: ATP Issues at FL DEP

Hi Aaron,
With regards to URL detonation we are working to expand it to 'detonate' the URL even for cases when the url doesn't point to the file. We've started doing this for a few cases and will continue to expand more. Debraj, can we work to update the FAQ below.
It might be worthwhile for you to review the overall Phish roadmap as well to put all this in context.
With regards to the specific URL below, while we look at specifics here, do you also happen to have an original email that had this link?
thx

**From:** Aaron Guilmette
**Sent:** Wednesday, January 10, 2018 6:01 PM
**To:** Exchange Online Protection Discussion <eop15@microsoft.com>
**Subject:** RE: ATP Issues at FL DEP

I've got a very angry customer that just had to change a bunch of passwords because they keep on getting hit with the same type of phishing/malware, and it is appear that ATP isn't suited to protect against this type of threat. Obviously, user training is an issue, and while this is a very convincing-looking site (no real misspellings, working drop-down boxes, high-resolution logos of well-known companies), both our competitors and **free** services are picking up something that we're charging a premium for.

The "you're the first one to get it" and "you need to report it through Outlook" is not an effective way to counter their arguments, nor is pointing to blog that says "we've sped up replication of URL reputation data by 30 minutes as of 4 years ago." ☺

P7

*"What is URL detonation?*

*URL detonation combines elements of safe links and safe attachments into a single feature to protect users in the event a link points to a malicious file on a web server. When you click a link to a file on a web server, we download that content into the safe attachments sandbox environment and detonate it just like we would an email attachment. As the content is being analyzed, a web page is presented to the user explaining that a scan is in process. If the file is ultimately determined to be malicious, then the user is redirected to a warning page advising the user that the site is malicious. "*

Given that statement, it sounds like ATP isn't going to catch a phishing site like this one, since there's no "file on a web server" that we're going to download and detonate.  The page itself doesn't have infectious code, and the rewritten link only points to the page itself, not an individual file that could be infected with malicious code.

P8

*"How many links will safe links analyze (for example, when you click on a URL and you are redirected to another and another)?*

*It can handle the nested redirects if the first URL is a redirector that we trust (e.g., bit.ly). We are also working on enhancing safe links with URL detonation, which will sandbox-test URLs that point to a downloadable object like a PDF or application file."*

As I'm reading this, it's only for actual endpoint objects that can be downloaded, not the presentation of a URL that is attempting to trick a user to entering credentials?

We're trying to get them to purchase 4,000 seats of ATP in an EMS + ATP (leading to E5) uplift opportunity, and at this point in time, they're more confident in setting Firefox as their default browser because its free reputation filter is updated more quickly and appears to offer "better" protection for this type of threat than one we want to charge $8,000/mo for.

Given this description from the FAQ and product materials, are we to understand that SafeLinks will evaluate/detonate **files** obtained via a link (www.microsoft.com/sub/file.pdf), but if the URL destination is just a **page** (like www.microsoft.com), there's no additional detonation that occurs, and its reputation and the ability to navigate to the link is based on whether the link has been reported by endpoints to classify it as malicious?

Regards,

Aaron Guilmette
Technology Solutions Professional -
Collaboration
Microsoft
State and Local Government / South East
Level up - Microsoft Office 365 Administration Inside Out    http://aka.ms/thebookonit
http://aka.ms/aaroncalendar | http://aka.ms/aaronblog | http://aka.ms/aarongallery

 

**From:** Aaron Guilmette
**Sent:** Wednesday, January 10, 2018 8:16 PM
**To:** Alex Hudish <alehud@microsoft.com>; Exchange Online Protection Discussion <eop15@microsoft.com>
**Subject:** RE: ATP Issues at FL DEP
**Importance:** High

Unfortunately, this isn't the first.  They were getting hit with these pretty regularly, which prompted them to buy ATP.  This marks several times that they have been hit organization-wide.  Some of the URLs the customer is reporting are via link shorteners.  Edge/SmartScreen don't pick them up as malicious, but the same URL through Firefox is successfully identified.

The URL is:



IE and Edge both navigate directly to it.

Firefox detects it:



The "Site details" from the Google transparency report says this is a credential-phishing site:

https://transparencyreport.google.com/safe-browsing/search?url=https:%2F%2Fgoldcurl.com%2FOffice%2FRicholo%20docu%202017%2Fdocusign%2Fdocusign%2Findex.php

I pumped it through a link shortener (bit.ly), and when I clicked through it, bit.ly even detected it as malicious.

CONFIDENTIAL
MSFT_TOC00216387



The customer was hit with almost the exact same phishing attempt last month.  I got one as well in my junk mail that I attached:  This is what I got after clicking on the safelinks re-written link that was received 5 days ago.
https://na01.safelinks.protection.outlook.com/?url=https%3A%2F%2Ftuscansonla.com%2Fbenz%2Faj%2FCheda%2F63672748gh34.html&data=02%7C01%7CAaron.Guilmette%40microsoft.com%7Cbc91eceb042049b6315d08d55464f399%7C72f988bf86f141af91ab2d7cd011db47%7C1%7C0%7C636507714927336329&sdata=C1EDwVOp0M3FntCJtWlAYXHs9jsMH5h18AjcCftHuIo%3D&reserved=0



You can copy/paste the link in IE and it will go right through.  Copy/paste our SafeLinks URL in Firefox, and the FF engine detects it and stops you.  Additionally, per this Yammer thread, shortened URLs (which I believe my customer received in this instance) are NOT scanned and evaluated all the way through—only the short URL is:

https://www.yammer.com/microsoft.com/#/Threads/show?threadId=915376821&search_origin=global&scoring=linear1Y-prankie-group-private-higher&match=any-exact&search_sort=relevance&page=1&group_ids=7561983&search=bit.ly

Regards,

Aaron Guilmette
Technology Solutions Professional - Collaboration
Microsoft
State and Local Government / South East
Level up - Microsoft Office 365 Administration Inside Out    http://aka.ms/thebookonit
http://aka.ms/aaroncalendar | http://aka.ms/aaronblog | http://aka.ms/aarongallery

 

**From:** Alex Hudish
**Sent:** Wednesday, January 10, 2018 7:37 PM
**To:** Aaron Guilmette <Aaron.Guilmette@microsoft.com>; Exchange Online Protection Discussion <eop15@microsoft.com>

CONFIDENTIAL

**Subject:** RE: ATP Issues at FL DEP

Hey Aaron.

Usually, when customers ask why there's a zero-day false negative (EOP/ATP spam/phish/malware), I refer them to this very thorough explanation by Terry that leads to a more holistic conversation about the multi-layered approach to email security, including what happens when there's a false negative, which tools we have to respond (what's within our/PG responsibility) and which tools the customer has (submit it to us / leverage his userbase for reporting / invest in user education, etc):

https://blogs.msdn.microsoft.com/tzink/2014/09/12/why-does-spam-and-phishing-get-through-office-365-and-what-can-be-done-about-it/

The fact that Chrome detects it *this one time* when ATP doesn't, isn't really taking the conversation in a meaningful direction. Have they done the opposite? Did they unwrap bad links by ATP to see how many of them weren't detected by Chrome…? Instead of "judging" effectivity of ATP based on one instance, I'd steer the conversation on the many positive success stories from our customers, our investments in new technologies (the upcoming phishing penetration testing, Office file scans, etc.), review the customer's statistics and ATP detection reporting, reports about their URL user clicks, look into their tenant threat intelligence picture, and also **submit this FN to PG** to add the site as unsafe so we can better protect them and our other customers ASAP.

Sincerely,
Alex

**From:** Aaron Guilmette
**Sent:** January 10, 2018 6:02 PM
**To:** Exchange Online Protection Discussion <eop15@microsoft.com>
**Subject:** RE: ATP Issues at FL DEP

Anything?  The core problem being:

- Customer has ATP activated and SafeLinks policies configured.  Received suspicious mail, clicked link, and is passed directly to phishing site.
- Customer copies link from Outlook and pastes it into Chrome, which detects it as malicious successfully.

Obviously, they don't see value in paying $2/mo/user for something that Chrome does free.

Regards,

Aaron Guilmette
Technology Solutions Professional -
Collaboration
Microsoft
State and Local Government / South East
Level up - Microsoft Office 365 Administration Inside Out      http://aka.ms/thebookonit
http://aka.ms/aaroncalendar | http://aka.ms/aaronblog | http://aka.ms/aarongallery

 

**From:** Aaron Guilmette
**Sent:** Wednesday, January 10, 2018 5:11 PM
**To:** Exchange Online Protection Discussion <eop15@microsoft.com>
**Subject:** FW: ATP Issues at FL DEP
**Importance:** High

Anything I can give back to my customer?

Regards,

Aaron Guilmette
Technology Solutions Professional - Collaboration
Microsoft
State and Local Government / South East
Level up - Microsoft Office 365 Administration Inside Out   http://aka.ms/thebookonit
http://aka.ms/aaroncalendar | http://aka.ms/aaronblog | http://aka.ms/aarongallery

 

**From:** Kass Bottini
**Sent:** Wednesday, January 10, 2018 5:01 PM
**To:** Paul Hughs <pahughs@microsoft.com>; Conrad Salazar <Conrad.Salazar@microsoft.com>; Aaron Guilmette <Aaron.Guilmette@microsoft.com>; Jose Tapia (TAM) <jtapia@microsoft.com>; Josh Yaffin <Josh.Yaffin@microsoft.com>
**Cc:** Mandy Ledford <mandyl@microsoft.com>
**Subject:** ATP Issues at FL DEP
**Importance:** High

Hoping that this is a case of bad configuration. FL DEP got hit with a phishing attempt again. The problem here is that ATP was tested with this attack and the link got through. The detection was caught by Google Chrome. The left screen shot is what was displayed in IE and the movie is what happened in Chrome. You can see how well crafted the form is.

Customer is not happy that a free consumer service is able to report on the malicious site, but our premium service was unable to detect it. Trying to put out the fire now and will keep you posted.

**Kass Bottini**
SUCCESS MANAGER – MODERN WORKPLACE | SOUTHEAST REGION
EMAIL kabott@microsoft.com |NEW MOBILE (850) 228-3094

