# EXHIBIT 14

Page 1

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2
                  CASE NO. 0:20-CV-60416-AMC
 3
 4    TOCMAIL INC., a Florida
      corporation,
 5
                   Plaintiff,
 6
      vs.
 7
      MICROSOFT CORPORATION, a
 8    Washington corporation,
 9                 Defendant.
10    _____/
11
                                 March 17, 2021
12                               12:04 p.m. - 6:20 p.m.
13
14
              VIDEOTAPED DEPOSITION OF JASON ROGERS
15
                 TAKEN VIA ZOOM TELECONFERENCE
16
17
18       Taken on behalf of the Defendant before
19    Alice J. Teslicko, RMR, Notary Public in and for the
20    State of Florida at Large, pursuant to an Amended
21    Notice of Taking Video-Taped Deposition in the above
22    cause.
23
24
25
```

```
 1   APPEARANCES VIA TELECONFERENCE:
 2
         JOHNSON & MARTIN, P.A.
 3       BY:  JOSHUA D. MARTIN, ESQ.
         500 W. Cypress Creek Road, Suite 430
 4       Fort Lauderdale, FL 33309
         (954) 790-6699
 5       josh.martin@johnsonmartinlaw.com
         Attorneys for the Plaintiff
 6
 7       GREENBERG TRAURIG, LLP
         BY:  MARY-OLGA LOVETT, ESQ.
 8            KYLE DUGAN, ESQ.
              EVELYN COBOS, ESQ.
 9       1000 Louisiana Street, Suite 1700
         Houston, TX 77002
10       (713) 374-3541
         lovettm@gtlaw.com
11       duganky@gtlaw.com
         cobose@gtlaw.com
12       Attorneys for the Defendant
13
14       Also Present:  Michael Wood
                        Cameron Roth
15                      Rachel Hymel
                        Aaron Wolke
16                      Alan Paller - Videographer
17                           - - -
18
19
20
21
22
23
24
25
```

Page 3

```
 1                       I N D E X

 2   WITNESS                                          PAGE

 3

 4   JASON ROGERS

 5   Direct Examination by Mr. Martin                    9

 6   Cross Examination by Ms. Lovett                   150

 7   Certificate of Oath                               158

 8   Errata Sheet                                      162

 9   Attorneys' Eyes Only Portions

10     - Page 57/Line 15 to Page 69/Line 13

11     - Page 115/Line 4 to Page 117/Line 8
```

Page 4

PLAINTIFF'S EXHIBITS

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1 | Email chain dated 5/9/2018 | 18 |
| Exhibit 2 | Email chain dated 5/18/2018 | 39 |
| Exhibit 3 | Office 365 Field Advisory | 42 |
| Exhibit 4 | Office 365 Field Advisory Text File | 43 |
| Exhibit 5 | Email chain dated 10/22/2020 | 46 |
| Exhibit 6 | Microsoft web page - "Tutorial: Create a Site-to-Site Connection in the Azure Portal" | 55 |
| Exhibit 7 | Document entitled "Live Forensic Browsing" (ATTORNEYS' EYES ONLY) | 58 |
| Exhibit 8 | Diagram entitled "Sonar Environment" | 65 |
| Exhibit 9 | PowerPoint entitled "Sandbox Anti-Evasion Plan Review - March 2020" (ATTORNEYS' EYES ONLY) | 69 |
| Exhibit 10 | Email chain dated 4/4/2020 (ATTORNEYS' EYES ONLY) | 72 |
| Exhibit 11 | Page from Microsoft website entitled "HTTP Status Codes" | 77 |
| Exhibit 12 | PowerPoint entitled "Sonar Phish Anti-Evasion Update - 9/12/2018" | 80 |
| Exhibit 13 | Email chain dated 6/28/2018 | 87 |

PLAINTIFF'S EXHIBITS - CONTINUED

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 14 | Email chain dated 12/21/2020 | 90 |
| Exhibit 15 | Random Server Addresses | 91 |
| Exhibit 16 | Power Point entitled "Anti-Spam MSR - January 2018" | 93 |
| Exhibit 17 | Email chain dated 8/28/2020 | 98 |
| Exhibit 18 | Email chain dated 7/26/2017 | 105 |
| Exhibit 19 | Excerpt from Exhibit 18 reprinted on separate document | 107 |
| Exhibit 20 | Power Point entitled "Threat Protection MBR - August 2018" | 111 |
| Exhibit 21 | Email from Amar Patel dated 9/9/2019 | 116 |
| Exhibit 22 | Power Point entitled "Threat Protection MBR - September 2019" | 117 |
| Exhibit 23 | Email chain dated 10/30/2020 | 119 |
| Exhibit 24 | Defendant's Expert Disclosure | 121 |
| Exhibit 25 | "Office 365 Advanced Threat Protection - Frequently Asked Questions - Updated 5/11/2018" | 123 |
| Exhibit 26 | Copy of Microsoft web page entitled "Increase Threat Protection" | 131 |

```
                                                              Page 6
 1              PLAINTIFF'S EXHIBITS - CONTINUED
 2    EXHIBIT           DESCRIPTION                    PAGE
 3
      Exhibit 27     Copy of Microsoft blog             133
 4                   entitled "How Office 365
                     Learned to Reel in Phish" -
 5                   10/17/2018
 6    Exhibit 28     Video excerpt from                 136
                     Microsoft Ignite -
 7                   "Understand How Microsoft
                     Protects you Against Spoof,
 8                   Phish, Malware, and Spam
                     Emails"
 9
      Exhibit 29     Microsoft Blog - "Schooling        141
10                   a Sea of Phish Part 3"
                     dated 4/11/2018
11
      Exhibit 30     Excerpt of Microsoft video         143
12                   entitled "Advanced Threat
                     Protection for your Office
13                   365 Environment"
14    Exhibit 31     Email chain dated 4/26/2016        146
15    Exhibit 33     Email from Pragya Pandey           148
                     dated 5/29/2019
16
17
18
19
20
21
22
23
24
25
```

Page 76

1  THE VIDEOGRAPHER: This begins media number
2  three of the videotaped deposition of Jason
3  Rogers. The time is 3:17 Eastern Time. We are
4  on the record.
5  MR. MARTIN: Okay, Aaron, would you put up
6  the next document.
7  (Whereupon a document/item was marked for
8  identification as Plaintiff's Exhibit 11.)
9  BY MR. MARTIN:
10  Q   Mr. Rogers, we talked briefly before about
11  some of these status codes. So we pulled this from
12  Microsoft's website. We just wanted to ask you, so
13  the first one there says "200 OK."
14  What is a 200 OK status?
15  MS. LOVETT: Object to speculation. Go
16  ahead.
17  A   Would it be possible to zoom in a little bit
18  more on this?
19  So 200 OK indicates success, that the
20  requested information has been returned successfully.
21  Q   Okay. So if a URL is clicked on, then is
22  status code 200 OK means that it's a successful
23  response?
24  A   That's correct.
25  MR. MARTIN: Okay, scroll down, Aaron.

Page 77

1  Q   404 not found, is that an example of one of
2  the 400 codes you talked about earlier?
3  A   Yes.
4  Q   It means there's some kind of error?
5  A   Yes.
6      MS. LOVETT:  Speculation.
7  Q   It looks like there's a couple different
8  400s here.  Are these all error codes; 400, 403, 404,
9  409, 412, 429, 499?
10 A   Yes, these are all error codes.
11 Q   Okay, and then -- keep scrolling, Aaron.
12     Then there's 500.  We talked about the 500.
13 Is that what those refer to?
14 A   Yes.
15 Q   Okay.  So if I was to connect to, let's say
16 PayPal.com and that web page successfully returned
17 content, what status code would be returned?
18 A   According to this document, it would be a
19 200.
20     MR. MARTIN:  Okay.  Aaron, you can take this
21     document off.
22 Q   Even outside of the document, just in
23 general, if I was connected to like PayPal.com and
24 that web page successfully returned content, what kind
25 of status code would be returned?

1     A     Code 200.
2     Q     Same thing if I were connected to
3  BankofAmerica.com, for example, and the webpage
4  successfully returned content?
5     A     Yes, that's correct.
6     Q     What is IP anonymization?
7           MS. LOVETT:  Speculation.
8     A     So I guess I would need a little bit more
9  context about how you're referring to that.
10    Q     Well, Mr. Patel testified that Microsoft has
11 either been using, is going to use, or has been using
12 IP anonymization.  So I'm just trying to understand
13 what your take on IP anonymization is.
14    A     So once again, I would defer to Amar for
15 things related to Sonar, but I can speak at a high
16 level.  So the idea would be that our sandboxes would
17 connect out to the internet through sets of random
18 anonymous IPs.
19    Q     Do you know what (*redacted*) is?
20    A     I do.  It's a company that basically offers
21 a proxy service that would allow us to anonymize those
22 outbound IPs.
23    Q     What about Luminate, do you know what
24 Luminate is?
25    A     No I'm not familiar with Luminate.

1   Q   So why would Microsoft not route traffic
2   through anonymous proxy service to combat
3   tenant-targeted attacks?
4   A   If you were targeting specific content to a
5   specific IP, it wouldn't matter what other IP you
6   used.  You would only get the specific content to the
7   one specific IP being targeted.
8   Q   Okay.  So routing traffic through an
9   anonymous proxy service wouldn't serve as a solution
10  to combating a specific targeted attack?
11          MR. DUGAN:  I'm sorry to interrupt, this is
12      Kyle Dugan.  This has been designated AEO.
13      Sorry, just checking.  So I think we're going to
14      have to pull this down.
15          MS. LOVETT:  Sorry, Kyle, I didn't see the
16      exhibit number, so thank you for interjecting.
17      This was something that was previously designated
18      AEO I believe in Mr. Patel's deposition.
19          MR. MARTIN:  No, I don't believe so.  I'm
20      pretty sure this one was not redesignated.  If
21      you're saying it was redesignated --
22          MR. DUGAN:  Yes, that's my understanding,
23      Josh.
24          MR. MARTIN:  Okay.
25          MS. LOVETT:  I believe we sent an ESAP that

Page 97

1   Q   Okay. So does that mean that approximately
2   9.5 million unique URLs were clicked per day?
3   A   No, it means that they were sandboxed.
4       Well, I guess this is specific to
5   time-of-click, though. So it's going to be close. So
6   the reason I say it's going to be close, if we have
7   reputation that says that the URL is already
8   malicious, then Safe Links would simply block the URL
9   and we wouldn't resubmit for detonation at
10  time-of-click.
11  Q   Okay. So about 18 million time-of-click
12  submissions per day and of those 18 million, about
13  nine and a half million were unique URLs, about?
14  A   Yes.
15  Q   So was Safe Links responsible for protecting
16  those 9.5 million unique URLs each day?
17  A   Yes.
18      MR. MARTIN: Aaron, can you put on 105455.
19      (Whereupon a document/item was marked for
20      identification as Plaintiff's Exhibit 17.)
21      Okay, this is an email chain that we marked
22      as Exhibit 17. Aaron, can you scroll down to the
23      second page. Keep scrolling. Keep going.
24  Q   So at the top of the screen now you see
25  where it says from Jason Rogers on April 13th, 2020?

1           would you unhighlight, please, that paragraph
2           written by Mr. Wood and I'm going to take you to
3           the next paragraph and if you would highlight
4           that paragraph that starts with "bottom line."
5      Q    Here in his expert report plaintiff,
6    Mr. Wood, writes: "Bottom line, Safe Links is a
7    service that's run on EOP servers."
8           Is that a correct statement, Mr. Rogers?
9      A    So this kind of shows a fundamental
10   misunderstanding of the differences between Safe Link
11   servers and URL detonation through Sonar.
12          So Safe Links servers refer to the web
13   servers that Safe Links points to, which certainly
14   would be part of that they are EOP servers, but
15   they're just the web servers that you're taken to when
16   you click on a Safe Link that we use to check
17   reputation and then return block pages.
18          It would be -- you know, any kind of IP
19   evasion technique would be meaningless for those
20   servers. They're simply checking reputation and
21   returning block pages as appropriate.
22          Any kind of link-following visiting sites,
23   rendering of pages is happening inside of our
24   sandboxes that are on -- not part of EOP. They're in
25   separate spaces across, you know, multiple

Page 157

1  CERTIFICATE OF OATH

3       I, Alice J. Teslicko, RMR, a Notary Public
4    for the State of Florida at large, do hereby
5    certify that the witness, Jason Rogers, appeared
6    via teleconference before me and was duly sworn.
7       Signed and sealed this 22nd day of March,
8    2021.

11   _____
12       Alice J. Teslicko, RMR

14   Commission No. GG249076
     My Commission Expires:
15   December 14, 2022

Page 158

1                    CERTIFICATE
2    STATE OF FLORIDA    )
                         )  ss.
3    COUNTY OF MARTIN    )
4
             I, ALICE TESLICKO, RMR, a Registered
5    Merit Reporter and Notary Public for the State of
     Florida at Large, do hereby certify that I reported
6    the deposition of Jason Rogers, a witness called by
     the Defendant in the above-styled cause; and that the
7    foregoing pages constitute a true and correct
     transcription of my shorthand report of the deposition
8    of said witness.
9            I further certify that I am not an attorney
     or counsel of any of the parties, nor a relative or
10   employee of counsel connected with the action, nor
     financially interested in the action.
11
             WITNESS my hand and official seal in the
12   City of Stuart, County of Martin, State of Florida,
     this 22nd day of March,
13
14
                             _____
15                           Alice J. Teslicko, RMR
16   My commission expires:
     December 14, 2022
17   Commission No. GG249076
18
19
20
21
22
23
24
25