# EXHIBIT 15

| | |
|---|---|
| Document title: | Evolving Office 365 Advanced Threat Protection with URL Detonation and Dynamic Delivery \| Microsoft 365 Blog |
| Capture URL: | https://www.microsoft.com/en-us/microsoft-365/blog/2017/01/25/evolving-office-365-advanced-threat-protection-with-url-detonation-and-dynamic-delivery/ |
| Captured site IP: | 104.87.85.175 |
| Page loaded at (UTC): | Wed, 07 Jul 2021 12:04:05 GMT |
| Capture timestamp (UTC): | Wed, 07 Jul 2021 12:04:27 GMT |
| Capture tool: | v7.9.1 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 5 |
| Capture ID: | 63bfcebf-6aa6-4abe-a77f-6b173a5d117a |
| User: | jmlaw-jcooper |

 Microsoft | Microsoft 365      Products ˅    Plans and pricing    Industry ˅    Resources ˅    Support ˅    Blog          All Microsoft ˅    Search 🔍    Sign in 👤

January 25, 2017



# Evolving Office 365 Advanced Threat Protection with URL Detonation and Dynamic Delivery

By the Office 365 team

🔗 Share ˅

We built Office 365 Advanced Threat Protection to provide nearly unparalleled email security with little impact on productivity. Advanced Threat Protection defends your organization from today's growing and evolving advanced threats with powerful safeguards like **Safe Links**, which provides time-of-click protection to help prevent users from opening or accessing malicious links, and **Safe Attachments**, which protects users from opening malicious email attachments. Today, we're pleased to announce availability of two new capabilities—**URL Detonation** and **Dynamic Delivery**—which improve the security Advanced Threat Protection provides while keeping people productive.

## General availability of URL Detonation

URL Detonation helps prevent your users from being compromised by files linked to malicious URLs.



*Email with malicious link to PDF file.*

When a user receives an email, Advanced Threat Protection analyzes the URLs for malicious behavior. This new capability is in addition to the URL reputation checks that Advanced Threat Protection already does. If the user clicks a link during the scan, the message "This link is being scanned" is displayed. If the link is identified as malicious after the scan, a pop-window opens notifying the user that the file is malicious and warns the user against opening it.



*Link scan in progress notification (left). Malicious link notification (right).*

IT admins can configure a SafeLink policy that turns on the URL trace to track user clicks, which is especially useful for instances when users can bypass the warning and click through to blocked pages. This enables them to appropriately focus on remediation efforts for impacted users while not disrupting the work of unaffected users.



*URL trace of user activity.*

## Public preview of Dynamic Delivery

Since introducing Safe Attachments, we have greatly reduced the time it takes to scan emails containing attachments. While any malware solution requires some small amount of time to scan suspicious attachments, Advanced Threat Protection enables you to remain productive during this scan time. Now, with Dynamic Delivery, recipients can read and respond to the email while the attachment is being scanned. Dynamic Delivery delivers emails to the recipient's inbox along with a "placeholder" attachment notifying the user that the real attachment is being scanned—all with minimal lag time.



Thanks,
Jason

*Users can read the email body while the attachment is scanned in a Safe Attachments sandbox.*

If a user clicks the placeholder attachment, they see a message showing the progress of the scan. If the attachment is harmless, it seamlessly re-attaches to the email so the user can access it. If it is malicious, Office 365 Advanced Threat Protection will filter out the attachment.



*The scan progress page displayed when a user clicks an attachment undergoing a scan.*

## How to enable URL Detonation and Dynamic Delivery

URL Detonation can be enabled through the policy controls in the Safe Links admin window under settings. To enable URL Detonation, select the **On** radio button and then select the **Use Safe Attachments to scan downloadable content** checkbox.



*Admin control window for Safe Links policy. Both Linked Content Detection and Dynamic Email Delivery (through Safe Attachments) are enabled.*

Dynamic Delivery can be activated through the policy controls from the Safe Attachments admin control window under Settings. Simply select the **Dynamic Delivery** radio button.



*Admin control window for Safe Attachments policy with Dynamic Delivery activated.*

## How to get started with Advanced Threat Protection

To learn how to turn on the new Advanced Threat Protection capabilities in the Office 365 Security & Compliance Center, watch this Office Mechanics video. If you don't yet have Advanced Threat Protection, sign up for a trial of Office 365 E5, which provides advanced security and compliance capabilities including Advanced Threat Protection.

We're continuously trying to improve your experience on Office 365, so be sure to let us know what you think of these Advanced Threat Protection feature enhancements!

Filed under: Office 365

Tagged under: Compliance   Education   Enterprise   Government   On-premises   Security   Updates   Webcast

## You may also like these articles



February 18, 2021

### Upcoming commercial preview of Microsoft Office LTSC >

At Microsoft, we believe that the cloud will power the work of the future. Overwhelmingly, our customers are choosing the cloud to empower their people—from frontline workers on the shop floor, to on-the-go sales teams, to remote employees connecting from home. We've seen incredible cloud adoption across every industry, and we will continue to invest...

Read more >



February 10, 2021

### How partners are fueling growth and innovation on Microsoft Teams >

Teams not only enables you to meet, chat, call, and collaborate with your team, but it also serves as a platform that brings together the apps and workflows that help you get your work done.

Read more >



February 1, 2021

### The evolution of mobile productivity, even when we're a little less mobile >

What's the one essential you'd go back home for if forgotten? Maybe it's your mask. But also, your mobile phone, right? Your personal organizer, your digital wallet, your instant camera—your mobile device has become the most essential tool you use to stay connected to the people and things that are important at home, at the office....

Read more >

## Get started with Microsoft 365

Microsoft 365 brings together Office 365, Windows 10, and Enterprise Mobility + Security. It delivers a complete, intelligent, and secure solution to empower people.

Learn More >



We're continuously trying to improve your experience on Office 365, so be sure to let us know what you think of these Advanced Threat Protection feature enhancements!

Filed under: Office 365

Tagged under: Compliance Education Enterprise Government On-premises Security Updates Webcast

## You may also like these articles



February 18, 2021

### Upcoming commercial preview of Microsoft Office LTSC ›

At Microsoft, we believe that the cloud will power the work of the future. Overwhelmingly, our customers are choosing the cloud to empower their people—from frontline workers on the shop floor, to on-the-go sales teams, to remote employees connecting from home. We've seen incredible cloud adoption across every industry, and we will continue to invest...

Read more ›



February 10, 2021

### How partners are fueling growth and innovation on Microsoft Teams ›

Teams not only enables you to meet, chat, call, and collaborate with your team, but it also serves as a platform that brings together the apps and workflows that help you get your work done.

Read more ›



February 1, 2021

### The evolution of mobile productivity, even when we're a little less mobile ›

What's the one essential you'd go back home for if forgotten? Maybe it's your mask. But also, your mobile phone, right? Your personal organizer, your digital wallet, your instant camera—your mobile device has become the most essential tool you use to stay connected to the people and things that are important at home, at the office....

Read more ›

## Get started with Microsoft 365

Microsoft 365 brings together Office 365, Windows 10, and Enterprise Mobility + Security. It delivers a complete, intelligent, and secure solution to empower people.

Learn More ›



**Keep up on all the latest Microsoft 365 innovations at @Microsoft365** 

What's new — Surface Laptop 4, Surface Laptop Go, Surface Go 2, Surface Pro X, Surface Duo, Microsoft 365, Windows 10 apps, HoloLens 2

Microsoft Store — Account profile, Download Center, Microsoft Store support, Returns, Order tracking, Virtual workshops and training, Microsoft Store Promise, Financing

Education — Microsoft in education, Office for students, Office 365 for schools, Deals for students & parents, Microsoft Azure in education

Enterprise — Azure, AppSource, Automotive, Government, Healthcare, Manufacturing, Financial services, Retail

Developer — Microsoft Visual Studio, Windows Dev Center, Developer Center, Microsoft developer program, Channel 9, Microsoft 365 Dev Center, Microsoft 365 Developer Program, Microsoft Garage

Company — Careers, About Microsoft, Company news, Privacy at Microsoft, Investors, Diversity and inclusion, Accessibility, Security

English (United States)

Sitemap  Contact Microsoft  Privacy  Terms of use  Trademarks  Safety & eco  About our ads  © Microsoft 2021