# EXHIBIT 17

# C+E THREAT PROTECTION — ANTIPHISHING

mailto:amarpa;nigoel;yroy

## Situation

Credential phishing has grown to be the primary source of customer dissatisfaction and selling friction for Office 365 EOP/ATP. A common denominator in these attacks is a URL that, once clicked, takes the victim to a web page for harvesting credentials. Recent data from Office 365 shows that Microsoft is the top phished brand in Office 365 mail flow:




However, Microsoft isn't the only brand that is victimized by phishing. Apple, DocuSign, Dropbox, Fedex, Paypal and many others are also used to trick users into sharing their credentials.



CONFIDENTIAL

## Opportunity

A typical phishing attack attempts to spoof the sender and login page of a service to trick the user into sharing their credentials for that service. Generating accurate threat intel (TI) on phishing is critical to thwarting credential Phishing attacks. Moreover, as we increase our reliance on Machine Learning (ML) having access to corpus of known good TI is critical for preventing FPs and FNs for ML based detections.

However, today's IOCs tend to be backwards looking, generated through human analysis. Using machine learning and photo similarity analysis, we have the potential to proactively identify new IOCs if we can seed our technology with the right reference data that enables algorithms to differentiate anomalies from what's known to be legitimate domains and login pages. We then block these sites across our customer surface area (Office 365, Outlook.com, Windows Edge, etc.)



Using the combination of reference data and tech, we can enable the following value:

1. Catching phishing attacks as they occur and begin generating TI prior to or shortly after "time of click" to neutralize or minimize the impact of phishing campaigns
2. Reducing FPs by improving our precision in recognizing genuine senders and sites thereby preventing customer dissatisfaction and loss of confidence in our product
3. Reducing FNs by improving our detections using the provided white list data.

## Anti-phishing Reference Data Assets

We believe the following reference data can enable us to use Machine Learning and photo similarity technology to proactively generate phishing IOCs with high confidence and minimal human curation. In general, we would work with various entities to obtain this data. We don't anticipate high engagement friction in collecting this data because, for example brand imagery is not confidential information and login pages are Internet facing; none of this data is particularly sensitive.

| ASSET | EXAMPLE USE CASE |
|---|---|
| Domains that are expected to send email | Checking originating domains against a company's white list |
| Domains/paths that are fully under the organization's control | Identify domains/paths that shouldn't have content attached or redirectors |
| Domains/paths that are expected to host login pages | Identify domains/paths expected and not expected to host login pages |
| SSL certs that all pages prompting for any sensitive information should chain up to | Identify spoofed pages based on inconsistent SSL certs |
| Any trademark names | Use for detection spoofed pages |
| Imagery (logos/hero images/etc.) that is not expected to be used outside of sites managed by the organization | Use PhotoDNA to detection correct and false images on URL landing pages |

## Feasibility Study

We conducted an internal feasibility study to validate our ability to harvest this data directly from our logs. We discovered that it's possible for us to bootstrap this effort on behalf our customers using our own logs:

| TenantName | DomainName | HasAdfs | LoginUrl |
|---|---|---|---|
| MYFEDEX | fedex.com | 0 | login.microsoftonline.com/?login_hint=user@fedex.com |
| ELECTRONIC_ARTS | ghostgames.com | 0 | login.microsoftonline.com/?login_hint=user@ghostgames.com |
| JOHNSON_CONTROL | onjci.com | 1 | https://sts.ga.johnsoncontrols.com/adfs/ls/?wa=wsignin1.0&wtrealm=urn%3afederation%3aMicrosoftOnline |
| ROYAL_CARIBBEAN_CRUISES | azamaraclubcruises.com | 1 | https://cloudfs.rccl.com/adfs/ls/?wa=wsignin1.0&wtrealm=urn%3afederation%3aMicrosoftOnline |
| AXIS_BANK | atreds.com | 1 | https://adfs.axisbank.com/adfs/ls/?wa=wsignin1.0&wtrealm=urn%3afederation%3aMicrosoftOnline |
| SHELL | shellea.com | 0 | login.microsoftonline.com/?login_hint=user@shellea.com |
| MARS | oneffem.com | 1 | https://saml.federation.effem.com/adfs/ls/?wa=wsignin1.0&wtrealm=urn%3afederation%3aMicrosoftOnline |
| ELECTRONIC_ARTS | firemint.com | 0 | login.microsoftonline.com/?login_hint=user@firemint.com |
| ELECTRONIC_ARTS | virtualme.com | 0 | login.microsoftonline.com/?login_hint=user@virtualme.com |
| KROGER | Roundys.com | 0 | login.microsoftonline.com/?login_hint=user@Roundys.com |

These are two more detailed examples:

| TenantName | DomainName | Login Page | Login URL |
|---|---|---|---|
| Electronic Arts | dice.se<br>Bioware.com<br>bightgames.com<br>simscarnival.com<br>battlefieldheroes.com<br>owo.com<br>j2play.net<br>uo.com<br>ea-mobile.com<br>ea.co.kr<br>jamdat.com<br>easportsonline.com<br>popcap.com.cn<br>popcap.com<br>ea.com<br>pogo.com<br>criteriongames.com<br>infery.com<br>swtor.com<br>spore.com<br>maxis.com<br>ghostgames.se<br>ironmonkeystudios.com |  | • https://login.work.ea.com/login |

| TenantName | DomainName | Login Page | Login URL |
|---|---|---|---|
| State of Ohio | dodd.ohio.gov<br>id.ohio.gov |  | • https://login.dodd.ohio.gov/adfs/ls/?wa=wsignin1.0&wtrealm=urn%3afederation%3aMicrosoftOnline<br>• https://adfs.ohio.gov/adfs/ls/?wa=wsignin1.0&wtrealm=urn%3afederation%3aMicrosoftOnline |

## Market Segments

There are several market segments that would benefit from machine-based proactive IOC .

| SEGMENT | DRIVERS FOR MALCIOUS ACTORS |
|---|---|
| Government Organizations | Nation state attacks target various government organizations to gain access to sensitive information (e.g. UN member compromise earlier this year by an actor working on behalf of North Korea) |
| Political Organizations | During election years, political organizations become high value targets by those wanting to influence the outcome of the election (e.g. DNC compromise) |
| Corporations in various sectors (e.g. Oil and Gas, Financial) | Companies are often victims of attackers wanting to steal intellectual property, commit fraud or commit corporate espionage |
| Consumers Brands (e.g. Apple) | Attackers often target consumers to commit financial fraud |
| Enterprise Service Providers | Companies like Microsoft that provide the worlds corporations with Enterprise services are targeted by attackers to gain access to the corporate infrastructure |

## Scenarios
1. x

## Open Questions
1. x

## Next Steps/Notes
1. x