# EXHIBIT 18

**BOSCH DISCUSSION PREP**

**Situation**
- Bosch is a $300M account cut over to ATP
- They are pen testing our protection and have interest in discussion questions related to their testing

**Proposed Attendees for the Customer Meeting**
- Office 365 Team
    - Abhishek, Sumit, Brian, Shubhanshi, Pawel, Lukas
- Sonar Team
    - Amar, Claudia, Cristian, Abhijeet, Swaroopa

**Prep Work for Discussion**

NOTE: This table is intended internal alignment. Our intent would be to provide answers to customers verbally during the call unless otherwise requested.

| # | CUSTOMER QUESTION | RESPONSE / TALK TRACK |
|---|---|---|
| 1 | What is the main focus of the Detonation Chamber?<br><br>Detect commodity Malware and widespread malicious mails (e.g. Emotet) which traditional Antivirus products doesn't detect yet<br><br>Protection against advanced / more sophisticated unknown malware, which is prepared and send to individual targets | Answer is yes to both (known and unknown malware).<br>"Never seen before" malware<br>Address question around advanced techniques<br><br>Microsoft Office 365 Advanced Threat Protection (ATP) is a cloud-based email filtering service that helps protect your organization against unknown malware and viruses by providing robust protection against "never seen before" malware , and includes features to safeguard your organization against phishing in real time.<br>**Capabilities:**<br>• Safe Attachments<br>ATP Safe Attachments protects against unknown malware and viruses, and provides zero-day protection to safeguard your messaging system. All messages and attachments that don't have a known virus/malware signature are routed to a special environment where ATP uses a variety of machine learning and analysis techniques to detect malicious intent. If no suspicious activity is detected, the message is released for delivery to the mailbox.<br>• Safe Links:<br>The ATP Safe Links feature proactively protects your users from malicious URLs in a message or in an Office document. The protection remains every time they select the link, as malicious links are dynamically blocked while good links can be accessed. Safe Links is available for URLs in the following apps:<br><br>• Microsoft 365 Apps for enterprise on Windows or Mac<br>• Office for the web (Word for the web, Excel for the web, PowerPoint for the web, and OneNote for the web) |

Exhibit 14
3/10/2021
Patel

|   |   |   |   |
|---|---|---|---|
|   |   | • Word, Excel, PowerPoint, and Visio on Windows, as well as Office apps on iOS and Android devices<br>• Microsoft Teams channels and chats<br><br>Source: https://docs.microsoft.com/en-us/office365/servicedescriptions/office-365-advanced-threat-protection-service-description<br><br>**Email Phishing** in enterprise context has continued to grow and has become a dominant vector. 90% of breaches start with an email. Email Phishing, in the most generic sense, has a broad range: from Nigerian & romance scams to targeted spear phish. In the context of Office 365, our customer's worry about two main forms of phishing<br>1. **Credential Phishing**: The attacker attempts to fake the identity of a well-known service in the email template (typically Microsoft and other established enterprise SaaS services). They then try to lure the user into clicking on a link, which through a series of misdirection's will present a fake login page to the user. Securing the user from these phish mails is the core of the ATP's detonation based and ML based promises.<br>2. **Business Email Compromise/CEO Fraud/Vendor Email Compromise**: The industry & Vendor specific terminology for these class of attacks has been evolving but at its core it employs two basic patterns<br>    a. Create an exact Spoof of an established person or organization that you have a relationship with and then gain trust to deliver the con.<br>    b. Create a look-alike impersonation of an established person or organization that you have a relationship with and then gain trust to deliver the con. |   |
| 2 | Does Microsoft consider the O365 email protection infrastructure as sufficient or is it considered as base protection and it is recommended to implement additional email security controls for a company like Bosch? | From @Abhishek Agrawal (CDM) Add a description. Press tab when you are done.: Per Gartner, ATP is the complete stack (full stack offering for Email) that provides comprehensive protection.<br><br>From @Jason Rogers  Yes, our internal metrics show that p<br><br>From @Sumit Malhotra: #2 will let Abhishek chime in. IMHO with the full suite of OATP P2 and the right best practices (should have them run our ORCA self-assessment). they should be covered for email-based threats. We of course encourage customers to take a multi-tiered approach to security across end points and identity.<br>@Pawel Partyka (Did Bosch run ORCA assessment; could you pls check their configuration/stack?) | **Commented [SG1]:**<br>**Commented [JR2]:** @Jason Rogers<br>**Commented [AP(AE3]:** Follow Up (Preview): @Sumit Malhotra<br>**Commented [SG4]:** Follow Up (Preview): @Pawel Partyka (Did Bosch run ORCA assessment; could you pls check their configuration/stack?)<br>**Commented [PP5R4]:** Customer will run ORCA assessment. I will have a meeting them to review the result in the week of June 8th<br>**Commented [SG6R4]:** Got it, thanks!<br>**Commented [SG7R4]:** |

| 3 | Our tests revealed flaws which we saw covered by other vendors back in 2014 when we did a Sandbox PoC already. We were surprised to see that such trivial methods like a simple sleep could evade the detection. Are there plans to improve anti sandboxing evading techniques (and not only fixing the findings)? | We have addressed xxx based on your feedback. (Swarg/crisc: Address the question on what's addressed in PDF, what's on road map and challenges)<br><br>We are constantly assessing attempts by attackers to bypass sandboxes in general and then deciding where to assign our resources.<br>• We balance efforts between what we see in the real world with more speculative investments to address techniques seldom used by attackers. The measure of success for our approach is the adoption and continued usage of ATP by our customers.<br>• We also work with other sandbox partners to compare our capabilities with theirs as input into determining where to invest<br>• With every semester plan, we factor in customer impact and fund evasion countermeasure investments. And we maintain and continue to expand an evasion test suite that we run on our environment to prevent regressions<br>We also must balance customer requirements regarding mail latency. | |
|---|---|---|---|
| 4 | Why is an IP-address range used which is easily attributable to Microsoft? | We selectively route detonations through an IP anonymization network. All detonations are not routed out Microsoft IP ranges. We monitor network evasion on a weekly basis and corelate signals with our endpoint security services and TI to ensure effectiveness.  We're also exploring new ideas such as collaborating with customers to route detonations for their tenant out their IP ranges via VPN. | |
| 5 | For Incident Response, Threat Detection and Threat Hunting we miss quite a lot of features. Are there any plans to integrate features like:<br><br>• Detailed detonation report<br>• Ability to check the result of a file which was not classified as malicious<br>• Custom TI integration (e.g. through Yara, MISP)<br>• Custom detection rule implementation<br><br>• Hunt Capabilities to search through detonation results (also for as clean classified files) for a specific Mutex, an external IP address, involved Registry Keys, etc. | From @Sumit Malhotra<br>a. Detailed detonation report - @Shubhanshi and @Swaroopa can update based on what we have in product today, for files, and what is coming in early Fe with the OC richness, for files and URLs. Under NDA, we can walk through mocks et al.<br>We plan to bring the detonation results for bad files and URLs present in a message and got detonated. In detonation results, we will be providing detonation chain details (i.e. entities triggered through the detonation of parent entity), indicators of compromise – indicators which were found bad during detonation, analysis summary – other information about detonated entity, screenshots found during detonation and behavior details – all behaviors which were shown by the entity when it got detonated<br>b. Available in product today with admin submissions – and customers can also trigger these from hunting if they want to check latest results on file/ URL or message<br>c. What is the specific scenario? Great feedback, not available today. We'll work closely to understand this scenario (Ex: Sentinel)<br>d. Custom detections: Available through MTP advanced hunting today – eligibility is being extended to OATP P2 and E5 customers in June. | **Commented [AP(AE8]:** Follow Up (Preview): @Sumit Malhotra |

| | | | |
|---|---|---|---|
| | | a. Can also do this via Threat Trackers and Saved Queries in Threat Explorer though Advanced Hunting provides more flexibility…<br>e. Hunting capabilities through detonation results – on Fe roadmap. @Shubhanshi can help.<br>We allow hunting in explorer on messages which contain detonated entities (URL/ file) by searching on detection technology. Apart from this, we plan to provide hunting capabilities on bad indicators found during detonation (this will be restricted by compliance boundaries). These entities are not present directly in the message, but are a part of detonation results. We will be providing hunting capabilities on detonation results for bad files/ URLs right now<br>@Sumit Malhotra can you draft?<br>Include a roadmap to address features in progress, coming up in next semester and any challenges that can be called out<br>Deep dive session will be helpful | **Commented [SG9]:** @Shubhanshi Jain – Please take care of this comment as discussed yesterday |
| 6 | Detonation chamber roadmap in general (Iron scope) | @Swaroopa Gollapalli and @Brian Wilcox can you draft?<br>6-month roadmap<br>From Abhishek: Too many details:<br>- Phishing is still our top priority<br>- Last semester accomplishments<br>- Seeing similar threat landscape: get ahead of it<br>• Significantly reduce E2E detection -> Block / ZAP latencies<br><br>We are bringing down the latencies and creating internal SLAs around our detect -> block -> ZAP cycles. This will significantly reduce the amount of unwanted content that gets exposed to users.<br>• Evasion hardening measures<br>    o GEO<br>We are using out proxies to appear in the same local geos and avoid exposing the origins of our requests to a greater and greater degree. We are also exploring ways to share a common out proxy with the customer or proxy through the customer's environment (R&D phase currently)<br>    o Scrambling<br>We are building machine learning models around what types of URLs to scramble (to avoid clicking 1 click URLs in mail flow) and avoid scrambling. Preliminary data is very positive and this will shift detections from Time of Click to Mail Flow.<br>• Enriched reporting @Shubhanshi Jain Could you weigh in here?<br>• ML detection enhancements for phishing and malware<br><br>Dramatically increasing the feature set and revisiting the types of models used across the detection stack. | **Commented [SJ10R9]:** For the question asked, I mentioned the upcoming hunting capabilities in #e<br><br>**Commented [AP(AE11]:** Follow Up (Preview): @Swaroopa Gollapalli and @Brian Wilcox can you draft?<br><br>**Commented [BW12]:** Follow Up (Preview): @Shubhanshi Jain Could you weigh in here?<br><br>**Commented [SJ13R12]:** Hey @Brian Wilcox, are you talking about reporting for Detonation details or something else? I haven't planned any reporting work for scrambled URLs |

|   |   |
|---|---|
|   | - Leverage suspicious signals to help admins take explicit soft actions or re-detonate<br>- Proactive campaign and major outbreak hunting and detections<br>- Known Sender Classification (Claudia requested more info)<br><br>Building tenant and global graphs of sender attributes and behavioral patterns to inform down stream models and also provide a common surface for data sharing across the stack.<br>- Pre-weaponization hunting<br><br>Leveraging SSL transparency logs, whois data, and bingdex data to find and mitigate threats before they every enter the Microsoft ecosystem. |
|   |   |

**Reported Issues We Plan to Address**

| # | REPORTED ISSUE | ROOT CAUSE AND ETA FOR FIX |
|---|---|---|
| 1 | An encrypted .7z file submitted to Sonar failed to detonate as expected<br>**Structure:**<br>CrypterTest.7z (password protected)<br>\|<br>CrypterTest.zip (password protected)<br>\|<br>Content (folder + *.ps1 scripts)<br><br>*Error: 7z: Failed to open the SevenZip archive object for 'nv4x3zl3.qfi'. Error 0x80004004.* | Fixed.<br>Root cause:<br>when determining the file type using truetype to be a ".7z" file, we were not checking if it is password protected or not. Extract tool took it as a non-encrypted type and did not try to decrypt it with any passwords. Fix is now in place to add a check to try to extract without a password, if it fails then try with other passwords in the email body. |
| 2 |   |   |
| 3 |   |   |
| 4 |   |   |
| 5 |   |   |
| 6 |   |   |

CONFIDENTIAL - ATTORNEYS' EYES ONLY