# EXHIBIT 20

# Sonar Phish Anti-Evasion Update

9/12/2018

**Exhibit 7**

3/9/2021
Microsoft 30(b)(6)

MSFT_TOC00042450

# Attackers are preventing us from seeing phish content/landing pages

- We've observed four types of evasion
  - Network evasion
  - Time based evasion
  - App level evasion
  - Human/Machine validation evasion

- Network and Time-based are having the largest impact on customers

> - Since 8/1/2018, 49% of attachment based phish FN volume is attributed to network and time-based evasion. We've confirmed through hand grading URLs that most of this is network evasion
>
> - Since 9/1/2018, 26% of the unique URL FNs checked against phish tank TI feed exhibit network and time-based evasion. *Yet to assess the attributed message volume*

CONFIDENTIAL

# Approach for gaining more insight

**The team is gathering data to validate the following hypothesis**
- **Network based**: URLs that are not accessible from Microsoft IP ranges are reachable when routed through Non-Microsoft IP ranges
- **Network based**: URLs that are not accessible in all regions can be reached through a specific targeted region or a customer's region
- **Possible network or time-based**: Given the same IP range/region, URLs that are not accessible initially are reachable after some time interval



**URL selection criteria**
- Select all Non-200 response URLs (from 10 SN3 machines)
- Select a random sample of 200 response URLs [1]
- Select URLs from TI feeds

**Testing methods**
- Route through different DCs
- Route via Z-scaler
- Route at different times
- Route via Proxify
- Compare with Smart Screen raw telemetry

**Conditions indicating evasion**
- If Non-200 -> 200 OK
- If Good -> Phish
- If seen different Final URLs
- If seen different content
- If seen different downloaded hash

[1] Same URL resolving to different final URLs in different regions with 200 OK
Same URL providing different response codes at different times

CONFIDENTIAL

# Approaches for addressing the issue

## Network Evasion

**Issue:**
- Sonar currently does not use un-attributable network space for routing traffic. So attackers evade Microsoft IPs or target specific regions

**Approaches**

**1** Route traffic through anonymous proxy services (Z-scaler, Proxify)

**2** EOP apply region-based cache

**3** Route traffic through Z-scaler For common customers, (Azure WAN forward proxy partners?)

**4** Final URL Domain Photo-DNA hash match against SmartScreen/ Windows App-guard data

Non-Microsoft IP space

Customer/ Recipient's Region

Customer's IP space

Customer's Endpoint

## Time Based Evasion

**Issue:**
- URLs that returned server errors such as 400, 404 etc. returned 200 OK response when rescanned later from the same IP space

**Approaches**

**1** EOP to reduce caching interval for Non-Bad **URLs** to 30 minutes [Deployment in progress]

**2** Re-detonate the URLs that come back with server errors at a later time

**3** EOP to reduce caching interval for Non-Bad **attachments** to 30 minutes

**Risks**
- Possible evasion of Z-Scaler and Proxify IPs
- Dependency on Partner team's commitment on the delivery

# Proxify

CONFIDENTIAL

MSFT_TOC00042454

# Proxify can help combat network evasion

## We evaluated in three ways

**1** **We assessed whether Proxify bridges the non-200 OK gap**

- Out of a sample of 170,000 unique URLs that received non-200 OK response from Safe Attachments and Time of Click submissions, 74,000 (44%) resulted in 200 OK using Proxify

- The remaining 96,000 did not resolve. We want to assess whether any of those would resolve using, for example, Z-scaler

**2** **We did an offline impact analysis on confirmed FNs**

- Of the 170,000 unique URLs with non-200 OK, we identified a sample of 811 unique URLs as confirmed FNs and routed these URLs through Proxify (within three hours of initial submission)

- 102 of the 811 (13%) yielded 200 OK giving us a chance to run a detection on the phishing page. Unique URLs can range from thousands to millions of delivered phishing messages

- We expect the 200 OK yield to increase in a production workflow given routing will occur much faster (vs. the three hours) after initial submission

**3** **We ran a three-day, near real-time test in production**

- We routed non-200 OK URLs through Proxify (within 5 minutes) and ran our detections on the retrieved content.

- We detected 28% of 211 actual network evasion FNs.

MSFT_TOC00042455

# There are tradeoffs that effect scale and cost

**1** There's a multiplier effect caused by subsequent requests to complete the final landing page. This results in higher Proxify usage.



**2** Not routing 0 reduces the Proxify requests by roughly 5x. We know a large portion of the 0s are due to Sonar errors we need to address
- Routing 401, 403, 404, and 0's result in ~536k requests peak / hour
- Routing only 401, 403, and 404 results in ~110k requests peak / hour

CONFIDENTIAL

# We modeled four routing approaches

**Estimated monthly and annual costs for each approach:**

| ASSUMPTIONS | |
|---|---|
| Estimated Sonar URL Volume / hr | |
| 401, 402, 403 | 110,000 |
| 401, 402, 403, 0 | 536,000 |
| | |
| Requests per Initial URL | |
| Re-direct requests on initial URL | 1 |
| Added requests to fetch page resources | 20 |
| | |
| Total Requests | |
| Total requests for only initial URL | 2 |
| Total requests for initial URL and all resources | 22 |

| COST ESTIMATES | Total Peak Request Volume / hr | Proxify Rates / Mo. | Annual Cost Est. Before Discounts |
|---|---|---|---|
| First Request Only and 401, 402, 403 | 220,000 | $ 11,860 | $ 142,320 |
| First Request Only and 401, 402, 403, 0 | 1,072,000 | $ 36,975 | $ 443,700 |
| All Requests and 401, 402, 403 | 2,420,000 | $ 63,370 | $ 760,440 |
| All Requests and 401, 402, 403, 0 | 11,792,000 | $ 156,865 | $ 1,882,380 |
| | Multiples | Multiples | Multiples |
| First Request Only and 401, 402, 403 | 1 | 1 | 1 |
| First Request Only and 401, 402, 403, 0 | 5 | 3 | 3 |
| All Requests and 401, 402, 403 | 11 | 5 | 5 |
| All Requests and 401, 402, 403, 0 | 54 | 13 | 13 |
| https://proxify.com/switchproxy.shtml | | | |

[ Inputs ]  [ Calculated ]

CONFIDENTIAL

# We'll start with option A, learn, and iterate

**1**

| OPTION | APPROACH | CUSTOMER RISK | RATIONALE / TRADEOFF |
|---|---|---|---|
| A | • Route first request only through Proxify<br>• Route 401, 403, 404 | FNs due to attackers checking source IP on all requests plus some portion of the 0s caused by network evasion | Determine impact on FN reduction and iterate vs. spending 3-13X more right away |
| B | • Route first request only through Proxify<br>• Route 401, 403, 404, 0 | FNs due to attackers checking source IP on all requests | 3x cost of A without insight on incremental FN reduction gains |
| C | • Route all requests through Proxify<br>• Route 401, 403, 404 | FNs due to some portion of the 0s caused by network evasion | 5x cost of A without insight on incremental FN reduction gains |
| D | • Route all requests through Proxify<br>• Route 401, 403, 404, 0 | - | 13x cost of A without insight on incremental FN reduction gains |

**2**  We can repurpose funds from unused Solebit budget (~$600k in FY19) for Proxify

**3**  Proxify will only log domains and not full URLs to ensure we maintain compliance
- We send full URLs (i.e. query parameters) that could contain, for example, usernames
- Only domains will be logged, not full URLs

CONFIDENTIAL

# Next Steps

- **Redacted**
  - Provision for data retention and purge (less than 72 hours)
  - Provision for logging (domains only)
  - If logging malfunction occurs, SLA and steps for resolution
- Verify switch proxy endpoints for scope of use
  - No EU or APAC traffic being routed through NA
- Ensure Proxify not selling our data
- Evaluate Z-scaler

CONFIDENTIAL

# Appendix

CONFIDENTIAL

MSFT_TOC00042460

# Solution Options – Network and Time-Based Evasion

| Network Evasion | Time Based Evasion |
|---|---|
| **Issue:**<br>• Sonar currently does not use un-attributable network space for routing detonation network traffic. Following evasion types are occurring:<br>   ○ Microsoft IP Range evasion<br>   ○ Target a specific region<br>   ○ Target a specific tenant or a user | **Issue:**<br>• URLs that returned server errors such as 0, 400, 404 etc. returned 200OK response when rescanned later |

| | Network Evasion Options | Time Based Evasion Options |
|---|---|---|
| **Titanium** | **Options:**<br>1. Route traffic through anonymous proxy services (Z-scaler, Proxify)<br>2. Checks against internal and 3rd Party TI feeds | **Options:**<br>1. EOP to reduce caching interval for Non-Bad URLs to 30 minutes (DONE)<br>2. Re-detonate the URLs that come back with server errors |
| **Future** | 3. EOP to apply region-based cache<br>4. Final URL Domain Photo-DNA hash match against SmartScreen/Windows App-guard data<br>5. For common Office/ Z-scaler customers, route traffic through Z-scaler (Azure WAN forward proxy partners?) | 3. EOP to reduce caching interval for Non-Bad attachments to 30 minutes<br>4. Final URL Domain Photo-DNA hash match against SmartScreen/Windows App-guard data |

**Risks**

| |
|---|
| • Possible evasion of Z-Scaler and Proxify IPs<br>• Dependency on Partner team's commitment on the delivery |

CONFIDENTIAL

# Solution Options – App Level and Human Validation Evasion

| App Level Evasion | Human Validation Evasion |
|---|---|
| **Issue:**<br>• Scenarios where the landing page is not displayed during the detonation as the page doesn't load in the chrome browser. | **Issue:**<br>• Display JavaScript prompts<br>• Continue/Select Provider/..other intermediate pages<br>• Activate phish content only after answering Captcha/Re-Captcha queries |
| **Options :**<br>• Switch user agent from headless to regular chrome [DONE]<br>• Use TOC user agent string to mimic the real user's browser<br>• Final URL Photo-DNA hash match against SmartScreen/Windows App-guard data | **Options:**<br>• Dismiss the JavaScript prompts [DONE]<br>• Selectively follow the links from intermediate pages<br>• Using Smart Screen data to circumvent the captcha page (using redirection chain)<br>• Final URL Photo-DNA hash match against SmartScreen/Windows App-guard data |

## Risks

• Dependency on Partner team's commitment on the delivery

MSFT_TOC00042462

# Network Geo-IP Evasion (Problem)

Sonar currently does not use un-attributable network space for routing detonation network traffic.

- **Evade Microsoft IP Ranges**: Attackers can easily attribute the traffic to Microsoft and not serve the phish content

- **Target a specific region**: Attackers validate and attribute the traffic to a specific region and display content accordingly.

- **Target a specific tenant or a user**: Spear phishing combined with network IP evasion to target a specific org/user's expected network range.



# Network Geo-IP Evasion (Solution Option)

- Route URL traffic through Customer based IP range to combat specific tenant targeted attack
- Route URL traffic through a specific region to combat geo evasion
- Route URL traffic through anonymous proxy services to combat Microsoft IP evasion
- Route URL traffic through multiple regions for result comparison, analysis and determination (propose EOP to do region-based caching, Use MS data center routing to get region-based results)
- Check the results from Sonar against the 3P TI feeds for comparison, analysis and determination
- Check the results from Sonar against internal MS partner team logs such as Smart Screen and Windows App Guard for comparison, analysis and determination



# Time Based Evasion

There are scenarios where a URL that returned server errors such as 400, 403,404, 0 etc., are activated after some time. The idea is to evade the sandbox analysis and launch the attack when the user clicks on it. To counter act this evasion, the proposed solution is to re-detonate the URLs that returned error first time after a certain time.



MSFT_TOC00042465

# Browser based Evasion

There are scenarios where the landing page is not displayed during the detonation as the page doesn't load in the chrome browser. A few common scenarios are:

A specific browser not showing content i.e. not rendering page to Chrome (but rendering in Firefox, IE)

Landing page doesn't display expected phish content if the detonation environment doesn't meet the configuration that a general user is likely to have (Ex: No browser history, cookies etc.)



# Human Validation

- A novel evasion technique includes malicious URL page that requires certain actions on the user's part to ensure that the attack is launched on a real-live PC rather than within a detonation environment. In this category the phish kit checks for telltale signs that it's running on an automated VM environment. The common evasion scenarios are:

- Activate the phish content only after answering Captcha/Re-Captcha queries

- Activate the phish content after the user scrolls

- Activate the phish content after a certain number of mouse movements or clicks

- Not launch phish, when there's suspiciously fast mouse movements

CONFIDENTIAL

# Types of Evasion

- **Network level evasion**

  Ex: Evading Microsoft IPs, Targeted threats to specific regions, tenant regions etc.

- **Time delayed evasion**

  Ex: Delayed launch of phish content that's active after a couple of hours)

- **App level evasion**

  (Ex: Browser based evasion)

- **Human/Machine validation evasion**

  (Ex: Captcha/Re-captcha evasion)

CONFIDENTIAL

# Situation - DELETE

- Attackers are preventing our ability to see the phish content/landing pages
- Of the total URL based undetected phish, evasion attributes to x% of the misses
- Of the total attachment based undetected Phish, evasion attributes to y% of the misses
- Include URL count charts as well (Include Time range)



MSFT_TOC00042469

- We detonated 170K URLs that received non-200 OK response from SafeAttachments and TimeOfClick submissions

- We received 200 OK response for 74K URLs while 96K URLs still received non-200 OK responses

- Based on TI feeds we had 811 potential FNs from these 170K URLs

- Routing traffic via proxify would have given us change to detect at least 102 out of them which is 12.5%

CONFIDENTIAL

MSFT_TOC00042470