# EXHIBIT 21

```
 1                UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA
 2

                  CASE NO. 0:20-CV-60416-AMC
 3

 4    TOCMAIL INC., a Florida
      corporation,
 5
                     Plaintiff,
 6

      vs.
 7

      MICROSOFT CORPORATION, a
 8    Washington corporation,
 9                   Defendant.
10    _____/
11
                                March 18, 2021
12                              10:10 a.m. - 4:40 p.m. EDT
13
14
15
16         VIDEOTAPED DEPOSITION OF MICHAEL WOOD
17            TAKEN VIA ZOOM TELECONFERENCE
18
19       Taken on behalf of the Defendant before
20    Alice J. Teslicko, RMR, Notary Public in and for the
21    State of Florida at Large, pursuant to a Rule 30(b)(6)
22    Notice of Taking Deposition in the above cause.
23
24
25

                                                  Page 1
```

```
 1   APPEARANCES VIA TELECONFERENCE:
 2
         JOHNSON & MARTIN, P.A.
 3       BY:   JOSHUA D. MARTIN, ESQ.
         500 W. Cypress Creek Road, Suite 430
 4       Fort Lauderdale, FL 33309
         (954) 790-6699
 5       josh.martin@johnsonmartinlaw.com
         Attorneys for the Plaintiff
 6
 7       GREENBERG TRAURIG, LLP
         BY:   MARY-OLGA LOVETT, ESQ.
 8             KYLE DUGAN, ESQ.
               EVELYN COBOS, ESQ.
 9       1000 Louisiana Street, Suite 1700
         Houston, TX 77002
10       (713) 374-3541
         lovettm@gtlaw.com
11       duganky@gtlaw.com
         cobose@gtlaw.com
12       Attorneys for the Defendant
13
14       Also Present:   Cameron Roth
                         Rachel Hymel
15                       Orlando Jimenez - Videographer
16                            - - -
17
18
19
20
21
22
23
24
25
```

Page 2

```
 1                        I N D E X

 2   WITNESS                                           PAGE

 3

 4   MICHAEL WOOD

 5   Direct Examination by Mr. Martin                     8

 6   Certificate of Oath                                216

 7   Errata Sheet                                       220

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    DEFENDANT'S EXHIBITS
 2     EXHIBIT           DESCRIPTION                      PAGE
 3
 4    Exhibit 1     Email chain dated 9/8/2020              14
 5    Exhibit 2     Email from Freelancer.com               76
                    dated 12/31/2020
 6
      Exhibit 3     Email chain dated 1/5/2020              78
 7
      Exhibit 4     U.S. Patent No. 10,574,628              83
 8                  B2
 9    Exhibit 5     TocMail Inc. press release              84
                    dated 2/26/2020
10
      Exhibit 6     TocMail Offering Pitch Deck             97
11
      Exhibit 7     Assignment                             107
12
      Exhibit 8     U.S. Patent Application                110
13                  Publication No.
                    2020/0186497 A1
14
      Exhibit 9     Florida Division of                    114
15                  Corporation information for
                    TocMail Inc.
16
      Exhibit 10    Email from Michael Wood                115
17                  dated 10/24/2019
18    Exhibit 11    Email from ClouDNS dated               122
                    2/17/2020
19
      Exhibit 12    AP News press release dated            129
20                  3/2/2021
21    Exhibit 13    Email chain dated 6/10/2020            133
22    Exhibit 14    Email from Michael Wood                135
                    dated 6/18/2020
23
      Exhibit 15    Email chain dated 6/22/2020            141
24
      Exhibit 16    Email from Michael Wood                154
25                  dated 6/23/2020


                                                     Page 4
```

<200b>

```
 1              DEFENDANT'S EXHIBITS - CONTINUED
 2    EXHIBIT             DESCRIPTION                      PAGE
 3
      Exhibit 17      Email to Michael Wood dated           160
 4                    7/1/2020
 5    Exhibit 18      Newswire Content                      182
                      Distribution Stats
 6                    published 3/2/2021
 7    Exhibit 19      Plaintiff's Answers and               186
                      Objections to Defendant's
 8                    First Set of
                      Interrogatories
 9
      Exhibit 20      Plaintiff's Answers and               186
10                    Objections to Defendant's
                      Second Set of
11                    Interrogatories
12    Exhibit 21      Email from Michael Wood               201
                      dated 9/28/2020
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1   right?
 2              MR. MARTIN:  Objection to form.
 3   BY MS. LOVETT:
 4        Q    You may answer.
 5        A    I am willing to use whatever terminology --
 6   for example, I use "IP cloaking," you guys say "IP
 7   evasion."  I'm willing to use "IP evasion."
 8              Some part of Microsoft says that Safe Links
 9   is part of EOP.  If from that perspective EOP --
10   anything Safe Links does, EOP is doing.  That is not
11   Mr. Rogers' perspective.  He's saying that Safe Links
12   is separate from EOP.  I'm fine with that.  None of
13   that changes a single conclusion about Safe Links'
14   inability to do what it promises.
15              So I'm happy to use whatever labels, but
16   just for --
17        Q    These aren't labels.  This is function being
18   explained to you by the engineers that built this and
19   that deal with this every day at Microsoft.
20              But you're going to have your own
21   interpretation.  That's what you're telling the jury?
22              MR. MARTIN:  Objection to form.
23        A    That's what I'm telling the jury.  We will
24   play Microsoft's videos that say ATP is EOP.  There's
25   different groups in Microsoft that have different
```

Page 60

```
 1              So I just didn't notice the date and
 2   scrapped it for Roundcube.  But since this is
 3   January 2020, we're already Roundcube.  That's already
 4   TocMail.
 5              My recollection is he that pinged like in
 6   through Slack or something and so I was just writing
 7   back how great it was to hear from him, letting him
 8   know I was setting up -- well, and as it shows here,
 9   we were out of touch for so long at that point.  We're
10   not buddies, so -- anyway, that's what's going on in
11   this moment in time.
12        Q    Okay.  So I want to sort of frame this,
13   because I want to be clear.  This is in a lead-up to
14   the filing of the lawsuit.  When you say to Tunc here,
15   "the new product will have a featured email client
16   with PhishViewer technology embedded inside," you were
17   talking about the Roundcube plug-in?
18        A    Yes, I say "is," so I was saying what was
19   currently there.  So yeah.  Yeah, end of January 2020,
20   definitely, because we were shipping in December 2019.
21        Q    You were shipping in December 2019 --
22        A    I should say, we were available to ship.
23   Let's put it that way.  I don't remember when the
24   first trial user signed up, but it was a full product
25   in December of 2019.
```

Page 81

```
 1   patent applications in a moment.
 2            The point I'm trying to make for the jury is
 3   are we talking about -- are we talking about the
 4   technology contained herein is how you would expect
 5   TocMail to make money?
 6        A    No, not only.  Just the mere fact -- like
 7   let's say that we came up with something that's not
 8   patentable, but we still are the first to solve the
 9   problem.  There is tremendous value of being first to
10   market, so long as you can be recognized as being
11   first to market.  But if there's all this false
12   advertising -- so the patent is one part of it.
13            But to say that's the totality of it would
14   be wrong.  You can come up with some ideas that are
15   trade secret, etc., that have no patent behind them,
16   but still be the first to market, and there's
17   tremendous value behind that and that's what we were
18   deprived of.
19        Q    Okay, so I understand the contention and
20   these aren't trick questions.  I'm just trying to
21   say --
22        A    Sorry.
23        Q    -- is what you're selling described in this
24   patent?
25        A    Yes, what we're currently selling is
```

1  two attachments.  We will be expanding, as I said to
2  OAuth, anti-OAuth authentication.  We will be
3  introducing other products, including Trojan Tracker
4  and DNS Tunnel Blocking, and then we will sell those
5  to generate revenue to keep the business going.
6          But when it comes to TocMail, the biggest
7  obstacle to us even entering the market is this
8  situation that we're dealing with right now.
9      Q   So I understand TocMail alleges that
10 Microsoft is engaging in deceptive advertising.  IP
11 cloaking, according to your complaint, is something
12 that has been known to the industry, what you call IP
13 cloaking, since the early 2000s, correct?
14     A   Yes.
15     Q   And IT professionals have been trying to
16 solve that problem since they knew about it, correct?
17     A   Not once Microsoft said time-of-click takes
18 care of it.
19     Q   I know that's your interpretation of what
20 Microsoft said --
21     A   Not since 2015.
22     Q   Okay.  So between -- I think the first time
23 that you identified IP cloaking was 2006.  You agree
24 that what you call IP cloaking, what we refer to as IP
25 evasion, was a problem starting in 2006, right?

Page 137

```
 1   whether anything is fine or whether it's not.  I'm
 2   saying, are you telling the jury that all of these
 3   people, this marketing all directed to IT
 4   professionals, are you telling the jury that it is
 5   your opinion that all of these IT professionals that
 6   have the ability to test the statements have been
 7   somehow fooled by Microsoft?
 8        A    Every IT person in the world, no.  I did not
 9   say that.  So therefore, many of them are using -- are
10   staying on premise and one of the issues is that --
11   there's two camps.  There's those who believe
12   time-of-click works and then there's those that don't
13   believe time-of-click works because of the false ads.
14             It's a dual-edged sword.  The whole
15   time-of-click industry needs to have corrective
16   advertising.
17        Q    So not just Microsoft.  Anybody else you
18   want to take on in that regard?
19        A    No, because Microsoft is the one company
20   that portrayed time-of-click as effective against
21   cloaking.  That's why the lawsuit.
22        Q    So let's take that a step further.  Can you
23   name one IT professional who you know of who has made
24   the decision to stay on premise because they don't
25   trust Cloud protection for IP cloaking?
```

Page 151

```
 1                    CERTIFICATE OF OATH
 2
 3        I, Alice J. Teslicko, RMR, a Notary Public
 4    for the State of Florida at large, do hereby
 5    certify that the witness, Michael Wood, appeared
 6    via teleconference before me and was duly sworn.
 7        Signed and sealed this 21st day of March,
 8    2021.
 9
10
11
12                         Alice J. Teslicko, RMR
13
14    Commission No. GG249076
      My Commission Expires:
15    December 14, 2022
16
17
18
19
20
21
22
23
24
25
```

```
 1                        CERTIFICATE
 2     STATE OF FLORIDA        )
                               )    ss.
 3     COUNTY OF MARTIN        )
 4
               I, ALICE TESLICKO, RMR, a Registered
 5     Merit Reporter and Notary Public for the State of
       Florida at Large, do hereby certify that I reported
 6     the deposition of Michael Wood, a witness called by
       the Defendant in the above-styled cause; and that the
 7     foregoing pages constitute a true and correct
       transcription of my shorthand report of the deposition
 8     of said witness.
 9             I further certify that I am not an attorney
       or counsel of any of the parties, nor a relative or
10     employee of counsel connected with the action, nor
       financially interested in the action.
11
               WITNESS my hand and official seal in the
12     City of Stuart, County of Martin, State of Florida,
       this 21st day of March, 2021.
13
14
15                              Alice J. Teslicko, RMR
16     My commission expires:
       December 14, 2022
17     Commission No. GG249076
18
19
20
21
22
23
24
25
```

Page 216

TocMail Inc, v. Microsoft Corporation

Michael Wood - 30b6 Job No. 4459898

Errata Sheet

**Page** 51 **Line** 20
**Change:** Change "You see Indent did research on Microsoft's own employees" to "You see I did research on Microsoft's own employees"
**Reason:** The current transcript does not make grammatical sense.

**Page** 53 **Line** 16
**Change:** Change "contacts" to "contents"
**Reason:** The word was transcribed incorrectly.

**Page** 80 **Line** 3
**Change:** Change 'plan' to 'client.'
**Reason:** The transcript has the wrong word.

**Page** 97 **Line** 14
**Change:** Change ".htx" to ".htaccess"
**Reason:** The transcript has the wrong word.

**Page 119 Line 12**
**Change:** Change "I am a seat programmer" to "I am a C programmer"
**Reason:** The transcript has the wrong word.

**Page 119 Line 14**
**Change:** Change "in the seat program" to "in the C program"
**Reason:** The transcript has the wrong word.

**Page** 121 **Line** 17
**Change:** Change "Fish Viewer" to "Phishviewer"
**Reason:** The transcript has the wrong word.

**Page** 126 **Line** 9
**Change:** Change "cut and dried" to "cut and dry"
**Reason:** The transcript has the wrong word.

Page 217a
Continued on the following page

**Page** 137 **Line** 1
**Change:** Change "two attachments" to "to attachments"
**Reason:** The transcript has the wrong word.

**Page** 137 **Line** 3
**Change:** Change "Trojan Tracker" to "Trojan Trapper"
**Reason:** The transcript has the wrong word.

**Page** 142 **Line** 18
**Change:** Change "For a statement" to "For Esteban"
**Reason:** The transcript has the wrong words.

**Page** 156 **Line** 5
**Change:** Change "Osvi" to "Ozzy"
**Reason:** The transcript has the wrong word.

**Page** 205 **Line** 4
**Change:** Change "valuable" to "vulnerable"
**Reason:** The transcript has the wrong word.

_____            April 19, 2021
Michael Wood - 30b6

```
 1   Tocmail, Inc.,  v. Microsoft Corporation
 2   Michael Wood - 30b6 4459898
 3                ACKNOWLEDGEMENT OF DEPONENT
 4      I, Michael Wood - 30b6, do hereby declare that I
 5   have read the foregoing transcript, I have made any
 6   corrections, additions, or changes I deemed necessary as
 7   noted above to be appended hereto, and that the same is
 8   a true, correct and complete transcript of the testimony
 9   given by me.
10
11   _Michael C. Wood_____   ___04/19/2021_____
12   Michael Wood - 30b6                               Date
13   *If notary is required
14   State of Nevada             SUBSCRIBED AND SWORN TO BEFORE ME THIS
     County of Clark
15                                 __19th__ DAY OF _____April_____, 20_21__.
16
17
18                                      _____Judee Wheeler_____
19                                      NOTARY PUBLIC          Judee Wheeler
                                                               NOTARY PUBLIC
                                                               STATE OF NEVADA
20         Notarized online using audio-video communication    Appt. No. 20-8410-01
                                                               Expires November 6, 2024
21
22
23
24
25
                                                            Page 218
```