# EXHIBIT 22

| | |
|---|---|
| **From:** | Amar Patel (C AND E) </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICROSOFT.ONMICROSOFT.COM-55760-AMAR PATEL (DUP: 74FFB02726344746BAF985BE34491C08)> |
| **To:** | Abhijeet Hatekar (MSTIC); Jeremy Dallman; Parveen Patel; Sinead O'Donovan; Paul Wright |
| **CC:** | Abhishek Tiwari (NETWORKING) |
| **Sent:** | 11/15/2016 11:11:17 PM |
| **Subject:** | RE: Sonar and Global Secure Access |

Including Paul in our team – he's done something like this before and can also help w/requirements.

All,

How about I setup time so we can walk the scenarios and requirements? If there is an internal solution from the networking team, that would be ideal – vs. seeking an external partner.

Thoughts?

Thank you,
Amar

**From:** Abhijeet Hatekar (MSTIC)
**Sent:** Tuesday, November 15, 2016 12:45 PM
**To:** Jeremy Dallman <jdallman@microsoft.com>; Parveen Patel <Parveen.Patel@microsoft.com>; Sinead O'Donovan <sineado@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>
**Cc:** Abhishek Tiwari (NETWORKING) <abhisht@microsoft.com>
**Subject:** RE: Sonar and Global Secure Access

So there are two problems:
 1. Malware detecting the incoming download request coming out of Microsoft IP Space and not delivering payload.
 2. Malware targeting victims only from specific geo-locations

Ideally we would like to solve both problems, however even if we manage to get rid of Microsoft-attributable IP space, would help us get the payload at least in targeted regions.

Praveen,
Currently, our detonation do not run inside Azure but we are planning to leverage it in near future.

I hope I am not increasing the confusion here.

Regards,
Abhie

**From:** Jeremy Dallman
**Sent:** Tuesday, November 15, 2016 12:26 PM
**To:** Parveen Patel <Parveen.Patel@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Sinead O'Donovan <sineado@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>
**Cc:** Abhishek Tiwari (NETWORKING) <abhisht@microsoft.com>
**Subject:** RE: Sonar and Global Secure Access

Abhi, are we trying to solve both or only one? Based on Amar's original mail, we are trying to enable geo evasion… so essentially a VPN? Are we looking for multiple VPN appliances that can be geo-located since Sonar is not yet in the cloud?

Jeremy Dallman || p: 425.705.6787

**From:** Parveen Patel
**Sent:** Tuesday, November 15, 2016 11:22 AM
**To:** Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Jeremy Dallman <jdallman@microsoft.com>; Sinead O'Donovan <sineado@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>
**Cc:** Abhishek Tiwari (NETWORKING) <abhisht@microsoft.com>
**Subject:** RE: Sonar and Global Secure Access

Not sure I fully understand the problem. is the issue that malware may alter its behavior when running on the detonation service?

Does the detonation service that run inside Azure? If so, you could pick a random IP address range or an internal IP address range, e.g., 10/8 always.

**From:** Abhijeet Hatekar (MSTIC)
**Sent:** Tuesday, November 15, 2016 9:34 AM
**To:** Jeremy Dallman <jdallman@microsoft.com>; Sinead O'Donovan <sineado@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>
**Cc:** Parveen Patel <Parveen.Patel@microsoft.com>; Abhishek Tiwari (NETWORKING) <abhisht@microsoft.com>
**Subject:** RE: Sonar and Global Secure Access

Both. We have seen authors whitelisting known security vendors ip space and also targeting victims from specific geo.

Regards,
Abhie

**From:** Jeremy Dallman
**Sent:** Tuesday, November 15, 2016 9:26 AM
**To:** Sinead O'Donovan <sineado@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>
**Cc:** Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Parveen Patel <Parveen.Patel@microsoft.com>; Abhishek Tiwari (NETWORKING) <abhisht@microsoft.com>
**Subject:** RE: Sonar and Global Secure Access

Is the issue Geo-location of the IP or the fact that it is Microosft-attributed IP?

Jeremy Dallman || p: 425.705.6787

**From:** Sinead O'Donovan
**Sent:** Monday, November 14, 2016 11:24 PM
**To:** Amar Patel (C AND E) <amarpa@microsoft.com>; Jeremy Dallman <jdallman@microsoft.com>
**Cc:** Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Parveen Patel <Parveen.Patel@microsoft.com>; Abhishek Tiwari (NETWORKING) <abhisht@microsoft.com>
**Subject:** RE: Sonar and Global Secure Access

Adding Parveen and Abhishek from our team to better understand what we have in mind for GSA and whether it may be a fit. Note for GSA we can't commit to providing anything yet given where we are with the project.
Sinead

**From:** Amar Patel (C AND E)
**Sent:** Tuesday, November 15, 2016 2:39 AM
**To:** Sinead O'Donovan <sineado@microsoft.com>; Jeremy Dallman <jdallman@microsoft.com>

CONFIDENTIAL

**Cc:** Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>
**Subject:** RE: Sonar and Global Secure Access
**Importance:** High

Sinead, Jeremy,

Seeking some help.

We are currently interested in partnering with someone (internal to MS or external) who can provide stealth network routing for our detonation traffic.

Currently our network traffic is attributed to Microsoft's network space. Malware Authors can use this info to avoid detection during detonation. Basically, we want to partner to enable VPN nodes at various geographic locations across the world that will route our detonation egress through GEO-local nodes (IP shows up as that of the local region). This helps us counter GEO-IP evasion techniques.

Any pointers to internal MS teams or external partners would be appreciated. Consider this a planning/investigation activity on our part to understand potential partners, capabilities and cost.

Thoughts?

Thank you,
Amar