# EXHIBIT 23

```
                                                              Page 1
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2
            CASE NO.:  20-60416-CIV-CANNON/HUNT
 3
 4
 5   TOCMAIL, INC., a Florida
     corporation,
 6
              Plaintiff,
 7   v.
 8   MICROSOFT CORPORATION, a
     Washington corporation,
 9
              Defendant.
10   _____/
11
                              Monday, March 29, 2021
12                            12:32 p.m. - 5:26 p.m. EST
13
14
15   CONFIDENTIAL VIDEOTAPED DEPOSITION TAKEN BY REMOTE
16         VIDEOCONFERENCE OF ABHIJEET HATEKAR
17
18   PAGES 73-176 - Excerpts of this transcript have been
19   declared Attorneys' Eyes Only and are sealed under
20   separate cover
21
22        Taken on behalf of the Plaintiff before Yvonne
23   Corrigan, RPR, CRR, Notary Public in and for the State
24   of Florida at Large, pursuant to Notice of Videotaped
25   Deposition in the above cause.
```

```
 1    1   APPEARANCES:
 2    2
 3    3   ATTORNEY FOR PLAINTIFF
 4    4        JOSHUA D. MARTIN, ESQUIRE
              Johnson & Martin, P.A.
 5    5       500 W. Cypress Creek Road
              Suite 430
 6    6       Fort Lauderdale, Florida  33309
              josh.martin@johnsonmartinlaw.com
 7    7       (954) 790-6699
 8    8
 9    9   ATTORNEY FOR DEFENDANT
10   10        RENE A. TREVINO, ESQUIRE
              Greenberg Traurig, LLC
11   11       1000 Louisiana Street
              Suite 1700
12   12       Houston, Texas  77002
              trevinor@gtlaw.com
13   13       (713) 374-3541
14   14
15   15   Also Present:  Rachel Hymel
                         Michael Wood
16   16                  Aaron Wolke
                         Brad Thompson, Videographer
17   17
18   18
19   19
20              *** ALL ATTENDEES APPEARED REMOTELY ***
21   21
22   22                  * * * * *
23   23
24   24
25   25
```

```
 1                          INDEX
 2   WITNESS                                              PAGE
 3   ABHIJEET HATEKAR
 4       Direct Examination By Mr. Martin ................8
 5
 6                         EXHIBITS
 7   NUMBER          DESCRIPTION                          PAGE
 8   Exhibit 1   Email chain dated .......................15
                 3/30/19-Subject: RE: Safe Links
 9               evasion tricks- BATES
                 MSFT_TOC00146656-146661
10
     Exhibit 2   Email chain dated 5/7/20-Subject: ........23
11               RE: Phishing Attack Using
                 Sponsored Ads on Microsoft Bing-
12               BATES
                 MSFT_TOC00043074-MSFT_TOC00043086
13
     Exhibit 3   Email chain dated .......................27
14               11/24/18-Subject: RE: 1:1
                 Rex/Abhie [Status Update]- BATES
15               MSFT_TOC00280051-MSFT_TOC00280054
16   Exhibit 4   Email chain dated .......................29
                 3/30/18-Subject: RE: Sonar Browse
17               IP blacklisted- BATES
                 MSFT_TOC000244931-MSFT_TOC0024493
18               3
19   Exhibit 5   Email chain dated .......................37
                 10/23/19-Subject: RE: HTML
20               Redirection, Geo location evasion
                 and whatnot-BATES
21               MSFT_TOC00245755-MSFT_TOC00245776
22   Exhibit 6   Email from Michael Wise dated ...........46
                 7/20/20- BATES MSFT_TOC00010780
23
24   (Continued:)
25
```

```
                                                              Page 4

 1                          EXHIBITS
 2    NUMBER          DESCRIPTION                                 PAGE
 3    Exhibit 7    Email dated 7/20/20 5:43 p.m.- ...........47
                   BATES MSFT_TOC00038485
 4
      Exhibit 8    Email dated 7/20/20 5:50 p.m.- ...........48
 5                 BATES MSFT_TOC00012369
 6    Exhibit 9    Email chain dated .......................56
                   8/17/18-Subject: Re: Connecting
 7                 ZScaler Threat Research Team &
                   MSFT- BATES
 8                 MSFT_TOC00268188-MSFT_TOC00268190
 9    Exhibit 10   Email chain dated .......................61
                   4/16/20-Subject: RE: [Office CXP
10                 doing evasion testing- BATES
                   MSFT_TOC00058185-MSFT_TOC00058189
11
      Exhibit 11   Email chain dated .......................73
12                 4/30/19-Subject: RE: Proxy
                   effectiveness report- BATES
13                 MSFT_TOC00065791-MSFT_TOC00065794
14    Exhibit 12   Email chain dated .......................79
                   4/27/20-Subject: RE: Red
15                 Flag/Adani/Phishing
                   emails-Escalations- BATES
16                 MSFT_TOC00110686-MSFT_TOC00110695
17    Exhibit 13   Email chain dated .......................95
                   10/31/20-Subject: Fwd: Microsoft
18                 Private Test- BATES
                   MSFT_TOC00003615-MSFT_TOC00003628
19
      Exhibit 14   Email chain dated ......................102
20                 11/16/20-Subject: RE: Proxify
                   budgeting- BATES
21                 MSFT_TOC00063779-MSFT_TOC00063784
22    Exhibit 15   Email chain dated ......................114
                   8/28/18-Subject: RE: Review
23                 initial plan for network evasion-
                   BATES
24                 MSFT_TOC00063940-MSFT_TOC00063941
25    (Continued:)
```

```
                                                          Page 5
 1                          EXHIBITS
 2    NUMBER          DESCRIPTION                           PAGE
 3    Exhibit 16   Email chain dated ......................118
                   4/24/20-Subject: RE: Fe Scenario:
 4                 BYO-VPN- BATES
                   MSFT_TOC00128009-MSFT_TOC00128010
 5
      Exhibit 17   Email chain dated ......................120
 6                 10/17/19-Subject: Fwd: Phish
                   Campaign using IP Evasion
 7                 ([EVASION]-Phishing URL redirects
                   to clean site on detonation.)-
 8                 BATES
                   MSFT_TOC00129545-MSFT_TOC00129551
 9
      Exhibit 18   Email chain dated 12/17/20-Subject: .....128
10                 RE: COGs play | Enable GEO evasion
                   defense for S500 customers by default-
11                 BATES MSFT_TOC00120982
12    Exhibit 19   Email dated 9/19/16-Subject: FYI ........132
                   Bharat/ScottGu Update- BATES
13                 MSFT_TOC00257923-MSFT_TOC00257925
14    Exhibit 20   Exchange Online ATP-Overview & .........138
                   Test Guide - BATES
15                 MSFT_TOC00084640-MSFT-TOC00084643
16    Exhibit 21   Email dated 7/9/20-Subject: Sonar .......139
                   Anti-evasion deck- BATES
17                 MSFT_TOC00258218
18    Exhibit 22   Sanbox Anti-Evasion Plan Review .........139
                   PowerPoint
19
      Exhibit 23   Email chain dated ......................148
20                 5/23/19-Subject: RE: New mobile
                   phishing method-inspection bar-
21                 BATES
                   MSFT_TOC00240319-MSFT_TOC00240322
22
      Exhibit 24   2019 IEEE article- BATES ...............152
23                 MSFT_TOC00240323-MSFT_TOC00240340
24    (Continued:)
25
```

```
 1                        EXHIBITS
 2   NUMBER          DESCRIPTION                              PAGE
 3   Exhibit 25   Email chain dated 1/5/17-Subject: .......153
                  FW: Metting notes and
 4                requirements attach-RE: malware
                  detection IP blocks- BATES
 5                MSFT_TOC00255249
 6   Exhibit 26   Document entitled "Geo_Evasion ..........154
                  Countermeasures Scenario Overview
 7                & Requirements - BATES
                  MSFT_TOC00255250
 8
     Exhibit 27   Email chain dated .......................155
 9                10/30/20-Subject: RE: Proof
                  Point/O365-ATP gaps discussion-
10                BATES
                  MSFT_TOC00111738-MSFT_TOC00111745
11
     Exhibit 28   Email chain dated 4/7/20- ...............163
12                Subject: BP Anti-GeoEvasion
                  POC-Traffic routing through their
13                own servers- BATES
                  MSFT_TOC00304361-MSFT_TOC00304362
14
     Exhibit 29   Microsoft Crawler research paper- .......164
15                BATES
                  MSFT_TOC00304363-MFST_TOC00030436
16                6
17
18                        * * * * *
19
20
21
22
23
24
25
```

1   go ahead and answer after he objects.  If he wants you
2   to not answer, he will instruct you not to answer the
3   question.  But otherwise you can go ahead and answer.
4           Is there anything that would affect your
5   ability to answer truthfully and accurately today?
6       A.   Nope.
7       Q.   And let me say this, too.  I'm 100 percent
8   probably going to ask a question that isn't clear, that
9   it might -- I slip over my words.  If something's not
10  clear or you don't understand my question, just tell me
11  and I'll try to rephrase it so that I can make it clear.
12  Okay?
13      A.   Yeah.
14      Q.   What is your current position at Microsoft?
15      A.   I'm a principal software development
16  engineering manager at Microsoft.
17      Q.   How long have you held that position?
18      A.   I think from past four years -- three years,
19  yeah, not four.
20      Q.   Okay.  And so what are your -- what are your
21  job responsibilities and duties in that position?
22      A.   So I manage a team of security researchers who
23  are responsible for hunting and researching on the email
24  borne threats that are seen in our malware phish --
25  malware and phish analysis Cloud Sandbox.

Page 52

1   find new solutions for internal research purposes.  So
2   this is no way connected to our ability to detect
3   things.  I just want to make it clear.
4       Q.   Okay.
5            MR. MARTIN:  So, Aaron, can you put back on
6       the initial one of these from Michael Wise, which
7       was Exhibit 6.  It should be Exhibit 6, Aaron,
8       10780.
9            Okay, scroll back down.
10      Q.   So going back to his initial email here, he's
11  asking about a web page that redirects Microsoft IP
12  addresses to Google and redirects other IP addresses to
13  a phishing site.
14      A.   Yes.
15      Q.   You see that?
16      A.   Yup.
17      Q.   So would Google return a 200 status code?
18           MR. TREVINO:  Objection.  Vague.  Calls for
19      speculation.
20           THE WITNESS:  In which context?  Like, Google
21      might not be -- you know, we might not be able to
22      browse Google if there is no internet.
23  BY MR. MARTIN:
24      Q.   Well, if it's working.  You know, if the
25  website's active and it's working, would it return a 200

Page 53

```
 1   status code?
 2        A.   Yes, it would.
 3        Q.   Okay.  Would the anonymous proxy then even be
 4   used in this circumstance in July of 2020?
 5             MR. TREVINO:  Objection.  Form.  Calls for
 6        speculation.
 7             Now, Josh, we've talked about IP anonymization
 8        a while in different depositions and then we -- how
 9        it's specifically used within Safe Links we've
10        marked as attorneys' eyes only.  Are you getting
11        into attorneys' eyes only communications?  I
12        noticed Mr. Wood is no longer -- at least he
13        appears not to be on the deposition anymore.  I
14        just want to clarify that so that we could mark up
15        the deposition transcript appropriately.
16             MR. MARTIN:  No, I'm not intending right now
17        to get into IP anonymization other than that one
18        question.  I will have Mr. Wood leave here in a
19        little bit when we start going through documents
20        that have been classified as attorneys' eyes only.
21        So if you want him to leave for this particular
22        question, you certainly can have him jump off and
23        come back on.  It's up to you.
24             MR. TREVINO:  No, it's just when we get to
25        specifics about how Microsoft uses that technology,
```

Page 135

1   document specifically talks about safe attachments and
2   the threats we were seeing in safe attachments that
3   time, specifically about macros that are trying to
4   identify where they are getting run.  You know, this is
5   about, you know, a family of macros that we were seeing
6   in the past which used to go to Maxmind.com and identify
7   whether, you know, the IP address is coming from
8   Microsoft.  And we were able to detect it, you know, by
9   making some instrumentation.  So this is about Office
10  safe attachments and not safe links.  Just wanted to
11  make it clear.
12       Q.   Okay.  And you said, "we were" -- I think you
13  said "we were not part of Safe Links at that time."
14  What do you mean by "we"?
15       A.   "We," as in Sonar team, was not detonating
16  URLs that time, if my memory serves right.
17       Q.   And, yeah, so going back to the evasion, so
18  when did you first start learning about IP evasion?
19       A.   Are you asking about me personally or --
20       Q.   Yeah.
21       A.   Oh, long back.  Maybe 2010.
22       Q.   And when did you start seeing it -- with your
23  work with Microsoft, when did you start seeing it become
24  an issue?
25            MR. TREVINO:  Objection.  Vague.

Page 171

1      This concludes testimony given by Abhijeet Hatekar.
2      The total number of media units used was four and
3      will be retained by Veritext.
4         (The deposition concluded at 5:26 p.m. EST
5  Reading and signing were not waived.)
6
7          * * * * *
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Veritext Legal Solutions
800-726-7007                                      305-376-8800

Page 172

1        CERTIFICATE OF OATH OF WITNESS
2   STATE OF FLORIDA        )
3   COUNTY OF SARASOTA      )
4
5      I, YVONNE CORRIGAN, Registered Professional
6   Reporter, Certified Realtime Reporter, Notary Public in
7   and for the State of Florida at Large, certify that the
8   witness, ABHIJEET HATEKAR, remotely appeared before me
9   on March 29, 2021 and was duly sworn by me.
10     WITNESS my hand and official seal this 28th day of
11  April, 2021.
12
13                         *Yvonne Corrigan* (signature)
14                         _____
                           YVONNE CORRIGAN, RPR, CRR
15                         Notary Public, State of Florida
                           Commission No. GG 283606
16                         Expires:  January 31, 2023
17
18
19
20
21
22
23
24
25