# EXHIBIT 25

**PageVault**

| | |
|---|---|
| Document title: | HttpResponse.RedirectPermanent Method (System.Web) \| Microsoft Docs |
| Capture URL: | https://docs.microsoft.com/en-us/dotnet/api/system.web.httpresponse.redirectpermanent?view=netframework-4.8 |
| Captured site IP: | 104.86.81.75 |
| Page loaded at (UTC): | Thu, 08 Jul 2021 11:26:48 GMT |
| Capture timestamp (UTC): | Thu, 08 Jul 2021 11:27:11 GMT |
| Capture tool: | v7.9.1 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | d63d8189-2b36-4c71-bd56-4518ef1d6b4d |
| User: | jmlaw-jcooper |

PDF REFERENCE #:    wxo5yMQU3ayKvt4gSe8s81







Document title: HttpResponse.RedirectPermanent Method (System.Web) | Microsoft Docs
Capture URL: https://docs.microsoft.com/en-us/dotnet/api/system.web.httpresponse.redirectpermanent?view=netframework-4.8
Capture timestamp (UTC): Thu, 08 Jul 2021 11:27:11 GMT                                                                                                            Page 2 of 2