# EXHIBIT 26

*PageVault*

| | |
|---|---|
| Document title: | HttpResponse.Redirect Method (System.Web) \| Microsoft Docs |
| Capture URL: | https://docs.microsoft.com/en-us/dotnet/api/system.web.httpresponse.redirect?view=netframework-4.8 |
| Captured site IP: | 23.39.179.42 |
| Page loaded at (UTC): | Thu, 08 Jul 2021 11:32:24 GMT |
| Capture timestamp (UTC): | Thu, 08 Jul 2021 11:33:13 GMT |
| Capture tool: | v7.9.1 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 4 |
| Capture ID: | eb9c6580-4bea-46d4-9114-f1542685d6c8 |
| User: | jmlaw-jcooper |

PDF REFERENCE #:        uCuGrQYZdsy1sTmuntgche





```
public void Redirect (string url, bool endResponse);
```

Version
.NET Framework 4.8

🔍 Search

FlushPromise
**Redirect**
RedirectPermanent
RedirectToRoute
RedirectToRoutePermanent
RemoveOutputCacheItem
SetCookie
TransmitFile
Write
WriteFile
WriteSubstitution
› HttpResponseBase
HttpResponseSubstitutionCallback
› HttpResponseWrapper
› HttpRuntime
› HttpServerUtility
› HttpServerUtilityBase
› HttpServerUtilityWrapper
› HttpSessionStateBase
› HttpSessionStateWrapper
› HttpStaticObjectsCollection
› HttpStaticObjectsCollectionBase
› HttpStaticObjectsCollectionWrapper
› HttpTaskAsyncHandler
› HttpUnhandledException
› HttpUtility
HttpValidationStatus
› HttpWorkerRequest
HttpWorkerRequest.EndOfSendNotification
› HttpWriter
› IHtmlString
› IHttpAsyncHandler
› IHttpHandler
› IHttpHandlerFactory
› IHttpModule
› IisTraceListener
› IPartitionResolver
› ISubscriptionToken
› ITlsTokenBindingInfo
› MimeMapping
› ParserError
› ParserErrorCollection
› PreApplicationStartMethodAttribute
› ProcessInfo
› ProcessModelInfo
ProcessShutdownReason
ProcessStatus
ReadEntityBodyMode
RequestNotification
RequestNotificationStatus
SameSiteMode
› SiteMap
› SiteMapNode
› SiteMapNodeCollection
› SiteMapProvider
› SiteMapProviderCollection
› SiteMapResolveEventArgs
SiteMapResolveEventHandler
› StaticSiteMapProvider
TaskEventHandler
› TraceContext
› TraceContextEventArgs
TraceContextEventHandler
› TraceContextRecord
TraceMode
› UnvalidatedRequestValues
› UnvalidatedRequestValuesBase
› UnvalidatedRequestValuesWrapper
› VirtualPathUtility

## Parameters

`url` String

The location of the target.

`endResponse` Boolean

Indicates whether execution of the current page should terminate.

## Exceptions

[ArgumentNullException](#)

`url` is `null`.

[ArgumentException](#)

`url` contains a newline character.

[HttpException](#)

A redirection is attempted after the HTTP headers have been sent.

[ApplicationException](#)

The page request is the result of a callback.

## Examples

The following example uses the IsClientConnected property to check whether the client that is requesting the page remains connected to the server. If IsClientConnected is true, the code calls the Redirect method, and the client will view another page. If IsClientConnected is false, then the code calls the End method and all page processing is terminated.

```aspx-csharp
ASP.NET (C#)                                                    📋 Copy

<%@ Page Language="C#" %>
<!DOCTYPE html PUBLIC "-//W3C//DTD XHTML 1.0 Transitional//EN"
    "http://www.w3.org/TR/xhtml1/DTD/xhtml1-transitional.dtd">
<script runat="server">

    private void Page_Load(object sender, EventArgs e)
    {
        // Check whether the browser remains
        // connected to the server.
        if (Response.IsClientConnected)
        {
            // If still connected, redirect
            // to another page.
            Response.Redirect("Page2CS.aspx", false);
        }
        else
        {
            // If the browser is not connected
            // stop all response processing.
            Response.End();
        }
    }

</script>
<html xmlns="http://www.w3.org/1999/xhtml" >
<head>
    <title>ASP.NET Example</title>
</head>
<body>
    <form id="form1" runat="server">
    </form>
</body>
</html>
```

## Remarks

An absolute URL (for example, `http://www.contoso.com/default.aspx`) or a relative URL (for example, Default.aspx) can be specified for the target location but some browsers may reject a relative URL.

When you use this method in a page handler to terminate a request for one page and start a new request for another page, set `endResponse` to `false` and then call the CompleteRequest method. If you specify `true` for the `endResponse` parameter, this method calls the End method for the original request, which throws a ThreadAbortException exception when it completes. This exception has a detrimental effect on Web application performance, which is why passing `false` for the `endResponse` parameter is recommended. For more information, see End method.

> ⓘ Note
>
> For mobile pages, if your application relies on cookieless sessions, or might receive requests from mobile devices that require cookieless sessions, using a tilde (~) in a path can create a new session and potentially lose session data. To set a property on a mobile control with a path such as "~/path", resolve the path using ResolveUrl "~/path" before assigning it to the property.

ASP.NET performs the redirection by returning a 302 HTTP status code. An alternative way to transfer control to another page is the Transfer method. The Transfer method is typically more efficient because it does not cause a round trip to the client. For more information, see How to: Redirect Users to Another Page.

## Applies to

▶ .NET Framework 4.8 and other versions



🌐 English (United States)   ☼ Theme    Previous Version Docs   Blog   Contribute   Privacy & Cookies   Terms of Use   Trademarks   © Microsoft 2021