# EXHIBIT 28

| | |
|---|---|
| Document title: | URL Rewriting Middleware in ASP.NET Core \| Microsoft Docs |
| Capture URL: | https://docs.microsoft.com/en-us/aspnet/core/fundamentals/url-rewriting?view=aspnetcore-5.0 |
| Captured site IP: | 96.7.23.136 |
| Page loaded at (UTC): | Thu, 08 Jul 2021 11:30:47 GMT |
| Capture timestamp (UTC): | Thu, 08 Jul 2021 11:31:29 GMT |
| Capture tool: | v7.9.1 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 11 |
| Capture ID: | fbb61a3d-e516-4329-857d-e6140ea81081 |
| User: | jmlaw-jcooper |

Microsoft    Docs    Documentation    Learn    Q&A    Code Samples    🔍 Search    Sign in

ASP.NET    Languages ⌄    Workloads ⌄    APIs ⌄    Resources ⌄                    Download .NET

Docs / .NET / ASP.NET Core / Advanced / URL rewriting                           🔖 Save   💬 Feedback   ✏️ Edit   🔗 Share



**Version**

[ ASP.NET Core 5.0 ⌄ ]

🔍 Filter by title

ASP.NET Core documentation

What's new in ASP.NET Core docs

› Overview

Get started

› What's new

› Tutorials

› Fundamentals

› Web apps

› Web API apps

› Real-time apps

› Remote Procedure Call apps

› Test, debug, and troubleshoot

› Data access

› Host and deploy

› Security and Identity

› Performance

› Globalization and localization

∨ Advanced

    Model binding

    Custom model binding

    Model validation

    Compatibility version

    Write middleware

    Basic JSON APIs with Route-to-code

    Request and response operations

    **URL rewriting**

    File providers

    Request-feature interfaces

    Access HttpContext

    Change tokens

    Open Web Interface for .NET (OWIN)

    Background tasks with hosted services

    Hosting startup assemblies

    ASP.NET Core in class libraries

    Microsoft.AspNetCore.App metapackage

    Microsoft.AspNetCore.All metapackage

    Logging with LoggerMessage

    Use a file watcher

    Factory-based middleware

    Factory-based middleware with third-party container

› Migration

API reference

Contribute ⧉

⬇ Download PDF

# URL Rewriting Middleware in ASP.NET Core

08/16/2019 · 32 minutes to read · 👥👤👤 🌐 👤👤 ⚫

By Mikael Mengistu ⧉

This document introduces URL rewriting with instructions on how to use URL Rewriting Middleware in ASP.NET Core apps.

URL rewriting is the act of modifying request URLs based on one or more predefined rules. URL rewriting creates an abstraction between resource locations and their addresses so that the locations and addresses aren't tightly linked. URL rewriting is valuable in several scenarios to:

- Move or replace server resources temporarily or permanently and maintain stable locators for those resources.
- Split request processing across different apps or across areas of one app.
- Remove, add, or reorganize URL segments on incoming requests.
- Optimize public URLs for Search Engine Optimization (SEO).
- Permit the use of friendly public URLs to help visitors predict the content returned by requesting a resource.
- Redirect insecure requests to secure endpoints.
- Prevent hotlinking, where an external site uses a hosted static asset on another site by linking the asset into its own content.

> ⓘ Note
>
> URL rewriting can reduce the performance of an app. Where feasible, limit the number and complexity of rules.

View or download sample code ⧉ (how to download)

## URL redirect and URL rewrite

The difference in wording between *URL redirect* and *URL rewrite* is subtle but has important implications for providing resources to clients. ASP.NET Core's URL Rewriting Middleware is capable of meeting the need for both.

A *URL redirect* involves a client-side operation, where the client is instructed to access a resource at a different address than the client originally requested. This requires a round trip to the server. The redirect URL returned to the client appears in the browser's address bar when the client makes a new request for the resource.

If `/resource` is *redirected* to `/different-resource`, the server responds that the client should obtain the resource at `/different-resource` with a status code indicating that the redirect is either temporary or permanent.



When redirecting requests to a different URL, indicate whether the redirect is permanent or temporary by specifying the status code with the response:

- The 301 - Moved Permanently status code is used where the resource has a new, permanent URL and you wish to instruct the client that all future requests for the resource should use the new URL. *The client may cache and reuse the response when a 301 status code is received.*

- The 302 - Found status code is used where the redirection is temporary or generally subject to change. The 302 status code indicates to the client not to store the URL and use it in the future.

For more information on status codes, see RFC 2616: Status Code Definitions ⧉.

A *URL rewrite* is a server-side operation that provides a resource from a different resource address than the client requested. Rewriting a URL doesn't require a round trip to the server. The rewritten URL isn't returned to the client and doesn't appear in the browser's address bar.

If `/resource` is *rewritten* to `/different-resource`, the server *internally* fetches and returns the resource at `/different-resource`.

Although the client might be able to retrieve the resource at the rewritten URL, the client isn't informed that the resource exists at the rewritten URL when it makes its request and receives the response.



## URL rewriting sample app

You can explore the features of the URL Rewriting Middleware with the sample app ⧉. The app applies redirect and rewrite rules and shows the redirected or rewritten URL for several scenarios.

## When to use URL Rewriting Middleware

Use URL Rewriting Middleware when you're unable to use the following approaches:

- URL Rewrite module with IIS on Windows Server ⧉
- Apache mod_rewrite module on Apache Server ⧉

**Is this page helpful?**

👍 Yes    👎 No

**In this article**

URL redirect and URL rewrite

URL rewriting sample app

When to use URL Rewriting Middleware

Package

Regex examples

Additional resources

When to use URL Rewriting Middleware

ASP.NET Core 5.0

Filter by title

ASP.NET Core documentation

What's new in ASP.NET Core docs

> Overview

> Get started

> What's new

> Tutorials

> Fundamentals

> Web apps

> Web API apps

> Real-time apps

> Remote Procedure Call apps

> Test, debug, and troubleshoot

> Data access

> Host and deploy

> Security and Identity

> Performance

> Globalization and localization

∨ Advanced

   Model binding

   Custom model binding

   Model validation

   Compatibility version

   Write middleware

   Basic JSON APIs with Route-to-code

   Request and response operations

   **URL rewriting**

   File providers

   Request-feature interfaces

   Access HttpContext

   Change tokens

   Open Web Interface for .NET (OWIN)

   Background tasks with hosted services

   Hosting startup assemblies

   ASP.NET Core in class libraries

   Microsoft.AspNetCore.App metapackage

   Microsoft.AspNetCore.All metapackage

   Logging with LoggerMessage

   Use a file watcher

   Factory-based middleware

   Factory-based middleware with third-party container

> Migration

   API reference

   Contribute

⎙ Download PDF

Use URL Rewriting Middleware when you're unable to use the following approaches:

- URL Rewrite module with IIS on Windows Server
- Apache mod_rewrite module on Apache Server
- URL rewriting on Nginx

Also, use the middleware when the app is hosted on HTTP.sys server (formerly called WebListener).

The main reasons to use the server-based URL rewriting technologies in IIS, Apache, and Nginx are:

- The middleware doesn't support the full features of these modules.

  Some of the features of the server modules don't work with ASP.NET Core projects, such as the `IsFile` and `IsDirectory` constraints of the IIS Rewrite module. In these scenarios, use the middleware instead.

- The performance of the middleware probably doesn't match that of the modules.

  Benchmarking is the only way to know for sure which approach degrades performance the most or if degraded performance is negligible.

## Package

URL Rewriting Middleware is provided by the Microsoft.AspNetCore.Rewrite package, which is implicitly included in ASP.NET Core apps.

## Extension and options

Establish URL rewrite and redirect rules by creating an instance of the RewriteOptions class with extension methods for each of your rewrite rules. Chain multiple rules in the order that you would like them processed. The RewriteOptions are passed into the URL Rewriting Middleware as it's added to the request pipeline with UseRewriter:

```csharp
C#                                                                    ⎘ Copy

public void Configure(IApplicationBuilder app)
{
    using (StreamReader apacheModRewriteStreamReader =
        File.OpenText("ApacheModRewrite.txt"))
    using (StreamReader iisUrlRewriteStreamReader =
        File.OpenText("IISUrlRewrite.xml"))
    {
        var options = new RewriteOptions()
            .AddRedirect("redirect-rule/(.*)", "redirected/$1")
            .AddRewrite(@"^rewrite-rule/(\d+)/(\d+)", "rewritten?var1=$1&var2=$2",
                skipRemainingRules: true)
            .AddApacheModRewrite(apacheModRewriteStreamReader)
            .AddIISUrlRewrite(iisUrlRewriteStreamReader)
            .Add(MethodRules.RedirectXmlFileRequests)
            .Add(MethodRules.RewriteTextFileRequests)
            .Add(new RedirectImageRequests(".png", "/png-images"))
            .Add(new RedirectImageRequests(".jpg", "/jpg-images"));

        app.UseRewriter(options);
    }

    app.UseStaticFiles();

    app.Run(context => context.Response.WriteAsync(
        $"Rewritten or Redirected Url: " +
        $"{context.Request.Path + context.Request.QueryString}"));
}
```

## Redirect non-www to www

Three options permit the app to redirect non-`www` requests to `www`:

- AddRedirectToWwwPermanent: Permanently redirect the request to the `www` subdomain if the request is non-`www`. Redirects with a Status308PermanentRedirect status code.

- AddRedirectToWww: Redirect the request to the `www` subdomain if the incoming request is non-`www`. Redirects with a Status307TemporaryRedirect status code. An overload permits you to provide the status code for the response. Use a field of the StatusCodes class for a status code assignment.

## URL redirect

Use AddRedirect to redirect requests. The first parameter contains your regex for matching on the path of the incoming URL. The second parameter is the replacement string. The third parameter, if present, specifies the status code. If you don't specify the status code, the status code defaults to 302 - Found, which indicates that the resource is temporarily moved or replaced.

```csharp
C#                                                                    ⎘ Copy

public void Configure(IApplicationBuilder app)
{
    using (StreamReader apacheModRewriteStreamReader =
        File.OpenText("ApacheModRewrite.txt"))
    using (StreamReader iisUrlRewriteStreamReader =
        File.OpenText("IISUrlRewrite.xml"))
    {
        var options = new RewriteOptions()
            .AddRedirect("redirect-rule/(.*)", "redirected/$1")
            .AddRewrite(@"^rewrite-rule/(\d+)/(\d+)", "rewritten?var1=$1&var2=$2",
                skipRemainingRules: true)
            .AddApacheModRewrite(apacheModRewriteStreamReader)
            .AddIISUrlRewrite(iisUrlRewriteStreamReader)
            .Add(MethodRules.RedirectXmlFileRequests)
            .Add(MethodRules.RewriteTextFileRequests)
            .Add(new RedirectImageRequests(".png", "/png-images"))
            .Add(new RedirectImageRequests(".jpg", "/jpg-images"));

        app.UseRewriter(options);
    }

    app.UseStaticFiles();
```

Is this page helpful?
☐ Yes  ☐ No

In this article

URL redirect and URL rewrite

URL rewriting sample app

When to use URL Rewriting Middleware

Package

Extension and options

Regex examples

Additional resources

---



In this article

URL redirect and URL rewrite

URL rewriting sample app

When to use URL Rewriting
Middleware

Package

Extension and options

Regex examples

Additional resources

```
    .AddIISUrlRewrite(iisUrlRewriteStreamReader)
    .Add(MethodRuleClass)
    .AddRedirectWithFileReqests()
    .AddRedirectImageRequests(".png", "/png-images")
    .Add(new RedirectImageRequests(".jpg", "/jpg-images"));

    app.UseRewriter(options);
    }

    app.UseStaticFiles();

    app.Run(context => context.Response.WriteAsync(
        $"Rewritten or Redirected Url: " +
        $"{context.Request.Path + context.Request.QueryString}"));
}
```

In a browser with developer tools enabled, make a request to the sample app with the path `/redirect-rule/1234/5678`. The regex matches the request path on `redirect-rule/(.*)`, and the path is replaced with `/redirected/1234/5678`. The redirect URL is sent back to the client with a *302 - Found* status code. The browser makes a new request at the redirect URL, which appears in the browser's address bar. Since no rules in the sample app match on the redirect URL:

- The second request receives a *200 - OK* response from the app.
- The body of the response shows the redirect URL.

A round trip is made to the server when a URL is *redirected*.

> ⚠ Warning
>
> Be cautious when establishing redirect rules. Redirect rules are evaluated on every request to the app, including after a redirect. It's easy to accidentally create a *loop of infinite redirects*.

Original Request: `/redirect/1234/5678`



The part of the expression contained within parentheses is called a *capture group*. The dot (`.`) of the expression means *match any character*. The asterisk (`*`) indicates *match the preceding character zero or more times*. Therefore, the last two path segments of the URL, `1234/5678`, are captured by capture group `(.*)`. Any value you provide in the request URL after `redirect-rule/` is captured by this single capture group.

In the replacement string, captured groups are injected into the string with the dollar sign (`$`) followed by the sequence number of the capture. The first capture group value is obtained with `$1`, the second with `$2`, and they continue in sequence for the capture groups in your regex. There's only one captured group in the redirect rule regex in the sample app. There's only one injected group in the replacement string, which is `$1`. When the rule is applied, the URL becomes `/redirected/1234/5678`.

## URL redirect to a secure endpoint

Use `AddRedirectToHttps` to redirect HTTP requests to the same host and path using the HTTPS protocol. If the status code isn't supplied, the middleware defaults to *302 - Found*. If the port isn't supplied:

- The middleware defaults to `null`.
- The scheme changes to `https` (HTTPS protocol), and the client accesses the resource on port 443.

The following example shows how to set the status code to *301 - Moved Permanently* and change the port to 5001.

```C#                                                          ⧉ Copy
public void Configure(IApplicationBuilder app)
{
    var options = new RewriteOptions()
        .AddRedirectToHttps(301, 5001);

    app.UseRewriter(options);
}
```

Use `AddRedirectToHttpsPermanent` to redirect insecure requests to the same host and path with secure HTTPS protocol on port 443. The middleware sets the status code to *301 - Moved Permanently*.

```C#                                                          ⧉ Copy
public void Configure(IApplicationBuilder app)
{
    var options = new RewriteOptions()
        .AddRedirectToHttpsPermanent();

    app.UseRewriter(options);
}
```

> ⓘ Note
>
> When redirecting to a secure endpoint without the requirement for additional redirect rules, we recommend using HTTPS Redirection Middleware. For more information, see the Enforce HTTPS topic.

The sample app is capable of demonstrating how to use `AddRedirectToHttps` or `AddRedirectToHttpsPermanent`. Add the extension method to the `RewriteOptions`. Make an insecure request to the app at any URL. Dismiss the browser security warning that the self-signed certificate is untrusted or create an exception to trust the certificate.

When redirecting to a secure endpoint without the requirement for additional redirect rules, we recommend using HTTPS
Redirection Middleware. For more information, see the Enforce HTTPS topic.

The sample app is capable of demonstrating how to use `AddRedirectToHttps` or `AddRedirectToHttpsPermanent`. Add the extension
method to the `RewriteOptions`. An insecure request to the app at any URL. Dismiss the browser security warning that the self-
signed certificate is untrusted or create an exception to trust the certificate.

Original Request using `AddRedirectToHttps (301, 5001)`: http://localhost:5000/secure



Original Request using `AddRedirectToHttpsPermanent`: http://localhost:5000/secure



## URL rewrite

Use `AddRewrite` to create a rule for rewriting URLs. The first parameter contains the regex for matching on the incoming URL path.
The second parameter is the replacement string. The third parameter, `skipRemainingRules: {true|false}`, indicates to the
middleware whether or not to skip additional rewrite rules if the current rule is applied.

```csharp
public void Configure(IApplicationBuilder app)
{
    using (StreamReader apacheModRewriteStreamReader =
        File.OpenText("ApacheModRewrite.txt"))
    using (StreamReader iisUrlRewriteStreamReader =
        File.OpenText("IISUrlRewrite.xml"))
    {
        var options = new RewriteOptions()
            .AddRedirect("redirect-rule/(.*)", "redirected/$1")
            .AddRewrite(@"^rewrite-rule/(\d+)/(\d+)", "rewritten/var1=$1&var2=$2",
                skipRemainingRules: true)
            .AddApacheModRewrite(apacheModRewriteStreamReader)
            .AddIISUrlRewrite(iisUrlRewriteStreamReader)
            .Add(MethodRules.RedirectXmlFileRequests)
            .Add(MethodRules.RewriteTextFileRequests)
            .Add(new RedirectImageRequests(".png", "/png-images"))
            .Add(new RedirectImageRequests(".jpg", "/jpg-images"));

        app.UseRewriter(options);
    }

    app.UseStaticFiles();

    app.Run(context => context.Response.WriteAsync(
        $"Rewritten or Redirected Url: " +
        $"{context.Request.Path + context.Request.QueryString}"));
}
```

Original Request: /rewrite-rule/1234/5678



The carat (^) at the beginning of the expression means that matching starts at the beginning of the URL path.

In the earlier example with the redirect rule, `redirect-rule/(.*)`, there's no carat (^) at the start of the regex. Therefore, any
characters may precede `redirect-rule/` in the path for a successful match.



| Path | Match |
| --- | --- |
| /redirect-rule/1234/5678 | Yes |
| /my-cool-redirect-rule/1234/5678 | Yes |

⬇ Download PDF

ASP.NET Core 5.0

Filter by title

ASP.NET Core documentation
What's new in ASP.NET Core docs
> Overview
> Get started
> What's new
> Tutorials
> Fundamentals
> Web apps
> Web API apps
> Real-time apps
> Remote Procedure Call apps
> Test, debug, and troubleshoot
> Data access
> Host and deploy
> Security and Identity
> Performance
> Globalization and localization
∨ Advanced
    Model binding
    Custom model binding
    Model validation
    Compatibility version
    Write middleware
    Basic JSON APIs with Route-to-code
    Request and response operations
    URL rewriting
    File providers
    Request-feature interfaces
    Access HttpContext
    Change tokens
    Open Web Interface for .NET (OWIN)
    Background tasks with hosted services
    Hosting startup assemblies
    ASP.NET Core in class libraries
    Microsoft.AspNetCore.App metapackage
    Microsoft.AspNetCore.All metapackage
    Logging with LoggerMessage
    Use a file watcher
    Factory-based middleware
    Factory-based middleware with third-party container
> Migration
    API reference
    Contribute ⎘

In this article

URL redirect and URL rewrite
URL rewriting sample app
When to use URL Rewriting
Middleware
Package
Extension and options
Regex examples
Additional resources

ASP.NET Core 5.0

In the earlier example with the redirect rule, `redirect-rule/(.*)`, there's no caret `^` at the start of the regex. Therefore, any characters may precede `redirect-rule/` in the path for a successful match.

| Path | Match |
|------|-------|
| `/redirect-rule/1234/5678` | Yes |
| `/my-cool-redirect-rule/1234/5678` | Yes |
| `/anotherredirect-rule/1234/5678` | Yes |

The rewrite rule, `^rewrite-rule/(\d+)/(\d+)`, only matches paths if they start with `rewrite-rule/`. In the following table, note the difference in matching.

| Path | Match |
|------|-------|
| `/rewrite-rule/1234/5678` | Yes |
| `/my-cool-rewrite-rule/1234/5678` | No |
| `/anotherrewrite-rule/1234/5678` | No |

Following the `^rewrite-rule/` portion of the expression, there are two capture groups, `(\d+)/(\d+)`. The `\d` signifies *match a digit (number)*. The plus sign (`+`) means *match one or more of the preceding character*. Therefore, the URL must contain a number followed by a forward-slash followed by another number. These capture groups are injected into the rewritten URL as `$1` and `$2`. The rewrite rule replacement string places the captured groups into the query string. The requested path of `/rewrite-rule/1234/5678` is rewritten to obtain the resource at `/rewritten?var1=1234&var2=5678`. If a query string is present in the original request, it's preserved when the URL is rewritten.

There's no round trip to the server to obtain the resource. If the resource exists, it's fetched and returned to the client with a `200 - OK` status code. Because the client isn't redirected, the URL in the browser's address bar doesn't change. Clients can't detect that a URL rewrite operation occurred on the server.

> ⓘ Note
>
> Use `skipRemainingRules: true` whenever possible because matching rules is computationally expensive and increases app response time. For the fastest app response:
> - Order rewrite rules from the most frequently matched rule to the least frequently matched rule.
> - Skip the processing of the remaining rules when a match occurs and no additional rule processing is required.

## Apache mod_rewrite

Apply Apache mod_rewrite rules with `AddApacheModRewrite`. Make sure that the rules file is deployed with the app. For more information and examples of mod_rewrite rules, see Apache mod_rewrite ↗.

A `StreamReader` is used to read the rules from the `ApacheModRewrite.txt` rules file:



The sample app redirects requests from `/apache-mod-rules-redirect/(.\*)` to `/redirected?id=$1`. The response status code is `302 - Found`.



Original Request: `/apache-mod-rules-redirect/1234`



---

**ASP.NET Core 5.0**

Filter by title

ASP.NET Core documentation

What's new in ASP.NET Core docs

> Overview

> Get started

> What's new

> Tutorials

> Fundamentals

> Web apps

> Web API apps

> Real-time apps

> Remote Procedure Call apps

> Test, debug, and troubleshoot

> Data access

> Host and deploy

> Security and Identity

> Performance

> Globalization and localization

∨ Advanced

  Model binding

  Custom model binding

  Model validation

  Compatibility version

  Write middleware

  Basic JSON APIs with Route-to-code

  Request and response operations

  **URL rewriting**

  File providers

  Request-feature interfaces

  Access HttpContext

  Change tokens

  Open Web Interface for .NET (OWIN)

  Background tasks with hosted services

  Hosting startup assemblies

  ASP.NET Core in class libraries

  Microsoft.AspNetCore.App metapackage

  Microsoft.AspNetCore.All metapackage

  Logging with LoggerMessage

  Use a file watcher

  Factory-based middleware

  Factory-based middleware with third-party container

> Migration

  API reference

  Contribute ↗

📄 Download PDF

**In this article**

URL redirect and URL rewrite

URL rewriting sample app

When to use URL Rewriting Middleware

Extension and options

  Package

Regex examples

Additional resources

---



The middleware supports the following Apache mod_rewrite server variables:

- CONN_REMOTE_ADDR
- HTTP_ACCEPT
- HTTP_CONNECTION
- HTTP_COOKIE
- HTTP_FORWARDED
- HTTP_HOST
- HTTP_REFERER
- HTTP_USER_AGENT
- HTTPS
- IPV6
- QUERY_STRING
- REMOTE_ADDR
- REMOTE_PORT
- REQUEST_FILENAME
- REQUEST_METHOD
- REQUEST_SCHEME
- REQUEST_URI
- SCRIPT_FILENAME
- SERVER_ADDR
- SERVER_PORT
- SERVER_PROTOCOL
- TIME
- TIME_DAY
- TIME_HOUR
- TIME_MIN
- TIME_MON
- TIME_SEC
- TIME_WDAY
- TIME_YEAR

## IIS URL Rewrite Module rules

To use the same rule set that applies to the IIS URL Rewrite Module, use AddIISUrlRewrite. Make sure that the rules file is deployed with the app. Don't direct the middleware to use the app's *web.config* file when running on Windows Server IIS. With IIS, these rules should be stored outside of the app's *web.config* file in order to avoid conflicts with the IIS Rewrite module. For more information and examples of IIS URL Rewrite Module rules, see Using Url Rewrite Module 2.0 and URL Rewrite Module Configuration Reference.

A StreamReader is used to read the rules from the *IISUrlRewrite.xml* file:

```C#
public void Configure(IApplicationBuilder app)
{
    using (StreamReader apacheModRewriteStreamReader =
        File.OpenText("ApacheModRewrite.txt"))
    using (StreamReader iisUrlRewriteStreamReader =
        File.OpenText("IISUrlRewrite.xml"))
    {
        var options = new RewriteOptions()
            .AddRedirect("redirect-rule/(.*)", "redirected/$1")
            .AddRewrite(@"^rewrite-rule/(\d+)/(\d+)", "rewritten?var1=$1&var2=$2",
                skipRemainingRules: true)
            .AddApacheModRewrite(apacheModRewriteStreamReader)
            .AddIISUrlRewrite(iisUrlRewriteStreamReader)
            .Add(MethodRules.RedirectXmlFileRequests)
            .Add(MethodRules.RewriteTextFileRequests)
            .Add(new RedirectImageRequests(".png", "/png-images"))
            .Add(new RedirectImageRequests(".jpg", "/jpg-images"));

        app.UseRewriter(options);
    }

    app.UseStaticFiles();

    app.Run(context => context.Response.WriteAsync(
        $"Rewritten or Redirected Url: " +
        $"{context.Request.Path + context.Request.QueryString}"));
}
```

The sample app rewrites requests from `/iis-rules-rewrite/(.*)` to `/rewritten?id=$1`. The response is sent to the client with a *200 - OK* status code.

```XML
<rewrite>
  <rules>
    <rule name="Rewrite segment to id querystring" stopProcessing="true">
      <match url="^iis-rules-rewrite/(.*)$" />
      <action type="Rewrite" url="rewritten?id={R:1}" appendQueryString="false" />
    </rule>
  </rules>
</rewrite>
```

Original Request: `/iis-rules-rewrite/1234`



ASP.NET Core 5.0

🔍 Filter by title

ASP.NET Core documentation

What's new in ASP.NET Core docs

› Overview

› Get started

› What's new

› Tutorials

› Fundamentals

› Web apps

› Web API apps

› Real-time apps

› Remote Procedure Call apps

› Test, debug, and troubleshoot

› Data access

› Host and deploy

› Security and Identity

› Performance

› Globalization and localization

⌄ Advanced

  Model binding

  Custom model binding

  Model validation

  Compatibility version

  Write middleware

  Basic JSON APIs with Route-to-code

  Request and response operations

  **URL rewriting**

  File providers

  Request-feature interfaces

  Access HttpContext

  Change tokens

  Open Web Interface for .NET (OWIN)

  Background tasks with hosted services

  Hosting startup assemblies

  ASP.NET Core in class libraries

  Microsoft.AspNetCore.App metapackage

  Microsoft.AspNetCore.All metapackage

  Logging with LoggerMessage

  Use a file watcher

  Factory-based middleware

  Factory-based middleware with third-party container

› Migration

  API reference

  Contribute ⌀

📄 Download PDF

In this article

URL redirect and URL rewrite

URL rewriting sample app

When to use URL Rewriting Middleware

Package

Extension and options

Regex examples

Additional resources



If you have an active IIS Rewrite Module with server-level rules configured that would impact your app in undesirable ways, you can disable the IIS Rewrite Module for an app. For more information, see Disabling IIS modules.

## Unsupported features

The middleware doesn't support the following IIS URL Rewrite Module features:

- Outbound Rules
- Custom Server Variables
- Wildcards
- LogRewrittenUrl

## Supported server variables

The middleware supports the following IIS URL Rewrite Module server variables:

- CONTENT_LENGTH
- CONTENT_TYPE
- HTTP_ACCEPT
- HTTP_CONNECTION
- HTTP_COOKIE
- HTTP_HOST
- HTTP_REFERER
- HTTP_URL
- HTTP_USER_AGENT
- HTTPS
- LOCAL_ADDR
- QUERY_STRING
- REMOTE_ADDR
- REMOTE_PORT
- REQUEST_FILENAME
- REQUEST_URI

> **Note**
>
> You can also obtain an IFileProvider via a PhysicalFileProvider. This approach may provide greater flexibility for the location of your rewrite rules files. Make sure that your rewrite rules files are deployed to the server at the path you provide.

```C#
PhysicalFileProvider fileProvider = new PhysicalFileProvider(Directory.GetCurrentDirectory());
```

## Method-based rule

Use Add to implement your own rule logic in a method. Add exposes the RewriteContext, which makes available the HttpContext for use in your method. The RewriteContext.Result determines how additional pipeline processing is handled. Set the value to one of the RuleResult fields described in the following table.

| Rewrite context result | Action |
| --- | --- |
| RuleResult.ContinueRules (default) | Continue applying rules. |
| RuleResult.EndResponse | Stop applying rules and send the response. |
| RuleResult.SkipRemainingRules | Stop applying rules and send the context to the next middleware. |



🔍 Filter by title

ASP.NET Core documentation

What's new in ASP.NET Core docs

› Overview

› Get started

› What's new

› Tutorials

› Fundamentals

› Web apps

› Web API apps

› Real-time apps

› Remote Procedure Call apps

› Test, debug, and troubleshoot

› Data access

› Host and deploy

› Security and Identity

› Performance

› Globalization and localization

∨ Advanced

　　Model binding

　　Custom model binding

　　Model validation

　　Compatibility version

　　Write middleware

　　Basic JSON APIs with Route-to-code

　　Request and response operations

　　URL rewriting

　　File providers

　　Request-feature interfaces

　　Access HttpContext

　　Change tokens

　　Open Web Interface for .NET (OWIN)

　　Background tasks with hosted services

　　Hosting startup assemblies

　　ASP.NET Core in class libraries

　　Microsoft.AspNetCore.App metapackage

　　Microsoft.AspNetCore.All metapackage

　　Logging with LoggerMessage

　　Use a file watcher

　　Factory-based middleware

　　Factory-based middleware with third-party container

› Migration

　API reference

　Contribute ▱

In this article

URL redirect and URL rewrite

URL rewriting sample app

When to use URL Rewriting Middleware

Extension and options

Package

Regex examples

Additional resources

```
        .Add(new RedirectImageRequests(".png", "/png-images"));
}

app.UseStaticFiles();

app.Run(context => context.Response.WriteAsync(
    $"Rewritten or Redirected Url: " +
    $"{context.Request.Path + context.Request.QueryString}"));
```

The sample app demonstrates a method that redirects requests for paths that end with *.xml*. If a request is made for `/file.xml`, the request is redirected to `/xmlfiles/file.xml`. The status code is set to *301 - Moved Permanently*. When the browser makes a new request for */xmlfiles/file.xml*, Static File Middleware serves the file to the client from the *wwwroot/xmlfiles* folder. For a redirect, explicitly set the status code of the response. Otherwise, a *200 - OK* status code is returned, and the redirect doesn't occur on the client.

*RewriteRules.cs:*

C#                                                                    ⧉ Copy

```
public static void RedirectXmlFileRequests(RewriteContext context)
{
    var request = context.HttpContext.Request;

    // Because the client is redirecting back to the same app, stop
    // processing if the request has already been redirected.
    if (request.Path.StartsWithSegments(new PathString("/xmlfiles")))
    {
        return;
    }

    if (request.Path.Value.EndsWith(".xml", StringComparison.OrdinalIgnoreCase))
    {
        var response = context.HttpContext.Response;
        response.StatusCode = (int) HttpStatusCode.MovedPermanently;
        context.Result = RuleResult.EndResponse;
        response.Headers[HeaderNames.Location] =
            "/xmlfiles" + request.Path + request.QueryString;
    }
}
```

This approach can also rewrite requests. The sample app demonstrates rewriting the path for any text file request to serve the *file.txt* text file from the *wwwroot* folder. Static File Middleware serves the file based on the updated request path:

C#                                                                    ⧉ Copy

```
public void Configure(IApplicationBuilder app)
{
    using (StreamReader apacheModRewriteStreamReader =
        File.OpenText("ApacheModRewrite.txt"))
    using (StreamReader iisUrlRewriteStreamReader =
        File.OpenText("IISUrlRewrite.xml"))
    {
        var options = new RewriteOptions()
            .AddRedirect("redirect-rule/(.*)", "redirected/$1")
            .AddRewrite(@"^rewrite-rule/(\d+)/(\d+)", "rewritten/var1=$1&var2=$2",
                skipRemainingRules: true)
            .AddApacheModRewrite(apacheModRewriteStreamReader)
            .AddIISUrlRewrite(iisUrlRewriteStreamReader)
            .Add(MethodRules.RedirectXmlFileRequests)
            .Add(MethodRules.RewriteTextFileRequests)
            .Add(new RedirectImageRequests(".png", "/png-images"))
            .Add(new RedirectImageRequests(".jpg", "/jpg-images"));

        app.UseRewriter(options);
    }

    app.UseStaticFiles();

    app.Run(context => context.Response.WriteAsync(
        $"Rewritten or Redirected Url: " +
        $"{context.Request.Path + context.Request.QueryString}"));
}
```

*RewriteRules.cs:*

C#                                                                    ⧉ Copy

```
public static void RewriteTextFileRequests(RewriteContext context)
{
    var request = context.HttpContext.Request;

    if (request.Path.Value.EndsWith(".txt", StringComparison.OrdinalIgnoreCase))
    {
        context.Result = RuleResult.SkipRemainingRules;
        request.Path = "/file.txt";
    }
}
```

## IRule-based rule

Use Add to use rule logic in a class that implements the `IRule` interface. `IRule` provides greater flexibility over using the method-based rule approach. Your implementation class may include a constructor that allows you can pass in parameters for the `ApplyRule` method.

C#                                                                    ⧉ Copy

```
public void Configure(IApplicationBuilder app)
{
    using (StreamReader apacheModRewriteStreamReader =
        File.OpenText("ApacheModRewrite.txt"))
    using (StreamReader iisUrlRewriteStreamReader =
        File.OpenText("IISUrlRewrite.xml"))
    {
        var options = new RewriteOptions()
            .AddRedirect("redirect-rule/(.*)", "redirected/$1")
            .AddRewrite(@"^rewrite-rule/(\d+)/(\d+)", "rewritten/var1=$1&var2=$2",
                skipRemainingRules: true)
            .AddApacheModRewrite(apacheModRewriteStreamReader)
            .AddIISUrlRewrite(iisUrlRewriteStreamReader)
```

⬇ Download PDF

Document title: URL Rewriting Middleware in ASP.NET Core | Microsoft Docs
Capture URL: https://docs.microsoft.com/en-us/aspnet/core/fundamentals/url-rewriting?view=aspnetcore-5.0
Capture timestamp (UTC): Thu, 08 Jul 2021 11:31:29 GMT

ASP.NET Core 5.0

Filter by title

ASP.NET Core documentation
What's new in ASP.NET Core docs
> Overview
> Get started
> What's new
> Tutorials
> Fundamentals
> Web apps
> Web API apps
> Real-time apps
> Remote Procedure Call apps
> Test, debug, and troubleshoot
> Data access
> Host and deploy
> Security and Identity
> Performance
> Globalization and localization
∨ Advanced
    Model binding
    Custom model binding
    Model validation
    Compatibility version
    Write middleware
    Basic JSON APIs with Route-to-code
    Request and response operations
    URL rewriting
    File providers
    Request-feature interfaces
    Access HttpContext
    Change tokens
    Open Web Interface for .NET (OWIN)
    Background tasks with hosted services
    Hosting startup assemblies
    ASP.NET Core in class libraries
    Microsoft.AspNetCore.App metapackage
    Microsoft.AspNetCore.All metapackage
    Logging with LoggerMessage
    Use a file watcher
    Factory-based middleware
    Factory-based middleware with third-party container
> Migration
    API reference
    Contribute

Is this page helpful?
○ Yes  ○ No

In this article
URL redirect and URL rewrite
URL rewriting sample app
When to use URL Rewriting
Middleware
Package
Extension and options
Regex examples
Additional resources

```
                File.OpenText("ApacheModRewrite.txt"))
using (StreamReader iisUrlRewriteStreamReader =
    var options = new RewriteOptions()
    .AddRedirect("redirect-rule/(.*)", "redirected/$1")
    .AddRewrite(@"^rewrite-rule/(\d+)/(\d+)", "rewritten?var1=$1&var2=$2",
        skipRemainingRules: true)
    .AddApacheModRewrite(apacheModRewriteStreamReader)
    .AddIISUrlRewrite(iisUrlRewriteStreamReader)
    .Add(new RedirectXmlFileReader)
    .Add(MethodRules.RedirectXmlFileRequest)
    .Add(MethodRules.RewriteTextFileRequests)
    .Add(new RedirectImageRequests(".png", "/png-images"))
    .Add(new RedirectImageRequests(".jpg", "/png-images"));

    app.UseRewriter(options);

    app.UseStaticFiles();

    app.Run(context => context.Response.WriteAsync(
        $"Rewritten or Redirected Url: " +
        $"{context.Request.Path + context.Request.QueryString}"));
}
```

The values of the parameters in the sample app for the `extension` and the `newPath` are checked to meet several conditions. The `extension` must contain a value, and the value must be _.png_, _.jpg_, or _.gif_. If the `newPath` isn't valid, an `ArgumentException` is thrown. If a request is made for _image.png_, the request is redirected to `/png-images/image.png`. If a request is made for _image.jpg_, the request is redirected to `/jpg-images/image.jpg`. The status code is set to `301 - Moved Permanently`, and the `context.Result` is set to stop processing rules and send the response.

C#                                                                    📋 Copy

```
public class RedirectImageRequests : IRule
{
    private readonly string _extension;
    private readonly PathString _newPath;

    public RedirectImageRequests(string extension, string newPath)
    {
        if (string.IsNullOrEmpty(extension))
        {
            throw new ArgumentException(nameof(extension));
        }

        if (!Regex.IsMatch(extension, @"^\.(png|jpg|gif)$"))
        {
            throw new ArgumentException("Invalid extension", nameof(extension));
        }

        if (!Regex.IsMatch(newPath, @"(/[A-Za-z0-9]+)+"))
        {
            throw new ArgumentException("Invalid path", nameof(newPath));
        }

        _extension = extension;
        _newPath = new PathString(newPath);
    }

    public void ApplyRule(RewriteContext context)
    {
        var request = context.HttpContext.Request;

        // Because we're redirecting back to the same app, stop
        // processing if the request has already been redirected
        if (request.Path.StartsWithSegments(new PathString(_newPath)))
        {
            return;
        }

        if (request.Path.Value.EndsWith(_extension, StringComparison.OrdinalIgnoreCase))
        {
            var response = context.HttpContext.Response;
            response.StatusCode = (int) HttpStatusCode.MovedPermanently;
            context.Result = RuleResult.EndResponse;
            response.Headers[HeaderNames.Location] =
                _newPath + request.Path + request.QueryString;
        }
    }
}
```

Original Request: /image.png



Original Request: /image.jpg



⤓ Download PDF



## Regex examples

| Goal | Regex String & Match Example | Replacement String & Output Example |
| --- | --- | --- |
| Rewrite path into querystring | `^path/(.*)/(.*)` <br> /path/abc/123 | path?var1=$1&var2=$2 <br> /path?var1=abc&var2=123 |
| Strip trailing slash | `(.*)/$` <br> /path/ | $1 <br> /path |
| Enforce trailing slash | `(.*[^/])$` <br> /path | $1/ <br> /path/ |
| Avoid rewriting specific requests | `^(.*)(?!\.axd)$` or `^(?!.*\.axd$)(.*)$` <br> Yes: /resource.htm <br> No: /resource.axd | rewritten/$1 <br> /rewritten/resource.htm <br> /resource.axd |
| Rearrange URL segments | path/(.*)/(.*)/(.*) <br> path/1/2/3 | path/$3/$2/$1 <br> path/3/2/1 |
| Replace a URL segment | `^(.*)/segment2/(.*)` <br> /segment1/segment2/segment3 | $1/replaced/$2 <br> /segment1/replaced/segment3 |

## Additional resources

- App startup in ASP.NET Core
- ASP.NET Core Middleware
- Regular expressions in .NET
- Apache mod_rewrite
- Regular expression language - quick reference
- Using Url Rewrite Module 2.0 (for IIS)
- URL Rewrite Module Configuration Reference
- IIS URL Rewrite Module Forum
- Keep a simple URL structure
- 10 URL Rewriting Tips and Tricks
- To slash or not to slash

## Feedback

Submit and view feedback for

[ This product ]   [ This page ]

View all page feedback

English (United States)   Theme

Previous Version Docs   Blog   Contribute   Privacy & Cookies   Terms of Use   Trademarks   © Microsoft 2021