# EXHIBIT 29

| | |
|---|---|
| From: | Michael Wise </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICROSOFT.ONMICROSOFT.COM-55760-MIWISE6C545A3F> |
| To: | Sinclaire Hamilton; Christian Stockwell; Jason Weber; Srikanth Shoroff; Vishal Thakur; Varsha Dhakad; Hemma Prafullchandra; Vivian Ho; Ross Adams; Mihai Costea; Girish Chander; Abhishek Agrawal (CDM); Sumit Malhotra; Jason Rogers; Andy Puntahachart; Shon Shah; Brian Wilcox; Vipul Pandey; John Engels; Shubhanshi Jain; David Fantham; Ryan Cairnes; Josh Curtis; Faith-Ebenezer Oquong; Melanie Cohen; Srinivas Muppidi; Gurucharan Raghunathan; Urja Gandhi; Tiffany Szymanski; Soumya Mishra; Krishnan Rangarajan; Michael Wilde; Phani Talluri; Vamsi Mohan Thammana; Rake Gui; Gaurav Batra; Liming Hong; Martin Gagne; Ladha Mohan; Mauricio Martinez Lugo; Eric Blanchet (OATP); Jay Goyal; Vikas Tandi; Emily Goren; Saurabh Shrivastava; Ashish Kumar; Manohar Bodke; Rossen Atanassov; Shali Hsieh; Niladri Ghosh; Bharath Alva; Rob Santana; Ram Pamulapati; James Bono; Moses Rajkumar Samuel; Elizabeth Stephens; Sanjib Paikaray; Arun Gururajan; Dana Cristofor; Sandeep Sahoo; Sumit Lahoti; Shashank Kavishwar; Joon Lee; Raviv Tamir; Manvendra Kumar; Danut Antoche-Albisor; Niraj Agarwal; Mayur Deshpande; Rob Herbst; Jugal Parikh; Xing Du; Leonid Verny; Dvir Halevi; Claudia Filipoaia; Michael Tyomkin; Cristian Craioveanu; Nitin Kumar Goel; Prachi Rathee; Arati Nene; Mesfin Dema; Samir Patil; Ramana Gadde; Philip Rueker; Tommy Blizard; John Lambert (MSTIC); Abhijeet Hatekar (MSTIC); Paul Wright (SECURITY); Amar Patel (C AND E); Swaroopa Gollapalli; Yossi Banai; Huan Yu; Nathan Lo; Wade Lin; Dustin Duran; Jiangbi Lin; Jenny McCollum; Zach Childers; Fred Pullen; Jessica Payne; Lee Rock; Phillip Misner; Kai Yu; Ann Lu; Diana Carutasu; Ou Ye; Nerses Ghevondyan; Amitesh Jain; Deepak Pratinidhi; Richard Murillo; Siddarthan Visvanathan; Hector Jacob; Yossi Bruss; Itay Fiszman; Amit Haritan; Roy Ben Dov; Meni Braun; Yael Flashner; Yaara Cohen; Michal Burstein; Matan Edri; Yuval Katav; Ran Mizrachi; Maayan Kislev; Guy Katchka; Yodan Tauber; Wissam Shoukair; Nitzan Mor Sarid; Alon Ahuvi; Moti Baral; Dor Braunstein; Yonatan Sverdiolas; Liad Yakir; Koren Shumer; Max Zatsepin; Yoni Mantzur; Liran Dorsman Apfel; Sagi Iltus; Rai Elkaiam; Omer Ben Artzi; Carolina Estrakh; Dana Sharon; Max Braitmaiere; Omer Mizrahi; Grisha Klots; Omri Kantor; Jenya Privalov; Yonatan Bitton; Matan Becker; Roey Weizman; Or Leviad; Aviv Ostrovsky; Jael Fafner; Avital Lange; Lior Carmy; Vladimir Skabelin; Ran Mitelman; Amit Sharan; Leonid Zhitomirsky; Yoni Heiblum; Yuri Manusov; Amir Lande Blau; Dan Bar; Amir Feldman; Firas Najjar; Ido Nitzan; Naama Almog; Karishma Dash; Shiva Sharma; Christiano Bianchet; Praneeth Batte; Anshul Vyas; Samiksha Sarraf; Natalie Gilboa; Yoav Saroya; Yoav Kalenstein; Natali Aharoni; Liran Nisanov; Niran Amos; Amir Chen; Shimmy Balsam; Fuchen Liu; Keshav Kumar Kabra; Uday Bhaskara; Igor Usov; Rob Lefferts; Jie Fang; Shravan Pentamsetty; Vivek Kumar Pal; Xiaowei Sheng; Lin Huang; ARYAN SEFIDI; Keerthi Mayakrishnan; Ajay Baban Shinde; Bryan Lipinski; Abdur Raheem Ali (PACTERA TECHNOLOGIES INC); Mina Kim; Aakarsh Rao; Balakrishna Mishro; Nolan Hendrickson; Yi Luo; Ayush Singhal; Kaushik Vuligonda; Sahil Sikka; Wenting Ruan (PACTERA TECHNOLOGIES INC); Mariusz Jakubowski; Christian Seifert; Hao Wang; Akarsh Mishra; Phani Srikanth; Sam Huh; Debjani Saha; Chad Morrison; Justin Grana; Fang Song; Shuo Wang; Craig Owenby; Hua Ding; Andi Comisioneru; Samuel Mueller; Peter Anaman (CELA); Christopher Brenon; Yamin Lin; Johanna An (CELA); Eleanor Quint; Yuan Gao; Brandon Marken; Hiteshi Sharma; Lei Zhou; Yong Jin Kim; Deepak Krishna; Mit Shah; Audrey Laude; Christine Cho; Kevin McGivern; Basil Cherian (CELA); Julia Wu; Rajesh Chillakuru; Bharath Rangaswamy; Isabelle Lee; Abhishek Vijayvargia; Roman Gurevich; Mingming Ding; Shan Zhou; Nicole Nichols; Surabhi Kadur |
| Sent: | 7/20/2020 5:40:40 PM |
| Subject: | |

How does it deal with the observed technique of using the connecting IP address to determine behavior? Clicking from CorpNet for instance, gives a redirect to Google, but from elsewhere gives a redirect to the real phishing site.

CONFIDENTIAL