# EXHIBIT 30



# Exchange Online Advanced Threat Protection

Nadia Skiscim

# New Value for Enterprise Customers (E5)







| **SECURITY** | **ANALYTICS** | **VOICE** |
| --- | --- | --- |
| Advanced Enterprise Protection | Insights for Everyone | Complete Cloud Communication |

**Advanced Threat Protection:**
Zero-day threat and malware protection

**Advanced Security Management:**
Enhanced visibility and control      *NEW 6/1*

**Customer Lockbox:**
Complete control of data

**Advanced eDiscovery:**
Identifying the relevant data quickly

**Power BI Pro:**
Live business analytics and visualization

**Delve Analytics:**
Individual and team effectiveness

**PSTN Conferencing:**
Worldwide dial-in for your online meetings

**Cloud PBX:**
Business phone system in the cloud

**PSTN Calling:**
Cost effective cloud based dial tone (add-on)



# Advanced Threat Protection

Advanced Threat Protection (ATP) is an email filtering service that helps protect against unsafe links and attachments while providing robust tracing and reporting.

**ATP builds on Exchange Online Protection (EOP) using advanced machine learning techniques and an isolated detonation chamber to catch the latest pieces of malware.**

*"Safe Attachments in Exchange Online Advanced Threat Protection is going to reduce zero-day threats from malware and viruses. This will help prevent malicious attachments from impacting our environment."*

— Brian Ivie, Chief Security Officer
Sungard

## REDUCE THREATS

Safeguard your business better against preferred attack methods like zero day

## INCREASE AWARENESS

Use robust tracing and reporting to find patterns to malicious content and adjust policies for greater protection

## ALIGN TO NEEDS

Customize the policies for Safe Attachments and Safe Links to meet your specific business needs

 Microsoft



# Exchange Online Advanced Threat Protection



## Protection against unknown malware/virus

- Behavioral analysis with machine learning
- Admin alerts



## Time of click protection

- Real time protection against Malicious URLs
- Growing URL coverage



## Rich reporting and tracing

- Built-in URL trace
- Reports for advanced threats

# Service architecture



# Safe attachments

- Protect against zero day exploits in email attachments by blocking messages
- Provides admins visibility into compromised users
- Leverages sandboxing technology



# Safe attachment—experience



Bad attachment notification

Actual email with icons for bad attachments

# Safe attachment—experience



Admin sets policy

Admin gets notification
if message is blocked



# Dynamic Delivery of Safe Attachments



- Eliminates latency for safe attachments

- Recipients notified that original attachment is getting scanned

- Recipients can get notifications if the attachment is harmful after getting scanned

# Safe links

- Protect against sites with malicious content, phishing sites

- Provides admins visibility into compromised users

- Rewriting the URLs to proxy them through another server



Web servers perform latest URL reputation check

http://www.

User clicking URL is taken to EOP web servers for the latest check at the "time of click"

EOP user without ATP

IP + envelop filter

Signature-based AV

Blocking known exploits

Antispam filter

Rewriting URLs to redirect to a web server

EOP user with ATP

# Safe links—experience



Admin sets policy

Hi Pablo, we are making changes in our Payroll system, to ensure you get your paycheck on time, please click on the below secured link to our system and enter the required information.

https://na01.safelinks.protection.outlook.com/?url=http://www.really-bad-website.com/
&data=01|01|pbanzato@conquest247.com|4630b88dd806473537ff08d369fcfb2
9|5e6c575c66164a53a0e07b9e00429b60|1
&sdata=thvjj5zgujpmaefjf5sfwepd01sk1o
vhbufgpgdwvf0=
**Click to follow link**

Safe link is re-written

https://HRSecure.Intranet.conquest247.com

Thank you!

Your HR Department



Users notified if a malicious link is clicked in email

# Rich reporting and click trace



Admins have complete visibility into who clicked on what links

Reporting by file types and disposition

# Rich reporting and click trace



Messages that are older than 7 days have a gray background. When you select a data point in this area, a link appears that lets you specify parameters for a downloadable detail report. All dates and times are in Coordinated Universal Time (UTC).

# Protect against modern email threats

Today's cybersecurity threats are highly sophisticated, swift and precisely targeted. Initial attacks commonly go unnoticed. This leaves your organization vulnerable to losing highly sensitive information, costing you time, money, customer loyalty and valuable resources.

## Protect your email in real time against unknown and sophisticated attacks with Exchange Advanced Threat Protection (ATP)

### ATP's Safe Attachments

Ensure integrity by opening attachments in a special sandbox environment where behavior analysis is performed using a variety of machine learning and analysis techniques to detect malicious behavior. If no suspicious activity is detected, the message is released for delivery to the mailbox.

- Protect against zero day exploits in email attachments by blocking messages
- Provides admins visibility into compromised users
- Leverages sandboxing technology

### ATP's Safe Links

Ensure users are protected against URLs that redirect to malicious sites. Safe Links will proactively protect your users every time they click a link, ensuring malicious links are dynamically blocked even if they are changed after the message has been received.

- Protect against sites with malicious content, phishing sites
- Provides admins visibility into compromised users
- Rewriting the URLs to redirect them through another server to protect at time-of-click

### Get rich reporting and track links in messages



Gain critical insights into who is being targeted in your organization and the category of attacks you are facing. Reporting and message trace allow you to investigate messages that have been blocked due to unknown viruses or malware, while URL trace capability allows you to track individual malicious links in the messages that have been clicked.

- Admins have complete visibility into who clicked on what links
- Reporting by file types and disposition

## A strategic approach to cybersecurity

Microsoft Advanced Protection Threat Protection Solution will enable your organization to protect users from targeted email attacks with real time link and attachment protection. Our cloud-based solution will ensure seamless deployment and a familiar management console for your IT department.

Add ATP to your Office 365 subscription or to protect your on-premises email server and you will increase user productivity while keeping your organization safe and secure.

### $3.8 million
Is the average consolidated total cost of a data breach*

### $154
Is the average cost per record for data breaches*

*"2015 Cost of Data Breach Study: United States", Ponemon Institute

**Add ATP for only $1.50 per user per month**

**A savings of up to 50% per user per month, compared to other Enterprise threat protection software**



© 2014 Microsoft Corporation. All rights reserved.