# EXHIBIT 31

| | |
|---|---|
| **From:** | Ross Adams </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICROSOFT.ONMICROSOFT.COM-55760-ROSS ADAMS> |
| **To:** | Brian Wilcox |
| **Sent:** | 10/17/2019 5:50:49 PM |
| **Subject:** | Fwd: Phish Campaign using IP Evasion ([EVASION] - Phishing URL redirects to clean site on detonation.) |

I added you to this thread but I think we need to follow up with Swaroopa on the proxify work during mail flow.

Regards,
Ross.
Sent by Outlook Mobile.

---

**From:** Ross Adams <Ross.Adams@microsoft.com>
**Sent:** Thursday, October 17, 2019 10:49:51 AM
**To:** Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Ladha Mohan <Ladha.Mohan@microsoft.com>; Brian Wilcox <brwilcox@microsoft.com>
**Cc:** Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>
**Subject:** Re: Phish Campaign using IP Evasion ([EVASION] - Phishing URL redirects to clean site on detonation.)

Adding Brian.

Regards,
Ross.
Sent by Outlook Mobile.

---

**From:** Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>
**Sent:** Thursday, October 17, 2019 10:42:11 AM
**To:** Ladha Mohan <Ladha.Mohan@microsoft.com>
**Cc:** Ross Adams <Ross.Adams@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>
**Subject:** RE: Phish Campaign using IP Evasion ([EVASION] - Phishing URL redirects to clean site on detonation.)

Hey Ladha,

This particular issue is causing lot of churn on our side. Per our contract with EOP, currently we don't detect Urls using any form of static analysis and provide verdict only when we see the phishing page. We are hoping Antispam team can help consume the regular expression my analyst has identified to detect and block such Urls before coming to Sonar.

We need to make progress on this customer impacting issue. If email is not the right medium to engage your team, please share the process where we can get timely response.

Regards,
Abhie

**From:** Adel Khaldi <Adel.Khaldi@microsoft.com>
**Sent:** Thursday, October 17, 2019 9:03 AM
**To:** Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Patrick Estavillo <pestavil@microsoft.com>; James Patrick Dee <James.Dee@microsoft.com>; John Banes <jobane@microsoft.com>; Scott Miller (MSRC) <Scott.Miller@microsoft.com>; Samir Patil <sampatil@microsoft.com>; Ladha Mohan <Ladha.Mohan@microsoft.com>

**Exhibit 17**
3/29/2021
Hatekar

**Cc:** Sonar Detonation and Detections Team (D2) <swid2@microsoft.com>; MSTIC Research and Response Team (R2) <msticr2@microsoft.com>
**Subject:** RE: Phish Campaign using IP Evasion ([EVASION] - Phishing URL redirects to clean site on detonation.)

Any update on this @Samir Patil and @Ladha Mohan?
Someone else maybe?
On my side, I've shared with @Scott Miller (MSRC) last 7 days domains + IPs of this campaign that turned out to be 100% Microsoft Azure IPs. The hope here is to:
   1. Take down the server/subscription if possible (free trial for example)
   2. Get the data from the server.


**From:** Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>
**Sent:** 10 October 2019 18:56
**To:** Adel Khaldi <Adel.Khaldi@microsoft.com>; Patrick Estavillo <pestavil@microsoft.com>; James Patrick Dee <James.Dee@microsoft.com>; John Banes <jobane@microsoft.com>; Scott Miller (MSRC) <Scott.Miller@microsoft.com>; Samir Patil <sampatil@microsoft.com>; Ladha Mohan <Ladha.Mohan@microsoft.com>
**Cc:** Sonar Detonation and Detections Team (D2) <swid2@microsoft.com>; MSTIC Research and Response Team (R2) <msticr2@microsoft.com>
**Subject:** RE: Phish Campaign using IP Evasion ([EVASION] - Phishing URL redirects to clean site on detonation.)

Adding @Samir Patil and @Ladha Mohan

Please go through below email where blocks using Antispam rules can definitely help protect our customers.

Regards,
Abhie


**From:** Adel Khaldi <Adel.Khaldi@microsoft.com>
**Sent:** Thursday, October 10, 2019 10:48 AM
**To:** Patrick Estavillo <pestavil@microsoft.com>; James Patrick Dee <James.Dee@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; John Banes <jobane@microsoft.com>; Scott Miller (MSRC) <Scott.Miller@microsoft.com>
**Cc:** Sonar Detonation and Detections Team (D2) <swid2@microsoft.com>; MSTIC Research and Response Team (R2) <msticr2@microsoft.com>
**Subject:** RE: Phish Campaign using IP Evasion ([EVASION] - Phishing URL redirects to clean site on detonation.)

@Abhijeet Hatekar (MSTIC), is there an effective way for contacting antispam team for URL filtering based on regexes?
I've attached a python script that generates the regexes to match on the phishing domains, and a 10k+ list of bad domains belonging to that campaign.
The python's list output should be:
Built regexes:
[
'^([0-9-]{0,2}|(256|client|inbox|login|mail|main|message|mobile|msn\\.com|myweb|-now|online|outlook|read|reader|secure|securee|sesid|web|webload|webmail|website)){0,5}\\.(inbox|load|loading|mail|mailchk|message|mobile|msg|online|preview|read|route-owa|secure|server|service|view|web){1,3}([a-z]{3,4})\\.(host|online)$',
'^(edu|www)\\.(inbox|mail|read|service)[a-z\\-]{0,4}\\.host$',
'^(256|client|inbox|login|mail|main|message|mobile|msn\\.com|myweb|-now|online|outlook|read|reader|secure|securee|sesid|web|webload|webmail|website)\\.route-owa\\.host$',
'^msn\\.com\\.(inbox|load|loading|mail|mailchk|message|mobile|msg|online|preview|read|route-owa|secure|server|service|view|web){1,3}-[a-z]{2,3}\\.(host|live|online)$',
'^([0-9-]{0,2}|(256|client|inbox|login|mail|main|message|mobile|msn\\.com|myweb|-now|online|outlook|read|reader|secure|securee|sesid|web|webload|webmail|website)){0,5}\\.(inbox|load|loading|mail|mailchk|message|mobile|msg|online|preview|read|route-owa|secure|server|service|view|web){1,3}([a-z]{3,4})\\.pro$'
]

Adding +@Scott Miller (MSRC) from CDOC for the Azure side investigations. We can maybe be lucky enough to go and take down Azure hosted servers + retrieving their server side app.

Thanks,
Adel

**From:** Adel Khaldi <Adel.Khaldi@microsoft.com>
**Sent:** 03 October 2019 11:50
**To:** Patrick Estavillo <pestavil@microsoft.com>; James Patrick Dee <James.Dee@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; MSTIC Research and Response Team (R2) <msticr2@microsoft.com>; John Banes <jobane@microsoft.com>
**Cc:** Sonar Detonation and Detections Team (D2) <swid2@microsoft.com>
**Subject:** RE: Phish Campaign using IP Evasion ([EVASION] - Phishing URL redirects to clean site on detonation.)

Updating this with more information:
Last time we've seen it, the antispam team wrote sigs on their side for blocking.
@Abhijeet Hatekar (MSTIC), we can leverage such regexes to redirect the detonations to Proxify. The domains have a pattern explained in a parallel thread (RE: Blue / Green Button phishing campaign):
1. TLD: .host
2. Domain (including subdomains) contain one or more of: load, mail, inbox, read, message, sesid, list, manage, secure, service, mobile

Also, if the url scrambler removes the params, the communication with the remote API contain enough information to signature this, but we should have the HTTP response content from Browse (explained in the parallel thread). This still requires being able to talk with the remote server (Proxify needed).

All the 16 domains analysed were pointing to Azure only two IPs (40.89.176.142, 52.143.191.34). A take down could be pretty effective:
256-read-now.secureloadingxruj.host
256-secure-mail.webmailpreviewltmq.host
2inbox.mailchkmessagekhli.host
2inbox.servicereadnekg.host
client-mail.inboxloadingfunk.host
mobilesecuree-web.mailpreviewgfrf.host
sesid01.inboxinboxhqzm.host
sesid01.inboxpreviewwxfj.host
sesid01.mobilereadgtrk.host
sesid02.serviceinboxeabw.host
sesid05.secureinboxvqkr.host
sesid06.readpreviewumfk.host
sesid07.webmailpreviewltmq.host
sesid08.mobileloadingtbrv.host
web-mobile-mail.webmailpreviewltmq.host
websecure.serviceinboxeabw.host

The British NCSC released a document with some information and regex, but the TLD they've seen (.xyz, .pw, …) weren't found in our telemetry.
The same campaign has be seen redirecting to other legit websites like google.com. But this wasn't seen in our telemetry as well.

++

**From:** Patrick Estavillo <pestavil@microsoft.com>
**Sent:** 03 October 2019 01:20
**To:** James Patrick Dee <James.Dee@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; MSTIC Research and Response Team (R2) <msticr2@microsoft.com>;

CONFIDENTIAL - ATTORNEYS EYES ONLY

John Banes <jobane@microsoft.com>
**Cc:** Sonar Detonation and Detections Team (D2) <swid2@microsoft.com>
**Subject:** Re: Phish Campaign using IP Evasion ([EVASION] - Phishing URL redirects to clean site on detonation.)

We disscussed offline with EOP for some generic way I experimented to approach this. Will send information soon.

Thanks and regards,
Patrick

Get Outlook for Android

---

**From:** James Patrick Dee <James.Dee@microsoft.com>
**Sent:** Wednesday, October 2, 2019 5:15:58 PM
**To:** Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; MSTIC Research and Response Team (R2) <msticr2@microsoft.com>; John Banes <jobane@microsoft.com>
**Cc:** Sonar Detonation and Detections Team (D2) <swid2@microsoft.com>
**Subject:** RE: Phish Campaign using IP Evasion ([EVASION] - Phishing URL redirects to clean site on detonation.)


Based from the URLs that we have detonated in the last 30 days, Urls that has a TLD of ".host" which goes to msn.com can be ported to Proxify.

We can also go a little bit specific by adding check that the url has 1 query parameter and the value ends with a hash-like string:

- hxxp://inbox7.readtci.host/mayflower/relativism.php?mezzotinting=brachycephal_72526b407db3be73e8a1a26fb0ab9985
- hxxp://inbox3.readtci.host/kirkcudbright/yard-wand.asp?sandburs=choosey_0be0e79f8146785f29e5bf7865770557
- hxxp://client-secure.serviceloadwns.host/strictnesses/shortie.asp?azygous=cinderlike_aa63cfcecc4ea3872b96e54381b0dcfd
- hxxp://sesid04.secureinboxfzc.host/phytomer/reflexly.php?nosewards=unicef-c2a6a8c7e3aeaf64c3f946fea2f9551e
- hxxp://mobilesecuree-web.webmailloadingdxe.host/deuterotokous/halloaing.html?vanman=subintentionally-32665c9e90b7dbc287355274cfd440f7
- http://mobilesecuree-web.mailchkmessagetahg.host/lead-sheathed/winder.php?capella=gesundheit-4877d6d85a8144fa3a5862edd11a872b

Regards,
James


**From:** Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>
**Sent:** Wednesday, October 2, 2019 4:47 PM
**To:** James Patrick Dee <James.Dee@microsoft.com>; MSTIC Research and Response Team (R2) <msticr2@microsoft.com>; John Banes <jobane@microsoft.com>
**Cc:** Sonar Detonation and Detections Team (D2) <swid2@microsoft.com>
**Subject:** RE: Phish Campaign using IP Evasion ([EVASION] - Phishing URL redirects to clean site on detonation.)

Thanks James. I know, in long term we are betting on URL static ML to guide whats get routed through Proxify but in short term, do we have a criteria that can be used to expand the use of Proxify?

Regards,
Abhie

CONFIDENTIAL - ATTORNEYS EYES ONLY

**From:** James Patrick Dee <James.Dee@microsoft.com>
**Sent:** Wednesday, October 2, 2019 4:38 PM
**To:** MSTIC Research and Response Team (R2) <msticr2@microsoft.com>; John Banes <jobane@microsoft.com>
**Cc:** Sonar Detonation and Detections Team (D2) <swid2@microsoft.com>
**Subject:** RE: Phish Campaign using IP Evasion ([EVASION] - Phishing URL redirects to clean site on detonation.)

Hi @John,

Below is the data related to the following issue:
[EVASION] - Phishing URL redirects to clean site on detonation - https://msft-twc.visualstudio.com/Sonar/_workitems/edit/46818

I checked the volume for URLs that uses this evasion and for the last 30 days, a total of **40,397** Messages has been seen in EOPSafeLinks and Sonar has detonated **38,617** Messages.

Below is an example of the top 20 domains:

| UrlDomain | MessageCount |
| --- | --- |
| websecure.mobileloadingidj.host | 271 |
| sesid04.serviceinboxtnd.host | 226 |
| sesid01.webmailwebrvi.host | 199 |
| web-mobile-mail.mailchkmessagekhli.host | 182 |
| sesid06.mailchkpreviewvav.host | 181 |
| mailread-now.serviceloadlql.host | 179 |
| sesid02.serviceloadingsth.host | 175 |
| webload01.mailchkpreviewvav.host | 163 |
| 256-read-now.serviceloadingsth.host | 163 |
| mailread-now.mobilereadoib.host | 158 |
| sesid03.serviceinboxtnd.host | 154 |
| sesid08.mobilemessageeeg.host | 153 |
| webload01.mobileloadewo.host | 145 |
| sesid05.readreaduxo.host | 141 |
| sesid04.mailloadbrg.host | 135 |
| 2inbox.mailloadbrg.host | 132 |
| 256-read-now.mobileloadewo.host | 131 |
| sesid05.mailchkpreviewvav.host | 131 |
| webload01.readreaduxo.host | 129 |
| 2inbox.servicereadolm.host | 129 |

Below is the query that was used:

```
EopSonarSummary
| where CreatedOn >= ago(30d)
| where Source == "EOP-SONARHUB"
| where isnotempty(UrlCanonHash)
| where FinalUrlDomain == "www.msn.com"
| where FinalUrlCanonHostPathHash == "13907110253327943514"
| where UrlDomain endswith ".host"
| distinct UrlCanonHash
| join (EopSafeLinks | where MessageStartTime >= ago(30d) and isnotempty(UrlCanonHash)) on UrlCanonHash
| summarize MessageCount = dcount(NetworkMessageId) by UrlDomain
| top 20 by MessageCount desc
```

Regards,
James


**From:** James Patrick Dee
**Sent:** Monday, August 12, 2019 3:36 PM
**To:** MSTIC Research and Response Team (R2) <msticr2@microsoft.com>
**Cc:** Sonar Detonation and Detections Team (D2) <swid2@microsoft.com>
**Subject:** Phish Campaign using IP Evasion

Hi Team,

We are getting a few customer escalation on a Phishing campaign that evades our detonation:

In our detonation, the URL redirects to https://www.msn.com/en-gb/news/uknews

But using Proxify, we are able to see the phishing page



Below are a few examples of what the URLs looks like:

- hxxp://inbox7.readtci.host/mayflower/relativism.php?mezzotinting=brachycephal_72526b407db3be73e8a1a26fb0ab9985
- hxxp://inbox3.readtci.host/kirkcudbright/yard-wand.asp?sandburs=choosey_0be0e79f8146785f29e5bf7865770557
- hxxp://client-secure.serviceloadwns.host/strictnesses/shortie.asp?azygous=cinderlike_aa63cfcecc4ea3872b96e54381b0dcfd

In addition to evasion, we also scramble the URLs, which may also prevents us from seeing the phishing page. If

CONFIDENTIAL - ATTORNEYS EYES ONLY

the parameter is removed from the original URL, it may redirect to a Spam page.

I have increased the scores for the following Issues:

- ISSUE 46818: [EVASION] - Phishing URL redirects to clean site on detonation.
- ISSUE 41761: [BROWSE] ScrambleURL removing important args for phishing page

Using the following query, there is a total of 611 different URL Domains, with 7,776 NetworkMessageIds, related to this attack:

```
EopSonarSummary
| where CreatedOn >= ago(2d)
| where Source == "EOP-SONARHUB"
| where FinalUrlDomain == "www.msn.com"
| where FinalUrlCanonHostPathHash == "13907110253327943514"
| summarize dcount(NetworkMessageId)
```

Regards,
James

CONFIDENTIAL - ATTORNEYS EYES ONLY
MSFT_TOC00129551