# EXHIBIT 32

| | |
|---|---|
| From: | Patrick Estavillo </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2579E94D0F1C45CEACA9176C8A0D2389-PATRICK ESTAVILLO> |
| To: | Liming Hong; Abhijeet Hatekar (MSTIC); Swaroopa Gollapalli; Rex Plantado; Abhishek Agrawal (CDM); Cristian Craioveanu; Org Security and EOP Datacenter EEE's; Antispam Platform Escalations; Ross Adams; Antispam Effectiveness Escalations |
| CC: | IP Alert Discussion; O365 MT ICC Comms; Brian Wilcox; Michael Wise; Incident-Management; ATP Escalations; Mina Kim; Junqing Deng |
| Sent: | 4/7/2020 6:03:15 PM |
| Subject: | RE: [PROD] Sev 2: ID 183016077: AntiSpam Anomaly: TimeTravel.Malware.HFHSonarMalware - Global() |

Hi Liming,

Comments inline

Thanks and regards,
Patrick

**From:** Liming Hong <limingh@microsoft.com>
**Sent:** Tuesday, April 7, 2020 10:29 AM
**To:** Patrick Estavillo <pestavil@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Rex Plantado <rexplant@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Cristian Craioveanu <Cristian.Craioveanu@microsoft.com>; Org Security and EOP Datacenter EEE's <OrgSecEEE@microsoft.com>; Antispam Platform Escalations <ipasplatformesc@microsoft.com>; Ross Adams <Ross.Adams@microsoft.com>; Antispam Effectiveness Escalations <ipaseffectivenessesc@microsoft.com>
**Cc:** IP Alert Discussion <IPAlertDisc@microsoft.com>; O365 MT ICC Comms <o365mtcm_icc@microsoft.com>; Brian Wilcox <brwilcox@microsoft.com>; Michael Wise <Michael.Wise@microsoft.com>; Incident-Management <icm-2@microsoft.com>; ATP Escalations <atpesc@microsoft.com>; Mina Kim <minaki@microsoft.com>; Junqing Deng <jude@microsoft.com>
**Subject:** RE: [PROD] Sev 2: ID 183016077: AntiSpam Anomaly: TimeTravel.Malware.HFHSonarMalware - Global()

Thanks Patrick. Some further questions

1. Seems the url inside pdf was detected as good since it redirected to www.google.com but the pdf was detected as malware.  [Patrick] – This is correct, there is some sort of evasion and Sonar did not see the phishing page.  The Trojan_Win32_TiGenieBlocker_Gen detection is based from the time travelled hashes that analyst identified as bad.

```
EopSonarSummary
| where NetworkMessageId == "bdb86330-91e4-4c21-327b-08d7da47902f"
| project FileExtChain, Verdict, FinalUrlDomain, VerdictCategory, CriticalYaraSigs
```

| FileExtChain | Verdict | FinalUrlDomain | VerdictCategory | CriticalYaraSigs |
|---|---|---|---|---|
| .eml | Bad | | Malware | |
| .eml/.pdf | Bad | | Malware | Trojan_Win32_TiGenieBlocker_Gen |
| .eml/.pdf/.url | Good | www.google.com | None | |

2. Could you check whether the reason Sonar detected it as good 801 times, was something like the url not weaponized until last minute? .  [Patrick] Sonar did not detect this as bad since the URL inside the pdf is redirecting to Google.com or sometimes was not able to redirect.  As mentioned on the response on the above item,  it can be an evasion.  As far as the PDF file is concerned,  currently Sonar did not detect this as bad besides the Genie related signature.  This is the area where our ML detection wants to improve on.

```
EopSonarSummary
| where FileHfh == "aNTrBQpEISAqtE7h2f/0XtY3IUPOqYSbcdaspH2W1Sc=" and CompletedOn > ago(7d)
| summarize count() by Verdict, bin(CompletedOn, 1h)
```

| Verdict | CompletedOn | count_ |
|---|---|---|
| Good | 2020-04-06 14:00:00.0000000 | 19 |
| Good | 2020-04-06 16:00:00.0000000 | 317 |
| Good | 2020-04-06 17:00:00.0000000 | 224 |
| Good | 2020-04-06 18:00:00.0000000 | 229 |
| Good | 2020-04-06 19:00:00.0000000 | 9 |
| Good | 2020-04-06 20:00:00.0000000 | 2 |
| Good | 2020-04-06 21:00:00.0000000 | 1 |
| Bad | 2020-04-06 21:00:00.0000000 | 2 |

3. +Antispam platform. Before Sonar detected this file as bad, 677,020 emails containing this attachment was delivered. After we know it is bad, only 396,909 emails was ZAP'ed. We need to analyze and find where the gap is. The campaign happened within 12 hr so all the delivered emails should be covered within TT scan window.

Thanks
Liming

**From:** Patrick Estavillo <pestavil@microsoft.com>
**Sent:** Tuesday, April 7, 2020 9:06 AM
**To:** Liming Hong <limingh@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Rex Plantado <rexplant@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Cristian Craioveanu <Cristian.Craioveanu@microsoft.com>; Org Security and EOP Datacenter EEE's <OrgSecEEE@microsoft.com>
**Cc:** IP Alert Discussion <IPAlertDisc@microsoft.com>; O365 MT ICC Comms <o365mtcm_icc@microsoft.com>; Brian Wilcox <brwilcox@microsoft.com>; Michael Wise <Michael.Wise@microsoft.com>; Incident-Management <icm-2@microsoft.com>; ATP Escalations <atpesc@microsoft.com>; Mina Kim <minaki@microsoft.com>; Junqing Deng <jude@microsoft.com>
**Subject:** RE: [PROD] Sev 2: ID 183016077: AntiSpam Anomaly: TimeTravel.Malware.HFHSonarMalware - Global()

Hi Liming,

This is confirmed malicious.  This is an Apple brand PDF phish.  The link Url on the Unlock Account button is pointing to a non- apple website:  hxxps://sikahsepuluhx.com/AO6NPIE

CONFIDENTIAL
MSFT_TOC00112682




We are improving are optics and ML detection for PDF which is the reason analyst are spotting this campaign.

Please expect that Sonar will detect these moving forward.

Thanks and regards,
Patrick


**From:** Liming Hong <limingh@microsoft.com>
**Sent:** Tuesday, April 7, 2020 1:48 AM
**To:** Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Patrick Estavillo <pestavil@microsoft.com>; Rex Plantado <rexplant@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Cristian Craioveanu <Cristian.Craioveanu@microsoft.com>; Org Security and EOP Datacenter EEE's <OrgSecEEE@microsoft.com>
**Cc:** IP Alert Discussion <IPAlertDisc@microsoft.com>; O365 MT ICC Comms <o365mtcm_icc@microsoft.com>; Brian Wilcox <brwilcox@microsoft.com>; Michael Wise <Michael.Wise@microsoft.com>; Incident-Management <icm-2@microsoft.com>; ATP Escalations <atpesc@microsoft.com>; Mina Kim <minaki@microsoft.com>; Junqing Deng <jude@microsoft.com>
**Subject:** RE: [PROD] Sev 2: ID 183016077: AntiSpam Anomaly: TimeTravel.Malware.HFHSonarMalware - Global()

+Sonar team, could you please inspect the detection of this file hash "aNTrBQpEISAqtE7h2f/0XtY3IUPOqYSbcdaspH2W1Sc=" and verify whether it is FN or FP? The volume is large so it may have big impact.

If it is a real malware, it is a very big campaign that we missed for 7 hours. If it is FP, we need to cleanup and restore the system. The volume is 450K.

Also +EEE team, please check whether there are customer escalations regarding this file hash

It is a pdf file, and we start to see it since yesterday. It was detected as good by Sonar 801 times, and detected as bad by Sonar 2 times.
EopSonarSummary
| where FileHfh == "aNTrBQpEISAqtE7h2f/0XtY3IUPOqYSbcdaspH2W1Sc=" and CompletedOn > ago(7d)
| summarize count() by Verdict

| Verdict | count_ |
|---|---|
| Good | 801 |
| Bad | 2 |

In mailflow, we delivered 677,020 emails with this attachment, and block 53,126 emails (after we get the Sonar detonation result)
EopAttachment
| where FileHfh == "aNTrBQpEISAqtE7h2f/0XtY3IUPOqYSbcdaspH2W1Sc=" and Timestamp > ago(7d)
| summarize dcount(NetworkMessageId) by FileVerdict

| FileVerdict | dcount_NetworkMessageId |
|---|---|
| 1 | 53126 |
| 0 | 677020 |

After we get the Sonar detonation result, we ZAP'ed 396,909 messages
EopTimeTravel
| where MessageInfo contains "aNTrBQpEISAqtE7h2f/0XtY3IUPOqYSbcdaspH2W1Sc="
| summarize dcount(NetworkMessageId)

| dcount_NetworkMessageId |
|---|
| 396909 |

Thanks
Liming

CONFIDENTIAL

**From:** Liming Hong <limingh@microsoft.com>
**Sent:** Tuesday, April 7, 2020 12:32 AM
**To:** Brian Wilcox <brwilcox@microsoft.com>; Michael Wise <Michael.Wise@microsoft.com>; Incident-Management <icm-2@microsoft.com>; ATP Escalations <atpesc@microsoft.com>; Mina Kim <minaki@microsoft.com>; Junqing Deng <jude@microsoft.com>
**Cc:** IP Alert Discussion <IPAlertDisc@microsoft.com>; O365 MT ICC Comms <o365mtcm_icc@microsoft.com>
**Subject:** RE: [PROD] Sev 2: ID 183016077: AntiSpam Anomaly: TimeTravel.Malware.HFHSonarMalware - Global()

The oncall action is to find which file hash contributes to the most of the volume, figure out where is the verdict coming from (Sonar of AV), and confirm with the verdict provider.

Thanks
Liming

**From:** Brian Wilcox <brwilcox@microsoft.com>
**Sent:** Monday, April 6, 2020 5:55 PM
**To:** Liming Hong <limingh@microsoft.com>; Michael Wise <Michael.Wise@microsoft.com>; Incident-Management <icm-2@microsoft.com>; ATP Escalations <atpesc@microsoft.com>; Mina Kim <minaki@microsoft.com>; Junqing Deng <jude@microsoft.com>
**Cc:** IP Alert Discussion <IPAlertDisc@microsoft.com>; O365 MT ICC Comms <o365mtcm_icc@microsoft.com>
**Subject:** RE: [PROD] Sev 2: ID 183016077: AntiSpam Anomaly: TimeTravel.Malware.HFHSonarMalware - Global()

Following up on this again.

Here is the entirety of the playbook for these alerts:
guidelines for troubleshooting
1. Go to health dashboard, find corresponding monitor that are firing alert, look at the volume
   a. Volume went down towards 0, possible reason
      i. Large FN in production. This is true issue OCE need to drill down;
   b. Volume went up permanently
      i. Large FP in production. This is true issue OCE need to drill down;
      ii. Attack campaigns. OCE need to watch it and take appropriate actions if needed;
2. Note that although some monitors are per-forest, issue can be WW issue in some cases.

Looks like large FN in production, what are next steps? @Liming Hong and @Junqing Deng are listed as SMEs, please weigh in when you can.

---
Brian Wilcox
Program Manager II – Advanced Threat Protection
LinkedIn | Github

**From:** Brian Wilcox <brwilcox@microsoft.com>
**Sent:** Monday, April 6, 2020 5:38 PM
**To:** Liming Hong <limingh@microsoft.com>; Michael Wise <Michael.Wise@microsoft.com>; Incident-Management <icm-2@microsoft.com>; ATP Escalations <atpesc@microsoft.com>; Mina Kim <minaki@microsoft.com>; Junqing Deng <jude@microsoft.com>
**Cc:** IP Alert Discussion <IPAlertDisc@microsoft.com>; O365 MT ICC Comms <o365mtcm_icc@microsoft.com>
**Subject:** RE: [PROD] Sev 2: ID 183016077: AntiSpam Anomaly: TimeTravel.Malware.HFHSonarMalware - Global()

There isn't a lot as far as on call playbook here.

Obviously we had a large acute spike:

### TimeTravel - HFH [Action enforced]



What further actions can be taken here? @Junqing Deng could you weigh in?

CONFIDENTIAL
MSFT_TOC00112684

---
Brian Wilcox
Program Manager II – Advanced Threat Protection
LinkedIn | Github

**From:** Liming Hong <limingh@microsoft.com>
**Sent:** Monday, April 6, 2020 5:29 PM
**To:** Michael Wise <Michael.Wise@microsoft.com>; Incident-Management <icm-2@microsoft.com>; ATP Escalations <atpesc@microsoft.com>; Brian Wilcox <brwilcox@microsoft.com>; Mina Kim <minaki@microsoft.com>
**Cc:** IP Alert Discussion <IPAlertDisc@microsoft.com>; O365 MT ICC Comms <o365mtcm_icc@microsoft.com>
**Subject:** Re: [PROD] Sev 2: ID 183016077: AntiSpam Anomaly: TimeTravel.Malware.HFHSonarMalware - Global()

If it is legitimate TT then it is a big FN that we missed from mailflow.

Get Outlook for iOS

**From:** Michael Wise <Michael.Wise@microsoft.com>
**Sent:** Monday, April 6, 2020 5:04:26 PM
**To:** Liming Hong <limingh@microsoft.com>; Incident-Management <icm-2@microsoft.com>; ATP Escalations <atpesc@microsoft.com>; Brian Wilcox <brwilcox@microsoft.com>; Mina Kim <minaki@microsoft.com>
**Cc:** IP Alert Discussion <IPAlertDisc@microsoft.com>; O365 MT ICC Comms <o365mtcm_icc@microsoft.com>
**Subject:** RE: [PROD] Sev 2: ID 183016077: AntiSpam Anomaly: TimeTravel.Malware.HFHSonarMalware - Global()


They weren't FPs …

Aloha,
Michael.

--
**Michael J Wise**
Microsoft Corporation| Spam Analysis
"Your Spam Specimen Has Been Processed."
Open a ticket for Hotmail ?

**From:** Liming Hong <limingh@microsoft.com>
**Sent:** Monday, April 6, 2020 4:57 PM
**To:** Incident-Management <icm-2@microsoft.com>; ATP Escalations <atpesc@microsoft.com>; Brian Wilcox <brwilcox@microsoft.com>; Mina Kim <minaki@microsoft.com>
**Cc:** IP Alert Discussion <IPAlertDisc@microsoft.com>; O365 MT ICC Comms <o365mtcm_icc@microsoft.com>
**Subject:** RE: [PROD] Sev 2: ID 183016077: AntiSpam Anomaly: TimeTravel.Malware.HFHSonarMalware - Global()

It is a big spike. Did we have a FP problem?

Thanks
Liming

**From:** IcM Incident Management <becim@microsoft.com>
**Sent:** Monday, April 6, 2020 4:18 PM
**To:** ATP Escalations <atpesc@microsoft.com>; Brian Wilcox <brwilcox@microsoft.com>; Mina Kim <minaki@microsoft.com>
**Cc:** IP Alert Discussion <IPAlertDisc@microsoft.com>; O365 MT ICC Comms <o365mtcm_icc@microsoft.com>
**Subject:** [PROD] Sev 2: ID 183016077: AntiSpam Anomaly: TimeTravel.Malware.HFHSonarMalware - Global()
**Importance:** High

## Alert Notification: EOP - PROD

| Alert ID: 183016077 | Click here to acknowledge |
|---|---|
| This link takes you to OSP Alert/Incident dropzone. | You can also acknowledge by responding to phone call or text message. |

### Alert Details

| | |
|---|---|
| Type: TimeTravel.Malware.HFHSonarMalware | Raised: 4/6/2020 11:17:42 PM (UTC) |
| Source: AnomalyMonitoring.Optics | Team: Advanced Threat Protection |

**Create Override**
Suppression
Routing
Urgency

**Availability and Performance**

Health Availability Dashboard

**Scope**

None

**Tenant Information**

None

===== 2020-04-06 16:17:43 (PST) Created by ServiceHealthMonitoring =====

## Anomaly Monitoring Configuration

| Property Name | Property Type | Property Value |
|---|---|---|
| Id | String | 48f2d408-45f6-4aca-aeed-7f7f61b679f6 |
| MonitorId | String | TimeTravel.Malware.HFHSonarMalware |
| AlertType | String | TimeTravel.Malware.HFHSonarMalware |
| AlertSource | String | AnomalyMonitoring.Optics |
| AlertCategory | String | Urgent |
| SME | String | jude,limingh,IPAtpCoreEng |
| Owner | String | jude,limingh,IPAtpCoreEng |
| Timestamp | DateTime | 4/6/2020 4:04:50 AM |
| ScopeType | String | Global |
| ScopeValue | String | N/A |
| MetricExpression | String | Success_MessageMoved + Success_MessageQuarantined |
| Unit | String | N/A |
| Metrics | String | [{"Name":"Success_MessageMoved","Unit":null,"Dimensions":{"Source":"TT","Entity":"Success_MessageMoved","Event":"HFHSonarMalware"}},{"Name":"Success_MessageQuarantined","Unit":null,"Dimensions":{"Source":"TT","Entity":"Success_MessageQuarantined","Event":"HFHSonarMalware"}}] |
| RepeatTimes | Int32 | 1 |
| RetrospectTimeWindows | Int32 | 1 |
| AggregateMode | String | Sum |
| AggregateGranularity | Int32 | 60 |
| TreatNoDataAs | String | Normal |
| ThresholdMode | String | Absolute |
| ThresholdReference | String | N/A |
| LowerBound | Nullable`1 | 0 |
| UpperBound | Nullable`1 | 500000 |
| MinAlertNumber | Int32 | 1 |
| AlertMode | String | Absolute |
| OnCallWorkload | String | EOP |
| OnCallTeam | String | Advanced Threat Protection |

## Metric Data During Detection

| Timestamp | Aggregated TimeFrame | Value | Calculated LowerBound | Calculated UpperBound |
|---|---|---|---|---|
| 2020-04-06 20:50:00 | [2020-04-06 20:50:00,2020-04-06 21:50:00) | 421 | 0 | 500000 |
| 2020-04-06 20:55:00 | [2020-04-06 20:55:00,2020-04-06 21:55:00) | 11984 | 0 | 500000 |
| 2020-04-06 21:00:00 | [2020-04-06 21:00:00,2020-04-06 22:00:00) | 54429 | 0 | 500000 |
| 2020-04-06 21:05:00 | [2020-04-06 21:05:00,2020-04-06 22:05:00) | 145187 | 0 | 500000 |
| 2020-04-06 21:10:00 | [2020-04-06 21:10:00,2020-04-06 22:10:00) | 218037 | 0 | 500000 |
| 2020-04-06 21:15:00 | [2020-04-06 21:15:00,2020-04-06 22:15:00) | 234116 | 0 | 500000 |
| 2020-04-06 21:20:00 | [2020-04-06 21:20:00,2020-04-06 22:20:00) | 241640 | 0 | 500000 |
| 2020-04-06 21:25:00 | [2020-04-06 21:25:00,2020-04-06 22:25:00) | 245339 | 0 | 500000 |
| 2020-04-06 21:30:00 | [2020-04-06 21:30:00,2020-04-06 22:30:00) | 251094 | 0 | 500000 |
| 2020-04-06 21:35:00 | [2020-04-06 21:35:00,2020-04-06 22:35:00) | 282074 | 0 | 500000 |
| 2020-04-06 21:40:00 | [2020-04-06 21:40:00,2020-04-06 22:40:00) | 453515 | 0 | 500000 |

CONFIDENTIAL

MSFT_TOC00112687