# EXHIBIT 34

**PageVault**

| | |
|---|---|
| Document title: | Advanced email threat protection – Office 365 |
| Capture URL: | https://web.archive.org/web/20200825153322/https://www.microsoft.com/en-us/microsoft-365/exchange/advance-threat-protection |
| Captured site IP: | 207.241.237.3 |
| Page loaded at (UTC): | Thu, 08 Jul 2021 17:24:29 GMT |
| Capture timestamp (UTC): | Thu, 08 Jul 2021 17:26:23 GMT |
| Capture tool: | v7.9.1 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | 00239fc0-a7b2-4ff8-9356-09a7055d98a5 |
| User: | jmlaw-jcooper |

PDF REFERENCE #:     aXHRv2RqBnhuFFm8p2LNZi

Microsoft | Microsoft 365 | Exchange | Compare options | Solutions | Customer stories | Buy now | All Microsoft | Search | Sign in

# Office 365 Advanced Threat Protection

Protect your organization against sophisticated threats such as phishing and zero-day malware and automatically investigate and remediate attacks.

[See plans and pricing]

Watch video >



### Industry-leading protection

Office 365 Advanced Threat Protection (ATP) provides comprehensive protection by leveraging trillions of signals from the Microsoft Intelligent Security Graph and analyzing billions of emails daily.

### Actionable insights

Actionable insights help identify, prioritize, and provide recommendations for addressing potential threats such as phishing and malware and proactively securing your organization from attacks.

### Automated response

Advanced automated response options, including tools such as security playbooks and investigation graphs, help investigate and remediate attacks faster and save time, budget and resources.

### Training users

Training users to recognize and report attacks is critical. Office 365 ATP builds user awareness with attack simulations, warns users before they click on unknown links, and helps users report suspicious content.

## Get the right Office 365 Advanced Threat Protection

Compare and choose from Office 365 Advanced Threat Protection plans.

| $2.00 user/month (annual commitment) | $5.00 user/month (annual commitment) | $35.00 user/month (annual commitment) |
|---|---|---|
| **Office 365 Advanced Threat Protection (Plan 1)** | **Office 365 Advanced Threat Protection (Plan 2)** | **Office 365 E5** |
| Buy now | | Contact sales |



---

Document title: Advanced email threat protection – Office 365
Capture URL: https://web.archive.org/web/20200825153322/https://www.microsoft.com/en-us/microsoft-365/exchange/advance-threat-protection
Capture timestamp (UTC): Thu, 08 Jul 2021 17:26:23 GMT

