# EXHIBIT 35

Page 1

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2
 3         Civil Action No. 20-60416-CIV- CANNON/HUNT
 4
 5    TOCMAIL INC., a Florida
      corporation,
 6
                    Plaintiff,
 7
      -vs-
 8
      MICROSOFT CORPORATION, a
 9    Washington corporation,
10                  Defendant.
      _____/
11
12
                     VIDEOTAPED DEPOSITION OF
13                         JASON ROGERS
                   TAKEN PURSUANT TO RULE 30(b)(6)
14
15
                     Tuesday, March 16, 2021
16                    12:06 p.m. - 2:39 p.m.
17
18
                         By videoconference
19
20
21
22
23
24
                    Stenographically Reported By:
25                    Dianelis Hernandez, FPR
```

```
 1   APPEARANCES:
 2
 3   On behalf of the Plaintiff:
         JOHNSON & MARTIN, P.A.
 4       500 W. Cypress Creek Road
         Suite 430
 5       Fort Lauderdale, Florida 33309
         954-790-6699
 6       BY: Joshua D. Martin, Esquire via videoconference
         josh.martin@johnsonmartinlaw.com
 7
 8
     On behalf of the Defendant:
 9       GREENBERG TRAURIG, LLC
         1000 Louisiana Street
10       Suite 1700
         Houston, Texas 77002
11       713-374-3541
         BY: Mary-Olga Lovett, Esquire via videoconference
12       BY: Kyle Dugan, Esquire via videoconference
         lovettm@gtlaw.com
13
14
     VIDEOGRAPHER:   Alan Paller
15
16   ALSO PRESENT:
         Michael Wood
17       Rachel Hymel
         Aaron Wolke
18
19
20
21
22
23
24
25
```

Page 3

```
 1                  INDEX OF PROCEEDINGS
 2    WITNESS                                              PAGE
      JASON ROGERS
 3    DIRECT EXAMINATION BY MR. MARTIN                        6
 4    CERTIFICATE OF OATH                                    81
      CERTIFICATE OF REPORTER                                82
 5    READ & SIGN LETTER TO WITNESS                          83
      ERRATA SHEET                                           84
 6
 7
 8                    PLAINTIFF EXHIBITS
      EXHIBIT              DESCRIPTION                     PAGE
 9    Exhibit 13   Staying ahead of modern day                8
                   attacks part two:  Defense at
10                 scale approach with Office 365
                   ATP
11    Exhibit 14   Article                                   11
      Exhibit 15   PowerPoint presentation                   18
12    Exhibit 16   Video                                     28
      Exhibit 17   E-mail chain                              35
13    Exhibit 18   PowerPoint presentation                   36
      Exhibit 19   E-mail chain                              40
14    Exhibit 20   E-mail chain                              46
      Exhibit 21   Office 365 ATP product guide              52
15    Exhibit 22   Printout                                  54
      Exhibit 23   Presentation                              57
16    Exhibit 24   Guide                                     61
      Exhibit 25   Presentation                              63
17    Exhibit 26   Presentation                              64
      Exhibit 27   Office 365 ATP document                   65
18    Exhibit 28   Presentation                              66
      Exhibit 29   Exchange OATP product guide               68
19    Exhibit 30   Article                                   69
      Exhibit 31   Letter                                    73
20
21
22
23
24
25
```

Page 45

1  how it's initially described.  Once again, it's really
2  difficult to tell without understanding who he is, what
3  his relationship is to customer.
4  BY MR. MARTIN:
5         Q.    Do you remember receiving this e-mail?
6         A.    I do not.
7         Q.    Do you know if Microsoft took any actions
8  in response to it?
9         A.    I do not know what the response was for
10 this specific customer.
11        Q.    From your experience, have you seen that
12 it's common for customers to believe that the technology
13 should mean no phishing e-mails, fake login screens
14 should reach users?
15              MS. LOVETT:  Objection.  Calls for
16        speculation.  Assumes fact in evidence.  Go ahead.
17        A.    That would be extremely uncommon.  Our
18 customers, like I said earlier, usually, you know, they
19 are enterprise customers.  They are highly trained
20 security admins.  You know, they are buying us for our
21 full suite of not just protection but our ability to help
22 them identify, you know, things that were missed.  So,
23 yeah, no, that would be incredibly uncommon.
24              MR. MARTIN:  Aaron, can you show 103952?
25

Page 69

```
 1              MR. MARTIN:  Aaron, 3234.
 2              (Plaintiff's No. 30 was marked for
 3         identification.)
 4   BY MR. MARTIN:
 5         Q.   While he is pulling that up, how do
 6   customers access Microsoft Office 365?
 7         A.   So certainly the protected technologies are
 8   built into kind of lot of experiences that the end, like
 9   the recipient is using.  But by customer we really, like
10   I said, think about IT admin.  And so there is a portal
11   that they can use to configure how the product works,
12   it's where our quarantine exists, our recording, our
13   tools for haunting for threats.
14         Q.   So I mean, is it internet based where
15   customers would access Office 165 via the internet?
16         A.   Yeah, the IT admins would go to -- at the
17   time frame we are talking about it would have been I
18   think protection.office.com to access our portal.
19         Q.   Okay.  Yeah, but just in general do
20   customers access Office 365 via the internet?
21         A.   Once again, it kinds of what you mean by
22   customers.  What we think of as our security customers,
23   those IT admins, definitely would go to that portal to
24   configure Office ATP.  But Office 365 is really this, you
25   know, kind of infrastructure that those guys use and then
```

Page 70

1  also, you know, the client apps that you use every day,
2  you know, that information workers use, that's how they
3  would interact with Office 365. I'm not sure, is that
4  clear?
5          Q.  Yeah. It's over the internet, correct?
6          A.  Yeah.
7          Q.  Okay. So this -- take a look at this
8  document we've marked as Exhibit 30. It says, "Malware
9  and Ransomware Protection in Office 365" from June 8 --
10 I'm sorry June 18, 2020; have you seen this document
11 before?
12         A.  I have not.
13         Q.  Do you know if this would have come from
14 Microsoft's website?
15         A.  It does not look like the website, it looks
16 like a document. So it could be that the document was
17 posted on the website, I'm not sure. Appears to be the
18 same kind of high level overview of the security stack.
19              MR. MARTIN: All right. Scroll up, Aaron.
20 BY MR. MARTIN:
21         Q.  I mean, is it fair to say that this is a
22 high level Microsoft article regarding malware and
23 ransomware protection in Office 365?
24         A.  Yeah. So -- boy, if we had an URL I could
25 probably tell you more specifically or the table of

Page 81

1                    CERTIFICATE OF OATH

2

3       THE STATE OF FLORIDA )

4       COUNTY OF PALM BEACH )

5

6

7                  I, the undersigned authority, certify that

8

9       Jason Rogers appeared remotely before me and was duly

10

11      sworn on the 16th day of March, 2021.

12

13                 Signed this 22nd day of March, 2021.

14

15

16

17

18

19

20

21      _____

22      Dianelis Hernandez, FPR

23      Notary Public - State of Florida

24      My Commission No. GG136887

25      My Commission Expires: 9/23/2021

Page 82

1                    CERTIFICATE OF REPORTER

2

3        THE STATE OF FLORIDA )

4        COUNTY OF PALM BEACH )

5

6                    I, Dianelis Hernandez, Florida

7        Professional Reporter, certify that I was authorized to

8        and did stenographically report the deposition of Jason

9        Rogers remotely, pages 1 through 80; that a review of the

10       transcript was requested; and that the transcript is a

11       true and complete record of my stenographic notes.

12                    I further certify that I am not a

13       relative, employee, attorney, or counsel of any of the

14       parties, nor am I a relative or employee of any of the

15       parties' attorney or counsel connected with the action,

16       nor am I financially interested in the action.

17

18                    DATED this 22nd day of march, 2021.

19

20

21

22

23                    *[signature]*

24                    _____

25                    Dianelis Hernandez, FPR