# EXHIBIT 37



© 2014 Microsoft Corporation. All rights reserved. MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

CONFIDENTIAL

MSFT_TOC00042011



■■ Microsoft                                                                    SEC304

# The Anatomy of Office 365 Advanced Threat Protection (ATP)

Jason Rogers, Senior Program Manager
Amar Patel, Principal PM Manager

#TR24SEC304

MICROSOFT CONFIDENTIAL – INTERNAL ONLY

**IMPORTANT NOTES:**
TechReady24 will utilize Windows 10 and the new PowerPoint 2016, as well as PowerPoint 2013 on **all** event machines. Please build your slides utilizing the appropriate TR24 Template and utilize the version of PowerPoint that works best.

Windows 10 devices now connect remotely through VPN using the PIN with Passport for Work. Speakers needing to use VPN in a demo, will need to have registered for Phone Authentication at https://phoneregistration.microsoft.com. Additional details are also available here: https://microsoft.sharepoint.com/sites/itweb/securelogon/Pages/FAQ.aspx

© 2014 Microsoft Corporation. All rights reserved. MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

2



CONFIDENTIAL



© 2014 Microsoft Corporation. All rights reserved. MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

CONFIDENTIAL

MSFT_TOC00042014





If you have questions please proceed to the
**Q&A MICROPHONE** located in the session room.

MICROSOFT CONFIDENTIAL – INTERNAL ONLY

Use this slide to explain Q&A to your session attendees. **Remind them to use the Q&A microphones found in the session room when asking questions.** A second version of this slide is available at the end of the template to project on the screen during actual Q&A.

Note - It is important for attendees to use the Q&A microphone located in the session room:

1. TechReadyTV recordings cannot capture Q&A unless it is spoken using the microphone
2. Attendees in the back of the room may not be able to hear a question from someone in the front of the room

**SPEAKERS MUST REPEAT THE QUESTIONS IF THE ATTENDEE IS NOT USING THE MICROPHONE**

© 2015 Microsoft Corporation. All rights reserved. Microsoft, Windows, and other product names are or may be registered trademarks and/or trademarks in the U.S. and/or other countries. The information herein is for informational purposes only and represents the current view of Microsoft Corporation as of the date of this presentation.  Because Microsoft must respond to changing market conditions, it should not be interpreted to be a commitment on the part of Microsoft, and Microsoft cannot guarantee the accuracy of any information provided after the date of this presentation.  MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

5

Tech Ready 15

# Session objectives and takeaways

## Objectives:

Describe how the Office365 architecture and ATP enables robust threat protection

Drill into how detonation works, it's impact on the customer experience, and how FNs/FPs can occur

Differentiate between AV vs. detonation

Provide best practices on how customer can thoroughly and accurately evaluate Office365 ATP

## Takeaway:

You'll be able explain how ATP works and improve your ability sell threat protection

MICROSOFT CONFIDENTIAL – INTERNAL ONLY

**This slide is required. <u>Do NOT delete</u>. This should be the first slide after your Title Slide.** This is an important year and we need to arm our attendees with the information they can use to Grow Share! Please ensure that your objectives are SMART (defined below) and that they will enable them to go in and win against the competition to grow share. **If you have questions, please contact your Track PM for guidance. We have also posted guidance on writing good objectives, out on the Speaker Portal (https://www.mytechready.com).**

- This slide should introduce the session by identifying how this information helps the attendee, partners and customers be more successful. Why is this content important?
- This slide should call out what's important about the session (sort of the why should we care, why is this important and how will it help our customers/partners be successful) as well as the key takeaways/objectives associated with the session. Call out what attendees will be able to execute on using the information gained in this session. What will they be able to walk away from this session and execute on with their customers.
- Good Objectives should be **SMART** (specific, measurable, achievable, realistic, time-bound). Focus on the key takeaways and why this information is important to the attendee, our partners and our customers.
- Each session has objectives defined and published on www.mytechready.com, please work with your Track PM to call these out here in the slide deck.

If you have questions, please contact your Track PM. See slide 5 in this template for a complete list of Tracks and TPMs.

**Session Abstract:**
Come to this session to learn how EOP-Office 365 ATP works. We'll explain each layer of the entire security stack for Safe Links and Safe Attachments and a do deep dive into sandbox detonation. For sandbox detonation, we'll cover the anatomy of a detonation and why FNs and FPs can occur. Finally, we'll touch on how Office 365 ATP and Windows Defender ATP work together.

© 2012 Microsoft Corporation. All rights reserved. Microsoft, Windows, Windows Vista and other product names are or may be registered trademarks and/or trademarks in the U.S. and/or other countries.
The information herein is for informational purposes only and represents the current view of Microsoft Corporation as of the date of this presentation. Because Microsoft must respond to changing market conditions, it should not be interpreted to be a commitment on the part of Microsoft, and Microsoft cannot guarantee the accuracy of any information provided after the date of this presentation.
MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

6

# How ATP fits into Office 365's Antimalware Stack

MICROSOFT CONFIDENTIAL – INTERNAL ONLY

© 2014 Microsoft Corporation. All rights reserved. MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

CONFIDENTIAL

MSFT_TOC00042017



CONFIDENTIAL

MSFT_TOC00042018

# O365 Threat Landscape

**1.8B**
malicious messages
hitting O365 in 2016

**800%**
increase morphing rates
for morphed campaigns YoY

**600%**
increase in average
campaign velocity YoY

**<1**
Minute average
end to end delivery
time for all
messages for
recipients with ATP

**<1%**
monthly inbox
rate across ATP

**70%**
reduction in inboxed
malware across EOP
because of sandboxing

**<3**
Minutes average
end to end delivery
time for ATP
messages with
attachments

MICROSOFT CONFIDENTIAL – INTERNAL ONLY

© 2014 Microsoft Corporation. All rights reserved. MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

CONFIDENTIAL

MSFT_TOC00042019



© 2014 Microsoft Corporation. All rights reserved. MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

CONFIDENTIAL                                                                                                    MSFT_TOC00042020



© 2014 Microsoft Corporation. All rights reserved. MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

CONFIDENTIAL

MSFT_TOC00042021



CONFIDENTIAL

MSFT_TOC00042022



© 2014 Microsoft Corporation. All rights reserved. MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION

CONFIDENTIAL

MSFT_TOC00042023



© 2014 Microsoft Corporation. All rights reserved. MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

CONFIDENTIAL

MSFT_TOC00042024



CONFIDENTIAL



CONFIDENTIAL



© 2014 Microsoft Corporation. All rights reserved. MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION

17

MSFT_TOC00042027



CONFIDENTIAL

 **Upcoming/New Features**

 **Dynamic Email Delivery**
Receive every email immediately. Safe Attachments scanning occurs in the background and email attachments become automatically available when we know the attachments are safe.

**Linked Content Detonation**
Merging the technologies behind Safe Links and Safe Attachments to provide full sandbox protection for content pointed to by links in emails.

 **Safe Attachments in Sharepoint**
Extending the protection of Safe Attachments to files stored in SharePoint Online.

**Safe Links in Office Clients**
Native integration of Safe Links in Office 2016 clients will provide time of click protection, even inside of documents.

 **Antimalware Quarantine**
Release false positives easily back to the recipient. Release caught malware to your security team.

 **Tenant Allow/Block**
Block or allow specific files or URLs for your tenant.

 **O365 Submission Portal**
Release false positives easily back to the recipient. Release caught malware to your security team.

 **Enhanced ATP Reporting**
Details about the messages caught for your tenant through O365 sandboxing

 **Detailed Sandboxing Reports**
Specific details of what happens in the hypervisor, including C2 IPs, registry keys, secondary content downloaded, etc...

MICROSOFT CONFIDENTIAL – INTERNAL ONLY



The one major drawback to all sandboxing technologies is the time it takes to complete a thorough scan of the files. In the case of sandboxing for detecting malicious attachments in emails this has always meant you have to wait a minimum of several minutes to read your email. That all changes with the release of ATP Dynamic Email Delivery.

Dynamic Email Delivery is a new feature we're rolling out that delivers the email immediately without the attachments and then reattaches the attachments to the email once we're sure they are safe.

Also, we are merging the power of Safe Attachments and Safe Links to protect content that is linked to from email bodies. When, for example, you receive a link in an email that points to a pdf file or office doc and that link is protected by Safe Links, in the background we are downloading that file and scanning it with Safe Attachments to make sure it is safe for you to open.

Let me show you how they work.

19

MSFT_TOC00042029

# ATP Setup

MICROSOFT CONFIDENTIAL – INTERNAL ONLY

© 2014 Microsoft Corporation. All rights reserved. MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

20

MSFT_TOC00042030

**Slide 20**

---

**AP(AE1**  Can we demo ATP setup live?
Amar Patel (C AND E), 1/26/2017

CONFIDENTIAL



© 2014 Microsoft Corporation. All rights reserved. MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

21

# Using ETRs to Skip Safe Attachments/Safe Links

- Goto the **Exchange Admin Center**.
- Select the **mail flow** link in the left nav
- Select **rules** from the top nav
- Select the **+** icon to add a new rule
- From the pull down menu **select create a new** rule...
- At the bottom of the **new rule** dialog, select **More Options**... to expand the dialog to all option.
- Under **Apply this rule if**... chose **The sender is** located... and then **Inside the organization**
- Under **Do the following**... chose **Modify the message properties**... and **set message header**



MICROSOFT CONFIDENTIAL – INTERNAL ONLY

© 2014 Microsoft Corporation. All rights reserved. MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

22

# Using ETRs to Skip Safe Attachments/Safe Links

- Click the **Enter text...** link to the right of **Set the message header.**

- To skip Safe Attachments enter:
  - X-MS-Exchange-Organization-SkipSafeAttachmentProcessing

- To skip Safe Links enter:
  - X-MS-Exchange-Organization-SkipSafeLinksProcessing

- Then click **Enter text...** next to **to the value**

- And enter 1 and click OK.

MICROSOFT CONFIDENTIAL – INTERNAL ONLY

# Tips for Running Trials

MICROSOFT CONFIDENTIAL – INTERNAL ONLY

© 2014 Microsoft Corporation. All rights reserved. MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

24

# Best practices for winning trials

## Enable a larger number of seats
Larger sample size means greater validity
More seats means more malware and a higher fidelity view of value

## Use real mail flow, not synthetic malware
Synthetics yield subjective and confusing results. Demonstrate ATP catching real malware

## Enable the entire antimalware stack (EOP + ATP)
Competitors will enable their full stack too

## Enable ATP behind other solutions
Use data on catches that other solutions missed as a selling point

MICROSOFT CONFIDENTIAL – INTERNAL ONLY

© 2014 Microsoft Corporation. All rights reserved. MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

25

MSFT_TOC00042036



CONFIDENTIAL

# How Attackers Can Trick You

MICROSOFT CONFIDENTIAL – INTERNAL ONLY

© 2014 Microsoft Corporation. All rights reserved. MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

27

MSFT_TOC00042038

# Attackers prey on human behavior

## Social engineering lures (missed by AV)
"Emotional" click (e.g. fear)
Looks legitimate (e.g. impersonators, compromised trusted sender, payment/ship service, bank)
Curiosity (e.g. Protected content)

## Awareness
Knowledge of legitimate contact methods by custodians of sensitive data

## Caution
Suspicious senders
"Hurried" clicks (e.g. I'm in a hurry – quickly scan – not think – click – oh dear!)

MICROSOFT CONFIDENTIAL – INTERNAL ONLY

© 2014 Microsoft Corporation. All rights reserved. MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION

28



© 2014 Microsoft Corporation. All rights reserved. MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

CONFIDENTIAL

MSFT_TOC00042040



© 2014 Microsoft Corporation. All rights reserved. MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

 MSFT_TOC00042041



CONFIDENTIAL

# The Anatomy of Detonation

MICROSOFT CONFIDENTIAL – INTERNAL ONLY

© 2014 Microsoft Corporation. All rights reserved. MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

32

# Why detonate?

- There are infinite possibilities to evade AV signatures
- Detonation looks for behavioral indicators

**\<Obfuscated VBA Macro\>**

```
Attribute VB_Name = "Sg4H8a2snIHP4xK"
Public
Var
Dim          <Obfuscation>
Dim    bupvupdyu = afpkh.ExpandEnvironmentStrings(pedugbr(Array(240, (8405 - 8257), (-8353 + 8486), (4508 - 4375),
Dim    (-4516 + 4661), (8215 _
Dim
dw         <More Obfuscation>
13   ehhpzr = ehhpzr & LVRiDty & nsZIrFO & eZGZLMe & TDAcru & kQBVrj & UwVihX & ZwZbfW & QsGoTb & lrhxjI &
lp   48   xttVlQa & tRbpRPL & pRRbsEH & rQeqZg & HABrov & kbGliiI & KsxHlO & STIUTu & lYVZuG & tPyNlL & CBvstp &
On  -9   VyNArAf & nZKJBK & MofWYGr & DDadug & LLiVePZ
Th  Se   ehhpzr = ehhpzr & cRujae & BKoqYwa & vyNFfG & FQHXTIk & lckFda & TFnlWAj & tdrzhUq & smSGxU & tbwObc &
xk  If   hymUPc & SXmEBPW & TzHxJN & eTRcXOB & isJoPG & wWYfLB & zsOcBF & KKlHQWk & GAUhcB & BXlStJL & yNizpu &
Pr  Di   WCcClJr & movhdmF & NXTOcu & pMqmrJ & RuxVkx
Ex  On   ehhpzr = ehhpzr & dsDbJCr & WcLFRA & xAQkNY & wtaPKs & LxMpHUz & eGZaocg & GVTPxoo & rQDhMG & cBblHn &
Bo  Di   DsRfOhd & eWPurMU & qmwnHTO & pYQlooj & xDZEPW & xEPoIu & foIOkh & WIkDSM & lPnQrqI & DeVhut & tDPitaP &
c8  ej   GcDlHJD & TfBhrfd & oJKcAVV & VoNtQRp & oWwggE
jz  Pk   LKatdx & zlJPuy & KCYbUF & HiMWEvW & tACQbxz & TdFOvON & KpjCfTl & iFmDTdJ & vxBTxig & JdUbOf
Us  AA   ehhpzr = ehhpzr & ZkDCLuH & QoPruhI & YevAqf & aXsRkuR
Fo  If   Set oScript = CreateObject(jfzvQr & ttojQNT & nkWAiS & slKOuqD & tLTWJX & FDWhxr & XiVbbH & fnsMYuL & ANGaHu
Fo  wo   & hQTvJn)
xk  B/   oScript.Language = cRDKjqJ & NNyPaYU & YWARXWz
+   wo   oScript.Eval (ehhpzr)
```

MICROSOFT CONFIDENTIAL – INTERNAL ONLY

© 2014 Microsoft Corporation. All rights reserved. MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

33

MSFT_TOC00042044

# How does detonation work?

1. Static File Analysis
- Spoofed Icon, Truetype, Obfuscated Macro, Specific Signatures

2. Application Behavior Analysis
- Checks Recent File count, Checks File Name, Shell Breakout

3. Operating System Interactions
- Encrypts Files, Runs Powershell cmd

4. Network Interactions
- Geo IP check, Unusual HTTP headers, Downloads obfuscated Executable



MICROSOFT CONFIDENTIAL – INTERNAL ONLY

© 2014 Microsoft Corporation. All rights reserved. MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

34

# How does detonation fit into the Office 365 antimalware stack?



① When a customer buys ATP, all mail is detonated

② Heuristics looks at all mail flow to hunt for malware. When a threshold is met, it proactively sends files to detonation. Confirmed bad file hashes are then added to the upstream reputation cache

③ Reputation cache filters what gets sent to detonation. Proactive detonation from the heuristics engine and FNs enrich the reputation cache

④ When we miss (FNs), we time travel mailboxes, submit hashes to the reputation cache and submit samples/notify MMPC to update their signatures

MICROSOFT CONFIDENTIAL – INTERNAL ONLY

© 2014 Microsoft Corporation. All rights reserved. MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

35



CONFIDENTIAL

# Why Detonation Can Miss

MICROSOFT CONFIDENTIAL – INTERNAL ONLY

© 2014 Microsoft Corporation. All rights reserved. MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

37



# Why does detonation have false positives?

```
'do when opening workbook
Private Sub Workbook_Open()
    …
    Print #fileid, "Set WshShell = WScript.CreateObject(""WScript.Shell"")"
    Print #fileid, "WScript.Sleep 1500 ' Give excel some time to finish loading
    Print #fileid, "WshShell.SendKeys ""^{F1}""" 'toggle to addin's menu"
    Print #fileid, "WScript.Sleep 200"
    Print #fileid, "WshShell.SendKeys ""%X""" 'toggle to addin's menu"
    Print #fileid, "WScript.Sleep 200"
    Print #fileid, "WshShell.SendKeys ""%""" 'turn off key highlights
    Close #fileid
    'now execute the external vbscript but hide it
    Shell "wscript " & chr(34) & file & chr(34)
```

In ATP this manifests as:
```
    <API NAME="rtcShell">
        <ARG>wscript "C:\Users\Abby\AppData\Roaming\PDS\addins.vbs"</ARG>
        <ARG>vbMinimizedFocus</ARG>
    </API>
```

Callout annotations:
- Auto Start macro on document open
- Invoke ActiveX control that interfaces with OS
- Dynamically create VB Script contents
- Launch it hidden with no user interaction!
- In ATP, it surfaces as Excel spawning Wscript.exe with a .VBS in a temp folder. **i.e. resembles ransomware!**

MICROSOFT CONFIDENTIAL – INTERNAL ONLY

© 2014 Microsoft Corporation. All rights reserved. MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

38



# Why does detonation have false negatives?
## Evasion: Environment detection

```
If Application.UserName = s("SPWSBPU", 19, 12) Then
    Error out
```
Check User Name

```
If Application.RecentFiles.Count < 3 Then
    Error out
```
Check Recent File List

```
Public Function BShyVf() As Boolean
BShyVf = Application.RecentFiles.Count < 3       '## Checks to see that Word has opened files before
End Function
Public Function aocrdBn() As Boolean
aocrdBn = cObjgye(FQszE) Or vjzjuq
End Function
Public Function UamnFyz() As String
UamnFyz = Application.PathSeparator
End Function
Public Function vjzjuq() As Boolean
vjzjuq = InStr(xNBdpES, s(74, "1ez7atn8lau7lin", 41)) <> 0
End Function
Public Function cObjgye(ByVal YeeGNJx As String) As Boolean
Set lvNJDzS = XMOWGIs(267, "tjciisBtfyOtp.Smciqeeersl", 47))
cObjgye = lvNJDzS.FileExists(YeeGNJx)        '## Checks for existence of <filepath>ZoneIdentifier for Mark of the Web
End Function
Public Function FQszE() As String
FQszE = xNBdpES & s(78, "e.fntZerIieion:d", 167)         '## Decodes to :ZoneIdentifier
End Function
Public Function xNBdpES() As String
xNBdpES = ThisDocument.Path & UamnFyz & ThisDocument.Name
End Function
```
Check Mark of the Web to differentiate between a Victim Machine and a Synthetic environment

MICROSOFT CONFIDENTIA1 – INTERNAL ONLY

© 2014 Microsoft Corporation. All rights reserved. MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

39



# Why does detonation have false negatives?
## Evasion: GEO IP Check

© 2014 Microsoft Corporation. All rights reserved. MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

CONFIDENTIAL

MSFT_TOC00042051

# Why does detonation have false negatives?
## Evasion: GEO IP Check



MICROSOFT CONFIDENTIAL – INTERNAL ONLY

© 2014 Microsoft Corporation. All rights reserved. MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

41



CONFIDENTIAL



 If you have questions please proceed to the
Q&A MICROPHONE located in your session room.

MICROSOFT CONFIDENTIAL – INTERNAL ONLY

Display this slide during session Q&A and direct attendees to use the Q&A microphone located in the session room:

TechReadyTV recordings cannot capture Q&A unless it is spoken using the microphone

Attendees in the back of the room may not be able to hear a question from someone in the front of the room

SPEAKERS MUST REPEAT THE QUESTIONS IF THE ATTENDEE IS NOT USING THE MICROPHONE

© 2015 Microsoft Corporation. All rights reserved. Microsoft, Windows, and other product names are or may be registered trademarks and/or trademarks in the U.S. and/or other countries. The information herein is for informational purposes only and represents the current view of Microsoft Corporation as of the date of this presentation. Because Microsoft must respond to changing market conditions, it should not be interpreted to be a commitment on the part of Microsoft, and Microsoft cannot guarantee the accuracy of any information provided after the date of this presentation. MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

43

# Defense in Depth

MICROSOFT CONFIDENTIAL – INTERNAL ONLY

© 2014 Microsoft Corporation. All rights reserved. MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

44

# Office Macro policy options

Block VBA macros from running in Word, Excel and PowerPoint files from the Internet in Office 2016
   https://blogs.technet.microsoft.com/mmpc/2016/03/22/new-feature-in-office-2016-can-block-macros-and-help-prevent-infection/

Disable VBA in Office 2016

Change how Office 2016 VBA macros behave in applications that are started programmatically

Trusted Macro Locations

Application whitelisting to block macro payloads

Use an email security solution that incorporate detonation or sandbox technology

MICROSOFT CONFIDENTIAL – INTERNAL ONLY

© 2014 Microsoft Corporation. All rights reserved. MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

45

# Frequently Asked Questions

MICROSOFT CONFIDENTIAL – INTERNAL ONLY

© 2014 Microsoft Corporation. All rights reserved. MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

46

Why does ATP take so long to deliver messages?

Why do we have to pay for ATP?

How can we do simple whitelisting of domains?

ATP reporting seems thin or doesn't seem to work

MICROSOFT CONFIDENTIAL – INTERNAL ONLY

© 2014 Microsoft Corporation. All rights reserved. MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

47

I've trained my users to hover over the link and Safe Links makes it hard to do that.

Why should I pay for ATP if it doesn't catch that many messages compared to EOP?

What AV engines do you use?

MICROSOFT CONFIDENTIAL – INTERNAL ONLY

© 2014 Microsoft Corporation. All rights reserved. MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

48



© 2014 Microsoft Corporation. All rights reserved. MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION

49

MSFT_TOC00042060

# Per Tenant ATP What If (Proof Point Complete)



MICROSOFT CONFIDENTIAL – INTERNAL ONLY

© 2014 Microsoft Corporation. All rights reserved. MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

50

Tech Ready 15



# Related content

Breakout Session CP318 – Tips & Tricks: Deploying ATP and EOP

MICROSOFT CONFIDENTIAL – INTERNAL ONLY

Speakers should use this slide to identify content, related to their presentation, being offered in other sessions or labs at TechReady.

Your Track PM can provide a full listing of all of the sessions, hands-on labs, Instructor-led Labs and TechReady Talks in your track, as well as the other tracks.

If there is additional content available that attendees should know about, please add a section for Additional Resources to the slide. In this section you can call out whitepapers or websites that you and your team have created.

If you have questions, please contact your Track PM. See slide 5 in this template for a complete list of Tracks and TPMs.

© 2012 Microsoft Corporation. All rights reserved. Microsoft, Windows, Windows Vista and other product names are or may be registered trademarks and/or trademarks in the U.S. and/or other countries.
The information herein is for informational purposes only and represents the current view of Microsoft Corporation as of the date of this presentation. Because Microsoft must respond to changing market conditions, it should not be interpreted to be a commitment on the part of Microsoft, and Microsoft cannot guarantee the accuracy of any information provided after the date of this presentation.
MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

51

Tech Ready 15

# Please complete an evaluation form
Your input is important!

## Multiple ways to access Online Evaluation Forms:

1. CommNet stations located throughout conference venues
2. Via TechReady Events Apps (Windows 10 UWP, beta iOS & beta Android)
3. Via traditional TechReady Schedule Builder Windows Phone 7/8 Application
4. Via BYOD browser from any wired or wireless internet connection to https://www.MyTechReady.com

For more information, please refer to CommNet



Speaker – Click Here to Launch Video

MICROSOFT CONFIDENTIAL – INTERNAL ONLY

**Speakers:** The Launch Video button is not activated at this time. Please note this slide will be exchanged for the actual evaluation slide onsite when it will be linked to videos designed to encourage attendees to complete their evals. During your session, the evaluation video needs to be activated by **you** clicking on the launch video button on this slide.

© 2012 Microsoft Corporation. All rights reserved. Microsoft, Windows, Windows Vista and other product names are or may be registered trademarks and/or trademarks in the U.S. and/or other countries.
The information herein is for informational purposes only and represents the current view of Microsoft Corporation as of the date of this presentation. Because Microsoft must respond to changing market conditions, it should not be interpreted to be a commitment on the part of Microsoft, and Microsoft cannot guarantee the accuracy of any information provided after the date of this presentation.
MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

52

**Microsoft**

© Copyright Microsoft Corporation. All rights reserved.

© 2014 Microsoft Corporation. All rights reserved. MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

53



Appendix

MICROSOFT CONFIDENTIAL – INTERNAL ONLY

© 2014 Microsoft Corporation. All rights reserved. MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

54

CONFIDENTIAL



# Demo

Speaker name

MICROSOFT CONFIDENTIAL – INTERNAL ONLY

© 2014 Microsoft Corporation. All rights reserved. MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

55



CONFIDENTIAL



Photo layout 1

© 2014 Microsoft Corporation. All rights reserved. MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

CONFIDENTIAL

MSFT_TOC00042068

# Microsoft brand guidelines

Looking for more slide resources?

**Brand guidelines** for PowerPoint templates is a separate slide deck that provides an overview of the Microsoft brand, guidelines, resources, tips and much more.

A few of the slides are shown at right.

Download from:
https://microsoft.sharepoint.com/teams/BrandCentral/Pages/Presentations.aspx



MICROSOFT CONFIDENTIAL – INTERNAL ONLY

© Microsoft Corporation. All rights reserved.

58

# Section title

MICROSOFT CONFIDENTIAL – INTERNAL ONLY

© 2014 Microsoft Corporation. All rights reserved. MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

CONFIDENTIAL

Software code slide

This Software Code layout uses Consolas, a monotype font
which is ideal for showing software code.

© 2014 Microsoft Corporation. All rights reserved. MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

60

MSFT_TOC00042071

Tech Ready 15



**This slide is recommended as a final slide to recap the objectives of the session to remind attendees what you said would be covered and to highlight that you did indeed cover those points.** The objectives listed on this slide should match the objectives covered on the required Objective slide at the beginning of your presentation.

If you have questions, please contact your Track PM. See slide 5 in this template for a complete list of Tracks and TPMs.

© 2012 Microsoft Corporation. All rights reserved. Microsoft, Windows, Windows Vista and other product names are or may be registered trademarks and/or trademarks in the U.S. and/or other countries.
The information herein is for informational purposes only and represents the current view of Microsoft Corporation as of the date of this presentation. Because Microsoft must respond to changing market conditions, it should not be interpreted to be a commitment on the part of Microsoft, and Microsoft cannot guarantee the accuracy of any information provided after the date of this presentation.
MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

CONFIDENTIAL

TechReady 14

# Speakers, Please Read (hidden slide)

**Track Name, Acronym and Track PM**
Architecture (ARC) – Sara Mocke, Terra Suddarth
Azure (AZR) – Mikkel Riis, Gail Johnson
Business Analytics (BA) – Maxine Coo, Nishant Thacker
Business Solutions (MSDY) – Debbie Larson, Mollie Brodt, Jessica Lazare
Certification (CRT) – David Elfassy, Veronica Sopher, Kori Monson
Cloud and Datacenter Platform (CDP) – Ward Ralston
Cloud Productivity (CP) – Derek Whittle, Heather Correa, Nannette Sperling, Shannon
   Schiernbeck
Data Platform (DP) – Matt Goswell, Maxine Coo
Development Tools & Technologies (DEV) – Willy-Peter Schaub
Enterprise Mobility + Security (EMS) – Sumi Venkitaraman, Justin Turner, Astrid Klopsch
Modern Service Management (MSM) – Michael Best, Ron Strayer, Jason Week
Project Management (PJM) – John Husband
Security & Privacy (SEC) – Ken Malcolmson, Berk Veral
Tech Selling in the Enterprise (TSE) – Kirby Drysen, Jerry Lee, Flavia Guimaraes Lourenco C
   Souto
Universal Communications (UC) – Derek Whittle, Jamie Timperley, Brandi Cook, Katie Calzaretta,
   Sarah Schneider
WhiteSpace (WS) – Matjaz Ladava, Jenny Loofbourrow
Windows and Devices (WAD) – Paige Langlee, Lisa Puchosic

**Virtual Track Name and Track PM**
Center of Excellence – Ernesto Marquina
Data Insights – Robert Skoglund
Digital Experiences – J.P. DeCuire
Digital Transformation – Kelly File, Christine
   Clacey
HARDCORE – Chris Jackson, Steve Thomas
Industry – Ilia Fortunov, Kurt Allebach, Roger
   Chappé de Léonval
Internet of Things – Ron Kahavi, Alex
   Belotserkovskiy
Linux and OSS – Michael Kelly, Gurpreet Singh
User Experience – Alison Clark

© 2012 Microsoft Corporation. All rights reserved. Microsoft, Windows, Windows Vista and other product names are or may be registered trademarks and/or trademarks in the U.S. and/or other countries.
The information herein is for informational purposes only and represents the current view of Microsoft Corporation as of the date of this presentation. Because Microsoft must respond to changing market conditions, it should not be interpreted to be a commitment on the part of Microsoft, and Microsoft cannot guarantee the accuracy of any information provided after the date of this presentation.
MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

62

Tech Ready 15

# Speakers, Please Read (hidden slide)

**In-room Event Detail:**
TechReady24 will utilize the new PowerPoint 2016, as well as PowerPoint 2013 on all event machines. Please build your slides utilizing the appropriate TR24 Template and utilize the version of PPT that works best.

**PPT Upload Process**
Please take the following steps to submit your PPT deck when the deck is final and ready for onsite attendee access via CommNet (the onsite conference network).

**Submit Final PPT Decks by 12:00pm PT, Friday 3 February:**
1. Login to your speaker portal at https://www.mytechready.com (you must be registered as a speaker to access the portal)
2. In the "Session Details" section on the Speaker Portal, click the "Manage Slides" link for each session listed
3. A new window will open for TechReady24 Slide Deck Management – follow the steps on that page to upload your PPT deck
4. **Once your PPT deck is final,** use the same "Manage Slides" link to upload the final deck and then **select "Publish to CommNet".** Your deck will then be available to attendees onsite via CommNet. You will also find the deck ready for your session on the PPT computer in your session room

Note: Decks "Published to CommNet" will not be accessible for additional review/comment.

**After Friday 3 February,** PPT decks must be brought onsite to Silver Fox (the Presentations Group) located in Room 203 at the Washington State Convention Center.

Complete details and resources are available on your speaker portal at https://www.mytechready.com.

© 2012 Microsoft Corporation. All rights reserved. Microsoft, Windows, Windows Vista and other product names are or may be registered trademarks and/or trademarks in the U.S. and/or other countries.
The information herein is for informational purposes only and represents the current view of Microsoft Corporation as of the date of this presentation. Because Microsoft must respond to changing market conditions, it should not be interpreted to be a commitment on the part of Microsoft, and Microsoft cannot guarantee the accuracy of any information provided after the date of this presentation.
MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

CONFIDENTIAL

# Preferred text layout (no bullets)

Main topic 1: size 40pt

Size 20pt for the subtopics
Size 20pt for the subtopics

Main topic 2: size 40pt

Size 20pt for the subtopics
Size 20pt for the subtopics

Main topic 3: size 40pt

Size 20pt for the subtopics
Size 20pt for the subtopics

MICROSOFT CONFIDENTIAL – INTERNAL ONLY

© 2014 Microsoft Corporation. All rights reserved. MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

64

# Preferred text layout (no bullets)

## Main topic 1: size 40pt

Size 20pt for the subtopics
Size 20pt for the subtopics

## Main topic 2: size 40pt

Size 20pt for the subtopics
Size 20pt for the subtopics

## Main topic 3: size 40pt

Size 20pt for the subtopics
Size 20pt for the subtopics

MICROSOFT CONFIDENTIAL – INTERNAL ONLY

© 2014 Microsoft Corporation. All rights reserved. MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

65

CONFIDENTIAL

MSFT_TOC00042076

# Adjusting list levels

## Main topic 1: size 40pt

Size 20pt for the subtopics
Size 20pt for the subtopics

## Main topic 2: size 40pt

Size 20pt for the subtopics
Size 20pt for the subtopics

## Main topic 3: size 40pt

Size 20pt for the subtopics
Size 20pt for the subtopics

Use the "Decrease List Level" and "Increase List Level" tools on the Home Menu to change text levels.

Try this:
1. Place your cursor in any row of text to the left that says "Size 20pt for subtopics"
2. Next click the Home tab, and then on the "Decrease List level" tool. Notice how the line moves up one level.
3. Now try placing your cursor in one of the "Main topic..." lines of text. Click the "Increase List Level" tool and see how the text is pushed in one level

Use these 2 tools to adjust your text levels as you work



**Decrease List Level**                    **Increase List Level**

Decrease the indent level.                    Increase the indent level.

Pa

MICROSOFT CONFIDENTIAL – INTERNAL ONLY

© 2014 Microsoft Corporation. All rights reserved. Microsoft, Windows, and other product names are or may be registered trademarks and/or trademarks in the U.S. and/or other countries.
The information herein is for informational purposes only and represents the current view of Microsoft Corporation as of the date of this presentation. Because Microsoft must respond to changing market conditions, it should not be interpreted to be a commitment on the part of Microsoft, and Microsoft cannot guarantee the accuracy of any information provided after the date of this presentation. MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

CONFIDENTIAL

# Layout with bullet points

Main topic 1: size 40pt

- Main topic 1: size 40pt
  - Size 20pt for the subtopics
  - Size 20pt for the subtopics
- Main topic 2: size 40pt
  - Size 20pt for the subtopics
  - Size 20pt for the subtopics
- Main topic 3: size 40pt
  - Size 20pt for the subtopics
  - Size 20pt for the subtopics

MICROSOFT CONFIDENTIAL – INTERNAL ONLY

© 2014 Microsoft Corporation. All rights reserved. MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

67

# Bullet points layout with subtitle
## Subtitle

- Example of a bulleted slide with a subhead
  - Set the slide title to "Sentence case"
  - Set subheads to "Sentence case"
- Hyperlink style
  - www.microsoft.com

MICROSOFT CONFIDENTIAL – INTERNAL ONLY

© 2014 Microsoft Corporation. All rights reserved. MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

68

 # SPEAKER RESOURCES

Check out helpful resources available to assist you when creating your presentation:

Go to your speaker portal at https://www.mytechready.com to access:

- Presentation Resource Kit – Stocked full of content, graph, and chart slide options
- **Speaker Training Video** – Tips for utilizing Microsoft VID and more
- These resources were created by Silver Fox Productions (the TechReady24 Presentations Group) and are also available within the presentations site.

MICROSOFT CONFIDENTIAL – INTERNAL ONLY

© 2014 Microsoft Corporation. All rights reserved. MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

69

# SPEAKER RESOURCES (cont.)

## A few great places to start...

**Brand Central:** A resource for information on the Microsoft brand
https://microsoft.sharepoint.com/teams/BrandCentral/

**Microsoft News Center**
A great place for the latest and greatest
www.microsoft.com/en-us/news

**Xbox Wire Media Assets library**
http://news.xbox.com/media/

**Featured Devices:** PC, tablet and phone hardware imagery and marketing materials
https://www.featureddevices.com/

**Presentation Resources:** Presentation guidelines and PowerPoint templates
https://microsoft.sharepoint.com/teams/BrandCentral/Pages/Presentations.aspx

## Respect intellectual property rights

Photography and graphics used in presentations, for **both internal and external audiences,** must be owned by Microsoft or licensed appropriately.

Microsoft has agreements in place with several stock providers. Contact Media Acquisitions for more information.

**Media Acquisitions** (mediaacq alias)

www.superstock.com/

www.gettyimages.com/creativeimages/royaltyfree

### Redacted - Privileged

MICROSOFT CONFIDENTIAL – INTERNAL ONLY

© 2014 Microsoft Corporation. All rights reserved. MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

70

MSFT_TOC00042081

# ATTENTION: PLEASE READ

**Photography and copyright infringement.**

Due to copyright laws, please refrain from searching for photography online and utilizing them in your presentations. Using imagery from movies, television, music and pop-culture is illegal, unless purchased from a stock photography site or given expressed written consent from the owner. If you have any questions regarding your imagery please contact Media Acquisitions Inquiries: mediaacq@microsoft.com.

Alternatively, check out the Presentation Resources Kit found on your speaker portal for links to Microsoft owned images and instructions on impactful photo and illustration usage.

Custom illustrations may be created by Silver Fox Productions; details also found in the Presentation Resource Kit.

MICROSOFT CONFIDENTIAL – INTERNAL ONLY

CONFIDENTIAL

# TECHREADY                         NETWORK

Interact with attendees through Yammer using your Session Hashtag

Log into the TR Yammer Network located at http://Yammer.com/TechReady

Using Session Hashtags - When posting, commenting or asking for feedback on a specific TR24 session, please use the following hashtag format - #TR24*SESSIONCODE*. For example if you would like to comment on ARC305, the session hashtag would be #TR24ARC305

Introduce yourself and post a message using your session hashtag

Add your session hashtag to your slide deck title slide

MICROSOFT CONFIDENTIAL – INTERNAL ONLY

F

© 2015 Microsoft Corporation. All rights reserved. Microsoft, Windows, and other product names are or may be registered trademarks and/or trademarks in the U.S. and/or other countries. The information herein is for informational purposes only and represents the current view of Microsoft Corporation as of the date of this presentation.  Because Microsoft must respond to changing market conditions, it should not be interpreted to be a commitment on the part of Microsoft, and Microsoft cannot guarantee the accuracy of any information provided after the date of this presentation.  MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

# Slide palette info

The PowerPoint palette for this template has been built for you and is shown below. Avoid using too many colors in your presentation.



Accent colors 1-6 – (6 Theme Colors to the far right)

| Accent 1 | Accent 2 | Accent 3 | Accent 4 | Accent 5 | Accent 6 |

Use **Accent 1** as the main accent color.
Use **Accent 2** and **Accent 3** when additional colors are needed.

Use **Accents 4-6** sparingly – only when more colors are necessary.

MICROSOFT CONFIDENTIAL – INTERNAL ONLY

© 2014 Microsoft Corporation. All rights reserved. MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

73

Tech Ready 15



Speakers should use this slide to identify content, related to their presentation, being offered in other sessions or labs at TechReady.

Your Track PM can provide a full listing of all of the sessions, hands-on labs, Instructor-led Labs and TechReady Talks in your track, as well as the other tracks.

If there is additional content available that attendees should know about, please add a section for Additional Resources to the slide. In this section you can call out whitepapers or websites that you and your team have created.

If you have questions, please contact your Track PM. See slide 5 in this template for a complete list of Tracks and TPMs.

© 2012 Microsoft Corporation. All rights reserved. Microsoft, Windows, Windows Vista and other product names are or may be registered trademarks and/or trademarks in the U.S. and/or other countries.
The information herein is for informational purposes only and represents the current view of Microsoft Corporation as of the date of this presentation. Because Microsoft must respond to changing market conditions, it should not be interpreted to be a commitment on the part of Microsoft, and Microsoft cannot guarantee the accuracy of any information provided after the date of this presentation.
MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

74