# EXHIBIT 38

| | |
|---|---|
| **From:** | Amar Patel (C AND E) </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICROSOFT.ONMICROSOFT.COM-55760-AMAR PATEL (DUP: 74FFB02726344746BAF985BE34491C08)> |
| **To:** | Debraj Ghosh |
| **Sent:** | 3/10/2017 10:13:12 PM |
| **Subject:** | TR24-SEC304-Anatomy of O365 ATP.pptx |
| **Attachments:** | TR24-SEC304-Anatomy of O365 ATP.pptx |

CONFIDENTIAL                                                                                                           MSFT_TOC00042010