# EXHIBIT 39

| | |
|---|---|
| **From:** | Debraj Ghosh <deghos@microsoft.com> |
| **To:** | Jason Rogers; Debraj Ghosh |
| **Sent:** | 12/10/2017 6:30:50 PM |
| **Subject:** | Conversation with Jason Rogers |

**Debraj Ghosh 9:04 PM:**
  can you send me the 1-slide that summarizes ATP?
**Debraj Ghosh 9:04 PM:**
  i'll send you a marketing version tomorrow
**Debraj Ghosh 9:04 PM:**
  thanks
**Jason Rogers 9:05 PM:**
  Yeah, one sec
**9:09 PM** Jason Rogers asked to send you "**ATP road maps one slide.pptx**".
**9:10 PM ATP road maps one slide.pptx** was saved to C:\Users\deghos\Documents\My Received Files. It's a good idea to scan the file for viruses before you open it.
**Debraj Ghosh 9:10 PM:**
  hey
**Debraj Ghosh 9:10 PM:**
  can you also write up how to do the bifurcation?
**Debraj Ghosh 9:10 PM:**
  we can post it onto the Teams site
**Jason Rogers 9:11 PM:**
  You didn't like my 2 line synopsis?
**Jason Rogers 9:11 PM:**
  WTF dude
**Debraj Ghosh 9:11 PM:**
  the field would appreciate it
**Jason Rogers 9:11 PM:**
  I actually took screen shots when I setup Barclays thinking that I would turn that into a guide for fuck nuts.
**Debraj Ghosh 9:12 PM:**
  ok
**Debraj Ghosh 9:12 PM:**
  send me the screen shots
**Debraj Ghosh 9:12 PM:**
  i'll put something together
**Debraj Ghosh 9:12 PM:**
  this way, you won't have to address it over and over again
**Jason Rogers 9:12 PM:**
  I mean guide for dummies...I mean....I might need a new gig.
**Debraj Ghosh 9:12 PM:**
  well, if i get fired, you life will be much worse
**Debraj Ghosh 9:13 PM:**
  then you'll have to deal with the field
**Debraj Ghosh 9:13 PM:**
  or some PMM who is not me
**Jason Rogers 9:13 PM:**
  It is still sitting on my desktop.  I'll clean it up and send it over Monday.  Dude, they can't fire you.  Who the fuck else would do this.
**Debraj Ghosh 9:13 PM:**
  i dunno
**Debraj Ghosh 9:13 PM:**
  there is always someone out there
**Debraj Ghosh 9:13 PM:**

CONFIDENTIAL - ATTORNEYS' EYES ONLY

dumber than me who would jump on this
**Debraj Ghosh 9:13 PM:**
it's a pretty sweet job
**Jason Rogers 9:14 PM:**
Trust me. Our management isn't creative enough to find anyone to replace us. Easier to just string us along.
**Jason Rogers 9:14 PM:**
It's a pretty sweet job? Have you been smoking weed again....
**Debraj Ghosh 9:14 PM:**
i don't think too many other people could do this job
**Debraj Ghosh 9:14 PM:**
they'd get divorced or their kids would hate them
**Debraj Ghosh 9:15 PM:**
i don't have to worry about either of those things
**Debraj Ghosh 9:15 PM:**
the job is awesome
**Debraj Ghosh 9:15 PM:**
it's the best job i have ever had
**Debraj Ghosh 9:15 PM:**
it's a pain with our field
**Debraj Ghosh 9:15 PM:**
but if the product wasn't important
**Debraj Ghosh 9:15 PM:**
they wouldn't bother us
**Debraj Ghosh 9:16 PM:**
would you rather be making something no one uses?
**Debraj Ghosh 9:16 PM:**
anyway, send me what you can
**Debraj Ghosh 9:16 PM:**
i'll put it into a deck or something and release to the field
**Jason Rogers 9:16 PM:**
I added some notes, while I was setting it up. I'll flush them out a little and send it over.
**Debraj Ghosh 9:17 PM:**
cool
**Debraj Ghosh 9:17 PM:**
thanks
**Jason Rogers 9:17 PM:**
How did you get stuck with consumer as well?
**Debraj Ghosh 9:17 PM:**
jon orton just recommended i do it
**Debraj Ghosh 9:17 PM:**
and then my new manager got pissed off at me
**Debraj Ghosh 9:18 PM:**
and told me i should not have told jon i'd be happy to do it without asking him
**Jason Rogers 9:18 PM:**
I'm thrilled, but I didn't think you were into the value prop, so I was surprised to hear you were on the hook.
**Jason Rogers 9:18 PM:**
Ahhhh
**Debraj Ghosh 9:18 PM:**
i just assumed since I had been doing it anyway, what difference does it make
**Debraj Ghosh 9:18 PM:**
but my new boss got mad at me yesterday
**Debraj Ghosh 9:19 PM:**
because I sent him and email with jon on it, and told him jon was wondering if I could be the consumer PMM until the mar moment
**Debraj Ghosh 9:19 PM:**
and so my boss was mad at me because i sent the email asking for his permission with jon on it
**Debraj Ghosh 9:19 PM:**

instead of just asking my boss first
**Debraj Ghosh 9:20 PM:**
i didn't really see the issue since i was asking my new boss, but he wasn't happy that i had included jon on the email
**Debraj Ghosh 9:20 PM:**
:(
**Jason Rogers 9:22 PM:**
Fuck 'em all.  My position is I do my thing how I'm going to do my thing and if my management doesn't like it I'm happy to go move to another team.  I serve at their pleasure.   All they have to do is ask, but it is binary.  Don't tell me how to do my fucking job, but if you don't like the job I'm doing, then I'm happy to do it for someone else.
**Debraj Ghosh 9:22 PM:**
well, someone else would want to have me
**Debraj Ghosh 9:23 PM:**
i figure if everything is ok, i have one more year on ATP
**Debraj Ghosh 9:23 PM:**
then move to something new
**Debraj Ghosh 9:23 PM:**
i just have to survive this year
**Debraj Ghosh 9:23 PM:**
also, i think we're turning the corner
**Debraj Ghosh 9:24 PM:**
both with the field and the product gaps
**Debraj Ghosh 9:24 PM:**
despite the random call with field people who are no good
**Debraj Ghosh 9:24 PM:**
there are also some field people who are pretty good
**Debraj Ghosh 9:24 PM:**
and they actually believe in the product
**Jason Rogers 9:26 PM:**
We've been through this twice before. Before you joined.  This too will pass.  We had an FN problem and a big latency problem.  We made it through both.  We'll make it through this as well.  I'm a little worried because I don't have as much control over this, but I talk to Amar about it all the time and I'll jump in on the EOP side if it gets too bad.
**Debraj Ghosh 9:26 PM:**
yea
**Debraj Ghosh 9:27 PM:**
the only problem is this is a harder problem maybe
**Debraj Ghosh 9:27 PM:**
and even with all the new features, who knows if they will work
**Debraj Ghosh 9:28 PM:**
ATP will become a commodity in 1.5yrs anyway
**Debraj Ghosh 9:28 PM:**
it'll be free so we'll need to find new roles
**Jason Rogers 9:29 PM:**
Yeah, but that's just the next set of security features beyond ATP.  That's my job man.
**Debraj Ghosh 9:30 PM:**
we should be securing social
**Debraj Ghosh 9:30 PM:**
the head of Office BP doesn't think we have a good social footprint
**Debraj Ghosh 9:30 PM:**
but we own Linkedin
**Debraj Ghosh 9:31 PM:**
so i'm not sure why he thinks we don't have a strong play in social
**Jason Rogers 9:32 PM:**
That's just additional breadth.  I'm thinking about new detection.
**Debraj Ghosh 9:32 PM:**
you mean go beyond sandboxing?
**Jason Rogers 9:58 PM:**
Sure.  I'm not a one trick pony, man.

CONFIDENTIAL - ATTORNEYS' EYES ONLY           MSFT_TOC00206847

**Debraj Ghosh 7:26 AM:**
hey

**Debraj Ghosh 7:27 AM:**
can you look at the PDF from coke consolidated when you get a chance?

**Debraj Ghosh 7:27 AM:**
neil axelrod sent it

**Debraj Ghosh 7:27 AM:**
thanks

**Jason Rogers 7:54 AM:**
It's basic plain jane docusign login via spoof O365 login page.

**Debraj Ghosh 7:55 AM:**
right

**Debraj Ghosh 7:55 AM:**
i think the response is that the new Office 365 brand impersonation stuff

**Debraj Ghosh 7:55 AM:**
will stop this?

**Debraj Ghosh 7:55 AM:**
ross forwarded it to you

**Debraj Ghosh 7:55 AM:**
i thought this was a ross/abhishek or amar thing

**Jason Rogers 7:56 AM:**
In theory.  But that stuff should be rolled out to Microsoft and it isn't catching it, I just ran it through.  I think this is an FN on Sonar's phish detections.

**Debraj Ghosh 7:56 AM:**
wait, let's decouple what you just said

**Debraj Ghosh 7:57 AM:**
1. our brand impersonation does not work yet

**Debraj Ghosh 7:57 AM:**
2. this is a FN because SONAR missed

**Debraj Ghosh 7:57 AM:**
so amar needs to address why we missed

**Debraj Ghosh 7:57 AM:**
?

**Jason Rogers 8:06 AM:**
More or less.  Sonar will fully admit that the phish detection stuff is still being tuned big time.  I'm guessing the intermediate select your email provider page was enough to evade.

**Jason Rogers 8:06 AM:**
I've submitted to their FN portal.

**Debraj Ghosh 8:06 AM:**
thanks

**Debraj Ghosh 8:07 AM:**
fuck man

**Debraj Ghosh 8:07 AM:**
when the hell is abhishek's shit going to start working?

**Jason Rogers 8:08 AM:**
It'll take a while....the only reason we aren't out of business is because everyone else sucks just as bad.

**Jason Rogers 8:08 AM:**
The scary thing about this sort of attack is that a fucking 5th grader could set it up.

**Jason Rogers 8:08 AM:**
Super low tech

**Jason Rogers 8:09 AM:**
But people are so fucking dumb that it works.

**Debraj Ghosh 10:30 AM:**
why did you just re-send the deck again?

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MSFT_TOC00206848