# EXHIBIT 40

| | |
|---|---|
| From: | Abhijeet Hatekar (MSTIC) </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICROSOFT.ONMICROSOFT.COM-55760-ABHIJEET HATEKAR> |
| To: | Ross Adams; Adel Khaldi; MSTIC Research and Response Team (R2); Swaroopa Gollapalli; Nitin Kumar Goel |
| Sent: | 3/30/2018 5:57:08 PM |
| Subject: | RE: Sonar Browse IP blacklisted |

Exactly, it's a harder problem in Phishing land.

From: Ross Adams
Sent: Friday, March 30, 2018 10:51 AM
To: Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Adel Khaldi <Adel.Khaldi@microsoft.com>; MSTIC Research and Response Team (R2) <msticr2@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Nitin Kumar Goel <Nitin.Goel@microsoft.com>
Subject: RE: Sonar Browse IP blacklisted

We should make sure there is a work item tracking this. I think the issue here is that with Malware we can see the call out to check for information and act on it, but for a web sites the server is just acting on the data that we send and we would have no idea that they are doing this other than checking in other places.

@Swaroopa can confirm the work item?

Regards,
Ross.

From: Abhijeet Hatekar (MSTIC)
Sent: Friday, March 30, 2018 8:55 AM
To: Adel Khaldi <Adel.Khaldi@microsoft.com>; MSTIC Research and Response Team (R2) <msticr2@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Nitin Kumar Goel <Nitin.Goel@microsoft.com>; Ross Adams <Ross.Adams@microsoft.com>
Subject: RE: Sonar Browse IP blacklisted

Here is another example where Phishing page blocked traffic from Microsoft IP ranges. We should expect this more as we improve our effectiveness from URL detonation. I think, we had a network evasion feature for malware, we should update it and probably also plan for it.

Regards,
Abhie

From: Adel Khaldi
Sent: Friday, March 30, 2018 6:55 AM
To: MSTIC Research and Response Team (R2) <msticr2@microsoft.com>
Subject: Sonar Browse IP blacklisted

Hi guys,

How are we handling the blacklisting of our Browse IPs ?
Here is an example:
https://radar.cloudapp.net
/Submission.aspx?SubmissionToken=PFRva2VuIFRva2VuVHlwZT0iU3VibWlzc2lvblRva2VuIiBJZD0iMmJiMDJkM2EtZmEzMy1IODExLTgwYzItMDAwZDNhMzFjYTEzIiBSb2xlPSJTdWJtaXRaXR0ZXIiIFNpZz25hdHVyZT0ickJpQVpmVkxTQmpGamQyN3AwNk1sLythNm5BPSIgLz4&
View=Normal

The remote server has directory listing enabled, the PIC0001.zip is coming from there.
The saved_phish_html_page.zip is coming from my Chrome browser.

Capture from SandPit (VM IP external 104.215.89.177):

CONFIDENTIAL

MSFT_TOC00244931



Capture from MSTIC UK office browsing:


Thanks,
Adel

CONFIDENTIAL

MSFT_TOC00244933