# EXHIBIT 41

| From: | Steve Dispensa </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=978FCCC10E284363BB9E8330A41F6126-STEVE DISPENSA> |
|---|---|
| To: | Amar Patel (C AND E); Jason Rogers; Rudra Mitra; Andi Comisioneru; Debraj Ghosh; Mario Goertzel; Girish Chander |
| CC: | Abhishek Agrawal (CDM); Kris Hatlelid |
| Sent: | 6/29/2018 1:45:02 AM |
| Subject: | Re: Resending Chalk Talk - We're still ON. |

Thanks for the thoughts, guys, and Jason, thanks for shepherding a useful conversation yesterday. Between what you and Amar are saying, it sounds like we're largely on the right track. Amar is right that I'd love to see us create clarity and energy with the field on O365 ATP. You guys have done a ton of good work, and we need to get credit for it in the market.

This came from my desire to understand what we can do to boost sales. I'm much less worried about COGS in this context, although you guys have some great work going on there too. I want you guys to really diagnose the top line, though, and apply treatment as indicated.

Regarding "Microsoft isn't a security company" — one analyst from Frost (Michael Suby) recently published a paper saying, basically, yes – it's a new world, and MS is in a solid position as a cybersecurity leader. http://www.frost.com/sublib/display-report.do?searchQuery=Microsoft+Cybersecurity&ctxixpLink=FcmCtx1&ctxixpLabel=FcmCtx2&id=9B0F-00-4A-00-00&bdata=aHR0cHM6Ly93d3cuZnJvc3QuY29tL3NyY2gvY2F0YWxvZy1zZWFyY2guZz8%2FcGFnZVNpememU9MTImc29ydEJ5PUQmcXVlcnllUZXh0PU1pY3Jvc29mdCtDeWJlcnNlY3VyaXR5Jng9MCZ5PTBAfkBTZWFyY2ggUmVzdWx0c0B%2BGDE1MTk5MjkyMjQ3ODQ%3D

We might want to arrange a briefing with him; he may be able to help us.

In any case, *we have to change the market's perception* – don't accept it when people refer to us as anything other than a world-class security company, and don't let the field carry this outdated narrative. We're world-class and better-positioned than anyone to create huge security value for our customers.

Thanks!

---

**From:** "Amar Patel (C AND E)" <amarpa@microsoft.com>
**Date:** Thursday, June 28, 2018 at 11:30 AM
**To:** Jason Rogers <jarogers@microsoft.com>, Rudra Mitra <rudram@microsoft.com>, Andi Comisioneru <Andi.Comisioneru@microsoft.com>, Debraj Ghosh <deghos@microsoft.com>, Mario Goertzel <Mario.Goertzel@microsoft.com>, Steve Dispensa <Steve.Dispensa@microsoft.com>, Girish Chander <gchander@microsoft.com>
**Cc:** "Abhishek Agrawal (CDM)" <abhiag@microsoft.com>, Kris Hatlelid <Kris.Hatlelid@microsoft.com>
**Subject:** RE: Resending Chalk Talk - We're still ON.

☺ one additional item was Steve's point around solving the problem that the perception of some in the field is far below the product's current effectiveness.  There was a question as to whether we could at least share some of our MX routing analysis with field folks as a way to boost their confidence. Certainly once we have a trusted head, that would also be a candidate for internal consumption.

Last, I also wanted us to be clear that head to heads charts showing we're better can help boost confidence of our field and get us in the door but it doesn't necessarily help us win the sale or keep customers.  The product still has to perform and consistently deliver; and even further, minimizing delivery to C-suite and high value individuals which is usually the catalyst to a customer losing confidence conversation even though our aggregate catch rate is high.

- An area of focus should be how we identify C-suite and high value individuals and be great at protecting those mailboxes. I believe Abhishek is doing some thinking on this.
- We also need to continue to show that we adapt to threat vectors as they emerge.  The emergence of Phishing caused customer to reconsider and reevaluate.  We need to be looking at our telemetry for emerging trends and then placing some bets as we go so we're not starting late …

---

**From:** Amar Patel (C AND E)
**Sent:** Thursday, June 28, 2018 10:52 AM
**To:** Jason Rogers <jarogers@microsoft.com>; Rudra Mitra <rudram@microsoft.com>; Andi Comisioneru <Andi.Comisioneru@microsoft.com>; Debraj Ghosh <deghos@microsoft.com>; Mario Goertzel <Mario.Goertzel@microsoft.com>; Steve Dispensa <Steve.Dispensa@microsoft.com>; Girish Chander <gchander@microsoft.com>
**Cc:** Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Kris Hatlelid <Kris.Hatlelid@microsoft.com>
**Subject:** RE: Resending Chalk Talk - We're still ON.

I'll add to Jason's thoughts

For 1a, we're evaluating two options:
1. A relationship with Z-scaler to leverage their global and overlapping customer foot print to route traffic out a region or customer's IP ranges. We had an initial 2 hour meeting w/Z-scaler with our engineers.  There was enthusiasm for seeing how we can make this work. Z-scaler folks couldn't meet in June and so we're working to find a time in July
2. Leveraging App Guard.  The scenario is as follows:
   a. We have a Safe Links FN or a Safe Links clicked URL detonation FN.  In this case, if App Guard spins up Edge for that URL in a container and smart screen also FNs, we have the potential at a second bite at the apple because the URL is being clicked on from the user's endpoint (IP ranges) and the attackers will be more likely to serve the phishing page vs. a benign page.  A topic of discussion with App Guard is how we instrument, collect telemetry, and whether/how we hide the container from the attacker.  For example, if an attacker knows they're in an untrusted container, they might evade and we may end up trusting a site, that when revisited again with trusted status, displays the malicious site.

For 2, Yong sent out some mail on how we can move forward with MSIT.  Let's see if we can finish landing an internal head to head as a starting point.

For 3, Kris Hatlelid has hired the ROI heads.  He has an action to help us understand investments and timelines for this coming quarter. Nitin has generated a list of COGS reduction items. We just need to align the stack rank by impact vs. effort and let the engineers do their thing.  We have a Sprint Planning on Friday and so Nitin/Kris, it would be great to get some sense of what work for COGS we're loading in the July Sprint.

I'll also add to the issue of configuration we discussed. For example, with VM Ware, we switched them from Proof Point but they're having issues we're working through to tune EOP BULK.  This impacts ATP because if EOP is not working, it casts a shadow on ATP as well that could potentially lead to un-selling both EOP and ATP. Abhishek has been discussing with Neel and Rudy how we improve out of the box configuration for EOP and reduce setup/tuning friction. Here are some examples of issue Abhishek is working to solve:
- Amy got a phish email the other day. It turned out she received this email because MSIT didn't turn on a feature for our account. If it was turned on, it would've been caught. To solve this, it's being considered how we can identify FNs resulting from a feature not being activated in the tenant and surface that insight in an actionable way
- Today, EOP has many dials for tuning Spam, Bulk and Phish protection. It's being considered how to enable an "Easy Button" that automatically sets up the tenant to some conservative block mode that has a low FP rate. The belief is MimeCast and Proof Point already do this to simplify out of the box setup. With this approach, out of the box, the dials are set for protection vs. the customer having to iterate through FPs and FNs to get it right.
- We've see FNs due to compromised accounts (e.g. SonaCare Medical just this week) where customer's get concerned. Compromised accounts are particularly an issue on perception because the likelihood of conversion to compromise from the social engineering is high and typically high value individuals within the tenant are usually targeted making misses highly visible to decision makers.  Abhishek is doing a data study on identifying net new signal that can enable us to improve discovery of compromised accounts faster than AADIPs intel by looking at attributes of accounts. For example, Abhishek is working on validating a hypothesis that in some instances attackers will change the Display name of an account they compromise prior to initiating an attack. If this pans out, it can help us reduce instances of negative perception pre-sale and post-sale even though overall we have a high catch rate.

---

**From:** Jason Rogers
**Sent:** Thursday, June 28, 2018 9:59 AM
**To:** Amar Patel (C AND E) <amarpa@microsoft.com>; Rudra Mitra <rudram@microsoft.com>; Andi Comisioneru <Andi.Comisioneru@microsoft.com>; Debraj Ghosh <deghos@microsoft.com>; Mario Goertzel <Mario.Goertzel@microsoft.com>; Steve Dispensa

CONFIDENTIAL

<Steve.Dispensa@microsoft.com>; Cathy Wickersham <cawic@microsoft.com>; Girish Chander <gchander@microsoft.com>
**Subject:** RE: Resending Chalk Talk - We're still ON.

---

**Redacted**

---

**From:** Jason Rogers
**Sent:** Thursday, June 28, 2018 9:53 AM
**To:** Amar Patel (C AND E) <amarpa@microsoft.com>; Rudra Mitra <rudram@microsoft.com>; Andi Comisioneru <Andi.Comisioneru@microsoft.com>; Debraj Ghosh <deghos@microsoft.com>; Mario Goertzel <Mario.Goertzel@microsoft.com>; Steve Dispensa <Steve.Dispensa@microsoft.com>; Cathy Wickersham <cawic@microsoft.com>; Girish Chander <gchander@microsoft.com>
**Subject:** RE: Resending Chalk Talk - We're still ON.

Hi, thank you Steven, Andi, Debraj, and Amar for the great conversation yesterday on ATP sales and compete.  Steve and Andi, I had the sense you were looking for something a little more actionable so I gave it some thought over the evening and jotted down some actionable takeaways that I believe with have direct impact on sales, compete, retention, and revenue.

1. We discussed how organizations are becoming more and more fickle, especially with regard  to business email compromise targeting the C-suite.  We often see unhappy customers, deals become at risk, or failed trials because of single BEC events.  We see the inverse as well, where we have an opportunity to take business away from a competitor because of a single important miss.  We frequently see the same two issues across these cases (at least when the mail involves a URL).  Both have come in the last couple of days with Nestle.
   a. **Safe links wrapping logic –** there are a bunch of corner cases where URLs can be formatted in such a way that the client will turn them into links, but we are unable to gracefully wrap them because we will destroy formatting of the email.  Most recently BaseStryker.  **We are tactically fixing all of these we can find right now and chasing API integration with the clients so we can capture ever click in enlightened clients whether we are able to wrap or not.**
   b. **IP based evasion –** In the recent Nestle case, a malicious URL was detonated in an email to the CEO.  We said it was safe because the link returned 404 in the chamber.  This was also called out by the Sonar Analyst team as one of the top reasons for FNs in May as part of our last MSR.  Amar and team are chasing a number of options, but especially in the case of a targeted attack it is easy for an attacker to only display malicious content in specific targeted IP ranges.   **Landing this will immediately help close deal and also give us a long term strategic advantage.**

2. Andi brought up running AV engine style **head to head regular 3rd party evaluations**.  We discussed the challenges with configuring such an evaluation.   For the last couple of years we've been telling the field and customers that they should always test using our full stack and always use real mail flow.  This is because we were losing regularly when the customers use red team synthetics or try to isolate the sandbox from the rest of the stack.  We felt like we had an advantage against real mail flow at scale.  The challenge of a full stack head to head test is much of the tech requires real mail and real user interaction.  Edge blocks, anti-spoof, and header ML models all require real envelop information.  Impersonation requires a real target that is part of that organization.  Safe Links requires user interaction post-delivery.  Zero hour auto purge may or may not be successful depending on user behavior.  It occurred to me however, that there would be great value in doing the same sort of 3rd party testing that is done for AV engines on just the sandbox.  If we could make a legitimate claim to being able to detect 5 different types of malware, 5 different types of phish, and 10 different types of URL based attacks than our competitors sandboxes it would be a huge selling point for us and would provide a much easier talking point to the field.  **"Our widget is better than their widget and we can prove it."** Is a much easier conversation to have than explaining the complexities of combiners and score from ML and confidences levels.  **Andi, it would be great if you could leverage your experience doing this sort of testing with AV engines to do the same for sandboxes.**

3. We talked about how to **increase sales and retention**, but the flip side of the coin is **minimizing cost**.  We developed a plan last year to ultimately drive COGs from where it was at around 12 cents per user to month to 4 cents per user per month.  We have made improvements in routing and polling and we think we're down close to 9, but the work Sonar has planned will get us the rest of the way there.   If we assume we end the year with 24M users and on average we get 1.12 per month per user in revenue, our profit is 1.03 per user or $24,720,000 per month. Taking another 5 cents out of that cost will give us another $1.2M per month in profit, which is essentially like selling another 1.17M seats or landing Accenture, Kroger, and Nestle all in the same month.  **Sonar taking us the rest of the way to 4 cents per user will have huge impact**.

Jason Rogers
Principal PM Manager, Advanced Threat Protection
Information Protection – Org Security
35/4312, Redmond, WA
▦ Microsoft

---

Sent from a mailbox protected by Microsoft Office Advanced Threat Protection
Get Microsoft Office Advanced Threat Protection

-----Original Appointment-----
**From:** Amar Patel (C AND E)
**Sent:** Wednesday, June 27, 2018 3:27 PM
**To:** Amar Patel (C AND E); Rudra Mitra; Jason Rogers; Andi Comisioneru; Debraj Ghosh; Mario Goertzel; Steve Dispensa; Cathy Wickersham; Girish Chander
**Subject:** Resending Chalk Talk - We're still ON.
**When:** Wednesday, June 27, 2018 4:00 PM-4:30 PM (UTC-08:00) Pacific Time (US & Canada).
**Where:** 35/4601

This seems to be falling off folks calendar – it's still on mine

---------------------------------------------------------------------------------
ａ **Join Skype Meeting**
    Trouble Joining? Try Skype Web App

**Join by phone**

Toll-free number: +1 (866) 679-9995, 90931355# (Dial-in Number)        English (United States)
Toll number:       +1 (425) 616-0754, 90931355# (Dial-in Number)       English (United States)

Find a local number

Conference ID: 90931355
Forgot your dial-in PIN? |Help

CONFIDENTIAL

MSFT_TOC00044023

Welcome to Skype for Business Online Meetings. All participants who use the Join by Phone option must dial the full number for call access.

----------------------------------------------------------------

CONFIDENTIAL

MSFT_TOC00044024