# EXHIBIT 42

| | |
|---|---|
| From: | Rex Plantado </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BA8FC54B19DF42C6AFDCC1E2D291918E-REX PLANTAD> |
| To: | Amar Patel (C AND E); Abhijeet Hatekar (MSTIC); Swaroopa Gollapalli; Cristian Craioveanu; Zach Bourdeau; Chris Lucas; Austin Seber; Nitin Kumar Goel; John Lambert (MSTIC) |
| Sent: | 10/31/2018 5:00:36 PM |
| Subject: | RE: Ti-Based Phish Detection Effectiveness |

Hi Amar – Reply inline.

From: Amar Patel (C AND E) <amarpa@microsoft.com>
Sent: Wednesday, October 31, 2018 8:58 AM
To: Rex Plantado <rexplant@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Cristian Craioveanu <Cristian.Craioveanu@microsoft.com>; Zach Bourdeau <Zach.Bourdeau@microsoft.com>; Chris Lucas <Chris.Lucas@microsoft.com>; Austin Seber <Austin.Seber@microsoft.com>; Nitin Kumar Goel <Nitin.Goel@microsoft.com>; John Lambert (MSTIC) <johnla@microsoft.com>
Subject: RE: Ti-Based Phish Detection Effectiveness

HI - Some questions inline

From: Rex Plantado <rexplant@microsoft.com>
Sent: Tuesday, October 30, 2018 5:39 PM
To: Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Cristian Craioveanu <Cristian.Craioveanu@microsoft.com>; Zach Bourdeau <Zach.Bourdeau@microsoft.com>; Chris Lucas <Chris.Lucas@microsoft.com>; Austin Seber <Austin.Seber@microsoft.com>; Nitin Kumar Goel <Nitin.Goel@microsoft.com>; John Lambert (MSTIC) <johnla@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>
Subject: Ti-Based Phish Detection Effectiveness

Hi Team,

Below is the effectiveness of Ti-based Phish detection using **PhishTank**, **OpenPhish** and **Genie** indicator providers, based on data since 10/12 when we enabled the detection.
So far, the telemetry looks good, no FP from ATP tenant and confirmed to be able to block FNs and was able to add protection to customers.
The detection may look really small but I think the value is high because these are all FNs which no other detections may ever detect them due to offline URLs or evasion.

Few things to point out:
- Trusting from third party verdict has associated risk of FP and misclassification. I've seen malware and Spam from third party detections, so using **Phish** prefix is not always accurate and may skew the telemetry (e.g. huge spam campaign)
- We may need to sanitize the url feeds. Some of them may have been truncated or not containing the full URL, but only the domain, which can have unpredictable result, including FP
- Due to FP and misclassification risk, we may need a different acceptable FP rate.

## Summary:
- Period: Between 10/12 up to 10/30
- Total Email volume: 1196 (is this caught mail volume?)*[RP]* Yes
- Unique UrlCanonHash: 409 (is this caught unique hashes?)*[RP]* This is unique Urls, not file hash. File hash will be generally higher because there could be multiple files using the same malicious url
- Total Protected Tenants: 257

CONFIDENTIAL                                                                                                                                              MSFT_TOC00248166

- Exclusive Detection vs all Phish detections : 0.01% (is this unique catch?)*[RP]* Yes
- FP Rate: 0%  (*Note: I've seen at least one FP from TIURLANALYSIS Source, but no tenant was affected*)
- Detection Constraints: Only HTTP return codes 404, 403, 0 (Offline or Evasive URLs only, except for Genie) (are you saying we're only applying the ti to URLs with these HTTP error codes?)*[RP]*  Yes, we started a little conservative to avoid FPs, then the plan is to extend coverage by doing more data analysis and removing some constraints.

(Are you saying given the constraints for applying the ti, it's high impact because the blue indicates nothing else we have is catching it? Which may change when we enable IP anonymization?)*[RP]*  Yes, this is because the urls are mostly offline already (with some potential evasion).  With IP anonymizer, we will detect those from evasion, but not the offline URLs. As we know, the life time of these phishing urls is very short. They will usually do cleanup once the url is already labeled as malicious by some vendors.



*Figure 1- Ti-Based detections*

Is the below the mix of which TI is catching for the blue bars in the chart above?*[RP]*  Yes. I just showed the detection distribution among the 3 Ti-based detections.



*Figure 2 - Signature Distribution*

Rough distribution of Phish detections based on Machine Learning, Image Similarity, Heuristics and TI-Based: (Do

the percentages represent unique catch or is there overlap between the rows?)*[RP]* This is unique catch for TI, but there could be shared detections from others. Ti-based will usually "exclusive detection" because of the current detection constraints, except for the Genie indicator provider, which could be live url. For Genie indicators and if the url is still online, ML and other detection will still work, and this is the orange in Figure 1.

| DetectionType | MsgCount | Percentage |
| --- | --- | --- |
| ML Based | 3363649 | 37.66896 |
| Image Based | 3325700 | 37.24398 |
| Heuristics Based | 2238952 | 25.07366 |
| TI Based | 1196 | 0.013394 |

Regards,
Rex