# EXHIBIT 44

PageVault

| | |
|---|---|
| Document title: | Proxify® SwitchProxy™ |
| Capture URL: | https://proxify.com/switchproxy.shtml |
| Captured site IP: | 173.208.81.207 |
| Page loaded at (UTC): | Tue, 06 Jul 2021 11:36:43 GMT |
| Capture timestamp (UTC): | Tue, 06 Jul 2021 11:37:10 GMT |
| Capture tool: | v7.9.1 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | 05219e9e-727f-4156-be8a-b788a15bab02 |
| User: | jmlaw-jcooper |

PDF REFERENCE #:    foMYn3E5Sg1Qk1K8pUDsDz

Case 0:20-cv-60416-AMC Document 97-44 Entered on FLSD Docket 07/09/2021 Page 3 of 4



be parsed to select individual Satellites.

**Locations that change automatically with each request:**

- Port 7496 - Random - Worldwide
- Port 7498 - Random - United States
- Port 7488 - Random - United States - East
- Port 7486 - Random - United States - West
- Port 7494 - Random - United Kingdom
- Port 7492 - Random - Canada
- Port 7490 - Random - Europe
- Port 7480 - Random - Middle East
- Port 7478 - Random - Africa
- Port 7476 - Random - Oceania
- Port 7482 - Random - South America
- Port 7484 - Random - Asia

**Locations that change once every 10 minutes:**

- Port 7495 - Scheduled Rotation - Worldwide
- Port 7497 - Scheduled Rotation - United States
- Port 7489 - Scheduled Rotation - United States - East
- Port 7487 - Scheduled Rotation - United States - West
- Port 7499 - Scheduled Rotation - United Kingdom
- Port 7493 - Scheduled Rotation - Canada
- Port 7491 - Scheduled Rotation - Europe
- Port 7481 - Scheduled Rotation - Middle East
- Port 7479 - Scheduled Rotation - Africa
- Port 7477 - Scheduled Rotation - Oceania
- Port 7483 - Scheduled Rotation - South America
- Port 7485 - Scheduled Rotation - Asia

**Q:** How do I authenticate to the SwitchProxy server?
**A:** SwitchProxy uses IP address based authentication only. You may add additional IP addresses to the access control list in the user area. SwitchProxy does not use username/password authentication.

**Q:** Do you have example code for sending requests to the proxy?
**A:** Yes. We have prepared integration instructions and sample code.

**Q:** Does SwitchProxy transmit client IP addresses to websites?
**A:** No. SwitchProxy servers do not transmit any information that could identify the originating IP address of a client. Additionally, the system actively strips any HTTP header (such as "X-Forwarded-For", "Proxy-Connection", "Via", etc.) that might reveal the use of a proxy server before sending the request to the Internet.

**Q:** What happens if I exceed the rate limit?
**A:** If your request rate exceeds the rate limit in any 1 hour period, further requests will be blocked for the remainder of that period.

**Q:** Does SwitchProxy support SSL/TLS?
**A:** Yes. SwitchProxy fully supports SSL/TLS requests via the CONNECT HTTP method.

**Q:** How can I see how many requests remain?
**A:** We provide an XML API to display the total number of requests per hour allowed for your account, the number of requests that you have made during the current hour long period, and the number of seconds remaining in the current hour long period. Requests to this API do not count toward your quota. Please ensure that all IP addresses from which API requests are sent are listed in the access control list in the user area. The URL for the API is:

http://switchproxy.proxify.net/show_rate_limit.xml

Each one of SwitchProxy's many points of presence are periodically synchronized with the others. Please limit your requests for the XML API to no more than one per minute.

**Q:** How can I see usage statistics for my SwitchProxy account?
**A:** Statistics for the 25 most recent hours of usage are displayed in the user area. We also provide a CSV file which contains statistics for the 720 most recent hours of usage. Requests to this CSV file do not count toward your quota. Please ensure that all IP addresses from which CSV file requests are sent are listed in the access control list in the user area. The URL for the CSV file is:

http://switchproxy.proxify.net/usage_stats.csv

Please limit your requests for the CSV file to no more than one per hour.

**Q:** Can SwitchProxy randomize the selected location for each *page* rather than by *request*?
**A:** Yes. SwitchProxy can group requests together so that each grouped request within a ten minute period is directed through the same Satellite. A special "SwitchProxy: IDENTIFIER" request header can be inserted into your requests which will override the behavior of the default location selection mechanism. ID is an alphanumeric string up to 200 characters that you use to identify the group of requests, such as the URL for a webpage or a keyword. IDENTIFIER is used as a factor in choosing the selected location from the geographic locations defined by the port number.

**Q:** How can I recognize an error message from SwitchProxy?
**A:** Error messages from SwitchProxy are served with a "200 OK" status code and contain a custom "SwitchProxy: Error" response header.

**Q:** Is there a file size limit?
**A:** Yes. There is a file size limit of 50MB per file.

**Q:** How do I upgrade my SwitchProxy account?
**A:** Upgrades are handled automatically. Please login to your account and select a new plan. Any time remaining in your account will automatically be applied as credit towards your new plan. If you have any questions, please contact us and we will assist you personally.

**Q:** What is an HTTP request?
**A:** An "HTTP request" refers to a HTTP/1.0 or HTTP/1.1 request message from a client which identifies a resource on a server. Webpages may be comprised of multiple resources (such as images, stylesheets, JavaScripts, etc.), each of which will count as an "HTTP request" when requested.

Copyright © 2003-2021 UpsideOut, Inc. All Rights Reserved.    Terms of Service  |  Site Map