# EXHIBIT 46

**From:**      Amar Patel (C AND E) </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
             (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICROSOFT.ONMICROSOFT.COM-55760-AMAR
             PATEL (DUP: 74FFB02726344746BAF985BE34491C08)>
**To:**        Abhijeet Hatekar (MSTIC); Claudia Filipoaia; Arati Nene; Prachi Rathee; Sharon Ben Yosef;
             Cristian Craioveanu; Nitin Kumar Goel; John Lambert (MSTIC); Paul Wright (SECURITY)
**CC:**        Swaroopa Gollapalli; Yossi Banai
**Sent:**      2/28/2019 2:01:04 AM
**Subject:**   RE: Feb MBR Short Update - Customer Impacting Issues

Revised.

**Jan MAU @29.75 (9.4% MoM)**

**Field feedback on customer asks from Ready was already distributed.**

**FSR Progress**
- As you know we hadn't deployed an FSR since beginning of FY19
- Dec deployed in Jan
- Feb deployed WW in Feb!
- We're making progress on velocity. There's work being done to make FSR motion more efficient for engineering.

**In H2-FY19, we keep close to customer feedback given potential impact on sales motion for FYQ3/Q4.**
- We've seen a significant uptick in escalations in Feb noted below
- Some root issues from escalations impacted the entire customer base as noted in the FN chart (e.g. URL scrambling)
- There's activity underway to resolve

**Notable Escalations**
- Hilton was particularly bad because an attacker used a compromised account to perform phishing using internal to internal mail. EOP's AS/AP stack and Safe Links (which routes to detonation) is not enabled for internal to internal mail. Neel's team is working to resolve this and providing Hilton hands-on support. For the URLs we did see, the scrambling issues resulted in FNs. (Scrambling is stripping parts of the URL to prevent unintended actions on one-time URLs – there's a tradeoff between FNs and FPs.  We've asked EOP to enable automated release of FPs from quarantine so we can be more aggressive while remediating FPs before the customer may notice)
- Coca-Cola misses were primarily due to a configuration issue – a tenant allow policy on coca cola domains (being spoofed) that allowed many of the URLs to bypass the protection stack. Neel's team has taken actions on resolving setup as noted below. For the URLs we did get a chance to detonate, our misses were due to network evasion.

CONFIDENTIAL                                                    MSFT_TOC00058792

# Customer Issues impacting Office 3

| AREAM | MOST RECENT | ISSUE | CUSTOMER(S) |
|---|---|---|---|
| Phishing | February | Landing page (network) evasion | Coca-cola, AHS,Cardiff University Accenture, H&M, HMRC, KBL Indi (9/7/18), Calu.edu (8/28/18), Qar |
| Phishing | February | URL scrambling | Hilton, McDonalds |
| Phishing/Malware | February | Evasion (User agent, Country code, Currency) | AHS (User agent), Japan Tenants |
| Malware | February | Latency (4+ min XLSX with 2+ embedded obj) | Kasikorn Bank Group (threatened |
| Setup | February | Easier setup/configuration of EOP AS/AP stack | Coca-cola, Ready (Feb), Legacy He (Jun 2018) |
| Phishing | January | Detonating URLs in EML/MSG attachments | Cahill Contractors, (7/11/18) Easy |
| Phishing/Malware | November | Threat protection for Azure Storage (Files/Blob) | Accenture, Credit Suisse, others |
| Phishing | October | Detonating links in Office documents and RTF | Accenture, Disney, Budget Saudi EasyJet (6/7/18) |
| Phishing | 9/24/18 | Forms.office.com that looks like a login page, prompting the user to enter their credentials | Hewlett Packard |
| Spam | 9/21/18 | Lottery/business proposal spam/scams (attachments, linked attachments) | IHG, Qantus (8/2/18), Valmet (9/ |
| Detonation OS | 8/26/18 | MacOS X/Android | Red Bull, FB (May 2018), Field Re |
| ATP Reputation Cache | 8/15/18 | Regression flipping bad verdicts to good due following to page unavailable verdicts | Tata Motors |
| Phishing URLs | 8/13/18 | Patient zero protection for URL detonation. Synchronous URL detonation policy option | Ascension Health (100k seats), Ar EFI, MasterCard |
| Phishing | 8/13/18 | Detonating URLs in XPS attachments | *Hunting FNs* |
| Malware | 8/12/18 | Detonating IQY in PDF attachments | *Hunting FNs* |
| Phishing | July 2018 | URLs pointing to file shares hosting files with phishing links (anonymous auth) | *Hunting FNs, Reported by MSRC f* |
| Phishing | 6/23/18 | Safe Links TOC lookup for URLs in PDFs (Office, RTFs) | SonaCare Medical, EasyJet (6/7/1 |
| Phishing | 6/20/18 | Detonating FTP Links point to files | BAI Communications |
| On-Demand Detonation* | 2/27/18 | Add support for detonating an attachment or URL on demand in ATP Admin UI | NYMTA, Goodyear (4/25/17) |

CONFIDENTIAL

# Customer Issues impacting Offic





**From:** Amar Patel (C AND E)
**Sent:** Wednesday, February 27, 2019 5:27 PM
**To:** Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Claudia Filipoaia <cfilip@microsoft.com>; Arati Nene <aratin@microsoft.com>; Prachi Rathee <Prachi.Rathee@microsoft.com>; Sharon Ben Yosef <sharonby@microsoft.com>; Cristian Craioveanu <Cristian.Craioveanu@microsoft.com>; Nitin Kumar Goel <Nitin.Goel@microsoft.com>; John Lambert (MSTIC) <johnla@microsoft.com>; Paul Wright (SECURITY) <pwright@microsoft.com>
**Cc:** Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Yossi Banai <yossi.banai@microsoft.com>
**Subject:** Feb MBR Short Update - Customer Impacting Issues

**Jan MAU @29.75 (9.4% MoM)**

**Field feedback on customer asks from Ready was already distributed.**

**In H2-FY19, we keep close to customer feedback given potential impact on sales motion for FYQ3/Q4.**
- We've seen a significant uptick in escalations in Feb noted below
- Some root issues from escalations impacted the entire customer base as noted in the FN chart (e.g. URL scrambling)
- There's activity underway to resolve

**Notable Escalations**
- Hilton was particularly bad because an attacker used a compromised account to perform phishing using <u>internal to internal mail</u>. EOP's AS/AP stack and Safe Links (which routes to detonation) <u>is not enabled for internal to internal mail</u>. Neel's team is working to resolve this and providing Hilton hands-on support. For the URLs we did see, the scrambling issues resulted in FNs. (Scrambling is stripping parts of the URL to prevent unintended actions on one-time URLs – there's a tradeoff between FNs and FPs.  We've asked EOP to enable automated release of FPs from quarantine so we can be more aggressive while remediating FPs before the customer may notice)
- Coca-Cola misses were primarily due to a configuration issue – a tenant allow policy on coca cola domains (being spoofed) that allowed many of the URLs to bypass the protection stack. For the URLs we did get a chance to detonate, our misses were due to network evasion.

CONFIDENTIAL

# Customer Issues impacting Office 3

| AREAM | MOST RECENT | ISSUE | CUSTOMER(S) |
|---|---|---|---|
| Phishing | February | Landing page (network) evasion | Coca-cola, AHS,Cardiff University Accenture, H&M, HMRC, KBL Indi (9/7/18), Calu.edu (8/28/18), Qan |
| Phishing | February | URL scrambling | Hilton |
| Phishing/Malware | February | Evasion (User agent, Country code, Currency) | AHS |
| Malware | February | Latency (4+ min XLSX with 2+ embedded obj) | Kasikorn Bank Group (threatened |
| Setup | February | Easier setup/configuration of EOP AS/AP stack | Coca-cola, Ready (Feb), Legacy He (Jun 2018) |
| Phishing | January | Detonating URLs in EML/MSG attachments | Cahill Contractors, (7/11/18) Easy |
| Phishing/Malware | November | Threat protection for Azure Storage (Files/Blob) | Accenture, Credit Suisse, others |
| Phishing | October | Detonating links in Office documents and RTF | Accenture, Disney, Budget Saudi EasyJet (6/7/18) |
| Phishing | 9/24/18 | Forms.office.com that looks like a login page, prompting the user to enter their credentials | Hewlett Packard |
| Spam | 9/21/18 | Lottery/business proposal spam/scams (attachments, linked attachments) | IHG, Qantus (8/2/18), Valmet (9/7 |
| Detonation OS | 8/26/18 | MacOS X/Android | Red Bull, FB (May 2018), Field Rea |
| ATP Reputation Cache | 8/15/18 | Regression flipping bad verdicts to good due following to page unavailable verdicts | Tata Motors |
| Phishing URLs | 8/13/18 | Patient zero protection for URL detonation. Synchronous URL detonation policy option | Ascension Health (100k seats), An EFI, MasterCard |
| Phishing | 8/13/18 | Detonating URLs in XPS attachments | *Hunting FNs* |
| Malware | 8/12/18 | Detonating IQY in PDF attachments | *Hunting FNs* |
| Phishing | July 2018 | URLs pointing to file shares hosting files with phishing links (anonymous auth) | *Hunting FNs, Reported by MSRC F* |
| Phishing | 6/23/18 | Safe Links TOC lookup for URLs in PDFs (Office, RTFs) | SonaCare Medical, EasyJet (6/7/1 |
| Phishing | 6/20/18 | Detonating FTP Links point to files | BAI Communications |
| On-Demand Detonation* | 2/27/18 | Add support for detonating an attachment or URL on demand in ATP Admin UI | NYMTA, Goodyear (4/25/17) |

MSFT_TOC00058796

# Customer Issues impacting Office 3





CONFIDENTIAL

MSFT_TOC00058797