# EXHIBIT 47

| | |
|---|---|
| **From:** | Cristian Craioveanu </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICROSOFT.ONMICROSOFT.COM-55760-CRISTIAN CRAIOVEANU> |
| **To:** | Nitin Kumar Goel; Brian Wilcox; Abhijeet Hatekar (MSTIC); Amar Patel (C AND E); Swaroopa Gollapalli; Jason Rogers |
| **Sent:** | 5/23/2019 1:06:21 AM |
| **Subject:** | RE: New mobile phishing method - inception bar |

One little relevant detail. The study was done 1yr+ ago. The current state may have changed since then for non-Microsoft solutions…

**From:** Cristian Craioveanu
**Sent:** Wednesday, May 22, 2019 6:04 PM
**To:** Nitin Kumar Goel <Nitin.Goel@microsoft.com>; Brian Wilcox <brwilcox@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Jason Rogers <jarogers@microsoft.com>
**Subject:** RE: New mobile phishing method - inception bar

This is getting more awareness. Please see attached paper, just presented at IEEE Security & Privacy. The authors tested effectiveness of various lists (GoogleSafeBrowsing, Microsoft's SmartScreen, etc) when various evasion techniques are applied to a phishing site. The graph relevant to this topic:



| | Cloaking Filter Name | HTTP Request Criteria |
|---|---|---|
| A | Control | Allow all |
| B | Mobile Devices | Allow if user agent indicates: Android or iOS |
| C | US Desktop GSB Browsers | Allow if IP country (is/is not) US and user agent indicates: Chrome, Firefox, or Safari; and Windows, Macintosh, or Linux; and not Opera, IE, or Edge; and not iOS or Android |
| D | Non-US Desktop GSB Browsers | |
| E | Block Known Security Entities | Allow if user agent, referrer, hostname, and IP: not known to belong to a security entity or bot |
| F | "Real" Web Browsers | Allow all; content retrieved asynchronously during JavaScript onload event |

Notice that for most evasion techniques monitored there is an amount of support added after significant time has passed from initial URL reporting. There is 0, as in no support by any of the providers given to iOS and Android only pages. The fact that we're not alone in this is of little comfort.

CONFIDENTIAL                                                                                                                                MSFT_TOC00081806

I have chatted with Adam, the main research author, he is willing to collaborate and share his PhishFarm tools for further testing. Paper deserves a read.

Regards,
Cristian

**From:** Nitin Kumar Goel <Nitin.Goel@microsoft.com>
**Sent:** Wednesday, May 1, 2019 2:28 PM
**To:** Brian Wilcox <brwilcox@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>; Cristian Craioveanu <Cristian.Craioveanu@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Jason Rogers <jarogers@microsoft.com>
**Subject:** RE: New mobile phishing method - inception bar

For the ip - I think we can get close much more easily just by using the client ip you capture at time of click, and using Luminati to route through the same/similar ASN.

For mobile browsers, we're using CEF – maybe there's a way for us to run it as a mobile browser instead when the timeofclick user agent indicates they're using a mobile browser? Also fake the user-agent string if it's at least a compatible class of browser.

Thanks,
Nitin.

**From:** Brian Wilcox <brwilcox@microsoft.com>
**Sent:** Wednesday, May 1, 2019 1:57 PM
**To:** Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>; Cristian Craioveanu <Cristian.Craioveanu@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Jason Rogers <jarogers@microsoft.com>; Nitin Kumar Goel <Nitin.Goel@microsoft.com>
**Subject:** RE: New mobile phishing method - inception bar

In my opinion this has the best ROI for this subset of issues but would require mobile users to VPN through us.

---
Brian Wilcox
Program Manager II – Advanced Threat Protection
LinkedIn | Github

**From:** Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>
**Sent:** Monday, April 29, 2019 4:29 PM
**To:** Brian Wilcox <brwilcox@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>; Cristian Craioveanu <Cristian.Craioveanu@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Jason Rogers <jarogers@microsoft.com>; Nitin Kumar Goel <Nitin.Goel@microsoft.com>
**Subject:** RE: New mobile phishing method - inception bar

Adding @Nitin Kumar Goel

You are right. Moving to DaaS will at least make use look like coming from Azure ranges and not explicit EOP DCs. It's a difficult problem to identify and render responsive content on different browsers/OS.

May be we let tenants choose what type of detonations they want for Urls. The more secure policy would let us do more aggressive analysis using multiple browsers, various user-agent seen for the tenants etc. Or TimeOfClick signals sonar that the URL was clicked on Android, MacOS browser and we make use of that browser stack not just user-agent. I believe we do get some of this data but don't make use of it yet.

Another option would be to act as a proxy for TimeOfClick URLs (similar to zscalar), then we will get to inspect lot

more.

Regards,
Abhie


**From:** Brian Wilcox <brwilcox@microsoft.com>
**Sent:** Monday, April 29, 2019 3:39 PM
**To:** Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>; Cristian Craioveanu <Cristian.Craioveanu@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Jason Rogers <jarogers@microsoft.com>
**Subject:** RE: New mobile phishing method - inception bar

Yup, it would be trivial to do a reverse proxy, serve different content based on user agent, etc.

Some rules for which can be found here: http://detectmobilebrowsers.com/

There are also lots of legit reasons to do this so this alone isn't a sign of malicious activity, but scrolling navbars simulating banking URLs would be J. My concern is it is really easy to resolve our IP space and potentially fingerprint our browser etc. For example use server side rewrite to only send phish to browsers that are *not* chrome on desktop would bypass us right?

I don't know if there is any evidence of an attack like this but I could see for attacking an organization that uses Macs only that would be a clever way to bypass us.

---
Brian Wilcox
Program Manager II – Advanced Threat Protection
LinkedIn | Github


**From:** Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>
**Sent:** Monday, April 29, 2019 3:31 PM
**To:** Brian Wilcox <brwilcox@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>; Cristian Craioveanu <Cristian.Craioveanu@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Jason Rogers <jarogers@microsoft.com>
**Subject:** RE: New mobile phishing method - inception bar

We might need to extract HTML5 fullscreen related features but it shouldn't impact us from detecting such phishing sites. Unless the content is restricted only to Mobile browsers.

Regards,
Abhie


**From:** Brian Wilcox <brwilcox@microsoft.com>
**Sent:** Monday, April 29, 2019 3:23 PM
**To:** Amar Patel (C AND E) <amarpa@microsoft.com>; Cristian Craioveanu <Cristian.Craioveanu@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Jason Rogers <jarogers@microsoft.com>
**Subject:** New mobile phishing method - inception bar

Let me know if this is an inappropriate way to field this request.

The gist of it is on mobile certain browsers will allow the webpage to take 100% of the screen space as you scroll down. Detecting this the website can add a visual element that looks like a URL bar with valid looking URL bar + HTTPS for any webpage, its just a visual element on the page and will follow as you scroll.

   1. Do we detect this sort of attack? Might be something we want to check for at least for the implementation of

it the author exposes here as part of a phish check.
2. Raises another interesting point, an attacker can craft phish just for mobile and provide this experience for mobile and not desktop users. Would we detect a mobile only phishing attack today?

Description of the attack and example here:
https://jameshfisher.com/2019/04/27/the-inception-bar-a-new-phishing-method/

This is probably a little niche today but I could see this becoming much more prevalent over time and it isn't technically challenging to pull off.

---
Brian Wilcox
Program Manager II – Advanced Threat Protection
LinkedIn | Github