# EXHIBIT 48

CONFIDENTIAL & ATTORNEYS EYES ONLY

Page 1

```
 1            UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
 2         CASE NO.: 20-60416-CIV-CANNON/HUNT
 3    TOCMAIL INC.,
      a Florida corporation,
 4
           Plaintiff,
 5
      vs.
 6
      MICROSOFT CORPORATION,
 7    a Washington corporation,
 8         Defendant.
      _____/
 9
10         VIDEO CONFERENCE VIDEOTAPE DEPOSITION OF
11                    BRIAN M. WILCOX
12         ***CONFIDENTIAL & ATTORNEYS EYES ONLY***
13
14
       DATE TAKEN:    Thursday, March 25, 2021
15
       TIME:          DESIGNATED CONFIDENTIAL:
16                    12:10 p.m. - 02:26 p.m. EDT
17                    DESIGNATED ATTORNEYS EYES ONLY:
                      03:04 p.m. - 06:04 p.m. EDT
18
       PLACE:         Via Video Conference
19
20
21
22     Stenographically Reported Via Video Conference:
23                 Linda S. Blackburn
                Registered Diplomate Reporter
24                Registered Merit Reporter
                 Certified Realtime Reporter
25               Certified Realtime Captioner
```

CONFIDENTIAL & ATTORNEYS EYES ONLY

Page 2

```
 1              APPEARANCES
 2     (All Parties Appearing Via Video Conference)
 3   Counsel for Plaintiff:
 4      JOSHUA D. MARTIN, ESQUIRE
        Johnson & Martin PA
 5      500 West Cypress Creek Road
        Suite 430
 6      Fort Lauderdale, Florida 33309-6165
        954.790.6699
 7      josh.martin@johnsonmartinlaw.com
 8   Counsel for Defendant:
 9      RENE TREVINO, ESQUIRE
        KYLE DUGAN, ESQUIRE
10      Greenberg Traurig LLC
        1000 Louisiana Street
11      Suite 1700
        Houston, Texas 77002-5001
12      713.374.3541
        trevinor@gtlaw.com
13      duganky@gtlaw.com
14   Also Present:
15      Michael Wood, CEO, TocMail Inc.
        (Present from 12:00 p.m. to 2:26 p.m.)
16
        Aaron Wolke, Paralegal, Johnson & Martin PA
17
        Rachel Hymel, Trial Consultant, Greenberg
18       Traurig LLC
19      James Montemurno, Video Specialist, Veritext
20
21
22
23
24
25
```

```
 1                      I N D E X
 2   WITNESS                                           PAGE
 3   Called by the Plaintiff:
 4   BRIAN M. WILCOX................................  12
 5   Direct Examination by Mr. Martin...............  12
 6   Certificate of Oath............................ 169
 7   Certificate of Reporter........................ 170
 8                     E X H I B I T S
 9                       (Attached)
10                    ***CONFIDENTIAL***
11   PLAINTIFF            DESCRIPTION                 PAGE
12   Exhibit 1  3-20-19 to 3-30-19 Email Chain
13              Bates Nos. MSFT_TOC00146656-144661
14                        CONFIDENTIAL                 20
15   Exhibit 2  10-5-18 to 10-8-18 Email Chain
16              Bates Nos. MSFT_TOC00325114-325115
17                        CONFIDENTIAL                 24
18   Exhibit 3  Link Attached to Exhibit 2
19              Screenshot of Blog Post Titled
20              "Identifying a Phisher"
21                        CONFIDENTIAL                 29
22   Exhibit 4  3-29-19 to 5-23-19 Email Chain
23              Bates Nos. MSFT_TOC00038341-38344
24                        CONFIDENTIAL                 40
25
```

CONFIDENTIAL & ATTORNEYS EYES ONLY

Page 4

I N D E X

WITNESS                                                       PAGE

E X H I B I T S

(Attached)

***CONFIDENTIAL***

| PLAINTIFF | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 5 | 2-24-20 Email | |
| | Bates Nos. MSFT-TOC00008783-8790 | |
| | CONFIDENTIAL | 43 |
| Exhibit 6 | 4-14-20 Email Chain | |
| | Bates Nos. MSFT_TOC00011107-11118 | |
| | CONFIDENTIAL | 46 |
| Exhibit 7 | 6-9-20 Email | |
| | Bates Nos. MSFT_TOC00010453-10468 | |
| | CONFIDENTIAL | 47 |
| Exhibit 8 | 6-17-20 Email | |
| | Bates Nos. MSFT_TOC00010872-10885 | |
| | CONFIDENTIAL | 48 |
| Exhibit 9 | 10-26-20 to 10-27-20 Email Chain | |
| | Bates Nos. MSFT_TOC00123904-123907 | |
| | CONFIDENTIAL | 50 |
| Exhibit 10 | 5-3-19 Email Chain | |
| | Bates Nos. MSFT_TOC00011966-11970 | |
| | CONFIDENTIAL | 55 |

```
 1                    I N D E X

 2   WITNESS                                      PAGE

 3                    E X H I B I T S

 4                       (Attached)

 5                    ***CONFIDENTIAL***

 6   PLAINTIFF           DESCRIPTION              PAGE

 7   Exhibit 11 11-2-20 Email

 8              Bates No. MSFT_TOC00064254

 9                       CONFIDENTIAL              61

10   Exhibit 12 9-11-19 to 9-23-19 Email Chain

11              Bates Nos. MSFT_TOC00327734-327735

12                       CONFIDENTIAL              62

13   Exhibit 13 Screenshot of 4-11-16

14              Microsoft.com Security Blog

15              Article Titled "What's the Art of

16              War Got to do with Cybercrime?

17              Quite a Bit Actually" CONFIDENTIAL  64

18   Exhibit 14 Screenshot of 1-5-21

19              Microsoft.com Article Titled "What

20              is Risk?" CONFIDENTIAL              65

21   Exhibit 15 Screenshot of 6-25-20

22              Microsoft.com Titled "What is

23              Password Hash Synchronization With

24              Azure AD?" CONFIDENTIAL             67

25
```

```
 1                  I N D E X
 2   WITNESS                                          PAGE
 3                    E X H I B I T S
 4                       (Attached)
 5                     ***CONFIDENTIAL***
 6   PLAINTIFF          DESCRIPTION                   PAGE
 7   Exhibit 16 7-15-20 to 7-23-20 Email Chain
 8              Bates Nos. MSFT_TOC00144836-144844
 9                         CONFIDENTIAL                68
10   Exhibit 17 Microsoft Information Document
11              Titled "Discover Threats Quickly,
12              Remediate Immediately, and
13              Mitigate the Impact of Malware and
14              Breaches     CONFIDENTIAL              76
15   Exhibit 18 10-5-18 to 10-9-18 Email Chain
16              Bates Nos. MSFT_TOC00145031-145034
17                         CONFIDENTIAL                80
18
19
20
21
22
23
24
25
```

CONFIDENTIAL & ATTORNEYS EYES ONLY

Page 7

```
 1                        I N D E X
 2    WITNESS                                              PAGE
 3                       E X H I B I T S
 4                         (Attached)
 5                  ***ATTORNEYS EYES ONLY***
 6    PLAINTIFF            DESCRIPTION                     PAGE
 7    Exhibit 19  8-20-20 to 10-22-20 Email Chain -
 8                Native Format
 9                Bates No. MSFT_TOC00003360
10                     ATTORNEYS EYES ONLY                  87
11    Exhibit 20  10-27-20 to 11-2-20 Email Chain -
12                Native Format
13                Bates Nos. MSFT_TOC0011758-11784
14                     ATTORNEYS EYES ONLY                  93
15    Exhibit 21  8-21-20 to 10-23-20 Email Chain -
16                Native Format
17                Bates Nos. MSFT-TOC00113846-113848
18                     ATTORNEYS EYES ONLY                 109
19    Exhibit 22  10-27-20 to 11-2-20 Email Chain -
20                Native Format
21                Bates Nos. MSFT_TOC00113185-113187
22                     ATTORNEYS EYES ONLY                 118
23    Exhibit 23  12-9-20 to 12-22-20 Email Chain
24                Bates Nos. MSFT_TOC00112133-112146
25                     ATTORNEYS EYES ONLY                 124
```

CONFIDENTIAL & ATTORNEYS EYES ONLY

Page 8

```
 1                    I N D E X
 2   WITNESS                                         PAGE
 3                    E X H I B I T S
 4                      (Attached)
 5              ***ATTORNEYS EYES ONLY***
 6   PLAINTIFF           DESCRIPTION                 PAGE
 7   Exhibit 24 1-25-21 to 1-26-21 Email Chain
 8              Bates Nos. MSFT_TOC00111779-111781
 9                     ATTORNEYS EYES ONLY            130
10   Exhibit 25 1-25-21 to 1-26-21 Email Chain
11              Bates Nos. MSFT_TOC00146971-146973
12                     ATTORNEYS EYES ONLY            136
13   Exhibit 26 Document, Written by Brian Wilcox,
14              Titled "Detonation Caching
15              Scenarios"
16              Bates Nos. MSFT_TOC00136319-136321
17                     ATTORNEYS EYES ONLY            137
18   Exhibit 27 10-15-19 Email Chain
19              Bates Nos. MSFT_TOC00115363-115366
20                     ATTORNEYS EYES ONLY            141
21   Exhibit 28 8-12-19 to 10-17-19 Email Chain
22              Bates Nos. MSFT_TOC00116650-116656
23                     ATTORNEYS EYES ONLY            144
24
25
```

Veritext Legal Solutions
800-726-7007                                          305-376-8800

CONFIDENTIAL & ATTORNEYS EYES ONLY

Page 9

```
 1                      I N D E X
 2   WITNESS                                          PAGE
 3                      E X H I B I T S
 4                      (Attached)
 5               ***ATTORNEYS EYES ONLY***
 6   PLAINTIFF            DESCRIPTION                 PAGE
 7   Exhibit 29 8-24-20 Email Chain
 8            Bates Nos. MSFT_TOC00114379-114384
 9                 ATTORNEYS EYES ONLY                 146
10   Exhibit 30 7-21-20 Email
11            Bates Nos. MSFT_TOC00110586-110587
12                 ATTORNEYS EYES ONLY                 148
13   Exhibit 31 4-23-20 to 4-28-20 Email Chain
14            Bates Nos. MSFT_TOC00073734-73738
15                 ATTORNEYS EYES ONLY                 151
16   Exhibit 32 8-6-20 Email
17            Bates No. MSFT_TOC00126755
18                 ATTORNEYS EYES ONLY                 158
19   Exhibit 33 6-2-20 Email
20            Bates Nos. MSFT_TOC00122616-122622
21                 ATTORNEYS EYES ONLY                 161
22   Exhibit 34 3-23-20 to 3-25-20 Email Chain
23            Bates Nos. MSFT_TOC00144432-144435
24                 ATTORNEYS EYES ONLY                 163
25
```

Case 0:20-cv-60416-AMC Document 97-48 Entered on FLSD Docket 07/09/2021 Page 11 of 15
CONFIDENTIAL & ATTORNEYS EYES ONLY

Page 14

1    he'll instruct you not to answer that question.
2            I'm going to probably ask some questions
3    that may not be 100 percent clear.  We've done a
4    lot of these depositions, but I'm not perfect.  So
5    if you don't understand a question or if it's not
6    clear, just please feel free to let me know that
7    you don't understand the question.
8            If you answer the question, I'm going to
9    assume that you understood it though.  Is that
10   fair?
11       A.   Sure.
12       Q.   Is there anything that would affect your
13   ability to answer truthfully and accurately here
14   today?
15       A.   No, there's not.
16       Q.   What is your current position at
17   Microsoft?
18       A.   I'm a senior program manager.
19       Q.   What exactly are your job responsibilities
20   and duties in that position?
21       A.   I prioritize the backlog for the areas
22   that I own.
23       Q.   And what are those?
24       A.   I own Safe Links and Safe Attachments.
25       Q.   So when you say the word "own," what do

1     A.   So when I refer to mail flow, the
2  definition of the term that I'm using is when an
3  email is sent to someone, so prior to delivery, we
4  check the contents of that email.
5     Q.   Okay.  So, and it's your testimony that
6  Sonar doesn't have HEAD requests; they only --
7  Sonar only does a request -- there's only GET
8  requests with respect to Sonar?
9     A.   I'm not a hundred percent sure.  I'm not
10 actually the owner of the Sonar service, but we
11 work closely together.
12    Q.   Okay.  Have you set up other sites to
13 observe ATP traffic?
14    A.   I've set up a basic web service to observe
15 ATP traffic.
16    Q.   And what kind of traffic did you observe?
17    A.   I observed hits from our service.
18    Q.   Okay.  Let's break that down.  When you
19 say "hits," what does that mean?
20    A.   So when the Sonar service reaches out to a
21 page, it actually requests the web page and
22 evaluates to see if it's malicious or not.
23    Q.   Okay.  So when you say "hits from our
24 service," what exactly are -- what exact -- what
25 exactly does that mean?

CONFIDENTIAL & ATTORNEYS EYES ONLY

Page 117

1   least evasion of rep, maybe evasion of sending to
2   Sonar, if the server software can craft one
3   response to the HEAD request and a different one
4   from the GET.  Doing so is trivial."
5           What did you mean there when you said
6   "Doing so is trivial"?
7      A.   For the sake of context, do you mind if we
8   scroll further up in the thread?  Okay.  I had -- I
9   had thought Abhishek had responded.  Maybe if we go
10  back down.  Maybe that was a different document.
11  Or if you could keep it scrolling down.  Maybe it's
12  this one.  Okay.  We can return to the paragraph.
13          So what I'm referring to here is the
14  ability to send one response code to one type of
15  request and a different response code to a
16  different type of request.
17     Q.   Okay.  And what did you mean when you said
18  "Doing so is trivial"?
19     A.   The -- what I meant by that is the server
20  software can craft one response to the HEAD request
21  and a different one to the GET request, and
22  implementation of that is trivial.
23     Q.   Okay.  So that -- so that implementation
24  is easy to do?
25     A.   In my opinion, yeah.

CONFIDENTIAL & ATTORNEYS EYES ONLY

Page 169

1       CERTIFICATE OF OATH

2  STATE OF FLORIDA

3  COUNTY OF POLK

4

5       I, Linda S. Blackburn, Registered
6  Diplomate Reporter, Registered Merit Reporter,
7  Certified Realtime Reporter, Certified Realtime
8  Captioner, and Notary Public in and for the State
9  of Florida at large, hereby certify that the
10 witness named herein appeared remotely before me on
11 March 25, 2021, produced a Washington Driver's
12 License as identification, and was duly sworn.
13      WITNESS my hand and official seal this
14 March 27, 2021.

21 _____
22 Linda S. Blackburn, RDR, RMR, CRR, CRC
23 Notary Public - State of Florida
24 My Commission No.: HH 039527
25 Expires: 11-03-24

CONFIDENTIAL & ATTORNEYS EYES ONLY

Page 170

```
 1              CERTIFICATE OF REPORTER
 2    STATE OF FLORIDA
 3    COUNTY OF POLK
 4
 5              I, Linda S. Blackburn, Registered
 6    Diplomate Reporter, Registered Merit Reporter,
 7    Certified Realtime Reporter, and Certified Realtime
 8    Captioner, do hereby certify that I was authorized
 9    to and did stenographically report the examination
10    of the witness named herein, via video conference,
11    to the best of my ability, that a review of the
12    transcript was not requested, and that the
13    foregoing transcript is a true record of my
14    stenographic notes.
15              I FURTHER CERTIFY that I am not a
16    relative, employee, or attorney or counsel for any
17    of the parties, nor am I a relative of or employee
18    of any of the parties' attorney(s) or counsel
19    connected with the action, nor am I financially
20    interested in the outcome of this action.
21              Dated this March 27, 2021, at Lakeland,
22    Polk County, Florida.
23
24                    [signature: Linda S. Blackburn]
                      _____
25              Linda S. Blackburn, RDR, RMR, CRR, CRC
```