# EXHIBIT 49

| | |
|---|---|
| **From:** | Krishnan Rangarajan </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICROSOFT.ONMICROSOFT.COM-55760-KRISHNAN RANGARAJAN> |
| **To:** | Ross Adams; Liming Hong; Manohar Bodke |
| **CC:** | Michael Wilde |
| **Sent:** | 1/23/2020 6:02:51 PM |
| **Subject:** | RE: Disrupting abuse campaigns hosted in SPO |

Thanks Ross for sending the flowchart. I don't have access to the files either.

I thought SPO was planning to compute the SHA256 hash of the file and put it as part of the audit event (based on Michael's suggestion). Is this not the case?

@Ross Adams, I like your proposal. Your high level data flow sync's up with what I had proposed last year with the exception of EOP downloading the file + a few minor changes. I would add the following explicitly–
  a. Get the "actual file url" in the maiflow and **in TOC/API** (this would be call to SPO). SPO ATP path already has actual file url data in the audit event (as you mentioned)
  b. Cluster the "actual file url" so that we can send the SPO URL to SONAR for detonation once the cluster reaches a threshold
  c. This way, the verdict for the same file with morphed URL flows to different entity types - HFH, URL.

Re-submit based on timeout is a good call.

For LOF (links Open Fast), SPO calls SafelinksAPI during the time of click, I have pitched the idea of **SPO sending us additional information to the API (like the actual file URL, last modified date time, SHA256 etc)**. If we get this information, we can highly use it for our benefit w.r.t verdict and re-detonation.

We should also ask for phash in the audit event as an added bonus. If the file is already scanned by AV, mpgear in AV would generate the phash and they can somehow push it in the event.

**From:** Ross Adams <Ross.Adams@microsoft.com>
**Sent:** Thursday, January 23, 2020 7:57 AM
**To:** Liming Hong <limingh@microsoft.com>; Krishnan Rangarajan <krishran@microsoft.com>; Manohar Bodke <Manohar.Bodke@microsoft.com>
**Cc:** Michael Wilde <mwilde@microsoft.com>
**Subject:** RE: Disrupting abuse campaigns hosted in SPO

Inline.

Regards,
Ross.


**From:** Liming Hong <limingh@microsoft.com>
**Sent:** Thursday, January 23, 2020 1:44 AM
**To:** Ross Adams <Ross.Adams@microsoft.com>; Krishnan Rangarajan <krishran@microsoft.com>; Manohar Bodke <Manohar.Bodke@microsoft.com>
**Cc:** Michael Wilde <mwilde@microsoft.com>
**Subject:** RE: Disrupting abuse campaigns hosted in SPO

+Manohar.

These 2 links don't work for me. Could you verify the url or send me a copy separately? Or could you grant me access to the teams?
O365 ATP - Detonating SPO Links - Cost Over Time.xlsx
Protection for SPO authenticated Content.pptx

*[Rossa] will check these and see what is happening, but they stopped working for me too.*

Comments on first page in Visio
1. Today we only do HFH reputation, not url reputation check/update in SPO ATP pipeline, since we treat it as SafeAttachment detonation. @Manohar please confirm. This is a gap we should catch up.

*[Rossa] Yes we have gaps in this process, it is not complete.*

2. Today we already call back to SPO to block the file if detonation result is bad.

*[Rossa] Right I didn't call out all the bits that were new or existing only the overall process I can try and highlight what we have today but is the picture correct?*

Comments on second page in Visio
1. What does color code indicate?

*[Rossa] Service boundaries I'll add a legend.*

2. I thought now we want to manage the content rather than Sonar download from SPO, right? Krishnan's proposal was to trigger SPO ATP pipeline from mailflow if we see SPO link. Any concern with this idea?

*[Rossa] Sonar should continue to do what it does with anonymous content and we need to look at the options when they see a link mid way through the detonation, i.e. behind some redirection that we can't see. I proposed a few different options here, but the optimal path would be via Sonar, but if we do this correctly then we should have all already detonated it. Also we discussed us trying to get the SPO content in mail flow and we closed that we can't do this all the time since it is trivial to hide the content from us, so we have to assume that SPO links will only be seen by Sonar, however if we did the right selection then they should have details of the file if they have the link transformation logic.*

General comments
1. Is SPO planning to add file hash to sharing link or add an API for us to get file hash?

*[Rossa] No, I don't think they are planning on generating a new HFH but we can talk to them.*

2. In our system we are using SHA256 (HFH), we need ask SPO give us SHA256 hash, not SHA1.

*[Rossa] See my point above they may not but we can ask.*

3. The problem of having hash in url is that attacker can modify the url and easily invalidate our pre-download hfh rep check.

*[Rossa] The has won't be in the URL. The reason we want a hash is that we may have already detonated that as an attachment in mail flow and visa versa. The URL in this case is the "file URL" that is unique to each file (as we get it today in the audit stream) and we use an SPO api to map the sharing URL back to the file URL so it doesn't matter how they share it we can see what the verdict was for the file.*

4. SPO user can change file content after sharing, we should make fresh call to SPO to get hash before download attempt, they should compute the hash whenever file is changed.

*[Rossa] Good point we talked about a process to re-detonate these files based on a cache timeout. I'll see if I can add something here.*

5. Today we also have FN/FP time travel of SPO ATP detonation result if verdict changes from our HFH list. The TT action is simply update SPO with the flipped verdict. We should extend it to trigger SPO ATP TT by url list as well.

*[Rossa] correct we need the full list to be there and also to extract and keep the file URL not just the sharing URL. Likely need KES to do this mapping to so when an Analyst adds a SPO URL we find the file URL and add that too.*

6. Today SPO ATP route message to link initiator tenant's quarantine store after bad detection. Now if we detonation because link shared-to user is ATP, should we also route to the link receiver tenant's quarantine store?

*[Rossa] We should see what experience we want when the sharing tenant is not ATP, but it feels like we may want to do the same thing here to protect the customers.*

Here is list of high level proposals I captured in ATP planning

| |
|---|
| Increase SPO ATP coverage for ATP sharing recipients |
| Increase SPO ATP coverage for anonymous sharing links |
| Trigger SPO APO during mailflow |
| SPO ATP capacity study and planning |

Associate SPO ATP verdicts with both file hash and sharing links, loggings

Extend SPO ATP TT to log sharing link and trigger TT by url list

If SPO can give us an API to return SHA256 of specified file, we can make the call to get the hash, do rep check, before downloading SPO content

Thanks
Liming

**From:** Ross Adams <Ross.Adams@microsoft.com>
**Sent:** Wednesday, January 22, 2020 9:08 AM
**To:** Liming Hong <limingh@microsoft.com>; Krishnan Rangarajan <krishran@microsoft.com>
**Cc:** Michael Wilde <mwilde@microsoft.com>
**Subject:** RE: Disrupting abuse campaigns hosted in SPO

Can you guys take a look at the visio. I think this covers the scenario on what we need, there are some open questions around how Sonar would handle an SPO link that they get mid way through the chain, but I think we should be able to have the conversation on how the COGs calls would go.

The main item may be around how we get the HFH, the suggestion I made was that we would check the file URL against the list and if that wasn't there then we would pull content and generate a HFH and then compare this to our list of known bad HFH's. Seems like a reasonable optimization to make sure we don't download too many items.

From a GOGs perspective Sonar did quite a bit of work here

O365 ATP - Detonating SPO Links - Cost Over Time.xlsx
Protection for SPO authenticated Content.pptx slide 5 has a break down of the details as well.

Regards,
Ross.

**From:** Ross Adams
**Sent:** Wednesday, January 22, 2020 8:58 AM
**To:** Matt Swann (ODSP SECURITY) <mswann@microsoft.com>; Michael Wilde <mwilde@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>; Roger Gu <rogu@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Jason Rogers <jarogers@microsoft.com>; Michael Tyomkin <Michael.Tyomkin@microsoft.com>; Rafael Lopez-Uricoechea <rafael@microsoft.com>; Stephen Rice <srice@microsoft.com>; Steve Rayson <srayson@microsoft.com>; Francisco Garcia-Ascanio <Francisco.Garcia-Ascanio@microsoft.com>
**Cc:** Cristian Craioveanu <Cristian.Craioveanu@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Liming Hong <limingh@microsoft.com>; Krishnan Rangarajan <krishran@microsoft.com>; Brian Wilcox <brwilcox@microsoft.com>; William Su <ruiwensu@microsoft.com>
**Subject:** RE: Disrupting abuse campaigns hosted in SPO

Hi All,

I've put together a flow of how this could work based on the conversation. The attached Visio has two flows, the first is based on the initial sharing event from SPO and the second is how this could be used during run time. Please let me know if you have any comments.

Regards,
Ross.

**From:** Matt Swann (ODSP SECURITY) <mswann@microsoft.com>
**Sent:** Monday, January 6, 2020 4:11 PM
**To:** Michael Wilde <mwilde@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>; Roger Gu

<rogu@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Jason Rogers <jarogers@microsoft.com>; Michael Tyomkin <Michael.Tyomkin@microsoft.com>; Rafael Lopez-Uricoechea <rafael@microsoft.com>; Stephen Rice <srice@microsoft.com>; Steve Rayson <srayson@microsoft.com>; Francisco Garcia-Ascanio <Francisco.Garcia-Ascanio@microsoft.com>
**Cc:** Cristian Craioveanu <Cristian.Craioveanu@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Liming Hong <limingh@microsoft.com>; Krishnan Rangarajan <krishran@microsoft.com>; Brian Wilcox <brwilcox@microsoft.com>; Ross Adams <Ross.Adams@microsoft.com>; William Su <ruiwensu@microsoft.com>
**Subject:** Re: Disrupting abuse campaigns hosted in SPO

Thanks for meeting this afternoon. Notes:

- Ross's proposal

    - When sharing occurs today, an audit event is written to the UAL
    - Today Office ATP filters out sharing events from non-E5 tenants (only E5 sharing links are detonated)
    - Proposal:

        - SPO updates the audit event to include sender (user + tenant), recipient (anonymous or specific addresses), link type, and link itself
        - Office ATP removes the filter and expands the scope of sharing events that are detonated
        - Office ATP will detonate all links for anonymous sharing (regardless of tenant SKU)

    - Office ATP will call back into SPO and set the Infected bit on the document if necessary
    - Does file hash need to be added to the sharing link?

---

**From:** Matt Swann (ODSP SECURITY)
**Sent:** Tuesday, November 26, 2019 5:25 PM
**To:** Michael Wilde <mwilde@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>; Roger Gu <rogu@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Jason Rogers <jarogers@microsoft.com>; Michael Tyomkin <Michael.Tyomkin@microsoft.com>; Rafael Lopez-Uricoechea <rafael@microsoft.com>; Stephen Rice <srice@microsoft.com>; Steve Rayson <srayson@microsoft.com>; Francisco Garcia-Ascanio <Francisco.Garcia-Ascanio@microsoft.com>
**Cc:** Cristian Craioveanu <Cristian.Craioveanu@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Liming Hong <limingh@microsoft.com>; Krishnan Rangarajan <krishran@microsoft.com>; Brian Wilcox <brwilcox@microsoft.com>; Ross Adams <Ross.Adams@microsoft.com>; William Su <ruiwensu@microsoft.com>
**Subject:** Disrupting abuse campaigns hosted in SPO
**When:** Monday, January 6, 2020 4:00 PM-5:00 PM.
**Where:** Conf Room 34/2301 (10) (3720 159th Avenue NE, REDMOND, WA, United States)

Moving per Michael's request.

**Azure DaaS**: Azure's detonation system.
**Office ATP**: detonation for ATP customers + admin alerting + reactive flows. Some E3 flows go through here.

### Proposed design

1. When an anonymous link is created in SPO

    a. SPO ensures that a SHA1 hash has been computed for the file contents
    b. SPO sends the hash + the link + tenant information

            i. to ATP for all customers (ATP and non-ATP)

                1. ATP may or may not do anything with this data

            ii. to Azure DaaS for non-ATP customers

2. If the file is abuse,

    a. ATP calls SPO API to mark the file as infected (already has S2S identity + allowed to set virus status)
    b. Azure DaaS publishes a feed of abuse URLs hosted on SPO -- someone must ingest and call SPO API to set infected bit

        i. This includes detonation results (proactive) as well as abuse found via mailflow (reactive)
        ii. API exists to turn a sharing link back into a canonical file URL

**Next steps**

1. **NOW: Data study (Abhijeet/Amar/Michael)**

    a. How many abuse files match a known-bad hash?
    b. These represent opportunities to return an early verdict without avoid detonation (COGS win for everyone)

2. **NEXT MEETING: Discuss COGS concerns**

    a. Load caused by SPO on ATP service
    b. Extra file reads caused by ATP on SPO service
    c. Chargeback model for Azure DaaS utilization
    d. Network transfer cost if the file is read cross-region
    e. Ensure that we do not scan links twice (once at generation time for all users + once at click time for E5 users)

3. **TBD: Discuss opportunities for improvement**

    a. Can ATP reduce file reads if we send a file hash along with the link?
    b. Can ATP accept a POST of the file bytes instead of retrieving them in a separate call?
    c. If the link is clean, can we avoid wrapping it in SafeLinks to reduce EUPL for recipients who click a link?
    d. In the future we may want to...

        i. send authenticated sharing links in addition to anonymous sharing links
        ii. send links each time shared content is updated (instead of only on link creation)

**ATP concerns**

- How do we protect ATP customers in the SharePoint environment

    o ATP customer links go through ATP's detonation in order to feed into O365 ATP admin experiences

- How do we *not* provide holistic protection for the SharePoint environment

    o We don't want every file in SPO to go to ATP for detonation

- What specifically is the role of Office ATP vs. general protection for the environment (SONAR etc)

    o ATP customers pay for ATP COGS
    o Non-ATP customer traffic (files) should be routed to DaaS rather than to ATP to avoid impacting ATP COGS

- o Anonymous links should be routed to DaaS to combat abuse at the source
- Offer a comparable level of protection to SPO E3 customers that we offer to EXO E3 customers
  - o Detonate based on clusters of suspicious activity - even for non-ATP customers

---

**From:** Michael Wilde <mwilde@microsoft.com>
**Sent:** Thursday, November 21, 2019 5:51:35 PM
**To:** Matt Swann (ODSP SECURITY) <mswann@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Roger Gu <rogu@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Jason Rogers <jarogers@microsoft.com>; Michael Tyomkin <Michael.Tyomkin@microsoft.com>
**Cc:** Steve Rayson <srayson@microsoft.com>; Stephen Rice <srice@microsoft.com>; Rafael Lopez-Uricoechea <rafael@microsoft.com>
**Subject:** Re: SPO/ATP questions

Would it be possible to get a per region max breakdown per hour if you have it? For the discussion we need to evaluate capacity per region.

Thanks,
Michael

Get Outlook for iOS

---

**From:** Matt Swann (ODSP SECURITY) <mswann@microsoft.com>
**Sent:** Thursday, November 21, 2019 9:00:59 AM
**To:** Amar Patel (C AND E) <amarpa@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Roger Gu <rogu@microsoft.com>; Michael Wilde <mwilde@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Jason Rogers <jarogers@microsoft.com>; Michael Tyomkin <Michael.Tyomkin@microsoft.com>
**Cc:** Steve Rayson <srayson@microsoft.com>; Stephen Rice <srice@microsoft.com>; Rafael Lopez-Uricoechea <rafael@microsoft.com>
**Subject:** Re: SPO/ATP questions

Rafael did the analysis and we're currently seeing a peak load of 54k anonymous links created per hour (attached and below).

The proposal is to send these anonymous links to @Michael's API for detonation at the time the link is created; I'll set up a meeting so we can chat more in person.

Thanks,
Matt

CONFIDENTIAL
MSFT_TOC00091847



**From:** Amar Patel (C AND E) <amarpa@microsoft.com>
**Sent:** Monday, November 18, 2019 1:37 PM
**To:** Matt Swann (ODSP SECURITY) <mswann@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Roger Gu <rogu@microsoft.com>; Michael Wilde <mwilde@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Jason Rogers <jarogers@microsoft.com>; Michael Tyomkin <Michael.Tyomkin@microsoft.com>
**Cc:** Steve Rayson <srayson@microsoft.com>; Stephen Rice <srice@microsoft.com>; Rafael Lopez-Uricoechea <rafael@microsoft.com>
**Subject:** RE: SPO/ATP questions

We'll need a forecast for submissions per hour for SPO Proactive from Source. @Michael Tyomkin can help you with that. Are we detonating 100% of this?

**From:** Matt Swann (ODSP SECURITY) <mswann@microsoft.com>
**Sent:** Monday, November 18, 2019 12:42 PM
**To:** Amar Patel (C AND E) <amarpa@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Roger Gu <rogu@microsoft.com>; Michael Wilde <mwilde@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Jason Rogers <jarogers@microsoft.com>
**Cc:** Steve Rayson <srayson@microsoft.com>; Stephen Rice <srice@microsoft.com>; Rafael Lopez-Uricoechea <rafael@microsoft.com>
**Subject:** Re: SPO/ATP questions

Yes, proactive detection at the time a sharing (anonymous) link has been created. @Michael said we should send this to his existing instance so I'd like to start with that approach rather than starting a new chargeback model for SPO detonation.

**From:** Amar Patel (C AND E) <amarpa@microsoft.com>
**Sent:** Monday, November 18, 2019 12:38 PM
**To:** Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Roger Gu <rogu@microsoft.com>; Matt Swann (ODSP SECURITY) <mswann@microsoft.com>; Michael Wilde <mwilde@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Jason Rogers <jarogers@microsoft.com>
**Cc:** Steve Rayson <srayson@microsoft.com>; Stephen Rice <srice@microsoft.com>; Rafael Lopez-Uricoechea <rafael@microsoft.com>
**Subject:** RE: SPO/ATP questions

For 3, are you talking about proactive detonation at the source and takedown per our other thread or is this something different?

Let's separate proactive detection of Abuse of SPO/OD vs. expanding the ATP P1/P2 value prop for ATP customers.

For proactive prevention of Abuse (similar to what we're doing in Azure), we'd rather look at onboarding you to Azure DaaS directly vs. sending this detonation traffic to the bare metal data centers supporting ATP P1/P2 SKUs.

Let me know if I'm misunderstanding. If I'm not, we have an onboarding form for you to consider and fill.

---

**From:** Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>
**Sent:** Saturday, November 16, 2019 10:08 PM
**To:** Roger Gu <rogu@microsoft.com>; Matt Swann (ODSP SECURITY) <mswann@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>; Michael Wilde <mwilde@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Jason Rogers <jarogers@microsoft.com>
**Cc:** Steve Rayson <srayson@microsoft.com>; Stephen Rice <srice@microsoft.com>; Rafael Lopez-Uricoechea <rafael@microsoft.com>
**Subject:** Re: SPO/ATP questions

We do run Microsoft defender AV during detonation and our detection stack is not just limited to Malware. Our Phishing detection stack is very rich and have ability to detect office form based phishing content as long as they are publically accessible.

We currently do not have ability to access and process online content sitting behind authentication. This is where we are looking forward to working with SPO/OD team on integration and expand our detection surface.

I will let others on the thread answer 3rd question.

Regards,

Abhie

Get Outlook for Android

---

**From:** Roger Gu <rogu@microsoft.com>
**Sent:** Saturday, November 16, 2019 8:27:42 AM
**To:** Matt Swann (ODSP SECURITY) <mswann@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Michael Wilde <mwilde@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Jason Rogers <jarogers@microsoft.com>
**Cc:** Steve Rayson <srayson@microsoft.com>; Stephen Rice <srice@microsoft.com>; Rafael Lopez-Uricoechea <rafael@microsoft.com>
**Subject:** Re: SPO/ATP questions

Adding @Jason Rogers, whose team owns ATP for SPO.

---

**From:** Matt Swann (ODSP SECURITY) <mswann@microsoft.com>
**Sent:** Friday, November 15, 2019 5:18:13 PM
**To:** Amar Patel (C AND E) <amarpa@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Michael Wilde <mwilde@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>
**Cc:** Steve Rayson <srayson@microsoft.com>; Stephen Rice <srice@microsoft.com>; Roger Gu <rogu@microsoft.com>; Rafael Lopez-Uricoechea <rafael@microsoft.com>
**Subject:** SPO/ATP questions


@Amar @Michael @Abhishek a few questions came up today during a discussion about potential approaches for SPO/ATP integration to reduce abuse volume:

1. Does ATP run traditional AV (Defender) before/during detonation?
2. Does ATP also attempt to detect phishing web pages, like the one at https://duramarkusa-my.sharepoint[dot]com/:b:/p/jeff_hallam/EX2jGy_xJkZKras0qJ8-5hQBSXbfRnWSRKS42XhoXa_1Rg or the Excel form that it links to?
3. What information will you need from us to evaluate the COGS impact of SPO calling ATP for detonation?

Thanks,
Matt

---

# Join Microsoft Teams Meeting

+1 425-707-5929   United States, Seattle (Toll)
(844) 304-5076   United States (Toll-free)

Conference ID: 468 479 538#

Local numbers | Reset PIN | Learn more about Teams | Meeting options

---

# Join Microsoft Teams Meeting

+1 425-707-5929   United States, Seattle (Toll)
(844) 304-5076   United States (Toll-free)

Conference ID: 172 327 132#

Local numbers | Reset PIN | Learn more about Teams | Meeting options

---