# EXHIBIT 50

**From:** Swaroopa Gollapalli </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICROSOFT.ONMICROSOFT.COM-55760-SWAROOPA GOLLAPALLI>
**To:** Abhishek Agrawal (CDM); Liming Hong; Cheng Gu; Suresh Palani; Brian Wilcox; Gaurav Batra; Ross Adams; Ladha Mohan; Mihai Costea; Michael Wilde; Pandi Selvaraj; Max Leung; Pawel Partyka; Amar Patel (C AND E); Abhijeet Hatekar (MSTIC); Vamsi Mohan Thammana; Mauricio Martinez Lugo; Martin Gagne; Nitin Kumar Goel; Adel Khaldi; Patrick Estavillo; Samir Patil
**Sent:** 2/22/2020 10:20:29 PM
**Subject:** RE: Effectiveness SWAT meeti@ng for S500 customers

A couple of more updates on Sonar side:
Going through the 400+ KES samples, following are the issue categories:
- **Scrambling:**
  - @Brian Wilcox – Thank you for the update on scrambling and agree with the revised logic below
  - In addition to signals from EOP, MSTIC R2 is also working on providing stronger signals to not scramble based on domain and ML static analysis. Detailed updates and timelines provided next week by @Patrick Estavillo
- **Captcha** – R2 made signature updates and deployed yesterday as 99% of them are Microsoft Captcha pages and the sig will address this
- **Network evasion/site unavailable**: We are reviewing a long term plan for all evasion types and plan will be shared post RSA. Again @Patrick Estavillo/Adel from R2 are working on immediate term fixes and detailed update to follow early next week.

Thanks,
Swaroopa

**From:** Abhishek Agrawal (CDM) <abhiag@microsoft.com>
**Sent:** Saturday, February 22, 2020 11:10 AM
**To:** Liming Hong <limingh@microsoft.com>; Cheng Gu <Gu.Cheng@microsoft.com>; Suresh Palani <spalani@microsoft.com>; Brian Wilcox <brwilcox@microsoft.com>; Gaurav Batra <gabatr@microsoft.com>; Ross Adams <Ross.Adams@microsoft.com>; Ladha Mohan <Ladha.Mohan@microsoft.com>; Mihai Costea <mcostea@microsoft.com>; Michael Wilde <mwilde@microsoft.com>; Pandi Selvaraj <pandis@microsoft.com>; Max Leung <Max.Leung@microsoft.com>; Pawel Partyka <Pawel.Partyka@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Vamsi Mohan Thammana <vmohan@microsoft.com>; Mauricio Martinez Lugo <Mauricio.Martinez@microsoft.com>; Martin Gagne <Martin.Gagne@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Nitin Kumar Goel <Nitin.Goel@microsoft.com>; Adel Khaldi <Adel.Khaldi@microsoft.com>; Patrick Estavillo <pestavil@microsoft.com>; Samir Patil <sampatil@microsoft.com>
**Subject:** RE: Effectiveness SWAT meeti@ng for S500 customers

Thanks everyone for the surge here. Much appreciated.

Please keep monitoring the health for the next week.

**From:** Liming Hong <limingh@microsoft.com>
**Sent:** Saturday, February 22, 2020 8:29 AM
**To:** Cheng Gu <Gu.Cheng@microsoft.com>; Suresh Palani <spalani@microsoft.com>; Brian Wilcox <brwilcox@microsoft.com>; Gaurav Batra <gabatr@microsoft.com>; Ross Adams <Ross.Adams@microsoft.com>; Ladha Mohan <Ladha.Mohan@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Mihai Costea <mcostea@microsoft.com>; Michael Wilde <mwilde@microsoft.com>; Pandi Selvaraj <pandis@microsoft.com>; Max Leung <Max.Leung@microsoft.com>; Pawel Partyka <Pawel.Partyka@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Vamsi Mohan Thammana <vmohan@microsoft.com>; Mauricio Martinez Lugo <Mauricio.Martinez@microsoft.com>; Martin Gagne <Martin.Gagne@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Nitin Kumar Goel <Nitin.Goel@microsoft.com>; Adel Khaldi <Adel.Khaldi@microsoft.com>; Patrick Estavillo <pestavil@microsoft.com>; Samir Patil <sampatil@microsoft.com>
**Subject:** RE: Effectiveness SWAT meeti@ng for S500 customers

A temp mitigation for detonation change has been checked in and backported. We'll enable it for MSIT, bake and verify, then enable to S500 customers.

Thanks
Liming

**From:** Cheng Gu <Gu.Cheng@microsoft.com>
**Sent:** Friday, February 21, 2020 11:07 PM
**To:** Suresh Palani <spalani@microsoft.com>; Brian Wilcox <brwilcox@microsoft.com>; Gaurav Batra <gabatr@microsoft.com>; Ross Adams <Ross.Adams@microsoft.com>; Ladha Mohan <Ladha.Mohan@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Mihai Costea <mcostea@microsoft.com>; Michael Wilde <mwilde@microsoft.com>; Pandi Selvaraj <pandis@microsoft.com>; Max Leung <Max.Leung@microsoft.com>; Pawel Partyka <Pawel.Partyka@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Vamsi Mohan Thammana <vmohan@microsoft.com>; Mauricio Martinez Lugo <Mauricio.Martinez@microsoft.com>; Martin Gagne <Martin.Gagne@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Nitin Kumar Goel <Nitin.Goel@microsoft.com>; Adel Khaldi <Adel.Khaldi@microsoft.com>; Liming Hong <limingh@microsoft.com>; Patrick Estavillo <pestavil@microsoft.com>; Samir Patil <sampatil@microsoft.com>
**Subject:** RE: Effectiveness SWAT meeti@ng for S500 customers

WW propagation is complete now.

Best,
Cheng

**From:** Suresh Palani <spalani@microsoft.com>
**Sent:** Friday, February 21, 2020 6:41 PM
**To:** Brian Wilcox <brwilcox@microsoft.com>; Gaurav Batra <gabatr@microsoft.com>; Ross Adams <Ross.Adams@microsoft.com>; Ladha Mohan <Ladha.Mohan@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Mihai Costea <mcostea@microsoft.com>; Michael Wilde <mwilde@microsoft.com>; Cheng Gu <Gu.Cheng@microsoft.com>; Pandi Selvaraj <pandis@microsoft.com>; Max Leung <Max.Leung@microsoft.com>; Pawel Partyka <Pawel.Partyka@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Vamsi Mohan Thammana <vmohan@microsoft.com>; Mauricio Martinez Lugo <Mauricio.Martinez@microsoft.com>; Martin Gagne <Martin.Gagne@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Nitin Kumar Goel <Nitin.Goel@microsoft.com>; Adel Khaldi <Adel.Khaldi@microsoft.com>; Liming Hong <limingh@microsoft.com>; Patrick Estavillo <pestavil@microsoft.com>; Samir Patil <sampatil@microsoft.com>
**Subject:** RE: Effectiveness SWAT meeti@ng for S500 customers

WW propagation is stuck for contact graph store expansion and Cheng is working with the flighting team on this.
BP already has got the fix propagated and failures due to quota has gone.

**From:** Brian Wilcox <brwilcox@microsoft.com>
**Sent:** Friday, February 21, 2020 6:13 PM
**To:** Gaurav Batra <gabatr@microsoft.com>; Ross Adams <Ross.Adams@microsoft.com>; Ladha Mohan <Ladha.Mohan@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Mihai Costea <mcostea@microsoft.com>; Michael Wilde <mwilde@microsoft.com>; Cheng Gu <Gu.Cheng@microsoft.com>; Pandi Selvaraj <pandis@microsoft.com>; Max Leung <Max.Leung@microsoft.com>; Pawel Partyka <Pawel.Partyka@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Vamsi Mohan Thammana <vmohan@microsoft.com>; Mauricio Martinez Lugo <Mauricio.Martinez@microsoft.com>; Martin Gagne <Martin.Gagne@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Nitin Kumar Goel <Nitin.Goel@microsoft.com>; Adel Khaldi <Adel.Khaldi@microsoft.com>; Liming Hong <limingh@microsoft.com>; Suresh Palani <spalani@microsoft.com>; Patrick Estavillo <pestavil@microsoft.com>; Samir Patil <sampatil@microsoft.com>
**Subject:** RE: Effectiveness SWAT meeti@ng for S500 customers

Correction to the URL pre and post scrambling below.

---
Brian Wilcox
Program Manager II – Advanced Threat Protection
LinkedIn | Github

**From:** Gaurav Batra <gabatr@microsoft.com>
**Sent:** Friday, February 21, 2020 6:04 PM
**To:** Ross Adams <Ross.Adams@microsoft.com>; Brian Wilcox <brwilcox@microsoft.com>; Ladha Mohan <Ladha.Mohan@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Mihai Costea <mcostea@microsoft.com>; Michael Wilde <mwilde@microsoft.com>; Cheng Gu <Gu.Cheng@microsoft.com>; Pandi Selvaraj <pandis@microsoft.com>; Max Leung <Max.Leung@microsoft.com>; Pawel Partyka <Pawel.Partyka@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Vamsi Mohan Thammana <vmohan@microsoft.com>; Mauricio Martinez Lugo <Mauricio.Martinez@microsoft.com>; Martin Gagne <Martin.Gagne@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Nitin Kumar Goel <Nitin.Goel@microsoft.com>; Adel Khaldi <Adel.Khaldi@microsoft.com>; Liming Hong <limingh@microsoft.com>; Suresh Palani <spalani@microsoft.com>; Patrick Estavillo <pestavil@microsoft.com>; Samir Patil <sampatil@microsoft.com>
**Subject:** RE: Effectiveness SWAT meeti@ng for S500 customers

Regarding spoof issue, sdfv2 testing is complete and fix is being propagated to WW. Fix is expected to be deployed WW by tomorrow noon.

**From:** Ross Adams <Ross.Adams@microsoft.com>
**Sent:** Friday, February 21, 2020 6:03 PM
**To:** Brian Wilcox <brwilcox@microsoft.com>; Ladha Mohan <Ladha.Mohan@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Mihai Costea <mcostea@microsoft.com>; Gaurav Batra <gabatr@microsoft.com>; Michael Wilde <mwilde@microsoft.com>; Cheng Gu <Gu.Cheng@microsoft.com>; Pandi Selvaraj <pandis@microsoft.com>; Max Leung <Max.Leung@microsoft.com>; Pawel Partyka <Pawel.Partyka@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Vamsi Mohan Thammana <vmohan@microsoft.com>; Mauricio Martinez Lugo <Mauricio.Martinez@microsoft.com>; Martin Gagne <Martin.Gagne@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Nitin Kumar Goel <Nitin.Goel@microsoft.com>; Adel Khaldi <Adel.Khaldi@microsoft.com>; Liming Hong <limingh@microsoft.com>; Suresh Palani <spalani@microsoft.com>; Patrick Estavillo <pestavil@microsoft.com>; Samir Patil <sampatil@microsoft.com>
**Subject:** RE: Effectiveness SWAT meeti@ng for S500 customers

I believe that item 2 will be effectively removed when Julia checks in here fix for the URL already detonated fix.

Regards,
Ross.

**From:** Brian Wilcox <brwilcox@microsoft.com>
**Sent:** Friday, February 21, 2020 5:56 PM
**To:** Ross Adams <Ross.Adams@microsoft.com>; Ladha Mohan <Ladha.Mohan@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Mihai Costea <mcostea@microsoft.com>; Gaurav Batra <gabatr@microsoft.com>; Michael Wilde <mwilde@microsoft.com>; Cheng Gu <Gu.Cheng@microsoft.com>; Pandi Selvaraj <pandis@microsoft.com>; Max Leung <Max.Leung@microsoft.com>; Pawel Partyka <Pawel.Partyka@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Vamsi Mohan Thammana <vmohan@microsoft.com>; Mauricio Martinez Lugo <Mauricio.Martinez@microsoft.com>; Martin Gagne <Martin.Gagne@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Nitin Kumar Goel <Nitin.Goel@microsoft.com>; Adel Khaldi <Adel.Khaldi@microsoft.com>; Liming Hong <limingh@microsoft.com>; Suresh Palani <spalani@microsoft.com>; Patrick Estavillo <pestavil@microsoft.com>; Samir Patil <sampatil@microsoft.com>
**Subject:** RE: Effectiveness SWAT meeti@ng for S500 customers

Sonar team can keep me honest but steps taken thus far are Sonar is no longer scrambling URLs that are parameters of another URL, keys in key value pairs are also not scrambled, numbers and letters are using ROT13 for the values.

So URL contoso.com/?url=http://phishsite.com&email=brwilcox@microsoft.com&abc=a1b2c3 would become something like contoso.com/?url=http://phishsite.com&email=oejvypbk@zvpebfbsg.pbz&abc=n6o7p8

1. Both Sonar Team and Vamsi are currently looking for opportunities not to scramble based on context (domain rep, etc)
2. On EOP side we have identified issues with caching of time of click that opens up opportunities for attacks which we are also working to address.
3. ToC already benefits from IP evasion protection.
4. We hadn't reviewed attacks using captchas, were these seen for these S500 customers? If so bypassing things like recaptcha is very feasible, we've discussed in the past, and we can take a look at it again if needed.

---
Brian Wilcox
Program Manager II – Advanced Threat Protection
LinkedIn | Github

**From:** Ross Adams <Ross.Adams@microsoft.com>
**Sent:** Friday, February 21, 2020 5:23 PM

CONFIDENTIAL

MSFT_TOC00060681

**To:** Ladha Mohan <Ladha.Mohan@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Mihai Costea <mcostea@microsoft.com>; Gaurav Batra <gabatr@microsoft.com>; Michael Wilde <mwilde@microsoft.com>; Cheng Gu <Gu.Cheng@microsoft.com>; Ross Adams <Ross.Adams@microsoft.com>; Pandi Selvaraj <pandis@microsoft.com>; Brian Wilcox <brwilcox@microsoft.com>; Max Leung <Max.Leung@microsoft.com>; Pawel Partyka <Pawel.Partyka@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Vamsi Mohan Thammana <vmohan@microsoft.com>; Mauricio Martinez Lugo <Mauricio.Martinez@microsoft.com>; Martin Gagne <Martin.Gagne@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Nitin Kumar Goel <Nitin.Goel@microsoft.com>; Adel Khaldi <Adel.Khaldi@microsoft.com>; Liming Hong <limingh@microsoft.com>; Suresh Palani <spalani@microsoft.com>; Patrick Estavillo <pestavil@microsoft.com>; Samir Patil <sampatil@microsoft.com>
**Subject:** RE: Effectiveness SWAT meeting for S500 customers

@Gaurav can you please look at the missing first contact signal here. I think there is a bug that we didn't add it for some reason in the first campaign. I see FC signals on a other submissions.

Regards,
Ross.

**From:** Ladha Mohan <Ladha.Mohan@microsoft.com>
**Sent:** Friday, February 21, 2020 4:48 PM
**To:** Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Mihai Costea <mcostea@microsoft.com>; Gaurav Batra <gabatr@microsoft.com>; Michael Wilde <mwilde@microsoft.com>; Cheng Gu <Gu.Cheng@microsoft.com>; Ross Adams <Ross.Adams@microsoft.com>; Pandi Selvaraj <pandis@microsoft.com>; Brian Wilcox <brwilcox@microsoft.com>; Max Leung <Max.Leung@microsoft.com>; Pawel Partyka <Pawel.Partyka@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Vamsi Mohan Thammana <vmohan@microsoft.com>; Mauricio Martinez Lugo <Mauricio.Martinez@microsoft.com>; Martin Gagne <Martin.Gagne@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Nitin Kumar Goel <Nitin.Goel@microsoft.com>; Adel Khaldi <Adel.Khaldi@microsoft.com>; Liming Hong <limingh@microsoft.com>; Suresh Palani <spalani@microsoft.com>; Patrick Estavillo <pestavil@microsoft.com>; Samir Patil <sampatil@microsoft.com>
**Subject:** RE: Effectiveness SWAT meeting for S500 customers

We have a Wiki created to track BP analysis based on the submissions we received this week.
Couple of call outs:-
- Missing FC signal in majority of the submission (we talked about this yesterday and submissions show this miss clearly)
- For one of the campaign, we missed because of SKI configuration from tenant (This would have been fully caught if there was no tenant policy)
- Spoof and model teams can do further investigation on the samples shared in the Wiki
- Reactive rules are being authored around Azure VM connection pattern.

**From:** Abhishek Agrawal (CDM) <abhiag@microsoft.com>
**Sent:** Friday, February 21, 2020 4:16 PM
**To:** Mihai Costea <mcostea@microsoft.com>; Gaurav Batra <gabatr@microsoft.com>; Michael Wilde <mwilde@microsoft.com>; Cheng Gu <Gu.Cheng@microsoft.com>; Ross Adams <Ross.Adams@microsoft.com>; Pandi Selvaraj <pandis@microsoft.com>; Brian Wilcox <brwilcox@microsoft.com>; Max Leung <Max.Leung@microsoft.com>; Pawel Partyka <Pawel.Partyka@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Vamsi Mohan Thammana <vmohan@microsoft.com>; Ladha Mohan <Ladha.Mohan@microsoft.com>; Mauricio Martinez Lugo <Mauricio.Martinez@microsoft.com>; Martin Gagne <Martin.Gagne@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Nitin Kumar Goel <Nitin.Goel@microsoft.com>; Adel Khaldi <Adel.Khaldi@microsoft.com>; Liming Hong <limingh@microsoft.com>; Suresh Palani <spalani@microsoft.com>; Patrick Estavillo <pestavil@microsoft.com>; Samir Patil <sampatil@microsoft.com>
**Subject:** RE: Effectiveness SWAT meeting for S500 customers
**Importance:** High

Following up for our sync from last evening:

1. @Ladha Mohan @Samir Patil do we have any summary from the analysis of BP FNs
2. SONAR team /Brian (@Patrick Estavillo @Swaroopa Gollapalli @Brian Wilcox)
   a. Can you provide an update on potential next steps short term/mid term? (Scrambling, IP evasion, captcha)
3. @Liming Hong please update on the status of detonation caching changes
4. @Suresh Palani @Cheng Gu please update on the status of First Contact availability fix
5. @Mauricio Martinez Lugo have we had a chance to review the missed cases and look at what ML should be doing
6. @Martin Gagne @Gaurav Batra please update on the status of the Spoof bug fix roll out
7. @Samir Patil do we have a proposal for additional short erm w16 rules

I am out at RSA next week, @Mihai Costea will coordinate the follow-ups from the PM side through next week. Appreciate if we can keep the rhythm going and keep making progress here

Thanks,
Abhishek

**From:** Michael Wilde <mwilde@microsoft.com>
**Sent:** Thursday, February 20, 2020 5:06 PM
**To:** Cheng Gu <Gu.Cheng@microsoft.com>; Ross Adams <Ross.Adams@microsoft.com>; Pandi Selvaraj <pandis@microsoft.com>; Brian Wilcox <brwilcox@microsoft.com>; Max Leung <Max.Leung@microsoft.com>; Pawel Partyka <Pawel.Partyka@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Vamsi Mohan Thammana <vmohan@microsoft.com>; Ladha Mohan <Ladha.Mohan@microsoft.com>; Mauricio Martinez Lugo <Mauricio.Martinez@microsoft.com>; Martin Gagne <Martin.Gagne@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Nitin Kumar Goel <Nitin.Goel@microsoft.com>; Adel Khaldi <Adel.Khaldi@microsoft.com>; Liming Hong <limingh@microsoft.com>; Suresh Palani <spalani@microsoft.com>
**Cc:** Mihai Costea <mcostea@microsoft.com>; Gaurav Batra <gabatr@microsoft.com>
**Subject:** Re: Effectiveness SWAT meeting for S500 customers

@Suresh Palani for visibility

**From:** Cheng Gu <Gu.Cheng@microsoft.com>
**Sent:** Thursday, February 20, 2020 5:02 PM
**To:** Ross Adams <Ross.Adams@microsoft.com>; Pandi Selvaraj <pandis@microsoft.com>; Brian Wilcox <brwilcox@microsoft.com>; Max Leung <Max.Leung@microsoft.com>; Pawel Partyka <Pawel.Partyka@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Michael Wilde <mwilde@microsoft.com>; Vamsi Mohan Thammana <vmohan@microsoft.com>; Ladha Mohan <Ladha.Mohan@microsoft.com>; Mauricio Martinez Lugo <Mauricio.Martinez@microsoft.com>; Martin Gagne <Martin.Gagne@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Nitin Kumar Goel <Nitin.Goel@microsoft.com>; Adel Khaldi <Adel.Khaldi@microsoft.com>; Liming Hong <limingh@microsoft.com>
**Cc:** Mihai Costea <mcostea@microsoft.com>; Gaurav Batra <gabatr@microsoft.com>
**Subject:** RE: Effectiveness SWAT meeting for S500 customers

Hi team,

We found 93 unique mailboxes with domain "cognizant.com" hitting the QuotaExceeded status on 02/19/2020. The code to increase the user's contact collection size from 50MB to 500MB is already in place but hasn't been turned on in WW yet. We are running a flight override to turn on the collection size increase in WW. It should take effect within the next few hours. I'll update it in the thread once the increase is done.

Best,
Cheng

**From:** Ross Adams <Ross.Adams@microsoft.com>
**Sent:** Thursday, February 20, 2020 3:31 PM
**To:** Pandi Selvaraj <pandis@microsoft.com>; Brian Wilcox <brwilcox@microsoft.com>; Max Leung <Max.Leung@microsoft.com>; Pawel Partyka <Pawel.Partyka@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Michael Wilde <mwilde@microsoft.com>; Vamsi Mohan Thammana <vmohan@microsoft.com>; Ladha Mohan <Ladha.Mohan@microsoft.com>; Mauricio Martinez Lugo <Mauricio.Martinez@microsoft.com>; Martin Gagne <Martin.Gagne@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Nitin Kumar Goel <Nitin.Goel@microsoft.com>; Adel Khaldi <Adel.Khaldi@microsoft.com>; Cheng Gu <Gu.Cheng@microsoft.com>; Liming Hong <limingh@microsoft.com>
**Cc:** Mihai Costea <mcostea@microsoft.com>; Gaurav Batra <gabatr@microsoft.com>
**Subject:** RE: Effectiveness SWAT meeting for S500 customers

Thanks.

Regards,
Ross.

**From:** Pandi Selvaraj <pandis@microsoft.com>
**Sent:** Thursday, February 20, 2020 3:30 PM
**To:** Ross Adams <Ross.Adams@microsoft.com>; Brian Wilcox <brwilcox@microsoft.com>; Max Leung <Max.Leung@microsoft.com>; Pawel Partyka <Pawel.Partyka@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Michael Wilde <mwilde@microsoft.com>; Vamsi Mohan Thammana <vmohan@microsoft.com>; Ladha Mohan <Ladha.Mohan@microsoft.com>; Mauricio Martinez Lugo <Mauricio.Martinez@microsoft.com>; Martin Gagne <Martin.Gagne@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Nitin Kumar Goel <Nitin.Goel@microsoft.com>; Adel Khaldi <Adel.Khaldi@microsoft.com>; Cheng Gu <Gu.Cheng@microsoft.com>; Liming Hong <limingh@microsoft.com>
**Cc:** Mihai Costea <mcostea@microsoft.com>; Gaurav Batra <gabatr@microsoft.com>
**Subject:** RE: Effectiveness SWAT meeting for S500 customers

Ack, Cheng is working on this.

Thanks,
Pandi

**From:** Ross Adams <Ross.Adams@microsoft.com>
**Sent:** Thursday, February 20, 2020 3:30 PM
**To:** Brian Wilcox <brwilcox@microsoft.com>; Max Leung <Max.Leung@microsoft.com>; Pawel Partyka <Pawel.Partyka@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Michael Wilde <mwilde@microsoft.com>; Vamsi Mohan Thammana <vmohan@microsoft.com>; Ladha Mohan <Ladha.Mohan@microsoft.com>; Mauricio Martinez Lugo <Mauricio.Martinez@microsoft.com>; Martin Gagne <Martin.Gagne@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Nitin Kumar Goel <Nitin.Goel@microsoft.com>; Adel Khaldi <Adel.Khaldi@microsoft.com>; Cheng Gu <Gu.Cheng@microsoft.com>; Pandi Selvaraj <pandis@microsoft.com>; Liming Hong <limingh@microsoft.com>
**Cc:** Mihai Costea <mcostea@microsoft.com>; Gaurav Batra <gabatr@microsoft.com>
**Subject:** RE: Effectiveness SWAT meeting for S500 customers

@Cheng Gu/@Pandi Selvaraj can you please ack that you are looking at the FC signal for this user?

Regards,
Ross.

**From:** Brian Wilcox <brwilcox@microsoft.com>
**Sent:** Thursday, February 20, 2020 3:21 PM
**To:** Max Leung <Max.Leung@microsoft.com>; Ross Adams <Ross.Adams@microsoft.com>; Pawel Partyka <Pawel.Partyka@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Michael Wilde <mwilde@microsoft.com>; Vamsi Mohan Thammana <vmohan@microsoft.com>; Ladha Mohan <Ladha.Mohan@microsoft.com>; Mauricio Martinez Lugo <Mauricio.Martinez@microsoft.com>; Martin Gagne <Martin.Gagne@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Nitin Kumar Goel <Nitin.Goel@microsoft.com>; Adel Khaldi <Adel.Khaldi@microsoft.com>; Cheng Gu <Gu.Cheng@microsoft.com>; Pandi Selvaraj <pandis@microsoft.com>; Liming Hong <limingh@microsoft.com>
**Cc:** Mihai Costea <mcostea@microsoft.com>; Gaurav Batra <gabatr@microsoft.com>
**Subject:** RE: Effectiveness SWAT meeting for S500 customers

+@Liming Hong as well for context.

---
Brian Wilcox
Program Manager II – Advanced Threat Protection

CONFIDENTIAL

MSFT_TOC00060682

**From:** Max Leung <Max.Leung@microsoft.com>
**Sent:** Thursday, February 20, 2020 2:55 PM
**To:** Ross Adams <Ross.Adams@microsoft.com>; Pawel Partyka <Pawel.Partyka@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Michael Wilde <mwilde@microsoft.com>; Vamsi Mohan Thammana <vmohan@microsoft.com>; Ladha Mohan <Ladha.Mohan@microsoft.com>; Mauricio Martinez Lugo <Mauricio.Martinez@microsoft.com>; Martin Gagne <Martin.Gagne@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Nitin Kumar Goel <Nitin.Goel@microsoft.com>; Adel Khaldi <Adel.Khaldi@microsoft.com>; Cheng Gu <Gu.Cheng@microsoft.com>; Pandi Selvaraj <pandis@microsoft.com>
**Cc:** Mihai Costea <mcostea@microsoft.com>; Brian Wilcox <brwilcox@microsoft.com>; Gaurav Batra <gabatr@microsoft.com>
**Subject:** RE: Effectiveness SWAT meeting for S500 customers

Adding @Cheng.Gu@Pandi.Selvaraj

**From:** Ross Adams <Ross.Adams@microsoft.com>
**Sent:** Thursday, February 20, 2020 2:18 PM
**To:** Pawel Partyka <Pawel.Partyka@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Michael Wilde <mwilde@microsoft.com>; Vamsi Mohan Thammana <vmohan@microsoft.com>; Ladha Mohan <Ladha.Mohan@microsoft.com>; Mauricio Martinez Lugo <Mauricio.Martinez@microsoft.com>; Martin Gagne <Martin.Gagne@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Nitin Kumar Goel <Nitin.Goel@microsoft.com>; Adel Khaldi <Adel.Khaldi@microsoft.com>; Max Leung <Max.Leung@microsoft.com>
**Cc:** Mihai Costea <mcostea@microsoft.com>; Brian Wilcox <brwilcox@microsoft.com>; Gaurav Batra <gabatr@microsoft.com>
**Subject:** RE: Effectiveness SWAT meeting for S500 customers

@Max/@Michael

It looks like we might have run out of space in contact graph for karen.mcloughlin@cognizant.com below. Can we please check to see if we have exhausted the cache and fix this for her and any other users in cognizant.

Regards,
Ross.

**From:** Pawel Partyka <Pawel.Partyka@microsoft.com>
**Sent:** Thursday, February 20, 2020 7:53 AM
**To:** Amar Patel (C AND E) <amarpa@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Michael Wilde <mwilde@microsoft.com>; Vamsi Mohan Thammana <vmohan@microsoft.com>; Ladha Mohan <Ladha.Mohan@microsoft.com>; Mauricio Martinez Lugo <Mauricio.Martinez@microsoft.com>; Martin Gagne <Martin.Gagne@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Nitin Kumar Goel <Nitin.Goel@microsoft.com>; Adel Khaldi <Adel.Khaldi@microsoft.com>
**Cc:** Ross Adams <Ross.Adams@microsoft.com>; Mihai Costea <mcostea@microsoft.com>; Brian Wilcox <brwilcox@microsoft.com>; Gaurav Batra <gabatr@microsoft.com>
**Subject:** RE: Effectiveness SWAT meeting for S500 customers

Two more phish samples from Cognizant that their CFO received today:
**You missed a call** (NetworkMessageID: 1766056d-1162-4eef-2863-08d7b562eaf2)
- ML model missed it. I am not sure why we have *SRCS*.*INSD*
- URL from the message points to Captcha. SONAR gave Good verdict at the mail flow. Karen clicked on the link and Safe Links didn't block it. Also ToC SONAR detonation gave Good verdict. However, SONAR has 1 "Phish" verdict on the URL as result of ToC detonation from other tenant. Critical sign: **Phish_HTML_MicrosoftLureCaptcha_D.** When I clicked on the URL myself and submitted it SONAR gave again Good verdict even though phishing site is active. Hence I opened escalation to SONAR ESCALATION 59265 to escalate what is the difference. This is to make sure that we have consistent verdicts that sites that have captcha and Microsoft "branding" @Adel.Khaldi is working on it.
- Message sent from compromised account in other Office 365 tenant
- greationnmsanes.com domain from the URL registered o 1/24/2020 by Alibaba Singapore
- Certificate of the site issued by cPanel CA on 1/25/2020

**Past Due: Invoice#725419 for** ka``` @cognizant.com (NetworkMessageID: 4c202f3b-0283-40f3-b8af-08d7b5613eeb)
- ML model missed it. I am not sure why we have *SRCS*.*INSD*
- Site is using geo-evasion so SONAR returned always good verdict; even at the time of click or after Submission. SONAR ESCALATION 59263
- Let's Encrypt certificate issued on 2/5/2020
- URL from app.link namespace

I noticed that also in previous samples targeting Karen we also had insufficient data (INSD) for Sender Recipient Communication State (SRCS). Is it something we should review? I would that SRCS would be FC (first contact) for these phish messages.

BP sample from today:
**U.P.S Update - Wrong Address Submitted** (headers provided)
- URL: hxxps://probicis[.]com /??nJHGJGHNSBDVHMDNBBGVVSNDBGNSBDNDBVNSMSGDheev99_____GNSBDNDBVNSsmnksjwjhddjfejhfksjhfjhsfhsjbagstuenbvxvffatruwsisubdgdgfwvfgytraereqtuoejmenbvdgftauajhffbbfgyuhfsjbvdhcjdfgfreredvhdbvxvfzahgsjssdfgg5IV=natalie.coy@bp.com
- URL redirects to reCaptcha and then to fake Office 365 login page.
- URL detonation at the mail flow gave Good verdict. It seems site is using geo-evasion (SONAR often gets Site Unavailable). One of the detonation at ToC resulted with Bad verdict.
- ML model missed it. Best score was from v2 ML model: "HMEPV2":"3"
- Message sent from compromised account in other Office 365 tenant

Pawel

**From:** Amar Patel (C AND E) <amarpa@microsoft.com>
**Sent:** Wednesday, February 19, 2020 9:59 PM
**To:** Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Pawel Partyka <Pawel.Partyka@microsoft.com>; Michael Wilde <mwilde@microsoft.com>; Vamsi Mohan Thammana <vmohan@microsoft.com>; Ladha Mohan <Ladha.Mohan@microsoft.com>; Mauricio Martinez Lugo <Mauricio.Martinez@microsoft.com>; Martin Gagne <Martin.Gagne@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Nitin Kumar Goel <Nitin.Goel@microsoft.com>
**Cc:** Ross Adams <Ross.Adams@microsoft.com>; Mihai Costea <mcostea@microsoft.com>; Brian Wilcox <brwilcox@microsoft.com>; Gaurav Batra <gabatr@microsoft.com>
**Subject:** RE: Effectiveness SWAT meeting for S500 customers

Instead of conducting side threads, can we just close on a consolidated rollup?

Abhishek, have you assigned a PM on your side to drive a consolidated rollup?

**From:** Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>
**Sent:** Wednesday, February 19, 2020 12:51 PM
**To:** Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Pawel Partyka <Pawel.Partyka@microsoft.com>; Michael Wilde <mwilde@microsoft.com>; Vamsi Mohan Thammana <vmohan@microsoft.com>; Ladha Mohan <Ladha.Mohan@microsoft.com>; Mauricio Martinez Lugo <Mauricio.Martinez@microsoft.com>; Martin Gagne <Martin.Gagne@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Nitin Kumar Goel <Nitin.Goel@microsoft.com>
**Cc:** Ross Adams <Ross.Adams@microsoft.com>; Mihai Costea <mcostea@microsoft.com>; Brian Wilcox <brwilcox@microsoft.com>; Gaurav Batra <gabatr@microsoft.com>
**Subject:** RE: Effectiveness SWAT meeting for S500 customers

Thanks for sharing Abhishek. There are side threads where these issues are being discussed and action-items are taken. Pawel is part of those conversation. I will add you to them.

Regards,
Abhie

**From:** Abhishek Agrawal (CDM) <abhiag@microsoft.com>
**Sent:** Wednesday, February 19, 2020 11:41 AM
**To:** Pawel Partyka <Pawel.Partyka@microsoft.com>; Michael Wilde <mwilde@microsoft.com>; Vamsi Mohan Thammana <vmohan@microsoft.com>; Ladha Mohan <Ladha.Mohan@microsoft.com>; Mauricio Martinez Lugo <Mauricio.Martinez@microsoft.com>; Martin Gagne <Martin.Gagne@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Nitin Kumar Goel <Nitin.Goel@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>
**Cc:** Ross Adams <Ross.Adams@microsoft.com>; Mihai Costea <mcostea@microsoft.com>; Brian Wilcox <brwilcox@microsoft.com>; Gaurav Batra <gabatr@microsoft.com>
**Subject:** RE: Effectiveness SWAT meeting for S500 customers

Adding @Amar.Patel (C AND E) and @Swaroopa.Gollapalli @Nitin.Kumar.Goel @Abhijeet.Hatekar (MSTIC) from SONAR for visibility on these escalations.

Team,
Can we please investigate this and identify engineering bugs for need for new short term fixes to help resolve the customer perception for these top customers.

I will setup a stand-up meeting for 4M today

**From:** Pawel Partyka <Pawel.Partyka@microsoft.com>
**Sent:** Wednesday, February 19, 2020 10:36 AM
**To:** Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Michael Wilde <mwilde@microsoft.com>; Vamsi Mohan Thammana <vmohan@microsoft.com>; Ladha Mohan <Ladha.Mohan@microsoft.com>; Mauricio Martinez Lugo <Mauricio.Martinez@microsoft.com>; Martin Gagne <Martin.Gagne@microsoft.com>
**Cc:** Ross Adams <Ross.Adams@microsoft.com>; Mihai Costea <mcostea@microsoft.com>; Brian Wilcox <brwilcox@microsoft.com>
**Subject:** RE: Effectiveness SWAT meeting for S500 customers

Hi,

Here are my observations
BP: **"You missed a call (0:55sec)"**. https://o365exchange.visualstudio.com/IP%20Engineering/_workitems/edit/1379192
Issues identified:
- Intra-org spoof not working for BP. Messages in this use @bp.com from address. Uche Ofuonye is investigating it.
- Abuse of us4.mailchimp.com redirection. Detonation of URL at the mail flow always returns DropDueToAllKnownVerdict because we detonate hxxps://us4.mailchimp.com/mctx/clicks which has good verdict. Discussion between Ross and Abhijeet how to address it
- BCL is too low for ML to classify the message as phish
BP: **"Voice call Pending"** sample in attached.
- Abuse of us4.mailchimp.com redirection. Detonation of URL at the mail flow always returns DropDueToAllKnownVerdict because we detonate hxxps://us4.mailchimp.com/mctx/clicks which has good verdict
- None of the ML models scored the message high enough.
BP: **"Message Delivery Status"** repeated next day as **"Delivery Notification For"**. Samples in attached
- URL with query parameter so detonation at the mail flow couldn't block it.
- Usage of captcha. Detonation of the full URL stopped at captcha
- Actual fake Office 365 login page after resolving captcha was BP branded

Cognizant various campaigns: https://o365exchange.visualstudio.com/IP%20Engineering/_workitems/edit/1379192 (Samples available in the case)
Observed issues:
- In most of the provided samples URL had query parameter so detonation at mail flow always returned DropDueToAllKnownVerdict or Good verdict because we detonated scrambled URL.

- URL from the message was always redirecting one or twice to find site that used [redacted] Received slides for ka***@cognizant.com
- ML models didn't score high enough the messages. Even CBEBV2 wasn't scoring messages high enough.
- One of the campaigns was using geo-evasion and bypassed SONAR detonation: https://msft-twc.visualstudio.com/Sonar%20Finding%20Investigations/_workitems/edit/59116 (sample 4|4 Received slides for ka***@cognizant.com in attached)

<u>Unilever</u> "**Payment Remittance advice**" campaign (sample in attached).
After checking with urlscan.io I believe URL was inactive when provided samples had been sent to Unilever. Previously site hosted PDF with embedded link.
- Usage of an image that looks like attachment
- SONAR have good verdict at the mail flow.
- ML models didn't score the message high enough

**To summarized observed issues:**
1. Detonation of URLs with query parameters at the mail flow such as hxxps://us4.mailchimp.com/mctx/clicks or hxxps://click.icptrack[.]com/icp/relay.php ineffective
2. ML models scoring too low phish messages
3. Intra-org spoof not working for BP. Worth checking who else has this problem when root cause is determined
4. BCL level too low for messages classified as phish by ML
5. Geo-evasion of SONAR detonation https://msft-twc.visualstudio.com/Sonar/_workitems/edit/39024
6. Human intervention based evasion (captcha) https://msft-twc.visualstudio.com/Sonar/_workitems/edit/39191 https://msft-twc.visualstudio.com/Sonar/_workitems/edit/47050

All the URLs from submitted samples are already blocked

Pawel


**From:** Abhishek Agrawal (CDM) <abhiag@microsoft.com>
**Sent:** Wednesday, February 19, 2020 6:40 PM
**To:** Pawel Partyka <Pawel.Partyka@microsoft.com>; Michael Wilde <mwilde@microsoft.com>; Vamsi Mohan Thammana <vmohan@microsoft.com>; Ladha Mohan <Ladha.Mohan@microsoft.com>; Mauricio Martinez Lugo <Mauricio.Martinez@microsoft.com>; Martin Gagne <Martin.Gagne@microsoft.com>
**Cc:** Ross Adams <Ross.Adams@microsoft.com>; Mihai Costea <mcostea@microsoft.com>; Brian Wilcox <brwilcox@microsoft.com>
**Subject:** Effectiveness SWAT meeting for S500 customers
**Importance:** High

Team,

We have a series of high profile S500 escalations that is shipping away at customer confidence. I will setup a regular SWAT meeting. We need to have some dedicated short term focus to shore up customer SAT.

1. Engineering bugs, regressions need to be acted upon urgently
2. Let us analyze the new patterns and push through some short term rules, specifically for execs.

The planned Mn work will take few wkelss/months to go live so we need to inject some short term measures for these.

@Pawel Partyka can you list out all the samples, bugs so far.

Thanks,
Abhishek

CONFIDENTIAL

MSFT_TOC00060684