# EXHIBIT 51

| | |
|---|---|
| **From:** | Pawel Partyka </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B53014505240C42A9A5E451C9E07D8871-PAWEL PARTYKA> |
| **To:** | Amar Patel (C AND E); Abhijeet Hatekar (MSTIC); Abhishek Agrawal (CDM); Michael Wilde; Vamsi Mohan Thammana; Ladha Mohan; Mauricio Martinez Lugo; Martin Gagne; Swaroopa Gollapalli; Nitin Kumar Goel; Adel Khaldi |
| **Cc:** | Ross Adams; Mihai Costea; Brian Wilcox; Gaurav Batra |
| **Sent:** | 2/20/2020 3:52:32 PM |
| **Subject:** | RE: Effectiveness SWAT meeting for S500 customers |
| **Attachments:** | Past Due: Invoice#725419 for ka***@cognizant.com; U.P.S Update - Wrong Address Submitted - headers.txt; You missed a call |

Two more phish samples from Cognizant that their CFO received today:
**You missed a call** (NetworkMessageID: 1766056d-1162-4eef-2863-08d7b562eaf2)
- ML model missed it. I am not sure why we have "SRCS":"INSD"
- URL from the message points to Captcha. SONAR gave Good verdict at the mail flow. Karen clicked on the link and Safe Links didn't block it. Also ToC  SONAR detonation gave Good verdict. However, SONAR has 1 "Phish" verdict on the URL as result of ToC detonation from other tenant. Critical sign: **Phish_HTML_MicrosoftLureCaptcha_D.** When I clicked on the URL myself and submitted it SONAR gave again Good verdict even though phishing site is active. Hence I opened escalation to SONAR ESCALATION 59265 to escalate what is the difference. This is to make sure that we have consistent verdicts that sites that have captcha and Microsoft "branding" @Adel Khaldi is working on it.
- Message sent from compromised account in other Office 365 tenant
- greationnmsanes.com domain from the URL registered o 1/24/2020 by Alibaba Singapore
- Certificate of the site issued by cPanel CA on 1/25/2020

**Past Due: Invoice#725419** for ka***@cognizant.com (NetworkMessageID: 4c202f3b-0283-40f3-b8af-08d7b5613eeb)
- ML model missed it. I am not sure why we have "SRCS":"INSD"
- Site is using geo-evasion so SONAR returned always good verdict, even at the time of click or after Submission. SONAR ESCALATION 59263
- Let's Encrypt certificate issued on 2/5/2020
- URL from app.link namespace

I noticed that also in previous samples targeting Karen we also had insufficient data (INSD) for Sender Recipient Communication State (SRCS). Is it something we should review? I would that SRCS would be FC (first contact) for these phish messages.

BP sample from today:
**U.P.S Update - Wrong Address Submitted** (headers provided)
- URL: hxxps://probicis[.]com/?QnJHGJGHNSBDVHMDNBBGVVSNDBGNSBDNDBVNSMSGDheev99_____GNSBDNDBVNSsmnksjwjhddjfejhfksjhfjhsfhsjbagstuenbvxvffatruwsisubdgdgfwvfgytraereqtuoejmenbvdgftauajhffbbfgyuhfsjbvdhcjdfgfreredv/hdbvxvfzahgsjssdfgg5IV=natalie.coy@bp.com
- URL redirects to reCaptcha and then to fake Office 365 login page.
- URL detonation at the mail flow gave Good verdict. It seems site is using geo-evasion (SONAR often gets Site Unavailable). One of the detonation at ToC resulted with Bad verdict.
- ML model missed it. Best score was from v2 ML model: "HMEPV2":"3"
- Message sent from compromised account in other Office 365 tenant

Pawel

**From:** Amar Patel (C AND E) <amarpa@microsoft.com>
**Sent:** Wednesday, February 19, 2020 9:59 PM
**To:** Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Pawel Partyka <Pawel.Partyka@microsoft.com>; Michael Wilde <mwilde@microsoft.com>; Vamsi Mohan Thammana <vmohan@microsoft.com>; Ladha Mohan <Ladha.Mohan@microsoft.com>; Mauricio Martinez Lugo <Mauricio.Martinez@microsoft.com>; Martin Gagne <Martin.Gagne@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Nitin Kumar Goel <Nitin.Goel@microsoft.com>
**Cc:** Ross Adams <Ross.Adams@microsoft.com>; Mihai Costea <mcostea@microsoft.com>; Brian Wilcox <brwilcox@microsoft.com>; Gaurav Batra <gabatr@microsoft.com>
**Subject:** RE: Effectiveness SWAT meeting for S500 customers

Instead of conducting side threads, can we just close on a consolidated rollup?

Abhishek, have you assigned a PM on your side to drive a consolidated rollup?

**From:** Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>
**Sent:** Wednesday, February 19, 2020 12:51 PM
**To:** Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Pawel Partyka <Pawel.Partyka@microsoft.com>; Michael Wilde <mwilde@microsoft.com>; Vamsi Mohan Thammana <vmohan@microsoft.com>; Ladha Mohan <Ladha.Mohan@microsoft.com>; Mauricio Martinez Lugo <Mauricio.Martinez@microsoft.com>; Martin Gagne <Martin.Gagne@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Nitin Kumar Goel <Nitin.Goel@microsoft.com>
**Cc:** Ross Adams <Ross.Adams@microsoft.com>; Mihai Costea <mcostea@microsoft.com>; Brian Wilcox <brwilcox@microsoft.com>; Gaurav Batra <gabatr@microsoft.com>
**Subject:** RE: Effectiveness SWAT meeting for S500 customers

Thanks for sharing Abhishek. There are side threads where these issues are being discussed and action-items are taken. Pawel is part of those conversation. I will add you to them.

Regards,
Abhie

**From:** Abhishek Agrawal (CDM) <abhiag@microsoft.com>
**Sent:** Wednesday, February 19, 2020 11:41 AM
**To:** Pawel Partyka <Pawel.Partyka@microsoft.com>; Michael Wilde <mwilde@microsoft.com>; Vamsi Mohan Thammana <vmohan@microsoft.com>; Ladha Mohan <Ladha.Mohan@microsoft.com>; Mauricio Martinez Lugo <Mauricio.Martinez@microsoft.com>; Martin Gagne <Martin.Gagne@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Nitin Kumar Goel <Nitin.Goel@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>
**Cc:** Ross Adams <Ross.Adams@microsoft.com>; Mihai Costea <mcostea@microsoft.com>; Brian Wilcox <brwilcox@microsoft.com>; Gaurav Batra <gabatr@microsoft.com>
**Subject:** RE: Effectiveness SWAT meeting for S500 customers

Adding @Amar Patel (C AND E) and @Swaroopa Gollapalli @Nitin Kumar Goel @Abhijeet Hatekar (MSTIC) from SONAR for visibility on these escalations.

Team,
Can we please investigate this and identify engineering bugs for need for new short term fixes to help resolve the customer perception for these top customers.

I will setup a stand-up meeting for 4M today

**From:** Pawel Partyka <Pawel.Partyka@microsoft.com>
**Sent:** Wednesday, February 19, 2020 10:36 AM
**To:** Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Michael Wilde <mwilde@microsoft.com>; Vamsi Mohan Thammana <vmohan@microsoft.com>; Ladha Mohan <Ladha.Mohan@microsoft.com>; Mauricio Martinez Lugo <Mauricio.Martinez@microsoft.com>; Martin Gagne <Martin.Gagne@microsoft.com>
**Cc:** Ross Adams <Ross.Adams@microsoft.com>; Mihai Costea <mcostea@microsoft.com>; Brian Wilcox <brwilcox@microsoft.com>
**Subject:** RE: Effectiveness SWAT meeting for S500 customers

Hi,

Here are my observations
**BP:** "You missed a call (0:55sec)" . https://o365exchange.visualstudio.com/IP%20Engineering/_workitems/edit/1379192
Issues identified
- Intra-org spoof not working for BP. Messages in this use @bp.com from address. Uche Ofuonye is investigating it.
- Abuse of us4.mailchimp.com redirection. Detonation of URL at the mail flow always returns DropDueToAllKnownVerdict because we detonate hxxps://us4.mailchimp.com/mcb/clicks which has good verdict. Discussion between Ross and Abhijeet how to address it
- BCL is too low for ML to classify the message as phish

**BP:** "Voice call Pending" sample in attached.
- Abuse of us4.mailchimp.com redirection. Detonation of URL at the mail flow always returns DropDueToAllKnownVerdict because we detonate hxxps://us4.mailchimp.com/mcb/clicks which has good verdict.
- None of the ML models scored the message high enough.

**BP:** "Message Delivery Status" repeated next day as "**Delivery Notification For**". Samples in attached
- URL with query parameter so detonation at the mail flow couldn't block it.
- Usage of captcha. Detonation of the full URL stopped at captcha
- Actual fake Office 365 login page after resolving captcha was BP branded
  https://o365exchange.visualstudio.com/IP%20Engineering/_workitems/edit/1379192 (Samples available in the case)

**Cognizant** various campaigns: https://o365exchange.visualstudio.com/IP%20Engineering/_workitems/edit/1379192 (Samples available in the case)
Observed issues:
- In most of the provided samples URL had query parameter so detonation at mail flow always returned DropDueToAllKnownVerdict or Good verdict because we detonated scrambled URL.
- URL from the message was always redirecting one or twice to final site. SONAR could detect phish if full URL was detonated except for campaign that used geo-evasion (**4|4 Received slides for** ka***@cognizant.com).
- ML models didn't score high enough the samples. Even CBEBV2 wasn't scoring messages high enough.
- One of the campaigns was using geo-evasion and bypassed SONAR detonation:  https://msft-twc.visualstudio.com/Sonar%20Finding%20Investigations/_workitems/edit/59116 (sample 4|4 Received slides for ka***@cognizant.com in attached)

**Unilever** "**Payment Remittance advice**" campaign (sample in attached).
After checking with urlscan.io I believe URL was inactive when provided samples had been sent to Unilever. Previously site hosted PDF with embedded link
- Usage of an image that looks like attachment
- SONAR have good verdict at the mail flow.
- ML models didn't score the message high enough

To summarized observed issues:
1. Detonation of URLs with query parameters at the mail flow such as hxxps://us4.mailchimp.com/mcb/clicks or hxxps://click.icptrack[.]com/icp/relay.php ineffective
2. ML models scoring to low phish messages
3. Intra-org spoof not working for BP. Worth checking who else has this problem when root cause is determined
4. BCL level too low for messages classified as phish by ML
5. Geo-evasion of SONAR detonation https://msft-twc.visualstudio.com/Sonar/_workitems/edit/39024
6. Human intervention based evasion (captcha) https://msft-twc.visualstudio.com/Sonar/_workitems/edit/39191 https://msft-twc.visualstudio.com/Sonar/_workitems/edit/47050

All the URLs from submitted samples are already blocked

Pawel

CONFIDENTIAL
MSFT_TOC00003888

**From:** Abhishek Agrawal (CDM) <abhiag@microsoft.com>
**Sent:** Wednesday, February 19, 2020 6:40 PM
**To:** Pawel Partyka <Pawel.Partyka@microsoft.com>; Michael Wilde <mwilde@microsoft.com>; Vamsi Mohan Thammana <vmohan@microsoft.com>; Ladha Mohan <Ladha.Mohan@microsoft.com>; Mauricio Martinez Lugo <Mauricio.Martinez@microsoft.com>; Martin Gagne <Martin.Gagne@microsoft.com>
**Cc:** Ross Adams <Ross.Adams@microsoft.com>; Mihai Costea <mcostea@microsoft.com>; Brian Wilcox <brwilcox@microsoft.com>
**Subject:** Effectiveness SWAT meeting for S500 customers
**Importance:** High

Team,

We have a series of high profile S500 escalations that is shipping away at customer confidence. I will setup a regular SWAT meeting. We need to have some dedicated short term focus to shore up customer SAT.

1. Engineering bugs, regressions need to be acted upon urgently
2. Let us analyze the new patterns and push through some short term rules, specifically for execs.

The planned Mn work will take few weks/months to go live so we need to inject some short term measures for these.

@Pawel Partyka can you list out all the samples, bugs so far.

Thanks,
Abhishek

CONFIDENTIAL
MSFT_TOC00003889