# EXHIBIT 52

PageVault

| | |
|---|---|
| Document title: | Pawel Partyka - Senior Security Researcher in Microsoft 365 Defender - Microsoft \| LinkedIn |
| Capture URL: | https://www.linkedin.com/in/ppartyka/ |
| Captured site IP: | 13.107.42.14 |
| Page loaded at (UTC): | Fri, 09 Jul 2021 19:21:43 GMT |
| Capture timestamp (UTC): | Fri, 09 Jul 2021 19:22:54 GMT |
| Capture tool: | v7.9.1 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 5 |
| Capture ID: | fdc40d89-7657-4303-ba00-74dd4e26c2af |
| User: | jmlaw-jcooper |

PDF REFERENCE #:        dcN1btjVcLJe5vWg8EQFh9

| Linked in | People ▾ | Pawel Partyka | 🔍 | Join now  Sign in |



### Pawel Partyka
Senior Security Researcher in Microsoft 365 Defender at Microsoft

Volketswil, Zurich, Switzerland · 500+ connections

**Join to Connect**

🟦 Microsoft

🛡 University of Pennsylvania

### About

I am experienced compliance and security solutions architect specializing in Office 365 and Azure Active Directory, passionate about cyber security. I help largest organization in the world to adopt and improve security of Azure & Office 365. My goal is to understand customer needs and requirements to translate them to best possible solution architecture. I help customers deploy and protect Office 365 services and Azure AD identities. I was involved in the projects at various stages: building proof of concepts, feasibility studies, creating project plans assisting with deployment and stabilizing environment post migration. From technical point of view my expertise lays within following Microsoft products: Office 365 Advanced Threat Protection, Microsoft Cloud App Security, Azure Information Protection, Exchange Online Protection, Azure AD, AD FS.

Asked me questions about how to make cloud deployment secure and compliant leveragining Microsoft technologies.

### Activity



It took me a bit to realize this (and I'm still trying to) - I can call myself now a member of this year's Microsoft Platinum Club outstanding...

Liked by Pawel Partyka



I'm super excited and honored to receive today the Gold Club award! Gold Club Award recognizes the extraordinary performance of individuals who...

Liked by Pawel Partyka



So excited to share these new and improved updates rolling out to Defender for Office 365 to drive efficiencies for SecOps teams. #mdo #office365...

Liked by Pawel Partyka

**Join now to see all activity**

### Experience



**Microsoft**
9 years 5 months

**Senior Security Researcher in Microsoft 365 Defender**
Jun 2021 - Present · 2 months
Zurich, Switzerland

Working on cross product correlations of alerts and events in Microsoft 365 Defender to simplify investigation of security incidents. Addressing new attack vectors by creating detections and correlations.

**Senior Program Manager**
Jul 2019 - Jun 2021 · 2 years
Zürich Area, Switzerland

Helping customers protect their Office 365 collaboration platform against sophisticated attacks. Showing value of Office 365 Advanced Threat Protection in protecting, detecting and responding to threats transmitted over email. Resolving technical blockers towards implementation of the security controls based on Office 365 ATP. Working closely with product group to collect feedback about the product.

**Senior Consultant - Azure Secure Infrastructure**
Nov 2018 - Jun 2019 · 8 months
Zürich Area, Switzerland

Helping customers design, implement and fine tune solutions facilitating detection, protection and response to threats in Azure Active Directory and Office 365.
Understanding customer requirements and needs in the cyber security area and translating

---

**People also viewed**


**Sumit Malhotra**
Principal PM Manager @ Microsoft 365
Seattle, WA




**Paweł Stróżewski**
Stróżewski w Danfoss
Warsaw Metropolitan Area


**Marzena Chłodecka**
Właściciel/Owner - Prestimo Insurance
Warsaw


**Karoline Rozbiewska**
Human Resources Professional
Harwood Heights, IL


**Karolina Lopat**
--
London


**Michal Gotard**
Business Development Director at Mobile Formats
Warsaw


**Rozbiewska Karolina**
Nauczyciel w Szkoła Podstawowa nr 52 w Warszawie
Warsaw Metropolitan Area


**Paweł Kryński**
Kierownik serwisu w Charter Group
Warsaw Metropolitan Area


**Maciej Polak**
Product Marketing Manager - Intrusion, EMEA
Warsaw

**Cam Murray**
Senior Program Manager at Microsoft
Greater Sydney Area

**Show more profiles** ⌄

### Others named **Pawel Partyka**


**Pawel Partyka**
Experienced management consultant / CFO
Warsaw


**Paweł Partyka**
Senior Software Engineer at ZEN.COM
Rzeszow Metropolitan Area


**Paweł Partyka**
Senior Test Lead at Lionbridge Poland
Warsaw


**Paweł Partyka**
Partner at Cushman & Wakefield
Warsaw

18 others named Pawel Partyka are on LinkedIn

**See others named Pawel Partyka**

### Add new skills with these courses


Microsoft Azure: Backup and Disaster Recovery


Office 365: Implement Networking and Security (Office 365/Microsoft 365)


Learning Android Malware Analysis

**See all courses**

### Pawel's public profile badge

Include this LinkedIn profile on other websites


**Pawel Partyka**
Senior Security Researcher in Microsoft 365 Defender at Microsoft

---



Pawel Partyka
Senior Security Researcher in Microsoft 365 Defender at Microsoft

Senior Security Researcher in Microsoft 365 Defender at Microsoft

University of Pennsylvania

View profile

View profile badges

Zürich Area, Switzerland

Helping customers design, implement and fine tune solutions facilitating detection, protection and response to threats in Azure Active Directory and Office 365.
Understanding customer requirements and needs in the cyber security area and translating them to solutions based on Microsoft Threat Protection products
Implementing compliance solution based on Azure Information Protection and MCAS for customers from various industries (banking, airlines, FMCG).



**Senior Premier Field Engineer - Office 365 Security**
Feb 2016 - Oct 2018 · 2 years 9 months
Zürich Area, Switzerland

Helping enterprise customers to improve their security posture by providing best practices and recommendations in the area of threat protection and data loss prevention.
Helping customers resolve security challenges associated with digitial transformation.
Working with customers on IT workplace modernization by adopting Office 365 solutions.
Office 365 and Azure AD trusted advisor and customers' voice to Product Groups.
Technical leader and mentor within Microsoft Services…

Show more

**Senior Premier Field Engineer - Office 365**
Mar 2012 - Jan 2016 · 3 years 11 months
Warsaw, Masovian District, Poland

• Trusted advisor for public sector Office 365 and Azure AD customers. Email threat protection expert.
• Technical assistance during largest Exchange Online migration in Europe.
• Helping customers achieve velocity migration to Exchange Online. Developed Powershell script to measure Exchange Online mailbox migration performance.
• Helping customers design and implement Hybrid Identity architecture and Hybrid Exchange configuration.
• Technical leader and mentor within Microsoft…

Show more



**Alcatel-Lucent Enterprise**
4 years 7 months

**Senior Microsoft Exchange Administrator**
Sep 2008 - Mar 2012 · 3 years 7 months
Warsaw, Masovian District, Poland

• Handling critical incidents and problems from Messaging and Collaboration area.
• Preventing problems and resulting incidents from happening.
• Diagnosing root cause of incidents and submitting change requests to resolve those problems.
• Responsibility for proper service delivery to customers in terms of quality and availability.
• Primary responsibility for Live Communication Server 2005 infrastructure in EMEA region.
• Composing reports using T-SQL language for…

Show more

**Microsoft Exchange Administrator in Service Delivery team**
Sep 2007 - Sep 2008 · 1 year 1 month
Warsaw, Masovian District, Poland

• Responsibility for proper service delivery to customers in terms of quality and availability.
• Handling incidents. Restoring service as quickly as possible and minimizing business impact.
• Request fulfillment.
• Administration of global Alcatel-Lucent Exchange Organizations (around 100 Exchange Servers, over 100000 mailboxes).
• Daily maintenance, monitoring, design improvements and troubleshooting of Exchange 2003 and 2007 Servers.
• Design, administration and…

Show more

**Microsoft Systems Administrator**
Sage
Jan 2007 - Sep 2007 · 9 months
Warsaw, Masovian District, Poland

Responsibility for Microsoft part of Sage Symfonia IT infrastructure including: Exchange 2003, ISA 2006, SMS 2003, MOM 2005, Virtual Server 2005, Terminal Services. McAfee ePO server was also under my responsibility
Introduction into Sage Symfonia network following applications and solutions: ISA 2006, SMS 2003, MOM 2005, NLB cluster of Terminal Servers.



**IT Specialist**
BenQ Europe
Sep 2005 - Dec 2006 · 1 year 4 months
Warsaw, Masovian District, Poland



**IT Specialist**
Kompakt
Dec 2004 - Sep 2005 · 10 months

End-user support. Windows XP,NT,2000 client operating systems maintenace. Windows 2003 Active Directory, DNS and DHCP services administration. Being a member of team responsible for Exchange 2003 implementation.

Active Directory, DNS and DHCP services administration. Being a member of team responsible for Exchange 2003 implementation.

## Education


**University of Pennsylvania**
-
2017 - 2017


**Warsaw School of Economics**
Post-graduate
2009 - 2010


**Politechnika Warszawska**
Bachelor of Science
2000 - 2005


**Sowiński**
-

## Volunteer Experience


**Consultant**
Stowarzyszenie WIOSNA
Nov 2013 - Jun 2014 · 8 months
Help with adoption of Microsoft Cloud technologies (Office 365) for non-profit organizations


**IT Consultant**
Polish Museum Rapperswil
Dec 2017 - Jan 2018 · 2 months
Science and Technology
Non-profit help with Office 365 implementation

## Licenses & Certifications


**CISSP**
ISC2
Issued Mar 2018


**MCTS Microsoft Lync Server 2010, Configuration**
Microsoft
Issued Nov 2011


**MCITP Enterprise Messaging Administrator on Exchange 2010**
Microsoft
Issued Jul 2011


**Prince2 Foundation**
-
Issued Feb 2010


**Microsoft Certified Trainer**
Microsoft
Issued Dec 2011 · Expires Dec 2012


**Advanced Windows Security**
CQURE Academy


**Certficate of Advanced English**
University of Cambridge


**DELF B1**
Ministère éducation nationale


**ITIL Foundation**
-


**MCITP Enterprise Messaging Administrator on Exchange 2007**
Microsoft


**MCTS Microsoft Exchange Server 2010, Configuration**
Microsoft


**MCTS Microsoft Office Communications Server 2007, Configuration**
Microsoft


**MCTS Windows Server® 2008 Active Directory, Configuration**
Microsoft

