# EXHIBIT 53

**C&E SECURITY**

**LEVERAGE SMART SCREEN LOGS FOR REDIRECTION CHAIN SCENARIO**

## Why Invest

### Situation

While Sonar is catching many variants of web-based phishing attacks, there are still numerous FNs that are going undetected as they are being evaded in the detonation environment. Attackers are preventing our ability to see the phish content/landing pages due to various types of evasion techniques that are employed:
- Network level evasion (Ex: Evading Microsoft Ips, geo-based evasions etc.)
- Time delayed evasion (Ex: Delayed launch of phish content that's active at a later time)
- Human/Machine validation evasion (Ex: Captcha evasion where detonation couldn't proceed beyond the human input validation)

While we are working on an IP anonymization solution to route the URL traffic through a proxy service, it would not provide us comprehensive coverage to all the evasion cases. Here are two prominent gaps:

1. A URL submitted to Sonar for detonation contains a redirection. In the event Sonar couldn't witness the full redirect chain, we miss to protect the customers from the actual phishing page if we never saw the final landing page due to network or time-based evasion
2. For a URL that requires human input to go past the original page due to a captcha or a re-captcha, Sonar cannot see the final landing page and will miss to protect the customers from the actual phishing page

Below is an instance of #1 where Satya received a Phish email on 11/26/2018:

- The URL1 behind the text ("*Listen to Voice Message Here*") was seen by Sonar, detonated and had a good verdict as the site looked benign (this is observed during the mail flow before the phishing campaign started)
- The redirected URL2 originating from original URL1 is never seen as a redirected URL by Sonar, hence this URL2 is not detonated during the window when Satya received the message, hence missed to detect the O365 phish login page
- When referring to the smart screen logs, we found that the original URL is redirected to the landing page URL and smart screen called it bad

*Screenshot of the phish email that went to Satya on 11/26/2018*

**Exhibit 12**
3/9/2021
Microsoft 30(b)(6)

> **From:** Satya Nadella <satyan@microsoft.com>
> **Sent:** Monday, November 26, 2018 11:27 AM
> **To:** Bret Arsenault <bretars@microsoft.com>; Rajesh Jha <rajeshj@microsoft.com>; Harvinder Bhela <hbhela@microsoft.com>
> **Cc:** Jason Graefe <Jason.Graefe@microsoft.com>
> **Subject:** FW: New Audio VM +1 (251) 579 - 3142
>
> Seems like a Phishing attack... clicked on it... it took me to a login page... I did not login with O365 credentials..... But the login page was done super well...... scary.... I wonder why our phishing filters don't catch this... see the domain ID below....
>
> **From:** VoiceMessage <pwdj@electroplate-rite.com>
> **Sent:** Monday, November 26, 2018 11:19 AM
> **To:** Satya Nadella <satyan@microsoft.com>
> **Subject:** New Audio VM +1 (251) 579 - 3142
>
> **Microsoft Office 365**
>
> +1 (251) 579 - 3142 sent you a Voice Message.
>
> Received From   +1 (251) 579 - 3142
> Sent To         satyan@microsoft.com
> Time Received   12:45:04 PM GST
> Duration        01:23
>
> [Listen to Voice Message Here]
>
> Thank you
> Microsoft VoiceMail

Detailed root cause analysis is available here:



How Smartscreen URS data helped us

## Opportunity
The problem areas described above provides the following opportunities:
- Additional protection to customers from network or time-based evasion of Sonar detonation platform
- Detect attacks that are currently being evaded by human and computer validation UI such as captcha and re-captcha

## Proposed Solution
Collaborate with Smart Screen team and leverage smart screen URS logs to compare the detonation results of a URL to address the gap between what Sonar observes to what the real users experience and compare the signals and make a determination.

Following diagram illustrates the workflow on how Sonar would consume Smart Screen logs and detonate the final URL retrieved to emit a verdict back to OATP

- For a given URL, if Sonar declares a good verdict, we'll perform a check to see what smart screen saw
- If Smart Screen has a redirection past the original URL we will analyze the full redirect chain and retrieve the final landing page URL to detonate.
- Based on the verdict of the final URL, the data will be updated in rep cache and time travel all the emails associated with the original URL



**Options**:

1. API look up
    a. Short term: Get verdicts for original and final URL
    b. Long term: Normalize and output RC data
2. Cosmos feeds
    a. Currently Sonar has access to sample data via *wlspRepEx.prod/UrsEntity/2020/05/12/DailyData.ss*
    b. Need cooked data access to unsampled data
    c. URIs are scrubbed by SS before logging (no hashing only removing *II)
    d. Cooked stream requirements from Sonar:
        i. Edge vs Anaheim
        ii. Scrubbed vs unscrubbed

# Success Criteria

Leverage Smart screen logs to get the full redirect chain of the URL accessed by user in the browser (Edge and Anaheim) and enhance effectiveness rate (needs data study to estimate the increase in effectiveness)

# Risks and Dependencies

Dependency on smart screen team to provide quality logs to access the full redirection chain of a URL

- Smart Screen (SS) to create a separate curated Cosmos stream for Sonar consumption
- Set up Data Sharing Agreement between Smart Screen and Sonar

# Next Steps

**Short-term**

- Start with Front End URL verdict API for real time calls during detonations
- Cosmos Feed:
    - Currently Sonar has access to sample data via *wlspRepEx.prod/UrsEntity/2020/05/12/DailyData.ss*
    - Sonar needs access to unsampled full data
    - Edge: Redirection URL data available in Cosmos, SS to create a separate curated stream for Sonar consumption
    - Anaheim: Robust logging features led to quality logging of redirection chains. Redirection URL data available in Cosmos, SS to create a separate stream for Sonar consumption
- For Data Sharing Agreement: Contact Tyler (Swaroopa to set up time) for both API verdict look up and RC data access

**Long-term**

- Utilize SmartScreen's API to retrieve the redirect chain data that will enable Sonar to build ensemble (counter evasion) detections for mail flow, hunt for URL detonation FNs, and enable automated remediation of URL detonation FNs.