# EXHIBIT 54

| | |
|---|---|
| From: | Swaroopa Gollapalli </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICROSOFT.ONMICROSOFT.COM-55760-SWAROOPA GOLLAPALLI> |
| To: | Amar Patel (C AND E); Nitin Kumar Goel; Claudia Filipoaia |
| CC: | Andi Comisioneru; Sowmya Mahadevaiah; Cristian Craioveanu; Prachi Rathee |
| Sent: | 5/14/2020 11:59:16 PM |
| Subject: | RE: Next Steps on Smart Screen Collaboration |
| Attachments: | Smart Screen - Redirection Chain Scenario.docx |

Update on row1,
- Attached the scenario document. Please feel free to provide feedback within the doc
- Josh, Prachi and I met for POC kick off. As next steps
  - Josh to provide a cooked stream of unsampled data for Edge and Anaheim that contains redirection chains for Urls
  - There's also an API today that can be used to get verdicts for original and final URL. There's work to be done to output redirection chains
  - Swaroopa will start the process for data sharing agreement between Sonar and SmartScreen to access the data via API and cosmos feed

Thanks,
Swaroopa

**From:** Amar Patel (C AND E) <amarpa@microsoft.com>
**Sent:** Monday, May 11, 2020 6:16 PM
**To:** Nitin Kumar Goel <Nitin.Goel@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Claudia Filipoaia <cfilip@microsoft.com>
**Cc:** Andi Comisioneru <Andi.Comisioneru@microsoft.com>; Sowmya Mahadevaiah <sowmyam@microsoft.com>; Cristian Craioveanu <Cristian.Craioveanu@microsoft.com>; Prachi Rathee <Prachi.Rathee@microsoft.com>
**Subject:** Next Steps on Smart Screen Collaboration

HI,

From Friday, smart screen conversation.

For row 1, Swaroopa do you want to engage with Josh on defining a POC?
For row 4 (consistent featurization), it sounded like you already have some ideas on this based on the dialogue in the Interflow meeting. Do you have some sense of scoping yet?
For row 6 (cloud browse – live forensic browse for internal analysts), Nitin / Claudia, what's your thoughts on supporting more analysts with the tool?
For row 8 (extending interflow) – Sowmya and I hosted a session today. I'll follow up with notes and next steps…

Thanks,
Amar

Exhibit 11
3/9/2021
Microsoft 30(b)(6)

# Next Steps to finalize plan
*For Discussion ...*

Can do i

| CATEGORY | SCENARIO | DEPENDENCIES | IM |
|---|---|---|---|
| Improving effectiveness | Address site unavailable, evasion, and captchas by obtaining and detonating the final URL SmartScreen (SS) saw for a given original URL | Ability to query Smart Screen using original URL and receiving redirect chain and final URL | OA ma |
| Improving effectiveness | OATP-Sonar sharing bad domains, PII scrubbed and full URLs with SS (via Interflow) | Domains and PII scrubbed approved Cross-team privacy/compliance review for full URLs | Me im |
| Improving effectiveness | SS sharing bad domains, PII scrubbed and full URLs with Sonar-OATP (via Interflow) | Cross-team privacy/compliance review for URLs | Me im |
| Increased dev productivity / velocity | Consistent featurization of a web page between Sonar and SS enabling shared detections (e.g. rules) and ML training data | Sonar sharing URL detonation features | Im de |
| Increased dev productivity / velocity | Consistent representation of URL detonation artifacts and metadata (i.e. URL One Cyber) enabling consistent | Sonar sharing URL One Cyber schema | - |
| Increased dev productivity / velocity | Enabling OATP, SS, Defender and Sonar analysts to safely visit a phish site using Sonar Live Forensic URL Browsing ('Cloud Browser') | Breakout discussion Cloud Browse Usage/Capacity | Im vel |
| Increased dev productivity / velocity | Consistent Phish URL grading tool which also enables contributions to image data bank | Breakout discussion on goals (TBD PM/Dev to huddle) | Im de |
| Increased dev productivity / velocity | Expanding Interflow to support sharing of indicator metadata | Requirements for Interflow | - |
| Efficiency | Detonation COGS/Efficiency effort | Sonar plan | Co |
| Efficiency | Sonar team sharing URL Domain ML model | Sonar to share model | SS |