# EXHIBIT 56

| | |
|---|---|
| **From:** | Cortana </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=200188CC4B314DC08AB41D88D7D53F5E-CORTANA EMA> |
| **To:** | Amar Patel (C AND E) |
| **Sent:** | 8/4/2020 1:22:00 PM |
| **Subject:** | Your daily briefing |
| **Attachments:** | blue_checkmark_in_circle.png; BookFocusTime40pxIcon2x.png; delete_2x.png; green_checkmark_in_circle_2x.png; new_window_2x.png; red_x_in_circle.png; small_green_checkmark_in_circle_2x.png; thumbs_down_dislike_2x.png; thumbs_up_like_2x.png; transparent_square.png |

# Hi Amar Patel (C AND E),
# Make today count!





## Commitments and follow-ups



### Swaroopa Gollapalli

FW: Review GDPR Variants for Threat Intel and Incident Response
**5 days ago you said**, "We can discuss tomorrow."



### Abhijeet Hatekar (MSTIC)

RE: Takedown Runtime Hops
**4 days ago you said**, "Abhi and I will track T4 but we don't need to expose that in the end to end calculation and dashboard."



### Patrick Gogerty (CELA)

RE: TocMail v. Microsoft: questions re Safe Links -- Attorney-Client Privileged
**4 days ago you said**, " Redacted - Privileged
Redacted - Privileged
Redacted - Privileged



### Abhijeet Hatekar (MSTIC)

RE: Updated for July: Reducing Azure Abuse MER Slides

**6 days ago you asked**, "Let me know what you think is missing."

 **Swaroopa Gollapalli**

Notes from OATP MSR

**5 days ago you asked**, "Rob: How quickly can we respond to adding fixes for evasion?"

**Did you find this email helpful?** Send feedback



**Microsoft Corporation**

One Microsoft Way, Redmond, WA 98052, USA

Privacy Statement | Unsubscribe

This email is intended for amarpa@microsoft.com

**For people in Canada**

This is a mandatory service communication. To set your contact preferences for other communications, visit the Promotional Communications Manager.

Microsoft Canada Inc.
1950 Meadowvale Blvd.
Mississauga, ON L5N 8L9 Canada