# EXHIBIT 57

**From:** Arun Gururajan </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=602A41C9F006484CBA5E2EBE237EB1B8-ARUNKUMAR G>
**To:** Christian Seifert; Tommy Blizard
**CC:** Nicole Nichols; Brian Wilcox
**Sent:** 9/24/2020 4:17:39 PM
**Subject:** RE: Sonar FeB plans

Makes sense – thanks for clarifying. Certainly something we can pick up here.

**From:** Christian Seifert <chriseif@microsoft.com>
**Sent:** Thursday, September 24, 2020 9:15 AM
**To:** Arun Gururajan <argurura@microsoft.com>; Tommy Blizard <tbliz@microsoft.com>
**Cc:** Nicole Nichols <Nicole.Nichols@microsoft.com>; Brian Wilcox <brwilcox@microsoft.com>
**Subject:** RE: Sonar FeB plans

Yes, when sonar inspects a url, they currently merely provide a malicious verdict or not. They will provide a suspicious verdict going forward, so we can award some points. I think your project in FeB where you look at how many points ought to be awarded can make a recommendation on how many points that should be.

**From:** Arun Gururajan <argurura@microsoft.com>
**Sent:** Thursday, September 24, 2020 9:08 AM
**To:** Christian Seifert <chriseif@microsoft.com>; Tommy Blizard <tbliz@microsoft.com>
**Cc:** Nicole Nichols <Nicole.Nichols@microsoft.com>; Brian Wilcox <brwilcox@microsoft.com>
**Subject:** RE: Sonar FeB plans

I think this makes sense, there is more context around the URL, which should hopefully provide more signal to the SONAR classifier. I am not sure of the other way (Sonar providing signals to us) as that would probably be more latent than the former.

With regard to this, I am not sure what you mean:
- Sonar already assigns a verdict that calls an email as a High Confidence Phish
- Does this mean, in addition to the above, Sonar will assign some points to emails falling within a gray zone (not as high as the above, but over a certain threshold), so that if the net score goes above 30, Combiner can retrospectively junk it, and TT will come into play to move email to quarantine ?

Arun

**From:** Christian Seifert <chriseif@microsoft.com>
**Sent:** Thursday, September 24, 2020 7:45 AM
**To:** Arun Gururajan <argurura@microsoft.com>; Tommy Blizard <tbliz@microsoft.com>
**Cc:** Nicole Nichols <Nicole.Nichols@microsoft.com>; Brian Wilcox <brwilcox@microsoft.com>
**Subject:** Sonar FeB plans

@Arun Gururajan,
Brian shared the FeB plans of providing information to sonar, like the email as well as the ML scores/features. Considering where Sonar sits in the mailflow and time-at-click, do you think sharing signals the other way would be beneficial to our protection stack? They are planning to provide a suspicious verdict, so fewer points can be assigned. Is there more we would want (and utilize of course based on our plans).

@Tommy Blizard, from what we are observing in campaign deep dives, what are some of the gaps on Sonar side we'd like to surface. I think IP-based evasion is already on their radar. Considering we're in the planning cycle, it would be a good time to surface at this point.

CONFIDENTIAL                                                                                                                                                            MSFT_TOC00118719

Christian

CONFIDENTIAL

MSFT_TOC00118720