# EXHIBIT 58

**Josh Martin**

| | |
|---|---|
| **From:** | Girish Chander |
| **Sent:** | Friday, October 23, 2020 5:16 PM |
| **To:** | Amar Patel (C AND E);Brian Wilcox;Swaroopa Gollapalli;Abhishek Agrawal (CDM);Abhijeet Hatekar (MSTIC);James Patrick Dee |
| **Cc:** | Bruno Nowak;Christian Seifert |
| **Subject:** | RE: [Case #:21167551] Tara from Premier Support - case has been brought to product group |

I'm afraid I didn't get all that…might be worth an internal call? @Brian Wilcox, can u please set up?
And then I suspect we need to prep for a call with Coke.
Thanks,
Girish.

**From:** Amar Patel (C AND E) <amarpa@microsoft.com>
**Sent:** Thursday, October 22, 2020 4:11 PM
**To:** Brian Wilcox <brwilcox@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Girish Chander <gchander@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; James Patrick Dee <James.Dee@microsoft.com>
**Cc:** Bruno Nowak <bnowak@microsoft.com>; Christian Seifert <chriseif@microsoft.com>
**Subject:** RE: [Case #:21167551] Tara from Premier Support - case has been brought to product group

+ @Abhijeet Hatekar (MSTIC) and @James Patrick Dee            looks like the thread forked

**From:** Brian Wilcox <brwilcox@microsoft.com>
**Sent:** Tuesday, October 20, 2020 8:23 PM
**To:** Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Girish Chander <gchander@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>
**Cc:** Bruno Nowak <bnowak@microsoft.com>; Christian Seifert <chriseif@microsoft.com>
**Subject:** RE: [Case #:21167551] Tara from Premier Support - case has been brought to product group

I've discussed with the team, the short answer here is this is mostly incorrect. We do the head request to avoid burning 1 time links at time of click prior to sending to Sonar, but it sounds like we will still send it to Sonar at ToC **always** so this is mostly a patient 0 problem where the rep check (not the detonation) can be evaded.

The long answer:
There are still some gaps in my knowledge as to *all* the potential scenarios but the good news is we when we send to Sonar we will always send the original URL. I'm told we will always send clicked URLs to Sonar. If we send to Sonar I see no reason why they wouldn't catch it since they will use a GET request to process the content, assuming of course there are not multiple layers of evasion taking place such as network, sandbox, captcha, etc. This would mean this is mostly a patient 0 problem where the first click is vulnerable to evasion prior to the Sonar result being returned and propagated through our service.

Taking the base scenario this would at minimally evade our rep check, but to reiterate I'm told we always send for detonation regardless of what the HEAD request returns at ToC.

Known Evasions (of Rep)
1. Returning 4XX/5XX to the HEAD and returning a malicious site to the GET

1

   a. Examples
      i. HEAD -> attacker_url (404)
      ii. GET -> attacker_url (200) where the page is a phishing page

2. Returning a 3XX that redirects the HEAD request, destination of redirect returns a 2XX and is benign. Then serving the malicious page to a GET request.
   a. Examples
      i. HEAD -> attacker_url (301) -> microsoft.com (200)
      ii. GET -> attacker_url (200) where the page is a phishing page

I don't believe the SafeLinks service does a GET today as this would open us up to both direct and indirect attacks.
1. Anywhere we download and parse data is a potential risk, Sonar team is much better equipped to do this obviously. I believe the HEAD requests come from a privileged environment so compromise although unlikely could be very consequential.
2. Returning some sort of DoS in response to the safe links server on a GET request
   a. Could be very large content
   b. Unsure if this is possible but maybe even an inverse of the [Slowloris](#) attack where the attacker triggers many responses from one request, maintains many open connections with the requestee, triggers many file downloads, etc.
      i. If possible we would also risk being used for DDoS against others
   c. Should note it might be possible to chunk the get request or otherwise limit the size of the returned content, but this would still trigger 1 time links

Any HEAD request including returning an eventual 2XX code could lead to at least evasion of rep, maybe evasion of sending to Sonar, if the server software can craft one response to the HEAD request and a different one from the GET. Doing so is trivial. The reason we do this *isn't* because we don't think it will be exploited or that it isn't a valid scenario (and I'm unsure who Coke spoke to that gave them that impression) but because a GET request burns 1 time links, and can return an arbitrarily large amount of data as mentioned above.

Additionally due to security concerns I don't think we could even initiate the GET from the boxes we use for the HEAD request today so I'm guessing that factored into these discussions whenever they took place.

The most obvious solution here would be to painstakingly build a do not GET list of every URL path that is known to contain 1 time links, potentially aided by a heuristic, or ML around this problem space to avoid doing GETs on those whilst doing GETs on every other URL. This would need to be a new service independent of how we do HEAD requests again due to the above security concerns.

Even with a pretty elaborate data study we should consider that this would be a very escalation prone effort as we've seen preliminarily with the scrambling work. Additionally FPs for unsubscribe clicks will be worse than filtering FPs are today since when unsubscribes happen it is with an external service so there are no resubscribe or other automatic remediations we can offer the customer. There also is no easy way to report that an unsubscribe occurred, we probably will also need a new feature in the report message / admin submission to report an unsubscribe.


---
Brian Wilcox
Program Manager II – Advanced Threat Protection
[LinkedIn](#) | [Github](#)

**From:** Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>
**Sent:** Tuesday, October 20, 2020 3:43 PM
**To:** Brian Wilcox <brwilcox@microsoft.com>; Girish Chander <gchander@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>
**Cc:** Bruno Nowak <bnowak@microsoft.com>; Christian Seifert <chriseif@microsoft.com>
**Subject:** RE: [Case #:21167551] Tara from Premier Support - case has been brought to product group

+@Abhijeet Hatekar (MSTIC)
Looking into this on Sonar side as well.

**From:** Brian Wilcox <brwilcox@microsoft.com>
**Sent:** Tuesday, October 20, 2020 3:32 PM
**To:** Girish Chander <gchander@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>
**Cc:** Bruno Nowak <bnowak@microsoft.com>; Christian Seifert <chriseif@microsoft.com>
**Subject:** RE: [Case #:21167551] Tara from Premier Support - case has been brought to product group

ACK, we can look into this.


---
Brian Wilcox
Program Manager II – Advanced Threat Protection
LinkedIn | Github

**From:** Girish Chander <gchander@microsoft.com>
**Sent:** Tuesday, October 20, 2020 2:20 PM
**To:** Amar Patel (C AND E) <amarpa@microsoft.com>; Brian Wilcox <brwilcox@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>
**Cc:** Bruno Nowak <bnowak@microsoft.com>; Christian Seifert <chriseif@microsoft.com>
**Subject:** FW: [Case #:21167551] Tara from Premier Support - case has been brought to product group

Hey folks,
Can you review this claim of bypassing OATP?

Thanks,
Girish.

**From:** Girish Chander
**Sent:** Tuesday, October 20, 2020 2:19 PM
**To:** Manoj Singh <Manoj.Singh@microsoft.com>; Bruno Nowak <bnowak@microsoft.com>; Jason Rogers <jarogers@microsoft.com>
**Cc:** Amar Patel (C AND E) <amarpa@microsoft.com>; Brian Wilcox <brwilcox@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>
**Subject:** RE: [Case #:21167551] Tara from Premier Support - case has been brought to product group

Thanks for raising Manoj!
Who have they been engaging with on this on the product side? Let me follow up offline with folks and get back.

**From:** Manoj Singh <Manoj.Singh@microsoft.com>
**Sent:** Tuesday, October 20, 2020 12:09 PM
**To:** Bruno Nowak <bnowak@microsoft.com>; Jason Rogers <jarogers@microsoft.com>; Girish Chander <gchander@microsoft.com>
**Subject:** FW: [Case #:21167551] Tara from Premier Support - case has been brought to product group

@Bruno Nowak/@Girish Chander/@Jason Rogers
The Coca-Cola Company has been doing their pilot on Proof Point to see if it is better than O365-ATP and if they should change to Proof Point.

Below is what the found about gaps in O365-ATP.

Is this known?? What do you recommend as next step?

Thanks
Manoj

---

**From:** Manoj Singh
**Sent:** Tuesday, October 20, 2020 2:50 PM
**To:** David Noren <dnoren@coca-cola.com>
**Cc:** Lenar Molden <Lenar.Molden@microsoft.com>; Warwick Hutton [C] <whutton@coca-cola.com>; Hunter Brumelow <hbrumelow@coca-cola.com>; debenz <debenz@coca-cola.com>
**Subject:** RE: [Case #:21167551] Tara from Premier Support - case has been brought to product group

Hi David
Thank you for bringing this up.
I have not followed the support ticket but will directly escalate this to the product team.

I will come back to you in next couple of days with specific set of actions.

Thanks
Manoj

---

**From:** David Noren <dnoren@coca-cola.com>
**Sent:** Tuesday, October 20, 2020 2:14 PM
**To:** Manoj Singh <Manoj.Singh@microsoft.com>
**Cc:** Lenar Molden <Lenar.Molden@microsoft.com>; Warwick Hutton [C] <whutton@coca-cola.com>; Hunter Brumelow <hbrumelow@coca-cola.com>; debenz <debenz@coca-cola.com>
**Subject:** [EXTERNAL] RE: [Case #:21167551] Tara from Premier Support - case has been brought to product group

Manoj,

Hunter and I just wrapped up with the support team on this. It was disappointing to hear that the Office ATP product team essentially stated that "the product will always have gaps if red teaming is done against it, and we will not be fixing these issues".

It is disappointing that it is possible to bypass Office ATP safe links scanning by simply returning a 4xx or 5xx HTTP error for any inbound HEAD requests while accepting GET requests (what web browsers send), and that the product team doesn't think this is something attackers will exploit. And yet, attacker toolkits have this knowledge baked in already and phishing page generators, such as Social Engineering Toolkit, *do this by default*.

4

Premiere support said they will issue specific resolution notes to our CSAM, so I'm sure in these details, it will be possible to see the exact response from the product team.

Thanks
--David

Classified - Confidential

**From:** David Noren
**Sent:** Wednesday, October 7, 2020 9:45 AM
**To:** Manoj Singh <Manoj.Singh@microsoft.com>
**Cc:** Lenar Molden <Lenar.Molden@microsoft.com>
**Subject:** FW: [Case #:21167551] Tara from Premier Support - case has been brought to product group

Manoj, just FYI this has been open for a while. Lenar has helped keep it moving. Just FYI that, if ProofPoint vs. Office ATP gets more visibility inside TCCC (which it will soon), this will be one example that I'll have to reference regarding the O365 ATP product having some gaps.

Per the last QBR, I think Sam and Neeraj sort of acknowledged we are where we are when it comes to O365 ATP overall. Just want to provide this as a heads-up.

Thanks
--David

Classified - Confidential

**From:** Hunter Brumelow <hbrumelow@coca-cola.com>
**Sent:** Wednesday, October 7, 2020 9:29 AM
**To:** Microsoft Premier Support <mspsup@microsoft.com>; David Noren <dnoren@coca-cola.com>
**Cc:** Lenar Molden <Lenar.Molden@microsoft.com>; Shalini V R (Accenture) <v-shvr@microsoft.com>
**Subject:** RE: [Case #:21167551] Tara from Premier Support - case has been brought to product group

Hey Keith!

Is there any update for this ticket?

BR,

| **Hunter Brumelow** | The Coca-Cola Company | hbrumelow@coca-cola.com |
|---|---|---|
| Cybersecurity Analyst | One Coca-Cola Plaza | M: +01 470-217-4065 |
| Information Risk Management | Atlanta, GA 30313 | |

Classified - Confidential

**From:** Microsoft Premier Support <mspsup@microsoft.com>
**Sent:** Thursday, September 3, 2020 1:47 PM
**To:** Hunter Brumelow <hbrumelow@coca-cola.com>; David Noren <dnoren@coca-cola.com>

**Cc:** Lenar Molden <Lenar.Molden@microsoft.com>; Shalini V R (Accenture) <v-shvr@microsoft.com>
**Subject:** [Case #:21167551] Tara from Premier Support - case has been brought to product group

**ATTENTION:** This email was sent from outside the company. Do not click links or open files unless you know it is safe. Forward malicious emails to phish@coca-cola.com.

## Please type your reply above this line ##



Your request (21167551) has been updated. To add additional comments, please reply to this email.



Keith (Microsoft)
Thursday, September 3, 2020 5:46 PM GMT

Hello Hunter,
Thank you for responding! We were able to reproduce this issue on the backend, We will review all this information and provide an update once available. I hope you have a wonderful day!

Best regards and thanks,
Keith Lowder
v-kelowd@microsoft.com
Microsoft 365 Premier Support Engineer
Working Hours: Monday - Thursday: 6:00 AM - 3:00 PM EDT; Friday: 8:00 AM - 5:00 PM EDT
Management Team: Email: psdmt@microsoft.com



hbrumelow@coca-cola.com (The Coca-Cola Company)
Thursday, September 3, 2020 5:26 PM GMT

Hey Keith,

Sorry for the delay! I was able to collect the requested data and have uploaded it. Please make sure to look at t

Have you been able to replicate these results on your end? We're still observing that the domain is blocked aft

Looking forward to hearing back!

BR,

| | | |
|---|---|---|
| **Hunter Brumelow** | The Coca-Cola Company | hbrumelow@coca-cola.com |
| Cybersecurity Analyst | One Coca-Cola Plaza | M: +01 470-217-4065 |
| Information Risk Management | Atlanta, GA 30313 | |

Classified - Confidential

Keith (Microsoft)

Thursday, September 3, 2020 11:27 AM GMT



Hello Hunter, David,
I hope that your day is going well! I am checking to see if you had a chance to collect the information requested or if you need a little more time?

I will reach out to your tenant's Customer Success Account Manager to try and get some traction on this issue.

I am available for a phone call or Teams meeting today if you can share your availability. I hope you have a wonderful day and we look forward to your response!

Best regards and thanks,
Keith Lowder
v-kelowd@microsoft.com
Microsoft 365 Premier Support Engineer
Working Hours: Monday - Thursday: 6:00 AM - 3:00 PM EDT; Friday: 8:00 AM - 5:00 PM EDT
Management Team: Email: psdmt@microsoft.com



Keith (Microsoft)
Wednesday, September 2, 2020 11:11 AM GMT

Hello Hunter, David,
I hope that your day is going well! I am checking to see if you had a chance to collect the information requested or if you need a little more time? I am available for a phone call or Teams meeting today if you can share your availability. I hope you have a wonderful day and we look forward to your response!

Best regards and thanks,
Keith Lowder
v-kelowd@microsoft.com
Microsoft 365 Premier Support Engineer
Working Hours: Monday - Thursday: 6:00 AM - 3:00 PM EDT; Friday: 8:00 AM - 5:00 PM EDT
Management Team: Email: psdmt@microsoft.com



MicrosoftExchange329e71ec88ae4615bbc36ab6ce41109e@service.microsoft.com (The Coca-Cola Company)
Wednesday, September 2, 2020 10:50 AM GMT

**Delivery has failed to these recipients or groups:**

lemolden@microsoft.co (lemolden@microsoft.co)
Your message couldn't be delivered. Despite repeated attempts to contact the recipient's email syste

Contact the recipient by some other means (by phone, for example) and ask them to tell their email a the only one who can fix this problem.

For more information and tips to fix this issue see this article: https://go.microsoft.com/fwlink/?LinkId=

**Diagnostic information for administrators:**

Generating server: SN6PR2101MB1792.namprd21.prod.outlook.com
Receiving server: SN6PR2101MB1792.namprd21.prod.outlook.com

lemolden@microsoft.co
9/2/2020 10:47:51 AM - Server at SN6PR2101MB1792.namprd21.prod.outlook.com returned '550 5.4.300 Message expi
[DM6NAM10FT012.eop-nam10.prod.protection.outlook.com](Socket error code 10061)'
9/2/2020 10:39:03 AM - Server at microsoft.co (40.113.200.201) returned '451 4.4.396 Frontend host responded with e
nam10.prod.protection.outlook.com](Socket error code 10061)'

Original message headers:

```
Received: from SN6PR2101MB1102.namprd21.prod.outlook.com (2603:10b6:805:6::27)
 by SN6PR2101MB1792.namprd21.prod.outlook.com (2603:10b6:805:2::27) with
 Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.3370.1; Tue, 1 Sep
 2020 22:27:18 +0000
ARC-Seal: i=1; a=rsa-sha256; s=arcselector9901; d=microsoft.com; cv=none;

b=O6jXnWjWvj1NjxLmb7+LuJMYF9Osa+lYTPKI1cZ6D4qz2zMImeQZutGFktJCRow2ZzFFzwROWex313+gdQpIN7X
ETYgRjYznzxShQL0AmhTtI38e0CJDkR8tgE4fh5EI1WzqZOwYFKBKeGxhwBef4UCEDPBrnm3YYl392tpfNDqB7Vg=
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=microsoft.com;
 s=arcselector9901;
 h=From:Date:Subject:Message-ID:Content-Type:MIME-Version:X-MS-Exchange-SenderADCheck;
 bh=KZsJA3ichgfvINJfX4NHgufu1mvxQ0UPiQiOPRPznKs=;

b=LB61nIrAamCKLXZcJFx79TYQGnKsAH0cksIqNcT8pdXFTHgFLxcR6ZjMwLqlcl5dzeJsHePL3eLBecDGDU44QcQ
aEB7MqxsjvzLN7laJ5XoNOXbLGx+urI43kPg1+/6bCba0ThfuoqJk/6LLV/sPnHXm9cS+XJ/Ms31prgaQCqxt2cw=
ARC-Authentication-Results: i=1; mx.microsoft.com 1; spf=pass
 smtp.mailfrom=microsoft.com; dmarc=pass action=none
 header.from=microsoft.com; dkim=pass header.d=microsoft.com; arc=none
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=microsoft.com;
 s=selector2;
 h=From:Date:Subject:Message-ID:Content-Type:MIME-Version:X-MS-Exchange-SenderADCheck;
 bh=KZsJA3ichgfvINJfX4NHgufu1mvxQ0UPiQiOPRPznKs=;
 b=SBbOjKo4mrFhlIYpJYKbqgLHOuonhH2eXemaMKiEFUshaEEFs3xs1pKkyNeCXXoc+wZ0GxNSkJ7mYbpZ8o08qQ
Received: from SN6PR2101MB1039.namprd21.prod.outlook.com (2603:10b6:805:6::12)
 by SN6PR2101MB1102.namprd21.prod.outlook.com (2603:10b6:805:6::27) with
 Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.3348.4; Tue, 1 Sep
 2020 10:47:50 +0000
Received: from SN6PR2101MB1039.namprd21.prod.outlook.com
 ([fe80::c81c:8865:2be3:981]) by SN6PR2101MB1039.namprd21.prod.outlook.com
 ([fe80::c81c:8865:2be3:981%6]) with mapi id 15.20.3326.025; Tue, 1 Sep 2020
 10:47:50 +0000
From: Microsoft Premier Support <mspsup@microsoft.com>
To: David Noren <dnoren@coca-cola.com>, "Shalini V R (Accenture)"
        <v-shvr@microsoft.com>, Hunter Brumelow <hbrumelow@coca-cola.com>
CC: "lemolden@microsoft.co" <lemolden@microsoft.co>
Subject: [Case #:21167551] Tara from Premier Support - case has been brought
 to product group
Thread-Topic: [Case #:21167551] Tara from Premier Support - case has been
 brought to product group
Thread-Index: AQHWgE1WsNQz1R1wXEiK4HRIis3GFQ==
Date: Tue, 1 Sep 2020 10:47:50 +0000
Message-ID: <SN6PR2101MB1039243FB7F996F17FACB500D92E0@SN6PR2101MB1039.namprd21.prod.outlo
Accept-Language: en-US
Content-Language: en-US
```

8

```
X-MS-Has-Attach:
X-MS-TNEF-Correlator:
authentication-results: coca-cola.com; dkim=none (message not signed)
 header.d=none;coca-cola.com; dmarc=none action=none
 header.from=microsoft.com;
x-originating-ip: [104.42.48.210]
x-ms-publictraffictype: Email
x-ms-office365-filtering-ht: Tenant
x-ms-office365-filtering-correlation-id: faed7792-f916-4481-9caf-08d84e647912
x-ms-traffictypediagnostic: SN6PR2101MB1102:|SN6PR2101MB1792:
x-ms-exchange-transport-forked: True
x-ld-processed: 72f988bf-86f1-41af-91ab-2d7cd011db47,ExtAddr
x-microsoft-antispam-prvs: <SN6PR2101MB1102A0CA1F99E39CD0D26802D92E0@SN6PR2101MB1102.namp
x-ms-oob-tlc-oobclassifiers: OLM:1201;
x-ms-exchange-senderadcheck: 1
x-microsoft-antispam: BCL:0;
x-microsoft-antispam-message-info:
CvUkN8CAQypLKuPDjQyXjCTABCMKpEMBbsZttcVfW3ABCj3JagBXXjfYecidM47mjeXZtPBkBlAPgGrpxvEcxvpdU
PsH3qWBJVp9bpLKnXFdxglCp+olbxttRuAMSHfDLy/UCDOipLjqc4uysaNSCNxWHjCCnjkZLzJaa+sq+G+QVTj+M1
x-forefront-antispam-report:
CIP:255.255.255.255;CTRY:;LANG:en;SCL:1;SRV:;IPV:NLI;SFV:NSPM;H:SN6PR2101MB1039.namprd21
6002)(186003)(55016002)(52536014)(8676002)(82960400001)(8990500004)(26005)(82950400001)(9
01)(66946007)(66476007)(296002)(91956017)(30864003)(559001)(579004);DIR:OUT;SFP:1102;
x-ms-exchange-antispam-messagedata:
xS28vPKtQqx0nfXVrjEeLGZv6XbFrBWwYDBnZbCAr6dmYqkA5clpAjvMg4c4/L0pv3Y54o5bKuHRNB/DcYqRJzqVF
zhVsknscGq7eEm5aLuPPeAPy7co9SbKoJNmB8rS5XlDRbk9nwGtLT6kA3S/ulaNEZNCZmTNizKXY7+Kx637Y4EYl7
SYPd//KUfBfVqIOEbe3EhSkFD/uj0C4phO2uIXpV8R0SdoRgv7zq08duOXvmCrGZgvapRfDT3v+ecNwT6N6eZA1wM
Content-Type: multipart/alternative;
    boundary="_000_SN6PR2101MB1039243FB7F996F17FACB500D92E0SN6PR2101MB1039_"
MIME-Version: 1.0
X-MS-Exchange-CrossTenant-AuthAs: Internal
X-MS-Exchange-CrossTenant-AuthSource: SN6PR2101MB1039.namprd21.prod.outlook.com
X-MS-Exchange-CrossTenant-Network-Message-Id: faed7792-f916-4481-9caf-08d84e647912
X-MS-Exchange-CrossTenant-originalarrivaltime: 01 Sep 2020 10:47:50.7034
 (UTC)
X-MS-Exchange-CrossTenant-fromentityheader: Hosted
X-MS-Exchange-CrossTenant-id: 72f988bf-86f1-41af-91ab-2d7cd011db47
X-MS-Exchange-CrossTenant-mailboxtype: HOSTED
X-MS-Exchange-CrossTenant-userprincipalname: 1ua6KI6cFO94t6LCTF6+6Ga8idC/2y6Sym9dOv+Y2CjN
X-MS-Exchange-Transport-CrossTenantHeadersStamped: SN6PR2101MB1102
Return-Path: mspsup@microsoft.com
X-OriginatorOrg: microsoft.com
```



Keith (Microsoft)
Tuesday, September 1, 2020 10:47 AM GMT

Hello Hunter,

Thank you for responding! We look forward to your response. Let us know if anything changes or if you have any additional questions. I hope you have a wonderful day!

Best regards and thanks,
Keith Lowder
v-kelowd@microsoft.com
Microsoft 365 Premier Support Engineer
Working Hours: Monday - Thursday: 6:00 AM - 3:00 PM EDT; Friday: 8:00 AM - 5:00 PM EDT
Management Team: Email: psdmt@microsoft.com

hbrumelow@coca-cola.com (The Coca-Cola Company)

Monday, August 31, 2020 8:26 PM GMT

Hey Keith!

I'm working on getting that data right now. We're having some issues with our testing setup, so it might be to[...] soon as I have it!

I apologize for any inconvenience!



BR,

| **Hunter Brumelow** | The Coca-Cola Company | hbrumelow@coca-cola.com |
| --- | --- | --- |
| Cybersecurity Analyst | One Coca-Cola Plaza | M: +01 470-217-4065 |
| Information Risk Management | Atlanta, GA 30313 | |

Classified - Confidential



Keith (Microsoft)
Monday, August 31, 2020 1:10 PM GMT

Hello David,
This is Keith with Microsoft Premier Support and I am reaching out to see if we can arrange a call to collect a fresh reproduction of this issue including a new message trace including all logs and a Fiddler trace. I should have availability in the afternoon unless you can gather this information sooner. Please upload any files to the following link and let us know once uploaded. I hope you have a wonderful day and we look forward to your response!

Best regards and thanks,
Keith Lowder
v-kelowd@microsoft.com
Microsoft 365 Premier Support Engineer
Working Hours: Monday - Thursday: 6:00 AM - 3:00 PM EDT; Friday: 8:00 AM - 5:00 PM EDT
Management Team: Email: psdmt@microsoft.com



Tara (Microsoft)
Wednesday, August 26, 2020 12:45 AM GMT

Hello David,

We are waiting on the product group for comment on this.

Kind regards,
Tara Doherty
Microsoft 365 Premier Support Engineer
Hours: Mon-Fri 12:00pm - 9:00pm EST
Contact email: v-tadohe@microsoft.com
Management Team: psdmt@microsoft.com



Tara (Microsoft)
Monday, August 24, 2020 11:12 PM GMT

Hello David,

Hope all is well. Our case is with the product group currently.

Kind regards,
Tara Doherty
Microsoft 365 Premier Support Engineer
Hours: Mon-Fri 12:00pm - 9:00pm EST
Contact email: v-tadohe@microsoft.com
Management Team: psdmt@microsoft.com



Tara (Microsoft)
Friday, August 21, 2020 8:51 PM GMT

Hello all,

The weekend is almost here. I have good news our case has been requests for comment by the product group team responsible for our product. I am very excited to get their take on this. I will keep you posted.

Kind regards,
Tara Doherty
Microsoft 365 Premier Support Engineer
Hours: Mon-Fri 12:00pm - 9:00pm EST
Contact email: v-tadohe@microsoft.com
Management Team: psdmt@microsoft.com

CONFIDENTIALITY NOTICE
NOTICE: This message is intended for the use of the individual or entity to which it is addressed and may contain information that is confidential, privileged and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any printing, copying, dissemination, distribution, disclosure or forwarding of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately and delete it from your system. Thank You.