# EXHIBIT 60

| | |
|---|---|
| From: | Abhishek Agrawal (CDM) </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICROSOFT.ONMICROSOFT.COM-55760-ABHISHEK AGRAWAL (DEVDIV)> |
| To: | Eric Douglas; Neelamadhaba Mahapatro; Rob Lefferts; Girish Chander; Eva Chen; Michael Wilde |
| CC: | Brian Wilcox |
| Sent: | 1/26/2021 6:18:55 PM |
| Subject: | RE: New/Additional FY21 Budget ask for IP Evasion prevention |

Thanks folks. I am following further with SONAR side on what is the bare minimum needed and if they can absorb it all at their end.

**From:** Eric Douglas <Eric.Douglas@microsoft.com>
**Sent:** Tuesday, January 26, 2021 9:38 AM
**To:** Neelamadhaba Mahapatro <neelmah@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Rob Lefferts <roble@microsoft.com>; Girish Chander <gchander@microsoft.com>; Eva Chen <evachen@microsoft.com>; Michael Wilde <mwilde@microsoft.com>
**Cc:** Brian Wilcox <brwilcox@microsoft.com>
**Subject:** RE: New/Additional FY21 Budget ask for IP Evasion prevention

So it's 500k for this FY and 1M in FY22+ ?

I don't think I have the budget left in this FY.  Will check with susan and get back.

**From:** Neelamadhaba Mahapatro <neelmah@microsoft.com>
**Sent:** Tuesday, January 26, 2021 8:28 AM
**To:** Eric Douglas <Eric.Douglas@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Rob Lefferts <roble@microsoft.com>; Girish Chander <gchander@microsoft.com>; Eva Chen <evachen@microsoft.com>; Michael Wilde <mwilde@microsoft.com>
**Cc:** Brian Wilcox <brwilcox@microsoft.com>
**Subject:** RE: New/Additional FY21 Budget ask for IP Evasion prevention

Michael, do you have FY21 budget that we can cover? Eric, do you have some?

Otherwise, it will be a stretch and we can take it up with Harv if look scompelling.

Thanks
/neel

**Exhibit 24**
3/25/2021
Wilcox

**From:** Eric Douglas <Eric.Douglas@microsoft.com>
**Sent:** Tuesday, January 26, 2021 7:11 AM
**To:** Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Neelamadhaba Mahapatro <neelmah@microsoft.com>; Rob Lefferts <roble@microsoft.com>; Girish Chander <gchander@microsoft.com>; Eva Chen <evachen@microsoft.com>; Michael Wilde <mwilde@microsoft.com>
**Cc:** Brian Wilcox <brwilcox@microsoft.com>
**Subject:** RE: New/Additional FY21 Budget ask for IP Evasion prevention

I'm familiar with proxify and agree it will be very helpful.  So in spirit, I approve.  Not sure how budget realities are looking, however.  😊

**From:** Abhishek Agrawal (CDM) <abhiag@microsoft.com>
**Sent:** Monday, January 25, 2021 7:52 PM
**To:** Neelamadhaba Mahapatro <neelmah@microsoft.com>; Rob Lefferts <roble@microsoft.com>; Girish

CONFIDENTIAL - ATTORNEYS EYES ONLY

Chander <gchander@microsoft.com>; Eva Chen <evachen@microsoft.com>; Michael Wilde <mwilde@microsoft.com>; Eric Douglas <Eric.Douglas@microsoft.com>
Cc: Brian Wilcox <brwilcox@microsoft.com>
Subject: RE: New/Additional FY21 Budget ask for IP Evasion prevention

The 3rd party is a service called proxify which SONAR uses to randomize the IP space through which we visit the url during sandboxing. Currently, we do it only for Time of click for select scenarios which leads to FNs during mail flow detections. The plan is to expand it to ALL scenarios.

Here is the FN analysis from SONAR on the impact of geo evasion. 38% of URL FNs was attributed to IP/GEO evasion and 100% of URL based malware evasion was attributed to IP/GEO evasion



**From:** Neelamadhaba Mahapatro <neelmah@microsoft.com>
**Sent:** Monday, January 25, 2021 7:44 PM
**To:** Rob Lefferts <roble@microsoft.com>; Girish Chander <gchander@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Eva Chen <evachen@microsoft.com>; Michael Wilde <mwilde@microsoft.com>; Eric Douglas <Eric.Douglas@microsoft.com>
**Cc:** Brian Wilcox <brwilcox@microsoft.com>
**Subject:** RE: New/Additional FY21 Budget ask for IP Evasion prevention

Abhisek, what is the 3rd party service and what does it do or how does it work/help?

Regarding budget – in the overall budget number of about 164M, this looks like a meagre amount.

Thanks
/neel

**From:** Rob Lefferts <roble@microsoft.com>
**Sent:** Monday, January 25, 2021 7:32 PM
**To:** Girish Chander <gchander@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Neelamadhaba Mahapatro <neelmah@microsoft.com>; Eva Chen <evachen@microsoft.com>; Michael Wilde <mwilde@microsoft.com>; Eric Douglas <Eric.Douglas@microsoft.com>
**Cc:** Brian Wilcox <brwilcox@microsoft.com>

CONFIDENTIAL - ATTORNEYS EYES ONLY

**Subject:** Re: New/Additional FY21 Budget ask for IP Evasion prevention

I have certainly seen the escalations that Girish refers to, so I'm excited about this.

Do we have any quant/metrics to back up the expected impact?

thx

---

**From:** Girish Chander <gchander@microsoft.com>
**Sent:** Monday, January 25, 2021 1:39 PM
**To:** Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Rob Lefferts <roble@microsoft.com>; Neelamadhaba Mahapatro <neelmah@microsoft.com>; Eva Chen <evachen@microsoft.com>; Michael Wilde <mwilde@microsoft.com>; Eric Douglas <Eric.Douglas@microsoft.com>
**Cc:** Brian Wilcox <brwilcox@microsoft.com>
**Subject:** RE: New/Additional FY21 Budget ask for IP Evasion prevention

This is more for Rob, Neel and Eric to approve, but I'd like to add my 2 cents.
I would totally like to see this happen. It's worth the effectiveness gains----especially as these evasion tactics only get broader and amplified. We've seen a recent spate of escalations as well due to this.

**From:** Abhishek Agrawal (CDM) <abhiag@microsoft.com>
**Sent:** Monday, January 25, 2021 1:14 PM
**To:** Rob Lefferts <roble@microsoft.com>; Neelamadhaba Mahapatro <neelmah@microsoft.com>; Eva Chen <evachen@microsoft.com>; Girish Chander <gchander@microsoft.com>; Michael Wilde <mwilde@microsoft.com>; Eric Douglas <Eric.Douglas@microsoft.com>
**Cc:** Brian Wilcox <brwilcox@microsoft.com>
**Subject:** New/Additional FY21 Budget ask for IP Evasion prevention
**Importance:** High

@Rob Lefferts @Neelamadhaba Mahapatro @Eric Douglas @Girish Chander @Michael Wilde
We are working with SONAR to enable anti-evasion detections. To help accelerate the effectiveness gains in light of recent customer FN escalations, we are looking to enable it for ALL scenarios for ALL customers instead of waiting for a ML based selection system. The additional 3rd party service budget is expected to be $100K/Month for next six months to cover ALL customers and ALL scenarios. We will continue to work on COGS tuning through Co to cap that COGs.

SONAR team is working through budget process to get approval, but in case it does not get approved, I will like to go ahead and get approval on our side to enable us to turn this on right away for our use cases.

If you can provide your approval, I will work with Dan and team to coordinate with SONAR folks.

Thanks,
Abhishek

CONFIDENTIAL - ATTORNEYS EYES ONLY