# EXHIBIT 62

**Sent:** Thu, 02 Jan 2020 08:53:30 -0800
**Subject:** It's been 21 days—see how your ad is doing
**From:** Google Ads <ads-noreply@google.com>
**To:** michael.wood@tocmail.net

Your Customer ID: 266-012-6501

SIGN IN

780

**TocMail Inc. - Stop Email Phishing Links**
Ad · tocmail.net
Finally Stop Email Phishing Links Simply By Reading Your Emails With A Revolutio...

Congrats—it's been three weeks. You're on your way to reaching your goal of getting more activity on your site.

To help you stay competitive, we've refined your budget to focus on your most successful search phrases. Be sure to keep an eye on how you're doing.

**VIEW MY PERFORMANCE**

See you online,

**Google Customer Solutions**