# EXHIBIT 63

# VIDEO TO BE FILED CONVENTIONALLY