# EXHIBIT 64

PageVault

| | |
|---|---|
| Document title: | Advanced Threat Protection in Office 365 - YouTube |
| Capture URL: | https://www.youtube.com/watch?v=idqTS6-_2t8 |
| Captured site IP: | 172.217.13.78 |
| Page loaded at (UTC): | Wed, 07 Jul 2021 19:07:49 GMT |
| Capture timestamp (UTC): | Wed, 07 Jul 2021 19:08:46 GMT |
| Capture tool: | v7.9.1 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | 48daf08c-f9b6-4e61-aa3f-d790b319b41c |
| User: | jmlaw-jcooper |

PDF REFERENCE #:     dX2rscrLoVfXJ1x3dXg3Pv



