# EXHIBIT 65

PageVault

| | |
|---|---|
| Document title: | Advanced email threat protection – Microsoft 365 |
| Capture URL: | https://web.archive.org/web/20190323232052/https://products.office.com/en-us/exchange/advance-threat-protection |
| Captured site IP: | 207.241.237.3 |
| Page loaded at (UTC): | Thu, 08 Jul 2021 17:21:25 GMT |
| Capture timestamp (UTC): | Thu, 08 Jul 2021 17:23:20 GMT |
| Capture tool: | v7.9.1 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 4 |
| Capture ID: | c9a928a8-aeb2-4926-bb48-77215361c541 |
| User: | jmlaw-jcooper |

https://products.office.com/en-us/exchange/advance-threat-protection

# Office 365 Advanced Threat Protection

Protect your organization against sophisticated threats such as phishing and zero-day malware and automatically investigate and remediate attacks.

SEE PLANS AND PRICING

WATCH VIDEO >

## Industry-leading protection

Office 365 Advanced Threat Protection (ATP) provides comprehensive protection by leveraging trillions of signals from the Microsoft Intelligent Security Graph and analyzing billions of emails daily.

## Actionable insights

Actionable insights help identify, prioritize, and provide recommendations for addressing potential threats such as phishing and malware and proactively securing your organization from attacks.

## Automated response

Advanced automated response options, including tools such as security playbooks and investigation graphs, help investigate and remediate attacks faster and save time, budget and resources.

Document title: Advanced email threat protection – Microsoft 365
Capture URL: https://web.archive.org/web/20190323232052/https://products.office.com/en-us/exchange/advance-threat-protection
Capture timestamp (UTC): Thu, 08 Jul 2021 17:23:20 GMT

## Training users

Training users to recognize and report attacks is critical. Office 365 ATP builds user awareness with attack simulations, warns users before they click on unknown links, and helps users report suspicious content.

## Get the right Office 365 Advanced Threat Protection

Compare and choose from Office 365 Advanced Threat Protection plans.

| | user/month (annual commitment) Office 365 Advanced Threat Protection (Plan 1) | user/month (annual commitment) Office 365 Advanced Threat Protection (Plan 2) | user/month (annual commitment) Office 365 Enterprise E5 |
|---|---|---|---|
| | | | CONTACT SALES |
| | LEARN MORE › | | LEARN MORE › |
| | Add Office 365 ATP Plan 1 to select Exchange and Office 365 subscriptions. | Includes all Office 365 ATP Plan 1 benefits and more. | Includes all Office 365 ATP Plan 2 benefits and more. |
| + Configuration, protection, and detection | ✔ | ✔ | ✔ |
| + Automation, investigation, remediation, and education | | ✔ | ✔ |
| + Desktop versions of Office applications | | | ✔ |
| + Tools to build and manage your business | | | ✔ |
| + Web versions of Office applications | | | ✔ |

Document title: Advanced email threat protection – Microsoft 365
Capture URL: https://web.archive.org/web/20190323232052/https://products.office.com/en-us/exchange/advance-threat-protection
Capture timestamp (UTC): Thu, 08 Jul 2021 17:23:20 GMT
Page 2 of 3

CONTACT SALES

LEARN MORE >

LEARN MORE >

| | Add Office 365 ATP Plan 1 to select Exchange and Office 365 subscriptions. | Includes all Office 365 ATP Plan 1 benefits and more. | Includes all Office 365 ATP Plan 2 benefits and more. |
| --- | --- | --- | --- |
| + Configuration, protection, and detection | ✔ | ✔ | ✔ |
| + Automation, investigation, remediation, and education | | ✔ | ✔ |
| + Desktop versions of Office applications | | | ✔ |
| + Tools to build and manage your business | | | ✔ |
| + Web versions of Office applications | | | ✔ |

LEARN MORE >

CONTACT SALES

## Additional resources

### Office 365 ATP overview

See an overview of Office 365 ATP with information about features and comprehensive instructions.

LEARN MORE >

### Office 365 ATP e-book

Get a free e-book that explains how Office 365 ATP keeps your email, data, and business secure.

GET E-BOOK >

### Office 365 ATP case study

See how a British IoT company streamlined security and threat protection with Microsoft.

READ THEIR STORY >

How to buy Office 365 Advanced Threat Protection Plan 1:

You can add Advanced Threat Protection Plan 1 to the following Exchange and Office 365 subscription plans: Exchange Online Plan 1, Exchange Online Plan 2, Office 365 F1, Office 365 Business Essentials, Office 365 Business Premium, Office 365 Enterprise E1, Office 365 Enterprise E3, Office 365 Enterprise E5, Office 365 Education. To add Advanced Threat Protection Plan 1 to your subscription, contact your volume licensing reseller.

Follow Office Blog

| What's new | Store & Support | Education | Enterprise | Developer | Company |
| --- | --- | --- | --- | --- | --- |
| NEW Surface Pro 6 | Account profile | Microsoft in education | Microsoft Azure | Microsoft Visual Studio | Careers |
| NEW Surface Laptop 2 | Download Center | Office for students | Microsoft Industry | Windows Dev Center | About Microsoft |
| NEW Surface Go | Sales & support | Office 365 for schools | Data platform | Developer Network | Company news |
| Xbox One X | Returns | Deals for students & parents | Find a solution provider | TechNet | Privacy at Microsoft |
| Xbox One S | Order tracking | Microsoft Azure in education | Microsoft partner resources | Microsoft developer program | Investors |
| VR & mixed reality | Store locations | | Microsoft AppSource | Channel 9 | Diversity and inclusion |
| Windows 10 apps | Support | | Health | Office Dev Center | Accessibility |
| Office apps | Buy online, pick up in store | | Financial services | Microsoft Garage | Security |

English (United States)

Sitemap Contact Microsoft Privacy & cookies Terms of use Trademarks Safety & eco About our ads © Microsoft 2019



