# EXHIBIT 67

| | |
|---|---|
| **From:** | Jason Rogers </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICROSOFT.ONMICROSOFT.COM-55760-JASON ROGERS (DUP: F907C732915B3245BE7A37599EBE7D07)> |
| **To:** | Alisdair Douglas; Amar Patel (C AND E); Abhishek Agrawal (CDM); Will Hogg; Carl Peter; Kirk Arthur; Nick Lines; Paul Cullimore; Tim Burrell (MSTIC); Debraj Ghosh; Tom Roughley; Frances Early |
| **CC:** | Gary Kelly (UK); Richard Freebody; Zane Freame; Girish Chander |
| **Sent:** | 6/21/2018 8:12:56 PM |
| **Subject:** | RE: ATP Issues at UK eJudiciary |

Inline

**From:** Alisdair Douglas
**Sent:** Thursday, June 21, 2018 9:32 AM
**To:** Amar Patel (C AND E) <amarpa@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Will Hogg <Will.Hogg@microsoft.com>; Carl Peter <capete@microsoft.com>; Kirk Arthur <karthur@microsoft.com>; Nick Lines <Nick.Lines@microsoft.com>; Paul Cullimore <Paul.Cullimore@microsoft.com>; Tim Burrell (MSTIC) <Tim.Burrell@microsoft.com>; Debraj Ghosh <deghos@microsoft.com>; Tom Roughley <Thomas.Roughley@microsoft.com>; Frances Early <francese@microsoft.com>; Jason Rogers <jarogers@microsoft.com>
**Cc:** Gary Kelly (UK) <Gary.Kelly@microsoft.com>; Richard Freebody <richfree@microsoft.com>; Zane Freame <Zane.Freame@microsoft.com>; Girish Chander <gchander@microsoft.com>
**Subject:** RE: ATP Issues at UK eJudiciary
**Importance:** High

Hi guys

Can anyone comment on the points below? Due a catch up with the customer tomorrow

**Alisdair Douglas**
Support Escal Eng                        Office: +44 (118) 9095190
Eq-Uk Gtsc Bizapps Server        aldoug@microsoft.com
Customer Services and Support  Working hours: Monday – Friday 09:00 - 18:00



*Backup | Jeroen Dronkers (jedronke@microsoft.com)*
*Team Manager | Frances Early (francese@microsoft.com) +44 (20) 34251539*

*This and subsequent emails on the same topic are for discussion and information purposes only. Only those matters set out in a fully executed agreement are legally binding. This email may contain confidential information and should not be shared with any third party without the prior written agreement of Microsoft. If you are not the intended recipient, take no action and contact the sender immediately.*

*Microsoft Limited (company number 01624297) is a company registered in England and Wales whose registered office is at Microsoft Campus, Thames Valley Park, Reading RG6 1WG*

**From:** Alisdair Douglas
**Sent:** 15 June 2018 17:19
**To:** Amar Patel (C AND E) <amarpa@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Will Hogg <Will.Hogg@microsoft.com>; Carl Peter <capete@microsoft.com>; Kirk Arthur <karthur@microsoft.com>; Nick Lines <Nick.Lines@microsoft.com>; Paul Cullimore <Paul.Cullimore@microsoft.com>; Tim Burrell (MSTIC) <Tim.Burrell@microsoft.com>; Debraj Ghosh <deghos@microsoft.com>; Tom Roughley <Thomas.Roughley@microsoft.com>; Frances Early <francese@microsoft.com>; Jason Rogers <jarogers@microsoft.com>
**Cc:** Gary Kelly (UK) <Gary.Kelly@microsoft.com>; Richard Freebody <richfree@microsoft.com>; Zane Freame <Zane.Freame@microsoft.com>; Girish Chander <gchander@microsoft.com>
**Subject:** RE: ATP Issues at UK eJudiciary

Good afternoon all

I have been in a call with Will, Carl, and the customer this afternoon, and it would seem that generally this appears to be perception based from the initial call, though we are following up to determine if there are any configuration issues that might assist, and improve their experience.
There are certainly some areas where the customer has been informed they are exposed via the O365 Security optimization delivery, and I am going to review sample data once available to determine whether these could have had a negative effect

@Amar Patel (C AND E), @Debraj Ghosh, @Abhishek Agrawal (CDM), @Jason Rogers (I'm thinking you guys are probably best placed to help me with the questions below) Will, Carl and I have discussed the possibility of me perhaps going on site to go through things in more detail, but there are a couple of areas where I would request that your input might be valuable in addressing the customer concerns here (and in similar cases I have seen), and perhaps give me something more concrete to feedback if faced with some of the more difficult questions that were raised

- The main issue here is the customer has purchased and implemented ATP (in particular Safe Links) under the common misapprehension that the technology behind it should mean that no phishing emails / fake login screens should reach users.
  The common customer perception in cases such as this is that safe Links detonating all links, and as such, should be able to identify where these are fake login pages from O365 (or elsewhere). Whilst from an engineering perspective I totally understand the complexities of identifying a "fake" login page from a "real" login page, without generating multiple false positives (when the two are basically just webforms) this is often a difficult message to get across to the customer, when they are then asking "What am I paying for then, what does it do?".
  I understand that we detonate much more than before, and the marked decrease in support cases I am seeing suggests to me that we have made massive inroads in the effectiveness and speed of blocking links, and that we are detonating more links than before (as opposed to just checking reputation), but what would be of *huge* benefit here is **anything** I could share with the customer around the layers of protection and benefits provided by Safe Links, and the complexities of the threat we face, be this under NDA or by whatever means, as I have given my views based on my knowledge and experience, but I cannot obviously comment about what goes on behind the scenes.

*[Jason] The most common tactic that attackers use with links is to point the URL to something benign and then post delivery to move it to point to something malicious on the server side. In a lot of cases they actually flip back and forth multiple times between good and bad. We do some detonation at time of delivery now, but often at that time the link is not malicious. Right now we detonate asynchronously at time of click to minimize impact to the end user. This means the first user to click will have likely interacted with the content and then we block the URL for future clicks via reputation. We will soon offer the option to force the user to wait (if the admin so choses) until the detonation is complete. While our effectiveness has improved considerably in the last 6 month and our data shows we are better than any of our competitors, we will still always have FNs. All of our competitors will always have FNs.*

- The customer also had an experience where a link was blocked in Edge, but not in Safe Links. I note that as of Nov 2017 we are sharing some data between SmartScreen URL rep and Safe Links, but is this ever expected to reach parity?*[Jason]* This is similar to the above. Timing is important here. It is possible that we didn't have the reputation from edge at the time of delivery because the URL was not yet malicious.

- The customer also wants to know more about the False Positive and False negative processes, for both ATP Safe Attachments and Safe Links (for example, would safe links false-positives be remediated from submissions by the "report-message" add in? If not, is there an alternative method to report, or is a support case / escalation the best method). They also had questions about the expectations from submittals from the "Admins can now view, release, delete, and report false positive quarantined messages in Office 365" described in
https://techcommunity.microsoft.com/t5/Security-Privacy-and-Compliance/Enriching-the-Admin-Experience-For-Office-365-Advanced-Threat/ba-p/201549, as the last false positive went through support and led to a delay before the right escalation was raised and team engaged to address. Is there an expectation on

timescales in regards to false-positive submissions from this new method? *[Jason]* Submissions from the report message add-in and from quarantine go to a centralized database that is constantly being reviewed by our analysts and graders and they are updating system wide behaviour accordingly. Each customer (in the case of safe links) can take action on link FNs by adding the link to their block list on the Safe Links policy.

I will do my utmost here to address the customer concerns, experience and perceptions in this case, but there will be some difficulties as they are loathe to carry out some of the other security enhancements we would normally advise upon here (MFA etc) due to a user population that has a great deal of pushback. I am confident that I can get those involved to at least understand the severity and complexity of the threat (as the customer appears to be a bit of a flagship in this area) and the importance of taking a holistic view around securing against it, but would appreciate anything you can add in terms of the above points, as I think the more clarity I can give (wherever possible), the more understanding they will be.

Thanks in advance, and have a great weekend.

**Alisdair Douglas**
Support Escal Eng            Office: +44 (118) 9095190
Eq-Uk Gtsc Bizapps Server    aldoug@microsoft.com
Customer Services and Support Working hours: Monday –
                             Friday 09:00 - 18:00



*Backup | Jeroen Dronkers (jedronke@microsoft.com)*
*Team Manager | Frances Early (francese@microsoft.com) +44 (20) 34251539*

*This and subsequent emails on the same topic are for discussion and information purposes only. Only those matters set out in a fully executed agreement are legally binding. This email may contain confidential information and should not be shared with any third party without the prior written agreement of Microsoft. If you are not the intended recipient, take no action and contact the sender immediately.*

**Microsoft Limited** *(company number 01624297) is a company registered in England and Wales whose registered office is at Microsoft Campus, Thames Valley Park, Reading RG6 1WG*

---

**From:** Amar Patel (C AND E)
**Sent:** 14 June 2018 16:30
**To:** Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Will Hogg <Will.Hogg@microsoft.com>; Carl Peter <capete@microsoft.com>; Kirk Arthur <karthur@microsoft.com>; Nick Lines <Nick.Lines@microsoft.com>; Paul Cullimore <Paul.Cullimore@microsoft.com>; Tim Burrell (MSTIC) <Tim.Burrell@microsoft.com>; Debraj Ghosh <deghos@microsoft.com>; Tom Roughley <Thomas.Roughley@microsoft.com>; Frances Early <francese@microsoft.com>; Jason Rogers <jarogers@microsoft.com>; Alisdair Douglas <aldoug@microsoft.com>
**Cc:** Gary Kelly (UK) <Gary.Kelly@microsoft.com>; Richard Freebody <richfree@microsoft.com>; Zane Freame <Zane.Freame@microsoft.com>; Girish Chander <gchander@microsoft.com>
**Subject:** RE: ATP Issues at UK eJudiciary

Concur with Abhishek.

Will please coordinate with Alisdair – see attached.

**From:** Abhishek Agrawal (CDM)
**Sent:** Thursday, June 14, 2018 8:25 AM
**To:** Will Hogg <Will.Hogg@microsoft.com>; Carl Peter <capete@microsoft.com>; Kirk Arthur <karthur@microsoft.com>; Nick Lines <Nick.Lines@microsoft.com>; Paul Cullimore <Paul.Cullimore@microsoft.com>; Tim Burrell (MSTIC) <Tim.Burrell@microsoft.com>; Debraj Ghosh <deghos@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>; Tom Roughley <Thomas.Roughley@microsoft.com>; Frances Early <francese@microsoft.com>; Jason Rogers <jarogers@microsoft.com>
**Cc:** Gary Kelly (UK) <Gary.Kelly@microsoft.com>; Richard Freebody <richfree@microsoft.com>; Zane Freame <Zane.Freame@microsoft.com>; Girish Chander <gchander@microsoft.com>

Subject: RE: ATP Issues at UK eJudiciary

Thanks Will. One more ask. We do need local support/premier/PFE to be the first line for any new issues/asks. We are leaning in from PG side as a one off to assist on this account but we are not setup to be a 24x7 support and response organization. We have other core business priorities to chase during the day. We will try to prioritize and respond to the best of our ability, hence it is critical that the support side also steps up and leans in and acts as the first line to ensure continuity for the customer. I want to be clear that setting up this Teams site is not a by pass for support but intended to augment normal support operations. Hope that makes sense.

**From:** Will Hogg
**Sent:** Thursday, June 14, 2018 7:48 AM
**To:** Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Carl Peter <capete@microsoft.com>; Kirk Arthur <karthur@microsoft.com>; Nick Lines <Nick.Lines@microsoft.com>; Paul Cullimore <Paul.Cullimore@microsoft.com>; Tim Burrell (MSTIC) <Tim.Burrell@microsoft.com>; Debraj Ghosh <deghos@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>; Tom Roughley <Thomas.Roughley@microsoft.com>; Frances Early <francese@microsoft.com>; Jason Rogers <jarogers@microsoft.com>
**Cc:** Gary Kelly (UK) <Gary.Kelly@microsoft.com>; Richard Freebody <richfree@microsoft.com>; Zane Freame <Zane.Freame@microsoft.com>; Girish Chander <gchander@microsoft.com>
**Subject:** RE: ATP Issues at UK eJudiciary

Thanks Abhishek.

I am happy to set up the desired structure, Teams will be the tool used. See below *inline comments*:-

1. For each of the issues below, please get us the samples, network message ids so that we can analyze and confirm the issue and resolution. Without the specific samples and logs it is very hard for us to understand if it is a known issue in the service that we have addressed, or a configuration issue or something new. *Ok no problem – I will request this of Tuf in the teams site. Can you keep an eye on any responses he provides around clarification of information required.*
2. It will be great if all issues are tracked in an excel (or any other tool) so that we can work on it in an organized manner. *Ok no problem – I will create a separate Excel sheet for each channel, please can you tell me what the column headings need to be for each spreadsheet.*
3. Can we separate out the issue investigation from a new feature ask/DCR request (I see couple called out below) so that we can evaluate and triage them. *Yes sure – I will do this by creating separate channels within the Teams site.*


**Best regards,**

**Will Hogg** | Account Technology Strategist | Justice Sector | Microsoft (UK)
Email will.hogg@microsoft.com | Mobile +44 7583 057 067 | Skype for Business wihogg@microsoft.com

**Microsoft**

*This and subsequent emails on the same topic are for discussion and information purposes only. Only those matters set out in a fully executed agreement are legally binding. This email may contain confidential information and should not be shared with any third party without the prior written agreement of Microsoft. If you are not the intended recipient, take no action and contact the sender immediately.*

**Microsoft Limited** *(company number 01624297) is a company registered in England and Wales whose registered office is at Microsoft Campus, Thames Valley Park, Reading RG6 1WG*

**From:** Abhishek Agrawal (CDM)
**Sent:** 14 June 2018 15:24
**To:** Will Hogg <Will.Hogg@microsoft.com>; Carl Peter <capete@microsoft.com>; Kirk Arthur <karthur@microsoft.com>; Nick Lines <Nick.Lines@microsoft.com>; Paul Cullimore <Paul.Cullimore@microsoft.com>; Tim Burrell (MSTIC) <Tim.Burrell@microsoft.com>; Debraj Ghosh <deghos@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>; Tom Roughley <Thomas.Roughley@microsoft.com>; Frances Early <francese@microsoft.com>; Jason Rogers <jarogers@microsoft.com>
**Cc:** Gary Kelly (UK) <Gary.Kelly@microsoft.com>; Richard Freebody <richfree@microsoft.com>; Zane Freame

<Zane.Freame@microsoft.com>; Girish Chander <gchander@microsoft.com>
**Subject:** RE: ATP Issues at UK eJudiciary

Hello Will,
Thanks for your mail. There are multiple forked mail threads on this, so let me repeat something Amar requested on one of the forks.
1. For each of the issues below, please get us the samples, network message ids so that we can analyze and confirm the issue and resolution. Without the specific samples and logs it is very hard for us to understand if it is a known issue in the service that we have addressed, or a configuration issue or something new.
2. It will be great if all issues are tracked in an excel (or any other tool) so that we can work on it in an organized manner
3. Can we separate out the issue investigation from a new feature ask/DCR request (I see couple called out below) so that we can evaluate and triage them.

Who can take point on getting as all the samples and putting a tracker in place? Once we have that, let us a do a regular, brief touch point call to track and make progress.

Thanks,
Abhishek

**From:** Will Hogg
**Sent:** Thursday, June 14, 2018 2:55 AM
**To:** Carl Peter <capete@microsoft.com>; Kirk Arthur <karthur@microsoft.com>; Nick Lines <Nick.Lines@microsoft.com>; Paul Cullimore <Paul.Cullimore@microsoft.com>; Tim Burrell (MSTIC) <Tim.Burrell@microsoft.com>; Debraj Ghosh <deghos@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>; Tom Roughley <Thomas.Roughley@microsoft.com>; Frances Early <francese@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Jason Rogers <jarogers@microsoft.com>
**Cc:** Gary Kelly (UK) <Gary.Kelly@microsoft.com>; Richard Freebody <richfree@microsoft.com>; Zane Freame <Zane.Freame@microsoft.com>
**Subject:** ATP Issues at UK eJudiciary

Dear all,

Apologies in advance for the large list of people in the "To" field here. I am conscious that there have been a lot of people involved across the various issues and it is not entirely clear to me who still needs to be involved and who doesn't. If you have received this email – then you have been added to the Teams site that is referenced in this email. If you do not feel that you can add value here, or alternatively if you see I have missed people off that should be included please reply **just to me** – either saying "please remove me" or "please include this person" and I will do so.

I was in with the customer yesterday morning to try and get a handle on all of the issues being experienced. The below text summarises the main issues, asks questions of our internal teams and puts forward requests made by the customer. Can I ask that you all read the below and response if appropriate for the role you are playing.

In an effort to simplify and consolidate communications for this collection of ongoing issues I have created a Teams site called "eJudiciary - ATP Issues", a channel exists for each issue and should be used accordingly.

The question asked of the customer was What does good look like?. The below outlines this:-

1. **Phishing URLs** seem to be the main issue. Pages that pretending to be O365 login pages (for example) should be easily caught. If this issue can be resolved, it would remove a huge headache for the customer. My questions around this issue are:-
    a. Who needs to be involved in resolving this issue? And what is the next step?
    b. What data / information is required from the customer in order that this issue can be resolved?

2. **False Positives**. Currently there are no actions being taken in response to the detection of suspicious files,

CONFIDENTIAL

there are just being reported rather than quarantined. There is an amount of genuine files (usually case files - .DOCX & .PDF) being reported as suspicious, which are causing a substantial amount of work by the customer to resolve (manual removal of individual files to be scanned etc). A satisfactory resolution to this issue would be to reduce the amount of False Positives being detected.

At the moment, because the false positives are just being "reported" rather than "quarantined" - there is no simple way of reporting them as false positive. I have shown the customer the new functionality around the "Mark as false positive" for quarantined items - and he is positive. My questions around this issue are:-
    a. Do we all agree that by switching from just "reporting" false positives, to "quarantining" them - is required to be able to use the "Mark as false positive" functionality? Is this functionality available to them today?
    b. It is accepted that the "Mark as false positive" functionality will not reduce the work required by the customer to identify them as false positives (at least not initially), but is the assumption correct that once files matching certain criteria i.e. file name / contents, sender are identified as FP, it will reduce the chances of a similar FPs re-occuring?
    c. What actually happens once the "Mark as false positive" button is clicked? And how long will it take for the FP reporting to take effect?

3. **Benign Macro** An issue was reported a while back that related to a "benign macro" within .DOCX files. This issue was apparently acknowledged as a known issue and was addressed with a bug fix. Since then there has been 2 possible recurrences (1 email with a couple of attachments, 1 email with 8-10 attachments), although it is not entirely clear whether it is the exact same issue.
The process that the customer has to go through to establish whether the issue is the same as the "fixed" one, is somewhat arduous. The requests from the customer are:-
    a. Can he use the newly setup Teams site to share the emails and have the relevant engineering teams check them?
    b. Can some functionality be added into ATP that highlights (in the case of multiple attachments) the attachments that have been flagged as suspicious. This would then mean that not all attachments would need to be checked.

4. **Safelinks through ATP** - There have been over 800 URLs in a short amount of time - that were being reported as malicious, when in fact they were not. They were pretty much all simply password reset links. The customers request for this are:-
    a. Can a button be created to "Report as false positive" for the links?
    b. Can entire sender domain names be added to a white list to prevent them being flagged?

I suggest we move our communications for each of the above issues onto the Teams site now – so that we can manage them effectively.

Best regards,

**Will Hogg** | Account Technology Strategist | Justice Sector | Microsoft (UK)
Email will.hogg@microsoft.com | Mobile +44 7583 057 067 | Skype for Business wihogg@microsoft.com



*This and subsequent emails on the same topic are for discussion and information purposes only. Only those matters set out in a fully executed agreement are legally binding. This email may contain confidential information and should not be shared with any third party without the prior written agreement of Microsoft. If you are not the intended recipient, take no action and contact the sender immediately.*

**Microsoft Limited** *(company number 01624297) is a company registered in England and Wales whose registered office is at Microsoft Campus, Thames Valley Park, Reading RG6 1WG*