# EXHIBIT 68

# Migrating O365 Customers from 3P ESGs

# Goals and Investment Areas

Majority of large O365 customers today use a 3P ESG for Email Security. The top-level goal is to switch these customers over to the EOP+ATP solution.

Effectiveness is no longer a migration blocker; we are as good or better than competitors. Remaining issues to address:

| Issue | Proposed Solutions |
|---|---|
| Functionality and experience gaps vs. 3P products | Prioritize the work to close the critical gaps (also benefits customers already on EOP/ATP) |
| Risk of destabilization caused by migration changes | • Add a capability to do Side-by-Side effectiveness evaluation and config/policy validation with no impact to existing filtering<br>• Make it easy to roll back at any point |
| Migration complexity for diverse filtering configuration and policies | • Close "configurability gaps"<br>• Provide automated tools and tested guidelines to help customers translate and ingest their filtering configuration |
| Reduced filtering effectiveness for some Hybrid routing paths | • Provide full filtering for customers who must route all their mail through on-premises<br>• Also consider: close filtering gaps for on-prem seats – TimeTravel and intra-org mail filtering |
| Lack of motivation: "My current solution works well-enough; why do I need to change it?" | Proactively show malicious attacks missed by customers' 3P solutions – empower the Field and directly engage the customers |

# Migration: More than an Mx Record Change

## Diverse Mail Routing:

    

## Different Filtering Topologies:

| Bypass EOP | Use 3P ESG verdicts and bypass all EOP filtering using IP-Allow/ETRs<br>• Prevalent, but not 100% (sometimes due to misconfiguration) |
|---|---|
| Double-Filter | Apply EOP filtering to message that 3P ESG let through |

## Extremely Diverse Filtering Config:

- Many types of configuration data – allow/block lists, policies, rules, per-user settings, groups, …
- Every 3P is different – capabilities, data schemas, ability to export, access APIs, …
- Customers make changes "organically", no centralized knowledge

# E2E Admin Flow for Low-Risk Migration

**Motivate to Evaluate**
- Proactively show malicious attacks missed by customers' 3P solutions

**Set up a SAFE SxS Evaluation (Wizard experience)**
- Configure Inbound Connector for evaluation
- Export and ingest Admin Allow/Block lists, rules, policies – scope them to what-if-marked messages
- Enable/configure relevant opt-in policies (Safe Attachments, etc.)
- Configure bad mail forwarding in 3P ESG

**SAFELY Tune and Validate Settings (iterate)**
- Review Effectiveness reports and iteratively adjust policies and aggressiveness settings
- SxS Report/Insights, Spoof Insights and Config Drift Insights

**Enforce EOP Verdicts**
- Export and Ingest Users' settings
- Un-scope Admin policies from "what-if" and select actions
- Disable the "what-if" mode on Connector

**Remove 3P from Routing**
- Enable CMC routing if necessary
- Point MX record to EOP

Evaluation: no impact to existing filtering

Enforcement: easy to rollback if hit an issue

Low Risk of destabilization:
- Actions that currently can cause the most impact are done at the safe evaluation stage
- Any enforcement can be easily rolled back to the evaluation

# Safe Evaluation & Validation

Prevent Destabilization

**Goal**: enable customers to do side-by-side effectiveness evaluation and policy validation with no impact to existing filtering

No-Impact Side-by-Side Evaluation

3P ESG

Good Verdict Mail

Bad Verdict Mail

Spam Stamp&FWD Policy

Mailflow "What-If Sandbox"

Evaluation Markup/Fork

Skip-Listing

URL Unwrapping

EOP & ATP Mailflow Filtering

Malware/Phish/Spam/Bulk Filters

EOP Policy

Verdict and Policy Logging

Logging for TimeTravel

Apply Pre-Marked Verdict or Drop

Hygiene Logs

Delivery Logs

Reporting

Catch Reports

SxS Catch & Miss Report

Config Drift Insights (*)

Spoof Insights

EOP TimeTravel Filtering

Malware/Phish/Spam TT Filters

EOP Policy

Verdict and Policy Logging

Suppress TT Actions

TimeTravel "What-If Sandbox"

# SxS: Building Blocks

| | |
|---|---|
| "What-If Sandbox" in Mailflow and Time-Travel | • Capability to run the entire filtering & policy stack and then fall back to the pre-defined verdict or suppress delivery; 3 modes:<br>    • Apply pre-defined verdict and deliver: for customers who Bypasses EOP filtering<br>    • Fork (%) and suppress delivery: for customers who Double-Filter<br>    • Suppress delivery: for bad mail forwarded from 3P Quarantine<br>• New policy predicate to scope policies to what-if messages (based on a header)<br>• Capability to "what-if" auth and spoof enforcement: for customers who want to evaluate skip-listing |
| Get 3P-Quarantined mail in | Configuration on the 3P ESG side:<br>• Option 1: "Quarantine and Redirect" action<br>    • Bad mail placed in 3P Q-n, but also relayed to EOP where it goes through filtering and gets discarded before delivery<br>    • Preferred because it does not impact user/SOC flows, but may not be available in all ESGs<br>• Option 2: "Stamp verdict header and deliver" action<br>    • Bad mail goes to EOP instead of 3P Q-n, gets filtered and placed to Junk folder or EOP Q-n<br>    • Available in all ESGs |
| Expose clean signals to filters and policies | • Skip-Listing for external IP addresses and EHLO domains (1-click config for PP and Symantec Cloud ESGs)<br>• Unwrapped URLs |
| Surface the catch and miss data | • New SxS Report/Insights will show the catch difference and help validate config parity between 3P and EOP<br>    • +Insights to adjust Bulk and ML thresholds based on the catch difference<br>    • ATP vs. EOP catch will be explicitly identified<br>• Admins will be able to use regular Config Drift and Spoof Insights to tune their config and policies in the evaluation mode |
| Evaluation Config Wizard | Wizard to guide admins through config steps to enable evaluation: connector configuration, addresses for bad mail, skip-listing configuration, ATP policies |

# SxS: Admin Flows

| Scenario | SxS for Customers who bypass EOP filtering | SxS for Customers who use 3P+EOP filtering | 3P+EOP Customers who want to evaluate skip-listing |
|---|---|---|---|
| **Steps to enable safe SxS evaluation** | 1) Configure Inbound Connector<br>   a) Configure skip-listing<br>   b) Enter email addresses for bad mail<br>   c) <For some 3P> Configure custom URL unwrapping<br>   d) Enable "In-place what-if" mode<br>2) Export and ingest Admin Allow/Block lists, rules, policies<br>   a) Scope ingested policies to what-if messages<br>   b) *Export/Ingest details covered in a separate section*<br>3) Enable opt-in ATP policies (if ATP customer)<br>4) Configure bad mail forwarding in 3P ESG<br>5) Review SxS Report/Insights, Spoof Insight and Config Drift Insights and iteratively adjust policies and aggressiveness settings | Same, except:<br>• Connector: Enable "Fork what-if" mode to evaluate Skip-listing and ingested what-if policies<br>• Allow/Block Policies: These customers already use EOP verdicts and hence must have most of the Allow policies in place | 1) Configure Inbound Connector<br>   a) Configure skip-listing<br>   b) Enable "Auth/Spoof what-if" mode<br>2) Review Spoof Insights and Config Drift Insights and iteratively adjust spoof policies and filter aggressiveness settings |

# Manage Complexity

Configurability Gaps

Streamlined Config Migration

# Configurability Gaps

1.  DMARC-Allow list: capability to skip DMARC enforcement for a specific email address or domain, optionally scoped to specific IPs, without bypassing any other filtering

2.  Richer control of ATP policy assignments (e.g. "Ability to exclude certain senders with auth levels, message types (e.g. Encrypted), etc. from SafeLink or SafeAttachment policies")

3.  Increase size limits for ETRs and for IP and Domain Allow/Block lists, at least for large customers (perf/scale)

4.  Increase size limit of the "People Impersonation" list and tie it to the "Exec Slice"

5.  *<Likely will discover some more from real customer migrations>*

# Config Migration

**Open Issue**: No access to 3P Admin documentation or API for Enterprise and ATP products

**Plan**: Will engage with 2-3 customers that are already motivated to migrate to EOP/ATP and learn the config structure, data schema and data export details through them

- Start with ProofPoint customers, expand to Symantec Cloud and IronPort onprem

**Basic Flow**: Export->Translate->Import-via-PowerShell

**Current Status**:

| Config Scope | Config Type | Assessment |
|---|---|---|
| End User Configuration | Safe and Blocked Sender lists | • Must automate migration because of scale<br>• Feasible: Accenture did it with PP |
| | Enable/disable filtering \<per user\> | Easy to script |
| | Action and Quarantine settings \<per user\> | TBD |
| Admin Configuration | Allow/Block Lists (IPs, Sender Domains, Sender Email Addresses) | Should be easy to script once exported data schema is known |
| | Allow/Block Rules | Complex because of diverse schemas and capabilities |
| | Filtering Policies for Malware, Phish, Auth/Spoof/Impersonation, Spam, Bulk | Complex because of diverse schemas and capabilities |
| | Groups that are used for config scoping | TBD if these need to be migrated at scale |

# Feature Parity with 3P

Functional and Experience Gaps

# Functionality and Experience Gaps

| Category | Priority | Stack Rack | Investment areas |
|---|---|---|---|
| **First class Quarantine** | **P0** | **15** | 1) Move high confidence Phish to Quarantine<br>2) Additional Columns (recipient, …), sorting, filtering (recipient, policy, action, etc.)<br>3) RBAC to enable Admin to control user access to quarantine<br>4) End user notification for malicious mail for simpler FP management<br>5) Ability to search based on user friendly attributes<br>6) Provide grouping/clustering experience and reporting within Quarantine (aggregates)<br>7) TT to quarantine<br>8) Scalability fixes |
| **Admin and User Submissions experience** | **P0** | **30** | 1st class experience for managing FPs/FNs including closed feedback loop with users and admins - includes support for admin submissions and improvements in existing end to end submission pipeline and experiences. |
| **FN/FP Investigation capabilities for URLs and file hashes** | **P0** | **30** | Ability to locate messages by URLs and HFHs, investigate campaigns, click rates, etc. |
| ***Full message investigation*** | ***P0*** | ***75*** | *Near real-time visibility into detonation, queuing and delivery; richer view of security-related header info* |
| **Flexible aggregate reporting** | **P0** | **90** | Exec Pivot for reports |
| **Driving optimal configuration** | **P1** | **110** | Complete set of insights for admin covering their config drift |
| **Driving optimal configuration** | **P1** | **120** | One click fixes for config drift |
| Driving optimal configuration | P2 | 180 | Policy protect - enforce configurations and baselines to autocorrect configuration drift |

# Functionality and Experience Gaps (Continued)

| Top level theme | Category | Priority | Stack Rack | Investment areas |
|---|---|---|---|---|
| **Reporting, insights and Alerts** | **Rich useful alerts** | P0 | 40 | Out of the box alerts for insights, malware/phish detections, quarantine release/report, ZAP/delayed detections scoped by user/recipient, domain, DL |
| | **API/SIEM connectors** | P0 | 45 | Alerts available via API for SIEM integration |
| | **API/SIEM connectors** | P1 | 100 | API/SIEM connector for reporting and insights |
| | Flexible aggregate reporting | P2 | 110 | Provide a full stack filtering view/trends for all email with effectiveness metrics (filter verdict, action, overrides, FPs/FNs and delivery status) |
| **Customization of end user notifications** | **End-user experiences** | P0 | 15 | Customized end user facing splash pages, *safety tips* that support customer branding |
| | **Quarantine** | P0 | 15 | Customized end user spam notifications (logo, text, frequency < 1 day) and increase scope of actions |
| **Fine grained RBAC** | Quarantine | P2 | 140 | Fine grained RBAC to meet security persona requirements |
| | **Policy** | P0 | 110 | Fine grained RBAC to meet security persona requirements |
| | **Reporting and insights** | P0 | 110 | Fine grained RBAC to meet security persona requirements |
| Protection across O365 and beyond email | Policy | P2 | 210 | For ATP/E5, enforce user level scoping for collaboration workloads/client integrations |
| | Quarantine | P2 | 220 | End to end support for Quarantine of content for other workloads (e.g. SPO, ODB, Teams) |

# Filtering for Hybrid Customers

Routing Flexibility

Filtering Parity for On-Prem Seats

# On-Prem Routing Control

- Offer CMC in order to switch MX records to EOP for customers who must route all their mail through on-prem
  - Build Full filtering support for the CMC routing path: transmit filtering state in an encrypted header
- Offer Skip-Listing for customers who are not ready to switch their MX record to EOP
  - Full reuse of SxS work
- CMC is preferred because it displaces competitors



# Filtering Parity for On-Prem Seats

**Filtering features not available for on-prem seats today:**

1. Filtering of intra-org mail between on-prem users, including Safe Link wrapping
2. Time-Travel
3. Dynamic Attachments (low-latency attachment detonation)

Flow that addresses these gaps:

1. User 1 send mail to user 2
2. Hybrid agent sends a copy of the message to cloud for scanning
· Note: For Safe Links wrapping could be performed in the agent
3. Message is delivered to user 2 as normal
4. Message is processed by Office 365 and result returned to agent
5. Agent takes action on the message as needed; tips could be added as need.
6. Out of band control messages such as TT for post delivery action are sent to the agent

**Proposal: do nothing – treat the gaps as cloud differentiators**

• Overhead of numerous on-prem versions
• Unpredictable upgrade timing
• Very high engineering costs





# Motivate Customers to Evaluate EOP/ATP

Proactively show malicious attacks missed by customers' 3rdparty solutions – empower the Field and directly engage the customers

- Identify target customers based on MX records and mail stats
- Surface an SCC report/insight that shows Mailflow and TT catch for messages that were handled by a 3P system;
- Aggregate across a week+ to make sure there is enough Bad to show; 2-day delay is okay to allow for TT
- Prioritize the dangerous catch as follows
    - Malware -> URL Phish -> Suspicious mail (all other Phish, except for Spoof) -> Other (Spam and high-BCL Bulk)
- Identify ATP catch

Related: ATP Upsell Report for existing EOP customers

==Note: potential "customer data use" privacy issue with MS using competitor information from customers' O365 email headers to sell other MS products to them==

# Execution

Work Summary

Vanadium Deliverables

# Work Summary

## 3P Migration Support

### SxS Evaluation

- What-If Sandbox
- Skip-Listing
  - in filtering
  - Simplify configuration for PP/Symantec Cloud
  - *Auto-detection of on-prem IPs*
- URL unwrapping
- Eval Wizard
- SxS Report
- Aggressiveness Insights

### Config Migration

- *Foreach (PP, Symantec, IronPort, …)*
  - User Config
    - Safe and Blocked Sender lists
    - Per-User Enable/disable filtering
  - Admin Config
    - Allow/Block Lists (IPs, Sender Domains, Sender Email Addresses)
    - Allow/Block Rules
    - Filtering Policies for Malware, Phish, Auth/Spoof/Impersonation, Spam, Bulk

### Motivation

- Identification of 3P-filtered mail
- Proactive Catch Report for 3P-filtered mail

## Feature Work

### Functional Gaps

- P0 deliverables
- P1 deliverables

### Configurability Blockers

- DMARC-Allow list
- Richer control of ATP policy assignments
- Increase size limits for ETRs and for IP and Domain Allow/Block lists, at least for large customers
- Increase size limit of the "People Impersonation" list and tie it to the "Exec Slice"

### Filtering for CMC Routing

### *Filtering Parity for On-Prem Seats*

- *TimeTravel*
- *Filtering of Intra-Org mail*

### ATP Upsell Report

# Work Summary for Va

## MVP for ProofPoint customers who bypass EOP Filtering

## 3P Migration Support

### SxS Evaluation

- What-If Sandbox
- Skip-Listing
  - in filtering
  - Simplify configuration for PP/Symantec Cloud
  - Auto-detection of on-prem IPs
- URL unwrapping
- Eval Wizard
- SxS Report
- Aggressiveness Insights

### Config Migration

- Foreach (PP, Symantec, IronPort, …)
  - User Config
    - Safe and Blocked Sender lists
    - Per-User Enable/disable filtering
  - Admin Config
    - Allow/Block Lists (IPs, Sender Domains, Sender Email Addresses)
    - Allow/Block Rules
    - Filtering Policies for Malware, Phish, Auth/Spoof/Impersonation, Spam, Bulk

### Motivation

- Identification of 3P-filtered mail
- Proactive Catch Report for 3P-filtered mail

## Feature Work

### Functional Gaps

- P0 deliverables
- P1 deliverables

### Configurability Blockers

- DMARC-Allow list
- Richer control of ATP policy assignments
- Increase size limits for ETRs and for IP and Domain Allow/Block lists, at least for large customers
- Increase size limit of the "People Impersonation" list and tie it to the "Exec Slice"

### Filtering for CMC Routing

### Filtering Parity for On-Prem Seats

- TimeTravel
- Filtering of Intra-Org mail

### ATP Upsell Report

Appendix

# Top 20 Domains

| # | Domain | MX Points To | Routing Path | Bypass % | E5 Seats | E3 Seats | E1 Seats |
|---|--------|-------------|-------------|----------|----------|----------|----------|
| 1 | micron.com | On-prem Appliance (TrendMicro) | (3.b) | 99% | 25 (v2) | 43,755 | |
| 2 | accenture.com | ProofPoint Cloud | 1 | 98% | | 600,000 | |
| 3 | walmart.com | ProofPoint Cloud | 3.a | 100% (ETR) | | 178,033 | |
| 4 | dxc.com | Symantec Cloud | ?? | 93% | | 183,500 | 3,000 |
| 5 | rakuten.com | EOP | N/A | 80% | | | |
| 6 | capgemini.com | On-prem Appliance (IronPort) | (3.b) | 74% | 275 | 116,240 | 115,656 |
| 7 | nokia.com | EOP | N/A | 66% | | | |
| 8 | adobe.com | EOP | N/A | 69% | | | |
| 9 | its.jnj.com | IronPort Cloud | 1 | 98% | 300 | 166,900 | |
| 10 | telefonica.com | EOP | N/A | 53% | | | |
| 11 | va.gov | On-prem Appliance (IronPort, CloudMark) | (3.b) | < 1% | | | |
| 12 | cisco.com | On-Prem Appliance (IronPort) | (3.b) | 100% | | | |
| 13 | pepsico.com | On-prem Appliance (IronPort, CloudMark) | (3.b) | 97% | 11 | 89,430 | 120,295 |
| 14 | fedex.com | On-prem Appliance (ProofPoint) | (3.b) | 56% | 3249 (E5) + 185,974 (ATP) + 1,936  (E5) | | 6,000 |
| 15 | spglobal.com | On-prem Appliance (IronPort, Symantec?) | (3.b) | 43% | | | |
| 16 | fisglobal.com | EOP | N/A | 57% | | | |
| 17 | atos.net | On-prem Appliance + EOP/ATP enabled | ? | 28% | | | |
| 18 | cummins.com | Symantec Cloud | 1 | 85% | | | |
| 19 | xpo.com | ProofPoint Cloud | 1 | 67% | | | |
| 20 | wipro.com | Symantec Cloud | 1 | 99% | | | |

# Hybrid Design Option 2 – Local mail processed sync

1. User 1 send mail to user 2

2. Hybrid agent routes message to cloud for scanning

3. Message is processed by Office 365 and result returned to agent

4. Message is delivered (or not) to User 2

5. Out of band control messages such as ZAP for post delivery action



24

# Hybrid Design option comparison

| | Option 2 – Sync | Option 1 - Async |
|---|---|---|
| Support for all scenario | Yes – Since mail is sent through the cloud all scenarios are supported such as link wrapping. | Most – Services that modify the content of the message such as Safe links would not be supported. |
| Support for disconnected environments | No – Cloud connectivity is required for local mail delivery | Yes – cloud delivery is not required for local mail delivery |
| Potential delays in internal mail delivery | Yes – mail is routed through the cloud and thus would have some delay in delivery | No – Mail is routed locally as it is today |
| Malicious content accessible to users | No – Malicious content could be quarantined before the user receives it | Yes – due to the async nature of the solution there is a delay between detection and action, quarantine is still possible. |
| Support for post protection actions, Zap, TI Zap | Yes – the same channel could be used for control messages to remove messages discovered as bad after delivery | Yes – the same channel could be used for control messages to remove messages discovered as bad after delivery |