# EXHIBIT 69

| | |
|---|---|
| **From:** | Bulent Egilmez </O=MICROSOFT/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BULENT EGILMEZ> |
| **To:** | Shelby Davis; Brian Levenson; Levon Esibov; Shobhit Sahay; Wendy Wilkes; Jason Rogers |
| **Sent:** | 12/9/2015 11:09:16 PM |
| **Subject:** | RE: ATP vs Proofpoint |

Re: GSK – FYI - we have been addressing their questions regarding to their ongoing trial as well as some architectural questions. Colin McDonald Colin.2.McDonald@gsk.com and John Mitchell john.a.mitchell@gsk.com are our main contact.

**From:** Shelby Davis
**Sent:** Wednesday, December 9, 2015 2:23 PM
**To:** Brian Levenson <Brian.Levenson@microsoft.com>; Levon Esibov <levone@microsoft.com>; Shobhit Sahay <shobhits@microsoft.com>; Wendy Wilkes <Wendy.Wilkes@microsoft.com>; Bulent Egilmez <bulenteg@exchange.microsoft.com>; Jason Rogers <jarogers@exchange.microsoft.com>
**Subject:** RE: ATP vs Proofpoint

In addition I have asked Tony to put the links into the quarterly update that is sent to the field.

Thanks to everyone for getting this news out there- now we need to set up some calls to determine how they like the features.

Brian/Wendy and I are following up with GSK and will provide details once we have them.

Thanks again! Shelby

**From:** Brian Levenson
**Sent:** Wednesday, December 9, 2015 1:45 PM
**To:** Levon Esibov <levone@microsoft.com>; Shobhit Sahay <shobhits@microsoft.com>; Wendy Wilkes <Wendy.Wilkes@microsoft.com>; Bulent Egilmez <bulenteg@exchange.microsoft.com>; Jason Rogers <jarogers@exchange.microsoft.com>; Shelby Davis <Shelby.Davis@microsoft.com>
**Subject:** RE: ATP vs Proofpoint

Hi all,

Just wanted to close the loop and share the attached newsletter.  This was just published internally, and the same newsletter will go to all subscribed Office 365 Dedicated customer contacts.  Thanks to Shobhit's help, we included the following:

**What's New This Month**

**Legacy, vNext**
# Exchange Online Advanced Threat Protection

CONFIDENTIAL

Exchange Online Advanced Threat Protection extends the built-in security capabilities of Office 365, protecting against unknown malware and viruses by applying behavioral analysis to identify attachments and links in email that have a higher probability of being compromised. In addition, the learnings we derive from running a global commercial cloud email service at scale, and the insights Exchange Online Advanced Threat Protection surfaces regarding zero-day attacks, help us improve the built-in security capabilities we deliver to all Office 365 commercial customers.

Exchange Online Advanced Threat Protection provides three key benefits:

- **Protection against unknown malware and viruses**—Today Exchange Online Protection employs a robust and layered anti-virus protection powered with three different engines against known malware and viruses. Exchange Online Advanced Threat Protection extends this protection through a feature called Safe Attachments, which protects against unknown malware and viruses, and provides better zero-day protection to safeguard your messaging system. All messages and attachments that don't have a known virus/malware signature are routed to a special hypervisor environment, where a behavior analysis is performed using a variety of machine learning and analysis techniques to detect malicious intent. If no suspicious activity is detected, the message is released for delivery to the mailbox.

- **Real time, time-of-click protection against malicious URLs**— Exchange Online Protection scans each message in transit in Office 365 and provides time of delivery protection, blocking any malicious hyperlinks in a message. But attackers sometimes try to hide malicious URLs with seemingly safe links that are redirected to unsafe sites by a forwarding service after the message has been received. Exchange Online Advanced Threat Protection's Safe Links feature proactively protects your users if they click such a link. That protection remains every time they click the link, as malicious links are dynamically blocked while good links can be accessed.

- **Rich reporting and URL trace capabilities**—Exchange Online Advanced Threat Protection also offers rich reporting and tracking capabilities, so you can gain critical insights into who is getting targeted in your organization and the category of attacks you are facing. Reporting and message tracing allows you to investigate messages that have been blocked due to an unknown virus or malware, while the URL trace capability allows you to track individual malicious links in the messages that have been clicked.

### Additional resources

You can find more information about Exchange Online Advanced Threat Protection at the following links:

- **Office Blogs: "Introducing Exchange Online Advanced Threat Protection"**
  https://blogs.office.com/2015/04/08/introducing-exchange-online-advanced-threat-protection/

- **Video:  Overview of Advanced Threat Protection in Exchange: new tools to stop unknown attacks**
  https://www.youtube.com/watch?v=GEE5y9sE_t4

- **Channel9:  Deep Dive into How Microsoft Handles Spam and Advanced Email Threats**
  https://channel9.msdn.com/events/Ignite/2015/BRK3006

Reach out to your account teams to start a new Exchange Online Advanced Threat Protection trial today.

Best,
Brian

**Brian Levenson** | Product Marketing Manager



**From:** Levon Esibov
**Sent:** Monday, November 16, 2015 9:23 PM
**To:** Brian Levenson <Brian.Levenson@microsoft.com>; Shobhit Sahay <shobhits@microsoft.com>; Wendy Wilkes <Wendy.Wilkes@microsoft.com>;
Bulent Egilmez <bulenteg@exchange.microsoft.com>; Jason Rogers <jarogers@exchange.microsoft.com>; Shelby Davis
<Shelby.Davis@microsoft.com>
**Subject:** RE: ATP vs Proofpoint

This thread indicates a need to more aggressive drive customer (all, not only -D) awareness about ATP.
Engaging Account teams of –D customers is definitely worth it.

> **From:** Brian Levenson
> **Sent:** Monday, November 16, 2015 8:56 AM
> **To:** Shobhit Sahay; Levon Esibov; Wendy Wilkes; Bulent Egilmez; Jason Rogers; Shelby Davis
> **Subject:** RE: ATP vs Proofpoint
>
> Happy to help, and I have a stupid question…   What is the difference between Dedicated and other customers?  Is it just that ProofPoint has an existing relationship with some of them?
>
> This sounds like a relationship management and sales opportunity, and I can certainly help connect your material with the account teams.  We have a communication channel to reach account teams, direct to customers, and a monthly newsletter.
>
> Best,
> Brian
>
> **Brian Levenson |** Product Marketing Manager
> W: 952-806-4245  C: 650-996-9448
>
> 
>
> **From:** Shobhit Sahay
> **Sent:** Monday, November 16, 2015 4:11 AM
> **To:** Levon Esibov <levone@microsoft.com>; Wendy Wilkes <Wendy.Wilkes@microsoft.com>; Bulent Egilmez
> <bulenteg@exchange.microsoft.com>; Jason Rogers <jarogers@exchange.microsoft.com>; Shelby Davis <Shelby.Davis@microsoft.com>;
> Brian Levenson <Brian.Levenson@microsoft.com>
> **Subject:** RE: ATP vs Proofpoint

CONFIDENTIAL

MSFT_TOC00103387

+ Brian who manages dedicated . I think proofpoint will come to them with other offerings and not just ATP.  I think we should push harder on the comms here and do an individual push with each customer to find where they are in the process for ATP.

Brian- happy to sync offline with you on

Sent from my Windows Phone

_____

**From:** Levon Esibov
**Sent:** 11/14/2015 12:48 AM
**To:** Wendy Wilkes; Bulent Egilmez; Jason Rogers; Shelby Davis; Shobhit Sahay
**Subject:** RE: ATP vs Proofpoint

This is alarming. Shobhit, how can we increase awareness about ATP?

> **From:** Wendy Wilkes
> **Sent:** Thursday, November 12, 2015 8:11 AM
> **To:** Bulent Egilmez; Jason Rogers; Levon Esibov; Shelby Davis
> **Subject:** ATP vs Proofpoint
>
> Proofpoint appears to be going after our dedicated customers very hard. What can we do to get ATP on for them more aggressively? I don't know if "included in E5" is good enough.
>
> If PP gets into their mail flow it will break EOPs effectiveness, and degrade the experience. We will risk the business of these customers for lack of ATP.
>
> Neither GAP nor Accenture even knew they had ATP to consider when PP got to them.
>
> ~All typos courtesy of my fancy Windows Phone 10

CONFIDENTIAL