# EXHIBIT 72





## Product name changes

| | |
|---|---|
| Microsoft Threat Protection | →Microsoft 365 Defender |
| Azure Security Center (Cloud Workload Protection Platform) | →Azure Defender |
| Microsoft Defender Advanced Threat Protection | →Microsoft Defender for Endpoint |
| Office 365 Advanced Threat Protection | →Microsoft Defender for Office 365 |
| Azure Advanced Threat Protection | →Microsoft Defender for Identity |

**Microsoft 365 Defender + Azure Defender = Microsoft Defender**

**Disclaimer:**
On September 22, 2020 the new Microsoft Defender brand names were announced. Some information in this presentation may relate to the previous product names.
For more information on Microsoft Defender visit **aka.ms/SIEMandXDR**

This September we announced new product names for our threat protection offerings. As part of this announcement we are unifying all XDR technologies under the Microsoft Defender brand. The new Microsoft Defender is the most comprehensive XDR in the market today and prevents, detects, and responds to threats across identities, endpoints, applications, email, infrastructure, cloud infrastructure and IoT.

Microsoft 365 Defender protects identities, endpoints, cloud apps, email and documents. It uses artificial intelligence to reduce the SOC's work items and in recent tests we have consolidated 1,000 low fidelity alerts to just 40 high priority incidents. Built-in self-healing technology returns affected assets back to a safe state more than 70% of the time, automating much of the SoC manual remediation work and ensuring defenders can focus on more important issues.

Azure Defender protects multi-cloud and hybrid workloads including virtual machines, databases, containers, IoT and more. Azure Defender is an evolution of the Azure Security Center threat protection capabilities and is accessed from within Azure Security Center.



From our numerous customer conversations and our own research, we see 3 main challenges to securing an organization.

**1. Threat landscape continues to evolve, which makes responding to threats increasingly complex**
We know that bad actors are adapting to develop sophisticated attacks faster than ever, and a growing attack surface increases vulnerability and complicates security.

**2. Intelligent correlation of signals is time-consuming and expensive**
The volume of signals consumed by security teams today is overwhelming and requires extensive correlation to derive actionable insights.

**3. Disparate solutions cause inefficiencies**
Stitching together expensive, siloed security tools can lead to gaps in coverage, limited visibility, and fragmented experiences.



# Current threat landscape

**280**
Average time to identify and contain a breach[2]

**20**% Phish emails users click on within 5 mins[4]

**91**% Cyberattacks that start with email[1]

**$26**B Loss attributed to business email compromise since 2016[3]

[1]Verizon 2019 Data Breach Investigations Report | [2]IBM Cost of a Data Breach Report 2020 | [3]US Federal Bureau of Investigation, April 2019 | [4]Microsoft





# Challenges with SecOps

**$1.37M**

Average that an organization spends annually in time wasted responding to erroneous malware alerts[1]

**Over 80%**

of data breaches involve use of stolen credentials or brute force[2]

**70**

**Security products from 35 vendors** Is the average for companies with over 1,000 employees[3]

**Only 20%**

of SecOps professionals feel their organization's capabilities are mature[4]

[1]"The Cost of Insecure Endpoints" Ponemon Institute© Research Report [2]Verizon Data Breach Investigations Report 2020 [3]Nick McQuire, VP Enterprise Research CCS Insight. [4]The Road to Security Operations Maturity, Siemplify, 2019

Native protection for Office 365

Protect your organization against threats to email and collaboration tools with a single, natively integrated solution. Built in protection maximizes user productivity, while integration simplifies administration and reduces total cost of ownership.

Industry-Leading AI and automation

Our unmatched breadth of intelligence creates the most continuously improved prevention, detection, and automation capabilities in the industry. Combined, this leaves less incidents for security teams to investigate, and lowers remediation time for those that remain.

Comprehensive approach

Our holistic approach and rich integration with Microsoft 365 Defender provide a comprehensive solution for threat protection. Bringing together end-to-end cross-domain coverage with awareness training and secure posture guidance creates a simple solution to ensure your organization is covered.



Native protection
for Office 365

**Protects all of Office 365**
Our protection against threats extends beyond email to SharePoint, OneDrive, Teams, and Office 365 apps to allow simplified administration from a single portal. We help customers easily extend protection against known and zero-day threats beyond email with the click of a button, ensuring users are protected throughout Office 365.

**Integrated approach**
Integration with Office 365 brings simplicity to threat protection across your collaboration platforms. Minimizing the complexities of managing multiple vendors and consoles allows for more efficient protection through correlation of threat intelligence across collaboration workloads, simplified administration, and reduced total cost of ownership.

**Built-in protection**
Defender for Office 365 is built on Office 365,  providing the ability to build security into the products and services your users are already using, providing seamless security that works without plugins or customizations. Smooth user experience ensures user productivity is maintained while security is enhanced.



**Unparalleled scale of service**
The Microsoft Intelligent Security Graph uses AI to glean insights from the trillions of signals we receive across our consumer and commercial services. This provides Defender for Office 365 with continuously updated data that keeps us one step ahead.

**Multi-layered filtering stack**
Our deep strengths in artificial intelligence are manifested in a robust filtering stack, providing protection against a wide variety of attacks, including phishing, malware, business email compromise, and spoofing.

**Powerful automation**
Defender for Office 365 offers an extensive set of incident response capabilities, reducing the burden on SecOps teams. Zero-Hour Auto-Purge (ZAP) removes suspicious or malicious emails from inboxes after delivery, and automated investigation playbooks drive efficiency by recommending remediation actions for a variety of common scenarios, including compromised user detection, malware or phish removed after delivery, suspicious sending patterns, and more.



**Complete solution for collaboration**
Defender for Office 365 protects across the kill chain, providing prevention and detection capabilities backed up by detailed reporting and automated investigation and response. We provide in-product guidance and training for both end users and administrators, improving security posture across the organization.

**Protection against cross-domain threats and persistence with Microsoft 365 Defender**
Deep integration with Microsoft 365 Defender helps stop cross-domain attacks spanning email, collaboration tools, endpoints, identities, and cloud apps with automated detection, investigation, and response. Leverage your Microsoft 365 data and AI to eliminate persistence, remediate affected assets, and proactively hunt for sophisticated indicators of attack unique to the organization. Threats can be identified, prioritized, and dealt with more efficiently.

**Commitment to research**
We invest more than a billion dollars annually in threat experts, research, and development to support a comprehensive, cross-company approach to security.



Microsoft Defender for Office 365 protects from attacks across the killchain.

The attacks faced by your users are more advanced than ever, which is why it's critical to have in place a solution that provides effective prevention and early detection of threats.

No solution is 100% effective, and that makes it important to have an "assume breach" mindset. This means security teams need the tools in place to be able to mitigate breaches quickly when an attack occurs. These teams need to be able to investigate, hunt, and remediate when it matters most.

Awareness is not just simulations and training, but also providing an experience in-product that educates users and helps them be the last line of defense.

And of course, secure posture is something we can not only help you achieve, but also maintain.

This captures how we approach securing your Office 365 environment.



With prevention, we aim to eliminate threats and thwart attacks long before they land in the inbox of your users.

The first line of defense against threats to your organization is our filtering stack. A large percentage of emails sent to Office 365 never even make it into our cloud environment, thanks to robust edge protection. Beyond that, we build sender intelligence to ensure that senders say who they are, helping us catch advanced threats like business email compromise and impersonation attacks.

The rest of our filtering stack helps us evaluate what's in your messages to remove suspicious or malicious content, and protect users after these messages have been delivered, in case something changes, like our verdict on the content, or the destination of a link in the message.

**Advanced protection**
When it comes to advanced attacks like business email compromise, these threats are harder to detect. We use machine learning to build an advanced understanding of a user's email habits and personal contacts. We learn how each individual user communicates with other users inside and outside the organization and build up a map of these relationships. With this, we can evaluate each message to ensure the right messages are identified as impersonation.

**Extending protection beyond email**
With Defender for Office 365, we make it easy to protect not just email, but all of Office 365. All it takes is a few clicks to extend protections, like Safe Links and Safe Attachments, beyond email to SharePoint, OneDrive, Teams, and Office apps.



We use our signal strength and our industry-leading AI to correlate data across Office 365 and detect attacks as they happen in real time.

Today, attackers can easily morph their attacks to avoid conventional security products. What may appear to your security team as hundreds of separate malicious messages are likely coordinated campaigns carefully designed to evade detection. With Campaign Views, we use AI to stitch together these attacks, showing you where the attacks originated, how they were handled by our service, and whether your users interacted with them.

Our alerts trigger automatically to draw attention to threats we've detected, or suspicious activity that you may want to investigate yourself.

We know that attackers frequently send messages with benign links and attachments, hoping to bypass conventional filters, and then weaponize them post-delivery. We continue to secure users long after their mail is delivered with evaluation and detonation of links at time-of-click.

## Investigation & Hunting

→ **Prioritized focus through Priority accounts**

→ **User & Admin Submissions**

→ **Threat Explorer**



Beyond prevention and detection, it's important to ensure your security teams have access to the right information and the right insights to help prioritize response.



## Investigation & Hunting

→ **Prioritized focus through Priority accounts**

→ **User & Admin Submissions**

→ **Threat Explorer**

Priority Account Protection helps you keep track of users in your organization who may be high visibility or most targeted. Priority accounts are built on the concept of tags. With tags, security teams can define their own attributes that they want to assign to users. Once you've assigned the Priority accounts tag to users, you'll see this tag surface throughout the product in alerts, Threat Explorer, Campaign Views, and more. This helps your security teams prioritize their response to these accounts, protecting the users who need it most.



## Investigation & Hunting

→ **Prioritized focus through Priority accounts**

→ **User & Admin Submissions**

→ **Threat Explorer**

We've built user submissions right into Outlook, enabling users to report messages to Microsoft, your security team, or both.

In the portal, it's easy for admins to view and investigate user submissions, but also create admin submissions to send messages directly to Microsoft for review.



Now let's look at Threat Explorer. Threat Explorer enables us to begin delving into granular data for our organization. Here, we're looking at malware threats over time, categorized by the detection technology that discovered them.

We can also change the category for the graph. In this case, we are showing malware family but we can filter the Threat Explorer graph through a variety of views and filters to find what you're looking for.

--

With the new email entity page, we can view detailed analysis of the message. In this case, we see that the message was detected by antimalware protection and intra-org spoofing capabilities. We see the message was delivered to the quarantine, and we can even view the plain text headers of the message on the right. Just above the headers, we have the option to view a preview of the email, just as it was displayed to the user, without having to download the message locally.

Threat Explorer not only allows us to hunt for and investigate threats, it also provides remediation capabilities and powerful automation to simplify the process.



**Guided hunting**

When we've identified a threat in explorer, we can easily take a variety of actions on the message, like moving or deleting the message, or triggering an investigation.

**AIR**

Automated Investigation & response in Microsoft Defender for Office 365 provides playbooks to automatically investigate threats. Here, having the enormous signal strength and experience of Microsoft is a powerful benefit. We've created predefined playbooks, based on common scenarios like compromised user detection, malware detected post-delivery, or user-reported phish, but we also allow you to configure your own custom playbooks.

...

The investigation graph is effectively a powerful graphical representation of the security playbook. In the example above we see that this security playbook is designed to handle weaponized URLs in Office 365.

The investigation graph maps out the coverage of the playbook's analysis. You see the event which triggers the investigation, all of the email, users, and endpoints involved in this attack, and under each entity, you'll see what was discovered.

Towards the bottom is an overall summary of the threats found and the remediation actions taken to address each threat. The investigation graph is a great tool for admins to have a quick, yet highly detailed overview of any investigations in the tenant.

**ZAP**

ZAP, or Zero-Hour Auto-Purge retroactively detects and neutralizes malicious phishing, spam, or malware messages that have already been delivered. ZAP can take a variety of actions on a message, like moving to quarantine or junk, deleting the message, or more advanced actions like adding an X-header or modifying the subject line.

When configuring policies in Defender for Office 365, you can specify the action taken on different types of messages when they are identified as malicious post-delivery.



While good technology stops a majority of phish attacks before they ever reach your user's inbox, you need to empower your users to identify and defend against attacks. In talking to our customers we realized that designing and deploying and effective security training program is challenging at every level.

We've redesigned Attack Simulator in Defender for Office 365 from the ground up, focusing on addressing the concerns of our customers and tackling the complexity of designing a security awareness training program that is effective and easy to manage.

We automate the process of harvesting phish from your tenant based on conditions you set allowing you to use these real phish in a simulation to accurately test your organization's vulnerability. Simulation creation, scheduling, launch and reporting are all automated, and targeting of users and groups is integrated with Azure Active Directory.

We've partnered with Terranova Security to deliver the right training to the right user at the right time. Terranova Security's training catalog caters to different learning styles, is available in 12+ languages and accessible to the highest standards ensuring that every employee in your organization can be trained. It is highly interactive and designed on the principles of behavior change.

And, we've made it easy to track your organization's progress against a predicted compromise rate per simulation. The predicted compromise rate reflects Microsoft's intelligence about that simulation at a global level as well as your organizations' previous simulation performance. Gain visibility over training completion and simulation coverage for your entire organization.

Outside of simulation and training, Defender for Office 365 builds user awareness through in-product guidance. In this email, you'll notice the safety tip calling out that this isn't the email address that Patti usually uses to send you messages. In the body of the email, we see that Patti is urgently looking for access to a confidential document. Despite the fact that Safe Links wraps the URL to ensure it's not malicious at the time-of-click, this user sees the original URL, and can make a determination about the legitimacy of it without having to click.



**Understand policy gaps**
Configuration analyzer lets you compare your configuration to our recommended settings, providing policy guidance whenever you need it, and surfacing legacy configurations you might have overlooked.

**Simplified configuration**
We also provide preset security policies, allowing you to choose to easily configure your environment with our recommended settings.

**Enhancing protection for our customers**
We're also always looking for ways that we can help make our customers more secure across the entire Office 365 service. We've recently added stricter verdicts for high-confidence phish, and implemented automated control of email forwarding rules to limit data exfiltration.



We've talked today about the lifecycle of an attack and beyond, covering how Microsoft Defender for Office 365 prevents Office 365 email and collaboration tools.

Of course, Defender for Office 365 is only part of the story.



Securing your enterprise requires more than securing Office 365.

With Microsoft 365 Defender, we provide an integrated XDR solution that protects identities, endpoints, cloud apps, email and documents.

More detail:
Microsoft 365 Defender is designed to be a comprehensive, seamlessly integrated solution, providing end-to-end security for your organization.  The solution offers industry leading solutions securing attack vectors across identities, endpoints, data & email, cloud apps, and your infrastructure.  Recently, Microsoft launched new SIEM service, Microsoft Azure Sentinel adding a powerful new service to the Microsoft 365 Defender solution. Microsoft 365 Defender enables security teams to benefit from the strength of Microsoft's security services while allowing the freedom to also use 3rd party tools as needed.

Microsoft 365 Defender is the only solution available which helps secure your entire organization leveraging domain expertise in multiple attack vectors, the unique attributes of the Microsoft Intelligent Security Graph, and the experience 40+ years of enterprise software leadership and service.  Let's dig in and see how Microsoft 365 Defender can help you...



Incidents correlate alerts and investigations to reduce SecOps cases. By looking at data across the entire service, we've seen an 80% decrease in the number of cases customers will manage when leveraging incidents compared to managing investigations themselves in Defender for Office 365. Security teams can assign incidents to individuals, helping teams manage the lifecycle of an incident. This unified investigation view delivers consistent experience for email, endpoint, and identity investigations.

With Microsoft 365 Defender, Threat Explorer is now complemented by Advanced Hunting, enabling security teams to create sophisticated queries to analyze security events. These queries can be saved and shared, simplifying the hunting experience across endpoing, identity, email, and collaboration.

The centralized action queue in Microsoft 365 Defender helps you view actions and history across your Defender workloads.  The pending queue helps prioritize actions that require approval, and lets you approve them in bulk. The history tab allows you to review actions that have been taken, and reverse them if the action taken wasn't quite right.

With Microsoft 365 Defender, you get a single portal with new tools, and even broader capabilities when you use Defender for Endpoint, Defender for Identity, or Microsoft Cloud App Security.



