# EXHIBIT 74

**From:**  Amar Patel (C AND E) </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICROSOFT.ONMICROSOFT.COM-55760-AMAR PATEL (DUP: 74FFB02726344746BAF985BE34491C08)>
**To:**  Brian Wilcox
**CC:**  Jason Rogers; Nitin Kumar Goel; Abhijeet Hatekar (MSTIC); Swaroopa Gollapalli
**Sent:**  10/8/2018 7:00:30 PM
**Subject:**  RE: phisher fingerprints and avoiding MS servers
**Attachments:**  Anti Network Evasion Plan.pdf

See attached. We've done an extensive study.  We'll be using multiple providers.

It doesn't help that office published our EOP/Sonar IP ranges a year ago and updated again this October.

https://docs.microsoft.com/en-us/office365/SecurityCompliance/eop/exchange-online-protection-ip-addresses

**From:** Brian Wilcox
**Sent:** Monday, October 8, 2018 11:05 AM
**To:** Nitin Kumar Goel <Nitin.Goel@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>
**Cc:** Jason Rogers <jarogers@microsoft.com>
**Subject:** FW: phisher fingerprints and avoiding MS servers

Hi Nitin, Amar,

Ross indicated you may be checking for this now? Is that using z-scaler?

---
Brian Wilcox
Program Manager II – Advanced Threat Protection
LinkedIn | Github

**Exhibit 4**

3/10/2021
Patel

**From:** Ross Adams
**Sent:** Monday, October 8, 2018 8:56 AM
**To:** Brian Wilcox <brwilcox@microsoft.com>; Ryan Cairnes <Ryan.Cairnes@microsoft.com>; Mihai Costea <mcostea@microsoft.com>; Phish Reduction Core <PhishRedux@microsoft.com>; Info Prot Organizational Security PM Team <IPOrgSecPM@microsoft.com>; Jason Rogers <jarogers@microsoft.com>
**Subject:** RE: phisher fingerprints and avoiding MS servers

Brian you are correct that today you could figure this out, the sonar team is already working on this, it is actually being tested now and appears to be working for sites they know have been using this avoidance technique.

We may want to chat to them about this further in the context of Cyren.

Regards,
Ross.

**From:** Brian Wilcox <brwilcox@microsoft.com>
**Sent:** Friday, October 5, 2018 4:53 PM
**To:** Ryan Cairnes <Ryan.Cairnes@microsoft.com>; Mihai Costea <mcostea@microsoft.com>; Phish Reduction Core <PhishRedux@microsoft.com>; Info Prot Organizational Security PM Team <IPOrgSecPM@microsoft.com>; Jason Rogers <jarogers@microsoft.com>
**Subject:** RE: phisher fingerprints and avoiding MS servers

Microsoft is mentioned several times in the file but the IPs are redacted from the blog post. Generally speaking it is

possible to profile sonar's IP space however and when we detonated my (demo) phish site the IP resolved to being owned by Microsoft as part of the information logged and displayed by default.

I'm fairly confident one could stand up a webserver and redirect prior to the page being rendered based on the IP ownership without it being obvious or easily detectable by using server side rewrite rules. The legitimate use case of this behavior would be showing localized content without redirecting to a localized URL.

@Jason has discussed some clever solutions to prevent this with the Sonar team and I believe a solution is on the backlog.


---
Brian Wilcox
Program Manager II – Advanced Threat Protection
LinkedIn | Github


**From:** Ryan Cairnes
**Sent:** Friday, October 5, 2018 4:36 PM
**To:** Mihai Costea <mcostea@microsoft.com>; Phish Reduction Core <PhishRedux@microsoft.com>; Info Prot Organizational Security PM Team <IPOrgSecPM@microsoft.com>; Brian Wilcox <brwilcox@microsoft.com>
**Subject:** RE: phisher fingerprints and avoiding MS servers

@Brian identified redirects based on IPs when he was poking around some phishing toolkits. A guy from Trend Micro stopped by our booth at Ignite, and mentioned that redirected are a big problem for them too (I think he said they run in AWS).


**From:** Mihai Costea
**Sent:** Friday, October 5, 2018 4:05 PM
**To:** Phish Reduction Core <PhishRedux@microsoft.com>; Info Prot Organizational Security PM Team <IPOrgSecPM@microsoft.com>
**Subject:** phisher fingerprints and avoiding MS servers

Someone stumbled over the tech used for a long time to find where phish creds are actually going (I saw DCU using this a year back)

https://isc.sans.edu/forums/diary/Identifying+a+phisher/24164/

would be interesting to take a look and see if sonar servers are within the excluded IPs

CONFIDENTIAL