# EXHIBIT 75

| | |
|---|---|
| Document title: | Exchange Online Protection IP addresses | Microsoft Docs |
| Capture URL: | https://web.archive.org/web/20181203094956/https://docs.microsoft.com/en-us/office365/SecurityCompliance/eop/exchange-online-protection-ip-addresses |
| Captured site IP: | 207.241.237.3 |
| Page loaded at (UTC): | Thu, 08 Jul 2021 20:49:41 GMT |
| Capture timestamp (UTC): | Thu, 08 Jul 2021 20:50:33 GMT |
| Capture tool: | v7.9.1 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | 20d206b0-65f2-4bbe-98a6-c920055f1be3 |
| User: | jmlaw-jcooper |






10/02/2018 • 2 minutes to read • Contributors 👤👤

EOP IP address ranges

The following Microsoft data center IP addresses are used by Microsoft Exchange Online Protection (EOP) when sending email, receiving email, or for Exchange Online Protection portal and administrative services. In order to send and receive messages from EOP or use the administrative services, make sure your network allows connections to these IP addresses.

ⓘ Note

Microsoft has developed a REST-based web service for the IP address and FQDN entries on this page. This new service helps you configure and update network perimeter devices such as firewalls and proxy servers. You can download the list of endpoints, the current version of the list, or specific changes. This service replaces the XML document, RSS feed, and the IP address and FQDN entries on this page. To try out this new service, go to Web service.

## EOP IP address ranges

| IPv4 address ranges | IPv6 address ranges |
| --- | --- |
| 23.103.132.0/22 | 2a01:111:f400:7c00::/54 |
| 23.103.136.0/21 | 2a01:111:f400:fc00::/54 |
| 23.103.144.0/20 | 2a01:111:f403::/48 |
| 23.103.198.0/23 | |
| 23.103.200.0/22 | |
| 40.92.0.0/14 | |
| 40.107.0.0/17 | |
| 52.100.0.0/14 | |
| 52.238.78.88/32 | |
| 65.55.88.0/24 | |
| 65.55.169.0/24 | |
| 94.245.120.64/26 | |
| 104.47.0.0/17 | |
| 157.55.234.0/24 | |
| 157.56.110.0/23 | |
| 157.56.112.0/24 | |
| 207.46.100.0/24 | |
| 207.46.163.0/24 | |
| 213.199.154.0/24 | |
| 213.199.180.128/26 | |
| 216.32.180.0/23 | |

ⓘ Important

The IP address ranges provided here are only used for relay through customer connectors. Changes to the list of IP addresses are rare, and are communicated in advance. To ensure that messages that you send to your business partners, a smart host, or an on-premises environment route through the service's published range of IP addresses, you must configure the correct connector for routing to each destination. For more information about connectors, see Decide Which Connector to use. The IP addresses in this topic can change over time. For a record of all IP addresses that have been added, changed, or deprecated in the past year, see Change notification for EOP IP addresses.

For information about IP addresses used by Microsoft Office 365, see Office 365 URLs and IP address ranges.

## Feedback

We'd love to hear your thoughts. Choose the type you'd like to provide:

[ Product feedback ⧉ ]   [ Sign in to give documentation feedback ⧉ ]

Our new feedback system is built on GitHub Issues. Read about this change in our blog post.

Error loading feedback.

### Sidebar navigation

- Get started
- Protect access to data and services
- Protect information
- Manage data governance
- Protect against threats
- Search for content
- Manage legal investigations
- Search the audit log
- Monitor security and compliance
- Security solutions
- Compliance solutions
- Security incident management
- Service assurance
- Exchange Online Protection
  - Office 365 Enterprise
  - Office 365 for Business

⤓ Download PDF

🌐 English (United States)

Previous Version Docs · Blog · Contribute · Privacy & Cookies · Terms of Use · Site Feedback · Trademarks

Is this page helpful?
[ Yes ] [ No ]