# EXHIBIT 76

| | |
|---|---|
| Document title: | Office 365 URLs and IP address ranges - Microsoft 365 Enterprise \| Microsoft Docs |
| Capture URL: | https://docs.microsoft.com/en-us/microsoft-365/enterprise/urls-and-ip-address-ranges?view=o365-worldwide |
| Captured site IP: | 104.104.81.39 |
| Page loaded at (UTC): | Mon, 26 Apr 2021 09:32:40 GMT |
| Capture timestamp (UTC): | Mon, 26 Apr 2021 09:33:20 GMT |
| Capture tool: | v7.7.1 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 10 |
| Capture ID: | 2215a920-d52d-4b8a-b6e6-e07aaa49b2d6 |
| User: | jmlaw-jcooper |

PDF REFERENCE #:   q17G3LVPyp6Zukgo8YUPFv

**Version**

Microsoft 365 ▾

🔍 Filter by title

- Microsoft 365 for enterprise documentation and resources
- Microsoft 365 for enterprise overview
- ▾ Networking
  - Roadmap
  - › Plan
  - › Deploy
  - ▾ Manage
    - ▾ Office 365 endpoints
      - Microsoft 365 endpoints
      - Managing Office 365 endpoints
      - **Worldwide endpoints**
      - U.S. Government DoD endpoints
      - U.S. Government GCC High endpoints
      - Office 365 operated by 21Vianet endpoints
      - Office 365 Germany endpoints
    - Content delivery networks
    - IPv6 support in Office 365 services
    - NAT support with Office 365
    - Network requests in Office for Mac
    - Network planning and performance tuning
    - Monitor connectivity
    - Managing ExpressRoute
  - Microsoft 365 Networking Partner Program
- › Tenant
- › Identity
- › Client and server software
- Compliance
- Security
- › Cloud services
- › Windows 10
- Microsoft 365 Apps for enterprise
- Surface devices
- › Device management
- Microsoft Edge
- › Deployment and update channel example configurations
- › Manage Microsoft 365 with PowerShell
- Test Lab Guides
- › Contoso case study
- Microsoft 365 architecture and solutions
- › Enterprise Business Continuity Management (EBCM) with cloud services
- Microsoft 365 for Business

⬇ Download PDF

# Office 365 URLs and IP address ranges

03/01/2021 • 13 minutes to read • 👥👥👥👥

Office 365 requires connectivity to the Internet. The endpoints below should be reachable for customers using Office 365 plans, including Government Community Cloud (GCC).

*Office 365 Worldwide (+GCC)* | Office 365 operated by 21 Vianet | Office 365 Germany | Office 365 U.S. Government DoD | Office 365 U.S. Government GCC High |

Last updated: 03/01/2021 - 📡 Change Log subscription ↗

Download: all required and optional destinations in one JSON formatted ↗ list.

Use: our proxy PAC files

Start with Managing Office 365 endpoints to understand our recommendations for managing network connectivity using this data. Endpoints data is updated as needed at the beginning of each month with new IP Addresses and URLs published 30 days in advance of being active. This allows for customers who do not yet have automated updates to complete their processes before new connectivity is required. Endpoints may also be updated during the month if needed to address support escalations, security incidents, or other immediate operational requirements. The data shown on this page below is all generated from the REST-based web services. If you are using a script or a network device to access this data, you should go to the Web service directly.

Endpoint data below lists requirements for connectivity from a user's machine to Office 365. It does not include network connections from Microsoft into a customer network, sometimes called hybrid or inbound network connections. See Additional endpoints for more information.

The endpoints are grouped into four service areas. The first three service areas can be independently selected for connectivity. The fourth service area is a common dependency (called Microsoft 365 Common and Office) and must always have network connectivity.

Data columns shown are:

- **ID**: The ID number of the row, also known as an endpoint set. This ID is the same as is returned by the web service for the endpoint set.

- **Category**: Shows whether the endpoint set is categorized as "Optimize", "Allow", or "Default". You can read about these categories and guidance for management of them at New Office 365 endpoint categories. This column also lists which endpoint sets are required to have network connectivity. For endpoint sets which are not required to have network connectivity, we provide notes in this field to indicate what functionality would be missing if the endpoint set is blocked. If you are excluding an entire service area, the endpoint sets listed as required do not require connectivity.

- **ER**: This is **Yes** if the endpoint set is supported over Azure ExpressRoute with Office 365 route prefixes. The BGP community that includes the route prefixes shown aligns with the service area listed. When ER is **No**, this means that ExpressRoute is not supported for this endpoint set. However, it should not be assumed that no routes are advertised for an endpoint set where ER is **No**.

- **Addresses**: Lists the FQDNs or wildcard domain names and IP Address ranges for the endpoint set. Note that an IP Address range is in CIDR format and may include many individual IP Addresses in the specified network.

- **Ports**: Lists the TCP or UDP ports that are combined with the Addresses to form the network endpoint. You may notice some duplication in IP Address ranges where there are different ports listed.

**Is this page helpful?**

👍 Yes    👎 No

**In this article**

- Exchange Online
- SharePoint Online and OneDrive for Business
- Skype for Business Online and Microsoft Teams
- Microsoft 365 Common and Office Online
- Related Topics

## Exchange Online

| ID | Category | ER | Addresses | Ports |
|----|----------|-----|-----------|-------|
| 1 | Optimize Required | Yes | `outlook.office.com, outlook.office365.com`<br>`13.107.6.152/31, 13.107.18.10/31, 13.107.128.0/22, 23.103.160.0/20, 40.96.0.0/13, 40.104.0.0/15,`<br>`52.96.0.0/14, 131.253.33.215/32, 132.245.0.0/16, 150.171.32.0/22, 204.79.197.215/32,`<br>`2603:1006::/40, 2603:1016::/36, 2603:1026::/36, 2603:1036::/36, 2603:1046::/36, 2603:1056::/36,`<br>`2603:1096::/38, 2603:1096:400::/40, 2603:1096:600::/40, 2603:1096:a00::/39, 2603:1096:c00::/40,`<br>`2603:10a6:200::/40, 2603:10a6:400::/40, 2603:10a6:600::/40, 2603:10a6:800::/40,`<br>`2603:10d6:200::/40, 2620:1ec:4::152/128, 2620:1ec:4::153/128, 2620:1ec:c::10/128,`<br>`2620:1ec:c::11/128, 2620:1ec:d::10/128, 2620:1ec:d::11/128, 2620:1ec:8f0::/46, 2620:1ec:900::/46,`<br>`2620:1ec:a92::152/128, 2620:1ec:a92::153/128, 2a01:111:f400::/48` | TCP: 443, 80 |
| 2 | Allow Required | Yes | `smtp.office365.com`<br>`13.107.6.152/31, 13.107.18.10/31, 13.107.128.0/22, 23.103.160.0/20, 40.96.0.0/13, 40.104.0.0/15,`<br>`52.96.0.0/14, 131.253.33.215/32, 132.245.0.0/16, 150.171.32.0/22, 204.79.197.215/32,`<br>`2603:1006::/40, 2603:1016::/36, 2603:1026::/36, 2603:1036::/36, 2603:1046::/36, 2603:1056::/36,`<br>`2603:1096::/38, 2603:1096:400::/40, 2603:1096:600::/40, 2603:1096:a00::/39, 2603:1096:c00::/40,`<br>`2603:10a6:200::/40, 2603:10a6:400::/40, 2603:10a6:600::/40, 2603:10a6:800::/40,`<br>`2603:10d6:200::/40, 2620:1ec:4::152/128, 2620:1ec:4::153/128, 2620:1ec:c::10/128,`<br>`2620:1ec:c::11/128, 2620:1ec:d::10/128, 2620:1ec:d::11/128, 2620:1ec:8f0::/46, 2620:1ec:900::/46,`<br>`2620:1ec:a92::152/128, 2620:1ec:a92::153/128, 2a01:111:f400::/48` | TCP: 587 |
| 3 | Default Required | No | `r1.res.office365.com, r3.res.office365.com, r4.res.office365.com` | TCP: 443, 80 |
| 5 | Allow Optional<br>**Notes:**<br>Exchange Online IMAP4 migration | Yes | `*.outlook.office.com, outlook.office365.com`<br>`13.107.6.152/31, 13.107.18.10/31, 13.107.128.0/22, 23.103.160.0/20, 40.96.0.0/13, 40.104.0.0/15,`<br>`52.96.0.0/14, 131.253.33.215/32, 132.245.0.0/16, 150.171.32.0/22, 204.79.197.215/32,`<br>`2603:1006::/40, 2603:1016::/36, 2603:1026::/36, 2603:1036::/36, 2603:1046::/36, 2603:1056::/36,`<br>`2603:1096::/38, 2603:1096:400::/40, 2603:1096:600::/40, 2603:1096:a00::/39, 2603:1096:c00::/40,`<br>`2603:10a6:200::/40, 2603:10a6:400::/40, 2603:10a6:600::/40, 2603:10a6:800::/40,`<br>`2603:10d6:200::/40, 2620:1ec:4::152/128, 2620:1ec:4::153/128, 2620:1ec:c::10/128,`<br>`2620:1ec:c::11/128, 2620:1ec:d::10/128, 2620:1ec:d::11/128, 2620:1ec:8f0::/46, 2620:1ec:900::/46,`<br>`2620:1ec:a92::152/128, 2620:1ec:a92::153/128, 2a01:111:f400::/48` | TCP: 143, 993 |
| 6 | Allow Optional<br>**Notes:**<br>Exchange Online | Yes | `*.outlook.office.com, outlook.office365.com`<br>`13.107.6.152/31, 13.107.18.10/31, 13.107.128.0/22, 23.103.160.0/20, 40.96.0.0/13, 40.104.0.0/15,`<br>`52.96.0.0/14, 131.253.33.215/32, 132.245.0.0/16, 150.171.32.0/22, 204.79.197.215/32,`<br>`2603:1006::/40, 2603:1016::/36, 2603:1026::/36, 2603:1036::/36, 2603:1046::/36, 2603:1056::/36,`<br>`2603:1096::/38, 2603:1096:400::/40, 2603:1096:600::/40, 2603:1096:a00::/39, 2603:1096:c00::/40,` | TCP: 995 |

| ID | Category | ER | Addresses | Ports |
|---|---|---|---|---|
| 6 | Allow<br>Optional<br>Notes: Exchange Online POP3 migration | Yes | *.outlook.office.com, outlook.office365.com<br>13.107.6.152/31, 13.107.18.10/31, 13.107.128.0/22, 23.103.160.0/20, 40.96.0.0/13, 40.104.0.0/15, 52.96.0.0/14, 131.253.33.215/32, 132.245.0.0/16, 150.171.32.0/22, 204.79.197.215/32, 2603:1006::/40, 2603:1016::/36, 2603:1026::/36, 2603:1036::/36, 2603:1046::/36, 2603:1056::/36, 2603:1096::/38, 2603:1096:400::/40, 2603:1096:600::/40, 2603:1096:a00::/39, 2603:1096:c00::/40, 2603:10a6:200::/40, 2603:10a6:400::/40, 2603:10a6:600::/40, 2603:10a6:800::/40, 2603:10d6:200::/40, 2620:1ec:4::152/128, 2620:1ec:4::153/128, 2620:1ec:c::10/128, 2620:1ec:c::11/128, 2620:1ec:d::10/128, 2620:1ec:d::11/128, 2620:1ec:8f0::/46, 2620:1ec:900::/46, 2620:1ec:a92::152/128, 2620:1ec:a92::153/128, 2a01:111:f400::/48 | TCP: 995 |
| 8 | Default<br>Required | No | *.outlook.com, *.outlook.office.com, attachments.office.net | TCP: 443, 80 |
| 9 | Allow<br>Required | Yes | *.protection.outlook.com<br>40.92.0.0/15, 40.107.0.0/16, 52.100.0.0/14, 52.238.78.88/32, 104.47.0.0/17, 2a01:111:f403::/48 | TCP: 443 |
| 10 | Allow<br>Required | Yes | *.mail.protection.outlook.com<br>40.92.0.0/15, 40.107.0.0/16, 52.100.0.0/14, 104.47.0.0/17, 2a01:111:f400::/48, 2a01:111:f403::/48 | TCP: 25 |
| 154 | Default<br>Required | No | autodiscover.<tenant>.onmicrosoft.com | TCP: 443, 80 |

## SharePoint Online and OneDrive for Business

| ID | Category | ER | Addresses | Ports |
|---|---|---|---|---|
| 31 | Optimize<br>Required | Yes | <tenant>.sharepoint.com, <tenant>-my.sharepoint.com<br>13.107.136.0/22, 40.108.128.0/17, 52.104.0.0/14, 104.146.128.0/17, 150.171.40.0/22, 2620:1ec:8f8::/46, 2620:1ec:908::/46, 2a01:111:f402::/48 | TCP: 443, 80 |
| 32 | Default<br>Optional<br>Notes: OneDrive for Business: supportability, telemetry, APIs, and embedded email links | No | *.log.optimizely.com, ssw.live.com, storage.live.com | TCP: 443 |
| 33 | Default<br>Optional<br>Notes: SharePoint Hybrid Search - Endpoint to SearchContentService where the hybrid crawler feeds documents | No | *.search.production.apac.trafficmanager.net, *.search.production.emea.trafficmanager.net, *.search.production.us.trafficmanager.net | TCP: 443 |
| 35 | Default<br>Required | No | *.wns.windows.com, admin.onedrive.com, officeclient.microsoft.com | TCP: 443, 80 |
| 36 | Default<br>Required | No | g.live.com, oneclient.sfx.ms | TCP: 443, 80 |
| 37 | Default<br>Required | No | *.sharepointonline.com, cdn.sharepointonline.com, privatecdn.sharepointonline.com, publiccdn.sharepointonline.com, spoprod-a.akamaihd.net, static.sharepointonline.com | TCP: 443, 80 |
| 38 | Default<br>Optional<br>Notes: SharePoint Online: auxiliary URLs | No | prod.msocdn.com, watson.telemetry.microsoft.com | TCP: 443, 80 |
| 39 | Default<br>Required | No | *.svc.ms, <tenant>-files.sharepoint.com, <tenant>-myfiles.sharepoint.com | TCP: 443, 80 |

## Skype for Business Online and Microsoft Teams

| ID | Category | ER | Addresses | Ports |
|---|---|---|---|---|
| 11 | Optimize<br>Required | Yes | 13.107.64.0/18, 52.112.0.0/14, 52.120.0.0/14 | UDP: 3478, 3479, 3480, 3481 |
| 12 | Allow<br>Required | Yes | *.lync.com, *.teams.microsoft.com, teams.microsoft.com<br>13.107.64.0/18, 52.112.0.0/14, 52.120.0.0/14, 52.238.119.141/32, 52.244.160.207/32, 2603:1027::/48, 2603:1037::/48, 2603:1047::/48, 2603:1057::/48, 2620:1ec:6::/48, 2620:1ec:40::/42 | TCP: 443, 80 |
| 13 | Allow<br>Required | Yes | *.broadcast.skype.com, broadcast.skype.com<br>13.107.64.0/18, 52.112.0.0/14, 52.120.0.0/14, 52.238.119.141/32, 52.244.160.207/32, 2603:1027::/48, 2603:1037::/48, 2603:1047::/48, 2603:1057::/48, 2620:1ec:6::/48, 2620:1ec:40::/42 | TCP: 443 |
| 15 | Default<br>Required | No | *.sfbassets.com, *.urlp.sfbassets.com, skypemaprdsitus.trafficmanager.net | TCP: 443, 80 |
| 16 | Default<br>Required | No | *.keydelivery.mediaservices.windows.net, *.msecnd.net, *.streaming.mediaservices.windows.net, ajax.aspnetcdn.com, mlccdn.blob.core.windows.net | TCP: 443 |
| 17 | Default<br>Required | No | aka.ms, amp.azure.net | TCP: 443 |
| 18 | Default<br>Optional | No | *.users.storage.live.com | TCP: 443 |

Version
Microsoft 365

Filter by title

Microsoft 365 for enterprise documentation and resources
Microsoft 365 for enterprise overview
Networking
  Roadmap
  Plan
  Deploy
  Manage
    Office 365 endpoints
      Microsoft 365 endpoints
      Managing Office 365 endpoints
      Worldwide endpoints
      U.S. Government DoD endpoints
      U.S. Government GCC High endpoints
      Office 365 operated by 21Vianet endpoints
      Office 365 Germany endpoints
    Content delivery networks
    IPv6 support in Office 365 services
    NAT support with Office 365
    Network requests in Office for Mac
    Network planning and performance tuning
    Monitor connectivity
    Managing ExpressRoute
  Microsoft 365 Networking Partner Program
Tenant
Identity
Client and server software
Compliance
Security
Cloud services
Windows 10
Microsoft 365 Apps for enterprise
Surface devices
Device management
Microsoft Edge
Deployment and update channel example configurations
Manage Microsoft 365 with PowerShell
Test Lab Guides
Contoso case study
Microsoft 365 architecture and solutions
Enterprise Business Continuity Management (EBCM) with cloud services
Microsoft 365 for Business

Download PDF

| ID | Category | ER | Addresses | Ports |
|---|---|---|---|---|
| 16 | Default Required | No | *.keydelivery.mediaservices.windows.net, *.msecnd.net, *.streaming.mediaservices.windows.net, ajax.aspnetcdn.com, mem.gfx.ms | TCP: 443 |
| 17 | Default Required | No | aka.ms, amp.azure.net | TCP: 443 |
| 18 | Default Optional Notes: Federation with Skype and public IM connectivity: Contact picture retrieval | No | *.users.storage.live.com | TCP: 443 |
| 19 | Default Optional Notes: Applies only to those who deploy the Conference Room Systems | No | *.ad1.windows.com | TCP: 443, 80 |
| 22 | Allow Optional Notes: Teams: Messaging interop with Skype for Business | Yes | *.skypeforbusiness.com 13.107.64.0/18, 52.112.0.0/14, 52.120.0.0/14, 52.238.119.141/32, 52.244.160.207/32, 2603:1027::/48, 2603:1037::/48, 2603:1047::/48, 2603:1057::/48, 2620:1ec:6::/48, 2620:1ec:40::/42 | TCP: 443 |
| 26 | Default Required | No | *.msedge.net, compass-ssl.microsoft.com | TCP: 443 |
| 27 | Default Required | No | *.mstea.ms, *.secure.skypeassets.com, mlccdnprod.azureedge.net, videoplayercdn.osi.office.net | TCP: 443 |
| 29 | Default Optional Notes: Yammer third-party integration | No | *.tenor.com | TCP: 443, 80 |
| 127 | Default Required | No | *.skype.com | TCP: 443, 80 |

## Microsoft 365 Common and Office Online

| ID | Category | ER | Addresses | Ports |
|---|---|---|---|---|
| 40 | Default Optional Notes: Office 365 Video CDNs | No | ajax.aspnetcdn.com, r3.res.outlook.com, spoprod-a.akamaihd.net | TCP: 443 |
| 41 | Default Optional Notes: Microsoft Stream | No | *.microsoftstream.com, amp.azure.net, s0.assets-yammer.com, vortex.data.microsoft.com | TCP: 443 |
| 42 | Default Optional Notes: Microsoft Stream CDN | No | amsglob0cdnstream13.azureedge.net, amsglob0cdnstream14.azureedge.net | TCP: 443 |
| 43 | Default Optional Notes: Microsoft Stream 3rd party integration (including CDNs) | No | nps.onyx.azure.net | TCP: 443 |
| 44 | Default Optional Notes: Microsoft Stream - unauthenticated | No | *.azureedge.net, *.media.azure.net, *.streaming.mediaservices.windows.net | TCP: 443 |
| 45 | Default Optional Notes: Office 365 Video | No | *.keydelivery.mediaservices.windows.net, *.streaming.mediaservices.windows.net | TCP: 443 |
| 46 | Allow Required | Yes | *.officeapps.live.com, *.online.office.com, office.live.com 13.107.6.171/32, 13.107.140.6/32, 52.108.0.0/14, 52.238.106.116/32, 52.244.37.168/32, 52.244.203.72/32, 52.244.207.172/32, 52.244.223.198/32, 52.247.150.191/32, 2603:1010:2::cb/128, 2603:1010:200::c7/128, 2603:1020:200::682f:a0fd/128, 2603:1020:201:9::c6/128, 2603:1020:600::a1/128, 2603:1020:700::a2/128, 2603:1020:800:2::6/128, 2603:1020:900::8/128, 2603:1030:7::749/128, 2603:1030:800:5::bfee:ad3c/128, 2603:1030:f00::17/128, 2603:1030:1000::21a/128, 2603:1040:200::4f3/128, 2603:1040:401::762/128, 2603:1040:601::60f/128, 2603:1040:a01::1e/128, 2603:1040:c01::28/128, 2603:1040:e00:1::2f/128, 2603:1040:f00::1f/128, 2603:1050:1::cd/128, 2620:1ec:8fc::6/128, 2620:1ec:a92::171/128, 2a01:111:f100:2000::a83e:3019/128, 2a01:111:f100:2002::8975:2d79/128, 2a01:111:f100:2002::8975:2da8/128, 2a01:111:f100:7000::6fdd:6cd5/128, 2a01:111:f100:a004::bfeb:88cf/128 | TCP: 443, 80 |
| 47 | Default Required | No | *.cdn.office.net, contentstorage.osi.office.net | TCP: 443 |
| 49 | Default Required | No | *.onenote.com | TCP: 443 |
| 50 | Default Optional Notes: OneNote notebooks (wildcards) | No | *.microsoft.com, *.msecnd.net, *.office.net | TCP: 443 |
| 51 | Default | No | *cdn.onenote.net | TCP: |

Is this page helpful?
👍 Yes   👎 No

In this article
Exchange Online
SharePoint Online and OneDrive for Business
Skype for Business Online and Microsoft Teams
Microsoft 365 Common and Office Online
Related Topics

Version
Microsoft 365

Filter by title

Microsoft 365 for enterprise documentation and resources
Microsoft 365 for enterprise overview
- Networking
  - Roadmap
  - Plan
  - Deploy
  - Manage
    - Office 365 endpoints
      - Microsoft 365 endpoints
      - Managing Office 365 endpoints
      - Worldwide endpoints
      - U.S. Government DoD endpoints
      - U.S. Government GCC High endpoints
      - Office 365 operated by 21Vianet endpoints
      - Office 365 Germany endpoints
    - Content delivery networks
    - IPv6 support in Office 365 services
    - NAT support with Office 365
    - Network requests in Office for Mac
    - Network planning and performance tuning
    - Monitor connectivity
    - Managing ExpressRoute
  - Microsoft 365 Networking Partner Program
- Tenant
- Identity
- Client and server software
- Compliance
- Security
- Cloud services
- Windows 10
- Microsoft 365 Apps for enterprise
- Surface devices
- Device management
- Microsoft Edge
- Deployment and update channel example configurations
- Manage Microsoft 365 with PowerShell
- Test Lab Guides
- Contoso case study
- Microsoft 365 architecture and solutions
- Enterprise Business Continuity Management (EBCM) with cloud services
- Microsoft 365 for Business

Download PDF

| | | | | | |
|---|---|---|---|---|---|
| 50 | Default Optional Notes: OneNote notebooks (wildcards) | No | *.microsoft.com, *.msecnd.net, *.office.com | | TCP: 443 |
| 51 | Default Required | No | *.cdn.onenote.net | | TCP: 443 |
| 52 | Default Optional Notes: OneNote 3rd party supporting services and CDNs | No | ad.atdmt.com, s.ytimg.com, www.youtube.com | | TCP: 443 |
| 53 | Default Required | No | ajax.aspnetcdn.com, apis.live.net, cdn.optimizely.com, officeapps.live.com, www.onedrive.com | | TCP: 443 |
| 56 | Allow Required | Yes | *.msftidentity.com, *.msidentity.com, account.activedirectory.windowsazure.com, accounts.accesscontrol.windows.net, adminwebservice.microsoftonline.com, api.passwordreset.microsoftonline.com, autologon.microsoftazuread-sso.com, becws.microsoftonline.com, clientconfig.microsoftonline-p.net, companymanager.microsoftonline.com, device.login.microsoftonline.com, graph.microsoft.com, graph.windows.net, login.microsoft.com, login.microsoftonline.com, login.microsoftonline-p.com, login.windows.net, logincert.microsoftonline.com, loginex.microsoftonline.com, login-us.microsoftonline.com, nexus.microsoftonline-p.com, passwordreset.microsoftonline.com, provisioningapi.microsoftonline.com, 20.190.128.0/18, 40.126.0.0/18, 2603:1006:2000::/48, 2603:1007:200::/48, 2603:1016:1400::/48, 2603:1017::/48, 2603:1026:3000::/48, 2603:1027:1::/48, 2603:1036:3000::/48, 2603:1037:1::/48, 2603:1046:2000::/48, 2603:1047:1::/48, 2603:1056:2000::/48, 2603:1057:2::/48 | | TCP: 443, 80 |
| 59 | Default Required | No | *.hip.live.com, *.microsoftonline.com, *.microsoftonline-p.com, *.msauth.net, *.msauthimages.net, *.msecnd.net, *.msftauth.net, *.msftauthimages.net, *.phonefactor.net, enterpriseregistration.windows.net, management.azure.com, policykeyservice.dc.ad.msft.net | | TCP: 443, 80 |
| 64 | Allow Required | Yes | *.compliance.microsoft.com, *.manage.office.com, *.protection.office.com, *.security.microsoft.com, compliance.microsoft.com, manage.office.com, protection.office.com, security.microsoft.com 13.80.125.22/32, 13.91.91.243/32, 13.107.6.156/31, 13.107.7.190/31, 13.107.9.156/31, 40.81.156.154/32, 40.90.218.198/32, 52.108.0.0/14, 52.174.56.180/32, 52.183.75.62/32, 52.184.165.82/32, 104.42.230.91/32, 157.55.145.0/25, 157.55.155.0/25, 157.55.227.192/26, 2603:1006:1400::/40, 2603:1010:2:2::a/128, 2603:1016:2400::/40, 2603:1020:400::/26/128, 2603:1020:600::12f/128, 2603:1020:600::1f0/128, 2603:1020:800:2::45/128, 2603:1026:2400::/40, 2603:1030:7:5::25/128, 2603:1036:2400::/40, 2603:1040:400::5e/128, 2603:1040:601::2/128, 2603:1046:1400::/40, 2603:1056:1400::/40, 2a01:111:200a:a::/64, 2a01:111:2035:8::/64, 2a01:111:f100:1002::4134:c440/128, 2a01:111:f100:2000::a83e:33a8/128, 2a01:111:f100:2002::8975:2d98/128, 2a01:111:f100:3000::a83e:1884/128, 2a01:111:f100:3002::8987:3552/128, 2a01:111:f100:4002::9d37:c021/128, 2a01:111:f100:4002::9d37:c3de/128, 2a01:111:f100:6000::4134:a6c7/128, 2a01:111:f100:6000::4134:b84b/128, 2a01:111:f100:7000::6fdd:5245/128, 2a01:111:f100:7000::6fdd:6fc4/128, 2a01:111:f100:8000::4134:941b/128, 2a01:111:f100:9001::1761:914f/128, 2a01:111:f406:1::/64, 2a01:111:f406:c00::/64, 2a01:111:f406:1004::/64, 2a01:111:f406:1805::/64, 2a01:111:f406:3404::/64, 2a01:111:f406:8000::/64, 2a01:111:f406:8801::/64, 2a01:111:f406:a003::/64 | | TCP: 443 |
| 65 | Allow Required | Yes | *.portal.cloudappsecurity.com, account.office.net, admin.microsoft.com, home.office.com, portal.office.com, www.office.com 13.80.125.22/32, 13.91.91.243/32, 13.107.6.156/31, 13.107.7.190/31, 13.107.9.156/31, 40.81.156.154/32, 40.90.218.198/32, 52.108.0.0/14, 52.174.56.180/32, 52.183.75.62/32, 52.184.165.82/32, 104.42.230.91/32, 157.55.145.0/25, 157.55.155.0/25, 157.55.227.192/26, 2603:1006:1400::/40, 2603:1010:2:2::a/128, 2603:1016:2400::/40, 2603:1020:400::/26/128, 2603:1020:600::12f/128, 2603:1020:600::1f0/128, 2603:1020:800:2::45/128, 2603:1026:2400::/40, 2603:1030:7:5::25/128, 2603:1036:2400::/40, 2603:1040:400::5e/128, 2603:1040:601::2/128, 2603:1046:1400::/40, 2603:1056:1400::/40, 2a01:111:200a:a::/64, 2a01:111:2035:8::/64, 2a01:111:f100:1002::4134:c440/128, 2a01:111:f100:2000::a83e:33a8/128, 2a01:111:f100:2002::8975:2d98/128, 2a01:111:f100:3000::a83e:1884/128, 2a01:111:f100:3002::8987:3552/128, 2a01:111:f100:4002::9d37:c021/128, 2a01:111:f100:4002::9d37:c3de/128, 2a01:111:f100:6000::4134:a6c7/128, 2a01:111:f100:6000::4134:b84b/128, 2a01:111:f100:7000::6fdd:5245/128, 2a01:111:f100:7000::6fdd:6fc4/128, 2a01:111:f100:8000::4134:941b/128, 2a01:111:f100:9001::1761:914f/128, 2a01:111:f406:1::/64, 2a01:111:f406:c00::/64, 2a01:111:f406:1004::/64, 2a01:111:f406:1805::/64, 2a01:111:f406:3404::/64, 2a01:111:f406:8000::/64, 2a01:111:f406:8801::/64, 2a01:111:f406:a003::/64 | | TCP: 443, 80 |
| 66 | Default Required | No | suite.office.net | | TCP: 443 |
| 67 | Default Optional Notes: Security and Compliance Center eDiscovery export | No | *.blob.core.windows.net | | TCP: 443 |
| 68 | Default Optional Notes: Portal and shared: 3rd party office integration. (including CDNs) | No | *.helpshift.com, *.localytics.com, analytics.localytics.com, api.localytics.com, connect.facebook.net, firstpartyapps.oaspapps.com, outlook.uservoice.com, prod.firstpartyapps.oaspapps.com.akadns.net, rink.hockeyapp.net, sdk.hockeyapp.net, telemetryservice.firstpartyapps.oaspapps.com, web.localytics.com, webanalytics.localytics.com, wus-firstpartyapps.oaspapps.com | | TCP: 443 |
| 69 | Default Required | No | *.aria.microsoft.com, *.events.data.microsoft.com | | TCP: 443 |
| 70 | Default Required | No | *.o365weve.com, amp.azure.net, appsforoffice.microsoft.com, assets.onestore.ms, auth.gfx.ms, c1.microsoft.com, contentstorage.osi.office.net, dgps.support.microsoft.com, docs.microsoft.com, msdn.microsoft.com, platform.linkedin.com, prod.msocdn.com, shellprod.msocdn.com, support.content.office.net, support.microsoft.com, technet.microsoft.com, videocontent.osi.office.net, videoplayercdn.osi.office.net | | TCP: 443 |

Is this page helpful?
👍 Yes  👎 No

In this article
Exchange Online
SharePoint Online and OneDrive for Business
Skype for Business Online and Microsoft Teams
Microsoft 365 Common and Office Online
Related Topics

**Version**

Microsoft 365

🔍 Filter by title

- Microsoft 365 for enterprise documentation and resources
- Microsoft 365 for enterprise overview
- ∨ Networking
  - Roadmap
  - › Plan
  - › Deploy
  - ∨ Manage
    - ∨ Office 365 endpoints
      - Microsoft 365 endpoints
      - Managing Office 365 endpoints
      - **Worldwide endpoints**
      - U.S. Government DoD endpoints
      - U.S. Government GCC High endpoints
      - Office 365 operated by 21Vianet endpoints
      - Office 365 Germany endpoints
    - Content delivery networks
    - IPv6 support in Office 365 services
    - NAT support with Office 365
    - Network requests in Office for Mac
    - Network planning and performance tuning
    - Monitor connectivity
    - Managing ExpressRoute
  - Microsoft 365 Networking Partner Program
- › Tenant
- › Identity
- › Client and server software
- Compliance
- Security
- › Cloud services
- › Windows 10
- Microsoft 365 Apps for enterprise
- Surface devices
- › Device management
- Microsoft Edge
- Deployment and update channel example configurations
- › Manage Microsoft 365 with PowerShell
- › Test Lab Guides
- › Contoso case study
- Microsoft 365 architecture and solutions
- › Enterprise Business Continuity Management (EBCM) with cloud services
- Microsoft 365 for Business

📥 Download PDF

**Is this page helpful?**
👍 Yes   👎 No

**In this article**
- Exchange Online
- SharePoint Online and OneDrive for Business
- Skype for Business Online and Microsoft Teams
- **Microsoft 365 Common and Office Online**
- Related Topics

| | | | | |
|---|---|---|---|---|
| 70 | Default<br>Required | No | `*.o365weve.com, amp.azure.net, appsforoffice.microsoft.com, assets.onestore.ms, auth.gfx.ms, c1.microsoft.com, contentstorage.osi.office.net, dgps.support.microsoft.com, docs.microsoft.com, msdn.microsoft.com, platform.linkedin.com, prod.msocdn.com, shellprod.msocdn.com, support.content.office.net, support.microsoft.com, technet.microsoft.com, videocontent.osi.office.net, videoplayercdn.osi.office.net` | TCP: 443 |
| 71 | Default<br>Required | No | `*.office365.com` | TCP: 443 |
| 72 | Default<br>Optional<br>**Notes:** Azure Rights Management (RMS) with Office 2010 clients | No | `*.cloudapp.net` | TCP: 443 |
| 73 | Default<br>Required | No | `*.aadrm.com, *.azurerms.com, *.informationprotection.azure.com, ecn.dev.virtualearth.net, informationprotection.hosting.portal.azure.net` | TCP: 443 |
| 74 | Default<br>Optional<br>**Notes:** Remote Connectivity Analyzer - Initiate connectivity tests. | No | `testconnectivity.microsoft.com` | TCP: 443, 80 |
| 75 | Default<br>Optional<br>**Notes:** Graph.windows.net, Office 365 Management Pack for Operations Manager, SecureScore, Azure AD Device Registration, Forms, StaffHub, Application Insights, captcha services | No | `*.hockeyapp.net, *.sharepointonline.com, cdn.forms.office.net, dc.applicationinsights.microsoft.com, dc.services.visualstudio.com, forms.microsoft.com, mem.gfx.ms, office365servicehealthcommunications.cloudapp.net, osiprod-cus-daffodil1-signalr-00.service.signalr.net, osiprod-neu-daffodil1-signalr-00.service.signalr.net, osiprod-weu-daffodil1-signalr-00.service.signalr.net, osiprod-wus-daffodil1-signalr-00.service.signalr.net, signup.microsoft.com, staffhub.ms, staffhub.uservoice.com, staffhubweb.azureedge.net, watson.telemetry.microsoft.com` | TCP: 443 |
| 77 | Allow<br>Required | Yes | `portal.microsoftonline.com`<br>`13.107.6.171/32, 13.107.140.6/32, 52.108.0.0/14, 52.238.106.116/32, 52.244.37.168/32, 52.244.203.72/32, 52.244.207.172/32, 52.244.223.198/32, 52.247.150.191/32, 2603:1010:2::cb/128, 2603:1010:200::c7/128, 2603:1020:200::682f:a0fd/128, 2603:1020:201:9::c6/128, 2603:1020:600::a1/128, 2603:1020:700::a2/128, 2603:1020:800:2::6/128, 2603:1020:900::8/128, 2603:1030:7::749/128, 2603:1030:800:5::bfee:ad3c/128, 2603:1030:f00::17/128, 2603:1030:1000::21a/128, 2603:1040:200::4f3/128, 2603:1040:401::762/128, 2603:1040:601::60f/128, 2603:1040:a01::1e/128, 2603:1040:c01::28/128, 2603:1040:e00:1::2f/128, 2603:1040:f00::1f/128, 2603:1050:1::cd/128, 2620:1ec:8fc::6/128, 2620:1ec:a92::171/128, 2a01:111:f100:2000::a83e:3019/128, 2a01:111:f100:2002::8975:2d79/128, 2a01:111:f100:2002::8975:2da8/128, 2a01:111:f100:7000::6fdd:6cd5/128, 2a01:111:f100:a004::bfeb:88cf/128` | TCP: 443 |
| 78 | Default<br>Optional<br>**Notes:** Some Office 365 features require endpoints within these domains (including CDNs). Many specific FQDNs within these wildcards have been published recently as we work to either remove or better explain our guidance relating to these wildcards. | No | `*.microsoft.com, *.msocdn.com, *.office.net, *.onmicrosoft.com` | TCP: 443, 80 |
| 79 | Default<br>Required | No | `o15.officeredir.microsoft.com, officepreviewredir.microsoft.com, officeredir.microsoft.com, r.office.microsoft.com` | TCP: 443, 80 |
| 80 | Default<br>Required | No | `ocws.officeapps.live.com` | TCP: 443 |
| 81 | Default<br>Required | No | `odc.officeapps.live.com` | TCP: 443, 80 |
| 82 | Default<br>Required | No | `roaming.officeapps.live.com` | TCP: 443, 80 |
| 83 | Default<br>Required | No | `activation.sls.microsoft.com` | TCP: 443 |
| 84 | Default<br>Required | No | `crl.microsoft.com` | TCP: 443, 80 |
| 86 | Default<br>Required | No | `office15client.microsoft.com, officeclient.microsoft.com` | TCP: 443 |
| 88 | Default | No | `insertmedia.bing.office.net` | TCP: |

Document title: Office 365 URLs and IP address ranges - Microsoft 365 Enterprise | Microsoft Docs
Capture URL: https://docs.microsoft.com/en-us/microsoft-365/enterprise/urls-and-ip-address-ranges?view=o365-worldwide
Capture timestamp (UTC): Mon, 26 Apr 2021 09:33:20 GMT
Page 5 of 9



Version
Microsoft 365

- Microsoft 365 for enterprise documentation and resources
- Microsoft 365 for enterprise overview
- Networking
  - Roadmap
  - Plan
  - Deploy
  - Manage
    - Office 365 endpoints
      - Microsoft 365 endpoints
      - Managing Office 365 endpoints
      - **Worldwide endpoints**
      - U.S. Government DoD endpoints
      - U.S. Government GCC High endpoints
      - Office 365 operated by 21Vianet endpoints
      - Office 365 Germany endpoints
    - Content delivery networks
    - IPv6 support in Office 365 services
    - NAT support with Office 365
    - Network requests in Office for Mac
    - Network planning and performance tuning
    - Monitor connectivity
    - Managing ExpressRoute
  - Microsoft 365 Networking Partner Program
- Tenant
- Identity
- Client and server software
- Compliance
- Security
- Cloud services
- Windows 10
- Microsoft 365 Apps for enterprise
- Surface devices
- Device management
- Microsoft Edge
- Deployment and update channel example configurations
- Manage Microsoft 365 with PowerShell
- Test Lab Guides
- Contoso case study
- Microsoft 365 architecture and solutions
- Enterprise Business Continuity Management (EBCM) with cloud services
- Microsoft 365 for Business

Download PDF

Is this page helpful?  👍 Yes  👎 No

**In this article**
- Exchange Online
- SharePoint Online and OneDrive for Business
- Skype for Business Online and Microsoft Teams
- **Microsoft 365 Common and Office Online**
- Related Topics

| | | | | |
|---|---|---|---|---|
| 84 | Default Required | No | crl.microsoft.com | TCP: 443 |
| 86 | Default Required | No | office15client.microsoft.com, officeclient.microsoft.com | TCP: 443 |
| 88 | Default Required | No | insertmedia.bing.office.net | TCP: 443, 80 |
| 89 | Default Required | No | go.microsoft.com, support.office.com | TCP: 443, 80 |
| 91 | Default Required | No | ajax.aspnetcdn.com | TCP: 443, 80 |
| 92 | Default Required | No | officecdn.microsoft.com, officecdn.microsoft.com.edgesuite.net | TCP: 443, 80 |
| 93 | Default Optional **Notes**: ProPlus: auxiliary URLs | No | *.virtualearth.net, ajax.microsoft.com, c.bing.net, excelbingmap.firstpartyapps.oaspapps.com, excelcs.officeapps.live.com, ocos-office365-s2s.msedge.net, omextemplates.content.office.net, peoplegraph.firstpartyapps.oaspapps.com, pptcs.officeapps.live.com, tse1.mm.bing.net, uci.officeapps.live.com, watson.microsoft.com, wikipedia.firstpartyapps.oaspapps.com, wordcs.officeapps.live.com, www.bing.com | TCP: 443, 80 |
| 95 | Default Optional **Notes**: Outlook for Android and iOS | No | *.acompli.net, *.outlookmobile.com | TCP: 443 |
| 96 | Default Optional **Notes**: Outlook for Android and iOS: Authentication | No | *.manage.microsoft.com, api.office.com, go.microsoft.com, login.windows-ppe.net, secure.aadcdn.microsoftonline-p.com, vortex.data.microsoft.com | TCP: 443 |
| 97 | Default Optional **Notes**: Outlook for Android and iOS: Consumer Outlook.com and OneDrive integration | No | account.live.com, apis.live.net, auth.gfx.ms, login.live.com | TCP: 443 |
| 98 | Default Optional **Notes**: Outlook for Android and iOS: Google integration | No | accounts.google.com, mail.google.com, www.googleapis.com | TCP: 443 |
| 99 | Default Optional **Notes**: Outlook for Android and iOS: Yahoo integration | No | api.login.yahoo.com, social.yahooapis.com | TCP: 443 |
| 100 | Default Optional **Notes**: Outlook for Android and iOS: DropBox integration | No | api.dropboxapi.com, www.dropbox.com | TCP: 443 |
| 101 | Default Optional **Notes**: Outlook for Android and iOS: Box integration | No | app.box.com | TCP: 443 |
| 102 | Default Optional **Notes**: Outlook for Android and iOS: Facebook integration | No | graph.facebook.com, m.facebook.com | TCP: 443 |
| 103 | Default Optional **Notes**: Outlook for Android and iOS: Evernote integration | No | www.evernote.com | TCP: 443 |
| 105 | Default Optional **Notes**: Outlook for Android and iOS: Outlook Privacy | No | bit.ly, www.acompli.com | TCP: 443 |
| 106 | Default Optional **Notes**: Outlook for Android and iOS: User voice integration | No | by.uservoice.com, outlook.uservoice.com | TCP: 443 |
| 109 | Default Optional | No | data.flurry.com | TCP: 443 |

Version

- Microsoft 365

▼ Filter by title

- Microsoft 365 for enterprise documentation and resources
- Microsoft 365 for enterprise overview
- ▼ Networking
  - Roadmap
  - › Plan
  - › Deploy
  - ▼ Manage
    - ▼ Office 365 endpoints
      - Microsoft 365 endpoints
      - Managing Office 365 endpoints
      - **Worldwide endpoints**
      - U.S. Government DoD endpoints
      - U.S. Government GCC High endpoints
      - Office 365 operated by 21Vianet endpoints
      - Office 365 Germany endpoints
    - Content delivery networks
    - IPv6 support in Office 365 services
    - NAT support with Office 365
    - Network requests in Office for Mac
    - Network planning and performance tuning
    - Monitor connectivity
    - Managing ExpressRoute
  - Microsoft 365 Networking Partner Program
- › Tenant
- › Identity
- › Client and server software
- Compliance
- Security
- › Cloud services
- › Windows 10
- Microsoft 365 Apps for enterprise
- Surface devices
- › Device management
- Microsoft Edge
- Deployment and update channel example configurations
- › Manage Microsoft 365 with PowerShell
- › Test Lab Guides
- › Contoso case study
- Microsoft 365 architecture and solutions
- › Enterprise Business Continuity Management (EBCM) with cloud services
- Microsoft 365 for Business

📥 Download PDF

Is this page helpful?
👍 Yes  👎 No

**In this article**
- Exchange Online
- SharePoint Online and OneDrive for Business
- Skype for Business Online and Microsoft Teams
- Microsoft 365 Common and Office Online
- Related Topics

| | | | | | |
|---|---|---|---|---|---|
| | | | Optional<br>**Notes:** Outlook for Android and iOS: User voice integration | | 443 |
| 109 | Default<br>Optional<br>**Notes:** Outlook for Android and iOS: Flurry log integration | No | `data.flurry.com` | | TCP: 443 |
| 110 | Default<br>Optional<br>**Notes:** Outlook for Android and iOS: Adjust integration | No | `app.adjust.com` | | TCP: 443 |
| 111 | Default<br>Optional<br>**Notes:** Outlook for Android and iOS: Hockey log integration | No | `rink.hockeyapp.net, sdk.hockeyapp.net` | | TCP: 443 |
| 112 | Default<br>Optional<br>**Notes:** Outlook for Android and iOS: Helpshift integration | No | `acompli.helpshift.com` | | TCP: 443 |
| 113 | Default<br>Optional<br>**Notes:** Outlook for Android and iOS: Play Store integration (Android only) | No | `play.google.com` | | TCP: 443 |
| 114 | Default<br>Optional<br>**Notes:** Office Mobile URLs | No | `*.appex.bing.com, *.appex-rf.msn.com, *.itunes.apple.com, c.bing.com, c.live.com, c12.apple.com, d.docs.live.net, directory.services.live.com, docs.live.net, en-us.appex-rf.msn.com, foodanddrink.services.appex.bing.com, office.microsoft.com, partnerservices.getmicrosoftkey.com, sas.office.microsoft.com, signup.live.com, view.atdmt.com, watson.telemetry.microsoft.com, weather.tile.appex.bing.com` | | TCP: 443, 80 |
| 115 | Default<br>Optional<br>**Notes:** Outlook for Android and iOS: Meetup integration | No | `api.meetup.com, secure.meetup.com` | | TCP: 443 |
| 116 | Default<br>Optional<br>**Notes:** Office for iPad URLs | No | `account.live.com, auth.gfx.ms, c.bing.com, c.live.com, c12.apple.com, directory.services.live.com, docs.live.net, en-us.appex-rf.msn.com, foodanddrink.services.appex.bing.com, go.microsoft.com, login.live.com, office.microsoft.com, p100-sandbox.itunes.apple.com, partnerservices.getmicrosoftkey.com, roaming.officeapps.live.com, sas.office.microsoft.com, signup.live.com, view.atdmt.com, watson.telemetry.microsoft.com, weather.tile.appex.bing.com` | | TCP: 443, 80 |
| 117 | Default<br>Optional<br>**Notes:** Yammer | No | `*.yammer.com, *.yammerusercontent.com` | | TCP: 443 |
| 118 | Default<br>Optional<br>**Notes:** Yammer CDN | No | `*.assets-yammer.com` | | TCP: 443 |
| 120 | Default<br>Optional<br>**Notes:** Planner CDNs | No | `ajax.aspnetcdn.com` | | TCP: 443 |
| 121 | Default<br>Optional<br>**Notes:** Planner: auxiliary URLs | No | `www.outlook.com` | | TCP: 443, 80 |
| 122 | Default<br>Optional<br>**Notes:** Sway CDNs | No | `eus-www.sway-cdn.com, eus-www.sway-extensions.com, wus-www.sway-cdn.com, wus-www.sway-extensions.com` | | TCP: 443 |
| 123 | Default<br>Optional<br>**Notes:** Sway website analytics | No | `www.google-analytics.com` | | TCP: 443 |
| 124 | Default<br>Optional<br>**Notes:** Sway | No | `sway.com, www.sway.com` | | TCP: 443 |
| 125 | Default<br>Required | No | `*.entrust.net, *.geotrust.com, *.omniroot.com, *.public-trust.com, *.symcb.com, *.symcd.com, *.verisign.com, *.verisign.net, apps.identrust.com, cacerts.digicert.com, cert.int-x3.letsencrypt.org, crl.globalsign.com, crl.globalsign.net, crl.identrust.com, crl.microsoft.com, crl3.digicert.com, crl4.digicert.com, isrg.trustid.ocsp.identrust.com, mscrl.microsoft.com, ocsp.digicert.com, ocsp.globalsign.com, ocsp.msocsp.com, ocsp2.globalsign.com, ocspx.digicert.com, secure.globalsign.com, www.digicert.com, www.microsoft.com` | | TCP: 443, 80 |
| 126 | Default<br>Optional<br>**Notes:** Connection | No | `officespeech.platform.bing.com` | | TCP: 443 |

---

Document title: Office 365 URLs and IP address ranges - Microsoft 365 Enterprise | Microsoft Docs
Capture URL: https://docs.microsoft.com/en-us/microsoft-365/enterprise/urls-and-ip-address-ranges?view=o365-worldwide
Capture timestamp (UTC): Mon, 26 Apr 2021 09:33:20 GMT

Page 7 of 9

| | | | | |
|---|---|---|---|---|
| | | | cr1.microsoft.com, cr13.digicert.com, cr14.digicert.com, isrg.trustid.ocsp.identrust.com, mscrl.microsoft.com, ocsp.digicert.com, ocsp.globalsign.com, ocsp.msocsp.com, ocsp2.globalsign.com, oneocsp.microsoft.com, secure.globalsign.com, www.digicert.com, www.microsoft.com | |
| 126 | Default Optional **Notes:** Connection to the speech service is required for Office Dictation features. If connectivity is not allowed, Dictation will be disabled. | No | officespeech.platform.bing.com | TCP: 443 |
| 128 | Default Required | No | *.config.office.net, *.manage.microsoft.com | TCP: 443 |
| 147 | Default Required | No | *.office.com | TCP: 443, 80 |
| 148 | Default Required | No | cdnprod.myanalytics.microsoft.com, myanalytics.microsoft.com, myanalytics-gcc.microsoft.com | TCP: 443, 80 |
| 149 | Default Required | No | workplaceanalytics.cdn.office.net, workplaceanalytics.office.com | TCP: 443, 80 |
| 150 | Default Optional **Notes:** Blocking these endpoints will affect the ability to access the Office 365 ProPlus deployment and management features via the portal. | No | *.officeconfig.msocdn.com | TCP: 443 |
| 152 | Default Optional **Notes:** These endpoints enables the Office Scripts functionality in Office clients available through the Automate tab. This feature can also be disabled through the Office 365 Admin portal. | No | *.microsoftusercontent.com | TCP: 443 |
| 153 | Default Required | No | *.azure-apim.net, *.flow.microsoft.com, *.powerapps.com | TCP: 443 |
| 156 | Default Required | No | activity.windows.com | TCP: 443 |
| 157 | Default Required | No | ocsp.int-x3.letsencrypt.org | TCP: 80 |

> **Note**
> For recommendations on Yammer IP addresses and URLs, see Using hard-coded IP addresses for Yammer is not recommended on the Yammer blog.

## Related Topics

Additional endpoints not included in the Office 365 IP Address and URL Web service

Managing Office 365 endpoints

General Microsoft Stream endpoints

Monitor Microsoft 365 connectivity

Root CA and the Intermediate CA bundle on the third-party application system

Client connectivity

Content delivery networks

Microsoft Azure IP Ranges and Service Tags – Public Cloud

Microsoft Azure IP Ranges and Service Tags – US Government Cloud

Microsoft Azure IP Ranges and Service Tags – Germany Cloud

Microsoft Azure IP Ranges and Service Tags – China Cloud

Microsoft Public IP Space

Service Name and Transport Protocol Port Number Registry

## Feedback

