# EXHIBIT 79

| | |
|---|---|
| From: | Nitin Kumar Goel </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICROSOFT.ONMICROSOFT.COM-55760-NITIN KUMAR GOEL> |
| To: | Rotem Salinas; Amar Patel (C AND E) |
| CC: | Timothy Davies; Abhijeet Hatekar (MSTIC) |
| Sent: | 8/4/2017 8:24:08 PM |
| Subject: | RE: [Customer Engagement Opty] FW: Microsoft ATP and EOP On-going Issues |

Thanks, that's a good start. Now let's expand on this and try to get some more detailed insights that we can use to make the conversation with them even more productive.

Some example questions to try and answer:

- What is the message volume of those PDF and HTML misses? Is the volume fairly evenly spread across lots of little misses or are there one or two particularly big misses that went to a lot of different recipients in their org? Can you get screenshots of them and test whether we'd catch them now? (To be able to tell them more concretely the makeup of the PDF and HTML based phish misses and, ideally, to be able to show them that we're making progress on tackling this problem space)

- What is the percentage mail volume containing malware that got past AV and was blocked by ATP? Are there any particularly nasty examples in there? (To be able to showcase that ATP is adding value)

- You said SafeLinks is blocking their own domain. Were most of these at time of delivery or time of click? Let's follow-up with the SafeLinks team to see if we can get more details. (If legitimate then that's an interesting insight to tell them, if illegitimate then it'd be good for EOP to know which TI provider is causing these kinds of FPs?)

- What were the SafeLinks URL FNs? How many of them were clicked? How many of them were sent to multiple tenants? (So we can tell what proportion of them we're on a path to possibly be able to detect at time of click and time of delivery)

- They also complained about their Premier Support experience. What were the specific complaints, what about the way they were handled made them angry, and how could we have responded better?

Also is this all the bad stuff since they started using ATP or just the last N days? If only recent, then does the picture change significantly when you zoom out to a longer timeframe?

Ultimately it'd be great to be able to show them a chart similar to our reporting charts, but just for them and including body url based phish and AV catch and be able to
    (a) explain the makeup of our misses and tell them what proportion of the problem we believe we will tackle over the next few months (ie. so they get some confidence that we understand our own gaps in detail and have a plan for addressing them; just bear with us) and
    (b) showcase some of the interesting things we are protecting them against already (to make them feel like there is some concrete value they're deriving from ATP while they wait for us to catch up on phishing)

What time are you guys going to be around till today? (I have a meeting in Lincoln Square in the afternoon but will likely be back here around 4pm)

Thanks,
Nitin.

From: Rotem Salinas
Sent: Friday, August 4, 2017 11:03 AM
To: Nitin Kumar Goel <Nitin.Goel@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>

**Cc:** Timothy Davies <Timothy.Davies@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>
**Subject:** RE: [Customer Engagement Opty] FW: Microsoft ATP and EOP On-going Issues

Hi,

We worked on finding both Positives (FPs and TPs since we cannot distinct between them) and FNs for the tenant.

This is what we came up with by querying Kusto (Some of the samples had more than 1 submission).

Also Timothy found that SafeLinks is blocking a lot of their own domains (see the attached .xls).

False Negatives:
    FFD00BC82AA2B5D0102383D049C0D58EC8243FDE22C7EC0C3F657A5806551075, PDF_LINK,
    2BAA6B4DAEDFC03C6AC76E4556F2A902F49D2F42D3BF13D9D10B0C3E9BBD99F9, PDF_Phish, Yahoo Images one
    566AA38C9330F3AB9E9A859FF701DAAFFB0FAD2C249C2E9B5370DE7941487416, PDF_LINK
    D4995EE693E8D49C878241518B33BE50E2C13109F0C91BBF34132A6C736B6982, HTML_Phish

True Positives:
    F698F13035AB62352CD3591ED2499C8DC0C17CCB5778D89416EA2CEC9F77132C - Malicious JS Zipped
    E5EBF98EEBBBDD37211195C69820E7C44F4EC15EBEF4E7616AB3C91B927F11C9 - Malicious JS Zipped
    D7E7C7ED5765DF00562BA9D61721402EEFFF2DA4CED39BCCFF07D154AFA65A76 - Doc File (8/58 VT)
    CBDFB1BBA3B1BEB0AE3EE908D2D835D24AD779F43480B9F17DE7B07FBD9303D1 - Malicious JS Zipped
    C73411F8230D5FD97E8717C21B5DAC652422B4EA5C014B4460D30E7B004C3ED4 - CVE-2017-0199
    A7F471CF106F6DFE29E032735E05BC2070ADD3985433AD4B26F0E4E1622071A5 - Malicious JS Zipped
    9F9C37218E64E014A4C325A07BC830166CF356D22AC6B34D5FAE6021B9AE7C24 - Malicious JS Zipped
    978CC4CA9B273FC92E616AEED2654CA5CEECE3650FFE26186BC724F204428715 - EXE (22/60 VT)
    946D30B3D8DD9442D3FE6DF6087BFEFF74D5E4DBAFC825B3FAE8B637BFECE75A - Malicious JS Zipped
    73AAA12C7B8383D0285A4CF7DDD52193597A8EA4913DCB3286F63EDEAE3817F0 - Malicious JS Zipped
    4E1EE4497887C7D35D1CD44A6D3BB3146BBF3DAD40A57AE86F3D39BDD9EE800C - Malicious JS Zipped
    2E8562DE9C6A38CFBCC68B89321F6B500F4EAE56978D184BA9D28143AB87BD1B - Malicious JAR Zipped
    2E17677592F28EAB934A83B11245AA4C9EDFCFD176B6954811172DFA19D0B5D6 - Rar Archive which Contains PE (25/65 VT)
    1FD1A1FEFA6426980F86B9C79816FBDD7BEE5287A528B4271109E9F0DE377CF2 - Rar Archive which Contains PE (49/65 VT)

Unknown - Potentially FPs Or TPs:
    F061E23D0183356436813698479C68EF7C1C33AE1C991C50F77B24B45AB8440F - Not found SonarPGS/VT/Fetch
    C767E4B182AF112510EEECDD5A37F6821DDD2D11FE50CFF28A1519BAE5B4EEE7 - Not found SonarPGS/VT/Fetch
    9DB19E33E882C285CD1A6651525CC4E8644B252298E654CA1FD3806C363AC75C - Not found SonarPGS/VT/Fetch
    8885C89CFEFC6D7811A0B69396DDAC1439A5DAEB3C2C5D20D1E47ED0DEA43987 - Not found SonarPGS/VT/Fetch

```
        4DC5C7D3F3E53E360A3E7CE86640E96AD59E8CAF11A6643926/412B5BE06013F - Not found
SonarPGS/VT/Fetch
        14CCBCD2F2535DDC3CDE78C09B4F846194ED2A7C31B9D8AC4A7DE22220B95D0D - Not found
SonarPGS/VT/Fetch
        063EF5342F50BB0D66806F49841B203DF074A692DE94A3F66FE3A8ACA6AC1F64 - Not found
SonarPGS/VT/Fetch
```

We hope this helps, let us know if there are any further questions or info you need our help with J

Best Regards,
Rotem Salinas


**From:** Nitin Kumar Goel
**Sent:** 03 August 2017 15:35
**To:** Timothy Davies <Timothy.Davies@microsoft.com>; Rotem Salinas <Rotem.Salinas@microsoft.com>
**Subject:** FW: [Customer Engagement Opty] FW: Microsoft ATP and EOP On-going Issues

https://o365exchange.visualstudio.com/DefaultCollection/IP%20Engineering/_workitems?id=221627&_a=edit
Example customer escalation

https://cosmos14.osdinfra.net/cosmos/office.adhoc/shares/ffo.antispam/AntiSpam/AntiSpamData/CustomData/SafeLinks/2017/01/01/Url/SafeLinksUrlLevelLog.ss?property=info
SafeLInks url data in Cosmos. Also some of it in Kusto SafeLInksClick and SafeLInksUrl tables.

https://lynx.office.net/
To lookup tenants


```
EopSafeAttachment | where MessageEndTime > ago(30d) and TenantId == 'f6f442be-a6a0-4cbe-
bc32-1f76a10f316b' | sample 1000

GetEopBadAnnotated(ago(30d), now()) | where TenantId == 'f6f442be-a6a0-4cbe-bc32-1f76a10f316b'
```


**From:** Amar Patel (C AND E)
**Sent:** Thursday, August 3, 2017 3:15 PM
**To:** Nitin Kumar Goel <Nitin.Goel@microsoft.com>; Ross Adams <Ross.Adams@microsoft.com>; Gary Danoys <Gary.Danoys@microsoft.com>; Yuri Golbrayh <yurgolb@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>
**Cc:** Jason Rogers <jarogers@microsoft.com>; Cristian Craioveanu <Cristian.Craioveanu@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>
**Subject:** RE: [Customer Engagement Opty] FW: Microsoft ATP and EOP On-going Issues

Abhi,

Here's the ID: atlantichealthorg.onmicrosoft.com

See what you can learn..

**From:** Amar Patel (C AND E)
**Sent:** Thursday, August 3, 2017 2:36 PM
**To:** Nitin Kumar Goel <Nitin.Goel@microsoft.com>; Ross Adams <Ross.Adams@microsoft.com>; Gary Danoys <Gary.Danoys@microsoft.com>; Yuri Golbrayh <yurgolb@microsoft.com>
**Cc:** Jason Rogers <jarogers@microsoft.com>; Cristian Craioveanu <Cristian.Craioveanu@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>
**Subject:** [Customer Engagement Opty] FW: Microsoft ATP and EOP On-going Issues

CONFIDENTIAL
MSFT_TOC00004235

Nitin,

Atlantic Healthcare Systems has a perception that they're getting slaughtered by Phishing. They migrated off Mimecast to us. Jason/Ross checked their config but they couldn't find anything odd. Can we run an analysis on this tenant to get a clear picture of their situation in regards to malware and Phishing experience? There's a lot of emotion and it's difficult to get a bead on how bad their situation is. See below.

Gary, Yuri,

The customer has asked for onsite help. I'm not sure what more can be done onsite. See below from Vamsee – FYI for visibility. If you have ideas on how we could make onsite productive, open to suggestions. We have engineering work in the pipeline already to improve phishing – it's our top priority.

Thoughts?

Thank you,
Amar

**From:** Vamsee Sistla
**Sent:** Thursday, August 3, 2017 1:37 PM
**To:** Jason Rogers <jarogers@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>
**Cc:** Manny Gonzalez <Manny.Gonzalez@microsoft.com>; Jim Conmy <James.Conmy@microsoft.com>; Ingrid Gonzalez <Ingrid.Gonzalez@microsoft.com>
**Subject:** FW: Microsoft ATP and EOP On-going Issues

Jason and Amar,

Thank you for joining the call yesterday.

As you see below, the spam/phishing emails are still coming through at AHS. This one especially is really bad as it claimed to be from the CEO to all the staff. I'm very concerned about our reputation as a serious security vendor. The perception at AHS especially of their CISO (Larry) is that we are not mature enough. We can't improve our EOP and ATP services to AHS, I'm afraid we will lose all 22,000 seats (including 9000 additional users they are meant to add this month). It also puts our ability to sell E5 security components this fiscal year at major risk.

Vamsee

*Vamsee Sistla*
*Account Executive*
*US National Healthcare Organization*
Mobile: (917) 371-6361
vsistla@microsoft.com



**From:** Pierce, Larry [mailto:Larry.Pierce@atlantichealth.org]
**Sent:** Thursday, August 3, 2017 4:19 PM
**To:** Baka, Christopher <Christopher.Baka@atlantichealth.org>
**Cc:** Manny Gonzalez <Manny.Gonzalez@microsoft.com>; Boehm, Stephen <Stephen.Boehm@atlantichealth.org>; Zinno, Pat <Pat.Zinno@atlantichealth.org>; Peter Graziano <peter.graziano@atlantichealth.org>; William Grund <William.Grund@atlantichealth.org>; McKenna Jr, Frank {ISS} <Frank.McKenna@atlantichealth.org>; Vamsee Sistla <vsistla@microsoft.com>; Arjun Dabir <Arjun.Dabir@microsoft.com>; Collins, William <William.Collins@atlantichealth.org>; Colindres, Jose <Jose.Colindres@atlantichealth.org>
**Subject:** Re: Microsoft ATP and EOP On-going Issues

From someone claiming to be the CEO. Did not go over well.

Larry G. Pierce, CISM, CRISC, GSLC, IML3
Manager, Information Security
Atlantic Health System

(Sent from a mobile device. Please excuse typo's and auto correct issues.)

On Aug 3, 2017, at 4:14 PM, Baka, Christopher <Christopher.Baka@atlantichealth.org> wrote:

This one made it to 522 mailboxes before I blocked it. See attached.

Thank you.

**From:** Pierce, Larry
**Sent:** Wednesday, August 02, 2017 1:00 PM
**To:** Manny Gonzalez <Manny.Gonzalez@microsoft.com>; Baka, Christopher <Christopher.Baka@atlantichealth.org>; Boehm, Stephen <Stephen.Boehm@atlantichealth.org>; Zinno, Pat <Pat.Zinno@atlantichealth.org>; Graziano, Peter <Peter.Graziano@atlantichealth.org>; Grund, William <William.Grund@atlantichealth.org>
**Cc:** McKenna Jr, Frank {ISS} <Frank.McKenna@atlantichealth.org>; Vamsee Sistla <vsistla@microsoft.com>; Arjun Dabir <Arjun.Dabir@microsoft.com>; Collins, William <William.Collins@atlantichealth.org>; Colindres, Jose <Jose.Colindres@atlantichealth.org>
**Subject:** RE: Microsoft ATP and EOP On-going Issues

While we are on the call (just now) the attached email came through.

*Larry G. Pierce, CISM, CRISC, GSLC, IML3*
Information Services & Support
Manager, Information Security
Atlantic Health System | Corporate | Box#910
Office 973.490.3316 | Fax 973.898.3922
Larry.Pierce@atlantichealth.org
atlantichealth.org



Click Badges Below to Validate Certifications

  

**From:** Manny Gonzalez [mailto:Manny.Gonzalez@microsoft.com]
**Sent:** Tuesday, August 01, 2017 7:33 PM
**To:** Baka, Christopher <Christopher.Baka@atlantichealth.org>; Pierce, Larry <Larry.Pierce@atlantichealth.org>; Boehm, Stephen <Stephen.Boehm@atlantichealth.org>; Zinno, Pat <Pat.Zinno@atlantichealth.org>; Graziano, Peter <Peter.Graziano@atlantichealth.org>; Grund, William <William.Grund@atlantichealth.org>
**Cc:** McKenna Jr, Frank {ISS} <Frank.McKenna@atlantichealth.org>; Vamsee Sistla <vsistla@microsoft.com>; Arjun Dabir <Arjun.Dabir@microsoft.com>; Collins, William <William.Collins@atlantichealth.org>; Colindres, Jose

&lt;Jose.Colindres@atlantichealth.org&gt;
**Subject:** RE: Microsoft ATP and EOP On-going Issues

Chris

Please use this workaround until the product group can fix this issue on the service:

> http://www.eteamz.com
> http://forum.mmajunkie.com/forum

REMOVE the trailing "/" character. Please report success/fail ASAP. Thank you.

**Regards,**
Manny Gonzalez | Account Technology Strategist | Healthcare | Microsoft Corporation |
magonza@microsoft.com | 📱646.996.1466 | 📠 646.225.4494



UPCOMING TIME OFF


**From:** Baka, Christopher [mailto:Christopher.Baka@atlantichealth.org]
**Sent:** Monday, July 31, 2017 4:53 PM
**To:** Manny Gonzalez &lt;Manny.Gonzalez@microsoft.com&gt;; Pierce, Larry &lt;Larry.Pierce@atlantichealth.org&gt;; Boehm, Stephen &lt;Stephen.Boehm@atlantichealth.org&gt;; Zinno, Pat &lt;Pat.Zinno@atlantichealth.org&gt;; Peter Graziano &lt;peter.graziano@atlantichealth.org&gt;; William Grund &lt;William.Grund@atlantichealth.org&gt;
**Cc:** McKenna Jr, Frank {ISS} &lt;Frank.McKenna@atlantichealth.org&gt;; Vamsee Sistla &lt;vsistla@microsoft.com&gt;; Arjun Dabir &lt;Arjun.Dabir@microsoft.com&gt;; Collins, William &lt;William.Collins@atlantichealth.org&gt;; Colindres, Jose &lt;Jose.Colindres@atlantichealth.org&gt;
**Subject:** RE: Microsoft ATP and EOP On-going Issues

Manny,

I have blocked the following URLs last week but they still aren't being blocked.

http://www.eteamz.com/
http://forum.mmajunkie.com/forum/

### Settings that apply to content across Office 365
When users click a blocked URL, they'll be redirected to a web page that explains why it's blocked.

Block the following URLs:



[Enter a valid URL] 

http://www.eteamz.com/

http://forum.mmajunkie.com/forum/


CONFIDENTIAL

Thanks.


**From:** Manny Gonzalez [mailto:Manny.Gonzalez@microsoft.com]
**Sent:** Monday, July 31, 2017 4:43 PM
**To:** Baka, Christopher <Christopher.Baka@atlantichealth.org>; Pierce, Larry <Larry.Pierce@atlantichealth.org>; Boehm, Stephen <Stephen.Boehm@atlantichealth.org>; Zinno, Pat <Pat.Zinno@atlantichealth.org>; Graziano, Peter <Peter.Graziano@atlantichealth.org>; Grund, William <William.Grund@atlantichealth.org>
**Cc:** McKenna Jr, Frank {ISS} <Frank.McKenna@atlantichealth.org>; Vamsee Sistla <vsistla@microsoft.com>; Arjun Dabir <Arjun.Dabir@microsoft.com>; Collins, William <William.Collins@atlantichealth.org>; Colindres, Jose <Jose.Colindres@atlantichealth.org>
**Subject:** RE: Microsoft ATP and EOP On-going Issues

Chris,

Can you send me this URL or whatever URLs you submitted that took 24 hours to activate? I have the PG looking into your specific tenant to find out when you actually submitted, when it was activated (or supposed to) and the end result and when it actually kicked in.

Thank you sir



**Regards,**
**Manny Gonzalez | Account Technology Strategist | Healthcare | Microsoft Corporation |**
magonza@microsoft.com | 646.996.1466 | 646.225.4494


**From:** Baka, Christopher [mailto:Christopher.Baka@atlantichealth.org]
**Sent:** Thursday, July 27, 2017 3:49 PM
**To:** Manny Gonzalez <Manny.Gonzalez@microsoft.com>; Pierce, Larry <Larry.Pierce@atlantichealth.org>; Boehm, Stephen <Stephen.Boehm@atlantichealth.org>; Zinno, Pat <Pat.Zinno@atlantichealth.org>; Peter Graziano <peter.graziano@atlantichealth.org>; William Grund <William.Grund@atlantichealth.org>
**Cc:** McKenna Jr, Frank {ISS} <Frank.McKenna@atlantichealth.org>; Vamsee Sistla <vsistla@microsoft.com>; Arjun Dabir <Arjun.Dabir@microsoft.com>; Collins, William <William.Collins@atlantichealth.org>; Colindres, Jose <Jose.Colindres@atlantichealth.org>
**Subject:** RE: Microsoft ATP and EOP On-going Issues

Hi Manny,

I added a link to "Blocked URLs" in the portal at 8am this morning. I just sent myself an email containing that link and it is still not blocked. I believe this takes 24 hours or so to take effect which won't help us.

Thank you.



**From:** Manny Gonzalez [mailto:Manny.Gonzalez@microsoft.com]
**Sent:** Thursday, July 27, 2017 3:27 PM
**To:** Baka, Christopher <Christopher.Baka@atlantichealth.org>; Pierce, Larry <Larry.Pierce@atlantichealth.org>; Boehm, Stephen <Stephen.Boehm@atlantichealth.org>; Zinno, Pat <Pat.Zinno@atlantichealth.org>; Graziano, Peter <Peter.Graziano@atlantichealth.org>; Grund, William <William.Grund@atlantichealth.org>
**Cc:** McKenna Jr, Frank {ISS} <Frank.McKenna@atlantichealth.org>; Vamsee Sistla <vsistla@microsoft.com>;

Arjun Dabir <Arjun.Dabir@microsoft.com>; Collins, William <William.Collins@atlantichealth.org>; Colindres, Jose <Jose.Colindres@atlantichealth.org>
**Subject:** RE: Microsoft ATP and EOP On-going Issues

Thanks Chris, Larry,

So, did you receive my message from yesterday with the recommendations from the PG?

--EOP Tuning to a more aggressive setting
--Ability to add URLs from your admin portal to the ATP service

Finally, I haven't heard if you got confirmation to add the key words or phrases as you asked Chris Covino.

Thank you.

Regards,
**Manny Gonzalez | Account Technology Strategist | Healthcare | Microsoft Corporation |**
magonza@microsoft.com | 646.996.1466 | 646.225.4494

**From:** Baka, Christopher [mailto:Christopher.Baka@atlantichealth.org]
**Sent:** Thursday, July 27, 2017 2:52 PM
**To:** Pierce, Larry <Larry.Pierce@atlantichealth.org>; Manny Gonzalez <Manny.Gonzalez@microsoft.com>; Boehm, Stephen <Stephen.Boehm@atlantichealth.org>; Zinno, Pat <Pat.Zinno@atlantichealth.org>; Peter Graziano <peter.graziano@atlantichealth.org>; William Grund <William.Grund@atlantichealth.org>
**Cc:** McKenna Jr, Frank {ISS} <Frank.McKenna@atlantichealth.org>; Vamsee Sistla <vsistla@microsoft.com>; Arjun Dabir <Arjun.Dabir@microsoft.com>; Collins, William <William.Collins@atlantichealth.org>; Colindres, Jose <Jose.Colindres@atlantichealth.org>
**Subject:** RE: Microsoft ATP and EOP On-going Issues

BlueCoat has blocked the link but Microsoft ATP has not.

I have blocked the sender's domain and removed the email from Brian's mailbox. I am now forwarding the email to Microsoft to review.

Thank you.


**From:** Pierce, Larry
**Sent:** Thursday, July 27, 2017 2:38 PM
**To:** Manny Gonzalez <Manny.Gonzalez@microsoft.com>; Baka, Christopher <Christopher.Baka@atlantichealth.org>; Boehm, Stephen <Stephen.Boehm@atlantichealth.org>; Zinno, Pat <Pat.Zinno@atlantichealth.org>; Graziano, Peter <Peter.Graziano@atlantichealth.org>; Grund, William <William.Grund@atlantichealth.org>
**Cc:** McKenna Jr, Frank {ISS} <Frank.McKenna@atlantichealth.org>; Vamsee Sistla <vsistla@microsoft.com>; Arjun Dabir <Arjun.Dabir@microsoft.com>; Collins, William <William.Collins@atlantichealth.org>; Colindres, Jose <Jose.Colindres@atlantichealth.org>
**Subject:** RE: Microsoft ATP and EOP On-going Issues

Another (attached) that made it to the CEO's office.

*Larry G. Pierce, CISM, CRISC, GSLC, IML3*
Information Services & Support
Manager, Information Security
Atlantic Health System | Corporate | Box#910
Office 973.490.3316 | Fax 973.898.3922

Larry.Pierce@atlantichealth.org
atlantichealth.org



**Atlantic Health System**

Click Badges Below to Validate Certifications



**From:** Manny Gonzalez [mailto:Manny.Gonzalez@microsoft.com]
**Sent:** Wednesday, July 26, 2017 10:06 AM
**To:** Baka, Christopher <Christopher.Baka@atlantichealth.org>; Boehm, Stephen <Stephen.Boehm@atlantichealth.org>; Zinno, Pat <Pat.Zinno@atlantichealth.org>; Graziano, Peter <Peter.Graziano@atlantichealth.org>; Pierce, Larry <Larry.Pierce@atlantichealth.org>; Grund, William <William.Grund@atlantichealth.org>
**Cc:** McKenna Jr, Frank {ISS} <Frank.McKenna@atlantichealth.org>; Vamsee Sistla <vsistla@microsoft.com>; Arjun Dabir <Arjun.Dabir@microsoft.com>; Collins, William <William.Collins@atlantichealth.org>; Colindres, Jose <Jose.Colindres@atlantichealth.org>
**Subject:** RE: Microsoft ATP and EOP On-going Issues

Thank you Chris,

I will escalate this internally. The more you submit to the open ticket with our support team, the better. This needs the proper attention from the PG.

Regards,
**Manny Gonzalez | Account Technology Strategist | Healthcare | Microsoft Corporation |**
magonza@microsoft.com | 646.996.1466 | 646.225.4494



UPCOMING TIME OFF


**From:** Baka, Christopher [mailto:Christopher.Baka@atlantichealth.org]
**Sent:** Wednesday, July 26, 2017 10:03 AM
**To:** Boehm, Stephen <Stephen.Boehm@atlantichealth.org>; Zinno, Pat <Pat.Zinno@atlantichealth.org>; Peter Graziano <peter.graziano@atlantichealth.org>; Manny Gonzalez <Manny.Gonzalez@microsoft.com>; Pierce, Larry <Larry.Pierce@atlantichealth.org>; William Grund <William.Grund@atlantichealth.org>
**Cc:** McKenna Jr, Frank {ISS} <Frank.McKenna@atlantichealth.org>; Vamsee Sistla <vsistla@microsoft.com>; Arjun Dabir <Arjun.Dabir@microsoft.com>; Collins, William <William.Collins@atlantichealth.org>; Colindres, Jose <Jose.Colindres@atlantichealth.org>
**Subject:** RE: Microsoft ATP and EOP On-going Issues

Sorry, I was out of the office yesterday. I worked with Microsoft Support on Monday and verified that our ATP configuration is correct. I sent the MS Engineer a few phishing emails that we received within the past week and Microsoft confirmed that they were malicious and needed to review them to see why they were not blocked. MS Support sent me an email later that day telling me they have blocked the links within those emails and wanted to know how I want to proceed with the case. It doesn't seem like anything else was done.

I see that many people emailed Larry yesterday regarding additional phishing emails that made it through. His team had to block the links within their BlueCoat web proxy since the links were not blocked by ATP. The problem with

this is that if people open these links on their mobile devices or personal laptops they will not be blocked. I also checked our ticketing system and see that many tickets were opened yesterday regarding suspicious emails so this is still an issue.

Thank you.


**From:** Boehm, Stephen
**Sent:** Wednesday, July 26, 2017 8:39 AM
**To:** Zinno, Pat <Pat.Zinno@atlantichealth.org>; Graziano, Peter <Peter.Graziano@atlantichealth.org>; Manny Gonzalez <Manny.Gonzalez@microsoft.com>; Pierce, Larry <Larry.Pierce@atlantichealth.org>; Baka, Christopher <Christopher.Baka@atlantichealth.org>; Grund, William <William.Grund@atlantichealth.org>
**Cc:** McKenna Jr, Frank {ISS} <Frank.McKenna@atlantichealth.org>; Vamsee Sistla <vsistla@microsoft.com>; Arjun Dabir <Arjun.Dabir@microsoft.com>; Collins, William <William.Collins@atlantichealth.org>; Colindres, Jose <Jose.Colindres@atlantichealth.org>
**Subject:** RE: Microsoft ATP and EOP On-going Issues

Please make sure we are including the engineers working on the issue in these threads so they can respond appropriately.

Thanks



Stephen Boehm
Information Services & Support
Infrastructure Operations Manager
Atlantic Health System | Corporate
Office: 973-490-3395 | Cell: 908-346-1932
Email: Stephen.Boehm@atlantichealth.org

How am I doing? Please feel free to contact my director, Pat Zinno with any comments: Pat.zinno@atlantichealth.org

|  | [Current Month] | [Future Month] |
|---|---|---|
| Planned Time Off | 9, 12, 13 |  |
| Holiday | 25 |  |
| Training/Conference |  |  |


**From:** Zinno, Pat
**Sent:** Wednesday, July 26, 2017 6:54 AM
**To:** Graziano, Peter <Peter.Graziano@atlantichealth.org>; Manny Gonzalez <Manny.Gonzalez@microsoft.com>; Pierce, Larry <Larry.Pierce@atlantichealth.org>; Boehm, Stephen <Stephen.Boehm@atlantichealth.org>
**Cc:** McKenna Jr, Frank {ISS} <Frank.McKenna@atlantichealth.org>; Vamsee Sistla <vsistla@microsoft.com>; Arjun Dabir <Arjun.Dabir@microsoft.com>; Collins, William <William.Collins@atlantichealth.org>; Colindres, Jose <Jose.Colindres@atlantichealth.org>
**Subject:** RE: Microsoft ATP and EOP On-going Issues

HI all adding Steve to this thread as Chris reports to Steve.



Pat Zinno
Information Services & Support
Director, Infrastructure
Atlantic Health System | Corporate
Office: 973-490-3306
Email: Pat.Zinno@AtlanticHealth.org

**From:** Graziano, Peter
**Sent:** Wednesday, July 26, 2017 6:44 AM
**To:** Manny Gonzalez <Manny.Gonzalez@microsoft.com>; Pierce, Larry <Larry.Pierce@atlantichealth.org>
**Cc:** McKenna Jr, Frank {ISS} <Frank.McKenna@atlantichealth.org>; Zinno, Pat <Pat.Zinno@atlantichealth.org>; Vamsee Sistla <vsistla@microsoft.com>; Arjun Dabir <Arjun.Dabir@microsoft.com>; Collins, William <William.Collins@atlantichealth.org>; Colindres, Jose <Jose.Colindres@atlantichealth.org>
**Subject:** RE: Microsoft ATP and EOP On-going Issues

He's back in the office today.

Best regards,
    Pete
Pete Graziano, PMP
973-490-3365 work
973-874-0044 Home office


**From:** Manny Gonzalez [mailto:Manny.Gonzalez@microsoft.com]
**Sent:** Tuesday, July 25, 2017 8:24 PM
**To:** Pierce, Larry <Larry.Pierce@atlantichealth.org>
**Cc:** McKenna Jr, Frank {ISS} <Frank.McKenna@atlantichealth.org>; Zinno, Pat <Pat.Zinno@atlantichealth.org>; Vamsee Sistla <vsistla@microsoft.com>; Arjun Dabir <Arjun.Dabir@microsoft.com>; Graziano, Peter <Peter.Graziano@atlantichealth.org>; Collins, William <William.Collins@atlantichealth.org>; Colindres, Jose <Jose.Colindres@atlantichealth.org>
**Subject:** RE: Microsoft ATP and EOP On-going Issues

Larry,

That is likely to be the case, I did not receive them. Since Chris Baka seems to be OOO and we all agreed he would be the primary contact, is there someone we can continue to engage with from the AHS team on this case?

I want to make sure our engineers are addressing all incidents properly and immediately until we get to a more comfortable position re: the functionality of the service.

Thank you sir!

Regards,
Manny Gonzalez | Account Technology Strategist | Healthcare | Microsoft Corporation |
magonza@microsoft.com | 646.996.1466 | 646.225.4494

Microsoft

UPCOMING TIME OFF


**From:** Pierce, Larry [mailto:Larry.Pierce@atlantichealth.org]
**Sent:** Tuesday, July 25, 2017 7:23 PM
**To:** Manny Gonzalez <Manny.Gonzalez@microsoft.com>
**Cc:** McKenna Jr, Frank {ISS} <Frank.McKenna@atlantichealth.org>; Zinno, Pat <Pat.Zinno@atlantichealth.org>; Vamsee Sistla <vsistla@microsoft.com>; Arjun Dabir <Arjun.Dabir@microsoft.com>; Peter Graziano <peter.graziano@atlantichealth.org>; Collins, William <William.Collins@atlantichealth.org>; Colindres, Jose <Jose.Colindres@atlantichealth.org>
**Subject:** Re: Microsoft ATP and EOP On-going Issues

Just sent both again. Maybe they are being blocked on your side just not for us?

CONFIDENTIAL MSFT_TOC00004243

Larry G. Pierce, CISM, CRISC, GSLC, IML3
Manager, Information Security
Atlantic Health System

(Sent from a mobile device. Please excuse typo's and auto correct issues.)

On Jul 25, 2017, at 4:57 PM, Manny Gonzalez <Manny.Gonzalez@microsoft.com> wrote:

Apologies Larry, none in my Inbox or Deleted Files folder. Would you kindly re-send under separate cover? Thank you sir!

Regards,
**Manny Gonzalez | Account Technology Strategist | Healthcare | Microsoft Corporation |**
magonza@microsoft.com | **646.996.1466** | 646.225.4494
<image001.jpg>  <image002.png>  <image003.png>  <image004.png>  <image005.jpg>  <image006.jpg>

UPCOMING TIME OFF


**From:** Pierce, Larry [mailto:Larry.Pierce@atlantichealth.org]
**Sent:** Tuesday, July 25, 2017 4:51 PM
**To:** Manny Gonzalez <Manny.Gonzalez@microsoft.com>
**Cc:** McKenna Jr, Frank {ISS} <Frank.McKenna@atlantichealth.org>; Zinno, Pat <Pat.Zinno@atlantichealth.org>; Vamsee Sistla <vsistla@microsoft.com>; Arjun Dabir <Arjun.Dabir@microsoft.com>; Peter Graziano <peter.graziano@atlantichealth.org>; Collins, William <William.Collins@atlantichealth.org>; Colindres, Jose <Jose.Colindres@atlantichealth.org>
**Subject:** Re: Microsoft ATP and EOP On-going Issues

I copied you this morning. Also just got another from our internet company generic mailbox. Will send that one in the AM.


Larry G. Pierce, CISM, CRISC, GSLC, IML3
Manager, Information Security
Atlantic Health System

(Sent from a mobile device. Please excuse typo's and auto correct issues.)


On Jul 25, 2017, at 4:42 PM, Manny Gonzalez <Manny.Gonzalez@microsoft.com> wrote:

Larry,

Thank you. I will include the rest of the team moving forward. I have been reaching out to Chris for updates from AHS as agreed. I have not gotten any indication there were still outstanding URLs not being blocked.

IS it possible you can forward me the E-mails you reference? I want to forward that to the PG ASAP.

Thank you

Regards,
**Manny Gonzalez | Account Technology Strategist | Healthcare | Microsoft Corporation |**
magonza@microsoft.com | **646.996.1466** | 646.225.4494
<image001.jpg>  <image002.png>  <image003.png>  <image004.png>  <image005.jpg>  <image006.jpg>

UPCOMING TIME OFF

**From:** Pierce, Larry [mailto:Larry.Pierce@atlantichealth.org]
**Sent:** Tuesday, July 25, 2017 4:27 PM
**To:** Manny Gonzalez <Manny.Gonzalez@microsoft.com>
**Cc:** McKenna Jr, Frank {ISS} <Frank.McKenna@atlantichealth.org>; Zinno, Pat <Pat.Zinno@atlantichealth.org>; Vamsee Sistla <vsistla@microsoft.com>; Arjun Dabir <Arjun.Dabir@microsoft.com>; Peter Graziano <peter.graziano@atlantichealth.org>; Collins, William <William.Collins@atlantichealth.org>; Colindres, Jose <Jose.Colindres@atlantichealth.org>
**Subject:** Re: Microsoft ATP and EOP On-going Issues

Thanks Manny. Can you start to include Bill Collins, Pete Graziano and Jose Colindres as well. Thank you. I did forward two of the 30 or so phishing emails from earlier today.


Larry G. Pierce, CISM, CRISC, GSLC, IML3
Manager, Information Security
Atlantic Health System

(Sent from a mobile device. Please excuse typo's and auto correct issues.)


On Jul 25, 2017, at 4:06 PM, Manny Gonzalez <Manny.Gonzalez@microsoft.com> wrote:

Team,

Today's update will be brief.  I do not have an update from the AHS team on either the existing open issue or any new related incidents that may have risen since the ticket was opened on Friday.

As far as our product group, I am working with a few team members to schedule some time when we can hold a conversation with your leadership to discuss current and future plans to ensure the robustness of the solution now and in the future.

If there are any questions in the meantime, please do not hesitate to contact me. Thank you

**Regards,**
Manny Gonzalez | Account Technology Strategist | Healthcare | Microsoft Corporation |
magonza@microsoft.com | 646.996.1466 | 646.225.4494
<image001.jpg>  <image003.png>  <image004.png>  <image005.png>  <image006.jpg>  <image008.jpg>

UPCOMING TIME OFF


**From:** McKenna Jr, Frank {ISS} [mailto:Frank.McKenna@atlantichealth.org]
**Sent:** Friday, July 21, 2017 6:05 PM
**To:** Manny Gonzalez <Manny.Gonzalez@microsoft.com>; Zinno, Pat <Pat.Zinno@atlantichealth.org>; Pierce, Larry <Larry.Pierce@atlantichealth.org>
**Cc:** Vamsee Sistla <vsistla@microsoft.com>; Arjun Dabir <Arjun.Dabir@microsoft.com>
**Subject:** RE: Microsoft ATP and EOP On-going Issues

Manny, appreciate the resources brought to the table to prioritize and work with our team on this. Let's plan on receiving EOD updates beginning on Monday to ensure we are making the necessary headway in resolving both the ATP and EOP threat performance. AHS has made the investment in partnering with Microsoft in part believing we would maintain our security capabilities to minimize threats across our Exchange solutions. At this point I think we would all agree our risk exposure has increased exponentially since we shut down Mimecast.

Look forward to getting these issues fully resolved as soon as possible.

Regards,

**Frank McKenna**
**Corporate Director – Customer Services & Information Security**
**Information Services & Support**
**Atlantic Health System**
**(p) 973-490-3304**

*Trusted Network of Caring*[TM]

<image009.png>   <image011.png><image012.jpg>

**From:** Manny Gonzalez [mailto:Manny.Gonzalez@microsoft.com]
**Sent:** Friday, July 21, 2017 3:28 PM
**To:** McKenna Jr, Frank {ISS} <Frank.McKenna@atlantichealth.org>; Zinno, Pat <Pat.Zinno@atlantichealth.org>; Pierce, Larry <Larry.Pierce@atlantichealth.org>
**Cc:** Vamsee Sistla <vsistla@microsoft.com>; Arjun Dabir <Arjun.Dabir@microsoft.com>
**Subject:** Microsoft ATP and EOP On-going Issues

Frank, Pat, team,

I just got off the phone with your team and the FTC team where we took a look at the ATP and EOP configuration. Bottom line, something or some things are broken. ATP is certainly not performing as advertised and we are doing everything we can to resolve these issues.

What we found:
    ATP is not blocking obvious phishing E-mails redirecting to obvious unofficial web URLs
    EOP is still letting SPAM and UBE through.

What We Have Done:
    With the help of FTC resources, we tuned the UBE filter to be a bit more aggressive. Chris Baka to monitor for effectiveness
    We identified that indeed ATP is not performing as expected

Next Steps:
    I will work with the Product Team to identify and bring resources to bear that can address the issue at a system level
    Working with Premier to open a ticket to work on the issue immediately at hand to resolve this gap ASAP.
    Keep the ticket open until resolution and confirmation that the service is working properly.

I will provide regular updates to this small group. Larry please add anything I may have missed.

Thank you

**Regards,**
**Manny Gonzalez | Account Technology Strategist | Healthcare | Microsoft Corporation |**
magonza@microsoft.com | 646.996.1466 | 646.225.4494
<image001.jpg>  <image003.png>  <image004.png>  <image005.png>  <image006.jpg>  <image008.jpg>

UPCOMING TIME OFF

The information contained in this email is intended only for the use of the person(s) identified above. This communication may contain work product which is privileged and confidential, and may contain content which is regulated by Federal law. If you are not an intended recipient or the employee or agent responsible to deliver this to the intended recipient, you have received this message in error and any review, distribution or copying of it by you is prohibited. If you have received this message in error, please notify the sender immediately, and delete the message. E-mail and communication system messages generated by members of the Atlantic Health System workforce may not necessarily reflect the views of Atlantic Health System, its officers, directors or management.

The information contained in this email is intended only for the use of the person(s) identified above. This communication may contain work product which is privileged and confidential, and may contain content which is regulated by Federal law. If you are not an intended recipient or the employee or agent responsible to deliver this to the intended recipient, you have received this message in error and any review, distribution or copying of it by you is prohibited. If you have received this message in error, please notify the sender immediately, and delete the message. E-mail and communication system messages generated by members of the Atlantic Health System workforce may not necessarily reflect the views of Atlantic Health System, its officers, directors or management.

The information contained in this email is intended only for the use of the person(s) identified above. This communication may contain work product which is privileged and confidential, and may contain content which is regulated by Federal law. If you are not an intended recipient or the employee or agent responsible to deliver this to the intended recipient, you have received this message in error and any review, distribution or copying of it by you is prohibited. If you have received this message in error, please notify the sender immediately, and delete the message. E-mail and communication system messages generated by members of the Atlantic Health System workforce may not necessarily reflect the views of Atlantic Health System, its officers, directors or management.

The information contained in this email is intended only for the use of the person(s) identified above. This communication may contain work product which is privileged and confidential, and may contain content which is regulated by Federal law. If you are not an intended recipient or the employee or agent responsible to deliver this to the intended recipient, you have received this message in error and any review, distribution or copying of it by you is prohibited. If you have received this message in error, please notify the sender immediately, and delete the message. E-mail and communication system messages generated by members of the Atlantic Health System workforce may not necessarily reflect the views of Atlantic Health System, its officers, directors or management.

The information contained in this email is intended only for the use of the person(s) identified above. This communication may contain work product which is privileged and confidential, and may contain content which is regulated by Federal law. If you are not an intended recipient or the employee or agent responsible to deliver this to the intended recipient, you have received this message in error and any review, distribution or copying of it by you is prohibited. If you have received this message in error, please notify the sender immediately, and delete the message. E-mail and communication system messages generated by members of the Atlantic Health System workforce may not necessarily reflect the views of Atlantic Health System, its officers, directors or management.

The information contained in this email is intended only for the use of the person(s) identified above. This communication may contain work product which is privileged and confidential, and may contain content which is regulated by Federal law. If you are not an intended recipient or the employee or agent responsible to deliver this to the intended recipient, you have received this message in error and any review, distribution or copying of it by you is prohibited. If you have received this message in error, please notify the sender immediately, and delete the message. E-mail and communication system messages generated by members of the Atlantic Health System workforce may not necessarily reflect the views of Atlantic Health System, its officers, directors or management.

The information contained in this email is intended only for the use of the person(s) identified above. This communication may contain work product which is privileged and confidential, and may contain content which is regulated by Federal law. If you are not an intended recipient or the employee or agent responsible to deliver this to the intended recipient, you have received this message in error and any review, distribution or copying of it by you is prohibited. If you have received this message in error, please notify the sender immediately, and delete the message. E-mail and communication system messages generated by members of the Atlantic Health System workforce may not necessarily reflect the views of Atlantic Health System, its officers, directors or management.

The information contained in this email is intended only for the use of the person(s) identified above. This

communication may contain work product which is privileged and confidential, and may contain content which is regulated by Federal law. If you are not an intended recipient or the employee or agent responsible to deliver this to the intended recipient, you have received this message in error and any review, distribution or copying of it by you is prohibited. If you have received this message in error, please notify the sender immediately, and delete the message. E-mail and communication system messages generated by members of the Atlantic Health System workforce may not necessarily reflect the views of Atlantic Health System, its officers, directors or management.
<mime-attachment>

The information contained in this email is intended only for the use of the person(s) identified above. This communication may contain work product which is privileged and confidential, and may contain content which is regulated by Federal law. If you are not an intended recipient or the employee or agent responsible to deliver this to the intended recipient, you have received this message in error and any review, distribution or copying of it by you is prohibited. If you have received this message in error, please notify the sender immediately, and delete the message. E-mail and communication system messages generated by members of the Atlantic Health System workforce may not necessarily reflect the views of Atlantic Health System, its officers, directors or management.

CONFIDENTIAL

MSFT_TOC00004248