# EXHIBIT 80



Our mission is to empower every person and every organization on the planet to achieve more.

One of your biggest challenges in digital transformation is ensuring security, privacy and compliance. Microsoft enables customers to make this transition by building security into the fabric of our products and solutions.



Microsoft has a strong relationship with its customers and we have many conversations with them.  Additionally, we also pay close attention to the industry landscape since we are also a global enterprise.  From our numerous customer conversations and our own experiences, we see 3 main challenges to securing an organization.

1. The threat landscape is continuously growing in both volume and sophistication.  There is a constant evolution in the types of threats.  As such, it is imperative to have solutions in place that can evolve as quickly as the threats we see, to ensure security in the changing landscape.

2. While digital technology has simplified our lives and made us more productive, it has also open new avenues for threat actors to attack us.  The digital estate is broad and growing, and so is the attack surface.  Having solutions in place which can address the breadth of the attack surface is paramount to keeping organizations secure.

3. Finally, another challenge facing both our customer and Microsoft is the sheer volume of threats we see and trying to make sense of it all.  Threat is signal is simply noise if it cannot be correlated and made into actionable information.  How do we find the time and capability of consuming trillions of threat signals and trying to decipher what those signals might indicate?  Ideally, we have solutions in place which can do this heavy-lifting for us, and help ensure that we understand the threats that impact us, and know how to secure ourselves from them.



Through the foundation provided by the Microsoft Intelligent Security Graph, we built the Microsoft Threat Protection solution.  It is a solution that helps ensure end to end security across the attack vectors in the modern workplace.  We often talk about attacks coming through the front door, but is there really a front door?  What we learned from some last year's most famous attacks such as WannaCry and NotPetya is that attacks can be launched at any part of an organization, there is no fixed entry point.  Therefore, Microsoft Threat Protection is designed to secure your organization across the entire attack surface which includes:

- Identities which are essentially the credentials of both admins and end users
- Endpoints which can range from your devices to sensors
- User data which encompasses email and documents
- Cloud apps which enable productivity yet also create a new attack surface
- And also the Infrastructure which includes your servers, virtual machines, databases, and networks.

As you can see, the Microsoft Threat Protection solution is powered by the signals from the Microsoft Intelligent Security Graph which provides 6.5 trillion daily signals from email alone!  With Microsoft Threat Protection, you gain end-to-end security for the modern workplace, fully integrated services which communicate with one another, all supported by one of the largest threat networks through the Microsoft Intelligent Security Graph.



The center piece of our investment in intelligence is the Microsoft Intelligent Security Graph. This is how we describe the way that we synthesize a vast amount of data from a huge variety of sources. 400 billion emails get analyzed by our Outlook.com and Office 365 email services every month.

1.2 billion devices get scanned every month by Windows Defender. That gives us a great deal of signal into what's happening on endpoints, and where are the attacks, and what do they look like these days?

We operate 200-plus global cloud, consumer, and commercial services. Everything from outlook.com to Xbox Live to Office 365 to Azure, and so on. And with all of those services, we have a tremendous amount of surface area that we defend. Enterprise Security from Microsoft is employed by 90% of the Fortune 500.

And so, we see more attacks than most other companies on any given day. We get a lot of information from defending against those attacks.

750 million plus Azure user accounts give us tremendous insight into how people authenticate to Azure. And that, combined with the 450 billion monthly authentications that we do with Azure Active Directory and Microsoft Account, really give us some tremendous insight into what is normal behavior when it comes to sign-ins and authentications, and what is abnormal behavior, and how often is it that someone has the right password, but they're not the person they say they are. We learn a lot about defending that really important control point, the identity, by looking across that set of data.

Bing scans about 18 billion web pages every month, giving us really great insight into what people are doing with web scripting technologies when it comes to attacks and phishing campaigns. And we have a great way to look at that and understand how we should help customers defend based on that information.

On top of all of that we layer shared threat data that we get from our partners, from the researchers here at Microsoft who are part of our 3,500-plus people that are full time on security, and law enforcement agencies that we partner with worldwide through our digital crimes unit, as well as botnet data that we collect through the digital crimes unit. All of that intelligence makes up the Intelligent Security Graph.

And why is it a graph? It's a graph because what's really important is connecting these pieces of intelligence, so that these signals are not just individual points of information. The graph brings them together as something that we can draw patterns across. We can learn from one point of data to influence how we interpret another point of data.

So, the Intelligent Security Graph is something that we are very, very heavily invested in at Microsoft. It's something that we feel is unique to us in this industry.



https://www.myce.com/news/microsoft-report-20-of-the-users-clicks-phishing-link-within-5-minutes-85335/



https://www.myce.com/news/microsoft-report-20-of-the-users-clicks-phishing-link-within-5-minutes-85335/

# Office 365 Advanced Threat Protection

Protect against sophisticated threats and automatically investigate and remediate attacks









Industry-leading protection

Actionable insights

Automated response

Training & awareness

**Industry-leading Protection:** Office 365 ATP leverages 6.5 trillion signals daily from email alone to quickly and accurately detect threats and protect users against sophisticated attacks such as phishing and zero-day malware. Office 365 ATP blocked 5 billion phish emails and analyzed 300k phish campaigns in 2018 protecting 4 million unique users from advanced threats. Our powerful detonation technology analyzed 7 billion URL clicks and 11 billion unique items in Office ATP sandbox environment in 2018. This massive scale of operation helps the service detect suspicious content first and protect users before any other service can catch it. Analyzing such a huge amount of data also continuously improves our machine learning algorithms leading to highest accuracy and effectiveness in the industry. The service offers 99.9% malware catch rate and the lowest phish miss rate compared to competitors.

**Actionable Insights:** Actionable insights are presented to security admins by correlating signals from a broad range of data to help identify, prioritize, and provide recommendations on how to address potential problems. The recommendations include remediation actions empowering admins to proactively secure their organization. The insights are holistic and cover both information and threat protection. Near real-time reports give detailed information about threats such as phish and malware detected by advanced machine learning models.

**Automated response:** Investigation and remediation in post-breach scenarios can be difficult, expensive and time-consuming. Most organizations lack the expertise and resources needed for rapid investigation and effective remediation. Office 365 ATP provides advanced automated response options that security operators can leverage saving significant amount of time, money and resources. Tools for automated incident response such as the security playbooks and investigation graphs help investigate and remediate attacks much faster.

**Training & awareness:** Social engineering attacks such as phishing often look legitimate and are hard to spot for busy users. Its critical to train end users make the right decisions in the event of an attack. In-product notifications help users understand the risks of performing an action such as clicking on a suspicious link. Features such as attack simulator help admins launch realistic threat simulations to train users to be more aware and vigilant. User reporting capabilities empower user to notify Microsoft of suspicious content.

# Microsoft's security advantage






### Powerful
*4 million unique users protected in 2018*

### Effective
*99.9% malware catch rate & lowest phish miss rate*

### Comprehensive
*Protection beyond email to collaboration services*

### Automated
*>90% reduction in time to investigate and remediate*

Powerful:
- 3x Office 365 mailboxes under protection compared to competition
- 4M unique recipients protected from an *advanced threat* in 2018
- 7B URLs clicks protected by Safe Links in 2018
- 11B unique items detonated in the Office ATP sandbox in 2018

Effective:
Since its inception in 2015, Office 365 Advanced Threat Protection has continued to improve even while the volume and sophistication of threats continues to escalate. Our approach to security has been so effective that Office ATP currently has a malware catch rate greater than 99.9%. While most vendors claim to be most accurate, none disclose how they measure accuracy and effectiveness. We're transparent about how we measure effectiveness and our analysis reveals we missed lowest number of phish emails compared to competitors. Our blogs and Ignite sessions cover these results in details:
https://techcommunity.microsoft.com/t5/Security-Privacy-and-Compliance/How-Microsoft-Measures-Effectiveness-of-Malware-amp-Phish-Catch/ba-p/263248
https://cloudblogs.microsoft.com/microsoftsecure/2018/10/17/how-office-365-learned-to-reel-in-phish/
https://myignite.techcommunity.microsoft.com/sessions/64345#ignite-html-anchor

Comprehensive:

We take a layered approach to mitigating phish, with anti-phish features throughout the mail flow from pre-delivery, emails in the inbox, and response and detection capabilities in the even that a malicious phish email impacts a user.

Additionally, deep integration with Windows 10 enables Office 365 ATP to exponentially expands the number of malicious URLs and web pages that the service can identify and block.

Automated:
The new automated capabilities in Office 365 ATP for investigation and remediation of attacks will address the customer limitations on time, budget, and human resources. In the last quarter, Microsoft sanctioned Forrester Research to conduct a Total Economic Impact (TEI) study on the current Office 365 Threat Intelligence (The Total Economic Impact of Microsoft Office 365 Threat Intelligence, September 2018), *before* any of the new automated features go live. Through customer interviews and an industry wide survey, Forrester discovered most customers felt Office 365 Threat Intelligence helped admins better understand risks and take actions to protect end users. More details on upcoming automation capabilities are in this blog –

https://techcommunity.microsoft.com/t5/Security-Privacy-and-Compliance/New-Automated-Threat-Detection-Investigation-and-Response/ba-p/266083



Using MX record and connecting IP information, we are able to label each email pre-filtered by a 3rd party.

Anything we catch that has been filtered by a competitor is something they missed.

We can compare our miss rate vs. competitor miss rate normalized by overall mail flow volume.

Our current detection stack is yielding considerably lower miss rates than our competitors (3 largest by mail volume shown)

Applying the same measurement before our new tech deployments shows our improvements.



**Enhanced anti-phish defense**







### Spoofing

DMARC, DKIM, and SPF

Intra-org spoof detection

Cross-domain detection

### Impersonation

User impersonation
Domain impersonation
Brand impersonation
Mailbox Intelligence

### Content analysis & detonation

Malicious attachments
Malicious URLs
Detect text lures
Internal Safe Links





# Anti-spoofing

Phishing attack mitigation

Protection for internal domains

Protection for external domains

More unique machine learning is applied to our newly enhanced Anti-spoof technologies.  We use advanced learning and intelligence on top of email authentication standards (SPF, DMARC, DKIM) to infer authentication status for domains based on their sending infrastructure.  If a message fails implicit authentication, it is marked as junk.
Admins can use policies to customize the actions and additionally block or allow specific senders based on their authentication status.



# Content analysis & detonation

Safe attachments

Dynamic Delivery

Document Preview

Safe Links

URL detonation

**Safe Attachments** helps to protect against zero day malware in email attachments by blocking messages that could be malicious. It is designed to detect malicious attachments even before antivirus signatures are available.

After passing through Office 365's normal protection of three anti-virus engines and multiple spam filters provided by Exchange Online Protection, email with a suspicious attachment enters the Safe Attachments' sandbox environment where we spin up multiple hypervisor environments, each running various versions of a Windows operating system, Office and common 3rd party applications. Attachments are not released until a behavior analysis is performed and the attachments are determined to be safe.

Safe Attachments will analyze attachments that are common targets for malicious content, such as Office documents, PDFs, executable file types and flash files. The administrator can establish separate policies for Safe Attachments. Each policy can be applied to a specific set of users, distribution groups or domains. It is also possible to have unique policies within Safe Attachments and so each group of users can have custom settings. The administrator can configure the settings to receive an email notification when an unsafe attachment is identified.

### Dynamic Delivery
Office 365 ATP also offers features which help improve the user experience.  For example Dynamic Delivery ensures that our users maintain productivity while remaining secure. For most other organizations, security is the end goal. We realize that security is a critical component for your business to reach its goals, so security should never impede your ability to get work done. Dynamic Delivery was developed with this important fact in mind.

### Document Preview
Along with Dynamic Delivery, we offer Document Preview which enables users to read the contents of attachment even while the file is being detonated. Combining Dynamic Deliver with Document Preview, we remove the impact from any latency due to file scanning, allowing our customer's users to be as productive as possible while remaining secure.

**Safe Links** provides real-time, time-of-click protection against malicious URLs in email by redirecting suspicious URLs to an internal web server that checks them against a list of known malicious sites which  updated every 20 minutes. When users click on the rewritten URLs, Safe Links redirects them — based on the verdict from inspection — to either the original webpage or a page that warns the user that the site has been determined to be malicious.

Safe Links utilizes URL trace capabilities that allow you to track individual malicious links in messages that have been clicked to support faster remediation.

### URL Detonation
Office 365 ATP protects customers from unknown email threats in real-time by using intelligent systems that inspect attachments and links for malicious content. These automated systems include a robust detonation platform, heuristics, and machine learning models. Malicious URLs are detonated in a sandbox environment and based on the verdict of the detonation users are allowed blocked from accessing the URL.



## Impersonation

Anti-impersonation

Mailbox Intelligence

The anti-impersonation capabilities that are a part of our comprehensive anti-phish policy help users protect themselves against spear-phishing campaigns.  A variety of anti-impersonation settings can be created to help protect against user impersonation, domain impersonation, and brand impersonation. Also a unique setting known as mailbox intelligence which applies machine learning further protect users from phish.

The Mailbox Intelligence setting is another unique feature.  Turning on this feature further enhances protection by applying our machine learning algorithms to better understand an user's contact graph.  The contact graph is a map of all the people who are most likely to email an user based on historic mail flow patterns.  The contact graph evolves as it observes more mail flow information of a given user.  With 'Mailbox Intelligence' on, we are also able to better manage false positives for the end user.



While email is the most prevalent attack vector, other workloads also provide points of attack.  Thus, Microsoft's Office 365 threat protection services now extend beyond email to help protect several different workloads from advanced threats.



Office 365 Advanced Threat Protection integrates with Sharepoint, OneDrive, and Teams which helps secure your collaboration workloads.  The integration of ATP and SPO/ODfb/Teams leverages both signals from a variety of sources and the application of smart heuristics to protect files in Sharepoint/OneDrive or Teams from advanced threats.  Additionally, as with ATP for email, we utilize 1st and 3rd party reputation filters, multiple AV engines, and sandboxing technology to help ensure the security of your collaboration workloads.



We also have integrated ATP with Office ProPlus desktop clients to help protect your productivity files from being compromised.  With ATP for desktop clients, we help ensure that your clients are protected from malicious links which are embedded in Word, Excel, or Powerpoint.



## Real-time reports provide extensive visibility into threats

New threat information is offered in near **real-time**

Reports are updated in minutes providing **latest threat details**

Admins have **crucial data on threats** impacting the Office 365 environment

- ✅ **User-reported**
- ✅ **Phishing emails**
- ✅ **Content malware**
- ✅ **Malware**



 **Rich Insights**

Admins gain rich insights into **abnormal behaviors** and **policy violations**

Insights are generated by correlating signals from a **broad range of data**

Help identify, prioritize, and provide **recommendations** on addressing potential problems

Provide **remediation actions** empowering admins to secure their organization



 **Anti-phishing insights**

Real-time detections for **spoofing**, domain and user **impersonation**

Capabilities to **manage true** and **false positives**

What-if scenarios for **fine-tuning** and **improving protection**



# Threat Intelligence dashboard



In this dashboard view, we can see the daily threat statistics of our organization in Office 365.

In the global heat map, we see the origin of different attacks. Next to the map is a list of the top malware families that are detected in your tenant. Below these, there is a list of the top targeted users within our organization.

At the bottom of the threat dashboard screen is a summary of the global threat landscape in Office 365. We can see the same category of statistics, however, for all Office 365 tenants. Let's now look at the Threat Explorer feature which provides granular insight into the threat landscape of our organization.





Now let's look at the Threat Explorer. Threat Explorer enables us to begin delving into granular data for our organization. Inside Threat Explorer, we are first shown the variety of threat families impacting our organization over time. Additionally, we are shown the top threats and top targeted users inside the organization.

We can also change the category for the graph. In this case, we are showing malware family but we can filter the Threat Explorer graph through several options including sender email, recipient email and even the detection technology used to stop a threat. The detection technology piece highlights if an email was blocked by ATP's sandboxing or through an EOP filter. The graph adjusts to reflect the category being examined.



With the ability to filter, we can dig deeper into the history of a threat within a tenant. In this example, we are looking at one particular threat and we see that it's on the rise over the last few days.

We can learn more about the particular threat, which is clearly targeting the organization in the last few days.



The Threat Explorer allows a deeper look into a threat, beginning with a thorough **description** of this malware family's behavior. Threat Explorer provides a definition of the threat, the message traces of emails delivering the threat, technical details of the threat, global details of the threat and advanced analysis.

Here on the **Users** tab, I see each instance that a user in my organization was sent an attachment containing the Nemucod malware threat. I can not only see the specific recipients and subject, but the sender domain and the sender IP as well. This "Status" column tells me if the email was caught and blocked before it ever reached the user, or if it was delivered as spam.

If a user had actually received and opened the email, that would also appear under "Status", enabling me to reach out to the user and take the appropriate remediation steps, such as scanning their device.

## Threat Family Details

## Global Threat Details





Threat Explorer even links to external threat reports which are created by Microsoft security analysts so that you can get the most detailed information possible about any give threat family. These threat reports cover all the details about a threat down to the lines of code that you can expect for a particular threat. This provides you with in depth analysis of the threat and how to defend against it.

## Microsoft
# THREAT INTELLIGENCE

Have information on this threat or further questions? Email threat@microsoft.com

NOTE: This data is provided subject to the following conditions: Your organization may use the data solely for remediation and defensive purposes, and for no other purpose. The data may be inaccurate and/or may refer to legitimate but compromised properties. THIS INFORMATION IS PROVIDED AS-IS FOR INFORMATIONAL PURPOSES ONLY, WITH NO WARRANTY EXPRESSED OR IMPLIED.

| Last update | 2016-04-18 |
| --- | --- |

## Summary

Win32/Locky is ransomware that, once installed on a victim computer, encrypts all personal files and demands a ransom payment of between 0.5 and 2 Bitcoins[1] in order to receive the decryption key.

Locky is currently being distributed via spam email campaigns that have malicious Microsoft Office documents containing embedded VBA macros, or JavaScript files inside ZIP archives as attachments. The email attempts to convince recipients to open the attachment and, in the case of the Office documents, enable macros in order to

Threat Explorer even links to external threat reports which are created by Microsoft security analysts so that you can get the most detailed information possible about any give threat family. These threat reports cover all the details about a threat down to the lines of code that you can expect for a particular threat. This provides you with in depth analysis of the threat and how to defend against it.





Threat Intelligence enables you to remediate emails in real-time. Simply narrow down your query for emails based on the filters in the Threat Explorer. Once you find the email(s) which you want to investigate, create an incident. In this example, we are creating an incident for one particular email which one of our users found suspicious. In our filter, we looked for emails from a particular sender.



Once the incident has been created, we have several options for remediation. As you can see, an email can be completely deleted, moved to junk, remain in the user inbox or kept but have any corresponding attachment deleted. Each incident that we create can be populated with multiple emails which defines the scope of the incident.



The incident report provides the remediation activity for each email in the incident. In this example, one email in the incident was moved to junk, while another email was kept but had the corresponding attachment removed.



Threat Intelligence also provides you the ability to create alerts which you define and set threshold values for when the alert will be triggered. Additionally, you can set the severity level of the alert. In the alerts dashboard, you can also see the status of each alert.





Security playbooks are at the heart of automation in Microsoft Threat Protection so we want to give you a high level understanding of what a security playbook does.  At the beginning of 2019, we will release the first four security playbooks for Office 365 Threat Intelligence which will enable the automation capabilities in the service.

Security playbooks are back-end policies that admins can select as part of security policies.  The security playbooks are based on common real-world security scenarios.  Here, having the enormous signal strength and experience of Microsoft is a powerful benefit.

Since Microsoft provides services to one of the largest base of customers across the globe, we have seen almost everything.  So we leverage our experience and design playbooks which tackle the most frequent threats that we have experienced across our ecosystem.

Also, with so much experience with threats, we are also very experienced in responding and remediating them.  Our security playbooks are designed to take the most effective steps to help respond and remediate to the threat in the shortest amount of time.  Once again, since Microsoft has had such vast experience with so many different types of threats, you can be more confident that our response and remediation will be effective.



Let's take a closer look at one security playbook. This will give you an idea of the rigor and components that go into each playbook. This playbook is for the scenario where an end user uses the submit message button which is a plug-in available for the Outlook Client and in Outlook Web Access. At a high level, every playbook will have steps which are part of a root investigation, then there will be several steps which hunt down other potential threats, and finally, there is the remediation of the threat. Within each of these high level steps, there are many sub-steps which we execute to provide a deep, detailed, and exhaustive response to threats.

As you can see, the trigger for the playbook is the user submission. As soon as the user submits the email, the investigation begins. In the root investigation, we assess a variety of aspects of the email.

We determine what type of threat it might be, who sent it, did we remove other instances of this email with our ZAP feature, what is the assessment from our analysts, and is the email associated with any known campaigns. These are in fact, only a *some* examples of what we explore. There are of course other aspects of the email we examine too. Once the root investigation is complete, we provide a cumulative risk score.

Next, we execute several hunting steps. In this example, we take the submitted email, and then search for similar emails in other email clusters, we share the signal with other platforms such as WDATP, we determine if any users have clicked-through on this email, we determine if Office 365 ATP Safe Links may have missed any instance of the email which was submitted, and we also determine if the user has been compromised. During the hunting, we also assign risk scores to various hunting steps.

In the final aspect of the playbook is the remediation of the threat. Remediation steps are carried as needed based on the risk scores determined from the investigation and the hunting.

Hopefully by getting a peek into how our automation is designed for Microsoft Threat Protection, you now have a better idea of depth, breadth, and overall approach we apply to help ensure optimal, effective, and with automation, efficient security for your modern workplace.



The investigation graph which already exists for WDATP and will soon launch for Office 365 Threat Intelligence is effectively a powerful graphical representation of the security playbook.  In the example above (which we'll cover in more detail later in this session), we see that this security playbook is designed to handle weaponized URLs in Office 365.

The investigation graph maps out the coverage of the playbook's analysis.  You see the event which triggers the investigation, each of the categories that was investigated (i.e. email, users, machines), and under each category, you see the results of the hunting aspect with a summary of how many components were investigated, and how many compromised or malicious components were found.

The graph also provides and overall summary of the overall threats found and the remediation actions taken to address each threat.  The investigation graph is a great tool for admins to have a quick, yet highly detailed overview of any investigations in the tenant.

Now that you have a better understanding of the security playbooks and the investigation graph, we're going to show you some examples of automated capabilities that will be available in Microsoft Threat Protection.



Now imagine ADDING automated capabilities to an already powerful solution.  Starting soon, Office 365 Threat Intelligence will have several new automated capabilities to further strengthen its capabilities and offering even more value to customers.  The new capabilities in Office 365 Threat Intelligence will help across the entire threat spectrum, helping security with threat alerts through to effective threat response.





Let's start with a native alert generated by Office 365 for Zap being detected.

These alerts are typically investigated manually today by SOC teams – this is where Automated Investigation and Response (AIR) comes in.

You'll also note other alerts in here – please keep this in mind as we walk you through our AIR capabilities and our ability to correlate alerts and events across your organization



Attackers frequently send through benign URLs in emails in order to bypass notice from security solutions – then they weaponize them after delivery to activate their attack.  Here you can see that the alert identifies that a URL that was recently weaponized was detected by Office 365 ATP through Safe Links URL detonation

Office 365 Threat Intelligence triggered an AIR playbook based on this alert (see deep link to the investigation) and resolved the alert given the auto investigation having completed.

<RUDY: YOU MAY ACTUALLY START WITH THIS SLIDE AND REMOVE THE ONE PREVIOUSLY SINCE IT CAPTURES THE ALERT AND DETAILS IN THE SAME SCREENSHOT, IN WHICH CASE PLEASE FEEL FREE TO MOVE OVER THE TALKING POINTS HERE>



Clicking into the investigation deep link from the alert brings us into the Office 365 Threat Intelligence Summary Investigation Graph

This shows all the different entities – emails, users (and their activities), and devices that have been automatically investigated as part of the alert that was triggered.

This amplifies the power of automation in an investigation and response scenario given the deep and broad sets of analysis that O365 Threat Intelligence can complete while leveraging the power of M365 TP and the ISG.

Specifically, you will note that:
- Several emails (23) that were identified as being relevant to this investigation (based on sender, IP, domain, URL and other email attributes) and a subset of them (6) were identified as being malicious, sent from an internal user in the organization which itself is a strong indicator of a compromised user.
- A user pivot on this investigation also identifies anomalies for 1 user (jeff) with respect to a suspicious login and mass downloads of documents. You may have noted that this is the same user that Astrid had shown in the "pass the hash" attack scenario previously. With M365 threat protection, we are now able to correlate the vast signal base across Azure ATP, AAD and MCAS to help you efficiently and effectively investigate response.
- As part of our AIR, you can see that we have also triggered an investigation with WDATP into the devices for the compromised user Jeff. WDATP in turn has auto investigated and remediated Jeff's device with malware, plus found another instance of this malware that affected another user – even if it wasn't originally received through corporate email.
- Last but not the least, with the compromised user, user anomalies and compromised device threats identified in this investigation, Office 365 Threat Intelligence has also taken some auto remediations like blocking the URL, deleting any emails in mailboxes related to this URL, and triggered the AAD workflows for password reset and MFA for the compromised user. The ability to take automatic action or drive remediations with manual approval, based on policy, are core elements of AIR
- In summary, what would take a SOC team multiple hours or even days of manual investigation is now complete within a matter of minutes.



A key aspect of our AIR promise is to (a) correlate/link and (b) auto resolve alerts as part of the investigation - hence reducing the amount of triage time spent by SOC teams that are buried in a sea of alerts. The correlated alerts/events are a critical part of the all up investigation providing a broader lens into the risk indicators. These include alerts raised within Office 365, those from Microsoft Cloud App Security, or Azure Active Directory.

This shows a view of ALL alerts relevant to the investigation – these include the alert triggering the investigation as well as other alerts (in this case, risky sign-in, mass download, etc.) that were correlated to the investigation. From this page, a SOC analyst may also view additional details on the alerts themselves.



This view shows all the email clusters identified by Office 365 Threat Intelligence as part of the investigation.

Given the sheer volume of email that users in an organization sent and receive, clustering emails based on similar attributes from the header, body, URL and attachment --- then separating the malicious from the clean email and finally taking action on the malicious ones can take many hours. We are now automating this process with AIR.

As you'll note the 1st cluster of 6 mails was deemed as phish (given the presence of the weaponized URL) and auto remediated (Deleted).  Another cluster of similar messages with the same sender and subject was found and considered malicious as some of them were identified as phish during initial detection. There are also other related clusters identified that do not appear to be malicious, but potentially suspicious and unneeded, based on similarity to the identified phish email.

Details on the emails and related clusters are also available in line.



This tab shows the user view of the investigation.  In this scenario, AIR has identified indicators of compromise and anomalies based on login and mass download of files (from SPO) for Jeff. Additional details (evidence) of the investigation are also available through detailed views within this tab (clicking on the Risky Activities).



You'll note that we skipped the Machines tab...we'll come back to that in a minute.

The investigation log captures a complete inventory of all actions completed by Office 365 Threat Intelligence as part of AIR. This shows the depth and breadth of the investigation and response capabilities while leveraging M365 TP and ISG.



You can see that we've flagged the impacted machines in this scenario also.  We'll discuss this more in the next example.

In the current Threat Intelligence product that you use today, you can manually investigate and correlate email threats to devices. We have now taken this to the next level. Our integration in AIR with WDATP now allows for automated investigation of relevant machines for your users, to ensure threats are addressed in the cloud and across your devices.

You'll also note that you can navigate from here into the related WDATP investigations directly (next slide)





- Now imagine a URL that we discovered is weaponized after a click.



- Here you can see that the alert identifies the URL that was recently weaponized as detected by Office 365 ATP through URL detonation.  So someone clicked on the link, which we detonated.
- As soon as we determined that the link was malicious after detonation, it triggers the automated workflows.
- This is effectively a patient zero scenario.  Someone clicked the link, during the typical 45s detonation time, the user went to the bad webpage and became compromised.
- Office 365 Threat Intelligence has triggered AIR based on this alert (see deep link to the Investigation) and  resolved the alert given the auto investigation having completed.



- Clicking into the investigation deep link from the alert brings us into the Office 365 Threat Intelligence Summary Investigation Graph
- This shows all the different entities – emails, users (and their activities), and devices that have been automatically investigated as part of the alert that was triggered.

This amplifies the power of automation in an investigation and response scenario given the deep and broad sets of analysis that O365 Threat Intelligence can complete while leveraging the power of M365 TP and the ISG.

- Specifically, you will note that:
  - several emails (53) that were identified as being relevant to this investigation (based on sender, IP, domain, URL and other email attributed) and a subset of them (6) were identified as being phish sent from an internal user in the organization which itself is a strong indicator of a compromised user.
  - A user pivot on this investigation also identifies anomalies for 1 user (jeff) with respect to a suspicious login and mass downloads of documents. Jeff was patient zero, the user who clicked and got compromised before the verdict of the link.  With M365 threat protection, we are now able to correlate the vast signal base across Azure ATP, AAD and MCAS to help you efficiently and effectively investigate response.
  - As part of our AIR, you can see that we have also triggered an investigation with WDATP into the devices for the compromised user Jeff, and WDATP in turn has auto investigated and remediated the device with malware.
  - Last but not the least, with the compromised user, user anomalies and compromised device threats identified in this investigation, Office 365 Threat Intelligence has also taken some auto remediations like blocking the URL, deleting any emails in mailboxes related to this URL, and triggered the AAD workflows for password reset and MFA for the compromised user. The ability to take auto actions or drive remediations with manual intervention, based on policy, are core elements of AIR
  - In summary, what would take a SOC team multiple hours or even days of manual investigation is now complete within a matter of minutes.



A key aspect of our AIR promise is to (a) correlate/link and (b) auto resolve alerts as part of the investigation and hence reducing the amount of triage time spent by SOC teams that are buried in a sea of alerts. The correlated alerts/events are a critical part of the all up investigation providing a broader lens into the risk indicators. These include alerts raised within Office 365 or those from Microsoft Cloud App Security or Azure Active Directory.

This shows a view of ALL alerts relevant to the investigation – these include the alert triggering the investigation as well as other alerts (in this case, risky sign in and mass download) that were correlated to the investigation. From this page, a SOC analyst may also view additional details on the alerts themselves.



This view shows all the email clusters identified by Office 365 Threat Intelligence as part of the investigation.

Given the sheer volume of mails that users in an organization sent and receive, clustering emails based on similar attributes from the header, body, URL and attachment --- and then separating the malicious from the clean mails and finally taking action on the malicious ones can take many hours. We are now automating this process with AIR.

As you'll note the 1ˢᵗ cluster of 6 mails was deemed as phish (given the presence of the weaponized URL) and auto remediated (Deleted). There are also other related clusters identified that do not appear to be malicious.

Details on the emails and related clusters are also available in line.



This tab shows the user view of the investigation and in this scenario, AIR has identified indicators of compromise and anomalies based on login and mass download of files (from SPO) for Jeff. Additional details (FACTS) of the investigation are also available through detailed views within this tab (clicking on the Risky Activities).



You'll note that we skipped the Machines tab…we'll come back to that in a sec.

- The log captures a complete inventory of all actions completed by Office 365 Threat Intelligence as part of the AIR. This shows the depth and breadth of the investigation and response capabilities while leveraging M365 TP and ISG.



And yes, now back to the Machines tab.

In the current Threat Intelligence product that you use today...you can manually investigate and correlate email threats to devices. We have now taken this to the next level. Our integration in AIR with WDATP now allows for automated investigation of relevant machines for your users to ensure threats are addressed in the cloud and across your devices.

You'll also note that you can navigate from here into the WDATP investigation directly (next slide)



This shows the WDATP investigation that was initiated by Office 365 Threat Intelligence – in this case malware was identified and clean from Jeff's device by WDATP



This slide shows the additional details/log from the WDATP investigation into Jeff's machine



Most CISOs will tell you that their security teams are stretched because the attack surface areas continues to get larger **(CLICK FOR FIRST ANIMATION)** They don't have enough people with relevant skills. Investigations take too long, alerts are too noisy and sec teams cannot keep up. And they don't know which threats to focus on. And all these teams are motivated to protect organizations from threats, compromises and breaches.

**(CLICK FOR FIRST ANIMATION)** The power of automation is the ability for us to apply our collective service wide intelligence and workflows to reduce the burden on these organizations and more thoroughly and deeply investigate any alert and focus the organizations on what's important.  Most importantly, automation strengthens an organization's overall security.

<u>Pivot to user-centric</u>: Now what you've seen so far is all focused on admins and security ops teams. But most CISOs will also tell you that they believe users are their last line of defense and it is super important for them to make sure that their end users are more aware of security and compliance challenges. Let's see how we're taking our security and protection promises to where the users are.



 # Educating users

Educating end users is a key part of the solution

**In-product experience** makes users more aware and vigilant

**Empower users** to do the right thing

User reporting **helps Microsoft improve** protection capabilities

- ✅ **Safety tips**
- ✅ **Enhanced hover**
- ✅ **Message reporting**
- ✅ **Time-of-click warnings**
- ✅ **Attack Simulator**



# Office 365 Advanced Threat Protection packaging

**Starting Feb 1, 2019, Office 365 Advanced Threat Protection will be offered via following plans:**

- **Office 365 Advanced Threat Protection Plan 1 –** Includes configuration, protection and detection capabilities
- **Office 365 Advanced Threat Protection Plan 2 –** Includes Office ATP P1 and adds automation, investigation, response and user education capabilities

These plans are available standalone or as a part of the Identity & Threat Protection subscription or Office 365 E5 suite or Microsoft 365 E5 suite

| | Previous | | February 1, 2019 | |
|---|---|---|---|---|
| | Office 365 ATP | Office 365 Threat Intelligence | Office 365 ATP Plan 1 | Office 365 ATP Plan 2 |
| | $2 / u / m | $8 / u / m | $2 / u / m | $5 / u / m |
| Configuration | • | | • | • |
| Advanced Threat Protection | • | | • | • |
| Advanced Threat Detection | • | | • | • |
| Advanced Threat Investigation | | • | | • |
| Advanced Threat Response | | • | | • |
| Automation | | • | | • |
| Education & Training (Attack Simulator) | | • | | • |

Web Direct/Base price shown





Microsoft Threat Protection
1
Identities: Validating, verifying and protecting both user and admin accounts
2
Endpoints: protecting user devices and signals from sensors
3
User Data: evaluating email messages and documents for malicious content
4
Cloud Apps: protecting SaaS applications and their associated data stores
5
Infrastructure: protecting servers, virtual machines, databases and networks across cloud and on-premises locations
Azure Active Directory
Azure Advanced Threat Protection
Microsoft Cloud App Security
Microsoft Intune
Windows 10
Azure Security Center
Windows Defender Advanced Threat Protection
Office 365 Advanced Threat Protection
Office 365 Threat Intelligence
Windows Server Linux
Exchange Online Protection
SQL Server

# Appendix



More unique machine learning is applied to our newly enhanced Anti-spoof technologies.  We use advanced learning and intelligence on top of email authentication standards (SPF, DMARC, DKIM) to infer authentication status for domains based on their sending infrastructure.  If a message fails implicit authentication, it is marked as junk.  Admins can use policies to customize the actions and additionally block or allow specific senders based on their authentication status.



**Safe Attachments** helps to protect against zero day malware in email attachments by blocking messages that could be malicious. It is designed to detect malicious attachments even before antivirus signatures are available.

After passing through Office 365's normal protection of three anti-virus engines and multiple spam filters provided by Exchange Online Protection, email with a suspicious attachment enters the Safe Attachments' sandbox environment where we spin up multiple hypervisor environments, each running various versions of a Windows operating system, Office and common 3rd party applications. Attachments are not released until a behavior analysis is performed and the attachments are determined to be safe.

Safe Attachments will analyze attachments that are common targets for malicious content, such as Office documents, PDFs, executable file types and flash files. The administrator can establish separate policies for Safe Attachments. Each policy can be applied to a specific set of users, distribution groups or domains. It is also possible to have unique policies within Safe Attachments and so each group of users can have custom settings. The administrator can configure the settings to receive an email notification when an unsafe attachment is identified.

### Preserving user productivity

**Dynamic Delivery** allows recipients to read and respond to an email while an attachment is being scanned.

**Document Preview** allows users to view and edit an attached document while it's being scanned.



**45** second average detonation time



**Safe Links** provides real-time, time-of-click protection against malicious URLs in email by redirecting suspicious URLs to an internal web server that checks them against a list of known malicious sites which updated every 20 minutes. When users click on the rewritten URLs, Safe Links redirects them — based on the verdict from inspection — to either the original webpage or a page that warns the user that the site has been determined to be malicious.

Safe Links utilizes URL trace capabilities that allow you to track individual malicious links in messages that have been clicked to support faster remediation.

# Safe Links

**Time of click** verification of URLs in emails and Office documents

Safe link policies are **easily configured** by security teams

Apply internally for **intra-org emails**

Only security service that can do **intra-org** link analysis **within compliance boundary** of Office 365



In the event an account is compromised, out new Internal Safe Links feature will help block phish links that are sent through Intra-org emails.  The new feature is easily enabled by admins in the Safe Links policy.



In the Safe Links policy window, click Safe Attachments to scan downloadable content and with the URL detonation feature turned on.

**URL Detonation** provides deeper protection against malicious URLs. Not only do we check a list of malicious URLs when a user clicks on a link, but Office 365 ATP will also perform real-time behavioral malware analysis in a sandbox environment against malicious attachments at destination URLs. For example, if an email includes a link to a Word document on a web server, the document is downloaded into our sandbox environment and detonated as if it were an attachment.

The administrator can establish separate policies for Safe Links. Each policy can be applied to a specific set of users, distribution groups, or domains. It is also possible to have unique policies within Safe Links and so each group of users can have custom settings. When a user clicks on an unsafe link, they receive a notification from Office 365.

# Anti-impersonation

Protection against sophisticated attempts for **user** impersonation, **domain** impersonation and **brand** impersonation

**Easy configuration** to create and update anti-impersonation settings

Different **actions** can be taken when a specified user or domain is impersonated





**User Impersonation based on Mailbox Intelligence**

Expanded user impersonation support to provide **Personalized** protection from impersonation attacks, based on each user's graph

*Also providing support for on-premises mailboxes*



# User-reported report

Shows all emails that **end users submit to Microsoft** using Report message plug-in

Filter by the **email threat category** selected by the user



 **Phish report**

Shows all emails that are categorized as **phishing emails**

Detected by advanced **machine learning** models, **impersonation** and **spoofing** protection

Details on **delivery status, attachment, header** and **email body**

Also include the **detection technology** that resulted in phish detection



## Content malware report

Information on malware that is detected and blocked in **SharePoint Online**, **OneDrive for Business**, and **Microsoft Teams**



 **Malware report**

Provide admins visibility and detail into the **protection status of their tenant**

Admins can update policies and configurations **reduce impact from latest threats**



# Safety tips

Provides information to users if and why an email is marked as spam, junk or is suspicious



 **Enhanced hover**

Users can **hover over URLs** in emails and see the original URL

Supports **end user education** by making them more aware of malicious URLs

**Unique capability** that no other vendor can offer

Available today on **OWA** and **Outlook client** on **Windows**



# Message reporting

Easy way for users to **report suspicious emails** directly to Microsoft for analysis

**Helps Microsoft** quickly update and enhance the protection capabilities

Emails can be reported as either **'junk' or 'Phish**

**Admins have visibility** into suspicious emails reported by users



# Time-of-click warnings

Provides granular details on **why a link was flagged** so they can understand when and why threats are blocked



# Attack Simulator

Launch **realistic simulated attacks** to assess user behavior

Create **awareness** and **train users** to make the right decisions to **prevent attacks**

Update security policies to **better protect** your organization

