# EXHIBIT 81



# Office 365 Advanced Threat Protection Quick Reference Guide, Q4 2017



CONFIDENTIAL
MSFT_TOC00073440

**ATP Field Messaging for OneList Items**

**(please click on the ID link for latest and most up to date messaging)**

**ID: 103901**
Additional SafeLink protection scenarios

Microsoft will be making significant advanced to Office 365 Safe Links. In May, we will launch:

- Per-tenant block list capabilities, enabling organizations to block URLs they want to, beyond the standard URLs that ATP blocks from its reputation filters.
- Block List Wildcards reducing the constraint from organizations exceeding the URL limit in the URL allow list
- Increasing the character limit for both URL allow and block lists

**ID: 103890**
Spoofed login page phishing attack vector

Microsoft is cognizant of URLs and websites that spoof login pages which are forms of phishing attacks designed to steal end-user credentials and realizes that this is a growing type of attack. As such, Microsoft has firmly focused investments into stopping these types of attacks. We are aware of how to stop these attacks and are taking a multi-pronged, robust approach to preventing these types of attacks from impacting our customers. Additionally, our holistic approach is building upon our security graph that enables us to leverage vast amount of signals we see across Microsoft to detect and block these attacks. Following are some of the key capabilities that will be brought online in the next few months. In FY17 Q4, we will roll out advanced machine learning based phishing detection for ATP customers such that these emails will be sent to the junk folder (see end of this document for more on phishing). We are also continuously reviewing and updating our URL reputation lists with additional industry leading feeds. We will also light up admin features that enables them to create custom policy to stop these threats that they have identified. In Q1 FY18, we will continue to add more real time check detection algorithms to further eliminate these attacks.

**ID: 98997**
O365 ATP Safe Attachment needs lower delivery delay

New features were released for ATP customers and those are improving the delivery times. New reporting features will be available in the next months and field was provided with talking points regarding Microsoft approach on security and how to position delivery statistics times in against competition.

- URL Detonation and Dynamic Delivery are available for customers. Blog announcement and resources for customers are available here.

- ATP reporting will launch in the next couple of months. ATP reporting will include plots for most active threat families, attachment scanning latency, cause for latency, and also rationale behind why ATP felt something was a threat. OneList 103903
- Talking points for the fields to use and address customer concerns.
    - MSFT reports latency values of emails which have an attachment, while many of our competitors report latency values of ALL emails (with or without attachment)
    - Latency of emails with attachments is on par or better than our competitors (~3mins trending to ~2mins)
    - Our ATP team is closely partnered with our Windows Server team and hypervisor team to coordinate and update ATP to specifically reduce latency issues and thus, in a few short months, we have been able to bring our average latency numbers to be on par or better than industry averages
    - Dynamic Delivery is the only feature of its kind across all industry-leading ATP solutions to specifically address the impact security solutions sometimes have on productivity (ie. latency in email)
    - The customer should also be reminded that Microsoft is the only organization that acknowledges that security is not the end goal, but simply a support to ensure organizations can remain productive to achieve more. Hence, features such as Dynamic Delivery ensure productivity built on security. For Microsoft, security is addressed from the first line of code, and not a bolt on feature, but rather a value-added feature to our services.

**ID: 103903**
ATP reporting feature enhancement requests

Microsoft realizes that one of the most important components of security, is the ability to gain visibility and understanding of how and why a threat is flagged and blocked. As such, Office 365 Advanced Threat Protection has introduced a new reporting dashboard available through the Security & Compliance Center which displays several new reporting UIs, including malware caught, ATP file disposition, and ATP file types caught. Additionally, ATP will be introducing a more advanced reporting capability in May which will provide the following:

**Malware catch:** Volume of malware catch by ATP

**Detailed report:** With detonation details and breakdown by malware catch by stack.

CONFIDENTIAL

MSFT_TOC00073442

### ATP Trials

For commercial ATP trials can be started
https://portal.microsoftonline.com/Signup/MainSignUp15.aspx?OfferId=b0919033-6f16-4bec-b799-99e0896c7593

***The trial is available for 25 seats, for up to 30 days by default***.

Extension requests for more a trial more than 25 seats or longer than 30 days can be filed here:

https://microsoft.sharepoint.com/teams/Office365trials/SitePages/ExtensionRequest.aspx

### ATP Near Term Roadmap (all roadmap items are tentative GA dates unless otherwise noted)

### Please Also follow the Office Roadmap Page

ATP Expansion to other Workloads

- Office ProPlus Desktop Clients – May 2017
- SPO/ODfb – H2 2017 (CY)
- Skype for Business/Yammer – H1 2018 (CY)

ATP Feature Set (between Jun-Sept)

- ATP + EOP malware quarantine
- Per-tenant block list for Safe Links
- Document Preview (a cousin to Dynamic Delivery) where the user can view the attachment ***while*** the scan is taking place
- Updated anti-phishing ML algorithms
- Catching malicious links within attachments
- SIEM integration through the Management API
- Intra-tenant Safe Links (early Sept/Oct)

**Commented [TL12]:** CY or FY? CY I suppose

ATP Advanced Reporting (May)

- **Malware catch:** Volume of malware catch by ATP
- **Detailed report:** With detonation details and breakdown by malware catch by stack

**Commented [DG15R13]:**

### Response to Proofpoint Claim on Gartner Report

To the best of our knowledge, Gartner has never published a Magic Quadrant ("MQ") report that is specific to Advanced Threat Protection ("ATP") for email services and as such, the claim that we have been

removed from Gartner's leader quadrant for ATP is false. If a customer does suggest this report exists and/or that this action has been taken, please ask for a copy of the report so that we can verify. Please also let us know if Proofpoint continues to make this claim and to which customers.

The last MQ report Gartner published with respect to secure email gateways ("SEG") was in 2015, and Microsoft was in the leader quadrant in this report. Typically, the SEG MQs were published every two years, which is why there has been no updated report. Rather, Gartner is discontinuing its SEG MQ and will instead publish a Secure Email Gateway product guide instead of the MQ report.

### Link to FastTrack EOP Configuration

Since several recent engagements have resulted in a negative experience with EOP configuration which then leads to a poor ATP experience, please note the following link which covers how Microsoft's FastTrack program can help facilitate the process of configuring EOP. There are stipulations (ie. FastTrack is only for paying customers) for using FastTrack and those guidelines can be found here. Please also look out this Technet article and specifically the section on EOP configuration.

### **ATP/EOP Anti-phishing Capabilities and Discussion Points**

ATP/EOP currently ***does help stop some forms*** including commodity phishing, spear phishing, and whaling campaigns. However, it should be made clear to customers that it no solution can stop all phishing campaigns and *ATP/EOP should never be positioned with customers as a solution that can stop every phishing campaign*. We are aggressively optimizing our anti-phishing capabilities so that our capabilities stay at or exceed the pace of evolution in phishing techniques that we are seeing in the threat landscape today. To this end, we are enhancing and optimized the following:

- Machine learning algorithms that specifically detect phishing signals in the entirety of the email (body, URL, headers) (ATP)
- Updated feeds which help detect the more sophisticated phishing campaigns that we see in the threat landscape (EOP/ATP)
- Updated and enhanced analyst rules which help detect phishing emails (EOP/ATP)

In summary:

It is fair to say that ATP will *help prevent more forms of phishing than EOP with the additional ML capabilities that are leveraged by ATP*. Also, it is important to let the customer know that we are updating and optimizing our anti-phishing capabilities and many of these enhancements will be reflected in the product in the very short future.