# EXHIBIT 82

https://web.archive.org/web/20120928234739/http://blogs.technet.com/b/exchange/archive/2012/09/24/mec-is-back-here-and-now.aspx    09/24/2020

INTERNET ARCHIVE
Wayback Machine
http://blogs.technet.com/b/exchange/archive/2012/09/24/mec-is-back-here-and-now.aspx   Go
13 captures
28 Sep 2012 – 1 May 2019
AUG SEP NOV
28
2011 2012 2013
About this capture

Sign In

# The Exchange Team Blog

Home | Library | Forums | Wiki | TechCenter

TechNet Blogs > Exchange Team Blog > MEC is live!

## MEC is live!

RATE THIS

The Exchange Team   24 Sep 2012 9:09 AM   💬 4

The day has come... After vanishing mysteriously ten years ago, the Microsoft Exchange Conference (MEC) makes a comeback starting today. The Exchange community has been eagerly anticipating the return of MEC, and the wait is finally over! MEC will be an event like no other – three days jam-packed with networking, unparalleled access to Exchange engineers and MVPs and, of course, the most in-depth information on Exchange anywhere.

Day 1 (Monday, September 24) starts with an opening keynote which will highlight the new release of Exchange. The first official session of MEC will be a technical keynote covering Exchange Server 2013 Architecture, providing a foundation of the new Exchange for all attendees. The eight remaining breakout sessions that follow on day one will round out the core understanding of the new release of Exchange.

Days 2 and 3 (Tuesday-Wednesday, September 25-26) will give attendees the opportunity to dive into specific areas of interest through more intimate & interactive settings to better accommodate two-way dialogues and learning with Exchange experts. Classroom session topics will range from not only the new release of Exchange but also Exchange 2010, Exchange Online, Legacy and other ecosystem topics such as Microsoft Support, Resources and Readiness.

With a diverse set of learning experiences on-site – including breakout sessions, interactive sessions, whiteboard sessions, and hands-on labs – there will be no shortage of opportunities for attendees to get their Exchange fix. In addition, The Exchange Arena will give 16 attendees a chance to compete against each other in the ultimate high-stakes battle – a series of timed, complex business challenges, designed and arbitrated by onsite Exchange masters, to solve in front of a live audience.

The Exchange leadership team will be attending MEC in full force, including Rajesh Jha (Corporate Vice President of Office 365 and Exchange), Brett Tanzer (Head of Exchange Security & Protection), Kevin Allison (Head of Customer Experience & Sustained Engineering), Perry Clarke (Head of Software Development), Steven Connor (Head of Software Development Test), Julia White (Head of Product Management), and Harvinder Bhela (Head of Program Management). For more information on the conference, go to mecisback.

As a kick-off to MEC, Harvinder has written a blog post on Office Next detailing one of the core value propositions of the new Exchange – Keeping your organization safe. It covers Exchange Online Protection, In-Place Archiving and eDiscovery, and Data Loss Prevention. You should check it out! Last week, we published a daily blog post on EHLO for "Cloud Week." We will continue to write a daily blog post this week as part of "Compliance Week," so keep on coming back to EHLO for more great content.

Thanks again for your support for EHLO, and for those of you who are attending MEC, we hope you have an unforgettable experience!

Steve Chew

Community, Announcements

### Leave a Comment

**Name**

**Comment**

Post

### Comments

Loading...

### Search via Tags

Administration  All Posts  Announcements  Biography  Calendaring  Client Access  Community  Compliance  Deployment  Development  Directory  Documentation  Events  Exchange 2007  Exchange 2010  Exchange 2013  Exchange Online  High Availability  History  Jobs  Mailbox  Microsoft  Mobility  Outlook  OWA  Planning and Architecture  Protocols  Scripting  Security  Setup  Storage  Tips 'n Tricks  Tools  Transport  Troubleshooting  Unified Messaging  Virtualization

### Connect with Us

Follow us on Twitter
Follow us on YouTube

### Follow our Blog

RSS for comments
Atom

**ehlo idea!**
Would you like to suggest a topic for the Exchange team to blog about? Send suggestions to us.







Try Exchange 2010
Microsoft Exchange Server 2010

Try Exchange Online
25GB Mailboxes
Built-in antivirus
Microsoft Exchange Online

| Exchange TechNet Resources | Other Microsoft Team Blogs | Quick Links | Support | Cool Community Links |
|---|---|---|---|---|
| Exchange TechCenter | Exchange Development Blog | Buy Now | Exchange Server Forums | MSExchange.org |
| Exchange Server 2010 | The NextHop (Lync) Community | Exchange Online | Exchange Server 2010 | Tony Redmond's Blog |
| Exchange Server 2007 | The Microsoft Windows Blog | Forefront Protection 2010 for Exchange Server | Exchange Server 2007 | MSExchangeGuru's Blog |
| TechNet Library | The Microsoft Office Blog | Forefront Online Protection for Exchange | Exchange Server DevCenter | The Master Blog |
| Forums | Bing Community | Microsoft Office 365 | Exchange Server Wiki | Ask Perry |
| | | | | More... |

  © 2011 Microsoft Corp.  |  Terms of Use  |  Trademarks  |  Privacy Statement  |  Report Abuse  |  About