# EXHIBIT 84

**Marketing**



# Microsoft O365 Trust Messaging Study
Final Report of Qualitative Research Findings

November 2015

schireson:

http://marketresearch

# Contents

Top Takeaways — 4

Security & Privacy — 7

Compliance & Transparency — 35

Appendix — 61

# Objectives & Methodology

 **Goals**

 **Approach**

 **Audiences**

 **Topics Covered**

- Understand wants, needs, pain points

- Test and evolve messaging specifically in relation to pillars / areas of interest: Compliance, Security, Privacy, Transparency

- Understand variance between desires and prepared statements

- Phase 1 of the Qual consisted of 4 mini-FGs with directors and up of 250+ employees organizations. Most respondents came from 1000+ emps orgs.

- Each sessions focused on 2 of the pillars.

- Learning will be ported to messages to be tested with C-level executives in Phase 2

- N=18

|  | NYC | Chicago |
|---|---|---|
| **Security & Privacy** | 1 Group | 1 Group |
| **Compliance & Transparency** | 1 Group | 1 Group |

**Companies Represented in the Sessions:**

| | |
|---|---|
| Allscrpits | Navistar |
| Broadridge Financial | Newark |
| Coach | Nuveen Investments |
| Crum Foster Seneca | Paul Weiss |
| Entertainment Cruises | Tory Burch |
| Jones Lang LaSalle | True Value |
| Katten Muchin Resenman LLP | Weight Watchers |
| Loews | Wells Fargo |
| Madison Square Garden | William Blair |

**Topic Definition and Philosophy**

**Market Forces WRT to Topic**

**Internal Forces, Needs, Pain Points**

**What Desire from Saas Vendors**

**Content / Feature Evaluation**

**Summary of Differentiators**

Microsoft Health

3

# Top Takeaways (1/2)

The four pillars are converging and inexorably linked.

Top-down fear (C-levels, the board, IT) is a powerful motivator.

- Compliance and security are a moving target:
  - **Compliance:** You never know when you'll need something or what you'll need/find.
  - **Security:** Threats are ever-evolving and one step ahead of IT/solutions/vendors.
- Domain leaders are more concerned about the other domains not in their control/purview
- No one wants to be the next target – liability for execs and boards is real. Board members are asking about security, and don't want to end up on the front page and ruin company's brand/reputation.

Focus on an integrated, holistic, and comprehensive solution addressing identity/access, productivity, cloud (O365) and all of the communications and business we do with those outside of our network.

Focus on assistance and visibility over current and future security threats and compliance needs.

Throughout proof-points are critical.

A clear hierarchy exists between the 4 pillars.

- Transparency and privacy are binary baseline tablestakes that must be covered.
- Some opportunity exists for differentiation focused on data protection (restricted access by Microsoft, separation of data, etc.) encryption of data, and transparency – which allow TDMs to feel more confident and comfortable.
- Security is the most important, relevant, and concerning area; elements such as Encryption & DRM feel differentiated.
- Compliance – though important and troublesome – is not as critical. Organically, TDMs focus on the other 3 pillars.

# Top Takeaways (2/2)

For Transparency and Privacy, focus is on data security, visibility and the delicate situation regarding government requests for data.

- Organizations want to own encryption keys for maximum security and to ensure that vendors don't share data with governments.
- Commitment to pushback on government requests is commendable.
- Many want to ensure that Microsoft has only the bare minimum and absolutely necessary access to their data; increased information and transparency is desired.

Focus on encryption and provide details (what schemes, at rest, in transit, etc.) – and meet in the middle on Encryption keys as a shared responsibility.

Provide 3rd-party audit to validate key elements.

Focus on transparency and control with respect to access to data (rules, permissions, alerts, visibility, logs, processes, incidence management).

While org leadership is worried about external security threats, IT is most concerned about IWs.

TDMs focus on security monitoring, not creating a bigger "moat."

- IWs are a significant security vulnerability on both the security and compliance end (i.e., getting them to comply with data policies, code content, etc.).
- Whether through stupidity, lack of training, or malfeasance, IWs are seen as the primary threat / weakest link. Many organizations execute white-hat phishing / malware tests.
- Many see diminishing returns on building "walls and moats" – instead, the focus is on monitoring and trends to better protect critical IP.

Focus on internal and external threats.

Elements that promise more intelligent / predictive security are desirable, but need to be explained.

End-user ease of use, education, training, and control/prevention is compelling – Office has a unique opportunity.

# High-Level Areas of Concern

While desire for more information exists in most areas of the stimuli tested, respondents appear to express greater skepticism and require greater detail/proof within the following key areas.

| STOP EXTERNAL THREATS | PRIVACY | INFO GOVERNANCE | TRANSPARENCY |
|---|---|---|---|
| Yes.  Signature, it says it hasn't been identified as virus or malware but then it goes through a behavior analysis so what is that exactly?  How is that better than what they have now? [Security, Chicago]<br><br>The malicious URLs, the real-time protection against malicious URLs, I'm already doing that today.  It works well but what's not clear here is, is Microsoft now being my proxy server?  I'm going to assume that the answer is no but again, if I'm doing an apples-to-apples comparison I want to see what they are doing.  In addition, how customizable is it? Is it an all-or-nothing, can I implement it based on a security group within my Active Directory because there are people that need different levels of security?  Can I create whitelists for certain URLs?  Again, to [his] point on a different issue, there are more questions come up as I read this only because I already have a solution that does this for me. [Security, NY]<br><br>The second bullet about the real-time protection, that's pretty interesting but I would have to get more details and technicalities. The second thing that got me was the last one saying the protection remains – every time they click the link as malicious links are dynamically blocked.  I'm a little lost. How does Microsoft know that the bad links [inaudible] and the good links are going to be accessed? Is there a sandboxing technology in place where things are being vetted out there? [...] [If so] yes, it's pretty good, absolutely. [Security, NY] | Also, in the first paragraph where it says we're not mining your data for advertising purposes or use your data except for purposes consistent with providing you cloud productivity services. What exactly does that mean? It almost sounds like it's purposely worded in a way so it allows them to do something. [Security, Chicago]<br><br>Then it's your data so if you leave the service you can take your data with you.  How?  [...] I just had a lot of questions. [Security, Chicago]<br><br>Then under the second bullet of the third section, privacy controls.  Design elements prevent mingling of your data with other organizations. That's pretty soft, too.  I don't know what that means, design elements.  I need something hard that says your data will not be – I know they're going to be multitenant but somehow I need to know it's not mingling. That's just a bad term.  I know it's not marketing. [Security, Chicago]<br><br>Two things. I think they are missing two bullets like encryption, they didn't mention about how good my data is encrypted and so on. The other bullet is where is my data stored?  Saying hey, what steps or how is Microsoft going to ensure my data is stored where I want it stored and those kind of things. [Security, NY] | I don't know. I would want to see it more clearly like being able to work with Hadoop or Cloudera, whatever the Big Data environment is. Maybe we're being overly critical because let's face it, just doing this is a lot. [Compliance, NY]<br><br>My big question is about how easy it is to actually have people code it. I don't think we're at the point where the systems can do it without human input which means how do I make the human input as easy as possible to maximize the chance it will be done? [...] Even if it's something as simple as there is a click you can click on while you're doing it just to say this may be important, I'll come back to it. So it leaves the stuff you've not clicked on, you don't have to look at again during the one day you're actually going to devote to me to actually look at this. [Compliance, Chicago]<br><br>Predictive and intelligent?  I don't know what intelligent compliance is and predictive coding technology. I don't know, that just seemed like it was aspirational. [Compliance, NY] | To be honest, again, there's been some positive signs within these companies but you have to kind of build my trust again after what's happened with respect to request for customer data without us knowing.  That's going to take some time. [Compliance, NY]<br><br>The Lockbox concept kind of stood out.  I liked it. I would like to see how it would be implemented but conceptually it helps to address that concern of Microsoft needing to perform maintenance and yet the customer needing to have complete control over the disposition of the data. [Compliance, NY]<br><br>I'd also like to know what a financially backed guarantee is. That seems like a concept that's way out there. [Compliance, Chicago]<br><br>I starred the physical security only because I didn't realize you had all those things in place. [...] It's not the thing with which you make a final determination but it is kind of that base level of you have to have it. [Compliance, Chicago]<br><br>Prove to me that there's no backdoor.  Prove to me there's no second layer to this. [Compliance, NY] |

Microsoft Confidential

# Security & Privacy

# Security – Keywords

*Note: Larger size font indicates greater frequency of mention*

**Protection**

**End-user education**

**Encryption**

**Data center**

**Cloud**

**Target**

**Email**

**Encryption keys**

**Security layers**

**Data**

**Breach**

**Security**

Threats

Phishing

Cannot print

Authentication

Containment

*[I want to know] that they can provide the same level of security that we're putting into our own data centers or our own environments into the cloud and integrate well with it. [Security, NY]*

*For us it's the targeted attack and protecting our customers, our users. [Security, NY]*

*Data breach. Really concerned about ensuring that our user base understands basic security policies when they're working with client data. [Security, NY]*

Availability

Zero-day

Empowered

Safe harbor

Access

Providers

Fence

End-user engagement

Incidences

Vulnerabilities

Integration

Protecting them from themselves

Mal-intent

Administrative access

Malware

Mobile

3rd-party

Risk mitigation

Customer controls

Fear

Lockscreen

Dashboard

Data-security

Service outage

Devices

Scrub links

MDM

Two-factor authentication

*Protecting the users from themselves. They are the most dangerous part. I think it goes back to, you mentioned education, right? Educating the user on what's out there. [Security, Chicago]*

Media

Leap of faith

Metrics

SOX review

Mindful

Real-time education

Drilldown

Danger

Monitoring

Restrict access

Multi-layers

Hackers

Newspapers

Single sign-on

Notifications

Independent audit

Ownership

Application vulnerabilities

Patching

Data integrity

PDFs

Multi-tenant environment

DRM

No upcharge

PKI

Violations

Point-of-sale

Webinars

Promises

Competition

Proof

Continuous monitoring

BYOD

System logs

Controls

Compliance

Reporting

CEO's house

Reputation

Hardened laptops

Ease of use

Helpdesk

Corruption

Concerns

Policy tips

Independent certifications

No advertising

Controls

No data usage

Client data

Cost

Unintentional download

Clear documentation

ISO certification

Theft

Account lockouts

Encryption

Physical access

Transparent

White-glove service

Trust

On-premise solutions

Update

Laptop

User-base

Sensitive content types

Speed

No datamining

Subpoenas

Current solutions

Support

Whitelist URLs

Tablet

Contradiction

Alerts

Slippery

Microsoft Confidential    8

# Security – Keywords By Subcategory

*Note: Larger size font indicates greater frequency of mention*

| IDENTITY & ACCESS CONTROL | STOP EXTERNAL THREATS | SECURE COLLABORATION | PRIVACY | TRANSPARENCY |
|---|---|---|---|---|

### IDENTITY & ACCESS CONTROL
**Authentication**
End-user engagement
Hardened laptops
Support
Competition
Security layers
Devices
PKI
Fence
Webinars
Helpdesk
Single sign-on
Integration
Current solutions
Lockscreen
BYOD
Whitelist URLs
Mobile

### STOP EXTERNAL THREATS
**Security layers**
**End-user education**
Protecting them from themselves
Drilldown
On-premise solutions
Email
Zero-day
Malware
Scrub links
Multi-layers
No upcharge
Point-of-sale
Real-time education
Protection
Dashboard
Security

### SECURE COLLABORATION
**Protection**
**Encryption**
**Empowered**
**Data**
**End-user education**
**Containment**
**Cannot print**
DRM
Concerns
Vulnerabilities
Email
Restrict access
Corruption
Availability
Protecting them from themselves
Zero-day
Cloud
Continuous monitoring
Policy tips
System logs
End-user engagement
Ease of use
Data integrity
Encryption
Sensitive content types
Mal-intent
Clear documentation
Mindful
Access
PDFs

### PRIVACY
**Administrative access**
**Encryption keys**
ISO certification
Contradiction
No data usage
Controls
Independent audit
Data
No advertising
Encryption
Transparent
Customer controls
Compliance
Integration
Data center
Promises
Independent certifications
Proof
SOX review
Providers
No datamining
Slippery
Access
Subpoenas

### TRANSPARENCY
**Safe harbor**
**Incidences**
**Cloud**
**3rd-party**
Encryption keys
Controls
Account lockouts
Fear
Violations
Breach
Leap of faith
Metrics
Physical access
Monitoring
Update
Newspapers
Vulnerabilities
Notifications
Data center
Ownership
Alerts
Patching
White-glove service
Service outage
Reporting
Trust
Providers
Multi-tenant environment

*Similar stuff to what these guys are saying. Two-factor authentication. Primarily it's the end-user education. I'm more concerned about the laptop or the tablet at my CEO's house than I am about what he's going to say about cloud. [Security, Chicago]*

*Protecting the users from themselves. [...] Educating the user on what's out there. We started a significant campaign for our company to better educate them on the threats that are out there and then testing them on those threats so they are better educated. [Security, Chicago]*

*One of the things that we're trying to do is we're trying to empower our customers, our users, to be more self-sufficient, especially now as the new workforce comes in. They've already been self-sufficient. [Security, NY]*

*Some of the things people are asking for that I think is going to be big is the ability for us to own the encryption keys. Either we need to own it or in a lot of cases the clients will demand from us. [Security, Chicago]*

*What I fear, we all know the vendor itself is going to have access to the data or people who are administrating those boxes potentially has access to the data, depending on how you manage encryption. But often these vendors extend their services to third-parties. They contract third-parties for a temporary basis or permanently, so that's a concern. [Security, NY]*

Microsoft Confidential

# Feature Statement Evaluation Format

**Red indicates a generally negative reaction.**

**Green indicates a generally positive reaction.**

Color coding is used to show qualitative reactions to specific word choices and feature descriptions.

Lorem ipsum dolor sit amet, consectetur adipiscing elit, sed do eiusmod tempor incididunt ut labore et dolore magna aliqua. Ut enim ad minim veniam, quis nostrud exercitation ullamco laboris nisi ut aliquip ex ea commodo consequat. Duis aute irure dolor in reprehenderit in voluptate velit esse cillum dolore eu fugiat nulla pariatur. Excepteur sint occaecat cupidatat non proident, sunt in culpa qui officia deserunt mollit anim id est laborum.

**Larger font indicates a stronger reaction across the sessions**

**Blue indicates a mixed reaction (some positive, some negative).**

# Identity & Access Controls

No matter where your employees are, you'll be able to **ensure the right people are getting to the right data**, even when employees are using their own devices. ①

- **Simplify** and Manage User Access - **Leverage Azure Active Directory** to set user security policies in Office 365 ②

③ **Multi-factor Authentication** - Secure logins for cloud services above and beyond passwords

- Gain Security Insights - **Run Advanced Threat Analytics** to **identify and mitigate suspicious activity** ④

Mobile Device Management / Mobile Application Management - Companies are looking at a way to secure data access from different devices, while maintaining productivity. With Office 365, customers get a built-in MDM solution that allows IT to ensure that any device that is connecting to corporate data is healthy and is enrolled with the company. In addition, IT can extend control with built in MDM such as **selective wipe, conditional access** and device policy. Key features include

- Conditional Access - Help secure and manage corporate resources by requiring enrollment of devices
  - Before mobile devices can access Office 365 data, they must be enrolled and healthy. After enrollment if policies are violated applications will restrict access to Office 365 data.  The enrollment process is completely user driven and doesn't require and IT admins approval.

⑤ **Device Management** - Set device policies such as jailbreak detection and device level pin
  - Device Policies – Enforce device policies such as pin lock, jailbreak detection, and **control what devices can connect to the service.**
  - Admin Control – Built-In Management, set policies by groups allowing you to customize a different policy for each group, and set product level granular control per policy. ⑥
  - Device Reporting – View compliance logs for devices, including mobile usage and trends.

- **Selective Wipe - Perform a selective wipe of Office 365 data, while leaving personal data intact.** ⑦
  - The IT admin can wipe Office 365 data from the user's device. When they trigger the wipe, all of the data cached or stored by the apps will be deleted, while all of the user's personal content remains intact.

Mobile Application Management - With Microsoft InTune securely access corporate information using Office mobile apps, while preventing company **data loss by restricting actions such as copy/cut/paste/save in your managed app ecosystem** ⑧

① Initial statement captured the desired end-goal: delivering appropriate access to users. Latter part of the sentence resonated with BYOD orgs.

② Ability to authenticate against the cloud was welcomed and desired – and seemed relatively new to some.

③ Fundamental, but difficult to execute; necessary given mobility and phishing threat. For many, MFA is on the immediate horizon given more and more orgs are deploying cloud solutions.

④ Intriguing and differentiating, but unclear to many; desire exists to track & analyze users' behaviors to provide incidence management and a broader view of threats.

⑤ While this section is interesting and relevant, concerns exist about UX for workers; how transparent would this be on iOS and Android devices?

⑥ Ideally tied to HR system as well.

⑦ Transformative and differentiating; would allow companies flirting with BYOD to adopt it as a policy.

⑧ Potential to allow increased IW self-sufficiency.

⑨ Many identify the top section as being differentiating, extremely relevant, and timely.

⑩ While MDM & MAM functionality is important, most orgs have existing solutions in place. Relevance of each promise is a function of how much better features are compared to incumbent functionality.

- Security analytics stands out.
- Multi-factor authentication (MFA) drives interest given the trend towards cloud solutions.
- Related to MFA, SSO seems to be embedded in the offering without being explicitly mentioned. It is both top-of-mind and a pain point – and should be part of the messaging.

# Identity & Access Controls (Cont.)

No matter where your employees are, you'll be able to **ensure the right people** are getting to the **right data**, even when employees are using their own devices. **(1)**

- **Simplify** and Manage User Access - **Leverage Azure Active Directory** to set user security policies in Office 365 **(2)**

- **Multi-factor Authentication** - Secure logins for cloud services above and beyond passwords

- Gain Security Insights - **Run Advanced Threat Analytics** to **identify and mitigate suspicious activity**

Mobile Device Management / Mobile Application Management - Companies are looking at a way to secure data access from different devices, while maintaining productivity. With Office 365, customers get a built-in MDM solution that allows IT to ensure that any device that is connecting to corporate data is healthy and is enrolled with the company. In addition IT can extend control with built in MDM such as **selective wipe, conditional access** and device policy. Key features include

- Conditional Access - Help secure and manage corporate resources by requiring enrollment of devices
  - Before mobile devices can access Office 365 data, they must be enrolled and healthy. After enrollment if policies are violated applications will restrict access to Office 365 data.  The enrollment process is completely user driven and doesn't require and admins approval.

- **Device Management** - Set device policies such as jailbreak detection and device level pin
  - Device Policies – Enforce device policies such as pin lock, jailbreak detection, and **control what devices can connect to the ser**
  - Admin Control – Built-In Management, set policies by groups allowing you to customize a different policy for each group, and product level granular control per policy.
  - Device Reporting – View compliance logs for devices, including mobile usage and trends.

- **Selective Wipe - Perform a selective wipe of Office 365 data, while leaving personal data intact.**
  - The IT admin can wipe Office 365 data from the user's device. When they trigger the wipe, all of the data cached or stored by apps will be deleted, while all of the user's personal content remains intact.

Mobile Application Management - With Microsoft InTune securely access corporate information using Office mobile apps, while preventing company **data loss by restricting actions such as copy/cut/paste/save in your managed app ecosystem**

**(1)** Initial statement captured the desired end-goal: delivering appropriate access to users. Latter part of the sentence resonated with BYOD orgs.

**(2)** Ability to authenticate against the cloud was welcomed and desired – and seemed relatively new to some.

*The words I circled were exactly the same as [him].  Ensure, right people, right data [...] So you have the right data appropriate to your role and now if we are able to report on that to the management teams for each of those employees, that's even better. [Security, Chicago]*

*We do have a formalized BYOD program, if they wanted to add another device, right now it's still [...] bring down your device. A lot of the new kids coming in don't want to [...] Why do I need to? I should just be able to do this myself. [...] I see this as being more in line with what they are already used to doing, because Microsoft has had this self-service type model for a while. [Security, NY]*

*For me, it's about accommodating what the users are pushing us towards which is access anywhere, and this is a secure document around that. I actually crossed off even when employees are using their own devices. We do have a BYOD concept in place and so to me it's almost redundant because O365 is about access anywhere, it's about their own devices. [Security, Chicago]*

*I put a star by leverage Azure Active Directory.  I do recall looking at O365 a few years ago and the need that I was looking at was potentially spinning up a new site [...] I remember being disappointed because the authentication couldn't be – there was some disconnect between the Active Directory and the federated services environment and the on-prem one.  I don't recall it being Azure Active Directory so that's relatively new. [...] So if that's going to be something where they can authenticate against the cloud but it's coming from my on-prem Active Directory. That would be really cool. [Security, Chicago]*

# Identity & Access Controls (Cont.)

No matter where your employees are, you'll be able to **ensure the right people** are getting **to the right data,** even when employees are using their own devices.

- **Simplify** and Manage User Access - **Leverage Azure Active Directory** to set user security policies in Office 365
- ③ **Multi-factor Authentication** - Secure logins for cloud services above and beyond passwords
- Gain Security Insights - **Run Advanced Threat Analytics** to **identify and mitigate** ④ **suspicious activity**

Mobile Device Management / Mobile Application Management - Companies are looking at a way to secure data access from different devices, while maintaining productivity. With Office 365, customers get a built-in MDM solution that allows IT to ensure that any device that is connecting to corporate data is healthy and is enrolled with the company. In addition, IT can extend control with built in MDM such as **selective wipe, conditional access** and device policy. Key features include

- **Conditional Access** - Help secure and manage corporate resources by requiring enrollment of devices
  - Before mobile devices can access Office 365 data, they must be enrolled and healthy. After enrollment if policies are violated applications will restrict access to Office 365 data.  The enrollment process is completely user driven and doesn't require and IT admins approval.
- **Device Management** - Set device policies such as jailbreak detection and device level pin
  - Device Policies – Enforce device policies such as pin lock, jailbreak detection, and **control what devices can connect to the s**
  - Admin Control – Built-In Management, set policies by groups allowing you to customize a different policy for each group, product level granular control per policy.
  - Device Reporting **–** View compliance logs for devices, including mobile usage and trends.
- **Selective Wipe - Perform a selective wipe of Office 365 data, while leaving personal data intact.**
  - The IT admin can wipe Office 365 data from the user's device. When they trigger the wipe, all of the data cached or stored apps will be deleted, while all of the user's personal content remains intact.

Mobile Application Management - With Microsoft InTune securely access corporate information using Office mobile while preventing company **data loss by restricting actions such as copy/cut/paste/save in your managed app ecosystem**

*[It's important because] mobility and phishing incidents and people get increasing threats from people's passwords being breached. [Security, NY]*

*So what exactly is this? Does this mean that I'm now putting all my Active Directory in the cloud? Is this basically an outsourcing of my entire Active Directory?  What we're setting up is a federated environment, we are keeping it in-house and we are going to federate it for the O365 environment.  That would be a difficult thing for us because we have so many other systems that authenticate and are tied to AD.  I don't know that we could say okay, Microsoft, you can have this. [Security, Chicago]*

③ Fundamental, but difficult to execute; necessary given mobility and phishing threat. For many, MFA is on the immediate horizon given more and more orgs are deploying cloud solutions.

④ Intriguing and differentiating, but unclear to many; desire exists to track & analyze users' behaviors to provide incidence management and a broader view of threats.

*I [liked] multifactor authentication and the security analytics. [...] I'm not aware of anything right now that does anything to that level of a mobile platform. [...] It would be nice to be able to feed it into what I mentioned before which is the security incident and event management system which is a system that aggregates all your logs and does some analytics against it so you see a broader view of threats that come in from multiple sources. [Security, NY]*

*The three words I crossed out in that whole paragraph were advanced threat analytics. Too many companies out there are promising that. What I prefer to hear is you'd be able to track user behavior analytics so that will help me. If that person has 15 devices and he loses one of those devices and ends up in another country but hasn't been deleted, that's a different behavior for that person.  If I'm able to detect that, that's better. [Security, Chicago]*

# Identity & Access Controls (Cont.)

No matter where your employees are, you'll be able to **ensure the right people** are getting to the **right data**, even when employees are using their own devices.

- **Simplify** and Manage User Access - **Leverage Azure Active Directory** to set user security policies in Office 365

- **Multi-factor Authentication** - Secure logins for cloud services above and beyond passwords

- Gain Security Insights - **Run Advanced Threat Analytics** to **identify and mitigate suspicious activity**

Mobile Device Management / Mobile Application Management - Companies are looking at a way to secure data access from different devices, while maintaining productivity. With Office 365, customers get a built-in MDM solution that allows IT to ensure that any device that is connecting to corporate data is healthy and is enrolled with the company. In addition, IT can extend control with built in MDM such as **selective wipe, conditional access** and device policy. Key features include

- Conditional Access - Help secure and manage corporate resources by requiring enrollment of devices
  - Before mobile devices can access Office 365 data, they must be enrolled and healthy. After enrollment if policies are violated applications will restrict access to Office 365 data.  The enrollment process is completely user driven and doesn't require and IT admins approval.
  - (5) **Device Management** - Set device policies such as jailbreak detection and device level pin
    - Device Policies – Enforce device policies such as pin lock, jailbreak detection, and **control what devices can connect to the service.**
    - Admin Control - Built-In Management, set policies by groups allowing you to customize a different policy for each group, and set product level granular control per policy. (6)
    - Device Reporting – View compliance logs for devices, including mobile usage and trends.

- **Selective Wipe - Perform a selective wipe of Office 365 data, while leaving personal data intact.**
  - The IT admin can wipe Office 365 data from the user's device. When they trigger the wipe, all of the data cached or stored by the apps will be deleted, while all of the user's personal content remains intact.

Mobile Application Management - With Microsoft InTune securely access corporate information using Office mobile apps, while preventing company **data loss by restricting actions such as copy/cut/paste/save in your managed app ecosystem**

*I will say this, one thing on the bottom two-thirds that's a little different is the enrollment and devices concept. [...] It's just a little different. I haven't necessarily heard of that and after reading it I have a lot more questions about it. [...] It's another layer of security so it would restrict or add devices from getting to our data or your data or our data Microsoft is hosting for us. But on the other hand I'm reading how it's on the devices so it seems to be like some kind of software living on the device and I'm concerned about it [being on] people's personal devices and then them calling the service desk. [Security, Chicago]*

*I felt just in general this whole thing was sort of transformative. [...] Yes, MDM.  Then, by the same token I have a lot of questions. I want to see how it integrates. Is Microsoft going to support Android, Apple devices, all those kinds of things? So a lot of questions come up. How does it integrate? [Security, NY]*

(5) While this section is interesting and relevant, concerns exist about UX for workers; how transparent would this be on iOS and Android devices?

(6) Ideally tied to HR system as well.

*I wondered how about tying it into the HR system so people's access is dictated by the role they're in, rather than Roberto, move to another job and the old boss forgot to take his access off over there. That happens.  We have annual security reviews but it would be great to be able to tie that into the HR system so when a person moves their access is deleted or their access is removed from their old role and put on their new role. [Security, NY]*

# Identity & Access Controls (Cont.)

No matter where your employees are, you'll be able to **ensure the right people** are getting **to the right data**, even when employees are using their own devices.

- **Simplify** and Manage User Access - **Leverage Azure Active Directory** to set user security policies in Office 365

- **Multi-factor Authentication** - Secure logins for cloud services above and beyond passwords

- Gain Security Insights - **Run Advanced Threat Analytics** to **identify and mitigate suspicious activity**

Mobile Device Management / Mobile Application Management - Companies are looking at a way to secure data access from different devices, while maintaining productivity. With Office 365, customers get a built-in MDM solution that allows IT to ensure that any device that is connecting to corporate data is healthy and is enrolled with the company. In addition, IT can extend control with built in MDM such as **selective wipe, conditional access** and device policy. Key features include

- **Conditional Access** - Help secure and manage corporate resources by requiring enrollment of devices
  - Before mobile devices can access Office 365 data, they must be enrolled and healthy. After enrollment if policies are violated applications will restrict access to Office 365 data.  The enrollment process is completely user driven and doesn't require and IT admins approval.

- **Device Management** - Set device policies such as jailbreak detection and device level pin
  - Device Policies – Enforce device policies such as pin lock, jailbreak detection, and **control what devices can connect to the service.**
  - Admin Control – Built-In Management, set policies by groups allowing you to customize a different policy for each group, and set product level granular control per policy.
  - Device Reporting – View compliance logs for devices, including mobile usage and trends.

- **Selective Wipe - Perform a selective wipe of Office 365 data, while leaving personal data intact.** ⑦
  - The IT admin can wipe Office 365 data from the user's device. When they trigger the wipe, all of the data cached or stored by the apps will be deleted, while all of the user's personal content remains intact.

Mobile Application Management - With Microsoft InTune securely access corporate information using Office mobile apps, while preventing company **data loss by restricting actions such as copy/cut/paste/save in your managed app ecosystem** ⑧

*The selective wipe.  That seemed interesting. Where they can, instead of completely wiping the remote system they can wipe only certain data within the system rather than personal data. [...] I wouldn't say it's a game-changer but it's a neat feature that jumped out at me. We are better off – we don't do a BYOD policy but it could enable us to do something like that. [Security, NY]*

⑦ Transformative and differentiating; would allow companies flirting with BYOD to adopt it as a policy.

⑧ Potential to allow increased IW self-sufficiency.

*The transformative nature of this solution would be well, my ecosystem is Microsoft anyway. Right? One of the things we currently don't allow our customers to do is self-service wipe or reset their device. One of the things that we're trying to do is we're trying to empower our customers, our users, to be more self-sufficient, especially now as the new workforce comes in. They've already been self-sufficient. They don't want to call the IT help desk to get their problems solved. So that's something we're seeing as being transformative in the workforce. Allowing more end-user involvement in managing their own device.  [Security, NY]*

# Identity & Access Controls (Cont.)

**No matter where your employees are, you'll be able to ensure the right people are getting to the right data,** even when employees are using their own devices.

**⑨**
- **Simplify** and Manage User Access - **Leverage Azure Active Directory** to set user security policies in Office 365
- **Multi-factor Authentication** - Secure logins for cloud services above and beyond passwords
- Gain Security Insights - **Run Advanced Threat Analytics** to **identify and mitigate suspicious activity**

Mobile Device Management / Mobile Application Management - Companies are looking at a way to secure data access from different devices, while maintaining productivity. With Office 365, customers get a built-in MDM solution that allows IT to ensure that any device that is connecting to corporate data is healthy and is enrolled with the company. In addition, IT can extend control with built in MDM such as **selective wipe, conditional access** and device policy. Key features include

- Conditional Access - Help secure and manage corporate resources by requiring enrollment of devices
  - Before mobile devices can access Office 365 data, they must be enrolled and healthy. After enrollment if policies are violated applications will restrict access to Office 365 data.  The enrollment process is completely user driven and doesn't require and IT admins approval.

**⑩**
- **Device Management** - Set device policies such as jailbreak detection and device level pin
  - Device Policies – Enforce device policies such as pin lock, jailbreak detection, and **control what devices can connect to the service.**
  - Admin Control - Built-In Management, set policies by groups allowing you to customize a different policy for each group, and set product level granular control per policy.
  - Device Reporting – View compliance logs for devices, including mobile usage and trends.
- **Selective Wipe - Perform a selective wipe of Office 365 data, while leaving personal data intact.**
  - The IT admin can wipe Office 365 data from the user's device. When they trigger the wipe, all of the data cached or stored by the apps will be deleted, while all of the user's personal content remains intact.

Mobile Application Management - With Microsoft InTune securely access corporate information using Office mobile apps, while preventing company **data loss by restricting actions such as copy/cut/paste/save in your managed app ecosystem**

*I looked at this first third was kind of different and the bottom two-thirds is 90% of people already have it.  Unless you do it right when you move to Office 365 everyone already has this so why would we displace what we have already bought and paid for, for this? [Security, Chicago]*

*I circled this first paragraph about this identity and access control. I think everything they're doing there is going to be very different. [Security, Chicago]*

*I have to make a choice. Interestingly, Apple came out with their own MDM last week and so they are doing webinars and that kind of thing for Apple devices free of charge.  They are offering similar. […] Apple is one piece. Microsoft is saying Office 365 can give you an MDM solution. So there is going to be a little bit of competition and static between [which way to go]. Obviously, I'm going to lean towards my other MDM solution which is more comprehensive compared to this being offered in Office 365. […] [We have] MobileIron. [Security, NY]*

*The mobile application management. Again, it really all comes down to if it matches what our current solution does, ours is a secure [environment]. I like this mobile application management where you can prevent certain actions.  [Security, NY]*

**⑨** Many identify the top section as being differentiating, extremely relevant, and timely.

**⑩** While MDM & MAM functionality is important, most orgs have existing solutions in place. Relevance of each promise is a function of how much better features are compared to incumbent functionality.

# Identity & Access Controls (Cont.)

No matter where your employees are, you'll be able to **ensure the right people** are getting to the **right data**, even when employees are using their own devices.

- **Simplify** and Manage User Access - **Leverage Azure Active Directory** to set user security policies in Office 365

- **Multi-factor Authentication** - Secure logins for cloud services above and beyond passwords

- Gain Security Insights - **Run Advanced Threat Analytics** to **identify and mitigate suspicious activity**

Mobile Device Management / Mobile Application Management - Companies are looking at a way to secure data access from different devices, while maintaining productivity. With Office 365, customers get a built-in MDM solution that allows IT to ensure that any device that is connecting to corporate data is healthy and is enrolled with the company. In addition, IT can extend control with built in MDM such as **selective wipe, conditional access** and device policy. Key features include

- Conditional Access - Help secure and manage corporate resources by requiring enrollment of devices
  - Before mobile devices can access Office 365 data, they must be enrolled and healthy. After enrollment if policies are violated applications will restrict access to Office 365 data.  The enrollment process is completely user driven and doesn't require and IT admins approval.

- **Device Management** - Set device policies such as jailbreak detection and device level pin
  - Device Policies – Enforce device policies such as pin lock, jailbreak detection, and **control what devices can connect to the service.**
  - Admin Control - Built-In Management, set policies by groups allowing you to customize a different policy for each group, and set product level granular control per policy.
  - Device Reporting – View compliance logs for devices, including mobile usage and trends.

- **Selective Wipe - Perform a selective wipe of Office 365 data, while leaving personal data intact.**
  - The IT admin can wipe Office 365 data from the user's device. When they trigger the wipe, all of the data cached or stored by the apps will be deleted, while all of the user's personal content remains intact.

Mobile Application Management - With Microsoft InTune securely access corporate information using Office mobile apps, while preventing company **data loss by restricting actions such as copy/cut/paste/save in your managed app ecosystem**

*If Microsoft came in today and said we can help you with shoring up your identity and access control processes with not only your internal systems, but your external systems on our Office 365 platform in addition to the third-party vendors that you have out in the cloud, and we also do this […] especially with the threat protection. I think that would allow them to come in and go deep into their bag of tricks, bend the ear of the C-level people. For us it's really identity and access control.  Just really helping us vet out how we are going to implement the security processes for cloud solutions. [Security, NY]*

*Multifactor, it's about the insights into access control and data governance. Things like that. If we can see what's going on and who has access to what and how they have access and being able to set policies in place that says okay, this group can access this set of services. That really helps define the rest of the solution. [Security, NY]*

*I just want to make sure that my data is going to be available if I'm going to a cloud-based service. […] Uptime, yes. [Security, NY]*

*They have a free [MDM solution] and then Intune is the more advanced one. […] We are rolling it out because we liked it. […] Better containerization, digital rights management was definitely one part, but also their enterprise suite is single sign-on to many applications. Help service, so password reset, account management, there's a ton of features in there we liked that we didn't quite have in our environment or had too many tools doing it and to move to one tool was a great success. [Security, Chicago]*

- Security analytics stands out.
- Multi-factor authentication (MFA) drives interest given the trend towards cloud solutions.
- Related to MFA, SSO seems to be embedded in the offering without being explicitly mentioned. It is both top-of-mind and a pain point – and should be part of the messaging.

# Stop External Threats

**AV/AS and Advanced Threat Protection -** Protect against next gen security attacks and **educate your users**  about potential attacks. 2 layers of protection:

- 1. Exchange Online Protection (EOP): Built-in protection safeguard against spam, known viruses/malicious links.

- ② 2. **Advanced Threat Protection** (ATP): **Protects against unknown malware and real time protection against emerging malicious links.**

  - Protection against unknown malware and viruses

    - EOP employs a robust and layered anti-virus protection powered by three different engines against known malware and viruses.

    -  ATP extends this protection through a feature called Safe Attachments, which protects against unknown malware and viruses, and provides better zero-day protection to safeguard your messaging system. All messages and attachments that don't have a known virus/malware signature are routed to a special hypervisor environment, where a behavior analysis is performed using a variety of machine learning and analysis techniques to detect malicious intent. If no suspicious activity is detected, the message is released for delivery to the mailbox.

  - Real time, time-of-click protection against malicious URLs

    - EOP scans each message in transit and provides **time of delivery protection, blocking any malicious hyperlinks** in a message.

    - But attackers sometimes try to hide malicious URLs with seemingly safe links that are redirected to unsafe sites by a forwarding service after the message has been received. ATP's Safe Links feature proactively protects your users if they click such a link. That protection remains every time they click the link, as malicious links are dynamically blocked while good links can be accessed. ④

  - **Rich reporting and URL trace capabilities**

    - ATP also offers **rich reporting and tracking capabilities**, so you can gain critical insights into who is getting targeted in your organization and the category of attacks you are facing. Reporting and message tracing allows you to investigate messages that have been blocked due to an unknown virus or malware, while the URL trace capability allows you to track individual malicious links in the messages that have been clicked.

① Given that IW mistakes or malfeasance represents a huge threat, many were interested in this statement – but wanted more detail in the description about how this would occur. Many desire to have both preventative and educational elements.

② Intriguing and desirable, but unclear as to how this would occur; crisper messaging is needed.

③ Interesting – and many were curious if sandbox technology was being used; additional messaging on "how" would resonate and lend credibility.

④ Again, intriguing – though a bit confusing as to how this would actually work; desire exists for end-users to be educated about these occurrences.

⑤ Additionally, at a high-level desire exists for a set of common protocols and shared threat perspective / ecosystem.

- Value is proportional to relative sensitivity of data housed on O365 vs. other solutions. Where other systems hold more critical IP, the value of these O365-focused features is diminished.

- While the functionality described is critical, most orgs already have solutions that address these elements. Assumption is that this would only cover O365, so IT will still need other solutions to cover additional systems.

- If consolidation of vendors is possible, then seen as net positive.

- Security functionality does extended perception of O365 beyond just a productivity platform.

- As a core benefit of integration with O365, this must be surfaced crisply and explicitly.

# Stop External Threats (Cont.)

**AV/AS and Advanced Threat Protection -** Protect against next gen security attacks and **educate your users**  about potential attacks. 2 layers of protection:

- 1. Exchange Online Protection (EOP): Built-in protection safeguard against spam, known viruses/malicious links.

- **②** 2. **Advanced Threat Protection** (ATP): **Protects against unknown malware and real time protection against emerging malicious links.**

  - Protection against unknown malware and viruses
    - EOP employs a robust and layered anti-virus protection powered by three different engines against known malware and viruses.
    - **②** ATP extends this protection through a feature called Safe Attachments, which protects against unknown malware and viruses, and provides better zero-day protection to safeguard your messaging system. All messages and attachments that don't have a known virus/malware signature are routed to a special hypervisor environment, where a behavior analysis is performed using a variety of machine learning and analysis techniques to detect malicious intent. If no suspicious activity is detected, the message is released for delivery to the mailbox.

  - Real time, time-of-click protection against malicious URLs
    - EOP scans each message in transit and provides **time of delivery protection, blocking any malicious hyperlinks** in a message.
    - But attackers sometimes try to hide malicious URLs with seemingly safe links that are redirected to unsafe sites by a forwarding service after the message has been received. ATP's Safe Links feature proactively protects your users if they click such a link. That protection remains every time they click the link, as malicious links are dynamically blocked while good links can be accessed.

  - **Rich reporting and URL trace capabilities**
    - ATP also offers **rich reporting and tracking capabilities**, so you can gain critical insights into who is getting targeted in your organization and the category of attacks you are facing. Reporting and message tracing allows you to investigate messages that have been blocked due to an unknown virus or malware, while the URL trace capability allows you to track individual malicious links in the messages that have been clicked.

**①** Given that IW mistakes or malfeasance represents a huge threat, many were interested in this statement – but wanted more detail in the description about how this would occur. Many desire to have both preventative and educational elements.

**②** Intriguing and desirable, but unclear as to how this would occur; crisper messaging is needed.

*Yes, it's pretty good, absolutely. [...] the users are our biggest security issue. They click on everything and anything. They open attachments. [Security, NY]*

*Obviously I've been talking about educating end-users so the very first line says it does that, but then nothing there talks about it underneath. [...] [I'd like to see] as they click on a link it protects them from that link being redirected, maybe it gives them a warning or something. Electroshocks. Something that would say hey, you just clicked on this malicious – some real-time education. [...] I'd like to see some kind of MLS around security where end-users are forced to go through security training or videos or documents. [Security, Chicago]*

*The other concern on this other than the ATP part of this is all of this is based on signatures and definitions and if you know security that's failing the whole world because they are modifying those signatures on those viruses and malware faster than Microsoft or any vendor can detect now. [Security, Chicago]*

*Yes. Signature, it says it hasn't been identified as virus or malware but then it goes through a behavior analysis so what is that exactly? How is that better than what they have now? [Security, Chicago]*

*I like the advanced threat protection. We actually have a third-party vendor asking us to POC their solution and, again, if Microsoft is going down the security route I'd like to see what their take is on that and how they address this. [Security, NY]*

# Stop External Threats (Cont.)

**AV/AS and Advanced Threat Protection -** Protect against next gen security attacks and **educate your users** about potential attacks. 2 layers of protection:

- 1. Exchange Online Protection (EOP): Built-in protection safeguard against spam, known viruses/malicious links.

- 2. **Advanced Threat Protection** (ATP): **Protects against unknown malware and real time protection against emerging malicious links.**

- Protection against unknown malware and viruses

    - EOP employs a robust and layered anti-virus protection powered by three different engines against known malware and viruses.

    - ATP extends this protection through a feature called Safe Attachments, which protects against unknown malware and viruses, and provides better zero-day protection to safeguard your messaging system. All messages and attachments that don't have a known virus/malware signature are routed to a special hypervisor environment, where a behavior analysis is performed using a variety of machine learning and analysis techniques to detect malicious intent. If no suspicious activity is detected, the message is released for delivery to the mailbox.

- Real time, time-of-click protection against malicious URLs

    - EOP scans each message in transit and provides **time of delivery protection, blocking any malicious hyperlinks** in a message.

    - But attackers sometimes try to hide malicious URLs with seemingly safe links that are redirected to unsafe sites by a forwarding service after the message has been received. ATP's Safe Links feature proactively protects your users if they click such a link. That protection remains every time they click the link, as malicious links are dynamically blocked while good links can be accessed.

- **Rich reporting and URL trace capabilities**

    - ATP also offers **rich reporting and tracking capabilities**, so you can gain critical insights into who is getting targeted in your organization and the category of attacks you are facing. Reporting and message tracing allows you to investigate messages that have been blocked due to an unknown virus or malware, while the URL trace capability allows you to track individual malicious links in the messages that have been clicked.

*The second bullet about the real-time protection, that's pretty interesting but I would have to get more details and technicalities. The second thing that got me was the last one saying the protection remains – every time they click the link as malicious links are dynamically blocked. I'm a little lost. How does Microsoft know that the bad links [inaudible] and the good links are going to be accessed? Is there a sandboxing technology in place where things are being vetted out there? [...] [If so] yes, it's pretty good, absolutely. [Security, NY]*

**3** Interesting – and many were curious if sandbox technology was being used; additional messaging on "how" would resonate and lend credibility.

**4** Again, intriguing – though a bit confusing as to how this would actually work; desire exists for end-users to be educated about these occurrences.

*The malicious URLs, the real-time protection against malicious URLs, I'm already doing that today.  It works well but what's not clear here is, is Microsoft now being my proxy server?  I'm going to assume that the answer is no but again, if I'm doing an apples-to-apples comparison I want to see what they are doing.  In addition, how customizable is it? Is it an all-or-nothing, can I implement it based on a security group within my Active Directory because there are people that need different levels of security?  Can I create whitelists for certain URLs?  Again, to [his] point on a different issue, there are more questions come up as I read this only because I already have a solution that does this for me. [Security, NY]*

Microsoft Confidential

# Stop External Threats (Cont.)

**AV/AS and Advanced Threat Protection -** Protect against next gen security attacks and **educate your users** about potential attacks. 2 layers of protection:

- 1. Exchange Online Protection (EOP): Built-in protection safeguard against spam, known viruses/malicious links.

- 2. **Advanced Threat Protection** (ATP): **Protects against unknown malware and real time protection against emerging malicious links.**

- Protection against unknown malware and viruses
  - EOP employs a robust and layered anti-virus protection powered by three different engines against known malware and viruses.
  - ATP extends this protection through a feature called Safe Attachments, which protects against unknown malware and viruses, and provides better zero-day protection to safeguard your messaging system. All messages and attachments that don't have a known virus/malware signature are routed to a special hypervisor environment, where a behavior analysis is performed using a variety of machine learning and analysis techniques to detect malicious intent. If no suspicious activity is detected, the message is released for delivery to the mailbox.

- Real time, time-of-click protection against malicious URLs
  - EOP scans each message in transit and provides **time of delivery protection, blocking any malicious hyperlinks** in a message.
  - But attackers sometimes try to hide malicious URLs with seemingly safe links that are redirected to unsafe sites by a forwarding service after the message has been received. ATP's Safe Links feature proactively protects your users if they click such a link. **That protection remains every time they click the link, as malicious links are dynamically blocked while good links can be accessed.**

- **Rich reporting and URL trace capabilities**
  - ATP also offers **rich reporting and tracking capabilities**, so you can gain critical insights into who is getting targeted in your organization and the category of attacks you are facing. Reporting and message tracing allows you to investigate messages that have been blocked due to an unknown virus or malware, while the URL trace capability allows you to track individual malicious links in the messages that have been clicked.

*One of the things that me and my manager have been talking about, and we've been talking to a lot of security vendors, is we wish somebody would take a lead in the market to have common protocols. So that when each one of the vendors is identifying, we have a whole bunch of tools because they can talk between each other so we can iterate them better to alert us better. [...] Exactly [open source].  So that APIs can be written between them, that we can send data from here to there to there and then be able to see a whole picture and get a better look. For example, our Microsoft spam filter doesn't talk to our Websense spam filter.  In fact, many of the protocols behind it can be quite different. [Security, Chicago]*

5 — Additionally, at a high-level desire exists for a set of common protocols and shared threat perspective / ecosystem.

*I thought I saw one provider that's doing some kind of an ecosystem where you're sharing even from – there's analysis going on, on the data at this organization and that's sharing. To some degree that's some security risks about that but from a threat perspective it's actually making the ecosystem, make it a more holistic protection.  I thought that was interesting. [...] I just saw a provider that was talking about that concept, it might have been bit9. [Security, Chicago]*

*That's great, if I can share information with you, you, and you, that's what we are seeing in our environment being all in Chicago. We can share that information, being anonymous of what that company is and then you'll be able to see what threats are going around. [Security, Chicago]*

# Stop External Threats (Cont

**AV/AS and Advanced Threat Protection -** Protect against next gen security attacks and **educate your u** about potential attacks. 2 layers of protection:

- 1. Exchange Online Protection (EOP): Built-in protection safeguard against spam, known viruses/m links.

- 2. **Advanced Threat Protection** (ATP): **Protects against unknown malware and real time protection against emerging malicious links.**

  - Protection against unknown malware and viruses

    - EOP employs a robust and layered anti-virus protection powered by three different engines against known and viruses.

    - ATP extends this protection through a feature called Safe Attachments, which protects against unknown ma viruses, and provides better zero-day protection to safeguard your messaging system. All messages and attack that don't have a known virus/malware signature are routed to a special hypervisor environment, where a behavior analysis is performed using a variety of machine learning and analysis techniques to detect malicious intent. If no suspicious activity is detected, the message is released for delivery to the mailbox.

  - Real time, time-of-click protection against malicious URLs

    - EOP scans each message in transit and provides **time of delivery protection, blocking any malicious hyperlinks** in a message.

    - But attackers sometimes try to hide malicious URLs with seemingly safe links that are redirected to unsafe sites by a forwarding service after the message has been received. ATP's Safe Links feature proactively protects your users if they click such a link. That protection remains every time they click the link, as malicious links are dynamically blocked while good links can be accessed.

  - **Rich reporting and URL trace capabilities**

    - ATP also offers **rich reporting and tracking capabilities**, so you can gain critical insights into who is getting targeted in your organization and the category of attacks you are facing. Reporting and message tracing allows you to investigate messages that have been blocked due to an unknown virus or malware, while the URL trace capability allows you to track individual malicious links in the messages that have been clicked.

---

*I think everything is great. The sad part for us is that we went out and have done all of this outside of Microsoft. [Security, Chicago]*

*I don't see how they can charge a lot for this because I think I'd have to keep the other thing anyway because not all links that I click on are going to come through email. So if I get an instant message or if I pick it up in Hotmail or Gmail I still need to have my other service to protect against those things. [Security, Chicago]*

*Maybe an organization has deployed three or four tools to accomplish all of this so the fact that it's integrated in one is appealing.   [Security, Chicago]*

*What impressed me most about this was if it's integrated into Microsoft Office, that's what really jumped out at me. Just because I never really thought of Microsoft Office as a security program, I always think of it as a productivity suite. So integrating these kinds of features into the entire package would be good. [...] Good, meaning it's one external vendor I have to deal with, if I'm able to get a lot of my security concerns resolved through one vendor. It's integrating with where most of our sensitive data lies which is on Microsoft SharePoint, Word, Excel, PowerPoint. That's where a lot of our sensitive data resides, on the distributed side anyway. [Security, NY]*

*This isn't anything I haven't seen. [...] If they were to leverage the fact that it's integrated with O365 somehow, I don't know how, that would probably differentiate that. Otherwise I don't see anything differentiated right now. [Security, Chicago]*

---

- Value is proportional to relative sensitivity of data housed on O365 vs. other solutions. Where other systems hold more critical IP, the value of these O365-focused features is diminished.

- While the functionality described is critical, most orgs already have solutions that address these elements. Assumption is that this would only cover O365, so IT will still need other solutions to cover additional systems.

- If consolidation of vendors is possible, then seen as net positive.

- Security functionality does extended perception of O365 beyond just a productivity platform.

- As a core benefit of integration with O365, this must be surfaced crisply and explicitly.

# Secure Collaboration

**Ensure sensitive content is identified, monitored, and protected**

① 1. Detect, monitor and protect sensitive information while ensuring end-user empowerment. **DLP capabilities built into** ② **Exchange, SharePoint Online, OneDrive for Business, and Office 2016** allows admins to **detect, monitor and protect the sensitive information as it is being shared inside/outside the company.** There are a predefined set of sensitive content types provided out of box which continue to expand; **organizations can also create their own.**

- Greatly enhanced security capabilities while retaining rich Office Productivity experience
- **Identify, monitor, protect sensitive information as it moves in the organization** ③
④ • **Educate and empower your users while they work on sensitive content**
- **Data Loss Prevention** in Compliance Center
  - One policy definition independent of workload
  - One policy lifecycle
  - One set of sensitive type definitions
  - New DLP Policy from template
  - Import DLP Policy
  - Built-in DLP Content Areas
- **Over 80 built-in types across the globe focusing on financial, PII, and healthcare items** ⑤
- **30 new types expanding coverage in Asia, Europe, and South America**

2. Office 365 **Message Encryption: Encrypt messages to any SMTP address**

**Users** are able to share sensitive content securely with recipients both inside and outside the organization. Admins can set up encryption to secure collaboration, and users can benefit from using these services to send encrypted files/messages to other recipients, inside or outside the organization. At the same time, **usage permissions allow users to set up unique permissions to the data such as "do not forward", "do not print", "read only", or "company confidential."** ⑥

⑦ • **INFORMATION RIGHTS MANAGEMENT: Encrypt content and restrict usage so that only specified internal and/or external people can "act" on your information.**
⑧ • **S/MIME: Sign and encrypt messages to users using certificates**

3. This best in class protection doesn't interfere with worker's workflow, is **transparent, and intuitive.**
④ • With DLP **Policy Tips** users are always educated as to sensitive content in the context of their application. For example the **tips** are available in email, SharePoint sites, and Office 2016 applications like Word, Excel, and PowerPoint.
- With RMS, users have a simple way to share email, documents, and sites with usage permissions to users inside the organization.
- With **Office 365 Message Encryption, users can securely send encrypted email to anyone outside the organization.** ⑥
⑧

① Integration across the entire suite results in increased protection.

② Ongoing monitoring; not just about more security (bigger/deeper moat), but smarter adaptive vigilance.

③ In larger orgs with many affiliates and subsidiaries, this is difficult to execute.

④ Given the focus on IWs as a source of threats, elements that spoke to their education are welcome and differentiating. More detail is wanted.

⑤ Both confusing and interesting: some are unclear on content types, while others see this feature helping them meet their changing regulatory requirements around the world.

⑥ Tremendously compelling to increase security of sensitive data. Emphasis on user self-service is positive, yet ease of use is critical. If IWs don't understand what they're doing, they won't use it and could do more harm than good. Concerns exist about the recipient experience (i.e., would restrictions result in more help desk calls?).

⑦ IRM is normally a standalone product, so bundling and integration is valuable. Preference for more granular controls (e.g., "self-destruct") to limit exposure.

⑧ General concern about the experience in non-Outlook scenarios, especially on mobile devices and for clients not using Outlook.

- Differentiated & transformative features that could yield categorical improvements in security.
- Encryption when/where needed ideally tied not only to IW self-service, but also to content types.
- End-user ease of use, training, and understanding is critical to benefits.
- Non-Office content not covered, so additional solutions still required.

# Secure Collaboration (Cont.)

**Ensure sensitive content is identified, monitored, and protected**

1. Detect, monitor and protect sensitive information while ensuring end-user empowerment. **DLP capabilities built into Exchange, SharePoint Online, OneDrive for Business, and Office 2016** allows admins to **detect, monitor and protect the sensitive information as it is being shared inside/outside the company.** There are predefined set of sensitive content types provided out of box which continue to expand; **organizations can also create their own.** ②

- Greatly enhanced security capabilities while retaining rich Office Productivity experience
- **Identify, monitor, protect sensitive information as it moves in the organization**
- **Educate and empower your users while they work on sensitive content**
- **Data Loss Prevention** in Compliance Center
  - One policy definition independent of workload
  - One policy lifecycle
  - One set of sensitive type definitions
  - New DLP Policy from template
  - Import DLP Policy
  - Built-in DLP Content Areas
- **Over 80 built-in types across the globe focusing on financial, PII, and healthcare items**
- **30 new types expanding coverage in Asia, Europe, and South America**

2. Office 365 **Message Encryption: Encrypt messages to any SMTP address**

**Users** are able to share sensitive content securely with recipients both inside and outside the organization. Admins can set up encryption to secure collaboration, and users can benefit from using these services to send encrypted files/messages to other recipients, inside or outside the organization. At the same time, **usage permissions allow users to set up unique permissions to the data such as "do not forward", "do not print", "read only", or "company confidential."**

- **INFORMATION RIGHTS MANAGEMENT: Encrypt content and restrict usage so that only specified internal and/or external people can "act" on your information.**
- **S/MIME: Sign and encrypt messages to users using certificates**

3. This best in class protection doesn't interfere with worker's workflow, is **transparent, and intuitive.**

- With DLP **Policy Tips** users are always educated as to sensitive content in the context of their application. For example the **tips** are available in email, SharePoint sites, and Office 2016 applications like Word, Excel, and PowerPoint.
- With RMS, users have a simple way to share email, documents, and sites with usage permissions to users inside the organization.
- With **Office 365 Message Encryption, users can securely send encrypted email to anyone outside the organization.**

① Integration across the entire suite results in increased protection.

② Ongoing monitoring; not just about more security (bigger/deeper moat), but smarter adaptive vigilance.

*No objection. If I were told Microsoft has all of this right now I would pay the uptick. [...] Ensure sensitive content is identified, monitored, and protected. [Security, Chicago]*

*I can prevent some information from leaving. [Security, Chicago]*

*The end-to-end security is pretty good. I control what goes out is encrypted. [Security, NY]*

*Also, you have your own DLP, you're able to tell me who has access to it, what they are sending around. I can restrict through the information rights management who can print it, who can read it, not forward it. That is very important to my legal and compliance department. Like I mentioned earlier, if I know who has access to that data and who is doing it and be able to restrict them sending out, for example, internal use only or confidential stuff, or alert on it saying are you sure you want to do this. [Security, Chicago]*

*The fact that you can create your own sensitive content is pretty powerful, the fact that there are prebuilt ones, I'm assuming they are PCI and PII information, we would obviously utilize those quickly. No matter how many times I tell people not to email a receipt, credit cards, they do it. It seems like it's relatively simple that you have one place for DLP policy creation and enforcement so that seems like an easy management. [Security, Chicago]*

# Secure Collaboration (Cont.)

**Ensure sensitive content is identified, monitored, and protected**

1. Detect, monitor and protect sensitive information while ensuring end-user empowerment. **DLP capabilities built into Exchange, SharePoint Online, OneDrive for Business, and Office 2016** allows admins to **detect, monitor and protect the sensitive information as it is being shared inside/outside the company.** There are a predefined set of sensitive content types provided out of box which continue to expand; **organizations can also create their own.**

- Greatly enhanced security capabilities while retaining rich Office Productivity experience
- **Identify, monitor, protect sensitive information as it moves in the organization** ③
④  - **Educate and empower your users while they work on sensitive content**
- **Data Loss Prevention** in Compliance Center
  - One policy definition independent of workload
  - One policy lifecycle
  - One set of sensitive type definitions
  - New DLP Policy from template
  - Import DLP Policy
  - Built-in DLP Content Areas
- Over 80 built-in types across the globe focusing on financial, PII, and healthcare items
- 30 new types expanding coverage in Asia, Europe, and South America

2. Office 365 **Message Encryption: Encrypt messages to any SMTP address**

**Users** are able to share sensitive content securely with recipients both inside and outside the organization. Admins can set up encryption to secure collaboration, and users can benefit from using these services to send encrypted files/messages to other recipients, inside or outside the organization. At the same time, **usage permissions allow users to set up unique permissions to the data such as "do not forward", "do not print", "read only", or "company confidential."**

- **INFORMATION RIGHTS MANAGEMENT: Encrypt content and restrict usage so that only specified internal and/or external people can "act" on your information.**
- **S/MIME: Sign and encrypt messages to users using certificates**

3. This best in class protection doesn't interfere with worker's workflow, is **transparent, and intuitive.**
④  - With DLP **Policy Tips** users are always educated as to sensitive content in the context of their application. For example the **tips** are available in email, SharePoint sites, and Office 2016 applications like Word, Excel, and PowerPoint.
- With RMS, users have a simple way to share email, documents, and sites with usage permissions to users inside the organization.
- With **Office 365 Message Encryption, users can securely send encrypted email to anyone outside the organization.**

*One of the other things I wanted to point out of this that's great for us is identity and monitoring and protecting sensitive information as it moves in the organization. Since we have seven affiliates who have different email things we don't use Office 365 Outlook in the cloud, we use it on-premises. If this were available also in their on-premises tool, to be able to do this DLP within that, we can protect sensitive information moving between our affiliates. [Security, Chicago]*

③ In larger orgs with many affiliates and subsidiaries, this is difficult to execute.

④ Given the focus on IWs as a source of threats, elements that spoke to their education are welcome and differentiating. More detail is wanted.

*To better educate them that's great for our company because of our regulatory requirements. [Security, Chicago]*

*The policy tips, that's that slap on the hand of hey, you just did something you shouldn't have done or this is what would happen should you have done that. That's pretty cool, so that's educating the end-user. [Security, Chicago]*

*One other thing I wanted to say on that, I'd really like to know more information if it can be written better, is educate and empower your users while they work on sensitive content. What does that actually mean? [Security, Chicago]*

*I would like to it to pop up and say are you sure you want to send this message to this person, especially if it hit one of these rules, and explain to them what rule and why. [Security, Chicago]*

# Secure Collaboration (Cont.)

**Ensure sensitive content is identified, monitored, and protected**

1. Detect, monitor and protect sensitive information while ensuring end-user empowerment. **DLP capabilities built into Exchange, SharePoint Online, OneDrive for Business, and Office 2016** allows admins to **detect, monitor and protect the sensitive information as it is being shared inside/outside the company.** There are predefined set of sensitive content types provided out of box which continue to expand; **organizations can also create their own.**

- Greatly enhanced security capabilities while retaining rich Office Productivity experience
- **Identify, monitor, protect sensitive information as it moves in the organization**
- **Educate and empower your users while they work on sensitive content**
- **Data Loss Prevention** in Compliance Center
  - One policy definition independent of workload
  - One policy lifecycle
  - One set of sensitive type definitions
  - New DLP Policy from template
  - Import DLP Policy
  - Built-in DLP Content Areas
- Over 80 built-in types across the globe focusing on financial, PII, and healthcare items 
- 30 new types expanding coverage in Asia, Europe, and South America

2. Office 365 **Message Encryption: Encrypt messages to any SMTP address**

**Users** are able to share sensitive content securely with recipients both inside and outside the organization. Admins can set up encryption to secure collaboration, and users can benefit from using these services to send encrypted files/messages to other recipients, inside or outside the organization. At the same time, **usage permissions allow users to set up unique permissions to the data such as "do not forward", "do not print", "read only", or "company confidential."** ⑥

- **INFORMATION RIGHTS MANAGEMENT: Encrypt content and restrict usage so that only specified internal and/or external people can "act" on your information.**
- **S/MIME: Sign and encrypt messages to users using certificates**

3. This best in class protection doesn't interfere with worker's workflow, is **transparent, and intuitive.**
- With DLP **Policy Tips** users are always educated as to sensitive content in the context of their application. For example the **tips** are available in email, SharePoint sites, and Office 2016 applications like Word, Excel, and PowerPoint.
- With RMS, users have a simple way to share email, documents, and sites with usage permissions to users inside the organization.
- With **Office 365 Message Encryption, users can securely send encrypted email to anyone outside the organization.** ⑥

---



*Another thing that really hits on that is you've already got built-in types and you've got 30 new types expanding coverage to agents. So now that we do business in all those other countries you help us meet the regulatory requirements in those other countries. You have built-in policies that we can just click on rather than try to develop one from scratch. That's the hardest thing we've had to do is get a lexicon of words that we have to put in there. [Security, Chicago]*

⑤ Both confusing and interesting: some are unclear on content types, while others see this feature helping them meet their changing regulatory requirements around the world.

⑥ Tremendously compelling to increase security of sensitive data. Emphasis on user self-service is positive, yet ease of use is critical. If IWs don't understand what they're doing, they won't use it and could do more harm than good. Concerns exist about the recipient experience (i.e., would restrictions result in more help desk calls?).

*Again, the ability for users, not admin, but every user be able to send a message and simply check a box do not forward, do not print, read only, company confidential [...] that'd come in very handy. [Security, Chicago]*

*I wonder when it says set permissions, will that work if you send it to an external address?  Do they need to have software? [...] [If not, then] It's pretty neat. [...] I think it would be great to have. I would want to test it to make sure it's reliable. [Security, NY]*

*It's important because the longer we have our data out there the more vulnerable it is so if we can minimize the distribution or minimize the time when it's actually active.  Email is one of the most dangerous communication methods because once you send it out it's out of your hands. [Security, NY]*

*It's more on the receiving end. [...] I can manage my internal users in terms of certificates or whatever but how will it work for the recipient? [...] how transparent is it for the external user when they receive it or when they send it? [...] Or they're sending it back. How does that all work? [Security, NY]*

# Secure Collaboration (Cont.)

**Ensure sensitive content is identified, monitored, and protected**

1. Detect, monitor and protect sensitive information while ensuring end-user empowerment. **DLP capabilities built into Exchange, SharePoint Online, OneDrive for Business, and Office 2016** allows admins to **detect, monitor and protect the sensitive information as it is being shared inside/outside the company.** There are a predefined set of sensitive content types provided out of box which continue to expand; **organizations can also create their own.**

- Greatly enhanced security capabilities while retaining rich Office Productivity experience
- **Identify, monitor, protect sensitive information as it moves in the organization**
- **Educate and empower your users while they work on sensitive content**
- **Data Loss Prevention** in Compliance Center
  - One policy definition independent of workload
  - One policy lifecycle
  - One set of sensitive type definitions
  - New DLP Policy from template
  - Import DLP Policy
  - Built-in DLP Content Areas
- Over 80 built-in types across the globe focusing on financial, PII, and healthcare items
- 30 new types expanding coverage in Asia, Europe, and South America

2. Office 365 **Message Encryption: Encrypt messages to any SMTP address**

**Users** are able to share sensitive content securely with recipients both inside and outside the organization. Admins can set up encryption to secure collaboration, and users can benefit from using these services to send encrypted files/messages to other recipients, inside or outside the organization. At the same time, **usage permissions allow users to set up unique permissions to the data such as "do not forward", "do not print", "read only," or "company confidential."**

- **(7) INFORMATION RIGHTS MANAGEMENT: Encrypt content and restrict usage so that only specified internal and/or external people can "act" on your information.**
- **S/MIME: Sign and encrypt messages to users using certificates**

3. This best in class protection doesn't interfere with worker's workflow, is **transparent, and intuitive.**

- With DLP **Policy Tips** users are always educated as to sensitive content in the context of their application. For example the **tips** are available in email, SharePoint sites, and Office 2016 applications like Word, Excel, and PowerPoint.
- With RMS, users have a simple way to share email, documents, and sites with usage permissions to users inside the organization.
- With **Office 365 Message Encryption, users can securely send encrypted email to anyone outside the organization.**

(8)



*The information rights management. [...] Usually I've seen that as standalone products. It's very important, particularly in the media world. It's a good feature if it works like I understand. [...] Protects information. You have a trusted person you're giving it to but you don't know what they're going to do with it down the road. Supposedly that wraps that protection around its future dissemination. [Security, NY]*

(7) IRM is normally a standalone product, so bundling and integration is valuable. Preference for more granular controls (e.g., "self-destruct") to limit exposure.

(8) General concern about the experience in non-Outlook scenarios, especially on mobile devices and for clients not using Outlook.

*It needs to work for everything, though, not just Outlook on the PC or the Outlook mobile app, but if I use Mobile Iron or AirWatch or MOSS or whatever we need to be able to have those same options on my phone, otherwise it's no good if I can only use it for my desktop. [...] I'm just saying that from experience using their stuff. They'll say it will work with the Outlook mobile app where we block the Outlook mobile app and don't let people use it. [Security, Chicago]*

*To [his] point, this is all under the assumption that everybody is using Outlook. Not everyone is using Outlook so what happens if a Lotus Notes user sees this [...] message with a certificate, how is that going to be handled? We know Outlook automatically recognizes certificate and allows you to read it. What about my mobile device? What is the experience not only for the recipient but for myself? Can I have the same [key] on my mobile device if I'm in this Microsoft ecosystem? Things like that come to mind. [Security, NY]*

# Secure Collaboration (Cont.)

**Ensure sensitive content is identified, monitored, and protected**

1. Detect, monitor and protect sensitive information while ensuring end–user empowerment. **DLP capabilities built into Exchange, SharePoint Online, OneDrive for Business, and Office 2016** allows admins to **detect, monitor and protect the sensitive information as it is being shared inside/outside the company.** There are predefined set of sensitive content types provided out of box which continue to expand; **organizations can also create their own.**

- Greatly enhanced security capabilities while retaining rich Office Productivity experience
- **Identify, monitor, protect sensitive information as it moves in the organization**
- **Educate and empower your users while they work on sensitive content**
- **Data Loss Prevention** in Compliance Center
  - One policy definition independent of workload
  - One policy lifecycle
  - One set of sensitive type definitions
  - New DLP Policy from template
  - Import DLP Policy
  - Built–in DLP Content Areas
- **Over 80 built-in types across the globe focusing on financial, PII, and healthcare items**
- **30 new types expanding coverage in Asia, Europe, and South America**

2. Office 365 **Message Encryption: Encrypt messages to any SMTP address**

**Users** are able to share sensitive content securely with recipients both inside and outside the organization. Admins can set up encryption to secure collaboration, and users can benefit from using these services to send encrypted files/messages to other recipients, inside or outside the organization. At the same time, **usage permissions allow users to set up unique permissions to the data such as "do not forward", "do not print", "read only", or "company confidential."**

- **INFORMATION RIGHTS MANAGEMENT: Encrypt content and restrict usage so that only specified internal and/or external people can "act" on your information.**
- **S/MIME: Sign and encrypt messages to users using certificates**

3. This best in class protection doesn't interfere with worker's workflow, is **transparent, and intuitive.**
- With DLP **Policy Tips** users are always educated as to sensitive content in the context of their application. For example the **tips** are available in email, SharePoint sites, and Office 2016 applications like Word, Excel, and PowerPoint.
- With RMS, users have a simple way to share email, documents, and sites with usage permissions to users inside the organization.
- With **Office 365 Message Encryption, users can securely send encrypted email to anyone outside the organization.**

*If it actually works it would be differentiated. Like the ability to have a message going externally encrypted without impacting people sending or receiving it. That would be pretty good. [Security, NY]*

*This sheet of the four we've seen is the biggest. This is the one where we put in our own DLP solution that we didn't want to, we'd love to rip McAfee out and just use this. For years we've tried to get digital rights and it's always been hard. [...] So everything on here would be a huge win for stuff that we have that we'd love to just get rid of, wish we could have done it a year earlier, and other stuff that we don't have today that people want to throw on.   [Security, Chicago]*

*It's all great, all well and good, but how easy is it for the end-user to actually do this? That's something I'd like to see. If they have to jump through hoops to get this done they're not going to use it [...] So ease of use, being able to have the end-user understand what's going on. [...] This is all about the end-user. [Security, NY]*

*But what about non-Office products?  I underlined content types provided out of the box. What are all those content types? I know they have their own PDF version to inspect PDF but can I add additional content types?  Obviously, I'm not going to expect encrypted documents but what other file types are they working with? [Security, NY]*

- Differentiated & transformative features that could yield categorical improvements in security.
- Encryption when/where needed ideally tied not only to IW self-service, but also to content types.
- End-user ease of use, training, and understanding is critical to benefits.
- Non-Office content not covered, so additional solutions still required.

# Privacy

When you entrust your data to Office 365 you remain the sole owner of the data: **you retain the rights, title, and interest in the data** you store in Office 365. **It's our policy** to **not mine your data for advertising purposes** or use your data except for **purposes consistent with providing you cloud productivity services.** ③

- Data ownership and what it means
  - You are the owner of the data; Microsoft is the custodian or the processor of your data.
  - ④ It's your data, so if you ever choose to leave the service, you **can** take your data with you.
  - **We do not mine your data for advertising purposes.** ⑤

- Our role as data processor
  - We only use your data for purposes consistent with providing you services you pay us for.
  - ⑥ **We regularly disclose the number of law enforcement requests we receive through our transparency reports.**
  - ⑦ If a government approaches us for access to customer data, we redirect the inquiry to you, the customer, whenever possible. We have and **will challenge in court** any invalid legal demand that prohibits disclosure of a government request for your customer data.

- Privacy controls
  - Privacy controls allow you to configure who in your organization has access and what they can access.
  - ⑨ Design elements prevent mingling of your data with that of other organizations using Office 365.
  - Extensive auditing and supervision prevent admins to get unauthorized access to your data. ⑧ ⑩

⑧

① Fundamental concern; encryption keys not mentioned and many want it addressed and want to own the keys.

② Seemed circumspect; desire a more exacting statement like *"We do not mine your data..."* as expressed later in the paragraph.

③ Ambiguous; many prefer *"the services you have chosen..."* so that it ties back to decisions they have made (more in control).

④ Welcomed, but this is a concern for most; adding simplicity and a bit about the "how" would help convince skeptical ITDMs who see this as difficult to do.

⑤ *Can* is ambiguous – and there is no way orgs are <u>not</u> taking their data with them.

⑥ This crisp and clear explanation was eye-catching and appreciated.

⑦ Most ITDMs understand the sensitivity of this statement. They want their company alerted and involved as soon as legally possible.  Still, a more direct statement might land this message more crisply.

⑧ Privacy controls are important, but descriptions felt too general and lacking the necessary specificity to identify their credibility and benefits.

⑨ Given that these elements are concerning, and most would prefer physical separation, more details are wanted to assuage fears.

⑩ More detail is needed here to make ITDMs comfortable: alerting when accessed, logging who accessed, where/why, etc.

- Wording, nuance, and specificity is critical – absolute, exacting and direct statements (when applicable) remove doubt and instill confidence.

- Encryption specifics – tremendously important to ITDMs – were missing: (1) If it's in the cloud, it must be as secure as on-prem; (2) What type of encryption schemes are used (i.e., data at rest vs. in transit)? (3) They want to own the keys.

- Transparency & Privacy are two sides of the same coin:  since transparency content was not shown to these respondents, they want more details on where the data was housed, availability, etc.

# Privacy (Cont.)

When you entrust your data to Office 365 you remain the sole owner of the data: **you retain** ① **the rights, title, and interest in the data** you store in Office 365. It's our policy to not mine your **data for advertising purposes** or use your data except for purposes consistent with providing you cloud productivity services.

- Data ownership and what it means
  - You are the owner of the data; Microsoft is the custodian or the processor of your data.
  - It's your data, so if you ever choose to leave the service, you **can** take your data with you.
  - **We do not mine your data for advertising purposes.**

- Our role as data processor
  - We only use your data for purposes consistent with providing you services you pay us for.
  - **We regularly disclose the number of law enforcement requests we receive through our transparency reports.**
  - If a government approaches us for access to customer data, we redirect the inquiry to you, the customer, whenever possible. We have and **will challenge in court** any invalid legal demand that prohibits disclosure of a government request for your customer data.

- Privacy controls
  - Privacy controls allow you to configure who in your organization has access and what they can access.
  - Design elements prevent mingling of your data with that of other organizations using Office 365.
  - Extensive auditing and supervision prevent admins to get unauthorized access to your data.

① Fundamental concern; encryption keys not mentioned and many want it addressed and want to own the keys.

② Seemed circumspect; desire a more exacting statement like *"We do not mine your data…"* as expressed later in the paragraph.

> *We want the keys. […] For some things it's going to be a requirement. [Security, Chicago]*
>
> *Seems to me most of these were table stakes. [Security, NY]*
>
> *Terms like it's our policy not to mine your data. That's concerning.  [Security, Chicago]*
>
> *Also, in the first paragraph where it says we're not mining your data for advertising purposes or use your data except for purposes consistent with providing you cloud productivity services. What exactly does that mean? It almost sounds like it's purposely worded in a way so it allows them to do something. [Security, Chicago]*
>
> *Just say we do not use your data at all, period. You use your data, we store your data for you. [Security, Chicago]*
>
> *Or somehow that you're not storing it. I get that they mine it for stuff like clutter so we know what you're reading and what you're not.  Somehow it has to be clear that there's no one reading it, we are not keeping a database of what you look at, it's all just real-time. [Security, Chicago]*

# Privacy (Cont.)

When you entrust your data to Office 365 you remain the sole owner of the data: **you retain the rights, title, and interest in the data** you store in Office 365. **It's our policy** to **not mine your data for advertising purposes** or use your data except for **purposes consistent with providing you cloud productivity services.** ③

- Data ownership and what it means
  - You are the owner of the data; Microsoft is the custodian or the processor of your data.
  - ④ It's your data, so if you ever choose to leave the service, you **can** take your data with you.
  - **We do not mine your data for advertising purposes.** 

- Our role as data processor
  - We only use your data for purposes consistent with providing you services you pay us for.
  - **We regularly disclose the number of law enforcement requests we receive through our transparency reports.**
  - If a government approaches us for access to customer data, we redirect the inquiry to you, the customer, whenever possible. We have and **will challenge in court** any invalid legal demand that prohibits disclosure of a government request for your customer data.

- Privacy controls
  - Privacy controls allow you to configure who in your organization has access and what they can access.
  - **Design elements** prevent mingling of your data with that of other organizations using Office 365.
  - Extensive auditing and supervision prevent admins to get unauthorized access to your data.

*I would need to see that detailed out as to what you're talking about. [Security, Chicago]*

*Services that you have chosen or that you have selected. [Security, Chicago]*

③ Ambiguous; many prefer *"the services you have chosen…"* so that it ties back to decisions they have made (more in control).

④ Welcomed, but this is a concern for most; adding simplicity and a bit about the "how" would help convince skeptical ITDMs who see this as difficult to do.

⑤ *Can* is ambiguous – and there is no way orgs are <u>not</u> taking their data with them.

*Then it's your data so if you leave the service you can take your data with you.  How?  […] I just had a lot of questions. [Security, Chicago]*

*I don't know if this is related, the second bullet where they say you can take your data with you. Why should it be an option?  Why shouldn't it be like if I do an oversight on my part my data will stay with Microsoft? […] If you take out that one word "can" I'm okay with it. [Security, NY]*

# Privacy (Cont.)

When you entrust your data to Office 365 you remain the sole owner of the data: **you retain the rights, title, and interest in the data** you store in Office 365. It's our policy to not mine your data for advertising purposes or use your data except for purposes consistent with providing you cloud productivity services.

- Data ownership and what it means
  - You are the owner of the data; Microsoft is the custodian or the processor of your data.
  - It's your data, so if you ever choose to leave the service, you can take your data with you.
  - **We do not mine your data for advertising purposes.**

- Our role as data processor
  - We only use your data for purposes consistent with providing you services you pay us for.
  -  **We regularly disclose the number of law enforcement requests we receive through our transparency reports.**
  - ⑦ If a government approaches us for access to customer data, we redirect the inquiry to you, the customer, whenever possible. We have and **will challenge in court** any invalid legal demand that prohibits disclosure of a government request for your customer data.

- Privacy controls
  - Privacy controls allow you to configure who in your organization has access and what they can access.
  - ⑧ Design elements prevent mingling of your data with that of other organizations using Office 365.
  - Extensive auditing and supervision prevent admins to get unauthorized access to your data. ⑧

*They say soft terminology like we will challenge in court, disclosure […] They're very soft. They don't like it but not saying they don't do it. […] I don't know what they can say, honestly. The first part, as the government approaches us for access to customer data we redirect – that's all, that's great. [Security, Chicago]*

*They even indicate in the third bullet under the second section that there are going to be times where a government entity has taken our data and they can't even tell us.  That's a concern. [Security, Chicago]*

*As far as their role as a data processor, if the government approaches, this is a really gray area and it's up for battle right now. But if the government approaches it I want to run it. I don't want them to try and go to court for me. I want them to engage my general counsel and say okay, we'll go to court together. But I want to know about it to the limit where law permits me to know about it. [Security, NY]*

*They did say redirect inquiry to you, the customer, whenever possible. I wouldn't mind seeing whenever legally possible although they may not want to say that word. [Security, NY]*

⑥ This crisp and clear explanation was eye-catching and appreciated.

⑦ Most ITDMs understand the sensitivity of this statement. They want their company alerted and involved as soon as legally possible.  Still, a more direct statement might land this message more crisply.

⑧ Privacy controls are important, but descriptions felt too general and lacking the necessary specificity to identify their credibility and benefits.

*Then under the second bullet of the third section, privacy controls.  Design elements prevent mingling of your data with other organizations. That's pretty soft, too.  I don't know what that means, design elements.  I need something hard that says your data will not be – I know they're going to be multitenant but somehow I need to know it's not mingling.  That's just a bad term.  I know it's not marketing. [Security, Chicago]*

# Privacy (Cont.)

When you entrust your data to Office 365 you remain the sole owner of the data: **you retain the rights, title, and interest in the data** you store in Office 365. **It's our policy** to **not mine your data for advertising purposes** or use your data except for **purposes consistent with providing you cloud productivity services.**

- Data ownership and what it means
  - You are the owner of the data; Microsoft is the custodian or the processor of your data.
  - It's your data, so if you ever choose to leave the service, you **can** take your data with you.
  - **We do not mine your data for advertising purposes.**

- Our role as data processor
  - We only use your data for purposes consistent with providing you services you pay us for.
  - **We regularly disclose the number of law enforcement requests we receive through our transparency reports.**
  - If a government approaches us for access to customer data, we redirect the inquiry to you, the customer, whenever possible. We have and **will challenge in court** any invalid legal demand that prohibits disclosure of a government request for your customer data.

- Privacy controls
  - Privacy controls allow you to configure who in your organization has access and what they can access.
  - ⑨ Design elements prevent mingling of your data with that of other organizations using Office 365.
  - Extensive auditing and supervision prevent admins to get unauthorized access to your data. ⑩

*Then under the second bullet of the third section, privacy controls. Design elements prevent mingling of your data with other organizations. That's pretty soft, too. I don't know what that means, design elements. I need something hard that says your data will not be – I know they're going to be multitenant but somehow I need to know it's not mingling. That's just a bad term. I know it's not marketing. [Security, Chicago]*

*The last bullet about extensive audit and supervision. I'm good with that but I would like to see alerting order. So if anybody unauthorized has accessed my data or somebody from Microsoft, the entity, has accessed my data I want real-time alerts. [Security, NY]*

⑨ Given that these elements are concerning, and most would prefer physical separation, more details are wanted to assuage fears.

⑩ More detail is needed here to make ITDMs comfortable: alerting when accessed, logging who accessed, where/why, etc.

# Privacy (Cont.)

When you entrust your data to Office 365 you remain the sole owner of the data. You retain **the rights, title, and interest in the data** you store in Office 365. **It's our policy to** not mine **data for advertising purposes** or use your data except for **purposes consistent with providing you cloud productivity services.**

- Data ownership and what it means
  - You are the owner of the data; Microsoft is the custodian or the processor of your data.
  - It's your data, so if you ever choose to leave the service, you can take your data with you.
  - **We do not mine your data for advertising purposes.**

- Our role as data processor
  - We only use your data for purposes consistent with providing you services you pay us for.
  - **We regularly disclose the number of law enforcement requests we receive through our transparency reports.**
  - If a government approaches us for access to customer data, we redirect the inquiry to you, the customer, whenever possible. We have and **will challenge in court** any invalid legal demand that prohibits disclosure of a government request for your customer data.

- Privacy controls
  - Privacy controls allow you to configure who in your organization has access and what they can access.
  - Design elements prevent mingling of your data with that of other organizations using Office 365.
  - Extensive auditing and supervision prevent admins to get unauthorized access to your data.

*This one, to me, just made me ask a bunch of questions. This is one of those documents where I just kind of asked how, how, how. I would need to know more before I believed a lot of this stuff. [Security, Chicago]*

*They really do need to be specific on what they're doing. [...] 27 bullet points. [Security, Chicago]*

*With each product offering say by the way, here's how your data would be used by us. [Security, Chicago]*

*Two things. I think they are missing two bullets like encryption, they didn't mention about how good my data is encrypted and so on. The other bullet is where is my data stored? Saying hey, what steps or how is Microsoft going to ensure my data is stored where I want it stored and those kind of things. [Security, NY]*

*I'd like to see a little bit more about that, too. [...] because that's a large concern about where the data is, where it's being housed. [Security, Chicago]*

*Maybe if they have a structure of certain places where you have data we are not going to run these services against it and thus we have keys for that. Maybe there's a tiered service. [Security, Chicago]*

*I think they should be transparent about what products they do use because they're acting like oh, we would never do that, not us, but they're absolutely doing it. I think they should say as an enterprise customer here are our products, our consumer products, and here's our business model where they're not too transparent about it. [Security, NY]*

- Wording, nuance, and specificity is critical – absolute, exacting and direct statements (when applicable) remove doubt and instill confidence.

- Encryption specifics – tremendously important to ITDMs – were missing: (1) If it's in the cloud, it must be as secure as on-prem; (2) What type of encryption schemes are used (i.e., data at rest vs. in transit)? (3) They want to own the keys.

- Transparency & Privacy are two sides of the same coin: since transparency content was not shown to these respondents, they want more details on where the data was housed, availability, etc.

# Compliance & Transparency

# Compliance – Keywords

*Note: Larger size font indicates greater frequency of mention*

> I think I talk more about data now than I ever have and it is like everything. There's that compulsive need of human beings, particularly in America Corporate world, hold on to every little bite whether they need it or not. I don't know if you guys have ever seen a data retention program done well. I have not. [Compliance, NY]

> We are in a very dynamic economic environment and because of that the business technology teams are going through a lot of change. We're looking to take advantage of opportunities that might be cloud-based, mobility-based. [Compliance, NY]

> Something we struggle with particularly with the cloud environments we have is how much do we really want to own? Encryption is just part of it, also backups. [...] You may have a contract with somebody for 3 years but let's say you want to go to another platform provider so do you actually get your data back? [Compliance, NY]

**Breach**
**Retention**
**Controls**
Availability
Maintenance
Cloud
Compliance
Mobility-based
3rd-party controls
Searchability
Data centers
Complete solution
Delete email
Customers
Encryption
Speed
Queries
Intellectual property
Accuracy of retrieval
Social space
Destroying
Baseline configuration

Downtime
No blanket policy
Editable
No back door
Brand
Back-up
Exhaustive
Data portability
Expense
Bifurcated
Exporting
Cross-platform
Failover
Two-factor authentication
Fear
Unnecessary DBAs
Files
Not corrupted
Headlines
Power redundancy
Hosted
Consumer side
Inclusive-Exclusive
Dynamic economic environment
Inquiries
Safe harbor
Investigations
Different tools for different document types
Lifecycle
Understand the story
Logical
Exponential growth

Assurances
Predictive e-discovery
Circumstances
Containerizing iDevices
Mutable
Replace PSTs
Patched
Cost savings
Performance
Classification rules
Policies
Complexity
Proof
Data location
Three nines
Consumer privacy
Replications
Data exposure
Reputation
Data protection
Requirements
Educating stakeholders
Clean
Physical separation
Risk
Segregate data
RTO
Extend messaging
Safeguarding
Correct coding
APIs
Bypass indexing
SIM

Unstructured data
Simplicity
Data asset
Black market
SEC Rules
Access
Delivery portal
Subpoenas
PST antithesis
Threats
Wild wild west
Timesaver
Multi-tenancy environment
Training
No second layer
Transformational
Rogue employee
Trust
Board
Success is all quiet
Storage

> Also, data leak. We have systems in place to ensure certain data doesn't leave the firm, we'd have to make sure those capabilities are also within the third-parties. [..] You can't have unencrypted customer statements leave, period, email, FTP, whatever methods of transfer you're looking at it must be encrypted. [Compliance, Chicago]

# Compliance – By Subcategory

*Note: Larger size font indicates greater frequency of mention*

| ARCHIVING | EDISCOVERY | AUDITING | TRANSPARENCY |
|---|---|---|---|
| **Retention** | *Searchability* | *Complete solution* | Subpoenas |
| **Delete email** | Accuracy of retrieval | SIM | Multi-tenancy environment |
| Back-up | Destroying | Queries | Data location |
| No blanket policy | Bypass indexing | Cross-platform | Assurances |
| Extend messaging | Encryption | Speed | Rogue employee |
| Fear | Training | Exhaustive | Breach |
| Exponential growth | Expense | APIs | 3rd-party controls |
| Lifecycle | Not corrupted | Files | Circumstances |
| Editable | Exporting | | Three nines |
| Cost savings | Unstructured data | | Clean |
| Mobility-based | Hosted | | No second layer |
| Correct coding | Wild wild west | | Compliance |
| Mutable | Inclusive-Exclusive | | Access |
| Data asset | Transformational | | Customers |
| Performance | Inquiries | | Trust |
| SEC Rules | Classification rules | | Downtime |
| Social space | Investigations | | Data center |
| Black market | Different tools for different document types | | Encryption |
| Availability | Queries | | Power redundancy |
| Storage | Understand the story | | Failover |
| | Safeguarding | | Containerizing iDevices |
| | Delivery portal | | Maintenance |
| | Predictive e-discovery | | No back door |
| | PST antithesis | | Proof |
| | Two-factor authentication | | Replace PSTs |
| | Speed | | Replications |
| | Availability | | Unnecessary DBAs |
| | Timesaver | | Risk |
| | | | RTO |

*The one other thing with archival which I find interesting is compliance gets more upset if I have data available that was not supposed to be available. It's kind of interesting. So at seven day, seven year they want those emails gone at all costs.  So archival, you have to make sure you have a good retention policy. [Compliance, Chicago]*

*Because I litigate, I have to make sure that the data, the information, the records, are available and easily obtainable. That I can do an exhaustive search and it's been exhaustive. I can't have situations where records have left or they have been emailed elsewhere and then I don't have access to the full set, so I have to have trust and confidence that everything is there, it's searchable, retrievable, and it has to be fairly quick. [Compliance, Chicago]*

*Sometimes they'll do a search and it's just massive searches and it's not right and they've got to rerun them and it's days.  It takes days. So it's got to be quick. [...] I'm going to say show me. Accuracy is more important than speed. [Compliance, Chicago]*

*It's really around transparency for me, how they execute their processes, if you will, so that we get a comfort level. We all know that it comes down to processes in the end and how they execute those so if you hand stuff over to a third-party whether that's patching or other, just tell us how it is. We all know the challenges that everyone has because we have them ourselves, as well. [Compliance, NY]*

Microsoft Confidential

# Archiving

Integrated tools to help you import, store, preserve and **expire data** ①

- In-Place Storage - No need to maintain a separate duplicate store as content stays in Exchange and SharePoint, which means **less storage space, lower costs, and higher fidelity.** Key features include:
  - Data Import Service - Import TB of data either by shipping it on **hard drives** or uploading it over network
  - ② Auto Expanding Archives - Full fidelity end-user experience, no end user add-ons or plug-ins, no configuring separate passwords

- **Unified Policies - Unified policies across Exchange, SharePoint, OneDrive for Business, Skype for Business and Exchange Public Folders. Preserve for X years, delete once X years are up.** Key features include:
  - Preservation - DL/BCC information preserved **– no need for journal based archiving**
  - **Preservation Lock -** restricts changes to archiving policies and prevents such policies from being turned off or removed. Compliant with SEC Rule 17a-4.
  - **Delete Policies -** At item or folder level for email and a site level for SharePoint and OneDrive ④
  - Supervisory Review – Compliant with SEC Rule 17a-4.  Allows companies to define employee communications to be reviewed by internal or external auditors

- ⑤ **Extensible** - Through third party partners we extend archiving support in Office 365 for 3rd-party data. Key verticals include:
  - **Social—Twitter, Facebook, Yammer, LinkedIn, etc.**
  - **Messaging—Yahoo Messenger, GoogleTalk,** Cisco Jabber, etc.
  - Document Collaboration—Box, DropBox, etc.
  - **Verticals—**SalesForce Chatter, Thomson Reuters, **Bloomberg**, etc.
  - **SMS/Text Messaging—**BlackBerry, MobileGuard, etc.

① With the explosion in storage, TDMs are imparting discipline in the data lifecycle, including expiration. This is a keyword and pain point.

② Confusing & unclear; for some IWs, self service is not desired.

③ Integration across solutions is a plus; allows for universal policies. Many, however, have no blanket retention rules, but rather nuanced and complex rules, based on content, not location. Ideally rules are based on coded content.

④ Must include meta-data as well.

⑤ For some, this section was among the most valuable of all elements presented. The data in these systems are either not being stored, or corporations are reliant on specialized software to do so. Storing is only half the battle – archival, discovery, and disposal are more important.

Additionally, social media is increasingly relevant, as are industry-specific and vertical solutions (IM, Bloomberg, SMS, etc.).

- The challenge isn't in storage, but rather in creating end-of-life policies for stored data, and ensuring that all data is disposed of as per policy.
- This needs to occur based on data types that can be coded by end-users, with machine-based suggestion. The coding must be easy to use for IWs and accurate – as that's the only way to ensure confidence by all actors.
- Data must be stored centrally (on the cloud), not in local PCs.
- Must be fast and accurate for retrieval.  Also needs to ensure that data NOT supposed to be available is NOT available.
- Enable just the right level and transparency for investigations.

# Archiving (Cont.)

Integrated tools to help you import, store, preserve and **expire data** **1**

- **In-Place Storage -** No need to maintain a separate duplicate store as content stays in Exchange and SharePoint, which means **less storage space, lower costs, and higher fidelity.** Key features include:
  - Data Import Service - Import TB of data either by shipping it on **hard drives** or uploading it over network
  - **2** Auto Expanding Archives - Full fidelity end-user experience, no end user add-ons or plug-ins, no configuring separate passwords

- **Unified Policies - Unified policies across Exchange, SharePoint, OneDrive for Business, Skype for Business and Exchange Public Folders. Preserve for X years, delete once X years are up.** Key features include:
  - Preservation - DL/BCC information preserved **– no need for journal based archiving**
  - **Preservation Lock -** restricts changes to archiving policies and prevents such policies from being turned off or removed. Compliant with SEC Rule 17a-4.
  - **Delete Policies -** At item or folder level for email and a site level for SharePoint and OneDrive
  - Supervisory Review – Compliant with SEC Rule 17a-4. Allows companies to define employee communications to be reviewed by internal or external auditors

- **Extensible -** Through third party partners we extend archiving support in Office 365 for 3rd-party data. Key verticals include:
  - **Social—Twitter, Facebook, Yammer, LinkedIn, etc.**
  - **Messaging—Yahoo Messenger, GoogleTalk,** Cisco Jabber, etc.
  - Document Collaboration—Box, DropBox, etc.
  - **Verticals—**SalesForce Chatter, Thomson Reuters, **Bloomberg**, etc.
  - **SMS/Text Messaging—**BlackBerry, MobileGuard, etc.

**1** With the explosion in storage, TDMs are imparting discipline in the data lifecycle, including expiration. This is a keyword and pain point.

**2** Confusing & unclear; for some IWs, self service is not desired.

*Storage is cheap and people are not confident, if there are judgments on this stuff they are not confident do we need this or do we not? My default is I'm leaving it there because it's not bothering anybody. So being able to code it and maybe take some of the judgment out of the end-users' hands so that on a certain date that stuff is gone, if we can get to that level of control or have that functionality that would be really helpful. [Compliance, Chicago]*

*One thing I had a question about is the auto-expanding archives. It sounds interesting, but depending on that self-service would kind of scare the crap out of me, it really would. Have users be able to unarchive – that would be from a cost containment but from a legal perspective [...] In essence, people doing their own discovery, that's a little scary. But that aside, that seemed to be kind of interesting, the ability to basically do on-demand unarchiving. [Compliance, NY]*

*Yes, because I already have a problem with everyone trying to use email to store everything they've ever thought of. Instead of filing something and putting it into SharePoint we already use email as our document retention system. I need, instead, for people to move away from that and if I tell them that they can store as much as they ever want to store then people will not actually move away from that, they will go the opposite way. [Compliance, Chicago]*

# Archiving (Cont.)

Integrated tools to help you import, store, preserve and **expire data**

- In-Place Storage - No need to maintain a separate duplicate store as content stays in Exchange and SharePoint, which means **less storage space, lower costs, and higher fidelity.** Key features include:
  - Data Import Service - Import TB of data either by shipping it on **hard drives** or uploading it over network
  - Auto Expanding Archives - Full fidelity end-user experience, no end user add-ons or plug-ins, no configuring separate passwords

- **Unified Policies - Unified policies across Exchange, SharePoint, OneDrive for Business, Skype for Business and Exchange Public Folders. Preserve for X years, delete once X years are up.** Key features include: ③
  - Preservation - DL/BCC information preserved **– no need for journal based archiving**
  - **Preservation Lock -** restricts changes to archiving policies and prevents such policies from being turned off or removed. Compliant with SEC Rule 17a-4.
  - **Delete Policies -** At item or folder level for email and a site level for SharePoint and OneDrive ④
  - Supervisory Review – Compliant with SEC Rule 17a-4.  Allows companies to define employee communications to be reviewed by internal or external auditors

- **Extensible** - Through third party partners we extend archiving support in Office 365 for 3rd-party data. Key verticals include:
  - **Social—Twitter, Facebook, Yammer, LinkedIn, etc.**
  - **Messaging—Yahoo Messenger, GoogleTalk,** Cisco Jabber, etc.
  - Document Collaboration—Box, DropBox, etc.
  - **Verticals—**SalesForce Chatter, Thomson Reuters, **Bloomberg**, etc.
  - **SMS/Text Messaging—**BlackBerry, MobileGuard, etc.

③ Integration across solutions is a plus; allows for universal policies. Many, however, have no blanket retention rules, but rather nuanced and complex rules, based on content, not location. Ideally rules are based on coded content.

④ Must include meta-data as well.

*Unified policies and extensible were the two key for me. I see unified policies in the Microsoft ecosystem would be wonderful. We just discussed Skype [takover], all these things together, and then integrating it with third-party solutions that we have so that it can be discoverable across the board. [...] The fact that we can implement a unified policy across all the technology stack of Microsoft was beneficial. [...] Reduce administration. [Compliance, NY]*

*I also had the delete policies. The only thing I would add is we need additional metadata so that we can tag data with client matter information. [Compliance, Chicago]*

# Archiving (Cont.)

Integrated tools to help you import, store, preserve and **expire data**

- In-Place Storage - No need to maintain a separate duplicate store as content stays in Exchange and SharePoint, which means **less storage space, lower costs, and higher fidelity.** Key features include:
  - Data Import Service - Import TB of data either by shipping it on **hard drives** or uploading it over network
  - Auto Expanding Archives - Full fidelity end-user experience, no end user add-ons or plug-ins, no configuring separate passwords

- **Unified Policies - Unified policies across Exchange, SharePoint, OneDrive for Business, Skype for Business and Exchange Public Folders. Preserve for X years, delete once X years are up.** Key features include:
  - Preservation - DL/BCC information preserved **– no need for journal based archiving**
  - **Preservation Lock -** restricts changes to archiving policies and prevents such policies from being turned off or removed. Compliant with SEC Rule 17a-4.
  - **Delete Policies -** At item or folder level for email and a site level for SharePoint and OneDrive
  - Supervisory Review – Compliant with SEC Rule 17a-4.  Allows companies to define employee communications to be reviewed by internal or external auditors

- ⑤ **Extensible** - Through third party partners we extend archiving support in Office 365 for 3rd-party data. Key verticals include:
  - **Social—Twitter, Facebook, Yammer, LinkedIn, etc.**
  - **Messaging—Yahoo Messenger, GoogleTalk,** Cisco Jabber, etc.
  - Document Collaboration—Box, DropBox, etc.
  - **Verticals—**SalesForce Chatter, Thomson Reuters, **Bloomberg**, etc.
  - **SMS/Text Messaging**—BlackBerry, MobileGuard, etc.

> *Extensibility is where it always falls short for most organizations. [Compliance, NY]*
>
> *For me the things that jumped out today, to Paul's point, the API for data extract and then extensibility and archiving. If I had to take two things out of this whole day and those were the only two. [...] Auditing API and the extensibility within archiving. [Compliance, NY]*

⑤ For some, this section was among the most valuable of all elements presented. The data in these systems are either not being stored, or corporations are reliant on specialized software to do so. Storing is only half the battle – archival, discovery, and disposal are more important.

Additionally, social media is increasingly relevant, as are industry-specific and vertical solutions (IM, Bloomberg, SMS, etc.).

> *Social is massive.  That would be huge for us. [Compliance, NY]*
>
> *Another thing I saw here which was pretty interesting is there were some services that they were going to get hooks into like Bloomberg. So Bloomberg, Reuter's.  If they can get real hooks like that, because right now we receive a file from Bloomberg and have to manually import it.  That's how Bloomberg wants to work so maybe if Microsoft and Bloomberg got together and they could add some automation to it, now you're creating some real incentive because we're eliminating these manual processes that we have to deal with every night. Right? [Compliance, NY]*
>
> *That's interesting.  Bloomberg specifically, is this real, is this true? [...] Is this stuff you can discover against? [...] This is new to me. [...] Bloomberg, any of the IMs, any of them. [...] This is something new. [Compliance, Chicago]*

# Archiving (Cont.)

Integrated tools to help you import, store, preserve and **expire data**

- In-Place Storage - No need to maintain a separate duplicate store as content stays i[n]
  Exchange and SharePoint, which means **less storage space, lower costs, and higher f**
  Key features include:
  - Data Import Service - Import TB of data either by shipping it on **hard drives** or uploading it over n
  - Auto Expanding Archives - Full fidelity end-user experience, no end user add-ons or plug-ins, n
    configuring separate passwords

- **Unified Policies - Unified policies across Exchange, SharePoint, OneDrive for Business**
  **Skype for Business and Exchange Public Folders. Preserve for X years, delete once X**
  **are up.** Key features include:
  - Preservation - DL/BCC information preserved **– no need for journal based archiving**
  - **Preservation Lock -** restricts changes to archiving policies and prevents such policies from being turn[ed]
    off or removed. Compliant with SEC Rule 17a-4.
  - **Delete Policies -** At item or folder level for email and a site level for SharePoint and OneDrive
  - Supervisory Review – Compliant with SEC Rule 17a-4.  Allows companies to define employee
    communications to be reviewed by internal or external auditors

- **Extensible** - Through third party partners we extend archiving support in Office 365 for
  3rd-party data. Key verticals include:
  - **Social—Twitter, Facebook, Yammer, LinkedIn, etc.**
  - **Messaging—Yahoo Messenger, GoogleTalk,** Cisco Jabber, etc.
  - Document Collaboration—Box, DropBox, etc.
  - **Verticals—**SalesForce Chatter, Thomson Reuters, **Bloomberg**, etc.
  - **SMS/Text Messaging—**BlackBerry, MobileGuard, etc.

*I do play a role in developing a policy on what gets kept and for how long it's kept. That's always tricky. Things get maintained that shouldn't be.  Just generally speaking, if there are tools and devices that allow me to have better controls over that process I'm all for it. So without knowing technically what some of this stuff is, I need assistance in that realm because there are big gaps in the current processes. [Compliance, Chicago]*

*I just want to concur with what [he] said. In today's world, where storage is relatively cheap getting people to keep documentation is not generally a problem. Getting people to code it in a way that it can be disposed of when appropriate is much more critical. The other thing I would say, what I wrote down, is the ease of instituting all of this for users. It's one thing to get [us] who understand all these systems to be able to do it. It's much different when [we] are writing the policies and the executive staff goes okay, but how do I go through 14 years' worth of X and discover what I'm supposed to delete?  A lot of it comes down to how easy is it to put the right coding in? Can it be done with one click? [Compliance, Chicago]*

*Then, to be perfectly honest, the other piece of it becomes where do those then ultimately get stored?  I don't want it on multiple servers. If it's going to get stored I want it somewhere central that when I run that search I can say run one search rather than discover that people have archived it on their personal computers and now I have to go collect the laptop. [Compliance, Chicago]*

- The challenge isn't in storage, but rather in creating end-of-life policies for stored data, and ensuring that all data is disposed of as per policy.
- This needs to occur based on data types that can be coded by end-users, with machine-based suggestion. The coding must be easy to use for IWs and accurate – as that's the only way to ensure confidence by all actors.
- Data must be stored centrally (on the cloud), not in local PCs.
- Must be fast and accurate for retrieval.  Also needs to ensure that data NOT supposed to be available is NOT available.
- Enable just the right level and transparency for investigations.

# eDiscovery

**①** Enables in-place, **predictive eDiscovery**, increasing relevancy while decreasing cost and risk.

- **Covers all the documents and emails across SharePoint, Skype for Business, OneDrive for Business & Exchange** **②**
- In-Place Hold – Retain content in-place, in real time.  Preserve the data that you identify as being important. Content stays in Exchange and SharePoint, which results in less storage space, lower costs, and higher fidelity
  - Location and Query Based – Hold entire mailboxes, SharePoint sites, or apply a query to hold less content
  - **No impact to users - Seamlessly create, edit, and delete without knowing it is on hold** **③**

- **Search & Export** – Find up to date and relevant content quickly and **export only the relevant content for review.** **④**
  - **⑤** **Real Time - No waiting for indexing,** always live and up to date
  - Reduce Document Volume - Proximity search, rich query syntax
  - **Export** – EDRM XML support, native files, PSTs, pages (.MHT), lists and feeds (.CSV)
  - **Integration with third party review applications** **⑥**

**⑦** **Equivio** Analytics for eDiscovery – Further increase relevance and reduce document volume:
- **⑧** 
  - Applies machine learning to enable users to explore large, unstructured sets of data and quickly find what is relevant
  - **Thematic analysis with clustering technology to identify data relationships**
  - **Predictive coding to train the system to find relevant documents**
  - Near duplicates reduces document volume to focus on what is unique
  - Email threading reconstructs email threads from **unstructured data**

---

**①** Intriguing, but unclear what this is; hope it means leveraging data science in service of eDiscovery.

**②** One single version of the truth; one single search to find all relevant data across key systems.

**③** Very compelling; no disruption means maintained IW productivity.

**④** Concern that law firm's security protocols are weaker, so maintaining data in-house ensures higher levels of security and compliance.

**⑤** Speed is important but typically measured in days. Promises of increased speed should be quantified. It's fast on-prem, but unknown/questionable in the cloud. Some do not believe it could be done without indexing.

**⑥** Compliance rules must move with data; which applications matter.

**⑦** The Equivio brand is unknown.

**⑧** Many of the elements in the section either seemed "aspirational" or didn't make sense. More detail is necessary to surface benefits.

- Key elements to message: accuracy, speed, reliability, availability, consistency, transparency, and why Microsoft is best-suited to do this.
- Implementation details needed if the message is to be credible.
- Prioritize accuracy over speed.
- Ease of use is important to ensure confidence that the search is exhaustive & accurate.
- Potential to allow orgs to "tier" the levels / intensity of inquiry.
- Compliance rules must remain/move with the data, especially when it leaves the company.
- Concern that law firms aren't savvy enough to use this / are less secure.

# eDiscovery (Cont.)

**(1)** Enables in-place, **predictive eDiscovery**, increasing relevancy while decreasing cost and risk.

- **Covers all the documents and emails across SharePoint, Skype for Business, OneDrive for Business & Exchange (2)**

- In-Place Hold – Retain content in-place, in real time.  Preserve the data that you identify as being important. Content stays in Exchange and SharePoint, which results in less storage space, lower costs, and higher fidelity
  - Location and Query Based - Hold entire mailboxes, SharePoint sites, or apply a query to hold less content
  - **No impact to users - Seamlessly create, edit, and delete without knowing it is on hold**

- **Search & Export** – Find up to date and relevant content quickly and **export only the relevant content for review.**
  - **Real Time - No waiting for indexing,** always live and up to date
  - Reduce Document Volume - Proximity search, rich query syntax
  - **Export** – EDRM XML support, native files, PSTs, pages (.MHT), lists and feeds (.CSV)
  - **Integration with third party review applications**

- **Equivio** Analytics for eDiscovery – Further increase relevance and reduce document volume:
  - Applies machine learning to enable users to explore large, unstructured sets of data and quickly find what is relevant
  - **Thematic analysis with clustering technology to identify data relationships**
  - **Predictive coding to train the system to find relevant documents**
  - Near duplicates reduces document volume to focus on what is unique
  - Email threading reconstructs email threads from **unstructured data**

**(1)** Intriguing, but unclear what this is; hope it means leveraging data science in service of eDiscovery.

**(2)** One single version of the truth; one single search to find all relevant data across key systems.

*Predictive e-discovery. Predictive is one of those buzzwords. [...] [I'd hope it means] the training so you can find relevance in documents depending on the metadata and stuff like that. I like the fact that if you can get there it would be great, the double keywords and all of that, that would be wonderful. [Compliance, NY]*

*I didn't know what [predictive eDiscovery] meant, I was confused by it. [...] Yes. It's kind of weird because you don't know what you don't know. Right? [Compliance, NY]*

*I didn't know you guys had a built-in analytics tool. [Compliance, Chicago]*

*The must-have, it's got to cross all platforms. [...] If you are looking for transformational your first bullet point is it, at least in my opinion. [...] That's what's killing us. [Compliance, NY]*

*The first two are the most interesting. [...] At least what it implies to me is I can very quickly without having to actually export it get a lot of really good information pretty quickly. There are times where if it's part of litigation it's going to have to get exported. But there's a lot of times where it's just part of an investigation and the fact that I don't then have to actually drive into a third-party app makes it really interesting. [...] it theoretically lets me do it much faster than I'm able to do in the past.  [Compliance, Chicago]*

# eDiscovery (Cont.)

Enables in-place, **predictive eDiscovery**, increasing relevancy while decreasing cost and risk.

- **Covers all the documents and emails across SharePoint, Skype for Business, OneDrive for Business & Exchange**

- **In-Place Hold** – Retain content in-place, in real time. Preserve the data that you identify as being important. Content stays in Exchange and SharePoint, which results in less storage space, lower costs, and higher fidelity
  - Location and Query Based - Hold entire mailboxes, SharePoint sites, or apply a query to hold less content
  - **No impact to users - Seamlessly create, edit, and delete without knowing it is on hold ③**

- **Search & Export** – Find up to date and relevant content quickly and **export only the relevant content for review. ④**
  - **Real Time - No waiting for indexing,** always live and up to date
  - Reduce Document Volume - Proximity search, rich query syntax
  - **Export** – EDRM XML support, native files, PSTs, pages (.MHT), lists and feeds (.CSV)
  - **Integration with third party review applications**

- **Equivio** Analytics for eDiscovery – Further increase relevance and reduce document volume:
  - Applies machine learning to enable users to explore large, unstructured sets of data and quickly find what is relevant
  - **Thematic analysis with clustering technology to identify data relationships**
  - **Predictive coding to train the system to find relevant documents**
  - Near duplicates reduces document volume to focus on what is unique
  - Email threading reconstructs email threads from **unstructured data**

③ Very compelling; no disruption means maintained IW productivity.

④ Concern that law firm's security protocols are weaker, so maintaining data in-house ensures higher levels of security and compliance.

> *The no impact to users would be great, or that you can turn it on or off. [Compliance, NY]*
>
> *I like the in-place hold. A lot of times when we have an internal litigation hold it doesn't go beyond an investigation so I agree that's nice, put some controls, you've got it locked down. If you need it to go further, then do the export. [Compliance, Chicago]*
>
> *I would want it differently. We built a SharePoint site at a prior company where they were not going to pull the data, they can do it right there. The problem I have that at the law firms is their security sucks and they have all my data. We were exposed one time by a law firm. [...] They are completely unsophisticated. [Compliance, NY]*

# eDiscovery (Cont.)

Enables in-place, **predictive eDiscovery**, increasing relevancy while decreasing cost and risk.

- **Covers all the documents and emails across SharePoint, Skype for Business, OneDrive for Business & Exchange**
- **In-Place Hold** – Retain content in-place, in real time.  Preserve the data that you identify as being important. Content stays in Exchange and SharePoint, which results in less storage space, lower costs, and higher fidelity
  - Location and Query Based – Hold entire mailboxes, SharePoint sites, or apply a query to hold less content
  - **No impact to users - Seamlessly create, edit, and delete without knowing it is on hold**

- **Search & Export** – Find up to date and relevant content quickly and **export only the relevant content for review.**
  - **Real Time - No waiting for indexing,** always live and up to date
  - Reduce Document Volume - Proximity search, rich query syntax
  - **Export** – EDRM XML support, native files, PSTs, pages (.MHT), lists and feeds (.CSV)
  - **Integration with third party review applications** 

- **Equivio** Analytics for eDiscovery – Further increase relevance and reduce document volume:
  - Applies machine learning to enable users to explore large, unstructured sets of data and quickly find what is relevant
  - **Thematic analysis with clustering technology to identify data relationships**
  - **Predictive coding to train the system to find relevant documents**
  - Near duplicates reduces document volume to focus on what is unique
  - Email threading reconstructs email threads from **unstructured data**

*Sometimes they'll do a search and it's just massive searches and it's not right and they've got to rerun them and it's days.  It takes days. [Compliance, Chicago]*

*It theoretically lets me do it much faster than I'm able to do in the past. Depending on how that's interfacing with the archiving it lets me, especially for investigations where I'm looking for emails and stuff like that, the speed can sometimes be critical. [Compliance, Chicago]*

*That's interesting. No waiting for indexing and email threading, reconstructs email threads from unstructured data. That sounds like magic. [...] Because I don't understand how you can reconstruct it without indexing it. [Compliance, Chicago]*

5  Speed is important but typically measured in days. Promises of increased speed should be quantified. It's fast on-prem, but unknown/questionable in the cloud. Some do not believe it could be done without indexing.

6  Compliance rules must move with data; which applications matter.

*This is sort of what I envisioned for security but never happened is the compliance rules need to move with the data. Just because you take it out of there doesn't mean that all the metadata should go away, it should stay with it so that you can apply it in a different environment. That's the problem today, when we move data you have to redefine all the rules.  [Compliance, NY]*

*I'm curious, you don't mention any third-party review applications if that includes the bigger players like relativity because that would be a nice feature to have. [...] The who matters. [Compliance, Chicago]*

# eDiscovery (Cont.)

Enables in-place, **predictive eDiscovery**, increasing relevancy while decreasing cost and risk.

- **Covers all the documents and emails across SharePoint, Skype for Business, OneDrive for Business & Exchange**

- In-Place Hold – Retain content in-place, in real time.  Preserve the data that you identify as being important. Content stays in Exchange and SharePoint, which results in less storage space, lower costs, and higher fidelity
  - Location and Query Based - Hold entire mailboxes, SharePoint sites, or apply a query to hold less content
  - **No impact to users - Seamlessly create, edit, and delete without knowing it is on hold**

- **Search & Export** – Find up to date and relevant content quickly and **export only the relevant content for review.**
  - **Real Time - No waiting for indexing,** always live and up to date
  - Reduce Document Volume - Proximity search, rich query syntax
  - **Export** – EDRM XML support, native files, PSTs, pages (.MHT), lists and feeds (.CSV)
  - **Integration with third party review applications**

- ⑦ **Equivio** Analytics for eDiscovery – Further increase relevance and reduce document volume:
  - Applies machine learning to enable users to explore large, unstructured sets of data and quickly find what is relevant
  - **Thematic analysis with clustering technology to identify data relationships**
  - **Predictive coding to train the system to find relevant documents**
  - Near duplicates reduces document volume to focus on what is unique
  - Email threading reconstructs email threads from **unstructured data**

*I don't understand this word. Equivio?  What does that mean?  Equivio analytics for e-discovery? [Compliance, NY]*

*I've never heard of it either. [Compliance, NY]*

⑦ The Equivio brand is unknown.

⑧ Many of the elements in the section either seemed "aspirational" or didn't make sense. More detail is necessary to surface benefits.

*You can put all of the controls and all the structure you want but unstructured data is a mess. [Compliance, Chicago]*

# eDiscovery (Cont.)

Enables in-place, **predictive eDiscovery**, increasing relevancy while decreasing co

- **Covers all the documents and emails across SharePoint, Skype for OneDrive for Business & Exchange**
- In-Place Hold – Retain content in-place, in real time.  Preserve the data that being important. Content stays in Exchange and SharePoint, which results in space, lower costs, and higher fidelity
  - Location and Query Based – Hold entire mailboxes, SharePoint sites, or apply a query to
    - **No impact to users - Seamlessly create, edit, and delete without on hold**
- **Search & Export** – Find up to date and relevant content quickly and **export o relevant content for review.**
  - **Real Time - No waiting for indexing,** always live and up to date
  - Reduce Document Volume - Proximity search, rich query syntax
  - **Export** – EDRM XML support, native files, PSTs, pages (.MHT), lists and feeds (.CSV)
  - **Integration with third party review applications**
- **Equivio** Analytics for eDiscovery – Further increase relevance and reduce document volume:
  - Applies machine learning to enable users to explore large, unstructured sets of data and quickly find what is relevant
  - **Thematic analysis with clustering technology to identify data relationships**
  - **Predictive coding to train the system to find relevant documents**
  - Near duplicates reduces document volume to focus on what is unique
  - Email threading reconstructs email threads from **unstructured data**

> *Out of all of this I'm going to be most focused on the e-discovery and the records management, solutions.  I think every single company in the world struggles with that because you have so many users and they all interpret it differently and they all apply it differently. So being able to have more consistency. If there are tools that can help with that process that's what I'd find most interesting. [Compliance, Chicago]*
>
> *I think Microsoft has an opportunity but it's probably going to take a purchase. They need to purchase like an [Acme], somebody in the space that already has the ability to take what they do and bolt it on to what Microsoft does and have a more holistic solution where at least you've got 80% to 90% of your messaging requirements under one roof. [Compliance, NY]*
>
> *I'm way more interested in the accuracy because I can always go back to the other side in litigation or if I have to, to the court desk for more time. As long as you show you've been diligent they are always going to give you more time. [...] of course, we want speed but accuracy is much more important. [Compliance, Chicago]*
>
> *The compliance rules need to move with the data. Just because you take it out of there doesn't mean that all the metadata should go away, it should stay with it so that you can apply it in a different environment. That's the problem today, when we move data you have to redefine all the rules. [Compliance, NY]*
>
> *We were exposed one time by a law firm [...] They are completely unsophisticated. [Compliance, NY]*

- Key elements to message: accuracy, speed, reliability, availability, consistency, transparency, and why Microsoft is best-suited to do this.
- Implementation details needed if the message is to be credible.
- Prioritize accuracy over speed.
- Ease of use is important to ensure confidence that the search is exhaustive & accurate.
- Potential to allow orgs to "tier" the levels / intensity of inquiry.
- Compliance rules must remain/move with the data, especially when it leaves the company.
- Concern that law firms aren't savvy enough to use this / are less secure.

# Auditing

Broad and deep service insights and forensics about your data

- Centralized – No need to worry about what Office 365 products your users are using, audit data will be made available to you from a centralized location.
  - Immutable Auditing Storage – **90 day retention** for all Office 365 Enterprise SKUs 
  - Compliance Center – provides one click configuration to search all your audit data
  - Powershell Cmdlets – provide a more powerful search option

-  Complete – **Logging across SharePoint, Exchange, OneDrive for Business, Azure** with over 150 actions or activities being logged in your Office 365 tenant across:
  - SharePoint Online/OneDrive for Business
    - File activity – sync, sharing, create, read, update, delete
    - Permissions changes
  - Exchange Online
    - User/Admin/Delegate – copy, create, read,  move, delete
    - Tenant admin – cmdlets run in exchange
  - Azure Active Directory
    - AD Logons
    - AD User object related activity – Create, Read, Update, Delete, Client IP address
    - Password resets, Directory sync changes

- Easy Access- **One API to extract audit data out of Office 365.** Management API provides a single interface to your audit data within Office 365
  - 300+ Partners allow you to leverage the API to suit your needs
  - **Easy Access Control** - Ability to control who has access to API
    - 

---

1. 90 days is not long enough.
2. Provides complete picture quickly so can immediately understand what is going on / do discovery and quickly make a decision.
3. Lync/Skype is missing.
4. Ease of data extract with controls.

- Focus is on speed to understanding and how quick they can make a decision on next steps (more thorough auditing, no action, etc.). Get from unknown to known.

- Desire to be able to pull system logs. Want red flags when someone has pulled lots of information on a given day  (e.g., they're leaving the company and taking information).

- Similarly, if someone from the outside has entered the system, report what they've touched.

---

# Auditing (Cont.)

Broad and deep service insights and forensics about your data

- Centralized – No need to worry about what Office 365 products your users are using, audit data will be made available to you from a centralized location.
  - Immutable Auditing Storage – **90 day retention** for all Office 365 Enterprise SKUs 
  - Compliance Center – provides one click configuration to search all your audit data
  - Powershell Cmdlets – provide a more powerful search option

- **2** Complete – **Logging across SharePoint, Exchange, OneDrive for Business, Azure** with over 150 actions or activities being logged in your Office 365 tenant across:

  - SharePoint Online/OneDrive for Business
    - File activity – sync, sharing, create, read, update, delete
    - Permissions changes

  - Exchange Online
    - User/Admin/Delegate – copy, create, read, move, delete
    - Tenant admin – cmdlets run in exchange

  - Azure Active Directory
    - AD Logons
    - AD User object related activity – Create, Read, Update, Delete, Client IP address
    - Password resets, Directory sync changes
    **4**

- Easy Access– **One API to extract audit data out of Office 365.** Management API provides a single interface to your audit data within Office 365

  - 300+ Partners allow you to leverage the API to suit your needs

  - **Easy Access Control** – Ability to control who has access to API
    **4** 

---

**1** 90 days is not long enough.

**2** Provides complete picture quickly so can immediately understand what is going on / do discovery and quickly make a decision.

**3** Lync/Skype is missing.

**4** Ease of data extract with controls.

*The 90-day retention, that's probably not enough for financial services. [Compliance, NY]*

*The other thing is a 90-day retention. I haven't figured out that I have a problem within 90 days so I need longer. Some of that is because when I get asked okay, did you review the logs and my answer is I couldn't because they only keep logs for 90 days. The next question I'm going to get is why don't they keep logs longer? [Compliance, Chicago]*

*I like the logging across all the platforms. [...] Again, it's cohesive. [...] Today I really only do Exchange and IM. I don't audit necessarily what's happening. Well, OneDrive, yes, but not on my SharePoint. [...] That would be a benefit. [...] It's about a complete picture. [Compliance, Chicago]*

*I thought it was good. I liked the fact that they attempted to bring everything under one umbrella, they added Azure, OneDrive, SharePoint, Exchange stuff. Probably would like to see Lync and Skype in there. [Compliance, NY]*

*For me the things that jumped out today, to [his] point, the API for data extract and then extensibility and archiving. If I had to take two things out of this whole day and those were the only two. [...] Auditing API and the extensibility within archiving. [Compliance, NY]*

*The fact that you're providing APIs that I can use with my SIM to pull the data in so that I get really good logging was good. The fact that you have certain controls so those can't be exploited. [Compliance, Chicago]*

# Auditing (Cont.)

Broad and deep service insights and forensics about your data

- Centralized - No need to worry about what Office 365 products your users are using, audit data will be made available to you from a centralized location.
  - Immutable Auditing Storage - **90 day retention** for all Office 365 Enterprise SKUs
  - Compliance Center – provides one click configuration to search all your audit data
  - Powershell Cmdlets - provide a more powerful search option

- Complete - **Logging across SharePoint, Exchange, OneDrive for Business, Azure** with over 150 actions or activities being logged in your Office 365 tenant across:

  - SharePoint Online/OneDrive for Business
    - File activity - sync, sharing, create, read, update, delete
    - Permissions changes

  - Exchange Online
    - User/Admin/Delegate – copy, create, read,  move, delete
    - Tenant admin – cmdlets run in exchange

  - Azure Active Directory
    - AD Logons
    - AD User object related activity – Create, Read, Update, Delete, Client IP address
    - Password resets, Directory sync changes

- Easy Access- **One API to extract audit data out of Office 365.** Management API provides a single interface to your audit data within Office 365

  - 300+ Partners allow you to leverage the API to suit your needs

  - **Easy Access Control** - Ability to control who has access to API

*Some of it is just thinking about the context in which you're actually going to look at that audit log. It's not a happy day.  [...] It means that either you're looking for something that went wrong or you're looking for someone who went wrong. Those are the only reasons you're going into this.  At that point in time being able to do it quickly and understand the story, it kind of goes back to that e-discovery piece. It really is about quickly understanding the story.  [...] How quickly can I discover whether I need to pick up the phone and make a phone call or whether I can say you know what? This can wait until the Tuesday meeting. [Compliance, Chicago]*

*That was one of the issues. What is actually being logged? Microsoft is not great at [saying] what they are actually logging. Finding out who actually does something is quite a challenge. [Compliance, NY]*

*The logging seems to be technically driven and not requirement driven. So in other words, sometimes you get a log item about touching an object and what you really need is what the hell data did they get? [Compliance, NY]*

*That's a great point, especially because they're going after Azure. You're talking SQL, right?  So now you need to have database logging and monitoring and that can be absolutely brutal. That might be a little bit of a showstopper right there if they can't get that right. [Compliance, NY]*

- Focus is on speed to understanding and how quick they can make a decision on next steps (more thorough auditing, no action, etc.). Get from unknown to known.

- Desire to be able to pull system logs. Want red flags when someone has pulled lots of information on a given day  (e.g., they're leaving the company and taking information).

- Similarly, if someone from the outside has entered the system, report what they've touched.

# Info Governance & Intelligent Compliance

Information Governance – systems and tools capable of efficiently managing the complexity of retention schedules against ever-growing volumes of **unstructured data.**

- **Predictive** ① coding technology enables organizations to **systematically streamline** ② **document retention** via a controlled, repeatable process:
  - Define various retention categories and buckets
  - Train the system to recognize documents that belong to the various retention and junk categories.
  - ③ Adjust deletion policies to align with the organization's cost and risk guidelines.
  - System applies retention rules based on the selected deletion policy to assign each document to the appropriate retention bucket. ②

① 

Intelligent Compliance – predict what additional actions a user may consider taking based on what actions the user is currently performing; examples include:
  - Search keyword suggestions
  - Recommendation of additional users, sites, and mailboxes to put on hold
  - Additional policy implementations

① Interesting, but confusing; most don't understand what this means given the context. Need more information as potential is there.

② Hopeful that it will impart a more consistent approach.

③ Alignment to organizational policies on data retention means less out-of-policy data.

- Relevant given proliferation of data; desire is to increase control over data and confidence that IT has the whole picture.

- Ease of use for IWs is critical and needs to be messaged, as the system relies on them coding documents.

- Mentions of "predictive" and "intelligent" are directionally interesting given desire to be more nuanced, but the lack of context and understanding make it difficult for TDMs to understand and surface benefits.

# Info Governance & Intelligent Compliance

Information Governance – systems and tools capable of efficiently managing the complexity of retention schedules against ever-growing volumes of **unstructured data.**

- **Predictive**  coding technology enables organizations to **systematically streamline** ② **document retention** via a controlled, repeatable process:
  - Define various retention categories and buckets
  - Train the system to recognize documents that belong to the various retention and junk categories.
  - ③ Adjust deletion policies to align with the organization's cost and risk guidelines.
  - **System applies retention rules based on the selected deletion policy to assign each document appropriate retention bucket.** ②

① Intelligent Compliance – predict what additional actions a user may consider taking based on what actions the user is currently performing; examples include:
  - Search keyword suggestions
  - Recommendation of additional users, sites, and mailboxes to put on hold
  - Additional policy implementations

① Interesting, but confusing; most don't understand what this means given the context. Need more information as potential is there.

② Hopeful that it will impart a more consistent approach.

③ Alignment to organizational policies on data retention means less out-of-policy data.

*I don't know. I would want to see it more clearly like being able to work with Hadoop or Cloudera, whatever the Big Data environment is. Maybe we're being overly critical because let's face it, just doing this is a lot. [Compliance, NY]*

*My big question is about how easy it is to actually have people code it. I don't think we're at the point where the systems can do it without human input which means how do I make the human input as easy as possible to maximize the chance it will be done? [...] Even if it's something as simple as there is a click you can click on while you're doing it just to say this may be important, I'll come back to it. So it leaves the stuff you've not clicked on, you don't have to look at again during the one day you're actually going to devote to me to actually look at this. [Compliance, Chicago]*

*Under the predictive coding technology I liked the idea that it would be more consistent. That's what I strive for is consistency and how we treat our records for coding and what one person would consider a record another one may not. So that's a struggle to try to get your arms around and have a consistent approach. [Compliance, Chicago]*

*The third bullet point in predictive coding technology, policies to align with the organization's – sounds great, but it's all dependent on if you have a buttoned-up policy. I don't think I'm alone in this, a lot of organizations struggle with an effective data retention policy. [...] So having the ability to adjust the policies within the email, I do have some experience with Microsoft's retention, they are going in the right direction. [Compliance, NY]*

# Info Governance & Intelligent Compliance

Information Governance **–** systems and tools capable of efficiently managing the complexity of retention schedules against ever-growing volumes of **unstructured data.**

- **Predictive** coding technology enables organizations to **systematically streamline document retention** via a controlled, repeatable process:
  - Define various retention categories and buckets
  - Train the system to recognize documents that belong to the various retention and junk categories
  - Adjust deletion policies to align with the organization's cost and risk guidelines.
  - System applies retention rules based on the selected deletion policy to assign each document appropriate retention bucket.

Intelligent Compliance – predict what additional actions a user may consider taking based what actions the user is currently performing; examples include:
  - Search keyword suggestions
  - Recommendation of additional users, sites, and mailboxes to put on hold
  - Additional policy implementations

*This is probably [what keeps me up at night]. [...] What you mentioned, the proliferation of data. You have all your controls in that environment and then oh, can you get that report for me kind of thing. [Compliance, NY]*

*Yes. I think we've all seen that exponential growth in storage. It just keeps going and going. Unfortunately, the benefit of cloud is a great deal of storage for low cost has actually made a problem. [Compliance, NY]*

*I handle all the litigation and I always start out with a list of relevant issues and people and it always expands, they told some friends, so the circle grows. But you never know if you've got everybody and everything and you usually don't. You find out later you missed something. The idea that you would have better control over that if this were to work is interesting to me. I'd be interested to see if it could work.  [Compliance, Chicago]*

*That's an important point for me, as well, that training or that guidance or however that comes about so people aren't paralyzed by I don't know so therefore they just avoid it altogether. [Compliance, Chicago]*

*Predictive and intelligent?  I don't know what intelligent compliance is and predictive coding technology. I don't know, that just seemed like it was aspirational. [Compliance, NY]*

- Relevant given proliferation of data; desire is to increase control over data and confidence that IT has the whole picture.

- Ease of use for IWs is critical and needs to be messaged, as the system relies on them coding documents.

- Mentions of "predictive" and "intelligent" are directionally interesting given desire to be more nuanced, but the lack of context and understanding make it difficult for TDMs to understand and surface benefits.

# Transparency – Keywords

*Note: Larger size font indicates greater frequency of mention*

*One of the challenges that I have is not having visibility into their logs. So most of these cloud providers are multitenant operations which basically means your operations sit next to the next guy, to the next guy, to the next guy, so I can't see what goes on in that environment, they are not providing the evidence, if you will, to do that. So I can't feed it into my monitoring systems, which means that I truly have to rely on their monitoring capabilities.  Some of them are better than others. So transparency is more into the operations and protection. [Compliance, NY]*

*Out of all of these I would say transparency is the one that goes most to the headlines.   [Compliance, Chicago]*

*What I would say is that ultimately the transparency in making sure I know where my data is, making sure that it's not going to be taken by somebody else, that's the absolute baseline that I have to clear before I can move to any sort of cloud.  Each of these other things are really nice-to-haves and build on it but I need to know where my data is, who has access to it? [Compliance, Chicago]*

| TRANSPARENCY (BOTH COMPLIANCE & SECURITY) | |
|---|---|
| **Breach** | No back door |
| **Data center** | Notifications |
| Physical access | Patching |
| Unnecessary DBAs | Data location |
| Rogue employee | Power redundancy |
| Access | Downtime |
| 3rd-party controls | Providers |
| Account lockouts | Encryption |
| Replace PSTs | Replications |
| Alerts | Encryption keys |
| Subpoenas | Risk |
| Assurances | Failover |
| White-glove service | RTO |
| Newspapers | Fear |
| No second layer | Service outage |
| Ownership | Incidences |
| Circumstances | Three nines |
| Proof | Leap of faith |
| Clean | Trust |
| Reporting | Maintenance |
| Cloud | Update |
| Safe harbor | Metrics |
| Compliance | Vulnerabilities |
| Trust | Monitoring |
| Containerizing iDevices | 3rd-party |
| Violations | Multi-tenancy environment |
| Controls | |
| Multi-tenant environment | |
| Customers | |

# Transparency

- Transparent Operations – We share what we do and how we do it so you know what is happening with your data

- Know Where Your Data Is Located – **Understand which data center region your data is stored in** 
  - We maintain multiple copies of your data, across datacenters, for redundancy and will share with you where your data is located through interactive data maps
  - **We tell you who has access to your data and under what circumstances.** (2)

- Lockbox
  - Microsoft Engineers **do not have standing access** (2) to any service operation. All access is obtained through a **rigorous access control technology** called Lockbox.
  - Lockbox enforces access control through multiple levels of approval within Microsoft
  - (2) **Eliminate unnecessary access – Microsoft engineers do not have standing access to your data**
  - Grant limited access - When access is granted, it's given on a just-in-time basis and documented for total transparency
  - Full Auditing - All access is audited and available via the Office 365 Management Activity logs
  - (2) **Customer Lockbox: Use of the Customer Lockbox feature ensures that Microsoft engineer does not get access to the customer's content without customer's explicit approval. When the customer gets the request for access, they can scrutinize the request and either approve or reject it. Until the request is approved, the Microsoft engineer will not be granted access.**

- Secure infrastructure – Advanced physical security and investments to improve service
  - Increase Physical Security
    - Microsoft's datacenters are protected with safeguards like motion sensors and security breach alarms
    - 24/7 monitoring
    - Seismic bracing to protect against natural disasters like earthquakes
  - Enhance Your Services - Microsoft is investing in subsea and terrestrial dark fibers to improve your services
    - We conduct a thorough review of all service incidents, regardless of magnitude of impact and we share the analysis if your organization is affected.
    - We commit to delivering at least **99.9%** up-time with a **financially-backed guarantee.** (4)
  - (5) (3)

(1) Fundamental requirement. Respondents asked for this organically, but need to know at the country level.

(2) Significant desire to limit unwarranted access by Microsoft. Rules, transparency, alerts, reports, logs and information all help to build confidence.

(3) Some appreciated the uptime promise, but others expected higher requirements (five nines).

(4) Intriguing, but the lack of details was disappointing and diminished the value of promise.

(5) Secure infrastructure elements are baseline: they are necessary to establish credibility as a vendor, not differentiation.

- ITDMs focus on data security and ensuring that Microsoft has only the bare minimum and absolutely necessary access to their data. With regards to the latter, increased information and transparency is desired.
- A third-party audit, by a well known entity, to validate security and transparency elements are being met is valuable and preferred.

# Transparency (Cont.)

- Transparent Operations – We share what we do and how we do it so you know what is happening with your data

- Know Where Your Data Is Located – **Understand which data center region your data is stored in** ➊
  - We maintain multiple copies of your data, across datacenters, for redundancy and will share with you where your data is located through interactive data maps
  - **We tell you who has access to your data and under what circumstances.**

- Lockbox
  - Microsoft Engineers **do not have standing access** to any service operation.  All access is obtained through a **rigorous access control technology** called Lockbox.
  - Lockbox enforces access control through multiple levels of approval within Microsoft
  - **Eliminate unnecessary access - Microsoft engineers do not have standing access to your data**
  - Grant limited access - When access is granted, it's given on a just-in-time basis and documented for total transparency
  - Full Auditing - All access is audited and available via the Office 365 Management Activity logs
  - **Customer Lockbox: Use of the Customer Lockbox feature ensures that Microsoft engineer does not get access to the customer's content without customer's explicit approval. When the customer gets the request for access, they can scrutinize the request and either approve or reject it. Until the request is approved, the Microsoft engineer will not be granted access.**

- Secure infrastructure – Advanced physical security and investments to improve service
  - Increase Physical Security
    - Microsoft's datacenters are protected with safeguards like motion sensors and security breach alarms
    - 24/7 monitoring
    - Seismic bracing to protect against natural disasters like earthquakes
  - Enhance Your Services - Microsoft is investing in subsea and terrestrial dark fibers to improve your services
    - We conduct a thorough review of all service incidents, regardless of magnitude of impact and we share the analysis if your organization is affected.
    - We commit to delivering at least **99.9%** up-time with a **financially-backed guarantee.**

➊ Fundamental requirement. Respondents asked for this organically, but need to know at the country level.

*Internationally that's a big problem. Pick your poison, who do you want to not comply with, basically, because sometimes you can't, right?  Especially global organizations, we'd like to run one say, Office 365, right? But because the privacy laws in the UK say you can only do this and the privacy laws in Germany say that, and Hong Kong says something else it's like okay, what do we do now?  The privacy laws. I see them more like job retention controls kind of because people don't want to move the jobs out of the country so they use the privacy laws to keep the data processing in the various countries which makes it very expensive for global companies to run their IT shops. [Compliance, NY]*

*It was really interesting because depending on the day of week I care and in general I'd like to know the geographic reach but I'm less concerned about point in time. [Compliance, NY]*

*If it's domestic I'm generally okay. If they're international, especially in Europe, that's a whole different world. [...] Granular. I want to know where it is in the data center. [Compliance, NY]*

# Transparency (Cont.)

- Transparent Operations – We share what we do and how we do it so you know what is happening with your data

- Know Where Your Data Is Located – **Understand which data center region your data is stored in**
  - We maintain multiple copies of your data, across datacenters, for redundancy and will share with you where your data is located through interactive data maps
  - **We tell you who has access to your data and under what circumstances.** 

- Lockbox
  - Microsoft Engineers **do not have standing access** to any service operation.  All access is obtained through a **rigorous access control technology** called Lockbox.
  - Lockbox enforces access control through multiple levels of approval within Microsoft
  - **Eliminate unnecessary access - Microsoft engineers do not have standing access to your data**
  - Grant limited access - When access is granted, it's given on a just-in-time basis and documented for total transparency
  - Full Auditing - All access is audited and available via the Office 365 Management Activity logs
  - **Customer Lockbox: Use of the Customer Lockbox feature ensures that Microsoft engineer does not get access to the customer's content without customer's explicit approval. When the customer gets the request for access, they can scrutinize the request and either approve or reject it. Until the request is approved, the Microsoft engineer will not be granted access.**

- Secure infrastructure – Advanced physical security and investments to improve service
  - Increase Physical Security
    - Microsoft's datacenters are protected with safeguards like motion sensors and security breach alarms
    - 24/7 monitoring
    - Seismic bracing to protect against natural disasters like earthquakes
  - Enhance Your Services - Microsoft is investing in subsea and terrestrial dark fibers to improve your services
    - We conduct a thorough review of all service incidents, regardless of magnitude of impact and we share the analysis if your organization is affected.
    - We commit to delivering at least **99.9%** up-time with a **financially-backed guarantee.**

**2** Significant desire to limit unwarranted access by Microsoft. Rules, transparency, alerts, reports, logs and information all help to build confidence.

> *To be honest, again, there's been some positive signs within these companies but you have to kind of build my trust again after what's happened with respect to request for customer data without us knowing.  That's going to take some time. [Compliance, NY]*
>
> *We tell you who has access to your data and under what circumstances.  Yes, absolutely should.  You get into issues with law enforcement. [Compliance, NY]*
>
> *Lockbox. That's the next best thing to me owning the keys. This was described to me when Microsoft came onsite and it's pretty cool. [...] It's limited access so it's just in time, like they said, so an admin that needs to access my data cannot unless I say he can and only for the time that I said he can. That was really cool. [Compliance, Chicago]*
>
> *The Lockbox concept kind of stood out.  I liked it. I would like to see how it would be implemented but conceptually it helps to address that concern of Microsoft needing to perform maintenance and yet the customer needing to have complete control over the disposition of the data. [Compliance, NY]*

# Transparency (Cont.)

- Transparent Operations - We share what we do and how we do it so you know what is happening with your data

- Know Where Your Data Is Located - **Understand which data center region your data is stored in**
  - We maintain multiple copies of your data, across datacenters, for redundancy and will share with you where your data is located through interactive data maps
  - **We tell you who has access to your data and under what circumstances.**

- Lockbox
  - Microsoft Engineers **do not have standing access** to any service operation.  All access is obtained through a **rigorous access control technology** called Lockbox.
  - Lockbox enforces access control through multiple levels of approval within Microsoft
  - **Eliminate unnecessary access - Microsoft engineers do not have standing access to your data**
  - Grant limited access - When access is granted, it's given on a just-in-time basis and documented for total transparency
  - Full Auditing - All access is audited and available via the Office 365 Management Activity logs
  - **Customer Lockbox: Use of the Customer Lockbox feature ensures that Microsoft engineer does not get access to the customer's content without customer's explicit approval. When the customer gets the request for access, they can scrutinize the request and either approve or reject it. Until the request is approved, the Microsoft engineer will not be granted access.**

- Secure infrastructure - Advanced physical security and investments to improve service
  - Increase Physical Security
    - Microsoft's datacenters are protected with safeguards like motion sensors and security breach alarms
    - 24/7 monitoring
    - Seismic bracing to protect against natural disasters like earthquakes
  - Enhance Your Services - Microsoft is investing in subsea and terrestrial dark fibers to improve your services
    - We conduct a thorough review of all service incidents, regardless of magnitude of impact and we share the analysis if your organization is affected.
    - We commit to delivering at least **99.9%** up-time with a **financially-backed guarantee.** ④

⑤

③

---

*Yes, three 9s is a lot of downtime, that's not very good. When is that downtime? I'd want to know are you going to notify me, is it going to be in the middle of the night? [...] How does that work? [Compliance, Chicago]*

*Except three 9s. I'd like five. [Compliance, Chicago]*

*I'd be happy even with four. [Compliance, Chicago]*

③ Some appreciated the uptime promise, but others expected higher requirements (five nines).

④ Intriguing, but the lack of details was disappointing and diminished the value of promise.

⑤ Secure infrastructure elements are baseline: they are necessary to establish credibility as a vendor, not differentiation.

*I'd also like to know what a financially backed guarantee is. That seems like a concept that's way out there. [Compliance, Chicago]*

*Secure infrastructure kind of thing. That's kind of a cost of doing business. That's pretty basic. If they're not doing this there's a problem. [Compliance, NY]*

*The bottom half I thought was table stakes. [...] If you have to separate yourself out from Google and other companies with that then you're in the wrong business. [Compliance, NY]*

*I starred the physical security only because I didn't realize you had all those things in place. [...] It's not the thing with which you make a final determination but it is kind of that base level of you have to have it. [Compliance, Chicago]*

# Transparency (Cont.)

- Transparent Operations - We share what we do and how we do it so you know what is happening with your data

- Know Where Your Data Is Located - **Understand which data center region your data is stored in**
  - We maintain multiple copies of your data, across datacenters, for redundancy and will share with you where your data is located through interactive data maps
  - **We tell you who has access to your data and under what circumstances.**

- Lockbox
  - Microsoft Engineers **do not have standing access** to any service operation.  All access is obtained through a **rigorous access control technology** called Lockbox.
  - Lockbox enforces access control through multiple levels of approval within Microsoft
  - **Eliminate unnecessary access - Microsoft engineers do not have standing access to your data**
  - Grant limited access - When access is granted, it's given on a just-in-time basis and documented for total transparency
  - Full Auditing - All access is audited and available via the Office 365 Management Activity logs
  - **Customer Lockbox: Use of the Customer Lockbox feature ensures that Microsoft engineer does not get access to the customer's content without customer's explicit approval. When the customer gets the request for access, they can scrutinize the request and either approve or reject it. Until the request is approved, the Microsoft engineer will not be granted access.**

- Secure infrastructure - Advanced physical security and investments to improve service
  - Increase Physical Security
    - Microsoft's datacenters are protected with safeguards like motion sensors and security breach alarms
    - 24/7 monitoring
    - Seismic bracing to protect against natural disasters like earthquakes
  - Enhance Your Services - Microsoft is investing in subsea and terrestrial dark fibers to improve your services
    - We conduct a thorough review of all service incidents, regardless of magnitude of impact and we share the analysis if your organization is affected.
    - We commit to delivering at least **99.9%** up-time with a **financially-backed guarantee.**

*I really like the eliminate unnecessary access.  Microsoft engineers do not have standing access to your data.  That does hopefully add a mitigated control against a rogue employee. [Compliance, NY]*

*To me, what comes out of this, this is great, this is good stuff, prove it to me. [Compliance, NY]*

*That's exactly right. Conceptually it sounds great but in practice how is it done? [Compliance, NY]*

*This goes back to the first bullet, I think, transparent operation. Show me how you do it. [Compliance, NY]*

*Prove to me that there's no backdoor.  Prove to me there's no second layer to this. [Compliance, NY]*

*That is one thing I would have added to this from a transparency perspective. Tell me when you've been subpoenaed for my data, even if you're not going to give it up.  No matter what. Under the Patriot Act who knows what they have to do, just let me know. [Compliance, NY]*

*Depends a little bit by industry. I would say transparency. [...] Transparency for me would be one. The information governance. [...] The first bullet point is we share what we do, we're not afraid to show off.  A lot of cloud providers, unfortunately, in the beginning were very afraid to open up. [Compliance, NY]*

- ITDMs focus on data security and ensuring that Microsoft has only the bare minimum and absolutely necessary access to their data. With regards to the latter, increased information and transparency is desired.

- A third-party audit, by a well known entity, to validate security and transparency elements are being met is valuable and preferred.

# Appendix

# Security – All



# Compliance – All



# Security



# Security – Identity & Access Control

# Security – Stop External Threats

Zero-day
Point-of-sale
Multi-layers
Real-time education
**Security layers**
Email
Malware
**End-user education**
Drilldown
Dashboard
Protecting them from themselves
Scrub links
Security On-premise solutions
Protection
No upcharge

# Security – Secure Collaboration



Microsoft Confidential

# Security – Privacy

# Compliance



Microsoft Confidential

# Compliance – Archiving



Microsoft Confidential

# Compliance – eDiscovery

# Compliance – Auditing



Microsoft Confidential

# Transparency



Microsoft Confidential



© 2012 Microsoft Corporation. All rights reserved. Microsoft, Windows, Windows Vista and other product names are or may be registered trademarks and/or trademarks in the U.S. and/or other countries.
The information herein is for informational purposes only and represents the current view of Microsoft Corporation as of the date of this presentation. Because Microsoft must respond to changing market conditions, it should not be interpreted to be a commitment on the part of Microsoft, and Microsoft cannot guarantee the accuracy of any information provided after the date of this presentation. MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.