# EXHIBIT 85



# Table of contents



| Objectives and methodology | Key insights | Findings | Appendix |
| --- | --- | --- | --- |
| Slide 03 | Slide 04-05 | Slide 06-15 | Slide 16-18 |



# Objectives and methodology

## Goals and Approach

- Capture reactions to messaging for Outlook based on the internal Outlook story. Prepare statements for quantitative phase of research.
- 12 focus groups across consumer and commercial audiences.

## Topics Covered

1. Current state → 2. Reactions to current Outlook → 3. Reactions to pillars → 4. Reactions to taglines

## Audiences

| N = 72 | NYC | CHI |
|---|---|---|
| Students | 1 focus group | 1 focus group |
| Busy Consumers | 1 focus group | 1 focus group |
| GenX IWs | 1 focus group | 1 focus group |
| Millennial IWs | 1 focus group | 1 focus group |
| BDMs | 1 focus group | 1 focus group |
| ITDMs | 1 focus group | 1 focus group |

# Key insights (1/2)

| 1 | **Be direct and straightforward** | Consumers and students in particular have low awareness/usage of Outlook; for them basic messaging is important. The overarching sentiment across all audiences is a desire for Microsoft to focus on what is already in the product and clarifying existing value, so that future aspirational value lands better. |
|---|---|---|
| 2 | **Pillars must connect to product truth** | Consumers are not aware of any features outside of the basic ones. Commercial audiences don't know about many that they could actually find useful such as @ mentions. Some of the tested messages were viewed as not credible since product truth not yet realized. |
| 3 | **Low awareness of alternative endpoints** | In commercial context, Outlook is a hero, or at least people are very heavily engaged with it. In consumer context, it barely registers – it often is just something people signed up for long ago, but people don't see it as a "hub" for their life the way that work people do. Most agreed it is a "better" email than Gmail, however, Outlook is firmly rooted in work. Overall, consumers are less interested in the future aspirations for Outlook. |

# Key insights (2/2)

| 4 | Calendar is the one space where work and personal can co-exist | People were very adverse to the concept of their personal email being in the same space as their work email. Most were more comfortable with having one master calendar. For ITDMs, Mixing work and life conflicts with keeping data compartmentalized. |
|---|---|---|
| 5 | Double-edge sword of security: critical yet expected | Security as a pillar preformed strongly across all audiences (in both appeal and credibility). It is a potential differentiator that MSFT could own relative to Google and others. Many did however, view it as "table-stakes", especially on the commercial side. |
| 6 | Intelligence isn't there, yet… | All audiences were skeptical about the efficacy of Intelligence features and general perception that they're not mature enough yet to be useful at work. The majority were most concerned with the loss of control. |

# Illustrative clips. <u>Click here</u> and ▶▶ to timestamps.

| 1 | **Students react to the messaging** |  | 2:25:47 "What do you think about the statement: let Outlook do the heavy lifting"<br>….<br>2:27:17 "This is the opposite of most of what you like about Outlook?" |
| 2 | **Students resonate to security** | | 2:29:45 "What could they do, how could they fix this?"<br>…<br>2:31:18 Security makes it different. |
| 3 | **Consumers react to the messaging** |  | 4:26:20 It feels like tagline H is universal. (Connect. Organize. Get things done.)<br>4:27:00 "People don't like to be sold." |
| 4 | **Millennial IWs on using Outlook for personal email** | | 4:50:28 "When you think about Outlook, what thoughts feelings come to mind?"<br>…<br>4:52:00 "How do you feel about Outlook?"<br>…<br>4:53:26 "You have to be organized, you don't want to be looking for things." |



# The statements resonated strongest with ITDMs

| | Statement | Consumers | Students | Millennial IWs | GenX IWs | ITDMs | BDMs |
|---|---|---|---|---|---|---|---|
| A | Email, Calendar and Search, intelligently together. | 8.2 | 6.9 | 7.3 | 8.1 | 7.8 | 7.4 |
| B | Work your way. | 6.7 | 7 | 6.9 | 7.3 | 7.3 | 6.7 |
| C | Space to focus. Time for action. | 6.4 | 6.4 | 7.1 | 6.3 | 8.5 | 5.5 |
| D | Collaborate effortlessly. | 7.5 | 6.9 | 6.8 | 7.4 | 8.2 | 6.6 |
| E | Security we take to heart. | 7.4 | 8.6 | 7.7 | 8.8 | 8.2 | 8.3 |
| F | Make time for what matters. | 6.6 | 7 | 7.5 | 6.4 | 8 | 7.8 |
| G | Accomplish tasks right in email. | 7.4 | 6.1 | 7.7 | 7.4 | 7.5 | 5.8 |
| H | Stay in control of your devices. | N/A | N/A | N/A | N/A | 7.1 | 6.1 |

*How appealing is the statement (1-9 scale)*   high ▮▮▮▮ low

# Intelligence and spanning work/life brought this down

All audiences liked that the statement emphasized organization and communication and speed. All except ITDMs and younger Millennials were confused by intelligent search, most were creeped out by it. None of the audiences liked the aspect that spanned across work and personal. Many also find "search" to be Outlook's main weaknesses.



| Consumers | Students | Millennial IWs | GenX IWs | ITDMs | BDMs |
|---|---|---|---|---|---|
| • Liked the statement overall, except for the aspect of "across work and life". <br> • Lots of confusion over the aspect of intelligence and what it meant in this context. | • Like the aspect of keeping everything together in one place. <br> • Don't understand the emphasis on "Search" (unsure how it connects with email/ calendar). <br> • Confused by and disliked intelligent search. | • Feel their Outlook keeps them connected and organized. Like this statement. <br> • Like the aspect of speed. <br> • Creeped out by the Intelligence aspect. | • Like everything together in one place, except across work and life. Want to keep work and personal separate. <br> • Like the aspect of speed. <br> • Confused by intelligence, felt it sounded like "big brother". | • Understood the intelligence aspect, but felt it was a buzzword. <br> • Wished intelligent search could work. <br> • Were concerned about how work and personal Outlook would be containerized (what about MDM?). | • Liked keeping everything together in one place, except if its across work and life. <br> • Better understood intelligence, but found it intrusive. Think Outlook's search needs work currently. |

# This statement received mixed reactions

Most respondents liked how this statement highlighted ease of access and flexibility in use. ITDMs pointed out that this is basically how they already interact with Outlook (working consistently across devices for email and calendar is expected at this point).



CONSUMERS/STUDENTS/IWS STATEMENT

B.    your way.

_

Personalize your experience with

.

ITDMS/BDMS STATEMENT

B.    .

.    , manage and work

– whether a phone, Mac, PC, or the web.

| Consumers | Students | Millennial IWs | GenX IWs | ITDMs | BDMs |
|---|---|---|---|---|---|
| • Felt this statement was too vague.<br>• Like getting things done across all devices.<br>• Didn't like the word "Work" (since many don't work).<br>• Felt the first sentence was cheesy. | • Liked that the statement made them feel they were in control (the first sentence).<br>• Liked across all devices since they tend to use multiple devices throughout the day.<br>• Found "or the web" redundant. | • Liked how this statement highlighted ease of access and flexibility.<br>• Confused by and disliked integration with partner apps and services. | • Majority liked how this statement highlighted the customized nature of Outlook. Many work remotely making this aspect resonate strongly.<br>• Confused by partner apps and services. | • This is the experience they currently have with Outlook.<br>• Don't want employees personalizing Outlook, want consistency.<br>• Which apps and services? Want more information.<br>• Dislike headline | • Most liked ability to use it across all devices.<br>• Disliked the word "Deploy"<br>• Felt first sentence was unrealistic.<br>• Confused by partner apps and services. |

# Appeal was lowered by a complete lack of credibility

People struggled to believe Outlook could deliver on this accurately. There's still lots of resistance around intelligent services, especially if they seem like they are too proactively taking control / decision-making power away from people. A few were excited by the possibility of this functionality (especially ITDMs), but still don't believe its there yet.

CONSUMERS/STUDENTS/IWS STATEMENT

C.                                    .

.

               and                        about the

.                                 and can customize

Outlook to work for you.

"don't trust it to prioritize email situations"

ITDMS/BDMS STATEMENT

C.                                    .

               and                        about the

                                        and can customize

Outlook to work for [...]

it know what matters most/to

"don't do it for me, just help me"

| Consumers | Students | Millennial IWs | GenX IWs | ITDMs | BDMs |
|---|---|---|---|---|---|
| • Don't believe Outlook will know what matters most to them.<br>• Dislike "intelligently learns from you".<br>• If it was credible, they like this, but don't think its there yet. | • Needed more information, didn't understand how any of this could work well.<br>• Strongly dislike "intelligently learns from you".<br>• Think it sounds "annoying" and intrusive. | • Felt the statement was cheesy.<br>• Open to proactive reminders, but isn't sure Outlook will know which "things matter most".<br>• Distrusts intelligence. | • Disliked the headline.<br>• Like the aspect of control<br>• Like that Outlook would learn from them, but don't believe its possible yet. | • Like this statement a lot, if it were true.<br>• Understood intelligence aspect and liked the phrase "learns from you", although all doubt Outlook can credibly do this.<br>• Dislike "focus" b/c of focused inbox. | • Like the notion of assistance but dislike anything taking control away (prioritizing for you like focused inbox).<br>• Generally skeptical Outlook could deliver on this.<br>• How does Outlook know what matters? |

# Free and easy access drove the appeal for these

Commercial audiences loved having everything easily accessible in one place. They also liked the ability to share their calendar, but *only* with coworkers. Consumer audiences were mostly unaware of Office Online and were delighted to learn it was free. Many commented they already have a solution for this that works well (GSuite).



CONSUMERS/ STUDENTS STATEMENT

D.          effortlessly          y is bold and unbelievable          platform is almost a necessity

Access          to get more done.

.          allows you to chat with contacts without ever leaving your inbox.

IWS/ITDMS/BDMS STATEMENT          appeal of outlook is relationship with MSFT, addicted to MSFT products for decades, 100% related to Office suite

D.

Work together on Office documents and          stored locally on your OneDrive. Access your Office 365 groups contacts, files, and emails

,          and          .          family and friends talks

| Consumers | Students | Millennial IWs | GenX IWs | ITDMs | BDMs |
|---|---|---|---|---|---|
| • Were unaware of free Office Online.<br>• Like sharing calendar, although many don't use a digital calendar.<br>• Don't use OneDrive, and like the inclusion of Google Drive<br>• Don't care about Skype integration. | • Don't really use calendars so don't need to share it.<br>• Like access to free Office apps, were unaware Office Online existed (even those with O365).<br>• Prefer Google Docs for collaboration. | • Liked how this statement highlighted efficiency and keeping things in one place<br>• Many were unaware of Office Online.<br>• Dislike the span of work into personal (family and friends). | • Love having everything in one place and the element of speed.<br>• Outlook means work to them so strongly dislike the inclusion of friends and family. Need to keep work and personal separate. | • Like how this alludes to keeping them working in/through their Outlook more (already spend all day with Outlook open).<br>• Found effortless unappealing and not credible. | • Liked the statement overall except for the inclusion of "friends and family"<br>• The ability to collaborate is nice (still struggle with versioning), "effortlessly" feels like an overreach. |

# Security resonated strongly, albeit expected by ITDMs

All audiences reacted positively to the Security messaging. Consumers and professionals alike want to be sure their data is safe. Microsoft has an advantage over Google in this space. IWs and BDMs admitted that although not unimportant, it really isn't something they need to think about for their functional roles. ITDMs feel its tablestakes.



| Consumers | Students | Millennial IWs | GenX IWs | ITDMs | BDMs |
|---|---|---|---|---|---|
| • The statement makes them feel protected.<br>• Peace of mind is important.<br>• Confused by the term "enterprise grade". | • Feel reassured by this statement. Security of their data is very top of mind right now.<br>• Like that Microsoft is trusted by large orgs and governments.<br>• Like peace of mind. | • Are reassured that Microsoft is trusted by large orgs and govs.<br>• Think security is something Microsoft specializes in.<br>• Don't believe the first sentence.<br>• Important, but overall not exciting message. | • Don't really think about security for their functional roles at work (unless they work with financial or customer data).<br>• Feel the first sentence isn't believable.<br>• Like enterprise grade. | • ITDMs love security, however, feel its tablestakes.<br>• The first sentence is only true if you're willing to pay for E5.<br>• Peace of mind isn't believable for ITDMs.<br>• Why call out GDPR and not others? | • Love security, but doesn't really fall under their purview.<br>• Peace of mind is never really achievable around security.<br>• Headline is cheesy.<br>• Microsoft cloud is redundant. |

# People struggled to understand this statement

The majority didn't understand what the role of a calendar is that is "more than scheduling". The majority disliked suggestions/reminders from their calendar and feel like they already have enough of these (the 15 minute reminder is sufficient). ITDMs and BDMs like Outlook calendar, but don't see it as something helping them on a grand level.



| Consumers | Students | Millennial IWs | GenX IWs | ITDMs | BDMs |
|---|---|---|---|---|---|
| • Confused by last sentence.<br>• Don't need location suggestions, find this type of thing generally annoying. | • Liked the headline more than other audiences ("that's important to me").<br>• Don't need the tracking of events, because they don't really have any.<br>• Confused by last sentence. | • Dislike the headline.<br>• Confused by the last sentence, but some understand it a bit more than other audiences.<br>• Many find reminders on what time to leave or suggestions annoying already. A few liked this. | • Really like the second sentence because it is a pain point<br>• Mixed responses on location suggestions, some like it, some find it intrusive.<br>• Confused by last sentence (what does it do more of?) | • Strongly dislike first two sentences (calendar sharing doesn't make an org run smoothly).<br>• Don't think a calendar "does more than scheduling" and | • Felt this statement was too aspirational and cheesy. Not serious enough for work.<br>• Did find the statement very credible (this is what Outlook does), but not exciting.<br>• Disliked/confused by the first sentence. |

# People liked the emphasis on speed and simplicity

ITDMs and BDMs already spend so much of their day in Outlook, this sounds like it would simplify their work lives. IWs were a bit more confused by what they are accomplishing specifically in Outlook. All commercial audiences liked approving expense reports, however, consumer audiences disliked paying their bills in Outlook.



| Consumers | Students | Millennial IWs | GenX IWs | ITDMs | BDMs |
|---|---|---|---|---|---|
| • Like the last sentence, however, some feel like they already have this ("my phone does this for me"). <br>• Uncomfortable paying bills in Outlook. <br>• Like the simplicity of the statement | • Like the convenience of password help ("my fatal flaw") <br>• Like speed. <br>• Confused by second sentence (what notebook or project board?) <br>• Is it secure enough for my bills? | • Confused by project board ("project management?") <br>• Like speed, but not sold on accomplishing tasks right in Outlook/ confused by what this really means. ("I don't collaborate in Outlook") | • Dislike the second sentence. <br>• Like how the last sentence makes it feel like Outlook streamlines your life (nice to have "one place" to go) | • Would really like to approve expenses right in Outlook (can we get rid of Concur/our ERP?) <br>• Would be nice to not switch between apps or remember passwords, but not sold. <br>• Like speed. | • Would love to never switch between apps or remember passwords again. Dislike/confused by "project board". Worried it means Planner. |

# This landed strongly with ITDMs

ITDMs think about device management and access to data frequently. They were intrigued by this, but slightly confused how this would relate to (or replace) their MDM systems. BDMs don't really think about this, and were confused by compartmentalization. They reiterated they want work and personal separate.

ITDMS/BDMS STATEMENT

G. Stay in control of your devices, all the time

**headline is good, understandable, and credible**

With Outlook, easily manage email                    on
every device and                                          .

**"took as something already have on Outlook [ability to split work/ personal]"**

| Consumers | Students | Millennial IWs | GenX IWs | ITDMs | BDMs |
|-----------|----------|----------------|----------|-------|------|
| • N/A | • N/A | • N/A | • N/A | • Love the first sentence, they have some employees with multiple devices (Sales people) and that can be challenging to manage.<br>• Felt like the last sentence was talking about MDM, but confused. | • Feel work and personal should be completely separate, don't understand compartmentalization.<br>• Overall sentiment of statement is fine but not interesting to this audience. |

# Tagline Reaction

Overall, there was little differentiation for tagline preference between groups. The favorite options were H, F, and E. Most popular options have straightforward messaging and clear explanation of Outlook's functional benefits to user. Least popular taglines created confusion in groups and/or did not articulate practical advantage that would be offered.

| Most Favorable | Mixed Reaction | Least Favorable |
|---|---|---|
| F. Outlook. Plan, connect, do. | D. Outlook. Achieving begins with focus. | A. The ally for the extraordinary in you. |
| E. Outlook. Your time, your focus. | G. Outlook. Communicate on your terms. | B. Outlook. Share yours. |
| H. Connect. Organize. Get things done. | C. Outlook. Focus on you. | J. Outlook. Where achieving begins. |
| | I. Outlook. Things begin here. | |

# Tagline Reaction

Overall, there was little differentiation for tagline preference between groups. The favorite options were H, F, and E.

Most popular options have straightforward messaging and clear explanation of Outlook's functional benefits to

| A. Totally for the extraordinary in you. | B. Outlook. Share yours. | C. Outlook. Focus on you. | D. Outlook. Achieving begins with focus. | E. Outlook. Your time, your focus.* | F. Outlook. Plan, connect, do.* | G. Outlook. Communicate on your terms. | H. Connect. Organize. Get things done.* | I. Outlook. Things begin here. | J. Outlook. Where achieving begins. |
|---|---|---|---|---|---|---|---|---|---|
| "sounds too grainy and vague"<br>"What does this mean? The worst one."<br>"Was this a joke?"<br>"too lofty" | "kind of ambiguous … sharing aspect is 'cool' but only one part of it and may not be the best part"<br>"Share what?/ It's my business" | "I'm busy and [this] will help me prioritize"<br>"Why is the focus on me?"<br>"Is this for business or personal?" | "'focus' grabs attention the most"<br>"helps focus information and [lead to] success"<br>"focus helps me achieve more in a timely way" | "benefits apparent and clear"<br>"made the most sense"<br>"reflecting [control] is about me and my life"<br>"organize" | "to the point"<br>"gives me control and customiz-a-bility"<br>"I'd be worse at my job without it"<br>[LIKE 'H'] | "personalize and get to pick and choose customizati-on"<br>"personal platform"<br>Conveys user benefit of "control" | "captured what you are looking for in email"<br>"just gets things done, is to the point"<br>"simple with action words, not fluffy" | "sums up organizati-on and focus [for Outlook]"<br>"sounds kind of pretentious"<br>"it's the truth… it's being real" | "a little too much for an email system"<br>"email is for utility, not creativity"<br>"cheesy"<br>"what am I achieving in email?" |
| Generally not favorable across all audiences.<br>Seen as too personal and confusing messaging. | Mixed reaction to this tagline<br>'Share YOURS' was seen as confusing or too personal.<br>•<br>Did not align with | Mixed reaction and confusion to focus on personal or work email.<br>Not explicit enough to convey benefit of workflow | Helps focus information and success users aiming to achieve.<br>'Focus' seems personalized for conveying time management and | One of the top choices among all groups.<br>Generally liked because it's simple, can be applied to different areas, | Overall favorite across the board. Simple and explains the 'lifecycle' of outlook in planning work.<br>Focuses on what | Mixed reaction to connection between 'Outlook' and 'on my terms' as some favor disconnect between the work and personal life. | Second favorite pillar, appealed to people because it clearly explains the functional benefits of Outlook.<br>"Get things done" | 'Begins here' is helpful to get to tasks [at work] accomplished.<br>Not seen as exciting.<br>Suggest change | Not as relatable compared to other taglines.<br>Like ME doing things vs. outlook doing it FOR me.<br>Does not convey |





# Evaluation format

Color coding used to show qualitative reactions to specific word choices as follows:



12



# Consumer and Student Pillars

| Pillar | Description |
|---|---|
| A. | **Email, Calendar and Search, intelligently together**<br>Stay connected and organized across work and life. Outlook pairs email, calendar, and contacts together so you can manage your life in one place. Intelligent search helps you find what you need, fast. |
| B. | **Work your way**<br>Outlook works where and how you want. Connect, share and get things done consistently across all your devices – whether a phone, Mac, PC, or any web browser. Personalize your experience through integrations with partner apps and services you love. |
| C. | **Space to focus. Time for action.**<br>Stay on top and in control. Outlook intelligently works on your behalf to prioritize communication and proactively remind you about the things that matter most. |
| D. | **Collaborate effortlessly**<br>Access free online Office apps to get more done. Work together on documents and share files quickly from OneDrive, Dropbox or Google Drive. Skype integration allows you to chat with contacts without ever leaving your inbox. Share calendars to coordinate schedules with friends and family. |
| E. | **Security we take to heart**<br>The security of your information is just as important to us as it is to you. Trusted by many of the world's largest global organizations and governments, we provide enterprise grade protection against online threats so you have peace of mind. |
| F. | **Make time for what matters**<br>Make time for what's important, and let Outlook handle the rest. Automatically track events like flights or hotel reservations. Get suggestions on where to meet based on your location. Effortlessly manage time with a calendar that does more than scheduling. |
| G. | **Intelligence that's considered**<br>Let Outlook do the heavy lifting. Outlook intelligently works on your behalf to prioritize communication and proactively remind you about the things that matter most. |
| H. | **Accomplish tasks right in email**<br>Accomplish tasks faster. Update your notebook, or project board, assign tasks to a team member or pay your bills right in Outlook. No need to switch between apps or remember multiple passwords. |

# Consumer and Student Description

## Outlook Features and Capabilities

Work and personal email accounts and **calendars** in one place, intelligent **search** across people, email, files

Collaborate with documents or other links and attachments, from **OneDrive, Google Drive, Dropbox** and more

Easily move between chat and email with **Skype integration**

Connect to third party and business **apps** and services like Evernote, PayPal, Boomerang. Take actions right in Outlook, like assigning tasks to a project or paying your bills without switching apps

**Focused** inbox to prioritize your most important emails

**@mentions** for fast, fluid conversations to call attention to action items in email

Be notified of the optimal **time to leave** for your next meeting

Track **RSVP responses** at a glance

**Share calendars with friends and family** and accept invitations from any device

Automatic **tracking of travel and package deliveries**

Add **Interesting Calendars** for business and life events

# IW Pillars

| Pillar | Description |
|---|---|
| A. | **Email, Calendar and Search, intelligently together**<br>Stay connected and organized across work and life. Outlook pairs email, calendar, and contacts together so you can manage your life in one place. Intelligent search helps you find what you need, fast. |
| B. | **Work your way**<br>Outlook works where and how you want. Connect, share and get things done consistently across all your devices – whether a phone, Mac, PC, or any web browser. Personalize your experience through integrations with partner apps and services you love. |
| C. | **Space to focus. Time for action.**<br>Stay on top and in control. Outlook intelligently works on your behalf to prioritize communication and proactively remind you about the things that matter most. |
| D. | **Collaborate effortlessly**<br>Work together on Office documents and quickly share files stored locally or on your OneDrive. Access your Office 365 groups contacts, files and emails all in one place. Share your calendar to coordinate schedules with friends, family and coworkers. |
| E. | **Security we take to heart**<br>The security of your information is just as important to us as it is to you. Trusted by many of the world's largest global organizations and governments, we provide enterprise grade protection against online threats so you have peace of mind. |
| F. | **Make time for what matters**<br>Make time for what's important, and let Outlook handle the rest. Automatically track events like flights or hotel reservations. Get suggestions on where to meet based on your location. Effortlessly manage time with a calendar that does more than scheduling. |
| G. | **Intelligence that's considered**<br>Let Outlook do the heavy lifting. Outlook intelligently works on your behalf to prioritize communication and proactively remind you about the things that matter most. |
| H. | **Accomplish tasks right in email**<br>Accomplish tasks faster. Update your project board, assign tasks to a team member or pay your bills right in Outlook. No need to switch between apps or remember multiple passwords. |

# IW Description

## Outlook Features and Capabilities

Work and personal email accounts and calendars in one place, intelligent search across people, email, files

Collaborate with Office documents or other links and attachments, from OneDrive for Business, your local computer and more

Skype meetings integrated into email and calendar.

Access Office 365 Groups email, files and events company contacts

Connect to third party and business apps and services like Dynamics, Salesforce, Trello, Evernote

Focused inbox prioritizes your most important emails

@mentions for fast, fluid conversations to call attention to action items in email

Scheduling Assistant presents the best time to meet and view coworker's availability anytime

Rich location suggestions plus available conference rooms

Be notified of the optimal time to leave for your next meeting, Key events and delivery details provided at a glance

Track RSVP responses at a glance

Share calendars with friends and family and accept invitations from any device

Add Interesting Calendars for business and life events

Set availability to fit your daily life with out of office, work elsewhere or free/busy indicators

Access your company directory and global address list from anywhere

Advanced data security with encryption, and protection against online threats, ability to encrypted and rights protect messages

# ITDM and BDM Pillars

| Pillar | Description |
|---|---|
| A. | **Email, Calendar and Search, intelligently together.** Stay connected and organized across work and life. Outlook pairs email, calendar, and search together so you can manage everything in one place. Intelligent search helps you find what you need, fast. |
| B. | **Work your way.** Outlook works where and how you want. Deploy, manage and work consistently across all your devices. – whether a phone, Mac, PC, or the web. Personalize Outlook with the partner apps and services your organization needs. |
| C. | **Space to focus. Time for action.** Stay on top and in control. Outlook intelligently learns from you to prioritize communication and proactively remind you about the things that matter most. You are always in control and can customize Outlook to work for you. |
| D. | **Collaborate effortlessly.** Work together on Office documents and quickly share files stored locally or on your OneDrive. Access your Office 365 groups files, contacts and emails all in one place. Share your calendar to coordinate schedules with friends, family and coworkers. |
| E. | **Security we take to heart.** The security of your organizations information is just as important to us as it is to you. Outlook is fully architected on the Microsoft Cloud and is GDPR compliant.  Trusted by many of the world's largest global organizations and governments, we provide advanced protection against online threats so you have peace of mind. |
| F. | **Make time for what matters.** Make time for what's important, let Outlook handle the rest. Keep your organization running smoothly through calendar sharing. Quickly see availability status of coworkers., schedule Skype meetings and book conference rooms. Effortlessly manage time with a calendar that does more than scheduling. |
| G. | **Accomplish tasks right in email.** Accomplish tasks faster. Update your project board, assign tasks to a team member or approve expenses in Outlook. No need to switch between apps or remember multiple passwords. |
| H. | **Stay in control of all your devices, all the time.** Secure your organizations confidential information and keep all devices up to date.  With Outlook, easily manage email access permissions on every device and keep work and personal data compartmentalized. |

# ITDM and BDM Description – For Organizations



**Outlook Features and Capabilities**

Support **one email** solution – optimize help, training, and onboarding materials.

Users can leverage **in-app support** to help offload your help desk

Protects user and corporate data with anti-phishing and advanced protection against online threats , fully deployed on Microsoft cloud

Embedded with safe links and attachments threat protection

Advanced data security with encryption, and protection against online threats, ability to encrypted and rights protect messages

Companies can also use ActiveSync **to enforce PIN lock** and wipe lost or stolen devices.

Outlook supports advanced device and **app management** capabilities

# ITDM and BDM Description – For Users

## Outlook Features and Capabilities

Work and personal email accounts and **calendars** in one place, Zero effort, intelligent **search** across people, email, files

Collaborate with Office documents or other links and attachments, from **OneDrive for Business,** your local computer and more

**Skype** meetings integrated into email and calendar.

Access **Office 365 Groups** email, files and events company contacts

Connect to third party and business **apps** and services

**Focused** inbox to prioritize your most important emails

**@mentions** for fast, fluid conversations to call attention to action items in email

**Scheduling Assistant** presents the best time to meet and view coworker's availability anytime **Rich location** suggestions plus available conference rooms

Be notified of the optimal **time to leave** for your next meeting

**Key events** and delivery details provided at a glance

Track **RSVP responses (accept/declines) for all participants** at a glance

**Share calendars** and accept invitations right from your phone.

Add **Interesting Calendars** for business and life events such as holidays, sports events and more

Set availability to fit your daily life with out of office, work elsewhere or free/busy indicators

Access you **company directory** and global address list from anywhere

# Taglines

| | |
|---|---|
| **A.** | The ally for the extraordinary in you. |
| **B.** | Outlook. Share yours. |
| **C.** | Outlook. Focus on you. |
| **D.** | Outlook. Achieving begins with focus. |
| **E.** | Outlook. Your time, your focus. |
| **F.** | Outlook. Plan, connect, do. |
| **G.** | Outlook. Communicate on your terms. |
| **H.** | Connect. Organize. Get things done. |
| **I.** | Outlook. Things begin here. |
| **J.** | Outlook. Where achieving begins. |