# EXHIBIT 86

| | |
|---|---|
| **From:** | Amar Patel (C AND E) </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICROSOFT.ONMICROSOFT.COM-55760-AMAR PATEL (DUP: 74FFB02726344746BAF985BE34491C08)> |
| **To:** | Abhijeet Hatekar (MSTIC) |
| **Sent:** | 4/29/2020 5:33:32 PM |
| **Subject:** | RE: Office CXP: Sonar 101 and Evasion Discussion |
| **Attachments:** | Re: [Office CXP doing evasion testing] FW: Meeting Notes - RE: Bosch |

I think Adel and Rex can join too. I re-read the attached…

**From:** Amar Patel (C AND E)
**Sent:** Wednesday, April 29, 2020 10:30 AM
**To:** Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>
**Subject:** RE: Office CXP: Sonar 101 and Evasion Discussion

IMHO, I think we need senior people. They want to know what our approach to evasion is and how to tell that story to customers when they ask.

**From:** Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>
**Sent:** Wednesday, April 29, 2020 10:01 AM
**To:** Amar Patel (C AND E) <amarpa@microsoft.com>
**Subject:** RE: Office CXP: Sonar 101 and Evasion Discussion

If you don't need me specifically, I can fwd it to Adel (from UK) and see if Rex can join.

Regards,
Abhie

**From:** Amar Patel (C AND E) <amarpa@microsoft.com>
**Sent:** Wednesday, April 29, 2020 9:17 AM
**To:** Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>
**Subject:** RE: Office CXP: Sonar 101 and Evasion Discussion

I understand. Apologies for the early hours.  Unfortunately, a few of the folks on the CXP team are in UK and Switzerland so I had to pick a time zone friendly solution to accomodate. If you cannot make it we'll have to reschedule. It may be we can start a thread with them to find a new time if needed.

-----Original Appointment-----
**From:** Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>
**Sent:** Tuesday, April 28, 2020 10:20 PM
**To:** Amar Patel (C AND E)
**Subject:** Tentative: Office CXP: Sonar 101 and Evasion Discussion
**When:** Tuesday, May 5, 2020 8:00 AM-9:00 AM (UTC-08:00) Pacific Time (US & Canada).
**Where:** Microsoft Teams Meeting

Hey Amar,

Morning 8 is all about getting Raghav ready. I might not be available infront of computer to take this call or will join late. Can't confirm till Monday ☹

Regards,
Abhie

CONFIDENTIAL