# EXHIBIT 87

PageVault

| | |
|---|---|
| Document title: | • Cognizant employees by region 2020 \| Statista |
| Capture URL: | https://www.statista.com/statistics/712135/cognizant-employee-numbers-region/ |
| Captured site IP: | 3.228.65.174 |
| Page loaded at (UTC): | Thu, 08 Jul 2021 22:22:47 GMT |
| Capture timestamp (UTC): | Thu, 08 Jul 2021 22:23:28 GMT |
| Capture tool: | v7.9.1 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | 7602d5f4-fb03-405a-bc6b-e32ce4129b65 |
| User: | jmlaw-jcooper |

PDF REFERENCE #:    qzAyqKqdbEyLpgme3DFp46



| Basic Account | Single Account | Corporate Account |
|---|---|---|
| Get to know the platform | The ideal entry-level account for individual users | Full access |
| You only have access to basic statistics. | ✓ **Instant access** to 1m statistics | Corporate solution including all features. |
| This statistic is **not included** in your account. | ✓ **Download** in XLS, PDF & PNG format | Send request |
| | ✓ Detailed **references** | |
| | ~~$59~~ **$39** / Month * | |
| | in the first 12 months | |
| | Purchase now | |

* Prices do not include sales tax.

Leading companies trust Statista:   PayPal   Google   Adobe   P&G   SAMSUNG   T···

*Statista is a great source of knowledge, and pretty helpful to manage the daily work.*

**Christof Baron**
CEO, MindShare Germany

## Statistics on "Consulting services in the U.S."

**Global overview**

**U.S. market**

**Industry leaders**

**The most important statistics**
- Size of the consulting market worldwide 2011-2020
- Change of the global consulting market revenue 2019-2020, by industry
- Annual revenue growth of management consultancies worldwide 2015-2020
- Revenue per consultant of management consultancies worldwide 2015-2020
- Size of the global consulting market 2019, by region
- Size of the global consulting market 2019, by country

## Discover Statista

[ Find statistics, forecasts and studies ]   **Statista Search**

Need help with using Statista for your research? **Tutorials and first steps**

## Further Content: You might find this interesting as well

**STATISTICS**
- Cognizant number of employees 2020
- Net income of Cognizant worldwide 2014-2020
- Operating income of Cognizant worldwide 2014-2020
- Share Cognizant revenue by business segment 2011-2020
- Revenue of Cognizant by geographical region 2011-2020
- Boston Consulting Group's employee numbers 2015-2019
- Revenues of leading business innovation/transformation partners in Germany 2014-2015
- Number of employees at S&P Global 2012-2019

**TOPICS**
- Consulting services industry in the U.S.
- Audit/Accounting firms - the Big Four
- Legal services industry in the U.S.

Do you have any questions about our business solutions?

We provide you with detailed information about our Corporate Account.

**Contact us now**

Home   About Statista   Career   Contact   Help & FAQ   Report Bug   Our Media Partners   Privacy   Imprint