# EXHIBIT 88

**Page Vault**

| | |
|---|---|
| Document title: | • BP: employee number 2020 | Statista |
| Capture URL: | https://www.statista.com/statistics/302510/bp-group-employee-number/ |
| Captured site IP: | 3.228.65.174 |
| Page loaded at (UTC): | Thu, 08 Jul 2021 22:23:44 GMT |
| Capture timestamp (UTC): | Thu, 08 Jul 2021 22:24:09 GMT |
| Capture tool: | v7.9.1 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 4 |
| Capture ID: | 67ed68f7-daa9-48ec-b644-59e0a6b937a6 |
| User: | jmlaw-jcooper |







Document title: • BP: employee number 2020 | Statista
Capture URL: https://www.statista.com/statistics/302510/bp-group-employee-number/
Capture timestamp (UTC): Thu, 08 Jul 2021 22:24:09 GMT