# EXHIBIT 90

| | |
|---|---|
| From: | Lukas Sassl </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS /CN=44A8BE7EAD7C481C98B3C04426E18DC9-LUKAS SASSL> |
| To: | Bruno Nowak; Amar Patel (C AND E); Sumit Malhotra; Swaroopa Gollapalli; Abhishek Agrawal (CDM); Cristian Craioveanu; Abhijeet Hatekar (MSTIC); Brian Wilcox; Shubhanshi Jain |
| CC: | Nitin Kumar Goel; John Lambert (MSTIC); Helmut Krüger; Claudia Filipoaia; Pawel Partyka; Frank Plawetzki; Andreas Keller; Jason Rogers |
| Sent: | 5/22/2020 10:32:25 AM |
| Subject: | Re: [Proposed Next Steps] RE: Meeting Notes - RE: Bosch |

@Amar Patel (C AND E) no worries. Please find my comments below:

- Are they running the entire EOP and ATP stack in this testing or are they just using ATP?
    - They are currently in ramp-up
    - Focused on Exchange, they've established hybrid with centralized mail flow (CMT)
    - They're in preparation for larger mailbox moves to EXO (currently ~45 mailboxes moved from early bird users to evaluate that everything's working well)
    - The cx continues to slowly switch the mx records pointing to EOP, starting with those who have a low mail volume
    - There are 420 mail-enabled domains in place
    - This work is done in **production**
    Office 365 ATP Workload:
    
- And are they using live mail flow or purely pen testing right now?
    - As described above, they're using live mail flow some domains in production right now

@Swaroopa Gollapalli thanks for taking care of *this*:

*[...]We found the root cause and working on a fix to address the issue with .7z and the underlying nested encrypted files. We'll get back on an ETA on this.*

As discussed via Teams, I offered them the following dates:

1. June 9th 9-10am
2. June 10th 10-11am

June 11th 8:30-9:30 am is not possible due to public holiday in Germany. I'll keep you posted once they confirmed one these dates.
Feel free to invite me to the internal meetings regarding this inquiry. I'll try to participate but do not take into account my availability 🙂.

Exhibit 13
3/10/2021
Patel

**From:** Bruno Nowak <bnowak@microsoft.com>
**Sent:** Thursday, 21 May 2020 00:29
**To:** Amar Patel (C AND E) <amarpa@microsoft.com>; Sumit Malhotra <sumitm@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Cristian Craioveanu <Cristian.Craioveanu@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Lukas Sassl <Lukas.Sassl@microsoft.com>; Brian Wilcox <brwilcox@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Shubhanshi Jain <Shubhanshi.Jain@microsoft.com>
**Cc:** Nitin Kumar Goel <Nitin.Goel@microsoft.com>; John Lambert (MSTIC) <johnla@microsoft.com>; Helmut Krüger <helmutk@microsoft.com>; Claudia Filipoaia <cfilip@microsoft.com>; Pawel Partyka <Pawel.Partyka@microsoft.com>; Frank Plawetzki <frankpl@microsoft.com>; Andreas Keller <Andreas.Keller@microsoft.com>; Jason Rogers <jarogers@microsoft.com>
**Subject:** RE: [Proposed Next Steps] RE: Meeting Notes - RE: Bosch

And the answer is yes, we are. Pawel owns that engagement.

**From:** Amar Patel (C AND E) <amarpa@microsoft.com>
**Sent:** Wednesday, May 20, 2020 1:46 PM
**To:** Sumit Malhotra <sumitm@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Cristian Craioveanu <Cristian.Craioveanu@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Lukas Sassl <Lukas.Sassl@microsoft.com>; Brian Wilcox <brwilcox@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Shubhanshi Jain <Shubhanshi.Jain@microsoft.com>; Bruno Nowak <bnowak@microsoft.com>
**Cc:** Nitin Kumar Goel <Nitin.Goel@microsoft.com>; John Lambert (MSTIC) <johnla@microsoft.com>; Helmut Krüger <helmutk@microsoft.com>; Claudia Filipoaia <cfilip@microsoft.com>; Pawel Partyka <Pawel.Partyka@microsoft.com>; Frank Plawetzki <frankpl@microsoft.com>; Andreas Keller <Andreas.Keller@microsoft.com>; Jason Rogers <jarogers@microsoft.com>
**Subject:** RE: [Proposed Next Steps] RE: Meeting Notes - RE: Bosch

Bruno and Pawel are on this thread.

**From:** Sumit Malhotra <sumitm@microsoft.com>
**Sent:** Wednesday, May 20, 2020 1:46 PM
**To:** Amar Patel (C AND E) <amarpa@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Cristian Craioveanu <Cristian.Craioveanu@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Lukas Sassl <Lukas.Sassl@microsoft.com>; Brian Wilcox <brwilcox@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Shubhanshi Jain <Shubhanshi.Jain@microsoft.com>; Bruno Nowak <bnowak@microsoft.com>
**Cc:** Nitin Kumar Goel <Nitin.Goel@microsoft.com>; John Lambert (MSTIC) <johnla@microsoft.com>; Helmut Krüger <helmutk@microsoft.com>; Claudia Filipoaia <cfilip@microsoft.com>; Pawel Partyka <Pawel.Partyka@microsoft.com>; Frank Plawetzki <frankpl@microsoft.com>; Andreas Keller <Andreas.Keller@microsoft.com>; Jason Rogers <jarogers@microsoft.com>
**Subject:** RE: [Proposed Next Steps] RE: Meeting Notes - RE: Bosch

@Bruno is CxE engaged on Bosch?

**From:** Amar Patel (C AND E)
**Sent:** Wednesday, May 20, 2020 12:56 PM
**To:** Sumit Malhotra <sumitm@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Cristian Craioveanu <Cristian.Craioveanu@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Lukas Sassl <Lukas.Sassl@microsoft.com>; Brian Wilcox <brwilcox@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Shubhanshi Jain <Shubhanshi.Jain@microsoft.com>
**Cc:** Nitin Kumar Goel <Nitin.Goel@microsoft.com>; John Lambert (MSTIC) <johnla@microsoft.com>; Helmut

Krüger <helmutk@microsoft.com>; Claudia Filipoaia <cfilip@microsoft.com>; Bruno Nowak <bnowak@microsoft.com>; Pawel Partyka <Pawel.Partyka@microsoft.com>; Frank Plawetzki <frankpl@microsoft.com>; Andreas Keller <Andreas.Keller@microsoft.com>; Jason Rogers <jarogers@microsoft.com>
**Subject:** RE: [Proposed Next Steps] RE: Meeting Notes - RE: Bosch

@Sumit Malhotra can you add your input to the doc please? Bosch Questions.docx

I've verified you have access.

Thank you in advance 😊.

Amar

**From:** Sumit Malhotra <sumitm@microsoft.com>
**Sent:** Wednesday, May 20, 2020 12:49 PM
**To:** Amar Patel (C AND E) <amarpa@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Cristian Craioveanu <Cristian.Craioveanu@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Lukas Sassl <Lukas.Sassl@microsoft.com>; Brian Wilcox <brwilcox@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Shubhanshi Jain <Shubhanshi.Jain@microsoft.com>
**Cc:** Nitin Kumar Goel <Nitin.Goel@microsoft.com>; John Lambert (MSTIC) <johnla@microsoft.com>; Helmut Krüger <helmutk@microsoft.com>; Claudia Filipoaia <cfilip@microsoft.com>; Bruno Nowak <bnowak@microsoft.com>; Pawel Partyka <Pawel.Partyka@microsoft.com>; Frank Plawetzki <frankpl@microsoft.com>; Andreas Keller <Andreas.Keller@microsoft.com>; Jason Rogers <jarogers@microsoft.com>
**Subject:** RE: [Proposed Next Steps] RE: Meeting Notes - RE: Bosch

#2 will let Abhishek chime in. IMHO with the full suite of OATP P2 and the right best practices (should have them run our ORCA self-assessment). they should be covered for email based threats. We of course encourage customers to take a multi-tiered approach to security across end points and identity.

#5
   a. Detailed detonation report - @Shubhanshi and @Swaroopa can update based on what we have in product today, for files, and what is coming in early Fe with the OC richness, for files and URLs. Under NDA, we can walk through mocks et al.
   b. Available in product today with admin submissions – and customers can also trigger these from hunting.
   c. What is the specific scenario? I believe Prudential brought up something similar with Amar/me previously….
   d. Custom detections: Available through MTP advanced hunting today – eligibility is being extended to OATP P2 and E5 customers in June.
       a. Can also do this via Threat Trackers and Saved Queries in Threat Explorer though Advanced Hunting provides more flexibility…
   e. Hunting capabilities through detonation results – on Fe roadmap. @Shubhanshi can help.

**From:** Amar Patel (C AND E)
**Sent:** Wednesday, May 20, 2020 12:00 PM
**To:** Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Cristian Craioveanu <Cristian.Craioveanu@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Lukas Sassl <Lukas.Sassl@microsoft.com>; Brian Wilcox <brwilcox@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Sumit Malhotra <sumitm@microsoft.com>
**Cc:** Nitin Kumar Goel <Nitin.Goel@microsoft.com>; John Lambert (MSTIC) <johnla@microsoft.com>; Helmut Krüger <helmutk@microsoft.com>; Claudia Filipoaia <cfilip@microsoft.com>; Bruno Nowak <bnowak@microsoft.com>; Pawel Partyka <Pawel.Partyka@microsoft.com>; Frank Plawetzki <frankpl@microsoft.com>; Andreas Keller <Andreas.Keller@microsoft.com>; Jason Rogers <jarogers@microsoft.com>

**Subject:** [Proposed Next Steps] RE: Meeting Notes - RE: Bosch
**Importance:** High

Moving a bunch of folks to CC so we get clear on responders

@Lukas Sassl,

Thanks for following up on the action to provide the list of questions. Some clarifying questions – sorry if answered previously
- Are they running the entire EOP and ATP stack in this testing or are they just using ATP?
- And are they using live mail flow or purely pen testing right now?

To All,

This seems like an overall Office 365 protection discussion now that spans Abhishek and Summit's areas. Let's collaborate/collect input here: Bosch Questions.docx
- @Swaroopa Gollapalli, can you please discuss 1 with Cristian, Abhi, Nitin to formulate a perspective?
- @Abhishek Agrawal (CDM), @Sumit Malhotra, Bosch is a $300 Million account cutting over. Can you please consider how to answer 2 and 5 below?
- For 3 and 4, I can take a crack at that but if @Cristian Craioveanu or @Abhijeet Hatekar (MSTIC) have input, please little 'r' me
- @Swaroopa Gollapalli and @Brian Wilcox can we look at the iron proposed plan to draft an answer to 6?

Step 1 is getting input into the doc to start building our story back to the customer. By end of week if possible?

Thank you,
Amar

**From:** Lukas Sassl <Lukas.Sassl@microsoft.com>
**Sent:** Tuesday, May 19, 2020 5:49 AM
**To:** Amar Patel (C AND E) <amarpa@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Helmut Krüger <helmutk@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Claudia Filipoaia <cfilip@microsoft.com>; Cristian Craioveanu <Cristian.Craioveanu@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Bruno Nowak <bnowak@microsoft.com>; Pawel Partyka <Pawel.Partyka@microsoft.com>; Frank Plawetzki <frankpl@microsoft.com>; Andreas Keller <Andreas.Keller@microsoft.com>
**Cc:** Nitin Kumar Goel <Nitin.Goel@microsoft.com>; John Lambert (MSTIC) <johnla@microsoft.com>
**Subject:** Re: Meeting Notes - RE: Bosch

Hello team,

we just received the key questions from customer Bosch:

1. What is the main focus of the Detonation Chamber?
    a. Detect commodity Malware and widespread malicious mails (e.g. Emotet) which traditional Antivirus products doesn't detect yet
    b. Protection against advanced / more sophisticated unknown malware, which is prepared and send to individual targets

2. Does Microsoft consider the O365 email protection infrastructure as sufficient or is it considered as base protection and it is recommended to implement additional email security controls for a company like Bosch?

3. Our tests revealed flaws which we saw covered by other vendors back in 2014 when we did a Sandbox PoC already. We were surprised to see that such trivial methods like a simple sleep could evade the detection. Are there plans to improve anti sandboxing evading techniques (and not only fixing the findings)?

4. Why is an IP-address range used which is easily attributable to Microsoft?

5. For Incident Response, Threat Detection and Threat Hunting we miss quite a lot of features. Are there any plans to integrate features like:

CONFIDENTIAL - ATTORNEYS' EYES ONLY

   a. Detailed detonation report
   b. Ability to check the result of a file which was not classified as malicious
   c. Custom TI integration (e.g. through Yara, MISP)
   d. Custom detection rule implementation
   e. Hunt Capabilities to search through detonation results (also for as clean classified files) for a specific Mutex, an external IP address, involved Registry Keys, etc.

6. Detonation chamber roadmap in general

I'll also send you the samples which they used for evasion testing.

Thanks,
/Lukas

---

**From:** Lukas Sassl <Lukas.Sassl@microsoft.com>
**Sent:** Wednesday, 6 May 2020 16:37
**To:** Amar Patel (C AND E) <amarpa@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Helmut Krüger <helmutk@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Claudia Filipoaia <cfilip@microsoft.com>; Cristian Craioveanu <Cristian.Craioveanu@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Bruno Nowak <bnowak@microsoft.com>; Pawel Partyka <Pawel.Partyka@microsoft.com>; Frank Plawetzki <frankpl@microsoft.com>; Andreas Keller <Andreas.Keller@microsoft.com>
**Cc:** Nitin Kumar Goel <Nitin.Goel@microsoft.com>; John Lambert (MSTIC) <johnla@microsoft.com>
**Subject:** Re: Meeting Notes - RE: Bosch

Hi all,

just wanted to let you know that we expect another delay due to COVID-19 and short-time work at Bosch in Germany.
@Amar Patel (C AND E) can you propose a date for the last week in May?
The idea is to suggest this to the customer and ask them to submit their questions at least one week in advance.

Thanks,
/Lukas

---

**From:** Amar Patel (C AND E) <amarpa@microsoft.com>
**Sent:** Friday, 24 April 2020 19:41
**To:** Lukas Sassl <Lukas.Sassl@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Helmut Krüger <helmutk@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Claudia Filipoaia <cfilip@microsoft.com>; Cristian Craioveanu <Cristian.Craioveanu@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Bruno Nowak <bnowak@microsoft.com>; Pawel Partyka <Pawel.Partyka@microsoft.com>; Frank Plawetzki <frankpl@microsoft.com>
**Cc:** Nitin Kumar Goel <Nitin.Goel@microsoft.com>; John Lambert (MSTIC) <johnla@microsoft.com>
**Subject:** RE: Meeting Notes - RE: Bosch

Thanks for the update. Just let know when to re-engage.

---

**From:** Lukas Sassl <Lukas.Sassl@microsoft.com>
**Sent:** Friday, April 24, 2020 8:18 AM
**To:** Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Helmut Krüger <helmutk@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Claudia Filipoaia <cfilip@microsoft.com>; Cristian Craioveanu <Cristian.Craioveanu@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Bruno Nowak <bnowak@microsoft.com>; Pawel Partyka <Pawel.Partyka@microsoft.com>; Frank Plawetzki <frankpl@microsoft.com>
**Cc:** Nitin Kumar Goel <Nitin.Goel@microsoft.com>; John Lambert (MSTIC) <johnla@microsoft.com>

CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Subject:** Re: Meeting Notes - RE: Bosch

Hi team,

we've got feedback from the customer. Due to COVID-19 and short-time work at Bosch, it'll take a little bit longer for them to provide the key questions. They also agreed to send us the samples which they used to test / survive detonation chamber.

They estimate that it will probably take until mid-May. We'll keep you posted.

Thanks,
/Lukas

---

**From:** Lukas Sassl <Lukas.Sassl@microsoft.com>
**Sent:** Wednesday, 15 April 2020 21:22
**To:** Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Helmut Krüger <helmutk@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Claudia Filipoaia <cfilip@microsoft.com>; Cristian Craioveanu <Cristian.Craioveanu@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Bruno Nowak <bnowak@microsoft.com>; Pawel Partyka <Pawel.Partyka@microsoft.com>
**Cc:** Nitin Kumar Goel <Nitin.Goel@microsoft.com>; John Lambert (MSTIC) <johnla@microsoft.com>
**Subject:** Re: Meeting Notes - RE: Bosch

Hi Swaroopa,

I'll ask them to provide the full samples. Will keep you posted.

Thanks,
/Lukas

Get Outlook for iOS

---

**From:** Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>
**Sent:** Wednesday, April 15, 2020 8:49:16 PM
**To:** Helmut Krüger <helmutk@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>; Lukas Sassl <Lukas.Sassl@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Claudia Filipoaia <cfilip@microsoft.com>; Cristian Craioveanu <Cristian.Craioveanu@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Bruno Nowak <bnowak@microsoft.com>; Pawel Partyka <Pawel.Partyka@microsoft.com>
**Cc:** Nitin Kumar Goel <Nitin.Goel@microsoft.com>; John Lambert (MSTIC) <johnla@microsoft.com>
**Subject:** RE: Meeting Notes - RE: Bosch

Thanks for the tip Helmut. We've internally discussed and concluded that the full samples will be helpful if it's possible to get them.

Thanks,
Swaroopa

**From:** Helmut Krüger <helmutk@microsoft.com>
**Sent:** Wednesday, April 15, 2020 10:21 AM
**To:** Amar Patel (C AND E) <amarpa@microsoft.com>; Lukas Sassl <Lukas.Sassl@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Claudia Filipoaia <cfilip@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Cristian Craioveanu <Cristian.Craioveanu@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Bruno Nowak <bnowak@microsoft.com>; Pawel Partyka <Pawel.Partyka@microsoft.com>
**Cc:** Nitin Kumar Goel <Nitin.Goel@microsoft.com>; John Lambert (MSTIC) <johnla@microsoft.com>

**Subject:** RE: Meeting Notes - RE: Bosch

With respect to the question if we need samples for the presumed weaknesses described in the customer's document (attached, for example, to https://msft-twc.visualstudio.com/Sonar%20Finding%20Investigations/_workitems/edit/59562) I've just detected that it already contains PS Snippets that illustrate how some of them can be exploited.

Like

Invoke-WebRequest -Uri "htttps://api.ipify.org?format=json" -OutFile ip.json

if((Get-Content -Raw -Path ip.json | ConvertFrom-Json).ip -like "40.94.*")
{ # Do nothing }
else
{ # Execute Malware }

And

if((Get-WinEvent -FilterHashtable @{logname='System'; id=1074}).Message -like "*WIN-5E07COS9ALR*")
{ # Do nothing }
else
{ # Execute Malware }

These are the simple cases, others might be more complex.
Of course, the question is still how they got this code executed from within their test messages at all.
Maybe, full samples are still required to get this question answered.

Best regards
-helmut


**From:** Amar Patel (C AND E) <amarpa@microsoft.com>
**Sent:** Mittwoch, 15. April 2020 19:02
**To:** Helmut Krüger <helmutk@microsoft.com>; Lukas Sassl <Lukas.Sassl@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Claudia Filipoaia <cfilip@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Cristian Craioveanu <Cristian.Craioveanu@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Bruno Nowak <bnowak@microsoft.com>; Pawel Partyka <Pawel.Partyka@microsoft.com>
**Cc:** Nitin Kumar Goel <Nitin.Goel@microsoft.com>; John Lambert (MSTIC) <johnla@microsoft.com>
**Subject:** Meeting Notes - RE: Bosch

Bosch is a $300 Million account. They just bought ATP and are in the process of cutting over. We passed with flying colors in pre-sales. The team that is testing now is essentially a "red team" doing additional poking around to further understand ATP capabilities.

1. Lukas/Helmut
    a. Have asked the customer for key questions they have. Once they receive they'll pass on to us
    b. Will get us the tenant IDs so we can monitor quality in their tenant
2. Swaroopa will consult Abhi/Cristian on whether we want samples for the PDF assessment. If so, she'll pass on the ask to Lukas/Helmut
3. With (1) and (2), Sonar Team will work with Lukas/Helmut to prepare for a call with the customer
4. Attendees will include at least myself, Claudia and an evasion expert from our team – TBD which engineer.
5. In general the talk track may include
    a. Addressing their questions
    b. Covering the contents of the PDF file to resolve the items
    c. Discuss how we approach evasion to instill confidence
        i. Broad strokes on our evasion testing suite
        ii. General hardening – things we do in broad strokes

CONFIDENTIAL - ATTORNEYS' EYES ONLY

       1. Making VMs look like victim machines
       2. Conditional use of IP anonymization
       3. Proactive (expected exploitation) vs. reactive work (real threats)
    iii. Nuances
       1. IP – can't route 100% because attackers will black list
       2. Sleep – lengthy delays in holding content delays emails which creates other problems in the experience
  d. Layered defense of ATP. If detonation misses, there are still other measures to detect and remove from inbox.  @Abhishek Agrawal (CDM), could use your help in telling the layered defense story
    i. Plans for parts of stack to consume signal from detonation
    ii. Time of Click
    iii. ZAP

I'll need leads in R2/D2 to engage to prepare for this call.

Thanks,
Amar


-----Original Appointment-----
**From:** Amar Patel (C AND E)
**Sent:** Monday, April 13, 2020 11:52 AM
**To:** Amar Patel (C AND E); Helmut Krüger; Lukas Sassl; Abhishek Agrawal (CDM); Claudia Filipoaia; Swaroopa Gollapalli; Cristian Craioveanu; Abhijeet Hatekar (MSTIC); Bruno Nowak; Pawel Partyka
**Cc:** Nitin Kumar Goel
**Subject:** Bosch
**When:** Wednesday, April 15, 2020 9:00 AM-9:30 AM (UTC-08:00) Pacific Time (US & Canada).
**Where:** Microsoft Teams Meeting

Sorry folks – hard to find a full hour. Hope folks can have flexibility to make this work. Context attached.

---

**You're invited to join a Microsoft Teams meeting.**

## Join online now
Video conferencing, screen sharing, and more.

**Or join by phone (audio only)**

+1 425-616-0754,,893855762#   United States, Seattle

(866) 679-9995,,893855762#   (Toll-free)

Phone Conference ID: 893 855 762#

Find a local number | Reset PIN

Help | Meeting options

---

CONFIDENTIAL - ATTORNEYS' EYES ONLY