# EXHIBIT 91

**PageVault**

| | |
|---|---|
| Document title: | • Bosch number of employees 2020 | Statista |
| Capture URL: | https://www.statista.com/statistics/258646/profit-after-tax-of-bosch/ |
| Captured site IP: | 52.0.151.159 |
| Page loaded at (UTC): | Thu, 08 Jul 2021 22:24:32 GMT |
| Capture timestamp (UTC): | Thu, 08 Jul 2021 22:25:01 GMT |
| Capture tool: | v7.9.1 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | db980c4c-f162-4486-aa47-166ba6aede24 |
| User: | jmlaw-jcooper |



