# EXHIBIT 93

# VIBRANIUM FRAMING

**Document Purpose:**

*Sonar Team must align on a clear set of investments for Vibranium. This document outlines the major areas of investment and related scenarios within those areas for July 1 through December 31. The sections that follow capture customer promises, investment areas and scenarios for each area. For some of the areas, a link to the Scenario Overview is included. This document is NOT meant to be a spec or capture requirements, user stories, or tasks. These activities are owned by the assigned PM/Engineering Lead separate from this document.*



**WORLD CLASS SCALE**

To date, Sonar Team has enabled Office 365 ATP, Windows ATP, and Cloud App security to integrate file and URL detonation for threat protection. As an example, Office 365 ATP has scaled to 34 million MAU, roughly 5 Billion detonations per month, and continues to be the leading standalone product in the Office 365 E5 Suite. We've created a healthy business and achieved world class scale by prioritizing investments aimed at addressing customer adoption KPIs (detection effectiveness, threat coverage, and latency) and COGS. Our deep investment in Office 365 ATP has helped changed industry perception and put Microsoft on the map as a Security Brand.



Office 365 ATP MAU

However, our prioritization and related resource constraints have resulted in the following tradeoffs

- We've accumulated significant engineering debt resulting in break-fix engineering. This is impeding our development and response velocity as well as encumbering our ability to scale and support more DaaS customers
- We've not staffed investments that bring significant new customer value to Cloud & AI Security SKUs and Azure

**EXPANDING IMPACT AND ENABLING A WORLD CLASS SERVICE**

In Vibranium, we will expand focus to the following areas, balancing resources to make progress in each area:

1. Improve Azure Services Protection – we will leverage our detonation and Sonar TI to enable net new value in Azure Sentinel and improve anti-phishing threat protection for Azure Services and assets (e.g. Azure Domains).
2. Be the Detonation Platform of Choice – we will address partner team feedback and make onboarding to, deploying and managing Azure DaaS easier and less costly. We will also collaborate with partner teams to assess their requirements and successfully onboard them to Azure DaaS.
3. Maintain M365 Customer Success – we will continue making investments to maintain our M365 customer experience KPIs and ensure our detections remain effective as the threat landscape and attack vectors evolve.
4. Enable and Operate as a World Class Service – while we've achieved world class scale, we must address engineering debt, mature our designs and processes to improve development velocity and operate more efficiently.

MSFT_TOC00042333

**IMPROVE AZURE SERVICES PROTECTION**

PROMISE: SENTINEL CAN IDENTIFY MALICIOUS URLS USING DETONATION

Scenarios (Sentinel Detonation Scenario Overview):

| Scenario | Done When/KPI | Status |
|---|---|---|
| As a Sentinel user, when I open a Case, I will see insights for pre-detonated URLs (e.g. verdict, redirect chain, screen shot) | URLs within Cases are automatically detonated. URL entity is enabled and enhanced with detonation metadata. Investigation graph is enhanced with URL entity | Commit |
| As Sentinel, I need the ability to provide all users with shared, throttled, Free Trial detonation capacity (If the customer wants to exceed throttle limits, they must create a paid subscription) | Sentinel tenants are enabled with Free Trial Detonation capacity | Commit |
| As a Sentinel user, when I open a Case, I can view a full detonation report | Detonation report access from Sentinel. URL detonation Graph visually integrated into Sentinel Graph view | Stretch |
| As a Sentinel user, when I open a Case, I can see a URL entity in the Investigation Graph and expand it to view the URL detonation graph | Detonation report access from Sentinel. URL detonation Graph visually integrated into Sentinel Graph view | Stretch |
| As a Sentinel user I need the ability to self-provision, self-manage and pay for my Sentinel detonation capacity as a separate subscription vs. Sentinel | Sentinel users can self-provision, self-manage and pay for Sentinel detonation capacity | Not Committed; Potential cut |

*There are dependencies on other teams not captured here to enable Sentinel Detonation end to end.

PROMISE: SENTINEL CAN IDENTIFY COMPROMISED ASSETS USING SONAR TI BLACK BOX DETECTIONS

Scenarios (Sentinel TI Matching Scenario Overview): (Note these can find activity originating from Microsoft or Non-Microsoft Services):

| Scenario | Done When/KPI | Status |
|---|---|---|
| As Sonar/Sentinel Engineering, we will enable the infrastructure for "black box" TI matching detections by time-base correlating Sonar Detonation TI (True Positives) with ingested logs (e.g. DNS, Network, Proxy and Application Firewall Logs). | Sentinel can ingest and time-base correlate, on an ongoing basis, Sonar URL detonation TI with ingested Logs; and identify instances of TI matches | Commit |
| As a Sentinel user, alerts for potentially compromised endpoints/accounts will be automatically created based on "black box" TI matching detections | Alerts are generated based on "black box" TI matching | Commit |
| As a Sentinel user, Cases for compromised endpoints/accounts will be automatically created based on "black box" TI matching detections | Cases are generated based on "black box" TI matching. URL entity is enabled and enhanced with detonation metadata. Investigation graph is enhanced with URL entity. | TBD |
| As a Sentinel user, I will see alerts or cases for compromised endpoints/accounts based on "black box" TI matching detections that use Sonar TI (**Domain**) | Sentinel can execute "black box" TI matching based on Domain | Commit |
| As a Sentinel user, I will see alerts or cases for compromised endpoints/accounts based on "black box" TI matching detections that use Sonar TI (**URL**) | Sentinel can execute "black box" TI matching based on URL | Commit |
| As a Sentinel user, I will see alerts or cases for compromised endpoints/accounts based on "black box" TI matching detections that use Sonar TI (**IP**) | Sentinel can execute "black box" TI matching based on IP Address | Stretch |
| As a Sentinel user, I will see alerts or cases, generated by "black box" TI  for users that clicked on delivered URLs that were later determined to be malicious (Matching URL detonation TI and Office 365 user activity logs/URL click logs) | Sentinel can execute "black box" TI matching based on Office 365 logs | Stretch |
| As a Sentinel user, I will see alerts or cases, generated by "black box" TI for users that are sending malicious mails. (Matching of URL detonation TI and Office 365 mail flow hygiene logs) | Sentinel can execute TI "black box" matching based on Office 365 logs | Stretch |

*There are dependencies on other teams not captured here to enable Sentinel Detonation end to end.

## PROMISE: AZURE CAN IDENTIFY TRIAL ACCOUNTS HOSTING PHISHING USING DETONATION

Scenarios (Azure Domains Protection Scenario Overview)

| Scenario | Done When/KPI | Status |
|---|---|---|
| As an Azure fraud analyst, I can submit Web Apps hosted in suspicious subscriptions (trial/paid) for detonation to validate if they are hosting malicious content | Azure Fraud has provisioned DaaS capacity and can manually submit URLs and receive URL detonation reports | Planning |
| As an Azure Threat Protection Service, suspicious Web Apps created in Azure trial subscriptions are sent for detonation to check if they are hosting malicious contents | Azure ATP has provisioned DaaS capacity and can submit URLs via an API and receive answers and metadata | Planning |
| As Azure Threat Protection Service, I can identify phishing URLs on Azure Domains based on patterns in the URL text itself | Less than 10% FN rate by delivered Office 365 mail volume and measure increase in unique catch | Planning |

## PROMISE: PROTECT AZURE AGAINST LINUX MALWARE

Currently, we're investigating MSTIC and MD-ATP requirements for Native Linux Sandboxing.

- Note: MSTIC is checking 100 unique Linux samples daily to provide metrics surround whether we are able to detect emerging threats with SCUBA NRT

| Scenario | Done When/KPI | Status |
|---|---|---|
| Enable native Linux detonation to enable MSTIC to identify emerging threats to Azure Linux services | | Planning |
| Enable Microsoft Defender Research to check files and back Linux AV with native detonation to identify and protect against emerging threats to Azure-based Linux services | | Planning |

## BE THE DETONATION PLATFORM OF CHOICE

## PROMISE: ADDRESS FEEDBACK ON AZURE DAAS USABILITY GAPS

We want to eliminate onboarding friction and enable any internal Microsoft team to self-serve onboard to Azure DaaS and self-manage their subscription. (Onboarding Process Overview, Customer Pipeline). Customers told us our documentation is lacking, and it's challenging to accurately forecast and plan for capacity growth. Finally, our current approach cannot scale for Sentinel given there are already 4,000 Sentinel preview customers and we are planning to integrate detonation into Sentinel this calendar year.

At a high level, we are discussing three customer segments: managed (like EOP and MCAS), unmanaged protection customers (like WD ATP), and general purpose VM management customers who want to use the platform for the VM management capabilities. More details in Manages vs Unmanaged DaaS.pptx.

PARTNER TEAMS CAN SELF- SERVE/PROVISION/MANAGE THEIR SUBSCRIPTION

> **Commented [AP(AE1):** Yossi/Xing to capture spec and host a review to align the team -ETA end of June.

Scenarios:

| Scenario | Done When/KPI | Status |
|---|---|---|
| | | |

| | | |
|---|---|---|
| As an Azure DaaS user, I can use the Azure Portal/CLI to subscribe, setup, manage, monitor usage and cost, review and pay bills, and add/remove capacity | Any customer can create a new DaaS instances via Azure Portal (and/or command line). This includes <br> • Creating and removing DaaS instances (including specifying an Azure region for the instance) <br> • Provisioning and removing DaaS units <br> • Retrieving and setting API keys <br> • Retrieving publishing tokens (unmanaged customers) <br> • Deploy Sandpit (unmanaged customers) <br> • Deploy portal (unmanaged customers) <br> • Viewing utilization report <br> • Viewing charge/cost report <br> TODO: clarify which subscription we use to provision the DaaS resources | Commit |
| As an Azure DaaS user, I can easily track my usage and use that data to forecast capacity projections | An internal/external customer can update DaaS capacity via Azure Portal (and/or command line) | Commit |
| As an Azure DaaS user, I want to use AAD for AuthN and AuthZ | | Commit |
| As an Azure DaaS engineer, I can easily add custom tenant configurations for every DaaS customer | • Create an auditable, tenant-based configuration template that is part of the build process <br> • When a new customer is onboarded, update the configuration to meet the customer specific requirements | Commit |

> **Commented [YB2]:** Actually, I'm not sure we want to use AAD for service to service authentication, but rather to authenticate to the service (to replace the current use of API keys). We may want to use AAD for both, but I believe the more important scenario is Auth and Authz to the service.

PARTNER TEAMS HAVE ACCESS TO ADEQUATE INFORMATION TO GET STARTED

Scenario:

| Scenario | Done When/KPI | Status |
|---|---|---|
| As a managed Azure DaaS customer, I can onboard to Azure DaaS within one day and without requiring assistance from Sonar personnel (send submissions, consume verdicts, detailed detonation reports, and FP/FNs) | Documentation and SDK/APIs enable managed customers to programmatically create submissions, and consume verdicts, FN/FPs, and detonation reports in less than one day without requiring any assistance from the Sonar-DaaS team | Commit |
| As a managed Azure DaaS customer, I want to use a platform agnostic REST API to create submissions and consume verdicts, detailed detonation reports, and FP/FN telemetry | REST API enables customers to use the full functionality of the service without depending on a NuGet package. Swagger file is available for developers consuming the API. | Commit |
| As an unmanaged Threat Protection Azure DaaS customer, I want to access an SDK, documentation, samples, development and debugging tools to create and publish VHD, toolset, workflow and instrumentation customization without depending on assistance from the DaaS team, so that I can quickly use DaaS for my specific scenarios. | An unmanaged customer can do the following without assistance from the DaaS team: <br> • Create, test, and publish VHDs, toolsets, and workflows <br> • Monitor the DaaS environment for both framework failures and toolset/workflow failures <br> • Debug and troubleshoot the DaaS environment | Commit |
| As an unmanaged General-Purpose Applications Azure DaaS customer, I want to access an SDK, documentation, samples, development and debugging tools to create and publish VHD, toolset, workflow and instrumentation customization without depending on assistance from the DaaS team, so that I can quickly use DaaS for my specific scenarios. | Same as unmanaged threat protection Azure DaaS customer (Note: MD-AV/ATP team wants this for Defender testing at scale) | Planning |

PROMISE: IMPROVE EFFICIENCY OF AZURE DAAS (AND SONAR BARE METAL)

The current design of Azure DaaS has higher cost, lower throughput and higher latency (e.g. polling) vs. Sonar bare metal. The design also constrains storage in a way that handicaps AV-Rescan for FN detection. These issues result in a sub-optimal customer experience.

IMPROVED THROUGHPUT AND LATENCY

| Scenario | Done When/KPI | Status |
|---|---|---|

| | | |
|---|---|---|
| As a DaaS customer, I want optimal load balancing within and across scale units for optimal capacity utilization | • Load balancing works within and across scale units<br>• Throughput is increased by an average of<br>Follow Up (Preview) x%. @Leonid Verny, how should we measure this KPI? | Commit |
| As an Azure Detonation Service, employ an 'Allow List' to create robust FP guardrails and reduce redundant detonations | Maintain 0.002% FP rate on high prevalence for URLs<br>Verdict Cache & Allow List: Overall 5% reduction in detonations | Commit |
| As an Azure Detonation Service, employ verdict caching for good/bad IOCs to eliminate redundant detonations by (files and URLs) | Verdict Cache & Allow List: Overall 5% reduction in detonations | Commit |
| As Sonar Engineering, I want to optimize throughput and improve the thoroughness of AV-Rescan by using off-host storage to free up VM disk space | | Planning |
| As an Azure Detonation Service, I want to improve throughput by supporting event-based API for notifying a caller that a submitted detonation is completed (as opposed to polling) | | Planning |

Commented [YB3]: Follow Up (Preview): x%. @Leonid Verny, how should we measure this KPI?

## REDUCE AZURE DAAS COGS

| Scenario | Done When/KPI | Status |
|---|---|---|
| As Sonar Engineering, I want to optimize COGS for Azure DaaS by enabling autoscaling | | Investigation |
| As Sonar Engineering, I want to optimize COGS for Azure DaaS by leveraging lower cost VM SKUs; while maintaining throughput and latency KPIs | | Investigation |

## EVALUATE FEASIBILITY AND VALUE OF A MULTI-TENANT DESIGN

This is a placeholder for an R&D investigation spike to consider the tradeoffs of moving to multi-tenant vs. current instance per customer approach.

## PROMISE: SUCCESSFULLY ONBOARD MANAGED MICROSOFT PARTNER TEAMS TO AZURE DAAS

This section covers the specifics related to each partner we're planning to onboard to Azure DaaS in Vibranium timeframe.

## LINKEDIN

LinkedIn is world's largest professional network with 20 million jobs, more than 610 million users in over 200 countries and territories worldwide. Their security goal is to optimize for member's safety and trust. Off late, LinkedIn members are exposed to attachment-based malware and phishing attacks via ATO'd (account takeover) accounts. While LinkedIn has already integrated with FMS for file hash look ups, they also approached Sonar team to provide detonation service for attachments shared via member to member messaging service. LinkedIn onboarding Scenario

| Scenario | Done When/KPI | Status |
|---|---|---|
| As a LinkedIn member, messaging service attachments that I receive from my connections, are free of malware/phishing | Create a baseline for identifying the KPIs on the following:<br>• Precision on FP rates<br>• Improve the block/recall rate of the attachments seen in member to member messaging | Commit |
| As a LinkedIn member, messaging service attachments containing URLs, that I receive from my connections, are free of malware/phishing | Create a baseline for identifying the KPIs on the following:<br>• Precision on FP rates<br>• Improve the block/recall rate of the attachments seen in member to member messaging | Commit |

AZURE DEVOPS - NUGET

NuGet is the package manager for .NET. Developers use NuGet to create, share and consume code that is packaged in NuGet packages. NuGet packages are hosted on Azure and are downloaded to the clients' machines as part of build process. Attackers can use NuGet packages to execute malicious build tasks, malicious analyzers, PowerShell scripts that run at install time, and phishing URLs. NuGet would like to detonate these packages in DaaS to detect these threats and if found, prevent the package from being published. This is an unmanaged scenario – the NuGet team owns developing, testing, and maintaining the tools, platforms, and workflows. For more information, see the NuGet DaaS onboarding form.

| Scenario | Done When/KPI | Status |
|---|---|---|
| As NuGet user, when I use a NuGet package from NuGet.org, I want it to be tested for malicious content before it is published, so that any developer can confidently use it without risk | NuGet packages are detonated and tested for malicious content prior to being published; malicious packages are blocked from publishing. | Commit |
| As an Office 365 user, when I receive a NuGet package / zip file as an email attachment, I want it checked by ATP before it's delivered to me | New file types are supported in O365 workflow and meet FN/FP KPIs. | Stretch |

XBOX

Xbox messaging is a new real-time messaging platform, allowing users to communicate using a peer to peer messages. Attackers could use this platform to send malicious URLs to Xbox users that include phishing or malware.

| Scenario | Done When/KPI | Status |
|---|---|---|
| As Xbox, I want to check links sent by users in Xbox instant message for malware and phishing before they are clicked | All Xbox links are sent for detonations or checked against reputation cache, and if found to be malicious before the user clicks on them, are properly handled by the Xbox IM clients. | Commit |
| As Office 365 ATP, I must update the ATP reputation cached with URL TPs from Xbox so that attacks previously seen in Xbox are blocked in mail flow | Measure impact by using reputation from Xbox IM to reduce FNs in mail flow | Stretch |

MICROSOFT DEFENDER & SMART SCREEN

SmartScreen is interested in detonating URLs.

| Scenario | Done When/KPI | Status |
|---|---|---|
| As Smart Screen, I want to send URLs to detonation at scale for research purposes of building improved detection (e.g. tech scam URL ML) | -waiting on SS to get back on requirements- | Planning |
| As Defender, I want native Linux detonation for Azure DaaS | -requirements coming- | Planning |

PROMISE: SUCCESSFULLY ONBOARD UNMANAGED MICROSOFT PARTNER TEAMS TO AZURE DAAS

This section covers the specifics related to each partner requesting unmanaged support for Azure DaaS in Vibranium timeframe.

MICROSOFT DEFENDER & SMART SCREEN

SmartScreen is interested in detonating URLs.

| Scenario | Done When/KPI | Status |
|---|---|---|
| As Smart Screen, I want to customize Azure DaaS with my own workflows and instrumentation for URL detonation | -waiting on SS to get back on requirements- | Planning |
| As Defender, I want to customize Azure DaaS with my own workflows and instrumentation for URL detonation | WDATP Detonation Requirements.pptx | Planning |
| As Defender, I want to use Azure DaaS for Defender client testing at scale | WDATP Detonation Requirements.pptx | Planning |

## MAINTAIN M365 CUSTOMER SUCCESS

PROMISE: OFFICE 365 ATP MAINTAINS EFFECTIVENESS AS THE THREAT LANDSCAPE EVOLVES

Customers buy because we're effective at catching malware and phishing. Customer renew because we maintain this effectiveness over time and as attackers change their tactics.

ANTI-PHISHING

Scenarios:

| Scenario | Done When/KPI | Status |
|---|---|---|
| As Office 365 ATP, I can parse and detonate URLs inside HTML attachments | Less than 10% FN rate by delivered mail volume | Commit |
| As Office 365 ATP, I can detonate SPO/OD4B links requiring authentication | Less than 10% FN rate by delivered mail volume | Commit |
| As Office 365 ATP, I am hardened against network evasion by routing URLs to Luminati, a second IP anonymization service | Evaluation of impact justifies PO, Cloud Order and integration of Luminati; impact will be measured by unique catch for non-200 URLs routed to Luminati – not caught by Proxify | Planning |
| As Office 365 ATP, I am hardened against network evasion:<br>• Retrieve custom User-Agent string and route the time of click URLs via IP anonymizer (Proxify)<br>• Route the time of click URL traffic through nearest geo endpoint based on Client IP to determine the detonation behavior in the same region as it's being browsed<br>• Re-enabling the feature to get signal from static URL analysis | Percent of 200 OK results > 10.23% | Planning |
| As Office 365 ATP, I can identify phishing URLs based on patterns in the URL text itself (Scenario deck forthcoming from Amar and Doug) | Less than 10% FN rate by delivered mail volume and measure increase in unique catch | Planning |

M365 TI SHARING

Scenarios:

| Scenario | Done When/KPI | Status |
|---|---|---|
| As the Detonation Service, we will evaluate and ingest new TI feeds such as Smart Screen redirect chains, NetCraft URLs, Sophos phishing and malware indicators and Bing URLs to further reduce FNs | Impact measured by increase in FN reduction | Commit |
| As the Detonation service sharing TI, we will enable comprehensive FP redaction mechanisms across all exported/ shared artifacts | | Commit |

## Redacted - Privileged

| | | |
|---|---|---|
| Defenders (e.g. DCU) and M365 Partners (e.g. Smart Screen) to improve Microsoft Threat Protection | | |
| As the Detonation Service, I will provide Sonar IOC consumers, added context in Interflow such as malware family, signature and descriptions that will allow us to provide more context to the customers (Ex: WDATP, CDOC) | Reduction in customer complaints regarding lack of context Office 365 ATP Detonation sourced detections | Planning |

## ENABLE OFFICE 365 FORMS PHISHING DETECTION USING AZURE DAAS

Scenarios (Office 365 Forms Scenario Overview):

Microsoft Forms is an O365 product that allow users to easily create surveys, quizzes, and polls. Attackers are using Microsoft Forms to launch malicious attacks in Office 365 mail flow. FNs are increasing (e.g. BP customer escalation) and customers are escalating both to Office 365 ATP and Office 365 Forms support (150 escalations per day) reporting Forms based phishing sites.

| Scenario | Done When/KPI | Status |
|---|---|---|
| As Microsoft Forms, I will send Forms to detonation just before they are published by the designer to check for phishing | Assess impact by measuring reduction in customer escalations. Measure impact by reduction of Forms FNs in mail flow | Commit |
| As Microsoft Forms, I will send anonymously shared Forms to detonation at time of receipt and block access if it's deemed phishing | Assess impact by measuring reduction in customer escalations. Measure impact by reduction of Forms FNs in mail flow | Commit |
| As the Detonation Service, I will improve FN/FP signals by detonating Forms reported by customers to OST | Assess impact by measuring reduction in customer escalations. Measure impact by reduction of Forms FNs in mail flow | Commit |
| As the Detonation Service, I will update Office 365 reputation with URL TI from Microsoft Forms detonation | Measure impact by reduction of Forms FNs in mail flow | Commit |

## PROMISE: OFFICE 365 ATP CONTINUES TO SCALE WITH INCREASING DEMAND

Office 365 has budgeted $20 million in FY20 to migrate and scale ATP traffic on Azure DaaS. We want to properly manage this cloud transition based on the FY20 forecasting and migration plan. We want to ensure we provide accurate monthly capacity planning and budget tracking to Azure and the Office 365 ATP Team.

## SUCCESSFULLY MIGRATE AND SCALE OFFICE 365 ATP ON AZURE DAAS

Scenarios:

| Scenario | Done When/KPI | Status |
|---|---|---|
| As SRE, I will monitor key indicators for migrating new regions from bare metal and scaling up existing ones on Azure DaaS | No service KPI degradation (Latency, FNs, FPs, etc.) Costs in line with budget forecast | Commit |
| As SRE, I will deploy new DaaS capacity for Office 365 ATP and ensure smooth migration of customer traffic | No service KPI degradation (Latency, FNs, FPs, etc.) Costs in line with budget forecast | Commit |

## PROMISE: MAINTAIN THROUGHPUT AND LATENCY KPIS FOR OFFICE 365 ATP

Because detonation sit in real-time workflows, it must be fast. We must continually optimize detonation latency to prevent delays in the customer experience. We want to maintain average detonation time of 60s with P99 of 180s.

## EXTEND BENIGN DOCUMENT FILTERING TO OTHER FILE TYPES

Scenarios:

| Scenario | Done When/KPI | Status |
|---|---|---|
| Benign document filtering for PPTX files | No service KPI degradation (Latency, FNs, FPs, etc.) | Commit |

CONFIDENTIAL

| Benign document filtering for XLSX files | No service KPI degradation (Latency, FNs, FPs, etc.) | Commit |
| Benign document filtering for PDF files | No service KPI degradation (Latency, FNs, FPs, etc.) | Commit |

## OPERATE AS A WORLD CLASS SERVICE

### PROMISE: THE SERVICE PROVIDES ROBUST TOOLING FOR DETECTING MALCIOUS BEHAVIORS

Scenarios:

| Scenario | Done When/KPI | Status |
|---|---|---|
| As the Detonation Service, the data model refactoring and new workflow will extend ML-based detections to cover both Malware and Phishing and enable visualization of detonation artifacts in a graph format | Impact to be measure by improvement in engineering velocity resulting from document canonicalization | Commit |
| As the Detonation Service, we'll enhance MBA (Malware Behavior Analysis) to enable Process Camouflage and File System Hardening to harden Sonar against evasion. We'll also capture kernel level OneCyber artifacts to improve our detection efficacy | Impact measure be FN and latency reduction | Commit |

### PROMISE: THE SERVICE PROVIDES DETAILED REPORTING AND METADATA

Scenarios:

| Scenario | Done When/KPI | Status |
|---|---|---|
| As the Detonation Service, we will define and provide a comprehensive file and URL detonation report for all users of Detonation (e.g. Sentinel). This is based on the new workflow and data model. | Alignment with partners on report content and format. | Commit |

### PROMISE: THE SERVICE IS COMPLIANT WITH MICROSOFT, LEGAL, AND REGULATORY REQUIREMENTS

#### THE SERVICE ADHERES TO PRIVACY AND COMPLIANCE REQUIREMENTS

| Scenario | Done When/KPI | Status |
|---|---|---|
| As Sonar Engineering Team, we will enable tighter controls over retention periods across our data stores (Kusto and ADLS) to maintain our data privacy and compliance promise | | Commit |
| As Sonar Engineering Team, we will enable tighter controls through data access control across our data stores (Kusto and ADLS) to maintain our data privacy and compliance promise | | Commit |
| As Sonar Engineering Team, we will enable an isolated analyst development environment in which we can safely interact with malware samples in a corporate compliant manner | Zero DSRE escalations due to mishandling of malicious samples on Corpnet | Commit |
| As a Sonar Engineering Team, we will enable a compliance environment for Fairfax L4/L5 to support WD-ATP and MCAS | | Commit |

### PROMISE: SERVICE HEALTH DASHBOARDS ARE RELIABLE AND ACCURATE

MSFT_TOC00042341

IMPROVE RELIABILITY AND AVAILABILITY OF SERVICE HEALTH DATA

Scenarios:

| Scenario | Done When/KPI | Status |
|---|---|---|
| As a Detonation Service, we will enable reliable access to service effectiveness reports by migrating our reporting infrastructure to COSMOS for all managed customers. | | Commit |

IMPROVE FN DISCOVERY AND FN RATE ACCURACY

Scenarios:

| Scenario | Done When/KPI | Status |
|---|---|---|
| As a Detonation Service, we will ensure Azure DaaS always has the most up to date versions of AV-File Rescan and URL Rescan services for FN Detection | | Commit |
| As a Detonation Service, we will start measuring effectiveness on a per tenant basis (e.g. per Office 365 ATP tenant, DaaS Customers) to improve optics on our effectiveness gaps | | Commit |
| As a Detonation Service, we will improve FN detection and measurement accuracy by adding additional sources of file ground truth (EOPAttachment; Defender ACL; Analyst Annotations; KES FNs; report-a-phish feed; VT/RL; account for time-travel; MessageFingerprintBin1; JoeSec (need to understand what and how)) | | Commit (per source basis) |
| As a Detonation Service, we will improve FN detection and measurement accuracy by adding additional sources of URL ground truth (EOPURL; Analyst Annotations; SmartScreen; Netcraft; URLs within pdf files; KES FNs; customer reports; MessageFingerprintBin1; rollup matches; JoeSec (need to understand what and how)) | | Commit (per source basis) |
| As a Detonation Service, we will use Joe Security detonation metadata/results for FNs discovered by AV Rescan to gain a better understanding of why we missed so we can build more durable detections. | | Planning |
| As a Detonation Service, we will evaluate improvement of FN detection resulting from using contradictions between Joe Security and our "verdicts" on 3rd party samples | | Planning |
| We will improve the monitoring on Hunting Telemetry for its completeness and accuracy required for near real-time FP/FNs identification | Completeness monitors are in place and tracked for signature MDM counters | Planning |

DETECT, MEASURE AND TRACK FP RATE

Recent incidents have illustrated the need for faster automated detection of FPs and an overall assessment of our FP rate on a daily and monthly basis. FPs are occurring monthly and we're missing an overall high level KPI view of the customer impact on an monthly aggregate basis.

| Scenario | Done When/KPI | Status |
|---|---|---|
| As a Detonation Service, we will enable regular measuring and tracking our FP rate daily | Maintain 0.002% FP rate on high prevalence for URLs | Commit |
| As a Detonation Service, we will enable an automated NRT system for detecting high impact FPs | Reduce MTTD on high impact FPs | Commit |
| As a Detonation Service, we will evaluate impact of contradictions between Joe Security and our "verdicts" on 3rd party samples for finding potential FPs | | Planning |

PROMISE: IMPROVE RESPONSE VELOCITY

MSFT_TOC00042342

## IMPROVE ANALYST PRODUCTIVITY TO IMPROVE RESPONSE VELOCITY

Scenarios:

| Scenario | Done When/KPI | Status |
|---|---|---|
| Hunting Telemetry Dashboard should reflect timely and actionable information for analyst to validate FP/FN | Analyst should be able to identify the spikes in their Critical and Hunting detections within 5 minutes | Planning |
| Analyst should be able to clearly identify on-call responsibilities for various workload in one place (Web portal) for faster response. E.g.: <br>• Customer escalations <br>• Hunting telemetry alerts <br>• Dashboard <br>• Daily FNs <br>Analyst should be able to take remediation steps from the same portal. E.g. <br>• Time Travel <br>• Signature override <br>• Release from quarantine <br>• Create Issues | Analyst should be able to work on a single portal for all their response work including handling incidents, customer escalations, annotations etc. | Planning |
| Analyst should be able to get to detonated sample and its metadata without going through multiple systems | Off host storage is implemented and exposes an interface to download the content using FileHash or SubmissionId | Planning |
| Introduce signature specific FP suppression mechanism | Once toolset can suppress verdict for a specific detection instead of overall verdict for submission | Planning |
| Sandpit is the investigation platform of choice for supervised detonation. Sandpit can differentiate itself from other internal sandbox solutions by providing an environment catered for malicious sample execution, that is using HVS to hide VM artefacts, that is using environment randomization to minimize sandbox fingerprinting, that has the right applications preinstalled, with the right set of tripwires that would further help surface malicious behavior. | Sandpit and Sonar LAUNCH VM task have parity in sandbox anti-evasion support | Planning |

Commented [AP(AE4]: @Abhijeet Hatekar (MSTIC)can you clarify what this is? There was a belief this was finished

## PROMISE: IT'S EASIER TO TEST, DEPLOY AND OPERATE THE SERVICE

To ensure robust and timely protection, we want to ship customer value fast and with the highest levels of quality.

### CI/CD, ROLL FORWARD/BACK, FAST HOTFIX

CI/CD drives efficiencies across the entire SDL by unifying the development stack and the release pipelines across Azure DaaS and Office 365 ATP bare metal deployments.

Scenario: (Planning document is here. VSO tracking item 42315.)

| Scenario | Done When/KPI | Status |
|---|---|---|
| As Sonar Engineering Team, we will enable each Service Fabric Application to have its own CI/CD pipeline and release independently | Each service is ported to SF, and we are able to roll out a service app independent on other service through automated quality checks. <br>• No need to deploy f FSR. Services are deployed as they are ready and as often as needed | Commit |
| As Sonar Engineering Team, we will use Service Fabric (native) to create health models to detect failures and trigger rollback for the Sonar services, platforms and toolsets | We are able to do ring rollout of all the services and toolsets, with predefined automated health checks that give confidence to move forward or roll back <br>• No manual validation post deployment as we do today post FSR. | Commit |

### FASTER SIGNATURE AND THROUGHPUT TESTING AND VALIDATION

MSFT_TOC00042343

| Scenario | Done When/KPI | Status |
|---|---|---|
| Build effective and fast E2E Signature test environment which allows us to fail fast during FP/FN regressions:<br>• Staged testing like Phase1/Phase2 in defender<br>• Large FP/FN corpus and their metadata<br>• Continuous signature builds available for deployment | | Commit |
| Build faster deployment/rollback mechanisms (CDN?) for signatures | 99.9 % of the deployment should finish within 5 minutes | Commit |

## PROMISE: IMPROVE SERVICE HEALTH OPTICS AND PRODUCTION RESILIENCY

### IMPROVE SERVICE RESILIENCY, MONITORING AND ALERTING

| Scenario | Done When/KPI | Status |
|---|---|---|
| As Sonar Engineering Team, we will enable robust, per DC, monitoring of data pipeline health and effectiveness measurement workflows for each managed environment | • Monitoring and alerting on data pipeline health by env and by DC<br>• Reduce the total number of alerts we have to the reasonable numbers which on-call engineers can manage without missing key issues.<br>• Issues found without alerts(customer escalation, accidental discovery etc.) are reduced | Commit |
| As Sonar Engineering Team, we will make improvements in our data platform to enable code sharing, data backfill capabilities and reliable monitoring of jobs/ workflows (sangam scheduler; reporting infra enhancements etc.) | Sangam scheduler onboarded and code sharing through modules/NuGet packages | Commit |
| As Sonar Engineering Team, we will enable robust monitoring of AV and URL rescan service health | • Reduce the total number of alerts we have to the reasonable numbers which on-call engineers can manage without missing key issues.<br>• Issues found without alerts (customer escalation, accidental discovery etc.) is eliminated | Commit |
| As Sonar Engineering Team, we will enable robust monitoring and Disaster Recovery story for TI context service | TI context service has a DR story planned and exercised | Commit |
| As Sonar Engineering team, we will enable efficient alerting and monitoring for proactively detecting and mitigating out of SLA issues. Initial issues will be categorized to identify largest drivers of alert overwhelm, so we improve SNR. | Below are desired outcomes, actual numbers will be determined as we finish the initial study<br>• Reduce the total number of alerts we have to the reasonable numbers which on-call engineers can manage without missing key issues.<br>• Issues found without alerts (customer escalation, accidental discovery etc.) are eliminated.<br>• On-call sentiment is positive, and time spent in rebooting, restarts is minimized | Commit |
| As SONAR engineering team we will investigate the root causes of network connectivity issues, fix, and develop lab/repro infra to improve network debugging | | Planning |

MSFT_TOC00042344

| | | |
|---|---|---|
| As SONAR engineering team, we will invest into understanding of Server 2019 capabilities and identify the gaps or move to server 2019 | • Validate if we can use the cloning feature in server 2019 and if networking fully works, if not provide feature requests to the Hyper-V team<br>• Move to server 2019 regardless with our custom code porting (needed for win7 support).<br>    ○ This will enable us to be on the latest versions instead of an old RS1 versions.<br>    ○ It will also enable us to potentially have more stable code base (e.g. winnat issues may not repro?) or be able to actually provide info if issues still exist and have better chance of fixing those | Commit |
| As SONAR engineering team, we will investigate what aspects of the service require isolation (and how) towards multi-tenancy, more robust code integrity and hardening the host against compromise | • Tool isolation for PS/Re/Meta tasks which will enable us to<br>    ○ Remove the requirement for toolset to be run as system as fully trusted entity<br>    ○ Enable us to go shared tenant which today we cannot do due to above requirement. | Commit |

## PROMISE: THE SERVICE IDENTIFIES PROBLEMS AND REMEDIES THEM BEFORE CUSTOMERS NOTICE

To deliver the best customer experience, we want instrumentation and playbooks that enable us to discover service problems and trigger automated remediation to mitigate customer impact. We want the service to be self-healing/correcting.

### AUTOMATED REMEDIATION SYSTEMS

| Scenario | Done When/KPI | Status |
|---|---|---|
| As Sonar SRE and On-Call engineering team, we will invest into auto mitigation of isolated incidents/alerts to reduce the amount of time on-call needs to handle incidents. | Main target will be DaaS.<br>• When a sev4 incident occurs which is isolated, the auto mitigation will be triggered and resolved automatically by replacing the failing VMs with a healthy one.<br>• An aggregated alert will be generated when such auto mitigation happens for the same category of alerts. | Planning |