# EXHIBIT 94

Message
---

| | |
|---|---|
| **From**: | Amar Patel (C AND E) [amarpa@microsoft.com] |
| **Sent**: | 6/30/2020 5:49:10 PM |
| **To**: | Andi Comisioneru [andic@microsoft.com]; Claudia Filipoaia [cfilip@microsoft.com]; Mario Goertzel [Mario.Goertzel@microsoft.com]; EricDoerr [ericd@microsoft.com]; John Lambert (MSTIC) [johnla@microsoft.com]; Abhijeet Hatekar (MSTIC) [Abhijeet.Hatekar@microsoft.com] |
| **CC**: | Nitin Kumar Goel [Nitin.Goel@microsoft.com]; Sonar LT [sonarlt@microsoft.com]; Sonar PM Team [SonarPM@microsoft.com]; Ravi Shahani [ravis@microsoft.com]; Doug Hines [dhines@microsoft.com] |
| **Subject**: | [ Harv/Neel Org Update Mails and Details ] RE: Welcome Web Protection Team - S+C Org Update |
| **Attachments**: | Harv's Org Announcement; Neel's Org Announcement; Michael's Org Announcement |

+ SonarLT

There is a lot to digest here. Note that Jason Weber took off rights protection to share with Nitin and I …

I've attached all the Reorg announcements that Nitin and I received from Jason Weber. I'd recommend reading in this order
1. Harv's announcement
2. Neel's announcement
3. Michael's announcement. Vamsi will be Sonar's new content for Safe Links and Safe Attachments Engineering. Liming will now be AntiSpam.

It's my understanding OATP PM is unchanged however, with the funding of Christian Seifert's new research team, reporting directly to Eric Douglas and dedicated to protecting customers from phishing and web threats, Abhishek's PM team and Vamsi's engineering team will be collaborating with Christian's threat research team. I did introductions for Christian, Abhi and our Cristian last week at Christian Seifert's request. I'll also note OATP is also funding an OATP experimentation platform investment to enable detection model experiments from inception of an idea to production.

Just to help us understand the commitment, Jason Weber shared some numbers with Nitin and I regarding **OATP headcount growth**:
- OATP prebreach team **+43 heads** to 162
- PM **+9 heads** growing to 28 (5 TBH)
- **Overall 234** heads on OATP prebreach

For Jason's team, Client will form through talent transfer from Arun Kishan's team (Kernel, Shell, W32) + 3 from Smart Screen + OXO transfers. Some numbers Jason shared with Nitin and I for his team:
- 24 US Client Engineering heads
- 18 US Web Threat Service heads. He mentioned they are considering 21 additional in Indian Dev Center.
- 7  US PM heads

Jason's focus:
- 50% on FY21 impact improving threat protection for email, smart screen, and doing threat research
- 50% on FY22 impact innovating medium term on client and loonshot.

CONFIDENTIAL - ATTORNEYS EYES ONLY

Hope this was helpful.

Jason indicated July, August will be folks getting settled into new roles, transitions, etc. So we want to do our best to keep deliverables on track while establishing new working relationships and getting new folks up to speed.

Thanks,
Amar

---

**From:** Andi Comisioneru <Andi.Comisioneru@microsoft.com>
**Sent:** Tuesday, June 30, 2020 9:03 AM
**To:** Claudia Filipoaia <cfilip@microsoft.com>; Mario Goertzel <Mario.Goertzel@microsoft.com>; Eric Doerr <ericd@microsoft.com>; John Lambert (MSTIC) <johnla@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>
**Cc:** Amar Patel (C AND E) <amarpa@microsoft.com>; Nitin Kumar Goel <Nitin.Goel@microsoft.com>
**Subject:** FW: Welcome Web Protection Team - S+C Org Update

FYI. Amar and Nitin had a conversation with Jason and can add more details.

-Andi

---

**From:** Jason Weber <jweber@microsoft.com>
**Sent:** Tuesday, June 30, 2020 8:41 AM
**To:** Ali Alabbas <Ali.Alabbas@microsoft.com>; Ann Lu <Chi.Lu@microsoft.com>; Bryan Lipinski <Bryan.Lipinski@microsoft.com>; Chad Morrison <Chad.Morrison@microsoft.com>; Christian Stockwell <Christian.Stockwell@microsoft.com>; Christopher Brenon <chbrenon@microsoft.com>; Chuck Strempler <chuckstr@microsoft.com>; CJ Eichholz <CJ.Eichholz@microsoft.com>; Craig Owenby <Craig.Owenby@microsoft.com>; Dowson Chen <chendo@microsoft.com>; Fred Pullen <fpullen@microsoft.com>; Hao Wang <hawang@microsoft.com>; Hardy Wijaya <hardyw@microsoft.com>; Jenny McCollum <jennymc@microsoft.com>; Jocelyn Hamilton <jocelynh@microsoft.com>; Joshua Korb <Joshua.Korb@microsoft.com>; Kishore Siddegowda <kishores@microsoft.com>; Nerses Ghevondyan <neghevon@microsoft.com>; Ou Ye <ouye@microsoft.com>; Philip Rueker <Philip.Rueker@microsoft.com>; Rasheed Rajabzadeh <rasheedr@microsoft.com>; Richard Murillo <Richard.Murillo@microsoft.com>; Sahil Sikka <Sahil.Sikka@microsoft.com>; Sinclaire Hamilton <Sinclaire.Hamilton@microsoft.com>; Wade Lin <wadelin@microsoft.com>; Zach Childers <Zach.Childers@microsoft.com>; Rossen Atanassov <Rossen.Atanassov@microsoft.com>; Paresh Maisuria <pareshm@microsoft.com>
**Cc:** Eran Barak <Eran.Barak@microsoft.com>; Jaclyn Richardson <jarichar@microsoft.com>; Jennifer Ivan (CELA) <jenivan@microsoft.com>; Jim Sfekas (CELA) <jsfekas@microsoft.com>; Lynn Gates <lgates@microsoft.com>; M365 S&C Security Engineering FTE / ALL <M365Security_CompALL@microsoft.com>; M365 S+C Design - All <m365sccdesign-all@microsoft.com>; M365 Security + Compliance - LT <M365-SC-LT@microsoft.com>; M365 Security Core Protect RD <M365-SCP-RD@microsoft.com>; M365 Security Core Services RD <M365-SCS-RD@microsoft.com>; M365 Security Core Svs ALL <M365-SCS-ALL@microsoft.com>; M365 Security Core Svs International <M365-SCS-INT@microsoft.com>; M365 Security Core Svs US - Non Redmond <M365-SCS-US-NRD@microsoft.com>; M365 Security Design <M365securitydesign@microsoft.com>; M365 Security Engineering PS/FTE <M365Security_CompPS@microsoft.com>; MTP for the World - Core Team <mtpftwcore@microsoft.com>; NeelMah FTE Worldwide <NeelMahFTE-WW@microsoft.com>; Rob Lefferts <roble@microsoft.com>; Rob Saka (CELA)

<robsaka@microsoft.com>; Rob Shearer <rshear@microsoft.com>; RudraM FTE Worldwide <RudraMFTE-WW@microsoft.com>; S+C Srikants, Roble, Edouglas ALL <SCWDALL@microsoft.com>; Security and Compliance Team DR <SECNCOMPLT@microsoft.com>; Sharon Ben Yosef <sharonby@microsoft.com>; TQ Yasui <tqnguyen@microsoft.com>; M365 Security and Compliance - Directs <M365-SC-DR@service.microsoft.com>; Horizontal Phishing Strategy - Core Team <hpstrategycore@microsoft.com>
**Subject:** Welcome Web Protection Team - S+C Org Update

For those on the To line, welcome to the Web Protection Team!

The organizational changes Harv shared this morning reflect what you know well - phishing, social engineering, and modern web threats are the #1 security problem facing customers. Over the last few months, I have enjoyed getting to know everyone through the Horizontal Phishing workstream. We are now coming together to disrupt these threats with urgency.

Our phishing and social engineering strategy has four components:



1) **Enterprise Email Flywheel**
    The most important component to our strategy is Office ATP. Enterprise customers are disproportionately attacked through email and 80% of security

CONFIDENTIAL - ATTORNEYS EYES ONLY

sales result from phishing breaches. This makes OATP the primary onramp for the $7B Microsoft security business. It is critical that OATP have both the industry's leading phishing effectiveness, and a differentiated uniquely Microsoft strategy which highlights the Microsoft 365 suite value.

As Harv and Neel mentioned, we are significantly increasing OATP investments, with an emphasis on email phishing effectiveness. More engineering resources to accelerate backlogs, a dedicated phishing research team with deep AI/ML expertise, improved analyst response, a new threat hunting team, and even an "experimentation platform" to improve agility. And operating with a continuous improvement model. The impact will be tremendous!

2) **Windows & Apps Signals**
Microsoft's differentiation opportunity comes from our Windows strength, and creating a flywheel which detects and protects the 1B Windows from these attacks as they occur. This is particularly true with credential phishing which dominates customer concerns, and quickly expands to other threats (certificate and notification phishing). No other security company has this unique opportunity.

Working closely with Windows, we are going to design new security constructs that will provide unmatched protection (saving patient zero), unmatched latency in detecting these attacks (real-time), unmatched signal collection (1B devices in context), and unmatched insight into a given attack (full context), compared to the commodity intelligence used across the industry today. Not only will this better protect Windows users and increase trust in Microsoft, this will fuel our security flywheels real-time.

3) **Web Protection Service**
Microsoft has incredible visibility into the threat landscape today, which is snowballing from the strong success of MTP (100%+ growth) and expansion into new scenarios (EDR, EIOT). And this will accelerate as the 1B Windows devices begin generating new signals. Microsoft is uniquely positioned to use these signals in innovate new protections.

We are going to centralize our knowledge of these threats into a shared Web Protection service used across the Security + Compliance family, along with critical products including Windows and Edge. This shared "brain" is how we generate engineering efficiencies across products, triangulate signals not previously possible to identity threats, and consistently and rapidly protect customers. In addition, we are going to drive innovation into web standards and browser runtimes to generate the insight needed to protect customers, and further differentiate our security products along the way.

4) **Domain Appropriate Protections**
Finally, we want every Microsoft product and service to benefit from this innovation. We are going to focus on the Windows, Office, Edge and MTP flagship scenarios first, and will expand over time as our technology is proven. Every Microsoft business has unique opportunity to benefit from this innovation and we will help enable them.

We are going to build everything described here as extensible platform components, shared cloud services, and common infrastructure. We want many rich signals coming from Windows to support Security + Compliance scenarios. We want many consumers of the Web Protection Service. And we want creative new uses of this data!

The Web Protection team will be involved in all four components of this strategy, and we are directly responsible for building #2 (Windows & Apps Signals), building #3 (Web Protection Service), and enabling #4 (Domain Appropriate Protections).

CONFIDENTIAL - ATTORNEYS EYES ONLY

That is a crazy hard problem - Phishing is pervasive, attackers are creative, and humans the weakest link. Software is magical though, and the Web Protection Team brings together the unique expertise from across Microsoft necessary to drive innovation.

We are going to work in whatever codebase necessary, even changing physics when required, to protect customers from these threats. And along the way, we are going to differentiate Microsoft products and services and create new customer value.

We have amazing talent coming together into the Web Protection team:

- The **SmartScreen team** has done an amazing job over the last decade protecting customers from web threats. They have industry leading technology, incredible domain expertise, and a successful partnership with the Microsoft Edge team. Both the SmartScreen Client and SmartScreen Service teams are joining to become the core of the Web Protection Team.
- To realize our vision, we need to innovate across HTML Engines and Web Standards. We are fortunate to have **Rossen Atanassov** joining from the Microsoft Edge team to lead our **Web Protection Service** engineering team. Rossen has spent his career working across HTML engines (Trident, Blink + WebKit). He was instrumental to the Anaheim strategy, is a member of the W3C TAG, and chair of the CSS working group.
- Similarly, Windows provides an amazing differentiation opportunity for Microsoft. We need to innovate new Windows constructs to detect and protect against these threats. We are fortunate to have **Paresh Maisuria** joining from the Windows base/kernel team, to lead our **Web Protection Client** team. Paresh has spent his career changing Windows runtime patterns, most recently to improve battery life.
- Phishing occurs anywhere and everywhere – browsers, apps, services, and more. We need engineering expertise across Microsoft O365 products and services, matched with a passion for security. We are fortunate to have **expertise joining from OXO**, with deep experience across almost every O365 codebase.
- The **Phishing Loonshot team** has been researching ongoing attacks (Security Boulevard), prototyping the worlds most sophisticated attacks (Melanie Thomas), even thinking about the runtime patterns for these attacks. They are joining us too and bringing expertise that spans business, experiences, technology and even consulting and sales!
- Security Research is critical to our success. **Christian Seifert** will be leading a new research team, reporting directly to Eric Douglas and dedicated to protecting customers from phishing and web threats. For those who do not know Christian, he was one of the original SmartScreen researchers a decade ago and is an industry recognized applied security researcher. It doesn't get better!

This is just our starting point! Over the summer, we will be adding another 30+ people to help realize this vision across both Redmond and IDC. This includes college hires, open positions we'll recruit against, and some additional expertise we'll announce soon. These organization changes are effective July 1st, with Rossen and Paresh joining middle July.

When you step back and think about this announcement, we're building a new team with broad aspirations. Which is coming together from very different parts of the company. While working remotely from our homes during a global pandemic. When entering the Fe (Iron) milestone with significant business commitments to MTP, Endpoint, Edge and more. And from a 50% staffed starting point. We'll do this!

CONFIDENTIAL - ATTORNEYS EYES ONLY

There's not a better group of people to drive the necessary innovation with. There are lots of unknowns here, which is completely natural for this early stage of forming a new team. Over the summer we will work through these together – learning together, designing our approach together, and most importantly making an impact together.

Welcome to the team!

- Jason

CONFIDENTIAL - ATTORNEYS EYES ONLY