# EXHIBIT 4

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 20-60416-CIV-CANNON/HUNT

TOCMAIL INC., a Florida corporation,

        Plaintiff,

-vs-

MICROSOFT CORPORATION, a Washington corporation,

        Defendant.
_____/

VIDEOTAPED DEPOSITION OF
KATHRYN GRIFFITH
TAKEN PURSUANT TO RULE 30(b)(6)

Tuesday, March 23, 2021
12:00 p.m. - 12:42 p.m.

By videoconference

Stenographically Reported By:
Dianelis Hernandez, FPR

```
 1   APPEARANCES:
 2
 3   On behalf of the Plaintiff:
         JOHNSON & MARTIN, P.A.
 4       500 W. Cypress Creek Road
         Suite 430
 5       Fort Lauderdale, Florida 33309
         954-790-6699
 6       BY: Joshua D. Martin, Esquire via videoconference
         josh.martin@johnsonmartinlaw.com
 7
 8
 9   On behalf of the Defendant:
         GREENBERG TRAURIG, LLC
10       1000 Louisiana Street
         Suite 1700
11       Houston, Texas 77002
         713-374-3541
12       BY: Mary-Olga Lovett, Esquire via videoconference
         BY: Kyle Dugan, Esquire via videoconference
13       BY: Evelyn Cobos, Esquire via videoconference
         lovettm@gtlaw.com
14
15
     VIDEOGRAPHER:   Fred Veitch
16
17
     ALSO PRESENT:
18       Rachel Hymel
         Aaron Wolke
19       Cameron Roth
20
21
22
23
24
25
```

Page 5

1           Miami office and our support personnel, our tech
2           support Rachel Hymel, and my paralegal Cameron
3           Roth all are on the call today.
4                THE COURT REPORTER: Raise your right hand,
5           please.
6                Do you solemnly swear or affirm the
7           testimony you are about to give in this matter
8           will be the truth, the whole truth and nothing but
9           the truth?
10               THE WITNESS: Yes, I do.
11   Thereupon,
12                       KATHRYN GRIFFITH,
13   having been first duly sworn or affirmed, was examined
14   and testified as follows:
15                       DIRECT EXAMINATION
16   BY MR. MARTIN:
17        Q.   Good morning, can you please state and
18   spell your name for the record?
19        A.   Kathryn Galvin Griffith.  K-A-T-H-R-Y-N
20   G-A-L-V-I-N G-R-I-F-F-I-T-H.
21        Q.   Ms. Griffith, have you had your deposition
22   taken before?
23        A.   Yes.
24        Q.   Okay. Do you understand that you are here
25   testifying today on behalf of Microsoft?

| | | |
|---|---|---|
| 1 | A. | We identified the relevant data within |
| 2 | Microsoft's ecosystem and extracted the data if it needed |
| 3 | to be extracted, summarized it, and for some of the |
| 4 | schedules added footnotes and headers to help the user |
| 5 | better understand the data. |
| 6 | Q. | How many people are on your team? |
| 7 | A. | Six. |
| 8 | Q. | Did all six assist in this particular case? |
| 9 | A. | Probably not all six. |
| 10 | Q. | Do you know what different types of |
| 11 | information were produced in the case? |
| 12 | A. | As it relates to the work we did, yes. |
| 13 | Q. | Yes.  Yeah.  So can you just give me just |
| 14 | an overview of the different types of documents that were |
| 15 | produced in terms of the work you guys did? |
| 16 | A. | Yes.  Revenue, units, and/or seats or |
| 17 | licenses, depending on the schedule there is different |
| 18 | names, but essentially units.  Pricing information, and |
| 19 | usage, and profit. |
| 20 | Q. | I'm sorry, profitability? |
| 21 | A. | Yes.  Those are the ones that come to mind. |
| 22 | Q. | Do you know was all revenue data relating |
| 23 | to Safe Links from Microsoft produced during the relevant |
| 24 | time period? |
| 25 | A. | Safe Links is not a separately monetized |

1  product by Microsoft.  However, we collected the products
2  that are monetized that include Safe Links.
3         Q.    Okay.  So was all revenue data regarding
4  ATP produced?
5         A.    We collected standalone revenue related to
6  office Advanced Threat Protection as well as products
7  that contained Office Advanced Threat Protection.
8         Q.    So from a review of the records that were
9  produced, would we have a complete summary of the revenue
10 that Microsoft received related to ATP?
11        A.    You would have a complete picture of those
12 two sets, either where Microsoft was receiving revenue
13 for the standalone transaction of OATP or where it was
14 sold as part of a suite and you would have the revenue
15 attributable to that suite.  And there is a nuance there
16 that if we look at the schedule there I can help to
17 explain that nuance as well.
18        Q.    Were -- well, pivot tables were produced,
19 correct?
20        A.    Correct.
21        Q.    And what do the pivot tables show?
22        A.    Again, if we looked at the pivot tables it
23 would probably be easier to speak to.  Generally, it
24 would be the revenue that we are talking about and the
25 units.

Page 21

1  has a user associated with it within a given month.
2       Q.   Was -- I'm sorry.  Go ahead.
3       A.   I think the question was what's the
4  difference.
5       Q.   Yeah.
6       A.   So I described what an assigned unit is.
7  And I've described a few times the MS Sales licenses, but
8  that's a license that's associated with the subscription
9  and the frequency with which is shows up on MS Sales is
10 based on the billing event.
11      Q.   Do you know has Microsoft attempted to
12 attribute or isolate revenue for ATP from revenue for its
13 bundle products that include ATP?
14           MS. LOVETT:  Objection.  Assumes facts not
15      in evidence.
16      A.   My understanding is that Microsoft doesn't
17 further attribute revenue for Office Advanced Threat
18 Protection when sold as part of a broader offering.
19 BY MR. MARTIN:
20      Q.   And same question with Safe Links, has
21 Microsoft attempted to attribute or isolate revenue for
22 Safe Links from revenue from ATP?
23      A.   Similarly, Microsoft doesn't attribute
24 revenue specifically to Safe Links.
25      Q.   Do you know whether Microsoft tracks it's

1  research and development cost by project?
2          A.   What do you mean by project?
3          Q.   For example, evasion is one of the issues
4  in this case, and so I'm wondering if you would know or
5  have seen information on -- that Microsoft has tracked
6  cost spent on trying to improve its evasion technology?
7          A.   I'm not aware of whether they do or don't
8  track costs specifically for evasion.
9          Q.   Okay.  Do you know -- but do you know then
10 outside of this example whether Microsoft tracks research
11 and development cost by project on a project-by-project
12 basis?
13              MS. LOVETT:  Objection.  Assumes facts not
14      in evidence.
15         A.   Generally, when talking to Microsoft's
16 finance teams about identifying cost related to
17 development of product it is typically not available,
18 often not even at the product level let alone at the
19 feature level or subfeature level that you are asking
20 about.
21 BY MR. MARTIN:
22         Q.   Do you know how much money Microsoft spends
23 annually on marketing Safe Links separately from other
24 products?
25         A.   I don't believe Microsoft tracks their

1    marketing spent at that level of granularity.
2           Q.    What about for ATP?
3           A.    Again, I don't believe Microsoft tracks
4    their marketing spent at that level of granularity.
5           Q.    When you were having your discussions with
6    Mr. Ugon, did he inquire into the average life of
7    Microsoft's software products?
8           A.    I don't recall one way or another.  I don't
9    recall if we talked about that.
10          Q.    Did he ask you to explain any accounting
11   practices at Microsoft as it relates to cost of goods
12   sold?
13          A.    Again, I don't remember the specifics of
14   the conversation.  It was several months ago.  It was
15   mostly specifically about the data that we provided and
16   making sure that he understood the data in the schedules.
17          Q.    Did he ask you to provide any type of
18   historical product pricing list for Microsoft products
19   that have ATP?
20          A.    I don't recall him asking and we didn't
21   provide anything subsequent to the conversation that
22   wasn't already provided, you know, generally for the
23   case.
24                MR. MARTIN:  Let's take a five-minute
25        break.  I may be all finished, if I can just take

Page 27

CERTIFICATE OF OATH

THE STATE OF FLORIDA )

COUNTY OF PALM BEACH )

        I, the undersigned authority, certify that Kathryn Griffith appeared remotely before me and was duly sworn on the 23rd day of March, 2021.

        Signed this 30th day of March, 2021.

_____
Dianelis Hernandez, FPR
Notary Public - State of Florida
My Commission No. GG136887
My Commission Expires: 9/23/2021

Page 28

1        CERTIFICATE OF REPORTER

2

3    THE STATE OF FLORIDA )

4    COUNTY OF PALM BEACH )

5

6              I, Dianelis Hernandez, Florida Professional
7    Reporter, certify that I was authorized to and did
8    stenographically report the deposition of Kathryn
9    Griffith remotely, pages 1 through 26; that a review of
10   the transcript was requested; and that the transcript is
11   a true and complete record of my stenographic notes.
12              I further certify that I am not a relative,
13   employee, attorney, or counsel of any of the parties, nor
14   am I a relative or employee of any of the parties'
15   attorney or counsel connected with the action, nor am I
16   financially interested in the action.
17
18              DATED this 30th day of March, 2021.
19
20
21
22
23                    *[signature]*
24              _____
25                    Dianelis Hernandez, FPR