# Exhibit 1

CONFIDENTIAL

Page 1

1      UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF FLORIDA
2
       CASE NO. 0:20-CV-60416-AMC
3
4   TOCMAIL INC., a Florida
    corporation,
5
              Plaintiff,
6
    vs.
7
    MICROSOFT CORPORATION, a
8   Washington corporation,
9             Defendant.
10  _____/
11
                    March 17, 2021
12                  12:04 p.m. - 6:20 p.m.
13
14
           VIDEOTAPED DEPOSITION OF JASON ROGERS
15
           TAKEN VIA ZOOM TELECONFERENCE
16
17
18     Taken on behalf of the Defendant before
19  Alice J. Teslicko, RMR, Notary Public in and for the
20  State of Florida at Large, pursuant to an Amended
21  Notice of Taking Video-Taped Deposition in the above
22  cause.
23
24
25

```
 1   ████████████████████████████████████████████
     ██████████████████████████████████████ ██
     ████████████████████████████████████████████
     ██████████████████████
 5        Q    What's the EOP malware stack?
 6        A    So Exchange Online Protection is kind of our
 7   base security mail gateway product.  So we refer to
 8   that as EOP.  So that comes with either -- every
 9   mailbox that you get to the Cloud has an Exchange
10   Online mailbox or you can purchase it to protect
11   on-premises email boxes as well.
12             ████████████████████████████████████
     ████████████████████████████████████████
     ████████████████████████████████████████
     ████████████████████████████████████████
     ██████████████████
     █   ████████████████████████████████████
     ████████████████████████████████████████████
     █   ██
     █   ████████████████████████████████████████
     █   ██████████████████████████████████
     ████████████████████████████████████████████
     ████████████████████████████████████████
     ████████████████████    ██████████████████
     ████████████████████████████████████████████
```

```
 1     ▇ ▇▇▇▇▇▇▇▇▇▇▇▇
 2     ▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
 3     ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
 4     ▇▇▇▇▇▇▇▇▇▇▇▇▇▇
 5         ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
 6     ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
 7     ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
 8     ▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
 9     ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇
10     ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
11     ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
12     ▇▇▇▇
13         ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
14     ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
15     ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
16     ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
17     ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
18     ▇▇▇▇▇▇
19         ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
20     ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
21     ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
22     ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
23     Q    And what is a wrapped link?
24     A    So the way that Safe Links works is within
25     an email we wrap links inside of our own Safe Links
```

1  URL.  So we would replace a link with a link to our
2  Safe Links web service that points to our web server
3  and then we pass the original link as a parameter as
4  part of the URL that we've replaced it with.
5           So that's how we're able to check reputation
6  when the URL is clicked on, and then we'll do a client
7  side redirect to the target link if we don't have any
8  bad reputation for the URL.
9  [redacted]

CONFIDENTIAL

Page 28

```
 1     ██████████████████   ████████
       ████████████████████████████████████████████
       ████████████████████████████████████████████
       ██████████   █████████████████████████████
       ████████████████████████████████████████████
       ████████████████████████████████████████████
       ████████████████████████████████████████
       ████
       ██████████████████████████████████
       ████████████████████████████████████████████
       ██████████████████████████████████████████████
       ██████████████████████████
       █  ████████████████████   █████████████
       ████████████████████████████████████████████
       ████████████████████████████████████████████
       ████████████
       ██████████████████████████████████
       ██████████████████████
       █  ██████████████████████████████
       █  ██████████████████████████  ████████
       ████████████████████████████████
       ██████████████████████████████████████████.
23        Q    So what are some of the other -- other than
24     Safe Links, what are some of the other parts of the
25     security stack?
```

1    A    So we have -- I guess maybe the best way to
2  think of it is kind of in tiers.  We have an edge
3  tier, where we would do blocks based entirely on the
4  sending infrastructure of the mail.  So as the sending
5  infrastructure connects to us, if we know that it's
6  bad, it's coming from an IP that we know is bad, then
7  we would reject the mail at the edge.
8         If it's an abnormal volume, you know, from a
9  particular sender, if it's an abnormal volume to a
10 particular recipient, we would block with something
11 called direct reface, blocking where an admin can
12 configure the service to say, hey, if this email is
13 coming in and it's not directed towards a recipient
14 that's in our directory, then we'll drop it at the
15 edge as well.
16        Then we have kind of center-based
17 intelligence blocks and so this is the -- kind of the
18 next layer of understanding who's sending the email.
19 So we would look for impersonation attempts.  We would
20 look for spoofing attempts, things like first contact,
21 where we would test special handling of an email, if
22 it's someone who is not in your center graph, someone
23 who doesn't normally send emails to you.
24        Then we get down into delivery time contents
25 scanning.  So this would be things like, you know, AV

|   |   |
|---|---|
| 1 | engines.  You know, running attachments through AV |
| 2 | engines.  This would be reputation-based blocks of |
| 3 | file hashes and URLs in emails.  This would be -- I |
| 4 | guess this would include Safe Attachments, this would |
| 5 | include delivery time URL detonation, and then also I |
| 6 | guess all of our anti-spam and bulk filters as well |
| 7 | would be part of that layer. |
| 8 | Then we have a postdelivery layer after that |
| 9 | and Safe Links would be part of the postdelivery |
| 10 | layer, so things that happen after the mail has been |
| 11 | in the inbox.  We've got zero-hour auto purge, which |
| 12 | is our ability to go in and remove an email |
| 13 | automatically.  The system can pull an email back out |
| 14 | of the inbox if we find out postdelivery that it might |
| 15 | be malicious. |
| 16 | Then we would consider kind of that entire |
| 17 | post-breach to a links suite to be part of that |
| 18 | post-delivery section as well.  So detections that |
| 19 | happen as part of the error that I was telling you |
| 20 | about earlier would fall into that category. |
| 21 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
|   | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
|   | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
|   | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
|   | ▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |

1 ██████████████████████████████████
██ █████████████████████████ █████
██ ████████████████████████████████
██ █████████
5     A    So it's not that Microsoft says it's safe.
6 It's that we didn't say it was malicious.
7          I don't mean to mince words, but really what
8 we try to do is make a determination that something is
9 malicious and we block based on it being malicious.
10 So if we're unable to state that it's malicious, then
11 we allow the link to go through if we don't have
12 another available reputation source for this
13 particular link.
14           ████████████████████
██ █ ███████████ ██████
██ █ █████
██ █ ██████████████ █████████
██ ██████████████████████████████
██ ██████████████████████████████
██ ██████████████████████████████
██       █████████████████████████
██ ██████████████████████████████
██ ██████
██ █ ██████████████████████
██ ██████████████████████████████

CONFIDENTIAL

Page 151

1 [redacted]
2 [redacted]
3 [redacted]
4 [redacted]
5 [redacted]
6 [redacted]
7 [redacted]
8 [redacted]
9 Q Here in his expert report plaintiff,
10 Mr. Wood, writes: "Bottom line, Safe Links is a
11 service that's run on EOP servers."
12 Is that a correct statement, Mr. Rogers?
13 A So this kind of shows a fundamental
14 misunderstanding of the differences between Safe Link
15 servers and URL detonation through Sonar.
16 So Safe Links servers refer to the web
17 servers that Safe Links points to, which certainly
18 would be part of that they are EOP servers, but
19 they're just the web servers that you're taken to when
20 you click on a Safe Link that we use to check
21 reputation and then return block pages.
22 It would be -- you know, any kind of IP
23 evasion technique would be meaningless for those
24 servers. They're simply checking reputation and
25 returning block pages as appropriate.

CONFIDENTIAL

Page 152

1      Any kind of link-following visiting sites,
2  rendering of pages is happening inside of our
3  sandboxes that are on -- not part of EOP.  They're in
4  separate spaces across, you know, multiple
5  geographies, both in our bare metal Microsoft data
6  centers on Azure and then also routing through
7  (*redacted*) in some cases.
8      Q    So just to be clear, is Mr. Wood correct
9  when he says that "Safe Links is a service that is run
10 on EOP servers"?
11     A    Like I said, the Safe Links web service does
12 run on EOP servers, but that's not at all the piece
13 that actually analyzes web pages.  That piece is Sonar
14 and that does not run on EOP addresses.
15     Q    That is run on sandboxes that can be
16 deployed anywhere else with different IP addresses in
17 different geographical locations, correct?
18     A    That's correct.
19     Q    So if you look at the big box to the right,
20 which says "Safe Links has the same IP addresses as
21 EOP", do you agree with that statement?
22     A    Once again, he's conflated, you know, the
23 Safe Links web services with Sonar.
24          So once again, the Safe Links web service
25 boxes that just check reputation and return blocked

```
1    pages are part of the EOP, but the URL detonation
2    happens within Sonar inside of, you know, separate
3    servers that are deployed in a completely separate
4    way.
5         Q    So do you agree with the conclusion that
6    Mr. Wood seems to make here:  "To admit that EOP is
7    defenseless against IP cloaking is to admit that Safe
8    Links is defenseless as well"?
9         A    No.  Once again, EOP has nothing to do with
10   the server or any kind of page-following or you know,
11   URL detonation or file detonation.  It's not part of
12   the EOP.
13   [redacted]
```