# Exhibit 2

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 20-60416-CIV- CANNON/HUNT

TOCMAIL INC., a Florida corporation,

        Plaintiff,

-vs-

MICROSOFT CORPORATION, a Washington corporation,

        Defendant.
_____/

VIDEOTAPED DEPOSITION OF
JASON ROGERS
TAKEN PURSUANT TO RULE 30(b)(6)

Tuesday, March 16, 2021
12:06 p.m. - 2:39 p.m.

By videoconference

Stenographically Reported By:
Dianelis Hernandez, FPR

1  ████████████████████
   █ ████████████████████████████████
   █ ██████ ███████
   █ ████ ████████████████████████████
   █ █████ ████ ████████████████████████ █████
   █ ██████████████████████ ████████████████████
   █ █████████████████████
   █ ████ ████████

9  Q. Okay. The second sentence there says, "but
10 attackers sometimes try to hide malicious URLs with
11 seemingly safe links that are redirected to unsafe sites
12 by forwarding service after the message has been
13 received. ATP's Safe Links feature proactively protects
14 your users if they click such a link." If Safe Links
15 users click "such a link," does Safe Links proactively
16 protect them every time?
17        A. Yes, so the problem that Safe Links was
18 trying to solve, you know, particularly in 2015, was that
19 we were detecting that a link in an e-mail was malicious
20 but we were detecting it post delivery. And so at that
21 point the mail was already in the user's inbox and it was
22 difficult for us to apply that, you know, most current
23 best reputation that we had on those URLs. And so Safe
24 Links, you know, we wrapped those links inside of our own
25 URL such that when a user would click on the Safe Links

1  we were able to check the reputation of that URL at the
2  time that the URL was clicked on, you know, in addition
3  to what we had done at the time of delivery.
4             So yes, we would be able to apply our
5  latest, you know, and greatest best reputation about that
6  malicious URL at the time it was clicked on.
7        Q.   Okay.  So the statement "ATP's Safe Links
8  feature proactively protects your users if they click
9  such a link," that's a true statement?
10       A.   Yes, that's a true statement.
11       Q.   And the next sentence, "that protection
12 remains every time that click the link," that's a true
13 statement?
14       A.   Yeah.  So every time they click the link we
15 check our latest and greatest reputation.  So we are
16 constantly updating, you know, based on first-party and
17 third-party reputation service.  Later, of course, we
18 started sandboxing our own URLs to derive our own
19 reputation.  But, yes, every time that the link was
20 clicked on, whether it be, you know, 10 minutes after
21 delivery or a year after delivery, we were able to apply
22 our latest reputation to that click.
23       Q.   So where it says at the end of that one
24 sentence, "if they click such a link," what does such a
25 link refer to?

1        A.    Refers to a link that was not malicious at
2   the time of delivery but became malicious post delivery.
3   So our reputation changed from the time that the e-mail
4   was delivered until the time that the link was clicked
5   on.

[redacted]

    I think they knew exactly what this meant,
24  which was, you know, we will apply our best possible
25  reputation at the time that the link is clicked on.  I

Page 29

1 ▮▮▮▮▮▮▮▮▮▮
2 ▮▮▮▮▮▮▮▮▮▮
3 ▮▮▮
4 ▮▮▮
5 ▮▮▮
6 ▮▮▮
7 ▮▮▮
8 ▮▮▮
9 ▮▮▮
10 ▮▮▮
11 ▮▮▮
12 ▮▮▮
13 ▮▮▮
14 ▮▮▮
15 ▮▮▮
16 ▮▮▮
17 ▮▮▮
18 ▮▮▮
19 ▮▮▮
20          So in the case of the presentations that we
21 would be doing in the context of security it would be an
22 audience of security admins, sec house professionals --
23 security officer professionals, sorry.
24 ▮▮▮
25 ▮▮▮

Page 58

1  ██████ ██████ ████████████████████ ████████
2  ████████████████████████████████
3  ████████████
4  ███ ████████████████████████████
5  ██████████████████
6  ███ ████████████████████████████
7  ██████████████████████████████████
8  ████████████████████ ██████████████
9  ██████████████████████ ████████████████
10 ████████████████████████████████████
11 ██████████████████████
12      ██████████ ████ ██████████
13    ████████████████████████ ██████████
14 ██████████

15        Q.   Do you see in the middle there, it says,
16  "Safe Links," and it says, "ensure document hyperlinks
17  are harmless with ATP Safe Links?"
18        A.   Yes, I see that.
19        Q.   Do you agree with that statement that Safe
20  Links ensures document hyperlinks are harmless?
21        A.   Yes.  So this is referring to the -- like I
22  said, UPI integration with PowerPoint and Excel.  So yes,
23  we are once again, able to every time that URL is clicked
24  on check it against our kind of newest, latest, and
25  greatest source of truth on URL reputation at the time

Page 59

1  that the links are clicked on in those documents.  So --
2       Q.   Is the -- sorry, go ahead.
3       A.   I said so, yes, that seems accurate.



Page 60

1  ███████████████████████████████ but would reputation alone
2  in itself be enough to ensure that hyperlinks are
3  harmless?
4        A.   So once again, it's reputation from
5  Microsoft first-party sources, reputation that we
6  purchase from third-parties combined with reputation that
7  we were at this point generating through sandboxing.  And
8  so that's what it would have been applied at time of
9  click from the mail.
10              I think what that statement was saying was
11  that we are able to apply that protection to links inside
12  of documents.  And then I'm sure that the top track went
13  into that the documents didn't have to go through e-mail,
14  everything we went through before.  So, yeah, I think the
15  intend of that statement is accurate.
16  

Page 61

1  [redacted]
2  A.   So once again, it's the -- the context is,
3  you know, we are talking to people whose job it is to be
4  the IT admins for other companies.  So it's not only are
5  they, you know, security professionals, IT admin
6  professionals, but they are selling their services to
7  other companies here.  So they are well aware of the
8  context here.  So yes, within the context of this
9  presentation and how this is being presented, I think
10 that's, you know, to the audience being presented to --
11            MS. LOVETT:  Pardon me.
12      A.   -- seems extremely accurate.
13 [redacted]