# Exhibit 5

Page 1

1        UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF FLORIDA
2
         Case No. 20-60416-CIV-CANNON/HUNT
3
4
   TOCMAIL INC., a Florida
5  corporation,
6              Plaintiff,
7  -vs-
8  MICROSOFT CORPORATION, a
   Washington corporation,
9
              Defendant.
10 _____/
11
12           VIDEOTAPED DEPOSITION OF
                    AMAR PATEL
13        TAKEN PURSUANT TO RULE 30(b)(6)
14
15           Tuesday, March 9, 2021
             12:07 p.m. - 6:07 p.m.
16
17
                By videoconference
18
19
20
21
22
23
24       Stenographically Reported By:
            Dianelis Hernandez, FPR
25

Page 46

1  [REDACTED]
2  [REDACTED]
3  [REDACTED]
4  [REDACTED]
5  [REDACTED]
6  [REDACTED]
7  [REDACTED]
8  [REDACTED]
9  [REDACTED]
10 [REDACTED]
11 [REDACTED]
12 [REDACTED]
13 [REDACTED]
14 [REDACTED]
15      Q.   So when a user clicks on the URL rewritten
16 by Safe Links, are they taken to the EOP web servers for
17 the latest reputation check?
18      A.   Well, just to be accurate, as I stated
19 prior Exchange Online Protection and Advanced Threat
20 Protection are two different security components.
21      Q.   Do they have the same servers?
22      A.   I don't believe so.  ATP has its own set of
23 servers and Safe Links has its own set of servers.
24      Q.   Okay.  So just I'm clear Safe Links does
25 not run on EOP servers?

Page 47

1    A.    Not to my recollection.
2    ▮    ▮
▮ ▮
▮    ▮    ▮
▮         ▮    ▮
▮    ▮    ▮
▮         ▮    ▮
▮         ▮
▮    ▮
▮    ▮    ▮
▮    ▮
▮    ▮    ▮
▮         ▮    ▮
▮    ▮
▮    ▮
17   Q.    Okay.  So this says, Advanced Threat
18   Protection URL detonation.  I know we talked a little bit
19   about detonation, but what is URL detonation?
20   A.    So URL detonation is a protection measure
21   where when a user receives a link inside of an e-mail or
22   URL, I'll use link and URL interchangeably, and they
23   chick on that link we have the ability to visit that URL
24   as a part of our detonation service.  And the detonation
25   services is essentially a sandbox environment designed to

Page 48

1  mimic a victim machine.  And we visit the URL, we visit
2  the web page, and we then try to evaluate whether that
3  web page is good or bad.
4            We try to look at that web page as if the
5  human eye would because the human eye is very good at
6  telling whether something is safe or bad.  We also look
7  for changes imperceptible to the human eye using machine
8  learning models computer vision in order to determine if
9  the site is good or bad, and whether or not we want to
10 allow the mail to continue to the user's inbox.

