# Exhibit 6

Page 1

1  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF FLORIDA
2
3  CASE NO. 20-60416-CIV- CANNON/HUNT
4
5  TOCMAIL INC., a Florida
   corporation,
6
             Plaintiff,
7
   -vs-
8
   MICROSOFT CORPORATION, a
9  Washington corporation,
10           Defendant.
   _____/
11
12
13         VIDEOTAPED DEPOSITION OF
                  AMAR PATEL
14
15
16      Wednesday, March 10, 2021
          12:02 p.m. - 8:58 p.m.
17
18
             By videoconference
19
20
21
22
23
24      Stenographically Reported By:
           Dianelis Hernandez, FPR
25

Page 24

1  ████████████████████████████████████████
2  ██████████████████████████ ████████████
3  ███████████████████
4  ████ ████ █████████████████████████
5  ████████████████████████████████████
6  █████████████████████████████████████
7  ████████████████████████
8  ████ ███████████████████████ ██████
9  ██████████████████████████████████
10 ███████████████████████████████████ ██
11 █████████████████████████████████████
12 ███████████████

13     Q.    Okay.  What cyberattacks would be more
14 common sitting here in 2021 than network evasion?
15     A.    Well, phishing is a type of cyberattack
16 that is very common today.
17     Q.    Is it the most common?
18     A.    Phishing I would say it's most common, yes.
19            ████████ ████████████████████
   ███████████
   █████████████████
   ██████████████
   ████████████
   ████ █████ █████████████████
   █████████████████████████ ████████████

Page 35

```
 1  ████████████████████████████████████████
    ████████████████████████████████████████
    ███████████████████████████████████
    ██████████████████  ████████████████████
    ████████████████████████████  █████████
    ██████████████████████████████
        ████  █████  █████████████████████
    ████████████████████████████████████████
    ██████████████████████████████████
        ██  ███████████████
        ██  █████████████████████████████
    █████████████████████████████████
    █████████
        ██  ██████████████████████████████
    ████████████████████████████████████████
    ████████████████████████  █████████████
    ████████████████████████████  We don't
 18 guarantee that we deliver 100 percent protection to our
 19 customers, but what we do is provide layers of
 20 protection.
 21              ██████████████████████████
    ████████████████████████████████████████
    ███████████████████████████████████
    ██████████  ███████████████████████
    ████████████████████████  █████████████
```

Page 43

```
 1  ████████████████████████████████████████████████
    █  █        ████████
    █  █        ████████████████████████████
    █  ████████████████████████████████████
    █  █        ██████████
    █  █        ██████████████████████████████
    █  ██████████████████████████████████████
    █  █████████████   █████████████████████
    █  ████████████████████████████████████████
    █  ████████████
    █  █        ██████████████████████████
    █  ████████████████████   █████████████
    █  ██████████████████████████████████
    █  ██████████████████████████████████
    █  ██████████████████████████████████
    █  ████   █████████████████████████  █
    █  ████████████████████████████████████████
    █  ██████████████████
19          It turns out that the reason why we have
20  these IP ranges available is because if we don't, other
21  sort of -- our security products won't function
22  potentially and other services may not function correctly
23  either, ████████████████████████████
    █                ████████████████████████████
    █  ████████████████████████████████████████████
```

Page 44

1  █████████████████████████████████
   ████  ████████████████████████████
   ██████████████████████████  ██████
   ████████████████████████████
   █████████████████████████████
   ████████████████████████
   ████████████████████████████
8            So we make folks aware of our IP ranges so
9  that they know if they see a large spike of traffic they
10 can tell who it's coming from and potentially contact us
11 if they need to.
12           ██████████████████████████████████
   ████████████████████████████████████
   ████████████████████████████████████
   ████████████████████████████████████
   ████████████████████████████████████
   █████████████████████  █████████████
   ████████████████████████████████████
   ██████
20           So these IP addresses are also published
21 for exchange so that customers who want to choose to use
22 a different kind of mail experience have the ability to
23 retrieve their mail.
24           ██████████████████████████████████
   ████████████████████████████████████

```
 1   ████████████████████████████████████████████
 2   ██████████████████████████████████
 3      █    ██████████████████████████████████
 4   ████████████████████████
 5      █    ████████████████████████████
 6      █    ██████████████████████████████
 7   ██████████████████████████████████████████
 8   ████████████
 9      █     ████████████████
10      █    ██████████████████████████████
11   ██████████████████████████████████████████
12   ██████████████████████████████████████████
13   ██████████████████████████████████████████
14   ████████████████████████████████████
15   ██████████████████████████████████████
16   ████████████████████████████
17      █    ████████████████████████████████████
18   ██████████████████████████████████████████
19   ██████████████████████████████████████████
20   ██████
21             They also educated me at that time -- well,
22   they also reminded me that IP address information is
23   public information already.  And, you know, attackers
24   could easily get this information on their own as well
25   through, you know, IP look up services and things like
```

Page 46

1  that.
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24      A.     I don't believe ATP Safe Links runs on EOP
25  servers.

Page 58



22  Q.  So where it says that there, we talked
23  yesterday about IP Anonymization, is that what that's
24  referring to?
25  A.  The approach Number 1?

1          Q.    Yes.
2          A.    Yes, routing traffic through anonymous
3    proxy services is referring to IP Anonymization.
4          Q.    And is that one approach that Microsoft is
5    looking into to address the issue of network evasion?
6          A.    Microsoft already has enabled IP
7    Anonymization.

[Lines 8–25 redacted]

Page 60

```
 1    ███ ████████████████████████████████
 █    ██████ ██████████████████████████████
 █    ████████████████████████████
 █    ███████ █████████████████ ████████████
 █    ████████████████████████████████
 █    ███ █████████████████████████████████
 █    █████████████████ ████ █████████████████
 █    ██████████████████████████████████████
 █    ████
 █    ███ █████████████████████████████████
 █    █████████████████████████ ████████████
 █    ███████████████████████
 █    ███ ████████████████████████████
 █    ███ ██████████████████████████████████
 █    █████████████ █████████████████████████
 █    ██████████████████
 █    ███ ████████████████████████████
 █    ████████████████████████████████████████
19        A.   So we use ███████ to route our detonation
20    traffic out non-Microsoft attributable IP ranges.
21        ███ █████████████████████████
 █    ████████████████████████
 █    ███ ██
 █    ███ █████████████████████ ███████████
 █    █████████████████████████████████████
```

Page 82



14   A.   Well, we don't guarantee -- I don't know of
15   anybody that would guarantee 100 percent effectiveness,
16   you know.  We work in the security industry, our
17   adversaries are software professional hackers and they
18   are trying to dream up new ways to counteract or
19   circumvent the security measures that we provide.  And so
20   attackers will try to find ways to bypass any security
21   measure, not just detonation.  But certainly in
22   detonation we do see false negatives because attackers
23   are trying to find ways to bypass the protection that we
24   have.
25           However, we also hire hackers.  We also

```
                                                        Page 101
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24        Q.    Okay.  So on the right, it says, "Safe
25   Links," and then there is a paragraph there, "the ATP
```

Page 102

1  Safe Links proactively protects your users from malicious
2  URLs in a message or in an Office document.  The
3  protection remains every time they select the link as
4  malicious links are dynamically blocked while good links
5  can be accessed."  Where did that language come from?
6         A.    I believe that may have been whoever
7  authored the document, you know, if I recall, if I were
8  the author it would come from me.
9         Q.    Okay.  So is that a true statement what
10 that says there?
11        A.    Yeah.  Sure.  Yes.
12        Q.    Well, it says the protection remains every
13 time they select the link, but I think we've talked the
14 last few days about how we can never have 100 percent
15 protection for evasion so how does that coincide?
16        A.    Yeah, so what this means is when you click
17 on a link in mail and you have Safe Links turned on we
18 will evaluate the link with Safe Links.
19        Q.    And so you have protection every time
20 the -- every time they select the link there is
21 protection?
22        A.    Every time the user clicks on a link Safe
23 Links will have the opportunity to evaluate whether that
24 link is good or bad assuming the customer has bought ATP
25 and they've turned on Safe Links for that user.

Page 103

1  Q. Okay. Again, I'm just a little confused.
2  You said throughout the deposition that Safe Links can't
3  provide 100 percent protection, no service could. So I'm
4  trying to understand how that coincides with this where
5  it says there is protection every time they select the
6  link?
7  A. Yeah, and I'm happy to clarify. We don't
8  guarantee anybody 100 percent protection. We can't
9  predict the future, you know, threats are constantly
10  evolving. So what we do is we adapt our protection and
11  fix bugs, and solve for bugs, and things like that.
12  And this statement is indicating that when
13  a link, when a customer has bought ATP Safe Links and the
14  service is turned on, Safe Links is turned on for the
15  given user, links in that -- in the mail that that user
16  receives will be routed through the Safe Links protection
17  service. The Safe Links protection service will have the
18  opportunity to evaluate that link with two measures. The
19  first will be the reputation service, the second will be
20  time-of-click detonation, and that's what this is saying.
21  So, you know, from my standpoint both
22  points are true. The first point being we don't offer
23  100 percent protection and the second point being that if
24  Safe Links is turned on for a given user that user has
25  the opportunity to be protected by Safe Links by virtue

Page 104

1  of that click being routed to the Safe Links protection
2  service and being evaluated by, again, reputation and
3  detonation.  And I hope that helps clarify.
4         Q.    Made me more confused.
5               So -- okay.  When it says the protection
6  remains every time they select the link, are you saying
7  that statement is 100 percent accurate?
8         A.    In my interpretation of that statement that
9  is an accurate statement.  The protection, when a user
10 clicks on a link where that user has Safe Links
11 protection enabled for their account, that protection --
12 the click on the link will be routed to Safe Links and
13 we'll have the opportunity to evaluate that link using
14 the Safe Links protection service.  So I -- yes, it is a
15 true statement.
16        Q.    Okay.  So a user that has Safe Links has
17 protection every time they select a link?
18              MS. LOVETT:  Objection.  Misstates the
19        testimony.
20              Go ahead, Mr. Patel.
21        A.    A user that has Safe Links enabled for
22 their account when they click on a link that link will be
23 routed through the Safe Links service where it will be
24 evaluated using reputation check and detonation.
25              In terms of the verdict, we don't guarantee

1   100 percent true positive rate in this case, is what you
2   are surmising.  We may have a FNs, as I testified
3   earlier, that, hey, it is possible for us to have false
4   negatives, you know, as it relates to our detonation
5   service.  And so this statement is saying that when you
6   turn on Safe Links protection an URL will be routed to
7   that service.
8   BY MR. MARTIN:
9           Q.   So the second half of that sentence, "as
10  malicious links are dynamically blocked while good links
11  can be accessed," is that what you are referring to where
12  that evasion can sometimes get passed and there could be
13  a malicious link that would not be dynamically blocked?
14          A.   "As malicious are dynamically blocked,"
15  what's meant by that is in some cases, you know, we can
16  protect against a known threats.  And so as the threats
17  evolve, as people see new mail coming in and new links
18  coming in we are updating the reputation of the Safe
19  Links server with our ongoing improving knowledge of
20  known threats.  Some of that knowledge comes from the
21  detonation service.
22               And so as, you know, you use the product,
23  as you receive e-mail we are going to continually be
24  blocking malicious links that may be sent to you, and
25  that's what this is indicating.

Page 106

1    Q.   Okay.  So if I said as malicious links are
2  dynamically blocked, if I were to follow that up
3  sometimes -- what you are saying is sometimes they are
4  not because we can't offer 100 percent protection; is
5  that what you are saying?
6    A.   Our detonation service --
7         THE WITNESS:  Go ahead.
8         MS. LOVETT:  I was just going to say
9    objection.  Assumes facts not in evidence.
10        Go ahead, Mr. Patel.
11   A.   Our detonation service can have false
12  negatives.
13  BY MR. MARTIN:
14   Q.   I'm sorry, you say they can?
15   A.   The detonation service can have false
16  negatives.  We don't guarantee 100 percent protection,
17  but what we do do is a number of things, as I stated.
18  You know, we have the ability to detect FNs and correct
19  them using time travel where we can recall an e-mail out
20  of the user's inbox, using identity protection where if
21  they end up sharing their credentials, you know, we have
22  the ability to attack anomalous account activity and
23  protect that user from any harm, and we also have the
24  ability to update reputation.
25        So at a later time if we learn that this

```
                                                          Page 107
1   link is bad we can block it, and we can certainly update
2   the reputation with that updated logic as well.  And then
3   we also spoke about this idea of the geo-distributed
4   reputation service where, you know, if that link is clean
5   in one region but bad in another region we have the
6   ability to protect that user.
7   ■    ■    ■■■■■■■■■■■■■■■■■■■■
■   ■■■■■■■■■■■■■■■■■■■■■■    ■■■■■■■■■■■■■■
■   ■■■■■■■■■■■■■■■■■■■
■       ■    ■■■■■■■■    ■■■■■■■■■■■■
■   ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■   ■■■■■■■■■■■■■■■■■■■■■■    ■■■■
■   ■■■■■■■■
■       ■   ■   ■■■■■■■■■■■■■■■■■■
■   ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■   ■■■■■■■■■■■■■■■■
■       ■   ■   ■■■■■■■■■■■■■■■■
■   ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■   ■■    ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■   ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■   ■■■■■■■■■■■■■■■■■■■■■■■■
■       ■■■■■■■■    ■■    ■■■■■■■■■■■■
■       ■■■■■■■■■■
■   ■■■■■■■■■
■       ■   ■■■■■■■■■■■■■■■■■■■
```