# Exhibit 7

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-60416-CIV-CANNON/HUNT

TOCMAIL, INC., a Florida
corporation,

        Plaintiff,
v.
MICROSOFT CORPORATION, a
Washington corporation,

        Defendant.
_____/

Monday, March 29, 2021
12:32 p.m. - 5:26 p.m. EST

CONFIDENTIAL VIDEOTAPED DEPOSITION EXCERPT
TAKEN BY REMOTE VIDEOCONFERENCE OF ABHIJEET HATEKAR
Pages 1 - 74

    Taken on behalf of the Plaintiff before Yvonne Corrigan, RPR, CRR, Notary Public in and for the State of Florida at Large, pursuant to Notice of Videotaped Deposition in the above cause.

Page 31

1  ███████████████████████████████████
   ██ ████
   █  ██ █████████████████████████████
   █  █████ ████████████████████████
   █  ███ ██████████████████████████
   █  ██ ███ ████████████████████
   █  ███████████████████████
   █  ██ ██
   █  ██ ███ ██████████████████
   █ ████████████████████████████████
   █ ██████████
   █  █ ████████████████████
   █  █ ███ ██████████████████
   █ ████████████████████████████████████
   █  █ █████████████████████████████████
   █ █████████████████████████ ████
   █ ███████████████████████████████
   █  █ ██████████████████████████████
   █ ██████████████████████████████████
   █ ████
   █  █ ███

22    Q.    So is there a solution now at Microsoft to
23    server-side IP evasion?
24    A.    Yes, we do.
25    Q.    Okay.  So when did that -- when did you solve

1  server-side IP evasion?
2          MR. TREVINO:  Objection.  Vague.
3          THE WITNESS:  I wouldn't say, you know, we
4      solved it.  We have counter technologies that can
5      identify and mitigate this problem.  But, you know,
6      attackers are, you know, challenging, coming up
7      with new techniques every day, so it's -- that's
8      why it's a harder problem.  We have to be, you
9      know, on top of it every day.
10 BY MR. MARTIN:
11     Q.   Okay.  So what you're saying is that you have
12 things to combat it, but it's a problem that's ongoing
13 so you're continuing trying to work to fight it and
14 combat it; is that what I'm understanding?
15     A.   Yes.
16     Q.   And so what are some of the measures that you
17 take to combat server-side IP evasion?
18     A.   There are -- other than -- you know, the main
19 challenge that we had before was the traffic coming from
20 Microsoft IP ranges.  So we tried to route from an IP
21 range that is not attributed to Microsoft.
22          (Court reporter seeks clarification.)
23 BY MR. MARTIN:
24     Q.   Okay.  You said attributed to Microsoft -- not
25 attributed to Microsoft?

1       A.    Yes.  This is one of the -- one of the
2    techniques that we use.
3       Q.    Any others?
4       A.    Sure.  We are -- we believe in difference in
5    depth.  So we have multi-layered -- multi-layered
6    technologies stacked to combat this problem.  There are
7    reputation-based systems, there are static-analysis
8    based systems, there are heuristics, there are
9    clustering algorithms.  We have patented various
10   clustering and static eval classified machine learning
11   models that can identify, you know, some anomalies and
12   to help us guide, you know, whether there's an evasion
13   happening or not and protect our customers.
14      Q.    Okay.  So the problem of identifying whether
15   evasion is occurring or not, IP evasion specifically, is
16   that still a problem today?
17      A.    No.
18      Q.    So you're able to do a better job of
19   identifying whether IP evasion occurred?
20      A.    Not in 100 percent of the cases, but, yes,
21   more than 95 percent of the time we are able to
22   identify.
23      Q.    You're able to identify that IP evasion took
24   place?
25      A.    Yes, and take corrective actions as well.

1  this now.  Yup.  So what's your question?
2       Q.   We're back to that statement there where you
3  said, "We don't -- we don't want to come across as we
4  have solved evasion attacks for phishing."
5            So my question was, why didn't you want the
6  presentation to come across that as if Microsoft had
7  solved evasion attacks for phishing?
8       A.   Sure.  I mean, yeah, this is -- this goes back
9  to our transparency to the customers.  And we know that
10 no solution is 100 percent successful in detecting all
11 the stuff, all the attacks that are out there in the
12 world.  And that's why, you know, I want to make sure
13 that customer sees the transparency in our -- in our
14 tweet where we mention that we don't come across as we
15 have solved the user attacks, all types of user attacks
16 for phishing.  And that's why we use, you know, layer
17 technologies to actually in Defense in Depth to combat
18 this.  It is just towards our commitment to customers to
19 be more transparent.
20      Q.   And I'm sorry, what was that last word?  You
21 said transparent?
22      A.   Commitment to our customers for being more
23 transparent.
24      Q.   In -- back to that 90 percent number that you
25 referenced.  So when -- when did you achieve the

```
 1   90 percent effectiveness that you stated in detecting IP
 2   evasion?
 3        A.   I'd have to -- I don't recall on top of my
 4   head when, but we have been on top of it from -- and as
 5   you can see, from -- at least from 2018.  And we -- we
 6   had investments from 2018, 2019, and continuous
 7   investment even now to actually, you know, be on top of
 8   it.  So I think we have -- we always had anti-evasion
 9   technologies, it's just a matter of, you know, tuning
10   them and improving them to get better.
11
```



```
 1   BY MR. MARTIN:
 2        Q.   Okay.  So with the 90 percent detection that
 3   you've said that you guys -- you're able to now do that,
 4   I know you don't know exactly, but when we were looking
 5   before where you said that was an issue in 2018.  So
 6   was -- I'm assuming there wasn't 90 percent
 7   effectiveness at detecting IP evasion in 2018; is
 8   that -- would that be fair?
 9        A.   IP evasion --
10             MR. TREVINO:  Objection.  Calls for
11        speculation.
12             Go ahead, Mr. Hatekar.
13             THE WITNESS:  Sorry.  Sorry about that.
14   BY MR. MARTIN:
15        Q.   Go ahead, you can answer.
16        A.   I'm saying IP evasion was -- as far as we
17   know, as far as my knowledge is concerned, and if my
18   memory serves right, IP evasion was not -- was not --
19   even still, not a huge problem that we dealt with, that
20   we are dealing with, to be precise.  And so when our
21   investment where -- you know, towards the bigger items
22   that we're impacting us, like scrambling.
23        Q.   Yeah, no, no, and I understand what you're
24   saying.  I'm just asking specifically where you said
25   that, you know, before detecting whether it was IP
```

1   evasion or not was tricky.  So then you said but now you
2   think that you have 90 percent effectiveness in
3   identifying whether it was IP evasion that took place.
4   And so what I'm asking is, in terms of, like, what year
5   time frame do you think that you obtained around that
6   90 percent effectiveness?
7       A.   It's a measurement, right?  We are talking
8   about numbers, you know.  That means an ability to
9   measure something.  And in order to measure, we need
10  data and some labels towards it.  And we are doing that,
11  you know, from 2015.  We have labels, we have
12  measurements going on there.
13          The evasion part of, you know, measurement was
14  going on from very early stages.  And I think in late
15  2018 itself, you know, when we invested into -- into a
16  third-party solution for anonymizing IP ranges from
17  Microsoft, we started seeing, you know, huge success in
18  our effectiveness.
19      Q.   Okay.  So you have data that would show the
20  percentages in 2018, '19 and '20?
21          MR. TREVINO:  Objection.  Mischaracterizes
22      testimony.
23          THE WITNESS:  We do measure our stuff.  And
24      it's two and a half years back, so I'm not sure
25      whether we have data out on that or not.

CONFIDENTIAL

Page 42

```
 1   BY MR. MARTIN:
 2        Q.   Okay.  But sitting here today, do you know
 3   whether you had 90 percent effectiveness in detecting
 4   whether the attack was IP evasion in 2018?
 5        A.   Can you please repeat the question?  Sorry.
 6        Q.   Yeah.  Yeah.  Sitting here right now, do you
 7   know whether -- whether you had 90 percent effectiveness
 8   in determining whether an attack was IP evasion?
 9        A.   In 2018?
10        Q.   Yes.
11        A.   In 2018, no, I would say we were, you know --
12   I won't be comfortable saying, you know, we had
13   90 percent and above, you know, success rate in 2018,
14   because we did not have a solution -- we would not have
15   a production solution at that time.
16        Q.   What about 2019?
17        A.   Yes, we had a solution.  In late 2018 itself
18   we had a solution, in fact.
19        Q.   In late -- you said late 2018?
20        A.   Mm-hmm.
21        Q.   So it might have been -- it might have been
22   90 --
23        A.   If I recall back, you know, I was -- I was
24   going on a paternity leave in May, June.  So, yeah, I
25   think from July -- June, July onwards, 2018, we had a
```



```
 1         ▮   ▮    ▮
           ▮              ▮
     ▮
     ▮      So we've talked a little bit about ▮
 5   but what exactly is ▮?
 6         ▮   ▮
```

20    Q.    And would that be a way to combat IP evasion?
21    A.    Yes, one of the ways.  As I mentioned, like,
22    you know, we have seven or eight different techniques to
23    basically combat IP evasion.  No one layer will be
24    100 percent successful.  So this could be one of the
25    layers that we are saying.

Page 95

1    Q.  Okay.  So how would the ▮▮▮▮ method be one
2    way to combat IP evasion?
3    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
4    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
5    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
6    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
7    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
8    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
9    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
10   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
11   ▮▮▮▮▮▮▮▮▮▮ what we are seeing is instead of routing
12   from Microsoft IP rangers, just route it to ▮▮▮▮
13   ranges.  Customer has no way to know whether it is
14   coming from Adani's IP space or Microsoft IP space --
15   sorry, Adani's IP space or not, because for them, it is
16   always coming from ▮▮▮▮ and we are also routing
17   through ▮▮▮▮  So we are just morphing into that
18   traffic.
19      Q.  Okay.  So the attackers can't see the
20   Microsoft IP address?
21      A.  Yes, they won't be able to see it.
22   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮