# Exhibit 9

CONFIDENTIAL

Page 1

```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA

         Civil Action No. 20-60416-CIV-CANNON/HUNT


  TOCMAIL INC., a Florida
  corporation,

                  Plaintiff,

  -vs-

  MICROSOFT CORPORATION, a
  Washington corporation,
                  Defendant.
  _____/

                       CONFIDENTIAL
                 VIDEOTAPED DEPOSITION OF
                     KATHRYN GRIFFITH
              TAKEN PURSUANT TO RULE 30(b)(6)


                  Tuesday, March 23, 2021
                  12:00 p.m. - 12:42 p.m.


                    By videoconference





               Stenographically Reported By:
                  Dianelis Hernandez, FPR
```

CONFIDENTIAL

Page 9

```
 1   ██████████████████      █████████████████████████████
     █████████████████████████████████████
             ██      █████   So was all revenue data regarding
 4   ATP produced?
 5           A.    We collected standalone revenue related to
 6   office Advanced Threat Protection as well as products
 7   that contained Office Advanced Threat Protection.
 8           ██      █████████████████████████████████████
     ███████████████████████████████████████████████████
     ████████████████████████████████
             ██      █████████████████████████████████████
12   two sets, either where Microsoft was receiving revenue
13   for the standalone transaction of OATP or where it was
14   sold as part of a suite and you would have the revenue
15   attributable to that suite.  ██████████████████████
     ████████████████████████████████████████
     ██████████████████████████████
             ██      ████████████████████████████████████
             ██████
             ██      █████
             ██      ████████████████████████████
             ██      ████████████████████████████████████
     █████████████████████████████████████  █████████████
     ██████████████████████████████████████████████
     ██████
```