# Exhibit 12

Page 1

1          UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF FLORIDA
2          CASE NO: 20-60416-CIV-CANNON/HUNT
3
4    TOCMAIL, INC., a Florida corporation.
5
6                    Plaintiff,
7    VS.
8    MICROSOFT CORPORATION, a Washington corporation.
9
10                   Defendant.
     _____/
11
12
13
                         Zoom Videotaped
14                       March 11, 2021
                      12:01 p.m. - 3:28 p.m.
15
16
         VIDEOTAPED ZOOM DEPOSITION OF DEBRAJ GHOSH
17
18
19      Taken before MARIA FERNANDEZ, R.P.R., F.P.R.
20   And Notary Public for the State of Florida at Large,
21   pursuant to Notice of Taking Deposition filed in the
22   above cause.
23
24
25

1       A    No. Once again, from my own experience, I
2  don't directly work on any ads or promotions. The one
3  thing I would say that we did, which isn't like an ad,
4  so to speak, which is on TV or anything, or a
5  promotional campaign that you would see on TV, is that
6  we did what we call a White Glove program, when I was
7  doing Office ATP, which basically entailed us having
8  closer communications with customers as they were
9  trying the product and sort of exploring its
10 potential.
11      Q    You called -- you said it was a White Glove
12 program?
13      A    Correct, yes.
14      Q    And what exactly was involved with that?
15      A    Yeah, so that just meant that these were
16 customers who were trialing the product. And so that
17 meant -- because they were trialing the product and
18 they were interested in exploring its possibilities,
19 they were able to communicate and meet with our
20 engineering team twice a month.
21           And also basically we helped them set up the
22 product. They were able to test it, if they had any
23 questions about what was going on. And oftentimes
24 they would do bake-offs with us and a competitive
25 product in space, and so they would basically have

Page 12

1  those closer touch-points with us and our engineering
2  teams, and that's why we called it the White Glove
3  Program because they had greater access to us and the
4  ability to communicate with us.
5      Q    So did you personally work with customers
6  during that program?
7      A    I did, yes.
8           And once again, I will say that I worked
9  with them in the sense that I was the marketing person
10 so I would be on every single call, but then we'd also
11 have engineering experts on the call for the technical
12 details on the product and specific questions.
13 [redacted]

Page 46

```
 1        Q    Okay.  And who -- who would you have been
 2   giving the presentation to?
 3        A    This was given to usually the typical
 4   audience at Microsoft Ignite, so those are IT pros, in
 5   our case it would be security admins and IT pros, so
 6   people who are pretty technically savvy.  They
 7   understand the Microsoft technology stat for the most
 8   part, and they were probably looking to learn more
 9   about our security products and what we had -- what we
10   were offering for our security products.
11             So I would say these are people who have
12   pretty solid technical background.  They're involved
13   in IT and security, so they sort of know the space.
14   
15   
```



Page 71

11          But, once again, I would also make sure that
12   we never have any absolute statements either, because
13   we can't -- we can't always promise -- this is
14   software.  Nothing is always 100 percent.  So we would
15   make sure that we don't make any promises like that
16   either.

Page 128

1   number 2 about, titled, "No solution is 100 percent
2   secure, but the best services update quickly."
3           Can you better explain this paragraph in
4   your capacity as a marketing manager and why it's
5   important to tell this to customers?
6       A    Yeah.  So, once again, after my capacity as
7   a marketing person, as we talked about earlier, one of
8   the most important things is being honest and being
9   genuine with the customer because at the end of the
10  day our job is to make sure that the customer gets a
11  great service and he's getting great effectiveness
12  from that service.
13          And so we want to make sure that it's very
14  clear to them that we never promise that our service,
15  in this case it was Office ATP was (audio disruption)
16  was 100 percent secure.  I don't think that's (audio
17  disruption) and, two, like making an outlandish
18  statement like that, that would be, once again, those
19  absolutes.  If we -- earlier we talked about the
20  messaging frameworks and how we sort of developed
21  those.  And the frameworks that I used are --
22          COURT REPORTER:  He's breaking up a lot.
23  BY MR. TREVINO:
24      Q    Debraj, let me -- let me stop you there
25  because I think we had a bad internet connection and

Page 132

1  came up earlier today, it was about Microsoft's
2  customers, especially the ones that you dealt with and
3  their sophistication. You called them IT pros and you
4  used another term I wasn't familiar with.
5           Can you expand on that, on what a IT pro is
6  and the customers that you, specifically in your job
7  with Microsoft, often dealt with and their level of
8  sophistication.
9      A    Yes, sure.
10          So, to me, an IT pro is an IT professional,
11 and the other persons that I discussed with you are
12 security administrators. So these are people who are
13 very, very well versed in the security industry. And
14 so their job is basically ensuring that their
15 cybersecurity guardrails for their organization.
16          And IT pros are the folks who actually build
17 the IT systems within our organization. So these are
18 very tech savvy people, and those were generally the
19 folks that I always spoke with. And so I was --
20 pretty much all my customer calls, my executive
21 briefing center presentations, that presentation that
22 Joshua showed earlier where I was at Ignite, that's
23 the audience that we were referring to. So those are
24 the people who we typically work with, those are the
25 people who typically buy our product.

Page 133

1      Also, the other thing is, as far as from my
2 own experience, no customer ever bought our product
3 based on something that they read or something that
4 they saw as their presentation.  Typically what we
5 saw -- and that's why we did the White Glove program
6 as well, right.
7      Typically what we saw is when a customer
8 finally ended up buying Office ATP or finally choosing
9 Office ATP, it was through a vigorous set of trials
10 and testing that was done.  Oftentimes these were done
11 as bake-offs, so we would be -- it would be our system
12 side by side with another system that the customer was
13 using at the same time, and they would actually rate
14 us in -- as relative to what the other system was
15 doing.
16      And it was a pretty vigorous testing because
17 one of the things I noticed when -- and this was my
18 first role at Microsoft -- customers actually put us
19 on -- put us through much more vigorous, like, terms
20 than I think they did for other organizations because
21 most customers are -- used to say, Hey, you guys are
22 Microsoft.  We expect you guys to be at 110 percent
23 all the time.
24      And so it seemed like the standards that we
25 had to achieve were almost as vigorous or, I'm sorry,

Page 136

1 ▇▇▇▇▇▇▇
▇ ▇ ▇▇▇ ▇▇▇
▇ ▇ ▇▇
▇ ▇ ▇▇▇▇
▇ ▇▇▇▇▇▇
▇ ▇▇▇▇▇▇ ▇
▇ ▇▇▇▇
▇ ▇ ▇▇▇▇▇
▇ ▇▇▇▇▇
▇▇ ▇▇▇▇▇ And so what
11 we're saying is that our Office ATP is not 100 percent
12 secure against all the different types of attacks that
13 exists in threat landscape because it's impossible for
14 us to be able to protect against everything because
15 obviously new attacks are coming all the time.
16 ▇▇▇▇▇
▇ ▇▇▇▇▇▇
▇ ▇▇▇▇▇▇
▇ ▇▇▇▇▇▇▇
▇ ▇▇ ▇▇▇▇
▇ ▇▇▇▇
▇ ▇▇▇▇▇
▇ ▇▇▇▇▇▇
▇ ▇▇▇▇▇
▇ ▇▇▇▇▇▇