# Exhibit 14

```
 1                  UNITED STATES DISTRICT COURT
                    Southern  DISTRICT OF FLORIDA
 2                  CIVIL ACTION NO. 0:20-cv-60416

 3

 4    TOCMAIL, Inc.,

 5            Plaintiff,

 6    -vs-

 7    MICROSOFT CORPORATION,

 8            Defendant.
     _____/
 9

10
                         ZOOM REMOTE PROCEEDINGS
11                       Friday, March 19, 2021
                         10:07 a.m. - 2:55 p.m.
12

13      VIDEO TELECONFERENCE DEPOSITION OF MICHAEL WOOD

14

15

16

17

18

19

20

21

22

23            Taken on behalf of the Defendants before
     Robyn Maxwell, RPR, FPR, RSA, Notary Public in and for
24   the State of Florida at Large, pursuant to Notice of
     Taking Deposition in the above cause.
25
```

Page 1

1    is correct.
2         Q.   Has TocMail ever created a malicious
3    website?
4         A.   Well, we wouldn't want -- no, because we
5    wouldn't want some -- to accidentally cause somebody to
6    be harmed.
7         Q.   Yeah.  That's just what I thought.  So in
8    this demonstration with Mr. Tunc what you're doing is
9    having Safe Links redirect to a non-malicious site; true?
10        A.   Yes, Safe Links was redirected to a
11   non-malicious site.  Therefore, there was wasn't a log
12   created on Microsoft's side.
13        Q.   Right.  In other words, if it had been a
14   known malicious website, then Safe Links would have trace
15   reported it, correct?
16        A.   If we redirected Safe Links to a known
17   malicious website, Safe Links would have recorded that.
18        Q.   All right.  But in your tests, you weren't
19   checking for a malicious website, such as Mr. Tunc
20   correctly says that Safe Links does, you were redirecting
21   to a site that wouldn't harm anyone because you, TocMail,
22   and you, Mr. Woods specifically, would never ethically
23   put a malicious website out on the web, right?
24        A.   Well, we were simulating the behavior on
25   the Safe Links' side that an attacker does.  The attacker

Page 56

1    another page that says, "you just got hacked", right,
2    that's the one with the little -- it's a -- it's your --
3    your --
4            A.   Oh, yeah, yeah, yeah.  It's just a --
5    it's -- that part is illustrative.  The traffic itself is
6    real.  That's actual traffic for how the traffic flows.
7            Q.   Right.
8            A.   The other stuff is just here -- here's what
9    would happen in the real world, but we're not going to
10   intentionally infect Mikail Tunc's phone with malware.
11           Q.   So -- so in the video, and in the example,
12   just so we're clear and the jury's clear, Safe Links
13   didn't allow any malicious content to reach the user,
14   right?
15           A.   That is correct.  And we would not dare
16   state -- use the video in any manner that communicates
17   that sentence.
18           Q.   Okay.  So let's see.  I want to -- I want
19   to sort of look at your -- and again, I apologize.  I
20   think I managed to get my outline well out of order, but
21   we're chopping through it.
22                You're -- you're aware of the marketplace,
23   the competitive market, for cyber security, right?
24           A.   In general, I mean.  I -- it's so big I
25   would have to know specifically what segment you're

```
 1    that Proofpoint didn't test its competitors' claims, do
 2    you?
 3         A.    I didn't say that it didn't, so --
 4         Q.    And you've talked to no one at Proofpoint
 5    about this case or this technology, correct?
 6         A.    That is correct.
 7         Q.    So let's -- let's look at Proofpoint
 8    because Proofpoint has secure email gateways.
 9               How many of Proofpoint's email security
10    related customers were already TocMail customers when
11    this lawsuit was filed?
12               So between October of '19 and February 26th
13    of 2020, how many email customers from Proofpoint were
14    using TocMail?
15         A.    Well, you know, we have zero users so,
16    therefore, the answer is zero.
17         Q.    Okay.  And do you know if any of the
18    Proofpoint email security related customers had engaged
19    their TocMail trial when this lawsuit was filed against
20    Microsoft?
21         A.    I do not know.
22         Q.    Had -- has TocMail engaged in any kind of
23    advertising campaign directed at Proofpoint customers?
24    In other words, your Google ad word search, was that
25    directed at, for example, professionals at Proofpoint?
```

Page 113

```
 1        Would they be part of the included group?
 2             A.    Would they be interested in stopping
 3   pfishing?
 4             Q.    Would they be --
 5             A.    Yeah.  Yeah.
 6             Q.    Okay.  All right.  So same question for
 7   Mimecast, which appears in the group.  You know Mimecast
 8   well?
 9             A.    I do.
10             Q.    Okay.  So how many of Mimecast's email
11   security customers were TocMail's customers at the time
12   this lawsuit was filed?
13             A.    None.
14             Q.    So you had advertised and marketed in a way
15   that should have tripped the attention of Mimecast,
16   correct?
17             A.    Tripped -- brought them to the website,
18   yes.
19             Q.    Okay.  And they did not, to your knowledge
20   -- no one from Mimecast engaged in a trial of TocMail,
21   correct?
22             A.    That is also correct.
23             Q.    So what about Sysco?  Did you have any
24   customers from Sysco target -- would Sysco be a company
25   interested in stopping pfishing who was a target of
```

```
 1    your -- your ads?
 2         A.    Yes.
 3         Q.    And so far, have any Sysco related
 4    customers used TocMail service?
 5         A.    No.
 6         Q.    Google is another company with a secure
 7    email gateway; true?
 8         A.    I don't think so.
 9         Q.    Gmail isn't?  I'm just curious.
10         A.    No.  Gmail, to the best of my knowledge,
11    Gmail relies on more like Vade Secure and external
12    parties.  They -- they don't -- Google's a company that
13    freely acknowledges that they don't have a solution to
14    cloaking and they rely on third parties to provide, I
15    believe -- it may have changed recently, but when I was
16    doing the research for the lawsuit and the research for
17    my expert report, I -- I looked for and couldn't find --
18    again, that doesn't mean it doesn't exist, it just means
19    that my research didn't uncover it.  I was trying to find
20    something similar to a Google offer -- a Google
21    offered -- excuse me, there's certain consonants that I
22    struggle with.
23               That something offered.  He didn't -- they
24    did not offer any secure email gateway.  And even the --
25    I think they recently introduced into the mobile a form
```

```
 1    time.
 2         Q.    In 2015 there was no solution to stopping
 3    pfishing campaigns, right?
 4         A.    There's no solution to stop pfishing
 5    campaigns.  There's -- there's -- to stop all pfishing
 6    campaigns?  I -- that's a -- that's a broad -- forgive
 7    me; the reason why I qualify everything is I am under
 8    oath and I want to make sure that everything that I say
 9    is clear -- clear and accurate.
10               So when you say -- so when you say -- I
11    just want to explain because you keep referring to me
12    soft balling and I'm -- I think I understand what you
13    think I'm trying to do.  It's just, I'm trying to speak
14    clearly.
15               So stopping all pfishing campaigns,
16    pfishing would include -- so was there a solution in 2015
17    to stop all pfishing campaigns, no.
18         Q.    Okay.  Do you believe that TocMail is that
19    solution?
20         A.    To stop pfishing campaigns -- the vast
21    majority of pfishing campaigns, I do believe URL based
22    email pfishing and email links to pfishing sites, the
23    vast majority of the time, yes, TocMail takes that off
24    the table.
25         Q.    All right.  You're being careful, and I
```

Veritext Legal Solutions
346-293-7000

```
 1    notice that you said the vast majority, not all, correct?
 2         A.    Do we stop cloaking for those situ- -- do
 3    we stop the cloaking based ones?
 4               Can you use TocMail to stop the cloaking
 5    based pfishing 100 percent of the time, email pfishing
 6    links 100 percent of the time, neutralize it -- can you
 7    use TocMail, and that's why I said, I'm not soft balling,
 8    I'm trying to get specific to make sure I'm answering
 9    specifically what I'm saying.
10               Can you use TocMail to neutralize
11    100 percent of the email pfishing links -- to the
12    cloaking -- I'm sorry, the cloaking links for pfishing?
13               I cannot think of an exception to that rule
14    with pfishing being going to the top brands like
15    PayPal -- imitating the top brands.  For that slice of
16    the world, TocMail, a hundred percent.
17         Q.    Okay.  Let's go to page 88, please, in this
18    email.
19               So here you see a set -- setting forth
20    common types of pfishing.  And if you'll scroll down --
21    and you said you're intimately familiar with this
22    document, correct?
23         A.    I am.
24         Q.    All right.
25         A.    This is from the Advanced Start Protection
```

Page 127