# Exhibit 15

**Sent:** Sunday, July 9, 2017 11:10 AM
**To:** Debraj Ghosh <deghos@microsoft.com>; Girish Chander <gchander@microsoft.com>; Loyld Glenn <loglenn@microsoft.com>; Nam Ng <namng@microsoft.com>
**Cc:** Rudra Mitra <rudram@microsoft.com>; Jason Rogers <jarogers@microsoft.com>; William Su <ruiwensu@microsoft.com>
**Subject:** RE: Safelinks product team?

Hi Debraj,



Regards,
Ben.Cirrus@Microsoft.com / Technology Strategy / Skype: 312.920.5863 / 200 E Randolph, Chicago, IL 60601

**From:** Debraj Ghosh
**Sent:** Sunday, July 9, 2017 1:00 PM
**To:** Ben Cirrus <Ben.Cirrus@microsoft.com>; Girish Chander <gchander@microsoft.com>; Loyld Glenn <loglenn@microsoft.com>; Nam Ng <namng@microsoft.com>
**Cc:** Rudra Mitra <rudram@microsoft.com>; Jason Rogers <jarogers@microsoft.com>; William Su <ruiwensu@microsoft.com>
**Subject:** RE: Safelinks product team?

Hi Ben,

Time of click protection is when we examine a link against our reputation filters again if it lands in a user mailbox after it has already gone through the standard EOP filters.  Advanced malicious links often morph from the edge to the inbox so we test the link against our reputation filters again at the time of click.  If the link passes our reputation check again at the time of click then we do not block it.  With ATP, there are an additional 3 ML models that an email is inspected against as potential phish, and once again if it passes those models, we do not block the email.

So what you have highlighted below is correct.  At the time of click, we examine the link again.  What we did in the instance with ▬ is add the link to our reputation filters once they sent us the link and we determined it was malicious because not every link is known by our reputation filters or will be caught by our ML models.  We do not guarantee 100% catch for malicious links.  I'm not sure if there is a clearer way to describe what Safe Links does.

The information on the link that Kraft sent us will propagate throughout Office 365 and that link will be deemed malicious in any subsequent instance.  Thanks.

**From:** Ben Cirrus
**Sent:** Sunday, July 9, 2017 10:49 AM
**To:** Debraj Ghosh <deghos@microsoft.com>; Girish Chander <gchander@microsoft.com>; Loyld Glenn <loglenn@microsoft.com>; Nam Ng <namng@microsoft.com>
**Cc:** Rudra Mitra <rudram@microsoft.com>; Jason Rogers <jarogers@microsoft.com>; William Su <ruiwensu@microsoft.com>
**Subject:** RE: Safelinks product team?

Debraj

Your highlighted comments runs counter to the pitch of O365 ATP as I understand it.

As for the URL that got through, it is impossible to catch everything 100%. And we did update the link as @Girish mentioned and the link is now blocked. Also, the link was blocked by our team as soon as we determined it to be malicious. There is no automation for that.  What is automated through the graph is across platforms and across services within platforms (i.e. ATP to EOP, WDATP to OFFICE ATP) once we determine a link or attachment to be malicious.

O365 ATP