# Exhibit 16

# OFFICE 365 FIELD ADVISORY: Avanan BaseStriker Article

## Executive Summary

On August 14, 2018, a <u>report</u> was published describing a potential attack method to Office 365 named PhishPoint. In this attack scenario, the attacker embeds a malicious phish link in a file hosted on Sharepoint. The attacker then sends an email with a link to file stored on Sharepoint and the victim opens the file on Sharepoint and then clicks the phish link.



## Field Guidance and Talking Points

- 
- **No solution is 100% secure, but the best services update quickly.** All protection services have unique capabilities and sometimes certain threats may bypass a solution. The best services are the ones that acknowledge the concern and can quickly improve the protection for customers to account for novel threats. Microsoft invests more than $1 billion annually to ensure our services remain best in class and can constantly keep or exceed the pace of the evolving threat landscape.
- **Customers *should continue to feel confident* with the efficacy of Office 365 EOP/ATP.** Office 365 ATP is designed to mitigate the PhishPoint attack method. Customers should feel comfortable that ATP offers the highest levels of protection for the variety of threat campaigns we see in the threat landscape.
- **Microsoft takes threat campaign reports very seriously.** Microsoft continuously monitors the threat landscape and updates its security solutions to stay ahead of today's most sophisticated and advanced threats.

## Frequently Asked Questions

**Does Office 365 block PhishPoint?** Yes, Office 365 ATP is designed to stop instances of PhishPoint in most scenarios.



CONFIDENTIAL - ATTORNEYS' EYES ONLY