# Exhibit 17

| | |
|---|---|
| **From:** | Andy Day </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICROSOFT.ONMICROSOFT.COM-55760-ANDY DAY> |
| **To:** | Sourajyoti Mandal |
| **Sent:** | 4/5/2017 8:28:13 AM |
| **Subject:** | RE: Why is this in my inbox? |

Hi SJ,

This one is simply a missed spam, I agree. This is going to happen sometimes. We do not guarantee 100% detection.
ATP's Safe Links probably won't catch this because the site referenced is a "paste & share" site and the (current) specific page does not contain any malicious payload (that we can detect, at least).

[redacted]

Thanks,
Andy

**From:** Sourajyoti Mandal
**Sent:** 05 April 2017 04:53
**To:** Andy Day <Andy.Day@microsoft.com>
**Subject:** FW: Why is this in my inbox?



Thanks,
SJ

**Sourajyoti Mandal**
Senior Technical Account Manager | Premier Services | Microsoft Corporation, India.
M: +91 95 91 434007 | E: sourajyoti.mandal@microsoft.com

**From:** Ravi Sudhakar Kambhampati
**Sent:** Tuesday, April 4, 2017 8:54 PM
**To:** Kishore Govind Rao <kgovind@microsoft.com>; Sourajyoti Mandal <sourajyoti.mandal@microsoft.com>
**Subject:** Fw: Why is this in my inbox?

Best Regards,
**Ravi Sudhakar Kambhampati**