# Exhibit 18

(MSTIC) <Abhijeet.Hatekar@microsoft.com>; William Su <ruiwensu@microsoft.com>; Ross Adams <Ross.Adams@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Jason Rogers <jarogers@microsoft.com>
**Cc:** Nitin Kumar Goel <Nitin.Goel@microsoft.com>
**Subject:** RE: Detonation Detection Miss by ATP for PDF file with links

Amar,

Will discuss with customer. ████████████████████████████████████████
████████████████████████████████████████████████████████████████████

Regards,
Prashant Singh
Global Black Belt | Cyber Threat Management

---

**From:** Amar Patel (C AND E)
**Sent:** Saturday, June 30, 2018 11:34 PM
**To:** Prashant Singh <prsingh@microsoft.com>; Debraj Ghosh <deghos@microsoft.com>; Chandler Bootchk <chanb@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; William Su <ruiwensu@microsoft.com>; Ross Adams <Ross.Adams@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Jason Rogers <jarogers@microsoft.com>
**Cc:** Nitin Kumar Goel <Nitin.Goel@microsoft.com>
**Subject:** RE: Detonation Detection Miss by ATP for PDF file with links

You need to explain we filter to prevent FPs and that Nobody detonates 100% of all links. Like I said, we're making adjustments but we can't just do it arbitrarily and cause problems for other customers.

████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████

---

**From:** Prashant Singh
**Sent:** Friday, June 29, 2018 9:40 PM
**To:** Debraj Ghosh <deghos@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>; Chandler Bootchk <chanb@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; William Su <ruiwensu@microsoft.com>; Ross Adams <Ross.Adams@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Jason Rogers <jarogers@microsoft.com>
**Cc:** Nitin Kumar Goel <Nitin.Goel@microsoft.com>
**Subject:** RE: Detonation Detection Miss by ATP for PDF file with links

Debraj & Amar,

CONFIDENTIAL - ATTORNEYS' EYES ONLY