# Exhibit 19

## C+E THREAT PROTECTION     CLICK DETECTION

mailto:amarpa;corinaf;jarogers;nigoel

### Situation

Customers pay us to stop malware and phishing. The more effective we are, the more satisfied they are. However, customers also realize that no solution is 100% effective.

CONFIDENTIAL - ATTORNEYS' EYES ONLY     MSFT_TOC00059187