# Exhibit 24

| | |
|---|---|
| **From:** | Josh Martin |
| **To:** | Baca, Elisa H. (Assoc-MIA-LT) |
| **Cc:** | Cobos, Evelyn (Shld-Mia-LT); Trevino, Rene (Shld-Hou-LT) |
| **Subject:** | RE: Conferral re TocMail"s Responses to Microsoft"s 2nd set of Rogs and RFP |
| **Date:** | Monday, February 8, 2021 4:13:02 PM |
| **Attachments:** | image002.jpg |
| | image003.png |

Elisa: Here are responses to your comments:

RFP 15 - Messaging platforms are specifically excluded per the ESI. This was something that Microsoft insisted on.

RFP 43: See production from this morning.

RFP 50: See production from this morning.

RFP 53 - The issue with this request is that it is vague, overly broad and open-ended. It requests documents "concerning" customer purchase decisions and states "including, but not limited to." While we are unaware of any requirement to identify documents by bates stamps number, if Microsoft would like the bates stamp numbers of the market research and consumer surveys produced by TocMail, TocMail is willing to provide them. Also, if Microsoft is looking for something else specific, Microsoft needs to specifically identify what it is seeking and we may be able to identify particular documents by bates stamp number. However, as RFP 53 is worded now, essentially every document produced by TocMail could be considered "concerning customer purchase decisions," as this case centers on the purchase of Safe Links over TocMail. Thus, it is impossible for us to identify every document that concerns customer purchase decisions.

Thanks,
Josh



**Joshua D. Martin, Esq.**
**Direct Dial (954) 790-6699**

---

**From:** bacae@gtlaw.com [mailto:bacae@gtlaw.com]
**Sent:** Friday, February 5, 2021 11:58 AM
**To:** Josh Martin <josh.martin@johnsonmartinlaw.com>
**Cc:** cobose@gtlaw.com; trevinor@gtlaw.com
**Subject:** RE: Conferral re TocMail's Responses to Microsoft's 2nd set of Rogs and RFP

Josh,

Some comments on your RFP responses:

**RFP 15** – You state that a messaging platform hosted by investor.com was produced, but a review of TocMail's last production in Bates Range -9507 to -9750 (31 documents) does not show anything from investor.com. The closest thing is a screenshot of a website with the URL "tocmail.net/investors" in Bates No. -9685. But this does not appear to be a "messaging platform" hosted by "investor.com". Please provide us with the messaging platform from investor.com and any messages exchanged on that platform, as that is also responsive to our request for communications with third parties about this lawsuit. In addition, please confirm that the three videos that are embedded in the screenshot in Bates No. -9685 were produced in native format.

**RFP 43** – Please produce an updated document that reflects there are 50, instead of 48, users of TocMail's free trial, as mentioned in your updated response to Rog 15 below.

**RFP 50** – Yes, please provide redacted bank statements that reflect all payments made for the advertising of TocMail's product. This request also asks for documents showing TocMail's advertising efforts as well. Please provide us with a document or response indicating whether TocMail paid for other phrases besides "phishviewer technology" to be advertised by Google Ad Words, as reflected in Bates No. -5711, or if that is the only phrase it paid for through Google Ad Words.

**RFP 53** – TocMail needs to respond to RFP 53 with sufficient specificity so that both parties can identify the specific documents TocMail contends show customer purchasing decisions. Please provide us with a list of TocMail's Bates Numbers to this end.

Thank you,
Elisa

**Elisa H. Baca**
Associate

Greenberg Traurig, P.A.
333 S.E. 2nd Avenue | Miami, FL 33131
T +1 305.579.0549  |  F +1 305.961.5681
bacae@gtlaw.com  |  www.gtlaw.com  |  View GT Biography



**From:** Josh Martin <josh.martin@johnsonmartinlaw.com>
**Sent:** Wednesday, February 3, 2021 2:31 PM
**To:** Baca, Elisa H. (Assoc-MIA-LT) <bacae@gtlaw.com>
**Cc:** Cobos, Evelyn (Shld-Mia-LT) <cobose@gtlaw.com>; Trevino, Rene (Shld-Hou-LT) <trevinor@gtlaw.com>
**Subject:** RE: Conferral re TocMail's Responses to Microsoft's 2nd set of Rogs and RFP

Elisa:  Here are responses to the issues raised in your email below regarding TocMail's discovery.

**Interrogatory Responses:**

- Rog No. 13:  July 2020 was the original stop date, as reflected in the Answer.  TocMail also explains in its Answer why it temporarily suspended its advertisements.  The new campaign started December 18, 2020.  We believe that TocMail fully and completely answered Rog No. 13 (and even provided more information than requested).  If there is something else you are looking for, please let us know.
- Rog No. 15:  TocMail specified and produced the record with the requested information.  See TOCMAIL_00004010.pdf.  The current number of registered users is 50.

**Responses to RFPs:**

- RFP 15:  There are no emails that contained a copy of the complaint as an attachment that were sent to potential investors. Potential investors were sent a message through a messaging platform hosted by Investor.com. The emails contained a link to a password protected webpage that contained the investor information, including a link to the original complaint. A copy of the webpage was produced in our last production.
- RFP 22: All user instructions are online via TocMail's website, support portal, and videos.  These have already been produced as follows.  See for example:
    - TOCMAIL_00004263.pdf
    - TOCMAIL_00004356.pdf
    - TOCMAIL_00004357.pdf
    - TOCMAIL_00004440.pdf
    - TOCMAIL_00004441.pdf
    - TOCMAIL_00004443.pdf
    - TOCMAIL_00004454.pdf
    - TOCMAIL_00004561.mp4
    - TOCMAIL_00004562.mp4
    - TOCMAIL_00009681.mp4
    - TOCMAIL_00009687.mp4
- RFP 41:  Copies of the Google AdWords emails have been produced. They show the target audience as those seeking protection from phishing links. The investor Pitch Deck has also been produced. It shows that TocMail is targeting companies that seek data breach protection and protection from phishing sites. It further mentions that TocMail is targeting the larger $125 billion cybersecurity market.
- RFP 42:  TocMail currently does not keep statistics on visits to its website above and beyond clicks to the Google AdWords.
- RFP 45:  As is typical with many small companies, TocMail's business and marketing plans are not expressed in formal documents but rather through informal strategy and discussions amongst shareholders.  If TocMail creates a formal, written business plan in the future, it will produce such documents at that time.
- RFP 46:  See No. 15 above.
- RFP 48:  Already produced.
- RFP 50:  TocMail no longer has documents in its possession, custody or control reflecting payments for ads except for its confidential banking account records.  We would be willing to produce a printout from TocMail's bank account reflecting payments made for ads with

certain confidential information redacted (such as account balance and account numbers except for last 4 digits).  Please let us know if you agree to that approach.

- RFP 51:  See No. 22 above.
- RFP 52:   The expert report of Michael Wood includes a test documenting both TocMail's effectiveness and Safe Links' weakness(es). Video documentation of the testing referenced in the expert report has also been produced.  Additionally, two additional videos have been produced that demonstrate/document TocMail bypassing the original URL and sending users straight to the final destination.
- RFP 53:  TocMail has sent a number of documents reflecting customer purchase decisions regarding Safe Links. From a practical perspective, almost every document sent is reflective of purchase decisions regarding Safe Links and many reflective of TocMail. For example, studies that show the prevalence of cloaking would be related to the purchase decisions. Microsoft case studies that TocMail provided would be related. The market research studies produced are related. Articles regarding the problem of phishing and cloaking that would be read by potential customers are reflective of purchase decision criteria. Overall, this request was overbroad, and TocMail will not be limited in this case to specific documents that reflect purchase decisions, as numerous such documents have been produced.

Thanks,
Josh

Description: logo280

**Joshua D. Martin, Esq.**
**Direct Dial (954) 790-6699**

---

**From:** bacae@gtlaw.com [mailto:bacae@gtlaw.com]
**Sent:** Monday, February 1, 2021 8:06 PM
**To:** Josh Martin <josh.martin@johnsonmartinlaw.com>
**Cc:** cobose@gtlaw.com; trevinor@gtlaw.com
**Subject:** RE: Conferral re TocMail's Responses to Microsoft's 2nd set of Rogs and RFP

Josh,

Following up on the below. When can we expect an amended Response to Microsoft's 2nd Set of Interrogatories? We need clarification on the questions I outlined below.

Thanks,
Elisa

**Elisa H. Baca**
Associate

Greenberg Traurig, P.A.
333 S.E. 2nd Avenue | Miami, FL 33131
T +1 305.579.0549  |  F +1 305.961.5681
bacae@gtlaw.com  |  www.gtlaw.com  |  View GT Biography

---

**From:** Josh Martin <josh.martin@johnsonmartinlaw.com>
**Sent:** Thursday, January 21, 2021 11:19 AM
**To:** Baca, Elisa H. (Assoc-MIA-LT) <bacae@gtlaw.com>
**Cc:** Cobos, Evelyn (Shld-Mia-LT) <cobose@gtlaw.com>; Trevino, Rene (Shld-Hou-LT) <trevinor@gtlaw.com>
**Subject:** RE: Conferral re TocMail's Responses to Microsoft's 2nd set of Rogs and RFP

**\*EXTERNAL TO GT\***

Elisa:  Good morning.  We plan to get back to you on the issues raised below and in the other emails as soon as possible.  We also plan to have another production of documents to you by tomorrow.

Thanks,
Josh



**Joshua D. Martin, Esq.**
**Direct Dial (954) 790-6699**

---

**From:** bacae@gtlaw.com [mailto:bacae@gtlaw.com]
**Sent:** Tuesday, January 19, 2021 8:38 PM
**To:** Josh Martin <josh.martin@johnsonmartinlaw.com>
**Cc:** cobose@gtlaw.com; trevinor@gtlaw.com
**Subject:** Conferral re TocMail's Responses to Microsoft's 2nd set of Rogs and RFP

Josh,
We reviewed TocMail's responses to Microsoft's second set of interrogatories and second request for production of documents, and write regarding several points of confusion and outstanding document requests, as outlined below.

Interrogatories:
- Rog #13 states that TocMail suspended its Google Ads. Could you please clarify when this occurred? The monthly budgets stops at June 2020. Can you please clarify why it stops at June 2020, and if this is related to or indicative of the date the suspension occurred?

- Rog #15 fails to respond to Microsoft's question of "state … the number of unique customers that have enrolled in a free trial of TocMail's Product."  TocMail responds that "[a] copy of the user database has already been produced. Any changes to the user database will be produced on a rolling basis." This response fails to state the number of users.
- In addition, Rog #15 states that TocMail has temporarily paused its Google AdWords campaign, but a new campaign is ongoing. Please supplement TocMail's response to Rog #13 by clarifying the start and end dates for when the campaign was paused, the date the new campaign began, as well as the monthly expenditures on the new campaign from the date it began to the present.

We request that TocMail amend its response to the Second Set of Interrogatories to clarify the above confusion.

Requests for Production:
- RFP 15 – You have indicated that TocMail will produce emails sent to potential investors that attached an iteration of the Complaint filed in this matter and a link to a secure website with information regarding the lawsuit. We have not seen any such emails
- RFP 22 – TocMail has not produced user guides or manuals for its product.
- RFP 41 – We have not seen documents responsive to this RFP
- RFP 42 – We have not seen documents showing the number of visitors to TocMail's website. TocMail has only produced emails from Google indicating traffic to TocMail's website solely as a result of its AdWords campaign. This does not account for traffic to the website by other means.
- RFP 45 – We have not seen copies of TocMail's business plan or marketing plan. To the extent TocMail claims this has been produced, please provide us with the Bates #.
- RFP 46 - You have indicated that TocMail will produce emails sent to potential investors that attached an iteration of the Complaint filed in this matter and a link to a secure website with information regarding the lawsuit. We have not seen any such emails.
- RFP 48 – TocMail has indicated it will produce a record from patents.google.com
- RFP 50 – TocMail has not produced any records supporting any payments or the amount of money it has expended on Google AdWords campaigns
- RFP 51 – TocMail has not produced product specifications or a user guide or manual
- RFP 52 -  To the extent TocMail claims this has been produced, please provide us with the Bates #.
- RFP 53 – We have not seen any documents showing consumers' decisions to purchase TocMail.

Please let us know when we can expect another round of document production from TocMail. If you would like to meet and confer regarding any of the above, please let us know and we can hop on a call.

Thank you,
Elisa

**Elisa H. Baca**
Associate

Greenberg Traurig, P.A.
333 S.E. 2nd Avenue | Miami, FL 33131
T +1 305.579.0549  |  F +1 305.961.5681
bacae@gtlaw.com   |   www.gtlaw.com    |   View GT Biography

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.