# Exhibit 26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No.: 0:20-cv-60416-RS

TOCMAIL INC, a Florida corporation,

      Plaintiff,

v.

MICROSOFT CORPORATION, a
Washington corporation,

      Defendant

_____/

**EXPERT REPORT OF**
**MARCIE D BOUR, CPA/ABV, CVA, CFE, MAFF, ABAR, CDBV**
**October 1, 2020**

Expert Report of Marcie D. Bour
October 1, 2020

## Table of Contents

INTRODUCTION ........................................................................................................................ 2

RELEVANT EXPERIENCE ....................................................................................................... 3

SUMMARY OF OPINIONS ........................................................................................................ 3

BACKGROUND .......................................................................................................................... 7

METHODOLOGY, ANALYSIS AND OPINONS ..................................................................... 8

   Review of Microsoft Annual Reports ....................................................................................... 8

   Analysis of Microsoft Records Provided ............................................................................... 11

   Defendant's Revenue .............................................................................................................. 13

   Summary of Defendant's Revenue ......................................................................................... 21

   Lost Profits ............................................................................................................................. 22

   Discounting Lost Profits to Present Value .............................................................................. 28

COMPENSATION FOR STUDY AND TESTIMONY ........................................................... 31

EXHIBIT 1: SOURCES OF INFORMATION ........................................................................ 33

EXHIBIT 2: QUALIFICATIONS ............................................................................................. 38

EXHIBIT 3: TESTIMONY LOG .............................................................................................. 45

EXHIBIT 4: LOST PROFITS CALCUALTION ..................................................................... 50

Expert Report of Marcie D. Bour
October 1, 2020

## <u>INTRODUCTION</u>

1.      Yip Associates has been retained by Johnson & Martin, P.A.in the matter of TocMail, Inc.,

        v. Microsoft Corporation, Case No. 0:20-cv-60416-RS.

2.      My assignment was to estimate Microsoft Corporation's ("Microsoft" or "Defendant")

        annual revenues and seats for:

        a.   Office 365 sales;

        b.   Office 365 sales that include Office Advance Threat Protection ("ATP" or "OATP")

             and/or Safe Links;

        c.   Office 365 and related sales to anyone who uses ATP and/or Safe Links, including but

             limited to, Surface sales, Microsoft 365 Security Suite sales, and Outlook.com

             Premium subscription sales;

        d.   Microsoft 365 sales;

        e.   Microsoft 365 sales that include ATP and/or Safe Links;

        f.   Microsoft 365 and related sales to anyone who uses ATP and/or Safe Links, including

             but limited to, Surface sales, Microsoft 365 Security Suite sales, and Outlook.com

             Premium subscription sales; and

        g.   ATP and/ or Safe Links Standalone sales.

3.      I was also asked to provide an opinion as to TocMail, Inc.'s ("TocMail" or "Plaintiff") lost

        profits as a measurement of its damages.

4.      I will not be expressing an opinion regarding causation or liability in this matter.

5.      In preparing this Expert Report and forming the opinions expressed herein, I have, with the

        assistance of my firm under my supervision, reviewed and considered to the extent deemed

Expert Report of Marcie D. Bour
October 1, 2020

necessary and appropriate the documents, information and data sources listed in **Exhibit 1** and cited throughout this Expert Report.

## RELEVANT EXPERIENCE

6.    I am a Partner at Yip Associates, a forensic accounting and financial investigations firm with offices in Miami, Fort Lauderdale, Boca Raton, Tampa, New York, and New Jersey.

7.    I am a Certified Public Accountant ("CPA") licensed by the State of Florida since 1993. Prior to becoming licensed in Florida, I was licensed in 1986 as a CPA in Pennsylvania. I also hold the following professional designations: Certified Fraud Examiner ("CFE"), Master Analyst in Financial Forensics ("MAFF"), Certified Valuation Analyst ("CVA"), Accredited in Business Valuation ("ABV"), Accredited in Business Appraisal Review ("ABAR"), and Certified in Distressed Business Valuation ("CDBV"). My experience for the past 25 years has been in the areas of forensic accounting, economic losses, and business valuation.

8.    I have over thirty years of professional experience as a CPA, dealing with a wide variety of industries. Specific to this case, I have been involved in matters involving software, coding, and software as a service ("SAAS"). See **Exhibits 2 and 3**.

## SUMMARY OF OPINIONS

9.    My opinions as summarized below are based on my forensic analysis discussed in my report. I calculated both Defendant's Revenues and Lost Profits for TocMail using accepted methodology.

10.    I calculated Microsoft's Revenue based on two scenarios.

11.    First, I estimated revenue for the Office 365 commercial and consumer products based on the information in Microsoft Product Breakdown Reports. I verified the information, as

3

Expert Report of Marcie D. Bour
October 1, 2020

discussed below, by starting with Microsoft global revenue and tracing it down to segment and sub-segment reporting.

12.   I then compared these revenue amounts to the Microsoft Product Breakdown Reports to validate the amounts on these reports.  The amount reported for Office 365 products represented global revenues.  Should the trier of fact determine that TocMail is entitled to Defendant's Profits based on all Office 365 sales, this amount represents such sales.  I also estimated the U.S. revenues using the ratio of U.S. to global revenue from Microsoft's financial statements.[1]

13.   Revenues are from a number of product categories that have been identified by Microsoft:[2]

  a.  Office 365 Commercial – Certain commercial plans include ATP, while others do not.

  b.  Office 365 Home & Personal (H&P), Consumer – Since October 2018, Office H&P has included Safe Links in subscriptions.

  c.  Office Advanced Threat Protection ("ATP" or "OATP") – Theses standalone subscriptions, at least after October 2018, appear to be related to Office 365 Commercial subscriptions and ATP includes Safe Links.

  d.  Microsoft 365 Security Suites – These subscriptions include OATP.

  e.  Surface with Microsoft 365 – These subscriptions include Safe Links.

  f.  Outlook.com Premium – These subscriptions include Safe Links starting in 2018.

---

[1] As mentioned throughout this report, Microsoft provided limited information in discovery.  No information was provided for total Office 365 product sales within the U.S.  Accordingly, I relied upon the best information available to estimate U.S. revenues from Office 365 product sales.

[2] I have not been able to verify that the revenue sources provided by Microsoft are complete.  For example, Microsoft Office 365 is sold to commercial customers without ATP included, but rather with ATP as a standalone.  The sales for these Office365 products was not provided.  Similarly, Office 365 H&P did not include ATP prior to October 2018 based on information on Microsoft's website.  It is not known if any ATP Standalone licenses were sold to these consumer customers.

4

Expert Report of Marcie D. Bour
October 1, 2020

14.     The second revenue scenario is based on information Microsoft provided for Office 365 products sold with Office Advanced Threat Protection.  Based on my analysis, I was not able to validate these numbers.  At a minimum, they do not include the Office 365 product sales associated with the ATP Standalone revenues.[3]

15.     The Microsoft revenue is summarized below:



16.     No information was provided past June 30, 2020.  Since trial is not anticipated until August 2021, at a minimum revenues for the quarters through December 31, 2020 should be available to update this Expert Report.  The calculation of Defendant's Revenue will be updated to reflect any new information provided subsequent to the issuance of this Expert Report.

17.     Lost Profits to TocMail have been calculated based on the number of seats for Office products sold with ATP using TocMail's business model.

---

[3] Microsoft did not provide pricing for its Office 365/Microsoft 365 products as it indicated it did in its Reponses to Request for Production.  If such information had been provided, I would have done additional analysis and could have reached different opinions.  I reserve the right to update this Expert Report and the opinions contained herein when such information is available to me.

Expert Report of Marcie D. Bour
October 1, 2020

18.     I have been asked to calculate lost profits for the remaining period of the patent, which runs

through May 7, 2035.

19.     Based on these calculations, Lost Profits are summarized as follows:

| | Lost Revenue for Consumer Seats | Lost Revenue for Commercial Seats | Lost Revenue | Cost of Sales - Server Related Costs | Gross Profit | Total Expenses | Lost Profits |
|---|---|---|---|---|---|---|---|
| November - December 2019 | $ - | $ - | $ 1,195,719,869.14 | $ 6,750 | $ (6,750) | $ 2,786,567 | $ (2,793,317) |
| Calendar Years: 2020 | 303,214,872 | 892,504,997 | 1,195,719,869.14 | 17,450,290 | 1,178,269,579 | 32,071,373 | 1,146,198,206 |
| 2021 | 395,413,139 | 1,176,475,229 | 1,571,888,367.60 | 22,989,410 | 1,548,898,957 | 25,149,114 | 1,523,749,843 |
| 2022 | 399,328,121 | 1,188,123,498 | 1,587,451,618.77 | 23,458,541 | 1,563,993,078 | 25,339,653 | 1,538,653,425 |
| 2023 | 403,321,402 | 1,199,771,768 | 1,603,093,169.56 | 23,927,722 | 1,579,165,448 | 25,441,532 | 1,553,723,916 |
| 2024 | 407,354,616 | 1,211,420,037 | 1,618,774,653.17 | 24,396,903 | 1,594,377,751 | 25,592,142 | 1,568,785,609 |
| 2025 | 411,428,162 | 1,223,068,307 | 1,634,496,468.92 | 24,866,134 | 1,609,630,335 | 25,794,343 | 1,583,835,992 |
| 2026 | 415,542,444 | 1,234,716,577 | 1,650,259,020.13 | 25,382,178 | 1,624,876,843 | 25,902,458 | 1,598,974,384 |
| 2027 | 419,697,868 | 1,246,364,846 | 1,666,062,714.16 | 25,898,271 | 1,640,164,443 | 26,062,287 | 1,614,102,156 |
| 2028 | 423,894,847 | 1,258,013,116 | 1,681,907,962.43 | 26,414,365 | 1,655,493,597 | 26,276,864 | 1,629,216,733 |
| 2029 | 428,133,795 | 1,269,661,385 | 1,697,795,180.48 | 26,930,459 | 1,670,864,721 | 26,391,597 | 1,644,473,124 |
| 2030 | 432,415,133 | 1,281,309,655 | 1,713,724,788.02 | 27,446,604 | 1,686,278,184 | 26,561,208 | 1,659,716,976 |
| 2031 | 436,739,284 | 1,292,957,924 | 1,729,697,208.95 | 28,009,560 | 1,701,687,649 | 26,788,920 | 1,674,898,729 |
| 2032 | 441,106,677 | 1,304,606,194 | 1,745,712,871.38 | 28,572,567 | 1,717,140,304 | 26,910,675 | 1,690,229,629 |
| 2033 | 445,517,744 | 1,316,254,464 | 1,761,772,207.74 | 29,135,574 | 1,732,636,633 | 27,090,667 | 1,705,545,966 |
| 2034 | 449,972,922 | 1,327,902,733 | 1,777,875,654.77 | 29,698,632 | 1,748,177,023 | 27,332,317 | 1,720,844,706 |
| Jan - May 7, 2035 | 158,131,580 | 466,090,349 | 624,221,928.78 | 10,531,490 | 613,690,439 | 23,165,420 | 590,525,019 |

20.     Total Lost Profits damages, after calculating the present value of future damages based on

a 7.5% discount rate are:

| | | | | |
|---|---|---|---|---|
| Past Damages | | | $ | 891,100,273 |
| Present Value of Future Lost Profits | | | | 14,412,388,404 |
| **Total Lost Profits Damages** | | | **$** | **15,303,488,677** |

21.     Frequently, I calculate prejudgment interest to assist the trier of fact, should it be decided

that it is appropriate to award such interest. I have not calculated prejudgment interest at

this time.[4]

---

[4] It is not possible to calculate prejudgment interest on Defendant's Profits until a response has been received from Microsoft for expenses, which may offset a portion of revenues. The past lost profits prejudgment interest will be calculated at the same time as the prejudgment interest on Defendant's Profits.

Expert Report of Marcie D. Bour
October 1, 2020

## BACKGROUND

22.     Microsoft provides email services to its Office customers through its Exchange Online service and access to those emails through Outlook.[5]

23.     TocMail is the holder of a patent for a time-of-click security service that provides a solution to the threat of IP Cloaking for cloud-based email platform users.[6]

24.     Plaintiff has alleged that Microsoft has falsely advertised its ability to protect its cloud-based Office users with its ATP Safe Links from threats such as this.

25.     Microsoft describes ATP Safe Links as a service that protects users from "links that are redirected to unsafe sites by a forwarding service after the message has been received."[7]

26.     ATP Safe Links is included in many of the Office 365 and Microsoft 365 subscriptions, as well as other products.  For those that do not include ATP, it is available as add-on.[8]

27.     As I understand, a cloud-based security scanner has a different Internet address (IP address) than the actual user.  Hackers can identify the security scanner based on this different IP address and thereby evade detection.

28.     Hackers use IP cloaking, links that change behavior based on whether the IP address belongs to a security scanner or an email account user.  The IP cloaked link can redirect the security scanner to a safe sight and redirects the email user to an unsafe site.

---

[5] Microsoft's cloud-based version of Office is included in the Office 365 bundle of products, which was offered for the first time in June 2011.  Office 365 bundled Microsoft Office, Microsoft Exchange Online and other cloud-based services.  [htttp://news.microsoft.com/2011/06/28/microsoft-launches-office-365-globally]  Starting August 2017, Microsoft 365 includes Office 365 with other products.  Microsoft continues to sell Office 365 as a standalone bundle.  [Mary Jo Foley for All about Microsoft, May 16, 2018, "What is Microsoft 365? Microsoft's most important subscription bundle, explained,"  https://www.zdnet.com/article/what-is-microsoft-365-microsofts-most-important-subscription-bundle-explained/.]
[6] United States Patent No. 10,574,628, http://patft.uspto.gov/
[7] Office 365 Advanced Threat Protection Product Guide, Microsoft, 2016.
[8] https://docs.microsoft.com/en-us/microsoft-365/security/office-365-security/office-365-atp?view=o365-worldwide.

Expert Report of Marcie D. Bour
October 1, 2020

29.    The security scanner clears the content and the email user is redirected to the malicious site.  In this way, the link only redirects to an unsafe site when the email has been received and the user clicks on the link.

30.    In 2015, Microsoft began promoting its ATP Safe Links with "new security capabilities in Office 365" claiming to protect against links that only redirect to unsafe sites after the email has been delivered.[9]

31.    Multiple sources documented the use of IP cloaking to evade Microsoft's ATP's Safe Links security.[10]

32.    The Complaint filed by TocMail alleges the following counts and damages:

    a.    Count 1: False and Misleading Advertising under 15 U.S.C. § 1125(a)(1)(B): Plaintiff seeks all available remedies including compensatory damages, treble damages, disgorgement of profits, and costs and attorneys' fees; and

    b.    Count II: Contributory False and Misleading Advertising under 15 U.S.C. § 1125(a)(1)(B): compensatory damages, treble damages, disgorgement of profits, and costs and attorneys' fees.

## METHODOLOGY, ANALYSIS AND OPINONS

### Review of Microsoft Annual Reports

33.    I started my review with Microsoft's annual reports for fiscal years ending June 30, 2016, reviewing the letters for five fiscal years.  The annual reports consist of a letter to the

---

[9] Exchange Online Advance Threat Protection Product Guide, Microsoft, 2015.
[10]                https://emtunc.org/blog/03/2017/bypassing-safe-links-exchange-online-advanced-threat-protection/; https://www.cryptron.ch/en/security-analysis-of-microsoft-office-365-advanced-threat-protection-atp/;                and https://rhinosecuritylabs.com/social-engineering/bypassing-email-security-url-scanning/.

Expert Report of Marcie D. Bour
October 1, 2020

shareholders and information, which is also found in the Form 10-K filed with the

Securities and Exchange Commission ("SEC").

34.     Based on this analysis, I have summarized Microsoft's revenues as follows:

| Microsoft Corporation | | | | | |
| Select Financial Information | | | | | |
| | | | | | |
| Fiscal Years Ended June 30, | **2016** | **2017** | **2018** | **2019** | **2020** |
| | (Restated) | (Restated) | | | |
| Revenue | $ 91,154,000,000 | $ 96,571,000,000 | $ 110,360,000,000 | $ 125,843,000,000 | $ 143,015,000,000 |
| | | | | | |
| Year over Year Growth - Revenue | -3% | 6% | 14% | 14% | 14% |
| | | | | | |
| *Source  Form 10-Ks filed by Microsoft Corporation with the SEC for fiscal years 2016-2020* | | | | | |

Note: For fiscal year 2018, Microsoft adopted new accounting standards pertaining to revenue recognition and leases.  Fiscal years 2016 and 2017 were restated to reflect the adoption of these standards.

35.     In 2018, Microsoft changed accounting standards for revenue recognition and leases.  In the financial statements, it restated 2016 and 2017.  The following table shows the difference resulting from these changes in the financial statements for Microsoft:

| Microsoft Corporation | | | | |
| Changes in 2016 and 2017 Reported Results Due to Restatement | | | | |
| | | | | |
| | **As Reported** | **Restated** | *Difference ($)* | *Difference (%)* |
| **Year Ended June 30, 2016** | | | | |
| Revenue | $ 85,320,000,000 | $ 91,154,000,000 | *$ 5,834,000,000* | *7%* |
| | | | | |
| **Year Ended June 30, 2017** | | | | |
| Revenue | $ 89,950,000,000 | $ 96,571,000,000 | *$ 6,621,000,000* | *7%* |
| | | | | |
| *Source  Form 10-Ks filed by Microsoft Corporation with the SEC,  2016-2018* | | | | |

36.     Microsoft's annual reports, which include the information reported on the Form 10-Ks, also provide reportable segments.

37.     The segment, which includes the Office 365 / Microsoft 365 revenue, is the Productivity and Business Processes segment.

Expert Report of Marcie D. Bour
October 1, 2020

38.    Revenue by segment and the year over year growth rates for revenue are summarized

below:

| Microsoft Corporation | | | | | |
|---|---|---|---|---|---|
| Revenue by Reportable Segment | | | | | |
| | | | | | |
| Fiscal Years Ended June 30, | **2016** | **2017** | **2018** | **2019** | **2020** |
| | (Restated) | (Restated) | | | |
| Revenue by Segment (In millions US$) | | | | | |
| Productivity and Business Processes | $ 25,792,000,000 | $ 29,870,000,000 | $  35,865,000,000 | $  41,160,000,000 | $  46,398,000,000 |
| Intelligent Cloud | 24,952,000,000 | 27,407,000,000 | 32,219,000,000 | 38,985,000,000 | 48,366,000,000 |
| More Personal Computing | 40,410,000,000 | 39,294,000,000 | 42,276,000,000 | 45,698,000,000 | 48,251,000,000 |
| | | | | | |
| **Total Revenue** | **$ 91,154,000,000** | **$ 96,571,000,000** | **$ 110,360,000,000** | **$ 125,843,000,000** | **$ 143,015,000,000** |
| | | | | | |
| Year over Year Growth Rates -Revenue by Segment | | | | | |
| Productivity and Business Processes | -2% | 16% | 20% | 15% | 13% |
| Intelligent Cloud | 5% | 10% | 18% | 21% | 24% |
| More Personal Computing | -7% | -3% | 8% | 8% | 6% |
| | | | | | |
| **Total Revenue** | **-3%** | **6%** | **14%** | **14%** | **14%** |
| *Source: Form 10-Ks filed by Microsoft Corporation with the SEC for fiscal years 2016-2020* | | | | | |

39.    While Microsoft revenue has grown at a steady annual rate of 14% for the most recent three

years, the segment revenue has been much more volatile.

40.    The following table shows the difference resulting from the restatements for changes in

accounting standards during 2018 for the reportable segments within the financial

statements for Microsoft:

| Microsoft Corporation | | | | |
|---|---|---|---|---|
| Changes in 2016 and 2017 Reported Segment Results Due to Restatement | | | | |
| | | | | |
| | **As Reported** | **Restated** | *Difference ($)* | *Difference (%)* |
| **Revenue by Segment for Year Ended June 30, 2016** | | | | |
| Productivity and Business Processes | $    26,487,000,000 | $    25,792,000,000 | *$      (695,000,000)* | *-3%* |
| Intelligent Cloud | 25,042,000,000 | 24,952,000,000 | *(90,000,000)* | *0%* |
| More Personal Computing | 40,460,000,000 | 40,410,000,000 | *(50,000,000)* | *0%* |
| Corporate and Other | (6,669,000,000) | - | *6,669,000,000* | *-100%* |
| | | | | |
| **Total Revenue** | **$ 85,320,000,000** | **$ 91,154,000,000** | **$  5,834,000,000** | *7%* |
| **Revenue by Segment for Year Ended June 30, 2017** | | | | |
| Processes | $    30,444,000,000 | $    29,870,000,000 | *$      (574,000,000)* | *-2%* |
| Intelligent Cloud | 27,440,000,000 | 27,407,000,000 | *(33,000,000)* | *0%* |
| More Personal Computing | 38,773,000,000 | 39,294,000,000 | *521,000,000* | *1%* |
| Corporate and Other | (6,707,000,000) | | *6,707,000,000* | *-100%* |
| | | | | |
| **Total Revenue** | **$ 89,950,000,000** | **$ 96,571,000,000** | **$  6,621,000,000** | *7%* |
| *Source: Form 10-Ks filed by Microsoft Corporation with the SEC,  2016-2018* | | | | |

10

Expert Report of Marcie D. Bour
October 1, 2020

41.    The segment that includes Office 365 and Microsoft 365 is the Productivity and Business Processes segment.  Microsoft breaks out revenue for significant products and service offerings further as shown below:

| Microsoft Corporation | | | | | |
|---|---|---|---|---|---|
| Revenue from External Customers by Significant Product and Services Offerings that | | | | | |
| Include Office 365 and Microsoft 365 | | | | | |
| | | | | | |
| Fiscal Years Ended June 30, | **2016** | **2017** | **2018** | **2019** | **2020** |
| | | | | | |
| Microsoft Office system | $ 23,588,000,000 | $ 25,389,000,000 | | | |
| | | | | | |
| Office products and cloud services | $ 23,868,000,000 | $ 25,573,000,000 | $ 28,316,000,000 | $ 31,769,000,000 | $ 35,316,000,000 |
| *Source: Form 10-Ks filed by Microsoft Corporation with the SEC for fiscal years 2016-2020* | | | | | |
| | | | | | |
| Note: The grouping of product income was changed in 2018, however, the historical revenues for 2016 and 2017 as restated are shown in the 2018 Form 10-K | | | | | |

**Analysis of Microsoft Records Provided[11]**

42.    I received three types of documents from Microsoft:

a.    Monthly Microsoft's Management Profit and Loss Reports for January 2016 through December 2013 in PDF format, which includes Microsoft's profits and losses by business segment (i.e. Productivity and Business Processes segment, Intelligent Cloud segment, etc.)

b.    Microsoft's monthly Product Breakdown Corporate Reports for each of the months July 2016 through June 2020,[12] and annual reports for each of the fiscal years ended June 30, 2016 through June 30, 2020 in PDF format with a breakdown of revenue by product, including commercial and consumer Office products, both for Office and for Office 365.[13]

c.    Excel pivot tables:[14]

---

[11] Portions of this section contains information provided by Microsoft that is Confidential – for Counsel Only.
[12] Monthly reports are missing for September 2016, February 2018,
[13] As mentioned previously, Microsoft 365 was launched in August 2017 and includes Office 365.  References to Office 365 are intended to include both Office 365 and Microsoft 365.
[14] The dataset that was drawn upon to create this pivot table was not provided.

Expert Report of Marcie D. Bour
October 1, 2020

    i.   Assigned Units (Seats) for Office 365 and Microsoft 365 Commercial Products that included Office ATP  for the U.S.;

    ii.   Adjusted Revenue for Office 365 and Microsoft 365 Commercial Products that included Office ATP and/or Safe Links in the U.S.;

    iii.   Units for Surface with MS365 Consumer that include Safe Links in the U.S.;

    iv.   License Summary for M365 Consumer Products that include Safe Links in the U.S.; and

    v.   US Adjusted Revenue and License Pivot for Outlook.com.[15]

43.    Notes to the pivot table were provided explaining some of the data and fields.

44.    I first analyzed the Microsoft Product Breakdown Corporate report.

45.    The total revenue reported on these reports was consistent with the total revenue reported on the Form 10-Ks filed with the SEC.



46.    As noted above, Microsoft's reported revenues reflect a migration of the Office products to the cloud, with increasing amounts of their Office products revenue from Office 365.

---

[15]At approximately 10:00 pm on September 30, 2020, the evening prior to the deadline for this Expert Report, I received a .pdf file titled "O3656/M365 Commercial Products that include OATP U.S. Safe Links Usage Summary for September 2019 through June 2020."  I have not been able to analyze this data and incorporate it into my report.

Expert Report of Marcie D. Bour
October 1, 2020



**Defendant's Revenue**

48. The Lanham Act requires a plaintiff to provide the infringing defendant's sale. The burden then shifts to a defendant to prove "all elements of cost or deductions claimed."[16]

49. I started my analysis based on the information provided in Microsoft's annual reports, which include a letter to the shareholder and the information filed in Microsoft's annual 10-Ks filed with the Securities and Exchange Commission ("SEC").

50. Microsoft's annual financial statements as presented in these documents reflect financial results for the company as a whole. They also present financial results for operating segments. The segment that includes Office 365 and Microsoft 365 and the email products is the Productivity and Business Processes segment.

---

[16] 115 U.S.C. § 1117(a).

Expert Report of Marcie D. Bour
October 1, 2020

51.     I have been able to identify revenue from the publicly reported information as to Microsoft's Office 365 and Microsoft 365.

52.     Based on the information Microsoft provided in the Product Breakdown Report, the Office 365 and Microsoft 365 with related ATP revenue from U.S. operations is:

| Microsoft Corporation | | | | | |
|---|---|---|---|---|---|
| Revenue from External Customers by Significant Product and Services Offerings that Include Office 365 and Microsoft 365 | | | | | |
| Fiscal Years Ended June 30, | 2016 | 2017 | 2018 | 2019 | 2020 |
| Office products and cloud services | $ 23,868,000,000 | $ 25,573,000,000 | $ 28,316,000,000 | $ 31,769,000,000 | $ 35,316,000,000 |
| *Source: Form 10-Ks filed by Microsoft Corporation with the SEC for fiscal years 2018-2020* | | | | | |

53.     This revenue represents worldwide revenue.   The breakdown of Microsoft revenue between the U.S. and other counties is as follows:[17]

| Microsoft Corporation | | | | | |
|---|---|---|---|---|---|
| Analysis of Revenue by U.S. versus Other Countries | | | | | |
| Fiscal Years Ended June 30, | 2016 | 2017 | 2018 | 2019 | 2020 |
| United States | $ 46,416,000,000 | $ 51,078,000,000 | $ 55,926,000,000 | $ 64,199,000,000 | $ 73,160,000,000 |
| Other Countries | 44,738,000,000 | 45,493,000,000 | 54,434,000,000 | 61,644,000,000 | 69,855,000,000 |
| **Total** | **$ 91,154,000,000** | **$ 96,571,000,000** | **$ 110,360,000,000** | **$ 125,843,000,000** | **$ 143,015,000,000** |
| **% United States** | **50.9%** | **52.9%** | **50.7%** | **51.0%** | **51.2%** |
| *Source: Form 10-Ks filed by Microsoft Corporation with the SEC for fiscal years 2018-2020* | | | | | |

54.     In order to estimate the portion of U.S. revenue for Office products and cloud services (the Productivity sub-segment,) I applied the percentage of Microsoft revenue from the U.S. to revenue from the segment, I have estimated that the U.S. revenue for Microsoft Office products and cloud services as shown in the table below.

| Microsoft Corporation | | | | | |
|---|---|---|---|---|---|
| Estimated U.S. Office products and cloud services | | | | | |
| Fiscal Years Ended June 30, | 2016 | 2017 | 2018 | 2019 | 2020 |
| Office products and cloud services | $ 23,868,000,000 | $ 25,573,000,000 | $ 28,316,000,000 | $ 31,769,000,000 | $ 35,316,000,000 |
| Microsoft % of U S revenue | 50 9% | 52 9% | 50 7% | 51 0% | 51 2% |
| Estimated U S Office products and cloud services | $ 12,153,685,938 | $ 13,525,982,893 | $ 14,349,407,539 | $ 16,207,004,212 | $ 18,066,066,916 |

---

[17] The amounts provided in the pivot tables are shown in 000s, however, the underlying data is not rounded. Accordingly, the Estimated U.S. Office products and cloud services revenue is accurate bas on the actual numbers.

Expert Report of Marcie D. Bour
October 1, 2020

55.   My next step was to compare this estimate to the product segment information provided by Microsoft.  I used the detailed financial information in a Product Breakdown Report for each of the fiscal years ending June 30, 2016 through June 30, 2020 for this analysis.

56.   The Product Breakdown Reports separated the relevant segment, Productivity and Business Processes, by products.  The sub-segment that contained the Office 365 products is "Productivity".  The Productivity sub-segment revenue is consistent with the amounts reported for Office products and cloud services on the Form 10-Ks, with the exception of 2016.  As previously mentioned in this report, Microsoft restated its 2016 and 2017 financial statements in its 2018 Form 10-K.  The 2018 Product Breakdown Report provides the 2017 prior year information restated.  No restated Product Breakdown Reports was provided for 2016.  Since the 2016 restated product detail revenue has not been provided, the originally reported amounts are used for specific products.  In the case of the segment revenue, I used the restated amounts from the 2018 Form 10-K

[INTENTIONALLY LEFT BLANK]

Expert Report of Marcie D. Bour
October 1, 2020

57. I have summarized the revenue for the Microsoft Office products and services, the Productivity sub-segment, and the Productivity and Business Processes segment.



58. I reconciled the financial information in the annual Product Breakdown Reports to the public information reported in the Form 10-Ks. The total revenue reported for the Productivity and Business Process segment is consistent with the segment revenue reported in the financial statements in the Form 10-Ks.

[INTENTIONALLY LEFT BLANK]

Expert Report of Marcie D. Bour
October 1, 2020

59.   The Product Breakdown Report shows line items for Office 365 both commercial and consumer, as well as Outlook.com subscriptions.  The total revenue from these sources is presented in the following table:



60.   The revenue presented in the Product Breakdown Reports is for global revenue.

61.   Applying the U.S. percentage based on Microsoft's global revenue, I have estimated revenue from Office 365 as follows:



62.   The Product Breakdown Reports do not provide sufficient detail for me to determine the following:

a.   If Standalone ATP revenue is included in the Office 365 revenues reported on the Product Breakdown Reports.

b.   Which products are supported by the Standalone ATP seats and revenue for those products (e.g. the seats and revenue from the sale of Office 365 E-3 plans.)

c.   The breakdown of sales for Office 365 commercial between those sold with ATP and those sold without ATP.

17

Expert Report of Marcie D. Bour
October 1, 2020

    d.   That the source of revenue for Outlook.com is Premium subscriptions.

    e.   Surface products sold with ATP.

    f.   Revenue for Microsoft 365 Security Suites.

    g.   Sales for Office 365 versus Microsoft 365.

63.    I do not have sufficient information to identify Office 365 products sold in conjunction with the ATP Standalone products, should the Court rule that this revenue is part of Microsoft's profits.

64.    Additionally, Microsoft provided isolated information regarding the seats (licenses) and revenue for products sold with ATP. I am unable to verify the information as to its completeness. To illustrate this, on September 30, 2020, I received additional information including revenue and seats for Outlook.com Premium subscriptions. This information was not included in the previous revenue schedule, which purported to be all products that had ATP included.

65.    Based on the information provided by Microsoft in the Excel pivot tables, revenue from the sale of products which included ATP and/or Safe Links, was:[18]



66.    When compared to the estimate of revenue based on the Product Breakdown Report, revenue of products with ATP is lower.

---

[18] Revenue for Surface products is shown as negative for fiscal years ended June 30, 2018, 2019 and 2020. I am not aware of why there would be "refunds" or negative revenue in years where Microsoft continued to sell other iterations of the Surface product.

Expert Report of Marcie D. Bour
October 1, 2020



67.  Based on the information provided, there is no way to verify that all revenue related to the alleged false advertising has been included in the Microsoft pivot table for revenue.

68.  The Outlook.com Premium subscriptions are summarized and analyzed below:



69.  As noted above, there is a significant difference between the revenues reported on the Product Breakdown Reports and the pivot table. I was not provided with pricing information as indicated in Microsoft's Reponses to Requests for Production. Based on available information, Outlook.com Premium should have sold for $49.99 per year, with the exception of a promotion of $19.99 in February and March 2017.[19] This pricing

---

[19] https://www.theverge.com/2017/2/14/1460991/microsoft-outllok-premium-email-service

Expert Report of Marcie D. Bour
October 1, 2020

information is not consistent with the information Microsoft provided for Outlook.com

Premium subscriptions.

70.     To assess the reasonableness of the data, absent additional information from Microsoft, I

looked at the number of licenses for the products identified in the revenue pivot table.



71.     However, when compared to the number of Microsoft Office 365 user, the seats represent

a fraction of the total users.

| Microsoft Corporation | | | | | |
|---|---|---|---|---|---|
| Comparison of Select Products with ATP to Microsoft Office 365 Commercial Users | | | | | |
| | Jun-16 | Jun-17 | Jun-18 | Jun-19 | Jun-20 |
| ███████████ | █████ | █████ | █████ | █████ | █████ |
| Total Commercial Microsoft Paid Users (Annual Reports) | 70,000,000.0 | 100,000,000.0 | 135,000,000.0 | 180,000,000.0 | 296,700,000.0 |
| ATP Product seats for O365/M365 Commerical, ADT Standalone and M365 Security Suite as a % of Commercial Microsoft Office 365 users | ████ | ████ | ████ | ████ | ████ |
| Sources  Microsoft Office 365 Commercial Users provided in annual reports (2016-2019); | | | | | |
| 3rd Quarter 2020 Transcript of Microsoft Earnings Call; 4th Quarter 2020 Earnings Press Release | | | | | |

72.     Based on the available information, the relationship between Microsoft ATP products and

Office 365 commercial users when comparing seats and revenue is not consistent.

Expert Report of Marcie D. Bour
October 1, 2020

73.     Accordingly, I am unable to conclude that the Microsoft ATP products seats and revenues

        are accurately or consistently reported.[20]

**Summary of Defendant's Revenue**

74.     To summarize, the total sales for Office 365, Microsoft 365 and Outlook.com which could

        be segregated based on Microsoft's records produced is summarized below:



75.     The total revenue for products that included ATP and/or Safe Links, as identified by

        Microsoft is:



76.     I have estimated the global sales based for the revenues identified by Microsoft which

        include ATP and/or Safe Links based on the relationship of U.S. sales to total sales for

        Microsoft as previously discussed.

---

[20] Additionally, on September 30, 2020, Microsoft responded to TocMail's Fourth Request for Production indicating that it is "currently conducting an investigation to determine if there are any non-privileged, responsive, relevant documents to this request that are reasonably available and kept in the ordinary course of business, for the period of 2015 through 2020, and to determine if any required third-party consents can be obtained, and states that it will supplement this response with a description of any additional non-privileged, non-work product, responsive documents, which it will search and produce." As a result of not receiving the information timely requested, I was unable to complete certain aspects of my analysis. I reserve the right to update this Expert Report and my opinions contained herein when such information is received.

Expert Report of Marcie D. Bour
October 1, 2020

**Lost Profits**

77.   Lost profits is an accepted methodology for calculating alleged damages to TocMail.

78.   Lost profits is based on the premise that, absent Microsoft's alleged false advertising, TocMail would have provided time of click protection for all Office 365 users who use ATP services provided by Microsoft.  I used a forecast method (also referred to as forecast approach) to calculate lost profits.  The forecast method is one of the recognized and accepted methodologies for calculating lost profits.[21]

79.   Lost profits, most simply defined, are the lost revenues less the saved or avoided costs related to those revenues.

80.   To measure TocMail's lost profits, I forecasted lost revenue as a basis for revenue using the number of seats for Microsoft Office products sold with ATP.  I assumed that during 2020, the number of seats would continue to grow at 2% a month.  Revenues are forecasted monthly through December 2020.  Starting in calendar year 2021 revenues are forecasted on an annual basis.  I assumed that there would be no net growth in seats starting in 2021. In other words, any growth would be offset by attrition.

81.   TocMail's price for consumer subscriptions would be $5 per month and for commercial subscriptions would be $3 per month.  Subscription prices are forecasted to increase at 1% per year.  Currently, the Livingston Survey released June 2020 forecasts that Consumer Price Index will increase at 2% annually over the next ten years. The Consumer Price Index has not increased at a rate over 5% since 1990.[22]

---

[21] Roman L. Weil, et al., Litigation Services Handbook, The Role of the Financial Expert, Sixth Edition, Section 4.5(c);

[22] https://www.minneapolisfed.org/about-us/monetary-policy/inflation-calculator/consumer-price-index-1913-

Expert Report of Marcie D. Bour
October 1, 2020

82.   During November 2019, I have assumed that TocMail would be the subject of a press release, which would generate interest in the product.  It would take 30-90 days for companies to investigate TocMail and the claims in the press release.  Revenue is forecasted to begin at 50% of the projected seats in February 2020, and 75% of projected seats in March 2020.   The remaining customers would switch to TocMail in April 2020.

83.   Lost revenue is summarized as follows:

| | Lost Revenue for Consumer Seats | Lost Revenue for Commercial Seats | Lost Revenue |
|---|---|---|---|
| November - December 2019 | $ - | $ - | $ - |
| Calendar Years:   2020 | 303,214,872 | 892,504,997 | 1,195,719,869.14 |
| 2021 | 395,413,139 | 1,176,475,229 | 1,571,888,367.60 |
| 2022 | 399,328,121 | 1,188,123,498 | 1,587,451,618.77 |
| 2023 | 403,321,402 | 1,199,771,768 | 1,603,093,169.56 |
| 2024 | 407,354,616 | 1,211,420,037 | 1,618,774,653.17 |
| 2025 | 411,428,162 | 1,223,068,307 | 1,634,496,468.92 |
| 2026 | 415,542,444 | 1,234,716,577 | 1,650,259,020.13 |
| 2027 | 419,697,868 | 1,246,364,846 | 1,666,062,714.16 |
| 2028 | 423,894,847 | 1,258,013,116 | 1,681,907,962.43 |
| 2029 | 428,133,795 | 1,269,661,385 | 1,697,795,180.48 |
| 2030 | 432,415,133 | 1,281,309,655 | 1,713,724,788.02 |
| 2031 | 436,739,284 | 1,292,957,924 | 1,729,697,208.95 |
| 2032 | 441,106,677 | 1,304,606,194 | 1,745,712,871.38 |
| 2033 | 445,517,744 | 1,316,254,464 | 1,761,772,207.74 |
| 2034 | 449,972,922 | 1,327,902,733 | 1,777,875,654.77 |
| Jan - May 7, 2035 | 158,131,580 | 466,090,349 | 624,221,928.78 |

84.   Cost of sales is forecasted based on the following assumptions for server costs:

a.   Login servers: one server will be required for each 1 million consumer users at a monthly cost in 2019 and 2020 of $480 per server.  During the start-up months before revenue, one login server would be online.

b.   Database and E-commerce servers:  Three database servers will be required to house TocMail subscriber account information, with one primary and two back up servers.

23

Expert Report of Marcie D. Bour
October 1, 2020

Two E-commerce servers will be required, one primary and one back up. The monthly cost per server in 2019 and 2020 is based on $480 per server.

c.  TocMail servers: one server will be required for each 10,000 users including both commercial and consumer seats at a monthly cost in 2019 and 2020 of $480 per server. During the start-up months, one server would be online. Once trials began, is has been assumed that 200 servers would be necessary for trials.

d.  Load balancers: one load balancer will be required for each 1 million users including both commercial and consumer seats at a cost in 2019 and 2020 of $10 per load handler. During the start-up month, one load balancer would be online. Once trials began, is has been assumed that five load balancers would be necessary for trials.

85.  The increase in the cost of servers has been forecasted to be 2% annually based on the current expectations in the increase of the Consumer Price Index.[23]

[INTENTIONALLY LEFT BLANK]

---

[23] Livingston Survey, June 2020.

Expert Report of Marcie D. Bour
October 1, 2020

86. Cost of Goods Sold, which includes the server costs, and Gross Profit are forecasted as follows:

| | Lost Revenue | Cost of Sales - Server Related Costs | Gross Profit |
|---|---|---|---|
| November - December 2019 | $            - | $        6,750 | $       (6,750) |
| Calendar Years:    2020 | 1,195,719,869.14 | 17,450,290 | 1,178,269,579 |
| 2021 | 1,571,888,367.60 | 22,989,410 | 1,548,898,957 |
| 2022 | 1,587,451,618.77 | 23,458,541 | 1,563,993,078 |
| 2023 | 1,603,093,169.56 | 23,927,722 | 1,579,165,448 |
| 2024 | 1,618,774,653.17 | 24,396,903 | 1,594,377,751 |
| 2025 | 1,634,496,468.92 | 24,866,134 | 1,609,630,335 |
| 2026 | 1,650,259,020.13 | 25,382,178 | 1,624,876,843 |
| 2027 | 1,666,062,714.16 | 25,898,271 | 1,640,164,443 |
| 2028 | 1,681,907,962.43 | 26,414,365 | 1,655,493,597 |
| 2029 | 1,697,795,180.48 | 26,930,459 | 1,670,864,721 |
| 2030 | 1,713,724,788.02 | 27,446,604 | 1,686,278,184 |
| 2031 | 1,729,697,208.95 | 28,009,560 | 1,701,687,649 |
| 2032 | 1,745,712,871.38 | 28,572,567 | 1,717,140,304 |
| 2033 | 1,761,772,207.74 | 29,135,574 | 1,732,636,633 |
| 2034 | 1,777,875,654.77 | 29,698,632 | 1,748,177,023 |
| Jan - May 7, 2035 | 624,221,928.78 | 10,531,490 | 613,690,439 |

87. The expenses were calculated based on the following assumptions:

a. Compensation is based on the forecasted number of employees at salaries to attract quality employees:

i. Customer support: Based on an average of one customer (representing an average of 100 seats) out of 1,000 will need support daily, the number of required personnel to handle 32 inquiries each day was forecasted. Additionally, during the first three months, eight additional customer support personnel were added to assist with the onboarding of subscribers. The annual salary for customer support personnel started at $50,000.

ii. Customer support supervisor:  One customer support supervisor is necessary to manage a customer support team of 20.  It is not forecasted that the customer

25

Expert Report of Marcie D. Bour
October 1, 2020

support staff will grow past 20 during the lost profits period.  The customer support supervisor starts at $100,000.

iii.  In-house IT personnel:  The in-house IT personnel will be responsible for handling server issues and any other complex technical matters.  They will support the Digital Ocean server technical support should there be a requirement for such support.  The in-house IT personnel will work eight-hour shifts.  Four people have been forecasted for this position, with one back up / floating person. This is based on 4.2 FTE (Full-Time Employees) to work 40 hours weeks and provide 24/7 coverage.  The in-house IT personnel will earn salaries of $150,000 each.

iv.  Chief Executive Officer: This position is forecasted to have an annual salary starting at $1 million.

v.  Executive Assistant:  The assistant to the CEO is forecasted at an annual salary of $60,000.

vi.  In-house accountant: The in-house accountant will hand reconciling payments to subscription records, paying monthly bills, preparing quarterly payroll returns and other recordkeeping tasks.  The in-house accountant is forecasted to start at an annual salary of $75,000.

vii.  Payroll related expenses including employer share of payroll taxes, state unemployment, federal unemployment, workers' compensation insurance, paid time off, health insurance benefits, and retirement benefits are forecasted at 40% of salary.  This forecast is based on Bureau of Labor Statistics data. Companies with fewer employees typically have lower payroll related costs.

Expert Report of Marcie D. Bour
October 1, 2020

The Service companies with 1 to 49 employees paid payroll related expenses of an average of 33% of base compensation.  Based on my analysis of the components of benefits paid, the low is approximately 24% and the high is 46%. The social security tax of 6.2% is only paid on the first $132,900 of wages in 2019 and $137,700 in 2020.  As a result of the high level of compensation of the CEO, the benefits available to all employees are actually higher than the flat rate calculated on total salaries.  Based on my analysis 40% is a reasonable estimate to cover all payroll related expenses.

b.  Oher expenses have been forecasted as follows:

| Administrative Expenses | Annual Costs (unless noted otherwise) | |
|---|---|---|
| Accounting Fees | $ | 60,000 |
| Legal Fees (Patent Defense) | $ | 500,000 |
| Annual Merchant Fees per new consumer customer | $ | 2.70 |
| E-commerce site charge per new consumer customer | $ | 0.045 |
| Marketing and Sales (PR firm, trade shows, etc.) | $ | 2,200,000 |
| Major Account Sales Represenatives (2) Salaies | $ | 300,000 |
| Payroll Load as % of Salary (taxes, benefits, costs.) | | 40% |
| Computer Set up for each Employee (every 3 years) | $ | 2,000 |
| TocMail Server | $ | 250 |
| Telephone and Internet Connectivity - Office | $ | 6,000 |
| Cell Phones (CEO, Sales Reps, Techs, Supervisor, accountant) | $ | 18,000 |
| Internet Connectivity for Customer Service and Sales Reps | $ | 14,400 |
| Rent and Utilities | $ | 60,000 |
| Office Supplies and Maintenance (administrative offices) | $ | 12,000 |
| Set Up Expenses for Office (2019 only) | $ | 50,000 |
| Licenses | $ | 500 |
| Recruiting Expenses -ongoing expense | $ | 6,000 |
| Insurance | $ | 250,000 |

88.   Not shown in the table above is additional online recruiting expenses of $1,000 per employee in the first two months.

Expert Report of Marcie D. Bour
October 1, 2020

89.   Based on the total expenses, lost profit has been calculated as follows:

|  | Gross Profit | Total Expenses | Lost Profits |
|---|---|---|---|
| November - December 2019 | $        (6,750) | $      2,786,567 | $       (2,793,317) |
| Calendar Years:   2020 | 1,178,269,579 | 32,071,373 | 1,146,198,206 |
| 2021 | 1,548,898,957 | 25,149,114 | 1,523,749,843 |
| 2022 | 1,563,993,078 | 25,339,653 | 1,538,653,425 |
| 2023 | 1,579,165,448 | 25,441,532 | 1,553,723,916 |
| 2024 | 1,594,377,751 | 25,592,142 | 1,568,785,609 |
| 2025 | 1,609,630,335 | 25,794,343 | 1,583,835,992 |
| 2026 | 1,624,876,843 | 25,902,458 | 1,598,974,384 |
| 2027 | 1,640,164,443 | 26,062,287 | 1,614,102,156 |
| 2028 | 1,655,493,597 | 26,276,864 | 1,629,216,733 |
| 2029 | 1,670,864,721 | 26,391,597 | 1,644,473,124 |
| 2030 | 1,686,278,184 | 26,561,208 | 1,659,716,976 |
| 2031 | 1,701,687,649 | 26,788,920 | 1,674,898,729 |
| 2032 | 1,717,140,304 | 26,910,675 | 1,690,229,629 |
| 2033 | 1,732,636,633 | 27,090,667 | 1,705,545,966 |
| 2034 | 1,748,177,023 | 27,332,317 | 1,720,844,706 |
| Jan - May 7, 2035 | 613,690,439 | 23,165,420 | 590,525,019 |

(See Exhibit 4 for a schedule of the lost profits calculation.)

**Discounting Lost Profits to Present Value**

90.   The next step in the lost profits process is to discount future lost profits to present value. In order to do that, it is necessary to determine a discount rate.

91.   To calculate the present value of future damages, I used the formula for the present value factors of $1 \div (1+\text{rate})^{\text{nperiods}}$.

92.   In selecting a rate, there are two main elements to consider: a rate of return on the time value of money and any increase to that rate for risk associated the cash flow.

93.   I started by researching current rates.  The rate, also referred to as a discount rate, was selected after thoughtful analysis of the current market rates, Microsoft's debt rate and weighted average cost of capital, and economic forecasts.

94.   I have summarized the rates consider in the table below:

Expert Report of Marcie D. Bour
October 1, 2020

| | Date | Average | High |
|---|---|---|---|
| **Livingston Survey (Survey of 19 Economists)** | | | |
| Forecasted 10 Yr Real GDP | June 2020 | 2.200% | 2.750% |
| Forecasted 10 Yr Consumer Price Index | June 2020 | 2.000% | 2.600% |
| | | 4.200% | 5.350% |
| | | | |
| | | **Rate** | |
| **H.15 - Federal Reserve** | | | |
| 20 year Treasury Constant Maturities (Risk Free Rate) | 6/28/2020 | 1.200% | |
| Inflation Indexed 20 Year Constant Maturities | 6/28/2020 | -0.550% | |
| | | | |
| **FRED (Federal Reserve St. Louis)** | | | |
| Moody's Seasoned Aaa Corporate Bond Yield | 8/1/2020 | 2.250% | |
| Moody's Seasoned Baa Corporate Bond Yield | 9/28/2020 | 3.430% | |
| 20-Year High Quality Market (HQM) Corporate Bond Spot Rate | 8/1/2020 | 2.840% | |
| 30-Year High Quality Market (HQM) Corporate Bond Spot Rate | 8/1/2020 | 2.970% | |
| | | | |
| Florida Current Judgment Interest Rates | 10/1/2020 | 5.370% | |
| | | | |
| **Microsoft Corporation** | | | |
| Weighted Average Cost of Capital | 9/29/2020 | 5.52% | |
| 2020 Issuance of $10 billion of Debt - low | 6/30/2020 | 2.53% | |
| 2020 Issuance of $10 billion of Debt - high | 6/30/2020 | 2.68% | |

95.     The risk free rate for an investment over a twenty-year period is 1.2% as of the date of this Expert Report.  This is relevant as the damage period is approximately 15 years, making the 20-year rate the closest in time horizon to the damage period.[24]

96.     Corporate bonds rates are all under 3%.  Bonds have a higher level of risk than U.S. Treasury obligations.  Bonds have less risk associated with them than equity because of the rights afforded to creditors over equity holders.  Microsoft's own debt is lower than the 20-year High Quality Market Corporate Bond Spot Rate, indicting Microsoft debt has lower risk than the pool of corporate bonds rated AAA, AA or A.

97.     I also considered Microsoft's weighted average cost of capital ("WACC") at 5.52%, as an indicator of the overall weighted risk for both debt holders and equity holders of this specific company.

98.     The rates fall into three groups, economic indicators, debt rates and equity rates.

---

[24] I noted that the ten-year Treasury constant maturity rate is 0.67%.  This is consistent that the longer the holding period, usually the higher the rate.  The 30-year Treasury constant maturity rate is 1.42%.

Expert Report of Marcie D. Bour
October 1, 2020

99. The economic indicators show that in order to keep up with growth and inflation, the rate is approximately 5%. The combination of the forecasted GDP and CPI rates when combined are close to the judgment interest rate in the State of Florida.

100. The debt rates range from 2.3% to 3%, with Microsoft's own debt falling toward the middle of the range at with Microsoft's current rates on debt of 2.5% to 2.7%.

101. The equity rate I considered was Microsoft's weighted average cost of capital at 5.52%.

102. In selecting a discount rate, I took into consideration that there is some risk, although minimal, in Microsoft continuing to sell and support its Office 365 and Microsoft 365 products. Since the lost profits are based on Microsoft's continued sale of these products, it is relevant to look at Microsoft's risk as incorporated into its debt rate and its WACC.

103. These rates incorporate both the market's expectation for future economic conditions as well as the risk associated with Microsoft itself.

104. Based on this alone, the rate would be 5.5%.

105. I also took into consideration the risk associated with the operations of TocMail. Risk in a lost profits calculation can be factored into forecasted revenue and expenses, or it can be factored into the discount rate.

106. In this case, risk has been factored into the TocMail forecasted revenue stream in assuming no net growth in licensed seats. Revenue is based on Microsoft seats. Microsoft has historically reported steady growth in both the number of Office 365 seats and the number of users of ATP has steadily grown over the past five years. By projecting no net growth, I have factored risk into the revenue stream. To add this factor to the discount rate would be double counting the risk.

Expert Report of Marcie D. Bour
October 1, 2020

107.   Expenses have increased based on forecasted CPI increases by the Federal Reserve. There is a risk that these forecasts may not be reflective of actual inflation in the future. I have looked to the WACC and the debt rates as an indication of how the market perceive future inflation. These rates incorporate the market's expectation of future economic conditions and do not indicate that the Federal Reserve's forecast is any different than the market expectations.

108.   I started with Microsoft's WACC rate of 5.5% as a basis for the discount rate. Taking into consideration that the Office 365 / Microsoft 365 and related products using ATP are only a portion of Microsoft's product offering, I have increased the rate to 7.5% as a reasonable estimate of the additional risk because of the diversification of Microsoft as a whole.

109.   I have used a discount rate of 7.5% to calculate the present value of future lost profits. (See Exhibit 4 for the present value calculation.)

110.   Based on this calculation, the total damages for lost profits are:

| Past Damages | | | $ | 891,498,823 |
|---|---|---|---|---|
| Present Value of Future Lost Profits | | | | 14,412,560,513 |
| **Total Lost Profits Damages** | | | **$** | **15,304,059,336** |

## COMPENSATION FOR STUDY AND TESTIMONY

111.   Yip Associates will be compensated based on the various services rendered and the level of skill and responsibility required. The rates for our service are between $195 and $500 per hour, plus out-of-pocket expenses that may be incurred in connection with this matter. My hourly billing rate is $495. My compensation is not contingent on the outcome of this litigation.

112.   Whereas to the extent that discovery in this case is still ongoing, documents or other information may be produced subsequent to this report. The contents of such subsequent

Expert Report of Marcie D. Bour
October 1, 2020

discovery may warrant modification of the opinions expressed herein. However, I reserve

the right to review the information and opinions included in this report including schedules

and/or to further supplement this report upon receipt of any additional information or

discovery.

Respectfully Submitted,

Marcie D. Bour, CPA/ABV, CVA, CFE, MAFF, ABAR, CDBV
Yip Associates
October 1, 2020

Expert Report of Marcie D. Bour
October 1, 2020

# EXHIBIT 1: SOURCES OF INFORMATION

Expert Report of Marcie D. Bour
October 1, 2020

**Sources of Information**

I have considered or relied upon the following sources of information as well as those sources cited throughout my report, as the information may be relevant.

Pleadings

- Complaint filed February 26, 2020 in matter of TocMail, Inc. v. Microsoft Corporation, with Exhibits

- Plaintiff's Second Request for Production of Documents and Things to Defendant, Microsoft Corporation

- Defendant Microsoft Corporation's Response to Second Request for Production by Plaintiff TocMail, Inc.

- Defendant Microsoft Corporation's Response to Fourth Request for Production by Plaintiff TocMail, Inc.

Documents (Confidential – Counsel Only)

- Microsoft Product Breakdown Report for each of months ended July 31, 2016 through June 30, 2020, and each of the fiscal years ended June 30, 2016 through June 30, 2020 [Bates Nos. MSFT_TOC00000003  - MSFT_TOC00001066]

-  MSFT Management PnL [1] for each of months ended January 31, 2016 through December 31, 2016 [Bates Nos. MSFT_TOC00000019  - MSFT_TOC00000234]

- O365/M365 Commercial Products that include OATP U.S. Assigned Units, pivot table, June 30, 2020 [Bates No.  MSFT_TOC00001067]

- O365/M365 Products that include OATP and/or Safe Links US Adjusted Revenue and U.S. Assigned Units for Surface Products, pivot tables, June 30, 2020 [Bates No. MSFT_TOC00001070]

Expert Report of Marcie D. Bour
October 1, 2020

- M365 Consumer Products that Include Safe Links, U.S. License Summary [Bates No. MSFT_TOC0001072]

- Outlook Premium U.S. Adjusted Revenue & License pivot table, January 2015 – June 2020 [Bates No. MSFT_TOC00001073]

- Footnotes to TocMail Revenue and Unit Pivots (MSFT_TOC00000001-2)

<u>Documents from Other Sources</u>

- Form 10-Ks for Microsoft Corporation as filed with the Securities and Exchange Commission for each of the fiscal years ending June 30, 2015 through June 30, 2020

- Microsoft Annual Reports for each of the fiscal years ending June 30, 2015 through June 30, 2020

- https://www.microsoft.com

- http://news.microsoft.com/2011/06/28/microsoft-launches-office-365-globally

- Mary Jo Foley for All About Microsoft, May 16, 2018, "What is Microsoft 365? Microsoft's most important subscription bundle, explained," https://www.zdnet.com/article/what-is-microsoft-365-microsofts-most-important-subscription-bundle-explained/.

- https://docs.microsoft.com/en-us/office365/servicedescriptions/office-365-advanced-threat-protection-service-description

- United States Patent No. 10,574,628, http://patft.uspto.gov/

- https://docs.microsoft.com/en-us/microsoft-365/security/office-365-security/office-365-atp?view=o365-worldwide

Expert Report of Marcie D. Bour
October 1, 2020

- https://emtunc.org/blog/03/2017/bypassing-safe-links-exchange-online-advanced-threat-protection/

- https://www.cryptron.ch/en/security-analysis-of-microsoft-office-365-advanced-threat-protection-atp/

- Rhino Security Labs, February 2019, https://rhinosecuritylabs.com/social-engineering/bypassing-email-security-url-scanning/;

- https://www.myfloridacfo.com/Division/AA/LocalGovernments/Current.htm

- Mary Jo Foley for All about Microsoft, May 16, 2018, "What is Microsoft 365? Microsoft's most important subscription bundle, explained," https://www.zdnet.com/article/what-is-microsoft-365-microsofts-most-important-subscription-bundle-explained/.

- 115 U.S.C. § 1117(a).

- https://docs.microsoft.com/en-us/office365/servicedescriptions/office-365-advanced-threat-protection-service-description.

- https://docs.microsoft.com/en-us/microsoft-365/security/office-365-security/how-atp-safe-links-works?view=o365-worldwide#how-atp-safe-links-works-with-urls-in-office-documents.

- https://support.microsoft.com/en-us/office/advanced-outlook-com-security-for-office-365-subscribers-882d2243-eab9-4545-a58a-b36fee4a46e2

- https://www.minneapolisfed.org/about-us/monetary-policy/inflation-calculator/consumer-price-index-1913-

- Information from Michael Woods provided during telephonic meetings and including the following documents:

  - Customer Support Assumptions

Expert Report of Marcie D. Bour
October 1, 2020

- o Round Cube Assumptions

- o Form Factor Assumptions

- o Lost Profit Assumptions

- Livingston Survey, June 2020

- Federal Reserve Board including http://federalreserve.gov/releases/h15/ and

- http://myfloridacfo.com/division/aa/localgovernments.current.htm

- New Release, Bureau of Labor Statistics, Employer Costs for Employee Compensation, June 2020, released September 17, 2020

- http://digitalocean.com

- Rajab, Moheeb Abu, et al., Trends in Circumventing Web-Malware Detection, Google Technical Report rajab-2011a, July 2011

- https://www.interlink.com/blog/entry/addressing-confusion-around-microsoft-s-3-advanced-threat-protection-solutions

Professional Standards

- AICPA Code of Professional Conduct, Section 1.300.010.02

- AICPA Statement on Standards for Forensic Services

- NACVA Professional Standards.

- Roman L. Weil, et al., *Litigation Services Handbook, The Role of the Financial Expert,* Sixth Edition, John Wiley & Sons, 2017

Expert Report of Marcie D. Bour
October 1, 2020

# EXHIBIT 2: QUALIFICATIONS

Expert Report of Marcie D. Bour
October 1, 2020

## MARCIE D. BOUR, CPA

| | |
|---|---|
| Education | B.B.A., Major in Accounting, with Distinction, Emory University (1984) |
| Professional History | Yip Associates, Partner, Forensic Accounting and Litigation Services (April 2015-) |
| | Marcie D. Bour, CPA, P.A./Florida Business Valuation Group, Forensic Accounting and Litigation Consulting Services, President (March 2003-2018) |
| | Valuation & Forensic Partners, LLC, Managing Director (2013-2014) |
| | Fiske & Company, Certified Public Accountants, Director Litigation Consulting Services (October 1999 - February 2003) |
| | Pinchasik, Strongin, Muskat, Stein & Co., Senior Manager (October 1998 - October 1999) |
| | Marcie D. Bour, CPA, Self Employed Litigation Consultant (May 1998 - October 1998) |
| | Kapila & Company, Manager (January 1998 - May 1998) |
| | Rachlin, Cohen & Holtz, Certified Public Accountants, Manager, Litigation Consulting and Business Valuation (October 1995 - January 1998) |
| | Bour & Yaverbaum, P.C. Certified Public Accountants, Pennsylvania, President and Managing Shareholder (May 1990 - August 1995) |
| | Felty & Company, Certified Public Accountants, Pennsylvania, Director of Taxes (September 1986 to May 1990) |
| | Laventhol & Horwath, Pennsylvania, Tax Specialist (July 1984 - September 1986) |
| Licenses & Accreditations | Certified Public Accountant, Florida (Pennsylvania, inactive) |
| | Accredited in Business Valuation |
| | Accredited in Business Appraisal Review |
| | Business Valuator Accredited for Litigation (credential retired 2012) |
| | Certification in Distressed Business Valuation |
| | Certified Valuation Analyst |
| | Certified Fraud Examiner |
| | Master Analyst in Financial Forensics (formerly Certified Forensic Financial Analyst) |
| | Qualified Arbitrator, Florida |

Expert Report of Marcie D. Bour
October 1, 2020

|  | Licensed Real Estate Broker, Florida (1983-1991) |
|---|---|
| Professional Affiliations | Member, American Institute of Certified Public Accountants (AICPA): Forensic and Valuation Section |
|  | Member, Florida Institute of Certified Public Accountants (FICPA): Valuation, Forensic Accounting and Litigation Services (VFALS) Section Resource Council (2006-2013); Chair VFALS Section Steering Committee (2013-2014); Chair 2012 VFALS Conference Planning Committee |
|  | Member, FICPA North Dade South Broward Chapter: Board of Directors (2002-2005, 2009 -2017); President (2008-2009): President Elect (2007-2008); Treasurer (2005-2007); CPE Chair (2005) |
|  | Affiliate Member, American Bar Association: Business Law Section |
|  | Affiliate Member, Florida Bar: Business Law Section |
|  | Member, National Association of Certified Valuators and Analysts (NACVA): Executive Advisory Board (2008); Litigation Forensics Board Member (2006-2008);  Chair, Litigation Track of 2005 Annual Conference;  Co-Chair, Litigation Track of 2006 Annual Conference; Co-Chair Advanced Business Valuation Track of 2007 Annual Conference; Consultants' Training Institute, Instructor "Calculating Business Damages"; Team Leader and Instructor, "Loss of Business Income Claims Workshop" |
|  | Member, Association of Certified Fraud Examiners |
|  | Member, Institute of Business Appraisers (2002-2012): Board of Governors (2008-2011, Chair 2011-2012); 2010 Annual Symposium Chair; 2011 Volunteer of the Year Award |
|  | Member, 17th Judicial District of Florida Grievance Committee (1998-2001, 2004-2007, 2010-2013) |
|  | Member, Florida Bar Unlicensed Practice of Law Committee (2001-2004, 2016-2018); Florida Bar Unlicensed Practice of Law Standing Committee (2019-) |
|  | Member (through 2017) American Woman's Society of Certified Public Accountants (AWSCPA): South Florida Affiliate Board Member (2006-2013; 2015-2017); South Florida Affiliate President (2014-2015); South Florida Affiliate President Elect (2013-2014); 2013 AWSCPA National Public Service Award |
| Range of Experience | Extensive experience performing litigation consulting in areas of valuation, proof of damages, proof of lost profits, forensic accounting, asset tracing and fraud examination.  Assistance with discovery, site and document inspections, document management, research, strategy, deposition and trial preparation.  Expert deposition or trial testimony in |

Expert Report of Marcie D. Bour
October 1, 2020

Federal and State Courts regarding shareholder disputes, damages, alter ego, insolvency and usury.

Trademark licensure and patent infringement issues including valuation, lost profits, and reasonable royalty rates.   Litigation consulting regarding franchise relationships in areas of damages related to breach of contract, proof of lost profits and causation.

Consulting with regard to various employment issues including lost wages/earnings, lost profits, lost benefits, and mitigation in discrimination, wrongful death, personal injury, and wrongful termination.

Business valuations prepared for various purposes involving a wide variety of industries including: healthcare, retail, professional services, marketing, insurance, real estate, marine, Internet-based, technology, travel, trucking, packaging, light manufacturing, auto dealerships, and wholesale/distribution.  Also valuations for undivided interests in real estate.

Litigation consulting regarding divorce cases including discovery, forensic accounting with regard to hidden assets, fraud, valuation, equitable distribution and other economic considerations.

| | |
|---|---|
| Publications and Speaking Engagements | *Insolvency Analysis in Bankruptcy,* Southern Palm Beach County Bar, May 21, 2019. |

*A New Look at an Old Question:  are pass through entities worth more than C corporations?,* Southeast Chapter of Business Appraisers Annual Conference, Atlanta, GA (February 2018)

*Industry and Company Research for the Risk Assessment Process,* FICPA Accounting & Business Show, Ft. Lauderdale, FL (September 2017)

*Back to School: Lessons in industry and company research for the risk assessment process*, South Florida Affiliate of American Women's Society of CPAs, Davie, FL (June 2017)

Coauthor, <u>Financial Valuation Applications and Models, Fourth Edition</u>, Wiley, 2017

*Misadventures in Accounting:  A forensic accounting perspective*, FICPA University of Florida Accounting Conference, Gainesville, FL (November 2016); FICPA Mega Conference, Orlando, FL (June 2016); Southeast Chapter of Business Appraisers, Annual Conference, Atlanta, GA (September 2015); FICPA North Dade South Broward Chapter, Fort Lauderdale, FL (February 2015); FICPA South Dade Chapter, Miami, FL (February 2015)

Expert Report of Marcie D. Bour
October 1, 2020

*Expert Panel: Common Mistakes in Business Valuation,* Southeast Chapter of Business Appraisers, Annual Conference, Atlanta, GA (September 2015)

*Cost of Capital: A Case Study Approach,* NACVA Florida Conference, Coral Springs, FL (December 2014)

*Crossing the Bridge between Valuation and Litigation: How Valuation changes when the intended use is litigation,* Southeast Chapter of Business Appraisers, Annual Conference, Atlanta, GA (September 2014)

*What Business Appraisers Need to know about Litigation: A Non-Lawyer Expert's Viewpoint*, American Business Appraisers, Annual Conference, San Francisco, CA (April 2014)

*Business Interruptions:  A primer to policy provisions and loss claims*, NACVA and the CTI, 2013 Annual Consultants' Conference Washington, DC (June 2013)

*Benchmarking Data: Do you know enough about the data?* Tennessee Society of CPAs, Southeast Forensic & Valuation Service Conference, Nashville, TN (October 2013); FICPA Valuation Forensic Accounting and Litigation Services Conference, Fort Lauderdale, FL (January 2013); Southeast Chapter of Institute of Business Appraisers, Annual Conference, Atlanta, GA (September 2012)

"Do Business Valuations and Lost Profits Methodologies Produce the Same Damage Results?" *Dunn on Damages*: *The Economic Damages Report for Litigators and Experts*, Issue 5, Winter, 2011

*Application of the Transaction Method*, AICPA Business Valuation Conference, Las Vegas, NV (November 2011)

*Using the Direct Market Data Method*, Institute of Business Appraisers/NACVA, Southeast Chapter Conference, Atlanta, GA (September 2011)

*Calculations of Damages for Litigation*, FICPA Accounting Show, Fort Lauderdale, FL (September 2011)

*Ibbotson and Duff & Phelps:  You can't just mix and match,* NACVA, 2011 Annual Consultants' Conference, San Diego, CA (June 2011)

Coauthor, Financial Valuation Applications and Models, Third Edition, Wiley, 2011

*Transaction Databases Update: Pratt's Stats®, BIZCOMPS® and the IBA*, VPS STRAIGHTtalk Series Webinar (May 2011)

*Cost of Capital*, Institute of Business Appraisers, Southeast Regional Conference, Atlanta, GA (October 2010)

Expert Report of Marcie D. Bour
October 1, 2020

*Publish blog at http://www.bizvalblog.com*

*Calculation of Economic Losses Due to Catastrophic Events*, NACVA, Webinar Moderator (July 2010)

*Loss Claims Resulting from the Deepwater Horizon Oil Spill and the BV Claims Process*, NACVA, Webinar Moderator (July 2010)

"Liability Insurance: Covering business interruptions when they happen," *AccountingWeb.com,* November 2009

"What Every CPA Should Know About Business Valuation: Part Two, Fundamentals and Form," *AWSCPA National News*, October 2008

*S Corporations: Are they worth more than C Corporations?*, Institute of Business Appraisers, Southeast Chapter Conference, Atlanta, GA, (September 2008)

"What Every CPA Should Know About Business Valuation: Part One, Fundamentals and Form," *AWSCPA National News*, February 2008

*What Every Accountant Should Know About Business Valuation*, AWSCPA/ASWA Joint Conference, Orlando, FL (October 2007)

"Business Valuation in Litigation: Where NOT to Cut Corners," *National Litigation Consultants' Review*, Volume. 7, Issue 1, June 2007

*The Relevance of Revenue Ruling 59-60 to Business Valuations Today:* FICPA Florida Accounting & Business Expo™, Orlando, FL (May 2007); FICPA's 22nd Annual Accounting Show, Fort Lauderdale, FL (Sept 2007)

*Valuation Issues for Professional Practices,* FICPA North Dade South Broward Chapter, Fort Lauderdale, FL (January 2007)

*Business Valuation v. Lost Profits: Reconciling the Inherent Differences in Methodologies for Measuring Damages,* NACVA, Thirteenth Annual Consultants' Conference, San Francisco, CA (June 2006)

"Valuation Issues in E-Business," co-author, paper presented at the Society for Advancement of Management, 2006 International Business Conference, Orlando, FL (April 2006)

*Exposure Draft – Proposed Statement on Standards for Valuation Services: the Impact on CPAs*, FICPA North Dade South Broward Chapter, Hollywood, FL (July 2005); AWSCPA South Florida Affiliate, Fort Lauderdale, FL (February 2006)

*Calculation of Lost Profits Damages: Methods, Deductible Costs and Other Key Issues*, NACVA, Twelfth Annual Consultants' Conference, Philadelphia, PA (June 2005)

Expert Report of Marcie D. Bour
October 1, 2020

*Comparison of Economic Damages and Business Valuation Methodologies,* Webinar Presented by Shannon Pratt and Business Valuation Resources, Speaker (February 2005)

*Business and Commercial Damages: Lost Profits,* Institute of Business Appraisers, Southeast Chapter Conference, Atlanta, GA (September 2004)

*Business and Commercial Damages*, Florida Atlantic University, Forensic Accounting Conference, Fort Lauderdale, FL (June 2004)

Instructor, Master Class, *Business & Commercial Damages,* Institute of Business Appraisers, Annual Conference, Orlando, FL (June 2003)

Regularly speaks on topics including commercial damages, lost profits methodology, valuation methodology, and standards for professional groups and associations.

Updated July 2019

Expert Report of Marcie D. Bour
October 1, 2020

# EXHIBIT 3: TESTIMONY LOG

Expert Report of Marcie D. Bour
October 1, 2020

## Marcie D. Bour, CPA/ABV, CVA, CFE, MAFF, ABAR, CDBV
### Testimony Log - Prior Four Years

| Date of Testimony | Case Style | Case No. | Jurisdiction | Attorney | Plaintiff/ Defendant | Type of Testimony |
|---|---|---|---|---|---|---|
| August 2016 | William J. Hebding, Individually and as Trustee of The Pamela M. Hebding Trust A-1; Triad Services, Inc. v. Cecilia Kresty, Daniel Kresty, Skill-Metric Machine and Tool, Inc. | Case No.: 502016CA001438XXXX XMBAD | 15th Judicial Circuit, Palm Beach County, Florida | Scott G. Hawkins, Esq., Jones Foster P. A. | Plaintiff | Deposition |
| September 2016 | In Re: The Marriage of James L. Fleming and Dorothea C. Fleming v. James L. Fleming and Tropic Traditions, Inc. | Case No.: 01-2015-DR-3543 | 8th Judicial Circuit, Alachua County, Florida | Justin Jacobson, Esq., Knellinger, Jacobson & Associates | Wife/ Respondent | Trial |
| December 2016 | Top Secret Nutrition LLC v. FHG Corporation d/b/a Capstone Nutrition f/k/a Integrity Nutraceuticals | | Arbitration | Jesse Bernheim, Esq., Bernheim Dolinsky Kelley, LLC | Plaintiff | Arbitration Proceedings |
| January 2017 | William J. Hebding, Individually and as Trustee of The Pamela M. Hebding Trust A-1; Triad Services, Inc. v. Cecilia Kresty, Daniel Kresty, Skill-Metric Machine and Tool, Inc. | Case No.: 502016CA001438XXXX XMBAD | 15th Judicial Circuit, Palm Beach County, Florida | Scott G. Hawkins, Esq., Jones Foster P. A. | Plaintiff | Deposition |
| March 2017, April 2017 | Dreamhouse Entertainment, LLC and Latele Novela Network, LLC v. Olympusat, Inc. | Case No.: 12-16082 CA 30 | 11th Judicial Circuit, Miami-Dade County, Florida | Robert Einhorn, Esq., Zarco Einhorn Sa lkowski Brito PA | Defendant | Depositions |
| October 2017 | Daniel R. Smith & Associates v. Al Eldredge, et al. | Case No.: 50201CA016887XXX XMB | 15th Judicial Circuit, Palm Beach County, Florida | Gerald F. Richman, Esq., Richman Greer | Plaintiff | Trial |
| May 2018 | Preserve Grove Isle, LLC and Grove Isle Associates, Inc. vs. Grove Isle Yacht & Tennis Club, LLC, Grove Isle Club, Inc., and Grove Isle Associates, LLLP | Case No.: 15-0091 06CA04 (Limited Consolidation with Case No. 17-007277 CA 04) | 11th Judicial Circuit, Miami-Dade County, Florida | John Shubin, Esq., Shubin & Bass, P.A. | Defendant | Deposition |
| July 2018 | Express Logistics, LLC and Express Carriers LLC v. General Electric Company, Thomas Kirschner and Frank Kirschner | Case No. 2014 CA 002358 | 15th Judicial Circuit, Palm Beach County, Florida | James Beasley, Esq., Beasley & Galardi, P.A. and Donald Fountain, Esq., Clark, Fountain, La Vista, Prather, Keen & Littky-Rubin | Plaintiff | Deposition |

Expert Report of Marcie D. Bour
October 1, 2020

## Marcie D. Bour, CPA/ABV, CVA, CFE, MAFF, ABAR, CDBV
### Testimony Log - Prior Four Years

| Date of Testimony | Case Style | Case No. | Jurisdiction | Attorney | Plaintiff/ Defendant | Type of Testimony |
|---|---|---|---|---|---|---|
| August 2018 | Maria Yip, as Trustee of Providence Financial Investments, Inc. and Providence Fixed Income Fund, LLC v. Wilton Perez and Financial Assurance Group, Inc. | Case No. 16-20516-AJC; Case No. 16-20517-AJC | United States Bankruptcy Court, Southern District of Florida, Miami Division | Bryan West, Esq., Akerman LLP | Plaintiff | Trial |
| September 2018 | Maria Yip, as Trustee of Providence Financial Investments, Inc. and Providence Fixed Income Fund, LLC v. Maxwell Ortiz Vega and Elinte Max Consulting PSC | Case No. 16-20516-AJC; Case No. 16-20517-AJC | United States Bankruptcy Court, Southern District of Florida, Miami Division | Bryan West, Esq., Akerman LLP | Plaintiff | Trial |
| November 2018 | In re: 160 Royal Palm, LLC, Debtor | Case No. 18-19441-BKC-EPK | United States Bankruptcy Court, Southern District of Florida, West Palm Beach Division | Philip J. Landau, Esq., Shraiberg, Landau, & Page P.A. | Debtor | Deposition |
| December 2018 | In re: 160 Royal Palm, LLC, Debtor | Case No. 18-19441-BKC-EPK | United States Bankruptcy Court, Southern District of Florida, West Palm Beach Division | Philip J. Landau, Esq., Shraiberg, Landau, & Page P.A. | Debtor | Evidentiary Hearing |
| January 2019, February 2019 | In re: 160 Royal Palm, LLC, Debtor | Case No. 18-19441-BKC-EPK | United States Bankruptcy Court, Southern District of Florida, West Palm Beach Division | Philip J. Landau, Esq., Shraiberg, Landau, & Page P.A. | Debtor | Trial |
| March 2019 | Comfort Cove RE LLC and BSV International Holdings LLC v. Climatic Conditioning Company, Inc., et al. | Case No. 2017 CA 002534 AX | Twelfth Judicial Circuit, Manatee County, Florida | Carlos E. Sardi, Esq., Sardi Law PLLC | Plaintiff | Deposition |
| April 2019 | Eduardo and Carmen Amorin, et al, individually and on behalf of all others similarly situated, v. Taishan Gypsum Co., Ltd., f/k/a/ Shandong Taihe Dongxin Co., Ltd.; Taian Taishan Plasterboard Co., Ltd, et al. | Case No. 1:11-CV-22408-MGC | United States District Court, Southern District of Florida | Bernard Taylor, Sr. Esq., Alston & Bird LLP | Defendant | Deposition |
| June 2019 | Mayfield Condominium Association, Inc. v. AG-M Miami Hotel Owner, LLC; Mast Capital, Inc.; and Holborn LLC. | Case No. 2018-017095-CA-44 | 11th Judicial Circuit, Miami-Dade County, Florida | Jason Alderman, Esq., The Alderman Law Firm | Plaintiff | Deposition |

Expert Report of Marcie D. Bour
October 1, 2020

| | Marcie D. Bour, CPA/ABV, CVA, CFE, MAFF, ABAR, CDBV | | | | |
|---|---|---|---|---|---|
| | Testimony Log - Prior Four Years | | | | |
| **Date of Testimony** | **Case Style** | **Case No.** | **Jurisdiction** | **Attorney** | **Plaintiff/ Defendant** | **Type of Testimony** |
| July 2019 | Javier Ardura v. Moris Beracha, an individual, Fernando Fiksman, Luis Otero, Fastel S.A. DE C.V., and Cel Consumer Electronics Logistics, S.A. DE C.V | Case No. 10-018316 CA | 11th Judicial Circuit, Miami-Dade County, Florida | Alberto Martin, General Counsel of Celistics Holdings; Francisco Rodriguez and Sandra Millor, Akerman LLP | Defendant | Deposition |
| September 2019 | Comfort Cove RE LLC and BSV International Holdings LLC v. Climatic Conditioning Company, Inc., et al. | Case No. 2017 CA 002534 AX | Twelfth Judicial Circuit, Manatee County, Florida | Carlos E. Sardi, Esq., Sardi Law PLLC | Plaintiff | Deposition |
| November 2019 | Schmitz Development Company, John W. Schmitz, individually and as Director of Schmitz Development Company, and John and Lucila Schmitz in Joint Trust with Right of Survivorship in their capacity as shareholders of Schmitz Development Company vs. Dorothy Joan Schmitz, individually and as the Executrix of the Estate of Thomas Schmitz and in capacity as Trustee of the Thomas Schmitz Family Trust, Cheryl Schmitz, individually and as Co-Trustee of the Michael D. Schmitz GST Non-Exempt Marital Trust Dated 1/1/2000, and The Northern Trust Company, as Co-Trustee of the Michael D. Schmitz GST Non-Exempt Marital Trust Dated 1/1/2000 | Case No. 2018-000931 CA 01 (44) | Eleventh Judicial Circuit, Miami-Dade County, Florida | Alejandro Brito, Esq., Zarco Einhorn Salkowski Couter Brito PA | Plaintiffs-Defendants | Deposition |

Expert Report of Marcie D. Bour
October 1, 2020

## Marcie D. Bour, CPA/ABV, CVA, CFE, MAFF, ABAR, CDBV
### Testimony Log - Prior Four Years

| Date of Testimony | Case Style | Case No. | Jurisdiction | Attorney | Plaintiff/ Defendant | Type of Testimony |
|---|---|---|---|---|---|---|
| February 2020 | Schmitz Development Company, John W. Schmitz, individually and as Director of Schmitz Development Company, and John and Lucila Schmitz in Joint Trust with Right of Survivorship in their capacity as shareholders of Schmitz Development Company vs. Dorothy Joan Schmitz, individually and as the Executrix of the Estate of Thomas Schmitz and in capacity as Trustee of the Thomas Schmitz Family Trust, Cheryl Schmitz, individually and as Co-Trustee of the Michael D. Schmitz GST Non-Exempt Marital Trust Dated 1/1/2000, and The Northern Trust Company, as Co-Trustee of the Michael D. Schmitz GST Non-Exempt Marital Trust Dated 1/1/2000 | Case No. 2018-000931 CA 01 (44) | Eleventh Judicial Circuit, Miami-Dade County, Florida | Alejandro Brito, Esq., Zarco Einhorn Salkowski Brito PA | Plaintiffs-Counter Defendants | Trial |
| June 2020 | ConSeal International Incorporated vs. Neogen Corporation | Case No. 19-cv-61242-BLOOM/Valle | United States District Court, Southern District of Florida | Joshua Martin, Johnson & Martin, P.A. | Plaintiff | Deposition |

*updated 07/02/2020*

Expert Report of Marcie D. Bour
October 1, 2020

# EXHIBIT 4: LOST PROFITS CALCUALTION

Expert Report of Marcie D. Bour
October 1, 2020

TecMail Inc. v. Microsoft Corporation
Lost Profits Calculation

| | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 |
|---|---|---|---|---|---|---|---|---|---|
| Lost Revenue for Consumer Seats | $    - | $ 303,214,872 | 395,413,139 | 399,328,121 | $ 403,321,402 | $ 407,354,616 | $ 411,428,162 | 415,542,444 | $ 419,697,868 |
| Lost Revenue for Commercial Seats | - | 892,504,997 | 1,176,475,229 | 1,188,123,498 | 1,199,771,768 | 1,211,420,037 | 1,223,068,307 | 1,234,716,577 | 1,246,364,846 |
| **Lost Revenue** | **-** | **1,195,719,869** | **1,571,888,368** | **1,587,451,619** | **1,603,093,170** | **1,618,774,653** | **1,634,496,469** | **1,650,259,020** | **1,666,062,714** |
| Cost of Sales - Server Related Costs | 6,750 | 17,450,290 | 22,989,410 | 23,458,541 | 23,927,722 | 24,396,903 | 24,866,134 | 25,382,178 | 25,898,271 |
| **Gross Profit** | **(6,750)** | **1,178,269,579** | **1,548,898,957** | **1,563,993,078** | **1,579,165,448** | **1,594,377,751** | **1,609,630,335** | **1,624,876,843** | **1,640,164,443** |
| Customer Support Compensation Cost | 128,333 | 775,833 | 928,200 | 946,764 | 965,699 | 985,013 | 1,004,714 | 1,024,808 | 1,045,304 |
| In-House IT Compensation Cost | 175,000 | 1,050,000 | 1,071,000 | 1,092,420 | 1,114,268 | 1,136,554 | 1,159,285 | 1,182,471 | 1,206,120 |
| Administrative Compensation | 264,833 | 1,589,000 | 1,620,780 | 1,653,196 | 1,686,260 | 1,719,985 | 1,754,384 | 1,789,472 | 1,825,262 |
| Administrative Expenses | 2,218,400 | 28,656,539 | 21,529,134 | 21,647,273 | 21,675,305 | 21,750,590 | 21,875,960 | 21,905,708 | 21,985,601 |
| **Total Expenses** | **2,786,567** | **32,071,373** | **25,149,114** | **25,339,653** | **25,441,532** | **25,592,142** | **25,794,343** | **25,902,458** | **26,062,287** |
| **Lost Profits** | **$ (2,793,317)** | **$ 1,146,198,206** | **$ 1,523,749,843** | **$ 1,538,653,425** | **$ 1,553,723,916** | **$ 1,568,785,609** | **$ 1,583,835,992** | **$ 1,598,974,384** | **$ 1,614,102,156** |
| **Past Damages** | **$ (2,793,317)** | **$ 893,893,590** | | | | | | | |
| **Future Damages (before discounting to present value)** | | **$ 252,304,617** | **$ 1,523,749,843** | **$ 1,538,653,425** | **$ 1,553,723,916** | **$ 1,568,785,609** | **$ 1,583,835,992** | **$ 1,598,974,384** | **$ 1,614,102,156** |
| Number of Periods (mid-period convention) | | 0.08 | 0.67 | 1.67 | 2.67 | 3.67 | 4.67 | 5.67 | 6.67 |
| Present Value Factor [1/(1+rate)^nperiods] | | 0.9940 | 0.9529 | 0.8864 | 0.8246 | 0.7671 | 0.7136 | 0.6638 | 0.6175 |
| **Present Value of Future Lost Profits** | | **$ 250,788,620** | **$ 1,452,027,020** | **$ 1,363,934,038** | **$ 1,281,202,998** | **$ 1,203,370,131** | **$ 1,130,153,345** | **$ 1,061,353,873** | **$ 996,646,753** |

Expert Report of Marcie D. Bour
October 1, 2020

| | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | Total |
|---|---|---|---|---|---|---|---|---|---|
| ToeMail Inc. v. Microsoft Corporation | | | | | | | | | |
| Lost Profits Calculation | | | | | | | | | |
| Lost Revenue for Consumer Seats | $ 423,894,847 | $ 428,133,795 | 432,415,133 | 436,739,284 | 441,106,677 | 445,517,744 | $ 449,972,922 | $ 158,131,580 | |
| Lost Revenue for Commercial Seats | 1,258,013,116 | 1,269,661,385 | 1,281,309,655 | 1,292,957,924 | 1,304,606,194 | 1,316,254,464 | 1,327,902,733 | 466,090,349 | |
| Lost Revenue | 1,681,907,962 | 1,697,795,180 | 1,713,724,788 | 1,729,697,209 | 1,745,712,871 | 1,761,772,208 | 1,777,875,655 | 624,221,929 | |
| Cost of Sales - Server Related Costs | 26,414,365 | 26,930,459 | 27,446,604 | 28,009,560 | 28,572,567 | 29,135,574 | 29,698,632 | 10,531,490 | |
| Gross Profit | 1,655,493,597 | 1,670,864,721 | 1,686,278,184 | 1,701,687,649 | 1,717,140,304 | 1,732,636,633 | 1,748,177,023 | 613,690,439 | |
| Customer Support Compensation Cost | 1,066,210 | 1,087,534 | 1,109,285 | 1,131,471 | 1,154,100 | 1,177,182 | 1,200,726 | 426,142 | |
| In-House IT Compensation Cost | 1,230,242 | 1,254,847 | 1,279,944 | 1,305,543 | 1,331,654 | 1,358,287 | 1,385,453 | 491,703 | |
| Administrative Compensation | 1,861,767 | 1,899,002 | 1,936,982 | 1,975,722 | 2,015,236 | 2,055,541 | 2,096,652 | 744,110 | |
| Administrative Expenses | 22,118,645 | 22,150,213 | 22,234,997 | 22,376,184 | 22,409,685 | 22,499,657 | 22,649,487 | 21,503,464 | |
| Total Expenses | 26,276,864 | 26,391,597 | 26,561,208 | 26,788,920 | 26,910,675 | 27,090,667 | 27,332,317 | 23,165,420 | |
| Lost Profits | $ 1,629,216,733 | $ 1,644,473,124 | $ 1,659,716,976 | $ 1,674,898,729 | $ 1,690,229,629 | $ 1,705,545,966 | $ 1,720,844,706 | $ 590,525,019 | $ 24,440,681,098 |
| Past Damages | | | | | | | | | $ 891,100,273 |
| Future Damages (before discounting to present value) | $ 1,629,216,733 | $ 1,644,473,124 | $ 1,659,716,976 | $ 1,674,898,729 | $ 1,690,229,629 | $ 1,705,545,966 | $ 1,720,844,706 | $ 590,525,019 | |
| Number of Periods (mid-period convention) | 7.67 | 8.67 | 9.67 | 10.67 | 11.67 | 12.67 | 13.67 | 14.34 | |
| Present Value Factor [1/(1+rate)^nperiods] | 0.5744 | 0.5343 | 0.4970 | 0.4624 | 0.4301 | 0.4001 | 0.3722 | 0.3545 | |
| Present Value of Future Lost Profits | $ 935,794,818 | $ 878,658,450 | $ 824,933,389 | $ 774,399,269 | $ 726,965,210 | $ 682,374,645 | $ 640,460,970 | $ 209,324,878 | $ 14,412,388,404 |
| TOTAL LOST PROFITS DAMAGES | | | | | | | | | $ 15,303,488,677 |