# Exhibit 28

CONFIDENTIAL & ATTORNEYS EYES ONLY

Page 1

```
 1           UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF FLORIDA
 2        CASE NO.: 20-60416-CIV-CANNON/HUNT
 3   TOCMAIL INC.,
     a Florida corporation,
 4
         Plaintiff,
 5
     vs.
 6
     MICROSOFT CORPORATION,
 7   a Washington corporation,
 8       Defendant.
     _____/
 9
10       VIDEO CONFERENCE VIDEOTAPE DEPOSITION OF
11                   BRIAN M. WILCOX
12       ***CONFIDENTIAL & ATTORNEYS EYES ONLY***
13
14
      DATE TAKEN:   Thursday, March 25, 2021
15
      TIME:         DESIGNATED CONFIDENTIAL:
16                  12:10 p.m. - 02:26 p.m. EDT
17                  DESIGNATED ATTORNEYS EYES ONLY:
                    03:04 p.m. - 06:04 p.m. EDT
18
      PLACE:        Via Video Conference
19
20
21
22    Stenographically Reported Via Video Conference:
23                 Linda S. Blackburn
                Registered Diplomate Reporter
24               Registered Merit Reporter
                 Certified Realtime Reporter
25              Certified Realtime Captioner
```

CONFIDENTIAL & ATTORNEYS EYES ONLY

Page 154

1 ▮▮▮▮▮▮▮▮▮▮
2 ▮▮▮▮▮▮▮▮▮▮
3 ▮▮▮▮▮▮▮▮▮▮
4 ▮▮▮▮▮▮▮▮▮▮
5 ▮▮▮▮▮▮▮▮▮▮
6 ▮▮▮▮▮▮▮▮▮▮
7 ▮▮▮▮▮▮▮▮▮▮
8 ▮▮▮▮▮▮▮▮▮▮
9 ▮▮▮▮▮▮▮▮▮▮
10 ▮▮▮▮▮▮▮▮▮▮
11 ▮▮▮▮▮▮▮▮▮▮
12          MR. MARTIN:  Okay.  Aaron, Aaron, scroll
13     back up.
14     Q.   So that's that last sentence where you
15     say:  The work we're doing with ▮▮▮▮ and
16     ▮▮▮▮▮▮ will permanently solve Sonar
17     geo-evasion and we'd be considered -- I'm sorry --
18     would be considered robust.
19          So what did you mean by that sentence?
20     A.   So if using a ▮▮▮▮▮▮ as the out
21     proxy for Sonar, Sonar would appear as the customer
22     environment.  And in my opinion, or at least my
23     opinion at this time, that would something that
24     would likely fall into the robust bucket as defined
25     by those four concepts earlier in the email.

1    Q.    And why is that?

2    A.    Because by blocking the ▇▇▇▇▇▇▇

3    ▇▇▇▇▇▇▇, you'd also block the customer from

4    being able to access the malicious content.

5    Q.    So can you explain how that would work?

6    A.    So if Sonar and the customer had the same

7    out IP address, then if the attacker blocked Sonar,

8    they would also block the customer in this case

9    because Sonar is going through the customer's

10    environment ▇▇▇▇▇▇.