UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60416-CIV- CANNON/HUNT

TOCMAIL INC., a Florida corporation,

        Plaintiff,

v.

MICROSOFT CORPORATION, a
Washington corporation,

        Defendant.

_____/

**JOINT MOTION TO EXTEND BREIFING SCHEDULING FOR MOTIONS FOR SUMMARY JUDGMENT AND PLAINTIFF'S DAUBERT MOTION**

      Plaintiff, TOCMAIL INC. ("Plaintiff" or "TocMail"), and Defendant, MICROSOFT CORPORATION ("Defendant" or "Microsoft") (collectively the "Parties"), by and through their respective undersigned counsel, hereby jointly and respectfully request the Court to extend the deadline for the Parties to file their Response and Reply memoranda of law to each Parties' respective Motions for Summary Judgment (ECF Nos. 96, 98), as well as respective Statements of Material Facts (ECF Nos. 97, 100), and Defendant's Response and Reply memoranda of law to Plaintiff's *Daubert* Motion to Exclude Defendant's Expert ("Plaintiff's *Daubert* Motion") (ECF No. 99), and in support thereof state as follows:

      1.      On July 9, 2021, Plaintiff filed its Motion Summary Judgment as to Liability against Defendant and Incorporated Memorandum of Law in Support (ECF No. 96), its Statement of Material Facts in Support of Its Motion for Summary Judgment as to Liability (ECF No. 97) and its *Daubert* Motion to Exclude Report, Opinions, and Testimony of Defendant's Expert Keith R. Ugone (ECF No. 99). Additionally, on July 9, 2021, Defendant filed its Motion Summary

Judgment and Incorporated Memorandum of Law in Support (ECF No. 98) and its Statement of Material Facts in Support of Its Motion for Summary Judgment (ECF No. 100). The Parties' responses to the Statements of Material Facts and opposing memoranda of law to the various Motions are currently due on July 23, 2021 and replies in support of the Motions are due on July 30, 2021.

2.   The Parties' Motions for Summary Judgment and Plaintiff's *Daubert* Motion are extensive and include over 125 exhibits concerning technical cybersecurity topics. For the Parties to adequately respond to the various Motions and Statements of Facts, and fully brief the issues for the Court, additional time will be necessary. Thus, the Parties would greatly benefit from extensions on the various deadlines.

3.   Accordingly, the Parties respectfully request that the briefing schedule for the Motions for Summary Judgment and Statements of Material Facts be extended as follows:

- the deadline for the Parties' Responses to the Motions for Summary Judgment and Statements of Material Facts be extended until August 13, 2021 (i.e., a three-week extension);
- the deadline for the Parties' Replies in Support of the Motions for Summary Judgment and Statements of Material Facts be extended until September 3, 2021 (i.e, a two-week extension);

4.   The Parties further respectfully request that the briefing schedule for Plaintiff's *Daubert* Motion be extended as follows:

- the deadline for Defendant's Response to Plaintiff's *Daubert* Motion be extended until August 6, 2021 (i.e., a two-week extension);

- the deadline for Plaintiff's Reply in Support of Its *Daubert* Motion be extended until August 27, 2021 (i.e., a two-week extension).

5. The Parties agree that the relief sought in this Motion will not affect any other deadlines in this action, and this Motion is brought in good faith and not for the purpose of undue delay.

6. The Parties respectfully join in the request for the relief sought in this Motion.

WHEREFORE, Plaintiff, TOCMAIL INC., and Defendant, MICROSOFT CORPORATION, jointly and respectfully request that the Court extend the briefing schedule on pending motions as set forth herein, and for such other and further relief the Court deems just and proper.

Dated: July 14, 2021                                          Respectfully submitted,

By: /s/ Joshua D. Martin
**Joshua D. Martin**
Florida Bar No. 028100
E-Mail: josh.martin@johnsonmartinlaw.com
JOHNSON & MARTIN, P.A.
500 W. Cypress Creek Rd.
Suite 430
Fort Lauderdale, Florida 33309
Telephone: (954) 790-6699
Facsimile: (954) 206-0017
*Counsel for Plaintiff*

By: /s/ Evelyn A. Cobos
**Mary-Olga Lovett** *(admitted pro hac vice)*
E-Mail: lovettm@gtlaw.com
GREENBERG TRAURIG LLC
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 374-3541
Facsimile: (713) 374-3505

And

**Francisco O. Sanchez**
Florida Bar No. 598445
E-Mail: sanchezfo@gtlaw.com
          orizondol@gtlaw.com
**Evelyn A. Cobos**
Florida Bar No. 092310
E-Mail: cobose@gtlaw.com
          FLService@gtlaw.com
GREENBERG TRAURIG, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 14th day of July 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached service list via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   /s/ Joshua D. Martin
        Joshua D. Martin

## SERVICE LIST

*TOCMAIL INC. v. MICROSOFT CORPORATION*
**20-60416-CIV- CANNON/HUNT**

**Joshua D. Martin**
E-Mail: josh.martin@johnsonmartinlaw.com
JOHNSON & MARTIN, P.A.
500 W. Cypress Creek Rd.
Suite 430
Fort Lauderdale, Florida 33309
Telephone: (954) 790-6699
Facsimile: (954) 206-0017

**Mary-Olga Lovett** *(admitted pro hac vice)*
E-Mail: lovettm@gtlaw.com
GREENBERG TRAURIG LLC
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 374-3541
Facsimile: (713) 374-3505

**Francisco O. Sanchez**
E-Mail: sanchezfo@gtlaw.com
       orizondol@gtlaw.com
**Evelyn A. Cobos**
E-Mail: cobose@gtlaw.com
       FLService@gtlaw.com
GREENBERG TRAURIG, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717