**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-60416-CIV- CANNON/HUNT**

TOCMAIL INC., a Florida corporation,

        Plaintiff,

v.

MICROSOFT CORPORATION, a
Washington corporation,

        Defendant.

_____/

### [PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND BRIEFING SCHEDULING FOR MOTIONS FOR SUMMARY JUDGMENT AND PLAINTIFF'S *DAUBERT* MOTION

This matter having come before the Court upon the Parties' Joint Motion to Extend Briefing Scheduling for Motions for Summary Judgment and Plaintiff's *Daubert* Motion ("Joint Motion") (ECF No. __), and the Court having reviewed the Joint Motion and being otherwise fully advised in the premises, it is:

ORDERED AND ADJUDGED that the Parties' Joint Motion is **GRANTED.** The Parties shall adhere to the following revised deadlines:

1. The Parties shall file their Response Memoranda of Law to the Motions for Summary Judgment and Response Statements of Material Facts on or before August 13, 2021.

2. The Parties shall file their Replies in Support of the Motions for Summary Judgment and Reply Statements of Material Facts on or before September 3, 2021.

3. Defendant shall file its Response Memoranda of Law to Plaintiff's *Daubert* Motion on or before August 6, 2021.

4. Plaintiff shall file its Reply in Support of Its *Daubert* Motion on or before August 27, 2021.

5. All other deadlines remain unchanged.

DONE AND ORDERED in Chambers at Fort Pierce, Florida, this ___ day of _____ 2021.

_____

Aileen M. Cannon
United States District Judge

Copies furnished to:
All Counsel of Record