UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60416-CIV- CANNON/HUNT

TOCMAIL INC., a Florida corporation,

        Plaintiff,

v.

MICROSOFT CORPORATION, a
Washington corporation,

        Defendant.
_____/



**PLAINTIFF'S NOTICE OF CONVENTIONALLY FILING EXHIBIT NUMBER 63 TO ITS STATEMENT OF MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AS TO LIABILITY (ECF NO. 97)**

Plaintiff, TOCMAIL INC. ("TocMail" or "Plaintiff"), by and through undersigned counsel, hereby provides notice of conventionally filing exhibit number 63 (video file at 7:00-7:30) to its Statement of Material Facts in Support of Its Motion for Summary Judgment as to Liability (ECF No. 97) in accordance with the Court's Order Granting Plaintiff's Motion to File Video and Audio Evidence dated July 9, 2021 (ECF No. 94). Per the Court's Order, Plaintiff respectfully requests that the Clerk include in the Court File the flash drive containing the video file offered in Support of Plaintiff's Motion for Summary Judgment.

Dated: July 14, 2021                          Respectfully submitted,

                                                By:  /s/ Joshua D. Martin
                                                Joshua D. Martin
                                                Florida Bar No. 028100
                                                Email: josh.martin@johnsonmartinlaw.com
                                                JOHNSON & MARTIN, P.A.
                                                500 W. Cypress Creek Rd.
                                                Suite 430

1

Fort Lauderdale, Florida 33309
Telephone: (954) 790-6699
Facsimile: (954) 206-0017

*Attorney for Plaintiff, TocMail Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 14th day of July 2021, the foregoing document is being served on all counsel of record on the service list via electronic mail. Plaintiff previously served on Defendant's counsel on July 9, 2021 the video file that is being file conventionally with this notice of filing via electronic mail.

By: /s/ Joshua D. Martin
Joshua D. Martin

## SERVICE LIST

### *TOCMAIL INC. v. MICROSOFT CORPORATION*
### 20-60416-CIV- CANNON/HUNT

**Joshua D. Martin**
E-Mail: josh.martin@johnsonmartinlaw.com
JOHNSON & MARTIN, P.A.
500 W. Cypress Creek Rd.
Suite 430
Fort Lauderdale, Florida 33309
Telephone: (954) 790-6699
Facsimile: (954) 206-0017

**Francisco O. Sanchez**
E-Mail: sanchezo@gtlaw.com
           orizondol@gtlaw.com
**Evelyn A. Cobos**
E-Mail: cobose@gtlaw.com
           MiaLitDock@gtlaw.com
GREENBERG TRAURIG, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

**Mary-Olga Lovett** *(admitted pro hac vice)*
E-Mail: lovettm@gtlaw.com
**Rene Trevino** *(admitted pro hac vice)*
E-Mail: trevinor@gtlaw.com
GREENBERG TRAURIG LLC
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 374-3541
Facsimile: (713) 374-3505

**United States District Court**
**Southern District of Florida**

Case Number: 20-CV-60416-AMC

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental "file" in the division where the Documents/Exhibits were submitted and filed.

Division Document/Exhibits Submitted and Filed: __FTL__

These Documents/Exhibits must **not** be placed in the "temp chron file".

---

Documents/Exhibits Retained in Supplemental Files  **(Scanned)**

___ • Poor quality scanned images (i.e. Handwritten, Photographs)

___ • Surety bonds

___ • Bound extradition papers

---

Documents/Exhibits Retained in Supplemental Files  **(Not Scanned)**

✓ • CD, DVD, USB drive. (i.e. Audio/Visual)  Flash drive

---

** All other documents and documentary exhibits are part of the CM/ECF Case Record in pdf format.

Date: 7/14/21

Revised: 2/20/2019