UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 0:20-cv-60416-CANNON/HUNT

TOCMAIL INC., a Florida corporation,

    Plaintiff,

v.

MICROSOFT CORPORATION, a Washington corporation,

    Defendant.

## JOINT MOTION FOR STATUS CONFERENCE

Plaintiff TocMail, Inc. ("TocMail") and Defendant, Microsoft Corporation ("Microsoft," and together with TocMail, the "Parties") respectfully request a Status Conference with the Court. In support thereof, the Parties state as follows:

1. The jury trial in this action is currently set for the two-week trial calendar commencing on October 25, 2021. *See* ECF No. 61. Additionally, on or before September 24, 2021, all the Parties' pretrial materials are due, including a joint pre-trial stipulation, exhibit lists, witness lists, deposition designations, proposed jury instructions and verdict form or proposed findings of fact and conclusions of law, as applicable, and any motions *in limine*. *See id.*

2. The Parties filed cross motions for summary judgment on July 9, 2021. *See* ECF Nos. 96, 98. The Parties will file responses in opposition to the other's motion for summary judgment on August 13, 2021. *See* ECF No. 103. The Parties will file replies in support of their motions for summary judgment on September 3, 2021. *See* ECF No. 103.

3. Additionally, Microsoft filed a *Daubert* motion against TocMail's two expert witnesses, which was fully briefed on June 16, 2021. *See* ECF Nos. 69, 81. Microsoft also filed a motion to strike TocMail's expert's supplemental report as untimely, which was fully briefed on July 7, 2021. *See* ECF Nos. 77, 86. TocMail filed a *Daubert* motion against Microsoft's rebuttal

damages expert [ECF No. 99], which will be fully briefed on August 27, 2021. *See* ECF No. 103.

    4.    The Parties are aware that COVID and the new DELTA variant could affect the timing of the currently scheduled jury trial. Additionally, decisions on the aforementioned motions could dramatically change the scope of the litigation and impact the Parties' pretrial filings and trial strategies.

    5.    Thus, the Parties respectfully request that the Court hold a brief status conference to discuss issues surrounding the upcoming pretrial deadlines and trial, including whether the currently set trial will be moved. The Parties intend to proceed to timely file the various summary judgment and *Daubert* memoranda. However, the Parties believe they will not be able to meaningfully prepare their pretrial materials until after the Court has had time to rule on the then-pending motions, which will provide a better understanding of the scope of the litigation and issues that will remain for trial, and therefore strongly prefer to await the Court's decisions on such dispositive issues, extending the fast-approaching pretrial deadline.

WHEREFORE, the Parties respectfully request that the Court set a status conference for the reasons set forth herein and any other or additional relief the Court deems just and proper.

Dated: August 3, 2021                            Respectfully submitted,

| /s/ Evelyn A. Cobos | /s/ Joshua D. Martin |
|---|---|
| Evelyn A. Cobos | Joshua D. Martin |
| Florida Bar No. 092310 | Florida Bar No. 28100 |
| GREENBERG TAURIG, P.A. | JOHNSON & MARTIN, P.A. |
| 333 S.E. 2nd Avenue, Suite 4400 | 500 W. Cypress Creek Rd., Suite 430 |
| Miami, Florida 33131 | Ft. Lauderdale, FL 33602 |
| Tel: (305) 579-0500 | Tel: (954) 790-6699 |
| Fax: (305) 579-0717 | Fax: (954) 206-0017 |
| Email: cobose@gtlaw.com | Email: josh.martin@johnsonmartinlaw.com |
|       orizondol@gtlaw.com | |
|       FLService@gtlaw.com | ***Attorneys for TocMail Corporation*** |
| Francisco O. Sanchez | |
| Florida Bar No. 598445 | |
| Email: sanchezo@gtlaw.com | |

Mary-Olga Lovett
GREENBERG TRAURIG, LLC
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Email: lovettm@gtlaw.com
Tel: (713) 374-3541
Fax: (713) 374-3505

*Attorneys for Microsoft Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of August, 2021, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                  */s/ Evelyn Cobos*
                                                                  EVELYN COBOS

## SERVICE LIST

JOHNSON & MARTIN, P.A.
Joshua D. Martin
500 W. Cypress Creek Rd., Suite 430
Ft. Lauderdale, FL 33602
Tel: (954) 790-6699
Fax: (954) 206-0017
Email: josh.martin@johnsonmartinlaw.com

*Attorneys for Plaintiff*