# EXHIBIT 2

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 20-60416-CIV-CANNON/HUNT

TOCMAIL INC., a Florida corporation,

        Plaintiff,

-vs-

MICROSOFT CORPORATION, a Washington corporation,

        Defendant.
_____/

VIDEOTAPED DEPOSITION OF
KATHRYN GRIFFITH
TAKEN PURSUANT TO RULE 30(b)(6)

Tuesday, March 23, 2021
12:00 p.m. - 12:42 p.m.

By videoconference

Stenographically Reported By:
Dianelis Hernandez, FPR

```
 1    the data against prior extractions that have been done to
 2    make sure the data is in agreement.  And then other data
 3    we do checks to ensure it's in alignment with our
 4    expectations.
 5           Q.    So to the best of your knowledge, is the
 6    information and data contained in the pivot tables
 7    accurate?
 8           A.    Yes.
 9           Q.    There were product breakdown reports that
10    were also produced, correct?
11           A.    Yes.
12           Q.    Okay.  So just generally speaking, what
13    would those show?
14           A.    Generally, it's a Microsoft-wide document
15    and it shows gross margin as well as accountability
16    margin for various products throughout Microsoft.
17           Q.    Okay.  Were those product breakdown reports
18    created specifically for this litigation?
19           A.    The reports, the vast majority of the
20    report is created by Microsoft and maintained in their
21    ordinary course of business.  We would have potentially
22    put a header on it.  I'd have to look at the report, if
23    there was a footer, we may have done the footer.  And
24    then put the data in a format that was able to be printed
25    easily.
```