**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO. 20-60416-CIV-CANNON/Hunt**

**TOCMAIL INC**,

    Plaintiff,

v.

**MICROSOFT CORPORATION**,

    Microsoft.

_____/

**ORDER RESETTING TRIAL DEADLINES**

**THIS CAUSE** comes before the Court upon the parties' Joint Motion for Status Conference [ECF No. 106], filed on August 6, 2021. The Court hereby **DENIES WITHOUT PREJUDICE** the Motion and resets the following deadlines in the manner set forth below:

*** 

Trial in this matter is hereby reset for the Court's two-week trial calendar beginning on **December 20, 2021 at 9:00 a.m.**[1] Counsel for all parties shall appear at a calendar call at **1:45 p.m. on Tuesday, December 14, 2021**. No pretrial conference will be held unless a party requests one at a later date and the Court determines that one is necessary. Any such request for a pre-trial conference must be made at least 30 days prior to the date of the calendar call. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted at the Alto Lee Adams, Sr. United States Courthouse, 101 South U.S. Highway 1, Courtroom 4008, Fort Pierce, Florida 34950. The parties shall adhere to the following pre-trial deadlines:

    **Deadline Expired**. The parties shall file all motions to amend pleadings or to join parties.

---

[1] This Order supersedes all deadlines referenced herein but all other instructions in prior Second Amended Scheduling Order [ECF No. 61] shall remain intact.

CASE NO. 20-60416-CIV-CANNON/Hunt

**Deadline Expired**. The parties shall select a mediator pursuant to Local Rule 16.2, shall schedule a time, date and place for mediation, and shall **jointly file on CM/ECF a notice scheduling mediation along with an attached proposed order** in the form specified on the Court's website, http://www.flsd.uscourts.gov. The joint notice and proposed order must identify the name of the selected mediator and the date, time, and place for mediation.

**Deadline Expired**. The parties shall exchange expert witness summaries or reports.

**Deadline Expired**. The parties shall exchange rebuttal expert witness summaries or reports.

**Deadline Expired.** The parties shall complete and exchange **all** discovery, including expert discovery.

**Deadline Expired**. The parties must have completed mediation and filed a mediation report. The mediation report shall indicate whether the case settled (in full or in part), whether it was adjourned, or whether the mediator declared an impasse. If mediation is not conducted, the case may be stricken from the trial calendar, and other sanctions may be imposed.

**Deadline Expired**. The parties shall file all pre-trial motions, including motions for summary judgment, and *Daubert* motions. **Each party is limited to filing one *Daubert* motion**. If a party cannot address all evidentiary issues in a 20-page memorandum, it must petition the Court for leave to include additional pages. The parties are reminded that *Daubert* motions must contain the Local Rule 7.1(a)(3) certification. **The parties are directed to review the Court's procedure for the filing of summary judgment motions (set out below).**

**November 23, 2021**. The parties shall submit a joint pre-trial stipulation, exhibit lists, witness lists, deposition designations, and proposed jury instructions and verdict form or proposed findings of fact and conclusions of law, as applicable, and shall file any motions *in limine* (other than *Daubert* motions). **Each party is limited to filing one motion *in limine*, which may not, without leave of Court, exceed the page limits allowed by the Rules. The parties are reminded that motions *in limine* must contain the Local Rule 7.1(a)(3) certification**. Each issue raised in a motion *in limine* must be numbered and must specifically identify the evidence sought to be excluded or included at trial, with citations to legal authority supporting the evidentiary ruling requested.

**DONE AND ORDERED** in Fort Pierce, Florida, this 9th day of August 2021.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: counsel of record

2