**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-60416-CIV- CANNON/HUNT**

TOCMAIL INC, a Florida corporation,

       Plaintiff,

v.

MICROSOFT CORPORATION, a
Washington corporation,

       Defendant.

_____/

**PLAINTIFF'S STATEMENT OF MATERIAL FACTS IN OPPOSITION TO
MICROSOFT'S L.R. 56.1(A) STATEMENT OF MATERIAL FACTS IN SUPPORT OF
MICROSOFT'S MOTION FOR SUMMARY JUDGMENT**

1

Plaintiff, TOCMAIL INC ("TocMail"), by and through undersigned counsel and pursuant to L.R. 56.1, hereby submits its Statement of Material Facts in Opposition to Defendant, MICROSOFT CORPORATION'S ("Microsoft"), Statement of Material Facts (ECF No. 100):

1.      Disputed. Safe Links does not keep its users safe from "a type of attack known as IP evasion." *See TocMail's MSJ and SMF* (ECF Nos. 96, 97). Safe Links has "two primary components": reputation and detonation. *Amar Patel ("AP") 30(b)(6) Depo.*, 15:23-25. **(Exhibit "95")**.[1] The reputation service merely looks for previously encountered URLs that were already determined to be bad in the past. *Id.* at 15:6-13. Jason Rogers ("Rogers") testified that "any kind of IP evasion technique would be meaningless for those servers. They're simply checking reputation." *Jason Rogers ("JR") Expert Depo.*, 151:18-20 (ECF No. 97-14). As for detonation, Amar Patel ("Patel") testified at deposition: "Q. [C]an an attacker blacklist both Microsoft IP addresses and Proxify IP addresses to redirect Safe Links to a benign site every time Safe Links connects? A. They could choose to do that." *AP Ex. Depo.*, 152:20-24. **(Exhibit "96")**. Rogers testified that "If you were targeting specific content to a specific IP, it wouldn't matter what other IP you used. You would only get the specific content to the one specific IP being targeted." *JR Ex. Depo.*, 82:1-7 (ECF No. 97-14). Such an attack "is easy" to do. MSFT_TOC00044022 at MSFT_TOC00044023 (ECF No 97-41). As of May 2020, redirects that use IP evasion remained a "prominent gap" in Safe Links contributing to "numerous" instances of Safe Links failing to detect phishing pages.[2] *AP 30(b)(6) Depo.*, Ex. 12 (ECF No. 97-53) at MSFT_TOC00044029.

---

[1] To avoid confusion, TocMail is starting its exhibit numbering following the last exhibit included with its Statement of Material Facts in Support of TocMail's MSJ (ECF No. 97).
[2] Microsoft's FN 2 misrepresents paragraph 20 in TocMail's Amended Complaint. That paragraph explicitly stated that it is giving an "example" of IP Cloaking and states that all IP-based Cloaking is IP Cloaking (not the narrow definition that Microsoft purports paragraph 20 to provide).

2.      Disputed in part. TocMail disputes that Safe Links "block[s] known malicious links."  Redirecting security scanners to a good site such as *google.com* has been a known threat since at least 2006.  TOCMAIL_00002554 at 2556 (ECF No. 97-24).  Safe Links continues to be evaded by this known attack.  MSFT_TOC00112682 at 112682 (ECF No. 97-32).

3.      Disputed. At the very least, "the first user to click will have likely interacted with the [harmful] content." MSFT_TOC00219092 at 219093. (ECF No. 97-67).  In fact, every time attackers use "the most common" attack vector, the first person to click will likely be harmed. *Id*.

4.      Disputed. An email written by Patel states the mirror opposite of Microsoft's assertion: Microsoft "prioritize(s) evasion techniques that have the broadest customer impact" with "GEO-IP" evasion being one of "[t]he most common types of customer impacting evasion." ECF No. 97-92 at MSFT_TOC00274607.  Also, Patel has testified that IP evasion is "a common tactic." *AP Ex. Depo.*, 23:20-22 (Ex. 96).  In September 2020, Rogers wrote that IP evasion is "a common attacker tactic." MSFT_TOC00066192 at same **(Exhibit ("97")** Also, Brian Wilcox wrote that "preventing IP evasion is a large bucket of work that we are investing in very heavily" in 2021 over the next 6 months." MSFT_TOC00112134-135 (ECF No. 97-59).

5.      Disputed.  Up through at least the first quarter of 2021, Microsoft did not use third-party IP addresses for any webpage that returned content (*i.e.* returned a status code 200).  *AP Ex. Depo.*, 138:17-20, 167:12-17 (Ex. 96) (for Q1 2021 see 145:20-146:1); *JR Ex. Depo.*, 76:14-24 (ECF No. 97-14). Sites such as *paypal.com*, *bankofamerica.com* and *google.com* all return status code 200.  *Id.* at 77:22-78:8; *Hatekar Depo.* 52:17-53:2 (ECF No. 97-23). Hence, even after 2018, *not one* third-party IP address was used when attackers redirected Sonar a known good site (*i.e.* a site that returned status code 200). (*See id.* all ¶ 5).

6.      Disputed. Microsoft does indeed promote Safe Links as guaranteeing 100% safety against all hyperlinks. ECF 42-10, p. 6; TOCMAIL_00000925 at 943 (ECF No. 97-71). Moreover, Microsoft promotes: "Safe links ensure[s] real-time, dynamic protection against email campaigns no matter the ... evasion tactic." *Tracking an Attacker*, p. 7 (ECF No. 97-73).  It is also patently false for Hatekar to testify that Safe Links became 95+% effective against IP evasion after implementing IP Anonymization in late 2018.   In April 2019, Microsoft measured "Proxify Effectiveness." *AP Ex. Depo.*, Ex. 17 MSFT_TOC00065791-65792 **(Exhibit "98").**    IP Anonymization only caught 64 bad URLs out of 89,479,001 URLs that Safe Links encountered. *Id.* Hence, IP Anonymization was catching *less than one* additional bad URL out of every *one million* URLs.  Moreover, IP Anonymization was not even used for redirects that use IP evasion. In that same email chain, Prachi Rathee asked about URLs that are "redirected" to "google.com" for example. *Id.* at 65791. Swaroopa Gollapalli responded: "we currently route only non-200 and non-zero response code un-scrambled URLs to Proxify. Since in your scenario, **the redirected (already resolved) URLs are not going through Proxify, these URLs will lie outside of the 4.25% URLs.**" *Id.* (emphasis added). A subsequent internal Microsoft document from May 2020 acknowledged that redirects that use IP evasion continued to be a "prominent gap" in "IP Anonymization" contributing to "numerous" instances of Sonar failing to detect phishing links. *AP 30(b)(6) Depo., Ex. 12* (MSFT_TOC00044029) (ECF No. 97-53). Microsoft also wrote in 2020 "We will keep chipping away at Sonar FNs, but **evasion** is always going to be a **challenge**," referring to a chart on network evasion. *AP Ex. Depo.*, Ex. 28, p. 1 **(Exhibit "99")** (redacted) (emphasis original).  Hatekar's testimony is *directly contradicted by* Microsoft's written record, and therefore does not create a genuine issue of fact.

7.      Disputed.  ATP does not have a "myriad of other features."  Rogers has repeatedly stated that ATP consists of just two features: Safe Attachments and Safe Links. "Advanced Threat Protection consists of two separate features, Safe Attachments ... and Safe Links." MSFT_TOC00199113, p. 11 (ECF No. 97-2); MSFT_TOC00101425, p. 3 speaker script (ECF No. 97-3); MSFT_TOC00010948, p. 11 speaker script (ECF No. 97-4).  Moreover, Amar Patel testified that Safe Links' Detonation "is an essential component" against phishing attacks because it does "analysis" that no other Microsoft feature does.  *AP 30(b)(6) Depo.*, 49:19-50:7 (Ex. 95).

8.      Disputed. Defender (ATP) is not "robust" according to Microsoft's employees Andy Day and Nick Lines, especially in regards to Safe Links: "Thanks Andy.  Agree that the proximity of 'robust' to safelinks is stretching things and we should re-look at that." MSFT_TOC00003421 at 3426 **(Exhibit "100")**.

9.      Disputed.  EOP, not Defender (ATP), provides "anti-spam." *ATP Product Guide*, p. 3 (ECF 42-3). Also, "anti-spoof" is also done in mail flow as part of EOP (not ATP). *Anti-Spoofing Protection in EOP*, p. 2 **(Exhibit "101").** As for "anti-malware" and "anti-phishing," these are not independent components of Defender/ATP. On the contrary, Safe Links is "primarily" promoted as providing both anti-malware and anti-phishing. *AP 30(b)(6) Depo.*, 17:14-24(Ex. 95).

10.     Undisputed.

11.     Disputed.  Approximately 70% of ATP users use Safe Links, resulting in tens of millions of users.  (By May 2019, ATP already had approximately 33 million monthly users of which approximately 23 million were using Safe Links.) MSFT_TOC00004753, slide 8 **(Exhibit "102")**; MSFT_TOC00040948 at MSFT_TOC00040956 **(Exhibit "103").** Microsoft's self-serving Interrogatory Answer cited in Paragraph 11 is contradicted by its own internal documents.

12.     Disputed.  Microsoft does indeed promote Safe Links as guaranteeing 100% safety against all hyperlinks. ECF 42-10, p. 6; TOCMAIL_00000925 at 943 (ECF No. 97-71). Moreover, Microsoft promotes: "Safe links ensure[s] real-time, dynamic protection against email campaigns no matter the ... evasion tactic." *Tracking an Attacker*, p. 7 (ECF No. 97-73). Even if Microsoft did not promise 100% protection, it is literally false to promote protection against an attack that easily bypasses Safe Links.

13.     Disputed. Microsoft does indeed promote Safe Links as guaranteeing 100% safety, including promoting Safe Links as providing 100% protection against IP evasion (and all other evasions as well). *Tracking an Attacker*, p. 7 (ECF No. 97-73).  Moreover, Microsoft cannot dispute TocMail's CEO assertion that TocMail blocks 100% of phishing links targeting the top brands because Microsoft has chosen not to test TocMail's product and has chosen to not even use TocMail's product in any manner. *See AP 30(b)(6) depo.*, 138:20-139:2 ("Mr. Patel, has Microsoft conducted any testing regarding Tocmail's product? A. Not that I'm aware of. Q. None at all? A. Not that I'm aware of. Q. So it hasn't tested Tocmail's product to see if it can provide protection against IP evasion? A. Not that I'm aware of."); 150:16-20 ("Q. Has Microsoft tried to use Tocmail's product to see which portion of its course code is publicly available? A. I'm not aware of Microsoft using Tocmail's product."); 171:1-4 ("Q. Has Microsoft tested Tocmail's publicly available source code for its product? A. I'm not aware of Microsoft testing Tocmail's product."). (Ex. 95). Hence, TocMail's efficacy is undisputed.

14.     Disputed. Deceptive Message #3 was stated in PowerPoint presentations, which Microsoft's Motion explicitly acknowledges were "used when presenting to Business Decision Makers, Technology Decision Makers, and IT Decision Makers." *Motion*, p 18. Deceptive Message #2 was included in the most prominent ATP promotional materials, including the ATP

Product Guide (ECF No. 42-4, p.4) and the two-page ATP Datasheet (ECF No. 42-6, p.1). The ATP Product Guide was emailed directly to multinational corporations. *See, e.g.*, MSFT_TOC00008355 at 8355 **(Exhibit "104")**. The ATP DataSheet is not only used by Microsoft Partners in selling ATP (see area for partner logo), but Microsoft itself sent it "to all subscribed Office 365 Dedicated customer contacts" as well as linking it to "the quarterly update that is sent to the field." MSFT_TOC00103385, p. 1 (ECF No. 97-69). Deceptive Message #1 was disseminated in a video that was featured at the top of the primary ATP webpage on Microsoft's website. ECF No. 97-65, p. 2; ECF No. 97-34, p. 2.

15. Disputed.  Microsoft wrongly conflates message creation, document creation and dissemination as if they are all the same thing.  **All three messages were widely disseminated after TocMail entered the market in December 2019, and all three continue to be disseminated up to this present day.**  Deceptive Message #1 was disseminated via video on the *primary* ATP/E5 purchase page up until **August 2020** (ECF No. 97-34, p. 2), as well as an ebook (ECF No. 97-66, p. 8) which is still disseminated *today* directly from Microsoft's website (*Id.* at p. 3).  The video is still disseminated *today* on a YouTube page controlled by Microsoft. ECF No. 97-64, p. 2.  Deceptive Message #2 was disseminated in the only ATP Product Guide that companies could consult until the product name change in **September 2020**.  (ECF No. 42-4, p.4)  Deceptive Message #2 continues to be disseminated *today* directly on Microsoft's website.  (ECF No. 97-70, p. 2.).  Microsoft has created brand new documents promoting Deceptive Message #3, including a powerpoint presentation created after **September 2020**, and also a promotional page created **February 2021**. MSFT_TOC00003198, p. 18 script (ECF No. 97-72); *Tracking an Attacker*, p. 7 (ECF No. 97-73).

16. Undisputed.

17.     Disputed.  The marketing manager's statement is not an accurate "succinct" description of Safe Links.  For example, the statement does not even mention detonation – one of two primary components of Safe Links. *AP 30(b)(6) Depo.*, 15:23-25 (Ex. 95).

18.     Disputed.  This phrase immediately follows the promise to protect the user "*every time* they click the link." *Microsoft MSJ*, pp. 14-15 (ECF No. 98) (emphasis added).  The self-serving testimony does not change what the ad actually says.

19.     Disputed.  The ad says "every time they click **the** link"; not "[e]very time the user clicks on a link." *Id.* Microsoft is misquoting the ad and then explaining its own misquote rather than explaining the ad itself.

20.     Disputed. The word ensure is not only a synonym for guarantee, but Merriam Webster Dictionary uses the word 'guarantee' as a meaning of ensure itself.  Merriam-Webster definition of "ensure," p. 2. **(Exhibit "105")**.  Hence, Microsoft does promote Safe Links as providing guaranteed (*i.e.* 100%) safety.

21.     Disputed.  Microsoft has explicitly acknowledged that customers *do* expect Safe Links to stop 100% of malicious links: "[T]he customer has purchased and implemented ATP (in particular Safe Links) under the common misapprehension that the technology behind it should mean that no phishing emails / fake login screens should reach users." MSFT_TOC00219092 at 219093 **(Exhibit "106")**.  Even if Microsoft did not promise 100% protection, it is literally false to promote protection against an attack that easily bypasses Safe Links.

22.     Disputed.  The following quote is untrue: "customers also realize that no solution is 100% effective."  *See* ¶ 21.

23.     Disputed.  The testimony merely mentions the White Glove program in which a *Microsoft engineer* sets up, and then goes over a pre-canned report at the end that Microsoft

generates (the "Secure Score").  MSFT_TOC00038664, slide 2. **(Exhibit "107")**.  Microsoft also generates its own "what if" graph/data: "I also shared with the customer the what if data for ATP similar to what we would do for a white glove customer." MSFT_TOC00005886, 5886 **(Exhibit "108")**. A sample "what if" graph is shown at MSFT_TOC00007735, slide 3. **(Exhibit "109")**.  Microsoft engineers are trained "How to successfully do a POC ["Proof of Concept] /what if analysis."  MSFT_TOC00186708 at 186710 **(Exhibit "110")**.  This is the opposite of an independent testing leading to independent conclusions, let alone a test of IP evasion itself.

24.     Disputed.  Microsoft's advertising is literally false.  *See TocMail's MSJ and SMF* (ECF Nos. 96, 97).

25.     Disputed.  TocMail does not merely sell a plugin.  TocMail is a full, cloud-hosted implementation of an "email client with [TocMail's patented] PhishViewer technology embedded inside" via a "Roundcube plugin." *Wood (3-18-2021) Depo*., 81:15-20 **(Exhibit "111")**.  TocMail has cloud-hosting accounts with Amazon, Digital Ocean, and Linode – allowing the service to scale on demand to tens of millions of users.  *Wood (3-19-2021) Depo*., 116:19-117:16; 118:4-22 **(Exhibit "112")**.  As disclosed in October 2020, TocMail has also embedded the technology into other form factors as well. *Declaration of Michael Wood*, ¶ 6 (**Exhibit "113"**). These include an IMAP switch and a STMP switch.  *Id.* Both of these allow customers to be protected by TocMail's solution regardless of the email client they are using (*e.g.*, Microsoft Outlook). *Id.* Thus, companies have multiple implementation options available should they prefer TocMail's technology in other forms, and companies do not need to leave Microsoft to use TocMail's product. *Id.*

26.     Disputed. TocMail does not promote its product as solely protecting against IP Cloaking.  TocMail's website states that TocMail offers "unparalleled protection against phishing

and malware links in email messages" and has "many features." TOCMAIL_00009800 at 9801, **(Exhibit "114")**.

27.     Disputed. TocMail does not promote TocMail as always thwarting every type of malicious link.  TocMail can be used to always thwart a very specific type of link — email phishing links imitating the topmost brands *including* those that use IP evasion.  *Wood (3-19-21) Depo*, 127:13-16. TocMail does indeed block other types of malicious links, but it is the most-common type of attack that it can block with 100% efficacy, and thereby eliminate approximately 95% of data breaches in one fell swoop. *Id.*; TOCMAIL_00004444 at 4452 **(Exhibit "115")**.

28.     Undisputed.

29.     Disputed.  Jason Rogers wrote: "The most common tactic that attackers use with links is to point the URL to something benign and then post delivery to move it to point to something malicious on the server side." MSFT_TOC00219092 at 219093 (ECF No. 97-67).  A recent study of 2,313 server configuration files on live phishing sites revealed that **95-100% of professional phishing sites use IP evasion to change the destination after delivery, making this literally the most-common attack vector.**  TOCMAIL_00001363 at 1367 **(Exhibit "116")**. In the study, 95% of the files implemented IP evasion, and the study acknowledged that the remaining sites could be implementing IP evasion via "server-side scripts (written in languages such as PHP and Python)" which is "common." *Id.*  By blocking the attack used by 95-100% of professional phishing sites, TocMail blocks an order of magnitude more cyberattacks than Safe Links.  TOCMAIL_00009800 at 9800 (Ex. 114).

30.     Undisputed.

31.     Disputed.  The statement falsely says "consisted only." TocMail's response to Microsoft's Interrogatory No. 13 explicitly states that the $4,500 was invested to drive the first

10,000 visitors to TocMail's website, and that TocMail engaged in *additional advertising* to drive more than 33,000 visitors to its website. *TocMail Interrogatory Response No. 13* (ECF No. 100-23). TocMail uses the standard approach of test marketing. TocMail drives 10,000 visitors to its website and then measures the results; 10,000 visitors is a representative sample of the behavior that 1 million visitors would have (with approximately 95% certainty). *Wood (3-18-2021) Depo.*, 86:25-87:8 (Ex. 111). TocMail has undergone three stages of trying various marketing messages as well as releasing TocMail 2.0, which includes TocDocs, to add its patented link protection to links found in PDFs, Word, and Excel documents (hence 33,000 visitors). *Wood Decl.*, ¶ 7 (Ex. 113). Each change was tested with a 10,000 visitor sample, and TocMail bases its conclusions on the behavior exhibited from these three 10k samples, as this is sufficient traffic to accurately determine the behavior of millions of visitors. *Id.* at ¶ 8. TocMail is currently designing yet another offering, and will again test with a 10,000 visitor sample and continue sample testing every future change as well. *Id*.

32.   Disputed in part. TocMail issued a second press release announcing TocMail 2.0 and used Google Ads to drive 33,000 visitors to its site. TOCMAIL_00009797 **(Exhibit "117")**; *TocMail Rog. Resp.*, No. 13 (ECF 100-23).

33.   Undisputed.

34.   Disputed. Wood has testified, "I'd phrase it differently. I'd say the same number of customers. They might not be exactly the same customers." *Wood (3-19-2021) Depo.*, 110:4-7.

35.   Disputed. TocMail's lost profits model is not based on a single press release. It is based on over $2.5 million annual spending on sales and marketing and two additional full-time sales reps. *Marcie Bour "Bour" Depo.*, 44:20-24 **(Exhibit "118")**; *Bour Report*, ¶ 87(b) (ECF

No. 99-2). Moreover, Bour does not opine on causation and, therefore, is not opining on the number of customers nor duration of damages. *TocMail's Daubert Resp.*, p. 15. (ECF No. 73).

36.     Disputed in part.  TocMail does not merely presume, but rather has evidence that companies believe they are already getting the service from Microsoft and that they are explicitly told that they do not need any third-party coverage.  One example is Bosch.  *AP Ex. Depo.*, Ex. 14, p. 2-3 (ECF No. 97-18); see also ECF Nos. 97-89, 97-90).

37.     Undisputed.

38.     Disputed. It is incorrect to state that TocMail "does not know why any individual consumer made any particular purchasing decision." One example is Bosch.  *AP Ex. Depo.*, Ex. 14, p. 2-3 (ECF No. 97-18); see also ECF Nos. 97-89, 97-90).

39.     Undisputed.

40.     Disputed.  TocMail has gathered evidence through discovery regarding Microsoft's willful deception.  For example, Microsoft used two of the false advertising messages to secure a $300 million annual account: "malicious links are dynamically blocked while good links can be accessed" (Deceptive Message #2) and "We monitor network evasion … to ensure effectiveness" (Deceptive Message #3).  *AP Ex. Depo.*, Ex. 14, p. 2-3 (ECF No. 97-18); *see also* ECF Nos. 97-89, 97-90).  Also, as explained in detail in TocMail's MSJ and SMF, Microsoft's advertisements are literally false.

41.     Undisputed.

42.     Disputed. Whether Safe Links runs on EOP servers or not has nothing to do with the basis for TocMail's claim ("None of that changes a single conclusion about Safe Links' inability to do what it promises."). *Wood (3-18-2021) Depo.*, 60:8-14 (Ex. 111).  Importantly, Microsoft's internal records produced during discovery confirm that Microsoft's ads are false,

regardless of whether Safe Links runs on EOP servers. *See TocMail's MSJ and SMF* (ECF Nos. 96, 97).  Moreover, TocMail explicitly alleged that it provides one "example" of IP Cloaking, and that *all* "IP-based cloaking is IP Cloaking." *Am. Compl.* (ECF No. 42), ¶ 20.  IP Cloaking is using the IP address to "determine who the visitor is, and then redirect the visitor accordingly." *Id.* at ¶ 17.  TocMail's basis for its claim is that all three deceptive messages are literally false because of the common use of IP cloaking/evasion which easily bypasses Safe Links. *Id.*, ¶¶ 60, 65-69, 73.

43.     Disputed.  TocMail's Amended Complaint claims that this was true at the time the Complaint was filed.

44.     Disputed. *See Patel Ex. Depo.*, Ex 4. p. 1 (ECF No. 97-74) indicating that EOP and Sonar have same the IP addresses.

45.     Disputed. It is false to say that "hackers see a third-party's IP addresses" in the context of *redirects* that Safe Links is promoted as protecting against because such "redirected (already resolved) URLs are not going through Proxify." MSFT_TOC00065791 (Ex. 98).

46.     Disputed.  The report *includes* a test in which the original URL "redirected Tunç's phone to the mock malware download URL." *Wood Exp. Report*, p. 63 (ECF No. 100-21).

47.     Disputed.   In addition to providing details on how the test was conducted, Microsoft was provided *the entire source code*: "The *.htaccess* file and the source code used for capturing the traffic flow is attached herein." *Id.* at p. 67.  It is false for Microsoft to assert: "It is unclear how the 'test' was performed."

48.     Disputed.  Wood's conclusion was not "based on the video" but rather based on Wood's expertise and research. *Wood (3-18-21) Depo.*, 53:3-24 (Ex. 111).  Moroever, Microsoft's own materials produced during discovery document that Safe Links' users are unprotected against links that change destination after delivery, obviating the need for Wood's test.

49.     Undisputed.

50.     Disputed.  In the test, **Safe Links never connected to the site that Tunç was redirected to** (as Safe Links was redirected somewhere else).  *Wood Exp. Report*, pp. 61-69 (ECF No. 100-21). That is Safe Links' design flaw, and the test confirmed it.

51.     Disputed in part.  Bour did reduce her upper bound range for lost profits at TocMail's request (as Bour is not opining on causation).  *TocMail's Resp. Motion to Strike*, p. 7 (ECF No. 84); *see also Wood Decl.*, ¶ 10 (Ex. 113).  TocMail has decided to not pursue lost profits at trial for consumers (due to insufficiency of documents produced during discovery). *Id.* Moreover, Microsoft mischaracterizes her testimony.  Microsoft adds in words "[*i.e.* migrating to TocMail]," to her deposition testimony that change the meaning of her testimony.  Bour did not opine at any point in her Report or testimony that customers would have *migrated* to TocMail. *Id.* at ¶ 9; *see also Bour Report* (ECF No. 99-2).  That is Microsoft's own false narrative.

52.     Disputed. Microsoft's citations do not support its assertion.  For example, Microsoft's own COGS for ATP is between $.04 to $.09 which would be a profitability greater than 98% were ATP sold for $3. MSFT_TOC00043528 at 43530 **(Exhibit "119")**. Also, Ugone's testimony is based on companies moving away from Microsoft, but "our lawsuit is not based upon people migrating." *Wood (3-18-21) Depo*., 174:4-8 (Ex. 111).

53.     Disputed.  The model is based on TocMail having the same number of customers (*i.e.*, representative of the market demand), not necessarily the same customers.  *Wood (3-19-21) Depo*., 110:5-8 (Ex. 112).  Moreover, the model provided an upper bound range for the jury to consider based on the jury's ultimate determination of the percentage of lost sales, not an absolute final number.  *TocMail's Daubert Response*, p. 15 (ECF No. 73).

54.     Disputed.   Microsoft's cites actually state the opposite of Microsoft's portrayal. Wood describes companies that have the same design flaw as Safe Links – the opposite of companies that offer similar protection as TocMail.  *Wood Exp. Report* (ECF No. 100-21), pp.  59-61.   Microsoft is TocMail's only competitor that promotes its cloud-based, time-of-click service as being effective against IP cloaking/evasion. *Wood (3-18-21) Depo.*, 151:19-21 (Ex. 111). It is a two-player market.

55.     Disputed. TocMail's case is not based on a single customer migrating from Microsoft: "our lawsuit is not based upon people migrating." *Wood (3-18-21) Depo.*, 174:4-8 (Ex. 111).

56.     Disputed. Bour testified *against* the assertion Microsoft is making: "I have not specifically made the assumption that you're stating. … I've made no such determination." *Bour Depo.*,140:2-3, 12-13 (Ex. 118). Also: "Q. you made the assumption here that every purchaser going forward from February '20 to May of '35 was exposed to an allegedly misleading statement, true? A. No." *Id.* at 141:21-24.

57.     Disputed.  Bour testified that it is a "rather high" profitability rate, not an "unusually high" profitability rate - a profitability rate she stands behind based on her calculations relevant to this particular situation.  *Bour Depo.*, 85:1-8 (Ex. 118).

58.     Undisputed.

59.     Undisputed.

60.     Disputed in part.  Bour is not a causation expert in this case.  *Bour Depo.*, 38:18-19 (Ex. 118).  Moreover, Bour calculated damages on a yearly basis. *Bour Report*, ¶ 89 (ECF 99-2).

61.     Disputed in part.  Wood testified "the corrective advertising will be different than the way you described." *Wood (3-18-21) Depo.*, 145:9-11 (Ex. 111). The type of corrective

advertising that would be required to limit TocMail's damages has not occurred and, in fact, Microsoft continues the false promotions as discussed. TocMail reserves the right to seek full damages.

62.     Disputed.  The interrogatory responses dated August 2020 were based on the claims in the the original Complaint, which became a legal nullity with the filing of the Amended Complaint in November 2020.  Nevertheless, 2011 was not "arbitrary" as this was the launch of Office 365. TOCMAIL_00001446 at 1446 **(Exhibit "120")**.

63.     Disputed.  Initially, Microsoft conflates damages with disgorgement.  TocMail has never sought damages for prior to December 2019.  For disgorgement, TocMail chose not to pursue Contributory False Advertising in is Amended Complaint, which was the basis of the 2011 disgorgement. *Complaint*, ¶ 151 (ECF No. 1).

64.     Disputed in part.  The disgorgement amounts identified by Microsoft are two of the disgorgement amounts in Bour's Report  (ECF 99-2) and Supplemented Report (ECF 77-1 sealed).

65.     Disputed in part. Bour provided revenues for ATP and Office 365 with ATP, as required by all applicable law. *See Resp. MSJ*, pp. 27-29; *TocMail's Daubert Response*, pp. 6-10 (ECF No. 73). However, Microsoft's citations do not portray "Safe Links as one feature among many features, services and sub-products."

66.     Disputed in part.  Bour provided revenues for ATP and Office 365 with ATP, as required by all applicable law. Moreover, Bour is not a causation expert in this case, and was entirely permitted to assume causation under applicable law.  *Bour Depo.*, 38:18-19 (Ex. 118).

67.     Disputed in part. Microsoft mischaracterized Bour's testimony.  Microsoft's pinpoint citation of page 38 skips over lines 17-19 where Bour emphasizes: "again, with regard to causation – I'm not rendering an opinion with regard to causation." *Id.* at 38:17-19.

## ADDITIONAL FACTS

68.     Prior to ATP, Office 365 had an email security service called Exchange Online Protection (EOP). *JR 30(b)(6) Depo.*, Ex. 21, p. 4 (ECF No. 97-36).

69.     On April 8, 2015, Microsoft introduced ATP promoting Safe Links as follows: "EOP scans each message in transit in Office 365 and provides time of delivery protection, blocking malicious hyperlinks in a message. But attackers sometimes try to hide malicious URLs with seemingly safe links that are redirected to unsafe sites by a forwarding service after the message has been received. ATP's Safe Links feature proactively protects your users if they click such a link. That protection remains every time they click the link, as malicious links are dynamically blocked while good links can be accessed." TOCMAIL_00001230, p. 1 (ECF No. 97-1).

70.     ATP "operates either within E5 or as a standalone add-on to an existing E3 solution" MSFT_TOC00084875, p. 1. **(Exhibit "121")**.

71.      Safe Links began as a URL reputation service. *AP Ex. Depo.*, 20:21-24 (Ex. 96).

72.     The detonation service attempts to follow links to the web content in order to download and assess the content to "determine if that website is good or bad." *AP 30(b)(6) Depo.*, 37:11-23 (Ex. 95). URLs that pass through the reputation check are sent to the detonation service for analysis. *Id*. at 37:4-8. Microsoft internally refers to its detonation service as Sonar. *Id*. at 51:17-18; 78:13-16. Sonar is "Safe Links URL detonation" service. *Id*.

73.     A February 2019 email from Amar Patel with the subject "Customer Impacting Issues" states "For the URLs we did get a chance to detonate, our misses were due to network evasion [i.e. IP Cloaking]." MSFT_TOC00058792, p. 1 (ECF No. 97-46).

74.      In November 2018, Microsoft launched what it calls IP Anonymization. *AP Ex. Depo.*, 98:7-11 (Ex. 96); MSFT_TOC00248166 at 248167 (ECF No. 97-42). With IP Anonymization, Sonar sometimes connects to webpages using an IP address owned by a company called Proxify instead of using a Microsoft IP address. *AP Ex. Depo.*, 136:1-11.

75.      As discussed, URLs that matched a specific criteria were sent to Proxify, resulting in IP Anonymization only being used for 4.25% of URLs.  MSFT_TOC00065791-65792 (Ex. 98). Also, Microsoft acknowledged internally that IP Anonymization was not used for any *redirects* that send Sonar to a good site (*i.e.*, "we currently route only non-200 and non-zero response code un-scrambled URLs to Proxify. Since in your scenario, the redirected (already resolved) URLs are not going through Proxify, these URLs will lie outside of the 4.25% URLs." *Id.*; *See* ¶ 6. Patel testified at deposition regarding this document and confirmed that was the case because "we wanted to essentially pick a criteria for deciding when to route an URL to the IP Anonymization infrastructure." *Patel Ex. Depo.*, 143:2-13 (Ex. 96). Patel testified that IP Anonymization was only used based on that original criteria up through the entirety of 2020 into 2021. *Id.* at 145:20-146:9.

76.       Microsoft uses the term network evasion interchangeably with IP evasion. *AP 30(b)(6) Depo.*, 18:13-15; 21:24-25 (Ex. 95). Patel refers to network evasion as "a tactic an attacker uses to evade security products" — "a common tactic" that attackers use today. *AP Ex. Depo.*, 23:20-22; 24:1-2 (Ex. 96).

77.      In September 2018, Patel co-created an internal presentation that included a slide entitled: "Attackers are preventing us from seeing phish content/landing pages." ECF No. 97-20 at 00042451; *AP 30(b)(6) Depo.*, 79:7-13 (Ex. 95). This presentation says: "Attackers can *easily* attribute the traffic to Microsoft and not serve the phish content[.]" emphasis added. *Id.* at 00042463. This presentation explicitly acknowledged that attackers will be able to

implement "evasion of ... Proxify IPs." *Id.* at 00042461.  Microsoft knew attackers could easily bypass IP Anonymization even before implementing it.

78.     In April 2018, Rogers wrote: "IP-based evasion – ... it is easy for an attacker to only display malicious content in specific targeted IP ranges." MSFT_TOC00044022 at MSFT_TOC00044023 (ECF No. 97-41).

79.     In December 2020, Visa tested ATP using a combination of hacking techniques: "custom Swift code," "app was signed and notarized," "obfuscate[d] [the] payload," "payload stored in encrypted blob," work done to "bypass Safelinks," and more.  MSFT_TOC00112133 at 112145 (ECF No. 97-59).  Microsoft's internal review concluded that the attack succeeded due to a combination of "IP evasion, and sandbox evasion" — with IP evasion being the "key" to bypassing the Safe Links' feature. *Id.* at 112133-112134.  However, Microsoft employees decided beforehand that their meeting with Visa is "not meant to be a forum for us to disclose answers." MSFT_TOC00140849, p. 1. **(Exhibit "122")**. Instead, Microsoft's Abhishek Agrawal told Visa during the meeting that the attack's success was due to a "MacOS gap"; hiding ATP's failure to block IP evasion from Visa. *Id.*

80.     From April 2020 through June 2020, Bosch engaged with Microsoft regarding its tests of ATP.  MSFT_TOC00058185 at MSFT_TOC00058188 - MSFT_TOC00058189. (ECF No. 97-43); MSFT_TOC00140230, pp. 1-2 (ECF No. 97-89).  Bosch explicitly asked: "Why is an IP-address range used which is easily attributable to Microsoft?" and asked if it needed added third-party protection. *Id.*  Microsoft responded: "We monitor *network evasion* on a weekly basis … to *ensure* effectiveness." *AP Ex. Depo.*, Ex. 14 (ECF No. 97-18) at MSFT_TOC00118749. Yet, during this very same time, Microsoft was *internally* acknowledging that Sonar is missing "numerous" phishing pages because redirects that use "Network level evasion (Ex: Evading

Microsoft IPs …)" are a "prominent gap" in Sonar. *AP 30(b)(6) Depo.*, Ex. 12 (ECF No. 97-53) at MSFT_TOC00044029. Bosch became a $300 million account for Microsoft. MSFT_TOC00058185 (ECF No. 97-43) at MSFT_TOC00058188 - MSFT_TOC00058189.

81.   In June 2017, VirtUSA tested parts of ATP and engaged in "an email dialogue on Evasion" with Patel.  MSFT_TOC00274607 (ECF No. 97-92), p. 1.  Patel wrote VirtUSA that "We prioritize evasion techniques that have the broadest customer impact. … The most common types of customer impacting evasion we see broadly targets all sandbox systems.  Examples of basic checks we see include … GEO-IP queries [that] check if the environment is a cloud or security system. We also see and protect against more sophisticated techniques." *Id.* Yet, in an internal November 2016 email, Patel wrote: "Currently our network traffic is attributed to Microsoft's network space.  Malware Authors can use this info to avoid detection during detonation." MSFT_TOC00281257 at 00281259 (ECF No. 97-22).  VirtUSA is a company with 22,830 employees, and annual revenue of over $1 billion.  *VirtUSA Company*, p.2 **(Exhibit "123")**.

82.   Microsoft's records and deposition testimony document that Microsoft knows that companies were safe from IP evasion when they used on-premise scanners.  For example, Microsoft has considered a BYO VPN program where Sonar uses a "VPN endpoint for [Microsoft] to route the[] [customer's] detonation traffic from their own network infrastructure" to operate as an on-premise link scanner. *Hatekar Depo.*, Ex. 22, Ex. Slide 4 (**Exhibit "124"**).  According to the Sonar team, a BYO VPN would be "fool proof with no chances of evasion." *Hatekar Depo.*, Ex. 16, MSFT_TOC00128009 (**Exhibit "125"**). Also, Patel has testified that when customers share the same IP ranges as the security service (such as when the customer shares "Zscaler's IP ranges") then such inherent protection works for any on-premise link scanner, not merely Sonar,

as the protection is "independent of our detonation service." *AP Ex. Depo*., 187:13-21 (Ex. 96).

Rogers also testified to the same, stating that when the user "is browsing from the same

environment as the [detonation] sandbox" then the attacker "couldn't evade the sandbox without

evading the target" (*i.e.* if the attacker sends clean content to the detonation service then it is going

to send clean content to the target). *JR Ex. Depo*. 90:7-15 (**Exhibit "126"**). Rogers specified that

he is referring to inherent protection against "IP evasion" *Id.*  TocMail produced an infographic

explaining how this provides inherent protection: TOCMAIL_00009796 **(Exhibit "127")**.

83.     A recent analysis of 4 million Office 365 accounts revealed that 96% of companies

using Office 365 show signs of active hacker movement within their company network.

TOCMAIL_00005117 at 5118. **(Exhibit "128")**.

84.     TocMail's patented methodology sends users straight to whatever final site that

TocMail is sent to.  U.S. Patent No. 10,574,628, pp. 14-15 (ECF No. 97-78).   Thus, when attackers

use IP evasion to send TocMail's servers to a good site, TocMail sends the user straight to that

good site.  Hence, TocMail is a demonstrable, by-design, *solution*. TocMail's efficacy is

undisputed. *See* ¶ 13.

85.     An internal Microsoft email by Liming Hong shows Safe Links failing to detect a

"phishing" site 801 times in April 2020 because the link was redirecting Sonar to google.com.

MSFT_TOC00112682 at MSFT_TOC00112682 (ECF No. 97-32).

86.     Microsoft produced a video showing "the first round of security filters" being

redirected to *benignlink.com* and the user being redirected to *malwarelink.com* when clicking the

link.  ECF No. 102 at 7:00-7:30; alternatively *https://youtu.be/idqTS6-_2t8?t=420*.   The video

narration is as follows: "Sophisticated attackers will plan to ensure links pass through the first

round of security filters by making the links benign only to weaponize them once the message is

delivered, meaning that the destination of that link is altered later to point to a malicious site. …
**with safe links we're able to protect users right at the point of click by checking the link for**
*reputation* **and triggering** *detonation* **if necessary**." *Id.* Microsoft also produced an ebook that
promotes Safe Links' reputation and detonation as the solution to these very same redirects that
change to a malicious destination after delivery. *Advanced Threat Protection in Office 365* (E-
book), p. 8 (ECF No. 97-66). The video claims that Office 365 stops 99.9% of malware (video at
02:49). Page 2 of the ebook also promotes Office 365 as stopping 99.9% of malware (ECF No.
97-66 p. 4).

87.     An email chain in October 2019 has the subject "Phish Campaign using IP Evasion
([EVASION] – Phishing URL redirects to clean site on detonation.). *Hatekar Depo*., Ex. 17
MSFT_TOC00129545 (ECF No. 97-31).

88.     Microsoft's own internal statistics shows that ATP stops as little as 84% of links
to malware with 100% of the failures due to IP evasion ("Geo evasion"). "New/Additional FY21
Budget ask for IP Evasion prevention." *Wilcox Depo.*, Ex. 24 (ECF No. 97-60),
MSFT_TOC00111779 at 111780.

89.     Microsoft's Wilcox recently wrote: "any attacker can easily create new email
addresses and domains to get past block lists." MSFT_TOC00115633, p. 1. **(Exhibit "129")**.

90.     Microsoft states that security is an inherent quality of its products: "Microsoft
enables customers to make this transition by building security into the fabric of our products and
solutions." MSFT_TOC00001156, p.1 script (ECF No. 97-80); "For Microsoft, security is
addressed from the first line of code, and not a bolt on feature, but rather a value-added feature to
our services." MSFT_TOC00073442 (ECF No. 97-81); "[O]ne of the core value propositions of
the new Exchange - Keeping your organization safe." TOCMAIL_00000576, p. 1 (ECF No. 97-

82). According to Microsoft: "The security of our products and services is important in our customers' decisions to purchase or use our products or services." MSFT_FY20Q2_10Q_PDF, p. 82 (ECF No. 97-83). "Security is the most important, relevant, and concerning area." MSFT_TOC00041105, p. 4 (ECF No. 97-84). Regarding "provid[ing] advanced protection against online threats" for email, "without this, all other features are useless." MSFT_TOC00041106, p. 13 (ECF 97-85). "If you don't have security, shut down shop." *Id.*

91.     Companies "ask" about "evasion." MSFT_TOC00058184, p.1 (ECF No. 97-86).

92.     Some companies purchase ATP solely for the Safe Links' feature.  In fact, Rogers' superior, Girish Chander, wrote that there are organizations such as EDUs "who want safe links and phish protection and care less about safe attachments." *JR 30(b)(6) Depo.*, Ex. 20 **(Exhibit "130")**.  *Rogers Ex. Depo.*, 11:17-24 (Ex. 126).

93.     At his deposition, Microsoft's expert, Keith Ugone, stated: "I disagree with the revenues she identified as part of her disgorgement analysis, but of the incorrect revenues that she identified, I don't think we have any critique of as to whether of those are materially off. . . her math on the wrong revenues was not materially off." *Ugone Depo.*, 108:5-15 **(Exhibit "131")**.

94.     In 2006, Microsoft researchers wrote that cloaking is "popular," "well-known," and "commonly used." TOCMAIL_00009721 at 9731 **(Exhibit "132")**; *Detecting Stealth Web Pages That Use Click-Through Cloaking*, p. 4, **(Exhibit "133")**; *Improving Cloaking Detection*, p. 1. **(Exhibit "134")**.  Moreover, in 2006, Microsoft researchers wrote about the following "cloaking behavior": "Redirecting [scanners] to known-good sites such as google.com." TOCMAIL_00002554 at 2556 (ECF No. 97-24).

95.     A Microsoft PowerPoint presentation created after September 2020 stated: "Safe Links wraps the URL to ensure it's not malicious at the time-of-click." MSFT_TOC00003198, p.

18 script. (ECF No. 97-72). In February 2021, Microsoft released a promotion promising that Safe Links ensures protection against every evasion tactic: "Safe links ensure[s] real-time, dynamic protection against email campaigns no matter the ... evasion tactic." *Tracking an Attacker*, p. 7 (ECF No. 97-73).  Remarkably, even in July 2021, after TocMail's MSJ was filed, Microsoft launched three new Safe Links' promotions regarding the specific redirects at the center of this case.  For example: "attackers now send benign links. Once the link has been delivered, the attacker redirects the link to a malicious site." *Announcing General Availability of Safe Links for Microsoft Teams!* (13,100 views), p. 2 **(Exhibit "135")**; *Microsoft Teams gets more Phishing Protection!* (13,000 views) p. 2 **(Exhibit "136")**; *Protect against malicious links with Safe Links in Microsoft Defender for Office 365* (https://youtu.be/vhIJ1Veq36Y?t=40), p. 2 **(Exhibit "137")**.

96.      "[M]ost attacks today use links in the body" MSFT_TOC00035749 at 35759, **(Exhibit "138")**.


Dated:  August 13, 2021                              Respectfully submitted,

                                        By:   /s/Joshua D. Martin
                                        Joshua D. Martin
                                        Florida Bar No. 028100
                                        Email: josh.martin@johnsonmartinlaw.com
                                        JOHNSON & MARTIN, P.A.
                                        500 W. Cypress Creek Rd.
                                        Suite 430
                                        Fort Lauderdale, Florida  33309
                                        Telephone:  (954) 790-6699
                                        Facsimile:  (954) 206-0017

                                        *Attorneys for Plaintiff, TocMail Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 13th day of August, 2021, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   /s/ Joshua D. Martin
Joshua D. Martin

## <u>SERVICE LIST</u>

### *TOCMAIL INC. v. MICROSOFT CORPORATION*
### 20-60416-CIV- CANNON/HUNT

**Joshua D. Martin**
E-Mail: josh.martin@johnsonmartinlaw.com
JOHNSON & MARTIN, P.A.
500 W. Cypress Creek Rd.
Suite 430
Fort Lauderdale, Florida 33309
Telephone: (954) 790-6699
Facsimile: (954) 206-0017

**Francisco O. Sanchez**
E-Mail: sanchezo@gtlaw.com
　　　　　orizondol@gtlaw.com
**Evelyn A. Cobos**
E-Mail: cobose@gtlaw.com
　　　　　MiaLitDock@gtlaw.com
GREENBERG TRAURIG, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

**Mary-Olga Lovett** *(admitted pro hac vice)*
E-Mail: lovettm@gtlaw.com
**Rene Trevino** *(admitted pro hac vice)*
E-Mail: trevinor@gtlaw.com
GREENBERG TRAURIG LLC
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 374-3541
Facsimile: (713) 374-3505