# EXHIBIT 95

Page 1

1            UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF FLORIDA
2
          Case No. 20-60416-CIV-CANNON/HUNT
3
4
  TOCMAIL INC., a Florida
5 corporation,
6            Plaintiff,
7 -vs-
8 MICROSOFT CORPORATION, a
  Washington corporation,
9
             Defendant.
10 _____/
11
12         VIDEOTAPED DEPOSITION OF
                  AMAR PATEL
13      TAKEN PURSUANT TO RULE 30(b)(6)
14
15         Tuesday, March 9, 2021
           12:07 p.m. - 6:07 p.m.
16
17
              By videoconference
18
19
20
21
22
23
24     Stenographically Reported By:
          Dianelis Hernandez, FPR
25

```
                                                          Page 2

 1   APPEARANCES:
 2
 3   On behalf of the Plaintiff:
         JOHNSON & MARTIN, P.A.
 4       500 W. Cypress Creek Road
         Suite 430
 5       Fort Lauderdale, Florida 33309
         954-790-6699
 6       BY: Joshua D. Martin, Esquire via videoconference
         josh.martin@johnsonmartinlaw.com
 7
 8
     On behalf of the Defendant:
 9       GREENBERG TRAURIG, LLC
         1000 Louisiana Street
10       Suite 1700
         Houston, Texas 77002
11       713-374-3541
         BY: Mary-Olga Lovett, Esquire via videoconference
12       BY: Rene Trevino, Esquire via videoconference
         lovettm@gtlaw.com
13
14
     VIDEOGRAPHER:  Edan Cope
15
16
     ALSO PRESENT:  Michael Wood
17                  Rachel Hymel
                    Cameron Roth
18                  Aaron Wolke
19
20
21
22
23
24
25
```

Page 3

```
 1                    INDEX OF PROCEEDINGS
 2     WITNESS                                        PAGE
       AMAR PATEL
 3     DIRECT EXAMINATION BY MR. MARTIN                  5
 4     CERTIFICATE OF OATH                             173
       CERTIFICATE OF REPORTER                         174
 5     READ & SIGN LETTER TO WITNESS                   175
       ERRATA SHEET                                    176
 6
                       PLAINTIFF EXHIBITS
 7     EXHIBIT            DESCRIPTION                  PAGE
       Exhibit 1    Deposition notice                    7
 8     Exhibit 2    PowerPoint                           43
       Exhibit 3    10/15/2020 E-mail                    50
 9     Exhibit 4    6/20/2016 E-mail                     56
       Exhibit 5    Microsoft presentation               62
10     Exhibit 6    E-mail chain                         77
       Exhibit 7    Sonar Phish Anti-Evasion Update      78
11                  report
       Exhibit 8    3/19/2018 E-mail                    103
12     Exhibit 9    Article                             105
       Exhibit 10   E-mail chain                        107
13     Exhibit 11   E-mail chain                        118
       Exhibit 12   Attachment to e-mail                123
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                              Page 15
```

1    that is part of Advanced Threat Protection, ATP.

2         Q.    How does it work exactly?

3         A.    So when a user receives an e-mail,

4    oftentimes they will receive e-mails that might be

5    phishing e-mails, and in those phishing e-mails there can

6    be a URL, a link to a website.  When a user will click on

7    that link with Safe Links protection turned on that link

8    will then be evaluated by what's called a reputation

9    service, which is a part of Safe Links.

10             And you can think of that as a list of URLs

11   that are known to be bad.  And if that list of URLs, if

12   the link that was clicked matches then the user will be

13   prevented from visiting that URL.

14             The second piece of the solution includes

15   the detonation service.  And so there are times where we

16   will also route a user's click on a URL to my detonation

17   that my team builds after the reputation check is

18   completed, and that detonation service will also do some

19   analysis to then determine if that service is good or

20   bad -- excuse me, the URL was good or bad.

21        Q.    So it has two parts, the reputation service

22   and detonation service; is there anything else?

23        A.    There is the reputation service.  There is

24   the detonation service.  Those are the two primary

25   components.

1    had any role in the design of Safe Links?

2            A.    I don't know.

3            Q.    Was Safe Links designed to stop certain

4    types of cyber attacks?

5            A.    Safe Links was designed to protect users

6    against malicious URLs.

7            Q.    So all malicious URLs?

8            A.    All known threats at the time.

9    Essentially, the threat landscape changes quite rapidly

10   and so, you know, we monitor those threats and we evolve

11   the product as we learn about new threats, new hacking

12   techniques to continuously maintain protection for

13   customers.

14           Q.    Was Safe Links promoted to stop any certain

15   type of cyber attacks?

16           A.    Safe Links was promoted to protect against

17   malicious URLs.

18           Q.    Do you know if it was promoted to protect

19   against any specific type of malicious URLs?

20           A.    Phishing URLs is one example.

21           Q.    Any others that you know of?

22           A.    Linked malware.

23           Q.    Any others?

24           A.    Those are the two primarily.

25           Q.    Have you heard of the term evasion?

Page 18

1          A.     Yes, sir.

2          Q.     What is evasion?

3          A.     Evasion is a situation where an attacker

4     will try to be deceptive where they will try to pull

5     protection measures into thinking that their attempt is

6     benign in order to circumvent any kind of prevention

7     measures that would prevent a piece of e-mail, for

8     example, from reaching an end user.

9          Q.     Are there different types of evasion?

10         A.     Yes.

11         Q.     Can you -- let's start with this, what are

12    the different types of evasion that you are aware of?

13         A.     There is IP evasion or network evasion;

14    otherwise referred to as network evasion.  Geo evasion.

15    There can be human interaction based evasion.

16         Q.     Any others?

17         A.     There can be sandbox evasion.  And I think

18    those sort of encompasses a large group of categories

19    associated with that top.

20         Q.     Okay.  Let's start with IP evasion.  You

21    said IP evasion and network evasion are the same thing?

22         A.     We use those terms interchangeably, yes.

23         Q.     And what is IP evasion?

24         A.     Essentially, an attacker will try to

25    understand the IP ranges from which you are visiting your

Page 21

1    machine or a person.

2         Q.    Okay.  And then the fourth one you said was

3    sandbox evasion, sandbox, what is sandbox evasion?

4         A.    Attackers will try to see if they are

5    inside an emulated or simulated environment.

6         Q.    What kind of simulated environment are you

7    referring to?

8         A.    As a part of the detonation service we

9    evaluate content inside of what's called a virtual

10   machine.  It's an environment created to mimic a victim

11   machine.  And so an attacker will try to see if they are

12   inside of that kind of environment.

13        Q.    Are you familiar with the term cloaking?

14        A.    Not before these proceedings.

15        Q.    Is it your understanding that cloaking

16   refers to the same thing as evasion now based on what

17   you've learned from these proceedings?

18        A.    I don't know how cloaking has -- I'm not

19   sure what that term means.  The term that I'm familiar

20   with is network evasion.

21        Q.    If I refer to cloaking today throughout the

22   deposition will you know that I'm using that

23   interchangeably with the word evasion?

24        A.    I would -- for -- to be accurate I would

25   use the term network evasion or IP evasion.

1         A.    We do forensic analysis on our attacks and

2    we can identify if an attack exhibited IP evasion.

3         Q.    When did IP evasion become a known threat?

4         A.    Can you repeat the question?

5         Q.    Yeah.  Sure.  When did Microsoft first

6    become aware of IP evasion as a known threat?

7         A.    As a part of the work I've done in the

8    detonation service we became aware of IP evasion becoming

9    more prevalent as a technique, I would say, in the 2018

10   time frame when it was becoming more of a problem for

11   customers.

12        Q.    Were you aware of it at all before 2018 and

13   then it just became more prevalent in 2018 or was 2018

14   the first time that Microsoft really became aware of it?

15        A.    It was a technique used prior to that time

16   frame, but it wasn't the most serious set of problems

17   that were -- that we were concerned about in regards to

18   protecting customers.

19        Q.    What is reputation block?

20        A.    A reputation block is a situation where you

21   identify known threats and then you take that knowledge

22   and put it inside of a service -- you can think of it as

23   memory -- where you can evaluate that reputation service

24   to compare something you see today to see if that URL is

25   actually noted inside of the reputation service.  And if

Page 37

```
 1   advance the state of the art.
 2          Q.    What is time-of-click detonation?
 3          A.    Time-of-click detonation is a part of Safe
 4   Links.  And so if a user clicks on a link in a mail they
 5   receive, a reputation check is performed, and if the
 6   reputation check doesn't yield bad the URL then will be
 7   routed to the detonation service where we will then
 8   evaluate the URL with the detonation service itself.
 9          Q.    So what is -- the detonation service checks
10   the content in URL?
11          A.    So what the detonation service does is when
12   we receive a link we will follow that link to the
13   website, and then we'll do a couple of things.  We'll try
14   to look at the page as if a human eye would.  Human eyes
15   are very good at identifying things that are fake or
16   real, and so we built technology to look at that page as
17   if a human eye would.
18                We also know attackers can make small
19   changes in websites when they are trying to create a fake
20   website that are imperceptible to the human eye.  So we
21   use computer vision and other techniques to identify
22   changes that can't be perceived easily to then determine
23   if that website is good or bad.
24          Q.    Does it provide effective protection
25   against IP evasion?
```

Page 49

1    them against threats.

2         Q.   So would you consider it more important

3    than the other layers of protection, equal?

4         A.   I think all the layers working in harmony

5    is important because attackers have to be right once, we

6    have to try to be right 100 percent.  So we, you know,

7    create these different layers for protection and

8    capability.  We provide follow the sun type of staffing

9    to keep up with latest threats and introduce protection

10   rapidly.  You know, we work in harmony with other

11   products that aren't part of our mail stack, like

12   identity protection service.  And, obviously, we also

13   hire hackers, you know, people from industry working with

14   third parties to learn about threats.

15             So we create this collection of technology

16   where we are doing the best we can to protect customers,

17   protect them from seeing threats from reaching their

18   inbox.

19        Q.   Is URL detonation important for protecting

20   against phishing?

21        A.   URL detonation is a component that we use

22   to defect phishing threats.

23        Q.   So is it more, less or equally important as

24   these other components?

25             MS. LOVETT:  Object to form.

1       A.    It is an essential component to the overall

2    stack that we provide to protect customers against

3    phishing attacks.

4    BY MR. MARTIN:

5       Q.    When you say essential, what do you mean?

6       A.    It enables us to do analysis that some of

7    the other layers do not.

8       Q.    So without it, would Safe Links be less

9    effective at protecting against phishing?

10       A.    You know, I can't make that determination.

11            MR. MARTIN:  Aaron, will you pull an e-mail

12       35561.

13    BY MR. MARTIN:

14       Q.    Okay.  We are looking at an e-mail with a

15    Bates stamp of 35561.

16            MR. MARTIN:  Scroll to the top, Aaron.

17    BY MR. MARTIN:

18       Q.    And you can see top e-mail sent October 15,

19    2020, and it listed several names that the e-mail was

20    sent to in the to, one of them says Amar Patel, C and E;

21    is that you?

22            (Plaintiff's No. 3 was marked for

23            identification.)

24       A.    Yes.

25

Page 51

```
 1   BY MR. MARTIN:

 2         Q.    What does C and E mean?

 3         A.    It just means cloud and enterprise.  There

 4   is a different Amar Patel in the company so we use these

 5   little monikers to differentiate us.

 6         Q.    I'm sorry, I couldn't hear you, you said

 7   cloud?

 8         A.    Cloud and enterprise.  It was just

 9   referring to name of our division.  Today our division is

10   now called cloud and AI.

11         MR. MARTIN:  Aaron, can you scroll down to

12         35564?  Keep going down.  Okay.  Right there.

13   BY MR. MARTIN:

14         Q.    Right there it says, "Sonar is part of

15   Office 365 ATP," right there in the center of that

16   e-mail.  What is Sonar?

17         A.    Sonar is an internal name that refers to

18   our detonation service.

19         Q.    Does it do anything other than detonation?

20         A.    No.

21         Q.    So when Microsoft refers to URL detonation,

22   is that also referring to Sonar?

23         A.    Yes.

24         Q.    Does Sonar update the reputation server

25   that Safe Links uses?
```

Page 78

1          mind scrolling up so I can read the -- it's just

2          helpful to get the context.  I'm just reading.

3          Okay.  Thank you.

4               MR. MARTIN:  Okay.  Scroll down, Aaron.

5   BY MR. MARTIN:

6          Q.   Okay.  So there say -- you said on

7   January 5th, the AUS data centers have spiked and it

8   appears it's due to Safe Links' URL detonation, is this

9   expected?"  Do you see that?

10         A.   I do see that.

11         Q.   What are AUS data centers?

12         A.   AUS is just an acronym for Australia.

13         Q.   Okay.  And where you say, "Safe Links URL

14  detonation," is that referring to Sonar's URL detonation

15  we have been discussing?

16         A.   That's right.

17              MR. MARTIN:  Aaron, would you pull 42450?

18  BY MR. MARTIN:

19         Q.   This is a document titled "Sonar Phish

20  Anti-Evasion Update," dated September 12, 2018; have you

21  seen this document?

22              (Plaintiff's No. 7 was marked for

23          identification.)

24         A.   If you are able to scroll to the body I can

25  better understand if I've seen it before.  Yes.

Page 79

1    BY MR. MARTIN:

2         Q.    Okay.   What is this document?

3         A.    This document is describing the various

4    evasion threats that we have been observing in this time

5    frame, and outlines some of the observations, some of the

6    testing, and some of the recommendations.

7         Q.    Do you know who created it?

8         A.    Yes.

9         Q.    Who created it?

10        A.    A person in my team.

11        Q.    Who is that?

12        A.    Her name is Swaroopa, and I also

13   collaborated with her on this document.

14        Q.    Okay.   On the first page it said that the

15   document was created on September 12, 2018; does that

16   date sound correct?

17        A.    Yes.

18        Q.    Okay.   So earlier you mentioned that you

19   first started seeing IP evasion as being highly prevalent

20   around 2018, correct?

21        A.    We've seen -- we've known IP evasion has

22   been a problem.   It hasn't been the most serious problem.

23   In this time frame when phishing attacks started

24   escalating we saw this technique starting to be used in

25   this time frame.

Page 138

```
 1          minute.  It has been about three hours and

 2          43 minutes on the record, I believe.

 3               MS. LOVETT:  Okay.  Thanks.  We can go off.

 4          I'm sorry.

 5               Hey, Josh, just for planning purpose if you

 6          have an idea --

 7               THE COURT REPORTER:  Hang on, we are not

 8          off the record yet.

 9               MS. LOVETT:  Sorry.

10               THE VIDEOGRAPHER:  We are off the record

11          now.

12               (Break taken from 4:26 p.m. to 5:07 p.m.)

13               THE VIDEOGRAPHER:  We are back on the

14          record at 5:07 p.m.

15               THE WITNESS:  I'm sorry, I think you are on

16          mute, sir.

17               MR. MARTIN:  Thanks.  Good catch.  You

18          probably saw my lips moving without talking.

19   BY MR. MARTIN:

20          Q.   Mr. Patel, has Microsoft conducted any

21   testing regarding Tocmail's product?

22          A.   Not that I'm aware of.

23          Q.   None at all?

24          A.   Not that I'm aware of.

25          Q.   So it hasn't tested Tocmail's product to
```

Page 139

```
1    see if it can provide protection against IP evasion?
2             A.    Not that I'm aware of, but I've not heard
3    of the company until this proceeding.
4             Q.    Okay.  Well, has it tested the product
5    during the course of the proceeding?
6             A.    Not that I'm aware of.
7             Q.    Why hasn't Microsoft tested Tocmail's
8    product?
9             A.    Can you elaborate on your question?
10            Q.    Well, yeah, I mean, Tocmail has alleged in
11   this case that it has a solution to IP evasion,
12   essentially.  And so I'm wondering why Microsoft hasn't
13   attempted to test Tocmail's product?
14            MS. LOVETT:  Counsel, for stipulating, are
15            you now going to agree to give us the source code
16            or not?
17            MR. MARTIN:  No, I'm asking if they've
18            tested Tocmail patent -- I mean, I'm sorry,
19            Tocmail's product.
20            MS. LOVETT:  I understand.  I think we
21            tried to get the source code from you so they
22            could do that and the answer from your side was
23            no.
24            MR. MARTIN:  Yeah, I think -- yeah, our
25            position is that the source code is 100 percent
```

Page 150

BY MR. MARTIN:

Q.    Okay.   Has Microsoft ever tested a product
that competes with Office ATP without having access to
the source code?

MS. LOVETT:   Objection.   The question is
asked and answered.   The witness has said he has
to get legal advice when that is done.   And for
him to disclose how it was done with other
competitors that would necessitate him to disclose
legal advice.

Counsel, I'll offer again, if you want to
put this in an interrogatory so that we can have
some bounds around it then we can try to answer
the question.

BY MR. MARTIN:

Q.    Has Microsoft tried to use Tocmail's
product to see which portion of its course code is
publicly available?

A.    I'm not aware of Microsoft using Tocmail's
product.

Q.    Has Microsoft reviewed Tocmail's patent?

A.    I'm not aware of anybody reviewing
Tocmail's patent.

Q.    Has Microsoft programmed a claim
methodologies that are set forth in Tocmail's product --

Page 171

```
 1   to be clear.  Has Microsoft tested Tocmail's publicly

 2   available source code for its product?

 3        A.    I'm not aware of Microsoft testing

 4   Tocmail's product.

 5              MR. MARTIN:  Okay.  So I have no further

 6         questions for Mr. Patel.  We'll continue the

 7         30(b)(6) deposition, I think Mr. Rogers we'll be

 8         the next designee, but I have no further questions

 9         for you, Mr. Patel, for your portion of the

10         30(b)(6) deposition.

11              MS. LOVETT:  We'll reserve our redirect

12         questions for the end of Mr. Patel's personal

13         deposition with counsel's agreement that we can

14         address issues from today and tomorrow.

15              MR. MARTIN:  Yeah, as long as that doesn't

16         cut into, you know, my time by all means.

17              MS. LOVETT:  Yeah, I'm not touching your

18         time.  This will be my time.

19              MR. MARTIN:  Yeah.

20              MS. LOVETT:  All right.  Great.

21              All right.  Thanks everyone, Madam Court

22         Reporter, Mr. Videographer especially, thank you

23         for your hard work.

24              MR. MARTIN:  Yes, thank you very much --

25              THE COURT REPORTER:  No problem.
```

Page 173

1                          CERTIFICATE OF OATH

2

3        THE STATE OF FLORIDA )

4        COUNTY OF PALM BEACH )

5

6

7                          I, the undersigned authority, certify that

8

9        Amar Patel appeared remotely before me and was duly sworn

10

11       on the 9th day of March, 2021.

12

13                      Signed this 12th day of March, 2021.

14

15

16

17

18

19

20

21

22                      Dianelis Hernandez, FPR

23                      Notary Public - State of Florida

24                      My Commission No. GG136887

25                      My Commission Expires: 9/23/2021

Page 174

1                        CERTIFICATE OF REPORTER

2

3        THE STATE OF FLORIDA )

4        COUNTY OF PALM BEACH )

5

6                        I, Dianelis Hernandez, Florida

7        Professional Reporter, certify that I was authorized to

8        and did stenographically report the deposition of Amar

9        Patel, pages 1 through 172; that a review of the

10       transcript was requested; and that the transcript is a

11       true and complete record of my stenographic notes.

12                        I further certify that I am not a

13       relative, employee, attorney, or counsel of any of the

14       parties, nor am I a relative or employee of any of the

15       parties' attorney or counsel connected with the action,

16       nor am I financially interested in the action.

17

18                 DATED this 12th day of March, 2021.

19

20

21

22

23

24

25                      Dianelis Hernandez, FPR