# EXHIBIT 96

Page 1

1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
2
3              CASE NO. 20-60416-CIV- CANNON/HUNT
4
5     TOCMAIL INC., a Florida
      corporation,
6
                          Plaintiff,
7
      -vs-
8
      MICROSOFT CORPORATION, a
9     Washington corporation,
10                        Defendant.
      _____/
11
12
13                   VIDEOTAPED DEPOSITION OF
                             AMAR PATEL
14
15
16                   Wednesday, March 10, 2021
                       12:02 p.m. - 8:58 p.m.
17
18
                         By videoconference
19
20
21
22
23
24                   Stenographically Reported By:
                       Dianelis Hernandez, FPR
25

```
                                                    Page 2
 1    APPEARANCES:

 2

 3    On behalf of the Plaintiff:
          JOHNSON & MARTIN, P.A.
 4        500 W. Cypress Creek Road
          Suite 430
 5        Fort Lauderdale, Florida 33309
          954-790-6699
 6        BY: Joshua D. Martin, Esquire via videoconference
          josh.martin@johnsonmartinlaw.com
 7

 8

      On behalf of the Defendant:
 9        GREENBERG TRAURIG, LLC
          1000 Louisiana Street
10        Suite 1700
          Houston, Texas 77002
11        713-374-3541
          BY: Mary-Olga Lovett, Esquire via videoconference
12        lovettm@gtlaw.com

13

14

      VIDEOGRAPHER:    Edan Cope
15

      ALSO PRESENT:   Michael Wood
16                    Aaron Wolke
                      Rachel Hymel
17                    Evie Cobos

18

19

20

21

22

23

24

25
```

Page 3

```
 1                   INDEX OF PROCEEDINGS
 2    WITNESS                                    PAGE
      AMAR PATEL
 3    DIRECT EXAMINATION BY MR. MARTIN              5
 4    CERTIFICATE OF OATH                         238
      CERTIFICATE OF REPORTER                     239
 5    READ & SIGN LETTER TO WITNESS               240
      ERRATA SHEET                                241
 6
 7
                      PLAINTIFF EXHIBITS
 8    EXHIBIT           DESCRIPTION              PAGE
      Exhibit 1    Expert disclosures             14
 9    Exhibit 2    PowerPoint presentation        24
      Exhibit 3    E-mail chain                   32
10    Exhibit 4    E-mail chain                   42
      Exhibit 5    Expert report                  46
11    Exhibit 6    Sonar phish anti-evasion update 49
      Exhibit 7    E-mail chain                   63
12    Exhibit 8    10/11/2016 E-mail              66
      Exhibit 9    PowerPoint presentation        67
13    Exhibit 10   3/10/2017 E-mail               81
      Exhibit 11   PowerPoint presentation        81
14    Exhibit 12   E-mail chain                   85
      Exhibit 13   E-mail chain                   91
15    Exhibit 14   Bosh discussion prep           99
      Exhibit 15   PowerPoint presentation       111
16    Exhibit 16   E-mail chain                  117
      Exhibit 17   E-mail chain                  133
17    Exhibit 18   E-mail chain                  146
      Exhibit 19   Hypothetical example          157
18    Exhibit 20   Targeted PDF                  167
      Exhibit 21   8/21/2018 E-mail              179
19    Exhibit 22   4/27/2020 E-mail              181
      Exhibit 23   PowerPoint presentation       182
20    Exhibit 24   3/13/2019 E-mail              194
      Exhibit 25   PowerPoint presentation       194
21    Exhibit 26   Appendix                      203
      Exhibit 27   E-mail chain                  208
22    Exhibit 28   PowerPoint presentation       225
23
24
25
```

Page 20

```
 1    most commonly observed cyberthreats?
 2            A.    Yes.
 3            Q.    And you said that that started around 2015,
 4    2016?
 5            A.    We observed phishing scaling up in the
 6    2017, sort of the -- I would say December, January and
 7    then going into -- December, January 2000 -- January 2017
 8    and the escalating in the year 2017.
 9            Q.    Do you know when did Microsoft first start
10    seeing phishing in any capacity?
11            A.    I don't know the answer to that.
12            Q.    The next sentence there says, "he will
13    explain how Safe Links was developed."  Can you please
14    explain how Safe Links was developed?
15            A.    Yeah.  So Safe Links was originally
16    created --
17                  MS. LOVETT:  I'm going to object to
18            vagueness of the question.  I'm sorry.
19                  But, Mr. Patel, go ahead and do your best.
20                  THE WITNESS:  Okay.
21            A.    So Safe Links was originally created as a
22    reputation service where we used a reputation server to
23    evaluate links clicked on by users who receive links
24    within Microsoft mail, Office 365 mail.  It eventually
25    evolved as the sort of state or the art -- attacker state
```

Page 23

```
 1        A.    Well, the -- would you mind if I clarify a
 2    little bit?
 3        Q.    Sure.
 4        A.    When we think about observed cyberattack,
 5    in my context a cyberattack is -- there is a difference
 6    between -- what a cyberattack is and the tactics used to
 7    conduct these cyberattacks.  A cyberattack can be a
 8    phishing attack or it can be a ransomware attack or it
 9    can be what's referred to as advance persistent threat
10    where an attacker is trying to gain a foothold in some
11    kind of corporate infrastructure.  And so these are what
12    we think about as cyberattacks.
13             When we think about this network evasion we
14    think of that as a tactic where the attacker is trying to
15    use a technique in order to increase the likelihood of
16    success in their attack.  And so I just wanted to be
17    clear on the language.  Commonly cyberattacks today
18    include phishing attacks, you know, ransomware attacks,
19    more targeted attacks on infrastructure to gain foothold.
20    But a common -- a tactic that we have observed that is
21    used today is network evasion.  And, yes, you can say
22    it's a common tactic.
23        Q.    So I mean, would you call network evasion
24    an attack vector?
25        A.    I would say -- I would call network evasion
```

Page 24

1   a tactic for evading detection for an -- a tactic an

2   attacker uses to evade security products.  That's how I

3   would refer to it.

4          Q.    Okay.  So regarding the statement here,

5   "Mr. Patel will opine that network evasion is not the

6   most commonly observed cyberattack," would you change the

7   wording of that in any way?

8          A.    I think the wording is fine.  I think

9   what's stated here is accurate, but I'm just trying to

10  clarify, you know, how I think about the problems.  You

11  are asking me my opinion, but I think the way it's stated

12  here is fine.

13         Q.    Okay.  What cyberattacks would be more

14  common sitting here in 2021 than network evasion?

15         A.    Well, phishing is a type of cyberattack

16  that is very common today.

17         Q.    Is it the most common?

18         A.    Phishing I would say it's most common, yes.

19               MR. MARTIN:  Aaron, can you pull MICROSOFT

20         42251, please?

21               (Plaintiff's No. 2 was marked for

22         identification.)

23  BY MR. MARTIN:

24         Q.    Okay.  This is what we are marking as

25  Exhibit 2 to your deposition today.  Have you seen this

Page 37

```
 1   again?
 2          A.    A verdict is just the determination from
 3   Sonar whether it thought the website -- the link was good
 4   or bad.
 5          Q.    Okay.  So a good verdict means the link was
 6   good?
 7          A.    The good verdict means that at the time we
 8   evaluated that URL we determined it was clean.  The
 9   reason why I'm making that clarification is URLs can be
10   submitted to detonation so we may see the same URL
11   multiple times and we may render a different verdict at a
12   different time.
13          Q.    Okay.  And what is -- it goes on to say,
14   "even at the time of click."  What is time of click?
15          A.    Time of click is when Safe Links is enabled
16   for a customer and the user clicks on a link in the mail,
17   and at that time of click the link is then routed to the
18   detonation service.
19          Q.    Okay.  So what does it mean that Sonar --
20   where it says here, "Sonar returned always good verdict
21   even at the time of click or after submission?"
22          A.    Let me see here.  I'm just trying to find
23   that sentence again.
24          Q.    Yeah.  Right next to where Aaron's arrow is
25   on the bullet point.
```

1   says, "route URL traffic through a specific region to

2   combat geo evasion."  Do you see that?

3        A.    Yes.

4        Q.    So how does routing traffic through a

5   specific region combat geo evasion?

6        A.    So this is a case where an attacker may

7   decide to show the intended victim a different website

8   based on the region through which that user is visiting

9   the attacker's website.  And so by geo distributing the

10  routing of our detonation traffic we have the ability to

11  show the attacker a region that they are expecting to see

12  for their intended victim.

13       Q.    So why does the document describe two

14  different solutions for IP evasion versus geo evasion?

15       A.    I'm just looking at the document real quick

16  here.  Are you referring to the diagram in your question?

17       Q.    Well, no, just those two bullet points, you

18  know, they had -- they both -- one says it's combating

19  geo evasion, one has, you know, something regarding

20  combating Microsoft IP evasion.  Those are two different

21  bullet points providing two different solutions there.

22            So my question was:  Why does that document

23  describe two different solutions for those two things,

24  for geo evasion versus Microsoft IP evasion?

25       A.    Yeah, I think the document is just

Page 78

```
 1   of that top red arrow.  So it is a piece of code designed
 2   to check for certain IP ranges.  Then designed to check
 3   if they are associated with the list of companies that
 4   are included in the malware itself, and then based on
 5   that the malware will decide how it will execute.
 6            And the last point I'll make is if you look
 7   at, let's see here, just for clarity sake I'm going to
 8   count lines here, one, two, three, four, five, six,
 9   seven -- the seventh line down starting with the
10   "s("eieErFy," that if you reorder the letters is FireEye,
11   and if you look in the box to the right you'll notice
12   there is a company noted there called FireEye, just to
13   confirm that this obfuscated and that if you unpack the
14   letters you'll notice that they are listed on the right.
15            Q.    Okay.  So and I appreciate that
16   explanation.  So is this slide showing IP evasion based
17   on the IP addresses of these companies that are on the
18   right?
19            A.    The slide is showing a code snippet that an
20   attacker is using to enable IP evasion.
21            Q.    Okay.
22            THE COURT REPORTER:  I'm sorry to
23            interrupt, Counsel, can we just take a two second
24            break?
25            MR. MARTIN:  Yes.
```

Page 98

```
 1    used which is easily attributable to Microsoft."  So why
 2    is an IP address range used which is easily attributable
 3    to Microsoft?
 4           A.    So we have a Microsoft service and we route
 5    our traffic out Microsoft IP ranges, that's a fact.  For
 6    the vast majority of services, you know, in Microsoft
 7    that's perfectly fine.  Because we discovered and also
 8    know about this idea of where an attacker will attempt to
 9    evade detection by identifying Microsoft's IP ranges and
10    serve a different payload, we introduced IP Anonymization
11    to address that situation.
12                And so, again, the reason why I was asking
13    above.
14                THE WITNESS:  If we can scroll up in the
15          mail, please.
16           A.    In regards to that comment I didn't know
17    what they had turned on, and that's why I asked are they
18    running their entire -- our entire security stack?  Is
19    Safe Links turned on?  Is safe attachments turned on?
20    It's not just one switch that turns everything on.  You
21    actually have to configure the services to turn on the
22    different protections and select for whom.
23                I think you'll notice in the mail that the
24    person indicated, you know, they did it for a small group
25    of users.  So we weren't sure, you know, what was turned
```

Page 136

```
 1          A.    There are situations where an attacker will
 2   identify Microsoft's IP ranges and then decide to serve a
 3   different kind of website.  They may serve Website B
 4   instead of Website A.  And so in situations where
 5   attackers are trying to determine what kind of web pages
 6   to serve a user we use Proxify as a way to route
 7   detonation traffic out non-Microsoft IP ranges.
 8          Q.    So what is its purpose?
 9          A.    The purpose of Proxify is to provide a
10   mechanism to route our detonation traffic out of
11   non-Microsoft IP ranges.
12          Q.    And what is Proxify?
13          A.    Can you be more specific in your question?
14          Q.    Yeah.  What is Proxify?  I mean, what
15   exactly is it?
16          A.    It's a company that provides a service for
17   routing traffic.
18          Q.    For routing IP traffic?
19          A.    For routing internet, outbound internet
20   traffic.
21               MR. MARTIN:  Okay.  So if you keep
22          scrolling there, Aaron, there is a chart there
23          that says Proxify effectiveness.
24   BY MR. MARTIN:
25          Q.    What exactly is this showing?
```

Page 138

1    number is the volume of traffic, the volume of link --

2    sort of the volume of detonations for URLs where the

3    traffic was routed through a non-Microsoft IP range.  And

4    that's what the 89479001 means.  That's the total.  The

5    3807745 is what was routed.

6            Q.    Okay.  So 4.25 percent of URLs are routed

7    through Proxify as of that April 15, 2019 date?

8            A.    Yeah, I don't know what the time span --

9    what the beginning time span was.  But, yeah, between

10   some start point, since 4/15 -- yeah, since 4/15/2019 to

11   whenever the end date was on this study, 4.25 percent of

12   the 89479001 was routed through Proxify.

13           Q.    Okay.  And then the next line says, over --

14   "of the total routed through Proxify 389568," which in

15   parenthesis is 10.23 percent URLs resulted in 200 OK.

16   First of all, what does 200 OK mean?

17           A.    A 200 OK is an HTTP code.  It simply means

18   that we were able to reach the page successfully.

19           Q.    Is it the same thing as a 200 status code?

20           A.    It's a status code.  Correct.

21           Q.    So what is that line saying there?

22           A.    It's saying some portion of the URLs that

23   were routed result to a page whereas they didn't resolve

24   previously.

25           Q.    Okay.  So is that correct there that 10.23

Page 143

1    BY MR. MARTIN:

2          Q.    So this says in that first sentence, this

3    is an e-mail to you on April 30, 2019 and some others at

4    Microsoft.  It says, "we currently route only non-200 and

5    non-zero response code unscrambled URLs to Proxify."

6    What exactly does that mean?

7          A.    Yeah, so what that means is, you know, we

8    weren't -- we weren't routing all traffic.  We were --

9    since we were just starting out with using Proxify we

10   wanted to understand if it would be effective, obviously,

11   and clearly the data show it was effective.  But we

12   wanted to essentially pick a criteria for deciding when

13   to route an URL to the IP Anonymization infrastructure.

14         Q.    Okay.  So has Microsoft started routing

15   URLs that were turning a 200 response code through

16   Proxify as of today's date?

17         A.    We use other -- we are routing much more

18   now.  We have expanded our -- how much we route using

19   different criteria, which is proprietary.

20         Q.    Okay.  Well, other than -- I don't need to

21   know anything other than 200 status code.  So is

22   Microsoft as of today routing URLs that return a 200

23   status code through Proxify?

24         A.    We route URLs using the prior criteria and

25   we've added new criteria to expand the number of URLs

Page 145

1    some of our trade secrets.  We don't necessarily -- let

2    me put it in a different way.

3              We don't actually have to determine if we

4    get a 200 OK or not 200 OK to determine if we should

5    route a link clicked to Proxify.  We don't actually need

6    to know whether it's 200 OK or non-200 OK to route an URL

7    clicked through Proxify today.

8        Q.    Okay.  So you are saying the status code is

9    no longer the criteria that's used to determine whether

10   URLs are routed through Proxify?

11       A.    Status code is used.  We still use the

12   non-200 OK and non-zero, but we have added a new approach

13   where we do not need to know the status code to route.

14       Q.    And that's how you are saying that some 200

15   status code would actually be routed through Proxify?

16       A.    That's right.  I don't -- you know, I don't

17   know, but I assume that given the volume we are talking

18   about some of them will be 200 OK.  I think it's safe to

19   say that.

20       Q.    Okay.  So when did that new criteria start

21   where it was more than just non-200 and non-zero response

22   code being routed through Proxify?

23       A.    You know, we have been working on it for

24   I'd say six to eight months, and recently rolled out,

25   probably near the beginning of this year or -- I'd say in

Page 146

1    this quarter.

2         Q.    Okay.  So and I don't want to misstate what

3    you are saying.  So where this says here, "we currently

4    route only non-200 and non-zero response code unscrambled

5    URLs to Proxify," that was the old way and that was up

6    through maybe Q1 of this year, and now there is a new

7    criteria where some 200 status code could get routed

8    through Proxify?

9         A.    Yeah.  You know, we have evolved our

10   techniques.  We have identified new novel ways to do this

11   routing so we have been working on developing that

12   technology last year and we've now been able to get it in

13   production earlier this year.

14              MR. MARTIN:  Okay.  Aaron, can you pull up

15         58185?

16              (Plaintiff's No. 18 was marked for

17         identification.)

18   BY MR. MARTIN:

19         Q.    Okay.  This is an e-mail chain.  The first

20   e-mail there is April 16, 2020; do you see that?

21         A.    Yes.

22              MR. MARTIN:  Okay.  Aaron go down to -- and

23         this is Exhibit 18 -- go down to 58188.  You can

24         keep going down.

25

Page 152

1    threats, you know.  And we call that a single point of

2    failure in the security world.

3                In general, we don't want to have a single

4    point of failure because if you are, you know, hinging on

5    one thing going right 100 percent of the time, you know,

6    we know just based on human experience that's not a wise

7    thing to do.  And so that's why we have these different

8    layers of protection, which I mentioned prior, like the

9    time travel, like the identity protection, like heuristic

10   clustering, the types of technology we use if there is a

11   compromise.  And so it doesn't necessarily mean that we

12   are not going to catch attacks that are employing IP

13   evasion.

14        Q.    Could an attacker black list both Microsoft

15   IP addresses and Proxify IP addresses to redirect safe

16   Safe Links to a benign site every time Safe Links

17   connects to the site?

18        A.    An attacker can choose to black list

19   anyone.

20        Q.    Yeah.  So if -- can an attacker black list

21   both Microsoft IP addresses and Proxify IP addresses to

22   redirect Safe Links to a benign site every time Safe

23   Links connects?

24        A.    They could choose to do that, but if they

25   did that they are telling us something about them.  You

Page 167

1   that technology and make it work correctly.

2               And so as you noted, it may not have been

3   available when we started, but certainly it is available,

4   and we knew about it, and we were evolving the technology

5   to advance the state of the art.  And that's what I

6   wanted to clarify.

7        Q.   Okay.  I appreciate that.

8               So just so I'm understanding so while

9   things were in the works in 2020, this URL in this

10  example would not have been routed through Proxify

11  because it returned a 200 OK status, correct?

12       A.   If an URL -- when we first launched IP

13  anonymization, if an URL gave us a 200 OK we would not

14  have routed to Proxify as noted by the documentation we

15  reviewed previously where the -- it was stated we used

16  non-200 OK, non-zero.  And subsequently we changes that

17  criteria as we have discussed prior.

18               MR. MARTIN:  Aaron, can you show the

19          targeted PDF?

20               (Plaintiff's No. 20 was marked for

21          identification.)

22  BY MR. MARTIN:

23       Q.   Okay.  Looking at another example here.  In

24  this case the hypothetical target company has an internet

25  address of 172.217.0.132; do you see that?

Page 187

1   won't be shown to the user in effect protecting the

2   user."  So what do you mean there?

3           A.    Yeah.  And I apologize if I conflated a few

4   things.  I felt like I may have.  So yeah, let me

5   clarify.  If a company is using Zscaler for routing their

6   outbound internet traffic and an attacker is choosing to

7   evade Zscaler's IP ranges, well, when a user clicks on a

8   link to go visit that site the attacker is going to see

9   Zscaler IP ranges and then show them the clean --

10  basically show them a clean site because, you know, they

11  are basically keying off Zscaler's IP ranges to choose if

12  they show a bad site or a good site.

13              And if they are interested in evading

14  Zscaler, well, then they are just going to show the user

15  a clean site, in which case the user is protected.  And

16  that's independent of our detonation service.  That might

17  be the confusing part.  That potential flaw benefit is

18  independent of our detonation service.  It's merely a

19  nature of the fact that a customer has or is using

20  Zscaler and an attacker is choosing to show one page

21  versus another based on Zscaler's IP ranges.

22              So I can see how that may have been

23  confusing.  We are kind of mixing context here.

24          Q.    Okay.  So if the attacker is evading

25  Zscaler IP ranges, how is it that the malicious payload

```
                                                        Page 238

 1                      CERTIFICATE OF OATH

 2

 3        THE STATE OF FLORIDA )

 4        COUNTY OF PALM BEACH )

 5

 6

 7                      I, the undersigned authority, certify that

 8

 9        Amar Patel appeared remotely before me and was duly sworn

10

11        on the 10th day of March, 2021.

12

13                      Signed this 14th day of March, 2021.

14

15

16

17

18

19

20

21        _____

22        Dianelis Hernandez, FPR

23        Notary Public - State of Florida

24        My Commission No. GG136887

25        My Commission Expires: 9/23/2021
```

Page 239

1                    CERTIFICATE OF REPORTER

2

3        THE STATE OF FLORIDA )

4        COUNTY OF PALM BEACH )

5

6                    I, Dianelis Hernandez, Florida

7        Professional Reporter, certify that I was authorized to

8        and did stenographically report the deposition of Amar

9        Patel remotely, pages 1 through 237; that a review of the

10       transcript was requested; and that the transcript is a

11       true and complete record of my stenographic notes.

12                    I further certify that I am not a

13       relative, employee, attorney, or counsel of any of the

14       parties, nor am I a relative or employee of any of the

15       parties' attorney or counsel connected with the action,

16       nor am I financially interested in the action.

17

18                    DATED this 14th day of March, 2021.

19

20

21

22

23

24       _____

25                    Dianelis Hernandez, FPR