# EXHIBIT 97

| | |
|---|---|
| **From:** | Bryan Wade <bryan.wade@terminus.com> |
| **To:** | Jason Rogers |
| **CC:** | Abhishek Agrawal (CDM); Amar Patel (C AND E); Brent Mackay; Chris Vannoy; Daniel Hellerman; David Gorelik; Eric Vass; Ricardo Stern |
| **Sent:** | 9/4/2020 2:37:29 PM |
| **Subject:** | Re: [EXTERNAL] MSFT Safe Links question |

Thank you Jason. We agree that part of the volume is from third parties. We've built a system to detect those over time. In July we saw a large spike when SafeLinks was rolled out.

We appreciate your help and our joint customers do as well!

Bryan

On Fri, Sep 4, 2020 at 10:29 AM Jason Rogers <jarogers@microsoft.com> wrote:
Many email filtering services use sandboxing to detect malicious content on web pages. The web page is accessed in the same manner a user would access it and analyzed for malware or phish. It is certainly possible that some of your volume is coming from this sort of URL analysis from Office ATP. You likely have some from other 3rd parties doing the same mixed in as well.

I believe that the primary IP range we use for our sandboxes is published, but not all, as using IPs for sandbox evasion is a common attacker tactic.

@Amar Patel (C AND E) from our sandbox team might be able to offer suggestions on how to mitigate the automated clicks.

Jason Rogers
Principal PM Manager, Advanced Threat Protection
Information Protection – Org Security
Redmond, WA

---

**From:** Brent Mackay <brent.mackay@terminus.com>
**Sent:** Friday, September 4, 2020 5:57 AM
**To:** David Gorelik <David.Gorelik@microsoft.com>
**Cc:** Ricardo Stern <ristern@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Jason Rogers <jarogers@microsoft.com>; Daniel Hellerman <daniel.hellerman@terminus.com>; Chris Vannoy <chris.vannoy@terminus.com>; Eric Vass <eric.vass@terminus.com>; bryan.wade <bryan.wade@terminus.com>
**Subject:** Re: [EXTERNAL] MSFT Safe Links question

Hi David, Abhishek and Jason,

Hope you had a great weekend. I wanted to check back in before the holiday weekend to see if you all can lend a hand with this?

Thanks!

**Brent Mackay**
**Senior Product Manager**
847-404-3563



Learn More...

On Tue, Sep 1, 2020 at 4:58 PM Brent Mackay <brent.mackay@terminus.com> wrote:
Ricardo - thank you for the introduction!

Hi David and team,

We would love to learn a bit more about Safe Links and hoping you and the team could help?

Here is the email from earlier in the chain:
---
*Part of the main value prop of our Email Experiences product line is the clickable banner ad at the bottom of each email signature (like the one in my signature below). We help marketers identify which banner ads are being engaged with and by which accounts and contacts. We report that to our customers from within our app to show attribution towards their marketing efforts.*

*In May we started seeing a large number of automated bot clicks across our customer base that are muddying the analytics that we provide. We investigated some of the IP addresses that generated those automated clicks and the vast majority of them were linked back to Microsoft. After little more digging from our side, we noticed that Safe Links had a large release around the same time and we believe that those events are correlated.*

*We are hoping to learn more about Safe Links and to see if there is an IP range (or something else) that we can use to help exclude those automated clicks from our analytics pool?*
---

We very much appreciate any help with this!

Regards,

**Brent Mackay**
**Senior Product Manager**
847-404-3563

TerminsEmailSi

Terminus July Product Release

On Thu, Aug 27, 2020 at 5:24 PM David Gorelik <David.Gorelik@microsoft.com> wrote:

Thanks Ricardo. I am adding @Abhishek Agrawal and @Jason Rogers to comment on the mail from Brent below.

David

**From:** Ricardo Stern <ristern@microsoft.com>
**Sent:** Thursday, August 27, 2020 1:35 PM
**To:** Brent Mackay <brent.mackay@terminus.com>; David Gorelik <David.Gorelik@microsoft.com>
**Cc:** Daniel Hellerman <daniel.hellerman@terminus.com>; Chris Vannoy <chris.vannoy@terminus.com>; Eric Vass <eric.vass@terminus.com>; bryan.wade <bryan.wade@terminus.com>
**Subject:** RE: [EXTERNAL] MSFT Safe Links question

Hi Brent, thanks for reaching out. @David Gorelik, do you know who is PM'ing safe links on the Outlook side that can help Brent reach out to the backend folks for this?

**From:** Brent Mackay <brent.mackay@terminus.com>
**Sent:** Thursday, August 27, 2020 1:31 PM
**To:** Ricardo Stern <ristern@microsoft.com>
**Cc:** Daniel Hellerman <daniel.hellerman@terminus.com>; Chris Vannoy <chris.vannoy@terminus.com>; Eric Vass <eric.vass@terminus.com>; bryan.wade <bryan.wade@terminus.com>
**Subject:** [EXTERNAL] MSFT Safe Links question

Hi Ricardo,

I hope that you are doing well! I'm not sure if you are the correct person who can help us out, but we have a few questions regarding the ATP Safe Links functionality.

Part of the main value prop of our Email Experiences product line is the clickable banner ad at the bottom of each email signature (like the one in my signature below). We help marketers identify which banner ads are being engaged with and by which accounts and contacts. We report that to our customers from within our app to show attribution towards their marketing efforts.

In May we started seeing a large number of automated bot clicks across our customer base that are muddying the analytics that we provide. We investigated some of the IP addresses that generated those automated clicks and the vast majority of them were linked back to Microsoft. After little more digging from our side, we noticed that Safe Links had a large release around the same time and we believe that those events are correlated.

We are hoping to learn more about Safe Links and to see if there is an IP range (or something else) that we can use to help exclude those automated clicks from our analytics pool?

We very much appreciate any help with this!

Regards,

**Brent Mackay**
Senior Product Manager
847-404-3563

Terminus July Product Release

--

**Bryan Wade**
Chief Product Officer
317-439-1953

TerminsEmailSi

ABM Cookbook

CONFIDENTIAL
MSFT_TOC00066195