# EXHIBIT 98

| | |
|---|---|
| **From:** | Swaroopa Gollapalli </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICROSOFT.ONMICROSOFT.COM-55760-SWAROOPA GOLLAPALLI> |
| **To:** | Prachi Rathee; Abhijeet Hatekar (MSTIC); Amar Patel (C AND E); Nitin Kumar Goel |
| **Sent:** | 4/30/2019 10:00:06 PM |
| **Subject:** | RE: Proxify effectiveness report |

Hi Prachi – As noted in the in the slide, we currently route only non-200 and non-zero response code un-scrambled URLs to Proxify. Since in your scenario, the redirected (already resolved) URLs are not going through Proxify, these URLs will lie outside of the 4.25% URLs. To measure the geo-evasion cases with a redirected URL (i.e. for a phish attack targeted in Canada, phish landing page is seen in Canada only and rest of the regions are served with youtube.com), we first need the behavior of the URL served in different regions. EOP is working on a solution to introduce region-based cache that will help track the verdicts passed per region and suspicious mail flow URLs from that data can be routed to Proxify to see the results. In addition, for time of click URLs, as noted in next steps we must capture the user-agent string and Client IP and route through Proxify to catch any geo-evasion scenarios.

Thanks,
Swaroopa


**From:** Prachi Rathee <Prachi.Rathee@microsoft.com>
**Sent:** Tuesday, April 30, 2019 12:00 PM
**To:** Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>; Nitin Kumar Goel <Nitin.Goel@microsoft.com>
**Subject:** RE: Proxify effectiveness report

Swaroopa – Joe's work on URL volume fix is not done yet, there was a bug in his export changes that needs to wait for May FSR unfortunately.

I have a question on below though --- which number signifies "% of URL that could not be resolved without proxify or redirected to different (google.com for example)" unless we are only routing suspected evasion cases only to proxify? is it 4% routed to proxify or 0.4 %( 10% of 4.25)? that should be highlighted for improving against network evasion not just FNs

thanks

**From:** Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>
**Sent:** Tuesday, April 30, 2019 10:33 AM
**To:** Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>; Nitin Kumar Goel <Nitin.Goel@microsoft.com>; Prachi Rathee <Prachi.Rathee@microsoft.com>
**Subject:** RE: Proxify effectiveness report

+@Nitin Kumar Goel and +@Prachi Rathee

Hi Abhie,

Thanks for sharing the URL effectiveness numbers for those that are routed through Proxify. As discussed, I'll work with you on the metric for potential FN gap observed.

@Prachi/@Nitin – This report will be shared with Steve/Mario and we'll need to provide the true customer impact. For this we'd need the corresponding message volume (and %) for the below buckets. Is this something that Joe can compute for us relating to the EOP URL volume logging efforts?

CONFIDENTIAL                                                                                                                              MSFT_TOC00065791



Thanks,
Swaroopa

**From:** Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>
**Sent:** Wednesday, April 24, 2019 8:48 PM
**To:** Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>
**Subject:** RE: Proxify effectiveness report

Thanks for sharing the template. It will take some time to build queries that report this information. Some of it can be taken from the Proxify dashboard.

Regards,
Abhie

**From:** Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>
**Sent:** Wednesday, April 24, 2019 7:27 PM
**To:** Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>
**Subject:** RE: Proxify effectiveness report

Hey Abhie,

As discussed, here's the view that we are looking at sharing with the LT on Proxify effectiveness. I'll work on the actual numbers for highlighted stuff with you tomorrow.

@Amar Patel (C AND E) – I'll clean up the bullet points and the filter once I get the real numbers, other than let me know if this visual template works for sharing with Steve/Mario.

# Proxify Effectiveness

- Since 4/15/2019, [1,153,741] of URLs are routed through Proxify
    - [203838] ~20% resulted in 200 OK [Message Volume – MM and MM1%]
    - Of the [203838] URLs with 200 OK, 101 unique URLs [YY messages YY1%] were detected Bad ZZ1%] were detected Clean
    - Out of 101 detected Bad, 30% is the unique catch [UU messages UU%]
    - Potential FN gap - [WW messages WW%]
    - Of the remaining URLs that didn't resolve, here's the breakdown:
        - Error –3%; Same as original Non-200 - ~75%; Different Non-200 – 2%

% URLs routed through Proxify [Me

% URLs with 200 OK Res
[Message/volume %

URLs detected Bad
[Message/volume %

Unique Catch
[Message/volume %

**Rules for routing URLs through Proxify:**
Time of Click URLs with
- HTTP Response codes 4* (400, 401, 402, 403, 405)
- HTTP Response codes 5* (500, 502, 503)
- Other HTTP response codes <> 200 and <> 0

Thanks,
Swaroopa

**From:** Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>
**Sent:** Tuesday, April 23, 2019 12:51 PM
**To:** Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>
**Subject:** RE: Proxify effectiveness report

Comments inline..

-----Original Appointment-----
**From:** Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>
**Sent:** Friday, April 19, 2019 10:05 AM
**To:** Swaroopa Gollapalli
**Cc:** Abhijeet Hatekar (MSTIC)
**Subject:** Proxify effectiveness report
**When:** Tuesday, April 23, 2019 11:30 AM-12:00 PM (UTC-08:00) Pacific Time (US & Canada).
**Where:** Abhie's office

I have 1 on 1 at 4PM, let's do at 11:30 – your calendar is free as well.

---

**From:** Swaroopa Gollapalli
**Sent:** Tuesday, April 2, 2019 4:17 PM
**To:** Amar Patel (C AND E) <amarpa@microsoft.com>
**Cc:** Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>
**Subject:** Proxify effectiveness data to come out in 2-3 weeks

Hi Amar,

Follow up to your question in ship room, Abhie and I decided on the following metrics to measure Proxify effectiveness:

1. True Positives volume from Proxify à Out of the resolved URLs, overall how many were caught as bad
[AH] Proxify detected 101 unique URL canonHashes in last 14 days
2. Unique Catch à Out of the caught URLs, what's the unique catch i.e. no other services like URLrescan etc. didn't catch before
[AH] Out of these 101 detected hashes, 30% were unique catch (not detected by UrlRescanService)
3. Proxify FNs à Answers if Proxify is getting evaded
[AH] Based on UrlRescanService, our FN message volume was 43592. Out of which URLs from 4409 messages were routed from Proxify but we still did not get 200 OK. So we are generalizing that around 10% of our FN URLs do not show content even after routing via Proxify.
We impacted only 118 messages for the Urls which were routed from Proxify and we received 200 OK but were later identified as our FNs. (Potential detection gap)
4. Other general metrics that's already available on dashboard such as % Resolved, % same as original response, %Errors, %different error responses
5. Next steps
[AH] Extend the URLs unscrambling criteria for Urls coming from documents which will automatically route these URLs via Proxify based on signatures. E.g. Office documents or PDFs matching known artifacts, redirector services,
Route URLs with response code 0 through Proxify (TimeOfClick)

Let us know if you can think of more that we should add to the above list.

If you're curious, as of today we have seen 521 (ranging from 0.03-0.04%) unique URLs caught bad in the past 14 days. But when we measure this again in two weeks, the numbers will change. To make it meaningful, **we need more time to bake in the changes that are continuously being made to fine tune the URL pipeline routed to Proxify. Today we enabled for DaaS and tomorrow we have a meeting to unleash and tackle the logic for scrambled URLs to send more traffic to Proxify.** Once the changes are finalized and done, we'll give it 2 weeks and will re-run the queries to derive results for above metrics.

Thanks,
Swaroopa