# EXHIBIT 99

How RBI helps improve protection for all OATP (and regular Enterprise/Consumer) customers



- We will keep chipping away at Sonar FNs, but **evasion** is always going to be a **challenge**.

- Cloud Browser gives us **new physics** on this because it's running **in the user context**.

- Even with a small fraction of customers using it initially, **rep from those users** will help protect **all Enterprise and Consumer customers**.

- (In addition to potentially being a good business in its own right, and helping further Microsoft's position as a security industry leader!)