# EXHIBIT 100

| | |
|---|---|
| **From:** | Ross Adams </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICROSOFT.ONMICROSOFT.COM-55760-ROSS ADAMS> |
| **To:** | William Su; Andy Day; Shelby Davis; Jason Rogers; Amar Patel (C AND E); Nitin Kumar Goel |
| **Sent:** | 6/13/2017 5:27:37 PM |
| **Subject:** | RE: DEAL-BREAKING: RE: ACTIONS RE: ATP Discussion with MoJ- Updated with Agenda |

One consideration here on how to find the right links to detonate, have we considered just detonating links that are "/" without parameters?  Generally links that do something will have parameters?

Just a thought? Do we know how many links meet this criteria.

@William agree and we are working with them.

Regards
Ross.

**From:** William Su
**Sent:** Thursday, June 8, 2017 12:27 PM
**To:** Ross Adams <Ross.Adams@microsoft.com>; Andy Day <Andy.Day@microsoft.com>; Shelby Davis <Shelby.Davis@microsoft.com>; Jason Rogers <jarogers@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>
**Subject:** RE: DEAL-BREAKING: RE: ACTIONS RE: ATP Discussion with MoJ- Updated with Agenda

I mean, if needed, and if we can find a *pattern* to links that they get targeted with, perhaps we can definitely think about crafting a one-off pattern for a rule/Safe Links to send for detonation, similar to what we did for Dow? We know that these are by design not supported today, but we'll do more in the future.

We definitely don't want to lose these, as they're a bunch of lawyers for the UK government and may be the gateway to many other GOV deals in UK.

William Su
Program Manager II
Advanced Threat Protection
IP Organization Security--
Lincoln Square\11008C, Bellevue, WA
▦ Microsoft

**From:** Ross Adams
**Sent:** Thursday, June 8, 2017 11:49 AM
**To:** Andy Day <Andy.Day@microsoft.com>; Shelby Davis <Shelby.Davis@microsoft.com>; Jason Rogers <jarogers@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>
**Cc:** William Su <ruiwensu@microsoft.com>
**Subject:** RE: DEAL-BREAKING: RE: ACTIONS RE: ATP Discussion with MoJ- Updated with Agenda

+Jason/Amar.

Guys,

Any particular comments you want to add here in regard to the table below?  I've explained that we use reputation and patterns to detonate material and that we are looking to detonate more content, but you input would be appreciated.

Regards
Ross.

**From:** Andy Day
**Sent:** Thursday, June 8, 2017 10:03 AM
**To:** Shelby Davis <Shelby.Davis@microsoft.com>; Ross Adams <Ross.Adams@microsoft.com>
**Cc:** William Su <ruiwensu@microsoft.com>
**Subject:** RE: DEAL-BREAKING: RE: ACTIONS RE: ATP Discussion with MoJ- Updated with Agenda

I am free. Ross seems to be in a call.

Thanks,
*Andy*

CONFIDENTIAL

**From:** Shelby Davis
**Sent:** 08 June 2017 18:02
**To:** Andy Day <Andy.Day@microsoft.com>; Ross Adams <Ross.Adams@microsoft.com>
**Cc:** William Su <ruiwensu@microsoft.com>
**Subject:** RE: DEAL-BREAKING: RE: ACTIONS RE: ATP Discussion with MoJ- Updated with Agenda

I have time now to review – do you all want to talk now?

**From:** Andy Day
**Sent:** Thursday, June 8, 2017 9:59 AM
**To:** Ross Adams <Ross.Adams@microsoft.com>
**Cc:** Shelby Davis <Shelby.Davis@microsoft.com>; William Su <ruiwensu@microsoft.com>
**Subject:** DEAL-BREAKING: RE: ACTIONS RE: ATP Discussion with MoJ- Updated with Agenda
**Importance:** High

Hi Ross,

We still have a major problem here, as the customer's questions from our last conf call were not fully answered. **We have until COB UK time tomorrow** to provide a full answer, else this is going to be referred to the customer's accounts team (to ask for a refund, I believe). This means that realistically we'd **need that answer from you today**. The good news is that the customer really just wants to know what happened and what we're doing about each missed link. They actually want to keep ATP, but are losing face with their management as this issue has been dragging for a long time now.
**If we don't give them the answer that we promised in the call last week then not only will it affect this deal, but they will also recommend not to use ATP to other UK Government entities, I am told. That will affect ATP revenue for 100,000s of users.**

**Shelby/Ross:** when either of you is available within the next hour if possible, please ping me so that we can make sure that there are no crossed wires here. I will otherwise be monitoring mail during my evening and can try to make myself available for a call if necessary.

To make it easier, the accounts team have said that even a complete table like the one below would probably be enough:

| URL (prefixed with '_' for your safety) | First seen | First confirmed detection added | First blocked | Why not detected? | How will the non-detection be prevented in the future? |
|---|---|---|---|---|---|
| _http://shuttle.com.au/document_19_04_2017_04__02__55 | | | | | |
| _http://www.bendis.ch/dhl__status___5934612611 | 18/04/2017 09:51 | 20/04/2017 17:28 | 20/04/2017 17:28 | | |
| _http://hajdamowicz.com/CJDQI-57-18767-document-May-04-2017 | | 09/05/2017 18:06 | | | |
| _http://mechitron.com/CUST.-2551880710/ | | 09/05/2017 18:06 | | | |
| _http://ugongo.com/images/Scanned-45848-158299-5239/ | | | | | |
| _http://webnola.com/Ups__com__WebTracking__tracknum__8KM20047106990603/ | 18/04/2017 09:55 | 18/04/2017 17:08 | 19/04/2017 09:10 | | |
| _http://swanify.com/view-report-invoice-0000688/o6l-zs17-dbsc.view | 18/04/2017 09:55 | | | | |
| _http://hawlina.com/dFigdu2288Ycq | 18/04/2017 09:56 | | 18/04/2017 09:56 | | |
| _http://mpbaircon.com.au/microsoft.secure.encryptedmail.server.login /microsoft.secure.encryptedmail.service.login/ 763528482739423908665316258358992185381/index.php?loginid=dom1ejudiciary@ejudiciary.net | | | | | |
| _http://amacord.com/TLW0045IR | 18/04/2017 10:17 | | 18/04/2017 10:17 | | |

We'll also need to state that 2 links were dups and another was inside a customer screenshot, so we do not know the real HREF target. For this reason, their 13 mails translate into only the 10 above links to review.

So, these fields are key to fill out for each link:
- Why not detected? à "this type of link/file cannot be detected at present", "this link is a redirect that cannot be supported at present" …etc…
- How will the non-detection be prevented in the future? à e.g. "we are looking at detecting this link/file type in the future (ETA CY17 Q3)", "no historical data about this threat and the link is currently clean, so cannot be analysed" …etc…

You might want to present this in another way, all good; the customer is just looking for answers for their management and for us to be transparent with them.

Again, please reach out to me if anything is unclear, as I'll be monitoring mail for the next ~6hrs.

Thanks,
Andy

**From:** Andy Day
**Sent:** 06 June 2017 18:20
**To:** Nick Lines <Nick.Lines@microsoft.com>; Gary Kelly (UK) <Gary.Kelly@microsoft.com>; Ross Adams <Ross.Adams@microsoft.com>; Richard Fisher <Richard.Fisher@microsoft.com>; Chantal Pearson

<Chantal.Pearson@microsoft.com>; Debraj Ghosh <deghos@microsoft.com>; Paul Cullimore <Paul.Cullimore@microsoft.com>
**Cc:** Shelby Davis <shelby.davis@microsoft.com>; William Su <ruiwensu@microsoft.com>
**Subject:** RE: ACTIONS RE: ATP Discussion with MoJ- Updated with Agenda

Trying to give more insight into the links. The customer provided 13 sample mails. Each contained a link, but 3 were duplicates, so we ended up with the 10 links below. There are lots of gaps in my data (as either reporting was broken, or the customer refused to provide new reports when fixed), and the customer didn't want me to report links after a certain point (as they wanted to monitor detection themselves). It's mainly for these reasons that we need full analysis from the PG side now.

*Greyed-out text indicates those samples already mentioned by Ross below.*

| URL *(prefixed with '_' for your safety)* | First seen | First confirmed detection added | First blocked |
|---|---|---|---|
| _http://shuttle.com.au/document_19_04_2017_04__02___55 | | | |
| _http://www.bendis.ch/dhl___status___5934612611 | 18/04/2017 09:51 | 20/04/2017 17:28 | 20/04/2017 17:28 |
| _http://hajdamowicz.com/CJDQI-57-18767-document-May-04-2017 | | 09/05/2017 18:06 | |
| _http://mechitron.com/CUST.-2551880710/ | | 09/05/2017 18:06 | |
| _http://ugongo.com/images/Scanned-45848-158299-5239/ | | | |
| _http://webnola.com/Ups__com__WebTracking__tracknum__8KM20047106990603/ | 18/04/2017 09:55 | 18/04/2017 17:08 | 19/04/2017 09:10 |
| _http://swanify.com/view-report-invoice-0000688/o6l-zs17-dbsc.view | 18/04/2017 09:55 | | |
| _http://hawlina.com/dFigdu2288Ycq | 18/04/2017 09:56 | | 18/04/2017 09:56 |
| _http://mpbaircon.com.au/microsoft.secure.encryptedmail.server.login /microsoft.secure.encryptedmail.service.login/ 76352848273942390866531625835899285381/index.php?loginid=dom1ejudiciary@ejudiciary.net | | | |
| _http://amacord.com/TLVV0045IR | 18/04/2017 10:17 | | 18/04/2017 10:17 |

Thanks,
*Andy*

**From:** Nick Lines
**Sent:** 06 June 2017 10:20
**To:** Gary Kelly (UK) <Gary.Kelly@microsoft.com>; Ross Adams <Ross.Adams@microsoft.com>; Richard Fisher <Richard.Fisher@microsoft.com>; Andy Day <Andy.Day@microsoft.com>; Chantal Pearson <Chantal.Pearson@microsoft.com>; Debraj Ghosh <deghos@microsoft.com>; Paul Cullimore <Paul.Cullimore@microsoft.com>
**Cc:** Shelby Davis <Shelby.Davis@microsoft.com>; William Su <ruiwensu@microsoft.com>
**Subject:** RE: ACTIONS RE: ATP Discussion with MoJ- Updated with Agenda

Secondly, can messagelabs be configured to preserve the IP addresses – my understanding is that the headers should pass through intact, so before we suggest to the customer that it's due to a configuration / routing issue can we be sure whether there's any workaround, and secondly can we be sure that the messages would be stopped by ATP if messagelabs were to be removed from the mix?

I think the theme here is that we need to give the customer absolute precision on what happened, why, what we have done and what they need to do.

Best regards,
Nick.

**From:** Gary Kelly (UK)
**Sent:** 06 June 2017 01:31
**To:** Ross Adams <Ross.Adams@microsoft.com>; Richard Fisher <Richard.Fisher@microsoft.com>; Nick Lines <Nick.Lines@microsoft.com>; Andy Day <Andy.Day@microsoft.com>; Chantal Pearson <Chantal.Pearson@microsoft.com>; Debraj Ghosh <deghos@microsoft.com>; Paul Cullimore <Paul.Cullimore@microsoft.com>
**Cc:** Shelby Davis <Shelby.Davis@microsoft.com>; William Su <ruiwensu@microsoft.com>
**Subject:** RE: ACTIONS RE: ATP Discussion with MoJ- Updated with Agenda

Thanks Ross,

How do these 4 URL's relate to the 13 sample mails Andy sent across? Are some of the URL's common to multiple emails? Just want to avoid the customer immediately replying with "what about the other ones?"

The customer is actually just asking 2 things:
1. What went wrong?
2. What have we done/doing to fix it?

You mention in one of your earlier emails:
- *"findings seem to indicate that there were a small number of URLs that were delivered and didn't match a pattern that we recognize today as pointing to content."* If we are saying that we have <u>already made changes</u> which would have blocked these messages had they been sent today, then we absolutely need to call that out. The customer is less worried about finding a bug which has/can be fixed. He is definitely more worried that ATP just doesn't do what he believes he bought it for.

CONFIDENTIAL

- Similarly on "*if I am correct then our coming investments will help in this area, i.e. the ability to detonation more links.*" – we need to explain, in language the customer will understand, **what** new investments are coming, **when** they are coming and whether they would block the sample 13 emails that got past ATP first time around.

Unless we can convince the customer on the above 2 points, the likelihood of him rolling ATP out to every judge in the UK (28,000 users) is extremely slim. His perception is that ATP in its current form "doesn't work as described".

In reality, Andrew is a strong advocate of Office365 (he has been a speaker at a number of our customer events and has been a reference customer to may Public Sector accounts). His challenge is that he has purchased ATP based his previous experiences with O365 and EM+S and now finds himself out on a limb with his senior judges & managers. He is therefore looking for us to help him justify his investment to his internal peers by explaining what went wrong and what we have done/are doing to fix it.

If we can do that, then there is a realistic chance of him rolling ATP out more broadly with our support.

If we can't do that, then he will most likely use the referenced marketing material as a (partial) basis for his purchasing decision and save face by passing the matter to his commercial team. Bearing in mind this customer is the UK Judiciary, getting embroiled in a commercial dispute with a room full of judges is probably best avoided.

Thanks
Gary

**Gary Kelly** | Account Director | Justice Sector| Microsoft (UK)
Email Gary.Kelly@microsoft.com | Mobile +44 7802 882689 | Landline +44 118 909 3562 | Skype for Business gkelly@microsoft.com

**Microsoft**

*This and subsequent emails on the same topic are for discussion and information purposes only. Only those matters set out in a fully executed agreement are legally binding. This email may contain confidential information and should not be shared with any third party without the prior written agreement of Microsoft. If you are not the intended recipient, take no action and contact the sender immediately.*

*Microsoft Limited (company number 01624297) is a company registered in England and Wales whose registered office is at Microsoft Campus, Thames Valley Park, Reading RG6 1WG*

---

**From:** Ross Adams
**Sent:** 06 June 2017 00:43
**To:** Richard Fisher <Richard.Fisher@microsoft.com>; Nick Lines <Nick.Lines@microsoft.com>; Andy Day <Andy.Day@microsoft.com>; Chantal Pearson <Chantal.Pearson@microsoft.com>; Debraj Ghosh <deghos@microsoft.com>; Paul Cullimore <Paul.Cullimore@microsoft.com>; Gary Kelly (UK) <Gary.Kelly@microsoft.com>
**Cc:** Shelby Davis <Shelby.Davis@microsoft.com>; William Su <ruiwensu@microsoft.com>
**Subject:** RE: ACTIONS RE: ATP Discussion with MoJ- Updated with Agenda

Hi All,

I've put below a summary of what was found and attached the data as appropriate.

From reviewing the data on links and clicks that William pulled earlier there was a delay in getting two of the four malicious links blocked. The table below has those details.

| Unique URLs | First Clicked | Blocked | Last Clicked | Blocked | Clicks Blocked from |
|---|---|---|---|---|---|
| http://hawlina-com/dFigdu2288Ycq/ | 4/18/2017 9:56 | TRUE | 4/24/2017 15:21 | TRUE | |
| http://www-bendis-ch/dhl___status___5934612611/ | 4/18/2017 9:51 | FALSE | 4/24/2017 15:10 | TRUE | 4/20/2017 17:35 |
| http://amacord-com/TLW0045IR/ | 4/18/2017 10:17 | TRUE | 4/21/2017 13:10 | TRUE | |
| http://webnola-com/Ups__com__WebTracking__tracknum__8KM20047106990603/ | 4/18/2017 9:55 | FALSE | 4/21/2017 13:02 | TRUE | 4/19/2017 9:10 |

As I mentioned on the call, we use a number of third party lists together with our own data to block links that are malicious. Having the customer report these is one way that we learn of missed signals, but it is not the only way. We also have a number of machine learning models that learn what phishing URLs look like to provide a further level of protection. For the examples above I'm not able to state exactly why these links didn't have signals that let us know that they are phishing but looking at the sites they would appear to be compromised sites that are not normally known to hold malicious content. Hackers attempt to use this type of attack as the base URL generally has good reputation based on previous mail messages.

When reviewing the actual messages the links are embedded in there are a number of items that are relevant.
1. Some of the messages come via partners passing through message labs before they are sent to Office 365. When they come through this path we lose certain information, primarily the originating IP address. We build quite extensive reputation data on IP address and this helps us to identify potentially malicious content. While it may be required to have such a connection, it may be worthwhile to investigate which senders are accepted on these channels to limit them being used to pass content from one partner when the sender is not expected to have travelled that particular path.
2. In a number of the messages there is very limited text outside of the URL. This makes detection more difficult and limits what our machines have to work with and pushes the emphases on things that are not seen within the mail, such as headers. In many of these cases however the account appears to be compromised, as the message pass the relevant checks for DMARC/SPF etc.

We have a number of investments that I believe will help here primarily focused on looking for phishing content when we detonate URLs combined with the ability to detonate additional URLs. As we discussed on the call we need to ensure that we don't unsubscribe a user, approve/deny a request or use a single use link. We are also building the ability to help users understand when a message is from a new contact and if that contact appears

similar to an existing contact.  This helps users evaluate if this is expected or not and take the right action on the message.

I'm happy to have a follow up call with the customer and discuss the findings in more details, but I do believe that the investments we are making in the area of phish will be of benefit to them.

Regards
Ross.

**From:** Richard Fisher
**Sent:** Monday, June 5, 2017 3:29 AM
**To:** Nick Lines <Nick.Lines@microsoft.com>; Ross Adams <Ross.Adams@microsoft.com>; Andy Day <Andy.Day@microsoft.com>; Chantal Pearson <Chantal.Pearson@microsoft.com>; Debraj Ghosh <deghos@microsoft.com>; Paul Cullimore <Paul.Cullimore@microsoft.com>; Gary Kelly (UK) <Gary.Kelly@microsoft.com>
**Cc:** Shelby Davis <Shelby.Davis@microsoft.com>; William Su <ruiwensu@microsoft.com>
**Subject:** RE: ACTIONS RE: ATP Discussion with MoJ- Updated with Agenda
**Importance:** High

Hi Ross

Just to follow on from Nicks email below, I would rather send the customer too much information than not enough, therefore pls don't be scared in sending over everything you have.

The exam question which is "why didn't ATP stop the MOJ links" still remains unanswered and we need to go back to them with a definitive answer.

The last point is timescales. We committed on the call to go back to the customer in 24-48hrs, we are now way over that. Therefore when can this be done?

Kind Regards

**Richard Fisher**

Solutions Sales Professional – Office 365 - Central Government & PSNS

United Kingdom | +44 7799 133334 | richard.fisher@microsoft.com



**From:** Nick Lines
**Sent:** 05 June 2017 09:47
**To:** Ross Adams <Ross.Adams@microsoft.com>; Andy Day <Andy.Day@microsoft.com>; Chantal Pearson <Chantal.Pearson@microsoft.com>; Debraj Ghosh <deghos@microsoft.com>; Richard Fisher <Richard.Fisher@microsoft.com>; Paul Cullimore <Paul.Cullimore@microsoft.com>; Gary Kelly (UK) <Gary.Kelly@microsoft.com>
**Cc:** Shelby Davis <Shelby.Davis@microsoft.com>; William Su <ruiwensu@microsoft.com>
**Subject:** RE: ACTIONS RE: ATP Discussion with MoJ- Updated with Agenda

Thanks Ross, this is a great start.

Can you share the exact details yet, as we want to give the customer extreme clarity on what happened, why stuff got through and what has been changed to ensure this won't happen again.  For example, you say "didn't match a pattern we recognise" – as a result have we changed the patterns?  Can we provide logs that show this?

Can you give an ETA for the exact details mentioned below as the customer is expecting these within 24/48 hours from our call last Thursday.

Best regards,
Nick

**From:** Ross Adams
**Sent:** 02 June 2017 17:55
**To:** Nick Lines <Nick.Lines@microsoft.com>; Andy Day <Andy.Day@microsoft.com>; Chantal Pearson <Chantal.Pearson@microsoft.com>; Debraj Ghosh <deghos@microsoft.com>; Richard Fisher <Richard.Fisher@microsoft.com>; Paul Cullimore <Paul.Cullimore@microsoft.com>; Gary Kelly (UK) <Gary.Kelly@microsoft.com>
**Cc:** Shelby Davis <Shelby.Davis@microsoft.com>; William Su <ruiwensu@microsoft.com>
**Subject:** RE: ACTIONS RE: ATP Discussion with MoJ- Updated with Agenda

Sorry I missed the call early today.

Andy has shared the data and while samples of the messages would help we can live without it.  From the data it appears that William has already looked at this customers issue.  I'll review that data with him and get back to the thread, but those findings seem to indicate that there were a small number of URLs that were delivered and didn't match a pattern that we recognize today as pointing to content.  Because of this the user was allowed to click on it and no-detonation was performed on them, and no reputation data exists so the click was allowed.  Subsequently we got signals that the links were bad and subsequent clicks were blocked as expected (see below).  Let

MSFT_TOC00003425

me confirm the exact details, but if I am correct then our coming investments will help in this area, i.e. the ability to detonation more links.

Regarding the text below, I agree that we talk only about zero day protection for Malware in attachments, while the issue here is focused on malicious links which is not the same. In marketing material we don't describe the technology we use as this changes over time. When the document was written, we only used reputation from a large number of sources to block malicious content, we have subsequently added detonation for certain links and will add for more in the future. I don't think the material is wrong, but potentially vague as is to be expected as the technology changes but the intention is accurate.

For this customer I would rather focus on getting them to fully utilize ATP for all users and work with them to understand the road map better.

The graphs below show how SafeLinks did help at the time of the incident, blocking a number of link clicks.



Similarly for ATP safe attachments they could have had zero day protection for items if they enabled for all users.



Regards
Ross.

**From:** Nick Lines
**Sent:** Friday, June 2, 2017 2:42 AM
**To:** Andy Day <Andy.Day@microsoft.com>; Chantal Pearson <Chantal.Pearson@microsoft.com>; Debraj Ghosh <deghos@microsoft.com>; Ross Adams <Ross.Adams@microsoft.com>; Richard Fisher <Richard.Fisher@microsoft.com>; Paul Cullimore <Paul.Cullimore@microsoft.com>; Gary Kelly (UK) <Gary.Kelly@microsoft.com>
**Cc:** Shelby Davis <Shelby.Davis@microsoft.com>
**Subject:** RE: ACTIONS RE: ATP Discussion with MoJ- Updated with Agenda

Thanks Andy. Agree that the proximity of "robust" to safelinks is stretching things and we should re-look at that.

@Gary Kelly (UK), @Chantal Pearson: it seems that we have no evidence of an attachment passing through with malware, it's all around safe links. Can you confirm this, please, as from discussions it sounded like there was a word document that was delivered as an attachment. If this is a misunderstanding can we get it clarified and confirmed that there's no problems with safe attachments. I want to be 100% aligned with the customer's experience here, so if there was some issue can we make sure we get to the bottom of it. (I suspect it might be a dodgy link in a word document, but let's get the issue direct from the customer).

@Ross, can you confirm you have all you need ASAP please?

Best regards,
Nick.

**From:** Andy Day
**Sent:** 02 June 2017 10:32
**To:** Nick Lines <Nick.Lines@microsoft.com>; Chantal Pearson <Chantal.Pearson@microsoft.com>; Debraj Ghosh <deghos@microsoft.com>; Ross Adams <Ross.Adams@microsoft.com>; Richard Fisher <Richard.Fisher@microsoft.com>; Paul Cullimore <Paul.Cullimore@microsoft.com>; Gary Kelly (UK) <Gary.Kelly@microsoft.com>
**Cc:** Shelby Davis <Shelby.Davis@microsoft.com>
**Subject:** RE: ACTIONS RE: ATP Discussion with MoJ- Updated with Agenda

+Shelby (CXP)

From the highlighted claims below, I think we can back them all up, however the placing of some statements next to others would lead a normal person to assume that certain statements are linked, e.g. "robust zero day protection" and "safeguard your organisation from harmful links in real time" (we do not "robustly" detect linked zero day malware at the moment, IMHO). There's a stronger case for Safe Attachments there though.

I have checked through the files that Tuf sent me and also mails that mentioned doc files and I believe all were linked docs (no Word doc attached directly in the mail), so these questions should be answered by Ross' analysis (he is leading the Safe Links analysis now). All 13 sample mails have been passed to him now. Do let me know if you need anything else, Ross. I won't be able to join the call today, most probably, and am off on Monday, but will check mail regularly tonight, over the weekend and on Monday, so should be able to get you what you need if anything's missing.

Thanks,
Andy

**From:** Nick Lines
**Sent:** 02 June 2017 09:42
**To:** Chantal Pearson <Chantal.Pearson@microsoft.com>; Debraj Ghosh <deghos@microsoft.com>; Ross Adams <Ross.Adams@microsoft.com>; Richard Fisher <Richard.Fisher@microsoft.com>; Paul Cullimore <Paul.Cullimore@microsoft.com>; Andy Day <Andy.Day@microsoft.com>; Gary Kelly (UK) <Gary.Kelly@microsoft.com>
**Subject:** RE: ACTIONS RE: ATP Discussion with MoJ- Updated with Agenda

Thanks Chantal. I've transcribed the customer highlights / complaints below;

"Safe attachments is a new feature that opens suspected unknown attachments in a special hypervisor environment and detects malicious activity. It is designed to detect malicious attachments even before anti-virus signatures are available. Safe attachments detonates attachments that are common targets for malicious content such as Office documents, PDFs, executable files (EXEs), and Flash files."

@Andy Day: I understand the customer has a Word document that passed through apparently without detonation. Can we check exactly what happened? Was it detonated? If not, why not? What was the malware type? If it was detonated, why wasn't the malware caught? I realise @Ross Adams might be the only person who can answer these, but we absolutely need an answer in 24/48 hours as that's the expectation set with the customer.

"Exchange Online is a cloud based email filtering service that helps protect your organisation against unknown malware and viruses by providing robust zero day protection. ATP includes features to help safeguard your organisation from harmful links in real time. It also has rich reporting and URL trace capabilities that give admins insight into the kind of attacks happening in your organisation."
@Andy Day / @Ross Adams: same again, we need to do a deep dive into what happened with examples.

"Real time, time of click protection against malicious URLs. EOP scans each message in transit in Office 365 and provides time of delivery protection, blocking malicious hyperlinks in a message. But attackers sometimes try to hide malicious URLs within seemingly safe links that are redirected to unsafe sites by a forwarding service after the message has been received. The ATP Safe Links feature proactively protects your users if they click such a link."
@Andy Day / @Ross Adams: same again.

This is the one that worries me the most to be honest, as my understanding is that short links, or other redirects, would not be detected because we check the reputation of the URL. For example, if someone compromised wordpress on a site with a positive reputation to redirect to a bad site, that would not be followed. (eg link was happywordpressblog.com/magicstuff which redirects to nastyurl.com/compromiseattack then we would not be able to protect against that)

Andy, Ross, I know you have connected around many support calls before for this customer when I escalated this on 17 May, so I am presuming you already have answers to the above at least partially.

@Debraj Ghosh, the only marketing I think we need to check is around safelinks as described above. I also think our latest infographic is possibly over-selling what we deliver, but we'll pick that up separately.

Many thanks,
Nick.

**From:** Chantal Pearson
**Sent:** 02 June 2017 09:07
**To:** Debraj Ghosh <deghos@microsoft.com>; Ross Adams <Ross.Adams@microsoft.com>; Nick Lines <Nick.Lines@microsoft.com>; Richard Fisher <Richard.Fisher@microsoft.com>; Paul Cullimore <Paul.Cullimore@microsoft.com>; Andy Day <Andy.Day@microsoft.com>; Gary Kelly (UK) <Gary.Kelly@microsoft.com>
**Subject:** ACTIONS RE: ATP Discussion with MoJ- Updated with Agenda
**Importance:** High

All,

Please find actions below, we have a call today to review progress:

-Investigate why emails got through when they shouldn't have- RA/AD
-Marketing text review- please find attached the text Andrew was referring to. NL
-Report to show what has actually been caught by ATP: RA
-When will new report functionality hit e-Jud tenant: DG
-Threat intelligence availability: DG
-What If graph (if MoJ rolled out to all 30k users...what would have been caught): RA
-Can MoJ have direct line to PG team to report links: DG

Thanks,
C


-----Original Appointment-----
**From:** Chantal Pearson
**Sent:** 26 May 2017 16:14
**To:** Chantal Pearson; Debraj Ghosh; Ross Adams; Nick Lines; Richard Fisher; Paul Cullimore; Andy Day; Gary Kelly (UK)
**Subject:** ATP Discussion with MoJ- Updated with Agenda
**When:** 01 June 2017 16:30-17:30 (UTC+00:00) Dublin, Edinburgh, Lisbon, London.
**Where:** Skype

Agenda:

Current Status- Customer
Findings from PG around ATP Catch- Ross
PG Discussion- Debraj
Next Steps: All

...................................................................................................

a **Join Skype Meeting**
    This is an online meeting for Skype for Business, the
    professional meetings and communications app formerly known
    as Lync.

**Join by phone**
+441189093000 (UK, Reading, TVP)                    English (United Kingdom)
Find a local number

Conference ID: 414816829
Forgot your dial-in PIN?|Help

CONFIDENTIAL