# EXHIBIT 101

PageVault

| | |
|---|---|
| Document title: | Anti-spoofing protection - Office 365 \| Microsoft Docs |
| Capture URL: | https://docs.microsoft.com/en-us/microsoft-365/security/office-365-security/anti-spoofing-protection?view=o365-worldwide |
| Captured site IP: | 23.39.179.42 |
| Page loaded at (UTC): | Tue, 10 Aug 2021 12:33:35 GMT |
| Capture timestamp (UTC): | Tue, 10 Aug 2021 12:34:30 GMT |
| Capture tool: | v7.9.1 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 5 |
| Capture ID: | 34fd9779-7a36-4494-b69c-4015ff94c251 |
| User: | jmlaw-jcooper |

PDF REFERENCE #:    36K8ezqNkE3STfTN5VHhfv



# Anti-spoofing protection in EOP

06/03/2021 • 7 minutes to read

> **Important**
>
> The improved Microsoft 365 Defender portal is now available. This new experience brings Defender for Endpoint, Defender for Office 365, Microsoft 365 Defender, and more into the Microsoft 365 security center. Learn what's new.

**Applies to**

- Exchange Online Protection
- Microsoft Defender for Office 365 plan 1 and plan 2
- Microsoft 365 Defender

In Microsoft 365 organizations with mailboxes in Exchange Online or standalone Exchange Online Protection (EOP) organizations without Exchange Online mailboxes, EOP includes features to help protect your organization from spoofed (forged) senders.

When it comes to protecting its users, Microsoft takes the threat of phishing seriously. Spoofing is a common technique that's used by attackers. **Spoofed messages appear to originate from someone or somewhere other than the actual source.** This technique is often used in phishing campaigns that are designed to obtain user credentials. The anti-spoofing technology in EOP specifically examines forgery of the From header in the message body (used to display the message sender in email clients). When EOP has high confidence that the From header is forged, the message is identified as spoofed.

The following anti-spoofing technologies are available in EOP:

- **Email authentication**: An integral part of any anti-spoofing effort is the use of email authentication (also known as email validation) by SPF, DKIM, and DMARC records in DNS. You can configure these records for your domains so destination email systems can check the validity of messages that claim to be from senders in your domains. For inbound messages, Microsoft 365 requires email authentication for sender domains. For more information, see Email authentication in Microsoft 365.

  EOP analyzes and blocks messages that can't be authenticated by the combination of standard email authentication methods and sender reputation techniques.



- **Spoof intelligence insight**: Review spoofed messages from senders in internal and external domains during the last 7 days, and allow or block those senders. For more information, see Spoof intelligence insight in EOP.

- **Allow or block spoofed senders in the Tenant Allow/Block List**: When you override the verdict in the spoof intelligence insight, the spoofed sender becomes a manual allow or block entry that only appears on the **Spoof** tab in the Tenant Allow/Block List. You can also manually create allow or block entries for spoof senders before they're detected by spoof intelligence. For more information, see Manage the Tenant Allow/Block List in EOP.

- **Anti-phishing policies**: In EOP and Microsoft Defender for Office 365, anti-phishing policies contain the following anti-spoofing settings:
  - Turn spoof intelligence on or off.
  - Turn unauthenticated sender identification in Outlook on or off.
  - Specify the action for blocked spoofed senders.

  For more information, see Spoof settings in anti-phishing policies.

  Note: Anti-phishing policies in Defender for Office 365 contain addition protections, including **impersonation** protection. For more information, see Exclusive settings in anti-phishing policies in Microsoft Defender for Office 365.

- **Spoof detections report**: For more information, see Spoof Detections report.

  Note: Defender for Office 365 organizations can also use Real-time detections (Plan 1) or Threat Explorer (Plan 2) to view information about phishing attempts. For more information, see Microsoft 365 threat investigation and response.

## How spoofing is used in phishing attacks

Spoofing messages have the following negative implications for users:

- **Spoofed messages deceive users**: A spoofed message might trick the recipient into clicking a link and giving up their credentials, downloading malware, or replying to a message with sensitive content (known as a business email compromise or BEC).

The following message is an example of phishing that uses the spoofed sender msoutlook94@service.outlook.com:





**Version** Microsoft 365

Filter by title

Office 365 security

- Overview
  - Overview of Office 365 security
  - Defender for Office 365
  - Step-by-step threat protection in Defender for Office 365
  - Evaluate Defender for Office 365
  - What's new in Defender for Office 365
  - Defender for Office 365 in the Microsoft 365 Defender portal
  - Exchange Online Protection
  - Safe Attachments for SharePoint, OneDrive, and Microsoft Teams
  - Microsoft 365 Defender portal overview
  - The Email entity page
  - AIR overview
  - How automated investigation and response works
  - Email analysis in investigations
  - Remediation actions
  - Anti-malware protection
  - Anti-spam protection
  - Anti-phishing protection
  - **Anti-spoofing protection**
  - Safe Attachments in Defender for Office 365
  - Safe Links in Defender for Office 365
  - Outbound spam protection
  - Security Dashboard overview
  - How threat investigation and response works
  - Office 365 Security Incident Response
  - Mail flow insights in the Security & Compliance Center
  - Microsoft Security Guidance for Political Campaigns, Nonprofits, and Other Agile Organizations
- Deploy
- Migrate
- Prevent
- Detect
- Investigate
- Respond
- FAQ
- Reference
  - Microsoft 365 Defender
  - Microsoft Defender for Endpoint
  - Microsoft Defender for Identity

Download PDF

---

○ SFTY is the safety level of the message. 9 indicates phishing, .11 indicates intra-org spoofing.

- Cross-domain spoofing. This spoofed and recipient email addresses are in different, but have different external domains). For example:

  From: chris@contoso.com
  To: michelle@tailspintoys.com

Messages that fail composite authentication due to cross-domain spoofing contain the following headers values:

`Authentication-Results: ... compauth=fail reason=000/001`

`X-Forefront-Antispam-Report: ...CAT:SPOOF;...SFTY:9.22`

○ `reason=000` indicates the message failed explicit email authentication. `reason=001` indicates the message failed implicit email authentication.

○ `SFTY` is the safety level of the message. 9 indicates phishing, .22 indicates cross-domain spoofing.

> ⓘ Note
>
> If you've gotten a message like *compauth=fail reason=###* and need to know about composite authentication (compauth), and the values related to spoofing, see *Anti-spam message headers in Microsoft 365*. Or go directly to the *reason* codes.

For more information about DMARC, see Use DMARC to validate email in Microsoft 365.

## Problems with anti-spoofing protection

Mailing lists (also known as discussion lists) are known to have problems with anti-spoofing due to the way they forward and modify messages.

For example, Gabriela Laureano (glaureano@contoso.com) is interested in bird watching, joins the mailing list birdwatchers@fabrikam.com, and sends the following message to the list:

> From: "Gabriela Laureano" <glaureano@contoso.com>
> To: Birdwatcher's Discussion List <birdwatchers@fabrikam.com>
> Subject: Great viewing of blue jays at the top of Mt. Rainier this week
>
> Anyone want to check out the viewing this week from Mt. Rainier?

The mailing list server receives the message, modifies its content, and replays it to the members of list. The replayed message has the same From address (glaureano@contoso.com), but a tag is added to the subject line, and a footer is added to the bottom of the message. This type of modification is common in mailing lists, and may result in false positives for spoofing.

> From: "Gabriela Laureano" <glaureano@contoso.com>
> To: Birdwatcher's Discussion List <birdwatchers@fabrikam.com>
> Subject: [BIRDWATCHERS] Great viewing of blue jays at the top of Mt. Rainier this week
>
> Anyone want to check out the viewing this week from Mt. Rainier?
>
> This message was sent to the Birdwatchers Discussion List. You can unsubscribe at any time.

To help mailing list messages pass anti-spoofing checks, do following steps based on whether you control the mailing list:

- Your organization owns the mailing list:
  - Check the FAQ at DMARC.org: I operate a mailing list and I want to interoperate with DMARC, what should I do? ⧉.
  - Read the instructions at this blog post: A tip for mailing list operators to interoperate with DMARC to avoid failures.
  - Consider installing updates on your mailing list server to support ARC, see http://arc-spec.org ⧉.

- Your organization doesn't own the mailing list:
  - Ask the maintainer of the mailing list to configure email authentication for the domain that the mailing list is relaying from.

    When enough senders reply back to domain owners that they should set up email authentication records, it spurs them into taking action. While Microsoft also works with domain owners to publish the required records, it helps even more when individual users request it.

  - Create inbox rules in your email client to move messages to the Inbox. You can also ask your admins to configure overrides as described in Spoof intelligence insight in EOP and Manage the Tenant Allow/Block List.

  - Create a support ticket with Microsoft 365 to create an override for the mailing list to treat it as legitimate. For more information, see Contact support for business products - Admin Help.

If all else fails, you can report the message as a false positive to Microsoft. For more information, see Report messages and files to Microsoft.

You may also contact your admin who can raise it as a support ticket with Microsoft. The Microsoft engineering team will investigate why the message was marked as a spoof.

## Considerations for anti-spoofing protection

If you're an admin who currently sends messages to Microsoft 365, you need to ensure that your email is properly authenticated. Otherwise, it might be marked as spam or phishing. For more information, see Solutions for legitimate senders who are sending unauthenticated email.

Senders in an individual user's (or admin's) Safe Senders list will bypass parts of the filtering stack, including spoof protection. For more information, see Outlook Safe Senders.

Admins should avoid (when possible) using allowed sender lists or allowed domain lists. These senders bypass all spam, spoofing, and phishing protection, and also sender authentication (SPF, DKIM, DMARC). For more information, see Use allowed sender lists or allowed domain lists.

---

Is this page helpful? 👍 Yes 👎 No

**In this article**

How spoofing is used in phishing attacks
Different types of spoofing
**Problems with anti-spoofing protection**
Considerations for anti-spoofing protection

---

Document title: Anti-spoofing protection - Office 365 | Microsoft Docs
Capture URL: https://docs.microsoft.com/en-us/microsoft-365/security/office-365-security/anti-spoofing-protection?view=o365-worldwide
Capture timestamp (UTC): Tue, 10 Aug 2021 12:34:30 GMT

Page 3 of 4

Microsoft 365

Filter by title

Office 365 security
- Overview
  - Overview of Office 365 security
  - Defender for Office 365
  - Step-by-step threat protection in Defender for Office 365
  - Evaluate Defender for Office 365
  - What's new in Defender for Office 365
  - Defender for Office 365 in the Microsoft 365 Defender portal
  > Exchange Online Protection
  - Safe Attachments for SharePoint, OneDrive, and Microsoft Teams
  - Microsoft 365 Defender portal overview
  - The Email entity page
  - AIR overview
  - How automated investigation and response works
  - Email analysis in investigations
  - Remediation actions
  - Anti-malware protection
  - Anti-spam protection
  - Anti-phishing protection
  - Anti-spoofing protection
  - Safe Attachments in Defender for Office 365
  - Safe Links in Defender for Office 365
  - Outbound spam protection
  - Security Dashboard overview
  - How threat investigation and response works
  - Office 365 Security Incident Response
  - Mail flow insights in the Security & Compliance Center
  - Microsoft Security Guidance for Political Campaigns, Nonprofits, and Other Agile Organizations
> Deploy
> Migrate
> Prevent
> Detect
> Investigate
> Respond
> FAQ
> Reference
  Microsoft 365 Defender
  Microsoft Defender for Endpoint
  Microsoft Defender for Identity

Anyone want to check out the viewing this week from Mt. Rainier?

The mailing list server receives the message, modifies its content, and replays it to the members of list. The replayed message has the same From address (glaureano@contoso.com), but a tag is added to the subject line, and a footer is added to the bottom of the message. This type of modification is common in mailing lists, and may result in false positives for spoofing.

From: "Gabriela Laureano" <glaureano@contoso.com>
To: Birdwatcher's Discussion List <birdwatchers@fabrikam.com>
Subject: [BIRDWATCHERS] Great viewing of blue jays at the top of Mt. Rainier this week

Anyone want to check out the viewing this week from Mt. Rainier?

This message was sent to the Birdwatchers Discussion List. You can unsubscribe at any time.

To help mailing list messages pass anti-spoofing checks, do following steps based on whether you control the mailing list:

- Your organization owns the mailing list:
  - Check the FAQ at DMARC.org: I operate a mailing list and I want to interoperate with DMARC, what should I do? ⧉.
  - Read the instructions at this blog post: A tip for mailing list operators to interoperate with DMARC to avoid failures.
  - Consider installing updates on your mailing list server to support ARC, see http://arc-spec.org ⧉.

- Your organization doesn't own the mailing list:
  - Ask the maintainer of the mailing list to configure email authentication for the domain that the mailing list is relaying from.
    
    When enough senders reply back to domain owners that they should set up email authentication records, it spurs them into taking action. While Microsoft also works with domain owners to publish the required records, it helps even more when individual users request it.
  - Create inbox rules in your email client to move messages to the Inbox. You can also ask your admins to configure overrides as described in Spoof intelligence insight in EOP and Manage the Tenant Allow/Block List.
  - Create a support ticket with Microsoft 365 to create an override for the mailing list to treat it as legitimate. For more information, see Contact support for business products - Admin Help.

If all else fails, you can report the message as a false positive to Microsoft. For more information, see Report messages and files to Microsoft.

You may also contact your admin who can raise it as a support ticket with Microsoft. The Microsoft engineering team will investigate why the message was marked as a spoof.

## Considerations for anti-spoofing protection

If you're an admin who currently sends messages to Microsoft 365, you need to ensure that your email is properly authenticated. Otherwise, it might be marked as spam or phishing. For more information, see Solutions for legitimate senders who are sending unauthenticated email.

Senders in an individual user's (or admin's) Safe Senders list will bypass parts of the filtering stack, including spoof protection. For more information, see Outlook Safe Senders.

Admins should avoid (when possible) using allowed sender lists or allowed domain lists. These senders bypass all spam, spoofing, and phishing protection, and also sender authentication (SPF, DKIM, DMARC). For more information, see Use allowed sender lists or allowed domain lists.

### Recommended content

**Spoof intelligence insight - Office 365**
Admins can learn about the spoof intelligence insight in Exchange Online Protection (EOP).

**Email authentication in Microsoft 365 - Office 365**
Admins can learn how EOP uses email authentication (SPF, DKIM, and DMARC) to help prevent spoofing, phishing, and spam.

**Report spam, non-spam, and phishing messages to Microsoft - Office 365**
Admins can learn about the different ways to report good and bad messages and files to Microsoft for analysis.

**Manually submit messages to Microsoft for analysis - Office 365**
Admins and end users can learn how to email messages (good mail marked as bad or bad mail allowed) to Microsoft for analysis.

Show more ⌄

### Feedback

Submit and view feedback for

[This product ⧉] [○ This page]

○ View all page feedback ⧉

Versions
Microsoft 365

Is this page helpful?
👍 Yes  👎 No

In this article
- How spoofing is used in phishing attacks
- Different types of spoofing
- Problems with anti-spoofing protection
- Considerations for anti-spoofing protection

⬇ Download PDF

English (United States)  ☼ Theme

Previous Version Docs   Blog   Contribute   Privacy & Cookies   Terms of Use   Trademarks   © Microsoft 2021