





C+AI S Update

Mario Goertzel

# Show Off Our Work

Update on ICM Alerting Study- Andy Renk
SF demo - Marian and Naresh
Sentinel - Sri
Analyst productivity – Chris Lucas, Tim Liu

# ICM Numbers and Pain points

**ICM Numbers**

Total  247,476
- Sev 4  243,710
- Sev 3  3,614
- Sev 2  152

ncident Source Groups   4

ncident Sources total  82

ncident Sources Active 64

**Pains of oncall**

**Very large number of sev 4**
- Most are due to TestService

**Sev 2 without Sev 3**
- We have a couple alerts that jump from 4 -> 2

**Missing TSG link for incidents**
- 38 / 64 missing

**Manual mitigations can have lots of steps**
- Bad AAG Probe

**Mitigation Fallout**
- e Bad AAG Prob repair results in VMMS sev 3

**Reducing on Call Pain**
1. Replace test service with DaaS health service
2. Write TSG where missing and link to incident
   - Prioritize by hit count
3. Remove redundant or noisy alerts
4. The following remediations need to be simple to execute
   - Remove from processing traffic
   - Restart service
   - Reboot server
   - Replace/Reinstall Server
   - nvestigate in Auto remediation (on alerts not ncidents)

# ICM Next Steps

**Increasing Faith**

Consistency in escalating severity of an alert
- Sev 4 -> 3 -> 2

Consistency in alerts across environments
- Bare Metal vs DaaS

Volume and Rate Based Monitors for data processing entity.
- Examples
  - Process Submission ( outstanding vs  completed / time)
  - Export Submission to EH (Completed vs exported / time)
  - Rescan ( ToBeScanned vs Scanned / time)
  - EH -> Kusto (EH outstanding vs export Rate)

Pivots
- Specific to service, should aggregate up for services that work in same pipeline)
  - Examples
    - Tenant / subtenant ,  Verdict ( submission-based stuff)
    - Tenant, Engine  (rescan based)

**Other Thoughts**
- Standardize on an  CM Alert technology.
  - Factors to consider
    - Does it auto mitigate incidents that are transient.
    - Tie in with automation to run auto mitigations.
    - Allow for refinement of Alerts
    - Programmatically accessible ( for both creating and modifying alerts)
    - Easy of use
- Get training to use the technology.
- Author repair actions for automatic response

**Next Steps**
- Short Term
  - Replace TestService with Health Service
  - Create or Link TSG to Alerts
  - Remove redundant and noisy alerts
- Medium Term
  - Common Remediations are simple to kick off
  - Train in Alert infra of choice.
- Long Term
  - Volume and Rate data for each processing entity.
  - Geneva Actions



# Business Update on Office 365 ATP
*Next big milestone will be 50 Million MAU*

**Monthly Active Users**
- August MAU was revised up to 42.7 Million
- September MAU was 46 9 Million
  - 10% MoM growth
  - 100% YoY growth
  - 179% 3-year CAGR

**Monthly Active Tenants**
- North of 56,000

**Monthly Revenue**
- We're generating roughly $75 million per month

**Notes**
- MAU numbers for ATP file and URL detonation encompass
  - Users enabled with both Safe Attachments AND Safe Links
  - Users enabled with either Safe Attachments OR Safe Links
- ATP protection spans
  - Office 365 Mail, SharePoint, OneDrive, Teams Shares, Office App Clients, and Office Online Clients







**Other References:**
https://threatpost.com/phishing-amazon-aws-s3-cloud-buckets/147111/
https://www.crn.com.au/news/the-biggest-microsoft-azure-security-issues-you-need-to-know-about-526789
https://www.zscaler.com/blogs/research/abusing-microsofts-azure-domains-host-phishing-attacks

Example of Azure Hosted Phishing



# Moving Upstream in the Attack Kill Chain
*Ultimately, stopping attacks before they start*





# Business OKRs (adjusted to reflect the ongoing discussions)

<sup>2</sup><sup>4</sup>**Vb**

| Objective | Key Business Results |
|---|---|
| Sentinel provides the most advanced detection capability among SIEMs by leveraging MSFT threat expertise/capabilities and ML driven advanced detection and hunting technologies, while increasing data ingestion | • At least 20% of the 3rd party data ingested is used in ML/ Fusion detections<br>• ML detections for AIP, anomalous logins (SSH, RDP), anomalous access is left On by at least 80% of SIEM customers<br>• Detections accuracy across Fusion/ ML detections is at least 80%<br>• 70% of Sentinel customers/MSSPs in the Azure Top500 consistently use hunting capabilities<br>• Blackbox TI matching recognized as a strong compete to BackStory in at least 1 publication<br>• MS research spearheads a vibrant Sentinel community (add metrics)<br>• Customer satisfaction for ML detections > 80% |
| Scuba is the detection platform of choice for Azure at the lowest COGS workloads, including ingestion, enrichment and routing | • Measure required scale/ latency for Vb<br>• Measure COGS to establish baseline for Vb |
| The MS cloud security products have the best detection content and platform, serving as a threat protection multiplier | • ASC storage adoption grows at least 5% MoM, reaching an alert usefulness of 80%<br>• Analytics in ASC increase adoption > x% and detect with an accuracy > x%<br>• In-memory detections (PI) maintain an SNR > 80%<br>• IoT and Data Centers Security are onboarded to the detection platform |
| MS defenders (1P) can rely on the state-of-the-art research, platform and tools for their detection and hunting needs, leveraging the products above | • Deliver >85% of the DSRE P0 requirements for Sentinel<br>• Deliver the P0 req. for Azure-IR: investigation and hunting of 1st party VMs<br>• Scuba provides all P0 req. of customization for MS defenders |
| O365 ATP provides the best protection against email malware and phishing | • Anti-phishing FN rate for URLs and attachment less than 10% by volume, with FP rate of less than 0.002% (attachments) |
| Where detonation in Azure is needed, Sonar is the detonation platform of choice for MS security products providing top of the line TI with minimal COGS | • Detonation is integrated in Sentinel, MCAS, LinkedIn and Forms<br>• Measure COGS to establish baseline for Vb |

# Objective and Key Results

| Durable Objectives | Objective | Key Results |
|---|---|---|
| **Deliver a World Class Service** | ncrease Efficiency To Develop and Opera e he Service | Ringed roll out for all services, toolsets and signatures driven by health models |
| | | Submission success rate/week 99.95 |
| | | For managed workloads measure and maintain the following KR<br>- Peak throughput : sonar can process 600 sub/hr (Daas), bare metal : TBD per machine while keeping the latency 60s for P50 and 0.02% error rate<br>- Average throughput: Average submissions per day to maintain disk KP  (at least  30% disk free always + latency and error rate)<br>250 sub/hr (Daas), 200 sub/hr Bare metal |
| | | AV/URL Rescan completeness of 99.95 |
| | Service is Complian  wi h Microsof  Legal and Regula ory Requiremen s | S360, SDL, Privacy, GDPR green |
| | | Zero DSRE cases opened due to improper malware handling on Corpnet |
| | | 0% of prod/non-prod hosts are below OS 2016 |
| | Accura e measuremen s of sonar effec iveness by DaaS  enan | FN/FP metrics reflect accurate volume impact per DaaS tenant |
| | | MTTD on Sev 2  ssues are autodetected within 60 min/reduce alert fatigue by 50% |

Our current throughput is as follow:

let MinDate = startofday(ago(7d));   let MaxDate = startofday(ago(1d));let Interval = 1h;GetSubmissionsByVM(MinDate, MaxDate, Interval) | where EnvironmentName == "EOP" or EnvironmentName contains "EOP1" | project CreatedOn, productivity, EnvironmentName| summarize avgSub=avg(productivity) by EnvironmentName

EnvironmentName
avgSub/hour
EOP
206.770833333333
AZURE-EOP1WUS2
261 2152777777778
AZURE-EOP1CUS
261 951388888889
AZURE-EOP1JPE
53.2430555555556
AZURE-EOP1EUS
242 569444444444
AZURE-EOP1JPNW
53.1527777777778

Our current utilization (taken from Geneva) at peak is:
DaaS:
        ~65%-70% of disk
        ~35%-45% of CPU
Sonar bare metal
        ~55 of disk
        ~ 50% of CPU

# Objective and Key Results

| Durable Objectives | Objective | Key Results |
|---|---|---|
| **Be the Detonation Platform of Choice** | Cus omer onboarding and managemen  is fric ionless | Customers self-serve provision 100% of the time |
| | | Customers are up and running POCs with less than 40h/tenant team engagement |
| | | Customers self-serve manage their subscription 100% of the time |
| | Expand De ona ion Services beyond O365ATP | Linked n has enabled detonation for attachments in M2M messaging |
| | | Forms enabled detonation for customer escalations |
| | | Response team signed up and ready for new customers |
| | Deliver URL De ona ion in Sen inel as differen ia or | At least 5 Active customers + DSRE using the scenarios daily in September in Private Preview |
| | | Click rate for URL entity/Usage |
| | Deliver blackbox T  ma ching in Sen inel for compe e | Baseline SNR (Signal to Noise Ratio) for Ti Matching alerts |
| | | At least 5 Active customers + DSRE using the scenarios daily in Sept  n Private Preview |
| | Expand De ona ion  o Non-Windows Pla forms for compe e | ~~Defender AV team uses Sonar to run workloads on Mac bare metal lab <pending POC, alignment and final decision>~~ |
| | | ASC, MST C, Defender AV Teams use Sonar for Linux Detonations <pending investigation> |

Our current throughput is as follow:

let MinDate = startofday(ago(7d));   let MaxDate = startofday(ago(1d));let Interval = 1h;GetSubmissionsByVM(MinDate, MaxDate, Interval) | where EnvironmentName == "EOP" or EnvironmentName contains "EOP1"| project CreatedOn, productivity, EnvironmentName| summarize avgSub=avg(productivity) by EnvironmentName

EnvironmentName
avgSub/hour
EOP
206.770833333333
AZURE-EOP1WUS2
261 215277777778
AZURE-EOP1CUS
261 951388888889
AZURE-EOP1JPE
53.2430555555556
AZURE-EOP1EUS
242 569444444444
AZURE-EOP1JPNW
53.1527777777778

Our current utilization (taken from Geneva) at peak is:
DaaS:
    ~65%-70% of disk
    ~35%-45% of CPU
Sonar bare metal
    ~55 of disk
    ~ 50% of CPU

# Objective and Key Results

| Durable Objectives | Objective | Key Results |
|---|---|---|
| **O365 ATP Provides the best protection against email malware and phishing** | Main ain Service Effec iveness as hrea landscape evolves | FN ra e for URLs and a achmen less han 10% by volume wi h FP ra e of less han 0 002% (a achmen s) while adding addi ional de ona ion capabili ies |
| | | Ne work an i-evasion improvemen s % of 200 OK resul s >15% |
| | | Benign documen il ering improving average la ency by 30% for all suppor ed ex ensions |
| | Con inue suppor he grow h of he business | Scale Suppor Migra ion o DaaS (CA DE CH Go locals for public clouds 70% u iliza ion and degrada ion of la ency KP s will rigger spin up of DaaS capaci y ) |
| **Improve Analyst Productivity** | mprove Response Veloci y | Accura e requiremen s and plan for execu ion on needs |
| | | Sandpi is he inves iga ion pla form of choice for supervised de ona ion |
| | | Cloud hos ed unified Analys Workbench |
| | | Accura e and reliable mechanism o correc Sonar T verdic au oma ed way o provide FP redac ion |
| | Fas er signa ure and hroughpu | Safe reliable cloud-based signa ure delivery enables <60min FN <15min FP response |
| | | Signa ure specific FP suppression |

## Deliver a World Class Service

| July | August | September | October | November | December |
|---|---|---|---|---|---|
| **Increase Eng Efficiency** **Service-Fabric** All core detonations services migrated to SF Health model reviewed Scale support, complete metrics, throttling design, migration plan, (early) complete REST APIs – "cancel submission", (new) SubHub Releases, load secrets in runtime Offhost Designs signoff Begin compliance processes (GRC, security) | **Increase Eng Efficiency** **Service-Fabric** •All services", toolset and platform migrated to SF Service health model ready Submission hub rollout for production ready **Submission-Hub** Monitoring, portal support, migration plan, (early) Testing + comparison - done early complete REST APIs – "get results files" | **Increase Eng Efficiency** **Service-Fabric** Rescan Services pending PPE scale testing for Daas Then partner custom configuration **Submission-Hub** **• Alerts, dashboards ,** Kusto global  Ds, **perf fixes and additional analysis, Phase2 requirements, global to local submissionIDs** Offhost  E2E flow  migration plan  retention policy. SonarCore  writes data to offhost. deployment support | **Increase Eng Efficiency** **Service-Fabric** •   Production rollout plan Parallel cluster deployment in production and testing Switch over 1 cluster DaaS Bare metal rollout planning **Submission-Hub** •Start of migration DaaS instances  to Submission Hub (production). Throttling [ LDC holidays] Offhost   sends rescan message to rescan Qs  AV/ URL Rescan integration Q mgmt | **Increase Eng Efficiency** **Service-Fabric** •Switch over to all SF clusters in DaaS Rollout validation  plan beyond health checks to remove FSRs **Submission-Hub** Production monitoring Bug fixing, cost analysis results Offhost Start migration | **Increase Eng Efficiency** **Service-Fabric** Repo breakup **Submission-Hub** Phase2 Detailed Design – publishing experience, Sonar SDK Offhost Rescan  Evaluate aggregation of rescan messages **Security (AAD)** Sonar move to AAD POC completion Create execution and migration plan of customers |
| **Compliance** •   solated analyst development environment • **FY 2020 Privacy Review** • **Pll leak hotfix & SU deployment across EOP bare metal & DaaS** | **Compliance** Pll leak (user context)  Cleanup from Kusto & cosmos | • **GRIC and Security signoff for** offhost and subhub • TI lookup: SDL bug fix **Compliance** • Accurate FN volume  measurement (URL/File) • Tenant effectiveness design/ approach | **Compliance** •E2E integration testing at scale deploy in PPE  Perf Compliance •Med severity Pen test bugs •Rescan SDL eval. & backlog | **Compliance** Design  FP redaction service **Accurate Measurements** • Tenant FN effectiveness v1 •Export pipeline monitoring (DaaS) | **Compliance** FP redaction service v1 **Accurate Measurements** • Anomaly and correlation based FN analysis • Design  Durable WL based detonation optimization & FP guard |
| **Accurate Measurements** •   AV rescan enabled for DaaS managed env. | **Accurate Measurements** Review and buy off canary plans with customers Monitoring alert trends Analyze the volume of  CM alerts | • Export pipeline monitoring across env./DC for freshness/error rate (bare metal) • **Work to address SF WUSprod cert expiry & EH key rotation** | **Accurate Measurements** •FP metric design closed •Effectiveness  pipeline monitoring •Benchmark for Daas onebox measurement defined | •FP metric v1 (AA: KEStore) KEStore as FN source **Monitoring/alerting** Service improvements for high volume sev2 mprove Sev4 alerting efficacy | • Durable WL based  detonation optimization & FP guard • Establish DaaS onebox benchmark **Misc** - Plan for server 2019 for soanr |
| • Track sev3 customer escalations regularly **Toolset** MBA  Process Camouflage | | **Monitoring/alerting** list of W  for tweaking alerts or fixing services TSGs for the top 10 frequent alerts **Toolset** OneCyber reports for URL and Phish detonations | **Monitoring/alerting** •Unique sev2 alerts **Toolset** MBA  File System Hardening Worldwide availability of New Model workflow | | |

**Detailed:**
**Subhub**
July
- Add perf data metrics to feed svc
- Support Multi storage accounts
- Multi queues
- Throttling
- Reporting capacity count
- Fetch secrets at run time
- Build Migration plan

Aug:
- Feed Svc to pull according to health state
- REST API support in Gets files (results) and cancellation support
- Portal verification
- Alerts
- Kusto: add data re global subs
- Create/Upgrade release for SH
- Scale/stress test in PPE

Spet:
- Comprehensive comparison between SH and 1box
- Complete TIP coverage (synthetic if needed for client simulation)

**Offhost**
July:
Designs signoff (HLD,rescan,SonarCore)
Begin compliance processes (GRC, security)

Aug:
- Env./ Infra for off-host storage development & testing (certs/ auth etc.)
- SonarCore: writes data to offhost, sends rescan message to rescan Qs
- SRE: deployment support

Sept
- Scale test
- Perf counters, dashboards
- SonarCore: hot-local storage, validate Portal & Fetch integration
- AV/ URL Rescan: off-host storage integration and queue management (reads/scans samples)
- E2E flow works

- Build migration plan
- SRE: retention policy update per tenant

Oct:
- AV rescan: E2E integration testing at scale
- URL rescan: E2E integration testing at scale
- Deploy in PPE
- Perf test

Global/Local ID

The submission hub needs to return submission IDs & Task IDs to clients even before the submission is picked up by a 1box.

The client then queries the submission over the ID it received from the SH but the SH needs to query the 1box that actually detonated the submission.

During design there were 2 alternatives to allow this: 1) Trying to force the 1box to accept IDs that the SH created or 2) Letting the feed service submit locally the normal way and keeping/converting this mapping all the time in the SH.

There were tradeoffs each way but **eventually we found it can be rather easy to force the 1box to accept the submission IDs the SH created (by using import submission - the POC) and introducing the global submission concept meant harder troubleshooting experience** by analysts/on-call, harder latency investigations and some pitfalls we found during certain conversions (mainly GetSubmissionFiles which returns a zip with directories structure of local submission IDs)

# Culture @Microsoft

Our Values:
- **Respect**
  - We recognize that the thoughts, feelings and backgrounds of others are as important as our own
- **Integrity**
  - We are hones, ethical, and trustworthy
- **Accountability**
  - We accept full responsibility for our decisions, actions and results

**We will make mistakes. When others are not at their best, we should reach out, offer support, and seek to understand. When you are at fault, listen, and ask how you can make things right.**

Visit: [Microsoft Values](#)

---

Respect at our best:
Be curious about others and their ideas
Listen with empathy
Seek to understand
Treat people with dignity
Look for common ground

Integrity at our best
Stay true to our values and culture
Pursue the right outcomes
Speak the truth with care
Offer support when the truth is told
Keep our word

Accountability at our best
Be responsible for results
Respond to crisis quickly

Not at our best:
Criticize people for being different
Shut people down
be defensive
shout, insult or name-call
threaten or intimidate others

Not at our best
violate policies or laws
                              misuse authority and power
be less that completely truthful
take credit that belongs to others
                        break our promises

                              Not at our best
stand by without helping
look for excuses

# C+AI Security GIVE 2019

First Week of GIVE stats



If donating to any of your preferred organization and email <u>C+AI Security 2019 GIVE</u> and get a chance to win:

1. The Cool Mix Gift Basket worth $800 - which includes but are not limited to:
   - $384 + Tax Pro Club Auto Detailing
   - Car Battery Charger
   - Comfy Blanket
   - 3D Printer Pen with Fillament
   - Hydro Flask
   - Amazon Fire Stick with Alexa
2. The Pop Culture Gift Basket worth $400 – which includes but not limited to:
   - A set of BlueRay movies
   - An old school game console with over 600 build in games (tetris, Street Fighter, Donkey Kong, Galaga – to name a few)
   - GOT Beer glass and bottle opener
   - Captain America Popcorn maker
   - USB Juicer
   - $25 Tutta Bella gift card
   - Wrap
3. The Lucky Strike Special:
   - 2 bowling lanes for 2 hours for 8 people
   - 4 replenished food items
   - Unlimited soft drinks
   - 8 arcade game cards

1. Agreement between Sonar SRE and Office PMKing Index

