# EXHIBIT 103

# Detections MBR
Detonation and TI Platforms

25
**Mn**
**Manganese**
54.938

June 2020

MICROSOFT CONFIDENTIAL

1

1

CONFIDENTIAL

Detonation Platforms

2

2

CONFIDENTIAL

MSFT_TOC00040949

### Detonation Platform Mn OKRs

| BUSINESS OBJECTIVES | KEY RESULTS | METRICS | | STATUS |
|---|---|---|---|---|
| SonarDaaS delivers JEDI | • SonarDaaS is GA for JEDI M1 (1/13) , M2 (1/13), M3 (5/11) | • Meet requirements for Milestone 1, 2, 3 and 4 | Not corrected for EOP/ATP service bugs (e.g. rep, overrides) | • M1, M2, M3 achieved. Planning for M4 |
| O365 ATP provides the best protection against malware and phishing delivered via Office 365 | • FN rate for URLs and attachment (Malware and Phishing) less than 10% by delivered volume, with FP rate of less than 0.002% | • FN rate less than 10% by volume (attachments) | | • PHISH: 8%, MW: 17% |
| | | • FN rate less than 10% by volume (URLs) | | • Not yet available |
| | | • FP rate of less than 0.002% (attachments) | Uptick in MoM FP incidents but within KPI (URL TIContextAPI FP) | • 0.00012% |
| | | • FP rate of less than 0.002% (URLs) | | • 0.00037% |
| | | • Network evasion countermeasures are effective | | • TBD on measure |
| | • Minimize email delay due to detonation | • 60s Avg, 180s P99 detonation time | P99 issue has been since addressed by toolset team | • 43s Avg, 191s P99 |
| | • Onboard traffic to DaaS | • Enable 100% of traffic for select go-locals using DaaS<br>    • Maintain CH, DE and Enable NO in March<br>• Onboard regions exceeding 70% utilization with latency KPI degradation<br>    • Maintain AU, CA | | • NAM, CA, UK, DE, CH, NO, AU, JP deployed and active |
| Sonar is the detonation platform of choice for Azure and MS security product. Sonar provides sandbox detonation and TI at minimal COGS | • Customer onboarding and mgmt. is frictionless | • 100% of DaaS provisioning/scaling is self-serve (via RP) | | • Code Complete. Service Fabric Dependent (June) |
| | | • New DaaS customers get to prod with less than 40 effort-hours of engineering help | | • Iron |
| | • Onboard App Services | • Enable proactive URL detonation at source for North America to start | | • Iron |
| | • Onboard ASC (paid detonation offering) | • Enable POC and data study for Storage protection (Delayed by ASC, TBD for Iron) | | • Cut for Mn. Cut for Iron |
| | • Onboard Xbox | • Enable POC and data study (Note: Waiting for caching, allow list, submission done notify) | | • Cut for Mn. Iron |
| | • Enable LinkedIn URL detonation and maintain effectiveness metrics | • M2M Attachments FN rate less than 10% by volume / FP rate less than 0.002%<br>• Job Post URls FN rate less than 10% by volume / FP rate less than 0.002% | | • PHISH: 0.12%, MW: 0.11%<br>• FP: 0.0%<br>• 3 nation state actors |
| URL Detonation for GH delayed due to GH resourcing | • Enable GitHub TI Routing and URL detonation | • Enable POC and data study<br>• Enable Abuse Alerts via SCUBA | Aggressive detections for Spanish keyword caused webinar form FP | • 23% of IoCs unfound by GH Abuse Alerts enabled |
| | • Minimize COGS, Measured against Vb baseline | • Submissions / hr / scale unit | | • Started |
| | • Maintain Forms effectiveness metrics | • FN rate less than 5% by submission volume (URLs), FP rate less than 0.002% (URLs) | | • PHISH: 9.5%, FP: 3.8% |

See below the updated MCAS MAU for January 2020:
- Number of protected users for the tenants that have malware detection policy turned on (O365 & 3rd party).
    - 18,951,311 protected users across 4692 tenants, +24% MoM (according to enabled malware detection policies)
- Number of protected users for tenants with Box/Dropbox/G-Suite that had at least single detonation
    - 2,037,989 protected users across 160 tenants +23%MoM (had at least a single SONAR call in last 30 days).

3



Note: paygo can take up to 15 days because CDOC notifies subscription owner, waits 2 days for response, sends another notification … up to 3 times.
Note: Owner for KPI dashboard

4

MSFT_TOC00040951

**Prior to May, mailflow was our primary reactive TI source for malicious URLs on App Services**
*We've diversified our reactive optics; Proactive detonation will superset these reactive optics*

1. **Prior to May 2020, most of our knowledge of malicious URLs hosted on App Services came from mailflow**

2. **We've been diversifying our reactive optics**
   a. We started detonating CARS/CERT abuse submissions which added 13% net new optics (not seen in mailflow) in May
   b. While engineering is being done to enable proactive detonation, we've been filtering App Services front end IIS logs and detonating .php URLs only. This added 28% net new optics (not seen in mailflow or CARS/CERT) in May
   c. We recently enabled the URLscan.io TI feed which added another 10% net new optics (not seen in mailflow, CARS/CERT submissions or IIS logs) in May
   d. FN optics remains a gap

3. **Take Away**
   a. Given these data points, we expect proactive detonation will give us a more complete picture that supersets these reactive optics while enabling faster threat discovery and mitigation



5

New counting method:
1. Cutting over to IDEAS – Rajesh's BI Team's – counting approach
2. Link advanced security usage across multiple products. Want to track penetration of S1500. For ATP What % of S1500 have we sold 250 seats or more to and what's engagement. More than 250 is the magic number filtering out trials.
3. Want to track engagement across multiple products and thus normalize to one AAD user. Issues that will cause reduction from prior method.
   1. Shared mailboxes aren't counted because they don't map to a single user, On-prem not counted, User using Okta not counted
   2. Users with multiple SMTP objects are not double counted anymore (e.g. amar.patel, amarpa could've been counted twice)

5

CONFIDENTIAL



## Taking the Fight to the Source - Reducing Microsoft and 3P Cloud Services Abuse

*Using Sonar TI-based takedowns to disrupt live attacks and use proactive detection to stop attacks from starting*

| AREA | PROGRESS | REMAINING | IMPACT |
|------|----------|-----------|--------|
| Forms GA (Flavor 1)<br>• Abuse submission<br>• Design/Publish | • Homoglyph, Passwords in images<br>• Improved Password detection<br>• Reduced FNs from Forms interstitial dialogue by 90% | • Major FN category still is password synonyms, working to possibly detect with ML | • PHISH FN: 9.5% (-2.5% MoM), 3.8% FP, 72M (+20% MoM), 93% Unique (+2.2% MoM)<br>• Unique URLs down 82% in ATP Nov19-Mar20, 72% by Vol |
| Sway (Flavor 1) | • 1658 Phish URLs seen via Office were actively sent to Sway for takedown. Customer escalations significantly declined<br>• DaaS Unit ready to go but Sway is still thinking | • Sway to enable proactive still pending. They are considering shutting down Sway – ETA for decision July | • Attackers sending 13M messages/month and rising to OATP users |
| OneDrive/SharePoint (ODSP) (Flavor 1) | • @seanliv: Abuse service ETA CY20-Q3 | • @mwilde: Close on SPO COGS council approval<br>• Functioning ODSP abuse starting takedown service<br>• Proactive at source ODSP using ATP capacity | • Attackers sending up to 400 unique URLs/day. Potentially millions of messages/month to OATP users |
| GitHub (Flavor 1) | • Enabled Abuse Alerts for GitHub<br>• Rimas (Sr Dir GitHub Pages) agreed we should enable proactive. Resourcing late Iron | • Discussing with GitHub Security receiving TI back from GitHub on the URL indicators (User Agent, Origin IP of user)<br>• Resourcing for detonation | • Attackers sending ~174 unique URL / 46k msg in OATP per month<br>• 23% TI unfound by GitHub; 45 compromised accts, 3 attack groups |
| WeTransfer (3P Flavor 1) | • Redacted - Privileged<br>• Iterating on IEA draft with Yong for We Transfer | • Close IEA with WeTransfer | • ~ 200 unique URLs/month in ATP; reduces attacks in mail flow |
| LinkedIn GA (Flavor 2) | • Found nothing bad in job post URLs. Cut.<br>• For M2M Messaging, 0.13% is bad (Avg of 32k URLs / day) | • Plan to begin blocking attachments still pending<br>• Check for ROI on scrambling vs not scrambling URLs<br>• Ramp up URL traffic in production | • M2M: Messaging Attachments: PHISH FN: 0.32% MW FN: 0.11%, 0.00% FP, 43M (+2% MOM), 80% Unique (-2.4% MoM) |

6

# Sentinel
*Iron Planning Update*

Clear Quickly

| STORY/AREA | SCENARIO | IRON GOAL & FEATURES | CUT FEATURES | DEPENDENCY ON SONAR |
|---|---|---|---|---|
| URL Detonation for Investigation (Jason) | Analyst can create an alert-rule to detonate URLs | Public Preview<br>• Close on business model<br>• Show full redirect chains and Screen Shots in Investigation Graph<br>• Detonation in all regions and Disaster Recovery will be pursued to understand existing performance and determine an optimal capacity and DR plan for Co<br>• JEDI requirements will be worked, but likely not completed entirely in Fe | • Access to Detonation data in Tables<br>• Access to rich Detonation report (MTP parity) | • Eng. for redirect chain feature<br>• Consultation on deployment and DR |
| URL Detonation for SOAR (Ely) | URL detonation Logic App connector for SOAR playbooks | Public Preview<br>• URL detonation Logic App connector | ----- | • None |
| URL Detonation for Hunting (Julian) | Hunters can detonate URLs in bookmarked query results | Public Preview<br>• Detonate URL in a bookmarked query result | ----- | • None |
| TI Matching Analytic (Jason) | MS TI matching using Sonar TI | Public Preview<br>• Built in Analytic<br>• MS TI Matching (Sonar, MSTIC Nation State) | • Customer TI matching | • None |
| SOC Analyst Workbench (laura) | Live Forensic and Secure URL browsing (Cloud Browse) | ----- | ----- | • Planning collaboration |
| URL Entity Page (Ben) | Analyst can gain insights on URL via Entity Page (enriched through URL detonation) | Cut for iron | • URL Entity Page<br>• Access to Detonation data in Tables<br>• Access to rich Detonation report (MTP parity)<br>• On-demand detonation on Entity Page | • None |
| URL Detonation in Investigation (Jason) | On-demand detonation from Investigation Graph node | Cut for iron | ----- | • None |
| Democratizing ML (Sharon, Andi) | Extensible URL Detonation and URL Text Static Analyzer for Sentinel | Cut for iron | ----- | • None |

## Azure Sentinel Product (Teams): Iron (Fe) Planning

7

7

CONFIDENTIAL

## Azure DaaS, Office 365 ATP, MCAS

| AREA | PROGRESS | REMAINING | IMPACT |
|---|---|---|---|
| Azure DaaS | - Completed CMK deep dive design reviews<br>- CMK PoC completed (MCAS, Sentinel)<br>- Off-host store (OHS) design updated for CMK<br>- Publishing Hub (PH) design completed<br>- AAD for auth design completed.<br>- Per Office TRUST consultation, Customer Lockbox requirement was waived | - GA self-serve (Service Fabric dependent) ETA July-Aug<br>- Complete CMK for Sentinel, MCAS H2 Iron<br>- OHS, Rescan Svc, AAD/RBAC+RP, Office Trust reviews complete by end July<br>- Complete PH (Work in progress)<br>- Complete AAD/RBAC (Work in progress) | - DaaS users can self manage their DaaS instances<br>- Comply with JEDI and auditing requirements<br>- Scalability and cost reduction hygiene<br><br>Paid licenses grew 5% MoM to 63,873,729 |
| Office 365 ATP (OATP) | - < 7min Sonar to TOC rep block. < 1min Iron<br>- < 7min Sonar to ZAP (APAC – rolls out global over next month). < 1min Iron<br>- GEO-based detonation rep GA<br>- Domain Rep ML reducing FNs and FPs<br>- UX Analyzer reduced Sway phish URL FNs: 96% (by vol), 60% (by unique URL<br>- One Cyber for Files code shipped. End to End ATP SOC UX end of May ETA<br>- COVID Public Feed<br>- NAM, CA, UK, DE, CH, NO, AU, JP active<br>- Doubled bare metal throughput<br>- BDF: Only detonating 8% XLSX submissions; no FNs. Avg. proc. time down 67%*<br>- "Smart" Scrambling (improved BP catch) | - Address gaps (Sway, Scrambling, Evasion, Root causes noted in May miss detail slides)<br>- One Cyber for URLs<br>- Benign URL filtering data study<br>- Data analysis on global controlled scrambling<br>- Leverage static ML features and route TOC URLs to proxify<br>- ML for macro-based / executable based malware | - MAU 52,186,540 (+1.6% MoM)<br>- Attach PHISH FN: 8%, MW FN: 17%, FP: 0.00012%<br>- URLs: FN: not yet available, FP: 0.00037%<br><br>BP catch rate over last 50 days |
| Detonation TI Sharing | - Move to Iron | - URL domain TI for Smart Screen (SS) delayed due to JEDI – TBD Manganese | - Improve Smart Screen Phish catch with Sonar TI<br>- Improve DaaS/ATP catch w/SS TI |
| MCAS | - MCAS primary focus has been JEDI | - New scenario planning post Iron | - MAU: 22M; 3M from 3P (Box, Dropbox, G-Suite), 19M from 1P (ODSP) |

8

New counting method:
1. Cutting over to IDEAS – Rajesh's BI Team's – counting approach
2. Link advanced security usage across multiple products. Want to track penetration of S1500. For ATP What % of S1500 have we sold 250 seats or more to and what's engagement. More than 250 is the magic number filtering out trials.
3. Want to track engagement across multiple products and thus normalize to one AAD user. Issues that will cause reduction from prior method.
    1. Shared mailboxes aren't counted because they don't map to a single user, On-prem not counted, User using Okta not counted
    2. Users with multiple SMTP objects are not double counted anymore (e.g. amar.patel, amarpa could've been counted twice)

CONFIDENTIAL



CONFIDENTIAL

MSFT_TOC00040956



CONFIDENTIAL

MSFT_TOC00040957



CONFIDENTIAL

MSFT_TOC00040958



CONFIDENTIAL

MSFT_TOC00040959



New counting method:

1. Cutting over to IDEAS – Rajesh's BI Team's – counting approach
2. Link advanced security usage across multiple products. Want to track penetration of S1500. For ATP What % of S1500 have we sold 250 seats or more to and what's engagement. More than 250 is the magic number filtering out trials.
3. Want to track engagement across multiple products and thus normalize to one AAD user. Issues that will cause reduction from prior method.
   1. Shared mailboxes aren't counted because they don't map to a single user, On-prem not counted, User using Okta not counted
   2. Users with multiple SMTP objects are not double counted anymore (e.g. amar.patel, amarpa could've been counted twice)

13

MSFT_TOC00040960



Notes:

Malware effectiveness is down by 8.21% compared to previous month

It looks like we have missed a lot of Excel4 macros, but looking at our blocks, we still blocked ~180,000 messages in May.

     from 05/04 - 05/06: blocked ~11,000 messages

     from 05/20 - 05/21: blocked ~80,000 messages

     from 05/25 - 05/29: blocked ~70,000 messages

Some other campaigns with excel4 macro:

     Dridex

     Ursnif

14

CONFIDENTIAL



Notes:

The Phish Effectiveness is up by 8.7% compared to last month.

HTML Redirector. Uses GEO Evasion. Downloads a malware that Sonar detects. This should move to Malware Effectiveness after annotation.

© 2014 Microsoft Corporation. All rights reserved. Microsoft, Windows, and other product names are or may be registered trademarks and/or trademarks in the U.S. and/or other countries. The information herein is for informational purposes only and represents the current view of Microsoft Corporation as of the date of this presentation. Because Microsoft must respond to changing market conditions, it should not be interpreted to be a commitment on the part of Microsoft, and Microsoft cannot guarantee the accuracy of any information provided after the date of this presentation. MICROSOFT MAKES NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, AS TO THE INFORMATION IN THIS PRESENTATION.

15

MSFT_TOC00040962

# Interflow TI Platform

16

CONFIDENTIAL

MSFT_TOC00040963

## Interflow Mn OKRs and Status Updates

| BUSINESS OBJECTIVES | KEY RESULTS | METRICS | STATUS |
|---|---|---|---|
| Interflow delivers JEDI | • Interflow is GA for JEDI M1 (1/13), M2 (3/13), M3 (5/11) | • Meet requirements for Milestone 1, 2, 3 and 4 | • M1, M2, M3 achieved. M4 deployment in progress in USSEC and USNAT. Teleport onboarding in progress. |
| Interflow is the Central Hub, at Microsoft, for Sharing threat intelligence to power detections in many Microsoft products | • Add new high-fidelity TI from across Microsoft teams | • Interflow is the central hub where 75% of Microsoft TI providers share TI. Add at least one new vetted TI provider every semester. | • Completed adding Defender Signals and SONAR URL TI providers in [Mn]<br>• MSTIC R2 TI provider onboarding completed |
| | • Enhance Interflows contributions towards Microsoft detections by onboarding new consumers | • Enable at least five new consumption scenarios to power detections or enrichments every semester | • Total of 15 consumers onboarded in [Mn]<br>• AATP onboarding for UEBA completed<br>• ASC Adaptive network hardening team onboarding in process<br>• Bing MUI service onboarding completed<br>• TeleGuard one-pager drafted and in review (Review with Mario to be scheduled) |
| | • Extended Interflow's capability to measure efficacy of Interflow's TI | • Interflow consumers provide match rates to Interflow<br>• 100% of consumers have good onboarding experience | • Analyzing matches provided by ASC team<br>• Top Indicator functional spec approved for [Fe] |
| | • Add capabilities to delight existing/ attract new consumers or providers | • Add new security or feature enhancements to have secure auth, have better detection capabilities, have enrichment capabilities, have ability to share rich metadata TI | • Developing new Interflow data transfer service for air-gapped clouds<br>• Completed Blast Radius and Peers API deployment and is available for EU and Non-EU regions |
| | • Interflow has highly compliant data | • Certifications received | • SOC certification achieved in Azure public<br>• FedRamp certification for Fairfax achieved |

17

17

MSFT_TOC00040964



CONFIDENTIAL

MSFT_TOC00040965



CONFIDENTIAL

MSFT_TOC00040966

# Web App Threat Protection

20

20

CONFIDENTIAL

MSFT_TOC00040967

## GETTING STARTED ON WEB APP PROTECTION FOR WAF AND MODERN CDN
*Working through initial priorities, deliverables, desired results and how we'll collaborate and coordinate as one team*

| AREA | DISCUSSION POINT | CONSIDERATIONS |
|---|---|---|
| C&AI Team Intro to Isidro and Teresa | • Introduce C&AI and Azure Networking team members | • C&AI: Security Eng Lead: Tim / Security Dev: John Booth / Security Analyst: Nick Carr / PM: Amar |
| Regular x-team sync | • How do we want to continually remain in sync on plans and deliverables? | • When and how often.<br>• Agenda items? sprints?, progress, dependency issues, etc. |
| Engineering systems and coordination | • Define how we'll collaborate on tracking work, development, deployments | • Sprint durations, standup, VSO for tracking work, code repos, deployment approach, etc.<br>• Testing in production (non-blocking modes) |
| OKRs for H1 | • Double click on current customer situation and our focus for H1<br>• Define OKRs for H1 Iron<br>• Define story telling and deliverables for Nov preview launch | • Current customer feedback and support escalations<br>• Current competitive gaps that are causing sales losses or churn<br>• What's the current threat landscape for customers<br>• What's our starting priority and scope in terms of detection development |
| Data '101' | • Discuss what's currently being logged to enable understanding of current threats and enable hunting by analyst and detection development | • What data is being logged? How can it be accessed? ROE on the data?<br>• Privacy and compliance on the logged data (e.g. what's classification?)<br>• What data / streams are needed for detection development? |
| Sales motion | • What's the current sales motion? Who in field? | • Who are the field sellers? Are there any loss reports?<br>• How does selling occur? Bake offs, synthetic or live traffic testing? |
| Measuring the Problem | • How will we stay in touch with the customer's experience?<br>• Discuss how we should measure the problem | • What gaps are customers asking us to address now?<br>• What's the broader threat categorization and volume breakdowns?<br>• Any data studies we want to do to learn? Gain breadth/depth understanding of threats<br>• How do we enable a daily view of threats impacting customers? |
| Measuring Impact | • How will we measure efficacy? | • Start discussing how we'll measure efficacy of detections in development and in PROD<br>• Start discussing efficacy metrics<br>• Measuring Fns, FPs |
| Initial Scenarios/Stories | • Align initial detection team deliverables | • Align on what detections are currently in prod, in work, not started<br>• Align on initial gaps to fill |
| ... | | |

Other References:
https://stackoverflow.com/questions/4295335/are-there-http-header-fields-i-could-use-to-spot-spam-bots

21



## BUCKETS OF DATA

- HTTP Method
- Full URI
- User-Agent
- IP / port
- Language(s)
- Header / content sizes
- Response status code

Running Sounder network detections & Snort rules against WAF data:

The default dynamic port range for TCP/IP has changed since Windows Vista and in Windows Server 2008

Suspicious URIs

```
GET /
%5c%5c..%5c/..%5c/..%5c/..%5c/..%5c/..%5c/..%5c/..%5c/windows/
System32/drivers/etc/hosts HTTP/1.1
Host: 10.1.2.20
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:60.0)
Gecko/20100101 Firefox/60.0
Accept-Language: en-us
Accept: */*
Connection: keep-alive
```

10.18.67.74 44062

22

MSFT_TOC00040969

# RFC COMPLIANCE



CONFIDENTIAL

## Bot Detection

Sounder beaconing detection logic adapted from DNS to HTTP:

- High Volume
- Periodic
- Consistent



Requests per minute

## Telemetry ideas

- HTTPS/TLS fingerprinting with JA3 and JA3s - helpful in bot detection, anomaly identification, and can have threat intel cross-over value from our team

- Classes of attacks that OWASP definitions cannot cover because they use states / cross-alert correlation / packet contents
  - example: JPG upload, traversal, +PHP body content

## JA3 SSL Fingerprint



24

MSFT_TOC00040971

Appendix

CONFIDENTIAL

MSFT_TOC00040972



CONFIDENTIAL

## Takedown Scenarios

### Site Takedown

- Takedown an Azure site determined to be bad by Sonar Detonation

  - Automatically triggered
  - Currently on avg, 19 minutes for App Svcs. Maintain less than 30 minutes from availability of the TI for all takedowns
  - Be able to revert the change (to address the very remote chance of FP)

### Measuring and Tracking Success Metrics

- Dashboard tracking takedown metrics

  - Time to takedown
  - Success rate
  - Days active for each sites still active
  - Distribution across services and subscription types
  - Indicator URL with impacted Office 365 tenants and mail volume

### Subscription Takedown

- Takedown an Azure subscription determined to be bad through manual inspection by Azure Antifraud Team

  - Manually triggered
  - Currently up to 24 hours from time when Antifraud made the request. Want to reduce to less than 30 minutes

27

MSFT_TOC00040974

**OKRs for Azure Abuse (Draft)**

**Objective**

- Reduce Azure Abuse by neutralizing detected phishing sites hosted on Azure Domains
    - Using Sonar TI
    - Using proactive Sonar Detonation

**Key Measurable Results**

- Reactive using Sonar TI
    - Achieve a 90% take down rate for phishing sites hosted on Azure within 30 minutes of firing the SCUBA alert
- Proactive from Detonation at Source
    - Achieve a 90% take down rate for phishing sites hosted on Azure within 30 minutes of bad detonation verdict at source
- Zero shut down of legitimate customers

28

CONFIDENTIAL