# EXHIBIT 105

| | |
|---|---|
| Document title: | Ensure | Definition of Ensure by Merriam-Webster |
| Capture URL: | https://www.merriam-webster.com/dictionary/ensure |
| Captured site IP: | 99.84.216.97 |
| Page loaded at (UTC): | Tue, 10 Aug 2021 13:30:30 GMT |
| Capture timestamp (UTC): | Tue, 10 Aug 2021 13:31:34 GMT |
| Capture tool: | v7.9.1 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 5 |
| Capture ID: | 5c9f9325-e1dc-404a-837a-c8196ee4f1cc |
| User: | jmlaw-jcooper |



GAMES & QUIZZES   THESAURUS   WORD OF THE DAY   FEATURES   SHOP ⌄   LOG IN   REGISTER   🔖 MY WORDS

Dictionary        Thesaurus

# ensure verb

🔖 Save Word

en·sure  |  \ in-ˈshu̇r 🔊 \

ensured; ensuring

**Definition of *ensure***

*transitive verb*

: to make sure, certain, or safe : GUARANTEE

↓ **Synonyms**

↓ **Choose the Right Synonym**

↓ **Do you *ensure* or *insure*?**

↓ **Example Sentences**

↓ **Learn More About *ensure***

IF YOU'RE STRUGGLING
TO PAY BILLS

## Synonyms for *ensure*

**Synonyms**

assure, cinch, guarantee, guaranty, ice, insure, secure

Visit the Thesaurus for More ⊕

## Choose the Right Synonym for *ensure*

ENSURE, INSURE, ASSURE, and SECURE mean to make a thing or person sure. ENSURE, INSURE, and ASSURE are interchangeable in many contexts where they indicate the making certain or inevitable of an outcome, but ENSURE may imply a virtual guarantee // the government has *ensured* the safety of the refugees // , while INSURE sometimes stresses the taking of necessary measures beforehand // careful planning should *insure* the success of the party // , and ASSURE distinctively implies the removal of doubt and suspense from a person's mind. // I *assure* you that no harm will be done // SECURE implies action taken to guard against attack or loss. // sent reinforcements to *secure* their position //

## Do you *ensure* or *insure*?

There is considerable confusion about whether *ensure* and *insure* are distinct words, variants of the same word, or some combination of the two. They are in fact different words, but with sufficient overlap in meaning and form as to create uncertainty as to which should be used when. We define *ensure* as "to make sure, certain, or safe" and one sense of *insure*, "to make certain especially by taking necessary measures and precautions," is quite similar. But *insure* has the additional meaning "to provide or obtain insurance on or for," which is not shared by *ensure*. Some usage guides recommend using *insure* in financial contexts (as in "she insured her book collection for a million dollars") and *ensure* in the general sense "to make certain" (as in "she ensured that the book collection was packed well").

## Examples of *ensure* in a Sentence

// A combination of ... personal courage, dashing leadership from the front, willingness to share the toughest rigours suffered by the ordinary soldiers, and a liberal dose of sheer good fortune *ensured* his stature as a great general.
— Paul Cartledge, *History Today*, July 2004

// Indeed, even though she's been off the mainstream radar for more than a decade, her passionate love for and commitment to rock & roll have *ensured* that she's managed to make a steady living.
— Tom Sinclair, *Entertainment Weekly*, 24 Nov. 2000

See More ⊕

Recent Examples on t

WORD OF THE DAY

garnish 🔊

See Definitions and Examples »

Get Word of the Day daily email!

Your email address      SUBSCRIBE

Staples
Starting at 99¢
for select alcohol wipes and more.
Shop now

TEST YOUR VOCABULARY

Dog Words Quiz

Which of the following animals has a dog in its etymology?

hippo          cat
canary         eel

Test your visual vocabulary with our 10-question challenge!
TAKE THE QUIZ »

Anagram puzzles meet word search.
TAKE THE QUIZ »





**Recent Examples on the Web**

// Chief Hill said the survivors wanted to get police involved to *ensure* that evidence is preserved and records about the school, which operated from 1832 to 1970, can be obtained quickly.
— Kim Mackrael, *WSJ*, 29 July 2021

// Williams said the district added another assistant principal position to Northside and Southside high schools to *ensure* each grade level would have an assistant principal assigned to them for a total of four.
— Thomas Saccente, *Arkansas Online*, 28 July 2021

These example sentences are selected automatically from various online news sources to reflect current usage of the word 'ensure.' Views expressed in the examples do not represent the opinion of Merriam-Webster or its editors. Send us feedback.

**See More** ⊕

**First Known Use of *ensure***

1660, in the meaning defined above

**History and Etymology for *ensure***

Middle English, from Anglo-French *ensurer*, alteration of *assurer* — more at ASSURE

---

## Learn More About *ensure*

**Share *ensure***



**Time Traveler for *ensure***


The first known use of *ensure* was in 1660

See more words from the same year

**From the Editors at Merriam-Webster**



**'Insure' vs. 'Ensure' vs. 'Assure'**
How to make sure you're using them right

**Dictionary Entries Near *ensure***

ensurance

**ensure**

ensurer

**See More Nearby Entries** ⊗

**Statistics for *ensure***

**Last Updated**
31 Jul 2021

**Look-up Popularity**
Top 1% of words



**Cite this Entry**

"Ensure." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/ensure. Accessed 10 Aug. 2021.

**Style:** MLA ▼

---

## More Definitions for *ensure*

**ensure**  *verb*



**English Language Learners Definition of *ensure***

: to make (something)

See the full definition





See the full definition for *ensure* in the English Language Learners Dictionary

## ensure *verb*

en·sure | \ in-ˈshu̇r \

ensured; ensuring

### Kids Definition of *ensure*

: to make sure, certain, or safe : GUARANTEE

// The crossing guard *ensures* our safety as we cross the street.

---

### More from Merriam-Webster on *ensure*

Nglish: Translation of *ensure* for Spanish Speakers

Britannica English: Translation of *ensure* for Arabic Speakers

---

### Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

**MERRIAM-WEBSTER UNABRIDGED**

---



WORDS AT PLAY






**"In Vino Veritas" and Other Latin Phrases to Live By**

Top 10 Latin Phrases

**The Words of the Week – 8/6/21**

Words from the week of 8/6/2021

**10 Bizarre Things That Somehow Have Words**

For frog-tossing, sword dancing, & more

**9 Irregular and Unpredictable Words**

Get your pencil ready

ASK THE EDITORS






**'Everyday' vs. 'Every Day'**

A simple trick to keep them separate

**What Is 'Semantic Bleaching'?**

How 'literally' can mean "figuratively"

**Literally**

How to use a word that (literally) drives some pe...

**Is Singular 'They' a Better Choice?**

The awkward case of 'his or her'

WORD GAMES



People's Favorite

RABBLE® Sprint

---

Document title: Ensure | Definition of Ensure by Merriam-Webster
Capture URL: https://www.merriam-webster.com/dictionary/ensure
Capture timestamp (UTC): Tue, 10 Aug 2021 13:31:34 GMT

Dictionary    Thesaurus

## Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

MERRIAM-WEBSTER UNABRIDGED

WORDS AT PLAY


"In Vino Veritas" and Other Latin Phrases to Live By

Top 10 Latin Phrases


The Words of the Week - 8/6/21

Words from the week of 8/6/2021


10 Bizarre Things That Somehow Have Words

For frog-tossing, sword dancing, & more


9 Irregular and Unpredictable Words

Get your pencil ready

ASK THE EDITORS


'Everyday' vs. 'Every Day'

A simple trick to keep them separate


What Is 'Semantic Bleaching'?

How 'literally' can mean "figuratively"


Literally

How to use a word that (literally) drives some pe...


Is Singular 'They' a Better Choice?

The awkward case of 'his or her'

WORD GAMES


People's Favorite Words

A five-star quiz

TAKE THE QUIZ >


Challenging Words You Should Know

How many do you know?

TAKE THE QUIZ >


Name That Thing

Test your visual vocabulary with our 10-question ...

TAKE THE QUIZ >


SCRABBLE® Sprint

SCRABBLE® fans, sharpen your skills!

PLAY THE GAME >

Learn a new word every day. Delivered to your inbox!

Your email address    SUBSCRIBE


Merriam-Webster

OTHER MERRIAM-WEBSTER DICTIONARIES
LEARNER'S ESL DICTIONARY
VISUAL DICTIONARY
SCRABBLE® WORD FINDER

MERRIAM-WEBSTER'S UNABRIDGED DICTIONARY
BRITANNICA ENGLISH - ARABIC TRANSLATION
NGLISH - SPANISH-ENGLISH TRANSLATION

FOLLOW US

Browse the Dictionary: A B C D E F G H I J K L M N O P Q R S T U V W X Y Z 0-9

Home | Help | Apps | About Us | Shop | Advertising Info | Dictionary API | Contact Us | Join MWU | Videos
Word of the Year | Puku | Vocabulary Resources | Law Dictionary | Medical Dictionary | Privacy Policy | Terms of Use
Do Not Sell My Info

