

## Office 365 ATP partner-led "White Glove"

**Olive + Goose Offering**

### Service Offering

Direct Customer assistance in piloting & adopting Office 365 ATP with expert configuration of EOP ATP and a Secure Score review with recommendations

### Customer Benefit

- Office 365 ATP coverage configured for all of your users lead by an experienced partner with extensive ATP experience and direct Engineering access   includes configuration & adoption best practices
- Microsoft partner to assist as a Trusted Advisor for all things Office 365 and EMS if desired with a full review of their Secure Score and recommendations for their tenant
- Production pilot that seamlessly hands off to a production deployment
- Resources with up to date knowledge and technical demos

### Requirements

- Set O ve + Goose as subscr pt on Partner of Record for a  Off ce 365 censes or $5k for up to 20 hours of ass stance
- Prov de a p ot group of at east 100 target users
- Customer must have Off ce 365 E5 censes, or be w  ng to tr a  E5 censes  n the r tenant
- Ma  f ow ng through EOP today – f ma  boxes are on O365 then ma f ows through EOP.

OLIVE + GOOSE

# Exchange Online Protection



**Stop viruses and malware**
Multi-engine malware protection
Continuously evolving anti-spam, anti-phishing,
and anti-spoofing protection

**Protect sensitive data**
Data loss prevention features
Encryption of sensitive email

**Common administration console**
Microsoft Office 365 integration
Detailed reporting

**Enterprise-class reliability**
Geographically load-balanced datacenters
Queuing capabilities to help ensure no mail is lost
Microsoft support 24 hours/day, 365 days/year
Financially backed SLAs

# Office 365 Advanced Threat Protection

Hackers around the globe launch increasingly sophisticated attacks

Organizations seek tools that provide advanced protection

Office 365 Advanced Threat Protection provides additional protection against specific types of advanced threats



**Protection against unknown malware/viruses**
- Behavioral analysis with machine learning
- Admin alerts



**Time-of-click protection**
- Real-time protection against malicious URLs
- Growing URL coverage



**Rich reporting and tracing**
- Built-in URL trace
- Reports for advanced threats

# Highlights and Futures



**New Advanced Threat Protection enhancements**
•Dynamic Delivery of Safe Attachments
•URL Detonation
•ATP across Office 365
•Threat Intelligence dashboard
•Threat Explorer

**New Exchange Online Protection enhancements**
•Enhanced phishing protection
•Zero-hour Auto Purge (ZAP)
•Safety tips in Outlook on the web
•Filtering for common malicious attachment types
•Phish reporting
•Protection against insider spoofing

**Learn more at the Office Blogs**
•  https://blogs.office.com
•  http://fasttrack.office.com/roadmap

**Olive + Goose** Offering

## Office 365 ATP partner-led "White Glove"
### *INTERNAL GUIDANCE*

### Service Offering

No cost to Customer assistance in piloting & adopting Office 365 ATP by the same team that managed the Microsoft PG Office 365 White Glove program

### Customer Benefit

- Lead with 30  60 or 90 day trial of Office 365 ATP lead by an experienced partner with extensive ATP experience and direct PG engagement    includes configuration & adoption best practices
- Trusted Microsoft partner to assist as a Trusted Advisor for all things Office 365 and EMS if desired
- Production pilot that hands off to production deployment
- Resources with up to date knowledge and technical demos

### Microsoft Benefit

- Engaged Microsoft partner working towards a successful pilot and further expansion of Office 365 & EMS workloads
- Resources freed to pursue other opportunities
- Run Secure Score and discuss remediation to top priority issues

### Requirements

- Set O ve + Goose as subscr pt on Partner of Record for a  Off ce 365  censes or $5k for up to 20 hours of ass stance
- Prov de a p ot group of at  east 25 target users
- Customer must have Off ce 365 E5  censes, or be w  ng to tr a  E5  censes  n th r tenant
- Ma  f ow ng through EOP today

OLIVE + GOOSE