# EXHIBIT 108

| | |
|---|---|
| From: | Ross Adams </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICROSOFT.ONMICROSOFT.COM-55760-ROSS ADAMS> |
| To: | Mauktik Gandhi; Neelamadhaba Mahapatro; Jason Rogers |
| CC: | Rudra Mitra |
| Sent: | 7/10/2017 5:52:49 PM |
| Subject: | RE: UK Ministry of Justice (ejudiciary.net) |
| Attachments: | RE: MoJ ATP Update |

Thanks Mauktik.

We had a number of threads and discussions on this with the account team previously, please see attached for the last thread on the topic. I've not seen a request to discuss their setup further. I also shared with the customer the what if data for ATP similar to what we would do for a white glove customer.

Let me know if you need anything further.

Regards
Ross.

**From:** Mauktik Gandhi
**Sent:** Monday, July 10, 2017 10:33 AM
**To:** Neelamadhaba Mahapatro <neelmah@microsoft.com>; Jason Rogers <jarogers@microsoft.com>; Ross Adams <Ross.Adams@microsoft.com>
**Cc:** Rudra Mitra <rudram@microsoft.com>
**Subject:** RE: UK Ministry of Justice (ejudiciary.net)

Just sync'ed up with Ross.

This is related to the escalation that he has already been working with the customer/TAM. He has the full data and will share it out here.

Mauktik

**From:** Neelamadhaba Mahapatro
**Sent:** Monday, July 10, 2017 5:55 AM
**To:** Jason Rogers <jarogers@microsoft.com>; Mauktik Gandhi <mgandhi@microsoft.com>
**Cc:** Rudra Mitra <rudram@microsoft.com>
**Subject:** Fwd: UK Ministry of Justice (ejudiciary.net)

Let's do a quick analysis in couple of hours and update what happened

If true, they should have appeared in outlier buckets of tenants

Get Outlook for iOS

---

**From:** Bryan Goode
**Sent:** Sunday, July 9, 2017 11:30:35 PM
**To:** Neelamadhaba Mahapatro
**Subject:** Fwd: UK Ministry of Justice (ejudiciary.net)

Hi Neel - are you aware of this issue at UK Ministry of Justice? I'd love to understand more about the situation and if ATP worked as expected or if something else is amiss.

CONFIDENTIAL                                                                                                                                          MSFT_TOC00005886

Thanks,
Bryan

---

**From:** Kelly Waldher
**Sent:** Friday, July 7, 2017 5:19:59 PM
**To:** Bryan Goode; Alym Rayani
**Subject:** Fwd: UK Ministry of Justice (ejudiciary.net)

Are you guys aware of this?

Get Outlook for iOS

---

**From:** Steve Hescock
**Sent:** Friday, July 7, 2017 5:09:07 PM
**To:** Michael Spencer; Kelly Waldher
**Cc:** Jon Platner; Deni Bouneva
**Subject:** RE: UK Ministry of Justice (ejudiciary.net)

Michael,

There were 13 malicious emails which passed ATP and landed in user's inboxes eJudiciary tenant and also some issues on the Parliament tenant. I'm not 100% clear if it was the same link, or different links. Here's the summary of the situation provided by the account team:

- *A small group of judges (about a dozen) have been piloting ATP for a few months and, during the pilot, there was a targeted phishing attack against the eJudiciary domain.*
- *Whilst no judges were compromised during the attach, post incident analysis identified that ATP had not caught any of the malicious emails. The customer opened a Premier case to determine what had gone wrong. Initial suspicion that ATP had been mis-configured by the partner was quickly ruled out and we proceeded up the Premier escalation process (gethelp, PFE, CXP and product engineering) to the point where we have been at for the last week – which was a F2F meeting with the customer with the PG on a Skype call followed by a commitment from the PG to do a detailed analysis of all 13 malicious emails which got passed ATP and landed on user's inboxes.*
- *During this period, we discovered that Parliament were having similar significant issues with ATP (flagged to Jim who sync'd with Lou to confirm). A similar PG call with PICT also took place.*
- *With ATP in used by all UK Judiciary, all UK MP's and shortly MoD, there is obviously huge reputational concern and risk to adoption of ATP across the wider PS*

This is intended to be a one-off solution to provide a longer than normal tenant wide trial on ATI (6 months), so that we don't set a precedent that we are refunding ATP customers if they get phished. Also, the ATI approach makes sense, because it provides robust reporting that shows the positive impact of ATP.

Steve


**From:** Michael Spencer
**Sent:** Friday, July 7, 2017 3:14 PM
**To:** Steve Hescock <Steve.Hescock@microsoft.com>; Kelly Waldher <Kelly.Waldher@microsoft.com>
**Cc:** Jon Platner <Jon.Platner@microsoft.com>; Deni Bouneva <denib@microsoft.com>
**Subject:** RE: UK Ministry of Justice (ejudiciary.net)

Was it one link landing on lots of users or lots of links landing across lots of users? If the latter, I sympathize a bit and would want to understand a bit more from engineering.

Also, how many other clients were impacted by these links? It can't be siloed to one customer, can it?

**From:** Steve Hescock
**Sent:** Friday, July 7, 2017 3:09 PM
**To:** Michael Spencer <mispence@microsoft.com>; Kelly Waldher <Kelly.Waldher@microsoft.com>
**Cc:** Jon Platner <Jon.Platner@microsoft.com>; Deni Bouneva <denib@microsoft.com>
**Subject:** RE: UK Ministry of Justice (ejudiciary.net)

I've reached out to Mike Huber to get his perspective on this, but haven't heard back yet. My expectation is that Engineering doesn't agree that we owe anything to the customer. We don't have an SLA regarding percentage of malicious links that will be caught by the ATP service.

From a business perspective, I think the UK BG Lead and PS Lead are concerned about the potential impact if the customer follows through on their threat: "Stakeholders want a full refund and will look at contacting Crown Commercial Services to discuss withdrawal of this product from other government departments. We would be obliged to pass this message on passed on our experience." They recently landed 200K seats of SPE E5 with UK MOD, and they are looking to expand this to other areas of the UK Central Government.

Steve Hescock
Office Licensing
shescock@microsoft.com | office 425-722-2046 | mobile 206-779-4507

**From:** Michael Spencer
**Sent:** Friday, July 7, 2017 2:53 PM
**To:** Steve Hescock <Steve.Hescock@microsoft.com>; Kelly Waldher <Kelly.Waldher@microsoft.com>
**Cc:** Jon Platner <Jon.Platner@microsoft.com>; Deni Bouneva <denib@microsoft.com>
**Subject:** RE: UK Ministry of Justice (ejudiciary.net)

What is the position of Rudy and Rajesh? Would they feel like this is owed?

Mike

**From:** Steve Hescock
**Sent:** Friday, July 7, 2017 2:33 PM
**To:** Kelly Waldher <Kelly.Waldher@microsoft.com>; Michael Spencer <mispence@microsoft.com>
**Cc:** Jon Platner <Jon.Platner@microsoft.com>; Deni Bouneva <denib@microsoft.com>
**Subject:** UK Ministry of Justice (ejudiciary.net)

Kelly and Michael,

The UK Ministry of Justice has 27.2K seats of O365 E3, and 25K seats of EM3 E3 and ATP. After deploying ATP, the customer experienced several malicious links landing in user mailboxes which they believe should have been flagged as malicious, and they are concerned with the lack of follow-up from Microsoft to analyze the escalation. The customer is asking for a refund on ATP, stating that it had a 100% failure rate and does not work as advertised. The customer has threatened to escalate their concerns with ATP to the central government, which will have negative impact on the recent purchase of 200K O365 E5 seats by the UK MOD.

The account team has requested a 6 month license grant for Advanced Threat Intelligence (ATI) for 27K users as a response to the customer's escalation, enabling them to provide better visibility to the threats that are blocked by ATP using the ATI reporting capabilities. The UK BG Lead (Richard Ellis) is pushing to get the BD to approve a six month license grant of ATI at $0 for 25K users, which has a COGS estimate of $35K and a List Price of $1.5M. The customer has purchased ATP for 12 months at a price of $316K, and has the option to drop the service in January 2018.

The response from the PMG to date has been the following:
- Engineering spent extensive time and effort in addressing the Safe Links issues with UK MoJ on why certain

links got through
- We have offered the customer the White Glove program which provides 2 month trial of ASM and Threat Intelligence + bi-monthly cadence calls with the PG

So far, we have pushed back on providing more than the above, because we don't want to set a precedent that we will refund customers for ATP if a malicious link isn't caught by our system.
- There is no marketing collateral or documentation that suggest we catch all phish or malicious links. However, we do have collateral which suggests that ATP helps with this effort.
- We do not have an SLA for ATP that provided a commitment on the percentage of malicious links that will be caught by the service.

My recommendation is that do provide support for a 6 month license grant for ATI as a one-off solution for this customer escalation. This approach will show that MSFT is serious about addressing their concerns, and enables MSFT to turn on reports that show the customer the full extent of the malicious links that are caught by ATP. The COGS for this will be $35K, and this provides a creative solution for addressing the escalation that doesn't set a precedent that we will refund the customer for the amount they spent on ATP. In addition, the UK GOV purchased 200K seats of SPE E5 in April ($23M), and I think there is value in ensuring we maintain positive CPE with this customer.

The PMM for ATP/ATI (Debraj Ghosh) has expressed concerns with providing a 6 month ATI license grant (trial) all 25K users on the customer's tenant, and has advocated that we should limit our response to a trial with a maximum length of two months.

Steve Hescock
Office Licensing
shescock@microsoft.com | office 425-722-2046 | mobile 206-779-4507