# EXHIBIT 109

# Office 365 Advanced Threat Protection Offerings

Post-POC readout to Cox Communications, Inc (CCI)
18 September, 2017

Content:

- Slide 2: Updates from 9/18
- Slide 3: Microsoft "What if" Analysis
- Slide 4: Lose by going to Proofpoint – General
- Slide 5: Lose by going to Proofpoint – built-in Integration & Coverage across O365, Office, Desktops, Severs
- Slide 6: High-level Roadmap Updates
- Slide 7: Next Steps
- Slide 8: Thank You for the opportunity to partner with Cox

## Updates from 9/18

- File Hashes
    - File Hashes can be exported in bulk directly from GUI (demonstrated in Microsoft and Cox tenant)
    - As previous stated, Microsoft has been (and continues to be) interested and available to work with HP and CCI to determine what is preventing view of File Hashes within ArcSight. This does not require customization, we just need to determine why ArcSight is not showing File Hashes.
- Search & Destroy
    - Search & Destroy (delete vs. move to Junk folder) is in development and will be Generally Available (GA) shortly.
- VIP monitoring
    - Microsoft VIP monitoring is development testing and will be GA shortly.
        - Additionally, Microsoft agreed to add ability to use extended attributes to identify groups/individuals for trending/reporting
- EOP vs. ProofPoint
    - Comparing Microsoft EOP to ProofPoint is analogous to comparing Ford Focus to Ferrari
    - Comparison should be Microsoft Office 365 ATP vs. ProofPoint TAP
- Microsoft Bug: Microsoft does have ability to detect malicious content within a macro-enabled document. This particular VBA event hit a bug in the toolset. The bug was fixed in the toolset. This fix involved more than a Hash update.



# Lose by going to ProofPoint

## General

- For internal emails: Safe Links (just added) and Safe Attachments (available during POC) functionality for emails sent within CCI
- Directory-based Edge Blocking – Since identities are already synched to Office 365 EOP can leverage them to reject any email sent to a recipient who does not exist in the directory.
- Single seat administration with Exchange Online – policy configuration
- Message Trace/Tracking/Reporting must be done in more than one solution. The ability to leverage the same identity and all of the security around privileged access for Office 365 is lost.
- Advanced Threat Protection (O365 Email ATP and Threat Intelligence (Microsoft TI) – Built in solutions that leverage single seat administration.
- Exchange Transport Rules – cannot be used in conjunction with some operations for inbound messages such as spam operations or x-headers.
- Lose Microsoft one of the largest threat signal sources available
    - 450B authentication signals/month
    - 400B email signals/month
    - 1B Window devices signals/month

# Lose by going to ProofPoint

## Built-in Integration & Coverage across Office 365, Azure, Windows

- Lose built-in ATP coverage across O365 Office Desktops and Server ecosystem
    - Lose built-in ability within Office 365 ProPlus Desktop Clients (Word/Excel/PowerPoint/Visio) ability to detect and respond to Advanced Threats detected by Office 365 ATP.
    - Lose built-in ability within Sharepoint/OneDrive/Teams/Groups to detect and respond to Advanced threats detected by Office 365 ATP.
        - Note: Private preview available in which Cox could participate
    - Lose integration between O365 ATP Threat Intelligence and Threat Explorer and built-in Endpoint Detection and Response (EDR) within Windows 10 (and upcoming agent for MAC OS)
    - Note: All of the above were highlighted in Microsoft's RFP response and it's attached word document.
- Additional ATP SIEM integration goes live in Oct through management activity API (above and beyond ability discussed in POC)
    - URL Phish Data (vs. file hashes which are available today)
- Document Preview/Dynamic Delivery
    - Dynamic Preview – view attached document in read-only preview
    - Dynamic Delivery removes any latency effects (current scan latency times are @ 70s)

# High-level Roadmap Updates

- There was no time yesterday (Monday, Sep 18th) during the POC review. Microsoft welcomes opportunity to review our Roadmap in detail.
- New and deeper Anti-phish capabilities being rolled out in EOP and ATP over the next few months:
    - There was no time yesterday (Monday Sep 18th) during the POC review
    - Phish URLs in messages - additional/deeper remediation and visibility
    - Attachments with phish URLs – additional insight and detection via Machine Learning (ML) and rules
    - Brand impersonation/BEC/Phish lures content in attachment - additional insight and detection via enhanced Machine Learning (ML)
- Native Link Rendering
    - When hover over URL  URL will now be original URL in Email and Outlook (vs. obfuscated URL)
- Threat Explorer and Threat Intelligence Roadmap
    - Expansion of Explorer coverage to support Office 365 content activity and malware monitoring
    - Enriched user data for investigations and trending – enabling VIP monitoring and protection
    - Deeper Intelligence using targeted attack detection and trended threat monitoring
- Note:  above will be announced at Microsoft Ignite (25th – 29th September, 2017)



