# EXHIBIT 111

1                    UNITED STATES DISTRICT COURT

                     SOUTHERN DISTRICT OF FLORIDA

2

                       CASE NO. 0:20-CV-60416-AMC

3

4       TOCMAIL INC., a Florida

        corporation,

5

                         Plaintiff,

6

        vs.

7

        MICROSOFT CORPORATION, a

8       Washington corporation,

9                    Defendant.

10      _____/

11

                              March 18, 2021

12                            10:10 a.m. - 4:40 p.m. EDT

13

14

15

16            VIDEOTAPED DEPOSITION OF MICHAEL WOOD

17                 TAKEN VIA ZOOM TELECONFERENCE

18

19         Taken on behalf of the Defendant before

20      Alice J. Teslicko, RMR, Notary Public in and for the

21      State of Florida at Large, pursuant to a Rule 30(b)(6)

22      Notice of Taking Deposition in the above cause.

23

24

25

                                              Page 1

```
 1    APPEARANCES VIA TELECONFERENCE:
 2
          JOHNSON & MARTIN, P.A.
 3        BY:  JOSHUA D. MARTIN, ESQ.
          500 W. Cypress Creek Road, Suite 430
 4        Fort Lauderdale, FL 33309
          (954) 790-6699
 5        josh.martin@johnsonmartinlaw.com
          Attorneys for the Plaintiff
 6
 7        GREENBERG TRAURIG, LLP
          BY:  MARY-OLGA LOVETT, ESQ.
 8            KYLE DUGAN, ESQ.
              EVELYN COBOS, ESQ.
 9        1000 Louisiana Street, Suite 1700
          Houston, TX 77002
10        (713) 374-3541
          lovettm@gtlaw.com
11        duganky@gtlaw.com
          cobose@gtlaw.com
12        Attorneys for the Defendant
13
14        Also Present:  Cameron Roth
                          Rachel Hymel
15                        Orlando Jimenez - Videographer
16                            - - -
17
18
19
20
21
22
23
24
25
```

Page 2

```
 1                    I N D E X

 2    WITNESS                                    PAGE

 3

 4    MICHAEL WOOD

 5    Direct Examination by Mr. Martin              8

 6    Certificate of Oath                         216

 7    Errata Sheet                                220

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Veritext Legal Solutions
346-293-7000

```
 1                      DEFENDANT'S EXHIBITS
 2     EXHIBIT              DESCRIPTION               PAGE
 3
 4    Exhibit 1      Email chain dated 9/8/2020         14
 5    Exhibit 2      Email from Freelancer.com          76
                     dated 12/31/2020
 6
      Exhibit 3      Email chain dated 1/5/2020         78
 7
      Exhibit 4      U.S. Patent No. 10,574,628         83
 8                   B2
 9    Exhibit 5      TocMail Inc. press release         84
                     dated 2/26/2020
10
      Exhibit 6      TocMail Offering Pitch Deck        97
11
      Exhibit 7      Assignment                        107
12
      Exhibit 8      U.S. Patent Application           110
13                   Publication No.
                     2020/0186497 A1
14
      Exhibit 9      Florida Division of               114
15                   Corporation information for
                     TocMail Inc.
16
      Exhibit 10     Email from Michael Wood           115
17                   dated 10/24/2019
18    Exhibit 11     Email from ClouDNS dated          122
                     2/17/2020
19
      Exhibit 12     AP News press release dated       129
20                   3/2/2021
21    Exhibit 13     Email chain dated 6/10/2020       133
22    Exhibit 14     Email from Michael Wood           135
                     dated 6/18/2020
23
      Exhibit 15     Email chain dated 6/22/2020       141
24
      Exhibit 16     Email from Michael Wood           154
25                   dated 6/23/2020


                                           Page  4
```

```
 1              DEFENDANT'S EXHIBITS - CONTINUED
 2    EXHIBIT              DESCRIPTION               PAGE
 3
      Exhibit 17     Email to Michael Wood dated      160
 4                   7/1/2020
 5    Exhibit 18     Newswire Content                 182
                     Distribution Stats
 6                   published 3/2/2021
 7    Exhibit 19     Plaintiff's Answers and          186
                     Objections to Defendant's
 8                   First Set of
                     Interrogatories
 9
      Exhibit 20     Plaintiff's Answers and          186
10                   Objections to Defendant's
                     Second Set of
11                   Interrogatories
12    Exhibit 21     Email from Michael Wood          201
                     dated 9/28/2020
13
14
15
16
17
18
19
20
21
22
23
24
25

                                              Page  5
```

```
 1    through mentally all -- the whole evolution that led
 2    to this.
 3            For example, I didn't just start with oh, if
 4    it goes to the original URL, it doesn't operate as
 5    advertised.  I had to use research on cloaking to
 6    understand exactly what are the parameters regarding
 7    the behavior if you go to the original URL.
 8            So that would have to be factored into the
 9    research that I did regarding Safe Links.  I take --
10    the entire report is reflective of all the things.
11    That is reflective of all of the things I've done.
12    It's a hundred pages worth of exploring the issue from
13    many sides.
14            For example, how would it behave if the link
15    is redirecting Microsoft IP addresses to benign
16    contacts?  How would it behave if you had chosen the
17    user's IP to key off of?  How would it behave if
18    you're dealing with Geo-IP cloaking, as I call it?
19    You guys call it Geo-network evasion.
20            So at the end of the day it took going
21    through all of these steps to understand cloaking to
22    come down to the realization that, wow, if you just go
23    to the original URL, the original URL can do all of
24    these things that are described in the report.
25            But it's -- to state all the things that
```

Page 53

1    right?

2             MR. MARTIN:   Objection to form.

3    BY MS. LOVETT:

4        Q    You may answer.

5        A    I am willing to use whatever terminology --

6    for example, I use "IP cloaking," you guys say "IP

7    evasion."   I'm willing to use "IP evasion."

8             Some part of Microsoft says that Safe Links

9    is part of EOP.   If from that perspective EOP --

10   anything Safe Links does, EOP is doing.   That is not

11   Mr. Rogers' perspective.   He's saying that Safe Links

12   is separate from EOP.   I'm fine with that.   None of

13   that changes a single conclusion about Safe Links'

14   inability to do what it promises.

15            So I'm happy to use whatever labels, but

16   just for --

17       Q    These aren't labels.   This is function being

18   explained to you by the engineers that built this and

19   that deal with this every day at Microsoft.

20            But you're going to have your own

21   interpretation.   That's what you're telling the jury?

22            MR. MARTIN:   Objection to form.

23       A    That's what I'm telling the jury.   We will

24   play Microsoft's videos that say ATP is EOP.   There's

25   different groups in Microsoft that have different

                                              Page 60

1   opinions about what constitutes EOP, what constitutes

2   ATP, and none of that affects my report whatsoever.

3            That's why it doesn't matter to me how the

4   labels are, and I'm happy to adjust the report to

5   whatever labels your two cybersecurity experts want to

6   use.  But there are disagreements in Microsoft itself

7   about whether or not Safe Links is part of EOP.

8        Q    Okay, and I understand that's your opinion.

9            How much money are you asking the jury for,

10  again, in this case?

11       A    How much money am I asking the jury for?

12  I'm asking the jury for the amount that we would

13  have -- that we are losing due to not being able to

14  protect tens of millions of consumers due to your

15  false advertisings, which would be in the tens of

16  billions of dollars, possibly, or single digit.

17       Q    So you're asking for somewhere in the

18  single-digit billions of dollars to the double-digit

19  billions of dollars, somewhere in there, for the harm

20  allegedly to consumers.

21           Is there anything you're going to be -- are

22  you going to be protecting, handing any of that over

23  to the consumers or is that all for TocMail?

24       A    Well, out of the hundred million that I

25  could have taken for myself, I kept less than

Page 61

1           Actually, today's form factor is different

2   than what I had expected at that time.  I was writing

3   my own email plan at that time and then later when I

4   realized that the licensing for that Roundcube -- I

5   originally didn't pursue Roundcube to be embedded

6   inside of it because I thought I would be giving up

7   ownership of the intellectual property, and then it

8   turns out that Roundcube specifically carves out that

9   any plug-ins and skins remain the intellectual

10  property of the owner, so I switched to that.

11          Because then we have a full-fledged email

12  client for phone, for tablet, for computers, for a

13  full web app that's constantly under development,

14  security hardened, all free of charge on an ongoing

15  basis.  So then we switched to that form factor for

16  TocMail.

17          But yeah, that's pretty close to the -- what

18  we have now is pretty close to what he was describing

19  to Tunc at that time.

20      Q    In the email --

21      A    Wait, that's January 2020.  I apologize,

22  that's after we were on the market.

23          So that would be describing the Roundcube

24  implementation.  I just wanted to make sure, because I

25  had originally written an email client at one point.

Page 80

1          So I just didn't notice the date and

2    scrapped it for Roundcube.  But since this is

3    January 2020, we're already Roundcube.  That's already

4    TocMail.

5          My recollection is he that pinged like in

6    through Slack or something and so I was just writing

7    back how great it was to hear from him, letting him

8    know I was setting up -- well, and as it shows here,

9    we were out of touch for so long at that point.  We're

10   not buddies, so -- anyway, that's what's going on in

11   this moment in time.

12        Q    Okay.  So I want to sort of frame this,

13   because I want to be clear.  This is in a lead-up to

14   the filing of the lawsuit.  When you say to Tunc here,

15   "the new product will have a featured email client

16   with PhishViewer technology embedded inside," you were

17   talking about the Roundcube plug-in?

18        A    Yes, I say "is," so I was saying what was

19   currently there.  So yeah.  Yeah, end of January 2020,

20   definitely, because we were shipping in December 2019.

21        Q    You were shipping in December 2019 --

22        A    I should say, we were available to ship.

23   Let's put it that way.  I don't remember when the

24   first trial user signed up, but it was a full product

25   in December of 2019.

Page 81

1    popular time-of-click?  So it was a two-stage

2    marketing idea.

3        Q    Right, and your testimony earlier was that

4    for whatever reason these IT professionals to whom you

5    targeted and to whom you reached out through your

6    Google ads didn't seem interested in preventing IP

7    cloaking?

8        A    That they didn't see a need for them to

9    pursue anything beyond what they currently have, that

10   that would be the impetus for why they're not

11   interested.

12            If you understand the role of cloaking and

13   phishing and you know that you are exposed to it,

14   there is nothing more important to a security

15   professional than preventing that phishing.

16   Therefore, phishing is the most common hacking attack

17   and cloaking is the reason why.

18            So the fact that they're interested in

19   phishing and not motivated to solve the problem of

20   cloaking, which they're exposed to because of their

21   use of Office 365, it is remarkable that that's the

22   situation that we had entered into.

23       Q    Okay.  So you had at least 10,000 hits to

24   your website, right?

25       A    Yes, we chose 10,000 because with a

Page 86

1    95 percent probability, that shows the behavior of

2    1 million consumers.

3              So we knew that if 10,000 people visited the

4    site and none of them purchased the product, that we

5    would have a million people visit the site with the

6    same reaction.  So why spend for a million visits when

7    you already know statistically with a 95 percent

8    probability of what the behavior is going to be.

9              So then we had to step back and think of

10   what the alternatives would be.  So it took us a

11   moment to -- and then with the new addition of adding

12   on the attachments and some of the new things we're

13   going to do with, as I talked about earlier, the

14   anti-OAuth, if you will, for identification, we're

15   going to keep trying to see if we can start getting

16   customers for other things.  But until the industry

17   understands that Safe Links is not protecting them

18   from cloaking, we have that issue.

19       Q    Mr. Wood, your testimony here is these

20   10,000 people who visited your website chose not to

21   purchase TocMail, that's because they weren't

22   interested in IP cloaking or protecting from IP

23   cloaking?

24       A    My testimony is that they -- let me put it

25   in the way that it's stated in the complaint.

                                            Page 87

```
 1    gotten somebody on the record.

 2            Do you have anybody on the record saying,

 3    "Hey, Michael, great product.  I'm not going to buy

 4    TocMail because X"?  Do you have a single person that

 5    did that?

 6            MR. MARTIN:  Objection to form.

 7       A    Well, also, I think the law is different

 8    than what you said.  At least to my knowledge, which

 9    is --

10       Q    I'm going to let me do the law.  But go

11    ahead, tell me the law.

12       A    That if we are going to court for a

13    misleading advertisement, we must have the consumer

14    surveys.  If we are going to court where something is

15    literally false, which is the case with your ads, then

16    it is presumed that people were deceived.

17            So therefore, with that being in mind, that

18    also -- just as the Court recognizes that if you have

19    a widespread advertisement that is literally false,

20    there will be people deceived.  That's not something

21    you need to prove.  That's just a given.

22            You might call that an educated guess, but

23    it's still the law and it's an educated deduction.

24    That literal falsity leads to deception.

25       Q    Sir, are you reading from something right
```

Page 94

```
 1    professionals and then build that out and then

 2    approach investors and enter the market that way.

 3              At one point that was an iteration of your

 4    business plan, correct?

 5         A    That was one of the things we were

 6    considering and exploring, actively exploring, yes.

 7         Q    Other than this lawsuit, what is your

 8    business plan now?

 9         A    Other than this lawsuit, what is my business

10    plan?  Okay, I have developed many business plans.

11              With this situation because of the false

12    advertising, because the industry believes that this

13    problem was taken care of, it is my business plan's

14    first step to get Microsoft to put forth -- we have

15    decided that the strategy is going to be to have you

16    put forth corrected advertising, come clean with your

17    customers, and then we'll build forward from there.

18              That is our current --

19         Q    I understand that's --

20         A    In addition to, we will be attending trade

21    shows so that we can in person begin to chip away at

22    the false advertising, and that is our -- and we are

23    advertising and we will keep seeking different

24    advertising messages.

25              You have seen that we've already expanded
```

Page 136

```
1              So my question for you is, if corrective
2     advertising works and you say you can be a dominant
3     player in three years, then you don't have 15 years of
4     go-forward damages, would you?
5              MR. MARTIN:  Objection to form.  I'm sorry,
6         objection to form.
7       A    And that's why we have decided
8     internally that we are only going to be seeking --
9     prior to us determining -- first of all, the
10    corrective advertising will be different than the way
11    you described, so let me quickly get that.
12             Corrective advertising for us isn't a
13    cessation of the current advertising.  It's coming
14    clean as to what the real situation is.  We put on
15    notice that the $15 billion -- and we told Ms. Bour to
16    make sure she includes annual numbers so that if we
17    come up after ESI, after -- if we can come up with a
18    way that there can be corrective advertising, meaning
19    that there's language that we can all agree, not
20    something that can be wiggled out of, but corrective
21    advertising that says we acknowledge that Safe Links
22    does not provide this capability, hasn't provided this
23    capability, etc., that we would not pursue 15 years of
24    damages, but three years of damages, plus the
25    corrective advertising.
```

Page 145

1    whether anything is fine or whether it's not.  I'm

2    saying, are you telling the jury that all of these

3    people, this marketing all directed to IT

4    professionals, are you telling the jury that it is

5    your opinion that all of these IT professionals that

6    have the ability to test the statements have been

7    somehow fooled by Microsoft?

8        A    Every IT person in the world, no.  I did not

9    say that.  So therefore, many of them are using -- are

10   staying on premise and one of the issues is that --

11   there's two camps.  There's those who believe

12   time-of-click works and then there's those that don't

13   believe time-of-click works because of the false ads.

14            It's a dual-edged sword.  The whole

15   time-of-click industry needs to have corrective

16   advertising.

17       Q    So not just Microsoft.  Anybody else you

18   want to take on in that regard?

19       A    No, because Microsoft is the one company

20   that portrayed time-of-click as effective against

21   cloaking.  That's why the lawsuit.

22       Q    So let's take that a step further.  Can you

23   name one IT professional who you know of who has made

24   the decision to stay on premise because they don't

25   trust Cloud protection for IP cloaking?

Page 151

```
 1        A    Your first two sentences I disagree with,
 2   that that's what she said.  She had said that a
 3   $2.2 million budget for the first year.
 4            Number two, our lawsuit is not based upon
 5   people migrating.  Our lawsuit is based upon the
 6   premise that there would be no one to migrate from
 7   you, because you would not have them at this moment
 8   but for the false advertising.
 9            So it's not about people migrating.  The
10   premise of migrating from Microsoft wouldn't even
11   exist.  So that's why --
12        Q    You're reading a little much into my
13   question.  Let me break it down.
14            Your own damages expert testified that part
15   of your strategy for getting new customers would be to
16   issue press releases, right?
17        A    In addition to the $2.2 million budget, plus
18   the two -- including the two full-time salespeople,
19   yes, press releases would be included as well, yes.
20        Q    And since you are not deploying -- are you
21   deploying a $2.2 million budget right now for
22   advertising?
23        A    No.  In this situation, in the market that
24   we're in because of the false ads, no, it would be
25   foolish to invest $2.2 million until the
```

Page 174

```
 1                    CERTIFICATE OF OATH

 2

 3          I, Alice J. Teslicko, RMR, a Notary Public

 4       for the State of Florida at large, do hereby

 5       certify that the witness, Michael Wood, appeared

 6       via teleconference before me and was duly sworn.

 7          Signed and sealed this 21st day of March,

 8       2021.

 9

10

11

12                    Alice J. Teslicko, RMR

13

14   Commission No. GG249076

     My Commission Expires:

15   December 14, 2022

16

17

18

19

20

21

22

23

24

25

                                        Page 215
```

```
1                          CERTIFICATE
2    STATE OF FLORIDA       )
                            )   ss.
3    COUNTY OF MARTIN       )
4
           I, ALICE TESLICKO, RMR, a Registered
5    Merit Reporter and Notary Public for the State of
     Florida at Large, do hereby certify that I reported
6    the deposition of Michael Wood, a witness called by
     the Defendant in the above-styled cause; and that the
7    foregoing pages constitute a true and correct
     transcription of my shorthand report of the deposition
8    of said witness.
9          I further certify that I am not an attorney
     or counsel of any of the parties, nor a relative or
10   employee of counsel connected with the action, nor
     financially interested in the action.
11
           WITNESS my hand and official seal in the
12   City of Stuart, County of Martin, State of Florida,
     this 21st day of March, 2021.
13
14
15                          Alice J. Teslicko, RMR
16   My commission expires:
     December 14, 2022
17   Commission No. GG249076
18
19
20
21
22
23
24
25
                                              Page 216
```

# TocMail Inc, v. Microsoft Corporation

# Michael Wood - 30b6 Job No. 4459898

### Errata Sheet

**Page** 51 **Line** 20
**Change:** Change "You see Indent did research on Microsoft's own employees" to "You see I did research on Microsoft's own employees"
**Reason:** The current transcript does not make grammatical sense.

**Page** 53 **Line** 16
**Change:** Change "contacts" to "contents"
**Reason:** The word was transcribed incorrectly.

**Page** 80 **Line** 3
**Change:** Change 'plan' to 'client.'
**Reason:** The transcript has the wrong word.

**Page** 97 **Line** 14
**Change:** Change ".htx" to ".htaccess"
**Reason:** The transcript has the wrong word.

**Page 119 Line 12**
**Change:** Change "I am a seat programmer" to "I am a C programmer"
**Reason:** The transcript has the wrong word.

**Page 119 Line 14**
**Change:** Change "in the seat program" to "in the C program"
**Reason:** The transcript has the wrong word.

**Page** 121 **Line** 17
**Change:** Change "Fish Viewer" to "Phishviewer"
**Reason:** The transcript has the wrong word.

**Page** 126 **Line** 9
**Change:** Change "cut and dried" to "cut and dry"
**Reason:** The transcript has the wrong word.

**Page** 137 **Line** 1
**Change:** Change "two attachments" to "to attachments"
**Reason:** The transcript has the wrong word.

**Page** 137 **Line** 3
**Change:** Change "Trojan Tracker" to "Trojan Trapper"
**Reason:** The transcript has the wrong word.

**Page** 142 **Line** 18
**Change:** Change "For a statement" to "For Esteban"
**Reason:** The transcript has the wrong words.

**Page** 156 **Line** 5
**Change:** Change "Osvi" to "Ozzy"
**Reason:** The transcript has the wrong word.

**Page** 205 **Line** 4
**Change:** Change "valuable" to "vulnerable"
**Reason:** The transcript has the wrong word.

_____                    **April 19, 2021**
Michael Wood - 30b6

Page 217b

```
 1    Tocmail, Inc.,  v. Microsoft Corporation

 2    Michael Wood - 30b6 4459898

 3                ACKNOWLEDGEMENT OF DEPONENT

 4        I, Michael Wood - 30b6, do hereby declare that I

 5    have read the foregoing transcript, I have made any

 6    corrections, additions, or changes I deemed necessary as

 7    noted above to be appended hereto, and that the same is

 8    a true, correct and complete transcript of the testimony

 9    given by me.

10

11    _Michael C. Wood_____        _____
                                            04/19/2021
12    Michael Wood - 30b6                          Date

13    *If notary is required

14    State of Nevada          SUBSCRIBED AND SWORN TO BEFORE ME THIS
      County of Clark
15                             __19th__ DAY OF _____April_____, 2021__.

16

17

18                            _____Judee Wheeler_____

19            NOTARY PUBLIC

20    Notarized online using audio-video communication

21

22

23

24

25

                                                  Page 218
```

Judee Wheeler
NOTARY PUBLIC
STATE OF NEVADA
Appt. No. 20-8410-01
Expires November 6, 2024