# EXHIBIT 112

```
 1                  UNITED STATES DISTRICT COURT
                    Southern  DISTRICT OF FLORIDA
 2                  CIVIL ACTION NO. 0:20-cv-60416

 3

 4    TOCMAIL, Inc.,

 5              Plaintiff,

 6    -vs-

 7    MICROSOFT CORPORATION,

 8              Defendant.
     _____/
 9

10
                         ZOOM REMOTE PROCEEDINGS
11                       Friday, March 19, 2021
                         10:07 a.m. - 2:55 p.m.
12

13       VIDEO TELECONFERENCE DEPOSITION OF MICHAEL WOOD

14

15

16

17

18

19

20

21

22

23           Taken on behalf of the Defendants before
     Robyn Maxwell, RPR, FPR, RSA, Notary Public in and for
24   the State of Florida at Large, pursuant to Notice of
     Taking Deposition in the above cause.
25
```

Page 1

```
 1   APPEARANCES (VIA VIDEO TELECONFERENCE):
 2
            ON BEHALF OF THE PLAINTIFF:
 3              JOSHUA DAVID MARTIN, ESQUIRE
                josh.martin@johnsonmartinlaw.com
 4              JOHNSON & MARTIN, P.A.
                500 W. Cypress Creek Road
 5              Suite 430
                Fort Lauderdale, FL 33309
 6              954.790.6699
 7
 8          ON BEHALF OF THE DEFENDANT:
                MARY-OLGA LOVETT, ESQUIRE
 9              lovettm@gtlaw.com
                RENE TREVINO, ESQUIRE
10              trevinor@gtlaw.com
                AMY HOUSINGER, ESQUIRE
11              housingera@gtlaw.com
                GREENBERG TRAURIG LLC
12              1000 Louisiana Street
                Suite 1700
13              Houston, TX 77002
                713.374.3541
14
15              EVELYN ANNE COBOS, ESQUIRE
                cobose@gtlaw.com
16              GREENBERG TRAURIG
                333 Avenue of the Americas
17              Suite 4400
                Miami, FL 33131
18              305.579.0506
19
            VIDEOGRAPHER:  MICHAEL PETERMAN
20
            ALSO PRESENT:
21              RACHEL HYMEN, CAMERON ROTH
22
23
24
25
```

```
 1                  INDEX OF PROCEEDINGS
 2
 3   WITNESS                                           PAGE
 4   MICHAEL WOOD
     DIRECT EXAMINATION BY MS. LOVETT                   6
 5
     CERTIFICATE OF OATH OF WITNESS                    147
 6   REPORTER'S DEPOSITION CERTIFICATE                 148
     READ & SIGN LETTER TO WITNESS                     149
 7   ERRATA SHEET                                      150
 8
 9                     DEFENSE EXHIBITS
10      EXHIBIT             DESCRIPTION               PAGE
11    Exhibit 1    Agreed Confidentiality Order         21
12    Exhibit 2    12/28/2020 email chain from          29
                   Brandon Smith to Michael Wood, CC
13                 Kevin Galanis; Subject: Re: Your
                   Fastspring Inquiry
14                 (TOCMAIL_00005916 - 5920)
                   CONFIDENTIAL
15
      Exhibit 3    9/8/2020 email chain from Michael    48
16                 Wood to Mikail Tunc, Subject: Re:
                   Must For New Relationship
17                 (TOCMAIL_00005499 - 5502)
                   CONFIDENTIAL
18
      Exhibit 4    9/17/2020 email chain from           53
19                 Michael wood to Mikail Tunc,
                   Subject: Re: One very important
20                 final step
                   (TOCMAIL_00005422 - 5423)
21                 CONFIDENTIAL
22    Exhibit 5    9/28/2020 email chain from           58
                   Michael Wood to Mikail Tunc,
23                 Subject: Re: One very important
                   final step
24                 (TOCMAIL_00006976 - 6978)
                   CONFIDENTIAL
25

                                                    Page 3
```

1   Exhibit 6    10/19/2020 email chain from                60
                 Everett Stern to Michael Wood,
2                Subject: Intelligence Operation
                 (TOCMAIL_00009097 - 9099)
3                CONFIDENTIAL
4   Exhibit 7    Gartner Report                            105
5   Exhibit 8    Appendix 5                                118
6
    Exhibit 9    Appendix 6                                129
7
8   Exhibit 10   Apache Log                                136

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Veritext Legal Solutions
346-293-7000

1  as of February 26, 2020, basically get all of the
2  business that would have been Microsoft security email
3  gateway business if Safe Links weren't out there?
4         A.    I -- I'll -- I'd phrase it differently.
5  I'd say the same number of customers.  They might not be
6  exactly the same customers, but the same number of
7  customers.  And, in fact, 2014 is a perfect case in
8  point.
9               In 2014, Proofpoint, who was the leader at
10 the time, brought up the issue of IP cloaking, made a
11 mass splash about it as an issue.  Proofpoint does not
12 claim that time of clicks of IP cloaking.  So had
13 Microsoft not stepped in -- this is perfect.  I am so
14 glad you brought up this time period.
15              At this time period, we have Proofpoint.
16 Proofpoint has the eyes of the world on it and it's
17 writing about IP cloaking and how its bypassing
18 everything.  Proofpoint never said, our time of click
19 stops cloaking.  But then Microsoft comes in in 2015 and
20 does something that nobody else dared to do, time of
21 clicks sells links that are redirected to a forwarding
22 service after the message has been received.
23              It is in this time period that everything
24 changed.  Proofpoint is trying to let people know, warn
25 them about IP cloaking.  Microsoft comes in and says,

Page 110

```
 1   of time of click.  I'm not even sure if that's provided
 2   by Google itself.  So no, they're not a secure email
 3   gateway.
 4           Q.   Okay.  So, so I guess my question -- what I
 5   heard you say is Google doesn't have a solution.  Would
 6   your Google ads have targeted individuals at Google who
 7   were interesting -- interested in stopping pfishing?
 8           A.   People who are -- yes, who are interested
 9   in stopping pfishing, yes.
10           Q.   And you're saying that Google does not have
11   a, to your knowledge, a solution for this issue?
12           A.   That they rely on a third party for this
13   type of protection.
14           Q.   Okay.  But the third party they rely on,
15   whomever that may be, is not TocMail, correct?
16           A.   Oh, that is correct.
17           Q.   Okay.  How many customers can TocMail now
18   onboard, let's say, per hour?
19           A.   Well, given that we're a web app on a cloud
20   platform -- that's why we chose Digital Ocean and Linode,
21   because they can -- we can scale at will.
22           Q.   Okay.  So you're saying if 50 million
23   customers are ready to go in the next hour, you can scale
24   that?
25           A.   I would have to check with Digital Ocean on
```

Page 116

```
 1    that, but I wouldn't say 50 million in an hour, but 50
 2    million rapidly, yeah, they have -- they have that
 3    capacity.
 4          Q.    What's the marginal cost of onboarding a
 5    customer on Digital Ocean?
 6          A.    That is something that Marcy looked into.
 7    I would have to defer to my financial expert on that.
 8          Q.    So let's say -- let's assume, and I'm
 9    trying to think if you have anything specific here.  But
10    if you're trying to onboard customers on mass from a
11    single company, what is your capability to do that?  How
12    many customers could you do?  And you said rapidly, but
13    can you give me a time period?
14          A.    I would think, off the top of my head, that
15    we could do 50 million.  I don't know if it would be
16    days.  If it would be measured in days, if not hours.  It
17    would all depend on Digital Ocean's capacity, but it --
18    let me get -- let me put it to you this way:
19                If a hundred thousand companies signed up,
20    then -- if one company signs up, we would send one API
21    call.  The automated server builder would then reach out,
22    and then it becomes Digital Ocean's problem.  If a
23    hundred thousand go out, then the provisioning for all
24    100,000 would be sent to Digital Ocean and then it
25    becomes their problem.
```

Page 117

```
 1              Q.   Well, that's not something that you've
 2     explored with Digital Ocean in terms of any particular
 3     number, correct?
 4              A.   Well, I -- I've looked at their capacity,
 5     both Digital Ocean and Linode, and that's also why we
 6     also have Linode as a backup; is if Digital Ocean wasn't
 7     able to handle that capacity and we also have an account
 8     with Amazon as a third tiered back up so that we can
 9     handle the overflow.  The idea was that if Digital Ocean
10     can't -- if we get an explosion that's beyond Digital
11     Ocean's capabilities, the overflow first goes to Linode.
12     If Linode can't handle that, then it goes to Amazon.  And
13     definitely Amazon's cloud -- Amazon's cloud could handle
14     it all in the beginning, but it's tech- -- it's
15     significantly more expensive.
16                   So the idea was that it would flow to
17     Amazon temporarily, and then once Digital Ocean and
18     Linode quickly got their capacity up to speed, then we
19     would transfer the accounts from the Amazon back to
20     Linode and Digital Ocean so that we could maintain the
21     operating costs.  That -- that's the idea -- that's the
22     idea on how we would scale.
23              Q.   Okay.  Let's go to -- in your report I want
24     to go to your appendix, which is pages 76 to 85, Rachel.
25                   (Defense Exhibit 8 was marked.)
```

```
 1   notice that you said the vast majority, not all, correct?
 2        A.   Do we stop cloaking for those situ- -- do
 3   we stop the cloaking based ones?
 4             Can you use TocMail to stop the cloaking
 5   based pfishing 100 percent of the time, email pfishing
 6   links 100 percent of the time, neutralize it -- can you
 7   use TocMail, and that's why I said, I'm not soft balling,
 8   I'm trying to get specific to make sure I'm answering
 9   specifically what I'm saying.
10             Can you use TocMail to neutralize
11   100 percent of the email pfishing links -- to the
12   cloaking -- I'm sorry, the cloaking links for pfishing?
13             I cannot think of an exception to that rule
14   with pfishing being going to the top brands like
15   PayPal -- imitating the top brands.  For that slice of
16   the world, TocMail, a hundred percent.
17        Q.   Okay.  Let's go to page 88, please, in this
18   email.
19             So here you see a set -- setting forth
20   common types of pfishing.  And if you'll scroll down --
21   and you said you're intimately familiar with this
22   document, correct?
23        A.   I am.
24        Q.   All right.
25        A.   This is from the Advanced Start Protection
```

```
 1                CERTIFICATE OF OATH OF WITNESS
 2
 3    THE STATE OF FLORIDA      )
                                ) SS:
 4    COUNTY OF PALM BEACH      )
 5
 6
 7            I, Robyn Maxwell, Registered Professional
 8    Reporter, Registered Professional Reporter, Notary Public
 9    in and for the State of Florida at Large, certify that
10    the witness, MICHAEL WOOD, personally appeared before me
11    on March 19, 2021 and was duly sworn by me.
12            WITNESS my hand and official seal this
13    19th day of March, 2021.
14            [signature: Roy Maxwell]
15
              Robyn Maxwell, RPR, FPR, CLR
16            Realtime Systems Administrator
              Notary Public, State of Florida at Large
17
18    Notary No. GG 194507
19    My Commission Expires: 4/4/2022
20
21
22
23
24
25
                                                      Page 147
```

```
 1              REPORTER'S DEPOSITION CERTIFICATE

 2

 3    THE STATE OF FLORIDA  )

 4    COUNTY OF PALM BEACH  )

 5

 6              I, Robyn Maxwell, Florida Professional

 7    Reporter, certify that I was authorized to and did

 8    stenographically report the deposition of MICHAEL WOOD,

 9    the witness herein on March 19, 2021; that a review of

10    the transcript was requested; that the foregoing pages

11    numbered pages 1 through 150; and that the transcript is

12    a true and complete record of my stenographic notes.

13              I further certify that I am not a

14    relative, employee, attorney, or counsel of any of the

15    parties, nor am I a relative or employee of any of the

16    parties' attorney or counsel connected with the action,

17    nor am I financially interested in the action.

18

19              DATED this 19th day of March, 2021.

20

21
            [signature: Robyn Maxwell]
22

            Robyn Maxwell, RPR, FPR, CLR
23          Realtime Systems Administrator

24

25
```

Page 148