# EXHIBIT 117



PRESS RELEASE: Paid content from Newswire

## TocMail Inc Extends Patented Phishing Protection to Email Attachments

March 2, 2021



Press release content from Newswire. The AP news staff was not involved in its creation.

MIAMI - March 2, 2021 - ( Newswire.com )

TocMail Inc announces the release of TocMail 2.0. TocMail 2.0 introduces five new security features:

- **TocDocs**: TocDocs are 100% malware-free replicas of PDF, Word, and Excel attachments. Also, the links in TocDocs are protected by TocMail's patented phishing protection. TocMail now provides protection against malware and phishing for both email messages and attachments.
- **AlienVault Integration**: TocMail now integrates with AlienVault for automatic redirection to whitelisted final domains. This greatly expands TocMail's whitelist feature, providing the best possible user experience while maintaining the highest-level security.
- **Logical Server Units**: TocMail's infrastructure now supports Logical Server Units. Every company is now assigned its own Logical Server Unit to provide maximum security, privacy, and customization.
- **FastMail Logical Server Unit**: TocMail has allowed personal accounts via FastMail. Now TocMail's FastMail security runs as a Logical Server Unit. TocMail will soon be creating Logical Server Units for other personal email providers.
- **Color-Coded Verdicts**: The safety level of the final destination is now represented in intuitive color codes.

RELATED TOPICS
Technology
Business
Corporate news
Malware
Products and services
Communication technology
Computer and data security
Technology issues
Phishing
New products and services
Newswire
Internet technology
Email
Computing and information technology
Software



"Most cybersecurity vendors say that data breaches are inevitable even when using their latest technology," said Michael Wood, TocMail Inc's CEO. "The vast majority of data breaches begin with a malicious email. With TocMail's patented technology, companies can finally keep attackers out of their network infrastructure, simply by accessing their emails through TocMail," he said.

Companies can use TocMail 2.0 free for 30 days without restriction. Registration is available at https://tocmail.net.

CONTACT:

TocMail Inc.



Serial killer who was spared execution is killed in prison


Canada vaccine panel recommends 4 months between COVID doses


Slain officer was wounded for more than an hour before help



TOCMAIL_00009797

15471 NW 79th Ave
Suite 245 #873
Miami, FL 33166
305-728-2043
media@tocmail.net
https://tocmail.net

Press Release Service by Newswire.com

Original Source: TocMail Inc Extends Patented Phishing Protection to Email Attachments

**Ad Content**                                                          Taboola Feed

**62yo Top Trainer: This Is What "Ripped" Old Guys Do Differently...**
Promoted: Power Life


**Man Who Bought Amazon at $48 Says Buy TaaS Now**
Promoted: Empire Financial Research


**The New N95 Mask That's Sweeping The Nation**
Promoted: Protectly


**The Dead Giveaway That Tells You When Amazon's Giving You A Better Pric...**
Promoted: Capital One Shopping


**Ad Content**


**Florida: Say Bye To Expensive Solar Panels If You Own A Home In Ft Lauderdale**
Promoted: EnergyBillCruncher

**Stalled Metabolism? Try This Today.**
Promoted: Gundry MD

**This Stock Could Be Like Buying Amazon in 1997**
Promoted: The Motley Fool


**Serial killer who was spared execution is killed in prison**

SACRAMENTO, Calif. (AP) — A California serial killer known as the "I-5 Strangler" in the 1970s and 1980s has ...

 March 1, 2021



**Ad Content**

**End Nighttime Shoulder Pain with Patented Arm Pocket**
Promoted: MedCline


**The Greatest Boxers We've Ever Witnessed**
Promoted: Gameday News


**Celebrity Trainer: "I Feel Better At 60 Than I Did At 40 Thanks To One...**
Promoted: Power Life by Tony Horton


**New Neck Relief Device Flying Off Shelves in US**
Promoted: RelaxUltima Neck Massager


**Ad Content**


**7 Discounts Seniors Get Only If They Ask**
Promoted: The Wallet Watcher


**If Your Indoor Cat Vomits (Do This Every Day)**
Promoted: Ultimate Pet Nutrition


**Randy Jackson: This 3 Minute Routine Transformed My Health**
Promoted: Unify Health Labs

**Romney knocked unconscious in fall, but 'doing better'**

WASHINGTON (AP) — Sen. Mitt Romney said Monday that he was knocked unconscious in a fall over the weeken...



TOCMAIL_00009798
















TOCMAIL_00009799