# EXHIBIT 120

Learn more about remote working, online schooling and community support during the COVID-19 outbreak 

  

Stories ⌄

# Microsoft Launches Office 365 Globally

June 28, 2011 |

**NEW YORK — June 28, 2011** — Today, at media events around the world, Microsoft Corp. announced the availability of Microsoft Office 365, the company's newest cloud service. Office 365 is now available in 40 markets, and it brings together Microsoft Office, Microsoft SharePoint Online, Microsoft Exchange Online and Microsoft Lync Online in an always-up-to-date cloud service, at a predictable monthly subscription.

The service was introduced in beta last year with enthusiastic response and, in a few months, more than 200,000 organizations signed up and began testing it. Businesses using Office 365 are already reporting impressive results and reducing IT costs by up to an estimated 50 percent while boosting productivity.

Today, more than 20 service providers around the globe also shared plans to bring Office 365 to their customers this year. Bell Canada, Intuit Inc., NTT Communications Corp., Telefonica S.A., Telstra Corp. and Vodafone Group Plc, among others, will package and sell Office 365 with their own services for small and midsize businesses.

"Great collaboration is critical to business growth, and because it's so important, we believe the best collaboration technology should be available to everyone," said Microsoft CEO Steve Ballmer. "With a few clicks, Office 365 levels the playing field, giving small and midsize businesses powerful collaboration tools that have given big businesses an edge for years."

**A Game Changer for Businesses of All Sizes**

Office 365 is available in a wide range of service plans designed to meet the needs of businesses of all sizes, ranging from the largest to the smallest.

With Office 365, people can stay on the "same page" using instant messaging and virtual meetings with people who are just down the hall or across the world. They can work on files and documents at the same time and share ideas as easily as they can share calendars. Office 365 gives people new ways to work together with ease, on virtually any device.

TOCMAIL_00001446

Microsoft Office applications are at the heart of Office 365. Microsoft Word, PowerPoint, Excel, OneNote, Outlook and other Office applications connect to Microsoft Exchange, SharePoint and Lync to deliver a world-class solution for communication and collaboration.

"When I saw Office 365, I knew this was the way businesses would work in the future," said Elia Wallen, owner of fast-growing temporary housing provider Travelers Haven. "With Office 365, I'm going to save $100,000 a year and cut 30 hours of work a day across my 35 employees, but most importantly, my team is going to be able to work together better — no matter where they are."

More stories from businesses that have tried Office 365 are available at http://www.microsoft.com/casestudies.

**Office 365 Partners**

Microsoft is building a massive partner ecosystem around Office 365, including systems integrators, software vendors, resellers and other partners. Today, that ecosystem is expanding as the company partners in new ways with market-leading service providers. These companies will package Office 365 with their own services — from Web hosting and broadband to finance solutions and mobile services — and bring those new offerings to millions of small and midsize businesses globally.

"Our partners represent some of the best-known, most-trusted brands in their local markets," said Kurt DelBene, president, Microsoft Office Division. "Our customers will be able to rest easy knowing their cloud services are backed by Microsoft and some of the greatest service providers in the world."

A list of Office 365 service provider partners is available here.

**About Office 365**

Office 365 offers a range of service plans for a predictable monthly price from $2 to $27 per user per month. With Office 365 for small businesses, customers can be up and running with Office Web Apps, Microsoft Exchange Online, Microsoft SharePoint Online, Microsoft Lync Online and an external website in minutes, for $6 (U.S.) per user, per month. These tools put enterprise-grade email, shared documents, instant messaging, video and Web conferencing, portals, and more at everyone's fingertips.

Office 365 for enterprises has an array of choices, from simple email to comprehensive suites to meet the needs of midsize and large businesses, as well as government organizations. Customers can now get Microsoft Office Professional Plus on a pay-as-you-go basis with cloud-based versions of the industry's leading business communications and collaboration services. Each of these plans comes with the advanced IT controls, innovative security technologies, 24/7 IT support and reliability customers expect from Microsoft.

**Availability**

Office 365 for small businesses and Office 365 for enterprises are available now. Businesses can try Office 365 for free for 30 days by signing up at http://www.office365.com or from their local Microsoft partner. Follow Office 365 on Twitter (@Office365), Facebook (http://www.facebook.com/office365) and the Office 365 blog at http://community.office365.com for the latest information.

**Broadcast Information**

Our sound on tape and b-roll feed will include keynote remarks from Microsoft CEO Steve Ballmer and a demonstration of Office 365.

U.S. B-Roll Feed: 12:15–12:30 p.m. EDT

Satellite: Galaxy 17 / k 13 full

Orbital Slot: 91 W

Bandwidth: 36 MHz

Uplink: 14260 V

Downlink: 11960 H

Data Rate: 40.656536

FEC: 5 / 6

Sym Rate: 26.470

HD 4:2:0 Unencrypted

DVBS / QPSK

Founded in 1975, Microsoft (Nasdaq "MSFT") is the worldwide leader in software, services and solutions that help people and businesses realize their full potential.

*Note to editors:* For more information, news and perspectives from Microsoft, please visit the Microsoft News Center at http://www.microsoft.com/news. Web links, telephone numbers and titles were correct at time of publication, but may have changed. For additional assistance, journalists and analysts may contact Microsoft's Rapid Response Team or other appropriate contacts listed at http://www.microsoft.com/news/contactpr.mspx.

## Related Posts

Learning to better engage with coworkers with disabilities will empower you as person and a professional >

Available for preorder today, Surface Duo is purpose-built for mobile productivity >

Xbox Series X will launch in November with thousands of games spanning 4 generations >

Standard Chartered Bank partners with Microsoft to become a cloud-first bank >

Vaccine alliance Gavi turns to Microsoft Teams to launch 'Jab FM' >

Follow us:

Share this page:

### What's new
- Surface Duo
- Surface Go 2
- Surface Book 3
- Microsoft 365
- Surface Pro X
- Windows 10 apps

### Microsoft Store
- Account profile
- Download Center
- Microsoft Store support
- Returns
- Order tracking
- Store locations
- Virtual workshops and training
- Microsoft Store Promise

### Education
- Microsoft in education
- Office for students
- Office 365 for schools
- Deals for students & parents
- Microsoft Azure in education

### Enterprise
- Azure
- AppSource
- Automotive
- Government
- Healthcare
- Manufacturing
- Financial services
- Retail

### Developer
- Microsoft Visual Studio
- Windows Dev Center
- Developer Center
- Microsoft developer program
- Channel 9
- Office Dev Center
- Microsoft Garage

### Company
- Careers
- About Microsoft
- Company news
- Privacy at Microsoft
- Investors
- Diversity and inclusion
- Accessibility
- Security

TOCMAIL_00001449

Sitemap   Contact Microsoft   Privacy & cookies   Terms of use   Trademarks   Safety & eco   About our ads   © Microsoft 2020

TOCMAIL_00001450