# EXHIBIT 121

| | |
|---|---|
| **From:** | William Su </O=MICROSOFT/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=RUIWEN SU83A> |
| **To:** | Ryan Meehan; Terry Zink |
| **CC:** | Bulent Egilmez; Jason Rogers |
| **Sent:** | 1/22/2016 5:36:54 AM |
| **Subject:** | RE: Clydesdale Bank ATP RFA |

Ryan, inline.

Thanks,

William Su
Program Manager
IP Organizational Security
30\1203. REDMOND
Microsoft

**From:** Ryan Meehan
**Sent:** Thursday, January 21, 2016 2:02 PM
**To:** William Su <ruiwensu@microsoft.com>; Terry Zink <tzink@exchange.microsoft.com>
**Cc:** Bulent Egilmez <bulenteg@exchange.microsoft.com>; Jason Rogers <jarogers@exchange.microsoft.com>
**Subject:** RE: Clydesdale Bank ATP RFA

Thank you so much everyone. Looks like we have a few questions remaining:

Q. Can ATP scan archives for malware? If so, what archive formats can it scan?
[William] ATP supports the scanning of Word, Excel, PowerPoint, Executable, URL, Flash, and PDF files.

Q. What is the timeframe from a piece of malware being detected in ATP being added to the signatures in normal EOP malware scanning?
[William] Jason, could you fill in this one, please?

Q. What IP/Hostnames needed to allow ATP to operate?
[ryanme] I assume this one is the standard IPs/URLs we publish for EOP.
[William] Ryan, not sure what do you mean by IP/Hostnames needed for ATP to operate. ATP simply is a feature as part of an advanced antimalware solution. It operates either within E5 or as a standalone add-on to an existing E3 solution. It should not require additional permissions.

If I can get these last 3 answered I should be good on the questions. On another note the customer may still want to speak with someone. If they push back that request is anyone willing to do that?

Microsoft       Ryan Meehan

                Program Manager              Office:  248.233.0913
                O365 CXP Market Development  Mobile:  248.225.5555
                                             Ryan.Meehan@microsoft.com

**From:** William Su
**Sent:** Wednesday, January 20, 2016 5:24 PM
**To:** Terry Zink <tzink@exchange.microsoft.com>; Ryan Meehan <Ryan.Meehan@microsoft.com>
**Cc:** Bulent Egilmez <bulenteg@exchange.microsoft.com>; Jason Rogers <jarogers@exchange.microsoft.com>
**Subject:** RE: Clydesdale Bank ATP RFA

*Filling in some gaps inline.*

**William Su**
Program Manager
IP Organizational Security
30\1203, REDMOND
Microsoft

**From:** Terry Zink
**Sent:** Tuesday, January 19, 2016 1:47 PM
**To:** Ryan Meehan <Ryan.Meehan@microsoft.com>
**Cc:** Bulent Egilmez <bulenteg@exchange.microsoft.com>; Jason Rogers <jarogers@exchange.microsoft.com>; William Su <ruiwensu@microsoft.com>
**Subject:** RE: Clydesdale Bank ATP RFA

+Bulent, Jason, William who can fill in any gaps below re: Safe Attachments.

-- Terry

**From:** Ryan Meehan
**Sent:** Tuesday, January 19, 2016 1:41 PM
**To:** Terry Zink
**Subject:** Clydesdale Bank ATP RFA

Hi Terry,

I received an RFA for Clydesdale Bank looking to have some more detailed questions answered around ATP. I looked through the Infopedia documentation and was unable to answer the majority of the questions. Hoping you can help me get them answered. Also the customer has requested someone from the PG join a call with the customer to discuss ATP in more detail. I have not made any commitments to the account team on this but would like to know if you or someone else on the team handling ATP is willing to do this?

Questions are below. Thanks for the help!!

The following are the level of queries the customer would like to discuss;

Q. Can ATP handle multiple/nested redirects? For example URL #1 is safe, but redirects to URL #2 which is not safe.
**[tzink] Yes, it can handle nested redirects if the first URL is a redirector that we trust (e.g., bit.ly). Untrustworthy redirectors are usually marked as malicious since spammers set them up for that purpose, and our URL reputation lists already know about them.**

Q. Can ATP handle SSL/HTTPS URLs?
**[tzink] Yes.**

Q. Can ATP scan archives for malware? If so, what archive formats can it scan?

Q. How many recursive/nested archives can ATP scan? 1,2,3, 100, 1000, etc..
[ruiwensu] It can go as deep as it needs to scan the files. The limiting factor here is not how deep can it go, but please realize that there is a hard stop at 30 minutes. If it is 1000 layers deep, and each layer nested is complex, 30 minutes are likely not going to be enough, so it will time out.

Q. How are false positives treated in ATP?
[ruiwensu] First, I'd like to mention that the false positive of our scanner is very low, around 0.002%. And if a false positive happens, the admin has the option to set up a redirect mailbox, which will contain the mail with the original attachment.

Q. How does ATP treat multiple versions of the same file? Does ATP scan duplicates? For example, if 1000 users received the same file would all 1000 messages be detonated by ATP?
[ruiwens] No, we have a reputation service. If the same file has already been scanned by ATP, then the reputation service keeps a reputation of that file, and when it comes up again, whether the file is benign or malicious is already known, so another scan isn't needed.

Q. What is the timeframe from a piece of malware being detected in ATP being added to the signatures in normal EOP malware scanning?

Q. How long is a safe-link URL valid for? Do they ever expire?
[tzink] **It's valid forever.**

Q. Is our Safe Link technology a redirect or a fully-fledged proxy? E.g. how does it behave with a customer's own proxy device/service?
[tzink] **It's a redirector, not a proxy.**

Q. What is a "safe link"? What is "malicious"?
[tzink] **A malicious link is one that we think is spam, phish, malware, or some other poor behavior. 'Safe Links' is the name of the feature that does the rewriting, time-of-click analysis, and reporting.**

Q. What IP/Hostnames needed to allow ATP to operate?

Q. Do we have any customer success stories with ATP on non-Exchange systems?
[tzink] **ATP is not dependent on Exchange, it works for fully-hosted customers on Office 365, on-prem customers running Exchange, or on-prem customers running non-Microsoft mail servers.**

Q. Will Dynamic Delivery become available to all customers or only those with Office 365/Exchange?
[ruiwensu] Those with hosted mailboxes only.


Microsoft    Ryan Meehan

             Program Manager              Office:  248.233.0913
             O365 CXP Market Development  Mobile:  248.225.5555
                                          Ryan.Meehan@microsoft.com