# EXHIBIT 123

PageVault

| | |
|---|---|
| Document title: | Virtusa's Competitors, Revenue, Number of Employees, Funding, Acquisitions & News - Owler Company Profile |
| Capture URL: | https://www.owler.com/company/virtusa |
| Captured site IP: | 104.18.168.103 |
| Page loaded at (UTC): | Wed, 11 Aug 2021 09:39:57 GMT |
| Capture timestamp (UTC): | Wed, 11 Aug 2021 09:40:48 GMT |
| Capture tool: | v7.9.1 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 5 |
| Capture ID: | 23ee6a57-dc4e-483a-8ab7-bd3f103de86b |
| User: | jmlaw-jcooper |

PDF REFERENCE #:    rshi18KVsk7sd3qo6MVCbu









Document title: Virtusa's Competitors, Revenue, Number of Employees, Funding, Acquisitions &amp; News - Owler Company Profile
Capture URL: https://www.owler.com/company/virtusa
Capture timestamp (UTC): Wed, 11 Aug 2021 09:40:48 GMT
Page 4 of 4