
Sandbox Anti-Evasion Plan Review
March 2020


Detection or toolset gaps
Others
5
Button/Link (10%)
Button or Url click is needed before rendering the content
Captcha (14%)
Fake or legitimate captcha pages before rendering the content
GEO/ P (16%)
Need specific network or region to see the content
40
Evasion
55
URL Scrambling
Scrambling logic for Mailflow URLs and links within attachments to be revisited
We anticipate ~80% reduction in the FNs post fixes in Manganese (Mn)*
Percentage impact based on last 2 months of customer escalations and URL FN trends


Virtual Machine Evasion
Human Interactions based evasion
VM
Time based Evasion
Network based Evasion
URL Scrambling
Milestones


Network based Evasion
Proxify
Expand Proxify usage beyond Time Of Click submissions E g Signature driven routing
URL Classifier based routing
Route through the nearest region using context from EOP
Signal from WhoIs data SmartScreen correlation
Detonate more TI Feeds to measure evasion and prioritize evasion investment
Finger-printing
Use customer User-Agents supplied during ToC submissions and use them while browsing
Randomize the Chrome user-agents to avoid fingerprinting
Investigate browser emulation for addressing mobile only phishing
BYO VPN
Detonate from customer network BP and Nestle showed interest in setting up a VPN endpoint for us to route their detonation traffic from their own network infrastructure
Green Investments in Mn, Yellow Investments in Fe, Red Not on roadmap




Button/Links:


Timing based Evasion
JS Hooking
We already inject custom JavaScript while browsing to hook certain events We wil expand hooking for Timing based API calls e g SetTimeOut() SetInterval() etc
Delayed Detonation
Xteam effort with EOP to consume Sonar signal to re-submit Urls that are suspicious and did not render valid content Similar to ToC but more proactive approach
Body ML + URL ML
Xteam effort with EOP to share antispam signal during detonation and vice versa to junk the message or caution the user
Green Investments in Mn, Yellow Investments in Fe, Red Not on roadmap


Virtual Machine based Evasion
VM
Proxify
Harden VM
Industry Parity
Implement Proxify in Launch while detonating files
Signature/feature driven approach to decide Proxify configuration
PCODE support to identify and detonate VBA Macro (HOLMIUM used it in LinkedIn)
X64 office (HOLM UM used it n LinkedIn)
Emit signals from HVS + MBA to identify evasion attempts
Time-based evasion – PowerShell Start-Sleep support
Dedicated R2D2 effort to regularly test and validate against known evasion techniques
Plugged into MSRC case work to identify reported bypass and fix them
Green Investments in Mn, Yellow Investments in Fe, Red Not on roadmap




Automated Controlled scrambling signal:
Learn from historic data and do rollups

We can put efforts to effectively measure if our scrambling is still an issue or if we are introducing side effects on customers. E.g. Leveraging ToC data + Customer experience (escalations)




Delayed detonations

# Future Investments

- SmartScreen correlation
- Network Evasion
  - Use Proxify at Launch for Malware
  - Route a subset of Response 0 code URLs to Proxify
  - Investigate browser emulation for addressing mobile only phishing
  - BYO VPN / Evaluate Luminati
- UxAnalyzer – Phase 2 (Multi-step clicks)



| ETA | Evasion | Scrambling |
| --- | --- | --- |
| March 2020 | • [VM] User Story 58469: Sonar pcode Analyzer (Disassemble/Decompile)<br>• [Time] User Story 58338: JS hooking to bypass malicious HTMLs timeouts<br>•<br>• [Network] Randomize the Chrome user-agents to avoid fingerprinting [Done] | • Task 59711: Control Scrambling for BP (done)<br>• User Story 59726 - Compute domain prevalence for bp tenant for skipping scrambling |
| April 2020 | • [HI] User Story 60169: Validate the test results and Enable UxAnalyzer in production<br>• [VM] User Story 59480: Featurize VBA Macro and PCODE and add feature-based detections | • User Story 59150: [StaticUrlFeatures] - Develop features that will be helpful for static URL ML |
| May 2020 | • [Network] Expand Proxify usage beyond Time Of Click submissions. E.g. Signature driven routing<br>• Use customer User-Agents supplied during ToC submissions and use them while browsing<br>• [Network] Proxify: Browse by User Agent strings (ClientIP/Locale/Browser) | • Data analysis on global scrambling |
| June 2020 | • User Story 60170: Explore Credential stuffing approach for defeating custom input based phishing attacks<br>• Industry parity tests for known techniques<br>• Periodic re-detonation of non-detected files<br>  • For non-200 OK URLs<br>  • For selected attachments | |
| Iron (Fe) | • Time based Evasion: X-team efforts with EOP to leverage signals<br>• Time based Evasion: Re-detonation Service for first seen clean but suspicious links<br>• Human Interaction: Smart Screen data correlation<br>• Network Evasion: BYOVPN<br>• Network Evasion: Evaluate Luminati as a replacement for Proxify<br>• Network Evasion: Use Proxify at Launch for Malware<br>• Network Evasion: Route a subset of Response 0 code URLs to Proxify<br>• Network Evasion: Investigate browser emulation for addressing mobile only phishing<br>• [Network] Evaluate direct IF based WHOIS consumption | • Static URL ML based routing to VPN-based solution (Proxify/Luminati)<br>• Signal from WHOIS/GEO-IP data<br>• Apply global scrambling list |

Notes from 3/10/2020 meeting:
Andi: Static URL ML -> terms are confusing
Nitin: Learn from historic data and do rollups
Nitin: How to effectively and proactively measure FPs during policy-based scrambling -We can put efforts to effectively measure if our scrambling is still an issue or if we are introducing side effects on customers. E.g. Leveraging ToC data + Customer experience (escalations)
Nitin: Take all bad Urls Netcraft, Urscan.io etc - through differnet regions, mobile agents and to figure what type of routing makes it effective? Test harness.
Luminati - data center IPs, residential cheaper than Proxify
Nitin:Smart Screen data – cosmos. Captcha: smart screen correlation
Recaptcha – Collaborate with google leveraging MSTIC TI channel. 80% add as top point
Captcha – call out the option ATP notify in case of captcha and allow to take relevant action