# EXHIBIT 125

| | |
|---|---|
| **From:** | Swaroopa Gollapalli </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICROSOFT.ONMICROSOFT.COM-55760-SWAROOPA GOLLAPALLI> |
| **To:** | Adel Khaldi; Cristian Craioveanu; Abhijeet Hatekar (MSTIC); Son Pho Nguyen |
| **Sent:** | 4/24/2020 9:00:23 PM |
| **Subject:** | RE: Fe Scenario: BYO-VPN |

Thanks all for joining, it's a short and productive conversation.

**Action items:**
- 1-Pager on the idea and POC proposal [Adel]
- Sync with EOP on the proposal to have an Fe story [Swaroopa/Abhie/Cristian]

**Notes:**
BYO-VPN can be achieved in two ways:

| Custom VPN | Custom IP Anonymizer |
|---|---|
| **Pros**: Fool proof with no chances of evasion<br>**Cons**: Brand new work to support the capability to intelligently route through the customer's VPN | **Pros**: Implementation is easy; Higher ROI as ATP has 20% overlapped partnership with Z-scaler<br>**Cons**: New work for malware detonations. Although Cristian mentioned that defender is investing on this and the whole infra can be re-used by us. |

**Things to consider:**
- Bandwidth on the customer side. Some way to expose the bandwidth consumption in the logs
- Propose to EOP to provide a scan context if a particular submission needs to be routed via Zscaler and then it's a matter of configuration on our side
- Alternative for non-EOP customers

Thanks,
Swaroopa

-----Original Appointment-----
**From:** Swaroopa Gollapalli
**Sent:** Wednesday, April 15, 2020 4:19 PM
**To:** Swaroopa Gollapalli; Adel Khaldi; Cristian Craioveanu; Abhijeet Hatekar (MSTIC)
**Cc:** Son Pho Nguyen
**Subject:** Fe Scenario: BYO-VPN
**When:** Friday, April 24, 2020 10:30 AM-11:00 AM (UTC-08:00) Pacific Time (US & Canada).
**Where:** Microsoft Teams Meeting

All – We have proposed BYO-VPN as one of the solutions for combating network evasion. Setting up time to deep dive on this so we can have a basic proposal ready for Fe.

Thanks,
Swaroopa

___

**You're invited to join a Microsoft Teams meeting.**

## Join online now
Video conferencing, screen sharing, and more.

**Or join by phone (audio only)**

+1 323-849-4874,,779830527#   United States, Los Angeles

Phone Conference ID: 779 830 527#

Find a local number | Reset PIN

Help | Meeting options

---

CONFIDENTIAL - ATTORNEYS EYES ONLY                                                                                           MSFT_TOC00128010