# EXHIBIT 126

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:20-CV-60416-AMC

TOCMAIL INC., a Florida corporation,

    Plaintiff,

vs.

MICROSOFT CORPORATION, a Washington corporation,

    Defendant.
_____/

March 17, 2021
12:04 p.m. - 6:20 p.m.

VIDEOTAPED DEPOSITION OF JASON ROGERS

TAKEN VIA ZOOM TELECONFERENCE

    Taken on behalf of the Defendant before Alice J. Teslicko, RMR, Notary Public in and for the State of Florida at Large, pursuant to an Amended Notice of Taking Video-Taped Deposition in the above cause.

```
 1   APPEARANCES VIA TELECONFERENCE:
 2
         JOHNSON & MARTIN, P.A.
 3       BY:  JOSHUA D. MARTIN, ESQ.
         500 W. Cypress Creek Road, Suite 430
 4       Fort Lauderdale, FL 33309
         (954) 790-6699
 5       josh.martin@johnsonmartinlaw.com
         Attorneys for the Plaintiff
 6
 7       GREENBERG TRAURIG, LLP
         BY:  MARY-OLGA LOVETT, ESQ.
 8            KYLE DUGAN, ESQ.
              EVELYN COBOS, ESQ.
 9       1000 Louisiana Street, Suite 1700
         Houston, TX 77002
10       (713) 374-3541
         lovettm@gtlaw.com
11       duganky@gtlaw.com
         cobose@gtlaw.com
12       Attorneys for the Defendant
13
14       Also Present:  Michael Wood
                        Cameron Roth
15                      Rachel Hymel
                        Aaron Wolke
16                      Alan Paller - Videographer
17                           - - -
18
19
20
21
22
23
24
25
```

Page 3

```
 1                    I N D E X

 2   WITNESS                                          PAGE

 3

 4   JASON ROGERS

 5   Direct Examination by Mr. Martin                   9

 6   Cross Examination by Ms. Lovett                  150

 7   Certificate of Oath                              158

 8   Errata Sheet                                     162

 9   Attorneys' Eyes Only Portions

10    - Page 57/Line 15 to Page 69/Line 13

11    - Page 115/Line 4 to Page 117/Line 8

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 4

| | PLAINTIFF'S EXHIBITS | |
|---|---|---|
| EXHIBIT | DESCRIPTION | PAGE |
| Exhibit 1 | Email chain dated 5/9/2018 | 18 |
| Exhibit 2 | Email chain dated 5/18/2018 | 39 |
| Exhibit 3 | Office 365 Field Advisory | 42 |
| Exhibit 4 | Office 365 Field Advisory Text File | 43 |
| Exhibit 5 | Email chain dated 10/22/2020 | 46 |
| Exhibit 6 | Microsoft web page - "Tutorial: Create a Site-to-Site Connection in the Azure Portal" | 55 |
| Exhibit 7 | Document entitled "Live Forensic Browsing" (ATTORNEYS' EYES ONLY) | 58 |
| Exhibit 8 | Diagram entitled "Sonar Environment" | 65 |
| Exhibit 9 | PowerPoint entitled "Sandbox Anti-Evasion Plan Review - March 2020" (ATTORNEYS' EYES ONLY) | 69 |
| Exhibit 10 | Email chain dated 4/4/2020 (ATTORNEYS' EYES ONLY) | 72 |
| Exhibit 11 | Page from Microsoft website entitled "HTTP Status Codes" | 77 |
| Exhibit 12 | PowerPoint entitled "Sonar Phish Anti-Evasion Update - 9/12/2018" | 80 |
| Exhibit 13 | Email chain dated 6/28/2018 | 87 |

Page 5

PLAINTIFF'S EXHIBITS - CONTINUED

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 14 | Email chain dated 12/21/2020 | 90 |
| Exhibit 15 | Random Server Addresses | 91 |
| Exhibit 16 | Power Point entitled "Anti-Spam MSR - January 2018" | 93 |
| Exhibit 17 | Email chain dated 8/28/2020 | 98 |
| Exhibit 18 | Email chain dated 7/26/2017 | 105 |
| Exhibit 19 | Excerpt from Exhibit 18 reprinted on separate document | 107 |
| Exhibit 20 | Power Point entitled "Threat Protection MBR - August 2018" | 111 |
| Exhibit 21 | Email from Amar Patel dated 9/9/2019 | 116 |
| Exhibit 22 | Power Point entitled "Threat Protection MBR - September 2019" | 117 |
| Exhibit 23 | Email chain dated 10/30/2020 | 119 |
| Exhibit 24 | Defendant's Expert Disclosure | 121 |
| Exhibit 25 | "Office 365 Advanced Threat Protection - Frequently Asked Questions - Updated 5/11/2018" | 123 |
| Exhibit 26 | Copy of Microsoft web page entitled "Increase Threat Protection" | 131 |

Page 6

PLAINTIFF'S EXHIBITS - CONTINUED

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 27 | Copy of Microsoft blog entitled "How Office 365 Learned to Reel in Phish" - 10/17/2018 | 133 |
| Exhibit 28 | Video excerpt from Microsoft Ignite - "Understand How Microsoft Protects you Against Spoof, Phish, Malware, and Spam Emails" | 136 |
| Exhibit 29 | Microsoft Blog - "Schooling a Sea of Phish Part 3" dated 4/11/2018 | 141 |
| Exhibit 30 | Excerpt of Microsoft video entitled "Advanced Threat Protection for your Office 365 Environment" | 143 |
| Exhibit 31 | Email chain dated 4/26/2016 | 146 |
| Exhibit 33 | Email from Pragya Pandey dated 5/29/2019 | 148 |

Page 11

1      A    No, I'm part of the product group.  So my
2  main interaction with the marketing department would
3  be through our PMM, our product marketing manager.  So
4  there is kind of the marketing liaison to a specific
5  product group.
6      Q    So the product group is separate from the
7  marketing group, which is separate from the
8  engineering group; is that correct?
9      A    The program managers and engineers would
10 make up the product group.  So we would both be part
11 of the product group.  The PMM would be part of the
12 marketing organization, but a specific PMM is kind of
13 attached to a product.
14     Q    How many people are on your team?
15     A    So my specific experiences and growth team
16 is myself plus seven other PMs.
17     Q    Are they all lateral with you in terms of
18 within the company or do you oversee them or does
19 anyone oversee you?
20     A    Yeah, so the seven PMs report to me and then
21 I report to Girish Chander, the group program manager,
22 and then I have -- there are two peer groups that also
23 report to Girish.  We've designated them the
24 pre-breach and the post-breach team.
25          So the pre-breach team is the team that's

1    we reviewed some of those future investments.
2         Q    But specifically when he says that, "The
3    goal is to make sandboxing services indistinguishable
4    from a random viewer," so how would specifically
5    making sandboxing services indistinguishable for a
6    random viewer combat most methods of evasion?
7         A    I think they're talking specifically about
8    IP-based evasions here.  So, you know, it's all the
9    same ways we've been talking about; by creating a
10   situation where the sandbox is indistinguishable from
11   the target either because we're proxying the Sandbox
12   or because the target is browsing from the same
13   environment as the sandbox.
14             Then either the -- you know, they couldn't
15   evade the sandbox without evading the target.  Either
16   that or the sandbox becomes indistinguishable from the
17   target.
18             MR. MARTIN:  Aaron, can you put on the next
19        pdf, the random servers, please.
20             (Whereupon a document/item was marked for
21        identification as Plaintiff's Exhibit 15.)
22        Q    So we're going to put up an example -- just
23   to kind of walk through a diagram to assess kind of
24   what we're talking about on this issue.
25             MS. LOVETT:  And I'll just -- we've seen

# CERTIFICATE OF OATH

I, Alice J. Teslicko, RMR, a Notary Public for the State of Florida at large, do hereby certify that the witness, Jason Rogers, appeared via teleconference before me and was duly sworn.

Signed and sealed this 22nd day of March, 2021.

_____
Alice J. Teslicko, RMR

Commission No. GG249076

My Commission Expires: December 14, 2022

Page 158

```
 1                       CERTIFICATE
 2   STATE OF FLORIDA    )
                         )   ss.
 3   COUNTY OF MARTIN    )
 4
              I, ALICE TESLICKO, RMR, a Registered
 5   Merit Reporter and Notary Public for the State of
     Florida at Large, do hereby certify that I reported
 6   the deposition of Jason Rogers, a witness called by
     the Defendant in the above-styled cause; and that the
 7   foregoing pages constitute a true and correct
     transcription of my shorthand report of the deposition
 8   of said witness.
 9            I further certify that I am not an attorney
     or counsel of any of the parties, nor a relative or
10   employee of counsel connected with the action, nor
     financially interested in the action.
11
              WITNESS my hand and official seal in the
12   City of Stuart, County of Martin, State of Florida,
     this 22nd day of March,
13
14                                _____
15                                Alice J. Teslicko, RMR
16   My commission expires:
     December 14, 2022
17   Commission No. GG249076
18
19
20
21
22
23
24
25
```