# EXHIBIT 127

#   Cloud

## On-Site vs Cloud

*How cybersecurity vendors made companies defenseless to data breaches*



**On-Site**

Devices | Security Scanner | Email Server

IP address 1.1.1.1

The security scanner and company devices enter the internet through the same gateway. Therefore, they have the same IP address (1.1.1.1). Hackers' links cannot use IP addresses to know when they are being accessed by a security scanner or a company device.



**Cloud**

Devices | Security Scanner | Email Server

IP address 1.1.1.1     IP address D.D.D.D

The security scanner and company devices enter the internet through different gateways. Therefore, they have different IP addresses (D.D.D.D vs 1.1.1.1). Hackers' links use the IP addresses to know when they are being accessed by a security scanner or a company device. Hackers' links send benign content to security scanners and send malicious content to everyone else. Companies are defenseless.

Over 95% of professional phishing sites use IP addresses to know when they are being accessed by a security scanner or a user's device. These sites send benign content to security scanners and send harmful content to everyone else. Almost every data breach begins with this attack that companies were immune to before cybersecurity vendors convinced them to move to the cloud.



TocMail Inc.
https://TocMail.net

TOCMAIL_00009796