# EXHIBIT 130

| | |
|---|---|
| **From:** | Salah Ahmed </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=4384EE8D70D94D25A1D01A9C2506D838-SALAH AHMED> |
| **To:** | Abhishek Agrawal (CDM); Girish Chander; Rudra Mitra; Ramana Parimi; Mihai Costea; Jason Rogers; Isabella Lubin |
| **Sent:** | 4/13/2017 5:45:02 AM |
| **Subject:** | RE: Consumer story |

Hi Abhishek,

Sounds good. I've stored a copy of my slides, as well as Girish's deck (which can also be recovered) as of 10:33 pm.

Thanks,
Salah

**From:** Abhishek Agrawal (CDM)
**Sent:** Wednesday, April 12, 2017 10:34 PM
**To:** Girish Chander <gchander@microsoft.com>; Rudra Mitra <rudram@microsoft.com>; Ramana Parimi <ramanap@microsoft.com>; Salah Ahmed <Salah.Ahmed@microsoft.com>; Mihai Costea <mcostea@microsoft.com>; Jason Rogers <jarogers@microsoft.com>; Isabella Lubin <islubin@microsoft.com>
**Subject:** RE: Consumer story

Hello Salah,
It seems your latest changes to the deck conflicted with some of Girish's last sync. Can we ensure we backup a copy of Girish's last version in case we need to re-merge. I will work off the latest deck in the morning as I do not want to merge and overwrite some other part of the deck with my stale copy.

Thanks,
Abhishek

**From:** Girish Chander
**Sent:** Sunday, April 9, 2017 4:22 PM
**To:** Rudra Mitra <rudram@microsoft.com>; Ramana Parimi <ramanap@microsoft.com>; Salah Ahmed <Salah.Ahmed@microsoft.com>; Mihai Costea <mcostea@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Jason Rogers <jarogers@microsoft.com>
**Subject:** RE: Consumer story

Hi folks,
I've put a starting deck together here, please updates slides there.

The one area that is really concerning me is COGS….we need to bring this in quickly.
I'll setup a recurring meeting as well as promised.

Thanks,
Girish.

**From:** Girish Chander
**Sent:** Thursday, April 6, 2017 6:27 PM
**To:** Rudra Mitra <rudram@microsoft.com>; Ramana Parimi <ramanap@microsoft.com>; Salah Ahmed <Salah.Ahmed@microsoft.com>; Mihai Costea <mcostea@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Jason Rogers <jarogers@microsoft.com>
**Subject:** Consumer story

CONFIDENTIAL
MSFT_TOC00103952

Hey folks,
Please bear with me for the slightly long write-up below….but I felt the need to pen the following down to ensure we are all on the same page. And the items in yellow below are things that we should discuss at the meeting tomorrow. Let's first ensure that we are all on the same page.

Thanks,
Girish.

## Piecing together the Consumer puzzle
The following are the elements we're chasing.

1. What do we offer?
2. Do the COGS make sense?
3. What SKUs do we offer them in? How do we position it?
4. What does the experience look like?
5. What can we achieve short term?

### 1. What do we offer as Consumer value?
I believe we should use the following principles for deciding what goes in:
   a. Things that tested well in the user-study <we have a short list based on that>
   b. Things that makes sense from a COGS perspective

For now therefore we are targeting
- ATP
- Advanced phish ~~spam-filtering~~ (which is essentially our ML stack)
- Encryption
- ~~Parental controls <not sure what this is>~~ [ also called personal/family DLP]----
- Parental controls----Protection against bullying/porn, etc etc
- ~~Larger attachment size~~ //not us….give to OD
- Larger send quotas---
- Personal analytics for my data----know where my data is //merge with delve analytics
- Ransomware---for onedrive
- Ransomware protection---secure vault in OD
- Suggestions for what goes into vault

<For discussion: should we entertain any other features?>
<for discussion: should we remote Safe links?> <think EDUs---who want safe links and phish protection and care less about safe attachments>

### 2. From a COGS perspective:
For ATP we have the following constraints:
   a. We cannot easily identify outlook premium folks for our calculations. So we could assume their behavior is similar to all of consumer for the purpose of COGS calculations. <this looks like 0.6 cents per user per month>
   b. O365 Home and Personal, don't come with an O365/Outlook mailbox. So we cannot get data from there to do our calculations. So the best we could do there is assume that they model our enterprise users <this looks like 12 cents per user per month>
      a. BUT these users will need to have email hosted in Outlook. We don't believe cloud cache works with our offering <we're confirming>

Given the above constraints, and because we don't know what the split of premium vs home vs Personal looks like---we could look to take the worst case scenario here and model it at 12 cents per user per month.

<open question: should we venture a different number based on best guesstimate?>

CONFIDENTIAL
MSFT_TOC00103953

For the other features, we believe that < 'x' % of traffic the COGS impact is effectively minute relative to the overall traffic already being supported.[x will vary across different features]

<For discussion: My proposal is to not sweat 'x' for now, not until this kicks off....but let's work with Nils to get an estimate>
DLP/safelinks cost per unit....and extrapolate from there to

## 3. What SKUs do we offer the above value in? How do we position it

**Proposal for the SKUing strategy**
- Offer this for Outlook Premium.
- For O365 Home and Personal, offer this only if user has email in Outlook <need to figure out mechanics for this> //because it looks like this won't work for cloud cache <awaiting confirmation>
- DO NOT offer it for other SKUs.

<For discussion: do we agree?>
Can we get mktg/

**Proposal for positioning:**
- Position the collective of features as 'peace of mind' protection.
    - For the ATP safe-attachment constituent, describe it as: 'protection from ransomware'----we apply advanced analytics to all your email attachments to ensure they are not malicious
    - For the ATP safe-link constituent and the advanced spam filtering constituent describe it as: 'protection from phishing'---advanced security logic to protect you from social engineering attacks.
    - For the encryption constituent
    - //The others are not as controversial
- And for talking points to our enterprise folks:
    - Hopefully the above verbiage doesn't come across as safe-attachments/ safe-links
    - But if they do see through it, then we'll tell them that the consumer offerings do not allow for:
        - Admin control, quarantine, reporting, remediation etc---that the enterprise offerings come bundled with.

Market the convergence of stacks----so we look say 'enterprise grade protection'

Define narratives for each wave of protection

## 4. What does the experience look like?
I recommend applying the following principles to our experiences:
1. Avoid knobs wherever possible
2. Turn on by default unless COGS/privacy is a consideration
3. Make value apparent in easily consumable ways that doesn't require the user to go looking for the value validation.

<For discussion: any other principles to call out? Let's also go through the first draft of the experiences>

## 5. What can we achieve in the short term?
Based on the discussion today, looks like ATP is sufficient to carry the narrative <at least> initially.
Rudy recommended shooting for a July 1st date.

Proposal:
Let's shoot for: <these come for free largely>
    i.    ATP
Safelinks pending client work

CONFIDENTIAL
MSFT_TOC00103954

    ii.      Advanced email filtering
    iii.     Personal DLP?

<For discussion: any other we want to include here?>


How to ensure that entitlements are consistent across different accounts

      1. Supportability: