# EXHIBIT 131

Page 1

1      UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF FLORIDA
2      CIVIL ACTION NO. 0:20-cv-60416

3

4   TOCMAIL, INC., a Florida corporation,

5              Plaintiff,

6   -vs-

7
    MICROSOFT CORPORATION, a Washington
8   corporation,

9
               Defendant.
10  _____/

11

12

13
                   Zoom Remote Proceedings
14                 Monday, March 22, 2021
                   11:04 a.m. - 5:53 p.m.
15

16      VIDEOTAPED VIDEO TELECONFERENCE DEPOSITION OF
                      KEITH URGONE, Ph.D.
17

18

19

20

21

22

23
              Taken before Robyn Maxwell, RPR, FPR,
24   RSA, and Notary Public in and for the State of Florida at
     Large, pursuant to Notice of Taking Deposition filed in
25   the above-mentioned cause.

```
 1   APPEARANCES (VIA VIDEOCONFERENCE):
 2
 3       ON BEHALF OF THE PLAINTIFF:
             JOSHUA DAVID MARTIN, ESQUIRE
 4           josh.martin@johnsonmartinlaw.com
             JOHNSON & MARTIN, P.A.
 5           500 W. Cypress Creek Road
             Suite 430
 6           Fort Lauderdale, FL 33309
             954.790.6699
 7
 8
         ON BEHALF OF THE DEFENDANT:
 9           MARY-OLGA LOVETT, ESQUIRE
             lovettm@gtlaw.com
10           JEREMY SIMMONS, ESQUIRE
             simmonsje@gtlaw.com
11           GREENBERG TRAURIG LLC
             1000 Louisiana Street
12           Suite 1700
             Houston, TX 77002
13           713.374.3541
14
             EVELYN ANNE COBOS, ESQUIRE
15           cobose@gtlaw.com
             GREENBERG TRAURIG
16           333 Avenue of the Americas
             Suite 4400
17           Miami, FL 33131
             305.579.0506
18
19
20
         VIDEOGRAPHER:  ALAN PALLER
21
         ALSO PRESENT:
22           RACHEL HYMEN, CAMERON ROTH, AARON WOLKE, MARCY
         GORE
23
24
25
```

```
                                                              Page 3

 1                      INDEX OF PROCEEDINGS
 2     WITNESS                                                PAGE
 3     KEITH UGONE, Ph.D.
       DIRECT EXAMINATION BY MR. MARTIN                         6
 4     CROSS-EXAMINATION BY MS. LOVETT                         213
       REDIRECT EXAMINATION BY MR. MARTIN                      221
 5
       CERTIFICATE OF OATH OF WITNESS                          228
 6     REPORTER'S DEPOSITION CERTIFICATE                       229
       READ & SIGN LETTER TO WITNESS                           230
 7     ERRATA SHEET                                            231
 8
                          PLAINTIFF EXHIBITS
 9
         EXHIBIT              DESCRIPTION                     PAGE
10
         Exhibit 1   12/7/2020 Rebuttal Expert Report           6
11                   of Keith R. Ugone, Ph.D.
                     CONFIDENTIAL - COUNSEL ONLY
12
         Exhibit 2   15 U.S. Code § 1117 -                    132
13                   Recovery for violation of
                     rights
14
         Exhibit 3   Ugone - Appendix A                       144
15
         Exhibit 4   Ugone Exhibit 9, Microsoft's             144
16                   Monthly Gross Margin For Office
                     365 Commerical Product
17                   CategoryReported In Product
                     Breakdown ReportsJuly 2015 - June
18                   2020
                     CONFIDENTIAL - COUNSEL ONLY
19
         Exhibit 5   Ugone Exhibit 4 Summary of               162
20                   Microsoft Consumer Subscription
                     Products
21                   CONFIDENTIAL - COUNSEL ONLY
22       Exhibit 6   Ugone Exhibit 7, Companies In the        179
                     Email Security Sector With
23                   Publicly Available Financial
                     Information
24                   CONFIDENTIAL - COUNSEL ONLY
25
```

1   requested by Counsel from Microsoft to evaluate the
2   opinions contained in the Bour report", and that's what I
3   was asked to do, and I completed that assignment.
4   BY MR. MARTIN:
5            Q.   Is there anything in your rebuttal report
6   that Ms. Bour did correctly?
7            A.   This is -- how do I want to phrase this?  I
8   disagree with the revenues she identified as part of her
9   disgorgement analysis, but of the incorrect revenues that
10  she identified, I don't think we have any critique of as
11  to whether of those are materially off.
12               Does that that make sense?  In other words,
13  she identified the wrong revenues, but her math on the
14  wrong revenues was not materially off.  If that makes
15  sense.
16           Q.   Yeah.  Did the -- your opinion is that
17  she's using the wrong revenues to claim disgorgement of
18  profits, but the numbers that she does have in her report
19  are accurate?
20           A.   For the wrong revenues she's evaluating.
21           Q.   Okay.
22               MR. MARTIN:  Aaron, can you scroll down?
23           Yeah.  Yeah, to the bottom of page 5.
24  BY MR. MARTIN:
25           Q.   Okay.  So in e(i) you have there, "Ms. Bour

Page 228

CERTIFICATE OF OATH OF WITNESS

THE STATE OF FLORIDA   )
                       ) SS:
COUNTY OF PALM BEACH   )

I, Robyn Maxwell, Registered Professional Reporter, Registered Professional Reporter, Notary Public in and for the State of Florida at Large, certify that the witness, KEITH UGONE, Ph.D., personally appeared before me on March 22, 2021 and was duly sworn by me.

WITNESS my hand and official seal this 22nd day of March, 2021.

*Robyn Maxwell*

_____
Robyn Maxwell, RPR, FPR, CLR
Realtime Systems Administrator
   Notary Public, State of Florida at Large
   Notary No. GG 194507
   My Commission Expires: 4/4/2022

Page 229

1           REPORTER'S DEPOSITION CERTIFICATE
2
3    THE STATE OF FLORIDA   )
4    COUNTY OF PALM BEACH   )
5
6              I, Robyn Maxwell, Florida Professional
7    Reporter, certify that I was authorized to and did
8    stenographically report the deposition of KEITH UGONE,
9    Ph.D., the witness herein on March 22, 2021; that a
10   review of the transcript was requested; that the
11   foregoing pages numbered pages 1 through 231; and that
12   the transcript is a true and complete record of my
13   stenographic notes.
14              I further certify that I am not a
15   relative, employee, attorney, or counsel of any of the
16   parties, nor am I a relative or employee of any of the
17   parties' attorney or counsel connected with the action,
18   nor am I financially interested in the action.
19         DATED this 22nd day of March, 2021.
20
21
22
             *Robyn Maxwell*
23         _____
             Robyn Maxwell, RPR, FPR, CLR
24           Realtime Systems Administrator
25