# EXHIBIT 135

PageVault

| | |
|---|---|
| Document title: | Announcing General Availability of Safe Links for Microsoft Teams! - Microsoft Tech Community |
| Capture URL: | https://techcommunity.microsoft.com/t5/microsoft-teams-blog/announcing-general-availability-of-safe-links-for-microsoft/ba-p/2588677 |
| Captured site IP: | 23.40.20.8 |
| Page loaded at (UTC): | Thu, 12 Aug 2021 19:21:35 GMT |
| Capture timestamp (UTC): | Thu, 12 Aug 2021 19:22:05 GMT |
| Capture tool: | v7.9.1 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 4 |
| Capture ID: | 8eac03e1-740a-475a-b12d-55581e5d18dd |
| User: | jmlaw-jcooper |

PDF REFERENCE #:   pdqfvorXiLuuQHvP2D7AVH





