# EXHIBIT 137

🔒 PageVault

| | |
|---|---|
| Document title: | Protect against malicious links with Safe Links in Microsoft Defender for Office 365 - YouTube |
| Capture URL: | https://www.youtube.com/watch?v=vhIJ1Veq36Y&t=40s |
| Captured site IP: | 142.251.45.14 |
| Page loaded at (UTC): | Fri, 13 Aug 2021 17:19:08 GMT |
| Capture timestamp (UTC): | Fri, 13 Aug 2021 17:20:02 GMT |
| Capture tool: | v7.9.1 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | 2c5f5bdc-ce6f-4906-8a11-c91bbc145cea |
| User: | jmlaw-jcooper |

PDF REFERENCE #:    qpxd4aVAvKNNY8friYfmJL



