# EXHIBIT 138

| | |
|---|---|
| From: | Amar Patel (C AND E) </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICROSOFT.ONMICROSOFT.COM-55760-AMAR PATEL (DUP: 74FFB02726344746BAF985BE34491C08)> |
| To: | William Su; Nitin Kumar Goel; Charlie Anthe |
| CC: | Troy Funk; Aran Zontine |
| Sent: | 6/20/2016 7:50:21 PM |
| Subject: | RE: Integrating Sonar with OneDrive For Business |

Hi William,

Charlie has the insights on our compliance. Including him to help you bottom out on this.

Thank you,
Amar

**From:** William Su
**Sent:** Friday, June 17, 2016 7:01 PM
**To:** Nitin Kumar Goel <Nitin.Goel@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>
**Cc:** Troy Funk <Troy.Funk@microsoft.com>
**Subject:** RE: Integrating Sonar with OneDrive For Business

Ping for an answer to this.

William Su
Program Manager
IP Organizational Security
30\1203, REDMOND
Microsoft

**From:** William Su
**Sent:** Tuesday, June 14, 2016 3:29 PM
**To:** Nitin Kumar Goel <Nitin.Goel@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>
**Cc:** Troy Funk <Troy.Funk@microsoft.com>
**Subject:** FW: Integrating Sonar with OneDrive For Business

Hi Amar/Nitin,

We're currently working on the Safe Links for Modern Attachments (OneDrive for Business file) project, and one of the issues we've hit right now is that we cannot get a ODB file to be scanned by SONAR as SONAR wouldn't have the authority.

The way to do this is apparently to get us (EOP) and SONAR to be authenticated as first-party authenticated apps. There would be security review and a few steps, and we'll be working with folks from ODB team in accomplishing this.
One of the question that came up was: Is SONAR a fully-compliant O365 service? EOP is, but I don't know about SONAR.

If there are any questions, please let me know. Thanks,

William Su
Program Manager
IP Organizational Security
30\1203, REDMOND
Microsoft

**From:** Matt Swann (ODSP SECURITY)
**Sent:** Friday, June 10, 2016 11:10 AM
**To:** Ali Malik <alimalik@microsoft.com>; Daron Spektor <dspektor@microsoft.com>; Jacky Huang <jackyh@exchange.microsoft.com>; Chris Brown (WAC) <chrisbro@exchange.microsoft.com>; Nate Waddoups <Nate.Waddoups@microsoft.com>; Ryan Gregg <rgregg@exchange.microsoft.com>; Chris Hackmann <chackman@exchange.microsoft.com>; Shashank Kavishwar <Shashank.Kavishwar@microsoft.com>; Jeff

CONFIDENTIAL

MSFT_TOC00035749

McDowell <jmcdowe@exchange.microsoft.com>; Steve Rayson <srayson@exchange.microsoft.com>; William Su <ruiwensu@microsoft.com>; Mauktik Gandhi <mgandhi@microsoft.com>
**Cc:** Titus Miron <titusm@exchange.microsoft.com>; Nitin Kumar Goel <Nitin.Goel@microsoft.com>; Troy Funk <Troy.Funk@microsoft.com>; Bulent Egilmez <bulenteg@exchange.microsoft.com>; Tommy Tang <hatang@microsoft.com>
**Subject:** RE: Integrating Sonar with OneDrive For Business

I know that EOP is already a fully-compliant O365 service. Is SONAR the same?

If both are up to the O365 standard, then we don't need a separate security review.

Cheers,
Matt

---

From: William Su <ruiwensu@microsoft.com>
Sent: Friday, June 10, 2016 11:06 AM
Subject: RE: Integrating Sonar with OneDrive For Business
To: Ali Malik <alimalik@microsoft.com>, Daron Spektor <dspektor@microsoft.com>, Jacky Huang <jackyh@exchange.microsoft.com>, Chris Brown (WAC) <chrisbro@exchange.microsoft.com>, Matt Swann (ODSP SECURITY) <mswann@exchange.microsoft.com>, Nate Waddoups <nate.waddoups@microsoft.com>, Ryan Gregg <rgregg@exchange.microsoft.com>, Chris Hackmann <chackman@exchange.microsoft.com>, Shashank Kavishwar <shashank.kavishwar@microsoft.com>, Jeff McDowell <jmcdowe@exchange.microsoft.com>, Steve Rayson <srayson@exchange.microsoft.com>, Mauktik Gandhi <mgandhi@microsoft.com>
Cc: Titus Miron <titusm@exchange.microsoft.com>, Nitin Kumar Goel <nitin.goel@microsoft.com>, Troy Funk <troy.funk@microsoft.com>, Bulent Egilmez <bulenteg@exchange.microsoft.com>, Tommy Tang <hatang@microsoft.com>

Hi All,

Pardon the revival of an older thread but we have a plan:
- EOP and SONAR will get authorized as "first party apps" to ODB.
    - Both parties need to go through a security review
    - EVO based authentication -> AAD onboarding
- Decode WAC URL using this API:`SPFile.GetWOPIFrameUrl(), SPFile.ShareByLink() or SPFile.LinkingUrl`
- EOP to pass the decoded URL (pointing to downloadable content) to SONAR; SONAR (as an authorized party) will detonate

If there are any issues that anyone on this thread can see, please let me know.

**Matt S.** – Could you give some pointers on how to initiate the security review?
Meanwhile, I am trying to reach out to the EVO folks for the 2nd sub-bullet.

Thanks,

William Su
Program Manager
IP Organizational Security
30\1203, REDMOND
Microsoft

**From:** Ali Malik
**Sent:** Wednesday, May 25, 2016 3:43 PM
**To:** William Su <ruiwensu@microsoft.com>; Matt Swann (ODSP SECURITY) <mswann@exchange.microsoft.com>; Daron Spektor <dspektor@microsoft.com>; Jacky Huang <jackyh@exchange.microsoft.com>; Chris Brown (WAC) <chrisbro@exchange.microsoft.com>; Eugene Lin <Eugene.Lin@microsoft.com>; Rebecca Lawler <relawler@microsoft.com>; Sarat Subramaniam <sasubram@exchange.microsoft.com>; Nate Waddoups <Nate.Waddoups@microsoft.com>; Ryan Gregg <rgregg@exchange.microsoft.com>; Chris Hackmann <chackman@exchange.microsoft.com>; Shashank Kavishwar <Shashank.Kavishwar@microsoft.com>; Jeff McDowell <jmcdowe@exchange.microsoft.com>; Steve Rayson <srayson@exchange.microsoft.com>; Mauktik Gandhi <mgandhi@microsoft.com>
**Cc:** Titus Miron <titusm@exchange.microsoft.com>; Nitin Kumar Goel <Nitin.Goel@microsoft.com>; Troy Funk <Troy.Funk@microsoft.com>; Bulent Egilmez <bulenteg@exchange.microsoft.com>; Tommy Tang <hatang@microsoft.com>
**Subject:** RE: Integrating Sonar with OneDrive For Business

If I understood correctly, you are looking for option how to authenticate first party apps with SPO.

SPO supports both ACS and Evo based authentication. If you have new service, then EVO is the way to go. As a starting point, setup 30 min meeting with me to go over your scenrio and see what kind of auth

CONFIDENTIAL

**From:** William Su
**Sent:** Wednesday, May 25, 2016 3:38 PM
**To:** Matt Swann (ODSP SECURITY) <mswann@exchange.microsoft.com>; Ali Malik <alimalik@microsoft.com>; Daron Spektor <dspektor@microsoft.com>; Jacky Huang <jackyh@exchange.microsoft.com>; Chris Brown (WAC) <chrisbro@exchange.microsoft.com>; Eugene Lin <Eugene.Lin@microsoft.com>; Rebecca Lawler <relawler@microsoft.com>; Sarat Subramaniam <sasubram@exchange.microsoft.com>; Nate Waddoups <Nate.Waddoups@microsoft.com>; Ryan Gregg <rgregg@exchange.microsoft.com>; Chris Hackmann <chackman@exchange.microsoft.com>; Shashank Kavishwar <Shashank.Kavishwar@microsoft.com>; Jeff McDowell <jmcdowe@exchange.microsoft.com>; Steve Rayson <srayson@exchange.microsoft.com>; Mauktik Gandhi <mgandhi@microsoft.com>
**Cc:** Titus Miron <titusm@exchange.microsoft.com>; Nitin Kumar Goel <Nitin.Goel@microsoft.com>; Troy Funk <Troy.Funk@microsoft.com>; Bulent Egilmez <bulenteg@exchange.microsoft.com>; Tommy Tang <hatang@microsoft.com>
**Subject:** RE: Integrating Sonar with OneDrive For Business

Ali,

Could you advise?

Thanks,

William Su
Program Manager
IP Organizational Security
30\1203, REDMOND
Microsoft

**From:** Matt Swann (ODSP SECURITY)
**Sent:** Monday, May 23, 2016 5:13 PM
**To:** Ali Malik <alimalik@microsoft.com>; Daron Spektor <dspektor@microsoft.com>; Jacky Huang <jackyh@exchange.microsoft.com>; Chris Brown (WAC) <chrisbro@exchange.microsoft.com>; Eugene Lin <Eugene.Lin@microsoft.com>; Rebecca Lawler <relawler@microsoft.com>; Sarat Subramaniam <sasubram@exchange.microsoft.com>; Nate Waddoups <Nate.Waddoups@microsoft.com>; Ryan Gregg <rgregg@exchange.microsoft.com>; Chris Hackmann <chackman@exchange.microsoft.com>; Shashank Kavishwar <Shashank.Kavishwar@microsoft.com>; Jeff McDowell <jmcdowe@exchange.microsoft.com>; William Su <ruiwensu@microsoft.com>; Steve Rayson <srayson@exchange.microsoft.com>; Mauktik Gandhi <mgandhi@microsoft.com>
**Cc:** Titus Miron <titusm@exchange.microsoft.com>; Ali Malik <alimalik@microsoft.com>; Nitin Kumar Goel <Nitin.Goel@microsoft.com>; Troy Funk <Troy.Funk@microsoft.com>; Bulent Egilmez <bulenteg@exchange.microsoft.com>; Tommy Tang <hatang@microsoft.com>
**Subject:** RE: Integrating Sonar with OneDrive For Business

Ali can help you out.

On Mon, May 23, 2016 at 3:33 PM -0700, "William Su" <ruiwensu@microsoft.com> wrote:

Matt/Jeff/Chris,

Please give tips on how to get a few services within Microsoft to be authenticated identities with access.

Thanks,

William Su
Program Manager
IP Organizational Security
30\1203, REDMOND
Microsoft

**From:** Steve Rayson
**Sent:** Friday, May 20, 2016 2:28 PM
**To:** William Su <ruiwensu@microsoft.com>; Jacky Huang <jackyh@exchange.microsoft.com>; Daron Spektor <dspektor@microsoft.com>; Chris Brown (WAC) <chrisbro@exchange.microsoft.com>; Nate Waddoups <Nate.Waddoups@microsoft.com>; Matt Swann (ODSP SECURITY) <mswann@exchange.microsoft.com>; Mauktik Gandhi <mgandhi@microsoft.com>; Sarat Subramaniam <sasubram@exchange.microsoft.com>; Shashank Kavishwar <Shashank.Kavishwar@microsoft.com>; Eugene Lin <Eugene.Lin@microsoft.com>; Jeff McDowell <jmcdowe@exchange.microsoft.com>; Rebecca Lawler <relawler@microsoft.com>; Ryan Gregg <rgregg@exchange.microsoft.com>; Chris Hackmann <chackman@exchange.microsoft.com>

**Cc:** Ali Malik <alimalik@microsoft.com>; Titus Miron <titusm@exchange.microsoft.com>; Troy Funk <Troy.Funk@microsoft.com>; Bulent Egilmez <bulenteg@exchange.microsoft.com>; Tommy Tang <hatang@microsoft.com>; Nitin Kumar Goel <Nitin.Goel@microsoft.com>
**Subject:** RE: Integrating Sonar with OneDrive For Business

Both services would need to be authenticated identities with access. I don't know the process to get an identity, but we have lots of well known 1st party apps (like Exchange, Yammer, Skype to name a few).  Start with Matt, Jeff and Chris Hackman.

-Steve

**From:** William Su
**Sent:** Friday, May 20, 2016 1:46 PM
**To:** Steve Rayson <srayson@exchange.microsoft.com>; Jacky Huang <jackyh@exchange.microsoft.com>; Daron Spektor <dspektor@microsoft.com>; Chris Brown (WAC) <chrisbro@exchange.microsoft.com>; Nate Waddoups <Nate.Waddoups@microsoft.com>; Matt Swann (ODSP SECURITY) <mswann@exchange.microsoft.com>; Mauktik Gandhi <mgandhi@microsoft.com>; Sarat Subramaniam <sasubram@exchange.microsoft.com>; Shashank Kavishwar <Shashank.Kavishwar@microsoft.com>; Eugene Lin <Eugene.Lin@microsoft.com>; Jeff McDowell <jmcdowe@exchange.microsoft.com>; Rebecca Lawler <relawler@microsoft.com>; Ryan Gregg <rgregg@exchange.microsoft.com>
**Cc:** Ali Malik <alimalik@microsoft.com>; Titus Miron <titusm@exchange.microsoft.com>; Troy Funk <Troy.Funk@microsoft.com>; Bulent Egilmez <bulenteg@exchange.microsoft.com>; Tommy Tang <hatang@microsoft.com>; Nitin Kumar Goel <Nitin.Goel@microsoft.com>
**Subject:** RE: Integrating Sonar with OneDrive For Business

Hi Steve,

For which you suggested below, if we were to go down that route, my understand is that both us (EOP-ATP) and SONAR (ATP scanner) would need to be authenticated identities, as *we* would need to be the party that gives SONAR the object-pointing URL, and SONAR will be the party accessing and detonating the object. Is this correct?

And how can a service be authenticated/trusted to ODB? What are the processes? I mean, SONAR is part of Microsoft, so it*is* 1st-party. I'd imagine there are some steps that we'd need to go through.

Thanks,

William Su
Program Manager
IP Organizational Security
30\1203, REDMOND
Microsoft

**From:** Steve Rayson
**Sent:** Friday, May 20, 2016 11:36 AM
**To:** Jacky Huang <jackyh@exchange.microsoft.com>; William Su <ruiwensu@microsoft.com>; Daron Spektor <dspektor@microsoft.com>; Chris Brown (WAC) <chrisbro@exchange.microsoft.com>; Nate Waddoups <Nate.Waddoups@microsoft.com>; Matt Swann (ODSP SECURITY) <mswann@exchange.microsoft.com>; Mauktik Gandhi <mgandhi@microsoft.com>; Sarat Subramaniam <sasubram@exchange.microsoft.com>; Shashank Kavishwar <Shashank.Kavishwar@microsoft.com>; Eugene Lin <Eugene.Lin@microsoft.com>; Jeff McDowell <jmcdowe@exchange.microsoft.com>; Rebecca Lawler <relawler@microsoft.com>; Ryan Gregg <rgregg@exchange.microsoft.com>
**Cc:** Ali Malik <alimalik@microsoft.com>; Titus Miron <titusm@exchange.microsoft.com>; Troy Funk <Troy.Funk@microsoft.com>; Bulent Egilmez <bulenteg@exchange.microsoft.com>; Tommy Tang <hatang@microsoft.com>; Nitin Kumar Goel <Nitin.Goel@microsoft.com>
**Subject:** RE: Integrating Sonar with OneDrive For Business

I'm not sure if the original question got answered or is still relevant but you can decode almost any WAC URL or guest access (including Web=1) using the following SPWeb API:

```
/// <summary>
/// Returns the file object from the URL returned bySPFile.GetWOPIFrameUrl(), SPFile.ShareByLink() or SPFile.LinkingUrl.
/// Caller does not need to know the type of the URL provided.
/// </summary>
/// <remarks>
/// The query string parameters specify the file object identity.
/// To call this API using the REST endpoint, it is recommended to use a call of the form:
///   http://server/_api/web/GetFileByUrl(@v)?
//    @v='http%3A%2F%2Fserver%2F_layouts%2F15%2FWopiFrame%2Easpx%3Fsourcedoc%3d{9B06ECE7-23B5-4225-9406-AC905ABFEF75}'
///   where @v is both single quoted and run through SPHttpUtility.UrlKeyValueEncode()
/// </remarks>
/// <returns>
```

```
/// An SPFile object that represents the file.
/// </returns>
/// <owner alias="srayson" />
public SPFile GetFileByUrl()
```

The caller needs to be an authenticated identity that has access to the file. The result will be the SPFile object that can be used to retrieve the file contents or metadata like the canonical URL of the file. Like Matt says, a 1st party well known app identity could be configured to use this API for any file in the service.

-Steve

**From:** Jacky Huang
**Sent:** Thursday, May 19, 2016 11:14 PM
**To:** William Su <ruiwensu@microsoft.com>; Daron Spektor <dspektor@microsoft.com>; Chris Brown (WAC) <chrisbro@exchange.microsoft.com>; Nate Waddoups <Nate.Waddoups@microsoft.com>; Matt Swann (ODSP SECURITY) <mswann@exchange.microsoft.com>; Mauktik Gandhi <mgandhi@microsoft.com>; Sarat Subramaniam <sasubram@exchange.microsoft.com>; Shashank Kavishwar <Shashank.Kavishwar@microsoft.com>; Eugene Lin <Eugene.Lin@microsoft.com>; Jeff McDowell <jmcdowe@exchange.microsoft.com>; Rebecca Lawler <relawler@microsoft.com>; Ryan Gregg <rgregg@exchange.microsoft.com>
**Cc:** Steve Rayson <srayson@exchange.microsoft.com>; Ali Malik <alimalik@microsoft.com>; Titus Miron <titusm@exchange.microsoft.com>; Troy Funk <Troy.Funk@microsoft.com>; Bulent Egilmez <bulenteg@exchange.microsoft.com>; Tommy Tang <hatang@microsoft.com>; Nitin Kumar Goel <Nitin.Goel@microsoft.com>
**Subject:** RE: Integrating Sonar with OneDrive For Business

Canonical links and Company Sharable links require user authentication, I don't see how SONAR can access the metadata & contents from such links without being a trusted service to ODB.

**From:** William Su
**Sent:** Thursday, May 19, 2016 4:17 PM
**To:** Daron Spektor <dspektor@microsoft.com>; Chris Brown (WAC) <chrisbro@exchange.microsoft.com>; Nate Waddoups <Nate.Waddoups@microsoft.com>; Matt Swann (ODSP SECURITY) <mswann@exchange.microsoft.com>; Mauktik Gandhi <mgandhi@microsoft.com>; Sarat Subramaniam <sasubram@exchange.microsoft.com>; Shashank Kavishwar <Shashank.Kavishwar@microsoft.com>; Eugene Lin <Eugene.Lin@microsoft.com>; Jeff McDowell <jmcdowe@exchange.microsoft.com>; Rebecca Lawler <relawler@microsoft.com>; Ryan Gregg <rgregg@exchange.microsoft.com>; Jacky Huang <jackyh@exchange.microsoft.com>
**Cc:** Steve Rayson <srayson@exchange.microsoft.com>; Ali Malik <alimalik@microsoft.com>; Titus Miron <titusm@exchange.microsoft.com>; Troy Funk <Troy.Funk@microsoft.com>; Bulent Egilmez <bulenteg@exchange.microsoft.com>; Tommy Tang <hatang@microsoft.com>; Nitin Kumar Goel <Nitin.Goel@microsoft.com>
**Subject:** RE: Integrating Sonar with OneDrive For Business

Daron,

Replying quote-and-inline again.

"

***Re: safelinks domain breaks new deep-linking scenarios.***
This seems pretty bad. I'm going to start another thread with the right folks for this. Who should be included from this thread? To recap, the desire from OneDrive and Office Client teams is that when you click on a OneDrive/SharePoint link you find anywhere, it opens not in the browser, but directly in the native app if it's installed on your device. The way this works is the app registers with the OS a list of domains for URLs that it will intercept and handle. Domains like **1drv.ms** and **onedrive.live.com** will be on this list. If these links get wrapped inside of '**safelinks.protection.outlook.com**' then this feature won't work.
[William]Daron, I did not find this to be true, at least during my testing: I sent a OneDrive PowerPoint via email to a test account that does*not* have Nate's Modern Attachment wrapping work, have my OneDrive/PowerPoint/Outlook Mobile (Acompli) all logged into that test account, and when I clicked on the PowerPoint file, it opened up the WAC page in the browser instead of going to the PowerPoint app on my phone; I was using Android. I also tested the same on a colleague's iPhone 6, and where he has the PowerPoint app as well as Outlook for iPhone, and it takes you to the browser. If I have tested this incorrectly, please let me know the correct way to do it, but otherwise, I would not say that this behavior was due to Safe Links.

I would imagine this may be different on Windows Phones, so we should still work towards resolving this problem. Not sure if I should propose this on this thread or the other, but you said that currently the app registers a list and **1drv.ms** and**onedrive.live.com** would be on that list. What if you add **safelinks.protection.outlook.com/?url=http%3a%2f%2f1drv.ms** and **safelinks.protection.outlook.com/?url=http%3a%2f%2fonedrive.live.com** onto that list as strings within the URL that you would check, and each time you see a SafeLink'ed link, you follow the link and send an HTTP request to GET reputation from us, and we'll return the reputation. If it's good, then you initiate the PowerPoint app, and if it's bad, then the browser should open to show the warning page. Would this work?

***Re: Sonar needs a preauth token.***
Some links will point to a file that requires the user be explicitly ACL'd on it. Is it expected that Sonar can open these?
Some links will point to a file that contains a link, but requires that it be accessed by someone within the same company. Is it expected that Sonar can open those? Jacky Huang owns sharing links and can speak to what they can and can't do. His team is doing the work to make them work generically. I believe today they're only supported for the WAC experience and there isn't a non-hacky way for you to turn one into a download URL that you can use in the general case. The API my team is building will work when it's available, but it's dependent on the work Jacky's team is doing.
[William] Replying to both you and Nate on this question – currently SONAR doesn't have authentication, but the plan is to have SONAR being able to detonate these files to scan if it contains malware. We'll have to explore different options here on how can SONAR obtain auth, or if there are any other routes that we can take. I suppose I'll let Jacky chime on this one.

CONFIDENTIAL

*Re: Link-translation API doesn't have download URL in the docs*
The docs are a bit terse, but the download URL would be available. Live example in OneDrive Personal:
https://1drv.ms/w/s!Aj2dHckGj2TUhNEaI6EpCsNz411_PQ?api=sr

```
{
    ...
    "@content.downloadUrl":"https://...",
    "name":"Document1.docx",
    "size":14408,
    "id":"d4648f06c91d9d3d!75930"
    ...
}
```

[William] Great to know. Thanks. Do you have an ETA for when your API for OneDrive for Business will be available?

*Re: appending a query parameter that leads directly to file download.*
I think this falls into the bucket of the API we're building. For example, we could have "?api=dl" redirect to the download url. There may be reasons not to do that, though, so I'd prefer to start with the existing API.
[William] By "existing API", I'm assuming that you mean the one you're currently working on. If this isn't a route, then I suppose we should find an alternative.

*Re: immediate term*
Since my API won't be available for a few months, we'll need to hear from Jacky Huang about whether there's anything you can do with sharing links today. Note that the key here is that you're relying on the link for authentication. If you were a full-trust app that could read arbitrary customer content, as Matt had suggested below, then you wouldn't rely on sharing links to grant access. You could just address the content directly through the canonical URL.
[William] But *suppose* that we'll address public vs. auth-required files separately, the is relying on URL normalization of its format a plausible route? There has been some back and forth on this so I'm getting a bit confused.
And Jacky, could you please chime in on the sharing part? Thanks.

Another option to consider is baking this into the WAC somehow. Since the entrypoint goes to a WAC page, anyway (which is safe), you could hide WAC's 'open-in-client' link behind Sonar, and then at that point WAC could give you a download URL to use.
[William] WAC folks, would this be possible?

"

Finally, CCing Nitin from the SONAR side so they get some insight on some stuff that are happening on this thread.

Thanks,

William Su
Program Manager
IP Organizational Security
30\1203, REDMOND
Microsoft

**From:** Daron Spektor
**Sent:** Thursday, May 19, 2016 12:36 PM
**To:** Chris Brown (WAC) <chrisbro@exchange.microsoft.com>; William Su <ruiwensu@microsoft.com>; Nate Waddoups <Nate.Waddoups@microsoft.com>; Matt Swann (ODSP SECURITY) <mswann@exchange.microsoft.com>; Mauktik Gandhi <mgandhi@microsoft.com>; Sarat Subramaniam <sasubram@exchange.microsoft.com>; Shashank Kavishwar <Shashank.Kavishwar@microsoft.com>; Eugene Lin <Eugene.Lin@microsoft.com>; Jeff McDowell <jmcdowe@exchange.microsoft.com>; Rebecca Lawler <relawler@microsoft.com>; Ryan Gregg <rgregg@exchange.microsoft.com>; Jacky Huang <jackyh@exchange.microsoft.com>
**Cc:** Steve Rayson <srayson@exchange.microsoft.com>; Ali Malik <alimalik@microsoft.com>; Titus Miron <titusm@exchange.microsoft.com>; Troy Funk <Troy.Funk@microsoft.com>; Bulent Egilmez <bulenteg@exchange.microsoft.com>; Tommy Tang <hatang@microsoft.com>
**Subject:** RE: Integrating Sonar with OneDrive For Business

[+Jacky]
Thanks guys.

*Re: safelinks domain breaks new deep-linking scenarios.*
This seems pretty bad. I'm going to start another thread with the right folks for this. Who should be included from this thread? To recap, the desire from OneDrive and Office Client teams is that when you click on a OneDrive/SharePoint link you find anywhere, it opens not in the browser, but directly in the native app if it's installed on your device. The way this works is the app registers with the OS a list of domains for URLs that it will intercept and handle. Domains like **1drv.ms** and onedrive.live.com will be on this list. If these links get wrapped inside of 'safelinks.protection.outlook.com' then this feature won't work.
[William]Daron, I did not find this to be true, at least during my testing. I sent a OneDrive PowerPoint via email to a test account that does*not* have Nate's Modern Attachment wrapping work, have my OneDrive/PowerPoint/Outlook Mobile (Acompli) all logged into that test account, and when I clicked on the PowerPoint file, it opened up the WAC page in the browser instead of going to the PowerPoint app on my phone. I am using Android. I also tested the same on a colleague's iPhone 6, and where he has the PowerPoint app as well as Outlook for iPhone, and it takes you to the browser.

CONFIDENTIAL

*Re: Sonar needs a preauth token*.
Some links will point to a file that requires the user be explicitly ACL'd on it. Is it expected that Sonar can open these?
Some links will point to a file that contains a link, but requires that it be accessed by someone within the same company. Is it expected that Sonar can open those?@Jacky Huang owns sharing links and can speak to what they can and can't do. His team is doing the work to make them work generically. I believe today they're only supported for the WAC experience and there isn't a non-hacky way for you to turn one into a download URL that you can use in the general case. The API my team is building will work when it's available, but it's dependent on the work Jacky's team is doing.

*Re: Link-translation API doesn't have download URL in the docs*
The docs are a bit terse, but the download URL would be available. Live example in OneDrive Personal:
https://1drv.ms/w/s!Aj2dHckGj2TUhNEaI6EpCsNz411_PQ?api=sr

```
{
    ...
    "@content.downloadUrl":"https://...",
    "name":"Document1.docx",
    "size":14408,
    "id":"d4648f06c91d9d3d!75930"
    ...
}
```

*Re: appending a query parameter that leads directly to file download.*
I think this falls into the bucket of the API we're building. For example, we could have "?api=dl" redirect to the download url. There may be reasons not to do that, though, so I'd prefer to start with the existing API.

*Re: immediate term*
Since my API won't be available for a few months, we'll need to hear from @Jacky Huang about whether there's anything you can do with sharing links today. Note that the key here is that you're relying on the link for authentication. If you were a full-trust app that could read arbitrary customer content, as Matt had suggested below, then you wouldn't rely on sharing links to grant access. You could just address the content directly through the canonical URL.

Another option to consider is baking this into the WAC somehow. Since the entrypoint goes to a WAC page, anyway (which is safe), you could hide WAC's 'open-in-client' link behind Sonar, and then at that point WAC could give you a download URL to use.

daron

**From:** Chris Brown (WAC)
**Sent:** Thursday, May 19, 2016 11:04 AM
**To:** William Su <ruiwensu@microsoft.com>; Nate Waddoups <Nate.Waddoups@microsoft.com>; Daron Spektor <dspektor@microsoft.com>; Matt Swann (ODSP SECURITY) <mswann@exchange.microsoft.com>; Mauktik Gandhi <mgandhi@microsoft.com>; Sarat Subramaniam <sasubram@exchange.microsoft.com>; Shashank Kavishwar <Shashank.Kavishwar@microsoft.com>; Eugene Lin <Eugene.Lin@microsoft.com>; Jeff McDowell <jmcdowe@exchange.microsoft.com>; Rebecca Lawler <relawler@microsoft.com>; Ryan Gregg <rgregg@exchange.microsoft.com>
**Cc:** Steve Rayson <srayson@exchange.microsoft.com>; Ali Malik <alimalik@microsoft.com>; Titus Miron <titusm@exchange.microsoft.com>; Troy Funk <Troy.Funk@microsoft.com>; Bulent Egilmez <bulenteg@exchange.microsoft.com>; Tommy Tang <hatang@microsoft.com>
**Subject:** RE: Integrating Sonar with OneDrive For Business

I can speak up and say that you can always remove &web=1 for your scanner. That's a well-known query param that's been in use for at least five years.

-Chris Brown (chrisbro)

**From:** William Su
**Sent:** Wednesday, May 18, 2016 7:54 PM
**To:** Nate Waddoups <Nate.Waddoups@microsoft.com>; Daron Spektor <dspektor@microsoft.com>; Chris Brown (WAC) <chrisbro@exchange.microsoft.com>; Matt Swann (ODSP SECURITY) <mswann@exchange.microsoft.com>; Mauktik Gandhi <mgandhi@microsoft.com>; Sarat Subramaniam <sasubram@exchange.microsoft.com>; Shashank Kavishwar <Shashank.Kavishwar@microsoft.com>; Eugene Lin <Eugene.Lin@microsoft.com>; Jeff McDowell <jmcdowe@exchange.microsoft.com>; Rebecca Lawler <relawler@microsoft.com>; Ryan Gregg <rgregg@exchange.microsoft.com>
**Cc:** Steve Rayson <srayson@exchange.microsoft.com>; Ali Malik <alimalik@microsoft.com>; Titus Miron <titusm@exchange.microsoft.com>; Troy Funk <Troy.Funk@microsoft.com>; Bulent Egilmez <bulenteg@exchange.microsoft.com>; Tommy Tang <hatang@microsoft.com>
**Subject:** RE: Integrating Sonar with OneDrive For Business

Daron,

Please let me quote-and-reply below:
- Outlook wants to make sure that links in mail are safe.
- Sonar can download content and validate it.[William] Yes, that is the plan.
- Some links point to a safe web experience that renders content, and not the actual content itself.[William] It seems by default that any modern attachment shared as a OneDrive attachment is in the form where when user clicks on it, it takes the user to the WAC page.

CONFIDENTIAL

MSFT_TOC00035755

- - Although the web experience is safe, Outlook still wants to validate the full content, presumably because there are flows that can use the safe web link to open content in rich clients directly, thereby bypassing the web experience.
    - § **Question: If outlook wraps all urls with 'safelinks.protection.outlook.com,' then how does mobile deep-linking work (click a link and it opens in the right app rather than the web?) My understanding is it relies on the domain of the link the user clicks on to be registered with another app on the device. If all of the links point to outlook.com now, this seems like it won't work…**[William]This I have tested on my phone, and it doesn't seem to be the case, although Windows Phone may be different (I am using Android). What I see is when a Modern Attachment comes in via email, when I click on the link to the document, it takes me to the WAC page even though I do have Microsoft PowerPoint downloaded on my phone. I tested this with both an account that doesn't have Nate's work (Safe Links wrapping for modern attachments) and one that has Nate's code, there was no difference between the behaviors other than with the tenant having Modern Attachment Safe Links wrapping enabled, there is a brief redirect from the SafeLink'ed page to the WAC page. It doesn't seem to take me to the mobile app either way.
  - Sonar needs a way to download the actual content, not the HTML of the web experience.[William] Yes, that is the plan, so SONAR can correctly detect any macro downloader and etc. malwares.
- The contract between the service and the user is, "here's a link that does something reasonable when you click on it." This may not necessarily be the binary content.
- Sonar can't rely on the link-to-user contract to get the binary content.
- Sonar authenticates as a full-trust 1st-party, so it doesn't need to use any special auth tokens on a file. It can read anything globally with no exceptions.[William] If I am understand you correctly, you're saying that SONAR will not have a problem with opening files inside its VMs if it doesn't have the user authentication for files that aren't shared publicly. That is not true – SONAR *would* require pre-existing authentication; it cannot auto-authenticate to a OneDrive link. Is there any other way that can have the auth passed, or any alternative solution here? The majority of documents are not going to be public. If a rogue attacker simply creates a malicious file and share it with only the Office team within Microsoft, this feature should be able to catch this zero-day attack.

Is everything above correct?

Lots of apps need an API to convert user-facing links to app-usable links. We're working on such an API for ODB/SPO right now. Currently it's only available for OneDrive Consumer, though. https://dev.onedrive.com/shares/shares.htm

The gist is you take the user-facing link, base64 it, and make a call to https://{api-endpoint}/shares/u!{base64-of-user-link}. This returns back metadata about the item, including its download url. [William] I clicked on the link above (the API for OneDrive Consumer), and I don't see the download url given, only the file name.
This leaves the problem of discovering what the right {api-endpoint} is in the first place. Our plan is to make the user-facing link redirect to the '/shares/' link above if you attach a query parameter like **?api=5**.

I'm sure that all sounds good, but it's months away, and you need a solution right now.[William] Pretty much, and for OneDrive for Business.

From the examples below, it looks like the links being sent around happen to be the file's canonical url (a friendly path-based URL on sharepoint), with some additional query parameters that invoke the web viewer and possibly contain an auth token. It's likely the case that if you just chop off all of the query parameters, you'll be able to get the content. The problem is that we can't guarantee that to be true forever. As part of new work around sharing links, URL shortening, deep linking, etc., the format of these URLs may change, and you're really going to need this API to have a robust solution.

Maybe a reasonable interim solution until the API available is:
- In parallel:
  - Sonar first uses the raw URL
    - § In these cases it doesn't yield any interesting content, but just in case it does, you've got that base covered.
  - Sonar strips query params and does another download
    - § In most cases today, you'll probably get the content.

[William] In the example immediately below, the ?d=ID query contains the location information and doc ID, so if the file gets moved somewhere else, the link still locates the file. And it would seem that there are a few different queries, and sometimes there is no query at all. In fact, I sent myself a mail earlier with a modern attachment, and the only parameter was "?web=1". If I move the file within OneDrive, say, to a different folder, then I no longer have access directly from the mail I received to that file because the file location has changed, so it doesn't seem like the "?d=ID" query is always there, either. It would be good to know all different sorts of queries that would append the file name and how many different formats do we expect to see, so we can start coding up this approach.***Could you please provide us with these information?*** Also, is any aforementioned a potential concern if we proceed with this approach?

What Nate proposed was also interesting, and it would work… Say if there's some kind of query that we can add such as appending "&action=download", then it would guarantee to trigger the downloadable version of the file, it'd work too. This then would get rid of the concern where we have to strip other important parts of the query such as the "d=ID". Is this a feasible approach?

In the future, Sonar replaces the query-param-stripping step with:
- Append query param **?api=5** (or whatever we land on) and follow the redirect.
- If the response is recognized as a valid Shares API response, parse out the download URL and download the content from that.

[William] Certainly we don't want to proceed with the first approach as a long term solution. The solution would certainly be an API.

Thanks,

William Su
Program Manager
IP Organizational Security
30\1203, REDMOND
Microsoft

CONFIDENTIAL

MSFT_TOC00035756

**From:** Nate Waddoups
**Sent:** Wednesday, May 18, 2016 11:41 AM
**To:** Daron Spektor <dspektor@microsoft.com>; William Su <ruiwensu@microsoft.com>; Chris Brown (WAC) <chrisbro@exchange.microsoft.com>; Matt Swann (ODSP SECURITY) <mswann@exchange.microsoft.com>; Mauktik Gandhi <mgandhi@microsoft.com>; Sarat Subramaniam <sasubram@exchange.microsoft.com>; Shashank Kavishwar <Shashank.Kavishwar@microsoft.com>; Eugene Lin <Eugene.Lin@microsoft.com>; Jeff McDowell <jmcdowe@exchange.microsoft.com>; Rebecca Lawler <relawler@microsoft.com>; Ryan Gregg <rgregg@exchange.microsoft.com>
**Cc:** Steve Rayson <srayson@exchange.microsoft.com>; Ali Malik <alimalik@microsoft.com>; Titus Miron <titusm@exchange.microsoft.com>; Troy Funk <Troy.Funk@microsoft.com>; Bulent Egilmez <bulenteg@exchange.microsoft.com>
**Subject:** Re: Integrating Sonar with OneDrive For Business

That all looks right to me.

The desktop Outlook team is planning to follow HTTP redirects in order to get the URL that will be passed to the OS. So, for example, when the user clicks on something with a wrapped link, (i.e. http://safelinks.prot....) they'll hit that URL and see where the safelinks server redirects to. That will either be the original URL (so the OS launches the client app) or it will be a warning page on the safelinks server.

The short-term/long-term approach seems like a good idea. But if using modified query strings to invoke new features on the server is practical for the long term... then can OneDrive just have the request with the modified query string send back the original file in the response? E.g. could Sonar append "&action=download" to any URL to retrieve the file?

That approach might simplify some existing OWA code as well.

---

**From:** Daron Spektor
**Sent:** Wednesday, May 18, 2016 11:11:49 AM
**To:** William Su; Nate Waddoups; Chris Brown (WAC); Matt Swann (ODSP SECURITY); Mauktik Gandhi; Sarat Subramaniam; Shashank Kavishwar; Eugene Lin; Jeff McDowell; Rebecca Lawler; Ryan Gregg
**Cc:** Steve Rayson; Ali Malik; Titus Miron; Troy Funk; Bulent Egilmez
**Subject:** RE: Integrating Sonar with OneDrive For Business

Thanks everyone.
Let me try to compile everything I think I know so far.

- Outlook wants to make sure that links in mail are safe.
- Sonar can download content and validate it.
- Some links point to a safe web experience that renders content, and not the actual content itself.
    - Although the web experience is safe, Outlook still wants to validate the full content, presumably because there are flows that can use the safe web link to open content in rich clients directly, thereby bypassing the web experience.
        - § Question: If outlook wraps all urls with 'safelinks.protection.outlook.com,' then how does mobile deep-linking work (click a link and it opens in the right app rather than the web?) My understanding is it relies on the domain of the link the user clicks on to be registered with another app on the device. If all of the links point to outlook.com now, this seems like it won't work…
    - Sonar needs a way to download the actual content, not the HTML of the web experience.
- The contract between the service and the user is, "here's a link that does something reasonable when you click on it." This may not necessarily be the binary content.
- Sonar can't rely on the link-to-user contract to get the binary content.
- Sonar authenticates as a full-trust 1st-party, so it doesn't need to use any special auth tokens on a file. It can read anything globally with no exceptions.

Is everything above correct?

Lots of apps need an API to convert user-facing links to app-usable links. We're working on such an API for ODB/SPO right now. Currently it's only available for OneDrive Consumer, though. https://dev.onedrive.com/shares/shares.htm

The gist is you take the user-facing link, base64 it, and make a call to https://{api-endpoint}/shares/u!{base64-of-user-link}. This returns back metadata about the item, including its download url.
This leaves the problem of discovering what the right {api-endpoint} is in the first place. Our plan is to make the user-facing link redirect to the '/shares/' link above if you attach a query parameter like **?api=5**.

I'm sure that all sounds good, but it's months away, and you need a solution right now.

From the examples below, it looks like the links being sent around happen to be the file's canonical url (a friendly path-based URL on sharepoint), with some additional query parameters that invoke the web viewer and possibly contain an auth token. It's likely the case that if you just chop off all of the query parameters, you'll be able to get the content. The problem is that we can't guarantee that to be true forever. As part of new work around sharing links, URL shortening, deep linking, etc., the format of these URLs may change, and you're really going to need this API to have a robust solution.

Maybe a reasonable interim solution until the API available is:
- In parallel:
    - Sonar first uses the raw URL
        - § In these cases it doesn't yield any interesting content, but just in case it does, you've got that base covered.

CONFIDENTIAL

MSFT_TOC00035757

- o Sonar strips query params and does another download
  - § In most cases today, you'll probably get the content.

In the future, Sonar replaces the query-param-stripping step with:
- Append query param **?api=5** (or whatever we land on) and follow the redirect.
- If the response is recognized as a valid Shares API response, parse out the download URL and download the content from that.

What are folks' thoughts about this?

daron


**From:** William Su
**Sent:** Tuesday, May 17, 2016 5:59 PM
**To:** Nate Waddoups <Nate.Waddoups@microsoft.com>; Chris Brown (WAC) <chrisbro@exchange.microsoft.com>; Daron Spektor <dspektor@microsoft.com>; Matt Swann (ODSP SECURITY) <mswann@exchange.microsoft.com>; Mauktik Gandhi <mgandhi@microsoft.com>; Sarat Subramaniam <sasubram@exchange.microsoft.com>; Shashank Kavishwar <Shashank.Kavishwar@microsoft.com>; Eugene Lin <Eugene.Lin@microsoft.com>; Jeff McDowell <jmcdowe@exchange.microsoft.com>; Rebecca Lawler <relawler@microsoft.com>; Ryan Gregg <rgregg@exchange.microsoft.com>
**Cc:** Steve Rayson <srayson@exchange.microsoft.com>; Ali Malik <alimalik@microsoft.com>; Titus Miron <titusm@exchange.microsoft.com>; Troy Funk <Troy.Funk@microsoft.com>; Bulent Egilmez <bulenteg@exchange.microsoft.com>
**Subject:** RE: Integrating Sonar with OneDrive For Business

Hi Nate,

You are correct. And if the downloadable object is found to be malicious, we'd even want to block the access to the WAC page of the malicious file, too (both download link and WAC link).

Thanks,

William Su
Program Manager
IP Organizational Security
30\1203, REDMOND
Microsoft


**From:** Nate Waddoups
**Sent:** Tuesday, May 17, 2016 5:23 PM
**To:** William Su <ruiwensu@microsoft.com>; Chris Brown (WAC) <chrisbro@exchange.microsoft.com>; Daron Spektor <dspektor@microsoft.com>; Matt Swann (ODSP SECURITY) <mswann@exchange.microsoft.com>; Mauktik Gandhi <mgandhi@microsoft.com>; Sarat Subramaniam <sasubram@exchange.microsoft.com>; Shashank Kavishwar <Shashank.Kavishwar@microsoft.com>; Eugene Lin <Eugene.Lin@microsoft.com>; Jeff McDowell <jmcdowe@exchange.microsoft.com>; Rebecca Lawler <relawler@microsoft.com>; Ryan Gregg <rgregg@exchange.microsoft.com>
**Cc:** Steve Rayson <srayson@exchange.microsoft.com>; Ali Malik <alimalik@microsoft.com>; Titus Miron <titusm@exchange.microsoft.com>; Troy Funk <Troy.Funk@microsoft.com>; Bulent Egilmez <bulenteg@exchange.microsoft.com>
**Subject:** Re: Integrating Sonar with OneDrive For Business

I don't have any examples handy, but I'm told they can be created with Sharepoint's UI.

William, if I understand your team's design correctly, you need to be able to convert any OneDrive viewing URL (WAC URL) into a download URL, so that you can add the download URL to the list of URLs that are sent to Sonar. Then Sonar needs to be able to download the target file, regardless of any permissions that are associated with the URL and/or target file.

---

**From:** William Su
**Sent:** Tuesday, May 17, 2016 17:14
**To:** Nate Waddoups; Chris Brown (WAC); Daron Spektor; Matt Swann (ODSP SECURITY); Mauktik Gandhi; Sarat Subramaniam; Shashank Kavishwar; Eugene Lin; Jeff McDowell; Rebecca Lawler; Ryan Gregg
**Cc:** Steve Rayson; Ali Malik; Titus Miron; Troy Funk; Bulent Egilmez
**Subject:** RE: Integrating Sonar with OneDrive For Business

Nate/Rebecca,

Do we have the format of those links?
As for SONAR, they will detonate any link that *downloads* the object. If it is also WAC, then we need to be to convert them into the downloadable format just the same. I would imagine the we can use the same solution?

CONFIDENTIAL

William Su
Program Manager
IP Organizational Security
30\1203, REDMOND
Microsoft

**From:** Nate Waddoups
**Sent:** Tuesday, May 17, 2016 5:11 PM
**To:** Chris Brown (WAC) <chrisbro@exchange.microsoft.com>; Daron Spektor <dspektor@microsoft.com>; William Su <ruiwensu@microsoft.com>; Matt Swann (ODSP SECURITY) <mswann@exchange.microsoft.com>; Mauktik Gandhi <mgandhi@microsoft.com>; Sarat Subramaniam <sasubram@exchange.microsoft.com>; Shashank Kavishwar <Shashank.Kavishwar@microsoft.com>; Eugene Lin <Eugene.Lin@microsoft.com>; Jeff McDowell <jmcdowe@exchange.microsoft.com>; Rebecca Lawler <relawler@microsoft.com>; Ryan Gregg <rgregg@exchange.microsoft.com>
**Cc:** Steve Rayson <srayson@exchange.microsoft.com>; Ali Malik <alimalik@microsoft.com>; Titus Miron <titusm@exchange.microsoft.com>; Troy Funk <Troy.Funk@microsoft.com>; Bulent Egilmez <bulenteg@exchange.microsoft.com>
**Subject:** Re: Integrating Sonar with OneDrive For Business

Rebecca just reminded me about company sharing links. OWA is still working on the UI for that, but users can already paste them into message bodies without OWA, so Sonar needs to be able to get the file from those as well.

There are probably link types that we in OWA haven't heard of yet, so I won't pretend to know the complete list. But for any link that a user could paste into a message body, Sonar should be able to retrieve the underlying file to determine whether it is safe or not.

---

**From:** Nate Waddoups
**Sent:** Tuesday, May 17, 2016 4:47:39 PM
**To:** Chris Brown (WAC); Daron Spektor; William Su; Matt Swann (ODSP SECURITY); Mauktik Gandhi; Sarat Subramaniam; Shashank Kavishwar; Eugene Lin; Jeff McDowell; Rebecca Lawler; Ryan Gregg
**Cc:** Steve Rayson; Ali Malik; Titus Miron; Troy Funk; Bulent Egilmez
**Subject:** Re: Integrating Sonar with OneDrive For Business

With this URL:
https://microsoft-my.sharepoint.com:443/personal/natew_microsoft_com/Documents/Email%20attachments/PowerPoint.pptx
The PowerPoint client can open the file. Chrome will download the file.

With this URL:
https://microsoft-my.sharepoint.com/personal/natew_microsoft_com/Documents/Email%20attachments/PowerPoint.pptx?d=w6db18c7873ee47b6a129391bf31cc2e7
Powerpoint gives an error message. Chrome displays the file using WAC.

The latter is an example of what we pass around in modern attachments. William's team also needs to be able to retrieve the underlying file when users paste URLs like it into the message body - from a phishing perspective, that carries exactly the same risk, and most attacks today use links in the body.

And just for completeness, they have the same requirements for files on OneDrive.com, and will also need to be able to handle OneDrive.com's new shortened links when those go live.

---

**From:** Chris Brown (WAC)
**Sent:** Tuesday, May 17, 2016 4:13:49 PM
**To:** Nate Waddoups; Daron Spektor; William Su; Matt Swann (ODSP SECURITY); Mauktik Gandhi; Sarat Subramaniam; Shashank Kavishwar; Eugene Lin; Jeff McDowell; Rebecca Lawler; Ryan Gregg
**Cc:** Steve Rayson; Ali Malik; Titus Miron; Troy Funk; Bulent Egilmez
**Subject:** RE: Integrating Sonar with OneDrive For Business

What does that URL do if you try to open it directly from the PPT client? Does it fetch the file?

-Chris Brown (chrisbro)

**From:** Nate Waddoups
**Sent:** Tuesday, May 17, 2016 4:11 PM
**To:** Daron Spektor <dspektor@microsoft.com>; William Su <ruiwensu@microsoft.com>; Matt Swann (ODSP SECURITY) <mswann@exchange.microsoft.com>; Chris Brown (WAC) <chrisbro@exchange.microsoft.com>; Mauktik Gandhi <mgandhi@microsoft.com>; Sarat Subramaniam <sasubram@exchange.microsoft.com>; Shashank Kavishwar <Shashank.Kavishwar@microsoft.com>; Eugene Lin <Eugene.Lin@microsoft.com>; Jeff McDowell <jmcdowe@exchange.microsoft.com>; Rebecca Lawler <relawler@microsoft.com>; Ryan Gregg <rgregg@exchange.microsoft.com>
**Cc:** Steve Rayson <srayson@exchange.microsoft.com>; Ali Malik <alimalik@microsoft.com>; Titus Miron <titusm@exchange.microsoft.com>; Troy Funk <Troy.Funk@microsoft.com>; Bulent Egilmez

<bulenteg@exchange.microsoft.com>
**Subject:** Re: Integrating Sonar with OneDrive For Business

William's team just requires a URL that will download the document. The syntax of that URL is up to you and your team.

---

**From:** Daron Spektor
**Sent:** Tuesday, May 17, 2016 3:57:15 PM
**To:** William Su; Nate Waddoups; Matt Swann (ODSP SECURITY); Chris Brown (WAC); Mauktik Gandhi; Sarat Subramaniam; Shashank Kavishwar; Eugene Lin; Jeff McDowell; Rebecca Lawler; Ryan Gregg
**Cc:** Steve Rayson; Ali Malik; Titus Miron; Troy Funk; Bulent Egilmez
**Subject:** RE: Integrating Sonar with OneDrive For Business

Is all you need the canonical URL with no query parameters? Or do you need some of the query params too?

**From:** William Su
**Sent:** Tuesday, May 17, 2016 3:28 PM
**To:** Nate Waddoups <Nate.Waddoups@microsoft.com>; Daron Spektor <dspektor@microsoft.com>; Matt Swann (ODSP SECURITY) <mswann@exchange.microsoft.com>; Chris Brown (WAC) <chrisbro@exchange.microsoft.com>; Mauktik Gandhi <mgandhi@microsoft.com>; Sarat Subramaniam <sasubram@exchange.microsoft.com>; Shashank Kavishwar <Shashank.Kavishwar@microsoft.com>; Eugene Lin <Eugene.Lin@microsoft.com>; Jeff McDowell <jmcdowe@exchange.microsoft.com>; Rebecca Lawler <relawler@microsoft.com>; Ryan Gregg <rgregg@exchange.microsoft.com>
**Cc:** Steve Rayson <srayson@exchange.microsoft.com>; Ali Malik <alimalik@microsoft.com>; Titus Miron <titusm@exchange.microsoft.com>; Troy Funk <Troy.Funk@microsoft.com>; Bulent Egilmez <bulenteg@exchange.microsoft.com>
**Subject:** RE: Integrating Sonar with OneDrive For Business

Adding the SafeLinks-wrapped version of a modern attachment URL example:
https://microsoft-my.sharepoint.com:443/personal/natew_microsoft_com/Documents/Email%20attachments/PowerPoint.pptx?d=w6db18c7873ee47b6a129391bf31cc2e7
(WAC)

Thanks,

William Su
Program Manager
IP Organizational Security
30\1203, REDMOND
Microsoft

**From:** William Su
**Sent:** Tuesday, May 17, 2016 3:02 PM
**To:** Nate Waddoups <Nate.Waddoups@microsoft.com>; Daron Spektor <dspektor@microsoft.com>; Matt Swann (ODSP SECURITY) <mswann@exchange.microsoft.com>; Chris Brown (WAC) <chrisbro@exchange.microsoft.com>; Mauktik Gandhi <mgandhi@microsoft.com>; Sarat Subramaniam <sasubram@exchange.microsoft.com>; Shashank Kavishwar <Shashank.Kavishwar@microsoft.com>; Eugene Lin <Eugene.Lin@microsoft.com>; Jeff McDowell <jmcdowe@exchange.microsoft.com>; Rebecca Lawler <relawler@microsoft.com>; Ryan Gregg <rgregg@exchange.microsoft.com>
**Cc:** Steve Rayson <srayson@exchange.microsoft.com>; Ali Malik <alimalik@microsoft.com>; Titus Miron <titusm@exchange.microsoft.com>; Troy Funk <Troy.Funk@microsoft.com>; Bulent Egilmez <bulenteg@exchange.microsoft.com>
**Subject:** RE: Integrating Sonar with OneDrive For Business

Here is an example of a modern attachment link that is wrapped by Safe Links:
https://na01.safelinks.protection.outlook.com/?url=https%3a%2f%2fmicrosoft-my.sharepoint.com%3a443%2fpersonal%2fnatew_microsoft_com%2fDocuments%2fEmail%2520attachments%2fPowerPoint.pptx%3fd%3dw6db18c7873ee47b6a129391bf31cc2e7&data=02%7c01%7cadmin%40a830edad9050849AOSUHJLMIFGL.onmicrosoft.com%7cbce07a64182d4c17c4a308d36d5ba76d%7c460ba0b262674d0b9a2b91a9972bc846%7c1%7c0%7c635972212825994304&sdata=EKgXvk%2bvgObkBhO0Srq7RwuYMa78rSpVeKBBmwrqUSY%3d

And **Daron**, from the above link, what we want is to turn that into this (deleted abovered part):
https://na01.safelinks.protection.outlook.com/?url=https%3a%2f%2fmicrosoft-my.sharepoint.com%3a443%2fpersonal%2fnatew_microsoft_com%2fDocuments%2fEmail%2520attachments%2fPowerPoint.pptx&data=02%7c01%7cadmin%40a830edad9050849AOSUHJLMIFGL.onmicrosoft.com%7cbce07a64182d4c17c4a308d36d5ba76d%7c460ba0b262674d0b9a2b91a9972bc846%7c1%7c0%7c635972212825994304&sdata=EKgXvk%2bvgObkBhO0Srq7RwuYMa78rSpVeKBBmwrqUSY%3d

The first link above is WAC; the second link is the downloadable, scanable and detonatable object-pointing link that I am looking for. If this link gets passed to SONAR, our problem is resolved. Unfortunately it has been told that we cannot depend on the format of the URL, so an API is probably the go-to bet.
Does your API provide this capability? I see that yours offer a lot more beyond, such as getting the metadata. If there is already an API in place today, we'll be glad to consume it. If not, what is the timeline for your

CONFIDENTIAL

MSFT_TOC00035760

API?

As for our timeline, ideally it should be within a month or two, but we'd want to solve this issue first as right now, the WAC is being detonated, which is not what we want.

Thanks,

William

---

**From:** Chris Brown (WAC)
**Sent:** Tuesday, May 17, 2016 2:32 PM
**To:** Daron Spektor <dspektor@microsoft.com>; William Su <ruiwensu@microsoft.com>; Matt Swann (ODSP SECURITY) <mswann@exchange.microsoft.com>; Mauktik Gandhi <mgandhi@microsoft.com>; Sarat Subramaniam <sasubram@exchange.microsoft.com>; Nate Waddoups <Nate.Waddoups@microsoft.com>; Shashank Kavishwar <Shashank.Kavishwar@microsoft.com>; Eugene Lin <Eugene.Lin@microsoft.com>; Jeff McDowell <jmcdowe@exchange.microsoft.com>; Rebecca Lawler <relawler@microsoft.com>; Ryan Gregg <rgregg@exchange.microsoft.com>
**Cc:** Steve Rayson <srayson@exchange.microsoft.com>; Ali Malik <alimalik@microsoft.com>; Titus Miron <titusm@exchange.microsoft.com>; Troy Funk <Troy.Funk@microsoft.com>; Bulent Egilmez <bulenteg@exchange.microsoft.com>
**Subject:** RE: Integrating Sonar with OneDrive For Business

And William, could you provide the thread with examples of the URLs you have available to you as part of the modern attachments system?

-Chris Brown (chrisbro)

**From:** Nate Waddoups
**Sent:** Tuesday, May 17, 2016 2:38 PM
**To:** Daron Spektor <dspektor@microsoft.com>; William Su <ruiwensu@microsoft.com>; Matt Swann (ODSP SECURITY) <mswann@exchange.microsoft.com>; Chris Brown (WAC) <chrisbro@exchange.microsoft.com>; Mauktik Gandhi <mgandhi@microsoft.com>; Sarat Subramaniam <sasubram@exchange.microsoft.com>; Shashank Kavishwar <Shashank.Kavishwar@microsoft.com>; Eugene Lin <Eugene.Lin@microsoft.com>; Jeff McDowell <jmcdowe@exchange.microsoft.com>; Rebecca Lawler <relawler@microsoft.com>; Ryan Gregg <rgregg@exchange.microsoft.com>
**Cc:** Steve Rayson <srayson@exchange.microsoft.com>; Ali Malik <alimalik@microsoft.com>; Titus Miron <titusm@exchange.microsoft.com>; Troy Funk <Troy.Funk@microsoft.com>; Bulent Egilmez <bulenteg@exchange.microsoft.com>
**Subject:** Re: Integrating Sonar with OneDrive For Business

That new API may be a key part of the solution, but note that in William's scenario the Sonar code does not have the user's credentials, so it will probably need to authenticate differently than OWA does.

---

**From:** Daron Spektor
**Sent:** Tuesday, May 17, 2016 2:28:25 PM
**To:** William Su; Matt Swann (ODSP SECURITY); Chris Brown (WAC); Mauktik Gandhi; Sarat Subramaniam; Nate Waddoups; Shashank Kavishwar; Eugene Lin; Jeff McDowell; Rebecca Lawler; Ryan Gregg
**Cc:** Steve Rayson; Ali Malik; Titus Miron; Troy Funk; Bulent Egilmez
**Subject:** RE: Integrating Sonar with OneDrive For Business

[+Ryan]

We've begun work on an API that takes take an arbitrary user-facing URL and gives you the file metadata for it (along with the ability to download the content). It's not available yet, though. What are your timelines for this?

daron

**From:** William Su
**Sent:** Monday, May 16, 2016 6:31 PM
**To:** Matt Swann (ODSP SECURITY) <mswann@exchange.microsoft.com>; Chris Brown (WAC) <chrisbro@exchange.microsoft.com>; Mauktik Gandhi <mgandhi@microsoft.com>; Sarat Subramaniam <sasubram@exchange.microsoft.com>; Nate Waddoups <Nate.Waddoups@microsoft.com>; Shashank Kavishwar <Shashank.Kavishwar@microsoft.com>; Eugene Lin <Eugene.Lin@microsoft.com>; Jeff McDowell <jmcdowe@exchange.microsoft.com>; Rebecca Lawler <relawler@microsoft.com>; Daron Spektor <dspektor@microsoft.com>
**Cc:** Steve Rayson <srayson@exchange.microsoft.com>; Ali Malik <alimalik@microsoft.com>; Titus Miron <titusm@exchange.microsoft.com>; Troy Funk <Troy.Funk@microsoft.com>; Bulent Egilmez <bulenteg@exchange.microsoft.com>
**Subject:** RE: Integrating Sonar with OneDrive For Business

Thanks, Matt.

CONFIDENTIAL

**Daron** – Our team is trying to build a feature to have modern attachments (OneDrive) detonated and scanned for ZeroDay malware in VMs. Today, the work to protect modern attachments by Safe Links is done, but the detonation part has met with some difficulty, in that by default, opening a modern attachment from email takes you to the WAC page, however, SONAR (the team with the sandboxed VMs) can only effectively detonate downloadable *objects*, not the WAC page. Do you have any suggestions, such as an API that we can use. We're exploring our options here.


Thanks,

William Su
Program Manager
IP Organizational Security
30\1203, REDMOND
Microsoft


**From:** Matt Swann (ODSP SECURITY)
**Sent:** Monday, May 16, 2016 5:12 PM
**To:** William Su <ruiwensu@microsoft.com>; Chris Brown (WAC) <chrisbro@exchange.microsoft.com>; Mauktik Gandhi <mgandhi@microsoft.com>; Sarat Subramaniam <sasubram@exchange.microsoft.com>; Nate Waddoups <Nate.Waddoups@microsoft.com>; Shashank Kavishwar <Shashank.Kavishwar@microsoft.com>; Eugene Lin <Eugene.Lin@microsoft.com>; Jeff McDowell <jmcdowe@exchange.microsoft.com>; Rebecca Lawler <relawler@microsoft.com>; Daron Spektor <dspektor@microsoft.com>
**Cc:** Steve Rayson <srayson@exchange.microsoft.com>; Ali Malik <alimalik@microsoft.com>; Titus Miron <titusm@exchange.microsoft.com>; Troy Funk <Troy.Funk@microsoft.com>; Bulent Egilmez <bulenteg@exchange.microsoft.com>
**Subject:** RE: Integrating Sonar with OneDrive For Business

William, I'm adding Daron who can help you find an appropriate SharePoint API to fetch the file contents. You should also include Ali (on cc) who can help onboard your first-party app identity onto our platform if you choose to go that route.

Cheers,
Matt


**From:** William Su
**Sent:** Monday, May 16, 2016 2:36 PM
**To:** Chris Brown (WAC) <chrisbro@exchange.microsoft.com>; Matt Swann (ODSP SECURITY) <mswann@exchange.microsoft.com>; Mauktik Gandhi <mgandhi@microsoft.com>; Sarat Subramaniam <sasubram@exchange.microsoft.com>; Nate Waddoups <Nate.Waddoups@microsoft.com>; Shashank Kavishwar <Shashank.Kavishwar@microsoft.com>; Eugene Lin <Eugene.Lin@microsoft.com>; Jeff McDowell <jmcdowe@exchange.microsoft.com>; Rebecca Lawler <relawler@microsoft.com>
**Cc:** Steve Rayson <srayson@exchange.microsoft.com>; Ali Malik <alimalik@microsoft.com>; Titus Miron <titusm@exchange.microsoft.com>; Troy Funk <Troy.Funk@microsoft.com>; Bulent Egilmez <bulenteg@exchange.microsoft.com>
**Subject:** RE: Integrating Sonar with OneDrive For Business

Matt/Rebecca,

Perhaps it would be the best if we can just sit for an hour, lay out our options, and come up with a plan. Either we have the API, or if there is a link pattern that we can work with (which Rebecca has already suggest not to), or if there are any other options. Without scanning the object, just scanning the WAC is meaningless and won't catch much. This is a feature with a lot of potential, and we definitely should not leave security gaps where attackers can use OneDrive/SharePoint to attack O365 users. We (as in Microsoft) can definitely solve this problem.

I can host a meeting, and we can go to 32 or 34, if you have any suggestions. Also, if there are anyone else that should be in this meeting, please name them.


Thanks,

William Su
Program Manager
IP Organizational Security
30\1203, REDMOND
Microsoft


**From:** Chris Brown (WAC)
**Sent:** Monday, May 16, 2016 11:07 AM
**To:** Matt Swann (ODSP SECURITY) <mswann@exchange.microsoft.com>; Mauktik Gandhi <mgandhi@microsoft.com>; Sarat Subramaniam <sasubram@exchange.microsoft.com>; Nate Waddoups

<Nate.Waddoups@microsoft.com>; William Su <ruiwensu@microsoft.com>; Shashank Kavishwar <Shashank.Kavishwar@microsoft.com>; Eugene Lin <Eugene.Lin@microsoft.com>; Jeff McDowell <jmcdowe@exchange.microsoft.com>
**Cc:** Rebecca Lawler <relawler@microsoft.com>; Steve Rayson <srayson@exchange.microsoft.com>; Ali Malik <alimalik@microsoft.com>; Titus Miron <titusm@exchange.microsoft.com>; Troy Funk <Troy.Funk@microsoft.com>; Bulent Egilmez <bulenteg@exchange.microsoft.com>
**Subject:** RE: Integrating Sonar with OneDrive For Business

We speak to SharePoint over a publicly-documented protocol called WOPI. SharePoint (and any other WOPI host) implements a RESTful endpoint, a "WOPI handler". URLs to the endpoint look like https://example.com/[anything]/wopi/files/[FileID]. That URL is called the "WOPIsrc". When a WOPI host loads a web app, it passes in the WOPIsrc and an access token.

WAC can make a GET to https://[WOPIsrc]?access_token=[accesstoken] to retrieve metadata about the user & host & file, an operation we call "CheckFileInfo". It's OAuth-style so we know nothing about the user, or file, or host, except what we learn from the metadata call. Similarly we can also do a GET to https://[WOPIsrc]/contents?access_token=[accesstoken] to retrieve the content of the file, and there are other operations like update, locks, etc.

It's very rare that links go directly to WAC (and doing so is unsupported and those links break quickly). Links generally go to a page on the host and that page loads WAC in an iframe. That host page builds the WAC URL including the WOPIsrc and the access token. Host page auths the user and generates an appropriate accesstoken for WAC. Host page also knows how to build the URL to the WAC frame because host is loading & parsing our Discovery XML.

-Chris Brown (chrisbro)

**From:** Matt Swann (ODSP SECURITY)
**Sent:** Saturday, May 14, 2016 2:59 PM
**To:** Mauktik Gandhi <mgandhi@microsoft.com>; Sarat Subramaniam <sasubram@exchange.microsoft.com>; Nate Waddoups <Nate.Waddoups@microsoft.com>; William Su <ruiwensu@microsoft.com>; Shashank Kavishwar <Shashank.Kavishwar@microsoft.com>; Eugene Lin <Eugene.Lin@microsoft.com>; Jeff McDowell <jmcdowe@exchange.microsoft.com>; Chris Brown (WAC) <chrisbro@exchange.microsoft.com>
**Cc:** Rebecca Lawler <relawler@microsoft.com>; Steve Rayson <srayson@exchange.microsoft.com>; Ali Malik <alimalik@microsoft.com>; Titus Miron <titusm@exchange.microsoft.com>; Troy Funk <troyfunk@microsoft.com>; Bulent Egilmez <bulenteg@exchange.microsoft.com>
**Subject:** RE: Integrating Sonar with OneDrive For Business

I'm not sure what SharePoint API you would call to turn a WAC URL into the original SharePoint file URL, but given that the URL must contain all the information necessary for WAC to locate it in OneDrive, I can't imagine that this is an insurmountable task.

Chris, how does WAC retrieve the file from SharePoint given what we pass in the URL?

Getting Sonar working for SharePoint content is incredibly important – feel free to use me as a point of contact to help you make progress on this.


**From:** Mauktik Gandhi
**Sent:** Saturday, May 14, 2016 2:45 PM
**To:** Matt Swann (ODSP SECURITY) <mswann@exchange.microsoft.com>; Sarat Subramaniam <sasubram@exchange.microsoft.com>; Nate Waddoups <Nate.Waddoups@microsoft.com>; William Su <ruiwensu@microsoft.com>; Shashank Kavishwar <Shashank.Kavishwar@microsoft.com>; Eugene Lin <Eugene.Lin@microsoft.com>; Jeff McDowell <jmcdowe@exchange.microsoft.com>
**Cc:** Rebecca Lawler <relawler@microsoft.com>; Steve Rayson <srayson@exchange.microsoft.com>; Ali Malik <alimalik@microsoft.com>; Titus Miron <titusm@exchange.microsoft.com>; Troy Funk <troyfunk@microsoft.com>; Bulent Egilmez <bulenteg@exchange.microsoft.com>
**Subject:** RE: Integrating Sonar with OneDrive For Business

Matt, would this correctly handle the case where the link points to an intermediate URL instead of the actual file because of external sharing between organizations? Is there an API that can map any link to its file object that sonar can use for download/detonation? If so this looks like the most promising approach. William we should get the conversation with Sonar started ASAP – this will help with all link based detonation.

On Nate's comment around scanning the file in OneDrive itself – that unfortunately wont be sufficient because the focus here is detonation for catching zero-day attacks by deep scanning the file in a detonation chamber (VMs). This is an extremely expensive operation and is provided to E5 (premium SKU) customers. AV scanning is not effective for these class of attacks. We are working on providing detonation for SPO and ODfB (cc'ing Troy, Bulent who are driving the scoping) however that wont be enough because the malware file in this case would be in a spammers organization and will be shared to an E5 organization. We have the opportunity to scan when the email is shared with the link and in the future on Skype IMs.

Thanks,
Mauktik

**From:** Matt Swann (ODSP SECURITY)
**Sent:** Saturday, May 14, 2016 2:22 PM
**To:** Sarat Subramaniam <sasubram@exchange.microsoft.com>; Nate Waddoups <Nate.Waddoups@microsoft.com>; William Su <ruiwensu@microsoft.com>; Mauktik Gandhi <mgandhi@microsoft.com>; Shashank Kavishwar <Shashank.Kavishwar@microsoft.com>; Eugene Lin <Eugene.Lin@microsoft.com>; Jeff McDowell <jmcdowe@exchange.microsoft.com>
**Cc:** Rebecca Lawler <relawler@microsoft.com>; Steve Rayson <srayson@exchange.microsoft.com>; Ali Malik <alimalik@microsoft.com>; Titus Miron <titusm@exchange.microsoft.com>

**Subject:** RE: Integrating Sonar with OneDrive For Business

The Sonar service could register itself as a first-party application in AAD and the SharePoint Online service could grant that app identity the ability to read arbitrary customer content, which would allow it to retrieve content for scanning.

**From:** Sarat Subramaniam
**Sent:** Saturday, May 14, 2016 2:02 PM
**To:** Nate Waddoups <Nate.Waddoups@microsoft.com>; William Su <ruiwensu@microsoft.com>; Mauktik Gandhi <mgandhi@microsoft.com>; Shashank Kavishwar <Shashank.Kavishwar@microsoft.com>; Eugene Lin <Eugene.Lin@microsoft.com>; Jeff McDowell <jmcdowe@exchange.microsoft.com>; Matt Swann (ODSP SECURITY) <mswann@exchange.microsoft.com>
**Cc:** Rebecca Lawler <relawler@microsoft.com>
**Subject:** RE: Integrating Sonar with OneDrive For Business

And Matt

Thanks,
Sarat
We are hiring! http://aka.ms/Join.ODSP
Come reinvent content collaboration with OneDrive/SharePoint.

**From:** Sarat Subramaniam
**Sent:** Saturday, May 14, 2016 2:01 PM
**To:** Nate Waddoups <Nate.Waddoups@microsoft.com>; William Su <ruiwensu@microsoft.com>; Mauktik Gandhi <mgandhi@microsoft.com>; Shashank Kavishwar <Shashank.Kavishwar@microsoft.com>; Eugene Lin <Eugene.Lin@microsoft.com>; Jeff McDowell <jmcdowe@exchange.microsoft.com>
**Cc:** Rebecca Lawler <relawler@microsoft.com>
**Subject:** RE: Integrating Sonar with OneDrive For Business

Adding Jeff – who would have the context here.

Thanks,
Sarat
We are hiring! http://aka.ms/Join.ODSP
Come reinvent content collaboration with OneDrive/SharePoint.

**From:** Nate Waddoups
**Sent:** Friday, May 13, 2016 3:31 PM
**To:** William Su <ruiwensu@microsoft.com>; Mauktik Gandhi <mgandhi@microsoft.com>; Shashank Kavishwar <Shashank.Kavishwar@microsoft.com>; Sarat Subramaniam <sasubram@exchange.microsoft.com>; Eugene Lin <Eugene.Lin@microsoft.com>
**Cc:** Rebecca Lawler <relawler@microsoft.com>
**Subject:** Integrating Sonar with OneDrive For Business

Sarat, Eugene,

I'm on the Outlook Web App team, working on modern attachments, and Mauktik, William, and Shashank are from EXO's SafeLinks team.

First, some background...

SafeLinks is a feature that wraps URLs in messages from the internet, so that recipients can be warned if the message contains malicious content. If your mailbox is in Office365, you have probably already noticed this happening to URLs in message bodies, and it is now happening to URLs on modern attachments as well.

SafeLinks relies on a system called Sonar, which downloads files from web servers, opens them, and evaluates whether or not the file had malicious side-effects. Sonar's findings determine whether the SafeLinks URL results in a warning page for the user (if the link target is suspicious) or just redirects to the original URL (if the link target was safe).

So what's the problem?

Currently, when someone sends a modern attachment, Sonar evaluates the URL from the attachment, which points to a WAC rendering of the page. But the WAC itself is generally very safe. It doesn't execute macros, which are the biggest threat. What they would really like to do is evaluate the document that WAC is displaying, in case the user is enticed to download it and open it.

So the problem is, how can Sonar get access to a file on OneDrive For Business? Note that Sonar doesn't have credentials from sender or recipient.

My first thought is to ask whether Sonar can simply be given permission to read any file on OneDrive For Business. Keep in mind that Sonar is just a malicous software detector, owned and operated by Microsoft. I'm guessing that OneDrive For Business probably already has a virus scanner of some sort (just like the one that Exchange uses - and possibly even based on the same code), so there may be a way to plug Sonar into the same API.

Or, if that is not possible, then is there perhaps some method by which SafeLinks/Sonar can evaluate files on OneDrive For Business?

Thanks!

CONFIDENTIAL