# Exhibit 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:20-CV-60416-AMC

TOCMAIL INC., a Florida corporation,

Plaintiff,

vs.

MICROSOFT CORPORATION, a Washington corporation,

Defendant.

__________________________________/

March 17, 2021
12:04 p.m. - 6:20 p.m.

VIDEOTAPED DEPOSITION OF JASON ROGERS

TAKEN VIA ZOOM TELECONFERENCE

Taken on behalf of the Defendant before Alice J. Teslicko, RMR, Notary Public in and for the State of Florida at Large, pursuant to an Amended Notice of Taking Video-Taped Deposition in the above cause.

[redacted]

Q So above the chart -- there's four charts there. On the bottom left corner it says "Time-of-Click Submissions." What is time-of-click submissions? What does that refer to?

A So that -- once again, just from the volume, I'm making an assumption here -- not my work -- from the volume I assume that these are the asynchronous URL detonations that are happening as part of the Safe Links click action.

Q Okay, and so where it says "time-of-click" on the left, does time-of-click refer to Safe Links?

A This is actually referring to URL detonation. But yeah, it's the second URL detonation that happens. So it's the one that happens when the URL is clicked on.

So yeah, they're talking about Safe Links-wrapped URL. When it gets clicked on, we trigger a secondary asynchronous URL detonation to try to build fresh reputation.

Q So right below that you can see next to 18

and 9.5 that there's a tilde symbol. What does that tilde mean?

A I'm sorry, where are you at?

Q On the left where it says -- well, I mean, actually all along the left of where it's numbered 99 percent, 92 percent, there's a symbol there, a tilde. What does that symbol mean?

A Once again, this is not my work. I'm not positive. I'm assuming that it means approximately.

Q So under the "Time-of-Click" bullet point it says "18M submissions per day" and then it says "9.5 million unique URLs created." Do you see that?

A I do.

Q So what does the "9.5 million unique URLs created" mean?

A So out of -- it's a normalized view of volume being submitted to Sonar, so volume of URLs normalized by unique URLs. So the same URL will often get submitted more than once, maybe -- you know, once as part of time of delivery, once as part of time-of-click, perhaps in multiple emails. You know, resubmissions happen after periods of time.

So the 18 million submissions that were happening per day represented nine and a half million unique URLs.

Q Okay. So does that mean that approximately 9.5 million unique URLs were clicked per day?

A No, it means that they were sandboxed.

Well, I guess this is specific to time-of-click, though. So it's going to be close. So the reason I say it's going to be close, if we have reputation that says that the URL is already malicious, then Safe Links would simply block the URL and we wouldn't resubmit for detonation at time-of-click.

Q Okay. So about 18 million time-of-click submissions per day and of those 18 million, about nine and a half million were unique URLs, about?

A Yes.

Q So was Safe Links responsible for protecting those 9.5 million unique URLs each day?

A Yes.

[redacted]