# Exhibit 2

Page 1

1                   UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
2
                 Case No. 20-60416-CIV-CANNON/HUNT
3
4
   TOCMAIL INC., a Florida
5  corporation,
6                    Plaintiff,
7  -vs-
8  MICROSOFT CORPORATION, a
   Washington corporation,
9
                     Defendant.
10 _____/
11
12               VIDEOTAPED DEPOSITION OF
                        AMAR PATEL
13           TAKEN PURSUANT TO RULE 30(b)(6)
14
15                 Tuesday, March 9, 2021
                   12:07 p.m. - 6:07 p.m.
16
17
                      By videoconference
18
19
20
21
22
23
24            Stenographically Reported By:
                Dianelis Hernandez, FPR
25

```
 1          A.     Yes, sir.

 2          Q.     What is evasion?

 3          A.     Evasion is a situation where an attacker

 4   will try to be deceptive where they will try to pull

 5   protection measures into thinking that their attempt is

 6   benign in order to circumvent any kind of prevention

 7   measures that would prevent a piece of e-mail, for

 8   example, from reaching an end user.

 9          Q.     Are there different types of evasion?

10          A.     Yes.

11          Q.     Can you -- let's start with this, what are

12   the different types of evasion that you are aware of?

13          A.     There is IP evasion or network evasion;

14   otherwise referred to as network evasion.  Geo evasion.

15   There can be human interaction based evasion.

16          Q.     Any others?

17          A.     There can be sandbox evasion.  And I think

18   those sort of encompasses a large group of categories

19   associated with that top.

20          Q.     Okay.  Let's start with IP evasion.  You

21   said IP evasion and network evasion are the same thing?

22          A.     We use those terms interchangeably, yes.
```



19        Q.    What is reputation block?

20        A.    A reputation block is a situation where you

21   identify known threats and then you take that knowledge

22   and put it inside of a service -- you can think of it as

23   memory -- where you can evaluate that reputation service

24   to compare something you see today to see if that URL is

25   actually noted inside of the reputation service.  And if

Page 25

```
 1   there is a match then you can take an action based on

 2   that match.

 3            Q.    Does it provide effective protection

 4   against IP evasion?

 5            A.    It can.

 6            Q.    Okay.  Can you explain how?

 7            A.    So given that threats are constantly, you

 8   know, changing and evolving, and also given the fact that

 9   attackers will use the same URL and send it to a wide

10   range of customers of Microsoft, once we identify a

11   threat it becomes a known threat.  And if that threat,

12   that URL, employs evasion and if we have it in the

13   reputation cache we can actually prevent that URL from

14   being delivered to users without having to evaluate it.

15            Q.    Okay.  So it would be effective when it's

16   been used before, when the attack has been used before,

17   it's, as you've said, stored in memory, that's when

18   reputation block would be effective against IP evasion?

19            A.    That's right.  There are other --

20            Q.    When -- sorry.  Go ahead.

21            A.    Go ahead and ask your question.

22            Q.    When did Safe Links start using reputation

23   block?

24            A.    Reputation block was a part of the original

25   feature set for Safe Links.
```

Page 27

████ ████████████████████

███████████████████████

████ █████████████████

████ ██████████████████████

████████████████████████████████

████████████

          ███████████████████

████████████████████████

████████████  ██████████████

████████████████████████

████████████████████████

```
12          Q.    So is the time travel effective against

13   protecting IP evasion?

14          A.    Time travel is effective against malicious

15   mail that was delivered, and if that malicious mail

16   contains a link that employs IP evasion, yes, it is

17   definitely effective assuming the user didn't interact

18   with that mail and we were able to remove that mail from

19   their inbox.

20          Q.    Okay.  So it would be effective if the user

21   had not already clicked on the link before it was

22   recalled?

23          A.    That's correct.
```

████  ████  ████████████████████

████  ████████████████

Page 30

13      Q.    So does dynamic e-mail delivery protects --

14  provide effective protection against IP evasion?

15      A.    It enables situations where if a phishing

16  attack, for example, is part of an attachment -- so

17  phishing attacks can come in different forms, they can be

18  inside of attachments or they can be inside of URLs, a

19  URL in the body of the e-mail.

20           If there is a situation the phishing attack

21  is inside of an attachment, and we are evaluating that

22  attachment, and we are able to catch that attachment, and

23  that attachment contains links that might exhibit IP

24  evasion and we can catch it, yes, it can provide

25  protection against links inside those documents that



Page 31

1    could employ IP evasion.

████████████████████████████     ████████

████████████████████████████████

███████████████████████

4          Q.     What is linked content detonation?

5          A.     So linked content detonation, I'll use an

6     example, a user can receive an URL or a link in the body

7     of an e-mail.  When they click on that link instead of

8     going to a website that link will take a user to a

9     document, and they will, you know, then have the

10    opportunity to interact with that document.

11              And so linked content detonation makes the

12    assumption that there are times that attackers will

13    employ a technique where instead of taking a user to a

14    website it will take them to a document.  And when they

15    do take them to a document we can actually protect the

16    user using various techniques, like antivirus, the

17    detonation of that document itself, reputation, and so

18    forth.

19         Q.     Does it provide effective protection

20    against IP evasion?

21         A.     It can provide protection against IP

22    evasion for the reasons I mentioned prior.  An example

23    would be if we had an AB sure, antivirus signature for

24    that document we can summarily discard that document and

25    prevent the delivery of that mail, you know, from

Page 33

1    reaching the user.

2         Q.    And when you say effective, I've been kind

3    of using that word loosely, but what would you consider

4    to be effective protection against IP evasion?

5         A.    Can you rephrase your question?  I'm not

6    sure I understand the question.

7         Q.    Well, you mentioned earlier that, you know,

8    we are not going to catch 100 percent of IP evasion.  So

9    in terms of -- if we said -- what would you consider to

10   be effective protection against IP evasion, catching what

11   percentage?

12        A.    The way I would answer that is it is a

13   systemic answer on how we tackle security and protecting

14   customers.  You know, hackers have to be right once.  You

15   know, Microsoft has to be right 100 percent of the time.

16   So we take different steps to make sure we provide a

17   great protection, great service for our customers, and

18   that includes hiring hackers to help us understand the

19   threat landscape, using health monitoring to know when we

20   are missing something that's a new and emergent threat,

21   rapid response where we have this follow the sun staffing

22   whereas as we discover threats we are introducing

23   protection very rapidly.

24             We use machine learning where we can create

25   protections that can adapt without having to have a human

Page 37

```
 1   advance the state of the art.
 2        Q.    What is time-of-click detonation?
 3        A.    Time-of-click detonation is a part of Safe
 4   Links.  And so if a user clicks on a link in a mail they
 5   receive, a reputation check is performed, and if the
 6   reputation check doesn't yield bad the URL then will be
 7   routed to the detonation service where we will then
 8   evaluate the URL with the detonation service itself.
 9        Q.    So what is -- the detonation service checks
10   the content in URL?
11        A.    So what the detonation service does is when
12   we receive a link we will follow that link to the
13   website, and then we'll do a couple of things.  We'll try
14   to look at the page as if a human eye would.  Human eyes
15   are very good at identifying things that are fake or
16   real, and so we built technology to look at that page as
17   if a human eye would.
18              We also know attackers can make small
19   changes in websites when they are trying to create a fake
20   website that are imperceptible to the human eye.  So we
21   use computer vision and other techniques to identify
22   changes that can't be perceived easily to then determine
23   if that website is good or bad.
24        Q.    Does it provide effective protection
25   against IP evasion?
```

Page 38

```
 1          A.    Detonation enables us to catch attacks that
 2    employ IP evasion.
 3          Q.    And how so?
 4          A.    We have different techniques that we can
 5    use.  If the website -- if we have essentially
 6    fingerprint for the characteristics of the website itself
 7    we can train machine learning models to recognize these
 8    websites and enable us to block them.  We also have the
 9    ability to route the traffic out non-Microsoft IP ranges
10    and be able to show the traffic instead of IP ranges that
11    don't belong in Microsoft.
12          Q.    And what's the difference between linked
13    content detonation and time-of-click detonation?
14          A.    Time-of-click detonation is a sequencing
15    difference.  One is a threat type and one is a feature.
16    Time-of-click detonation is a feature of Safe Links for
17    when you enable Safe Links part of receiving that
18    capability includes the idea that when a user will click
19    on a link we will route the link to detonation as a part
20    of the check.
21                Linked content detonation is an attack, is
22    a type of attack where instead of showing the user a
23    website the attacker will link the URL to a some kind of
24    document.
25          Q.    What is time of click, what does that mean?
```

Page 39

1          A.      It means when the user clicks on the URL.

2          Q.      When did Safe Links start using the

3    time-of-click detonation?

4          A.      I believe sometime in the 2017 time frame.

5          Q.      What is heuristic clustering?

6          A.      Heuristic clustering is sort of a fancy

7    term for this idea that when an attacker sends mail to

8    his or her intended victims those e-mails can exhibit

9    similar characteristics, you know, the sender, the

10   subject, the body, the content, attachments, links,

11   sender IP ranges from where the mail originated, and

12   many, many other characteristics.

13               And so what we can do is build technology

14   or machine learning models as an example or clustering

15   models, statistical models that look at the different

16   characteristics of that mail and identify mail that looks

17   very similar or identical in terms of its origin or

18   creation.  And then based on that, you know, we can check

19   a sample of -- one of the examples of that cluster and

20   determine if it's good or bad.  And then if it's bad,

21   with high confidence decide that that entire group of

22   cluster of mail is bad and then prevent that from

23   reaching an end user.

24         Q.      Does it provide effective protection

25   against IP evasion?

Page 40

```
 1        A.    It can protect against that attack vector
 2   if the determination around clustering was made without
 3   actually having to go visit the link.
 4        Q.    What does that mean?
 5        A.    All these different characteristics that I
 6   mentioned, it can -- we can often determine if a mail is
 7   good or bad without actually running a reputation check
 8   on an URL or even detonating an URL.  So if we can
 9   determine the mail is bad, you know, we actually don't
10   have to do more analysis, we can simply protect the user.
11             We can also, as I noted prior, if we have
12   prior knowledge of that link, you know, attackers will
13   use links all the time, and so if we had bad reputation
14   on that link and that link was being used in a cluster of
15   mail we can use that as a signal to, essentially, block
16   all that mail.
17             And the third way is if we detonated the
18   link, and as an example we routed that traffic out a
19   non-Microsoft IP range and determine it was bad, we can
20   then also make a determination that that entire cluster
21   was bad and prevent that mail from being delivered.  This
22   sort of goes along with this theme around ensuring we
23   have multiple ways, different layers of protection
24   because we know that attackers are trying to dream up new
25   ways to fool us into, you know, allowing mail to get to
```

Page 51



17          A.    Sonar is an internal name that refers to

18     our detonation service.

19          Q.    Does it do anything other than detonation?

20          A.    No.

21          Q.    So when Microsoft refers to URL detonation,

22     is that also referring to Sonar?

23          A.    Yes.

24          Q.    Does Sonar update the reputation server

25     that Safe Links uses?

1      A.    We provide -- Sonar provides verdicts and

2   we provide that information to the ATP reputation

3   service, and we do update the reputation service with the

4   verdicts that we -- an example would be a bad verdict on

5   URL.  We do update those servers.

6      Q.    So if Sonar was to conclude that a

7   malicious URL is safe, would Safe Links also identify

8   that malicious URL as being safe?

9      A.    Can you just repeat the question?

10      Q.    Yeah.  If Sonar were to conclude that a

11   malicious URL was safe, would Safe Links also identify

12   that URL as safe?

13      A.    Not necessarily, it just depends on how we

14   update those servers.

15      Q.    Okay.  Can you give me a situation in which

16   it would -- where Sonar would conclude that a malicious

17   URL is safe but then Safe Links would not identify it as

18   safe?

19      A.    So example of that would be we have this

20   ability to identify false -- essentially, a false

21   positive -- excuse me, a false negative.  What you are

22   referring to is a situation that we call false negative

23   where we make a determination that a URL is actually

24   clean, but it's actually bad.  We have technology in our

25   systems to reevaluate the verdicts that we render for

Page 53

1    detonation, and when we determine where we've had a false

2    negative we can take a number of steps.

3              The first is we can actually update the

4    reputation cache quickly to correct that mistake.  We

5    also have the ability to do the time traveling mechanism

6    I mentioned earlier, which is a downstream mechanism,

7    that allows to protect the user.

8              So these are two examples where if we do

9    have a false negative we actually can correct the mistake

10   before a customer is impacted.  And if the mail is

11   delivered we actually have the ability to remove the mail

12   from the user's inbox.

13             The third piece of this is what we call --

14   I'll use the term -- I'll call it a cache export, but

15   I'll use a more simpler term, we can make the reputation

16   service forget.  We can clear its memory and update its

17   memory with a new information.  And an example of that

18   could be where, let's suppose, a user in the U.S. sees an

19   URL and we call it clean.  Then a user in the UK sees the

20   same URL and we determine it's bad.  What we then do is

21   take that bad verdict and apply it globally.

22             So we will actually override the clean

23   verdict because we, you know, as we are -- this attack is

24   unfolding we are seeing the attacker actually making the

25   URL bad in some regions and clean in others.  So we can

Page 54

1    actually update the global verdict in a manner where, you

2    know, wherever we see something that's bad it will

3    override any instances of that URL being cacheless.

4         Q.    Okay.  So going back to the question I

5    asked, it sounds like what you are saying is that Safe

6    Links wouldn't also identify a malicious URL as being

7    safe when Microsoft learned there was a false negative,

8    when it learned it wasn't safe.

9              But if Microsoft hasn't learned it is a

10   false negative, so Microsoft doesn't know that it's a

11   malicious URL and Sonar concludes it's safe, would Safe

12   Links still then at that point also identify it as safe?

13        A.    Well, not necessarily because we -- Safe

14   Links will also route other -- as a part of the

15   time-of-click service Safe Links will continue to route

16   clicks on those URLs to our detonation servers.  So we'll

17   get other chances to evaluate that.  And when we evaluate

18   it again we have the opportunity to update the reputation

19   based on those new detonations of those URLs.



Page 55



Sonar can have false negatives; however,
19   that's why we have these time travel features and these
20   features where we can do verdict overrides in the
21   reputation service to still protect users, you know,
22   using this layer of protection approach.

Page 96

1  ████████████

██  ████  ████████  ████████████████████

██  ██████████████████████████████

██  ████  ██████████████  ██████████

██  ██████████████████████████████████████

██  ████████████████

7          And in this time frame we discovered

8  instances of attackers using new attack technique.  It

9  was not the most serious problem, it was one of many, not

10  the most serious.  But we used this document as a way to

11  collect our thoughts to determine what the root causes

12  were and to formulate ideas around how do we deal with

13  this problem if at that time it escalates.

14              Again, we can't predict the future.  We are

15  not guaranteeing, you know, we can stop 100 percent of

16  threats, but we are ensuring we are doing exactly what we

17  are doing in this document, understanding these threats,

18  understanding how they are being accomplished, these

19  attacks, and then introducing new measures to deal with

20  that.  And that's exactly what this document is saying.



Page 117



7          Q.    Okay.  So based on that explanation, are
8    you aware of phishing kits -- is Microsoft aware of
9    phishing kits that evade the proxy IP addresses?
10         A.    I'm not -- I'm aware of phishing kits.  I'm
11   not specifically aware of a kit that does what you are
12   describing, but that's not to say they don't exist.
13         Q.    Has Microsoft encountered phishing kits
14   that are aware of proxies?
15         A.    I don't know.

Page 132

███████████████████████████████████

2          A.    A redirection can be associated with a

3     human/machine validation evasion.  So a redirection

4     doesn't necessarily equate to network evasion.  A

5     website -- an attacker could put redirections for

6     different reasons.

7               For example, if they are targeting a

8     particular geo, they may choose -- based on the geo where

9     the user is coming from they may redirect the user to a

10    website of their choosing.  So if I'm coming, you know,

11    I'm visiting a site from the U.S. they could decide to

12    redirect my traffic to Website A, but if I'm coming from

13    the UK they can choose to redirect my traffic to Website

14    B.  And so the fact that there is a redirect doesn't

15    necessarily mean it's IP evasion.  IP evasion employs

16    redirection so that's a true statement.



Page 133

1 ████████████████████████████████

2 ████████████████████████████████

3 ██████████████████████████████████

4 ██████████████    ████████████████

5         ███   █████   ████████████████

6 ██████████████

7       ███   █████████████

8       Q.    Would you equate if there is a gap -- she

9 says the word gap.  If there is a gap in IP

10 Anonymization, does that equate to there being a gap in

11 Sonar evasion?

12             MS. LOVETT:  Objection.  Assumes facts not

13         in evidence.

14       A.    What Swaroopa is pointing out is one of

15 the -- when we write documents like this, she is trying

16 to be very objective, you know.  We ask our team members

17 to be -- have humility, to just represent the facts and

18 not be defensive, right, because we are trying to protect

19 our customers.  And so when we identify problems we want

20 to just plainly state what the problem is so that we can

21 then all understand it and then decide how we tackle it

22 together for the benefit for our customers.

23             And so what she is trying to express here

24 is the fact that, yes, we do see false negatives.  Yes,

25 we do see situations where redirection occurs.  And, yes,

Page 134

1   those false negatives associated with URLs that have

2   redirection can be network or time-based evasion as she's

3   written right there.

4   BY MR. MARTIN:

5       Q.    And would those cause a gap in Sonar

6   security?

7       A.    If we are unable --

8           MS. LOVETT:  Objection.  Assumes -- hang

9   on, Amar.  Assumes facts not in evidence.

10          You may answer.

11          THE WITNESS:  Thank you.

12      A.    If we see a gap in our protection we try to

13  identify and discover those gaps through the health

14  monitoring systems we have, the red teams, the hackers we

15  hire, the customer reports that we get.  You know, a lot

16  of times we also discover bugs in our system.  And so,

17  you know, we use that signal to improve the product.  We

18  don't guarantee that we are going to provide 100 percent

19  protection, but we do ensure that we take every step we

20  can to identify bugs in our system, problems, and

21  continue to evolve the state of the art in terms of

22  threat protection.

23  ████████████████

██  ███████      ███   ████████████████████████

██  █████████████████████████████████████████████

Page 163

7          Q.    So Mr. Patel, again, let me rephrase it to

8     see if this will help, but do you have a position on

9     whether IP evasion is the most common attack vector?

10         A.    To my knowledge, IP evasion is a known

11    attack vector.  It's one of many.  It's not the most

12    serious problem that we deal with.

13         Q.    Okay.  When you say serious, is that the

14    same as common or different than common?

15         A.    When we build our threat protection product

16    we try to understand what threats are impacting customers

17    the most, you know, the idea here is that, you know, if

18    we have a situation that is impacting lots of customers,

19    lots of tenants, you know, we want to address that

20    quickly because, obviously, whatever problem that may be

21    is having a high impact on our customers.

22                We try to understand the threat landscape.

23    The threat landscape is changing daily, literally daily.

24    Attackers are dreaming up new ways to circumvent

25    protection.  They are testing our defenses and trying to

Page 164

1   find ways to circumvent our defenses.  And so the actual

2   landscape and the make up of threats evolves and changes,

3   you know, on a weekly, monthly basis.

4            In terms of IP evasion it is not the most

5   serious threat that is causing deficiencies in our

6   ability to protect our customers.  Our goal is to ensure

7   that, you know, we stop ideally all mail from

8   reaching our -- all bad mail from reaching our customers.

9   We don't provide 100 percent guarantees because we can't

10  predict the future, but what we can do is try to identify

11  where are the most serious threats and focus on those for

12  the benefit and protection of our customer.  And in this

13  case IP evasion is not the most serious threat.

