# Exhibit 3

Page 1

              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA

          CASE NO. 20-60416-CIV- CANNON/HUNT

   TOCMAIL INC., a Florida
   corporation,

                Plaintiff,

   -vs-

   MICROSOFT CORPORATION, a
   Washington corporation,
                Defendant.
   _____/


                 VIDEOTAPED DEPOSITION OF
                        AMAR PATEL


                 Wednesday, March 10, 2021
                   12:02 p.m. - 8:58 p.m.


                      By videoconference




                 Stenographically Reported By:
                    Dianelis Hernandez, FPR

Page 20



21      A.   So Safe Links was originally created as a
22 reputation service where we used a reputation server to
23 evaluate links clicked on by users who receive links
24 within Microsoft mail, Office 365 mail.  It eventually
25 evolved as the sort of state or the art -- attacker state

Page 21

1  of the art evolved to include detonation, time-of-click
2  detonation, and it became a combination of reputation and
3  sandbox detonation.



Page 24

1 █████████████████████████████████████████████
2 ████████████████████████████████  ███████████
3 ███████████████████

4  Q.  Okay. So regarding the statement here,
5 "Mr. Patel will opine that network evasion is not the
6 most commonly observed cyberattack," would you change the
7 wording of that in any way?
8  A.  I think the wording is fine. I think
9 what's stated here is accurate, but I'm just trying to
10 clarify, you know, how I think about the problems. You
11 are asking me my opinion, but I think the way it's stated
12 here is fine.
13  Q.  Okay. What cyberattacks would be more
14 common sitting here in 2021 than network evasion?
15  A.  Well, phishing is a type of cyberattack
16 that is very common today.
17  Q.  Is it the most common?
18  A.  Phishing I would say it's most common, yes.

19 ████████████  ████████████████████████
20      █████████████
21           ███████████████████████
22        ██████████████████
23 ███████████████
24    ████    █████████████████████████
25 ███████████████████████████      ███████████████

Page 34

1  ████████████████████████████████████
2  ███████████████████████████████ ███
3  ██████████
4  ████████████
5  █████ ████████████████████████████
6  ████████████
7  ███ ████
8  ███ ██████████████████
9  ███ ████████ █████████████████
10 █████████████████████████████████
11 ████████████ ██████████████████.

12      Q.   Okay.  So it says, "URL from the message
13 was always redirecting once or twice to final site.
14 Sonar could detect phish if full URL was detonated except
15 for campaign that used geo evasion."  Do you see that?
16      A.   I do.
17      Q.   Okay.  So why would Sonar in 2020 detect
18 phish if the full URL was detonated except for campaign
19 that used geo evasion?
20      A.   And what was the date of this e-mail again?
21      Q.   It was -- Aaron can go up, but it was
22 February 2020, February 19, 2020.
23      A.   Got it.  So I think the geo-distributed
24 reputation cache hadn't been fully rolled out in this
25 time frame, I believe.  Also, it's unclear that -- there

1   is no root cause information in this mail that I can see.
2   There are different reasons why we could miss something.
3   There could be a bug in the software, there could be
4   inherent detection.  It could be that this particular URL
5   reviewed that feature in order to cache it.  So there
6   could be a different number of reasons.
7           Q.   Okay.  And then if you go down two more
8   bullet points, it says, "one of the campaigns was using
9   geo evasion and bypassed Sonar detonation."
10          A.   Yeah, I see that.
11          Q.   So in February 2020, how would attackers --
12  how were attackers using geo IP evasion to bypass Sonar
13  detonation?
14          A.   So an attacker would generally use -- could
15  generally use -- can show a recipient a website based on
16  the geo from which the click originated.  And this sort
17  of goes back to the prior points I've made.  We don't
18  guarantee that we deliver 100 percent protection to our
19  customers, but what we do is provide layers of
20  protection.
21              So in this case it appears that an URL was
22  not detected by Sonar so there was a potential for a user
23  to click on that URL potentially entering the
24  credentials.  As I noted prior we have other means to
25  ensure the customer is kept safe.  One of those means is

Page 36

1  identity protection where we can actually identify a
2  anomalous activity on that user's account and then enable
3  that -- notify and enable the user to reset their account
4  so no harm can be done.



Page 50

4  Q.  Okay.  So how does routing traffic through
5  anonymous proxy services combat Microsoft IP evasion?
6  A.  Sure.  So just to refresh when we think
7  about IP evasion, IP evasion is where an attacker is
8  choosing to show the recipient of the link that they had
9  sent a website based on where they are coming from, what
10 IP ranges they are coming from.  And so in this case when
11 we would say Microsoft IP evasion the attacker is
12 Microsoft's IP ranges and then deciding based on that
13 information to show them, you know, Site B versus Site A,
14 for example.
15       In this case if we are able to route our
16 traffic through non-Microsoft IP ranges we have the
17 ability to show the attacker a set of IP ranges that are
18 not associated with Microsoft.
19 Q.  Okay.  Can you explain so how would that
20 combat Microsoft IP evasion?
21 A.  So if attacker is deciding to show a bad
22 payload based on Microsoft IP ranges and they see
23 non-Microsoft IP ranges then we have the opportunity to
24 see that bad payload during the detonation process.

Page 51

1 [REDACTED]

2 [REDACTED]

3 [REDACTED]

4 Q. So how does routing traffic through a
5 specific region combat geo evasion?
6 A. So this is a case where an attacker may
7 decide to show the intended victim a different website
8 based on the region through which that user is visiting
9 the attacker's website. And so by geo distributing the
10 routing of our detonation traffic we have the ability to
11 show the attacker a region that they are expecting to see
12 for their intended victim.

13 [REDACTED]
14 [REDACTED]
15 [REDACTED]
16 [REDACTED]
17 [REDACTED]
18 [REDACTED]
19 [REDACTED]
20 [REDACTED]
21 [REDACTED]
22 [REDACTED]
23 [REDACTED]
24 [REDACTED]
25 [REDACTED]

Page 58



7  Q. Okay. Approach one, underneath that box we
8  just looked at says, "route traffic through anonymous
9  proxy services," and I think it gives examples, are those
10 examples, ▮▮▮▮▮▮ and ▮▮▮▮▮▮
11  A. Those are examples.

Page 60

```
10       A.   I know how we use ▮▮▮▮ today and we use
11   ▮▮▮▮ as an IP Anonymization service.  I don't know if
12   they do what you are suggesting.
13       Q.   I'm sorry, what do you mean by that?
14       A.   You had asked me, can ▮▮▮▮ have the same
15   IP ranges as a customer.  I don't know if they have that
16   kind of functionality.
17       Q.   And you said you know how Microsoft uses
18   ▮▮▮▮ now, so how does Microsoft use ▮▮▮▮ now?
19       A.   So we use ▮▮▮▮ to route our detonation
20   traffic out non-Microsoft attributable IP ranges.
```

Page 153



18   Q.   Okay.  I'm going to ask the question with
19   respect to Sonar.  So could attackers black list both
20   Microsoft and ▇▇▇▇ IP addresses to direct Sonar to a
21   benign site every time Sonar connects to a site?
22   A.   I'm not -- Sonar is a detonation service.
23   So we route traffic out Microsoft IP ranges and
24   non-Microsoft IP ranges.  You know, we can certainly
25   partner with other vendors if we wanted to but, you know,

Page 154

1  if I -- we have other measures to catch IP evasion not
2  just the measures within Sonar -- excuse me, we have
3  other measures to catch threats that exhibit IP evasion
4  not just Sonar.
5           And that includes the reputation cache,
6  which I mentioned before.  If it's a known threat, a
7  known URL that exhibits IP evasion and it's in our
8  reputation service where, you know, we didn't get that
9  reputation from Sonar but we got it from elsewhere, we
10 can still catch the threat.  So it's not factually
11 correct to say that, you know, if an attacker black
12 listed those ranges that we wouldn't catch those threats.
13       Q.   Okay.  And I understand the multiple
14 layers.  I'm just specifically referring to Sonar
15 irrespective of the other layers.
16           So my question is, though:  Can attackers
17 black list both Microsoft and ▮▮▮▮▮▮ IP addresses to
18 redirect Sonar to a benign site every time Sonar connects
19 to the site?  Again, irrespective of the other layers,
20 just specifically with respect to Sonar.
21       A.   I understand your question.  And what I'm
22 saying is when we work with our customers, our job is to
23 stop threats from reaching the inbox.  And so, you know,
24 whether it's Sonar or whether it's the upstream EOP
25 stack, whether it's the reputation stack or the identity

Page 155

1  system, it doesn't matter what catches the threat as long
2  as we prevent the threat from reaching the inbox.
3            So all I'm merely suggesting or stating is
4  our goal is to stop threats from reaching the customer.
5  That fact that an attack would do as you say would not
6  prevent us from stopping those threats.
7       Q.   Yeah, no, and I understand.  I'm
8  specifically trying to understand how Sonar works, that's
9  why I'm asking specifically with respect to Sonar.
10           So are you saying that Sonar could be
11  redirected to a benign site in that case, but then your
12  other layers would possibly catch the attack?
13      A.   We have technology that enables us, and
14  this gets into -- I need to phrase this in a particular
15  way.  We can identify a malicious URL without visiting
16  the URL.  We have the ability to develop that kind of
17  technology.  And so, you know, we don't actually have to
18  visit the URL, which means even if the attacker decided
19  to evade it doesn't matter in some cases because, you
20  know, we are not actually visiting the URL to determine
21  if it's good or bad.  And so we are developing such types
22  of technology.

[redacted]

Page 158



```
18        A.   And just technically speaking, you don't
19   redirect an IP address, you redirect HTTP traffic.  So
20   just -- the way it's stated it's a bit strange.
```

Page 164

[redacted]

```
 5      Q.    Okay.  So in this specific example, would
 6  IP Anonymization work to prevent evasion?
 7      A.    IP Anonymization works in situation where
 8  an attacker may be looking for Microsoft IP ranges where
 9  our detonation traffic is routed through non-Microsoft IP
10  range, in which case they would show us the, you know,
11  the real payload, the real attack.  That is the purpose
12  of the IP Anonymization infrastructure as we discussed
13  previously.
14      Q.    Okay.  But in this specific example
15  https://paypal.com returned a 200 OK status code.
16      A.    In your example, it's saying the attacker
17  is redirecting the traffic based on Microsoft's IP range.
18  The purpose of the IP Anonymization infrastructure is to
19  provide IP ranges that are not attributed to Microsoft.
20      Q.    So in this example, when would IP
21  Anonymization come into play?
22      A.    If an attacker is deciding to show a
23  phishing site to a customer when they see a non-Microsoft
24  IP range then IP Anonymization enable us to see that
25  phishing site because it's a non-Microsoft IP range.  I
```