# Exhibit 4

CONFIDENTIAL

Page 1

1      UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF FLORIDA
2
       CASE NO.:  20-60416-CIV-CANNON/HUNT
3
4
5   TOCMAIL, INC., a Florida
    corporation,
6
             Plaintiff,
7   v.
8   MICROSOFT CORPORATION, a
    Washington corporation,
9
             Defendant.
10  _____/
11
                          Monday, March 29, 2021
12                        12:32 p.m. - 5:26 p.m. EST
13
14
15      CONFIDENTIAL VIDEOTAPED DEPOSITION EXCERPT
16   TAKEN BY REMOTE VIDEOCONFERENCE OF ABHIJEET HATEKAR
17                     Pages 1 - 74
18
19
20
21      Taken on behalf of the Plaintiff before Yvonne
22   Corrigan, RPR, CRR, Notary Public in and for the State
23   of Florida at Large, pursuant to Notice of Videotaped
24   Deposition in the above cause.
25

```
 1    █████████████████████████████████████
 2    ██████
 3      █    ████████████████████████████████
 4    ██████   ███████████████████████████
 5    ██  █████████████████████████████
 6      █     ██    █████████████████████
 7    ██████████████████████████
 8      █   █
 9      █    █    █████████████████████
10    █████████████████████████████████
11    ███████████
12      █     ████████████████████
13      █    █    █████████████████
14    ████████████████████████████████████████
15      █    ████████████████████████████████
16    ███████████████████████████████  █████
17    ██████████████████████████████████
18      █    ████████████████████████████
19    ████████████████████████████████████
20    ███
21      █    █
22         Q.   So is there a solution now at Microsoft to
23    server-side IP evasion?
24         A.   Yes, we do.
25         Q.   Okay.  So when did that -- when did you solve
```

1  server-side IP evasion?
2         MR. TREVINO:  Objection.  Vague.
3         THE WITNESS:  I wouldn't say, you know, we
4     solved it.  We have counter technologies that can
5     identify and mitigate this problem.  But, you know,
6     attackers are, you know, challenging, coming up
7     with new techniques every day, so it's -- that's
8     why it's a harder problem.  We have to be, you
9     know, on top of it every day.
10  BY MR. MARTIN:
11      Q.  Okay.  So what you're saying is that you have
12  things to combat it, but it's a problem that's ongoing
13  so you're continuing trying to work to fight it and
14  combat it; is that what I'm understanding?
15      A.  Yes.
16      Q.  And so what are some of the measures that you
17  take to combat server-side IP evasion?
18      A.  There are -- other than -- you know, the main
19  challenge that we had before was the traffic coming from
20  Microsoft IP ranges.  So we tried to route from an IP
21  range that is not attributed to Microsoft.
22         (Court reporter seeks clarification.)
23  BY MR. MARTIN:
24      Q.  Okay.  You said attributed to Microsoft -- not
25  attributed to Microsoft?

CONFIDENTIAL

Page 33

1   A.   Yes.  This is one of the -- one of the
2   techniques that we use.
3   Q.   Any others?
4   A.   Sure.  We are -- we believe in difference in
5   depth.  So we have multi-layered -- multi-layered
6   technologies stacked to combat this problem.  There are
7   reputation-based systems, there are static-analysis
8   based systems, there are heuristics, there are
9   clustering algorithms.  We have patented various
10  clustering and static eval classified machine learning
11  models that can identify, you know, some anomalies and
12  to help us guide, you know, whether there's an evasion
13  happening or not and protect our customers.
14  Q.   Okay.  So the problem of identifying whether
15  evasion is occurring or not, IP evasion specifically, is
16  that still a problem today?
17  A.   No.
18  Q.   So you're able to do a better job of
19  identifying whether IP evasion occurred?
20  A.   Not in 100 percent of the cases, but, yes,
21  more than 95 percent of the time we are able to
22  identify.
23  Q.   You're able to identify that IP evasion took
24  place?
25  A.   Yes, and take corrective actions as well.

```
 1    █████████████████
     █ ██ ██ ██████████████████████████
     █ ████████████████████████████████
     █ ████████████████████████████████
     █ ██████████████████████████ █
     █ ██████████████████████
     █ ████████████████████████████
     █ ████████████████
     █ █ ██████████
     █    █████ █████ █████
     █ ██████
     █      █████████████
     █      ███████ █ ██████████
     █ ██████████
     █ █ ████████████████
16   A.   I'm saying IP evasion was -- as far as we
17   know, as far as my knowledge is concerned, and if my
18   memory serves right, IP evasion was not -- was not --
19   even still, not a huge problem that we dealt with, that
20   we are dealing with, to be precise.  And so when our
21   investment where -- you know, towards the bigger items
22   that we're impacting us, like scrambling.
23           █ ██████████████████████████
     █ ██████ █████████████████████████
     █ ██████████████████████████████
```

1 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓ ▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓

▓ ▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓

▓ ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓ ▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓ ▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓

▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ .

▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ And I think in late
15  2018 itself, you know, when we invested into -- into a
16  third-party solution for anonymizing IP ranges from
17  Microsoft, we started seeing, you know, huge success in
18  our effectiveness.

▓ ▓ ▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓ ▓▓▓▓▓ ▓▓▓▓▓ ▓▓▓▓▓

▓ ▓▓▓▓

▓ ▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓ ▓

▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓



```
21      A.   Yes.  I mean, I think that this question is --
22   I recall this meeting very clearly.  This was about --
23   this was not about Safe Links.  This is not talking
24   about Safe Links.  This is talking about an internal
25   tool that we use called Cloud Browse.  And Michael
```

```
1   Wise's question was, does Cloud Browse support, you
2   know, browsing from different IP addresses.  It is not
3   related to Safe Links.  And, you know, so let's not, you
4   know, confuse this.  It is related to Cloud Browse which
5   is not a public tool, this is an internal tool that we
6   use for various different purposes.
```

ATTORNEYS EYES ONLY

Page 94

```
 1     ■   ■    ■■■
 2          ■■■■■■■■     ■■■■■■■
 3     ■■■■■■■■■■■■
 4          ■■■■■■■■■
 5     ■■■■■■■
 6     ■  ■■■■■■■■■
 7     ■■■■■■■■■   ■■■
 8     ■■■■■■■■■■■■■■■■
 9     ■■■■■■■■■■■■■■■■
10     ■  ■■■■■■■■
11     ■■■■■■■■■■■
12     ■■■■■■
13     ■  ■  ■
14     ■  ■■■■■■■
15     ■■■■■■■■■■
16     ■■■■■
17     ■  ■■■■■■   ■■■
18     ■■■■■■■■■■■
19     ■■■■■■
20     Q.   And would that be a way to combat IP evasion?
21     A.   Yes, one of the ways.  As I mentioned, like,
22     you know, we have seven or eight different techniques to
23     basically combat IP evasion.  No one layer will be
24     100 percent successful.  So this could be one of the
25     layers that we are saying.
```

Page 95

1  Q.  Okay.  So how would the ▮▮▮ method be one
2  way to combat IP evasion?
3  A.  So ▮▮▮ -- the customer is already routing
4  their traffic through ▮▮▮ network.  So attacker has
5  no mean to know that, you know, whether the traffic is
6  coming from, let's say, in this particular example,
7  Adani, because their traffic is coming from ▮▮▮  So
8  what they will see is ▮▮▮ IP space, there is no
9  Adani IP space, if Adani's ▮▮▮ customer.
10       And if we are -- if Adani is also ATP
11 customer, then what we are seeing is instead of routing
12 from Microsoft IP rangers, just route it to ▮▮▮
13 ranges.  Customer has no way to know whether it is
14 coming from Adani's IP space or Microsoft IP space --
15 sorry, Adani's IP space or not, because for them, it is
16 always coming from ▮▮▮ and we are also routing
17 through ▮▮▮  So we are just morphing into that
18 traffic.
19  Q.  Okay.  So the attackers can't see the
20 Microsoft IP address?
21  A.  Yes, they won't be able to see it.
22 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮