# EXHIBIT 2

Page 1

1                 UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA
2                 CIVIL ACTION NO. 0:20-cv-60416

3

4     TOCMAIL, INC., a Florida corporation,

5                 Plaintiff,

6     -vs-

7

      MICROSOFT CORPORATION, a Washington

8     corporation,

9

                  Defendant.

10    _____/

11

12

13

                          Zoom Remote Proceedings
14                        Monday, March 22, 2021
                          11:04 a.m. - 5:53 p.m.

15

16          VIDEOTAPED VIDEO TELECONFERENCE DEPOSITION OF
                      KEITH URGONE, Ph.D.

17

18

19

20

21

22

23

                      Taken before Robyn Maxwell, RPR, FPR,
24    RSA, and Notary Public in and for the State of Florida at
      Large, pursuant to Notice of Taking Deposition filed in
25    the above-mentioned cause.

```
                                                     Page 2
 1    APPEARANCES (VIA VIDEOCONFERENCE):
 2
 3        ON BEHALF OF THE PLAINTIFF:
              JOSHUA DAVID MARTIN, ESQUIRE
 4            josh.martin@johnsonmartinlaw.com
              JOHNSON & MARTIN, P.A.
 5            500 W. Cypress Creek Road
              Suite 430
 6            Fort Lauderdale, FL 33309
              954.790.6699
 7
 8
          ON BEHALF OF THE DEFENDANT:
 9            MARY-OLGA LOVETT, ESQUIRE
              lovettm@gtlaw.com
10            JEREMY SIMMONS, ESQUIRE
              simmonsje@gtlaw.com
11            GREENBERG TRAURIG LLC
              1000 Louisiana Street
12            Suite 1700
              Houston, TX 77002
13            713.374.3541
14
              EVELYN ANNE COBOS, ESQUIRE
15            cobose@gtlaw.com
              GREENBERG TRAURIG
16            333 Avenue of the Americas
              Suite 4400
17            Miami, FL 33131
              305.579.0506
18
19
20
          VIDEOGRAPHER:  ALAN PALLER
21
          ALSO PRESENT:
22            RACHEL HYMEN, CAMERON ROTH, AARON WOLKE, MARCY
          GORE
23
24
25
```

```
                                                    Page 3
 1                   INDEX OF PROCEEDINGS
 2     WITNESS                                     PAGE
 3     KEITH UGONE, Ph.D.
       DIRECT EXAMINATION BY MR. MARTIN             6
 4     CROSS-EXAMINATION BY MS. LOVETT             213
       REDIRECT EXAMINATION BY MR. MARTIN          221
 5
       CERTIFICATE OF OATH OF WITNESS              228
 6     REPORTER'S DEPOSITION CERTIFICATE           229
       READ & SIGN LETTER TO WITNESS               230
 7     ERRATA SHEET                                231
 8
                        PLAINTIFF EXHIBITS
 9
        EXHIBIT            DESCRIPTION             PAGE
10
       Exhibit 1   12/7/2020 Rebuttal Expert Report   6
11                 of Keith R. Ugone, Ph.D.
                   CONFIDENTIAL - COUNSEL ONLY
12
       Exhibit 2   15 U.S. Code § 1117 -           132
13                 Recovery for violation of
                   rights
14
       Exhibit 3   Ugone - Appendix A             144
15
       Exhibit 4   Ugone Exhibit 9, Microsoft's   144
16                 Monthly Gross Margin For Office
                   365 Commerical Product
17                 CategoryReported In Product
                   Breakdown ReportsJuly 2015 - June
18                 2020
                   CONFIDENTIAL - COUNSEL ONLY
19
       Exhibit 5   Ugone Exhibit 4 Summary of      162
20                 Microsoft Consumer Subscription
                   Products
21                 CONFIDENTIAL - COUNSEL ONLY
22     Exhibit 6   Ugone Exhibit 7, Companies In the  179
                   Email Security Sector With
23                 Publicly Available Financial
                   Information
24                 CONFIDENTIAL - COUNSEL ONLY
25
```

```
                                          Page 143
 1            Okay.  Yeah, Aaron, can you go all the way
 2       down to page 111.
 3            It doesn't look like the whole document
 4       loaded.  Just give us a second.
 5            THE WITNESS:  If you want to tell me what
 6       page it is in the appendix I can get there before
 7       you load it so I have it.
 8            MR. MARTIN:  Yeah, it looks like page 111
 9       is from what I noted here.  You can --
10            THE WITNESS:  No, but that -- that's -- is
11       that a PDF page?  Do you have just a normal page
12       number at the bottom?
13            MR. MARTIN:  It was Exhibit 9.  I can get
14       that for you.  Give me one second.
15            THE WITNESS:  Yeah, I know what you're
16       talking about, Exhibit 9.
17            MR. MARTIN:  The only page on it is page 1
18       of 3.  So --
19            THE WITNESS:  No, I found it.  I know
20       exactly what you're talking.  I thought you were
21       literally talking Appendix A.  Appendix A is
22       separate from Exhibits 1 through 9.  You want
23       Exhibit 9 of my report?
24            MR. MARTIN:  Yes, correct.
25            THE WITNESS:  So that exhibit gives all the
```

```
                                               Page 144

 1          source documents.

 2                 MR. MARTIN:  Yeah, okay.  This is easier.

 3          So Aaron's got it broken down here for us.  So go

 4          ahead and scroll, Aaron.

 5                 (Plaintiff Exhibit 3 was marked.)

 6                 (Plaintiff Exhibit 4 was marked.)

 7    BY MR. MARTIN:

 8          Q.   So this is -- this says, "Microsoft's

 9    Monthly Gross Margin Profits for Office 365."

10                 Is this what you are referring to for what

11    you relied on for those percentages?

12          A.   Yes, yes.  And I think there's, like, one

13    page for each month or something.  So that's why there's

14    the different source documents in the right-hand column.

15          Q.   Okay.  And what do those source documents

16    reflect?

17          A.   They -- I have vivid recollection of this,

18    that they'll have a revenue number, like a gross revenue

19    number.  There might be some adjustments.  There's

20    another column that says "net revenue."  There's another

21    column that says "costs of good sold."  There's another

22    column that says "gross margin."  And then there's

23    another column that says "GM" with a percentage sign,

24    meaning, gross margin percent.  But that's effectively

25    what's in each of these documents.
```

Page 145

1          Q.    So these percentages, were they provided to

2     you by Microsoft then, or did you conduct any type of

3     independent analysis to determine whether they were

4     accurate?

5          A.    They -- well, they're coming from documents

6     produced by Microsoft, but those numbers -- those column

7     or headings or those categories of data that I talked

8     about, revenue, I think it's -- I don't know if they

9     quite called it gross revenue, but there was revenue.

10    There was deduction.  There's net revenue.  There's cost

11    of goods sold and gross margin and gross margin percent.

12    Those are all right on the source document.  You don't

13    need to do any calculation.  Those were provided in the

14    source document.

15         Q.    Okay.  Well, exactly which products are

16    these gross margins referring to?

17         A.    For Office 365, the commercial product

18    category.

19         Q.    Okay.  Would these be also reflective of a

20    profit margin of Safe Links?

21         A.    No.  So -- so let's be a little careful

22    here.  As I said previously, companies keep data in a way

23    that's helpful for the company.  They don't necessarily

24    say to themselves, okay, I might need this other way of

25    looking at it for some litigation that pops up.  That's

Page 146

1   not what they do.  They just keep data in a way that

2   makes sense for the company.

3                 Microsoft does not keep revenue down to the

4   Soft -- Safe Links's level and does not keep

5   profitability down to the Safe Links's level.  They keep

6   the information down to a much broader grouping of

7   products.  And in this case, they had revenue and

8   profitability figures associated with Office 365, the

9   commercial product category.  So it did not go down to

10  the Safe Links's level.  It went down to this level.

11          Q.    Did you conduct any independent analysis

12  yourself of the profit margins of Safe Links?

13          A.    Not for Safe Links, no.

14          Q.    Can you tell me, with specificity, what

15  costs and expenses would be included in these

16  percentages?

17          A.    Yeah, these would -- these would basically

18  be, you know, above the line costs.  They would be the

19  costs of good sold.  You know, what's required to -- you

20  know, the direct costs associated with the product.

21          Q.    And you accept these percentages as

22  accurate?

23          A.    I am accepting these percentages as

24  accurate.  I'm not aware of any reason why they would not

25  be accurate.

Page 147

1          Q.    This is a good --

2          A.    For what -- for what they're telling us.

3          Q.    Yeah.  We've been going about an hour

4     and 10 minutes.  So you want to take a break?  This is a

5     good stopping point.

6          A.    Sure.

7                THE VIDEOGRAPHER:  This concludes Media

8          Number 2 of the videotaped deposition of Dr. Keith

9          Ugone.  The time is 3:30.  We are going off the

10         record.

11               (Recess taken, 3:30 p.m. to 3:42 p.m.)

12               THE VIDEOGRAPHER:  This begins Media

13         Number 3 of the videotaped deposition of Dr. Keith

14         Ugone.  The time is 3:42.  We are on the record.

15               MR. MARTIN:  Okay.  Aaron, will you put

16         back up the exhibit we were just last looking at,

17         Exhibit 9?

18    BY MR. MARTIN:

19         Q.    So before we move on from this data, do you

20    know whether Microsoft's cost of sales for Office 365

21    include labor costs?

22         A.    The information I have is just on the gross

23    margin.  My belief is that it would include sort of the

24    direct -- you know, the direct expenses.  I think I know

25    it goes beyond than just, you know -- you know, sending

Page 148

1    people, you know, the -- the software or just accessing

2    it.  I'm just looking at some of these numbers.  So

3    that -- that's my belief; that I think there would be

4    some components, but I think -- I don't know if there's

5    going to be a -- you know, a Microsoft 30(b)(6) witness

6    testifying to more detail about these numbers.  But they

7    would be the best person to say exactly what's included.

8              So I'm looking at documents that identify

9    the gross margin associated with this -- with this

10   product, but I don't have all of the details that are

11   included.  But this is what Microsoft looks at for the

12   gross margin for its various product categories.

13        Q.   Okay.  Do you know how much of Microsoft's

14   corporate overhead is included in the Office 365 cost

15   sales?

16        A.   You mean like an allocation of corporate?

17   I mean, my belief is that this -- these would include

18   more of the direct expenses, and what's left over goes to

19   pay for, you know, the majority of overhead.  That's why

20   you look at different profitability, you know, different

21   profitability levels.  But I don't have the breakdown for

22   these -- for these figures, but I will -- let me -- let

23   me elaborate a little bit.

24              There's these figures that are in the

25   Microsoft documents for gross margin; so that's Item

Page 149

 1    Number 1.  If you look at the source documents for other

 2    competitor products, the gross margins are not

 3    necessarily out of line with this.  And if you want to

 4    look at, sort of, the detail to those gross margins, you

 5    can go to those financial documents where I got those

 6    percentages for the competitors, and it gives the

 7    breakdown of each and every line item that's included,

 8    sort of, what I'm calling the above the line and below

 9    the line.  And plus, this is how Microsoft keeps its

10    data, but it wasn't out of line with competitors, so I

11    looked at that.

12              But also what I don't want to be lost is if

13    you go to page 70 of my report where, you know, we were

14    talking about the gross margins between, you know, 62

15    and 72 percent, what I don't want to get lost is the last

16    remaining part of that paragraph that, "In the event

17    plaintiff provides a reliable measure of Microsoft's

18    incremental revenues earned as a result of the alleged

19    wrongful conduct", then it goes on from there.  You can

20    start thinking about using these percentages applied to

21    the appropriate revenue base.  I want to make sure you're

22    not thinking that you take these revenues and apply them

23    to the number that Ms. Bour came up with, because that

24    would not be appropriate because we're talking about Safe

25    Links here.

Page 150

1            So I just want to make sure that, this is

2    at the very end of the report, that it doesn't get lost

3    with what I'm doing here, is here's one measure of

4    products for a product category.  If plaintiff ever meets

5    their burden of coming up with revenues, they can be

6    thinking about using these cost categories, and these

7    cost categories are not out of line with what we see in

8    the marketplace.

9            So that's the type of analysis that I did

10   that's in various places throughout my report on the cost

11   side.

12       Q.    So I mean, did -- with these numbers, and I

13   understand your caveat there, but for these numbers, do

14   you know any of the actual costs, like, not general

15   categories but actual costs including in the Office 365

16   cost of sales for any month?

17       A.    Yeah, I don't have the specific line items

18   that comprise the costs of goods sold.  So we know it's

19   cost of goods sold.  That usually means that it's

20   directly related to the product.  Generally, that's what

21   it means, and that's the information they -- they

22   provide, you know, rather than trying to take it anywhere

23   below that or with sub-product categories.  They look at

24   it at these higher level categories.  That's -- that's

25   the information that Microsoft keeps.

1      Q.    So in this case, Microsoft produced pivot

2   tables to us showing revenues and seats for products that

3   include Safe Links.  Did you -- have you reviewed all of

4   those tables?

5      A.    I think I've reviewed everything in this

6   case.  I may or may not remember every single spreadsheet

7   that was provided, but I think I reviewed everything.

8      Q.    Okay.  To the best of your knowledge, are

9   those pivot tables accurate?

10      A.    Yeah.  I have no reason to suspect that

11   inaccurate information was provided by Microsoft.  I

12   mean, you might want to -- I mean, that may be a question

13   for them, but my understanding is that they, you know,

14   provided truthful information, but -- but there's always

15   limitations of data.  You know, it -- it may not be

16   exactly a number that somebody wants to see, but the

17   number that it's supposed to represent, my understanding,

18   is accurate.

19      Q.    And did it include all of the revenue from

20   products sold with Safe Links included?

21      A.    I want to make sure I understand your

22   question.  I mean, wherever the different product

23   categories, I think, were that they provided information

24   on were accurate.

25      Q.    Okay.  Yeah, I'm just making -- I just want

Page 152

1    to make sure everything we received that shows the

2    revenue from the years in which it was provided, is that

3    going to accurately reflect all of the revenue for

4    product sold that includes Safe Links?

5            A.      For the products that do include Safe

6    Links -- Safe Links I think that would be accurate, yes.

7            Q.      Did you do anything to verify the accuracy

8    of the information that was provided by Microsoft

9    regarding revenue?

10           A.      Well, I think early on in my report -- let

11   me try it this way:  In paragraph 12 of my report, I

12   talked to Kathryn Griffith, a director at

13   PricewaterhouseCoopers.  Now, I think -- I think she's

14   actually designated as a 30(b)(6) witness for Microsoft.

15                   So let me make sure something's clear.  You

16   asked me if I had spoken with anybody at Microsoft and

17   the answer is -- the literal answer is no, but I don't

18   know how you treat Ms. Griffith as a 30(b)(6) witness for

19   Microsoft even though she's with PricewaterhouseCoopers.

20   I don't know how you want to count that or catalog it.

21   But I did speak with her about the three topics that are

22   listed in paragraph 12 there; how Microsoft

23   commercializes the Safe Links' feature; how Microsoft

24   accounts for the cost attributable to Safe Links; and

25   Microsoft's produced unit sales and revenue data.

Page 227

1          EXCEPT FOR ANY CORRECTIONS MADE ON
           THE ERRATA SHEET BY ME, I CERTIFY
2          THIS IS A TRUE AND ACCURATE TRANSCRIPT.

3

4          Keith Urgone, Ph.D.

5

           Sworn to and subscribed before me this
6
       day of            2021.
7
   Personally known      or I.D. _____
8

9

10

                        Notary Public in and for the
11                      State of Florida at Large
12   My commission expires:
13

14

15

16

17

18

19

20

21

22

23

24

25

Page 228

1                   CERTIFICATE OF OATH OF WITNESS

2

3      THE STATE OF FLORIDA       )

                                  )   SS:

4      COUNTY OF PALM BEACH       )

5

6

7                   I, Robyn Maxwell, Registered Professional

8      Reporter, Registered Professional Reporter, Notary Public

9      in and for the State of Florida at Large, certify that

10     the witness, KEITH UGONE, Ph.D., personally appeared

11     before me on March 22, 2021 and was duly sworn by me.

12                   WITNESS my hand and official seal this

13     22nd day of March, 2021.

14

15

16

17

18

19     *Roy Maxwell*

20

       _____

21         Robyn Maxwell, RPR, FPR, CLR

         Realtime Systems Administrator

22           Notary Public, State of Florida at Large

             Notary No. GG 194507

23           My Commission Expires: 4/4/2022

24

25

Page 229

1                REPORTER'S DEPOSITION CERTIFICATE

2

3    THE STATE OF FLORIDA  )

4    COUNTY OF PALM BEACH  )

5

6                I, Robyn Maxwell, Florida Professional

7    Reporter, certify that I was authorized to and did

8    stenographically report the deposition of KEITH UGONE,

9    Ph.D., the witness herein on March 22, 2021; that a

10   review of the transcript was requested; that the

11   foregoing pages numbered pages 1 through 231; and that

12   the transcript is a true and complete record of my

13   stenographic notes.

14                I further certify that I am not a

15   relative, employee, attorney, or counsel of any of the

16   parties, nor am I a relative or employee of any of the

17   parties' attorney or counsel connected with the action,

18   nor am I financially interested in the action.

19       DATED this 22nd day of March, 2021.

20

21

22       *Roy Maxwell*

23       _____

         Robyn Maxwell, RPR, FPR, CLR

24       Realtime Systems Administrator

25