UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60416-CIV- CANNON/HUNT

TOCMAIL INC., a Florida corporation,

        Plaintiff,

v.

MICROSOFT CORPORATION, a
Washington corporation,

        Defendant.
_____/

**PLAINTIFF'S STATEMENT OF MATERIAL FACTS IN REPLY TO DEFENDANT'S RESPONSE ADDITIONAL FACTS**

1

Plaintiff, TOCMAIL INC. ("TocMail"), by and through undersigned counsel, hereby submits its Statement of Material Facts in Reply to Defendant, MICROSOFT CORPORATION'S ("Microsoft"), Response Additional Facts (ECF No. 112):

1. Disputed. IP Cloaking is used in both phishing attacks and malware attacks, making IP Cloaking the most-common attack vector. A recent study of 2,313 server configuration files on live phishing sites revealed that 95-100% of professional phishing sites use IP evasion. TOCMAIL_00001363 at 1367 (Ex. 116) (ECF No. 110-22). In the study, 95% of the server configuration files implemented IP evasion, and the study acknowledged that the remaining sites could be implementing IP evasion via "server-side scripts (written in languages such as PHP and Python)" which is "common." *Id.* Microsoft's own internal statistics shows that 100% of ATP's failures to stop links to malware are due to IP evasion. *See* email chain with subject line: "New/Additional FY21 Budget ask for IP Evasion prevention." MSFT_TOC00111779 at 111780 (Ex. 60) (ECF No. 97-60).

2. Disputed. Phishing is not "more common than network evasion." *See* ¶ 1 above.

3. Disputed. As Microsoft itself points out, Amar Patel did not testify that phishing attacks are done through various tactics, but merely testified that he himself has not seen "phishing kits" that use IP evasion. Such testimony is meaningless given that the Sonar team does not even look at phishing kits: "we don't analyze phish kits." MSFT_TOC00063041 (**Exhibit 139**).

4. Undisputed.

5. Undisputed.

6. Undisputed.

7. Disputed. Microsoft is aware of four types of evasion, not "many" types: "We've observed four types of evasion." MSFT_TOC00042450 at 42451 (Ex. 20) (ECF No. 97-20).

Moreover, IP evasion is not merely one of many, it is literally the most-common form of evasion used with links ("URLs") – used more often than all the other types of evasion combined as confirmed in that Microsoft document: "We've confirmed through hand grading URLs that most of this is network evasion [*i.e.* IP evasion]." *Id.*; *See also* ¶ 1 above.

8. Undisputed. However, TocMail does not know if the statistics are correct.

9. Disputed in part. It is undisputed that the brochure promotes Office 365 catches 99.9% of malware and that it has the lowest phish miss rate in the industry. However, both claims are untrue. For example, Microsoft's own internal statistics show that ATP stops as little as 84% of links to malware with 100% of the failures due to IP evasion. (Ex. 60) (ECF No. 97-60, at 111780). Moreover, by failing to stop the attack used by 95-100% of professional phishing sites, Microsoft does not have the lowest phish miss rate in the industry, TocMail does. *See* ¶ 1 above.

10. Disputed. The detonation service does not always "follow that link to the website," as redirects that use IP evasion cause Sonar to "never [see] the final landing [page]." MSFT_TOC00282913 (**Exhibit 140**); *see also* ECF No. 97-53, p. 1; MSFT_TOC00042450 (ECF No. 97-20) ("Attackers are preventing us from seeing phish content/landing pages.").

11. Disputed. Microsoft fails to cite evidence to support its claim. The cited testimony of Amar Patel does not support Microsoft's claim that the reputation service "*identifies* and remembers threats" because the reputation service does not identify new threats and then remember them. On the contrary, Patel testified that the reputation service will "identify [already] known threats" (*i.e.* threats that have already been seen in the past and already determined to be bad in the past). *Patel 30(b)(6) Depo.*, 24:21 (ECF No. 112-2). A so-called "known threat" is actually nothing more than an already known bad URL, as the reputation check requires an "exact match at the time-of-click." MSFT_TOC00001079 at 1086 (ECF No. 97-11) (Ex. 11).

12. Undisputed.

13. Disputed. The combination of Safe Links' reputation and detonation service does not keep protect consumers safe, as shown in the abundance of evidence submitted by TocMail with its summary judgment briefs. For example, for reputation: Jason Rogers testified that "any kind of IP evasion technique would be meaningless for those servers. They're simply checking reputation." *Jason Rogers ("JR") Expert Depo.*, 151:18-20 (ECF No. 97-14). As for detonation (Sonar), even *today* attackers can redirect Sonar to a benign site to hide harmful content *with 100% efficacy*. *AP Ex. Depo.*, 152:20-24 (ECF No. 110-2) (Ex. 96); *JR Ex Depo.*, 82:1-7 (ECF No. 97-14). Such an attack "is easy" to do. MSFT_TOC00044022-44023 (ECF No 97-41) (Ex. 41).

14. Disputed; out-of-context citation. The quoted portion of Microsoft's paragraph is a continuation of the following: "If it's a known threat, a known URL that exhibits IP evasion and it's in our reputation service where, you know, we didn't get that reputation from Sonar but we got it from elsewhere, we can still catch the threat." *AP Ex. Depo.*, 154:6-10 (ECF No. 112-3). In other words, if that exact same URL had been used before, and if Microsoft somehow previously detected that the URL uses IP evasion (through some unspecified mechanism), then in this highly dubious, unspecified circumstance, that exact URL could be blocked by the reputation service.

15. Undisputed, but irrelevant. Whether Safe Links can detect false negatives caused by other attack vectors says nothing about Safe Links' ability to detect false negatives caused by IP evasion. In fact, an internal May 2020 discloses that Microsoft is looking to use an on-premise product ("SmartScreen") to detect Safe Links' false negatives for redirects that use IP evasion because Safe Links cannot detect these false negatives. ECF No. 97-53 at MSFT_TOC00044029.

16. Disputed. Microsoft's quote about a feature whose "job is to stop threats from reaching the inbox" (*i.e.* provide time-of-delivery protection) cannot be referring to Safe Links,

which is a post-delivery, time-of-click service, according to Microsoft's own ads. Microsoft's claim that this is a quote about "Safe Links" is contradicted by the quote itself.

17. Disputed. Amar Patel testified that it is wrong to consider functions such as Heuristic Clustering as separate layers of protection, because "you know, today Sonar actually does clustering analysis." *AP (30(6)) Depo.*, 114:8-9 (**Exhibit 141**). He stated this within the context of reaffirming that Safe Links has only two components: "Safe Links as we defined earlier is a reputation service plus the time-of-click detonation service." *Id.* at 114:5-7; *see also AP Ex. Depo.*, 20:21-21:3 ("So Safe Links was originally created as a reputation service … and it became a combination of reputation and sandbox detonation.") (**Exhibit 142**). IP evasion is "meaningless" to reputation. *JR Ex. Depo.*, 151:18-20 (ECF No. 97-14). Attackers can use IP evasion to easily bypass detonation with 100% efficacy today. *AP Ex. Depo.*, 152:20-24. (ECF No. 110-2); *JR Ex Depo.*, 82:1-7 (ECF No. 97-14); MSFT_TOC00044022 at 44023 (ECF No 97-41). Microsoft's own ads state that attackers "ensure" cloaked links bypass all EOP/ATP layers during delivery ("ensure links pass through the first round of security filters") leaving Safe Links' two components responsible for blocking the attack ("with Safe Links, we're able to protect users right at the point of click by checking the link for reputation and triggering detonation"). ECF No. 97-66, p. 8. Thus, there are no other layers of IP evasion protection outside of Safe Links' two components - neither in EOP/ATP nor in some other non-existent layer inside Safe Links itself. *Id*.

18. Disputed. Safe Links' "reputation" block is an element within the reputation component. Regarding this element, Microsoft's Brian Wilcox wrote: "any attacker can easily create new email addresses and domains to get past block lists." MSFT_TOC00115633, p. 1. (**Exhibit 143**). Also, Jason Rogers testified that "any kind of IP evasion technique would be

meaningless for those servers. They're simply checking reputation." *JR Ex. Depo.*, 151:18-20 (ECF No. 97-14).

19. Disputed. Time travel is not effective, and Microsoft does not submit any documentary evidence other than self-serving deposition testimony. Rather, as acknowledged by Microsoft, time-travel would only work "when a user has not yet interacted with the email." *MS Addt'l. Facts*, ¶ 19 (ECF 112). Logically, it would also only work if Safe Links subsequently caught a malicious link that it previously missed.

20. Disputed. Dynamic email delivery is a Safe Attachments policy that merely enables the delay of emails, and has nothing to do with IP evasion protection: "The Dynamic Delivery action in Safe Attachments policies seeks to eliminate any email delivery delays that might be caused by Safe Attachments scanning." *See Safe Attachments in Microsoft Defender for Office 365*, p. 3 (**Exhibit 144**). Moreover, Microsoft does not submit any documentary evidence other than self-serving deposition testimony for its claim that dynamic e-mail delivery is effective.

21. Disputed. Linked content "detonation" refers to the detonation component (Sonar). Even today, attackers can redirect Sonar to a benign site to hide harmful content with 100% efficacy. *AP Ex. Depo.*, 152:20-24. (ECF No. 110-2); *JR Ex Depo.*, 82:1-7 (ECF No. 97-14). Such an attack "is easy" to do. MSFT_TOC00044022 at 44023 (ECF No 97-41).

22. Disputed. Time-of-click "detonation" refers to the detonation component (Sonar), which does not provide effective protection against IP evasion as discussed throughout TocMail's filings. Even today, attackers can redirect Sonar to a benign site to hide harmful content with 100% efficacy. *AP Ex. Depo.*, 152:20-24 (ECF No. 110-2); *JR Ex Depo.*, 82:1-7 (ECF No. 97-14). Such an attack "is easy" to do. MSFT_TOC00044022 at 44023 (ECF No 97-41).

23. Disputed. Clustering is performed within the detonation component. *See* ¶ 17 above. In fact, this feature is literally called "detonation-based heuristics." *See Office 365 Advanced Threat Protection*, p. 2 (**Exhibit 145**).

24. Disputed. Initially, Hatekar clarified that he attributed this success to IP Anonymization. Specifically, he testified that "I won't be comfortable saying, you know, we had 90 percent and above, you know, success rate in 2018, *because we did not have a solution*." *Hatekar Depo.*, 44:10-15 (**Exhibit 146**) (emphasis added). When asked about 2019, Hatekar replied: "Yes, we had a solution. In late 2018 itself we had a solution, in fact." *Id.* at 44:16-18. Hatekar testified that "in late 2018 itself, you know, when we invested into -- into a third-party solution for anonymizing IP ranges from Microsoft, we started seeing, you know, huge success in our effectiveness." *Id.* at 43:13-18. Thus, Hatekar's testimony is that IP Anonymization brought Safe Links from "no solution" to "90 percent and above" in 2019. Yet, an internal IP anonymization "Effectiveness" report from April 2019 showed that IP Anonymization caught less than one unique bad URL out of every one million URLs that Safe Links encountered (64 bad URLs out of 89,479,001 URLs). MSFT_TOC00065791 at 65792 (Ex. 98) (ECF No. 110-4). Importantly, this same April 2019 IP Anonymization analysis explicitly stated that IP Anonymization is not used for any malicious webpages that redirect Sonar to a good site (such as google.com): "the redirected (already resolved) URLs are not going through Proxify." *Id.* at MSFT_TOC00065791. Thus, IP Anonymization literally provides zero effectiveness against the links that Safe Links is promoted as protecting against – not "95%." In fact, this was confirmed in 2020 by a third-party professor from the University of New Orleans who focuses his research "in web security and network security." MSFT_TOC00304363 (**Exhibit 147**); *Krishna Phani Kumar Vadrevu, PhD, Depo.*, 8:20-23, 10:1-6, 11:2-7 (**Exhibit 148**). Specifically, Dr. Vadrevu

sent a cloaked link to a Safe Links' enabled Outlook account, and while the site was visited by "277 different IPs," the professor "noticed that **all these IP addresses belong to Microsoft's IP space**" – i.e., not anonymous IP addresses as Microsoft has argued throughout its Response. Ex. 147 at 304363 (emphasis added); Ex. 148 at 12:1-3. This was based on Dr. Vadrevu's personal observation. Ex. 148 at 14:2-25. Dr. Vadrevu also personally observed that "just IP-based evasion is sufficient to evade 100% of all Microsoft's crawler visits." Ex. 147 at 304365; Ex. 148 at 16:8-22. He made those observations and sent his observations to Microsoft **in the first half of 2020**, after TocMail was on the market and nearly two years after supposed IP anonymization allegedly solved IP evasion according to Hatekar. Ex. 148 at 11:2-7.

25. Disputed. Even *today* attackers can redirect Sonar to a benign site to hide harmful content *with 100% efficacy*. *See* ¶ 22 above. Such an attack "is easy" to do. MSFT_TOC00044022 at 44023 (ECF No 97-41). Second, the issue at hand is a specific type of IP evasion: redirects that use IP evasion, which are not even processed by IP Anonymization. *See* ¶ 24 above. Third, just because Microsoft successfully convinces companies that IP Anonymization is effective and works to protect them, does not make it true (*e.g.* how Microsoft told Bosch that it "ensures" the effectiveness of IP Anonymization; and as Patel testified, Bosch "completed their cutover" "after we went through this process" of addressing Bosch's "key questions" because "we did address this customer's concerns, and -- successfully." ECF No 110, ¶ 40; *AP Ex. Depo.*, 93:6-17) (**Ex. 142**).

26. Disputed. IP Anonymization, which was implemented in late 2018, did not address geo evasion. Microsoft completed its geo-evasion rollout in June 2020, and explicitly acknowledged that, prior to this time, ATP had no geo-evasion protection: "In the past, ATP FN'd because we would cache a clean verdict and apply the reputation globally. Now, ATP has geo-distributed reputation where the verdict cached for a GEO is based on in region detonation."

MSFT_TOC00042251, slide 13 (**Exhibit 149**). Because geo evasion is region-based (not city-based), attackers can still successfully use geo evasion by targeting almost every city in the world. *AP Ex. Depo.*, 74:2-6 (**Ex. 142**). Microsoft had no geo evasion protection when TocMail entered the market in December 2019, and today it addresses a negligible fraction of geo evasion (as it is region-based, not city-based). In fact, its geo-evasion protection is so ineffective that 100% of Safe Links' failures to detect links to malware are due to "IP/GEO evasion." MSFT_TOC00111779 at 111780 (Ex. 60) (ECF No. 97-60). Even today, Microsoft does not have effective protection against *any* of the three types of IP evasion — including Geo Evasion.

27.     Disputed. Microsoft does not use third parties' (plural) anonymous proxy servers, despite additionally claiming so in Microsoft's prior ¶ 28 in the responsive SMF: "Microsoft works with several third-party anonymous proxy servers to route its detonation traffic." This is patently untrue, as Microsoft solely uses one proxy service: Proxify. The only other proxy service named underneath the redactions in the deposition testimony submitted by Microsoft, as well as in the document referenced in ¶ 28, is a company called Z-Scaler. *See unredacted versions AP Ex. Depo.*, 58:7-11 (Ex. 142); *Hatekar Depo. (Conf.)*, 95:1-21 (**Exhibit 150**). However, in that same Patel deposition cited by Microsoft, Patel was also asked if Microsoft uses Z-Scaler, and Patel testified: "We have not implemented this." *AP. Ex. Depo.*, 189:25-190:2 (Ex. 142). Moreover, Patel thoroughly explained in substantial detail why Z-Scaler was not implemented. *Id.* at 190:3-191:11. Thus, Microsoft does not actually use Z-Scaler despite its contention to the contrary.

Dated:  September 3, 2021

Respectfully submitted,

By: __/s/Joshua D. Martin__
Joshua D. Martin
Florida Bar No. 028100
Email: josh.martin@johnsonmartinlaw.com
JOHNSON & MARTIN, P.A.
500 W. Cypress Creek Rd.
Suite 430
Fort Lauderdale, Florida  33309
Telephone:  (954) 790-6699
Facsimile:  (954) 206-0017

*Attorneys for Plaintiff, TocMail Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of September, 2021, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: __/s/ Joshua D. Martin__
Joshua D. Martin

**SERVICE LIST**

*TOCMAIL INC. v. MICROSOFT CORPORATION*
**20-60416-CIV- CANNON/HUNT**

10

**Joshua D. Martin**
E-Mail: josh.martin@johnsonmartinlaw.com
JOHNSON & MARTIN, P.A.
500 W. Cypress Creek Rd.
Suite 430
Fort Lauderdale, Florida 33309
Telephone: (954) 790-6699
Facsimile: (954) 206-0017

**Francisco O. Sanchez**
E-Mail: sanchezo@gtlaw.com
       orizondol@gtlaw.com
**Evelyn A. Cobos**
E-Mail: cobose@gtlaw.com
       MiaLitDock@gtlaw.com
GREENBERG TRAURIG, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

**Mary-Olga Lovett** *(admitted pro hac vice)*
E-Mail: lovettm@gtlaw.com
**Rene Trevino** *(admitted pro hac vice)*
E-Mail: trevinor@gtlaw.com
GREENBERG TRAURIG LLC
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 374-3541
Facsimile: (713) 374-3505