# EXHIBIT 139

| | |
|---|---|
| **From:** | Swaroopa Gollapalli </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICROSOFT.ONMICROSOFT.COM-55760-SWAROOPA GOLLAPALLI> |
| **To:** | Bruno Nowak; Girish Chander; Amar Patel (C AND E); Brian Wilcox; Abhishek Agrawal (CDM) |
| **Sent:** | 11/2/2020 8:52:20 PM |
| **Subject:** | |

Yes we don't analyze phish kits but was in backlog for a while that didn't make the cut

CONFIDENTIAL