# EXHIBIT 140

| | |
|---|---|
| **From:** | Swaroopa Gollapalli </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICROSOFT.ONMICROSOFT.COM-55760-SWAROOPA GOLLAPALLI> |
| **To:** | Sinclaire Hamilton; Jay Goyal; Vishal Thakur; Mauricio Martinez Lugo; Brian Wilcox; Gurucharan Raghunathan; Phani Talluri; Girish Chander; Shon Shah; Abhishek Agrawal (CDM); Rake Gui; Shubhanshi Jain; Vikas Tandi; Srinivas Muppidi; Michael Wilde; Krishnan Rangarajan; David Fantham; John Engels; Josh Curtis; Sumit Malhotra; Varsha Dhakad; Eric Blanchet (OATP); Faith-Ebenezer Oquong; Ryan Cairnes; Vivian Ho; Andy Puntahachart; Tiffany Szymanski; Soumya Mishra; Vipul Pandey; Jason Rogers; Gaurav Batra; Ross Adams; Martin Gagne; Vamsi Mohan Thammana; Melanie Cohen; Mihai Costea; Urja Gandhi; Liming Hong; Ladha Mohan; Sanjib Paikaray; Bharath Alva; Elizabeth Stephens; Saurabh Shrivastava; Rossen Atanassov; Emily Goren; Niladri Ghosh; Manohar Bodke; Shali Hsieh; Rob Santana; Ajay Baban Shinde; Nerses Ghevondyan; Abhijeet Hatekar (MSTIC); James Bono; Niraj Agarwal; Arun Gururajan; Sandeep Sahoo; Shashank Kavishwar; Joon Lee; Raviv Tamir; Manvendra Kumar; Nithin Nara; Himani Arora; Xiaowei Sheng; Sri Harsha Majeti; Akshay Deep; Akash Asthana; Hector Jacob; Amit Tulshyan; Xing Du; Leonid Verny; Dvir Halevi; Claudia Filipoaia; Michael Tyomkin; Cristian Craioveanu; Nitin Kumar Goel; Prachi Rathee; Arati Nene; Bryan Lipinski; Srikanth Shoroff; Ramana Gadde; Philip Rueker; Tommy Blizard; John Lambert (MSTIC); Paul Wright (SECURITY); Amar Patel (C AND E); Yossi Banai; Nathan Lo; Ann Lu; Dustin Duran; Samuel Mueller; Jiangbi Lin; Jenny McCollum; Moses Rajkumar Samuel; Fred Pullen; Craig Owenby; Shravan Pentamsetty; Keshav Kumar Kabra; Uday Bhaskara; Ou Ye; Mihir Nanavati; Igor Usov; Debjani Saha; Rob Lefferts; Fuchen Liu; Barnopriyo Barua; Jason Weber; Ram Pamulapati; Deepak Pratinidhi; Mayur Deshpande; Richard Murillo; Paresh Maisuria; Puneeth Kuthati; Mit Shah; Jugal Parikh; Ayush Singhal; Bruno Nowak; Shubham Gupta; Abdur Raheem Ali (PACTERA TECHNOLOGIES INC); Yossi Bruss; Itay Fiszman; Amit Haritan; Roy Ben Dov; Meni Braun; Yael Flashner; Yaara Cohen; Michal Burstein; Matan Edri; Yuval Katav; Ran Mizrachi; Maayan Kislev; Guy Katchka; Yodan Tauber; Barak Zan; Wissam Shoukair; Nitzan Mor Sarid; Alon Ahuvi; Moti Baral; Dor Braunstein; Yonatan Sverdiolas; Liad Yakir; Koren Shumer; Max Zatsepin; Yoni Mantzur; Liran Dorsman Apfel; Sagi Iltus; Rai Elkaiam; Omer Ben Artzi; Carolina Estrakh; Dana Sharon; Max Braitmaiere; Omer Mizrahi; Grisha Klots; Omri Kantor; Jenya Privalov; Yonatan Bitton; Matan Becker; Roey Weizman; Or Leviad; Aviv Ostrovsky; Jael Fafner; Avital Lange; Lior Carmy; Vladimir Skabelin; Ran Mitelman; Amit Sharan; Barak Kind; Leonid Zhitomirsky; Yoni Heiblum; Yuri Manusov; Amir Lande Blau; Dan Bar; Amir Feldman; Omer Ron; Gal Vanunu; Firas Najjar; Ido Nitzan; Naama Almog; Karishma Dash; Shiva Sharma; Christiano Bianchet; Praneeth Batte; Anshul Vyas; Samiksha Sarraf; Natalie Gilboa; Yoav Saroya; Yoav Kalenstein; Natali Aharoni; Liran Nisanov; Niran Amos; Amir Chen; Shimmy Balsam; Prasanna Kulkarni; Eric Douglas; Ryan Kivett; Michael Wise; Rishika Verma; Mingming Ding; Danut Antoche-Albisor; Dowson Chen; Varsha Patidar; Kaushik Vuligonda; Shuo Wang; Kristian Holsheimer; Sumit Lahoti; Prateeksha Varshney; Murali Krishna Goodalooru; Sahiti Yerramilli; Sai Praneeth Suggu; Mohammad Kiaei; Rashmi S; Ashish Kumar |
| **Sent:** | 7/15/2020 4:29:26 AM |
| **Subject:** | |

Here are the two smart screen scenarios that we started to work on:

1. A URL submitted to Sonar for detonation contains a redirection. In the event Sonar couldn't witness the full redirect chain, we miss to protect the customers from the actual phishing page if we never saw the final landing page due to network or time-based evasion
2. For a URL that requires human input to go past the original page due to a captcha or a re-captcha, Sonar cannot see the final landing page and will miss to protect the customers from the actual phishing page