# EXHIBIT 141

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-60416-CIV-CANNON/HUNT

TOCMAIL INC., a Florida corporation,

        Plaintiff,

-vs-

MICROSOFT CORPORATION, a Washington corporation,

        Defendant.
_____/

VIDEOTAPED DEPOSITION OF
AMAR PATEL
TAKEN PURSUANT TO RULE 30(b)(6)

Tuesday, March 9, 2021
12:07 p.m. - 6:07 p.m.

By videoconference

Stenographically Reported By:
Dianelis Hernandez, FPR

```
                                                              Page 2

 1   APPEARANCES:
 2
 3   On behalf of the Plaintiff:
         JOHNSON & MARTIN, P.A.
 4       500 W. Cypress Creek Road
         Suite 430
 5       Fort Lauderdale, Florida 33309
         954-790-6699
 6       BY: Joshua D. Martin, Esquire via videoconference
         josh.martin@johnsonmartinlaw.com
 7
 8
     On behalf of the Defendant:
 9       GREENBERG TRAURIG, LLC
         1000 Louisiana Street
10       Suite 1700
         Houston, Texas 77002
11       713-374-3541
         BY: Mary-Olga Lovett, Esquire via videoconference
12       BY: Rene Trevino, Esquire via videoconference
         lovettm@gtlaw.com
13
14
     VIDEOGRAPHER:  Edan Cope
15
16
     ALSO PRESENT:  Michael Wood
17                  Rachel Hymel
                    Cameron Roth
18                  Aaron Wolke
19
20
21
22
23
24
25
```

Page 3

```
 1                  INDEX OF PROCEEDINGS
 2    WITNESS                                          PAGE
      AMAR PATEL
 3    DIRECT EXAMINATION BY MR. MARTIN                    5
 4    CERTIFICATE OF OATH                               173
      CERTIFICATE OF REPORTER                           174
 5    READ & SIGN LETTER TO WITNESS                     175
      ERRATA SHEET                                      176
 6
                      PLAINTIFF EXHIBITS
 7    EXHIBIT              DESCRIPTION                 PAGE
      Exhibit 1   Deposition notice                       7
 8    Exhibit 2   PowerPoint                             43
      Exhibit 3   10/15/2020 E-mail                      50
 9    Exhibit 4   6/20/2016 E-mail                       56
      Exhibit 5   Microsoft presentation                 62
10    Exhibit 6   E-mail chain                           77
      Exhibit 7   Sonar Phish Anti-Evasion Update        78
11                report
      Exhibit 8   3/19/2018 E-mail                      103
12    Exhibit 9   Article                               105
      Exhibit 10  E-mail chain                          107
13    Exhibit 11  E-mail chain                          118
      Exhibit 12  Attachment to e-mail                  123
14
15
16
17
18
19
20
21
22
23
24
25
```

1      A.   Yes.
2      Q.   Was Safe Links doing heuristic clustering
3  at that time?
4      A.   There is another component in the system
5  that does the heuristic clustering.  Safe Links as we
6  defined earlier is a reputation service plus the
7  time-of-click detonation service.  The heuristic
8  clustering occurs in different places, you know, today
9  Sonar actually does clustering analysis, but in that time
10  frame the EOP, I think you referred to it as EOP or
11  Exchange Online Protection, the upstream stacks, but also
12  the heuristic clustering where they would be able to
13  identify mail that is bad prior to ATP and prevent users
14  from visiting that mail, you know, the links in those
15  mails.
16      Q.   Okay.  Did Microsoft customers have the
17  tools to create a customized tenant allowed block list at
18  the time of that e-mail?
19      A.   I don't recall when that feature was
20  introduced, but there is a feature that allows customers
21  to create an allow or block list as a part of their
22  protection system.
23           MR. MARTIN:  Okay.  So scroll back up,
24      Aaron.
25

Page 173

CERTIFICATE OF OATH

THE STATE OF FLORIDA )

COUNTY OF PALM BEACH )

I, the undersigned authority, certify that

Amar Patel appeared remotely before me and was duly sworn

on the 9th day of March, 2021.

Signed this 12th day of March, 2021.

*[signature]*

Dianelis Hernandez, FPR

Notary Public - State of Florida

My Commission No. GG136887

My Commission Expires: 9/23/2021

1          CERTIFICATE OF REPORTER

2

3     THE STATE OF FLORIDA )

4     COUNTY OF PALM BEACH )

5

6              I, Dianelis Hernandez, Florida

7     Professional Reporter, certify that I was authorized to

8     and did stenographically report the deposition of Amar

9     Patel, pages 1 through 172; that a review of the

10    transcript was requested; and that the transcript is a

11    true and complete record of my stenographic notes.

12             I further certify that I am not a

13    relative, employee, attorney, or counsel of any of the

14    parties, nor am I a relative or employee of any of the

15    parties' attorney or counsel connected with the action,

16    nor am I financially interested in the action.

17

18             DATED this 12th day of March, 2021.

19

20

21

22

23

24

25             Dianelis Hernandez, FPR