# EXHIBIT 142

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60416-CIV- CANNON/HUNT

TOCMAIL INC., a Florida corporation,

        Plaintiff,

-vs-

MICROSOFT CORPORATION, a Washington corporation,

        Defendant.
_____/

VIDEOTAPED DEPOSITION OF
AMAR PATEL

Wednesday, March 10, 2021
12:02 p.m. - 8:58 p.m.

By videoconference

Stenographically Reported By:
Dianelis Hernandez, FPR

```
                                                              Page 2

 1   APPEARANCES:
 2
 3   On behalf of the Plaintiff:
         JOHNSON & MARTIN, P.A.
 4       500 W. Cypress Creek Road
         Suite 430
 5       Fort Lauderdale, Florida 33309
         954-790-6699
 6       BY: Joshua D. Martin, Esquire via videoconference
         josh.martin@johnsonmartinlaw.com
 7
 8
     On behalf of the Defendant:
 9       GREENBERG TRAURIG, LLC
         1000 Louisiana Street
10       Suite 1700
         Houston, Texas 77002
11       713-374-3541
         BY: Mary-Olga Lovett, Esquire via videoconference
12       lovettm@gtlaw.com
13
14
     VIDEOGRAPHER:    Edan Cope
15
     ALSO PRESENT:    Michael Wood
16                    Aaron Wolke
                      Rachel Hymel
17                    Evie Cobos
18
19
20
21
22
23
24
25
```

Page 3

```
 1                 INDEX OF PROCEEDINGS
 2     WITNESS                                          PAGE
       AMAR PATEL
 3     DIRECT EXAMINATION BY MR. MARTIN                    5
 4     CERTIFICATE OF OATH                               238
       CERTIFICATE OF REPORTER                           239
 5     READ & SIGN LETTER TO WITNESS                     240
       ERRATA SHEET                                      241
 6
 7
                       PLAINTIFF EXHIBITS
 8     EXHIBIT            DESCRIPTION                   PAGE
       Exhibit 1    Expert disclosures                    14
 9     Exhibit 2    PowerPoint presentation               24
       Exhibit 3    E-mail chain                          32
10     Exhibit 4    E-mail chain                          42
       Exhibit 5    Expert report                         46
11     Exhibit 6    Sonar phish anti-evasion update       49
       Exhibit 7    E-mail chain                          63
12     Exhibit 8    10/11/2016 E-mail                     66
       Exhibit 9    PowerPoint presentation               67
13     Exhibit 10   3/10/2017 E-mail                      81
       Exhibit 11   PowerPoint presentation               81
14     Exhibit 12   E-mail chain                          85
       Exhibit 13   E-mail chain                          91
15     Exhibit 14   Bosh discussion prep                  99
       Exhibit 15   PowerPoint presentation              111
16     Exhibit 16   E-mail chain                         117
       Exhibit 17   E-mail chain                         133
17     Exhibit 18   E-mail chain                         146
       Exhibit 19   Hypothetical example                 157
18     Exhibit 20   Targeted PDF                         167
       Exhibit 21   8/21/2018 E-mail                     179
19     Exhibit 22   4/27/2020 E-mail                     181
       Exhibit 23   PowerPoint presentation              182
20     Exhibit 24   3/13/2019 E-mail                     194
       Exhibit 25   PowerPoint presentation              194
21     Exhibit 26   Appendix                             203
       Exhibit 27   E-mail chain                         208
22     Exhibit 28   PowerPoint presentation              225
23
24
25
```

1   most commonly observed cyberthreats?
2        A.   Yes.
3        Q.   And you said that that started around 2015,
4   2016?
5        A.   We observed phishing scaling up in the
6   2017, sort of the -- I would say December, January and
7   then going into -- December, January 2000 -- January 2017
8   and the escalating in the year 2017.
9        Q.   Do you know when did Microsoft first start
10  seeing phishing in any capacity?
11       A.   I don't know the answer to that.
12       Q.   The next sentence there says, "he will
13  explain how Safe Links was developed."  Can you please
14  explain how Safe Links was developed?
15       A.   Yeah.  So Safe Links was originally
16  created --
17            MS. LOVETT:  I'm going to object to
18       vagueness of the question.  I'm sorry.
19            But, Mr. Patel, go ahead and do your best.
20            THE WITNESS:  Okay.
21       A.   So Safe Links was originally created as a
22  reputation service where we used a reputation server to
23  evaluate links clicked on by users who receive links
24  within Microsoft mail, Office 365 mail.  It eventually
25  evolved as the sort of state or the art -- attacker state

1    of the art evolved to include detonation, time-of-click
2    detonation, and it became a combination of reputation and
3    sandbox detonation.
4            We continued to evolve the product to
5    account for different types of phishing attacks in the
6    detonation space where a customer -- attackers would use,
7    you know, linked content and websites.  And so we sort of
8    developed technology to handle both kinds of scenarios.
9    BY MR. MARTIN:
10        Q.   So you said it was created as a reputation
11   service, how long was it a reputation service before it
12   evolved to include the detonation service?
13        A.   I believe at launch it was reputation
14   service.  We started working on enabling detonation for
15   links in the 2016, 2017, early 2017 time frame, 2017 time
16   frame.
17        Q.   Do you know when the detonation component
18   was officially launched?
19        A.   I don't recall exactly.  I believe it
20   was -- I don't recall exactly.  I don't want to guess.
21        Q.   So was it -- at some point, you said it was
22   in the works since '16, '17, so at some point after 2017
23   maybe?
24        A.   It was in the works in 2017.  So I just
25   want to clarify that.  And it was in the 2017 time frame,

1         A.    So essentially we observed in that time
2    frame phishing attacks, and in some of the phishing
3    attacks the attackers would decide what content to show a
4    user, the website, based on Microsoft's IP ranges.
5         Q.    Is it still an issue now?
6         A.    It is an issue today, yes.
7         Q.    Okay.  Approach one, underneath that box we
8    just looked at says, "route traffic through anonymous
9    proxy services," and I think it gives examples, are those
10   examples, Zscaler and Proxify?
11        A.    Those are examples.
12              THE WITNESS:  But those are also -- I
13         believe we try to keep our partnership
14         confidential due to compliances reasons so I'll
15         just flag that for my counsel.
16              MS. LOVETT:  Yeah, I think that's something
17         we might need to break apart, Josh, just for
18         forward-looking protective services if you want
19         him to discuss that in detail.
20              MR. MARTIN:  Okay.
21   BY MR. MARTIN:
22        Q.    So where it says that there, we talked
23   yesterday about IP Anonymization, is that what that's
24   referring to?
25        A.    The approach Number 1?

Page 74

1   the geo-distributed cash provide protection?
2          A.    If an attacker were -- if an attacker
3   picked a region where we don't have the ability to route
4   out that geo then it is possible that that, you know,
5   that attacker could use that information to serve
6   whatever page they want.
7              MR. MARTIN:  Aaron, can you pull up the
8          expert report of Michael Wood?  You can go to
9          page 79.
10  BY MR. MARTIN:
11         Q.    Okay.  So under geo location there, I'm
12  going to read this paragraph, but when I read it, just so
13  you know, my question is going to be, I want to know if
14  there is anything you disagree with in this paragraph.
15             It says, "geo location is perhaps best
16  explained by way of example.  Let's say that a phishing
17  campaign is targeting a company in Watertown, New York.
18  Therefore, this phishing website only sends malicious
19  content to visitors with IP addresses located in
20  Watertown, New York."  And then in parenthesis, "everyone
21  else gets benign content," close parenthesis.
22             "In this way cloud-based security scanners
23  always get benign content and, therefore, always approve
24  the link yet the victims will receive the malicious
25  content anywhere they are in Watertown New York," in

1   A.   Yeah.
2   Q.   Who is Lukas?
3   A.   I believe Lukas is one of our field
4   personnel associated with interacting with Bosch who is
5   the customer.
6   Q.   So the e-mail says, "we just received key
7   questions from customer Bosch." And then it lists some
8   points there. So are these -- are the points all listed,
9   are those the key questions that Microsoft received from
10  customer Bosch?
11  A.   So I recall Bosch expressing some questions
12  to us from Lukas. They felt like they had found some
13  bugs. They also wanted to some clarifications on the
14  functionality of the product. I believe Bosch actually,
15  after we went through this process, actually bought and
16  completed their cutover. And so we did address this
17  customer's concerns and -- successfully. But I mean,
18  Lukas' questions as you noted look fine to me.
19  Q.   When you say the cutover, what does that
20  mean?
21  A.   So generally what happens is when a
22  customer will buy a product oftentimes they have an
23  existing product that they are using. So for a period of
24  time they have, you know, as they are bringing up the new
25  product they'll roll it out to small set of users to

Page 189

1  in an e-mail and I have Zscaler as my outbound network
2  routing to the internet, and an attacker is looking for
3  those Zscaler IP ranges to decide whether or not to show
4  a clean or bad payload, and the fact they see those
5  ranges they are going to show a clean payload, well, in
6  that case the user only sees the benign payload and they
7  are protected.
8         Q.    Okay.  So are those expected outcomes
9  because Sonar and the customer are accessing the internet
10 through the same IP ranges?
11        A.    No.  The outcome, the potential flaw is a
12 benefit, Item Number 1 has nothing to do with Sonar
13 detonation service or Microsoft.
14        Q.    Okay.  In this scenario, in these
15 scenarios, would Sonar or the customer be accessing the
16 same IP addresses?
17        A.    It's possible.  If we were able to
18 collaborate to Zscaler to route our detonation traffic
19 out the Zscaler IP ranges then we would be using those
20 same outbound IP ranges.
21        Q.    Okay.  So in that case the customer and
22 Sonar would be accessing the internet through the same IP
23 addresses?
24        A.    The same Zscaler IP ranges.
25        Q.    Okay.  And was this hypothesis, was Zscaler

Page 190

1 ever implemented?
2     A.    We have not implemented this.
3     Q.    So sitting here today, this has not been
4 implemented yet with Microsoft?
5     A.    We have not been able to proceed on this
6 because of the complication of delivering on the
7 scenario.  There were technological complications.  There
8 were complications around finding customers that had
9 Zscaler and Microsoft, like how do we find joint
10 customers who want to do this in the first place.
11     And there were complications of getting
12 customers' consent around being able to do this kind of
13 customized routing.  So with any product idea, you know,
14 there is a basic evaluation criteria, you know, is it
15 real -- is there a real opportunity?  Is it worth doing?
16 And is it technologically feasible?  And you can think of
17 those as stage gates, right?  Whenever you have any kind
18 of idea you pass through these stage gates to validate
19 that the idea, you know, is important to deliver on and
20 you can execute on it.  And we ran into some problems in
21 being able to execute on this idea.
22     Certainly, we, you know -- obviously, I
23 like the idea because I helped author the deck.  But as I
24 said, with any idea, you know, you go through a process
25 of, you know, is it real?  Is there a market opportunity?

Page 191

1  Is there a customer who wants to, you know, participate
2  in this idea?  Is it worth doing?  You know, can it
3  measurably improve customer value in some way?
4              In some cases, is there a willingness to
5  pay or is it something that we are monetizing in an
6  alternative manner?  Because there's real cost here.  And
7  thirdly, is it technologically feasible?  Can you
8  actually -- it's one thing to have an idea on paper, it's
9  another thing to try to make the software actually work.
10 And so, you know, we ran into some challenges in those
11 stage gates.
12             MR. MARTIN:  Aaron, will you put the expert
13       report of Michael Wood up?  You can go to page 4.
14       Okay.  Down at the bottom.
15 BY MR. MARTIN:
16       Q.   You see where it starts with, "IP cloaking
17 uses the visitor's IP address?"
18       A.   I do.
19       Q.   Okay.  Like I said, you can replace IP
20 cloaking with IP evasion for purposes of my question.
21 Read that to yourself, that paragraph where it goes
22 through, "hence companies were safe when using on-premise
23 scanners."  You can go ahead and read that to yourself.
24       A.   I'm just going to reread it.
25       Q.   No problem.

Page 238

1           CERTIFICATE OF OATH
2
3      THE STATE OF FLORIDA )
4      COUNTY OF PALM BEACH )
5
6
7           I, the undersigned authority, certify that
8
9      Amar Patel appeared remotely before me and was duly sworn
10
11     on the 10th day of March, 2021.
12
13          Signed this 14th day of March, 2021.
14
15
16
17
18
19
20          [signature]
21          _____
22          Dianelis Hernandez, FPR
23          Notary Public - State of Florida
24          My Commission No. GG136887
25          My Commission Expires: 9/23/2021

Page 239

1               CERTIFICATE OF REPORTER

2

3       THE STATE OF FLORIDA )

4       COUNTY OF PALM BEACH )

5

6               I, Dianelis Hernandez, Florida

7       Professional Reporter, certify that I was authorized to

8       and did stenographically report the deposition of Amar

9       Patel remotely, pages 1 through 237; that a review of the

10      transcript was requested; and that the transcript is a

11      true and complete record of my stenographic notes.

12              I further certify that I am not a

13      relative, employee, attorney, or counsel of any of the

14      parties, nor am I a relative or employee of any of the

15      parties' attorney or counsel connected with the action,

16      nor am I financially interested in the action.

17

18              DATED this 14th day of March, 2021.

19

20

21

22

23

24              _____

25              Dianelis Hernandez, FPR