# EXHIBIT 143

| | |
|---|---|
| **From:** | Nithin Nara </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=893C214792C54A059D089555A26B169A-NITHIN NARA> |
| **To:** | Andy Puntahachart; Abhishek Agrawal (CDM); Niraj Agarwal |
| **CC:** | Mihai Costea |
| **Sent:** | 10/16/2020 10:38:53 AM |
| **Subject:** | Re: Blocked Senders list limits!! |

@Abhishek Agrawal (CDM)

1. Increasing the limits is not feasible because we have strict limits above which our email flow performance takes a huge hit. We tried this before and had to roll back.
2. Currently the outlook UI doesn't show user that the limits have breached thus silently allow user to add more which is causing confusion. We need to fix the UI. Can we put this request on Outlook team? In any case we don't have any commitment or confirmed funding to give the customer any ETA.

Here is the guidance we can give

"**The Spam attack landscape has changed over the years and today any attacker can easily create new email addresses and domains to get past block lists. We think adding more senders to block list will not help in preventing future Spam in most cases. We also need these limits to meet expected performance in our email delivery. Therefore, instead of increasing the limits of block senders list, we are putting more of our energy in improving our spam filters to allow less spam. Here are some recommended options you can currently use to combat spam.**

1. **Report spam to Microsoft instead of adding every spam sender to block list.**
2. **Increase the level of Junk Email protection in Outlook to High OR Use the option to accept emails form trusted/safe senders only.**

**We are aware of the issue with UI not warning the users of the breach in limit and we have it in our backlog to fix it but unfortunately, we don't have any ETA to offer at this point.**"

Thank,
Nithin

---

**From:** Andy Puntahachart <andypunt@microsoft.com>
**Sent:** Thursday, October 15, 2020 4:52 AM
**To:** Nithin Nara <Nithin.Nara@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Niraj Agarwal <Niraj.Agarwal@microsoft.com>
**Cc:** Mihai Costea <mcostea@microsoft.com>
**Subject:** RE: Blocked Senders list limits!!

Blocked sender is using Outlook tech to store and then import that list into runtime. As a result, the list of 500 users is given as a blob and not necessarily the first 500. With that stated, the email would only get blocked for the 501st mail is if it was one of the senders that did not get synced && the client was opened to process the message.

We tried to increase the limit in the past by in addition to lists being a legacy way to filter, we are physically capped at about 3000 in that the server performance took a large enough hit that we ended up rolling back to revisit again but never did. I attached details of the limit issue and why it was capped at 3000.


Andy


**From:** Nithin Nara <Nithin.Nara@microsoft.com>
**Sent:** Wednesday, October 14, 2020 5:54 AM
**To:** Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Andy Puntahachart <andypunt@microsoft.com>; Niraj Agarwal <Niraj.Agarwal@microsoft.com>
**Cc:** Mihai Costea <mcostea@microsoft.com>
**Subject:** Re: Blocked Senders list limits!!

Reducing audience to product team. Have set up sometime for tomorrow to close on next step. Few questions and observations.

1. [Block Sender] If a user added 501 blocked senders and EOP syncs 500 only, any email from that 501th sender, unless blocked from delivering by EOP, should be junked by outlook on client side, right? @Andy do you know?

CONFIDENTIAL

MSFT_TOC00115633

2. [Safe Sender] But for safe senders above the sync limit, it doesn't work since EOP can quarantine email before reaching inbox.
3. There seems to be 2 options. Either to warn/signal a user of limit which will involve handling existing users with more added safe senders than the limit and UI upgrades at multiple places in OWA and outlook desktop OR
4. Increase the limit to the 512Kb limit. I agree that increasing the limit will not be very useful if users are adding every spam sender to block list since attackers are creating and using new emails addresses and the increased limit will have to be unlimited.

**From:** Abhishek Agrawal (CDM) <abhiag@microsoft.com>
**Sent:** Wednesday, October 14, 2020 1:01 AM
**To:** Erica Gorman <ergorm@microsoft.com>; Gurinder Singh <Gurinder.Singh@microsoft.com>; Mihai Costea <mcostea@microsoft.com>; Andy Puntahachart <andypunt@microsoft.com>; Greg Gourevitch <gregour@microsoft.com>; Eric Wallace <Eric.Wallace@microsoft.com>; Nithin Nara <Nithin.Nara@microsoft.com>
**Cc:** Brian Wilcox <brwilcox@microsoft.com>; Jordana Ayer <Jordana.Ayer@microsoft.com>; Niraj Agarwal <Niraj.Agarwal@microsoft.com>
**Subject:** RE: Blocked Senders list limits!!

+@Nithin Nara can you take this up from PM side and let us discuss internally what guidance we can provide to the customer

**From:** Erica Gorman <ergorm@microsoft.com>
**Sent:** Tuesday, October 13, 2020 12:09 PM
**To:** Gurinder Singh <Gurinder.Singh@microsoft.com>; Mihai Costea <mcostea@microsoft.com>; Andy Puntahachart <andypunt@microsoft.com>; Greg Gourevitch <gregour@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Eric Wallace <Eric.Wallace@microsoft.com>
**Cc:** Brian Wilcox <brwilcox@microsoft.com>; Jordana Ayer <Jordana.Ayer@microsoft.com>
**Subject:** RE: Blocked Senders list limits!!

Abhishek and team
This is an issue that is impacting the CIO for CVS. He has regularly scheduled meetings with Judson and Mala. It would be great to have an answer for him (either we can or cannot accommodate the request) before that meeting. Thanks so much

Thank you,



Erica M Gorman
Sr. Service Delivery Manager
Mobile: (860) 205-6601| ergorm@microsoft.com

Microsoft

**As of October 16th I will not longer be supporting CVS. Please direct all communications to MS-CVSH-TAMs@service.microsoft.com**
To open a reactive case contact Unified Support: 1-800-936-3100 or go to Services Hub https://serviceshub.microsoft.com/

**From:** Gurinder Singh <Gurinder.Singh@microsoft.com>
**Sent:** Tuesday, October 13, 2020 2:58 PM
**To:** Mihai Costea <mcostea@microsoft.com>; Andy Puntahachart <andypunt@microsoft.com>; Greg Gourevitch <gregour@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>
**Cc:** Brian Wilcox <brwilcox@microsoft.com>; Jordana Ayer <Jordana.Ayer@microsoft.com>; Erica Gorman <ergorm@microsoft.com>
**Subject:** RE: Blocked Senders list limits!!

*+Erica, Customer Success Account Manager for CVS Health.*
Gurinder Singh
Senior Service Engineer
**M365 Advanced Cloud Engineer**
Email: Gurinder.Singh@microsoft.com
Office: 425-722-6146

Microsoft

**From:** Gurinder Singh
**Sent:** Tuesday, October 13, 2020 11:54 AM
**To:** Mihai Costea <mcostea@microsoft.com>; Andy Puntahachart <andypunt@microsoft.com>; Greg Gourevitch <gregour@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>
**Cc:** Brian Wilcox <brwilcox@microsoft.com>; Jordana Ayer <Jordana.Ayer@microsoft.com>
**Subject:** RE: Blocked Senders list limits!!
**Importance:** High

Hi,

@Andy, the 30 day SLA has passed and I have not received a response on this customer ask. ISSUE 1676346 has been assigned to @Abhishek for a while and we are still waiting on answer/solution that can be shared with our customer.

1. When the Outlook client hits the 500 sender limit, it doesn't provide an error to users letting them know that they hit the limit of 500 senders:
    a. Based on Task 1231762 (which was cut after I send this email), Is this in the pipeline to be addressed and will this be for Windows and Mac client ?
2. The work around to increase the 500 sender limit is to log a case to increase the limit for the users.
    a. Is there something in the pipeline to provide the ability to the tenant admins to increase the limit for there users ?
    b. Will the sender limit be increase by default at some point ?

For your insight this ask is coming from CVS/Aenta Health which has $83 Million yearly license spend with Microsoft. They are up for support renewal in April which will be adding roughly $8 Million for the year. We don't want something like this to part be of there conversation during the renewals.

**Gurinder Singh**
Senior Service Engineer
**M365 Advanced Cloud Engineer**
Email: Gurinder.Singh@microsoft.com
Office: 425-722-6146

Microsoft

**From:** Gurinder Singh
**Sent:** Friday, October 2, 2020 10:04 AM
**To:** Mihai Costea <mcostea@microsoft.com>; Andy Puntahachart <andypunt@microsoft.com>; Greg Gourevitch <gregour@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; 'abhiag@microsoft.com' <abhiag@microsoft.com>
**Cc:** Brian Wilcox <brwilcox@microsoft.com>; Jordana Ayer <Jordana.Ayer@microsoft.com>
**Subject:** RE: Blocked Senders list limits!!

Hi everyone,

The ISSUE 1676346 has been assigned to @Abhishek for a while and we are still waiting on answer/solution that can be shared with our customer. It would be great if we can get back to them in a timely manner.

**Gurinder Singh**
Senior Service Engineer
**M365 Advanced Cloud Engineer**
Email: Gurinder.Singh@microsoft.com
Office: 425-722-6146

Microsoft

**From:** Gurinder Singh
**Sent:** Thursday, September 17, 2020 9:18 PM
**To:** Mihai Costea <mcostea@microsoft.com>; Andy Puntahachart <andypunt@microsoft.com>; Greg Gourevitch <gregour@microsoft.com>
**Cc:** Brian Wilcox <brwilcox@microsoft.com>
**Subject:** RE: Blocked Senders list limits!!

@Andy Puntahachart, @Mihai Costea, thank you for sharing the internal messaging. Will wait for the official Microsoft messaging to the customer on the escalation #1676346.

**Gurinder Singh**
Senior Service Engineer
**M365 Advanced Cloud Engineer**
Email: Gurinder.Singh@microsoft.com
Office: 425-722-6146

Microsoft

**From:** Mihai Costea <mcostea@microsoft.com>
**Sent:** Monday, September 14, 2020 5:38 PM
**To:** Andy Puntahachart <andypunt@microsoft.com>; Brian Wilcox <brwilcox@microsoft.com>; Gurinder Singh <Gurinder.Singh@microsoft.com>; Greg Gourevitch <gregour@microsoft.com>
**Cc:** Erica Gorman <ergorm@microsoft.com>; Craig Harbold <charbold@microsoft.com>
**Subject:** RE: Blocked Senders list limits!!

CONFIDENTIAL

>> could you share additional detail/plans toward the changes coming to service oriented blocking. Something for internal communication and a customer messaging with an expected timeline. ?

The thinking regarding blocked senders is that
  a. Spammers and other bad guys are inventing new senders every single time (to bypass these blocklists and hide). The From does not really matter as most clients show the "friendly name" of the sender for which there are no blocks.
  So for blocking future attacks, block sender is not really doing anything useful, and new garbage keeps coming, which also explains why the 500 list limit was hit
  b. Bulk mailers are using more static From: and there block sender would function well: these folks are legit and don't hide and they have to be good citizens (CAN-SPAM law). Ideally folks could use unsubscribe to stop mailing like these (and that is a great idea as usually even the most pristine senders actually have a handful of different newsletters so you can go select "unsubscribe from all"

Brian's comment on service oriented blocking is re' (a) == don't let the end user block yesterday's spam From that will never come back.

On the other hand, for the "I added a block senders and it doesn't work" + @Greg Gourevitch as perhaps we could do some tricks to reuse/overwrite some old block sender that sent you 4 years ago last, so newer block entries can work well?

**From:** Andy Puntahachart <andypunt@microsoft.com>
**Sent:** Monday, September 14, 2020 2:24 PM
**To:** Brian Wilcox <brwilcox@microsoft.com>; Gurinder Singh <Gurinder.Singh@microsoft.com>; Mihai Costea <mcostea@microsoft.com>
**Cc:** Erica Gorman <ergorm@microsoft.com>; Craig Harbold <charbold@microsoft.com>
**Subject:** RE: Blocked Senders list limits!!

@Gurinder Singh as part of the process, no need to follow up on email. We have 30 days to respond and you should have a process to ping exchlabs if this is not updated in that time.

**From:** Brian Wilcox <brwilcox@microsoft.com>
**Sent:** Monday, September 14, 2020 2:08 PM
**To:** Gurinder Singh <Gurinder.Singh@microsoft.com>; Andy Puntahachart <andypunt@microsoft.com>; Mihai Costea <mcostea@microsoft.com>
**Cc:** Erica Gorman <ergorm@microsoft.com>; Craig Harbold <charbold@microsoft.com>
**Subject:** RE: Blocked Senders list limits!!

Sorry to push back on this but I don't actually own anything related to antispam.

I've assigned back to you Gurinder.

This is the ownership that I'm aware of, maybe Mihai?

| Scenario | PM | Feature Groups | Key KPIs & Metrics | Notes |
|---|---|---|---|---|
| PM Architect Horizontal | Ross Adams | Team excellence & culture driver, Help provide end to end coherence across the stack, working with all PMs | | |
| Compromise Detection & Eagle Eye | Ross Adams | • Compromise Detection<br>• Playbook updates<br>• Post breach metrics and effectiveness health | | |
| ML Uplift & Campaigns | Mihai | • Consistency of Catch<br>• Shared Infra/Compromise detection in mailflow<br>• Labels and retrain models-Mihai<br>• Campaign data quality & coverage-Mihai<br>• Improved Spam/Phish Classification (Accenture)<br>• Define process for Fn/Fp hunting for your area<br>• Campaign & ML Metrics | | |
| URL and Zero Day attachment effectiveness & Experience/ Known Sender Classification | Brian | • SONAR Evasions<br>• Additional detonations in more context (e.g. caching etc)<br>• Pass more context to SONAR<br>• Suspicious signal from SONAR<br>• <1 Min ZAP and TOC blocks<br>• M365 experience alignment<br>• Finish Teams roll out and transition<br>• Pre-weaponization hunting (cert stream etc)<br>• Capacity management<br>• Define process for Fn/Fp hunting for your area | | |

- Safe Docs
- Safe Attachments
- Suspicious model and Url Model
- Metrics, Policy, reporting, filter
- Know sender classification (formerly known as BCL)

| | | | |
|---|---|---|---|
| BEC Uplift (Spoof & Impersonation) (Urja) | Urja | <ul><li>Rebuild Spoof backlog</li><li>Elevate spoof intelligence data value for customers</li><li>End to End Kill chain Detection for Impersonation</li><li>DMARC reports</li><li>Synthetic DMARC for large customers</li><li>Redo messaging</li><li>Pre-weaponization hunting ( domain look-alike discover)</li><li>Define process for Fn/Fp hunting for your area</li><li>Metrics, Policy, reporting, filter</li></ul> | David & Ross is PM Buddy |
| Effectiveness Fundamentals | Guru | <ul><li>FP, Feature Extraction<ul><li>FP Grading pipeline, metrics, Feedback loop, Self-help</li><li>Feature extraction Inventory</li></ul></li></ul> | Mihai is PM Buddy |
| Improve Perception/Consumer Get-Well | Josh | <ul><li>Perception Drivers (Josh)<ul><li>Metrics and dashboards</li><li>Campaign analytics report</li></ul></li><li>Consumer Get-Well</li></ul> | Mihai is PM Buddy |
| Anti-Malware & SPO Stack/Tenant Rule Packs | Srinivas | <ul><li>AMv2</li><li>SPO pipeline</li><li>Cloud AV</li><li>Rule Packs for Tenants</li></ul> | Brian is PM Buddy |
| New Experiments | | <ul><li>New Experiments<ul><li>HVE 360: Abhishek (to be delegated later)</li><li>Email Body Detonation: Ross`</li><li>Cloud Browser Integration: Brian</li><li>Deep Learning PoC: Mihai</li><li>&lt;Others&gt;</li></ul></li></ul> | |
| Areas to be assigned | | <ul><li>Filer Coherence Work</li><li>1st party signal integration (Smartscreen, SONAR, EOP)</li><li>3rd party signal evaluation and health</li><li>Partner and Infrastructure asks (e.g. EXO, GODaddy migration, Azure)</li><li>Deliverability improvements & Monitoring</li><li>Gov Cloud</li><li>1P Tools modernization</li><li>Customer escalation management playbooks</li></ul> | |

---
Brian Wilcox
Program Manager II – Advanced Threat Protection
LinkedIn | Github

**From:** Gurinder Singh <Gurinder.Singh@microsoft.com>

**Sent:** Monday, September 14, 2020 9:36 AM
**To:** Andy Puntahachart <andypunt@microsoft.com>; Brian Wilcox <brwilcox@microsoft.com>
**Cc:** Erica Gorman <ergorm@microsoft.com>; Craig Harbold <charbold@microsoft.com>
**Subject:** RE: Blocked Senders list limits!!

Removing Michael, adding @Brian Wilcox as the customer DCR request is assigned to him..

**Gurinder Singh**
Senior Service Engineer
**M365 Advanced Cloud Engineer**
Email: Gurinder.Singh@microsoft.com
Office: 425-722-6146

Microsoft

**From:** Gurinder Singh
**Sent:** Thursday, September 10, 2020 5:19 PM
**To:** Andy Puntahachart <andypunt@microsoft.com>; Michael Wilde <mwilde@microsoft.com>
**Cc:** Erica Gorman <ergorm@microsoft.com>; Craig Harbold <charbold@microsoft.com>
**Subject:** RE: Blocked Senders list limits!!

Logged Issue 1676346: [Customer Escalation] [S400] Issue Severity: 3 Online: DCR: CVS Health: Warn users when Blocked Senders list limits are hit and provide admin ability to increase the limit.

Base on your comment in Task 1231762 *"The service is moving towards a more service oriented allow block so this is not the right area to invest in anymore. It is a legacy feature and the attack landscape is much different than when this first came out so it needs to be changed, both in the product and the way customers rely on it."* I can see that DCR might not even get reviewed, could you share additional detail/plans toward the changes coming to service oriented blocking. Something for internal communication and a customer messaging with an expected timeline. ?

**Gurinder Singh**
Senior Service Engineer
**M365 Advanced Cloud Engineer**
Email: Gurinder.Singh@microsoft.com
Office: 425-722-6146

Microsoft

**From:** Andy Puntahachart <andypunt@microsoft.com>
**Sent:** Thursday, September 10, 2020 12:20 PM
**To:** Gurinder Singh <Gurinder.Singh@microsoft.com>; **Cc:** Erica Gorman <ergorm@microsoft.com>; Craig Harbold <charbold@microsoft.com>
**Subject:** RE: Blocked Senders list limits!!

You will need to start a new support cases and DCR escalation for this ask. The work item you mentioned has not been tended to and not scheduled for work. I am going to close out the task since Michael and I are not longer the ones to make this decision.

Andy

**From:** Gurinder Singh <Gurinder.Singh@microsoft.com>
**Sent:** Thursday, September 10, 2020 11:54 AM
**To:** Andy Puntahachart <andypunt@microsoft.com>; Michael Wilde <mwilde@microsoft.com>
**Cc:** Erica Gorman <ergorm@microsoft.com>; Craig Harbold <charbold@microsoft.com>
**Subject:** Blocked Senders list limits!!

Hi Michael and Andy,

I am reaching out you based on Task 1231762 and Feature 208451 for Blocked Senders list limits.

I am the ACE (Advanced Cloud Engineer) for CVS Health (S500 customer). The CIO for CVS is hitting the 500 Blocked Sender Limit with Outlook/EXO. CVS Health is looking to file a DCR for the issue and I see that you already have some of the work already planned. We have a few questions so that we can communicate better with our customer and set the right expectations.

1. When the Outlook client hits the 500 sender limit, it doesn't provide an error to user letting them know that they hit the limit of 500 senders:
    a. Based on Task 1231762, what is the timeline for the fix and will this be for Windows and Mac client ?

CONFIDENTIAL

MSFT_TOC00115638

2. The work around to increase the 500 sender limit is to log a case to increase the limit for the users.
    a. Provide the ability to the tenant admins to increase the limit for there users ?
    b. Will the sender limit be increase by default at some point ?
Are these items in the road map for EXO team to address and is there an ETA?

<u>Task 1231762</u>: Warn users when Safe and Blocked Senders list limits are hit
<u>Feature 208451</u>: Add support for more than 500 blocked sender per mailbox

**Gurinder Singh**
Senior Service Engineer
**M365 Advanced Cloud Engineer**
Email: <u>Gurinder.Singh@microsoft.com</u>
Office: 425-722-6146

Microsoft