# EXHIBIT 144

PageVault

| | |
|---|---|
| Document title: | Safe Attachments - Office 365 \| Microsoft Docs |
| Capture URL: | https://docs.microsoft.com/en-us/microsoft-365/security/office-365-security/safe-attachments?view=o365-worldwide |
| Captured site IP: | 184.84.77.121 |
| Page loaded at (UTC): | Mon, 23 Aug 2021 13:26:15 GMT |
| Capture timestamp (UTC): | Mon, 23 Aug 2021 13:27:02 GMT |
| Capture tool: | v7.12.2 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 4 |
| Capture ID: | 7a6e876d-457e-4b11-99b5-5b75b27a155a |
| User: | jmlaw-jcooper |

PDF REFERENCE #:   dAxuEJYa6MKdL5JeRcf8BU

Microsoft | Docs  Documentation  Learn  Q&A  Code Samples                      Search  Sign in
Microsoft 365   Solutions and architecture ∨   Apps and services ∨   Training ∨   Resources ∨                         Free Account

Microsoft 365 / Office 365 security / Overview / Safe Attachments in Defender for Office 365        Save   Feedback   Edit   Share

**Version**

Microsoft 365

Filter by title

Office 365 security

∨ Overview

  Overview of Office 365 security

  Defender for Office 365

  Step-by-step threat protection in Defender for Office 365

  Evaluate Defender for Office 365

  What's new in Defender for Office 365

  Defender for Office 365 in the Microsoft 365 Defender portal

  > Exchange Online Protection

  Safe Attachments for SharePoint, OneDrive, and Microsoft Teams

  Microsoft 365 Defender portal overview

  The Email entity page

  AIR overview

  How automated investigation and response works

  Email analysis in investigations

  Remediation actions

  Anti-malware protection

  Anti-spam protection

  Anti-phishing protection

  Anti-spoofing protection

  **Safe Attachments in Defender for Office 365**

  Safe Links in Defender for Office 365

  Outbound spam protection

  Security Dashboard overview

  How threat investigation and response works

  Office 365 Security Incident Response

  Mail flow insights in the Security & Compliance Center

  Microsoft Security Guidance for Political Campaigns, Nonprofits, and Other Agile Organizations

> Deploy
> Migrate
> Prevent
> Detect
> Investigate
> Respond
> FAQ
> Reference

  Microsoft 365 Defender

  Microsoft Defender for Endpoint

  Microsoft Defender for Identity

Download PDF

# Safe Attachments in Microsoft Defender for Office 365

06/22/2021 • 7 minutes to read •

> ⓘ **Important**
>
> The improved **Microsoft 365 Defender portal** ↗ is now available. This new experience brings Defender for Endpoint, Defender for Office 365, Microsoft 365 Defender, and more into the Microsoft 365 security center. **Learn what's new**.

**Applies to**

- Microsoft Defender for Office 365 plan 1 and plan 2
- Microsoft 365 Defender

Safe Attachments in Microsoft Defender for Office 365 provides an additional layer of protection for email attachments that have already been scanned by anti-malware protection in Exchange Online Protection (EOP). Specifically, Safe Attachments uses a virtual environment to check attachments in email messages before they're delivered to recipients (a process known as *detonation*).

Safe Attachments protection for email messages is controlled by Safe Attachments policies. There is no default Safe Attachments policy, so to get the protection of Safe Attachments, you need to create one or more Safe Attachments policies. For instructions, see Set up Safe Attachments policies in Defender for Office 365.

The following table describes scenarios for Safe Attachments in Microsoft 365 and Office 365 organizations that include Microsoft Defender for Office 365 (in other words, lack of licensing is never an issue in the examples).

| Scenario | Result |
| --- | --- |
| Pat's Microsoft 365 E5 organization has no Safe Attachments policies configured. | Pat is not protected by Safe Attachments. An admin must create at least one Safe Attachments policy for Safe Attachments protection to be active. Furthermore, the conditions of the policy must include Pat if Pat is to be protected by Safe Attachments. |
| Lee's organization has a Safe Attachments policy that applies only to finance employees. Lee is a member of the sales department. | Lee is not protected by Safe Attachments. Finance employees are protected by Safe Attachments, but sales employees (and other employees) are not. |
| Yesterday, an admin in Jean's organization created a Safe Attachments policy that applies to all employees. Earlier today, Jean received an email message that included an attachment. | Jean is protected by Safe Attachments. Typically, it takes about 30 minutes for a new policy to take effect. |
| Chris's organization has long-standing Safe Attachments policies for everyone in the organization. Chris receives an email that has an attachment, and then forwards the message to external recipients. | Chis is protected by Safe Attachments. If the external recipients also have Safe Attachments policies in their organization, then the forwarded messages are subject to those policies. |

Safe Attachments scanning takes place in the same region where your Microsoft 365 data resides. For more information about datacenter geography, see Where is your data located? ↗

> ⓘ **Note**
>
> The following features are located in the global settings of Safe Attachments policies in the Microsoft 365 Defender portal. But, these settings are enabled or disabled globally, and don't require Safe Attachments policies:
>
> - Safe Attachments for SharePoint, OneDrive, and Microsoft Teams.
> - Safe Documents in Microsoft 365 E5

## Safe Attachments policy settings

This section describes the settings in Safe Attachments policies:

- **Safe Attachments unknown malware response**: This setting controls the action for Safe Attachments malware scanning in email messages. The available options are described in the following table:

| Option | Effect | Use when you want to: |
| --- | --- | --- |
| Off | Attachments aren't scanned for malware by Safe Attachments. Messages are still scanned for malware by anti-malware protection in EOP. | Turn scanning off for selected recipients. Prevent unnecessary delays in routing internal mail. This option is not recommended for most users. You should only use this option to turn off Safe Attachments scanning for recipients who only receive messages from trusted senders. |
| Monitor | Delivers messages with attachments and then tracks what happens with detected malware. Delivery of safe messages might be delayed due to Safe Attachments scanning. | See where detected malware goes in your organization. |
| Block | Prevents messages with detected malware attachments from being delivered. Messages are quarantined where only admins (not users) can review, release, or delete the messages. Automatically blocks future instances of the messages and attachments. Delivery of safe messages might be delayed due to | Protects your organization from repeated attacks using the same malware attachments. This is the default value, and the recommended value in Standard and Strict preset security policies. |

**Microsoft 365**

Filter by title

Office 365 security
- Overview
  - Overview of Office 365 security
  - Defender for Office 365
  - Step-by-step threat protection in Defender for Office 365
  - Evaluate Defender for Office 365
  - What's new in Defender for Office 365
  - Defender for Office 365 in the Microsoft 365 Defender portal
  - > Exchange Online Protection
  - Safe Attachments for SharePoint, OneDrive, and Microsoft Teams
  - Microsoft 365 Defender portal overview
  - The Email entity page
  - AIR overview
  - How automated investigation and response works
  - Email analysis in investigations
  - Remediation actions
  - Anti-malware protection
  - Anti-spam protection
  - Anti-phishing protection
  - Anti-spoofing protection
  - **Safe Attachments in Defender for Office 365**
  - Safe Links in Defender for Office 365
  - Outbound spam protection
  - Security Dashboard overview
  - How threat investigation and response works
  - Office 365 Security Incident Response
  - Mail flow insights in the Security & Compliance Center
  - Microsoft Security Guidance for Political Campaigns, Nonprofits, and Other Agile Organizations
- > Deploy
- > Migrate
- > Prevent
- > Detect
- > Investigate
- > Respond
- > FAQ
- > Reference
  - Microsoft 365 Defender
  - Microsoft Defender for Endpoint
  - Microsoft Defender for Identity

⬇ Download PDF

**Is this page helpful?** 👍 Yes  👎 No

**In this article**
Safe Attachments policy settings
Submitting files for malware analysis

| | | |
|---|---|---|
| Block | Prevents messages with detected malware attachments from being delivered.<br>Messages are quarantined. Only admins (not users) can review, release, or delete the messages.<br>Automatically blocks future instances of the messages and attachments.<br>Delivery of safe messages might be delayed due to Safe Attachments scanning. | Protects your organization from repeated attacks using the same malware attachments.<br>Strict preset security policies. |
| Replace | Removes detected malware attachments.<br>Notifies recipients that attachments have been removed.<br>Messages are quarantined where only admins (not users) can review, release, or delete the messages.<br>Delivery of safe messages might be delayed due to Safe Attachments scanning. | Raise visibility to recipients that attachments were removed because of detected malware. |
| Dynamic Delivery | Delivers messages immediately, but replaces attachments with placeholders until Safe Attachments scanning is complete.<br>For details, see the Dynamic Delivery in Safe Attachments policies section later in this article. | Avoid message delays while protecting recipients from malicious files. Enable recipients to preview attachments in safe mode while scanning is taking place. |

- **Redirect attachment on detection: Enable redirect** and **Send the attachment to the following email address:** For **Block**, **Monitor**, or **Replace** actions, send messages that contain malware attachments to the specified internal or external email address for analysis and investigation.

  The recommendation for Standard and Strict policy settings is to enable redirection. For more information, see Safe Attachments settings.

- **Apply the above selection if malware scanning for attachments times out or error occurs**: The action specified by **Safe Attachments unknown malware response** is taken on messages even when Safe Attachments scanning can't complete. Always select this option if you select **Enable redirect**. Otherwise, messages might be lost.

- **Recipient filters**: You need to specify the recipient conditions and exceptions that determine who the policy applies to. You can use these properties for conditions and exceptions:
  - **The recipient is**
  - **The recipient domain is**
  - **The recipient is a member of**

  You can only use a condition or exception once, but the condition or exception can contain multiple values. Multiple values of the same condition or exception use OR logic (for example, <recipient1> or <recipient2>). Different conditions or exceptions use AND logic (for example, <recipient1> and <member of group 1>).

- **Priority**: If you create multiple policies, you can specify the order that they're applied. No two policies can have the same priority, and policy processing stops after the first policy is applied.

  For more information about the order of precedence and how multiple policies are evaluated and applied, see Order and precedence of email protection.

## Dynamic Delivery in Safe Attachments policies

> ℹ **Note**
>
> Dynamic Delivery works only for Exchange Online mailboxes.

The Dynamic Delivery action in Safe Attachments policies seeks to eliminate any email delivery delays that might be caused by Safe Attachments scanning. The body of the email message is delivered to the recipient with a placeholder for each attachment. The placeholder remains until the attachment is found to be safe, and then the attachment becomes available to open or download.

If an attachment is found to be malicious, the message is quarantined. Only admins (not users) can review, release, or delete messages that were quarantined by Safe Attachments scanning. For more information, see Manage quarantined messages and files as an admin.

Most PDFs and Office documents can be previewed in safe mode while Safe Attachments scanning is underway. If an attachment is not compatible with the Dynamic Delivery previewer, the recipients will see a placeholder for the attachment until Safe Attachments scanning is complete.

If you're using a mobile device, and PDFs aren't rendering in the Dynamic Delivery previewer on your mobile device, try opening the message in Outlook on the web (formerly known as Outlook Web App) using your mobile browser.

Here are some considerations for Dynamic Delivery and forwarded messages:

- If the forwarded recipient is protected by a Safe Attachments policy that uses the Dynamic Delivery option, then the recipient sees the placeholder, with the ability to preview compatible files.
- If the forwarded recipient is not protected by a Safe Attachments policy, the message and attachments will be delivered without any Safe Attachments scanning or attachment placeholders.

There are scenarios where Dynamic Delivery is unable to replace attachments in messages. These scenarios include:

- Messages in public folders.
- Messages that are routed out of and then back into a user's mailbox using custom rules.
- Messages that are moved (automatically or manually) out of cloud mailboxes to other locations, including archive folders.
- Inbox rules move the message out of the Inbox into a different folder.
- Deleted messages.
- The user's mailbox search folder is in an error state.
- Exchange Online organizations where Exclaimer is enabled. To resolve this issue, see KB4014438 ↗.
- S/MIME encrypted messages.
- You configured the Dynamic Delivery action in a Safe Attachments policy, but the recipient doesn't support Dynamic Delivery (for example, the recipient is a mailbox in an on-premises Exchange organization). However, Safe Links in Microsoft Defender for Office 365 is able to scan Office file attachments that contain URLs (depending on how the global settings for Safe Links are configured).

Microsoft 365

Filter by title

Office 365 security
- Overview
  - Overview of Office 365 security
  - Defender for Office 365
  - Step-by-step threat protection in Defender for Office 365
  - Evaluate Defender for Office 365
  - What's new in Defender for Office 365
  - Defender for Office 365 in the Microsoft 365 Defender portal
  > Exchange Online Protection
  - Safe Attachments for SharePoint, OneDrive, and Microsoft Teams
  - Microsoft 365 Defender portal overview
  - The Email entity page
  - AIR overview
  - How automated investigation and response works
  - Email analysis in investigations
  - Remediation actions
  - Anti-malware protection
  - Anti-spam protection
  - Anti-phishing protection
  - Anti-spoofing protection
  - Safe Attachments in Defender for Office 365
  - Safe Links in Defender for Office 365
  - Outbound spam protection
  - Security Dashboard overview
  - How threat investigation and response works
  - Office 365 Security Incident Response
  - Mail flow insights in the Security & Compliance Center
  - Microsoft Security Guidance for Political Campaigns, Nonprofits, and Other Agile Organizations
> Deploy
> Migrate
> Prevent
> Detect
> Investigate
> Respond
> FAQ
> Reference
  - Microsoft 365 Defender
  - Microsoft Defender for Endpoint
  - Microsoft Defender for Identity

Download PDF

# Dynamic Delivery in Safe Attachments policies

> Note
> Dynamic Delivery works only for Exchange Online mailboxes.

The Dynamic Delivery action in Safe Attachments policies seeks to eliminate any email delivery delays that might be caused by Safe Attachments scanning. The body of the email message is delivered to the recipient with a placeholder for each attachment. The placeholder remains until the attachment is found to be safe, and then the attachment becomes available to open or download.

If an attachment is found to be malicious, the message is quarantined. Only admins (not users) can review, release, or delete messages that were quarantined by Safe Attachments scanning. For more information, see Manage quarantined messages and files as an admin.

Most PDFs and Office documents can be previewed in safe mode while Safe Attachments scanning is underway. If an attachment is not compatible with the Dynamic Delivery previewer, the recipients will see a placeholder for the attachment until Safe Attachments scanning is complete.

If you're using a mobile device, and PDFs aren't rendering in the Dynamic Delivery previewer on your mobile device, try opening the message in Outlook on the web (formerly known as Outlook Web App) using your mobile browser.

Here are some considerations for Dynamic Delivery and forwarded messages:

- If the forwarded recipient is protected by a Safe Attachments policy that uses the Dynamic Delivery option, then the recipient sees the placeholder, with the ability to preview compatible files.
- If the forwarded recipient is not protected by a Safe Attachments policy, the message and attachments will be delivered without any Safe Attachments scanning or attachment placeholders.

There are scenarios where Dynamic Delivery is unable to replace attachments in messages. These scenarios include:

- Messages in public folders.
- Messages that are routed out of and then back into a user's mailbox using custom rules.
- Messages that are moved (automatically or manually) out of cloud mailboxes to other locations, including archive folders.
- Inbox rules move the message out of the Inbox into a different folder.
- Deleted messages.
- The user's mailbox search folder is in an error state.
- Exchange Online organizations where Exclaimer is enabled. To resolve this issue, see KB4014438.
- S/MIME encrypted messages.
- You configured the Dynamic Delivery action in a Safe Attachments policy, but the recipient doesn't support Dynamic Delivery (for example, the recipient is a mailbox in an on-premises Exchange organization). However, Safe Links in Microsoft Defender for Office 365 is able to scan Office file attachments that contain URLs (depending on how the global settings for Safe Links are configured).

## Submitting files for malware analysis

- If you receive a file that you want to send to Microsoft for analysis, see Submit malware and non-malware to Microsoft for analysis.
- If you receive an email message (with or without an attachment) that you want to submit to Microsoft for analysis, see Report messages and files to Microsoft.

## Recommended content

**Preset security policies - Office 365**
Admins can learn how to apply Standard and Strict policy settings across the protection features of Exchange Online Protection (EOP) and Microsoft Defender for Office 365

**Protect against threats in Microsoft Defender for Office 365, Anti-malware, Anti-Phishing, Anti-spam, Safe links, Safe attachments, Zero-hour auto purge (ZAP), MDO security configuration - Office 365**
Admins can learn about threat protection in Microsoft 365 and configure how to use it for your organization.

**Zero-hour auto purge in Microsoft Defender for Office 365 - Office 365**
Zero-hour auto purge (ZAP) retroactively moves delivered messages in an Exchange Online mailbox to the Junk Email folder or quarantine that are found to be spam or phishing after delivery.

**Microsoft recommendations for EOP and Defender for Office 365 security settings - Office 365**
What are best practices for Exchange Online Protection (EOP) and Defender for Office 365 security settings? What's the current recommendations for standard protection? What should be used if you want to be more strict? And what extras do you get if you also use Defender for Office 365?

Show more

## Feedback

Submit and view feedback for

[This product]  [This page]

View all page feedback

Is this page helpful? Yes No

In this article
- Safe Attachments policy settings
- Submitting files for malware analysis

English (United States)  Theme
Previous Version Docs   Blog   Contribute   Privacy & Cookies   Terms of Use   Trademarks   © Microsoft 2021

Document title: Safe Attachments - Office 365 | Microsoft Docs
Capture URL: https://docs.microsoft.com/en-us/microsoft-365/security/office-365-security/safe-attachments?view=o365-worldwide
Capture timestamp (UTC): Mon, 23 Aug 2021 13:27:02 GMT

Page 3 of 3