# EXHIBIT 146

```
                                                             Page 1

 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2

            CASE NO.:  20-60416-CIV-CANNON/HUNT
 3

 4

 5   TOCMAIL, INC., a Florida
     corporation,
 6
              Plaintiff,
 7   v.

 8   MICROSOFT CORPORATION, a
     Washington corporation,
 9
              Defendant.
10   _____/
11
                              Monday, March 29, 2021
12                            12:32 p.m. - 5:26 p.m. EST
13
14
15    CONFIDENTIAL VIDEOTAPED DEPOSITION TAKEN BY REMOTE
16           VIDEOCONFERENCE OF ABHIJEET HATEKAR
17
18   PAGES 73-176 - Excerpts of this transcript have been
19   declared Attorneys' Eyes Only and are sealed under
20   separate cover
21
22        Taken on behalf of the Plaintiff before Yvonne
23   Corrigan, RPR, CRR, Notary Public in and for the State
24   of Florida at Large, pursuant to Notice of Videotaped
25   Deposition in the above cause.
```

```
 1    1   APPEARANCES:
 2    2
 3    3   ATTORNEY FOR PLAINTIFF
 4    4        JOSHUA D. MARTIN, ESQUIRE
              Johnson & Martin, P.A.
 5    5       500 W. Cypress Creek Road
              Suite 430
 6    6       Fort Lauderdale, Florida  33309
              josh.martin@johnsonmartinlaw.com
 7    7       (954) 790-6699
 8    8
 9    9   ATTORNEY FOR DEFENDANT
10   10        RENE A. TREVINO, ESQUIRE
              Greenberg Traurig, LLC
11   11       1000 Louisiana Street
              Suite 1700
12   12       Houston, Texas  77002
              trevinor@gtlaw.com
13   13       (713) 374-3541
14   14
15   15   Also Present:  Rachel Hymel
                         Michael Wood
16   16                  Aaron Wolke
                         Brad Thompson, Videographer
17   17
18   18
19   19
20              *** ALL ATTENDEES APPEARED REMOTELY ***
21   21
22   22                     * * * * *
23   23
24   24
25   25
```

```
 1                            INDEX
 2    WITNESS                                                    PAGE
 3    ABHIJEET HATEKAR
 4        Direct Examination By Mr. Martin ..................8
 5
 6                           EXHIBITS
 7    NUMBER         DESCRIPTION                                 PAGE
 8    Exhibit 1    Email chain dated ........................15
                   3/30/19-Subject: RE: Safe Links
 9                 evasion tricks- BATES
                   MSFT_TOC00146656-146661
10
      Exhibit 2    Email chain dated 5/7/20-Subject: ........23
11                 RE: Phishing Attack Using
                   Sponsored Ads on Microsoft Bing-
12                 BATES
                   MSFT_TOC00043074-MSFT_TOC00043086
13
      Exhibit 3    Email chain dated ........................27
14                 11/24/18-Subject: RE: 1:1
                   Rex/Abhie [Status Update]- BATES
15                 MSFT_TOC00280051-MSFT_TOC00280054
16    Exhibit 4    Email chain dated ........................29
                   3/30/18-Subject: RE: Sonar Browse
17                 IP blacklisted- BATES
                   MSFT_TOC000244931-MSFT_TOC0024493
18                 3
19    Exhibit 5    Email chain dated ........................37
                   10/23/19-Subject: RE: HTML
20                 Redirection, Geo location evasion
                   and whatnot-BATES
21                 MSFT_TOC00245755-MSFT_TOC00245776
22    Exhibit 6    Email from Michael Wise dated ...........46
                   7/20/20- BATES MSFT_TOC00010780
23
24    (Continued:)
25
```

```
                                                              Page 4
 1                       EXHIBITS
 2   NUMBER         DESCRIPTION                                  PAGE
 3   Exhibit 7    Email dated 7/20/20 5:43 p.m.- ...........47
                  BATES MSFT_TOC00038485
 4
     Exhibit 8    Email dated 7/20/20 5:50 p.m.- ...........48
 5                BATES MSFT_TOC00012369
 6   Exhibit 9    Email chain dated .......................56
                  8/17/18-Subject: Re: Connecting
 7                ZScaler Threat Research Team &
                  MSFT- BATES
 8                MSFT_TOC00268188-MSFT_TOC00268190
 9   Exhibit 10   Email chain dated .......................61
                  4/16/20-Subject: RE: [Office CXP
10                doing evasion testing- BATES
                  MSFT_TOC00058185-MSFT_TOC00058189
11
     Exhibit 11   Email chain dated .......................73
12                4/30/19-Subject: RE: Proxy
                  effectiveness report- BATES
13                MSFT_TOC00065791-MSFT_TOC00065794
14   Exhibit 12   Email chain dated .......................79
                  4/27/20-Subject: RE: Red
15                Flag/Adani/Phishing
                  emails-Escalations- BATES
16                MSFT_TOC00110686-MSFT_TOC00110695
17   Exhibit 13   Email chain dated .......................95
                  10/31/20-Subject: Fwd: Microsoft
18                Private Test- BATES
                  MSFT_TOC00003615-MSFT_TOC00003628
19
     Exhibit 14   Email chain dated ......................102
20                11/16/20-Subject: RE: Proxify
                  budgeting- BATES
21                MSFT_TOC00063779-MSFT_TOC00063784
22   Exhibit 15   Email chain dated ......................114
                  8/28/18-Subject: RE: Review
23                initial plan for network evasion-
                  BATES
24                MSFT_TOC00063940-MSFT_TOC00063941
25   (Continued:)
```

```
 1                       EXHIBITS
 2    NUMBER         DESCRIPTION                              PAGE
 3    Exhibit 16  Email chain dated ......................118
                  4/24/20-Subject: RE: Fe Scenario:
 4                BYO-VPN- BATES
                  MSFT_TOC00128009-MSFT_TOC00128010
 5
      Exhibit 17  Email chain dated ......................120
 6                10/17/19-Subject: Fwd: Phish
                  Campaign using IP Evasion
 7                ([EVASION]-Phishing URL redirects
                  to clean site on detonation.)-
 8                BATES
                  MSFT_TOC00129545-MSFT_TOC00129551
 9
      Exhibit 18  Email chain dated 12/17/20-Subject: .....128
10                RE: COGs play | Enable GEO evasion
                  defense for S500 customers by default-
11                BATES MSFT_TOC00120982
12    Exhibit 19  Email dated 9/19/16-Subject: FYI ........132
                  Bharat/ScottGu Update- BATES
13                MSFT_TOC00257923-MSFT_TOC00257925
14    Exhibit 20  Exchange Online ATP-Overview & .........138
                  Test Guide - BATES
15                MSFT_TOC00084640-MSFT-TOC00084643
16    Exhibit 21  Email dated 7/9/20-Subject: Sonar .......139
                  Anti-evasion deck- BATES
17                MSFT_TOC00258218
18    Exhibit 22  Sanbox Anti-Evasion Plan Review .........139
                  PowerPoint
19
      Exhibit 23  Email chain dated ......................148
20                5/23/19-Subject: RE: New mobile
                  phishing method-inspection bar-
21                BATES
                  MSFT_TOC00240319-MSFT_TOC00240322
22
      Exhibit 24  2019 IEEE article- BATES ...............152
23                MSFT_TOC00240323-MSFT_TOC00240340
24    (Continued:)
25
```

```
 1                        EXHIBITS
 2   NUMBER          DESCRIPTION                              PAGE
 3   Exhibit 25  Email chain dated 1/5/17-Subject: .......153
                 FW: Metting notes and
 4               requirements attach-RE: malware
                 detection IP blocks- BATES
 5               MSFT_TOC00255249
 6   Exhibit 26  Document entitled "Geo_Evasion ..........154
                 Countermeasures Scenario Overview
 7               & Requirements - BATES
                 MSFT_TOC00255250
 8
     Exhibit 27  Email chain dated .......................155
 9               10/30/20-Subject: RE: Proof
                 Point/O365-ATP gaps discussion-
10               BATES
                 MSFT_TOC00111738-MSFT_TOC00111745
11
     Exhibit 28  Email chain dated 4/7/20- ...............163
12               Subject: BP Anti-GeoEvasion
                 POC-Traffic routing through their
13               own servers- BATES
                 MSFT_TOC00304361-MSFT_TOC00304362
14
     Exhibit 29  Microsoft Crawler research paper- .......164
15               BATES
                 MSFT_TOC00304363-MFST_TOC00030436
16               6
17
18                        * * * * *
19
20
21
22
23
24
25
```

1  evasion or not was tricky.  So then you said but now you
2  think that you have 90 percent effectiveness in
3  identifying whether it was IP evasion that took place.
4  And so what I'm asking is, in terms of, like, what year
5  time frame do you think that you obtained around that
6  90 percent effectiveness?
7       A.   It's a measurement, right?  We are talking
8  about numbers, you know.  That means an ability to
9  measure something.  And in order to measure, we need
10 data and some labels towards it.  And we are doing that,
11 you know, from 2015.  We have labels, we have
12 measurements going on there.
13           The evasion part of, you know, measurement was
14 going on from very early stages.  And I think in late
15 2018 itself, you know, when we invested into -- into a
16 third-party solution for anonymizing IP ranges from
17 Microsoft, we started seeing, you know, huge success in
18 our effectiveness.
19      Q.   Okay.  So you have data that would show the
20 percentages in 2018, '19 and '20?
21           MR. TREVINO:  Objection.  Mischaracterizes
22      testimony.
23           THE WITNESS:  We do measure our stuff.  And
24      it's two and a half years back, so I'm not sure
25      whether we have data out on that or not.

1  BY MR. MARTIN:
2       Q.   Okay.  But sitting here today, do you know
3  whether you had 90 percent effectiveness in detecting
4  whether the attack was IP evasion in 2018?
5       A.   Can you please repeat the question?  Sorry.
6       Q.   Yeah.  Yeah.  Sitting here right now, do you
7  know whether -- whether you had 90 percent effectiveness
8  in determining whether an attack was IP evasion?
9       A.   In 2018?
10      Q.   Yes.
11      A.   In 2018, no, I would say we were, you know --
12  I won't be comfortable saying, you know, we had
13  90 percent and above, you know, success rate in 2018,
14  because we did not have a solution -- we would not have
15  a production solution at that time.
16      Q.   What about 2019?
17      A.   Yes, we had a solution.  In late 2018 itself
18  we had a solution, in fact.
19      Q.   In late -- you said late 2018?
20      A.   Mm-hmm.
21      Q.   So it might have been -- it might have been
22  90 --
23      A.   If I recall back, you know, I was -- I was
24  going on a paternity leave in May, June.  So, yeah, I
25  think from July -- June, July onwards, 2018, we had a

Page 171

1      This concludes testimony given by Abhijeet Hatekar.
2      The total number of media units used was four and
3      will be retained by Veritext.
4           (The deposition concluded at 5:26 p.m. EST
5   Reading and signing were not waived.)
6
7                      * * * * *

Page 172

1       CERTIFICATE OF OATH OF WITNESS

2    STATE OF FLORIDA        )

3    COUNTY OF SARASOTA      )

4

5       I, YVONNE CORRIGAN, Registered Professional

6    Reporter, Certified Realtime Reporter, Notary Public in

7    and for the State of Florida at Large, certify that the

8    witness, ABHIJEET HATEKAR, remotely appeared before me

9    on March 29, 2021 and was duly sworn by me.

10      WITNESS my hand and official seal this 28th day of

11   April, 2021.

             *[signature: Yvonne Corrigan]*

             _____

             YVONNE CORRIGAN, RPR, CRR

             Notary Public, State of Florida

             Commission No. GG 283606

             Expires: January 31, 2023