# EXHIBIT 147

I am an Assistant Professor at the University of New Orleans. My students and I discovered some flaws in the bots used by Microsoft's SmartScreen and Outlook security crawlers. We are in the process of writing an academic research paper covering these issues. However, we wanted to disclose these flaws to you as part of responsible disclosure.

These are the steps we took to find the flaws:

1. We registered a 2nd level domain name and set up a website that can automatically extracts browser fingerprints of all visitors. We used the fingerprinting code on AmIUnique website for this purpose https://amiunique.org/

2. We next changed the DNS and web server configuration to make it work like a honeypot. After these changes, any 3rd level domain with any URL path would take the visitor to a page containing fingerprinting code.

3. We set up the website so that that the fingerprints would get immediately shipped to our web server and stored in a database. Along with the fingerprints, we also store the IP address of the visitor.

4. We then started sending about 10 unique URLs everyday to Microsoft's "Report Unsafe Site" website: https://www.microsoft.com/en-us/wdsi/support/report-unsafe-site-guest. We continued this for a period of 55 days.

5. We also sent about 10 emails containing unique URLs each day to our Outlook e-mail account. We noticed that this triggered a security bot visit to our website almost immediately.

When setting up the above experiment, we found serious weaknesses in Microsoft's crawlers - we will list these weaknesses below:

1. We submitted 466 unique URLs to SmartScreen service (using report-unsafe-site feature above) in a span of 39 days. We SmartScreen bots visited 98% of the URLs with in a median time of about 3 hours. Similarly, for Outlook, we sent 470 URLs. The crawlers visited 65% of the URLs with a median time of just 45 seconds. However we noticed that all SmartScreen crawlers were using a single IP address (121.244.87.250) based in India for scanning all the URLs. To capitalize on this, an attacker can develop an evasive phishing website which will simply show benign content if the client's IP address matched the above IP address (IP-based cloaking).

2. Further, although Outlook's crawlers used as many as 277 different IPs for crawling - we noticed that all these IP addresses belong to Microsoft's IP space (when we look up the Autonomous System name information). Again, this means an attacker can simply use AS name based evasion to evade all Microsoft bots while continuing to show unsafe and phishing contents to Outlook e-mail receivers.

3. Overall, Microsoft's crawlers established as many as about 934 sessions with our fingerprinting website in the 39 days. However, among those 934 sessions we only saw 8 distinct font fingerprints

(distinct "lists of fonts installed") from all the crawler visits that were made . As previous research studies proved that font fingerprints tend to be highly discriminatory, we believe that such limited font fingerprints can be easily used by websites to evade Microsoft's crawlers while continuing to show malicious content to victims.

4. On a similar note, we noticed that Microsoft's crawlers only had 5 distinct canvas fingerprints for all the 934 sessions. Again, as research studies proved that Canvas fingerprints are highly discriminatory, we strongly believe this information can be used by attackers to easily evade future crawler visits from Microsoft's crawlers. The same was the case with WebGL fingerprints. There were only 4 distinct WebGL fingerprints.

5. Among SmartScreen's crawler visits, we noticed 22% of them had inconsistent User-Agent values. For all these, the User-Agent header value did not match the User-Agent value obtained from Navigator properties. For example, when the User-Agent header is this: "mozilla/5.0 (windows nt 10.0; wow64; trident/7.0; rv:11.0) like gecko", we saw that the Navigator.User-Agent value is this: "mozilla/5.0 (windows nt 10.0; wow64; trident/7.0; .net4.0c; .net4.0e; .net clr 2.0.50727; .net clr 3.0.30729; .net clr 3.5.30729; zoomrc 4.4.0; rv:11.0) like gecko". This inconsistent shows that User-Agent is being manipulated and indicates to a malicious website clearly that the visitor is a tampered crawler and not a genuine potential victim. So, an evasive website can easily change its behavior based on this.

To demonstrate the gravity of the above weaknesses, we built 20 different phishing web pages on 20 different websites that perform cloaking based on browser fingerprints. These websites will show benign content to security bots while they show either "Bank of America" or "PayPal" phishing pages to most potential victims. The cloaking is based on the fingerprints we collected in the first 39 days as well as real-time fingerprints we continued to collect through the website mentioned above. For 14 days, we sent the URLs of the 20 websites to Microsoft's "Report Unsafe Site" website and sent e-mails containing the links to the 20 phishing sites to our Outlook account. We also sent our URLs to 24 other security crawlers every day. However, even after the end of 30 days only 2 of the 20 pages have been detected. The other 18 websites have continued to go without getting blacklisting for the entire period of 1 month.

We also did a user study employing 1150 participants from around the world to test if our cloaking logic was specific enough to only block security crawlers and not regular users. It turned out that about 80 percent of the users continued to remain unblocked by our cloaking logic. Moreover, the cloaking logic took only about 4 seconds on an average to execute. We believe this overhead is small enough to not deter any potential "victims" in real-life.

Our description above shows that the weaknesses we found in Microsoft's security crawlers can be used by attackers in the future to develop websites that will last for a long time.

We also found some weaknesses related to data sharing specific to Microsoft's crawlers. Although these weaknesses don't directly cause evasion, we believe addressing these issues can help alleviate some of the other weaknesses. We will be happy to discuss more details with you later.

As mentioned above, the weaknesses we found in Microsoft's security crawlers can be used to continuously evade Microsoft's crawlers. We found multiple weaknesses in the crawlers. Just few of them (such as just IP and AS-name based cloaking or font fingerprints or canvas fingerprints) are good enough for evading Microsoft's crawlers. Here is a test website that employs the same logic as our phishing websites: https://charlesdouglas.xyz/test.htm

It shows the letter B (representing benign content) to any visitor it perceives to be a security crawler (including Microsoft's security crawlers). At the same time, it shows the letter P (representing phishing content) to any visitor that the logic perceives to be a phishing website.

Our 18 actual phishing website URLs are also still live. We are happy to share them with you if you are interested. These websites have been live for more than one month now. Further, these 18 URLs have been submitted to Microsoft about 14 times.

Based on this we have a few recommendations that we make regarding Microsoft's security crawlers:

1. The security crawlers for both SmartScreen and Outlook should use more variability in the IP addresses. These IP address should not be associated with Microsoft or other tech companies - it would be preferable to obtain IP addresses (as proxies) from residential IP address spaces in order to make sure crawlers cannot be easily evaded. Right now, just IP-based evasion is sufficient to evade 100% of all Microsoft's crawler visits.

2. Further, Microsoft's security crawlers should make the fonts installed in their crawlers more variable. For example, they can make them more suitable for the geolocation of the IP address that they are using for proxying. Further, it is good to make them even more variable as research proves that font fingerprints tend to be very discriminatory in tracking.

3. Similarly, Microsoft's crawlers should try to employ some canvas and WebGL fingerprinting defenses. Currently, the crawlers only have 5 different fingerprints which make them very easy to evade.

4. Finally, we noticed a weakness from Microsoft regarding their data sharing. We noticed that Microsoft is not sharing the URLs they receive with any other entity. This is resulting in a very low number of fingerprints we collect from each URL we submit to Microsoft. Thus, it makes Microsoft's crawlers very easily profilable. It would be recommended to engage in more data sharing of URLs to increase the variety in fingerprints an attacker collects from the visits.

We are happy to discuss any of these in more detail with you.

CONFIDENTIAL

MSFT_TOC00304366