# EXHIBIT 148

CONFIDENTIAL/ATTORNEYS' EYES ONLY

Page 1

1         IN THE UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
2

3    TOCMAIL, INC.,
4                Plaintiff,
5    vs.                              Case No.
                                      20-60416-CIV-CANNON
6    MICROSOFT CORPORATION,           /HUNT
7                Defendant.
     _____/
8
9        ***** CONFIDENTIAL/ATTORNEYS' EYES ONLY *****
10       VIDEO DEPOSITION OF KRISHNA PHANI KUMAR VADREVU
11            (Conducted Via Videoconference)
12
13
14   DATE:              March 30, 2021
15
     TIME:              2:11 p.m. CST to 2:45 p.m. CST
16                           -  and  -
                        3:11 p.m. EST to 3:45 p.m. EST
17
18   PURSUANT TO:       Notice by counsel for Plaintiff
                        for purposes of discovery, use at
19                      trial or such other purposes as
                        are permitted under the Federal
20                      Rules of Civil Procedure
21
     REPORTED BY:       Aaron T. Perkins, RMR, CRR, CRC
22                      Notary Public, State of
                        Florida at Large
23
24                      Pages 1 to 33
25

CONFIDENTIAL/ATTORNEYS' EYES ONLY

Page 2

```
 1    APPEARANCES:
 2
      JOSHUA D. MARTIN, ESQUIRE
 3    Johnson & Martin, P.A.
      500 West Cypress Creek Road
 4    Suite 430
      Fort Lauderdale, Florida  33309
 5
             Attorney for Plaintiff
 6
 7
 8    RENE A. TREVINO, ESQUIRE
      Greenberg Traurig, LLP
 9    1000 Louisiana Street
      Suite 1700
10    Houston, Texas  77002
            -  and  -
11    EVELYN COBOS, ESQUIRE
      Greenberg Traurig, LLP
12    333 S.E. 2nd Avenue
      Suite 4400
13    Miami, Florida  33131
14           Attorneys for Defendant
15
16
17    LINDA LAW CLARK, ESQUIRE
      Decuir, Clark & Adams, LLP
18    732 North Boulevard
      Baton Rouge, Louisiana  70802
19
             Attorney for Krishna Phani Kumar Vadrevu and
20           University of New Orleans
21
22
      ALSO PRESENT:
23      Michael Wood
        Aaron Wolke
24      Richard Inthasoroth, Videographer
25
```

CONFIDENTIAL/ATTORNEYS' EYES ONLY

Page 3

```
 1                      I N D E X
 2     DIRECT EXAMINATION BY MR. MARTIN        Page 6
 3     CROSS-EXAMINATION BY MR. TREVINO        Page 23
 4     STIPULATION                             Page 31
 5     CERTIFICATE OF OATH                     Page 32
 6     REPORTER'S CERTIFICATE                  Page 33
 7
 8
 9
10
11
12
                        E X H I B I T S
13
       Exhibit 1    Subpoena to Testify at   Page 7
14                  a Deposition in a
                    Civil Action for
15                  Krishna Phani Kumar
                    Vadrevu.
16
       Exhibit 2    A four-page               Page 10
17                  typewritten document
                    Bates stamped
18                  MSFT_TOC00304363
                    through 00304365.
19
20
21
22
23
24
25
```

Page 8

1       Are you here today to testify in response to
2  this subpoena?
3       A.   Yes, I am.
4       Q.   Okay.  So we're going to be asking you a few
5  questions today about a paper that you sent Microsoft in
6  or about April 2020.  And I understand that there's some
7  concerns about intellectual property and disclosing
8  confidential information that could be protected by
9  intellectual property and/or other rights.
10           I just wanted to let you know at the outset
11  our intention is not to go into anything confidential or
12  violate any of those rights.  So if you believe any of
13  my questions would call for an answer that would require
14  you to go into that, you know, things that you consider
15  confidential or protected by intellectual property or
16  other rights, just please let me know.  I can assure you
17  that we're not trying to go into that information.
18  Okay?
19       A.   Okay.
20       Q.   So I understand that you are currently a
21  professor at the University of New Orleans; is that
22  correct?
23       A.   Yes.
24       Q.   What department are you in?
25       A.   The department of computer science.

CONFIDENTIAL/ATTORNEYS' EYES ONLY

Page 10

1   Q.   Do you focus your research on any particular
2   areas?
3   A.   Yeah.  My focus is in web security and network
4   security, so I generally tend to apply machine learning
5   techniques to solve those -- solve various problems in
6   web and network security.
7        MR. MARTIN:  Okay.  Aaron, can you put the
8        paper on the screen, please, 304363.
9        (Exhibit No. 2 was marked for identification.)
10  BY MR. MARTIN:
11  Q.   Okay.  So Exhibit 2 is a document that was
12  produced to us by Microsoft in the litigation that's
13  currently pending.
14       Can you take a look at this for a minute and
15  familiarize yourself with it?
16  A.   Okay.
17  Q.   And just so you know, Aaron from my office is
18  helping with the exhibits, as you see.  And because
19  we're doing everything virtually and through Zoom, you
20  know, we don't have a physical copy of the paper in
21  front of you.  So, you know, if you need him to scroll
22  through any part of this document or any others, just
23  feel free to ask Aaron to scroll through, and he can
24  kind of scroll through at any point that you want.
25       So have you seen this document before?

CONFIDENTIAL/ATTORNEYS' EYES ONLY

Page 11

1    A.    Yes, I have.
2    Q.    Is this something that you sent to Microsoft?
3    A.    Yes.
4    Q.    Do you remember the time frame that you sent
5  it to Microsoft?
6    A.    Off the top of my head, no, but it should be
7  sometime in the first half of the year 2020.
8    Q.    Okay.  Approximately a year ago?
9    A.    Yeah.
10   Q.    Did you write this paper?
11   A.    Yes, I did.
12   Q.    Did you write it in about the same time frame
13 that you sent it to the Microsoft?
14   A.    Yes, I did.
15   Q.    Okay.  So in this document, if you look kind
16 of in the middle of the page -- Aaron, you can scroll
17 down -- right in number -- point 5 there, you stated,
18 "We also sent about ten e-mails containing unique URLs
19 each day to our Outlook e-mail account.  We noticed that
20 this triggered a security bot visit to our website
21 almost immediately."
22         Do you see that?
23   A.    Yes.
24   Q.    And you stated that, correct?
25   A.    I did.

CONFIDENTIAL/ATTORNEYS' EYES ONLY

Page 12

```
 1        Q.   Did your Outlook e-mail client have Safe Links
 2   enabled?
 3        A.   Yes, it did.
 4        Q.   Did the e-mail URLs lead to a 404 error page,
 5   or did they lead to content that would return a 200
 6   status code?
 7             MR. TREVINO:  Objection to the form.  Assumes
 8        facts not in evidence.
 9   BY MR. MARTIN:
10        Q.   You can answer.
11        A.   I'm sorry, I'm unable to understand the
12   question properly.
13        Q.   So -- yeah.  Okay.
14             Did the e-mail URLs lead to a 404 error page,
15   or did they lead to the actual web page with the content
16   manager being returned?
17             MR. TREVINO:  Objection.  Vague.  Assumes
18        facts not in evidence.
19             THE WITNESS:  Unfortunately, I cannot answer
20        that properly because it -- what an e-mail link
21        points to depends on the vantage point, so it's
22        hard to say where it leads to because, depending
23        on, like, where you're going from, it could lead to
24        various places.
25             MR. MARTIN:  Okay.  Aaron, can you scroll
```

1      down.
2  BY MR. MARTIN:
3      Q.   Okay.  Dr. Vadrevu, in No. 2 there, towards
4  the bottom of the page, you stated, further, "Although
5  Outlook's crawlers used as many as 277 different IPs for
6  crawling, we noticed that all these IP addresses belong
7  to Microsoft's IP space when we look up the autonomous
8  system name information."
9           You stated that, correct?
10     A.   Yes.
11     Q.   So when you say "as many as 277 different
12 IPs," how close to 277 do you mean?
13     A.   At that point, it was 277 IP addresses when I
14 compiled that report.
15     Q.   Okay.  And what do you mean by looking up the
16 autonomous system name information?
17     A.   It is possible to -- for a given IP address,
18 it is possible to look up the autonomous system, which
19 is basically a collection of -- which is basically a
20 collection of IP addresses, sort of to say, and it kind
21 of points to the organization that owns that IP address
22 space.  And so it is possible to look that up using
23 public databases, so that's what we meant by -- when we
24 look up the autonomous system name.  So we tried to
25 associate the IP address with the organization that owns

CONFIDENTIAL/ATTORNEYS' EYES ONLY

Page 14

1  it.
2      Q.  Okay.  Did every IP address associated with
3  Outlook's crawlers belong to Microsoft's IP space?
4          MR. TREVINO:  Objection to form.  Calls for
5      speculation.  Assumes facts not in evidence.
6          THE WITNESS:  I have to confirm again, but
7      according to this document, yeah.  I mean -- so
8      when I wrote this document, I -- my opinion was
9      that those IP addresses belonged to Microsoft's IP
10     address space because they were mapping through the
11     autonomous system name, which was Microsoft.
12 BY MR. MARTIN:
13     Q.  Okay.  That's based on what you observed?
14     A.  Yes.
15     Q.  Okay.  The second half of that paragraph
16 states, "Again, this means that an attacker can simply
17 use AS name-based evasion to evade all Microsoft bots
18 while continuing to show unsafe and phishing contents to
19 Outlook e-mail receivers."
20         You stated that, correct?
21     A.  Yes.
22     Q.  So was this statement the result of your
23 personal observation of the 277 different IP addresses
24 that belonged to Microsoft's IP space?
25     A.  Yes.

CONFIDENTIAL/ATTORNEYS' EYES ONLY

Page 16

1   may not necessarily be representative of the whole state
2   of affairs of looking at the accounts.
3       Q.   Okay.  This is just based on what you guys
4   observed?
5       A.   Yes, from one Outlook e-mail account.
6            MR. MARTIN:  Aaron, can you go to 304365.
7   BY MR. MARTIN:
8       Q.   Okay.  Dr. Vadrevu, at the -- No. 1 there on
9   this page that we're looking at, the very last sentence,
10  you said, "Right now, just IP-based evasion is
11  sufficient to evade 100 percent of all Microsoft's
12  crawler visits."
13           You stated that there, correct?
14      A.   Yes.
15      Q.   So was this statement, again, based on the
16  result of your personal observation of the 277 different
17  IP addresses that belonged to Microsoft's IP space?
18      A.   Exactly.  I mean, it is based on the
19  observation that these IP addresses all belong to
20  Microsoft's autonomous system and that we had only
21  access to that one Outlook e-mail account, so based on
22  those two observations.
23      Q.   Okay.  Was it based on any other personal
24  observations?
25      A.   No, not to my knowledge.  We tried to make all

CONFIDENTIAL/ATTORNEYS' EYES ONLY

Page 32

CERTIFICATE OF OATH

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

I, the undersigned authority, certify that KRISHNA PHANI KUMAR VADREVU, personally appeared remotely via videoconference before me and was duly sworn.

WITNESS my hand and official seal this 31st day of March, 2021.

_____
Aaron T. Perkins, RMR, CRR, CRC
Notary Public - State of Florida
My Commission Expires: 4/1/2024
Commission No. GG975331

CONFIDENTIAL/ATTORNEYS' EYES ONLY

Page 33

REPORTER'S CERTIFICATE

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

    I, Aaron T. Perkins, Registered Merit Reporter and Certified Realtime Reporter, certify that I was authorized to and did stenographically report the deposition of KRISHNA PHANI KUMAR VADREVU (via videoconference); that a review of the transcript was not requested; and that the transcript is a true and complete record of my stenographic notes.

    I further certify that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action, nor am I financially interested in the action.

    Dated this 31st day of March, 2021.

_____
Aaron T. Perkins, RMR, CRR, CRC