# EXHIBIT 149



# Threat Intelligence Platform

Interflow

2

# Interflow Mn OKRs and Status Updates

| BUSINESS OBJECTIVES | KEY RESULTS | METRICS | STATUS |
|---|---|---|---|
| Interflow delivers JEDI | Interflow is GA for JEDI M1 (1/13), M2 (3/13), M3 (5/11) | Meet requirements for Milestone 1, 2, 3 and 4 | M1, M2, M3 achieved. Planning for M4 and onboarding to USSec. Teleport onboarding in progress. EV2 deployment for M4 requirements in progress. |
| Interflow is the Central Hub, at Microsoft, for Sharing threat intelligence to power detections in many Microsoft products | Add new high-fidelity TI from across Microsoft teams | Interflow is the central hub where 75% of Microsoft TI providers share TI. Add at least one new vetted TI provider every semester. | Completed adding Defender Signals and SONAR URL TI providers in [Mn]<br>MSTIC R2 TI provider onboarding in progress |
| | Enhance Interflows contributions towards Microsoft detections by onboarding new consumers  **Needs update** | Enable at least five new consumption scenarios to power detections or enrichments every semester | Total of 15 consumers onboarded in [Mn]<br>AATP onboarding in progress for May - UEBA scenario<br>ASC Adaptive network hardening team onboarding in process<br>Researching enabling CDS and Teleport integrations with Interflow and other security solutions (Paid Enterprise Offering) |
| | Extended Interflow s capability to measure efficacy of Interflow s TI | Interflow consumers provide match rates to Interflow<br>100% of consumers have good onboarding experience | Analyzing matches by ASC team and developing quick indicators<br>Working on creating consumer feedback surveys |
| | Add capabilities to delight existing/ attract new consumers or providers | Add new security or feature enhancements to have secure auth, have better detection capabilities, have enrichment capabilities, have ability to share rich metadata TI | Developing new Interflow data transfer service for air-gapped clouds<br>Completed separating blast radius calculations for US and EU regions for USM |
| | Interflow has highly compliant data | Certifications received | SOC audit in progress<br>FedRamp certification for Fairfax achieved |

3

# Detonation Platforms

4

## Detonation Platform Mn OKRs

| BUSINESS OBJECTIVES | KEY RESULTS | METRICS | STATUS |
|---|---|---|---|
| SonarDaaS delivers JEDI | SonarDaaS is GA for JEDI M1 (1/13), M2 (3/13), M3 (5/11) | Meet requirements for Milestone 1, 2, 3 and 4 | M1, M2, M3 achieved. Planning for M4 |
| O365 ATP provides the best protection against malware and phishing delivered via Office 365 | FN rate for URLs and attachment (Malware and Phishing) less than 10% by delivered volume, with FP rate of less than 0.002% | FN rate less than 10% by volume (attachments) — Not corrected for EOP/ATP rep service bugs. Solid gains for MW.<br>FN rate less than 10% by volume (URLs) | PHISH: 8%, MW: 17%<br>Not yet available |
| | | FP rate of less than 0.002% (attachments) — Uptick in MoM FP incidents but within KPI (URL TIContextAPI FP)<br>FP rate of less than 0.002% (URLs) | 0.00012%<br>0.00037% |
| | | Network evasion countermeasures are effective | TBD on measure |
| | Minimize email delay due to detonation | 60s Avg, 180s P99 detonation time | 43s Avg, 191s P99 |
| | Onboard traffic to DaaS | Enable 100% of traffic for select go-locals using DaaS<br>• Maintain CH, DE and Enable NO in March<br>Onboard regions exceeding 70% utilization with latency KPI degradation<br>• Maintain AU, CA | NAM, CA, UK, DE, CH, NO, AU, JP deployed and active |
| Sonar is the detonation platform of choice for Azure and MS security product. Sonar provides sandbox detonation and TI at minimal COGS | Customer onboarding and mgmt. is frictionless | 100% of DaaS provisioning/scaling is self-serve (via RP) | Code Complete. Service Fabric Dependent (June) |
| | | New DaaS customers get to prod with less than 40 effort-hours of engineering help | Moved to Iron |
| | Onboard App Services | Enable proactive URL detonation at source for North America to start | In progress |
| | Onboard ASC (paid detonation offering) | Enable POC and data study for Storage protection (Delayed by ASC, TBD for Iron) | Cut for Mn. TBD for Iron |
| | Onboard Xbox | Enable POC and data study (Note: Waiting for caching, allow list, submission done notify) | Moved to Iron |
| | Enable LinkedIn URL detonation and maintain effectiveness metrics | M2M Attachments FN rate less than 10% by volume / FP rate less than 0.002%<br>Job Post URIs FN rate less than 10% by volume / FP rate less than 0.002% | PHISH: 0.12%, MW: 0.11%<br>FP: 0.0%<br>3 nation state actors |
| | Enable GitHub TI Routing and URL detonation | Enable POC and data study<br>Enable Abuse Alerts via SCUBA | 23% of IoCs unfound by GH<br>Abuse Alerts enabled |
| | Minimize COGS, Measured against Vb baseline | Submissions / hr / scale unit | Started |
| | Maintain Forms effectiveness metrics | FN rate less than 5% by submission volume (URLs) — Aggressive detections for Spanish keyword caused webinar form FP | PHISH: 9.5%, FP: 3.8% |

5

See below the updated MCAS MAU for January 2020:
- Number of protected users for the tenants that have malware detection policy turned on (O365 & 3rd party).
  - 18,951,311 protected users across 4692 tenants, +24% MoM (according to enabled malware detection policies)
- Number of protected users for tenants with Box/Dropbox/G-Suite that had at least single detonation
  - 2,037,989 protected users across 160 tenants +23%MoM (had at least a single SONAR call in last 30 days).

## Taking the Fight to the Source – Reducing Azure Abuse

*Using Sonar TI-based <u>takedowns</u> to disrupt live attacks and use <u>proactive detection</u> to stop attacks from starting*

Attacker creates fraudulent Azure subscription or ATO → Attacker hosts malicious site on Azure → Attacker sends URL to intended victims → Intended victim receives and clicks on URL → Millions of malicious mails/month

←──────── Detect further upstream in the kill chain ────────

| AREA | PROGRESS | REMAINING | IMPACT |
|---|---|---|---|
| CDOC/Antifraud response | • Sonar Team routing full email body URLs to CDOC/Anti-fraud<br>• Antifraud team doing manual subscription takedown for App Services, Storage, CDN<br>• Antifraud resolved 24hr takedown issue for App Svcs (Immediate)<br>• CARS/CERT URL submissions to DaaS is live (Insights TBD) | • Faster Antifraud takedown for Storage (being discussed)<br>• Automate sending O365 Security (Brandon Hoff) and Identity with compromised O365 user/tenant info<br>• Review three strikes policy for PAYGO subs | • FYQ2  592 sites reported to Anti-fraud Team resulted in 371 subsc shut-downs which hosted 827 added phish sites<br>• From 3/1-3/31, 125 subscriptions were shutdown. Antifraud has 2hr response, currently up to 24hr subscription takedown time for sites on Storage. |
| Azure-wide Takedown Svc | • Iron planning and code transition to CDOC engineering<br>• Will track in MER starting in Iron. Georgi (Eng) and Cody (PM) | • Enable one auto-takedown service for sites hosted on any azure service or subscription type | |
| Azure App Services | • Sonar Team enabled Free Trial site level auto-takedown service<br>• Completed x-team deep dive and plan<br>• IIS logs  850 malicious URLs out of 100,000 (0.85%) per month. 30-40% not previously seen in Office 365 mail flow<br>• Engineering in progress. ETA end of June for initial testing | • App Services to integrate with SCUBA event hubs<br>• Sonar to enable DaaS and detonation portion<br>• Enable hunting telemetry for just launched Static Web Apps ( new domain  azurestaticapps.net) | • For alert workflow, 60% of free trial phish sites taken down in 19 mins. 40% being rotated by attackers before we attempt takedown |
| Azure Storage | • Found attackers are using multiple subsc types (61% free trial, 19% MPN, 13% PAYGO) | • Plan for proactive detonation at source<br>• Paid Storage ATP Offer  detonate file uploads (customer ask) | • - |
| Azure CDN | • - | • Plan for proactive detonation at source | • - |
| Azure Compute | • Enabled SCUBA alert for CDOC/Anti-fraud team | • Brainstorm how to proactively detect Compute hosted phish | • Mail volume impact TBD |
| ASC Alerts (EA Customers) | • Enabled for compromised App Service Site | • Alerts for compromised Storage and CDN sites | • One EA customer alert in March |
| Unified OKR Dashboard | • - | • One dashboard to view all OKR metrics | • - |

Note: paygo can take up to 15 days because CDOC notifies subscription owner, waits 2 days for response, sends another notification ... up to 3 times.
Note: Owner for KPI dashboard



# Sentinel

*Iron Planning Update*

Clear Quickly

| STORY/AREA | SCENARIO | IRON GOAL & FEATURES | CUT FEATURES | DEPENDENCY ON SONAR |
|---|---|---|---|---|
| URL Detonation for Investigation (Jason) | Analyst can create an alert-rule to detonate URLs | **Public Preview**<br>• Close on business model<br>• Show full redirect chains and Screen Shots in Investigation Graph<br>• Detonation in all regions and Disaster Recovery will be pursued to understand existing performance and determine an optimal capacity and DR plan for Co<br>• JEDI requirements will be worked, but likely not completed entirely in Fe | • Access to Detonation data in Tables<br>• Access to rich Detonation report (MTP parity) | • Eng. for redirect chain feature<br>• Consultation on deployment and DR |
| URL Detonation for SOAR (Ely) | URL detonation Logic App connector for SOAR playbooks | **Public Preview**<br>• URL detonation Logic App connector | ----- | • None |
| URL Detonation for Hunting (Julian) | Hunters can detonate URLs in bookmarked query results | **Public Preview**<br>• Detonate URL in a bookmarked query result | ----- | • None |
| TI Matching Analytic (Jason) | MS TI matching using Sonar TI | **Public Preview**<br>• Built in Analytic<br>• MS TI Matching (Sonar, MSTIC Nation State) | • Customer TI matching | • None |
| SOC Analyst Workbench (laura) | Live Forensic and Secure URL browsing (Cloud Browse) | ----- | ----- | • Planning collaboration |
| URL Entity Page (Ben) | Analyst can gain insights on URL via Entity Page (enriched through URL detonation) | **Cut for iron** | • URL Entity Page<br>• Access to Detonation data in Tables<br>• Access to rich Detonation report (MTP parity)<br>• On-demand detonation on Entity Page | • None |
| URL Detonation in Investigation (Jason) | On-demand detonation from Investigation Graph node | **Cut for iron** | ----- | • None |
| Democratizing ML (Sharon, Andi) | Extensible URL Detonation and URL Text Static Analyzer for Sentinel | **Cut for iron** | ----- | • None |

[Azure Sentinel Product (Teams): Iron {Fe} Planning](#)

8

## Azure DaaS, Office 365 ATP, MCAS

| AREA | PROGRESS | REMAINING | IMPACT |
|---|---|---|---|
| Azure DaaS | • Completed CMK deep dive design reviews<br>• CMK PoC completed (MCAS, Sentinel)<br>• Off-host store (OHS) design updated for CMK<br>• Publishing Hub (PH) design completed<br>• AAD for auth design completed.<br>• Per Office TRUST consultation, Customer Lockbox requirement was waived | • GA self-serve (Service Fabric dependent) ETA July-Aug<br>• Complete CMK for Sentinel. MCAS H2 Iron<br>• OHS, Rescan Svc, AAD/RBAC+RP, Office Trust reviews complete by end July<br>• Complete PH (Work in progress)<br>• Complete AAD/RBAC (Work in progress) | • DaaS users can self manage their DaaS instances<br>• Comply with JEDI and auditing requirements<br>• Scalability and cost reduction hygiene<br><br>Paid licenses grew 5% MoM to 63,873,729 |
| Office 365 ATP (OATP) | • < 7min Sonar to ToC rep block. < 1min Iron<br>• < 7min Sonar to ZAP (APAC – rolls out global over next month). < 1min Iron<br>• GEO-based detonation rep GA<br>• Domain Rep ML reducing FNs and FPs<br>• UX Analyzer reduced Sway phish URL FNs: 96% (by vol), 60% (by unique URL)<br>• One Cyber for Files code shipped. End to End ATP SOC UX end of May ETA<br>• COVID Public Feed<br>• NAM, CA, UK, DE, CH, NO, AU, JP active<br>• Doubled bare metal throughput<br>• BDF: Only detonating 8% XLSX submissions; no FNs. Avg. proc. time down 67%*<br>• "Smart" Scrambling (improved BP catch) | • Address gaps (Sway, Scrambling, Evasion, Root causes noted in May miss detail slides)<br>• One Cyber for URLs<br>• Benign URL filtering data study<br>• Data analysis on global controlled scrambling<br>• Leverage static ML features and route ToC URLs to proxify<br>• ML for macro-based / executable based malware | • MAU 52,186,540 (+1.0% MoM)<br>• Attach PHISH FN: 8%, MW FN: 17%, FP: 0.00012%<br>• URLs: FN: not yet available, FP: 0.00037%<br> |
| Detonation TI Sharing | • Move to Iron | • URL domain TI for Smart Screen (SS) delayed due to JEDI – TBD Manganese | • Improve Smart Screen Phish catch with Sonar TI<br>• Improve DaaS/ATP catch w/SS TI |
| MCAS | • MCAS primary focus has been JEDI | • New scenario planning post Iron | • MAU: 22M; 3M from 3P (Box, Dropbox, G-Suite), 19M from 1P (ODSP) |

9

New counting method:
1. Cutting over to IDEAS – Rajesh's BI Team's – counting approach
2. Link advanced security usage across multiple products. Want to track penetration of S1500. For ATP What % of S1500 have we sold 250 seats or more to and what's engagement. More than 250 is the magic number filtering out trials.
3. Want to track engagement across multiple products and thus normalize to one AAD user. Issues that will cause reduction from prior method.
    1. Shared mailboxes aren't counted because they don't map to a single user, On-prem not counted, User using Okta not counted
    2. Users with multiple SMTP objects are not double counted anymore (e.g. amar.patel, amarpa could've been counted twice)







## GEO Distributed Reputation
*Combatting GEO targeting of malicious payloads*

1. Attackers, at times will show malicious URL payloads in the target region and clean elsewhere

2. In the past, ATP FN'd because we would cache a clean verdict and apply the reputation globally

3. Now, ATP has geo-distributed reputation where the verdict cached for a GEO is based on in region detonation

4. We're seeing roughly 300 URLs exhibiting GEO flips per day and roughly 4000 distinct URLs per month

5. More than half are malicious in NAM and EU combined and clean elsewhere



Number of Bad URLs Caught by GEO Reputation



May: Distribution of URLs exhibiting "GEO flipped" verdicts (by Msg vol)

13

New counting method:
1. Cutting over to IDEAS – Rajesh's BI Team's – counting approach
2. Link advanced security usage across multiple products. Want to track penetration of S1500. For ATP What % of S1500 have we sold 250 seats or more to and what's engagement. More than 250 is the magic number filtering out trials.
3. Want to track engagement across multiple products and thus normalize to one AAD user. Issues that will cause reduction from prior method.
    1. Shared mailboxes aren't counted because they don't map to a single user, On-prem not counted, User using Okta not counted
    2. Users with multiple SMTP objects are not double counted anymore (e.g. amar.patel, amarpa could've been counted twice)



Notes:
Malware effectiveness is down by 8.21% compared to previous month
It looks like we have missed a lot of Excel4 macros, but looking at our blocks, we still blocked ~180,000 messages in May.
    from 05/04 - 05/06: blocked ~11,000 messages
    from 05/20 - 05/21: blocked ~80,000 messages
    from 05/25 - 05/29: blocked ~70,000 messages
Some other campaigns with excel4 macro:
    Dridex
    Ursnif



**Notes**
The Phish Effectiveness is up by 8.7% compared to last month.
HTML Redirector. Uses GEO Evasion. Downloads a malware that Sonar detects. This should move to Malware Effectiveness after annotation.

# Appendix



## Takedown Scenarios

**Site Takedown**

- Takedown an Azure site determined to be bad by Sonar Detonation
    - Automatically triggered
    - Currently on avg, 19 minutes for App Svcs. Maintain less than 30 minutes from availability of the TI for all takedowns
    - Be able to revert the change (to address the very remote chance of FP)

**Measuring and Tracking Success Metrics**

- Dashboard tracking takedown metrics
    - Time to takedown
    - Success rate
    - Days active for each sites still active
    - Distribution across services and subscription types
    - Indicator URL with impacted Office 365 tenants and mail volume

**Subscription Takedown**

- Takedown an Azure subscription determined to be bad through manual inspection by Azure Antifraud Team
    - Manually triggered
    - Currently up to 24 hours from time when Antifraud made the request. Want to reduce to less than 30 minutes

OKRs for Azure Abuse (Draft)

**Objective**

- Reduce Azure Abuse by neutralizing detected phishing sites hosted on Azure Domains
    - Using Sonar TI
    - Using proactive Sonar Detonation

**Key Measurable Results**

- Reactive using Sonar TI
    - Achieve a 90% take down rate for phishing sites hosted on Azure within 30 minutes of firing the SCUBA alert
- Proactive from Detonation at Source
    - Achieve a 90% take down rate for phishing sites hosted on Azure within 30 minutes of bad detonation verdict at source
- Zero shut down of legitimate customers