# EXHIBIT 150

ATTORNEYS EYES ONLY

Page 75

1              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
2
          CASE NO.:  20-60416-CIV-CANNON/HUNT
3

4
5    TOCMAIL, INC., a Florida
     corporation,
6
              Plaintiff,
7    v.
8    MICROSOFT CORPORATION, a
     Washington corporation,
9
              Defendant.
10   _____/
11
                     Monday, March 29, 2021
12                   12:32 p.m. - 5:26 p.m. EST
13
14        ATTORNEYS' EYES ONLY EXCERPT OF THE
15   VIDEOTAPED DEPOSITION TAKEN BY REMOTE VIDEOCONFERENCE OF
16                  ABHIJEET HATEKAR
17                  Pages 75 - 183
18
19
20
21      Taken on behalf of the Plaintiff before Yvonne
22   Corrigan, RPR, CRR, Notary Public in and for the State
23   of Florida at Large, pursuant to Notice of Videotaped
24   Deposition in the above cause.
25

ATTORNEYS EYES ONLY

Page 76

```
 1   1   APPEARANCES:
 2   2
 3   3   ATTORNEY FOR PLAINTIFF
 4   4        JOSHUA D. MARTIN, ESQUIRE
                 Johnson & Martin, P.A.
 5   5           500 W. Cypress Creek Road
                 Suite 430
 6   6           Fort Lauderdale, Florida  33309
                 josh.martin@johnsonmartinlaw.com
 7   7           (954) 790-6699
 8   8
 9   9   ATTORNEY FOR DEFENDANT
10  10        RENE A. TREVINO, ESQUIRE
                 Greenberg Traurig, LLC
11  11           1000 Louisiana Street
                 Suite 1700
12  12           Houston, Texas  77002
                 trevinor@gtlaw.com
13  13           (713) 374-3541
14  14
15  15   Also Present:  Rachel Hymel
                         Michael Wood
16  16                   Aaron Wolke
                         Brad Thompson, Videographer
17  17
18  18
19  19
20           *** ALL ATTENDEES APPEARED REMOTELY ***
21  21
22  22                       * * * * *
23  23
24  24
25  25
```

ATTORNEYS EYES ONLY

Page 77

```
 1                         EXHIBITS
 2     NUMBER         DESCRIPTION                    PAGE
 3     Exhibit 11  Email chain dated ......................80
                   4/30/19-Subject: RE: Proxy
 4                 effectiveness report- BATES
                   MSFT_TOC00065791-MSFT_TOC00065794
 5
       Exhibit 12  Email chain dated ......................87
 6                 4/27/20-Subject: RE: Red
                   Flag/Adani/Phishing
 7                 emails-Escalations- BATES
                   MSFT_TOC00110686-MSFT_TOC00110695
 8
       Exhibit 13  Email chain dated .....................102
 9                 10/31/20-Subject: Fwd: Microsoft
                   Private Test- BATES
10                 MSFT_TOC00003615-MSFT_TOC00003628
11     Exhibit 14  Email chain dated .....................110
                   11/16/20-Subject: RE: Proxify
12                 budgeting- BATES
                   MSFT_TOC00063779-MSFT_TOC00063784
13
       Exhibit 15  Email chain dated .....................121
14                 8/28/18-Subject: RE: Review
                   initial plan for network evasion-
15                 BATES
                   MSFT_TOC00063940-MSFT_TOC00063941
16
       Exhibit 16  Email chain dated .....................125
17                 4/24/20-Subject: RE: Fe Scenario:
                   BYO-VPN- BATES
18                 MSFT_TOC00128009-MSFT_TOC00128010
19     Exhibit 17  Email chain dated .....................127
                   10/17/19-Subject: Fwd: Phish
20                 Campaign using IP Evasion
                   ([EVASION]-Phishing URL redirects
21                 to clean site on detonation.)-
                   BATES
22                 MSFT_TOC00129545-MSFT_TOC00129551
23
24
25
```

ATTORNEYS EYES ONLY

Page 78

```
 1                          EXHIBITS
 2    NUMBER          DESCRIPTION                    PAGE
 3    Exhibit 18   Email chain dated 12/17/20-Subject: .....135
                   RE: COGs play | Enable GEO evasion
 4                 defense for S500 customers by
                   default- BATES MSFT_TOC00120982
 5
      Exhibit 19   Email dated 9/19/16-Subject: FYI ........139
 6                 Bharat/ScottGu Update- BATES
                   MSFT_TOC00257923-MSFT_TOC00257925
 7
      Exhibit 20   Exchange Online ATP-Overview & .........145
 8                 Test Guide - BATES
                   MSFT_TOC00084640-MSFT-TOC00084643
 9
      Exhibit 21   Email dated 7/9/20-Subject: Sonar .......146
10                 Anti-evasion deck- BATES
                   MSFT_TOC00258218
11
      Exhibit 22   Sanbox Anti-Evasion Plan Review .........146
12                 PowerPoint
13    Exhibit 23   Email chain dated ......................155
                   5/23/19-Subject: RE: New mobile
14                 phishing method-inspection bar-
                   BATES
15                 MSFT_TOC00240319-MSFT_TOC00240322
16    Exhibit 24   2019 IEEE article- BATES ...............159
                   MSFT_TOC00240323-MSFT_TOC00240340
17
      Exhibit 25   Email chain dated 1/5/17-Subject: .......160
18                 FW: Metting notes and
                   requirements attach-RE: malware
19                 detection IP blocks- BATES
                   MSFT_TOC00255249
20
      Exhibit 26   Document entitled "Geo_Evasion ..........161
21                 Countermeasures Scenario Overview
                   & Requirements - BATES
22                 MSFT_TOC00255250
23    Exhibit 27   Email chain dated ......................162
                   10/30/20-Subject: RE: Proof
24                 Point/O365-ATP gaps discussion-
                   BATES
25                 MSFT_TOC00111738-MSFT_TOC00111745
```

ATTORNEYS EYES ONLY

Page 79

```
 1                        EXHIBITS
 2    NUMBER            DESCRIPTION                    PAGE
 3    Exhibit 28  Email chain dated 4/7/20- ...............170
                  Subject: BP Anti-GeoEvasion
 4                POC-Traffic routing through their
                  own servers- BATES
 5                MSFT_TOC00304361-MSFT_TOC00304362
 6    Exhibit 29  Microsoft Crawler research paper- .......171
                  BATES
 7                MSFT_TOC00304363-MFST_TOC00030436
                  6
 8
 9
10
11                        *  *  *  *  *
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

ATTORNEYS EYES ONLY

Page 95

1      Q.    Okay.  So how would the Zscaler method be one

2   way to combat IP evasion?

3      A.    So Zscaler -- the customer is already routing

4   their traffic through Zscaler network.  So attacker has

5   no mean to know that, you know, whether the traffic is

6   coming from, let's say, in this particular example,

7   Adani, because their traffic is coming from Zscaler.  So

8   what they will see is Zscaler IP space, there is no

9   Adani IP space, if Adani's Zscaler's customer.

10          And if we are -- if Adani is also ATP

11  customer, then what we are seeing is instead of routing

12  from Microsoft IP rangers, just route it to Zscaler

13  ranges.  Customer has no way to know whether it is

14  coming from Adani's IP space or Microsoft IP space --

15  sorry, Adani's IP space or not, because for them, it is

16  always coming from Zscaler and we are also routing

17  through Zscaler.  So we are just morphing into that

18  traffic.

19      Q.    Okay.  So the attackers can't see the

20  Microsoft IP address?

21      A.    Yes, they won't be able to see it.

22          MR. MARTIN:  Aaron, can you go to the next

23      page.

24          MR. TREVINO:  Josh, you have been going a

25      little over an hour.  Before you get into a

ATTORNEYS EYES ONLY

Page 180

1              REPORTER'S DEPOSITION CERTIFICATE

2

3        I, YVONNE CORRIGAN, Registered Professional

4    Reporter, Certified Realtime Reporter, certify that I

5    was authorized to and did stenographically report the

6    foregoing remote deposition of ABHIJEET HATEKAR, the

7    witness herein on March 29, 2021; that a review of the

8    transcript was requested; and that the foregoing

9    transcript, pages 75 through 183, is a true and complete

10   record of my stenographic notes.

11       I FURTHER certify that I am not a relative,

12   employee, attorney, or counsel of any of the parties,

13   nor am I a relative or employee of any of the parties'

14   attorney or counsel connected with the action, nor am I

15   financially interested in the action.

16       Dated this 28th day of April, 2021.

17

18

19

20

                     _____

21                   YVONNE CORRIGAN, RPR, CRR

22

23

24

25