**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-60416-CIV- CANNON/HUNT**

TOCMAIL INC, a Florida corporation,

        Plaintiff,

v.

MICROSOFT CORPORATION, a
Washington corporation,

        Defendant.

_____/

**JOINT MOTION FOR EXTENSION OF PRETRIAL DEADLINES OR, ALTERNATIVELY, FOR STATUS CONFERENCE**

Plaintiff TocMail, Inc. ("TocMail") and Defendant Microsoft Corporation ("Microsoft," and together with TocMail, the "Parties") respectfully request an extension of the upcoming pretrial deadlines, as well as the currently scheduled trial period or, alternatively, the Parties respectfully request a Status Conference with the Court concerning the upcoming trial and pretrial deadlines in light of the pending summary judgment, *Daubert* and other pending motions. In support thereof, the Parties state as follows:

1. The jury trial in this action is currently set for the two-week trial calendar commencing on December 20, 2021. *See* ECF No. 108. Additionally, on or before November 23, 2021, all the Parties' pretrial materials are due, including a joint pre-trial stipulation, exhibit lists, witness lists, deposition designations, proposed jury instructions and verdict form or proposed findings of fact and conclusions of law, as applicable, and any motions *in limine*. *See id.*

2. The Parties filed cross motions for summary judgment, as well as supporting statements of facts, on July 9, 2021, which are now fully briefed. *See* ECF Nos. 96, 98. The Parties

also both filed *Daubert* motions, which are also fully briefed. *See* ECF Nos. 69, 99. Microsoft also filed a motion to strike TocMail's expert's supplemental report as untimely, which motion is fully briefed. *See* ECF No. 77.

3. The Parties are preparing for the currently scheduled December 20, 2021 trial and are investing substantial resources, fees, and costs in trial preparation as well as preparation of the various pretrial submissions. However, decisions on the aforementioned motions could dramatically change the scope of the litigation and impact the Parties' pretrial filings and trial strategies. Thus, it would be significantly beneficial for the Parties, including their respective witnesses and experts, to have rulings on the various pending motions in advance of the pretrial deadline, which is less than thirty (30) days away. However, the Parties fully appreciate the Court's busy docket and understand that due to the vast amount of information in the Parties' various motions, briefs, and exhibits, the Court may not have sufficient time to rule on the pending Motions in advance of the November 23, 2021 pretrial deadline.

4. To provide the Court with the necessary time to rule on the pending motions and allow the Parties the opportunity to receive the rulings in advance of the pretrial deadlines, the Parties respectfully request that the Court extend the pretrial deadlines, as well as the trial date. While the Parties ultimately seek to have the Court extend the deadlines until the Court has had the opportunity to rule on the pending motions prior to the Parties' pretrial deadlines, at this time, the Parties are respectfully requesting a three-month extension of the pretrial deadlines and trial date. Specifically, the Parties request that the current November 23, 2021 pretrial deadline be extended until February 2022, and that the two-week trial calendar be extended until March 2022.

5. Alternatively, the Parties request a status conference with the Court to discuss the scheduling matters in this Motion.

WHEREFORE, the Parties respectfully request that the Court extend the pretrial deadlines, as well as the currently scheduled trial date, as set forth herein, or alternatively, set a status conference for the Parties to discuss the matters raised in this Joint Motion, and for any other or additional relief the Court deems just and proper.

Dated: October 26, 2021                                  Respectfully submitted,

                                                            */s/ Joshua D. Martin*
JOHNSON & MARTIN, P.A.
Joshua D. Martin
500 W. Cypress Creek Rd., Suite 430
Ft. Lauderdale, FL 33602
Tel: (954) 790-6699
Fax: (954) 206-0017
Email: josh.martin@johnsonmartinlaw.com

Dated:  October 26, 2021                                 Respectfully submitted,

                                                            */s/ Evelyn A. Cobos*
Evelyn A. Cobos

**GREENBERG TRAURIG, LLC**
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 374-3541
Facsimile:  (713) 374-3505
MARY-OLGA LOVETT
Email: lovettm@gtlaw.com

**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile:  (305) 579-0717
FRANCISCO O. SANCHEZ
Florida Bar No. 598445
Email: sanchezo@gtlaw.com
        orizondol@gtlaw.com
EVELYN A. COBOS

3

Florida Bar No. 092310<br>
Email: cobose@gtlaw.com<br>
FLService@gtlaw.com

**Attorneys for Microsoft Corporation**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of October, 2021, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   /s/ Joshua D. Martin  
       Joshua D. Martin

## SERVICE LIST

*TOCMAIL INC. v. MICROSOFT CORPORATION*
20-60416-CIV- CANNON/HUNT

**Joshua D. Martin**
E-Mail: josh.martin@johnsonmartinlaw.com
JOHNSON & MARTIN, P.A.
500 W. Cypress Creek Rd.
Suite 430
Fort Lauderdale, Florida 33309
Telephone: (954) 790-6699
Facsimile: (954) 206-0017

**Francisco O. Sanchez**
E-Mail: sanchezo@gtlaw.com
orizondol@gtlaw.com
**Evelyn A. Cobos**
E-Mail: cobose@gtlaw.com
MiaLitDock@gtlaw.com
GREENBERG TRAURIG, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

**Mary-Olga Lovett** *(admitted pro hac vice)*
E-Mail: lovettm@gtlaw.com
**Rene Trevino** *(admitted pro hac vice)*
E-Mail: trevinor@gtlaw.com
GREENBERG TRAURIG LLC
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 374-3541
Facsimile: (713) 374-3505