**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-60416-CIV- CANNON/HUNT**

TOCMAIL INC., a Florida corporation,

       Plaintiff,

v.

MICROSOFT CORPORATION, a
Washington corporation,

       Defendant.

_____/

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF**
**PRETRIAL DEADLINES OR, ALTERNATIVELY, FOR STATUS CONFERENCE**

This matter having come before the Court upon the Parties' Joint Motion for Extension of Pretrial Deadlines or, Alternatively, for Status Conference (ECF No. \_\_), and the Court having reviewed the Joint Motion and being otherwise fully advised in the premises, it is:

ORDERED AND ADJUDGED that the Parties' Joint Motion is **GRANTED.** Deadlines are reset as follows:

    1.    **February \_\_, 2022:** The parties shall submit a joint pre-trial stipulation, exhibit lists, witness lists, deposition designations, and proposed jury instructions and verdict form or proposed findings of fact and conclusions of law, as applicable, and shall file any motions *in limine* (other than *Daubert* motions). **Each party is limited to filing one motion *in limine***, which may not, without leave of Court, exceed the page limits allowed by the Rules. **The parties are reminded that motions *in limine* must contain the Local Rule 7.1(a)(3) certification**. Each issue raised in a motion *in limine* must be numbered and must specifically identify the evidence

sought to be excluded or included at trial, with citations to legal authority supporting the evidentiary ruling requested.

2. **March __ , 2022:** Counsel for all parties shall appear at a calendar call at _____ AM/PM.

3. **March __, 2022:** Trial in this matter is hereby reset for the Court's two-week trial calendar beginning on **March __, 2022 at 9:00 a.m.**

DONE AND ORDERED in Chambers at Fort Pierce, Florida, this ___ day of _____ 2021.

_____
Aileen M. Cannon
United States District Judge

Copies furnished to:
All Counsel of Record