UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 0:20-cv-60416-CANNON/HUNT

TOCMAIL INC., a Florida corporation,

    Plaintiff,

v.

MICROSOFT CORPORATION, a Washington corporation,

    Defendant.

## JOINT MOTION TO SEAL PUBLICLY FILED EXHIBITS

    Defendant Microsoft Corporation ("Microsoft") and Plaintiff TocMail Inc. ("TocMail," and together with Microsoft, the "Parties"), pursuant to Local Rule 5.4(b), Section 9 of the CM/ECF Administrative Procedures and Section 2L of the Southern District of Florida's General Civil Case Filing Requirements, respectfully request the Court's clerk seal previously-filed public exhibits to TocMail's statement of material facts in support of its motion for summary judgment and TocMail's statement of material facts in opposition to Microsoft's motion for summary judgment due to personal identifying information present in the exhibits that is protected under the European Union's General Data Protection Regulation 2016/679 ("GDPR"). In support thereof, the Parties state as follows:

    1.    On July 7 and 8, 2021, the Court entered multiple Orders denying motions to seal filed by the Parties. *See* ECF Nos. 88, 93. The Court found, among other things, that documents in the case should be filed publicly "absent extraordinary reasons" and noting the Parties "must set forth a particularized basis for their request [to seal] and establish that an important right is being undermined by the publicity of the records at issue." *See* ECF No. 88 at 1-2.

1

2. The Court also noted that the Parties may file documents "with appropriate redactions if necessary." *See* ECF Nos. 88, 93. Both parties subsequently filed Motions for Summary Judgment, Opposing Memoranda of Law and Reply Memoranda of Law, all with Statements of Facts that include a number of exhibits.

3. Upon further review of the exhibits filed by TocMail, eighteen (18) exhibits publicly filed without redactions contain personal identifying information that Microsoft contends may be protected from public disclosure under the GDPR. The Parties agree to re-file these eighteen exhibits and redact the personal identifying information in the publicly filed versions. Specifically, the eighteen exhibits at issue were filed at ECF Nos. 97-31, 97-40, 97-43, 97-45, 97-50, 97-51, 97-55, 97-59, 97-67, 97-86, 97-89, 97-90, 97-92, 110-6, 110-10, 110-12, 110-16, and 110-28.

4. The GDPR "is the toughest privacy and security law in the world. Though it was drafted and passed by the European Union (EU), it imposes obligations onto organizations anywhere, so long as they target or collect data related to people in the EU. The regulation was put into effect on May 25, 2018. The GDPR will levy harsh fines against those who violate its privacy and security standards, with penalties reaching into the tens of millions of euros." *See* https://gdpr.eu/what-is-gdpr/.

5. Accordingly, in an abundance of caution, the parties agree to redact a very narrowly tailored scope of information in the 18 exhibits. Namely, only the names and portions of email addresses containing the names of EU citizens or residents. Names and email addresses are "personal data" under the GDPR, which defines "personal data" as "any information that relates to an individual who can be directly or indirectly identified. Names and email addresses are obviously personal data." *See* https://gdpr.eu/what-is-gdpr/.

6. There is an extraordinary and particularized basis to seal these exhibits because they contain personal data that is arguably protected under the GDPR.

7. TocMail has joined in this Motion in an effort to resolve the issues raised herein by Microsoft. TocMail reserves the right to rely on unredacted versions of the these exhibits at trial.

**WHEREFORE**, the Parties respectfully request that the Court grant this joint motion, direct the Court's clerk to seal the publicly filed exhibits in ECF Nos. 97-31, 97-40, 97-43, 97-45, 97-50, 97-51, 97-55, 97-59, 97-67, 97-86, 97-89, 97-90, 97-92, 110-6, 110-10, 110-12, 110-16, and 110-28, and grant the Parties leave to file redacted versions of these exhibits, to which the public may refer.

### Certification of Compliance With Local Rule 7.1(A)(3)

Pursuant to Local Rule 7.1(A)(3), counsel for Defendant has contacted counsel for Plaintiff in a good faith attempt to resolve this motion and relief requested, and counsel for Plaintiff has advised that the Plaintiff has no objection to this Motion.

Dated: November 18, 2021               Respectfully submitted,

/s/ *Evelyn A. Cobos*
Evelyn A. Cobos

**GREENBERG TRAURIG, LLC**
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 374-3541
Facsimile: (713) 374-3505
MARY-OLGA LOVETT
Email: lovettm@gtlaw.com

**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

                              FRANCISCO O. SANCHEZ
                              Florida Bar No. 598445
                              Email: sanchezo@gtlaw.com
                                      orizondol@gtlaw.com

                              EVELYN A. COBOS
                              Florida Bar No. 92310
                              Email: cobose@gtlaw.com
                                      FLService@gtlaw.com
                              ***Attorneys for Defendant Microsoft Corporation***

Dated: November 18, 2021            */s/ Joshua D. Martin*
                              JOHNSON & MARTIN, P.A.
                              Joshua D. Martin
                              500 W. Cypress Creek Rd., Suite 430
                              Ft. Lauderdale, FL 33602
                              Tel: (954) 790-6699
                              Fax: (954) 206-0017
                              Email: josh.martin@johnsonmartinlaw.com
                              ***Attorneys for Plaintiff TocMail, Inc.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 18, 2021, the foregoing document is being served this day on all counsel of record on the service list via electronic mail.

/s/ *Evelyn A. Cobos*
EVELYN A. COBOS

## SERVICE LIST

JOHNSON & MARTIN, P.A.
Joshua D. Martin
500 W. Cypress Creek Rd., Suite 430
Ft. Lauderdale, FL 33602
Tel: (954) 790-6699
Fax: (954) 206-0017
Email: josh.martin@johnsonmartinlaw.com

*Attorneys for Plaintiff*