UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 0:20-cv-60416-CANNON/HUNT

TOCMAIL INC., a Florida corporation,

    Plaintiff,

v.

MICROSOFT CORPORATION, a Washington corporation,

    Defendant.

## ORDER GRANTING JOINT MOTION TO SEAL PUBLICLY FILED EXHIBITS

**THIS CAUSE** is before the Court upon the Parties' Joint Motion to Seal Publicly Filed Exhibits. The Court has carefully considered the Motion and is otherwise advised in the premises.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Motion is hereby **GRANTED**.

2. The Clerk is directed to seal ECF Nos. 97-31, 97-40, 97-43, 97-45, 97-50, 97-51, 97-55, 97-59, 97-67, 97-86, 97-89, 97-90, 97-92, 110-6, 110-10, 110-12, 110-16, and 110-28.

3. The Parties are directed to file versions of these exhibits that redact personal identifying information under the European Union's General Data Protection Regulation 2016/679.

**DONE** and **ORDERED** in Chambers, in Fort Pierce, Florida this _____ day of November 2021.

                                                        UNITED STATES DISTRICT JUDGE

cc: Counsel of Record