**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

**CASE NO**. **20-60416-CIV-CANNON/Hunt**

**TOCMAIL INC**,

      Plaintiff,

v.

**MICROSOFT CORPORATION**,

      Microsoft.

_____/

**<u>ORDER GRANTING MOTION TO SEAL</u>**

      **THIS CAUSE** is before the Court upon the parties' Joint Motion to Seal Publicly Filed Exhibits (the "Motion") [ECF No. 121], filed on November 18, 2021.  The Court has considered the Motion, the record, and is otherwise fully advised.

      It is hereby **ORDERED AND ADJUDGED** that:

1.    The Motion [ECF No. 121] is hereby **GRANTED**.

2.    The Clerk is directed to seal the exhibits referenced therein [ECF Nos. 97-31, 97-40, 97-43, 97-45, 97-50, 97-51, 97-55, 97-59, 97-67, 97-86, 97-89, 97-90, 97-92, 110-6, 110-10, 110-12, 110-16, and 110-28].

3.    Plaintiff shall refile these exhibits in redacted form on or before **November 24, 2021**.  **Such redactions shall cover only the limited personal identifying information referenced in the Motion**.  Nothing in this Order shall be construed to rely on the European Union's General Data Protection Regulation 2016/679 as a basis for sealing the requested information.

CASE NO. 20-60416-CIV-CANNON/Hunt

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 19th day of November 2021.

AILEEN M. CANNON
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

2