UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60416-CIV- CANNON/HUNT

TOCMAIL INC., a Florida corporation,

        Plaintiff,

v.

MICROSOFT CORPORATION, a
Washington corporation,

        Defendant.
_____/

**PLAINTIFF'S NOTICE OF FILING**

Plaintiff, TOCMAIL INC. ("TocMail" or "Plaintiff"), by and through undersigned counsel, hereby provides notice of filing redacted versions of exhibits ECF Nos. 97-31, 97-40, 97-43, 97-45, 97-50, 97-51, 97-55, 97-59, 97-67, 97-86, 97-89, 97-90, 97-92, 110-6, 110-10, 110-12, 110-16, and 110-28 per the Court's Order Granting Motion to Seal dated November 19, 2021 (ECF No. 122).

Dated: November 23, 2021        Respectfully submitted,

        By: /s/ Joshua D. Martin
        Joshua D. Martin
        Florida Bar No. 028100
        Email: josh.martin@johnsonmartinlaw.com
        JOHNSON & MARTIN, P.A.
        500 W. Cypress Creek Rd.
        Suite 430
        Fort Lauderdale, Florida 33309
        Telephone:  (954) 790-6699
        Facsimile:  (954) 206-0017

        *Attorney for Plaintiff, TocMail Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 23rd day of November 2021, the foregoing document is being served on all counsel of record on the service list via electronic mail.

By:   /s/ Joshua D. Martin
           Joshua D. Martin

## SERVICE LIST

*TOCMAIL INC. v. MICROSOFT CORPORATION*
20-60416-CIV- CANNON/HUNT

**Joshua D. Martin**
E-Mail: josh.martin@johnsonmartinlaw.com
JOHNSON & MARTIN, P.A.
500 W. Cypress Creek Rd.
Suite 430
Fort Lauderdale, Florida 33309
Telephone: (954) 790-6699
Facsimile: (954) 206-0017

**Francisco O. Sanchez**
E-Mail: sanchezo@gtlaw.com
           orizondol@gtlaw.com
**Evelyn A. Cobos**
E-Mail: cobose@gtlaw.com
           MiaLitDock@gtlaw.com
GREENBERG TRAURIG, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

**Mary-Olga Lovett** *(admitted pro hac vice)*
E-Mail: lovettm@gtlaw.com
**Rene Trevino** *(admitted pro hac vice)*
E-Mail: trevinor@gtlaw.com
GREENBERG TRAURIG LLC
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 374-3541
Facsimile: (713) 374-3505