# EXHIBIT 43

| From: | Abhijeet Hatekar (MSTIC) </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICROSOFT.ONMICROSOFT.COM-55760-ABHIJEET HATEKAR> |
| To: | Cristian Craioveanu; Amar Patel (C AND E) |
| CC: | Claudia Filipoaia; Andi Comisioneru; John Lambert (MSTIC); Swaroopa Gollapalli |
| Sent: | 4/16/2020 10:49:03 PM |
| Subject: | Re: [Office CXP doing evasion testing] FW: Meeting Notes - RE: Bosch |

Hi Amar,

When ████ visited redmond in January this year, he and I decided to work closely together on customers engagement. This is when I laid out the anti-eavasion plan to him so that he can communicate back to customers which we all reviewed with Mario.

This resulted in ████ and ███ from UK/IL engaging very early on BP and Cognizant escalations. ████ is constantly in touch with analysts and learning about our toolset, data sources etc. He is my new FN hunter 😊

We should definitely involve him.

@Cristian Rotem is back full time starting this month and I had discussed this with him to revive evasion v-team. His local manager Itai is involved as well and we have a comprehensive plan to tackle it. Regular meeting and bug triages and weekly reporting will commence in next 2 weeks. (Once ILDC comes back from holidays)

I will be attending these syncs (at least initially) to supervise and make sure we have traction 😊 we can have quick review if needed early next month to go on timelines and roadmap.

Regards,
Abhie

Regards,
- Abhie

---

**From:** Amar Patel (C AND E) <amarpa@microsoft.com>
**Sent:** Thursday, April 16, 2020 3:22:33 PM
**To:** Cristian Craioveanu <Cristian.Craioveanu@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>
**Cc:** Claudia Filipoaia <cfilip@microsoft.com>; Andi Comisioneru <Andi.Comisioneru@microsoft.com>; John Lambert (MSTIC) <johnla@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>
**Subject:** RE: [Office CXP doing evasion testing] FW: Meeting Notes - RE: Bosch

Thanks, appreciate it. I'll set it up.

**From:** Cristian Craioveanu <Cristian.Craioveanu@microsoft.com>
**Sent:** Thursday, April 16, 2020 12:52 PM
**To:** Amar Patel (C AND E) <amarpa@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>
**Cc:** Claudia Filipoaia <cfilip@microsoft.com>; Andi Comisioneru <Andi.Comisioneru@microsoft.com>; John Lambert (MSTIC) <johnla@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>
**Subject:** Re: [Office CXP doing evasion testing] FW: Meeting Notes - RE: Bosch

Let's do it. This time I won't miss it, I apologize for the last time. In my team, Zhitao will take care of fixing most of these issues. But he is not very comfortable talking about them with our partners. So I will fill in that role for now, while working with him on this aspect.

Abhie, I feel it's time to revive the anti-evasion v-team and ensure they are meeting weekly. Besides Rotem and Zhitao, is there anyone else you'd want to involve? One of us should lead, at least until the ball gets enough inertia. Let me know if you want to take that role, else I will happily step up.

Thank you,
Cristian

Sent from Nine

**From:** Amar Patel (C AND E)
**Sent:** Thursday, April 16, 2020 12:40 PM
**To:** Cristian Craioveanu; Abhijeet Hatekar (MSTIC)
**Cc:** Claudia Filipoaia; Andi Comisioneru; John Lambert (MSTIC); Swaroopa Gollapalli
**Subject:** RE: [Office CXP doing evasion testing] FW: Meeting Notes - RE: Bosch

See attached from ▇▇▇▇ He filed another bug.

I think we should setup time with ▇▇▇▇ and potentially Bruno? What do you guys think?

**From:** Amar Patel (C AND E)
**Sent:** Thursday, April 16, 2020 11:04 AM
**To:** Cristian Craioveanu <Cristian.Craioveanu@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>
**Cc:** Claudia Filipoaia <cfilip@microsoft.com>; Andi Comisioneru <Andi.Comisioneru@microsoft.com>; John Lambert (MSTIC) <johnla@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>
**Subject:** [Office CXP doing evasion testing] FW: Meeting Notes - RE: Bosch
**Importance:** High

Hi,

▇▇▇▇ is in the CXP team for OATP. As we formulate our response to Bosch, I'll include him so Office CXP gets a perspective on how to talk about this when customers ask.

He's also trying to find new ways to evade our sandbox and submit bugs. See below.

@Cristian Craioveanu, @Abhijeet Hatekar (MSTIC), should we setup time with ▇▇▇▇ and Bruno in Office CXP and explain our work on anti-evasion test suite and general approach.

Also how do you guys think about internal folks wanting to continually test our Sandbox?

Thoughts?

**From:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇@microsoft.com>
**Sent:** Thursday, April 16, 2020 10:48 AM
**To:** Amar Patel (C AND E) <amarpa@microsoft.com>
**Subject:** RE: Meeting Notes - RE: Bosch

Excellent. One of the evasion techniques that I submitted escalation for is making Word or Excel file Read-Only
https://msft-twc.visualstudio.com/Sonar%20Finding%20Investigations/_workitems/edit/62171

https://dev.azure.com/msft-twc/Sonar/_workitems/edit/62570

One more that I didn't have time to confirm yet but found recently on the web is checking disk size and identifying number via WMI call:

```
strComputer = "."
Set objWMIService = GetObject("winmgmts:\\" & strComputer & "\root\cimv2")
Set ID = objWMIService.ExecQuery("Select IdentifyingNumber from Win32_ComputerSystemproduct")
For Each objItem In ID

    If StrComp(objItem.IdentifyingNumber, "2UA20511KN") = 0 Then End
Next
Set disksize = objWMIService.ExecQuery("Select Size from Win32_logicaldisk")
For Each objItem In disksize

    If (objItem.Size = 42949603328#) Then End
    If (objItem.Size = 68719443968#) Then End

Next
```

███████

**From:** Amar Patel (C AND E) <amarpa@microsoft.com>
**Sent:** Thursday, April 16, 2020 7:42 PM
**To:** ███████████████████ @microsoft.com>
**Subject:** RE: Meeting Notes - RE: Bosch

Once we draft a response, we can review together. Bosch had questions on evasion.

**From:** ███████████████ @microsoft.com>
**Sent:** Wednesday, April 15, 2020 12:23 PM
**To:** Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; ██████████████ @microsoft.com>;
Amar Patel (C AND E) <amarpa@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Claudia
Filipoaia <cfilip@microsoft.com>; Cristian Craioveanu <Cristian.Craioveanu@microsoft.com>; Abhijeet Hatekar
(MSTIC) <Abhijeet.Hatekar@microsoft.com>; Bruno Nowak <bnowak@microsoft.com>; ██████████
███████████ @microsoft.com>
**Cc:** Nitin Kumar Goel <Nitin.Goel@microsoft.com>; John Lambert (MSTIC) <johnla@microsoft.com>
**Subject:** Re: Meeting Notes - RE: Bosch

Hi Swaroopa,

I'll ask them to provide the full samples. Will keep you posted.

Thanks,
███████

Get Outlook for iOS

**From:** Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>
**Sent:** Wednesday, April 15, 2020 8:49:16 PM
**To:** ███████████████ @microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>; ██████████
██████████ @microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Claudia Filipoaia
<cfilip@microsoft.com>; Cristian Craioveanu <Cristian.Craioveanu@microsoft.com>; Abhijeet Hatekar (MSTIC)
<Abhijeet.Hatekar@microsoft.com>; Bruno Nowak <bnowak@microsoft.com>; ███████████████
███████████ @microsoft.com>
**Cc:** Nitin Kumar Goel <Nitin.Goel@microsoft.com>; John Lambert (MSTIC) <johnla@microsoft.com>
**Subject:** RE: Meeting Notes - RE: Bosch

Thanks for the tip ██████ We've internally discussed and concluded that the full samples will be helpful if it's
possible to get them.

Thanks,
Swaroopa

**From:** ████████████ @microsoft.com>
**Sent:** Wednesday, April 15, 2020 10:21 AM
**To:** Amar Patel (C AND E) <amarpa@microsoft.com>; ████████████ @microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Claudia Filipoaia <cfilip@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Cristian Craioveanu <Cristian.Craioveanu@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Bruno Nowak <bnowak@microsoft.com>; ████████████ @microsoft.com>
**Cc:** Nitin Kumar Goel <Nitin.Goel@microsoft.com>; John Lambert (MSTIC) <johnla@microsoft.com>
**Subject:** RE: Meeting Notes - RE: Bosch

With respect to the question if we need samples for the presumed weaknesses described in the customer's document (attached, for example, to https://msft-twc.visualstudio.com/Sonar%20Finding%20Investigations/_workitems/edit/59562) I've just detected that it already contains PS Snippets that illustrate how some of them can be exploited.

Like

Invoke-WebRequest -Uri "https://api.ipify.org?format=json" -OutFile ip.json

if((Get-Content -Raw -Path ip.json | ConvertFrom-Json).ip -like "40.94.*")
{ # Do nothing }
else
{ # Execute Malware }

And

if((Get-WinEvent -FilterHashtable @{logname='System'; id=1074}).Message -like "*WIN-5E07COS9ALR*")
{ # Do nothing }
else
{ # Execute Malware }

These are the simple cases, others might be more complex.
Of course, the question is still how they got this code executed from within their test messages at all.
Maybe, full samples are still required to get this question answered.

Best regards
-helmut


**From:** Amar Patel (C AND E) <amarpa@microsoft.com>
**Sent:** Mittwoch, 15. April 2020 19:02
**To:** ████████████ @microsoft.com>; ████████████ @microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Claudia Filipoaia <cfilip@microsoft.com>; Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>; Cristian Craioveanu <Cristian.Craioveanu@microsoft.com>; Abhijeet Hatekar (MSTIC) <Abhijeet.Hatekar@microsoft.com>; Bruno Nowak <bnowak@microsoft.com>; ████████████ @microsoft.com>
**Cc:** Nitin Kumar Goel <Nitin.Goel@microsoft.com>; John Lambert (MSTIC) <johnla@microsoft.com>
**Subject:** Meeting Notes - RE: Bosch

Bosch is a $300 Million account. They just bought ATP and are in the process of cutting over. We passed with flying colors in pre-sales. The team that is testing now is essentially a "red team" doing additional poking around to further understand ATP capabilities.

1. ████████
   a. Have asked the customer for key questions they have. Once they receive they'll pass on to us
   b. Will get us the tenant IDs so we can monitor quality in their tenant
2. Swaroopa will consult Abhi/Cristian on whether we want samples for the PDF assessment. If so, she'll pass on the ask to ████████

3. With (1) and (2), Sonar Team will work with ████ ███████ to prepare for a call with the customer
4. Attendees will include at least myself, Claudia and an evasion expert from our team – TBD which engineer.
5. In general the talk track may include
   a. Addressing their questions
   b. Covering the contents of the PDF file to resolve the items
   c. Discuss how we approach evasion to instill confidence
      i.    Broad strokes on our evasion testing suite
      ii.   General hardening – things we do in broad strokes
      1. Making VMs look like victim machines
      2. Conditional use of IP anonymization
      3. Proactive (expected exploitation) vs. reactive work (real threats)
      iii.  Nuances
      1. IP – can't route 100% because attackers will black list
      2. Sleep – lengthy delays in holding content delays emails which creates other problems in the experience
   d. Layered defense of ATP. If detonation misses, there are still other measures to detect and remove from inbox. @Abhishek Agrawal (CDM), could use your help in telling the layered defense story
      i.    Plans for parts of stack to consume signal from detonation
      ii.   Time of Click
      iii.  ZAP

I'll need leads in R2/D2 to engage to prepare for this call.

Thanks,
Amar


-----Original Appointment-----
**From:** Amar Patel (C AND E)
**Sent:** Monday, April 13, 2020 11:52 AM
**To:** Amar Patel (C AND E); ███████████████ Abhishek Agrawal (CDM); Claudia Filipoaia; Swaroopa Gollapalli; Cristian Craioveanu; Abhijeet Hatekar (MSTIC); Bruno Nowak; ████████████
**Cc:** Nitin Kumar Goel
**Subject:** Bosch
**When:** Wednesday, April 15, 2020 9:00 AM-9:30 AM (UTC-08:00) Pacific Time (US & Canada).
**Where:** Microsoft Teams Meeting

Sorry folks – hard to find a full hour. Hope folks can have flexibility to make this work. Context attached.

_____

**You're invited to join a Microsoft Teams meeting.**

# Join online now
Video conferencing, screen sharing, and more.

**Or join by phone (audio only)**
+1 425-616-0754,,893855762#   United States, Seattle
(866) 679-9995,,893855762#   (Toll-free)
Phone Conference ID: 893 855 762#
Find a local number | Reset PIN


Help | Meeting options

_____

CONFIDENTIAL