# EXHIBIT 45

| | |
|---|---|
| From: | &lt;/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICROSOFT.ONMICROSOFT.COM-55760-VAMSI MOHAN THAMMANA&gt; |
| To: | Abhijeet Hatekar (MSTIC); Ross Adams; Nitin Kumar Goel; Amar Patel (C AND E); Swaroopa Gollapalli |
| Sent: | 2/15/2019 7:59:45 PM |
| Subject: | RE: O365 "Phishing" |

Sorry, I am not clear on action from Antispam side. Should we write rule to Junk messages?

Thanks,


**From:** Abhijeet Hatekar (MSTIC) &lt;Abhijeet.Hatekar@microsoft.com&gt;
**Sent:** Friday, February 15, 2019 11:55 AM
**To:** Ross Adams &lt;Ross.Adams@microsoft.com&gt;; ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓@microsoft.com&gt;; Nitin Kumar Goel &lt;Nitin.Goel@microsoft.com&gt;; Amar Patel (C AND E) &lt;amarpa@microsoft.com&gt;; Swaroopa Gollapalli &lt;Swaroopa.Gollapalli@microsoft.com&gt;
**Subject:** FW: O365 "Phishing"

Team - This was a customer escalation where customer saw phishing page but we always saw spam. We have taken action item to device a solution to address this gap as part of our anti-evasion story. Also, we can definitely build heuristic detection to block on URL patterns and some other contextual data but if the volume of these detections increased due, we will end up in similar scalability issue and admin quarantine situation like last weekend.

Please note that we are currently missing 100% on them and we have requested support form EOP antispam team on these Urls.

Regards,
Abhie

**From:** Abhijeet Hatekar (MSTIC) &lt;Abhijeet.Hatekar@microsoft.com&gt;
**Sent:** Friday, February 15, 2019 11:43 AM
**To:** Patrick Estavillo &lt;pestavil@microsoft.com&gt;; Ross Adams &lt;Ross.Adams@microsoft.com&gt;; MSTIC Research and Response Team (R2) &lt;msticr2@microsoft.com&gt;; IP-IHDC Anti-spam Research & Response Team &lt;IPIHDCASA@microsoft.com&gt;
**Cc:** Amar Patel (C AND E) &lt;amarpa@microsoft.com&gt;; Nitin Kumar Goel &lt;Nitin.Goel@microsoft.com&gt;; ▓▓▓ (MSTIC) ▓▓▓▓▓@microsoft.com&gt;; ▓▓▓▓▓▓▓▓@microsoft.com&gt;
**Subject:** RE: O365 "Phishing"

Adding Antispam team as well to help with detection based on url pattern matching. Here is a regex from Adel.

[\w\d]+?- [\w\d]+?\.(host|site)

Regards,
Abhie

**From:** Patrick Estavillo &lt;pestavil@microsoft.com&gt;
**Sent:** Thursday, February 14, 2019 10:34 AM
**To:** Ross Adams &lt;Ross.Adams@microsoft.com&gt;; MSTIC Research and Response Team (R2) &lt;msticr2@microsoft.com&gt;
**Cc:** Amar Patel (C AND E) &lt;amarpa@microsoft.com&gt;; Nitin Kumar Goel &lt;Nitin.Goel@microsoft.com&gt;; ▓▓▓

(MSTIC) ▮▮▮▮▮@microsoft.com>; ▮▮▮▮▮▮@microsoft.com>
**Subject:** RE: O365 "Phishing"

Yes Ross, this is correct or at least based from the evidences that we have. From the submissions and URL's that I analyzed, Sonar never saw the phishing page. Our detection or solution was based on other aspects such as C2 connection, URL contextual pattern and etc.

Thanks and regards,
Patrick


**From:** Ross Adams <Ross.Adams@microsoft.com>
**Sent:** Thursday, February 14, 2019 8:10 AM
**To:** MSTIC Research and Response Team (R2) <msticr2@microsoft.com>; Patrick Estavillo <pestavil@microsoft.com>
**Cc:** Amar Patel (C AND E) <amarpa@microsoft.com>; Nitin Kumar Goel <Nitin.Goel@microsoft.com>; ▮▮▮▮▮@microsoft.com>; ▮▮▮▮▮@microsoft.com>
**Subject:** Re: O365 "Phishing"

Thanks guys. From what we have here is an evasion technique, return random results right.

I would suggest that this type of activity will become more common and a solution is required. If we detonated enough would we should hit the phishing page and return the right verdict correct?

Regards,
Ross.

Sent from Outlook Mobile.

---

**From:** Patrick Estavillo
**Sent:** Thursday, February 14, 2019 8:03:06 AM
**To:** MSTIC Research and Response Team (R2)
**Cc:** Ross Adams; Amar Patel (C AND E); Nitin Kumar Goel; ▮▮▮▮▮(MSTIC); ▮▮▮▮▮
**Subject:** RE: O365 "Phishing"

Good analysis ▮▮▮▮▮

Hi Team,

This is one of the examples that I was trying to explain yesterday in our sync meeting about spam\phish detection. We have several examples and escalations like these. Several times phishing then spam afterwards. A notable escalation was the **IDCU** campaigns that is very similar on how this was setup. We disabled the signatures for this type of phishing\spam setup and will be having FN's on these.

Phishing Type:



Spam:



This is just for everyone's awareness.

Thanks and regards,
Patrick


**From:** ████████████████████@microsoft.com>
**Sent:** 14 February 2019 13:16
**To:** ████████████████@microsoft.com>; ████████████████████@microsoft.com>; ████████████@microsoft.com>; MSTIC Research and Response Team (R2) <msticr2@microsoft.com>
**Subject:** RE: O365 "Phishing"

████████████ - some of the details below – like #customer escalations and evasion rate, don't think we should pass back to customer.
Let's redact that.

Cheers
████

**From:** ████████████████████@microsoft.com>
**Sent:** 14 February 2019 13:14

**To:** Adel Khaldi <Adel.Khaldi@microsoft.com>; Tim Burrell (MSTIC) <Tim.Burrell@microsoft.com>; Magpie Graham <mark.graham@microsoft.com>; MSTIC Research and Response Team (R2) <msticr2@microsoft.com>
**Subject:** Re: O365 "Phishing"

Hi Tim as no customer information I can share this under the GSP NDA, tech data sharing authorisation?

Adel, any insight Into customers who are getting pwned and asserting they did not enter creds? Browser vuln?


Regards
███████

National Security Officer, Microsoft UK

---

**From:** ███████████████████@microsoft.com>
**Sent:** Thursday, February 14, 2019 11:43 am
**To:** ███████ MSTIC) ███████████████████; MSTIC Research and Response Team (R2)
**Subject:** RE: O365 "Phishing"

Hi all,

This is a known campaign and we are seeing more and more internal signals bubbling up to us. We've got 2 customer escalations so far as well (42502 and 42581).
The campaign volume seems to exceed 200k email from its start date (December 25 2018).
Here only known domains where queried (2 days ago):

```
4  EopSonarSummary
5  | where Timestamp >= ago(60d) and UrlDomain in (
6    [domain-list-here]
7  )
8  | project SubmissionId, EnvironmentName, SourceContext, Timestamp, FinalUrlHttpResponseCode,
9  | summarize dcount(SubmissionId) by FinalUrlHttpResponseCode
10
```

| FinalUrlHttpResponseCode | dcount_SubmissionId |
|---|---|
| 0 | 103903 |
| 404 | 35417 |
| 200 | 222 |
| 500 | 3 |
| 401 | 1 |
| 900 | 2 |
| 502 | 1 |

Basically, it looks like that we have 2 actors here: the mass mailing service and the beneficiary.
The mass mailer is evading us with a 100% accuracy because of at least 3 reasons:
  1. Initial IP range blacklisting (confirmed by using a non-microsoft datacenter IP to reach the phish link)
  2. Blacklisted HTTP User-Agent usage (the analysed campaign_id 20 was blacklisting all non-mobile UA. Others [1] were not)
  3. Dynamic blacklisting after visiting a modified URL (we are also falling here because of the **URLScrambler** from our toolset that removes URI args to prevent unsubscribe, validation, … unattended clicks)
      a. URI parameters modification leads to a blacklist
      b. Cookies values modification leads to a blacklist too (tested on the campaign_id one).

The blacklist is done on the mass mailer side in 2 ways:
  1. Software based where an unexpected client behaviour will lead to an HTTP 404 custom error message. This

blacklist will get populated to the firewall one after few seconds (~10 secs)
  2. Firewall/network level where the client IP gets definitely dropped. No more answers to TCP+SYN packets.

Finally, they are also rotating their campaign domain names in a regular basics (daily?), and it seems that the domain naming is following a particular schema (the URI naming too, explained here [1]):
- [\w\d]+?- [\w\d]+?\.(host|site): example: mailview.inbox-1system.host - link.ssl-256mail.host - ping.mymail-4.site
- The domain can also be a .com according to [1]

Some online source [1] says that the phish link is a one-time usage only. However, on our side, the analysed few links -leading to spam content- were not one-time usage.

The beneficiary URLs/IP do not implement this blacklist features and are still reachable if the user gets there at least once. At this level, we were not able to see credential phishing content, but only spam.

Here are two screenshots obtained from a mobile browser:
  1. French 3G mobile network:



  2. UK BritishTelecom network:



We are still digging…

Thanks

[1] https://thecomputerperson.wordpress.com/2019/01/03/use-once-spear-phishing-mail-portalinbox-read-host/

**From:** ██████████████████████ @microsoft.com>
**Sent:** 14 February 2019 09:54
**To:** ██████████████████@microsoft.com>; ██████████████████████@microsoft.com>; MSTIC Research and Response Team (R2) <msticr2@microsoft.com>
**Subject:** RE: O365 "Phishing"

+R2

**From:** ██████████████████████@microsoft.com>
**Sent:** 14 February 2019 09:40
**To:** ██████████████████@microsoft.com>; ██████████████████████@microsoft.com>
**Subject:** FW: O365 "Phishing"
**Importance:** High

Is this something you are seeing at all?

Regards

National Security Officer | United Kingdom | +44 (118) 9093418 | ██████@microsoft.com
Microsoft

**From:** ██████████████████@ncsc.gov.uk>
**Sent:** 14 February 2019 09:38
**To:** ██████████████████@microsoft.com>
**Subject:** O365 "Phishing"

We're starting to get a few reports of phishing attacks (but with a twist) for O365.

The MO seems to be that a user gets an e-mail in their inbox that contains a "'Display trusted message" (or something of that ilk) blue or green button. On clicking the button the user gets redirected to a site which for some users asks for their creds - all run of the mill stuff. If a user falls victim then emails get sent from the user to a bunch of contacts further propagating the attack.

But /some/ users are reporting that the site just redirects to a fake news site AND they still end up getting compromised WITHOUT entering creds.

We're struggling to understand exactly what's going on here - after all, visiting a random web site should not be able to steal the session token for O365.

Are you able to shed any light on this? Or redirect me to someone who might?

Regards,

D.

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to ncscinfoleg@ncsc.gov.uk

CONFIDENTIAL

MSFT_TOC00304643