# EXHIBIT 55

| From: | ████████ </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B5301450524C42A9A5E451C9E07D8871-████████> |
|---|---|
| To: | David Fantham; Liming Hong; Brian Wilcox; Abhijeet Hatekar (MSTIC); Vidya Gururaja Rao |
| CC: | ████████ John Engels; Sonar Detonation and Detections Team (D2); MSTIC Research and Response Team (R2) |
| Sent: | 8/27/2020 9:40:09 AM |
| Subject: | Inconsistent generation of "A potentially malicious URL click was detected". No ZAP. |

Hi,

We are working with Idan and John on MTP/OATP Ignite demo. Generation of "A potentially malicious URL click was detected" is inconsistent. I sent email with a link that during first visit redirects to www.bing.com to several users in my test tenant. Email was delivered to Inbox because of this evasion technique 3 users clicked on the link and were allowed to the site.

```
EopSafeLinksClick
| where UrlDomain == "vkteabrcmwy.oatp.me" and Timestamp > ago (1d)
| project LogTime,UrlDomain,UrlAction,NetworkMessageId,RecipientUserNameHash
```

| LogTime | UrlDomain | UrlAction | NetworkMessageId | RecipientUserNameHash | Comment |
|---|---|---|---|---|---|
| 2020-08-27 07:27:45.5961527 | vkteabrcmwy.oatp.me | RedirectToOriginalUrl | 8fe32025-37e7-4669-f7a5-08d84a5a99d0 | QjXN9GicrAvml7b2NPI1GWSh8yt4S2KW0HsmlIQmEjw= | No alert |
| 2020-08-27 07:28:09.8949158 | vkteabrcmwy.oatp.me | RedirectToOriginalUrl | 24935047-7da9-4e63-ce07-08d84a5aa517 | Qf//btLSPiBz49K9X9hUEs9I8vWMNNSxYe+QgPz31dw= | No alert |
| 2020-08-27 07:28:41.5218212 | vkteabrcmwy.oatp.me | RedirectToOriginalUrl | ad564d2d-435f-42a2-14bf-08d84a5a19ef | ImEcINdCwSkkdPPLRSROEOwf2w7SpR99I6fGdr2EPXE= | No alert |
| 2020-08-27 08:06:45.2429311 | vkteabrcmwy.oatp.me | RedirectToOriginalUrl | ad564d2d-435f-42a2-14bf-08d84a5a19ef | ImEcINdCwSkkdPPLRSROEOwf2w7SpR99I6fGdr2EPXE= | Later click that finally triggered an alert |

There was no "A potentially malicious URL click was detected" alert **despite SONARs bad verdict** from the detonation at the time of click. After waiting ~30min for the alert I decided to click again and this time alert was created (site wasn't blocked)

```
EopSonarSummary
| where UrlDomain=="vkteabrcmwy.oatp.me" and Timestamp > ago (1d)
| extend isScrambled = iif(NotagYaraSigs  contains "Behavior_Url_HasNotBeen_Scrambled", 'false', iif(NotagYaraSigs  contains 'Behavior_Url_HasBeen_Scrambled', 'true','no information'))
| project Timestamp,SubmissionId,Source,SourceContext,TenantId,NetworkMessageId,UrlCanonHash,UrlDomain,UrlPath,FinalUrlDomain,FinalUrlCanonHash,FinalUrlHttpResponseCode, Verdict,VerdictCategory,UrlPathHash,CriticalYaraSigs, isScrambled;
```

| Timestamp | SubmissionId | Source | SourceContext | NetworkMessageId | UrlCanonHash | UrlDomain | FinalUrlDomain | FinalUrlCanonHash | FinalUrlHttpResponseCode | Verdict | VerdictCategory | UrlPathHash | CriticalYaraSigs | isScrambled | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020-08-27 07:24:13.1908603 | c9442234-36e8-ea11-b0dd-98f2b3c4e5c1 | EOP-SONARHUB | SafeLinksMFInlineDet | ad564d2d-435f-42a2-14bf-08d84a5a19ef | 18183134652386604606 | vkteabrcmwy.oatp.me | www.bing.com | 3508762316449900162 | 200 | Good | None | 9276840691927830523 | | true | |
| 2020-08-27 07:28:18.1909377 | 6a99afc9-36e8-ea11-b0b8-9cdc71412361 | EOP-SONARHUB | SafeLinksTimeOfClick | d58851f2-7b73-4fc9-97bf-08d84a5ab15a | 18183134652386604606 | vkteabrcmwy.oatp.me | vkteabrcmwy.oatp.me | 17674226800854590605 | 200 | Bad | Phish | 9276840691927830523 | Phish_Url_MacLer_A Phish_Url_MacLer_AT | false | |
| 2020-08-27 07:29:15.1224607 | cfe6e2ed-36e8-ea11-b092-e0071b82da11 | EOP-SONARHUB | SafeLinksTimeOfClick | 1182a760-83d9-47a7-2c34-08d84a5ad2b0 | 18183134652386604606 | vkteabrcmwy.oatp.me | vkteabrcmwy.oatp.me | 17674226800854590605 | 200 | Bad | Phish | 9276840691927830523 | Phish_Url_MacLer_A Phish_Url_MacLer_AT | false | |
| 2020-08-27 07:31:17.5838763 | e32cb239-37e8-ea11-b0d5-9cdc7147c751 | EOP-SONARHUB | SafeLinksSubmission | 8fe32025-37e7-4669-f7a5-08d84a5a99d0 | 18183134652386604606 | vkteabrcmwy.oatp.me | vkteabrcmwy.oatp.me | 15760056015098187695 | 404 | Good | SiteUnavailable | 9276840691927830523 | | true | |
| 2020-08-27 08:07:28.6896038 | 5f55fb39-3ce8-ea11-b0ae-9cdc714fb911 | EOP-SONARHUB | SafeLinksTimeOfClick | 490c1782-4ee9-4b29-5bec-08d84a6023e4 | 18183134652386604606 | vkteabrcmwy.oatp.me | vkteabrcmwy.oatp.me | 17674226800854590605 | 200 | Bad | Phish | 9276840691927830523 | Phish_Url_MacLer_A Phish_Url_MacLer_AT | false | This detonation generated the alert |
| 2020-08-27 08:07:28.6906072 | 5f55fb39-3ce8-ea11-b0ae-9cdc714fb911 | EOP-SONARHUB | SafeLinksTimeOfClick | 490c1782-4ee9-4b29-5bec-08d84a6023e4 | 394455809910876800 | vkteabrcmwy.oatp.me | www.bing.com | 15074556314972694773 | 200 | Good | None | 9276840691927830523 | | false | |

I am not sure where the problem lays, but I would highly appreciate your assistance in investigating this scenario.

████

▮ Microsoft
████
Senior Program Manager
CxE Office 365 ATP

Office: +41 (43) 4566586
Mobile: +41 788446586
████@microsoft.com

CONFIDENTIAL
MSFT_TOC00145133