# EXHIBIT 59

| | |
|---|---|
| From: | |
| To: | Amar Patel (C AND E) |
| CC: | Abhishek Agrawal (CDM) |
| Sent: | 12/22/2020 12:03:36 AM |
| Subject: | RE: [INTERNAL]FW: VISA - Azure App Proxy Access Vulnerability |

The flow of the attack was the red team used a combination of IP evasion, and sandbox evasion to attack Mac users in VISA. Script would check if it was in a sandbox or in the Azure IP space before downloading the malicious payload using Osascript. Once the malicious script was executed it would steal the user's cookies which the attacker then used to access their MSFT and SaaS accounts.

I don't know why they engaged MSRC, this may be a case of the field incorrectly equating the customers original concerns with being red teamed successfully with a security issue.

---
Brian Wilcox
Program Manager II – Advanced Threat Protection
LinkedIn | Github

**Exhibit 23** 3/25/2021 Wilcox

**From:** Amar Patel (C AND E) <amarpa@microsoft.com>
**Sent:** Monday, December 21, 2020 2:19 PM
**To:** Brian Wilcox <brwilcox@microsoft.com>
**Cc:** Abhishek Agrawal (CDM) <abhiag@microsoft.com>
**Subject:** RE: [INTERNAL]FW: VISA - Azure App Proxy Access Vulnerability

I don't see anything related to MacOS below. Details on the scenario?

Sonar doesn't do native MacOS detonation. Defender has a research activity using native Mac OS detonation – and a Mac OS client.

Why is MSRC involved on an ATP customer escalation?

Thanks

**From:** Brian Wilcox <brwilcox@microsoft.com>
**Sent:** Monday, December 21, 2020 12:35 PM
**To:** Todd Frazier <tofraz@microsoft.com>; Damon Young <damyoung@microsoft.com>; Steve Lee <lesteve@microsoft.com>; Rehana Ali <reali@microsoft.com>; John Nieves <johniev@microsoft.com>; Rupert Scammell <ruscam@microsoft.com>; Matt Egen <mattegen@microsoft.com>; Helen Allas <hallas@microsoft.com>; Yong Rhee <yongrhee@microsoft.com>; Ramiro Calderon <ramical@microsoft.com>; Amar Patel (C AND E) <amarpa@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>
**Cc:** Preet Chhokar <Preet.Chhokar@microsoft.com>; Jon Wapstra <Jon.Wapstra@microsoft.com>
**Subject:** RE: [INTERNAL]FW: VISA - Azure App Proxy Access Vulnerability

Let me loop in @Amar Patel (C AND E) and @Abhishek Agrawal (CDM) to comment on the specifics of MacOS malware detection with our sandboxing and how we want to shape this communication.

It sounds like Microsoft Defender for Endpoint (for Mac) might be the appropriate product for this scenario in conjunction with MDO.

---
Brian Wilcox
Program Manager II – Advanced Threat Protection

**From:** Todd Frazier <tofraz@microsoft.com>
**Sent:** Monday, December 21, 2020 10:34 AM
**To:** Damon Young <damyoung@microsoft.com>; Brian Wilcox <brwilcox@microsoft.com>; Steve Lee <lesteve@microsoft.com>; Rehana Ali <reali@microsoft.com>; John Nieves <johniev@microsoft.com>; Rupert Scammell <ruscam@microsoft.com>; Matt Egen <mattegen@microsoft.com>; Helen Allas <hallas@microsoft.com>; Yong Rhee <yongrhee@microsoft.com>; Ramiro Calderon <ramical@microsoft.com>
**Cc:** Preet Chhokar <Preet.Chhokar@microsoft.com>; Jon Wapstra <Jon.Wapstra@microsoft.com>
**Subject:** RE: [INTERNAL]FW: VISA - Azure App Proxy Access Vulnerability

Hi Brian,

Thanks a ton for weighing in, and for your help. Before we message anything to VISA, we want to ensure that we have all the information we need to come to a definitive (or best we can) conclusion. We're setting up a repro with the customer red team, and hope that this effort will fill in blanks for all the teams involved. We will either be recording the session, or have enough technical folks on the call to walk our PG's through it.

As far as ATP is concerned…one of VISA's primary requests is "**Determine if current security agents (ATA/O365 ATP)" should have detected the security penetration exercise".** For the highlighted comment below…If IP Invasion was the key to this exercise, how would we answer the customer question of "should ATP have detected/blocked this?" It sounds like the roadmap efforts will help answer their concerns, but we need to give them a definitive answer of whether the current ATP product should have covered this scenario…or definitively say that ATP isn't designed to cover this scenario.

Thanks,
Todd

**From:** Damon Young <damyoung@microsoft.com>
**Sent:** Monday, December 21, 2020 11:13 AM
**To:** Brian Wilcox <brwilcox@microsoft.com>; Steve Lee <lesteve@microsoft.com>; Todd Frazier <tofraz@microsoft.com>; Rehana Ali <reali@microsoft.com>; John Nieves <johniev@microsoft.com>; Rupert Scammell <ruscam@microsoft.com>; Matt Egen <mattegen@microsoft.com>; Helen Allas <hallas@microsoft.com>; Yong Rhee <yongrhee@microsoft.com>; Ramiro Calderon <ramical@microsoft.com>
**Cc:** Preet Chhokar <Preet.Chhokar@microsoft.com>; Jon Wapstra <Jon.Wapstra@microsoft.com>
**Subject:** RE: [INTERNAL]FW: VISA - Azure App Proxy Access Vulnerability

Thanks for sharing this, Brian. With your comments in mind, how much of this information can we communicate with a client like Visa at this time?

**From:** Brian Wilcox <brwilcox@microsoft.com>
**Sent:** Monday, December 21, 2020 10:09 AM
**To:** Steve Lee <lesteve@microsoft.com>; Todd Frazier <tofraz@microsoft.com>; Damon Young <damyoung@microsoft.com>; Rehana Ali <reali@microsoft.com>; John Nieves <johniev@microsoft.com>; Rupert Scammell <ruscam@microsoft.com>; Matt Egen <mattegen@microsoft.com>; Helen Allas <hallas@microsoft.com>; Yong Rhee <yongrhee@microsoft.com>; Ramiro Calderon <ramical@microsoft.com>
**Cc:** Preet Chhokar <Preet.Chhokar@microsoft.com>; Jon Wapstra <Jon.Wapstra@microsoft.com>
**Subject:** RE: [INTERNAL]FW: VISA - Azure App Proxy Access Vulnerability

Thanks Steve,

Based on our discussion it seems like the service was partially evaded via IP evasion. Preventing IP evasion is a large bucket of work that we are investing in very heavily over the next 6 months. We already utilize proxies in limited circumstances where we believe evasion took place but we will be greatly expanding the scope of when this

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MSFT_TOC00112134

feature is used by the sandbox service both for mail flow checks and time of click checks for malicious content by the end of Q2 2021. Over time our goal is to make our sandboxing services indistinguishable from a random viewer as well as make most methods of evasion impossible.

---
Brian Wilcox
Program Manager II – Advanced Threat Protection
LinkedIn | Github

**From:** Steve Lee <lesteve@microsoft.com>
**Sent:** Thursday, December 17, 2020 9:33 AM
**To:** Todd Frazier <tofraz@microsoft.com>; Damon Young <damyoung@microsoft.com>; Rehana Ali <reali@microsoft.com>; John Nieves <johniev@microsoft.com>; Rupert Scammell <ruscam@microsoft.com>; Matt Egen <mattegen@microsoft.com>; Helen Allas <hallas@microsoft.com>; Yong Rhee <yongrhee@microsoft.com>; Ramiro Calderon <ramical@microsoft.com>; Brian Wilcox <brwilcox@microsoft.com>
**Cc:** Preet Chhokar <Preet.Chhokar@microsoft.com>; Jon Wapstra <Jon.Wapstra@microsoft.com>
**Subject:** RE: [INTERNAL]FW: VISA - Azure App Proxy Access Vulnerability

[CC'd Brian Wilcox MDO PM]

Thanks Todd.

@Brian Wilcox, per our conversation I'm including you on this thread. If you need more details on the attack we may need go back to VISA. With what we know so far are there any MDO (aka Office 365 ATP) insights (protection, detection, remediation) you can provide to share back to VISA?

VISA has MDO in production so was inline to the red team attack.

-Steve

**From:** Todd Frazier <tofraz@microsoft.com>
**Sent:** Wednesday, December 16, 2020 1:21 PM
**To:** Damon Young <damyoung@microsoft.com>; Rehana Ali <reali@microsoft.com>; John Nieves <johniev@microsoft.com>; Rupert Scammell <ruscam@microsoft.com>; Matt Egen <mattegen@microsoft.com>; Helen Allas <hallas@microsoft.com>; Yong Rhee <yongrhee@microsoft.com>; Steve Lee <lesteve@microsoft.com>; Ramiro Calderon <ramical@microsoft.com>
**Cc:** Preet Chhokar <Preet.Chhokar@microsoft.com>; Jon Wapstra <Jon.Wapstra@microsoft.com>
**Subject:** Re: [INTERNAL]FW: VISA - Azure App Proxy Access Vulnerability

Hi Team,

I need to send out a customer update by 5pm PST, so please respond with your current action/next steps for the items under your purview. Also FYI, the assigned engineer for the ATA/O365ATP scenario has not asked for a repro yet, but we will be asking VISA to provide their Anti-Phishing & Spam Filter policies/rules.

Thanks,
Todd

| Request | Resource | Update/Next Steps |
|---|---|---|
| **Determine if current security agents should have detected security penetration exercise** | Todd Frazier | · Support case opened – 12/15: ATA Engineer has requested VISA's AntiPhishing and Spam filter policies and rules 12/14: Discussed vulnerability with Azure App |

CONFIDENTIAL - ATTORNEYS' EYES ONLY　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MSFT_TOC00112135

| | | |
|---|---|---|
| (ATA/O365 ATP) | | Proxy, but is being moved to ATA/O365ATP for primary; |
| | | · MSRC case opened – Assigned security PM requested a discussion today to walk through the attack scenario, discuss next steps; 12/15: MSRC PM opened another ticket (one for ATA, one for O365ATP) 12/14: PM was not available on Friday, trying to setup call today. If MSRC needs more info re: re-pro, Todd will communicate to VISA/red team, and incorporate Defender PG (John/Yong/Helen) |
| | Damon Young<br>Rupert Scammel<br>Steve Lee<br>Rehana Ali | • Coordinate with ATA/O365ATP PG to verify product relevancy to this scenario (John Nieves?)<br>• 12/14: John Nieves only pertains to Defender; Rupert emailing security group for specific insight on ATA/O365ATP;<br>• 12/14: via Rehana, Steve Lee connected with Brian Wilcox, who was PG rep that met with VISA re: Safelinks |
| **Determine if other product/feature solutions exist to combat this vulnerability** | Damon Young<br>Rupert Scammel | • Coordinate with PG to verify if Defender, AATP, or any other product could have detected/blocked this scenario<br>• 12/14: Email from John Nieves/Steve/Matt Egan; Team suggested more info needed re: exact token/browser/exploit. attack repro; Rupert owns follow-up to vet if repro effort with Red Team would help answer this question re: Defender detection. |
| **Determine if other detection processes/techniques can be leveraged to combat this vulnerability** | Todd Frazier | • Researching relevant security MIP engagements + custom CE engagements - 12/16 - Focusing on custom security assessment, will offer to Art's team<br>• Follow-up 1:1 Q&A with Ray Szeto/Ninad Narkhede for Conditional Access Q&A (CE Joe Zevera + Ramiro)<br>• 12/16: Planning 1:1 for week after Christmas, based on availability |
| | Damon Young<br>Rupert Scammel<br>Steve Lee | • Consultations with relevant PG's / GBB teams / Threat Intelligence teams.<br>• 12/14: Damon to vet with ATS community |
| | Ramiro Calderon | • Propose 1:1 Q&A with Ray Szeto/Ninad Narkhede to socialize relevancy of AAD/auth/identity within this attack scenario<br>• 12/16 - No update needed at this time; 12/14: Todd will combine this discussion as CA/AAD, to be held ASAP. Follow-up 1:1 with Ray Szeto/Ninad Narkhede for Conditional Access/AAD Q&A (CE Joe Zevera + Ramiro)<br>• ESTS auth answers provided via email. (Complete) |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| **Determine if roadmap solutions will be developed/completed, to combat this vulnerability** | Ramiro Calderon | • Provide firm expectation of Token Relay for Signal feature (Customer needs to know this is much farther down the roadmap, if that's accurate)<br>• 12/16 - No update needed at this time; 12/14: Token Relay for Signal feature not ready for customer-facing update; However, see potential usage for below scenario |
|---|---|---|
| **Determine if a procedure/telemetry exists within AAD, to investigate previously stolen tokens** | Ramiro Calderon | • Provide firm expectation of whether this process exists, and/or challenges that make this effort unrealistic<br>• 12/16 - No update needed at this time; 12/14: Ramiro filed an internal request w/ AAD team to vet if it's possible to investigate previously stolen tokens; The team will attempting to use the "Token Relay as a Signal" roadmap feature/prototype against this request. There are doubts this will be possible due to device identity issues, i.e. vpn, cell, off-network, etc |

---

**From:** Damon Young <damyoung@microsoft.com>
**Sent:** Tuesday, December 15, 2020 5:19:25 PM
**To:** John Nieves <johniev@microsoft.com>; Rupert Scammell <ruscam@microsoft.com>; Matt Egen <mattegen@microsoft.com>; Helen Allas <hallas@microsoft.com>; Yong Rhee <yongrhee@microsoft.com>; Steve Lee <lesteve@microsoft.com>
**Cc:** Todd Frazier <tofraz@microsoft.com>; Rehana Ali <reali@microsoft.com>; Preet Chhokar <Preet.Chhokar@microsoft.com>; Jon Wapstra <Jon.Wapstra@microsoft.com>
**Subject:** RE: [INTERNAL]FW: VISA - Azure App Proxy Access Vulnerability

Good afternoon, everyone.

So, as a status check: @John, @Rupert, @Matt, and @Steve in terms of determining whether MDE or other products in our security portfolio could have prevented this attack, do we have enough information to make that assessment? And, if not, what more would we need to know in order to do that?

And I ask this with some urgency because it's one of the key questions from their security leadership team for which Todd will need to provide tomorrow.

**From:** John Nieves <johniev@microsoft.com>
**Sent:** Monday, December 14, 2020 12:22 PM
**To:** Rupert Scammell <ruscam@microsoft.com>; Matt Egen <mattegen@microsoft.com>; Helen Allas <hallas@microsoft.com>; Yong Rhee <yongrhee@microsoft.com>; Steve Lee <lesteve@microsoft.com>
**Cc:** Damon Young <damyoung@microsoft.com>; Todd Frazier <tofraz@microsoft.com>; Rehana Ali <reali@microsoft.com>; Preet Chhokar <Preet.Chhokar@microsoft.com>; Jon Wapstra <Jon.Wapstra@microsoft.com>
**Subject:** RE: [INTERNAL]FW: VISA - Azure App Proxy Access Vulnerability

See attached that @Steve Lee had originally raised.

**From:** Rupert Scammell <ruscam@microsoft.com>
**Sent:** Monday, December 14, 2020 3:11 PM
**To:** John Nieves <johniev@microsoft.com>; Matt Egen <mattegen@microsoft.com>; Helen Allas <hallas@microsoft.com>; Yong Rhee <yongrhee@microsoft.com>; Steve Lee <lesteve@microsoft.com>

CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Cc:** Damon Young <damyoung@microsoft.com>; Todd Frazier <tofraz@microsoft.com>; Rehana Ali <reali@microsoft.com>; Preet Chhokar <Preet.Chhokar@microsoft.com>; Jon Wapstra <Jon.Wapstra@microsoft.com>
**Subject:** RE: [INTERNAL]FW: VISA - Azure App Proxy Access Vulnerability

Hi John (+adding additional account team in cc):

Recognizing that there's an active MSRC case per the highlighted section below from Todd Frazier (our CSAM), can you speak to the specific escalation that you've undertaken here? Is this the MSRC case, or something additional you've put in flight?

We also need someone from the PG who can speak to our defense / mitigation capabilities from an ATA and O365 ATP standpoint.

Regards,

--- Rupert

**From:** John Nieves <johniev@microsoft.com>
**Sent:** Friday, December 11, 2020 17:59
**To:** Matt Egen <mattegen@microsoft.com>; Helen Allas <hallas@microsoft.com>; Yong Rhee <yongrhee@microsoft.com>; Steve Lee <lesteve@microsoft.com>
**Cc:** Rupert Scammell <ruscam@microsoft.com>
**Subject:** Re: [INTERNAL]FW: VISA - Azure App Proxy Access Vulnerability

Matt, this has been escalated already, we can forward you the thread on it next week or maybe @Steve Lee can fill you in.

Get Outlook for iOS

---

**From:** Matt Egen <mattegen@microsoft.com>
**Sent:** Friday, December 11, 2020 8:17:33 PM
**To:** Helen Allas <hallas@microsoft.com>; Yong Rhee <yongrhee@microsoft.com>; John Nieves <johniev@microsoft.com>
**Cc:** Rupert Scammell <ruscam@microsoft.com>
**Subject:** FW: [INTERNAL]FW: VISA - Azure App Proxy Access Vulnerability

Hi all,

Recently Visa did a pen test against their environment, specifically targeting their macOS fleet. It was a really well done test (including signed and notarized attack code on the mac). During this pen test they were able to extract cookies including estauth tokens and then use them in a replay against Azure app proxy applications. While there are issues around that side of the test, they were wondering if we would have been able to detect the attack in MDfE on the mac. In my limited skills and knowledge, I was able to copy cookies on my macOS from one folder to another, but I don't see any sort of detection data nor really a lot of data in the timeline that might help.
Method / Steps:
Using Bash, ran cp -R . /users/matt/extract in the /Users/Matt/Library/Cookies folder.
Result
Was able to copy the files in the cookies folder to the extract folder. MDfE doesn't show any of the details on the file copy that occurred as part of the CP call.

Is this a configuration issue on my device or a regression in the client? Do we think that we can / could detect cookie exfiltration like this on macOS?

CONFIDENTIAL - ATTORNEYS' EYES ONLY
MSFT_TOC00112138



**From:** Damon Young <damyoung@microsoft.com>
**Sent:** Friday, December 11, 2020 16:39
**To:** Matt Egen <mattegen@microsoft.com>; Rupert Scammell <ruscam@microsoft.com>; Steve Lee <lesteve@microsoft.com>
**Cc:** Rehana Ali <reali@microsoft.com>
**Subject:** RE: [INTERNAL]FW: VISA - Azure App Proxy Access Vulnerability

Then, yes, let's please engage Yong, Helen, and John now.

In the meantime, given their secrecy around the attack, would it be putting us too far out on a limb to have them replicate the attack with corresponding devices that are part of their Defender evaluation program?

**From:** Matt Egen <mattegen@microsoft.com>
**Sent:** Friday, December 11, 2020 4:25 PM
**To:** Damon Young <damyoung@microsoft.com>; Rupert Scammell <ruscam@microsoft.com>; Steve Lee <lesteve@microsoft.com>
**Cc:** Rehana Ali <reali@microsoft.com>
**Subject:** RE: [INTERNAL]FW: VISA - Azure App Proxy Access Vulnerability

First off, we don't know 100% what they did. While Jason (?) shared a lot of information, he wasn't specific about the exact token or browser or exploit (if any). I am trying some things on my mac to see if I can replicate it. Woudldn't hurt to ask Yong, Helen, and John if they know of a detection for this already.

**From:** Damon Young <damyoung@microsoft.com>
**Sent:** Friday, December 11, 2020 16:18
**To:** Matt Egen <mattegen@microsoft.com>; Rupert Scammell <ruscam@microsoft.com>; Steve Lee <lesteve@microsoft.com>
**Cc:** Rehana Ali <reali@microsoft.com>
**Subject:** RE: [INTERNAL]FW: VISA - Azure App Proxy Access Vulnerability

Thanks, Matt – what, if anything, can we do to make a positive determination about MDfE in this situation (short of having them re-run the test with either Defender and/or the conditional rules in place)?

**From:** Matt Egen <mattegen@microsoft.com>
**Sent:** Friday, December 11, 2020 4:05 PM

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MSFT_TOC00112139

**To:** Damon Young <damyoung@microsoft.com>; Rupert Scammell <ruscam@microsoft.com>; Steve Lee <lesteve@microsoft.com>
**Cc:** Rehana Ali <reali@microsoft.com>
**Subject:** RE: [INTERNAL]FW: VISA - Azure App Proxy Access Vulnerability

MDfE *may* have seen the cookie being taken, but we also likely would have detected (and if I recall correctly from the meeting **did** detect the malware code).

As far as the conditional access rules you note below, as far as I know (and admittedly I am not an expert in Azure AD auth) many of those are evaluated at logon…which this attack bypasses by stealing the estauth token.

**From:** Damon Young <damyoung@microsoft.com>
**Sent:** Friday, December 11, 2020 15:55
**To:** Rupert Scammell <ruscam@microsoft.com>; Steve Lee <lesteve@microsoft.com>; Matt Egen <mattegen@microsoft.com>
**Cc:** Rehana Ali <reali@microsoft.com>
**Subject:** RE: [INTERNAL]FW: VISA - Azure App Proxy Access Vulnerability

+Rehana for visibility

Yes, Rupert, please reach out to John and the others ASAP. This is definitely a burning platform as far as Visa is concerned, so the sooner we can get answers the better. I'm assuming at this point we have enough data to make a pretty conclusive determination on Defender, at least, and, if not, we need to find out what we're missing as soon as possible.

**From:** Rupert Scammell <ruscam@microsoft.com>
**Sent:** Friday, December 11, 2020 1:46 PM
**To:** Steve Lee <lesteve@microsoft.com>; Matt Egen <mattegen@microsoft.com>; Damon Young <damyoung@microsoft.com>
**Subject:** FW: [INTERNAL]FW: VISA - Azure App Proxy Access Vulnerability

Team,

All three asks below that have Damon's and my names on them are variations of the "what do we have today (as Microsoft) that could have prevented this?"

My inclination is to reach out to a combination of Helen Allas, John Nieves, Yong Rhee for detailed insight here, but my gut says that had MDE for macOS been in place, it would have detected/mitigated the token theft and likely other threat vectors on either side of the attack chain, and that MCAS, in conjunction with AAD identity protection rules (e.g. impossible travel, anomalous IP address, device risk) would also have likely detected the misuse of the purloined access token had it been in use.

Thoughts on these conclusions and outreach to the folks above?

Regards,

--- Rupert

**From:** Todd Frazier <tofraz@microsoft.com>
**Sent:** Friday, December 11, 2020 13:09
**To:** Ramiro Calderon <ramical@microsoft.com>; Rupert Scammell <ruscam@microsoft.com>; Steve Lee <lesteve@microsoft.com>; Damon Young <damyoung@microsoft.com>; John Nieves <johniev@microsoft.com>; Jon Wapstra <Jon.Wapstra@microsoft.com>; Jamie Saulsbury <Jamie.Saulsbury@microsoft.com>; Preet Chhokar <Preet.Chhokar@microsoft.com>; Rehana Ali <reali@microsoft.com>; Matt Egen <mattegen@microsoft.com>
**Subject:** RE: [INTERNAL]FW: VISA - Azure App Proxy Access Vulnerability

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MSFT_TOC00112140

Hi Ramiro, thanks for the quick reply, and the actions. Notes applied inline, as well.

Thanks,
Todd

| Request | Resource | Update/Next Steps |
|---|---|---|
| Determine if current security agents should have detected security penetration exercise (ATA/O365 ATP) | Todd Frazier | - Support case opened – Discussed vulnerability with Azure App Proxy, but is being moved to ATA/O365ATP for primary<br>- MSRC case opened – Assigned security PM requested a discussion today to walk through the attack scenario, discuss next steps |
| | Damon Young<br>Rupert Scammel | - Coordinate with ATA/O365ATP PG to verify product relevancy to this scenario (John Nieves?) |
| Determine if other product/feature solutions exist to combat this vulnerability | Damon Young<br>Rupert Scammel | - Coordinate with PG to verify if Defender, AATP, or any other product could have detected/blocked this scenario |
| Determine if other detection processes/techniques can be leveraged to combat this vulnerability | Todd Frazier | - Researching relevant security MIP engagements + custom CE engagements<br>- Follow-up 1:1 Q&A with Ray Szeto/Ninad Narkhede for Conditional Access Q&A (CE Joe Zevera + Ramiro) |
| | Damon Young<br>Rupert Scammel<br>Steve Lee | - Consultations with relevant PG's / GBB teams / Threat Intelligence teams. |
| | Ramiro Calderon | - Propose 1:1 Q&A with Ray Szeto/Ninad Narkhede to socialize relevancy of AAD/auth/identity within this attack scenario<br>***Ramiro: I already provided answers to their outstanding questions and Ninad told me he is good for now. He has not requested 1:1 meetings with me It was Ray Szeto that made this request, and Art confirmed yesterday that they would appreciate this 1:1 opportunity. I will frame this up as a joint call with Joe Zevera, as part of an AAD/conditional access 1:1, when they're ready.*** |
| Determine if roadmap solutions will be developed/completed, to combat this vulnerability | Ramiro Calderon | - Provide firm expectation of Token Relay for Signal feature (Customer needs to know this is much farther down the roadmap, if that's accurate)<br>***Ramiro: We are very early on the data science modeling process so there is no date expectations I can share yet. Is this the official response you'd like me to provide them?*** |
| Determine if a procedure/telemetry exists within AAD, to investigate previously stolen tokens | Ramiro Calderon | - Provide firm expectation of whether this process exists, and/or challenges that make this effort unrealistic<br>***Ramiro: There is a process to request of investigation and I kicked it off on behalf of Visa. However, as I mentioned in the call, given that there is no model yet (as called out above) and that there*** |

*is no device identity from Visa ... it is unclear if this exercise will provide high quality results. No customer-facing communications have been provided on this effort yet, so if this exercise isn't successful, we need to be clear in our explanation. We eventually need to provide customer-facing comms regarding the device identity issue and/or concerns regarding overall reliability, given the variables involved, i.e. VPN, cell phone auth, off-network access, etc.*

**From:** Ramiro Calderon <ramical@microsoft.com>
**Sent:** Friday, December 11, 2020 1:13 PM
**To:** Todd Frazier <tofraz@microsoft.com>; Rupert Scammell <ruscam@microsoft.com>; Steve Lee <lesteve@microsoft.com>; Damon Young <damyoung@microsoft.com>; John Nieves <johniev@microsoft.com>; Jon Wapstra <Jon.Wapstra@microsoft.com>; Jamie Saulsbury <Jamie.Saulsbury@microsoft.com>; Preet Chhokar <Preet.Chhokar@microsoft.com>; Rehana Ali <reali@microsoft.com>; Matt Egen <mattegen@microsoft.com>
**Subject:** RE: [INTERNAL]FW: VISA - Azure App Proxy Access Vulnerability

Please see inline

**From:** Todd Frazier <tofraz@microsoft.com>
**Sent:** Friday, December 11, 2020 12:00 PM
**To:** Rupert Scammell <ruscam@microsoft.com>; Steve Lee <lesteve@microsoft.com>; Ramiro Calderon <ramical@microsoft.com>; Damon Young <damyoung@microsoft.com>; John Nieves <johniev@microsoft.com>; Jon Wapstra <Jon.Wapstra@microsoft.com>; Jamie Saulsbury <Jamie.Saulsbury@microsoft.com>; Preet Chhokar <Preet.Chhokar@microsoft.com>; Rehana Ali <reali@microsoft.com>; Matt Egen <mattegen@microsoft.com>
**Subject:** RE: [INTERNAL]FW: VISA - Azure App Proxy Access Vulnerability

*INTERNAL ONLY*

Happy Friday, Team.  I spoke to [redacted] yesterday evening, and he indicated that their LT is very much waiting on answers from us.  In fact, he asked me to provide daily updates on the items outlined below.  We ultimately agreed on an update at the beginning/end of the week.  Needless to say, I need your help resolving these action items, so I appreciate your attention to the follow-ups listed below.

I need to provide an update by end of day, so can each of the folks below provide a progress update/next steps:

| Request | Resource | Update/Next Steps |
|---|---|---|
| Determine if current security agents should have detected security penetration exercise (ATA/O365 ATP) | Todd Frazier | • Support case opened – Discussed vulnerability with Azure App Proxy, but is being moved to ATA/O365ATP for primary<br>• MSRC case opened – Assigned security PM requested a discussion today to walk through the attack scenario, discuss next steps |
| | Damon Young<br>Rupert Scammel | • Coordinate with ATA/O365ATP PG to verify product relevancy to this scenario (John Nieves?) |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| Determine if other product/feature solutions exist to combat this vulnerability | Damon Young Rupert Scammel | • Coordinate with PG to verify if Defender, AATP, or any other product could have detected/blocked this scenario |
| Determine if other detection processes/techniques can be leveraged to combat this vulnerability | Todd Frazier | • Researching relevant security MIP engagements + custom CE engagements<br>• Follow-up 1:1 Q&A with Ray Szeto/Ninad Narkhede for Conditional Access Q&A (CE Joe Zevera + Ramiro) |
| | Damon Young Rupert Scammel Steve Lee | • Consultations with relevant PG's / GBB teams / Threat Intelligence teams. |
| | Ramiro Calderon | • Propose 1:1 Q&A with Ray Szeto/Ninad Narkhede to socialize relevancy of AAD/auth/identity within this attack scenario<br>***Ramiro: I already provided answers to their outstanding questions and Ninad told me he is good for now. He has not requested 1:1 meetings with me*** |
| Determine if roadmap solutions will be developed/completed, to combat this vulnerability | Ramiro Calderon | • Provide firm expectation of Token Relay for Signal feature (Customer needs to know this is much farther down the roadmap, if that's accurate)<br>***Ramiro: We are very early on the data science modeling process so there is no date expectations I can share yet.*** |
| Determine if a procedure/telemetry exists within AAD, to investigate previously stolen tokens | Ramiro Calderon | • Provide firm expectation of whether this process exists, and/or challenges that make this effort unrealistic<br>***Ramiro: There is a process to request of investigation and I kicked it off on behalf of Visa. However, as I mentioned in the call, given that there is no model yet (as called out above) and that there is no device identity from Visa … it is unclear if this exercise will provide high quality results.*** |

**From:** Todd Frazier
**Sent:** Wednesday, December 9, 2020 12:49 PM
**To:** Rupert Scammell <ruscam@microsoft.com>; Steve Lee <lesteve@microsoft.com>; Ramiro Calderon <ramical@microsoft.com>; Damon Young <damyoung@microsoft.com>; John Nieves <johniev@microsoft.com>; Jon Wapstra <Jon.Wapstra@microsoft.com>; Jamie Saulsbury <Jamie.Saulsbury@microsoft.com>; Preet Chhokar <Preet.Chhokar@microsoft.com>; Rehana Ali <reali@microsoft.com>; Matt Egen <mattegen@microsoft.com>
**Subject:** [INTERNAL]FW: VISA - Azure App Proxy Access Vulnerability

***INTERNAL ONLY***

Hi Team,

I have aligned follow-up's to several team members based on purview. Please review, and either action the request ASAP, or reply if the action isn't within your purview. With no reply, I'll assume that you have action, and will follow-up with you at the end of the week. Also, please feel free to loop in any other relevant resources that you think may help.

My goal is to methodically answer their specific expectations, by either: 1) Ruling out that currently owned products has relevancy to this vulnerability, 2) Providing alternative solutions that may remedy this vulnerability, or 3) Providing additional security guidance to improve their detection processes.  Follow-ups assigned within the document stored within the VISA Apps Infra & Data AI Teams channel, but excerpted below:

Meeting_Notes_20201208_Visa_Azure Application Proxy Access Vulnerability.docx

- Overview of VISA resolution expectations
    - Determine if current security agents should have detected security penetration exercise (ATA/O365 ATP)
        - Support Case/MSRC Case – **Todd Frazier**
        - PG Collab - **Rupert Scammell/Steve Lee** to work with **John Nieves**
    - Determine if other detection processes/techniques can be leveraged to combat this vulnerability
        - Premier – **Todd Frazier** to consider relevant security engagements/CE consult
        - PG Collab - **Rupert Scammell/Steve Lee** to work with **John Nieves / Matt Egan / Threat Intelligence Team**
        - PG Collab – **Ramiro Calderon** to determine AAD/Identity relevancy.
    - Determine if other product/feature solutions exist to combat this vulnerability
        - Account Team – **Damon Young** to lead Defense in Depth Strategy discussions
            - **Damon Young** to work with **Rehana Ali/Rupert Scammell/Steve Lee/PG,** to level up conversations to E5 solutions (AATP/Defender)
        - PG Collab – **Ramiro Calderon** to consider 1:1 Q&A regarding conditional access questions from Ray Szeto
    - Determine if roadmap solutions will be developed/completed, to combat this vulnerability
        - Token Relay for signal feature – **Ramiro Calderon** to verify status, potential roadmap
    - Determine if a procedure/telemetry exists within AAD, to investigate previous stolen tokens
        - AAD Stolen Token Historical Investigation – **Ramiro Calderon** to reach out to peer teams to determine if this is possible.

Thanks for everyone's help on this…I realize that some of this stretches the boundaries of your role, but hope that the end goal is worth your sacrifice of time/effort.

Thanks,
Todd


**From:** Todd Frazier
**Sent:** Wednesday, December 9, 2020 12:07 PM
**To:** ▓▓▓▓▓▓▓▓@visa.com>; ▓▓▓▓▓▓▓▓@visa.com>; ▓▓▓▓▓▓▓▓@visa.com>; ▓▓▓▓▓▓▓▓@visa.com>; ▓▓▓▓▓▓▓▓@visa.com>; ▓▓▓▓▓▓▓▓@visa.com>; ▓▓▓▓▓▓▓▓@visa.com>; ▓▓▓▓▓▓▓▓@visa.com; ▓▓▓▓▓▓▓▓@visa.com>
**Cc:** Rupert Scammell <ruscam@microsoft.com>; Steve Lee <lesteve@microsoft.com>; Ramiro Calderon <ramical@microsoft.com>; Damon Young <damyoung@microsoft.com>; John Nieves <johniev@microsoft.com>; Jon Wapstra <Jon.Wapstra@microsoft.com>; Jamie Saulsbury <Jamie.Saulsbury@microsoft.com>; Preet Chhokar <Preet.Chhokar@microsoft.com>; Rehana Ali <reali@microsoft.com>; Matt Egen <mattegen@microsoft.com>
**Subject:** VISA - Azure App Proxy Access Vulnerability

Hello VISA Team,

Thank you for the call yesterday evening. We appreciate you taking the time to walk us through the red team scenario, and for the additional insight on next steps expectations. Please see the below notes for participants, call summary, and next steps:

**Meeting:** 12/8/20 | 4-5pm PST

**Participants:**
- VISA – [redacted]
- Microsoft – Jon Wapstra, Damon Young, Rupert Scammel, Steve Lee, Jamie Saulsbury, Rehana Ali, Matt Egen, Todd Frazier

**Call Summary - Outline**
- Overview of Microsoft investigatory efforts
- Walkthrough of Red Team attack scenario, to include procedures/outcome
- Outline of VISA's resolution expectations

**Call Summary – Detailed**
- Overview of Microsoft investigatory efforts
    - Premier Support Case opened, with focus on ATA/O365ATP actions
    - Microsoft Security Response Center (MSRC) case to be opened, with focus on security assessment findings
    - Defense in Depth Strategy – Determination of MS products relevant to this action
    - Threat Intelligence/PG collaborations – Collaborations in place with Identity, ATA/AATP, Defender PG teams, as well as consultations with additional product/security specialists
- Walkthrough of Red Team attack scenario, to include procedures/outcome

    - Endpoint Environment:

        - macOS endpoint, running Catalina

        - Was running SentinelOne and custom Tanium kit

        - Red Team kit on endpoint did not include debuggers, fiddler, etc; run through native commands

    - Scenario:

        - This was a Red Team exercise targeting macOS users

        - Targeted phishing campaign @ pre-set set of users -- O365 meeting invite w/ link to web page hosting payload (DFG file with custom Swift code that'd eventually reach out and load Apfel? Payload) -- app was signed and notarized to get around sandbox / Gatekeeper

        - Found a user to download execute, & persist on user system

        - Additional work done to obfuscate payload, bypass Safelinks, payload stored in encrypted blob, etc. JS decrypt, executed payload, installed persistence on workstation.

        - Gained access to user's Chrome cookies -- pulled out login.msftonline.com cookie (ESTS)

        - Logged into O365 / Azure, gained access to Outlook, Sharepoint

- - o  Also used internal ADFS to get more cookies later on
    - o  Azure app proxy linked
  - o Outcome: Red hat team was able to secure access to Azure App Proxy Apps using a stolen token from a Visa endpoint.  The scope of apps are Primarily Azure App Proxy apps that are excluded from IP Conditional Access, due to the fact that the connections terminate in Azure App Proxy service that do not allow capturing True Src IP (in our case Netskope IP space) to enforce IPCA block.
- Overview of VISA resolution expectations
  - o Determine if current security agents should have detected security penetration exercise (ATA/O365 ATP)
  - o Determine if other detection processes/techniques can be leveraged to combat this vulnerability
  - o Determine if other product/feature solutions exist to combat this vulnerability
  - o Determine if roadmap solutions will be developed/completed, to combat this vulnerability
  - o Determine if a procedure/telemetry exists within AAD, to investigate previous stolen tokens

**Next Steps**
- o VISA:
  - o Provide point of contact for formal support/MSRC investigations (Currently: ███████████████████)
  - o Support ongoing investigations through support case, MSRC case, and scheduled meetings/communications
- o Microsoft:
  - o Introduce Support Engineer team to VISA POC
  - o Open parallel MSRC case
  - o Narrow scope of relevant product/service, through PG/support collaborations
  - o Setup follow-up conversations for current/future Defense in Depth strategies
  - o Update relevant product roadmap solutions/procedures
  - o Provide updated reporting on all investigatory avenues

I will send out a updated communication at the end of this week.  Please let me know if anyone has any questions, or would like a follow-up call.

Thanks,

**Todd Frazier,** Sr. Customer Success Account Manager (CSAM)

| Phone: (425) 538-8639 | Microsoft Unified Support |
| Mobile: (206) 696-4636 | Phone (24/7): (800) 936-3100 |



CONFIDENTIAL - ATTORNEYS' EYES ONLY                                          MSFT_TOC00112146