# EXHIBIT 89

| From: | Pawel Partyka </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B5301450524C42A9A5E451C9E07D8871-PAWEL PARTYKA> |
|---|---|
| To: | Swaroopa Gollapalli; ███████████ |
| CC: | Brian Wilcox |
| Sent: | 6/2/2020 8:43:46 AM |
| Subject: | RE: Clarification on questions from Bosch |

Hi Swaroopa,

Thank you. Yes we can take a lead on this.
Brian is right, CxE wasn't engaged yet but I was assign to work with this customer.

Pawel


**From:** Swaroopa Gollapalli <Swaroopa.Gollapalli@microsoft.com>
**Sent:** Monday, June 1, 2020 11:28 PM
**To:** ███████████████@microsoft.com>; ███████████████████@microsoft.com>
**Cc:** Brian Wilcox <brwilcox@microsoft.com>
**Subject:** RE: Clarification on questions from Bosch


Hi ███████████

Abhishek indicated that customer meetings are usually driven by your team and we come in as SMEs to provide inputs as needed. Attached is the updated talking points for this meeting (please note that this doc is not intended to share out to customers but for our internal reference only). I want to ensure that we are aligned on the expectations and follow the same process as other customers. I've scheduled a one off for June 9th. Should it be moved out to have you guys drive it the way it's dealt for other customers?

PS: Brian also mentioned that this customer is not part of the weekly CXE meetings and will follow up separately to add to the list.

Thanks,
Swaroopa

-----Original Appointment-----
**From:** Swaroopa Gollapalli
**Sent:** Friday, May 29, 2020 11:13 AM
**To:** Swaroopa Gollapalli; Amar Patel (C AND E); Claudia Filipoaia; Cristian Craioveanu; Abhijeet Hatekar (MSTIC); Brian Wilcox; ████████ ████████; ████████ Abhishek Agrawal (CDM); Sumit Malhotra; Jason Rogers
**Cc:** ████████ ████████ ████████████ ████████████████; ████████████
**Subject:** Clarification on questions from Bosch
**When:** Tuesday, June 9, 2020 9:00 AM-10:00 AM (UTC-08:00) Pacific Time (US & Canada).
**Where:** Microsoft Teams Meeting

Below are the questions received that will be addressed in the call:

1. What is the main focus of the Detonation Chamber?

   - Detect commodity Malware and widespread malicious mails (e.g. Emotet) which traditional Antivirus products doesn't detect yet
   - Protection against advanced / more sophisticated unknown malware, which is prepared and send to individual targets

CONFIDENTIAL

2. Does Microsoft consider the O365 email protection infrastructure as sufficient or is it considered as base protection and it is recommended to implement additional email security controls for a company like Bosch?
3. Our tests revealed flaws which we saw covered by other vendors back in 2014 when we did a Sandbox PoC already. We were surprised to see that such trivial methods like a simple sleep could evade the detection. Are there plans to improve anti sandboxing evading techniques (and not only fixing the findings)?
4. Why is an IP-address range used which is easily attributable to Microsoft?
5. For Incident Response, Threat Detection and Threat Hunting we miss quite a lot of features. Are there any plans to integrate features like:

   - Detailed detonation report
   - Ability to check the result of a file which was not classified as malicious
   - Custom TI integration (e.g. through Yara, MISP)
   - Custom detection rule implementation
   - Hunt Capabilities to search through detonation results (also for as clean classified files) for a specific Mutex, an external IP address, involved Registry Keys, etc.
6. Detonation chamber roadmap in general

Thanks,
Swaroopa

---

**You're invited to join a Microsoft Teams meeting.**

# Join online now

Video conferencing, screen sharing, and more.

**Or join by phone (audio only)**

+1 323-849-4874,,614445170#   United States, Los Angeles

Phone Conference ID: 614 445 170#

Find a local number | Reset PIN

Help | Meeting options

---

CONFIDENTIAL