# EXHIBIT 92

| | |
|---|---|
| From: | Amar Patel (C AND E) </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICROSOFT.ONMICROSOFT.COM-55760-AMAR PATEL (DUP: 74FFB02726344746BAF985BE34491C08)> |
| To: | ▇▇▇@virtusapolaris.com |
| CC: | Rudra Mitra; Jason Rogers; ▇▇▇▇▇▇▇▇▇▇▇▇ Abhijeet Hatekar (MSTIC); Nitin Kumar Goel |
| Sent: | 6/21/2017 8:23:09 PM |
| Subject: | ATP Issue @ Virtusa |

Hello ▇▇▇▇

This is a follow up to the email dialogue on Evasion. We appreciate the feedback from your team regarding Evasion. Thank you. It's our understanding that you've requested some added clarity on the following topics:
1. Prioritization approach for implementing countermeasures for Evasion
2. The maturity of ATP and its ability to catch Targeted Threats

We'd like to begin by discussing these topics here and follow up with a call if you have questions or continued concern.

**Approach to Evasion**
We prioritize evasion techniques that have the broadest customer impact. Factors that go into our prioritization include likelihood of use, shared intel with our partners, what we see through our hunting systems and what we see in actual Office 365 mail flow. The most common types of customer impacting evasion we see broadly targets all sandbox systems. Examples of basic checks we see include requiring mouse movement, vetting environments are legitimate end users by checking the number of recent documents opened by the user, and GEO-IP queries to check if the environment is a cloud or security system. We also see and protect against more sophisticated techniques. Two examples are Mark of the Web and Malware Encryption.

The bypass your team reported was on our backlog. Even though it hasn't been a driver of missed malware, we agree that this is information better not exposed. We want to confirm that our engineering team deployed an initial fix within two business days of being notified. We wanted to ensure there were no regressions before notifying your team. A broader systemic fix is forthcoming.

**Maturity of ATP and Effectiveness Against Targeted Attacks**
We're on track to performing more than two billion detonations per year. Our full stack catches 99% of the malicious files sent to Office 365 customers. Office 365's antimalware stack employs many detection layers. This includes (but isn't limited to) multiple AV engines, Reputation Caches, and Predictive Detonation. In addition, we employ Threat Hunting to remove missed and delivered malware from mailboxes. During detonation, we employ advanced static analysis in addition to behavioral analysis to detect malware before it has a chance to evade. Furthermore, we are working with Windows Defender ATP to enrich Office 365 ATP with telemetry from Defender endpoints. We believe we have an effective end to end approach that can meet your needs.

Regarding Targeted Threats, ATP is effective in detecting these types of threats. Here are a few examples of targeted attacks detected by ATP in May 2017:
- Targeted campaigns by the activity group behind OilRig malware
- Targeted campaigns by the activity group behind ZeroT malware
- We regularly identify and block various campaigns from APT28 activity group.
- We recently detected and blocked a targeted campaign from APT32 activity group employing vulns described in CVE-2017-0199

With that said, we acknowledge your point and are addressing the gap.

In conclusion, we feel confident that our solution is mature and can effectively protect Virtusa. We think of our customers as partners with shared goals. We hope that this is the beginning of a continued and collaborative

dialogue and relationship.

Thank you,
Office 365 ATP Engineering Team

CONFIDENTIAL

MSFT_TOC00274608