# EXHIBIT 104

| | |
|---|---|
| **From:** | ███████████ </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICROSOFT.ONMICROSOFT.COM-55760-/███████████> |
| **To:** | Elisabeth Jones; ████████████████████████ Debraj Ghosh; ████████████████ ████████ Jason Rogers; Girish Chander |
| **CC:** | ████████████████████████████████████ |
| **Sent:** | 2/2/2017 7:27:31 AM |
| **Subject:** | RE: South32 - White Glove meeting 2/1 |
| **Attachments:** | AdvSecMgtDatasheet.pdf; ASM - Use Cases and Usage Guide.pdf; ATP Product Guide.pdf |

Hi Everyone,

Thank you very much for making the time and we are very pleased to welcome South32 to the White Glove program for Advanced Threat Protection (ATP) and Advanced Security Management (ASM).

As mentioned on the call both ATP and ASM are 100% Cloud based products that are built in your existing Office 365 service. Extending Office 365 with new capabilities to protect against advanced threats like; unknown zero day malware/virus; phishing; etc. Plus protect against high-risk and abnormal usage, security incidents, and threats within Office 365 like compromised accounts.

For more detail on these new capabilities I would highly recommend watching these two Ignite on-demand sessions and looking through the attached documents:

- Advanced Threat Protection

- Office 365 Advanced Security Management

As mentioned ATP currently protects Exchange extending your existing EOP protection pipeline but we are extending that across the platform to include the other services. Plus bring detail global threat intelligence capabilities into play as well very soon.

Again thank you very much for your time and once you have viewed the content lets have session in the second half of next week to answer any questions.

Please feel free at any time to reach out to me directly as I am on point across APAC for anything to do with Security and Office 365.

Kind Regards,

Andrew

**Andrew Lowson**
Security, Risk & Compliance – Office 365 | Asia Pacific | +61 415 666 845

 Microsoft

**From:** Elisabeth Jones [mailto:elisabeth@oliveandgoose.com]
**Sent:** Wednesday, 1 February 2017 10:09 PM
**To:** ████████████████████@south32.net>; Ankur Kothari <ankur@oliveandgoose.com>; ██████ ████████@microsoft.com>; Debraj Ghosh <deghos@microsoft.com>; ████████ ████████@microsoft.com>; ████████████████████@microsoft.com>; Jason Rogers <jarogers@microsoft.com>; Girish Chander <gchander@exchange.microsoft.com>
**Cc:** ████████████████████@south32.net>; ████████████████████@south32.net>; ████████,████████@south32.net>; ████████████████████@south32.net>
**Subject:** South32 - White Glove meeting 2/1

Hello all,

Thank you for taking the time to talk just now. I've attached the brief slide deck I showed in the meeting.

CONFIDENTIAL

Here is the list of **action items** that were agreed upon:
- Andrew will send further info to South32 on ATP and ASM (Ignite sessions, docs)
- Pelle will keep Elisabeth posted on status of trial provisioning/extension
- Once trial is in progress, Elisabeth will schedule a series of biweekly meetings (same time/day as meeting 2/1)

Other notes:
- South32 currently trying to take ownership of the security situation; currently are running Dell SOC
- Q about impact on technical folks? DG/EJ: should be minimal
- Elisabeth introduced basics of White Glove program
- Andrew Lowson introduced the basics of ATP and ASM; will follow up with docs

Best,
Elisabeth

Elisabeth Jones, PhD
Consultant
Olive + Goose
Gold Microsoft Partner
elisabeth@oliveandgoose.com

CONFIDENTIAL