# EXHIBIT 110

| From: | Abhishek Agrawal (CDM) </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICROSOFT.ONMICROSOFT.COM-55760-ABHISHEK AGRAWAL (DEVDIV)> |
|---|---|
| To: | Debraj Ghosh; Girish Chander; Ross Adams; Dhanas Raju; Jason Rogers; Sumit Malhotra; Jono Luk▓▓▓▓▓▓▓▓▓▓(OFFICE 365) |
| Sent: | 11/7/2017 12:46:10 AM |
| Subject: | RE: Training outline for ATP/EOP expert training |

Hello Debraj,

AS discussed, here is the revised schedule for the event (With TI on day 1 and a Overflow/Q&A session post lunch on Day 2). Please let the audience know the same.

**Agenda:**
**Wednesday, November 8**

| Time | Session | Presenter | Topics |
|---|---|---|---|
| 9 AM | Welcome & Introductions | Debraj Ghosh | |
| 9:30 AM | EOP | Ross Adams & Abhishek Agrawal | Optimal configuration<br>ETRs<br>Impact on ATP<br>MX record flow<br>Reporting (submission) |
| 11:30 AM | Lunch | | |
| 12:30 PM | ATP | Jason Rogers | Safe Links<br>Safe Attachments<br>Reporting<br>Extended workloads |
| 2:30 PM | Break | | |
| 2:45 PM | Threat Intelligence | Phil Newman & John Engels | Dashboard<br>Attack Simulator<br>Explorer<br>Threat Trackers |
| | | | |
| 4:45 PM | Adjourn | | |

**Thursday, November 9**

| Time | Session | Presenter | Topics |
|---|---|---|---|
| 10 AM | Intelligent Security Graph | Jeremy Dallman | What is it?<br>How does it help Office?<br>How does it help with signal?<br>How does it help with integration? |
| 11 AM | MCAS | Sumit Malhotra | |
| 12 PM | Lunch | | |
| 1 PM | Ask the Expert | All | Open Q&A |
| 3 PM | Break | | |
| 3:15 PM | White Glove Administration | Elisabeth Jones & Debraj Ghosh | Licensing<br>Tracking |
| 4:15 PM | Adjourn | | |

Thanks,

**From:** Debraj Ghosh
**Sent:** Saturday, November 4, 2017 11:16 PM
**To:** Girish Chander <gchander@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Ross Adams <Ross.Adams@microsoft.com>; Dhanas Raju <dhraju@microsoft.com>; Jason Rogers <jarogers@microsoft.com>; Sumit Malhotra <sumitm@microsoft.com>; Jono Luk <jluk@microsoft.com>; Phil Newman (OFFICE 365) <██████@microsoft.com>
**Subject:** RE: Training outline for ATP/EOP expert training
**Importance:** High

Hi all,

Attached is my opening session for Wednesday. I think the theme for these two days should be closing our gaps:

- Product
- Communication
- Response to Escalation

The attached is WIP. I will add more by tomorrow evening. Slide 5 is all the legitimate escalations I know of by GEO. Aside for the Ministry of Finance Lebanon, and Bank of Jordan, all the others are related to phish. I also don't know the full issue for Gap, Robert Half, and Adobe and am waiting to hear back from the bay are team. If there are escalations that are missing, please send me the accounts. I want to add them so we have a global view of the escalations. Thanks.

**From:** Girish Chander
**Sent:** Saturday, November 4, 2017 1:04 PM
**To:** Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Ross Adams <Ross.Adams@microsoft.com>; Dhanas Raju <dhraju@microsoft.com>; Jason Rogers <jarogers@microsoft.com>; Sumit Malhotra <sumitm@microsoft.com>; Jono Luk <jluk@microsoft.com>; Debraj Ghosh <deghos@microsoft.com>
**Subject:** RE: Training outline for ATP/EOP expert training

Hi guys,
Can we meet at 10AM Monday to drain this f2f please?
Setting it up now
thx

**From:** Abhishek Agrawal (CDM)
**Sent:** Tuesday, October 31, 2017 2:04 PM
**To:** Girish Chander <gchander@microsoft.com>; Ross Adams <Ross.Adams@microsoft.com>; Dhanas Raju <dhraju@microsoft.com>; Jason Rogers <jarogers@microsoft.com>; Sumit Malhotra <sumitm@microsoft.com>; Jono Luk <jluk@microsoft.com>; Debraj Ghosh <deghos@microsoft.com>
**Subject:** Training outline for ATP/EOP expert training

Folks,
We have a "Train the experts" training event coming up next week. The audience will be a mix of SSP/TSP/PFE/MCS. The goal of the training it to arm the respective field audience with necessary collateral so that they can have intelligent conversation about our products and gets hands on to deliver the right first level technical response and solution to the customer and not having to rely on PG.

Here is what I was thinking we should cover

Pre-sales content:
1. Product at a high level, key vision, key features, roadmap and differentiators (signal + AI)
2. Technical deep dive on how product works

3. How to do right level of assessment and POC readiness check for a customer
4. How to successfully do a POC /what if analysis
5. Compete SWOT
6. How to deal with FNs/FP escalation during a PoC ( we should setup a streamlined process)

Post Sales content: (Prescriptive set of guidance/checklist for MCS, partners, PFE/support to lock down
1. Recommended settings for BCL/Spam in EOP
2. Recommended settings for ATP
3. Recommended settings for PHISH (Spoof, ML models, ETR based rules, ETR rules)
4. Managing custom safelink blocks, using report message add-in etc.
5. How to report FNs/FPs (support process)
6. How to do first level debugging of a FN or FP (refresher)

Other thoughts?

Thanks,
Abhishek

CONFIDENTIAL
MSFT_TOC00186710