# EXHIBIT 122

| | |
|---|---|
| From: | Abhishek Agrawal (CDM) </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICROSOFT.ONMICROSOFT.COM-55760-ABHISHEK AGRAWAL (DEVDIV)> |
| To: | Todd Frazier; Jason Chenault; Brian Wilcox; Damien Pascua; Steve Lee; Rupert Scammell |
| CC: | Damon Young; Jon Wapstra |
| Sent: | 1/21/2021 8:45:13 PM |
| Subject: | RE: [Internal] VISA Security Vulnerability Discussion - MDO |

@Todd Frazier I am super confused with your mail, we had discussed the talking points in the internal prep call and the same was shared on the call. So I am not sure why you are claiming we were not ready to provide the updates we had discussed and why is it "unplanned". There was no dramatic new revelation here beyond what was already discussed on the internal call. We had said we will do another double checking but there was nothing new pending from our side beyond some anti-evasion aspect and MacOS. So you should have all the information from our side. Please let me know what I am missing. Happy to jump on a call if you are available

**From:** Todd Frazier <tofraz@microsoft.com>
**Sent:** Thursday, January 21, 2021 12:36 PM
**To:** Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Jason Chenault <jchenau@microsoft.com>; Brian Wilcox <brwilcox@microsoft.com>; Damien Pascua <Damien.Pascua@microsoft.com>; Steve Lee <lesteve@microsoft.com>; Rupert Scammell <ruscam@microsoft.com>
**Cc:** Damon Young <damyoung@microsoft.com>; Jon Wapstra <Jon.Wapstra@microsoft.com>
**Subject:** RE: [Internal] VISA Security Vulnerability Discussion - MDO

Hi Abhishek,

Yesterday's call was supposed to strictly be a discovery call in which we gathered more info, and was not meant to be a forum for us to disclose answers. We weren't ready to provide the customer with answers on whether any product should have detected/blocked the penetration exercise. Your revelation that there is a "MacOS gap" with OATP was picked up keenly by ▇▇▇▇ who is their Acting CISO/UK, and by Sr. Director ▇▇▇▇▇▇▇ who owns O365ATP. Our concern is that they are now spreading potential misinformation through their LT, in that their MacOS users (10%) are unprotected in general, and for the 1+ year that OATP has been deployed. They are actively looking at other security vendors, so we're hoping to avoid misunderstandings of MDO's coverage, from impacting their vendor decisions.

Our technical specialists are Steve & Rupert (TSP/SSP). We plan to reach back out to the customer to clarify the "MacOS gap". We need additional clarity from you/Brian on this, to help mitigate this unplanned escalation. Would you be available to chat anytime tomo or early next week? I think this requires more of a back & forth dialogue, but I'll leave it to @Steve & @Rupert to confirm, as they will be handling the customer messaging.

Also, on our last internal call, you/Brian mentioned the need to analyze the sample that support provided, in order to give a definitive answer on whether OATP should have detected/blocked. If you don't need to further your investigation, can you please provide a concise customer-facing conclusion, as to whether OATP should have detected/blocked this penetration scenario?

Thanks,
Todd

**From:** Abhishek Agrawal (CDM) <abhiag@microsoft.com>
**Sent:** Thursday, January 21, 2021 11:23 AM
**To:** Todd Frazier <tofraz@microsoft.com>; Jason Chenault <jchenau@microsoft.com>; Brian Wilcox <brwilcox@microsoft.com>; Damien Pascua <Damien.Pascua@microsoft.com>; Steve Lee <lesteve@microsoft.com>; Rupert Scammell <ruscam@microsoft.com>
**Cc:** Damon Young <damyoung@microsoft.com>; Jon Wapstra <Jon.Wapstra@microsoft.com>

CONFIDENTIAL                                                                                                                                MSFT_TOC00140849

**Subject:** RE: [Internal] VISA Security Vulnerability Discussion - MDO

@Todd Frazier what exactly is pending beyond yesterday's call. Which technical specialists are you referring to and what specific clarity are you seeking beyond what we have already shared on last two calls (internal and external). The next set of followups were on the MDE side based on yesterday's call. I did not hear a specific followup on MDO side from the customer yesterday.

We are heads down on few other P0 items, so I will prefer if we can handle follow-up queries on email.

-----Original Appointment-----
**From:** Todd Frazier <tofraz@microsoft.com>
**Sent:** Thursday, January 21, 2021 10:08 AM
**To:** Jason Chenault; Brian Wilcox; Abhishek Agrawal (CDM); Damien Pascua; Steve Lee; Rupert Scammell
**Cc:** Damon Young; Jon Wapstra
**Subject:** [Internal] VISA Security Vulnerability Discussion - MDO
**When:** Thursday, January 21, 2021 1:30 PM-2:00 PM (UTC-07:00) Arizona.
**Where:** Microsoft Teams Meeting

Hi Brian & Abhishek,

We'd like to follow-up with you on an internal call, regarding yesterday's customer call. We'd like to ensure that our technical specialists are clear on the information shared with the customer, regarding a "MacOS gap", as this likely created a great deal of angst with the customer infrastructure team. VISA has deployed 25k OATP licenses for the past 1+ years, so they are likely scuttling internally to address what was relayed on y-day's call… We'd like to proactively setup a follow-up with them, which is why we need the clarity from your team.

Please let us know if this time doesn't work, as Brian is OOF tomo.

Thanks,

**Todd Frazier,** Sr. Customer Success Account Manager (CSAM)

| | |
|---|---|
| Phone: (425) 538-8639 | Microsoft Unified Support |
| Mobile: (206) 696-4636 | Phone (24/7): (800) 936-3100 |

Microsoft

---

# Microsoft Teams meeting

### Join on your computer or mobile app
Click here to join the meeting

### Or call in (audio only)
+1 323-849-4874,,34505802#   United States, Los Angeles
(866) 679-9995,,34505802#   (Toll-free)
Phone Conference ID: 345 058 02#
Find a local number | Reset PIN

Learn More | Meeting options

---

**From:** Jason Chenault <jchenau@microsoft.com>
**Sent:** Wednesday, January 20, 2021 4:40 PM
**To:** Todd Frazier <tofraz@microsoft.com>; Brian Wilcox <brwilcox@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Damien Pascua <Damien.Pascua@microsoft.com>
**Cc:** Steve Lee <lesteve@microsoft.com>; Rupert Scammell <ruscam@microsoft.com>; Damon Young <damyoung@microsoft.com>; Jon Wapstra <Jon.Wapstra@microsoft.com>
**Subject:** RE: VISA Security Vulnerability Discussion

Ok from Brian. The link was added to the link because the file was Mac based therefore not caught by the detonation.

**From:** Jason Chenault
**Sent:** Wednesday, January 20, 2021 6:06 PM
**To:** Todd Frazier <tofraz@microsoft.com>; Brian Wilcox <brwilcox@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Damien Pascua <Damien.Pascua@microsoft.com>
**Cc:** Steve Lee <lesteve@microsoft.com>; Rupert Scammell <ruscam@microsoft.com>; Damon Young <damyoung@microsoft.com>; Jon Wapstra <Jon.Wapstra@microsoft.com>
**Subject:** RE: VISA Security Vulnerability Discussion

Looping Brian and Damien together in Teams

**From:** Todd Frazier <tofraz@microsoft.com>
**Sent:** Wednesday, January 20, 2021 5:59 PM
**To:** Brian Wilcox <brwilcox@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Damien Pascua <Damien.Pascua@microsoft.com>; Jason Chenault <jchenau@microsoft.com>
**Cc:** Steve Lee <lesteve@microsoft.com>; Rupert Scammell <ruscam@microsoft.com>; Damon Young <damyoung@microsoft.com>; Jon Wapstra <Jon.Wapstra@microsoft.com>
**Subject:** Re: VISA Security Vulnerability Discussion

Awesome, please do. I wasn't sure if it need to be handled with some additional sensitivity or not.

Thanks Jason

Todd Frazier
Sr. Customer Success Account Manager
206-696-4636

**From:** Jason Chenault <jchenau@microsoft.com>
**Sent:** Wednesday, January 20, 2021 3:48:09 PM
**To:** Todd Frazier <tofraz@microsoft.com>; Brian Wilcox <brwilcox@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Damien Pascua <Damien.Pascua@microsoft.com>
**Cc:** Steve Lee <lesteve@microsoft.com>; Rupert Scammell <ruscam@microsoft.com>; Damon Young <damyoung@microsoft.com>; Jon Wapstra <Jon.Wapstra@microsoft.com>
**Subject:** RE: VISA Security Vulnerability Discussion

We can ping it to them directly to be honest.

**From:** Todd Frazier <tofraz@microsoft.com>
**Sent:** Wednesday, January 20, 2021 4:26 PM

CONFIDENTIAL
MSFT_TOC00140851

**To:** Brian Wilcox <brwilcox@microsoft.com>; Abhishek Agrawal (CDM) <abhiag@microsoft.com>; Jason Chenault <jchenau@microsoft.com>; Damien Pascua <Damien.Pascua@microsoft.com>
**Cc:** Steve Lee <lesteve@microsoft.com>; Rupert Scammell <ruscam@microsoft.com>; Damon Young <damyoung@microsoft.com>; Jon Wapstra <Jon.Wapstra@microsoft.com>
**Subject:** RE: VISA Security Vulnerability Discussion

Hi Brian & Abhishek,

As you know, we have a parallel support case to vet OATP's performance on a test sample provided by the customer. Can we schedule an internal call with you tomo/Friday, to discuss this as well as some of the comments on today's customer call?

Also, the support case confirmed that OATP detected/blocked the link that was used for the pen exercise. What we don't know is whether the link was blocked due to it being reported as a malicious site, or otherwise. Can your team investigate if the sample URL is now showing as blocked?

@Damien Pascua @Jason Chenault: The PG team wouldn't have access to RAVE, to pull up the link. I included it in the "sample URL" link, but if this doesn't work, is there another way to get them the link?

Thanks,
Todd


-----Original Appointment-----
**From:** Todd Frazier
**Sent:** Tuesday, January 19, 2021 2:40 PM
**To:** Todd Frazier; Brian Wilcox; Abhishek Agrawal (CDM); ▮▮▮▮▮ ▮▮▮▮▮; Steve Lee; Rupert Scammell; ▮▮▮▮▮
**Cc:** Damon Young; Damien Pascua; Jon Wapstra; Jason Chenault; Rehana Ali; Ramiro Calderon; John Nieves; ▮▮▮▮▮ Terry, IB; ▮▮▮▮▮ Pulugurtha, Sai; ▮▮▮▮▮ Perreira, Omar; ▮▮▮▮▮
**Subject:** VISA Security Vulnerability Discussion
**When:** Wednesday, January 20, 2021 10:00 AM-10:30 AM (UTC-08:00) Pacific Time (US & Canada).
**Where:** Microsoft Teams Meeting

Hello Jesse,

As you're aware, we've opened investigations with multiple security product teams, regarding the red team exercise you conducted for VISA. Our goal has been to answer whether any of Microsoft's security products (MDI/MDO/MDE) should have, or would have, detected on this action. Two of the PG teams have asked for some additional information on the attack process itself. This meeting is a discovery session to elicit more specificity than what has been provided in the below-listed background.

Key Attendees:
- VISA Cybersecurity/Red Team: ▮▮▮▮▮
- Microsoft Defender for O365/MDO: Brian Wilcox, Abhishek Agrawal
- Microsoft Defender for Endpoint/MDE: ▮▮▮▮▮ David Kaplan
- Account Team Security Specialists: Steve Lee, Rupert Scammell

Our investigating MDE team is in Israel, so it was difficult to schedule a meeting that meets all global time zones. I'm hopeful you can make the meeting, but please let us know if you're unable... We'll try to find another time that works for both PG teams.

Thanks,


**Todd Frazier,** Sr. Customer Success Account Manager (CSAM)

Phone: (425) 538-8639         Microsoft Unified Support
Mobile: (206) 696-4636        Phone (24/7): (800) 936-3100

Microsoft

### Background/Walkthrough

1. Endpoint Environment:

    1. macOS endpoint, running Catalina

    2. Was running SentinelOne and custom Tanium kit

    3. Red Team kit on endpoint did not include debuggers, fiddler, etc; run through native commands

2. Scenario:

    3. This was a Red Team exercise targeting macOS users
    4. Targeted phishing campaign @ pre-set set of users -- O365 meeting invite w/ link to web page hosting payload (DFG file with custom Swift code that'd eventually reach out and load Apfel? Payload) -- app was signed and notarized to get around sandbox / Gatekeeper
    5. Found a user to download execute, & persist on user system
    6. Additional work done to obfuscate payload, bypass Safelinks, payload stored in encrypted blob, etc. JS decrypt, executed payload, installed persistence on workstation.
    7. Gained access to user's Chrome cookies -- pulled out login.msftonline.com cookie (ESTS)
    8. Logged into O365 / Azure, gained access to Outlook, Sharepoint
    9. Also used internal ADFS to get more cookies later on
    10. Azure app proxy linked

1. Outcome: Red hat team was able to secure access to Azure App Proxy Apps using a stolen token from a Visa endpoint. The scope of apps are Primarily Azure App Proxy apps that are excluded from IP Conditional Access, due to the fact that the connections terminate in Azure App Proxy service that do not allow capturing True Src IP (in our case Netskope IP space) to enforce IPCA block.

### Repro Info, as provided by ▮▮▮▮▮▮ (Cyber – Red Team actor)
*SEE ATTACHED .txt/.png files*
"I am happy to provide what you need to reproduce specific issues. If you are looking to login using ESTSAUTHPERSISTENT stolen form a valid system, it is a matter of taking a cookie from one system and using it in requests on another.
- If using Edge, you can go to 'Settings -> Cookie and site permissions -> See all cookie and site data'. You can find the value of the ESTSAUTHPERSISTENT cookie here.
- Take it to another machine, and make a request to login.microsoftonline.com using that value. You can use whatever method you prefer for this, Powershell, curl, browser and set the cookie using the console window, Burp proxy, etc. Attached is a set of requests used to access an app proxy app with an inserted ESTSAUTHPERSISTENT cookie (values removed as they are sensitive).

If there is something more needed, or reproduction steps for something else, please let me know specifically what you are looking for."

## Microsoft Teams meeting
**Join on your computer or mobile app**
Click here to join the meeting

Or call in (audio only)
+1 323-849-4874,,832427302#   United States, Los Angeles
(866) 679-9995,,832427302#   (Toll-free)
Phone Conference ID: 832 427 302#
Find a local number | Reset PIN
Learn More | Meeting options

---

CONFIDENTIAL
MSFT_TOC00140854