UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 0:20-cv-60416-AMC

TOCMAIL INC, a Florida corporation,

    Plaintiff,

v.

MICROSOFT CORPORATION, a Washington corporation,

    Defendant.

## JOINT REQUEST FOR PRETRIAL CONFERENCE AND NOTICE OF NINETY DAYS EXPIRING

Plaintiff TocMail, Inc. ("TocMail") and Defendant Microsoft Corporation ("Microsoft," and together with TocMail, the "Parties"), pursuant to the Court's Order Resetting Trial Deadlines [ECF No. 120] and the requirements of Local Rule 7.1(b)(4), respectfully state as follows:

1. On July 9, 2021, the Parties each filed and served a motion for summary judgment and incorporated memorandum of law, with a statement of material fact. [ECF Nos. 96, 97, 98, 100].

2. On August 13, 2021, the Parties each filed and served a response in opposition to the opposing party's motion for summary judgment and incorporated memorandum of law, a statement of material fact in opposition to the opposing party's statement of material fact, and a statement of additional material facts. [ECF Nos. 109-112].

3. On September 3, 2021, the Parties each filed and served a reply in support of their respective motions for summary judgment and a statement of material facts in reply to the opposing party's statement of additional material facts. [ECF Nos. 114-117].

4. Therefore, on December 2, 2021, the Parties' motions for summary judgment have each been fully briefed for a period of 90 days, and the Court has not held a hearing on the motions. Thus, the Parties are hereby filing this Notice as required by L.R. 7.1(b)(4).

5. Moreover, the Parties' various pretrial deadlines are currently due on December 23, 2021, and the Court's rulings on these pending motions could greatly impact the pretrial submissions. The parties are amenable to an extension of the December 23, 2021 pretrial deadline should the Court require additional time, and desire, to rule on the Parties' pending summary judgment motions in advance of that date.

6. Finally, the Parties are set for a January 18, 2022 trial calendar period and respectfully request a pretrial conference. [ECF No. 120].

Dated: December 2, 2021

Respectfully submitted,

/s/ Joshua D. Martin
**JOHNSON & MARTIN, P.A.**
Joshua D. Martin
500 W. Cypress Creek Rd., Suite 430
Ft. Lauderdale, FL 33602
Tel: (954) 790-6699
Fax: (954) 206-0017
Email: josh.martin@johnsonmartinlaw.com
***Attorneys for Plaintiff TocMail, Inc.***

/s/ Evelyn A. Cobos
**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
EVELYN A. COBOS
Florida Bar No. 92310
FRANCISCO O. SANCHEZ
Florida Bar No. 598445
Email: cobose@gtlaw.com
sanchezo@gtlaw.com
orizondol@gtlaw.com
**GREENBERG TRAURIG, LLC**
MARY-OLGA LOVETT
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 374-3541
Facsimile: (713) 374-3505
Email: lovettm@gtlaw.com
***Attorneys for Defendant Microsoft Corporation***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of December, 2021, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:    /s/ Joshua D. Martin
       Joshua D. Martin

### SERVICE LIST
*TOCMAIL INC. v. MICROSOFT CORPORATION*
20-60416-CIV- CANNON/HUNT

**Joshua D. Martin**
E-Mail: josh.martin@johnsonmartinlaw.com
JOHNSON & MARTIN, P.A.
500 W. Cypress Creek Rd.
Suite 430
Fort Lauderdale, Florida 33309
Telephone: (954) 790-6699
Facsimile: (954) 206-0017

**Francisco O. Sanchez**
E-Mail: sanchezo@gtlaw.com
        orizondol@gtlaw.com
**Evelyn A. Cobos**
E-Mail: cobose@gtlaw.com
        MiaLitDock@gtlaw.com
GREENBERG TRAURIG, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

**Mary-Olga Lovett** *(admitted pro hac vice)*
E-Mail: lovettm@gtlaw.com
**Rene Trevino** *(admitted pro hac vice)*
E-Mail: trevinor@gtlaw.com
GREENBERG TRAURIG LLC
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 374-3541
Facsimile: (713) 374-3505