UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 0:20-cv-60416-CANNON/HUNT

TOCMAIL INC., a Florida corporation,

    Plaintiff,

v.

MICROSOFT CORPORATION, a Washington corporation,

    Defendant.

## JOINT MOTION TO EXTEND DEADLINE TO SUBMIT PRETRIAL FILINGS

Plaintiff TocMail, Inc. ("TocMail") and Defendant Microsoft Corporation ("Microsoft," and together with TocMail, the "Parties") respectfully request an extension of the December 23, 2021 deadline to submit their respective pretrial filings, up to and including January 11, 2022, or until the Court decides the pending dispositive motions, at which time the pretrial deadline shall be reset in advance of trial, and the trial date reset if necessary. In support thereof, the Parties state as follows:

1. The jury trial in this action is currently set for the two-week trial calendar commencing on January 18, 2022, with a calendar call scheduled on January 11, 2022. *See* ECF No. 120.

2. Accordingly, on December 23, 2021, the Parties' pretrial materials are due, including a joint pre-trial stipulation, exhibit lists, witness lists, deposition designations and counter designations, proposed jury instructions, proposed verdict form, and any motions *in limine*. *See id.*

1

3. The Parties are ready, willing, and able to proceed with the Court's January 18, 2022 trial calendar date. However, following the Parties' meet and confer held via telephone on December 20, 2021 to discuss the pretrial filings, it became clear that the Parties would be able to cooperate more productively if the Parties were aware of the claims, issues, and evidence that remain at issue, if any, in this case.

4. The following motions are currently pending before the Court:

a) Microsoft's *Daubert* Motion to Exclude the Opinions and Testimony of TocMail's Experts Michael Wood and Marcie D. Bour, filed on May 26, 2021 (ECF No. 69);

b) Microsoft's Motion to Strike TocMail's Supplemented Expert Report of Marcie D. Bour, filed on June 16, 2021 (ECF No. 77);

c) TocMail's Motion for Summary Judgment, filed on July 9, 2021 (ECF No. 96);

d) Microsoft's Motion for Summary Judgment, filed on July 9, 2021 (ECF No. 98); and

e) TocMail's *Daubert* Motion to Exclude Report, Opinions and Testimony of Microsoft's Expert Keith R. Ugone, filed on July 9, 2021 (ECF No. 99).

5. Rulings on these motions, and in particular, summary judgment, could dramatically change the scope of trial and necessarily impact the Parties' pretrial filings and trial strategies. Thus, it would be significantly beneficial for the Parties, including their respective witnesses and experts, to have rulings on at least some motions in advance of submitting any pretrial filings.

6. The Parties fully appreciate the Court's busy docket, delays caused by Covid-19, and that we are in the midst of the holiday season, and understand that due to the vast amount of information in the Parties' various motions, briefs, and exhibits, the Court may not have sufficient time to rule on the pending motions in advance of the December 23, 2021 pretrial deadline.

7.	To provide the Court with the necessary time to rule on the pending motions and allow the Parties the opportunity to receive the rulings in advance of the pretrial deadlines, the Parties respectfully request that the Court extend the December 23, 2021 pretrial filing deadline to January 11, 2022 (the date of the calendar call scheduled in this case), or until the Court decides the pending motions, at which time the pretrial deadlines can be reset in advance of trial, if necessary.

8.	Alternatively, the Parties request a status conference with the Court to discuss the scheduling matters in this Motion.

WHEREFORE, the Parties respectfully request that the Court enter the Order in the form attached hereto as "**Exhibit 1**" granting the relief requested herein and any other or additional relief the Court deems just and proper.

Dated: December 20, 2021	Respectfully submitted,

| | |
|---|---|
| */s/ Joshua D. Martin* | */s/ Evelyn A. Cobos* |
| | Evelyn A. Cobos |
| JOHNSON & MARTIN, P.A. | |
| Joshua D. Martin | **GREENBERG TAURIG, LLC** |
| 500 W. Cypress Creek Rd., Suite 430 | 1000 Louisiana Street, Suite 1700 |
| Ft. Lauderdale, FL 33602 | Houston, Texas 77002 |
| Tel: (954) 790-6699 | Telephone: (713) 374-3541 |
| Fax: (954) 206-0017 | Facsimile: (713) 374-3505 |
| Email: josh.martin@johnsonmartinlaw.com | MARY-OLGA LOVETT |
| | Email: lovettm@gtlaw.com |
| *Attorneys for Plaintiff TocMail, Inc.* | **GREENBERG TRAURIG, P.A.** |
| | 333 S.E. 2nd Avenue, Suite 4400 |
| | Miami, Florida 33131 |
| | Telephone: (305) 579-0500 |
| | Facsimile: (305) 579-0717 |
| | FRANCISCO O. SANCHEZ |
| | Florida Bar No. 598445 |
| | Email: sanchezo@gtlaw.com |
| | orizondol@gtlaw.com |

3

>EVELYN A. COBOS
>Florida Bar No. 92310
>Email: cobose@gtlaw.com
>FLService@gtlaw.com
>
>***Attorneys for Defendant***
>***Microsoft Corporation***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 20, 2021, the foregoing document is being served this day on all counsel of record on the service list via electronic mail.

>/s/ *Evelyn A. Cobos*
>EVELYN A. COBOS

## SERVICE LIST

JOHNSON & MARTIN, P.A.
Joshua D. Martin
500 W. Cypress Creek Rd., Suite 430
Ft. Lauderdale, FL 33602
Tel: (954) 790-6699
Fax: (954) 206-0017
Email: josh.martin@johnsonmartinlaw.com

*Attorneys for Plaintiff*