# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 0:20-cv-60416-CANNON/HUNT

TOCMAIL INC., a Florida corporation,

    Plaintiff,

v.

MICROSOFT CORPORATION, a Washington corporation,

    Defendant.

## [PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO SUBMIT PRETRIAL FILINGS

**THIS CAUSE** came before the Court on the Parties' Joint Motion to Extend Deadline to Submit Pretrial Filings. The Court, having considered the joint motion, and otherwise being advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the motion is **GRANTED**. The December 23, 2021 deadline to file pretrial submissions is hereby vacated and reset for January 11, 2022.

**DONE AND ORDERED** in Chambers in Fort Pierce, Florida, this ___ day of December, 2021.

                                                                                                                       
UNITED STATES DISTRICT JUDGE

cc: Counsel of record via CM/ECF