UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 0:20-cv-60416-CANNON/HUNT

TOCMAIL INC., a Florida corporation,

    Plaintiff,

v.

MICROSOFT CORPORATION, a Washington corporation,

    Defendant.

**JOINT MOTION TO EXCEED PAGE LIMITATION IN THE PARTIES'
MOTIONS *IN LIMINE* BRIEFINGS**

Plaintiff TocMail, Inc. ("TocMail") and Defendant, Microsoft Corporation ("Microsoft," and together with TocMail, the "Parties") respectfully move this Court, pursuant to Southern District of Florida Local Rule 7.1(c)(2), for ten additional pages to the Parties' double-spaced motions *in limine*, ten additional pages to the Parties' double-spaced responses in opposition, and five additional pages to the Parties' double-spaced replies. In support thereof, the Parties state as follows:

1. The Court's November 2, 2021 Order Resetting Trial Deadlines [ECF No. 120], has set a deadline of December 23, 2021 for the Parties' motions *in limine*.

2. The Parties intend to utilize double-spaced 12-point Times New Roman typeface, in accordance with the Court's Second Amended Scheduling Order. ECF No. 61 at 5.

3. On December 20, 2021, counsel for the Parties met and conferred on the Parties' respective motion *in limine* topics and were unable to reach an agreement on each topic. While the parties are working in good faith to stipulate to as many topics as possible, several topics still remain unresolved.

4. This cybersecurity case involves a claim for false advertising under the Lanham Act regarding Microsoft's Safe Links. During the discovery period, the Parties exchanged thousands of documents and deposed 10 witnesses, some over the course of two days.

5. Given the complexity and technicality of the issues, in addition to the substantial amount of discovery in this case, the Parties respectfully move the Court to allow for 30 double-spaced pages in their respective motions *in limine* and responses in opposition, and 15 double-spaced pages for their replies.

6. This motion is filed in good faith and on an unopposed basis, and no party will be unfairly prejudiced by the granting of the relief requested herein.

WHEREFORE, the Parties respectfully request that the Court enter the Order in the form attached hereto as "**Exhibit 1**" granting the relief requested herein and any other or additional relief the Court deems just and proper.

## CERTIFICATION REGARDING PRE-FILING CONFERENCE

In accordance with Local Rule 7.1(a)(3), counsel for TocMail has conferred with counsel for Microsoft and neither party opposes the relief requested herein.

Dated: December 21, 2021                    Respectfully submitted,

*/s/ Joshua D. Martin*                      */s/ Evelyn A. Cobos*
                                            Evelyn A. Cobos
JOHNSON & MARTIN, P.A.
Joshua D. Martin                            **GREENBERG TRAURIG, LLC**
500 W. Cypress Creek Rd., Suite 430         1000 Louisiana Street, Suite 1700
Ft. Lauderdale, FL 33602                    Houston, Texas 77002
Tel: (954) 790-6699                         Telephone: (713) 374-3541
Fax: (954) 206-0017                         Facsimile: (713) 374-3505
Email: josh.martin@johnsonmartinlaw.com     MARY-OLGA LOVETT
                                            Email: lovettm@gtlaw.com

**Attorneys for Plaintiff TocMail, Inc.**

**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
FRANCISCO O. SANCHEZ
Florida Bar No. 598445
Email: sanchezo@gtlaw.com
orizondol@gtlaw.com

EVELYN A. COBOS
Florida Bar No. 92310
Email: cobose@gtlaw.com
FLService@gtlaw.com

*Attorneys for Defendant*
*Microsoft Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 21, 2021, the foregoing document is being served this day on all counsel of record on the service list via electronic mail.

/s/ *Evelyn A. Cobos*
EVELYN A. COBOS

## SERVICE LIST

JOHNSON & MARTIN, P.A.
Joshua D. Martin
500 W. Cypress Creek Rd., Suite 430
Ft. Lauderdale, FL 33602
Tel: (954) 790-6699
Fax: (954) 206-0017
Email: josh.martin@johnsonmartinlaw.com

*Attorneys for Plaintiff*