UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 0:20-cv-60416-CANNON/HUNT

TOCMAIL INC., a Florida corporation,

    Plaintiff,

v.

MICROSOFT CORPORATION, a Washington corporation,

    Defendant.

### [PROPOSED] ORDER GRANTING JOINT MOTION TO EXCEED PAGE LIMITATIONS IN THE PARTIES' MOTIONS *IN LIMINE* BRIEFINGS

**THIS CAUSE** came before the Court on the Parties' Joint Motion to Exceed Page Limitations in the Parties' Motions *in Limine* Briefings (ECF No. 126). The Court, having considered the joint motion, and otherwise being advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the motion is **GRANTED**.

The Parties are allowed:

- 30 double-spaced pages for the Parties' Motions *in Limine*;
- 30 double-spaced pages for the Parties' Oppositions to Motions *in Limine*;
- 15 double-spaced pages for the Parties' Replies in Support of Motions *in Limine*.

**DONE AND ORDERED** in Chambers in Fort Pierce, Florida, this ___ day of December, 2021.

                                                                   _____
                                                                   UNITED STATES DISTRICT JUDGE

cc: Counsel of record via CM/ECF