UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 20-60416-CIV-CANNON/Hunt

**TOCMAIL INC**,

    Plaintiff,

v.

**MICROSOFT CORPORATION**,

    Defendant.
_____/

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on Plaintiff's Motion for Summary Judgment [ECF No. 96] and Defendant's Motion for Summary Judgment [ECF No. 98]. The Court granted summary judgment in favor of Defendant in a separate order [ECF No. 127]. In accordance with Federal Rule of Civil Procedure 58, the Court hereby

**ORDERS AND ADJUDGES** as follows:

1. Judgment is entered in favor of Defendant Microsoft Corporation and against Plaintiff TocMail Inc. Plaintiff shall take nothing by this action.

2. The Clerk of Court is directed to **CLOSE** this case. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 21st day of December 2021.

                                                                    _____
                                                                      AILEEN M. CANNON
                                                                  UNITED STATES DISTRICT JUDGE

cc:    counsel of record