UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60416-CIV- CANNON/HUNT

TOCMAIL INC., a Florida corporation,

       Plaintiff,

v.

MICROSOFT CORPORATION, a
Washington corporation,

       Defendant.
_____/

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff TOCMAIL INC. ("Plaintiff" or "TocMail"), in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the district court's Final Judgment entered in favor of Defendant MICROSOFT CORPORATION ("Defendant" or "Microsoft") and against Plaintiff signed on December 21, 2021 and entered in the civil docket on December 22, 2021 as ECF No. 128, from Order Granting Defendant's Motion for Summary Judgment (ECF No. 127) including, without limitation, the denial of Plaintiff's Motion for Summary Judgment, and from all other interlocutory orders that merge therein.

Dated:  January 18, 2022                    Respectfully submitted,

                                            By:   /s/ Joshua D. Martin
                                            Joshua D. Martin
                                            Florida Bar No. 028100
                                            Email: josh.martin@johnsonmartinlaw.com
                                            **JOHNSON & MARTIN, P.A.**
                                            500 W. Cypress Creek Rd.
                                            Suite 430

>Fort Lauderdale, Florida  33309
>Telephone:  (954) 790-6699
>Facsimile:  (954) 206-0017

>*Attorneys for Plaintiff, TocMail Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of January, 2022, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

>By:   /s/ Joshua D. Martin
>        Joshua D. Martin

## SERVICE LIST

### *TOCMAIL INC. v. MICROSOFT CORPORATION*
### 20-60416-CIV- CANNON/HUNT

**Joshua D. Martin**
E-Mail: josh.martin@johnsonmartinlaw.com
JOHNSON & MARTIN, P.A.
500 W. Cypress Creek Rd.
Suite 430
Fort Lauderdale, Florida 33309
Telephone: (954) 790-6699
Facsimile: (954) 206-0017

**Francisco O. Sanchez**
E-Mail: sanchezo@gtlaw.com
        orizondol@gtlaw.com
**Evelyn A. Cobos**
E-Mail: cobose@gtlaw.com
        MiaLitDock@gtlaw.com
GREENBERG TRAURIG, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

**Mary-Olga Lovett** *(admitted pro hac vice)*
E-Mail: lovettm@gtlaw.com
**Rene Trevino** *(admitted pro hac vice)*
E-Mail: trevinor@gtlaw.com
GREENBERG TRAURIG LLC
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 374-3541
Facsimile: (713) 374-3505