**Filed**
Jan 27, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 27, 2022

Joshua D. Martin
Johnson & Martin, P.A.
500 W CYPRESS CREEK RD STE 430
FT LAUDERDALE, FL 33309

Appeal Number: 22-10223-C
Case Style: TocMail Inc v. Microsoft Corporation
District Court Docket No: 0:20-cv-60416-AMC

Please use the appeal number for all filings in this court.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Certificate of Interested Persons and Corporate Disclosure Statement ("CIP")
Every motion, petition, brief, answer, response, and reply must contain a CIP. See FRAP 26.1; 11th Cir. R. 26.1-1. In addition:

- Appellants/Petitioners must file a CIP within 14 days after this letter's date.
- Appellees/Respondents/Intervenors/Other Parties must file a CIP within 28 days after this letter's date, regardless of whether Appellants/Petitioners have filed a CIP.
- Only parties represented by counsel must complete the web-based CIP. Counsel must complete the web-based CIP, through the Web-Based CIP link on the Court's website, on the same day the CIP is first filed.

The failure to comply with 11th Cir. Rules 26.1-1 through 26.1-4 may result in dismissal of the case or appeal under 11th Cir. R. 42-1(b), return of deficient documents without action, or other sanctions on counsel, the party, or both. See 11th Cir. R. 26.1-5(c).

Civil Appeal Statement
Appellants and Cross-Appellants must file a Civil Appeal Statement, which is available on the Court's website, within 14 days after this letter's date. See 11th Cir. R. 33-1(a).

Attorney Admissions
Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding, See 11th Cir. R. 46-1; 46-3; 46-4. In addition, all attorneys (except court-appointed attorneys) who wish to participate in this appeal must file an appearance form within fourteen (14) days after this letter's date. The Application for Admission to the Bar and Appearance of Counsel Form are available on the Court's website. **The clerk generally may not process filings from an attorney until that attorney files an appearance form.** See 11th Cir. R. 46-6(b).

Defaults
Pursuant to 11th Cir. R. 42-1(b), **this appeal will be dismissed after 14 days and without further notice** unless the following default(s) have been corrected:

Transcript Information Form
Pursuant to FRAP 10(b), the appellant must, within 14 days, file a Transcript Information Form, which is available on the Court's website. See FRAP 10(b)(1); 11th Cir. R. 10-1. Unless a transcript is ordered, the appellant's brief is due 40 days after JANUARY 18, 2022. See 11th Cir. R. 12-1 and 31-1.

Obligation to Notify Court of Change of Addresses
Each pro se party and attorney has a continuing obligation to notify this court of any changes to the party's or attorney's addresses during the pendency of the case in which the party or attorney is participating. See 11th Cir. R. 25-7.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Walter Pollard, C
Phone #: (404) 335-6186

                                              DKT-2 Appeal WITH Deficiency

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60416-CIV- CANNON/HUNT

TOCMAIL INC., a Florida corporation,

        Plaintiff,
v.

MICROSOFT CORPORATION, a
Washington corporation,

        Defendant.
_____/

### NOTICE OF APPEAL

    NOTICE IS HEREBY GIVEN that Plaintiff TOCMAIL INC. ("Plaintiff" or "TocMail"), in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the district court's Final Judgment entered in favor of Defendant MICROSOFT CORPORATION ("Defendant" or "Microsoft") and against Plaintiff signed on December 21, 2021 and entered in the civil docket on December 22, 2021 as ECF No. 128, from Order Granting Defendant's Motion for Summary Judgment (ECF No. 127) including, without limitation, the denial of Plaintiff's Motion for Summary Judgment, and from all other interlocutory orders that merge therein.

Dated:  January 18, 2022                Respectfully submitted,

                                                By:   /s/ Joshua D. Martin
                                                Joshua D. Martin
                                                Florida Bar No. 028100
                                                Email: josh.martin@johnsonmartinlaw.com
                                                **JOHNSON & MARTIN, P.A.**
                                                500 W. Cypress Creek Rd.
                                                Suite 430