# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

ANGELA E. NOBLE
Clerk of Court

Appeals Section

FILED BY _____ D.C.

DEC 0 7 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Date: 12/7/2022

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

ROA

IN RE:   District Court No: 20-60416-CV - AMC

U.S.C.A. No: 22-10223-V

Style: TOCMAIL INC. V. MICROSOFT CORPORATION

## CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

- 0 Volume(s) of pleadings
- 0 Volume(s) of Transcripts
- Exhibits: 0 boxes; ___ folders;
- 1 envelopes; 0 PSIs (sealed)
- ☐ other: _____
- ☐ other: _____
- ☑ Other: DE 102 - USB DRIVE
- ☐ Other: _____

Sincerely,
Angela E. Noble, Clerk of Court,

By: _____
Deputy Clerk

Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk of Court,
U.S. District Court
Southern District of Florida
By: _____
Deputy Clerk
Date 12/7/2022

Attachment
c: court file

S/F A-15
Rev. 10/94

☑ 400 N. Miami Avenue
Miami, Fl 33128-7716
305-523-5080

☐ 299 E. Broward Boulevard
Ft. Lauderdale, Fl 33301
954-769-5413

☐ 701 Clematis Street
West Palm Beach, Fl 33401
561-803-3408

APPEAL,CLOSED,MEDIATION,PMH,REF_DISCOV,REF_PTN

# U.S. District Court
## Southern District of Florida (Ft Lauderdale)
### ABRIDGED CIVIL DOCKET FOR CASE #: 0:20-cv-60416-AMC
#### Internal Use Only

TocMail Inc v. Microsoft Corporation
Assigned to: Judge Aileen M. Cannon
Referred to: Magistrate Judge Patrick M. Hunt
Case in other court: 22-10223-C
Cause: 15:1125 Trademark Infringement (Lanham Act)

Date Filed: 02/26/2020
Date Terminated: 12/21/2021
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

### Plaintiff

**TocMail Inc**
*a Florida corporation*

represented by **Joshua David Martin**
Johnson & Martin, P.A.
500 W. Cypress Creek Road
Suite 430
Fort Lauderdale, FL 33309
(954) 790-6699
Fax: (954) 206-0017
Email: josh.martin@johnsonmartinlaw.com
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**Microsoft Corporation**
*a Washington corporation*

represented by **Evelyn Anne Cobos**
Greenberg Traurig, P.A.
333 SE 2nd Avenue
Suite 4400
Miami, FL 33131
305-579-0726
Email: cobose@gtlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Francisco Oscar Sanchez**
Greenberg Traurig, P.A.
333 Avenue of the Americas
Miami, FL 33131
305-579-0610
Fax: 305-579-0717
Email: sanchezfo@gtlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

[Stamp: Certified to be a true and correct copy of the document on file. Angela E. Noble, Clerk, U.S. District Court, Southern District of Florida. By [signature] Deputy Clerk. Date 12/7/2022]

**Mary-Olga Lovett**
Greenberg Traurig LLC
1000 Louisiana Street
Suite 1700
Houston, TX 77002
(713) 374-3541
Email: lovettm@gtlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rene Trevino**
Greenberg Traurig, LLP
1000 Louisiana Street, Suite 1700
Houston, TX 77002
(713) 374-3551
Email: TrevinoR@gtlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/14/2021 | 102 | NOTICE OF CONVENTIONAL FILING Exhibit Number 63 to It's Statement of Material Facts in Support of it's Motion for Summary Judgment as to Liability (ECF No: 97 ) by TocMail Inc. (scn) (Entered: 07/14/2021) *See env.* |