**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO**. **20-60416-CIV-CANNON/Hunt**

**TOCMAIL INC**,

     Plaintiff,

v.

**MICROSOFT CORPORATION**,

     Defendant.

_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE FOLLOWING APPEAL

**THIS CAUSE** comes before the Court following the Eleventh Circuit's opinion vacating the Court's Summary Judgment Order [ECF No. 127] and remanding the case with instructions to dismiss this case without prejudice for lack of standing. *See TocMail Inc. v. Microsoft Corporation*, No. 22-10223 (11th Cir. Apr. 25, 2023); ECF No. 137. In accordance with those instructions, this case is **DISMISSED WITHOUT PREJUDICE** for lack of standing. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 26th day of May 2023.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record